AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & Co. KGaA, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ViacomCBS Inc. and Simon & Schuster, Inc.

Date: 11/08/2021

*/s/ Ryan Shores*
*Attorney's signature*

Ryan Shores (DC Bar. No. 500031)
*Printed name and bar number*

Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
*Address*

Ryan.Shores@shearman.com
*E-mail address*

(202) 508-8106
*Telephone number*

(202) 661-7480
*FAX number*