# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.<br><br>　　　　　Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT VIACOMCBS INC.**

　　Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rules 7.1 and 26.1, Defendant ViacomCBS Inc. makes the following disclosure through its undersigned counsel:

　　ViacomCBS Inc. is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS Inc. ViacomCBS Inc. is not aware of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

Dated: November 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan Shores*

　　　　　　　　　　　　　　　　　　　　　　　Ryan Shores
　　　　　　　　　　　　　　　　　　　　　　　SHEARMAN & STERLING LLP
　　　　　　　　　　　　　　　　　　　　　　　401 9th Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 508-8108
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 661-7480
　　　　　　　　　　　　　　　　　　　　　　　Email: Ryan.shores@shearman.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant ViacomCBS Inc.*