IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.<br><br>  Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT SIMON & SCHUSTER, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rules 7.1 and 26.1, Defendant Simon & Schuster, Inc. makes the following disclosure through its undersigned counsel:

Simon & Schuster, Inc. is a wholly owned subsidiary of ViacomCBS Inc. ViacomCBS Inc. is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS Inc. ViacomCBS Inc. is not aware of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

Dated: November 8, 2021                          /s/ Ryan Shores

                                                                             Ryan Shores
                                                                             SHEARMAN & STERLING LLP
                                                                             401 9th Street, N.W., Suite 800
                                                                             Washington, DC 20004
                                                                             Telephone: (202) 508-8108

Fax: (202) 661-7480
Email: Ryan.shores@shearman.com

*Counsel for Defendant Simon & Schuster, Inc.*