# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.

              Defendants.

Civil Action No.: 1:21-cv-02886-FYP

## DECLARATION OF STEPHEN R. FISHBEIN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I, Stephen R. Fishbein, declare as follows:

1.      My name is Stephen R. Fishbein, and I am a partner with the law firm of Shearman & Sterling LLP and my office address and telephone number is 599 Lexington Avenue, New York, NY 10022 and (212) 848-4424.

2.      I am a member in good standing of the bar of the state of New York (NY Bar No. 2200129) and am licensed to practice in the state of New York.

3.      I am also a member of the following federal bars:

- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the D.C. Circuit
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York
- United States District Court for the Western District of New York

- United States Supreme Court.

4.       I certify that I have never been disciplined by any bar.

5.       I have not been admitted *pro hac vice* to this Court in the last two years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 8, 2021                    Respectfully submitted,

*/s/ Stephen R. Fishbein*
Stephen R. Fishbein
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4424
Fax: (646) 848-4815
Email: SFishbein@shearman.com

*Counsel for Defendants ViacomCBS Inc. and Simon & Schuster, Inc.*