IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.<br><br>　　　　　　Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF STEPHEN R. FISHBEIN**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Stephen R. Fishbein in the above captioned matter, and the Declaration of Stephen R. Fishbein in support thereof, it is by the Court this _____ day of _____, 2021, hereby

ORDERED, that the Motion for Admission *Pro Hac Vice* of Stephen R. Fishbein be GRANTED, and it is

FURTHER ORDERED, that Stephen R. Fishbein is permitted to appear *pro hac vice* as co-counsel for Defendants ViacomCBS Inc. and Simon & Schuster, Inc. in the above captioned matter.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Florence Y. Pan
　　　　　　　　　　　　　　　　　　　　　United States District Judge