IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br> v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.<br><br>     Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
JESSICA K. DELBAUM**

Movant Ryan Shores, undersigned counsel (hereinafter, "Counsel") for Defendants ViacomCBS Inc. and Simon & Schuster, Inc., respectfully moves this Court, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, for entry of the attached Order admitting Jessica K. Delbaum to appear *pro hac vice* as co-counsel for ViacomCBS Inc. and Simon & Schuster, Inc.  In support of this Motion, Counsel states as follows:

  1. Counsel is a member in good standing of the Bar of this Court and is licensed to practice in the District of Columbia (DC Bar No. 500031).

  2. Ms. Delbaum is a member in good standing of the bar of the state of New York (NY Bar No. 4048179) and is licensed to practice in the state of New York.

  3. Ms. Delbaum is a partner with the law firm of Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022.

4. Attached hereto is the Declaration of Jessica K. Delbaum in accordance with LCvR 83.2.

5. Jessica K. Delbaum will abide by the Civil Rules of the United States District Court for the District of Columbia and other rules of this Court.

This Motion and the attached Declaration meet all the requirements of the Civil Rules of the United States District Court for the District of Columbia including LCvR 83.

WHEREFORE, for the foregoing reasons, on behalf of Defendants ViacomCBS Inc. and Simon & Schuster, Inc., Counsel respectfully requests that the Court enter the attached order.

Dated: November 8, 2021

Respectfully submitted,

*/s/ Ryan Shores*
Ryan Shores (DC Bar No. 500031)
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone: (202) 508-8106
Fax: (202) 661-7480
Email: Ryan.Shores@shearman.com

*Counsel for Defendants ViacomCBS Inc. and Simon & Schuster, Inc.*