IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.<br><br>                    Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

### DECLARATION OF JESSICA K. DELBAUM
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I, Jessica K. Delbaum, declare as follows:

1.   My name is Jessica K. Delbaum, and I am a partner with the law firm of Shearman & Sterling LLP and my office address and telephone number is 599 Lexington Avenue, New York, NY 10022 and (212) 848-4815.

2.   I am a member in good standing of the bar of the state of New York (NY Bar No. 4048179) and am licensed to practice in the state of New York.

3.   I am also a member of the following federal bars:

- United States District Court for the Eastern District of New York
- United States District Court for the Southern District of New York
- United States Supreme Court.

4.   I certify that I have never been disciplined by any bar.

5.   I have been admitted *pro hac vice* to this Court in one case within the last two

1

years, *United States of America v. Zen-Noh Grain Corp., et al.*, Case No. 1:21-cv-01482.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 8, 2021

Respectfully submitted,

*/s/ Jessica K. Delbaum*
Jessica K. Delbaum
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4815
Fax: (646) 848-4815
Email: Jessica.Delbaum@shearman.com

*Counsel for Defendants ViacomCBS Inc. and Simon & Schuster, Inc.*