IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.<br><br>　　　　　　　Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
_PRO HAC VICE_ OF JESSICA K. DELBAUM**

　　　　Upon consideration of the Motion for Admission *Pro Hac Vice* of Jessica K. Delbaum in the above captioned matter, and the Declaration of Jessica K. Delbaum in support thereof, it is by the Court this _____ day of _____, 2021, hereby

　　　　ORDERED, that the Motion for Admission *Pro Hac Vice* of Jessica K. Delbaum be GRANTED, and it is

　　　　FURTHER ORDERED, that Jessica K. Delbaum is permitted to appear *pro hac vice* as co-counsel for Defendants ViacomCBS Inc. and Simon & Schuster, Inc., in the above captioned matter.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Florence Y. Pan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge