AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & Co. KGaA, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ViacomCBS Inc. and Simon & Schuster, Inc.

Date: 11/09/2021

*/s/ Stephen R. Fishbein*
*Attorney's signature*

Stephen R. Fishbein, NY Bar No. 2200129
*Printed name and bar number*

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Address*

SFishbein@shearman.com
*E-mail address*

(212) 848-4424
*Telephone number*

(646) 848-4815
*FAX number*