UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY COURTNEY DYER

PLEASE TAKE NOTICE that Courtney Dyer of O'Melveny & Myers LLP enters her appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: November 10, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Courtney Dyer*
    Courtney Dyer (D.C. Bar No. 49085)
    O'MELVENY & MYERS LLP
    1625 Eye Street, NW
    Washington, D.C. 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414
    cdyer@omm.com

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and*
*Penguin Random House LLC*