CO-386
10/2018

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA )
)
)
)
Plaintiff )
vs )  Civil Action No. __1:21-cv-02886-FYP___
)
BERTELSMANN SE & CO. KGAA, PENGUIN )
RANDOM HOUSE, LLC, VIACOMCBS, INC., )
AND SIMON & SCHUSTER, INC. )
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Bertelsmann SE & Co. KGaA__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Bertelsmann SE & Co. KGaA__ which have any outstanding securities in the hands of the public:

RTL Group S.A., Majorel Group Luxembourg S.A., Afya Limited, Atresmedia Corporacion de Medios de Comunicacion, S.A., Groupe M6, Outbrain, Inc., and Magnite, Inc.

Bertelsmann SE & Co. KGaA itself has no outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Courtney Dyer*
_____
Signature

490805
_____
BAR IDENTIFICATION NO.

Courtney Dyer
_____
Print Name

1625 Eye Street, NW
_____
Address

Washington,    D.C.                    20006
_____
City         State         Zip Code

(202) 383-5300
_____
Phone Number