UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGAA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**CORPORATE DISCLOSURE STATEMENT OF PENGUIN RANDOM HOUSE, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and LCvR 26.1, I, the undersigned counsel of record for Penguin Random House LLC, certify that Penguin Random House LLC is a limited liability company wholly owned by Bertelsmann SE & Co. KGaA, which is privately held, and does not have subsidiaries or affiliates with outstanding public securities.

Dated:  November 10, 2021

Respectfully submitted,

*/s/ Courtney Dyer*
Courtney Dyer
Daniel M. Petrocelli (*pro hac vice* pending)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 514-5414

*Counsel for Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC*