**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**MOTION FOR ADMISSION**
**<u>*PRO HAC VICE*</u> OF DANIEL M. PETROCELLI**

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Daniel M. Petrocelli to represent Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC and to appear and participate in proceedings in this Court in the above-captioned matter.

Mr. Petrocelli is a partner of the firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House LLC in this matter. He is a member in good standing of the bars of the State of California, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the District of Columbia, the Second, Fourth, Fifth, Sixth, Ninth, Tenth, Eleventh, and Federal Circuits, and the Southern, Central, and Northern District Courts of California. Mr. Petrocelli has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against him. In the past two years, Mr. Petrocelli has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Date: November 10, 2021							Respectfully submitted,

*/s/ Courtney Dyer*_____
Courtney Dyer (D.C. Bar No. 490805)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
cdyer@omm.com

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and Penguin*
*Random House LLC*