UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

### DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is DANIEL M. PETROCELLI. I am a partner of the law firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House, LLC in this matter.

2. My office address is 1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067-6035, telephone number (310) 553-6700.

3. I have been admitted to and am a member in good standing of the bars of the State of California, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the District of

Columbia, the Second, Fourth, Fifth, Sixth, Ninth, Tenth, Eleventh, and Federal Circuits, and the Southern, Central, and Northern District Courts of California.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia. I was last admitted *pro hac vice* in this Court on November 22, 2017.

6. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 9, 2021                    Respectfully submitted,

_____
Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and Penguin*
*Random House, LLC*