# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
|  | ) |
| v. | ) Civil Action No. 1:21-cv-02886-FYP |
|  | ) |
| BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC., | ) |
|  | ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT M. RANDALL OPPENHEIMER *PRO HAC VICE*

Before the Court is the Motion for Admission *Pro Hac Vice* of M. Randall Oppenheimer ("Motion"). Upon consideration of the papers submitted in connection with the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED.

**SO ORDERED.**

Dated: _____, 2021

_____
Honorable Judge Florence Y. Pan
United States District Judge
United States District Court for the
District of Columbia