UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF ANDREW J. FRACKMAN

  Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Andrew J. Frackman to represent Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC and to appear and participate in proceedings in this Court in the above-captioned matter.

  Mr. Frackman is a partner of the firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House LLC in this matter.  He is a member in good standing of the bars of the States of New York and New Jersey, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Second, Third, Fourth, and Ninth Circuits, the Southern, Northern, and Eastern District Courts of New York, the District Court of New Jersey, and the U.S. Tax Court.  Mr. Frackman has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against him.  In the past two years, Mr. Frackman has not been admitted *pro hac vice* in the United States District Court for the District of Columbia. He was last admitted *pro hac vice* in this Court on January 5, 2018.

Date: November 10, 2021                    Respectfully submitted,

*/s/ Courtney Dyer*
Courtney Dyer (D.C. Bar No. 490805)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
cdyer@omm.com

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and Penguin*
*Random House LLC*