**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,              ) <br> ) <br> *Plaintiff*,                              ) <br> ) <br> v.                                         ) <br> ) <br> BERTELSMANN SE & CO. KGaA, PENGUIN ) <br> RANDOM HOUSE, LLC, VIACOMCBS, INC., ) <br> and SIMON & SCHUSTER, INC.,           ) <br> ) <br> *Defendants*.                          ) <br> ) | Civil Action No. 1:21-cv-02886-FYP |

**DECLARATION OF ANDREW J. FRACKMAN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is ANDREW J. FRACKMAN. I am a partner of the law firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House, LLC in this matter.

2. My office address is Times Square Tower, 7 Times Square, New York, New York, 10036, telephone number (212) 326-2000.

3. I have been admitted to and am a member in good standing of the bars of the States of New York and New Jersey, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Second, Third, Fourth, and Ninth Circuits, the Southern, Northern, and Eastern District Courts of New York, the District Court of New Jersey, and the U.S. Tax Court.

4.  I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5.  In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia. I was last admitted *pro hac vice* in this Court on January 5, 2018.

6.  I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 9, 2021

Respectfully submitted,

Andrew J. Frackman
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and Penguin*
*Random House, LLC*