UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>       *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT ANDREW J. FRACKMAN *PRO HAC VICE*

Before the Court is the Motion for Admission *Pro Hac Vice* of Andrew J. Frackman ("Motion"). Upon consideration of the papers submitted in connection with the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED.

**SO ORDERED.**

Dated: _____, 2021

_____
Honorable Judge Florence Y. Pan
United States District Judge
United States District Court for the
District of Columbia