UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGAA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**DECLARATION OF JULIA SCHILLER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is JULIA SCHILLER. I am a partner of the law firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House, LLC in this matter.

2. My office address is 1625 Eye Street, NW, Washington D.C. 20006, telephone number (202) 383-5300.

3. I have been admitted to and am a member in good standing of the bars of the District of Columbia and the States of New York and New Jersey.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I am a member of the District of Columbia Bar.

7. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 9, 2021

Respectfully submitted,

_____
Julia Schiller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendants
Bertelsmann SE & Co. KGaA and Penguin
Random House, LLC*