## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>　　　　*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT JULIA SCHILLER *PRO HAC VICE*

Before the Court is the Motion for Admission *Pro Hac Vice* of Julia Schiller ("Motion").

Upon consideration of the papers submitted in connection with the Motion, IT IS HEREBY

ORDERED that the Motion is GRANTED.

　　**SO ORDERED.**

Dated: _____, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Judge Florence Y. Pan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court for the
　　　　　　　　　　　　　　　　　　　　　　　District of Columbia