AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & Co. KGaA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 11/12/2021

/s/Bennett J. Matelson
*Attorney's signature*

Bennett J. Matelson (DC Bar #454551)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
*Address*

bennett.matelson@usdoj.gov
*E-mail address*

(202) 616-5871
*Telephone number*

(202) 514-7308
*FAX number*