UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

### NOTICE OF APPEARANCE BY DANIEL M. PETROCELLI

PLEASE TAKE NOTICE that Daniel M. Petrocelli of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: November 12, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Daniel M. Petrocelli*
    Daniel M. Petrocelli (appearing *pro hac vice*)
    O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 8th Floor
    Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
    Facsimile: (310) 246-6779

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and*
*Penguin Random House LLC*