UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY ANDREW J. FRACKMAN

PLEASE TAKE NOTICE that Andrew J. Frackman of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: November 12, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Andrew J. Frackman*
  Andrew J. Frackman (appearing
  *pro hac vice*)
  O'MELVENY & MYERS LLP
  Times Square Tower
  7 Times Square
  New York, NY 10036
  Telephone: (212) 326-2000
  Facsimile: (212) 326-2061

  *Counsel for Defendants*
  *Bertelsmann SE & Co. KGaA and*
  *Penguin Random House LLC*