UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>      *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY JULIA SCHILLER

PLEASE TAKE NOTICE that Julia Schiller of O'Melveny & Myers LLP enters her appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: November 15, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Julia Schiller*
    Julia Schiller (appearing
    *pro hac vice*)
    O'MELVENY & MYERS LLP
    1625 Eye Street, NW
    Washington, D.C. 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414

    *Counsel for Defendants*
    *Bertelsmann SE & Co. KGaA and*
    *Penguin Random House LLC*