AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA ▼

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-02886-FYP |
| Bertelsmann SE & Co. KGaA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ViacomCBS Inc. and Simon & Schuster, Inc.                                            .

Date:     11/16/2021

/s/ Rachel E. Mossman
*Attorney's signature*

Rachel E. Mossman (D.C. Bar No. 1016255)
*Printed name and bar number*

Shearman & Sterling LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75201
*Address*

Rachel.Mossman@Shearman.com
*E-mail address*

(214) 271-5777
*Telephone number*

(214) 271-5778
*FAX number*