UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY JONATHAN D. HACKER

PLEASE TAKE NOTICE that Jonathan D. Hacker of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: November 16, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Jonathan D. Hacker*
  Jonathan D. Hacker (D.C. Bar No. 456553)
  O'MELVENY & MYERS LLP
  1625 Eye Street, NW
  Washington, D.C. 20006
  Telephone: (202) 383-5300
  Facsimile: (202) 383-5414

  *Counsel for Defendants*
  *Bertelsmann SE & Co. KGaA and*
  *Penguin Random House LLC*