**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>       *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF ABBY F. RUDZIN**

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Abby F. Rudzin to represent Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC and to appear and participate in proceedings in this Court in the above-captioned matter.

Ms. Rudzin is a partner in the firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House LLC in this matter. She is a member in good standing of the bar of the State of New York, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Second, Third, Fourth, Seventh, and Ninth Circuits, the Southern, Western, and Eastern District Courts of New York, the Northern District of Illinois, and the District Court of Colorado. Ms. Rudzin has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against her. In the past two years, Ms. Rudzin has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Date: November 16, 2021				Respectfully submitted,

							*/s/    Courtney Dyer*
							Courtney Dyer (D.C. Bar No. 490805)
							O'MELVENY & MYERS LLP
							1625 Eye Street, NW
							Washington, D.C. 20006
							Telephone: (202) 383-5300
							Facsimile: (202) 383-5414

							*Counsel for Defendants*
							*Bertelsmann SE & Co. KGaA and Penguin*
							*Random House LLC*