**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-02886-FYP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING**
**MOTION TO ADMIT ABBY F. RUDZIN *PRO HAC VICE***

Before the Court is the Motion for Admission *Pro Hac Vice* of Abby F. Rudzin ("Motion"). Upon consideration of the papers submitted in connection with the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED.

**SO ORDERED.**

Dated: _____, 2021

_____
Honorable Judge Florence Y. Pan
United States District Judge
United States District Court for the
District of Columbia