# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF CHRISTOPHER W. HUNT

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Christopher W. Hunt to represent Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC and to appear and participate in proceedings in this Court in the above-captioned matter.

Mr. Hunt is a Counsel at the firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House LLC in this matter. He is a member in good standing of the bars of the District of Columbia and the States of Virginia and Texas, as well as the U.S. Court of Appeals for the Ninth Circuit and the Southern and Northern District Courts of Texas. Mr. Hunt has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against him. In the past two years, Mr. Hunt has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Date: November 16, 2021 Respectfully submitted,

/s/   Courtney Dyer
Courtney Dyer (D.C. Bar No. 490805)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendants
Bertelsmann SE & Co. KGaA and Penguin
Random House LLC*