UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**DECLARATION OF CHRISTOPHER W. HUNT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is CHRISTOPHER W. HUNT. I am a Counsel at the law firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House LLC in this matter.

2. My office address is 2501 North Harwood Street, Suite 1700, Dallas, Texas 75201-1663, telephone number (972) 360-1900.

3. I have been admitted to and am a member in good standing of the bars of the District of Columbia and the States of Virginia and Texas, as well as the U.S. Court of Appeals for the Ninth Circuit and the Southern and Northern District Courts of Texas.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I am a member of the District of Columbia Bar, but I do not currently engage in the practice of law from an office located in the District of Columbia.

7. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 16, 2021

Respectfully submitted,

_____
Christopher W. Hunt
O'MELVENY & MYERS LLP
2501 North Harwood Street
Suite 1700
Dallas, TX 75201-1663
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and Penguin*
*Random House LLC*