## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                         )<br>     *Plaintiff*,           )<br>                         )<br>     v.                  )<br>                         )<br>BERTELSMANN SE & CO. KGaA, PENGUIN )<br>RANDOM HOUSE, LLC, VIACOMCBS, INC., )<br>and SIMON & SCHUSTER, INC.,        )<br>                         )<br>     *Defendants*.          )<br>                         ) | Civil Action No. 1:21-cv-02886-FYP |

### [PROPOSED] ORDER GRANTING
### MOTION TO ADMIT CHRISTOPHER W. HUNT *PRO HAC VICE*

Before the Court is the Motion for Admission *Pro Hac Vice* of Christopher W. Hunt ("Motion"). Upon consideration of the papers submitted in connection with the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED.

**SO ORDERED.**

Dated: _____, 2021

_____
Honorable Judge Florence Y. Pan
United States District Judge
United States District Court for the
District of Columbia