**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:21-cv-02886-FYP |
| BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC., | ) |
| | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING**
**MOTION TO ADMIT EAMONN W. CAMPBELL *PRO HAC VICE***

Before the Court is the Motion for Admission *Pro Hac Vice* of Eamonn W. Campbell

("Motion").  Upon consideration of the papers submitted in connection with the Motion, IT IS

HEREBY ORDERED that the Motion is GRANTED.

**SO ORDERED.**

Dated: _____, 2021

_____
Honorable Judge Florence Y. Pan
United States District Judge
United States District Court for the
District of Columbia