UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO., KGAA; PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Case No. 1:21-cv-02886-FYP |

**[PROPSED] ORDER GRANTING PARTIES' JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Upon consideration of the Parties' Joint Motion for Entry of Stipulated Protective Order, it is hereby

ORDERED that the motion is GRANTED

**SO ORDERED.**

Dated: November __, 2021

_____
Honorable Judge Florence Y. Pan
United States District Judge
United States District Court for the
District of Columbia