# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:21-cv-02886-FYP |
| BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC., | ) ) ) ) | |
| *Defendants*. | ) ) ) | |

## NOTICE OF APPEARANCE BY SCOTT M. VOELZ

PLEASE TAKE NOTICE that Scott M. Voelz of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: November 18, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Scott M. Voelz*
    Scott M. Voelz (appearing
    *pro hac vice*)
    O'MELVENY & MYERS LLP
    400 South Hope Street, 18th Floor
    Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407

    *Counsel for Defendants*
    *Bertelsmann SE & Co. KGaA and*
    *Penguin Random House LLC*