UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY ABBY F. RUDZIN

PLEASE TAKE NOTICE that Abby F. Rudzin of O'Melveny & Myers LLP enters her appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: November 18, 2021

                Respectfully submitted,

                O'MELVENY & MYERS LLP

                By: */s/ Abby F. Rudzin*
                   Abby F. Rudzin (appearing
                   *pro hac vice*)
                   O'MELVENY & MYERS LLP
                   Times Square Tower
                   7 Times Square
                   New York, NY 10036
                   Telephone: (212) 326-2000
                   Facsimile: (212) 326-2061

                   *Counsel for Defendants*
                   *Bertelsmann SE & Co. KGaA and*
                   *Penguin Random House LLC*