UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> BERTELSMANN SE & CO. KGaA, PENGUIN ) <br> RANDOM HOUSE, LLC, VIACOMCBS, INC., ) <br> and SIMON & SCHUSTER, INC., ) <br> ) <br> *Defendants*. ) | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY CHRISTOPHER W. HUNT

PLEASE TAKE NOTICE that Christopher W. Hunt of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: November 18, 2021       Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Christopher W. Hunt*
　　Christopher W. Hunt (appearing
　　 *pro hac vice*)
　　O'MELVENY & MYERS LLP
　　2501 North Harwood Street
　　Suite 1700
　　Dallas, TX 75201-1663
　　Telephone: (972) 360-1900
　　Facsimile: (972) 360-1901

　　*Counsel for Defendants*
　　*Bertelsmann SE & Co. KGaA and*
　　*Penguin Random House LLC*