AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>BERTELSMANN SE & CO. KGAA, et. al<br>*Defendant* | )<br>)<br>)  Case No. 1:21-cv-02886-FYP<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bertelsmann SE & Co. KGaA and Penguin Random House, LLC     .

Date:    12-6-21

/s/ Jason Ewart
*Attorney's signature*

Jason Ewart (DC Bar #: 484126 )
*Printed name and bar number*

Arnold & Porter, 601 Massachusetts Ave. NW, Washington, D.C. 20001
*Address*

jason.ewart@arnoldporter.com
*Email Address*

202-942-6616
*Telephone number*

(202) 942-5999
*FAX number*