AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02886-FYP |
| BERTELSMANN SE & CO. KGAA, et. al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bertelsmann SE & Co. KGaA and Penguin Random House, LLC.

Date: 12-6-21

*Attorney's signature*

Deborah L. Feinstein (DC Bar #: 412109 )
*Printed name and bar number*

Arnold & Porter, 601 Massachusetts Ave. NW, Washington, D.C. 20001
*Address*

debbie.feinstein@arnoldporter.com
*E-mail address*

(202) 942-6594
*Telephone number*

(202) 942-5999
*FAX number*