AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & KGaA, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ViacomCBS Inc. and Simon & Schuster, Inc.

Date: 12/07/2021

*/s/ Michael P. Mitchell*
*Attorney's signature*

Michael P. Mitchell, DC Bar No. 1531689
*Printed name and bar number*

Shearman & Sterling LLP
401 9th Street, Suite 800
Washington, DC 20004
*Address*

Michael.Mitchell@Shearman.com
*E-mail address*

(202) 508-8073
*Telephone number*

(202) 661-7480
*FAX number*