AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Bertelsmann SE & KGaA, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:21-cv-02886-FYP<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/09/2021

/s/ Collier Kelley
*Attorney's signature*

Collier Kelley (VA Bar # 96251)
*Printed name and bar number*
450 Fifth Street NW, Suite 4000
Washington, D.C. 20530

*Address*

collier.kelley@usdoj.gov
*E-mail address*

(202) 445-9737
*Telephone number*

(202) 514-7308
*FAX number*