AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & KGaA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/09/2021

/s/ Ethan D. Stevenson
*Attorney's signature*

Ethan D. Stevenson (NY: no bar numbers assigned)
*Printed name and bar number*

450 5th St. NW
Suite 4000 South
Washington, DC 20001

*Address*

ethan.stevenson@usdoj.gov
*E-mail address*

(202) 615-4564
*Telephone number*

(202) 514-7308
*FAX number*