AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & Co. KGaA, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 12/09/2021

/s/ Ihan Kim
*Attorney's signature*

Ihan Kim (Admitted in New York, no bar number)
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
*Address*

ihan.kim@usdoj.gov
*E-mail address*

(202) 532-4283
*Telephone number*

(202) 514-7308
*FAX number*