UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEFENDANTS' FILING OF AMENDED ANSWER**

Upon the Stipulation of the Parties, and pursuant to Federal Rule of Civil Procedure 15(a), the Court hereby orders that Defendants may amend their pleading in the form of the [Proposed] Amended Answer, attached to the Stipulation as Exhibit A. Within three (3) business days of this Order, Defendants are ordered to file the Amended Answer on the docket.

**IT IS SO ORDERED.**

Date:

_____
Honorable Florence Y. Pan
United States District Judge