UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br><br>     v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.,<br><br>                *Defendants*. | Civil Action No. 21-2886-FYP |

**ORDER GRANTING LEAVE TO
FILE AMENDED ANSWER**

Upon the [54] Stipulation of the Parties, and pursuant to Federal Rule of Civil Procedure 15(a), the Court hereby **ORDERS** that Defendants may amend their pleading in the form of the Proposed Amended Answer, attached to the Stipulation as Exhibit A. It is further **ORDERED** that within three (3) business days of this Order, Defendants shall file the Amended Answer on the docket.

     **SO ORDERED.**

                                                             _____
                                                             FLORENCE Y. PAN
                                                              United States District Judge

Date: February 16, 2022