## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC., <br><br> *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF MEGAN K. SMITH

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Megan K. Smith to represent Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC and to appear and participate in proceedings in this Court in the above-captioned matter.

Ms. Smith is a partner of the firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House LLC in this matter. She is a member in good standing of the bars of the States of California and New York, as well as the U.S. Court of Appeals for the Third Circuit, the Central and Eastern District Courts of California, the Western District Court of Michigan, and the Southern District Court of New York. Ms. Smith has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against her. In the past two years, Ms. Smith has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Date: February 28, 2022 	 Respectfully submitted,

/s/ Julia Schiller_____
Julia Schiller (D.C. Bar No. 986369)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jschiller@omm.com

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and Penguin Random House LLC*