## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|  ) | |
| *Plaintiff*,  ) | |
|  ) | |
| v.  ) | Civil Action No. 1:21-cv-02886-FYP |
|  ) | |
| BERTELSMANN SE & CO. KGaA, PENGUIN  ) | |
| RANDOM HOUSE, LLC, VIACOMCBS, INC.,  ) | |
| and SIMON & SCHUSTER, INC.,  ) | |
|  ) | |
| *Defendants*.  ) | |

## DECLARATION OF MEGAN K. SMITH IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is MEGAN K. SMITH. I am a partner of the law firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House, LLC in this matter.

2. My office address is 1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067-6035, telephone number (310) 553-6700.

3. I have been admitted to and am a member in good standing of the bars of the States of California and New York, as well as the U.S. Court of Appeals for the Third Circuit, the Central and Eastern District Courts of California, the Western District Court of Michigan, and the Southern District Court of New York.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2022

Respectfully submitted,

Megan K. Smith
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Counsel for Defendants
Bertelsmann SE & Co. KGaA and Penguin
Random House, LLC*