## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC., <br><br> *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF DAWN SESTITO

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Dawn Sestito to represent Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC and to appear and participate in proceedings in this Court in the above-captioned matter.

Ms. Sestito is a partner of the firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House LLC in this matter. She is a member in good standing of the bar of the State of California, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Second, Fourth, and Ninth Circuits, and the Southern, Northern, and Central District Courts of California. Ms. Sestito has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against her. In the past two years, Ms. Sestito has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Date: March 2, 2022                          Respectfully submitted,

*/s/ Julia Schiller*_____
Julia Schiller (D.C. Bar No. 986369)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jschiller@omm.com

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and Penguin*
*Random House LLC*