UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**DECLARATION OF DAWN SESTITO IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is DAWN SESTITO. I am a partner of the law firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House, LLC in this matter.

2. My office address is 400 South Hope Street, 18th Floor, Los Angeles, CA 90071-2899, telephone number (213) 430-6000.

3. I have been admitted to and am a member in good standing of the bar of the State of California, as well as the U.S. Supreme Court, the U.S. Courts of Appeal for the Second, Fourth, and Ninth Circuits, and the Southern, Northern, and Central District Courts of California.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2022                             Respectfully submitted,

                                                    _____
                                                    Dawn Sestito
                                                    O'MELVENY & MYERS LLP
                                                    400 South Hope Street,
                                                    18th Floor
                                                    Los Angeles, CA 90071-2899
                                                    Telephone: (213) 430-6000
                                                    Facsimile: (213) 430-6407

                                                    *Counsel for Defendants*
                                                    *Bertelsmann SE & Co. KGaA and Penguin*
                                                    *Random House, LLC*