UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>        *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT DAWN SESTITO *PRO HAC VICE***

Before the Court is the Motion for Admission *Pro Hac Vice* of Dawn Sestito ("Motion").

Upon consideration of the papers submitted in connection with the Motion, IT IS HEREBY

ORDERED that the Motion is GRANTED.

**SO ORDERED.**

Dated: _____, 2022

_____
Honorable Judge Florence Y. Pan
United States District Judge
United States District Court for the
District of Columbia