UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY MEGAN K. SMITH

PLEASE TAKE NOTICE that Megan K. Smith of O'Melveny & Myers LLP enters her appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: March 3, 2022

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Megan K. Smith*
  Megan K. Smith (appearing
   *pro hac vice*)
  O'MELVENY & MYERS LLP
  1999 Avenue of the Stars
  8th Floor
  Los Angeles, CA 90067-6035
  Telephone: (310) 553-6700
  Facsimile: (310) 246-6779

  *Counsel for Defendants*
  *Bertelsmann SE & Co. KGaA and*
  *Penguin Random House LLC*