UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> BERTELSMANN SE & CO. KGaA, PENGUIN ) <br> RANDOM HOUSE, LLC, VIACOMCBS, INC., ) <br> and SIMON & SCHUSTER, INC., ) <br> ) <br> *Defendants*. ) | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY VISION WINTER

PLEASE TAKE NOTICE that Vision Winter of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: March 3, 2022

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Vision Winter*
    Vision Winter (appearing
    *pro hac vice*)
    O'MELVENY & MYERS LLP
    1999 Avenue of the Stars
    8th Floor
    Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
    Facsimile: (310) 246-6779

    *Counsel for Defendants*
    *Bertelsmann SE & Co. KGaA and*
    *Penguin Random House LLC*