UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>  *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY DANIEL L. CANTOR

PLEASE TAKE NOTICE that Daniel L. Cantor of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: March 4, 2022

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Daniel L. Cantor*
    Daniel L. Cantor (appearing
     *pro hac vice*)
    O'MELVENY & MYERS LLP
    Times Square Tower
    7 Times Square
    New York, NY 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061

    *Counsel for Defendants*
    *Bertelsmann SE & Co. KGaA and*
    *Penguin Random House LLC*