# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE BY DAWN SESTITO

PLEASE TAKE NOTICE that Dawn Sestito of O'Melveny & Myers LLP enters her appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: March 4, 2022

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Dawn Sestito*
    Dawn Sestito (appearing
    *pro hac vice*)
    O'MELVENY & MYERS LLP
    400 South Hope Street
    18th Floor
    Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and*
*Penguin Random House LLC*