UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     *Plaintiff*,<br><br>  v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>     *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**STIPULATION REGARDING MODIFICATION OF CASE SCHEDULE**

  Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 16.6 of the Local Rules of the United States District Court for the District of Columbia, and the Scheduling and Case Management Order (Dkt. No. 53) (the "CMO"), Plaintiff United States of America and Defendants Bertelsmann SE & Co. KGaA, Penguin Random House LLC, Paramount Global (f/k/a/ ViacomCBS, Inc.), and Simon & Schuster, Inc., by and through their respective counsel, hereby stipulate as follows:

  WHEREAS, on December 15, 2021, the Court entered the CMO, which set forth certain deadlines for the parties to complete, *inter alia*, fact discovery and expert discovery and for trial to commence in this matter;

  WHEREAS, the CMO provides that the schedule may be modified by "mutual agreement of the parties, provided any such modification has no effect on the schedule for pretrial filings or trial date";

  WHEREAS, the parties agree that the Order should be modified;

WHEREAS, the parties agree that the proposed modifications to the case schedule will not necessitate modifying the schedule for pretrial filings or trial date;

WHEREAS, the parties informed the Court of their agreement at the March 17, 2022 scheduling conference, and the Court ordered the parties to submit a stipulation reflecting the agreed-upon modified schedule;

WHEREAS, the parties conferred after the March 17, 2022 scheduling conference and agree that they do not require an extension of the deadline for the parties to exchange designations of experts that each party intends to call in its rebuttal;

NOW, THEREFORE, the parties hereby request that the Court enter an order modifying the CMO to reflect the amended case schedule described below.

| Event | December 15, 2021 Scheduling and Case Management Order | Amended Schedule |
|---|---|---|
| Each side exchanges final trial fact witness lists | Friday, March 18, 2022 | Friday, April 1, 2022 |
| Close of Fact Discovery | Friday, April 15, 2022 | Friday, April 29, 2022 |
| Initial Expert Report(s) on the issues on which the party bears the burden | Wednesday, April 20, 2022 | Wednesday, May 4, 2022 |
| Rebuttal Expert Report(s) to the Initial Expert Report(s) | Friday, May 20, 2022 | Friday, June 3, 2022 |
| Reply Expert Report(s) to the Rebuttal Expert Report(s) | Thursday, June 9, 2022 | Thursday, June 23, 2022 |
| Close of Expert Discovery | Tuesday, June 21, 2022 | Tuesday, July 5, 2022 |

Dated: March 18, 2022                         Respectfully submitted,

By:  /s/ Daniel M. Petrocelli

Daniel M. Petrocelli (appearing *pro hac vice*)
M. Randall Oppenheimer (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
dpetrocelli@omm.com
roppenheimer@omm.com

Andrew J. Frackman (appearing *pro hac vice*)
Abby F. Rudzin (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
Seven Times Square
New York, NY 10026
Telephone: (212) 326-2000
afrackman@omm.com
arudzin@omm.com

Courtney Dyer (D.C. Bar No. 490805)
Julia Schiller (D.C. Bar No. 986369)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
cdyer@omm.com
jschiller@omm.com

Deborah L. Feinstein (D.C. Bar No. 412109)
Jason Ewart (D.C. Bar No. 484126)
**ARNOLD & PORTER**
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
debbie.feinstein@arnoldporter.com
jason.ewart@arnoldporter.com

*Attorneys for Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC*

By: */s/ Stephen R. Fishbein*

Stephen R. Fishbein (appearing *pro hac vice*)
Jessica K. Delbaum (appearing *pro hac vice*)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
sfishbein@shearman.com
jessica.delbaum@shearman.com

Ryan Shores (DC Bar No. 500031)
Michael Mitchell (DC Bar No. 1531689)
**SHEARMAN & STERLING LLP**
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
ryan.shores@shearman.com
michael.mitchell@shearman.com

Rachel E. Mossman (DC Bar No. 1016255)
**SHEARMAN & STERLING LLP**
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone: (214) 271-5777
rachel.mossman@shearman.com

*Attorneys for Defendants Paramount Global (f/k/a ViacomCBS Inc.) and Simon & Schuster, Inc.*

By: */s/ John R. Read*

John R. Read (D.C. Bar No. 419373)
**United States Department of Justice**
**Antitrust Division**
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 725-0165
john.read@usdoj.gov

*Attorney for the United States*