UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        *Plaintiff*,

v.

BERTELSMANN SE & CO. KGaA,
PENGUIN RANDOM HOUSE, LLC,
VIACOMCBS, INC., and
SIMON & SCHUSTER, INC.

        *Defendants*.

Civil Action No. 1:21-cv-02886-FYP

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING MODIFICATION OF CASE SCHEDULE**

Upon the Stipulation of the Parties, and pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Scheduling and Case Management Order (Dkt. No. 53), the Court hereby modifies the December 15, 2021 Scheduling and Case Management Order to reflect the amended case schedule described below:

| Event | December 15, 2021 Scheduling and Case Management Order | Amended Schedule |
|---|---|---|
| Each side exchanges final trial fact witness lists | Friday, March 18, 2022 | Friday, April 1, 2022 |
| Close of Fact Discovery | Friday, April 15, 2022 | Friday, April 29, 2022 |
| Initial Expert Report(s) on the issues on which the party bears the burden | Wednesday, April 20, 2022 | Wednesday, May 4, 2022 |
| Rebuttal Expert Report(s) to the Initial Expert Report(s) | Friday, May 20, 2022 | Friday, June 3, 2022 |
| Reply Expert Report(s) to the Rebuttal Expert Report(s) | Thursday, June 9, 2022 | Thursday, June 23, 2022 |
| Close of Expert Discovery | Tuesday, June 21, 2022 | Tuesday, July 5, 2022 |

2

**IT IS SO ORDERED.**

Date:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Honorable Florence Y. Pan

United States District Judge