UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   *Plaintiff*,<br><br> v.<br><br>**BERTELSMANN SE & CO. KGaA,**<br>**PENGUIN RANDOM HOUSE, LLC,**<br>**VIACOMCBS, INC., and**<br>**SIMON & SCHUSTER, INC.,**<br><br>   *Defendants*. | Civil Action No. 21-2886 (FYP) |

### ORDER GRANTING STIPULATION REGARDING MODIFICATION OF CASE SCHEDULE

 Upon consideration of the Stipulation of the Parties, and pursuant to Federal Rule of Civil Procedure 16(b)(4) and the [53] Scheduling and Case Management Order, the Court hereby modifies the December 15, 2021, Scheduling and Case Management Order to reflect the amended case schedule described below:

| Event | December 15, 2021 Scheduling and Case Management Order | Amended Schedule |
|---|---|---|
| Each side exchanges final trial fact witness lists | Friday, March 18, 2022 | Friday, April 1, 2022 |
| Close of Fact Discovery | Friday, April 15, 2022 | Friday, April 29, 2022 |
| Initial Expert Report(s) on the issues on which the party bears the burden | Wednesday, April 20, 2022 | Wednesday, May 4, 2022 |
| Rebuttal Expert Report(s) to the Initial Expert Report(s) | Friday, May 20, 2022 | Friday, June 3, 2022 |
| Reply Expert Report(s) to the Rebuttal Expert Report(s) | Thursday, June 9, 2022 | Thursday, June 23, 2022 |
| Close of Expert Discovery | Tuesday, June 21, 2022 | Tuesday, July 5, 2022 |

**SO ORDERED.**

_____
FLORENCE Y. PAN
United States District Judge

Date:   March 21, 2022