# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## [PROPOSED] ORDER GRANTING RELEASE OF TRANSCRIPT OF SEALED CONFERENCE

Upon the Joint Motion of Plaintiff United States of America and Defendants Bertelsmann SE & Co. KGaA, Penguin Random House, LLC, ViacomCBS, Inc., and Simon & Schuster, Inc., the Court hereby orders that the transcript of the sealed conference held on March 30, 2022, be released and sent to counsel of record for the Parties.

**IT IS SO ORDERED.**

Date:

_____
Honorable Florence Y. Pan
United States District Judge