UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BERTELSMANN SE & CO. KGaA,**<br>**PENGUIN RANDOM HOUSE, LLC,**<br>**VIACOMCBS, INC., and**<br>**SIMON & SCHUSTER, INC.,**<br><br>*Defendants.* | Civil Action No. 21-2886 (FYP) |

## ORDER GRANTING RELEASE OF TRANSCRIPT OF SEALED CONFERENCE

Upon the Joint Motion of Plaintiff United States of America and Defendants Bertelsmann SE & Co. KGaA, Penguin Random House, LLC, ViacomCBS, Inc., and Simon & Schuster, Inc., the Court hereby orders that the transcript of the sealed conference held on March 30, 2022, be released and sent to counsel of record for the Parties.

**SO ORDERED.**

_____<br>
FLORENCE Y. PAN<br>
United States District Judge

Date:  April 5, 2022