IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br>BERTELSMANN SE & CO. KGaA, et al.,<br><br>                Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**WILLIAM D. MARSH**

Movant Michael Mitchell, undersigned counsel (hereinafter, "Counsel") for Defendants Paramount Global and Simon & Schuster, Inc., respectfully moves this Court, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, for entry of the attached Order admitting William D. Marsh to appear *pro hac vice* as co-counsel for Paramount Global (f/k/a/ ViacomCBS Inc.) and Simon & Schuster, Inc. In support of this Motion, Counsel states as follows:

1. Counsel is a member in good standing of the Bar of this Court and is licensed to practice in the District of Columbia (DC Bar No. 1531689).

2. Mr. Marsh is a member in good standing of the bar of the state of Texas (Texas Bar No. 24092762) and is licensed to practice in the state of Texas.

3. Mr. Marsh is an associate with the law firm of Shearman & Sterling LLP, 2828 North Harwood Street, 18th Floor, Dallas, TX 75201.

4. Attached hereto is the Declaration of William D. Marsh in accordance with LCvR 83.2.

5. William D. Marsh will abide by the Civil Rules of the United States District Court for the District of Columbia and other rules of this Court.

This Motion and the attached Declaration meet all the requirements of the Civil Rules of the United States District Court for the District of Columbia including LCvR 83.

WHEREFORE, for the foregoing reasons, on behalf of Defendants Paramount Global (f/k/a/ ViacomCBS Inc.) and Simon & Schuster, Inc., Counsel respectfully requests that the Court enter the attached order.

Dated: April 13, 2022               Respectfully submitted,

                                    */s/ Michael Mitchell*
                                    Michael Mitchell (DC Bar No. 1531689)
                                    SHEARMAN & STERLING LLP
                                    401 9th Street, N.W., Suite 800
                                    Washington, DC 20004
                                    Telephone: (202) 508 8073
                                    Fax: (202) 661-7480
                                    Email: Michael.Mitchell@shearman.com

                                    *Counsel for Defendants Paramount Global and Simon & Schuster, Inc.*