IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>BERTELSMANN SE & CO. KGaA, et al.,<br><br>        Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

### DECLARATION OF WILLIAM D. MARSH
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I, William D. Marsh, declare as follows:

1. My name is William D. Marsh, and I am an associate with the law firm of Shearman & Sterling LLP and my office address and telephone number is 2828 North Harwood Street, 18th Floor, Dallas, TX 75201 and (214) 271 5348.

2. I am a member in good standing of the bar of the state of Texas (Texas Bar No. 24092762) and am licensed to practice in the state of Texas.

3. I am also a member of the following federal bars:

    - United States District Court for the Western District of Texas
    - United States District Court for the Northern District of Texas
    - United States District Court for the Southern District of Texas

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court in the last two years.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2022

Respectfully submitted,

_____
William D. Marsh
SHEARMAN & STERLING LLP
2828 North Harwood Street, 18th Floor
Dallas, TX 75201
Telephone: (214) 271 5348
Fax: (214) 271 5778
Email: Billy.Marsh@Shearman.com

*Counsel for Defendants Paramount Global. and Simon & Schuster, Inc.*