IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>BERTELSMANN SE & CO. KGaA, et al.,<br>　　　　　　Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* OF WILLIAM D. MARSH

Upon consideration of the Motion for Admission *Pro Hac Vice* of William D. Marsh in the above captioned matter, and the Declaration of William D. Marsh in support thereof, it is by the Court this ___ day of _____, 2022, hereby

ORDERED, that the Motion for Admission *Pro Hac Vice* of William D. Marsh be GRANTED, and it is

FURTHER ORDERED, that William D. Marsh is permitted to appear *pro hac vice* as counsel for Defendants Paramount Global (f/k/a/ ViacomCBS Inc.) and Simon & Schuster, Inc. in the above captioned matter.

_____
UNITED STATES DISTRICT COURT JUDGE