AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & KGaA, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ViacomCBS and Simon & Schuster, Inc.

Date: 04/19/2022

/s/ William Marsh
*Attorney's signature*

William Marsh (Pro Hac Vice)
*Printed name and bar number*

Shearman & Sterling LLP
2828 North Harwood Street, 18th Floor
Dallas, Texas 75201
*Address*

Billy.Marsh@shearman.com
*E-mail address*

(214) 271-5348
*Telephone number*

(214) 853-5752
*FAX number*