AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & KGaA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/21/2022

/s/ Melvin Schwarz
*Attorney's signature*

Melvin A. Schwarz (D.C. Bar # 474301)
*Printed name and bar number*
450 Fifth Street NW, Suite 4000
Washington, D.C. 20530

*Address*

Melvin.Schwarz@usdoj.gov
*E-mail address*

(202) 808-4361
*Telephone number*

(202) 514-7308
*FAX number*