UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>       *Plaintiff*,<br><br>  v.<br><br>**BERTELSMANN SE & CO. KGaA,**<br>**PENGUIN RANDOM HOUSE, LLC,**<br>**VIACOMCBS, INC., and**<br>**SIMON & SCHUSTER, INC.,**<br><br>       *Defendants*. | **Civil Action No. 21-2886 (FYP)** |

## AMENDED SCHEDULE

Upon consideration of the representations of the parties during the Status Conference held on May 25, 2022, the Court hereby modifies the Schedule entered on December 15, 2021, to reflect the deadlines for post-trial briefing requested by the parties:

| Event | Timing |
|---|---|
| Each side exchanges exhibit lists and opening deposition designations | Wednesday, June 15, 2022 |
| Each party informs non-party of all confidential documents produced by non-party that are on that party's exhibit list and all confidential deposition testimony of that non-party that have been designated by any party | Tuesday, June 21, 2022 |
| Each side exchanges its objections to the other side's exhibits and opening deposition designations and its deposition counter-designations | Wednesday, June 22, 2022 |
| Reply Expert Report(s) to the Rebuttal Expert Report(s) | Thursday, June 23, 2022 |
| Each side exchanges its objections to the other side's deposition counter-designations and its counter-counter-designations | Friday, June 24, 2022 |
| Non-parties provide notice whether they object to the potential public disclosure at trial of any non-party documents and | Friday, July 1, 2022 |

| | |
|---|---|
| depositions, explain the basis for any such objections, and propose redactions where possible | |
| Parties meet and confer regarding admissibility of trial exhibits and deposition designations | Friday, July 1, 2022 |
| Parties meet and confer regarding disputes about confidentiality of party documents on trial exhibit lists | Friday, July 1, 2022 |
| Close of Expert Discovery | Tuesday, July 5, 2022 |
| Parties and non-parties meet and confer regarding confidentiality of non-party documents on trial exhibit lists and non-party depositions | Wednesday, July 6, 2022 |
| Motions *in limine* to be filed | Friday, July 8, 2022 |
| Expert reports with executive summaries to be filed | Friday, July 8, 2022 |
| Status conference | Monday, July 11, 2022 |
| Oppositions to motions *in limine* to be filed | Wednesday, July 13, 2022 |
| Replies in support of motions *in limine* to be filed | Friday, July 15, 2022 |
| Each side's pretrial briefs to be filed | Friday, July 15, 2022 |
| Joint pretrial statement with witness lists to be filed | Friday, July 15, 2022 |
| Final pretrial conference | Monday, July 25, 2022 |
| Trial begins | Monday, August 1, 2022 |
| Trial ends | No later than Friday, August 19, 2022 |
| Post-trial findings of fact and conclusions of law to be filed | Three weeks after the end of trial, and no later than Friday, September 9, 2022 |
| Post-trial objections to findings of fact and conclusions of law to be filed | Two weeks after the filing of the post-trial findings of facts and conclusions of law, and no later than Friday, September 23, 2022 |

\* \* \*

The Court confirms that it is the undersigned judge's intention to preside over the trial and to issue a ruling in this case.

**SO ORDERED.**

_____
FLORENCE Y. PAN
United States District Judge

Date:   June 7, 2022