UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
            *Plaintiff*,

v.

BERTELSMANN SE & CO. KGaA,
PENGUIN RANDOM HOUSE, LLC,
VIACOMCBS, INC., and
SIMON & SCHUSTER, INC.

            *Defendants*.

Civil Action No. 1:21-cv-02886-FYP

**STIPULATION REGARDING MODIFICATION OF CASE SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 16.6 of the Local Rules of the United States District Court for the District of Columbia, and the Scheduling and Case Management Order (Dkt. No. 53) (the "CMO"), Plaintiff United States of America ("Plaintiff") and Defendants Bertelsmann SE & Co. KGaA, Penguin Random House LLC, Paramount Global (f/k/a/ ViacomCBS, Inc.), and Simon & Schuster, Inc. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on December 15, 2021, the Court entered the CMO, which set forth certain deadlines for the parties, *inter alia*, related to non-party documents and deposition designations;

WHEREAS, the Court's December 15, 2021 Order provides that the schedule may be modified by "mutual agreement of the parties, provided any such modification has no effect on the schedule for pretrial filings or trial date";

WHEREAS, on June 7, 2022, the Court entered an Amended Schedule (Dkt. 86), which modified the schedule set forth in the December 15, 2021 Order;

WHEREAS, the parties conferred on June 17, 2022, and agree that certain deadlines set forth in the Amended Schedule should be modified for good cause;

WHEREAS, the parties agree that the proposed modifications to the case schedule will not necessitate modifying the schedule for pretrial filings or trial date;

NOW, THEREFORE, the parties hereby request that the Court enter an order modifying the June 7, 2022 Amended Schedule to reflect the stipulated amended case schedule described below.

| Event | June 7, 2022 Amended Schedule | Parties' Stipulated Amendment to June 7, 2022 Schedule |
|---|---|---|
| Each party informs non-party of all confidential documents produced by non-party that are on that party's exhibit list and all confidential deposition testimony of that non-party that have been designated by any party | Tuesday, June 21, 2022 | Thursday, June 23, 2022 |
| Non-parties provide notice whether they object to the potential public disclosure at trial of any non-party documents and depositions, explain the basis for any such objections, and propose redactions where possible | Friday, July 1, 2022 | Wednesday, July 6, 2022 |
| Parties and non-parties meet and confer regarding confidentiality of non-party documents on trial exhibit lists and non-party depositions | Wednesday, July 6, 2022 | Tuesday, July 12, 2022 |

Dated: June 20, 2022								Respectfully submitted,

By:  /s/ Daniel M. Petrocelli

Daniel M. Petrocelli (appearing *pro hac vice*)
M. Randall Oppenheimer (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
dpetrocelli@omm.com
roppenheimer@omm.com

Andrew J. Frackman (appearing *pro hac vice*)
Abby F. Rudzin (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
Seven Times Square
New York, NY 10026
Telephone: (212) 326-2000
afrackman@omm.com
arudzin@omm.com

Courtney Dyer (D.C. Bar No. 490805)
Julia Schiller (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
cdyer@omm.com
jschiller@omm.com

Deborah L. Feinstein (D.C. Bar No. 412109)
Jason Ewart (D.C. Bar No. 484126)
**ARNOLD & PORTER**
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
debbie.feinstein@arnoldporter.com
jason.ewart@arnoldporter.com

*Attorneys for Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC*

By:   */s/ Stephen R. Fishbein*

Stephen R. Fishbein (appearing *pro hac vice*)
Jessica K. Delbaum (appearing *pro hac vice*)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
sfishbein@shearman.com
jessica.delbaum@shearman.com

Ryan Shores (DC Bar No. 500031)
Michael Mitchell (DC Bar No. 1531689)
**SHEARMAN & STERLING LLP**
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
ryan.shores@shearman.com
michael.mitchell@shearman.com

Rachel E. Mossman (DC Bar No. 1016255)
**SHEARMAN & STERLING LLP**
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 271-5777
rachel.mossman@shearman.com

*Attorneys for Defendants Paramount Global (f/k/a ViacomCBS Inc.) and Simon & Schuster, Inc.*

By:   */s/ John R. Read*

John R. Read (D.C. Bar No. 419373)
**United States Department of Justice**
**Antitrust Division**
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 725-0165
john.read@usdoj.gov

*Attorney for the United States*

4