# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>           *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## [PROPOSED] ORDER GRANTING STIPULATION REGARDING MODIFICATION OF CASE SCHEDULE

Upon the Stipulation of the Parties, and pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Scheduling and Case Management Order (Dkt. No. 53), the Court hereby modifies the June 7, 2022 Amended Schedule to reflect the amended case schedule described below:

| Event | June 7, 2022 Amended Schedule | Parties' Stipulated Amendment to June 7, 2022 Schedule |
|---|---|---|
| Each party informs non-party of all confidential documents produced by non-party that are on that party's exhibit list and all confidential deposition testimony of that non-party that have been designated by any party | Tuesday, June 21, 2022 | Thursday, June 23, 2022 |
| Non-parties provide notice whether they object to the potential public disclosure at trial of any non-party documents and depositions, explain the basis for any such objections, and propose redactions where possible | Friday, July 1, 2022 | Wednesday, July 6, 2022 |

| Parties and non-parties meet and confer regarding confidentiality of non-party documents on trial exhibit lists and non-party depositions | Wednesday, July 6, 2022 | Tuesday, July 12, 2022 |

**IT IS SO ORDERED.**

Date:

                                          Honorable Florence Y. Pan

                                          United States District Judge