UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**BERTELSMANN SE & CO. KGaA,**<br>**PENGUIN RANDOM HOUSE, LLC,**<br>**VIACOMCBS, INC., and**<br>**SIMON & SCHUSTER, INC.,**<br><br>*Defendants*. | **Civil Action No. 21-2886 (FYP)** |

**ORDER GRANTING STIPULATION REGARDING**
**MODIFICATION OF CASE SCHEDULE**

Upon consideration of the Stipulation of the Parties, and pursuant to Federal Rule of Civil Procedure 16(b)(4) and the [53] Scheduling and Case Management Order, the Court hereby modifies the June 7, 2022, Amended Schedule to reflect the amended case schedule described below:

| Event | June 7, 2022 Amended Schedule | June 21, 2022 Amended Schedule |
|---|---|---|
| Each party informs non-party of all confidential documents produced by non-party that are on that party's exhibit list and all confidential deposition testimony of that non-party that have been designated by any party | Tuesday, June 21, 2022 | Thursday, June 23, 2022 |
| Non-parties provide notice whether they object to the potential public disclosure at trial of any non-party documents and depositions, explain the basis for any such objections, and propose redactions where possible | Friday, July 1, 2022 | Wednesday, July 6, 2022 |
| Parties and non-parties meet and confer regarding confidentiality of non-party documents on trial exhibit lists and non-party depositions | Wednesday, July 6, 2022 | Tuesday, July 12, 2022 |

**SO ORDERED.**

_____
FLORENCE Y. PAN
United States District Judge

Date:   June 21, 2022