UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>      *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF DREW E. BREUDER**

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned moves for the admission *pro hac vice* of Drew E. Breuder to represent Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC and to appear and participate in proceedings in this Court in the above-captioned matter.

Mr. Breuder is a partner of the firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House LLC in this matter. He is a member in good standing of the bar of the State of California, as well as the U.S. Court of Appeal for the Ninth Circuit, and the Central, Northern, and Southern District Courts of California. Mr. Breuder has not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against him. In the past two years, Mr. Breuder has not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

Date: June 22, 2022	Respectfully submitted,

/s/ Julia Schiller
Julia Schiller (D.C. Bar No. 986369)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jschiller@omm.com

*Counsel for Defendants
Bertelsmann SE & Co. KGaA and Penguin
Random House LLC*