UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## DECLARATION OF DREW E. BREUDER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, I declare:

1. My full name is DREW E. BREUDER. I am a partner of the law firm O'Melveny & Myers LLP, attorneys for Bertelsmann SE & Co. KGaA and Penguin Random House, LLC in this matter.

2. My office address is 1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067-6035, telephone number (310) 246-6713.

3. I have been admitted to and am a member in good standing of the bar of the State of California, as well as the U.S. Court of Appeal for the Ninth Circuit, and the Central, Northern, and Southern District Courts of California.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 22, 2022

Respectfully submitted,

Drew E. Breuder
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 246-6713
Facsimile: (310) 246-6779

*Counsel for Defendants*
*Bertelsmann SE & Co. KGaA and Penguin*
*Random House, LLC*