AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02886-FYP |
| Bertelsann SE & KGaA, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                      .

Date:   07/07/2022                                                     /s/ Anna Elizabeth Cross
                                                                                        *Attorney's signature*

                                                                   Anna Elizabeth Cross (D.C. Bar #494788)
                                                                                 *Printed name and bar number*

                                                                            450 Fifth Street NW, Suite 4000
                                                                                    Washington, DC 20530

                                                                                                *Address*

                                                                                 anna.cross2@usdoj.gov
                                                                                           *E-mail address*

                                                                                       (202) 514-1671
                                                                                     *Telephone number*

                                                                                       (202) 514-7308
                                                                                          *FAX number*