AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
*Plaintiff* )
v. ) Case No. 1:21-cv-02886-FYP
Bertelsmann SE & KGaA, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/07/2022

/s/ Kevin Krautscheid
*Attorney's signature*

Kevin Krautscheid (Oregon Bar #213763)
*Printed name and bar number*

450 Fifth Street NW, Suite 4000
Washington, D.C. 20530
*Address*

Kevin.Krautscheid@usdoj.gov
*E-mail address*

(202) 460-4259
*Telephone number*

(202) 514-7308
*FAX number*