UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC,<br><br>*Defendants.* | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION
*IN LIMINE* TO PRECLUDE EVIDENCE OF
<u>PENGUIN RANDOM HOUSE'S ANNOUNCED BIDDING POLICY</u>**

Upon consideration of Plaintiff United States' Motion *in limine* to preclude evidence of Penguin Random House's Announced Bidding Policy, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____, 2022

                                                                                               _____

                                                                                               Honorable Judge Florence Y. Pan

                                                                                               United States District Judge

                                                                                               United States District Court for the District of Columbia