UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *Plaintiff,*<br><br>  v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE BELATED EXPERT OPINION APPLYING "GUPPI" ANALYSIS**

Upon consideration of Defendants' Motion to Strike Belated Expert Opinion Applying "GUPPI" Analysis, it is hereby ORDERED that the Motion is GRANTED. Plaintiff's expert's opinion applying a GUPPI analysis is STRICKEN.

**IT IS SO ORDERED.**

Date:

                     Honorable Florence Y. Pan
                     United States District Judge