# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>*Defendants.* | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE USE OF PRINTING-RELATED EVIDENCE TO ESTABLISH ALLEGED ANTICOMPETITIVE EFFECTS**

Upon consideration of Defendants' Motion to Exclude Use of Printing-Related Evidence To Establish Alleged Anticompetitive Effects, it is hereby ORDERED that the Motion is GRANTED.  Plaintiff is precluded from presenting evidence or argument at trial concerning the printing capabilities of Bertelsmann SE & Co. KGaA, and printing-market conditions in general.

**IT IS SO ORDERED.**

Date:

_____

Honorable Florence Y. Pan

United States District Judge