# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff*,<br>v.<br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

### [PROPOSED] ORDER DENYING THE GOVERNMENT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF PENGUIN RANDOM HOUSE'S ANNOUNCED BIDDING POLICY

Upon consideration of Plaintiffs' Motion *in Limine* to Preclude Evidence of Penguin Random House's Announced Bidding Policy, it is hereby ORDERED that the Motion is DENIED.

**IT IS SO ORDERED.**

Date:

                      Honorable Florence Y. Pan
                      United States District Judge