# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>　　　　　*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

### [PROPOSED] ORDER DENYING THE GOVERNMENT'S MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY FROM JENNIFER RUDOLPH WALSH

Upon consideration of Plaintiffs' Motion *in Limine* to Exclude Expert Testimony from Jennifer Rudolph Walsh, it is hereby ORDERED that the Motion is DENIED.

**IT IS SO ORDERED.**

Date:

　　　　　　　　　　　　　　　　　　　　　　　Honorable Florence Y. Pan

　　　　　　　　　　　　　　　　　　　　　　　United States District Judge