# Exhibit B

```
 1        IN THE UNITED STATES DISTRICT COURT
 2               DISTRICT OF COLUMBIA
 3
 4   CIVIL ACTION NUMBER: 1:21-cv-02886-FYP
 5
 6   UNITED STATES OF AMERICA,
 7            Plaintiff,
 8   vs.
 9   BERTELSMANN SE & Co. KGaA, PENGUIN
10   RANDOM HOUSE, LLC, et al.,
11            Defendants.
12   _____
13
14
15        VIDEO DEPOSITION TESTIMONY OF
16              NICHOLAS HILL
17           FRIDAY, JULY 1, 2022
18                9:14 A.M.
19
20
21   COURT REPORTER:
22   MELANIE PETIX BEASLEY, CCR
23   JOB No. 5282164
```

Page 1

1  mechanisms.
2      Q.   Were you aware of the GUPPI model
3  before your reply report?
4      A.   I was aware that CRA had presented
5  it and that they had a white paper, but I
6  had not considered it particularly beyond
7  that.
8      Q.   So you just decided to include the
9  GUPPI model in response to Dr. Snider's
10 criticisms of your second score approach?
11     A.   Right.  Again, I think that the
12 second score auction model is a reasonable
13 way to estimate the loss of competition.  He
14 disagrees and so I looked for another
15 alternative.
16     Q.   Have you -- would you agree that
17 the model, the second score model is set up
18 in a way that absent efficiencies, it will
19 always show harm when two merging parties
20 merge?
21     A.   I would say that it is like
22 Bertrand model or other economic models.  It
23 will show an effect, and the size of the

Page 237

```
 1   modifications to them?
 2         A.   Other than changing the inputs to
 3   be the more updated estimates of margins and
 4   diversions.
 5         Q.   Did the Defendants' GUPPI use the
 6   same advance cutoff or a different one?
 7         A.   I don't know.
 8         Q.   Why didn't you run the GUPPI in
 9   conjunction with your second score model?
10         A.   When you say in conjunction, do
11   you mean why didn't I put it in my initial
12   report?
13         Q.   Yes.
14         A.   So I think that the second score
15   auction model is a reasonable way to
16   approach this.  Dr. Snyder criticized me for
17   not looking at other mechanisms.  And the --
18   the GUPPI model was derived by the parties
19   looked at different mechanisms.  As I said,
20   I also tried at first to price auction and
21   it -- it didn't -- it didn't end up working.
22         Q.   You -- let's look at Figure 22 in
23   your reply report.  It's on Page 44.
```

Page 353