Exhibit C

## In the Matter Of:

*USA vs*

*Bertelsmann SE*

*EDWARD SNYDER*

*July 06, 2022*



Case 1:21-cv-02886-FYP   Document 108-3   Filed 07/13/22   Page 3 of 5
USA vs
Bertelsmann SE
Edward Snyder
July 06, 2022

154

```
02:16  1           Q.    And Figure 19 would be comparable
02:16  2     to Figure 17?  Do you have a disagreement with
02:17  3     the mathematics underlying that calculation?
02:17  4                 MR. VOELZ:  Objection to form.
02:17  5           A.    No.  What's going on here is he's
02:17  6     using market shares from the agency data as
02:17  7     inputs into the S&A -- excuse me -- SSA.
02:17  8           Q.    And the agency data is the data
02:17  9     that you put together?
02:17 10           A.    From the 18 agencies --
02:17 11           Q.    Right.
02:17 12           A.    -- yes.
02:17 13           Q.    And I guess we can move past
02:17 14     Figure 20 since that's similar to what we
02:17 15     discussed.
02:17 16           A.    Okay.
02:17 17           Q.    Figure 21:  "Unilateral price
02:17 18     effects from the multi-round bidding GUPPI
02:18 19     model."
02:18 20                 Do you see that on page 43?
02:18 21           A.    Yes.
02:18 22           Q.    Did you --
02:18 23           A.    It's discussed on paragraph 88.
02:18 24           Q.    Yes, sir.  Correct.  Did you --
02:18 25     putting this aside for a moment, did you do a
```

Case 1:21-cv-02886-FYP   Document 108-3   Filed 07/13/22   Page 4 of 5
USA vs
Bertelsmann SE
Edward Snyder
July 06, 2022

155

02:18  1  GUPPI analysis at all with respect to issues
02:18  2  in this case?
02:18  3         A.    No.
02:18  4         Q.    And did you attempt to analyze
02:18  5  the correctness of the mathematical
02:18  6  calculations in Figure 21?
02:18  7         A.    No.  I haven't -- I haven't done
02:18  8  that yet.  As you know, the GUPPI model came
02:18  9  in as a new approach in his last report.
02:18 10         Q.    Are you aware that the parties
02:18 11  submitted a GUPPI analysis to the government
02:18 12  before this case was brought?
02:18 13         A.    My understanding is that there
02:19 14  was some form of GUPPI analysis presented.
02:19 15         Q.    That was not something that you
02:19 16  were involved with I take it?
02:19 17         A.    Correct.
02:19 18         Q.    Well, let me just ask the
02:19 19  question I've been asking with the
02:19 20  understanding that you haven't done your own
02:19 21  analysis of the GUPPI analysis.
02:19 22               Do you have any reason, as you
02:19 23  sit here, to dispute the calculations that are
02:19 24  set out here mathematically?
02:19 25               MR. VOELZ:  Objection to form.

Case 1:21-cv-02886-FYP   Document 108-3   Filed 07/13/22   Page 5 of 5

USA vs
Bertelsmann SE

Edward Snyder
July 06, 2022

156

```
02:19  1        A.    I just can't answer the
02:19  2   question because I haven't done that --
02:19  3        Q.    Right.
02:19  4        A.    -- review yet.
02:19  5        Q.    That brings up the question,
02:19  6   though:  Do you have any plans to do any
02:19  7   further analyses between now and trial?  In
02:19  8   this case, of course.
02:20  9        A.    I think the main thing I want to
02:20 10   do is continue to learn about the record and
02:20 11   learn about the industry and understand
02:20 12   exactly what has been done in these various
02:20 13   exhibits that you've asked me about, and then
02:20 14   assess how best to organize my trial
02:20 15   testimony.
02:20 16              I mean, I'm going through, for
02:20 17   example, the examples presented in the DOJ
02:20 18   complaint and in Dr. Hill's reports.  I'm
02:20 19   continuing to evaluate the, you know, some of
02:20 20   the fundamental questions in the case.
02:20 21              But I think you're asking me is
02:20 22   there something new and different.  And it's
02:20 23   more within the process of continuing to
02:21 24   refine my analysis.
02:21 25        Q.    Do you plan to do any further
```