UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC,<br>     *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION
TO STRIKE BELATED EXPERT OPINION APPLYING "GUPPI ANALYSIS"**

Upon consideration of Defendants' Motion to Strike Belated Expert Opinion Applying "GUPPI" Analysis, it is hereby

ORDERED that the Motion is DENIED.

Dated: _____, 2022

_____
Honorable Judge Florence Y. Pan

United States District Judge

United States District Court for the District of Columbia