# EXHIBIT B
# SCHEDULE OF WITNESSES
# FOR DEFENDANTS

**Exhibit B – Schedule of Witnesses for Defendants**

Without the benefit of having received DOJ's witness list prior to the submission of the Pretrial Statement, below reflects Defendants' anticipated order of witness. Defendants reserve the right to alter the order, number, and designation of witnesses. Defendants further reserve the right to call witnesses on the DOJ's witness list.

|   | **Witness** | **Contact Information** | **Description of Anticipated Testimony** | **Will / May Testify** |
|---|---|---|---|---|
| 1. | Jennifer Rudolph Walsh* | Daniel M. Petrocelli, Esq. O'Melveny & Myers LLP 1999 Avenue of the Stars Los Angeles, CA 90067 Telephone: (310) 553-6700 | Ms. Walsh served as a literary agent for more than three decades, overseeing dozens of literary agents over the course of her career. As an industry expert Ms. Walsh will testify that the government's expert opinions about the merger's alleged anti-competitive effects are not consistent with the way publishers compete to acquire the rights to books. She will testify about how agents sell books, how rarely books are sold in an auction where PRH and S&S are first and second, and how authors care about and negotiate for more than the initial committed advance. | Will |
| 2. | Madeline McIntosh | Daniel M. Petrocelli, Esq. O'Melveny & Myers LLP 1999 Avenue of the Stars Los Angeles, CA 90067 Telephone: (310) 553-6700 | Ms. McIntosh, CEO of Penguin Random House U.S., will testify about the publishing industry and the acquisition of book rights. | Will |
| 3. | Sally Kim | Daniel M. Petrocelli, Esq. O'Melveny & Myers LLP 1999 Avenue of the Stars Los Angeles, CA 90067 Telephone: (310) 553-6700 | Ms. Kim is the publisher of G.P. Putnam's Sons, an imprint of Penguin Random House. She will testify about the acquisition of book rights, including the competition for book rights, the different ways in which book rights are acquired, and the respective roles of authors, agents, and editors in the acquisition process. | Will |

**Exhibit B – Schedule of Witnesses for Defendants**

| | Witness | Contact Information | Description of Anticipated Testimony | Will / May Testify |
|---|---|---|---|---|
| 4. | Jennifer Bergstrom | Stephen Fishbein, Esq. Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 Telephone: (212) 848-4000 | Ms. Bergstrom is the publisher of Gallery Books Group, a division of Simon & Schuster. She will testify about the acquisition of book rights, including the competition for book rights, the different ways in which book rights are acquired, and the respective roles of authors, agents, and editors in the acquisition process. She will also testify about the benefits to Simon & Schuster authors and imprints from joining Penguin Random House. | Will |
| 5. | Andrew Wylie | Elizabeth McNamara, Esq. Davis Wright Tremaine LLP 1251 Ave. of the Americas, 21st Fl., New York, NY 10020 Telephone: (212) 603-6437 | Mr. Wylie, a literary agent at The Wylie Agency, will testify about his role as an agent in selling book rights, the different ways in which he sells those rights, and the competition for those rights. | Will |
| 6. | Gail Ross | Elizabeth McNamara, Esq. Davis Wright Tremaine LLP 1251 Ave. of the Americas, 21st Fl., New York, NY 10020 Telephone: (212) 603-6437 | Ms. Ross, a literary agent at Ross Yoon Literary Agency, will testify about her role as an agent in selling book rights, the different ways in which she sells those rights, and the competition for those rights. | Will |
| 7. | Joy Harris | Noah Pinegar, Esq. Paul Hastings, LLP 2050 M Street NW, Washington DC, 20036 Telephone: (202) 551 1960 | Ms. Harris, a literary agent at The Joy Harris Literary Agency will testify about her role as an agent in selling book rights, the different ways in which she sells those rights, and the competition for those rights. | Will |
| 8. | Elyse Cheney | Noah Pinegar, Esq. Paul Hastings, LLP 2050 M Street NW, Washington DC, 20036 Telephone: (202) 551 1960 | Ms. Cheney, a literary agent at The Cheney Agency, will testify about her role as an agent in selling book rights, the different ways in which she sells those rights, and the competition for those rights. | Will |
| 9. | Chris Parris-Lamb (By Deposition) | Matthew Leish, Esq. Miller Korzenik Sommers Rayman LLP 1501 Broadway, Suite 2015 New York, NY 10036 Telephone: (212) 752-9200 | Mr. Parris-Lamb, a literary agent at The Gernet Company, will testify about his practices in selling book rights. | Will |

**Exhibit B – Schedule of Witnesses for Defendants**

|  | Witness | Contact Information | Description of Anticipated Testimony | Will / May Testify |
|---|---|---|---|---|
| 10. | Alex Berkett | Stephen Fishbein, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-4000 | Mr. Berkett, Executive Vice President, Corporate Development and Strategy, ViacomCBS, will testify about the merger transaction. | Will |
| 11. | Brian Murray | Steven G. Mintz, Esq.<br>Mintz & Gold LLP<br>600 Third Ave, 25th Fl.<br>New York, NY 10016<br>Telephone: (212) 696-4848 | Mr. Murray, President and CEO of HarperCollins Publishers, will testify about the background and business of HarperCollins and competition in the publishing industry. | Will |
| 12. | John Glusman | Lance Koonce, Esq.<br>Klaris Law PLLC<br>29 Little West 12th St.<br>New York, NY 10014<br>Telephone: (917) 822-7468 | Mr. Glusman, Vice President and Editor-in-Chief at W. W. Norton & Company will testify about the background and business of Norton and competition in the publishing industry. | Will |
| 13. | Brian Tart | Daniel M. Petrocelli, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700 | Mr. Tart is the publisher of Viking, an imprint of Penguin Random House. He will testify about the acquisition of book rights, including the competition for book rights, the different ways in which book rights are acquired, and the respective roles of authors, agents, and editors in the acquisition process. | May |
| 14. | Jon Anderson | Stephen Fishbein, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-4000 | Mr. Anderson, the publisher of Simon & Schuster Children's Publishing Division, will testify about the acquisition of book rights, including the different competitive landscape for children's book rights, the different ways in which children's book rights are acquired, and the respective roles of authors, agents, and editors in the acquisition process. He will also testify about the benefits to Simon & Schuster authors and imprints from joining Penguin Random House. | May |

