# EXHIBIT C
# UNITED STATES' EXHIBIT LIST
# [FILED UNDER SEAL]