# EXHIBIT G

# STATEMENT OF UNCONTESTED FACTS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**JOINT PRETRIAL STATEMENT EXHIBIT G**

<u>**STATEMENT OF UNCONTESTED FACTS**</u>

A. **Bertelsmann and Penguin Random House**

1. Bertelsmann SE & CO. KGaA is an international media and services company, headquartered in Gütersloh, Germany.

2. Bertelsmann has numerous subsidiaries, including Penguin Random House, LLC.

3. Penguin Random House is headquartered in New York, New York.

4. Penguin Random House was formed from the 2013 merger of Penguin and Random House, which were founded in 1935 and 1927, respectively.

B.  **Paramount Global (formerly ViacomCBS Inc.) and Simon & Schuster**

5. Paramount Global is a global media and entertainment company, headquartered in New York, New York.

6. Paramount Global's assets include the Paramount Pictures film studio, the CBS television network and studio, cable networks, streaming services, and Simon & Schuster.

7. On February 16, 2022, ViacomCBS Inc. changed its corporate name to Paramount Global.

8. Simon & Schuster, headquartered in New York, New York, is an indirect wholly-owned subsidiary of Paramount Global.