# EXHIBIT H

# STIPULATION REGARDING DISCLOSURE AT TRIAL OF CONFIDENTIAL INFORMATION OF NON-PARTIES

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          *Plaintiff,*<br><br>              v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC,<br><br>                          *Defendants.* | Civil Action No. 1:21-cv-02886-FYP |

**STIPULATION REGARDING DISCLOSURE AT
TRIAL OF CONFIDENTIAL INFORMATION OF NON-PARTIES**

The Parties hereby stipulate and agree, subject to the Court's approval, to the following procedures governing the disclosure at trial of information designated as "Confidential Information" or "Highly Confidential Information" pursuant to the Protective Order entered in this matter (Dkt. No. 38):

1.      The Parties will not disclose the identity of an author in public filings or in open court during trial in a manner that connects that author's identity to amounts offered, committed, or paid to that author in connection with a book contract or any other specific financial details of an actual or proposed book contract (the "Financial Details"). For clarity, an author's Financial Details means the specific financial terms of a particular book deal, not high-level, non-specific statements about how much compensation an author has received from book publishing activities

generally —e.g., "multi-millions," "under $250,000," and "7-figures"—and do not include matters that are already in the public domain.

2. When disclosing the Financial Details of a particular book contract in public filings or in open court, the Parties agree to use pseudonyms or otherwise mask the identity of the author.

3. Trial exhibits shown in open court or filed publicly that contain an author's Financial Details—including publishing agreements—will be redacted so that the author's identity cannot be connected to the author's Financial Details.

4. Per Section IV of the Case Management Order (Dkt. No. 53), (1) each Party will inform non-parties of all confidential documents produced by non-party that are on that Party's exhibit list and all confidential deposition testimony of that non-party that have been designated by any party; (2) each non-party may provide notice whether it objects to the potential public disclosure at trial of any non-party documents and depositions, and (3) Parties and non-parties will meet and confer regarding confidentiality of non-party documents on trial exhibit lists and non-party depositions.

5. The parties shall inform the Court of this agreement and include any additional procedures deemed necessary for the protection of non-party Confidential Information and Highly Confidential Information at trial in their Joint Pretrial Statement. The parties reserve the right to request a modification to the procedures, after notice to the affected non-party.

6. This stipulation is intended to supplement, and does not supersede, any orders of the Court that govern the sealing of documents in this Action or that concern the public disclosure of Highly Confidential Information in this Action.

SO AGREED.

_____
Counsel for the United States of America

_____
Counsel for Bertelsmann and Penguin Random House

_____
Counsel for ViacomCBS and Simon & Schuster