UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                              Plaintiff,<br><br>      v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>                                              Defendants. | Civ. No. 1:21-cv-02886-FYP |

### MOTION FOR ADMISSION OF FARANAK TABATABAI ASL *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), William J. Kolasky, a member in good standing of the bar of this Court and counsel for non-party Bloomsbury Publishing Inc. ("Bloomsbury"), hereby moves that Faranak Tabatabai Asl be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Bloomsbury.

In support of this motion, Movant states as follows:

1.     Faranak Tabatabai Asl is a licensed attorney practicing in the New York office of Hughes Hubbard & Reed LLP, located at One Battery Park Plaza, New York, NY 10004. Her office telephone number is (212) 837-6296.

2.     Ms. Tabatabai Asl is admitted to the bar of the State of New York, where she regularly practices. She is also admitted to the bars of the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the Second Circuit Court of Appeals, and the Ninth Circuit Court of Appeals.

3.     Ms. Tabatabai Asl has never been disciplined by any bar.

4. Ms. Tabatabai Asl has not been admitted *pro hac vice* in this Court within the last two years.

5. Ms. Tabatabai Asl does not engage in the practice of law from any office located in the District of Columbia. She is not a member of the District of Columbia bar, nor does she have an application for membership pending.

A declaration by Ms. Tabatabai Asl, certifying the foregoing information, is submitted herewith.

WHEREFORE, Mr. Kolasky requests that the Court grant Faranak Tabatabai Asl leave to appear and practice *pro hac vice* on behalf of Bloomsbury in the above-captioned matter.

Date: July 18, 2022     */s/ William J. Kolasky*

William J. Kolasky
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006
Tel: (202) 721-4600
william.kolasky@hugheshubbard.com