**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | Civ. No. 1:21-cv-02886-FYP |
| v. | |
| **BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,** | |
| Defendants. | |

<u>**DECLARATION OF FARANAK TABATABAI ASL**</u>
<u>**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***</u>

I, FARANAK TABATABAI ASL, declare under penalty of perjury that that the following is true and correct:

1.      I am a licensed attorney and a Partner at the New York office of the law firm of Hughes Hubbard & Reed LLP, located at One Battery Park Plaza, New York, NY 10004.  My office telephone number is (212) 837-6296.

2.      Together with movant William J. Kolasky, I represent non-party Bloomsbury Publishing Inc. ("<u>Bloomsbury</u>") in connection with third-party document and deposition subpoenas that it received from both Plaintiff and Defendants in the above-referenced matter. On June 23, 2022, Defendants notified Bloomsbury that certain exhibits on their trial exhibit list contained information that Bloomsbury had produced pursuant to Defendants' document subpoena and marked as "Highly Confidential" in accordance with the Stipulated Protective Order.  Pursuant to the Court's order during the July 11, 2022 status conference, Bloomsbury intends to submit a letter to the Court on July 21, 2022 addressing the treatment of its

confidential information and to have counsel appear at the final pretrial conference on July 25, 2022. Because I have been taking the lead on this matter for Bloomsbury, I am seeking *pro hac vice* admission to this Court so that I can represent Bloomsbury at the July 25 conference and with respect to any submissions to the Court, including the July 21 letter and submissions in connection with any disputes that may arise regarding the treatment of Bloomsbury's confidential information.

3.       I regularly practice in New York, and I am a member in good standing of the bar of the State of New York. I am also admitted to the bars of the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the Second Circuit Court of Appeals, and the Ninth Circuit Court of Appeals. A true and correct copy of a certificate of good standing issued for me by the Appellate Division of the Supreme Court of the State of New York is attached hereto as Exhibit 1.

4.       I have never been disciplined by any bar.

5.       I have not been admitted *pro hac vice* in this Court within the last two years.

6.       I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

Date: July 18, 2022

_____
FARANAK TABATABAI ASL

EXHIBIT 1



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Faranak Sharon Tabatabai Asl

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 11, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on July 15, 2022.



*Clerk of the Court*

CertID-00075352