THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.<br><br>            Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
<u>AMY J. WOLOSOFF</u>**

**TO THE HONORABLE COURT**:

The undersigned, Gregory W. Langsdale (the "<u>Movant</u>"), respectfully moves this Court, pursuant to Local Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia (the "<u>Local Rules</u>"), for entry of the attached Order (Exhibit B) admitting Amy J. Wolosoff to appear *pro hac vice* as counsel for non-party Macmillan Publishing Group, LLC, ("<u>Macmillan</u>", and respectfully states and prays as follows:

      1.     I am a member of good standing of the Bar of this Court and am licensed to practice law in the District of Columbia (DC Bar No. 500716).

      2.     I am a Partner with the law firm Cadwalader, Wickersham & Taft LLP, with offices at 700 Sixth Street, NW, Washington, DC 20001 ("<u>Cadwalader</u>").

      3.     Cadwalader has been retained to represent Macmillan in connection with the above-captioned case.

      4.     Ms. Wolosoff is a member in good standing of the Bar of the State of New York (NY Bar No. 2646230) and is licensed to practice in the state of New York.

5. Ms. Wolosoff is Associate General Counsel with non-party Macmillan, with offices at 120 Broadway, New York, NY, 10271, and an office phone number of (646) 307-5203.

6. Attached hereto as Exhibit A is the *Declaration of Amy J. Wolosoff* in accordance with Local Rule 83.2.

7. Ms. Wolosoff has never been suspended by any bar, nor has Ms. Wolosoff been the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges in any court or jurisdiction.

8. Ms. Wolosoff has not been admitted *pro hac vice* in this Court within the last two (2) years.

9. Ms. Wolosoff does not engage in the practice of law from any office located in the District of Columbia, is not a member of the Bar of the District of Columbia, and does not have an application for membership pending.

10. Ms. Wolosoff will abide by the Civil Rules of the United States District Court for the District of Columbia and other rules of this Court.

11. This Motion and the attached *Declaration of Amy J. Wolosoff* meet all the requirements of the Federal Rules of Civil Procedure and the Local Rules.

12. The requisite payment of $100 will accompany this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant respectfully requests that the Court grant Ms. Wolosoff leave to appear and practice *pro hac vice* on behalf of Macmillan in the above-captioned matter and enter the attached order (Exhibit B).

-3-

At Washington, DC, this 21st day of July, 2022.

                                  **CADWALADER, WICKERSHAM & TAFT LLP**

                                  By: */s/ Gregory W. Langsdale*
                                      Gregory W. Langsdale
                                      Greg.Langsdale@cwt.com
                                      700 Sixth Street, NW
                                      Washington, DC 20001
                                      Telephone: (202) 862-2200

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed on my behalf electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At Washington, DC, this 21st day of July, 2022.

                                          By: */s/ Gregory W. Langsdale*
                                              Gregory W. Langsdale