**EXHIBIT A**

y

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.,<br><br>    Defendants. | Civil Action No.:<br>1:21-cv-02886-FYP |

### DECLARATION OF AMY J. WOLOSOFF IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

COMES NOW I, Amy J. Wolosoff, pursuant to Local Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia (the "Local Rules"), and respectfully states and prays as follows.

1. My full name is Amy J. Wolosoff, and I am Associate General Counsel with non-party Macmillan Publishing Group, LLC, ("Macmillan"), with offices at 120 Broadway, New York, NY, 10271, and an office phone number of (646) 307-5203.

2. Since January 18, 1995, I have been and am currently a member in good standing of the Bar of the State of New York (NY Bar No. 2646230), where I regularly practice law.

3. I am not licensed to practice law in any state besides the State of New York and am not a member of any bar besides the Bar of the State of New York

-2-

-3-

4. I certify that I am not suspended from the practice of law nor have been the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges in any court or jurisdiction.

5. During the past two (2) years, I have not filed an application for *pro hac vice* admission in the United States District Court for the District of Columbia.

6. I certify that I am generally familiar with this Court's Local Rules.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application pending for membership with the District of Columbia Bar.

8. Attached as Exhibit C to the Motion for Admission *Pro Hac Vice* is a certificate of the of the Bar of the State of New York, where I regularly practice law, that has been issued within thirty (30) days of date hereunder, stating that I am a member in good standing of the Bar of the State of New York.

9. I certify that the requisite payment of $100 will accompany the Motion for Admission *Pro Hac Vice*.

At New York, New York, this 21st day of July, 2022.

By: _____
Amy J. Wolosoff