**Exhibit B**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.,<br><br>                  Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* OF AMY J. WOLOSOFF**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Amy J. Wolosoff in the above captioned matter, and the Declaration of Amy J. Wolosoff in support thereof, it is by the Court this ____ day of _____, 2022, hereby

ORDERED, that the Motion for Admission *Pro Hac Vice* of Amy J. Wolosoff be GRANTED, and it is

FURTHER ORDERED, that Amy J. Wolosoff is permitted to appear *pro hac vice* as counsel for non-party Macmillan Publishing Group, LLC, in the above captioned matter.

                                                                       Honorable Florence Y. Pan
                                                                       United States District Court Judge
                                                                       District of Columbia

                                                                       .