# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC, et al.<br><br>Defendants. | CIVIL ACTION NO.: 1:21-cv-02886-FYP |

### MOTION FOR ADMISSION OF MATTHEW A. LEISH *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), David S. Korzenik, a member in good standing of the bar of this Court and counsel for non-parties The Gernert Company ("Gernert") and Gernert Vice-President Christopher Parris-Lamb hereby moves that Matthew A. Leish be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Gernert and Mr. Parris-Lamb. In support of this motion, Movant states as follows:

1. Matthew A. Leish is a licensed attorney practicing in the New York office of Miller Korzenik Sommers Rayman LLP, located at 1501 Broadway, Suite 2015, New York New York 10004. His office telephone number is (212) 752-9200.

2. Mr. Leish is admitted to the bar of the State of New York, where he regularly practices. He is also admitted to the bar of the state of Florida (inactive); the Southern, Eastern, and Western Districts of New York; the Middle District of Florida; and the Second, Third, Ninth, and Eleventh Circuit Courts of Appeal.

     3.     Mr. Leish has never been disciplined by any bar.

     4.     Mr. Leish has not been admitted *pro hac vice* in this Court within the last two years.

     5.     Mr. Leish does not engage in the practice of law from any office located in the District of Columbia. He is not a member of the District of Columbia bar, nor does he have an application for membership pending.

A declaration by Mr. Leish certifying the foregoing information is submitted herewith at Exhibit 1. A copy of a Certificate of Good Standing issued to Mr. Leish by the Appellate Division of the Supreme Court of the State of New York is submitted herewith at Exhibit 2.

WHEREFORE, Mr. Korzenik requests that the Court grant Matthew A. Leish leave to appear and practice *pro hac vice* on behalf of Gernert in the above-captioned matter.

Dated: New York, New York
       July 22, 2022

                       By: /s/ David S. Korzenik
                       David S. Korzenik
                       Miller Korzenik Sommers Rayman LLP
                       1501 Broadway, Suite 2015
                       New York, NY 10036
                       Phone:    212-752-9200
                       dkorzenik@mkslex.com