**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC, et al.<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:21-cv-02886-FYP |

**DECLARATION OF MATTHEW A. LEISH IN SUPPORT**
**OF MOTION FOR ADMISSION *PRO HAC VICE***

MATTHEW A. LEISH, an attorney duly licensed to practice in the State of New York, declares under penalty of perjury that the following is true and correct:

1. I am a Partner at the firm of Miller Korzenik Sommers Rayman, LLP, located at 1501 Broadway, Suite 2015, New York, New York 10004. My office phone number is (212) 752-9200.

2. Together with my partner David S. Korzenik, I represent non-parties The Gernert Company and its Vice President Christopher Parris-Lamb (collectively, "Gernert") in connection with subpoenas *duces tecum* and *ad testificandum* served by both Plaintiff and Defendants in this matter. I represented Mr. Parris-Lamb at his deposition in New York on April 26, 2022.

3. On June 23, 2022, Defendants notified Gernert that they intend to introduce at trial certain documents produced by Gernert and designated as Confidential or Highly Confidential, and that they further intend to introduce portions of Mr. Parris-Lamb's deposition

testimony designated as Confidential or Highly Confidential. Plaintiff in turn notified Gernert that it had counter-designated certain deposition testimony designated as Confidential or Highly Confidential.

4. On July 21, 2022, Gernert submitted a letter to the Court seeking certain protections for its Confidential and Highly Confidential information. I seek *pro hac vice* admission so that I can represent Gernert at the July 25, 2022 Final Pretrial Conference in connection with the issues raised in Gernert's July 21 letter and so that I can further represent Gernert in connection with any other issues related to the treatment of its Confidential and Highly Confidential information as needed.

5. I regularly practice in New York, and I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the state of Florida (inactive); the Southern, Eastern, and Western Districts of New York; the Middle District of Florida; and the Second, Third, Ninth, and Eleventh Circuit Courts of Appeal.

6. A true and correct copy of a Certificate of Good Standing issued by the Appellate Division of the Supreme Court of the State of New York is submitted herewith.

7. I have never been disciplined by any bar.

8. I have not been admitted *pro hac vice* in this Court within the last two years. I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

Date: July 22, 2022

_____
Matthew A. Leish