THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.<br><br>  Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
JOEL M. MITNICK**

**TO THE HONORABLE COURT**:

The undersigned, Gregory W. Langsdale (the "Movant"), respectfully moves this Court, pursuant to Local Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia (the "Local Rules"), for entry of the attached Order (Exhibit B) admitting Joel M. Mitnick to appear *pro hac vice* as counsel for non-party Macmillan Publishing Group, LLC, ("Macmillan"), and respectfully states and prays as follows:

1. I am a member of good standing of the Bar of this Court and am licensed to practice law in the District of Columbia (DC Bar No. 500716).

2. I am a Partner with the law firm Cadwalader, Wickersham & Taft LLP, with offices at 700 Sixth Street, NW, Washington, DC 20001 ("Cadwalader").

3. Cadwalader has been retained to represent Macmillan in connection with the above-captioned case.

4. Mr. Mitnick is a member in good standing of the Bar of the State of New York (NY Bar No. 2243186) and is licensed to practice in the state of New York.

-2-

5. Mr. Mitnick is a Partner with Cadwalader with offices at 200 Liberty St., New York, NY, 10281, and an office phone number of (212) 504-6555.

6. Attached hereto as Exhibit A is the *Declaration of Joel M. Mitnick* in accordance with Local Rule 83.2.

7. Mr. Mitnick has never been the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges in any court or jurisdiction.

8. Mr. Mitnick has not been admitted *pro hac vice* in this Court within the last two (2) years.

9. Cadwalader maintains an active office located in the District of Columbia, but Mr. Mitnick does not maintain a work station at this location.  Mr. Mitnick has an application for reinstatement to Active member status pending with the Bar of the District of Columbia.

10. Mr. Mitnick will abide by the Civil Rules of the United States District Court for the District of Columbia and other rules of this Court.

11. This Motion and the attached *Declaration of Joel M. Mitnick* meet all the requirements of the Federal Rules of Civil Procedure and the Local Rules.

12. The requisite payment of $100 will accompany this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant respectfully requests that the Court grant Mr. Mitnick leave to appear and practice *pro hac vice* on behalf of Macmillan in the above-captioned matter and enter the attached order (Exhibit B).

-3-

At Washington, DC, this 22nd day of July, 2022.

                      **CADWALADER, WICKERSHAM & TAFT LLP**

                      By: */s/ Gregory W. Langsdale*
                          Gregory W. Langsdale
                          Greg.Langsdale@cwt.com
                          700 Sixth Street, NW
                          Washington, DC 20001
                          Telephone: (202) 862-2200

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed on my behalf electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At Washington, DC, this 22nd day of July, 2022.

By: */s/ Gregory W. Langsdale*
Gregory W. Langsdale