**EXHIBIT A**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.,<br><br>                    Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

### DECLARATION OF JOEL M. MITNICK IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT**:

COMES NOW I, Joel M. Mitnick, pursuant to Local Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia (the "Local Rules"), and respectfully states and prays as follows.

1. My full name is Joel M. Mitnick, and I am a Partner with the law firm Cadwalader, Wickersham & Taft LLP, with offices at 200 Liberty St., New York, NY, 10281, and an office phone number of (212) 504-6555 ("Cadwalader").

2. Cadwalader has been retained to represent non-party Macmillan Publishing Group, LLC, in connection with the above-captioned case.

3. Since December 5, 1988, I have been and am currently a member in good standing of the Bar of the State of New York (NY Bar No. 2243186), where I regularly practice law.

4. My membership with the Bar of the District of Columbia lapsed through inadvertence during the COVID pandemic (DC Bar No. 358754; admission date: December 18,

1981). I currently have an application for reinstatement to Active member status pending with the Bar of the District of Columbia and anticipate that the application will be processed and approved within 5 business days of the date hereunder.

5. Besides for the Bar of the State of New York and my anticipated reinstatement to the Bar of the District of Columbia, I am not a member of any other bar.

6. I certify that I have not been the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges in any court or jurisdiction.

7. During the past two (2) years, I have not filed an application for *pro hac vice* admission in the United States District Court for the District of Columbia.

8. I certify that I am generally familiar with this Court's Local Rules.

9. Cadwalader maintains an active office located in the District of Columbia, but I do not maintain a work station at this location. As described above, I currently have an application for reinstatement to Active member status pending with the Bar of the District of Columbia and anticipate that the application will be processed and approved within 5 business days of the date hereunder.

10. Attached as Exhibit C to the Motion for Admission *Pro Hac Vice* is a certificate of the of the Bar of the State of New York, where I regularly practice law, that has been issued within thirty (30) days of date hereunder, stating that I am a member in good standing of the Bar of the State of New York.

11. I certify that the requisite payment of $100 will accompany the Motion for Admission *Pro Hac Vice*.

At New York, New York, this 22nd day of July, 2022.

By: _____
Joel M. Mitnick