**<u>Exhibit B</u>**

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC. and SIMON & SCHUSTER, INC.,<br><br>                    Defendants. | Civil Action No.: 1:21-cv-02886-FYP |

## [PROPOSED] ORDER GRANTING MOTION FOR
## ADMISSION *PRO HAC VICE* OF JOEL M. MITNICK

Upon consideration of the Motion for Admission *Pro Hac Vice* of Joel M. Mitnick in the above captioned matter, and the Declaration of Joel M. Mitnick in support thereof, it is by the Court this ____ day of _____, 2022, hereby

ORDERED, that the Motion for Admission *Pro Hac Vice* of Joel M. Mitnick be GRANTED, and it is

FURTHER ORDERED, that Joel M. Mitnick is permitted to appear *pro hac vice* as counsel for non-party Macmillan Publishing Group, LLC, in the above captioned matter.

_____
Honorable Florence Y. Pan
United States District Court Judge
District of Columbia

.