AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02886 (FYP) |
| BERTELSMANN SE & CO. KGAA, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Stephen King                                                                 .

Date:   07/22/2022

/s/ Peter J. Mucchetti
*Attorney's signature*

Peter J. Mucchetti (D.C. Bar#: 463202)
*Printed name and bar number*

CLIFFORD CHANCE US LLP
2001 K St. NW
Washington, D.C. 20006

*Address*

peter.mucchetti@cliffordchance.com
*E-mail address*

(202) 912-5053
*Telephone number*

(202) 912-6000
*FAX number*