**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>  v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

### MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

  Comes now Valerie J. Ramos, a member in good standing of the bar of the United States District Court for the District of Columbia, and moves this Honorable Court for an Order admitting Charles B. Straut to appear as counsel for Non-Party Sterling Publishing Co., Inc., *pro hac vice*, in the above-captioned matter.

  1. Charles B. Straut is admitted and an active member in good standing of the state of New York and is admitted to practice in the Supreme Court of the State of New York. Mr. Straut is of good moral character, and is otherwise qualified for admission pro hac vice in this matter under the requirements of this Court. Mr. Straut is an associate of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, and practices from an office located in San Francisco.

  2. Attached to this Motion is a declaration by Mr. Straut and a certificate of Good Standing from the State of New York.

  3. This motion is supported and signed by Valerie J. Ramos, an active and sponsoring member of the Bar of this Court.

1

2

WHEREFORE, counsel respectfully moves that the Court enter an order admitting Charles B. Straut, *pro hac vice*, in the above-captioned matter for all purposes on behalf of Non-Party Sterling Publishing Co., Inc.

Dated: July 22, 2022                     Respectfully Submitted,

*/s/ Valerie J. Ramos*
Valerie J. Ramos (D.C. Bar No. 241050)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000 Fax: (202) 538-8100
valerieramos@quinnemanuel.com

*Attorney for Non-Party Sterling Publishing Co., Inc.*