UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**DECLARATION OF CHARLES B. STRAUT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

In support of the Motion for his appearance, *pro hac vice*, in the above case, Charles B. Straut represents to this Honorable Court the following:

1. My full name is Charles B. Straut.

2. I am an associate of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, 50 California St., 22nd Fl., San Francisco, CA 94111. My telephone number is 415-875-6600.

3. I am admitted to practice in New York (Bar No. 5501846), where I was admitted in 2017. I am also admitted to practice in the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit.

4. I have a pending application to the California Bar.

5. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I have not been admitted *pro hac vice* in this Court within the past two years. I do not practice law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for the District of Columbia Bar pending.

1

7.  For all of these reasons, I respectfully request that this Court issue an Order admitting me to appear *pro hac vice*. I will abide by the Rules of this Court, and I acknowledge that if I admitted *pro hac vice*, I will be within the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 22, 2022

*[signature]*

Charles B. Straut
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., Fl. 22
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesstraut@quinnemanuel.com

*Attorney for Non-Party Sterling Publishing Co., Inc.*