# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Upon consideration of the Motion For Admission of Attorney *Pro Hac Vice*, it is this ___ day of _____ 2022 hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Charles B. Straut is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the District of Columbia.

_____
Hon. Florence Y. Pan
United States District Judge