UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC, et al.<br><br>Defendants. | CIVIL ACTION NO.: 1:21-cv-02886-FYP |

## MOTION FOR ADMISSION OF STEVEN ERIC RAYMAN *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), David S. Korzenik, a member in good standing of the bar of this Court and counsel for non-parties AYESHA PANDE and AYESHA PANDE LITERARY ("Pande") hereby moves that STEVEN ERIC RAYMAN be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Pande.

In support of this motion, Movant states as follows:

1. Steven Eric Rayman is a licensed attorney practicing in the New York office of Miller Korzenik Sommers Rayman LLP, located at 1501 Broadway, Suite 2015, New York New York 10004. His office telephone number is (212) 752-9200.

2. Mr. Rayman is admitted to the bar of the State of New York, where he regularly practices.

3. Mr. Rayman has never been disciplined by any bar.

4. Mr. Rayman has not been admitted *pro hac vice* in this Court within the last two years.

5.      Mr. Rayman does not engage in the practice of law from any office located in the District of Columbia. He is not a member of the District of Columbia bar, nor does he have an application for membership pending.

A declaration by Mr. Rayman certifying the foregoing information is submitted herewith at Exhibit 1. A copy of a Certificate of Good Standing issued to Mr. Rayman by the Appellate Division of the Supreme Court of the State of New York is submitted herewith at Exhibit 2.

WHEREFORE, Mr. Korzenik requests that the Court grant Steven Eric Rayman leave to appear and practice *pro hac vice* on behalf of Pande in the above-captioned matter.

Dated: New York, New York
July 22, 2022

By: _____
David S. Korzenik
Miller Korzenik Sommers Rayman LLP
1501 Broadway, Suite 2015
New York, NY 10036  Phone:
212-752-9200
dkorzenik@mkslex.com