UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC, et al.<br><br>    Defendants. | CIVIL ACTION NO. 1:21-cv-02886-FYP |

### DECLARATION OF STEVEN ERIC RAYMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STEVEN ERIC RAYMAN, an attorney duly licensed to practice in the State of New York, declares under penalty of perjury that the following is true and correct:

1. I am a Partner at the firm of Miller Korzenik Sommers Rayman, LLP, located at 1501 Broadway, Suite 2015, New York, New York 10004. My office phone number is (212) 752-9200.

2. Together with my partner David S. Korzenik, I represent non-parties Ayesha Pande and Ayesha Pande Literary (collectively, "Pande") in connection with subpoenas *duces tecum* and *ad testificandum* served by both Plaintiff and Defendants in this matter. I represented Ayesha Pande at her deposition in New York on April 19, 2022.

3. In correspondence with Defendants, I was notified that they intend to introduce at trial certain documents produced by Pande and designated as Confidential or Highly Confidential.

4. On July 22, 2022, Pande submitted a letter to the Court seeking certain protections for its Confidential and Highly Confidential information. I seek *pro hac vice* admission so that I can represent Pande at the July 25, 2022 Final Pretrial Conference in connection with the issues raised in Pande's July 22 letter and so that I can further represent Pande in connection with any other issues related to the treatment of its Confidential and Highly Confidential information as needed.

5. I regularly practice in New York, and I am a member in good standing of the bar of the State of New York. A true and correct copy of a Certificate of Good Standing issued by the Appellate Division of the Supreme Court of the State of New York is submitted herewith.

6. I have never been disciplined by any bar.

7. I have not been admitted *pro hac vice* in this Court within the last two years. I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

Date: July 22, 2022

_____
Steven Eric Rayman