IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,

                Defendants.

Civ. No. 1:21-cv-02886-FYP

## **[PROPOSED] ORDER ADMITTING ANNE K. CONLEY**

Upon consideration of Non-Party's The Walt Disney Company's Motion for Admission *Pro Hac Vice* of Anne K. Conley, it is hereby ORDERED that such motion is GRANTED.

IT IS SO ORDERED.

Dated: _____

                                            Hon. Florence Y. Pan
                                            United States District Court Judge