AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & KGaA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                     .

Date: 07/25/2022

/s/ Amanda M. Strick
*Attorney's signature*

Amanda M. Strick (DC Bar # 1044864)
*Printed name and bar number*

450 Fifth Street, NW, Suite 400
Washington, DC 20530
*Address*

amanda.strick@usdoj.gov
*E-mail address*

(202) 803-0426
*Telephone number*

(202) 514-7308
*FAX number*