## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BERTELSMANN SE & CO.  KGaA,
PENGUIN RANDOM HOUSE, LLC, et al.

      Defendants.

**CIVIL ACTION NO. 1:21-cv-02886-FYP**

**NOTICE OF APPEARANCE**

TO:    The Clerk of the Court and all parties of record.

    PLEASE TAKE NOTICE that I am admitted to practice in this Court *pro hac vice* in this case and that I hereby appear on behalf of non-parties The Gernert Company and Christopher Parris-Lamb.

Dated: New York, New York
      July 24, 2022

By:_____

Matthew A. Leish
Miller Korzenik Sommers Rayman LLP
1501 Broadway, Suite 2015
New York, NY 10036
S.D.N.Y. Bar No. ML-3224
Phone:  212-752-9200
mleish@mkslex.com

*Attorneys for Non-Parties The Gernert Company and Christopher Parris-Lamb*