AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02886 (FYP) |
| BERTELSMANN SE & CO. KGAA, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New Press.

Date: 07/25/2022

/s/ Claudia T. Morgan
*Attorney's signature*

Claudia T. Morgan
*Printed name and bar number*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
*Address*

CTMorgan@wlrk.com
*E-mail address*

(212) 403-1050
*Telephone number*

(212) 403-2050
*FAX number*