# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br><br>      v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and SIMON &<br>SCHUSTER, INC.,<br><br>                *Defendants*. | Civil Action No. 1:21-cv-02886-FYP<br><br>**NOTICE OF APPEARANCE** |

TO:    The Clerk of the Court and all parties of record.

PLEASE TAKE NOTICE that I am admitted to practice in this Court *pro hac vice* in this case and that I hereby appear on behalf of non-party Sterling Publishing Co., Inc.

Executed on: July 25, 2022

Charles B. Straut*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., Fl. 22
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesstraut@quinnemanuel.com
**not admitted to California bar*

*Attorney for Non-Party Sterling Publishing Co., Inc.*

1