IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>                              Defendants. | Civ. No. 1:21-cv-02886-FYP |

## MOTION FOR ADMISSION *PRO HAC VICE* OF

## ANNE K. CONLEY

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Glenn D. Pomerantz, undersigning sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of attorney Anne K. Conley, of Munger, Tolles & Olson LLP, to represent non-party The Walt Disney Company in the above-captioned case. The movant, Glenn D. Pomerantz, is a member in good standing of the United States District Court for the District of Columbia and also counsel for The Walt Disney Company.

This motion is accompanied by a declaration from Ms. Conley, attached hereto as Exhibit A, and a certificate of standing, attached hereto as Exhibit B, providing the information required by Rule 83.2(d). A [Proposed] Order is attached hereto as Exhibit C.

Dated: July 25, 2022

                                                                         Respectfully submitted,

                                                                         */s/ Glenn D. Pomerantz*
                                                                         Glenn D. Pomerantz
                                                                         MUNGER TOLLES & OLSON, LLP

350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100
Fax: (213) 687-3702
Email: glenn.pomerantz@mto.com
Counsel for The Walt Disney Company