IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                            Plaintiff,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>                                            Defendants. | Civ. No. 1:21-cv-02886-FYP |

### DECLARATION OF ANNE K. CONLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My name is Anne K. Conley. I am an attorney with the law firm of Munger, Tolles & Olson LLP.

2. My business address is 350 S. Grand Ave., 50th Floor, California 90071-3426. My business telephone number is (213) 683-9100 and facsimile number is (213) 683-5168. My business email is anne.conley@mto.com.

3. I am a member of the State Bar of California (Bar Number 307952) and I have been admitted to practice in the following courts: (a) United States Court of Appeals for the Ninth Circuit, (b) United States District Court for the Northern District of California, (c) United States District Court for the Central District of California, (d) United States District Court for the Eastern District of California, and (e) United States District Court for the Southern District of California.

4. I have been admitted *pro hac vice* to the United States District Court for the District of Columbia in the following three related matters in the past two years: *In Re: Rail Freight Fuel Surcharge Antitrust Litigation*, MDL Docket No. 1869, Misc. No. 07-489 (PLF); *In Re: Rail Freight Fuel Surcharge Antitrust Litigation (No. II)*, MDL Docket No. 2925, Misc. No. 20-8 (BAH); and *Oxbow Carbon & Minerals LLC v. Union Pacific Railroad Company*, Case No. 1:11-cv-01049 (PLF).

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have an application for such admission pending.

6. Together with movant Glenn D. Pomerantz, I represent non-party The Walt Disney Company ("Disney") in connection with third-party document and deposition subpoenas received from Plaintiff and Defendants in the above-captioned case. Pursuant to the Court's order during the July 11, 2022 status conference, Disney submitted a letter to the Court on July 21, 2022, addressing the treatment of Disney's confidential information in proposed trial exhibits and any demonstratives and testimony. Disney intends for counsel to appear in support of that letter, and that is the reason I am seeking *pro hac vice* admission in this matter.

7. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined by any bar and I am not currently the subject of any disciplinary proceedings. A certificate of standing from the State Bar of California is included in this motion.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on July 25, 2022.

_____
ANNE K. CONLEY