IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>                               Defendants. | Civ. No. 1:21-cv-02886-FYP |

## **[PROPOSED] ORDER ADMITTING ANNE K. CONLEY**

Upon consideration of Non-Party's The Walt Disney Company's Motion for Admission *Pro Hac Vice* of Anne K. Conley, it is hereby ORDERED that such motion is GRANTED.

IT IS SO ORDERED.


Dated: _____

                                                        Hon. Florence Y. Pan
                                                        United States District Court Judge