AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & KGaA, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/22/2022

/s/ Lisa A. Scanlon
*Attorney's signature*

Lisa A. Scanlon (CA Bar # 208186)
*Printed name and bar number*

450 Fifth Street NW, Suite 4000
Washington, DC 20530

*Address*

lisa.scanlon@usdoj.gov
*E-mail address*

(202) 616-5954
*Telephone number*

(202) 514-7308
*FAX number*