AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & KGaA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party The Walt Disney Company.

Date: 07/29/2022

/s/ Anne K. Conley
*Attorney's signature*

Anne K. Conley (CA Bar # 307952)
*Printed name and bar number*

Munger, Tolles & Olson LLP
350 S. Grand Ave, 50th Floor
Los Angeles, CA 90071
*Address*

Anne.Conley@mto.com
*E-mail address*

(213) 683-9100
*Telephone number*

(213) 683-5168
*FAX number*