# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>            Defendants. | Civ. No. 1:21-cv-02886-FYP |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and All Parties of Record

  PLEASE TAKE NOTICE that I am admitted to practice in this Court *pro hac vice* in the above-captioned litigation and that I appear in this case as counsel for non-party Bloomsbury Publishing Inc.

Date:  July 29, 2022       */s/ Fara Tabatabai*

               Fara Tabatabai (NY Bar # 4515284)
               HUGHES HUBBARD & REED LLP
               One Battery Park Plaza
               New York, NY 10004
               Tel:  (212) 837-6296
               Facsimile:  (212) 299-6296
               fara.tabatabai@hugheshubbard.com

               *Attorney for Non-Party Bloomsbury Publishing Inc.*