UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**NOTICE OF APPEARANCE BY DREW E. BREUDER**

PLEASE TAKE NOTICE that Drew E. Breuder of O'Melveny & Myers LLP enters his appearance as counsel on behalf of Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC in the above-captioned case.

Dated: July 29, 2022

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Drew E. Breuder*
    Drew E. Breuder (appearing
    *pro hac vice*)
    O'MELVENY & MYERS LLP
    1999 Avenue of the Stars
    8th Floor
    Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
    Facsimile: (310) 246-6779

    *Counsel for Defendants*
    *Bertelsmann SE & Co. KGaA and*
    *Penguin Random House LLC*