AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:21-cv-02886-FYP |
| Bertelsmann SE & Co., et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-parties HarperCollins Publishers LLC, Brian Murray and Liate Stehlik

Date: 08/03/2022

_Attorney's signature_

David C. Tobin DC Bar No. 395959
*Printed name and bar number*
Tobin O'Connor & Ewing
5335 Wisconsin Ave., NW #700
Washington, DC 20015

*Address*

dctobin@tobinoconnor.com
*E-mail address*

(202) 362-5903
*Telephone number*

(202) 362-6579
*FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2022, a true and correct copy of the foregoing was served by the Court's electronic filing system on all counsel of record.

/s/ David C. Tobin
David C. Tobin