UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>     v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>                           Defendants | Civ. No. 1:21-cv-02886-FYP |

**MOTION FOR ADMISSION OF STEVEN G. MINTZ, *PRO HAC VICE***

  Pursuant to Local Rule 83.2(c), David C. Tobin, a member in good standing of the Bar of the United States District Court for the District of Columbia, hereby moves that Steven G. Mintz be granted leave to appear as counsel for non-parties HarperCollins Publishers LLC, Brian Murray, and Liate Stehlik, *pro hac vice*, in the above-captioned matter.

  1. As set forth in the accompanying declaration by Steven G. Mintz, Mr. Mintz is admitted and an active member in good standing with the Bar of the State of New York, and there are no pending disciplinary proceedings against him in any state or federal court. Mr. Mintz is of good moral character, and is otherwise qualified for admission *pro hac vice* in this matter under the requirements of this Court. Mr. Mintz is an attorney with the law firm Mintz & Gold LLP, located in New York.

  2. Attached to this Motion are the Declaration of Steven G. Mintz (Exhibit A), a Certificate of Good Standing from the State of New York (Exhibit B), and a Proposed Order.

2

      3.      This Motion is supported and signed by David C. Tobin, an active and sponsoring member of the Bar of this Court.

      WHEREFORE, counsel respectfully moves that the Court enter an order admitting Steven G. Mintz, *pro hac vice*, in the above-captioned matter for all purposes on behalf of non-parties HarperCollins Publishers LLC, Brian Murray, and Liate Stehlik.

Dated: August 3, 2022
      Washington, D.C.

Respectfully submitted,

By:    /s/ David C. Tobin
      David C. Tobin, P.C., Bar #395959
      *Tobin, O'Connor & Ewing*
      5335 Wisconsin Ave., NW
      Suite 700
      Washington, DC 20015
      Tel: (202) 362-5900
      dctobin@tobinoconnor.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of August, 2022, a true and correct copy of the foregoing was served by the Court's electronic filing system on all counsel of record.

/s/ David C. Tobin
David C. Tobin