# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>Defendants | Civ. No. 1:21-cv-02886-FYP |

## DECLARATION OF STEVEN G. MINTZ IN SUPPORT OF MOTION FOR ADMISSION, *PRO HAC VICE*

1. My name is Steven G. Mintz and I am an attorney with the law firm Mintz & Gold LLP.

2. I submit this Declaration in support of the Motion for my admission to this Court, *pro hac vice*, to represent non-parties HarperCollins Publishers LLC, Brian Murray, and Liate Stehlik.

3. My business address is 600 Third Avenue, 25th Floor, New York, NY 10016. My business telephone number is (212) 696-4848. My business email is mintz@mintzandgold.com.

4. I am a member of the New York State Bar (Bar Number: 2256154) and the New Jersey State Bar (Bar Number: 029391988) and I have been admitted to practice in the following United States Courts: (a) United States Supreme Court; (b) United States Court of Appeals, Second Circuit; (c) United States District Court, Southern District of New York; (d) United States District Court, Eastern District of New York; (e) United States District Court, Northern District of New York; and (f) United States District Court, District of New Jersey.

5. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. A Certificate of Good Standing from the New York State Bar, where I regularly practice, is included in this Motion.

7. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

8. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have an application for such admission pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2022.

_____
STEVEN G. MINTZ

2