UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>Defendants | Civ. No. 1:21-cv-02886-FYP |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF STEVEN G. MINTZ, *PRO HAC VICE*

Upon consideration of the Motion for Admission of Steven G. Mintz, *Pro Hac Vice*, it is hereby ORDERED that such Motion is GRANTED.

IT IS SO ORDERED.

Dated:_____   _____

Hon. Florence Y. Pan
United States District Court Judge