AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-02886 |
| Bertelsmann, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Cheney Agency .

Date:   08/07/2022                                                        /s/Noah Pinegar
*Attorney's signature*

Noah Pinegar (DC Bar No. 1003044)
*Printed name and bar number*
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

*Address*

noahpinegar@paulhastings.com
*E-mail address*

(212) 318-6057
*Telephone number*

(212) 303-7057
*FAX number*