UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff,*<br>v.<br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**STIPULATION AND [PROPOSED] ORDER
REGARDING FORMAT OF POST-TRIAL BRIEFS**

    Pursuant to the Court's August 22, 2022 Minute Order and Local Rule 16.6 of the Local Rules of the United States District Court for the District of Columbia, it is hereby stipulated and agreed by and between Plaintiff the United States of America and Defendants Bertelsmann SE & Co. KGaA, Penguin Random House, LLC, ViacomCBS, Inc., and Simon & Schuster, Inc., subject to approval and entry by the Court, that:

    1.  Pursuant to the Court's July 26, 2022 Minute Order adopting the parties' proposed post-trial briefing schedule (Dkt. No. 119 at 4, § X.), post-trial findings of fact and conclusions of law are to be filed no later than August 31, 2022 and post-trial objections to findings of fact and conclusions of law are to be filed no later than September 7, 2022.

    2.  Each side's post-trial findings of fact and conclusions of law shall be filed in a combined Post-Trial Brief not to exceed 175 pages.

    3.  Each side's post-trial objections to findings of fact and conclusions of law shall be filed in a combined Oppositions to Post-Trial Brief not to exceed 45 pages.

    4.       Post-Trial Briefs and Oppositions to Post-Trial Briefs shall be formatted in accordance with the Court's Standing Order (Dkt. No. 4) and Local Rule 5.1(d) of the Local Rules of the United States District Court for the District of Columbia.

    5.       Each side shall submit an electronic version of their Post-Trial Brief on a USB drive, with hyperlinks to cited exhibits and evidence, via hand delivery to the Court no later than September 7, 2022.

    6.       Each side shall submit an electronic version of their Opposition to Post-Trial Brief on a USB drive, with hyperlinks to cited exhibits and evidence, via hand delivery to the Court no later than September 9, 2022.

    7.       If a side moves to file a Post-Trial Brief or an Opposition to Post-Trial Brief under seal, a public redacted version of that side's brief shall be filed no later than September 9, 2022.

Dated: August 25, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:    */s/ John R. Read*
　　　　　　　　　　　　　　　　　　　　　　John R. Read (D.C. Bar No. 419373)
　　　　　　　　　　　　　　　　　　　　　　**United States Department of Justice**
　　　　　　　　　　　　　　　　　　　　　　**Antitrust Division**
　　　　　　　　　　　　　　　　　　　　　　450 Fifth Street, NW, Suite 4000
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 725-0165
　　　　　　　　　　　　　　　　　　　　　　john.read@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Attorney for the United States*

By:    */s/ Daniel M. Petrocelli*

Daniel M. Petrocelli (appearing *pro hac vice*)
M. Randall Oppenheimer (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
dpetrocelli@omm.com
roppenheimer@omm.com

Andrew J. Frackman (appearing *pro hac vice*)
Abby F. Rudzin (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10026
Telephone: (212) 326-2000
afrackman@omm.com
arudzin@omm.com

Jonathan D. Hacker (D.C. Bar No. 456553)
Julia Schiller (D.C. Bar No. 986369)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
jhacker@omm.com
jschiller@omm.com

Deborah L. Feinstein (D.C. Bar No. 412109)
Jason Ewart (D.C. Bar No. 484126)
**ARNOLD & PORTER**
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
debbie.feinstein@arnoldporter.com
jason.ewart@arnoldporter.com

*Attorneys for Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC*

By:    */s/ Stephen R. Fishbein*

Stephen R. Fishbein (appearing *pro hac vice*)
Jessica K. Delbaum (appearing *pro hac vice*)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
sfishbein@shearman.com
jessica.delbaum@shearman.com

Ryan Shores (D.C. Bar No. 500031)
Michael Mitchell (D.C. Bar No. 1531689)
**SHEARMAN & STERLING LLP**
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
ryan.shores@shearman.com
michael.mitchell@shearman.com

Rachel E. Mossman (D.C. Bar No. 1016255)
**SHEARMAN & STERLING LLP**
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 271-5777
rachel.mossman@shearman.com

*Attorneys for Defendants Paramount Global (f/k/a ViacomCBS Inc.) and Simon & Schuster, Inc.*

**ORDER**

IT IS SO ORDERED by the Court, this _____ day of August 2022.

_____
FLORENCE Y. PAN
United States District Judge

4