UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,

*Plaintiff,*

v.

**BERTELSMANN SE & CO. KGAA,
PENGUIN RANDOM HOUSE, LLC,
VIACOMCBS, INC., and
SIMON & SCHUSTER, INC.**,

*Defendants*.

Civil Action No. 1:21-cv-02886 (FYP)

## ORDER ON MOTION TO FILE UNDER SEAL FINAL EXHIBIT LIST

Upon consideration of the parties' [167] Joint Motion to File Under Seal the Parties' Consolidated Final Exhibit List, the Court hereby grants the motion for good cause shown and for the reasons stated on the record on July 25, 2022.

**SO ORDERED.**

FLORENCE Y. PAN
United States District Judge

Date: August 29, 2022