# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*,<br>v.<br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

## STIPULATION REGARDING CORRECTIONS TO TRIAL TRANSCRIPTS

Pursuant to Local Rule 16.6 of the Local Rules of the United States District Court for the District of Columbia, Plaintiff the United States of America and Defendants Bertelsmann SE & Co. KGaA, Penguin Random House, LLC, ViacomCBS, Inc., and Simon & Schuster, Inc., by and through their undersigned counsel, agree and stipulate as follows:

WHEREAS, a bench trial was held in this matter from August 1, 2022, through August 19, 2022;

WHEREAS, in reviewing the final transcripts of the trial testimony, the parties have identified a limited number of transcription errors;

WHEREAS, the parties have listed those transcription errors and proposed corrections in the attached Exhibit A;

WHEREAS, none of the parties objects to the proposed corrections in Exhibit A;

NOW, THEREFORE, the parties hereby request that the Court enter an order directing the court reporters to issue amended trial transcripts reflecting the proposed corrections in Exhibit A.

Dated: September 6, 2022     Respectfully submitted,

By:  /s/ Daniel. M. Petrocelli

Daniel M. Petrocelli (appearing *pro hac vice*)
M. Randall Oppenheimer (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
dpetrocelli@omm.com
roppenheimer@omm.com

Andrew J. Frackman (appearing *pro hac vice*)
Abby F. Rudzin (appearing *pro hac vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10026
Telephone: (212) 326-2000
afrackman@omm.com
arudzin@omm.com

Jonathan D. Hacker (D.C. Bar No. 456553)
Julia Schiller (D.C. Bar No. 986369)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
jhacker@omm.com
jschiller@omm.com

Deborah L. Feinstein (D.C. Bar No. 412109)
Jason Ewart (D.C. Bar No. 484126)
**ARNOLD & PORTER**
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
debbie.feinstein@arnoldporter.com
jason.ewart@arnoldporter.com

*Attorneys for Defendants Bertelsmann SE & Co. KGaA and Penguin Random House LLC*

By:   */s/ Stephen R. Fishbein*

Stephen R. Fishbein (appearing *pro hac vice*)
Jessica K. Delbaum (appearing *pro hac vice*)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
sfishbein@shearman.com
jessica.delbaum@shearman.com

Ryan Shores (D.C. Bar No. 500031)
Michael Mitchell (D.C. Bar No. 1531689)
**SHEARMAN & STERLING LLP**
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
ryan.shores@shearman.com
michael.mitchell@shearman.com

Rachel E. Mossman (D.C. Bar No. 1016255)
**SHEARMAN & STERLING LLP**
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 271-5777
rachel.mossman@shearman.com

*Attorneys for Defendants Paramount Global (f/k/a ViacomCBS Inc.) and Simon & Schuster, Inc.*

By:   */s/ John R. Read*
John R. Read (D.C. Bar No. 419373)
**United States Department of Justice**
**Antitrust Division**
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Telephone: (202) 725-0165
john.read@usdoj.gov

*Attorney for the United States*

## Exhibit A

| Line/Page | Current Text | Corrected Text |
|---|---|---|
| 148.11 | 228 | 288 |
| 233:11 | 228 | 288 |
| 286:20 | 236 | 263 |
| 300:20 | Exhibit 236 | Exhibit 263 |
| 300:19 | color coated | color coded |
| 300:24 | Defendant's 236 | Defendant's 263 |
| 411 (index) | PX32 | PX632 |
| 435:14 | PX32 | PX632 |
| 435:18 | PX32 | PX632 |
| 607:10 | PX530 | PX590 |
| 765:3 | $50 million | $15 million |
| 1092:13 | Plaintiff's Exhibit A29 | Plaintiff's Exhibit 829 |
| 1217:12 | No. 1064 | No. 964 |
| 1321:15 | Plaintiff's Exhibit No. 1064 | Plaintiff's Exhibit No. 964 |
| 1795:12 | X760 | 760 |
| 1805:1 | Faden | Phaidon |
| 1838:16 | X760 | 760 |
| 2364:22 | PX176 | PX174 |
| 2406:10 | PX450 | PX405 |
| 2557:8 | Plaintiff's Unnumbered Exhibit | Pages 101 to 105 of PX-886 |
| 2983:10 | 2009 | 2001 |
| 2983:14 | Exhibit No. 522 | Exhibit No. 422 |
| 3038:3 | Exhibit 522 | Exhibit 422 |
| 3038:6 | Exhibit No. 522 | Exhibit No. 422 |
| 3041:4 | PX 2009 | PX 2001 |
| 3041:14 | 2009 | 2001 |