UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING**
**STIPULATION REGARDING CORRECTIONS TO TRIAL TRANSCRIPTS**

Upon the Stipulation of the Parties, and pursuant to Local Rule 16.6 of the Local Rules of the United States District Court for the District of Columbia, the Court hereby directs the court reporters to issue amended trial transcripts reflecting the following corrections:

| Line/Page | Current Text | Corrected Text |
|---|---|---|
| 148.11 | 228 | 288 |
| 233:11 | 228 | 288 |
| 286:20 | 236 | 263 |
| 300:20 | Exhibit 236 | Exhibit 263 |
| 300:19 | color coated | color coded |
| 300:24 | Defendant's 236 | Defendant's 263 |
| 411 (index) | PX32 | PX632 |
| 435:14 | PX32 | PX632 |
| 435:18 | PX32 | PX632 |
| 607:10 | PX530 | PX590 |
| 765:3 | $50 million | $15 million |
| 1092:13 | Plaintiff's Exhibit A29 | Plaintiff's Exhibit 829 |
| 1217:12 | No. 1064 | No. 964 |
| 1321:15 | Plaintiff's Exhibit No. 1064 | Plaintiff's Exhibit No. 964 |
| 1795:12 | X760 | 760 |
| 1805:1 | Faden | Phaidon |

| | | |
|---|---|---|
| 1838:16 | X760 | 760 |
| 2364:22 | PX176 | PX174 |
| 2406:10 | PX450 | PX405 |
| 2557:8 | Plaintiff's Unnumbered Exhibit | Pages 101 to 105 of PX-886 |
| 2983:10 | 2009 | 2001 |
| 2983:14 | Exhibit No. 522 | Exhibit No. 422 |
| 3038:3 | Exhibit 522 | Exhibit 422 |
| 3038:6 | Exhibit No. 522 | Exhibit No. 422 |
| 3041:4 | PX 2009 | PX 2001 |
| 3041:14 | 2009 | 2001 |

**IT IS SO ORDERED.**

Date:

                                              Honorable Florence Y. Pan

                                              United States District Judge