**FINAL EXHIBIT LIST [REDACTED VERSION]**
*United States v. Bertelsmann SE CO. KGaA, et al.,* No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| PX | 39 | Email from Allison Dobson to Katharine Ziga and Tina Mccormick, copying Brian Tart re: [REDACTED] (BPRH-000414185 – 4185). | | 8/4/2022 | Tart |
| PX | 41 | Email from Casey Blue James to Brian Tart and Ann Godoff, copying Allison Dobson et al. re: [REDACTED] (BPRH-000422361 – 2362). | | 8/4/2022 | Tart |
| PX | 42 | Email from Ivan Held to Allison Dobson et al. re: [REDACTED](BPRH-000423072 – 3077). | | 8/11/2022 | Kim |
| PX | 54 | Email from Allison Dobson to Brian Tart, copying Katharine Ziga and Casey Blue James re: [REDACTED] (BPRH-00453622 – 3622). | | 8/4/2022 | Tart |
| PX | 68 | Email from Sanyu Dillon to Erica Curtis re: [REDACTED], attaching [REDACTED] (BPRH-000862930 – 2971). | | 8/15/2022 | McIntosh |
| PX | 79 | Email from Divya Sawhney to Markus Dohle et al. re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (BPRH-002744486 – 4555). | | 8/4/2022 | Dohle |
| PX | 80 | Email from Esther Guerra to Markus Dohle, copying Divya Sawhney and Anya Oberdorf re: [REDACTED], attaching (1) [REDACTED]; (2) [REDACTED]; (3) [REDACTED]; and (4) (BPRH-002749205 – 9250). | | 8/4/2022 | Dohle |
| PX | 80A | Translation of PX 80 cover email (BPRH-002749205-T001 – 9205). | | 8/4/2022 | Dohle |
| PX | 80B | Translation Certificate for PX 80 cover email (DOJ-LIT-000000823 – 0823). | | 8/4/2022 | Dohle |
| PX | 80C | Translation of PX 80 attachment 1 (BPRH-002749206-T001 – 9206). | | 8/4/2022 | Dohle |
| PX | 80D | Translation Certificate for PX 80 attachment 1 (PRH-DOJ-LIT-0704 – 0704). | | 8/4/2022 | Dohle |
| PX | 80E | Translation of PX 80 attachment 4 (BPRH-002749216-T001 – 9216). | | 8/4/2022 | Dohle |
| PX | 80F | Translation Certificate for PX 80 attachment 4 (PRH-DOJ-LIT-0705 – 0705). | | 8/4/2022 | Dohle |
| PX | 87 | Email from Markus Dohle to Madeline McIntosh re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (BPRH-002786751 – 6754). | | 8/4/2022 | Dohle |
| PX | 92 | [REDACTED] | | 8/16/2022 | Sansigre |
| PX | 107 | Email from Maya Mavjee to Nina von Moltke, copying Madeline McIntosh and William Thomas re: [REDACTED] (BPRH-003046557 – 6558). | | 8/15/2022 | McIntosh |
| PX | 116 | Email from Nina von Moltke to Madeline McIntosh re: [REDACTED](BPRH-003140716 – 0721). | | 8/15/2022 | McIntosh |
| PX | 121 | Email from Madeline McIntosh to Nina von Moltke re: [REDACTED] (BPRH-003190691 – 0692). | | 8/15/2022 | McIntosh |

**FINAL EXHIBIT LIST [REDACTED VERSION]**
*United States v. Bertelsmann SE CO. KGaA, et al.,* No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| PX | 136 | Textual Message Chain between Markus Dohle, Divya Sawhney, and Nihar Malaviya re: [REDACTED] (BPRH-003346599 – 6603). | | 8/4/2022 | Dohle |
| PX | 140 | Penguin Random House spreadsheet, file name [REDACTED] (BPRH-003485043 – 5043). | 8/16/2022 | | Sansigre |
| PX | 148 | Email from Esther Guerra to Markus Dohle, copying Divya Sawhney and Anya Oberdorf re: [REDACTED], attaching (1) [REDACTED] (BPRH-003587480 – 7491). | | 8/15/2022 | Sansigre |
| PX | 151 | Email from Markus Dohle to Madeline McIntosh re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (BPRH-003688276 – 8318). | | 8/4/2022 | Dohle |
| PX | 157 | Email from Markus Dohle to Madeline McIntosh et al. re: [REDACTED](BPRH-003705600 – 5601). | | 8/4/2022 | Dohle |
