UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER REGARDING**

**THE SEALING OF CERTAIN TRIAL EXHIBITS AND TESTIMONY**

Upon consideration of the parties [Dkt. 181] Joint Motion to Seal Confidential Trial Exhibits and Testimony Pursuant to Local Rule 5.1(h), the Court hereby grants the motion for good cause shown and for the reasons stated on the record on July 25, 2022.

IT IS SO ORDERED by the Court, this ___ day of September 2022.

_____
FLORENCE Y. PAN
United States District Judge