Message

**From:** Carolyn.Reidy
**Sent:** 11/23/2018 5:28:49 PM
**To:** Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat]
**Subject:** Re: ▮▮▮▮▮

Well, if we had bid as high (the $1 million) would the tough decision perhaps have been easier? (The agent implies that....). Sometimes the money IS taken as a sign of enthusiasm. But still, losing to Oprah is something one can't really guard against in most cases — her fame is quite the bright light, especially in all the ways she can help someone in the media......In any case, sorry for Dawn.

CKR

Sent from my iPad

On Nov 21, 2018, at 8:48 PM, Karp, Jonathan ▮▮▮ wrote:

We didn't win this one. Oprah's imprint got it. Explanation from agent below.

**From:** McGuire, Libby
**Sent:** Tuesday, November 20, 2018 5:09 PM
**To:** Karp, Jonathan ▮▮▮
**Subject:** Fwd: ▮▮▮ - Final round


Sent from my iPhone

Begin forwarded message:

**From:** "McGuire, Libby" ▮▮▮
**Date:** November 20, 2018 at 5:08:50 PM EST
**To:** "Davis, Dawn" ▮▮▮
**Cc:** "O'Neal, Kristen" ▮▮▮, "Johns, Chelcee" ▮▮▮
**Subject: Re:** ▮▮▮ **- Final round**

Oh I am so sorry
But if you have to lose to someone, Oprah's not a bad one to lose to. I mean how many millions is she giving ▮▮▮ ?! She probably does feel a little obligated
You guys were a great team and it is testament to your vision that she labored over this.

Sent from my iPhone

On Nov 20, 2018, at 4:58 PM, Davis, Dawn ▮▮▮ wrote:

I knew it was Oprah ▮▮▮. This is the 4th book I've lost to her!

Sent from my iPhone

Begin forwarded message:

HIGHLY CONFIDENTIAL                                                                    VCBS-LIT-01207174

**From:** ▮
**Date:** November 20, 2018 at 4:49:34 PM EST
**To:** "Davis, Dawn" ▮, "O'Neal, Kristen" ▮
**Cc:** "Johns, Chelcee" ▮
**Subject:** RE: ▮ - Final round

Dawn and Kristen,

I have finally spoken to ▮ and her support team here at ▮.

This was SUCH a tough decision, given our two amazing options – the final publishers were home to ▮ most important supporters and mentors.. ▮.

She felt pulled in both directions, but
after much prayer and contemplation, ▮ has unfortunately decided to take your competitors offer, and to accept a high bid of 1M plus a few significant perks (such 50K budget for glam, travel expenses, and outside PR) from Flatiron books.

I won't mince words: I believe the 75K differential between offers played a big factor…that kind of money can have a huge impact on tour and promo. But I know she is sorry not to see what might have happened with your enthusiastic team, or the ▮. It was a great idea. Maybe we will have that opportunity at a future date.

In the meantime, I thank you for your vigorous approach and enthusiasm for ▮ and I'm sorry it didn't turn out differently.

Dawn, Kristen, let's find another one very soon. You know I want to work with you! I hope everyone has a warm and safe Thanksgiving.

Best,

▮

---

**From:** Davis, Dawn ▮
**Sent:** Tuesday, November 20, 2018 2:35 PM
**To:** ▮; O'Neal, Kristen ▮
**Cc:** Johns, Chelcee ▮
**Subject:** RE: ▮ Final round

Hey ▮ so it's all in one place:

**Bonus:** "If earnings within one year, or prior to Trade Paper publication, are $875,000 pay a bonus of $112,500
If earnings within one year, or prior to Trade Paper publication, are $987,500 pay an additional bonus of $112,500
Max Bonus of $225,000"

$875,000 ▮ an additional $100K ▮, jointly accounted, which we would help write as the author sees fit.
Territory: North American and Open Market

Happy Holidays,

Dawn L. Davis
VP & Publisher, 37 INK, an imprint of Atria

HIGHLY CONFIDENTIAL                                                                                                                                                                                                                                   VCBS-LIT-01207175

O: ███████
1230 Avenue of the Americas
New York, NY 10020

<image001.jpg>

---

**From:** ███████
**Sent:** Tuesday, November 20, 2018 1:51 PM
**To:** Davis, Dawn ███████; O'Neal, Kristen ███████
**Cc:** Johns, Chelcee ███████
**Subject:** RE: ███████ Final round

Good to know, thank you!

---

**From:** Davis, Dawn ███████
**Sent:** Tuesday, November 20, 2018 1:47 PM
**To:** ███████ O'Neal, Kristen ███████
**Cc:** Johns, Chelcee ███████
**Subject:** RE: ███████ - Final round

Thanks, ███, this is helpful.

For what it's worth, I don't think the ███████ will be that much work in terms of writing and I do think Kristen and I can help write the ███████. .. so it wouldn't be much time commitment on her part.

