| | |
|---|---|
| **From:** | Murray, Brian </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D86EE0D56BA5430CA6A36A9FBF866099-MURRAY, BRI> |
| **To:** | Thomson, Robert (Newscorp); Susan Panuccio |
| **CC:** | Gervasio, Janet; Jamie Iacocca; Restivo-Alessi, Chantal; Redmayne, Charlie |
| **Sent:** | 1/16/2019 5:24:20 PM |
| **Subject:** | FW: Final NC Strategy Deck |
| **Attachments:** | News Corp Strategy Deck Skeleton - January 2019 - FINAL2.pdf |



DEFENDANTS' TRIAL EXHIBIT
**DX-025**

Hi Robert, Susan,
Attached is the Strategy deck we presented yesterday.
We are working on the follow-ups and will have them soon.
Thanks
Brian

HIGHLY CONFIDENTIAL                                    HC-DOJ-CID-000044741

# HarperCollins Strategy Presentation

January 2019

HarperCollins*Publishers*

HIGHLY CONFIDENTIAL

**DX-025.0002**

HC-DOJ-CID-000044742

# ACQUIRE SIMON & SCHUSTER

      



40