**DEFENDANTS' TRIAL EXHIBIT DX-038**

### Message

| | |
|---|---|
| **From:** | McGuire, Libby [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E524FC851DBA49FEB728C5BFB609936E-MCGUIRE, LI] |
| **Sent:** | 3/13/2019 6:49:23 PM |
| **To:** | Sagnette, Lindsay [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8f5726ebb0764fa99a68f686f7a439a5-Sagnette, L] |
| **CC:** | Pelz, Sarah (Simon & Schuster) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=75075a53ade94c64b9babd2bab3da7dd-Pelz, Sarah] |
| **Subject:** | Re: We lost ▓▓▓▓▓ to... |

Wow i didnt know they pay big advances
Will be interesting to watch

Sent from my iPhone

On Mar 13, 2019, at 5:04 PM, Sagnette, Lindsay ▓▓▓▓▓ wrote:

What a surprise! Thank you for handling this so very well in our absence and for impressing and continuing to impress ▓▓▓▓▓ We will Marshall forces behind the ones we DO have ▓▓▓▓▓ and we will be there next week to help support you on any new ones. Thanks again!

Sent from my iPhone

On Mar 13, 2019, at 16:18, Pelz, Sarah (Simon & Schuster) ▓▓▓▓▓ wrote:

Hi—

Well, could I possibly bother you more while you're at this book fair? Auctions during London should be outlawed.

▓▓▓▓▓ just called. We lost this one to Hay House (!) who bid $700K, payable in thirds, and a $100K bonus after 40,000 copies, plus they will hire an outside publicist for 3 months. She went with the money, but she did say how impressed she was with what we're doing for ▓▓▓▓▓ and how much she loved meeting us.

The other bidders in R2 were HMH at $500K and a Harper house bid also at $500K. To me, that was the right level for this, and going to $650K was aggressive (feasible, but a stretch) and I just was not comfortable going beyond that. This is a bummer, but we played well and, on the plus side, this frees us up to pub ▓▓▓▓▓ in Spring.

Onwards!

Sarah

Sarah Pelz
Executive Editor
Atria Books
1230 Avenue of the Americas
New York, NY 10020