**DEFENDANTS' TRIAL EXHIBIT DX-054**

| Message | |
|---|---|
| **From:** | Frerich, Stephanie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6CD5B4B93A2144D8BA65234029015044-FRERICH, ST] |
| **Sent:** | 7/19/2019 2:51:52 PM |
| **To:** | Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat] |
| **Subject:** | Re: ▇ auction |

Hopefully when she'll have thought through the book idea more.

---

**From:** Karp, Jonathan ▇
**Sent:** Friday, July 19, 2019 1:50:28 PM
**To:** Frerich, Stephanie ▇
**Subject:** Re: ▇ auction

I have a feeling you'll have other chances to publish her.

On Jul 19, 2019, at 1:32 PM, Frerich, Stephanie ▇@▇ wrote:

Just heard from ▇. They went with Norton mostly because of their marketing team, who was at the meeting and conveyed a compelling plan. They also wanted ▇ books as is, which I think probably made a difference even though ▇ said ▇ was very enthusiastic about my idea.

▇ has asked me to give her 15 minutes to call Lauren personally to tell her, in case you run into Avid Reader in the next few minutes.

---

**From:** Karp, Jonathan ▇
**Sent:** Thursday, July 18, 2019 3:09:57 PM
**To:** Frerich, Stephanie ▇
**Subject:** Re: ▇ auction

Ok with me!

On Jul 18, 2019, at 3:05 PM, Frerich, Stephanie ▇ wrote:

We've made it to the final round, with a total of four bidders:

- 2 came in at 350 for the exact books ▇ proposed and they're both improving
- 1 offered for 260 for the history book, she's seeing if she can get to 400 for two books
- 1 is us with Avid Reader for 300

The other three are improving to offer 400k or over for a 2-book deal. ▇ wants final offers today so ▇ can sleep on it and decide tomorrow. Lauren is in a meeting and calling me after, but we had tentatively talked about going to $400k: $150k for the novel, $250k for the nonfiction book (which is my top number). I assume you're good with that since I'm approved to $250k, but wanted to be sure since the company would be in for $400k total.

**From:** Karp, Jonathan
**Sent:** Thursday, July 18, 2019 2:11 PM
**To:** Frerich, Stephanie
**Subject:** RE: ▮▮▮ auction

Good luck!

---

**From:** Frerich, Stephanie ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, July 18, 2019 12:24 PM
**To:** Karp, Jonathan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮▮ auction

Jon, I've made a two-book deal offer for Avid Reader and S&S for ▮▮▮▮▮▮▮▮ $100k from Avid Reader for a ▮▮▮▮▮▮▮▮▮▮ and $200k for the nonfiction book from us, with the nonfiction book to be published first. They're deliberating offers now and I'll let you know (and Lauren) know when I hear back.