DEFENDANTS'
TRIAL EXHIBIT
**DX-071**

| Message | |
|---|---|
| **From**: | Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT] |
| **Sent**: | 11/17/2019 8:02:18 PM |
| **To**: | Bergstrom, Jennifer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c09a7770c5e48489fac8b389128bbbe-Bergstrom,]; Ferrari-Adler, Jofie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=efd8c38543ca4f2994c882b965a946f8-Ferrari-Adl]; Nan Graham ▬▬▬▬▬▬▬▬▬▬ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b6c55e49bfee4ec8b7264c5be7258e1e-Graham, Nan]; McGuire, Libby [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e524fc851dba49feb728c5bfb609936e-McGuire, Li] |
| **Subject**: | Guidelines for editors on acquisitions, time management, title count, and multiple submissions |

Thanks for the good conversation on Friday. I've adapted some of the points we discussed and added new ones, based on your feedback.

I recommend that you review these points verbally with editors at an editorial meeting. (If you want to hand out printed copies, that's fine, but I'd rather not have you circulate it via email.)

Nothing below should be considered an edict. My hope is that we can change the culture of acquisition here for the better.

I'm making these suggestions with an open mind and an awareness that there is no uniform way of doing business. As long as we're excited to publish the book, we should go for it, however we can.

**Objective:  To create a culture in which we empower you to acquire 10 to 12 new titles a year in the most efficient way – books you are excited to work on and confident we can publish profitably.**

1.      You will be rewarded for enterprise and imagination and for creating your own opportunities. The highest praise will go to those who make things happen and acquire projects before they are submitted widely. Most of our biggest titles are not acquired in fevered auctions. Our most successful authors tend to be writers we build over time or acquire in routine ways (outreach, options, limited submissions).

2.      Whether or not there is wisdom in crowds, being part of a pack is not the best way to distinguish yourself. The editors who stand out and excel define themselves in the eyes of authors and their representatives by articulating what they want to publish and by identifying those authors through individual outreach.  Let agents know you'll be supported to make a good offer (or pre-empt) if you have a strong vision for publishing the book.

VCBS-00650323

3.      Collegiality matters more than internal competition. We will thank and honor editors who defer to more enthusiastic colleagues (or to those who have established a prior relationship with the author on submission). Duplicating work is not a productive expenditure of one of our most valuable resources – time. You can acquire more books if you aren't all chasing the same ones.

4.      Simon & Schuster will be a better publishing company if we're driven by editors who think for themselves and acquire the books they want to buy, without focusing on the competition or needing to have their judgment validated by other bidders. We prize editors who follow their curiosity and instincts and have conviction about their acquisitions.

5.      Never request submissions from agents if you see in company editorial minutes that those projects have been submitted to other S&S imprints.

6.      If you hear about a project from a scout and you want to receive the submission, first find out from the agent whether other imprints have it before asking that it be submitted to you. Agents do not want to burn any bridges by refusing to submit to you, but in all likelihood, if you weren't on the original submission list, you're not going to win the book and you'll be wasting your own time and the time of colleagues at the imprint. It would be much better to let agents know that you'd like to receive comparable submissions in the future. It's always better to establish the relationship with the agent before the submission rather than during or after.

7.      Try to bail out on submissions in which there are more than two imprints in the building pursuing the project (especially if you think your chances aren't as good as the other two imprints in the building.)

VCBS-00650324