| | |
|---|---|
| **Date:** | Saturday, December 14 2019 03:51 PM |
| **Subject:** | Re: US Developments Deck |
| **From:** | Sawhney, Divya |
| **To:** | Dohle, Markus ; Von Schilling, Claire |
| **CC:** | Malaviya, Nihar |
| **Attachments:** | US Deck - 12.13.19_Final.pptx; US Deck - 12.13.19_Final.pdf |

DEFENDANTS' TRIAL EXHIBIT DX-076

Hi Markus and Claire,

Here is the US Market and PRH Development deck Markus was referring to.

- The **US Market data** covers 2013 through 2019, with 2019 a combination of YTD and an estimate for the remaining months. Markus – in your printout, we had noted our fiction share is down 5% - this should unfortunately be 7% down and has been adjusted here.
- The **PRH US data** on slides 7 and 8 cover 2014 through 2018.

Our suggestion is to hold off on taking these slides into the TR meeting. Nihar is already working on some fiction cuts as he mentioned.

Please let us know if you have additional questions.

Divya



## US Market Share Development 2013-2019 – **Overall Market**
**Market is up $2B since 2013, PRH US has lost 4% in market share**



CONFIDENTIAL

DX-076.0004

BPRH-002756362