**Exhibit B – Schedule of Witnesses for Defendants**

| | Witness | Contact Information | Description of Anticipated Testimony | Will / May Testify |
|---|---|---|---|---|
| 15. | William Thomas | Daniel M. Petrocelli, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700 | Mr. Thomas is the publisher and editor-in-chief of Doubleday, an imprint of Penguin Random House. He will testify about the acquisition of book rights, including the competition for book rights, the different ways in which book rights are acquired, and the respective roles of authors, agents, and editors in the acquisition process. | May |
| 16. | Jonathan Karp | Stephen Fishbein, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-4000 | Mr. Karp, President and CEO of Simon & Schuster, will testify about the background and business of Simon & Schuster, the merger transaction, and competition in the publishing industry. | Will |
| 17. | Barbara Marcus | Daniel M. Petrocelli, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700 | Ms. Marcus, the publisher of Random House Children's Division will testify about the acquisition of book rights, including the different competitive landscape for children's book rights, the different ways in which children's book rights are acquired, and the respective roles of authors, agents, and editors in the acquisition process. | May |
| 18. | Tina Constable | Daniel M. Petrocelli, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700 | Ms. Constable, the head of the Christian Publishing program at Penguin Random House, will testify about the acquisition of book rights, including the different competitive landscape for religious book rights, the different ways in which religious book rights are acquired, and the respective roles of authors, agents, and editors in the acquisition process. | May |
| 19. | Charles Duhigg | Elizabeth McNamara, Esq.<br>Davis Wright Tremaine LLP<br>1251 Ave. of the Americas, 21st Fl.,<br>New York, NY 10020<br>Telephone: (212) 603-6437 | Mr. Duhigg, a *New York Times* best-selling author, will testify about the sale of book rights. | May |

**Exhibit B – Schedule of Witnesses for Defendants**

| | Witness | Contact Information | Description of Anticipated Testimony | Will / May Testify |
|---|---|---|---|---|
| 20. | Andrew Solomon (By Deposition or Live) | Darren Johnson, Esq. Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Ave. of the Americas New York, NY 10019 | Mr. Solomon, an author who has won a National Book Critics Circle award, will testify about the sale of book rights. | May |
| 21. | Michael Jacobs (By Deposition) | David Korzenik, Esq. Miller Korzenik Sommers Rayman, LLP 1501 Broadway, Suite 2015 New York, NY 10036 Telephone: (212) 752-9200 | Mr. Jacobs, President and CEO at Abrams Books, will testify about the background and business of Abrams and competition in the publishing industry. | May |
| 22. | Ellie Berger | Mark H. Hamer, Esq. Baker & McKenzie LLP 815 Connecticut Avenue, NW Washington, DC 20006 Telephone: (202) 452-7000 | Ms. Berger, Executive Vice President and President, Trade Publishing at Scholastic Corporation, will testify about the background and business of Scholastic and competition for children's book rights in the publishing industry. | May |
| 23. | Michael Pietsch | Richard Snyder, Esq. Freshfields Bruckhaus Deringer US LLP 700 13th St., NW, 10th Floor Washington, DC 20005 Telephone: (202) 777-4565 | Mr. Pietsch, CEO of Hachette Book Group, will testify about the background and business of Hachette and competition in the publishing industry. | May |
| 24. | Don Weisberg | Joel Mitnick, Esq. Cadwalader, Wickersham & Taft LLP 200 Liberty St. New York, NY 10281 Telephone: (212) 504-6555 | Mr. Weisberg, CEO of Macmillan Publishers, will testify about the background and business of Macmillan and competition in the publishing industry. | May |
| 25. | Markus Dohle | Daniel M. Petrocelli, Esq. O'Melveny & Myers LLP 1999 Avenue of the Stars Los Angeles, CA 90067 Telephone: (310) 553-6700 | Mr. Dohle, CEO of Penguin Random House, will testify about the merger and the publishing industry. | Will |

**Exhibit B – Schedule of Witnesses for Defendants**

|  | **Witness** | **Contact Information** | **Description of Anticipated Testimony** | **Will / May Testify** |
|---|---|---|---|---|
| 26. | Nihar Malaviya | Daniel M. Petrocelli, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700 | Mr. Malaviya is the President and Chief Operating Officer of Penguin Random House U.S. He will testify about the merger and the publishing industry. | Will |
| 27. | Manuel Sansigre | Daniel M. Petrocelli, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700 | Mr. Sansigre, the Head of Global Mergers & Acquisitions at Penguin Random House, will testify about the merger transactions and its benefits. | Will |
| 28. | Edward Snyder* | Daniel M. Petrocelli, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700 | Mr. Snyder will testify about his quantitative analysis of competition in the publishing industry, rebutting the government's expert's opinions about the merger's alleged anticompetitive effects. Mr. Snyder will also testify about the benefits to authors that will result from the efficiencies the combined entity is projected to gain from the merger. | Will |
| 29. | Thomas Rabe (By Deposition or Remote Video Conference) | Daniel M. Petrocelli, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700 | Mr. Rabe, Chairman and Chief Executive Officer of Bertelsmann, will testify about the merger and the publishing industry. | Will |