| PX | 161 | Email from Brian Tart to Casey Blue James and Allison Dobson re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED].pdf (BPRH-003999636 – 9640). | | 8/4/2022 | Tart |
| PX | 162 | Email from Manuel Sansigre to Cara Deedy and Lev Polinsky, copying Nihar Malaviya and Divya Sawhney re: [REDACTED], attaching (1) [REDACTED]; (2) [REDACTED]; and (3) [REDACTED] (BPRH-004168420 – 8423). | | 8/16/2022 | Sansigre |
| PX | 163 | Email from James Johnston to Markus Dohle et al., copying Divya Sawhney et al. re: [REDACTED], attaching (1) [REDACTED] (BPRH-004177237 – 7321). | | 8/16/2022 | Sansigre |
| PX | 168 | Email from Manuel Sansigre to Markus Dohle et al. re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (BPRH-004197866 – 7873). | | 8/15/2022 | Sansigre |
| PX | 174 | Email from Madeline McIntosh to Self re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (BPRH-004441958 – 2062). | | 8/15/2022 | McIntosh |
| PX | 190 | Email from Madeline McIntosh to Gina Centrello et al. re: [REDACTED] (BPRH-005152040 – 2041). | | 8/15/2022 | McIntosh |
| PX | 197 | Email Brian Tart to Casey Blue James, copying Katharine Ziga and Jennifer Lally re: [REDACTED] (BPRH-005205347 – 5349). | | 8/4/2022 | Tart |
| PX | 218 | Email from Madeline McIntosh to Douglas Abrams, copying Allison Dobson and Gina Centrello re: [REDACTED], attaching (1) [REDACTED] (BPRH-LIT-000029918 – 9920). | | 8/15/2022 | McIntosh |
| PX | 241 | Email from Madeline McIntosh to Markus Dohle re: [REDACTED], attaching (1) [REDACTED] (BPRH-LIT-000094378 – 4381). | | 8/15/2022 | McIntosh |
| PX | 320 | Email from Wendy Wolf to Brian Tart, copying Andrea Schulz et al. re: [REDACTED] (BPRH-LIT-001110086 – 0087). | | 8/4/2022 | Tart |
| PX | 324 | Email from Wendy Wolf to Brian Tart, copying Andrea Schulz et al. re: [REDACTED]BPRH-LIT-001110728 – 0728). | | 8/4/2022 | Tart |
| PX | 326 | Email from Wendy Wolf to Brian Tart re: [REDACTED] (BPRH-LIT-001111022 – 1025). | | 8/4/2022 | Tart |
| PX | 327 | Email from Wendy Wolf to Brian Tart re: [REDACTED] (BPRH-LIT-001111074 – 1079). | | 8/8/2022 | Tart |

**FINAL EXHIBIT LIST [REDACTED VERSION]**
*United States v. Bertelsmann SE CO. KGaA, et al.,*  No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| PX | 328 | Email from Nolan Patrick to Brian Tart re: [REDACTED] (BPRH-LIT-001115226 – 5230). | | 8/4/2022 | Tart |
| PX | 332 | Email from Allison Lorentzen to Brian Tart, copying Andrea Schulz re: [REDACTED] (BPRH-LIT-001134769 – 4770). | | 8/4/2022 | Tart |
| PX | 336 | Email from Georgia Bodnar to Brian Tart re: [REDACTED] (BPRH-LIT-001154783 – 4785). | | 8/8/2022 | Tart |
| PX | 405 | [REDACTED] | | 8/15/2022 | Sansigre |
| PX | 406 | Penguin Random House spreadsheet, file name labeled [REDACTED] (BPRH-LIT-001947065 – 7065). | | 8/15/2022 | Sansigre |
| PX | 411 | Email from Madeline McIntosh to Markus Dohle re: [REDACTED], attaching (1) [REDACTED] (BPRH-LIT-002537201 – 7221). | | 8/15/2022 | McIntosh |
| PX | 412 | Email from Markus Dohle to Karin Dohle, copying Michael Dohle re: [REDACTED](BPRH-LIT-002542336 – 2339). | | 8/4/2022 | Dohle |
| PX | 421 | Email from Madeline McIntosh to Nina Von Moltke re: [REDACTED] (BPRH-LIT-003614620 – 4621). | | 8/15/2022 | McIntosh |
| PX | 438 | Email from Madeline McIntosh to Tony Chirico, copying Nina Von Moltke re: [REDACTED] (BPRH-LIT-004896258 – 6260). | | 8/15/2022 | McIntosh |
| PX | 445 | Bertelsmann document titled [REDACTED] (BPRH-LIT-006235464 – 5471). | | 8/4/2022 | Dohle |