I do think we can yield to North American only and I can throw in bonuses if that would help.
Best,

*Dawn L. Davis*
VP & Publisher, 37 INK, an imprint of Atria
O: ███████
1230 Avenue of the Americas
New York, NY 10020

<image001.jpg>

---

**From:** ███████
**Sent:** Tuesday, November 20, 2018 1:43 PM
**To:** Davis, Dawn ███████; O'Neal, Kristen ███████
**Cc:** Johns, Chelcee ███████
**Subject:** RE: ███████ Final round

Yes, she had church this morning so I just spoke with her.

To let you know where we're at: your competitor offered a high bid at 1M, for North American rights, plus bonuses and some impressive perks.

You therefore have a slight financial disadvantage, but she loved the idea of the ███████ plus Howard (and Kristen's) familiarity with the ███████ market.

She has a tough decision to make! I'm giving her the space to consider plus waiting to hear from her team on any other closing requirements. I'll be back to you in the next few hours.

Thanks,

▮

---

**From:** Davis, Dawn ▮
**Sent:** Tuesday, November 20, 2018 1:04 PM
**To:** O'Neal, Kristen ▮
**Cc:** ▮ Johns, Chelcee ▮
**Subject:** Re: ▮ - Final round

▮ I assume she's still mulling it over?

Sent from my iPad

On Nov 19, 2018, at 5:40 PM, O'Neal, Kristen ▮ wrote:

Hi, ▮! Dawn is out for the day -- we specified quarters for the payout below, but did you want a more detailed breakdown?

Thanks!

Kristen

P.S. Dawn is right, I love this book too!

---

**From:** ▮
**Sent:** Monday, November 19, 2018 5:10 PM
**To:** Davis, Dawn ▮; O'Neal, Kristen ▮@▮
**Cc:** Johns, Chelcee ▮
**Subject:** Re: ▮ - Final round

Meant to ask - What would the payout look like

---

**From:** ▮
**Sent:** Monday, November 19, 2018 4:45:50 PM
**To:** Davis, Dawn; O'Neal, Kristen
**Cc:** Johns, Chelcee
**Subject:** Re: ▮ Final round

Thanks for these improvements.

LOVE the doc you put together, very fun and very impressive!

Back to you tomorrow with results, and follow-up questions if I have them.

Best,

▮

---

**From:** Davis, Dawn ▮
**Sent:** Monday, November 19, 2018 4:34:42 PM
**To:** ▮ O'Neal, Kristen

**Cc:** Johns, Chelcee
**Subject:** RE: ▮▮▮▮▮ Final round

▮▮▮

Our answers to the questions are below and the marketing document is attached. Do I need to repeat how much I love this book? Kristen too.

Yours,
**Dawn and Kristen**
**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, November 19, 2018 3:15 PM
**To:** Davis, Dawn ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; O'Neal, Kristen ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮▮▮▮ Final round

Dear Dawn and Kristen,

You are now one of two bidders for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, matched at $830,500, and as such we are moving to best and final offers. Please send me your best offer by EOD, so I can share with ▮▮▮▮▮ and team for a final decision tomorrow.

As you prepare to submit, I wanted to note that ▮▮▮▮▮ six sold-out shows last week resulted in several new press hits (and many more requests), invitations to speak at *Glamour* and *Vogue*, and conversations with high-profile buyers vying to produce her first ▮▮▮▮▮▮▮▮▮▮. Though the clamor is intense, she is open to working with her publisher to strategize on press moving forward, and pledge her next year and a half in service of ▮▮▮▮▮▮. We need a publisher ready to commit incredible energy and resources as well.

Here is what we are looking for in your final round offer:

- Meaningful financial/advance improvement (and delineated payout) $875,000 ▮▮▮▮▮ an additional $100K devotional, jointly accounted.
- Payout: Quarters, one payment linked to completion of publicity obligations
- Territory: World English
- Publicity Commitment: 2 week commitment when book is main focused
- Marketing: Ideas Attached
- 15% hardcover royalty Okay.
- Business class or better flight status, companion ticket (coach), and four star hotel accommodations for required travel, where possible.
- Non-recoupable $5,000 budget for glam expenses (hair and makeup and styling) related to the book tour, payable on invoice. Prefer to give $5000 to talent to allocate to her handlers.
- Commitment to produce an Audiobook simultaneous with the work and offer ▮▮▮▮▮ first opportunity to narrate (for a reading fee to be negotiated). $5000 reading fee.
- A sense of when you plan to publish the book. Based on a March delivery, we can crash a fall or publish early spring, depending on state of delivered manuscript.

Best,
Dawn

Thanks, and I look forward to hearing from you.

HIGHLY CONFIDENTIAL                                                              VCBS-LIT-01207178

All best,





NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.

HIGHLY CONFIDENTIAL

VCBS-LIT-01207179