| PX | 529 | Email from Dennis Eulau to Asya Evans re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (VCBS-00451645 – 1659). | | 8/2/2022 | Eulau |
| PX | 530 | Email from Dennis Eulau to Carolyn Reidy re: [REDACTED] attaching (1) [REDACTED] (VCBS-00454200 – 4210). | | 8/2/2022 | Eulau |
| PX | 557 | Email from Eamon Dolan to Jonathan Karp re: [REDACTED] (VCBS-00626495 – 6503). | | 8/2/2022 | Karp |
| PX | 559 | Email from Jonathan Karp to Carolyn Reidy re: [REDACTED] (VCBS-00629114 – 9114). | | 8/2/2022 | Karp |
| PX | 568 | Email from Jonathan Karp to Nan Graham copying Dawn Davis and Kathryn Belden re: [REDACTED] (VCBS-00665526 – 5527). | | 8/3/2022 | Karp |
| PX | 569 | Email from Jonathan Karp to Dawn Davis and Nan Graham copying Kathryn Belden re: [REDACTED] (VCBS-00667754 – 7757). | | 8/2/2022 | Karp |
| PX | 574 | Email from Dana Canedy to Priscilla Painton and Jonathan Karp re: [REDACTED] (VCBS-00675392 – 5392). | | 8/3/2022 | Karp |
| PX | 577 | Email from Jonathan Karp to Dana Canedy re: [REDACTED], attaching (1) [REDACTED]; (2) [REDACTED] (VCBS-00679705 – 9709). | | 8/3/2022 | Karp |
| PX | 588 | Email from Carolyn Reidy to Jonathan Karp re: [REDACTED] (VCBS-01256654 – 6655). | | 8/2/2022 | Karp |
| PX | 590 | Email from Carolyn Reidy to Jonathan Karp re: [REDACTED] (VCBS-01288493 – 8494). | | 8/3/2022 | Karp |
| PX | 613 | Email from Jonathan Karp to Carolyn Reidy re: [REDACTED], attaching (1) [REDACTED] (VCBS-01924040 – 4043). | | 8/2/2022 | Karp |

**FINAL EXHIBIT LIST [REDACTED VERSION]**
*United States v. Bertelsmann SE CO. KGaA, et al.,* No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| PX | 624 | Email from Jonathan Karp to Carolyn Reidy re: [REDACTED] (VCBS-01939596 – 9598). | | 8/2/2022 | Karp |
| PX | 632 | Email from Aimee Bell to Jonathan Karp re: [REDACTED] (VCBS-01976050 – 6053). | | 8/2/2022 | Karp |
| PX | 634 | Email from Jonathan Karp to Alex Berkett re: [REDACTED] (VCBS-01985466 – 5467). | | 8/2/2022 | Karp |
| PX | 643 | Email from Jonathan Karp to Carolyn Reidy re: [REDACTED] (confidential) (VCBS-02289092 – 9098). | | 8/2/2022 | Karp |
| PX | 652 | Email from Nan Graham to Jonathan Karp et al. re: [REDACTED] VCBS-03004056 – 4058). | | 8/3/2022 | Karp |
| PX | 655 | Email from Jonathan Karp to John Irving copying Janet Irving re: [REDACTED] (VCBS-03055376 – 5376). | | 8/2/2022 | Karp |
| PX | 656 | Email from Jonathan Karp to Priscilla Painton re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (VCBS-03056655 – 6720). | | 8/2/2022 | Karp |
| PX | 663 | [REDACTED] | | 8/2/2022 | Eulau |
| PX | 669 | [REDACTED] | | 8/15/2022 | Berkett |
| PX | 679 | [REDACTED] | | 8/15/2022 | Berkett |
| PX | 682 | Email from Dennis Eulau to Joe Bulger and Doug Stambaugh fw: [REDACTED] (VCBS-04811264 – 1265). | | 8/2/2022 | Eulau |
| PX | 697 | [REDACTED] | | 8/3/2022 | Karp |
| PX | 700 | Email from Carolyn Reidy to Jonathan Karp re: [REDACTED] (VCBS-LIT-00149222 – 9223). | | 8/2/2022 | Karp |
| PX | 716 | Email from Jonathan Karp to Carolyn Reidy re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (VCBS-LIT-00418758 – 8760). | | 8/2/2022 | Karp |
| PX | 729 | Email from Jonathan Karp to Carolyn Reidy re: [REDACTED], attaching (1) [REDACTED]; and (2) [REDACTED] (VCBS-LIT-01165366 – 5370). | | 8/2/2022 | Karp |
| PX | 749 | [REDACTED] | | 8/11/2022 | Cheney |
| PX | 754 | [REDACTED] | | 8/10/2022 | Fletcher |
| PX | 757 | [REDACTED] | | 8/10/2022 | Fletcher |
| PX | 758 | [REDACTED] | | 8/10/2022 | Fletcher |
| PX | 760 | Email from Christy Fletcher to Rebecca Gradinger re: [REDACTED] (FLET-002034 – 2036). | | 8/10/2022 | Fletcher |
| PX | 790 | Hachette Book Group spreadsheet titled [REDACTED] (HBG-LIT-000001061 – 1096). | | 8/1/2022 | Pietsch |

**FINAL EXHIBIT LIST [REDACTED VERSION]**
*United States v. Bertelsmann SE CO. KGaA, et al.,*  No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| PX | 821 | [REDACTED] | | 8/2/2022 | Zacharius |
| PX | 829 | Macmillan Publishers document titled [REDACTED] (MAC_PRHSS_SS_0000858 – 0859). | | 8/8/2022 | Weisberg |
| PX | 831 | [REDACTED] | | 8/8/2022 | Weisberg |
| PX | 837 | [REDACTED] | | 8/11/2022 | Ross |
| PX | 838 | [REDACTED] | | 8/11/2022 | Ross |
| PX | 856 | [REDACTED] | | 8/11/2022 | Wylie |
| PX | 857 | [REDACTED] | | 8/11/2022 | Wylie |
| PX | 858 | Defendant Simon & Schuster, Inc.'s Responses and Objections to Plaintiff's Second Set of Interrogatories (DOJ-LIT-000000001 – 0015). | | 8/10/2022 | No Witness |
| PX | 862 | Defendant Penguin Random House's Objections and Responses to Plaintiff's First Set of Interrogatories (DOJ-LIT-000000037 – 0051). | | 8/10/2022 | No Witness |
| PX | 863 | Defendant Penguin Random House's Responses and Objections to Plaintiff's First Set of Requests for Admission (DOJ-LIT-000000052 – 0059). | | 8/10/2022 | No Witness |
| PX | 864 | ZI appraisal titled [REDACTED] produced as Bertelsmann 4(c)-1 (DOJ-LIT-000000060 – 0067). | | 8/15/2022 | Sansigre |
| PX | 874 | [REDACTED] | | 8/10/2022 | Fletcher |
| PX | 875 | [REDACTED] | | 8/10/2022 | Fletcher |
| PX | 876 | Christy Fletcher (@FletcherChristy) tweets in reply to Zoe Whittall (@zoewhittall) (DOJ-LIT-000000359 – 0360). | | 8/10/2022 | Fletcher |
| PX | 882 | Defendant Simon & Schuster Inc.'s Responses and Objections to Plaintiff's First Set of Requests for Admission (DOJ-LIT-000000915 – 0924). | | 8/10/2022 | No Witness |
| PX | 885 | Share Purchase Agreement among ViacomCBS Inc., French Street Management LLC, CBS Publishing UK Holdings Limited, Penguin Random House LLC and Bertelsmann SE & Co. KGaA produced as National Amusements, Inc. 3(b)-1 (DOJ-LIT-000000558 – 0649). | | 8/4/2022 | Dohle |
| PX | 886 | Defendant Bertelsmann's Response to Plaintiff's Request for Additional Information and Documentary Material (Only response to Spec 31 (pp 101-105) was admitted) (DOJ-LIT-000000650 – 0771). | | 8/16/2022 | Sansigre |
| PX | 932B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000934 – 0934). | | 8/3/2022 | Porro |
| PX | 933B | Plaintiff's revised 1006 summary for [REDACTED] and [REDACTED] by [REDACTED] (DOJ-LIT-000000935 – 0935). | | 8/3/2022 | Porro |
| PX | 934B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000936 – 0936). | | 8/3/2022 | Porro |
| PX | 935B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000937 – 0937). | | 8/3/2022 | Porro |

**FINAL EXHIBIT LIST [REDACTED VERSION]**
*United States v. Bertelsmann SE CO. KGaA, et al.,* No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| PX | 936B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000938 – 0939). | | 8/3/2022 | Porro |
| PX | 937B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000940 – 0940). | | 8/3/2022 | Porro |
| PX | 938B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000941 – 0942). | | 8/3/2022 | Porro |
| PX | 939B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000943 – 0945). | | 8/3/2022 | Porro |
| PX | 940B | Plaintiff's revised 1006 summary for [REDACTED] and [REDACTED] by [REDACTED] (DOJ-LIT-000000946 – 0947). | | 8/3/2022 | Porro |
| PX | 941B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000948 – 0949). | | 8/3/2022 | Porro |
| PX | 942B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000950 – 0950). | | 8/3/2022 | Porro |
| PX | 943B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000951 – 0951). | | 8/3/2022 | Porro |
| PX | 944B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000952 – 0953). | | 8/3/2022 | Porro |
| PX | 945B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000954 – 0954). | | 8/3/2022 | Porro |
| PX | 946B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000955 – 0956). | | 8/3/2022 | Porro |
| PX | 947B | Plaintiff's revised 1006 summary for [REDACTED] and [REDACTED] by [REDACTED] (DOJ-LIT-000000957 – 0957). | | 8/3/2022 | Porro |
| PX | 948B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000958 – 0959). | | 8/3/2022 | Porro |
| PX | 949B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] and [REDACTED] (DOJ-LIT-000000960 – 0960). | | 8/3/2022 | Porro |
| PX | 950B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000961 – 0962). | | 8/3/2022 | Porro |
| PX | 951B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000963 – 0963). | | 8/3/2022 | Porro |
| PX | 952B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000964 – 0964). | | 8/3/2022 | Porro |
| PX | 953B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000965 – 0965). | | 8/3/2022 | Porro |
| PX | 954B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000966 – 0967). | | 8/3/2022 | Porro |
| PX | 955B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000968 – 0968). | | 8/3/2022 | Porro |
| PX | 956B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000969 – 0969). | | 8/3/2022 | Porro |
| PX | 957B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000970 – 0970). | | 8/3/2022 | Porro |
| PX | 958B | Plaintiff's revised 1006 summary for [REDACTED] by [REDACTED] (DOJ-LIT-000000971 – 0971). | | 8/3/2022 | Porro |
| PX | 959 | Figure 8. Share of purchases of anticipated top sellers (January 2019–June 2021), Corrected Expert Report of Nicholas Hill (DOJ-LIT-000000929 – 0929). | | 8/8/2022 | Hill |

**FINAL EXHIBIT LIST [REDACTED VERSION]**
*United States v. Bertelsmann SE CO. KGaA, et al.,*   No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| PX | 960 | Figure 9. Share of purchases of anticipated top sellers using different advance cutoffs (January 2019–June 2021), Corrected Expert Report of Nicholas Hill (DOJ-LIT-000000925 – 0925). | | 8/8/2022 | Hill |
| PX | 963 | Figure 1. Advance Data shares by contract for anticipated top sellers and non-anticipated top sellers (2019–2021), Reply Expert Report of Nicholas Hill (DOJ-LIT-000000927 – 0927). | | 8/8/2022 | Hill |
| PX | 964 | Figure 21. Unilateral price effects from the multi-round bidding GUPPI model, Reply Expert Report of Nicholas Hill; and Figure 22. Unilateral price effects from single-round bidding and hybrid GUPPI models, Reply Expert Report of Nicholas Hill (DOJ-LIT-000000932 – 0932). | | 8/8/2022 | Hill |
| PX | 966 | Figure 24. Dr. Snyder's Exhibit X. 11, adjusted to compare anticipated top sellers' vs non-anticipated top sellers' average advances per title (2010–2021), Reply Expert Report of Nicholas Hill (DOJ-LIT-000000928 – 0928). | | 8/18/2022 | Hill |
| PX | 967 | Figure 33. Change in share for the parties and non-Big 5 publishers (2019–2021), Reply Expert Report of Nicholas Hill (DOJ-LIT-000000930 – 0930). | | 8/9/2022 | Hill |
| PX | 968 | Figure 35. Anticipated top seller market shares for [REDACTED], [REDACTED], [REDACTED], and [REDACTED] (2021), Reply Expert Report of Nicholas Hill; and Figure 36. Amazon's anticipated top seller market shares (2019–2021), Reply Expert Report of Nicholas Hill (DOJ-LIT-000000926 – 0926). | | 8/9/2022 | Hill |
| PX | 969 | Figure 6. Critical and aggregate diversion ratios, Corrected Expert Report of Nicholas Hill (DOJ-LIT-000000977 – 0977). | | 8/8/2022 | Hill |
| PX | 970 | Figure 11. Diversion estimates using a variety of methodologies, Corrected Expert Report of Nicholas Hill (DOJ-LIT-000000978 – 0978). | | 8/8/2022 | Hill |
| PX | 972 | Figure 23. Average marketing expenditures by advance amount, Penguin Random House and Simon & Schuster, Corrected Expert Report of Nicholas Hill (DOJ-LIT-000000976 – 0976). | | 8/8/2022 | Hill |
| PX | 977 | Figure 32. Aggregate growth and decline of non-Big 5 publishers whose share changed from 2019 to 2021, Reply Expert Report of Nicholas Hill (DOJ-LIT-000000974 – 0974). | | 8/9/2022 | Hill |
| PX | 983 | Email from Sue Malone-Barber to Markus Dohle et al. re: [REDACTED] (BPRH-002729574 – 9574). | | 8/4/2022 | Dohle |
| PX | 984 | Email from Jonathan Karp to Dennis Eulau re: [REDACTED] (VCBS-01930356 – 0360). | 8/3/2022 | | |
| PX | 985 | Email from Carolyn Reidy to Jonathan Karp re: [REDACTED] (VCBS-01272998 – 2998). | 8/3/2022 | | |
| PX | 986 | Email from Maya Mavjee to Madeline McIntosh re: [REDACTED], attaching (1) [REDACTED] (BPRH-003692361 – 2369). | | 8/15/2022 | McIntosh |
| PX | 989 | [REDACTED] | | 8/11/2022 | Kim |
| PX | 994 | Figure 30, June 23, 2022 Reply Report of Dr. Nicholas Hill. Shares by count of anticipated top seller contracts (2019-2021). | | 8/18/2022 | Hill |
| PX | 995 | Figure 39, June 23, 2022 Reply Report of Dr. Nicholas Hill. Anticipated top sellers as a percentage of Dr. Snyder Advance Data titles by publisher (2019-2021). | | 8/18/2022 | Hill |

FINAL EXHIBIT LIST [REDACTED VERSION]
*United States v. Bertelsmann SE CO. KGaA, et al.,*  No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| PX | 996 | Figure 48 (modified). June 23, 2022 Reply Report of Dr. Nicholas Hill. Number of observations used in each calculations of diversions between the parties. | | 8/18/2022 | Hill |
| PX | 2000 | Steven Zacharius (Kensington) non-confidential designated deposition testimony, April 8, 2022. | | 8/18/2022 | Zacharius |
| PX | 2001 | Steven Zacharius (Kensington) confidential designated deposition testimony, April 8, 2022. | | 8/18/2022 | Zacharius |
| PX | 2002 | Liate Stehlik (HarperCollins) non-confidential designated deposition testimony, April 28, 2022. | | 8/18/2022 | Stehlik |
| PX | 2003 | Liate Stehlik (HarperCollins) confidential designated deposition testimony, April 28, 2022. | | 8/18/2022 | Stehlik |
| PX | 2004 | Andrew Solomon non-confidential designated deposition testimony (with errata), April 28, 2022. | | 8/18/2022 | Solomon |
| PX | 2005 | Michael Jacobs (Abrams) non-confidential designated deposition testimony (with errata), April 20, 2022. | | 8/18/2022 | Jacobs |
| PX | 2006 | Michael Jacobs (Abrams) confidential designated deposition testimony, April 20, 2022. | | 8/18/2022 | Jacobs |
| PX | 2007 | Christy Fletcher non-confidential designated deposition testimony, March 29, 2022. | | 8/18/2022 | Fletcher |
| PX | 2008 | Christy Fletcher confidential designated deposition testimony, March 29, 2022. | | 8/18/2022 | Fletcher |
| PX | Demon. 1 | Penguin Random House organizational chart. | 8/4/2022 | | Dohle |
| PX | Demon. 5 | United States' title and author reference sheet as of August 9, 2022. | | 8/10/2022 | No Witness |
| PX | Demon. 8 | Demonstrative exhibits for the rebuttal testimony of Dr. Nicholas Hill. | 8/18/2022 | | Hill |
| PX | Demon. 9 | United States' title and author reference sheet as of August 18, 2022. | | 8/18/2022 | No Witness |
| DX | 21 | Emails regarding book acquisition | | 8/3/2022 | Karp |
| DX | 22 | Emails between PRH employees regarding the Authors Guild | | 8/15/2022 | McIntosh |
| DX | 25 | [REDACTED] | | 8/9/2022 | Murray |
| DX | 27 | Third-party document produced by Gernet; email thread between agent and editor related to book acquisition | 8/16/2022 | | Sansigre |
| DX | 38 | Emails between S&S editors regarding book acquisition | | 8/3/2022 | Karp |
| DX | 54 | Emails between S&S editors and publishers regarding book acquisition | | 8/3/2022 | Karp |
| DX | 71 | Emails between S&S editors and publishers regarding publishing strategy | | 8/2/2022 | Karp |
| DX | 76 | Emails between PRH employees regarding market and development presentation, including presentation deck | | 8/4/2022 | Dohle |
| DX | 105 | Third-party document produced by HarperCollins; email including presentation deck | | 8/9/2022 | Murray |
| DX | 131 | Emails between S&S editors regarding book acquisition | | 8/3/2022 | Karp |
| DX | 143 | Third-party document produced by HarperCollins; email thread related to data moduling | | 8/9/2022 | Murray |
| DX | 144 | [REDACTED] | | 8/2/2022 | Zacharius |
| DX | 148 | [REDACTED] | | 8/2/2022 | Zacharius |
| DX | 154 | Emails between S&S publisher and author regarding S&S sale | | 8/3/2022 | Karp |
| DX | 169 | [REDACTED] | | 8/18/2022 | No Witness |
| DX | 188 | Emails between S&S editors and publishers regarding book acquisition | | 8/2/2022 | Karp |
| DX | 217 | [REDACTED] | | 8/8/2022 | Weisberg |
| DX | 220 | [REDACTED] | | 8/1/2022 | Pietsch |

FINAL EXHIBIT LIST [REDACTED VERSION]
*United States v. Bertelsmann SE CO. KGaA, et al.,* No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| DX | 236 | Markus Dohle letter to agents | | 8/11/2022 | Cheney |
| DX | 249 | [REDACTED] | | 8/10/2022 | Glusman |
| DX | 263 | [REDACTED] | | 8/2/2022 | Pande |
| DX | 273 | PRH "Management Presentation" | | 8/16/2022 | Sansigre |
| DX | 279 | Third-party document produced by HarperCollins; presentation deck | | 8/9/2022 | Murray |
| DX | 286 | [REDACTED] | | 8/10/2022 | Bergstrom |
| DX | 288 | [REDACTED] | | 8/1/2022 | Pietsch |
| DX | 299 | 2021 News Corp. Form 10-K | | 8/9/2022 | Murray |
| DX | 301 | Emails between PRH employees, including integration report | | 8/16/2022 | Sansigre |
| DX | 327 | Third-party document produced by HarperCollins; presentation deck | | 8/9/2022 | Murray |
| DX | 333 | [REDACTED] | | 8/10/2022 | Glusman |
| DX | 338 | [REDACTED] | | 8/15/2022 | Berkett |
| DX | 339 | [REDACTED] | | 8/15/2022 | Berkett |
| DX | 369 | Snyder Rebuttal - Exhibit IX.2. | | 8/18/2022 | No Witness |
| DX | 370 | Snyder Rebuttal - Exhibit IX.3. | 8/9/2022 | 8/18/2022 | Hill |
| DX | 375 | Snyder Rebuttal - Exhibit IX.8. | 8/9/2022 | 8/18/2022 | Hill |
| DX | 376 | Snyder Rebuttal - Exhibit IX.9. | | 8/18/2022 | No Witness |
| DX | 377 | Snyder Rebuttal - Exhibit VI.1. | | 8/18/2022 | No Witness |
| DX | 382 | Snyder Rebuttal - Exhibit VII.2. | | 8/17/2022 | Snyder |
| DX | 384 | Snyder Rebuttal - Exhibit X.9. | 8/10/2022 | | Hill |
| DX | 385 | Snyder Rebuttal - Exhibit X.11. | | 8/17/2022 | Snyder |
| DX | 405 | Emails between S&S executives discussing market | | 8/2/2022 | Eulau |
| DX | 406 | Rosetta Stone for Tart | | 8/4/2022 | Tart |
| DX | 408 | Rosetta Stone for Weisberg | | 8/8/2022 | Weisberg |
| DX | 409 | Rosetta Stone for Murray | | 8/9/2022 | Murray |
| DX | 410 | Rosetta Stone for Hill | | 8/9/2022 | Hill |
| DX | 411 | Rosetta Stone for Walsh | | 8/10/2022 | Walsh |
| DX | 412 | Rosetta Stone for Bergstrom | | 8/10/2022 | Bergstrom |
| DX | 413 | Rosetta Stone for Kim | | 8/11/2022 | Kim |
| DX | 414 | Acquisition P&L | | 8/15/2022 | McIntosh |
| DX | 415 | Email between Bertelsmann and PRH employees regarding S&S acquisition | | 8/15/2022 | Sansigre |
| DX | 416 | Emails between Bertelsmann and PRH employees regarding S&S acquisition | | 8/15/2022 | Sansigre |
| DX | 417 | Emails between Bertelsmann employees, PRH employees, and third party bank regarding S&S acquisition | | 8/15/2022 | Sansigre |
| DX | 422 | Public deposition designations for John Glusman (Norton) | | 8/18/2022 | Glusman |
| DX | 423 | Confidential deposition designations for John Glusman (Norton) | | 8/18/2022 | Glusman |
| DX | 426 | Snyder Rebuttal Report Exhibit VII.3 | | 8/17/2022 | Snyder |
| DX | 428 | Snyder Rebuttal Report Exhibit X.2 | | 8/18/2022 | No Witness |
| DX | 433 | Rosetta Stone for McIntosh | | 8/15/2022 | McIntosh |
| DX | 435 | Emails between PRH employees regarding the Authors Guild | | 8/18/2022 | No Witness |
| DX | 436 | Figure 40 from Hill | | 8/18/2022 | No Witness |
| DX | 437 | Demonstrative 18 - Slide 28 | | 8/18/2022 | No Witness |
| DX | 438 | Demonstrative 18 - Slide 29 | | 8/18/2022 | Snyder |
| DX | 439 | Demonstrative 13 | | 8/18/2022 | McIntosh |
| DX | 440 | Auction Rules | | 8/18/2022 | Hill |
| DX | 441 | Demonstrative 20 | 8/18/2022 | | Hill |
| DX | Demon. 1 | Highlighted sheet of deals (DX-263) | 8/2/2022 | | Pande |
| DX | Demon. 2 | PPT slide with list of marketing spend | 8/11/2022 | | Kim |
| DX | Demon. 3 | PPT slide with Cheneys' books / authors | 8/11/2022 | | Cheney |
| DX | Demon. 4 | PPT slide with Cheney's sales distribution by publishers | 8/11/2022 | | Cheney |
| DX | Demon. 6 | Highlighted sheet of deals (PX-749) | 8/11/2022 | | Cheney |
| DX | Demon. 7 | PPT slide of Cheney's acquisition breakdown | 8/11/2022 | | Cheney |

**FINAL EXHIBIT LIST [REDACTED VERSION]**
*United States v. Bertelsmann SE CO. KGaA, et al.,* No. 1:21-cv-02886-FYP

| PX/DX | No. | Description (Redacted) | Marked for I.D. | Admitted | Witness |
|---|---|---|---|---|---|
| DX | Demon. 8 | PPT slide of Wylie's books / authors | 8/11/2022 | | Wylie |
| DX | Demon. 9 | PPT slide of Ross's books / authors | 8/11/2022 | | Ross |
| DX | Demon. 10 | PPT slide with acquisition process and timeline | 8/15/2022 | | McIntosh |
| DX | Demon. 11 | PPT slide with PRH thresholds | 8/15/2022 | | McIntosh |
| DX | Demon. 12 | PPT slide with romance novel covers | 8/15/2022 | | McIntosh |
| DX | Demon. 13 | PPT slide with authors and advances | | 8/15/2022 | McIntosh |
| DX | Demon. 14 | Sansigre Direct Examination Deck | 8/15/2022 | | Sansigre |
| DX | Demon. 18 | Dr. Snyder Direct Examination Deck | 8/17/2022 | | Snyder |
| DX | Demon. 19 | Average Advance Amounts for ATS | 8/18/2022 | | Hill |
| DX | Demon. 20 | Dr. Hill's Revised Reply Report Figure 1 | 8/18/2022 | | Hill |