| | |
|---|---|
| **From:** | Gervasio, Janet </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3A9A8C8122E34549953B3CE590ABDCB0-GERVASIO, J> |
| **To:** | Adams, William; Bailey, Diane; Burnham, Jonathan; Crum, Erin; Curr, Judith; Marwell, Josh; Murphy, Suzanne; Murray, Brian; Nevins, Larry; Redmayne, Charlie; Restivo-Alessi, Chantal; Schoenwald, Mark; Stehlik, Liate; Swinwood, Craig |
| **Sent:** | 5/12/2020 9:00:52 AM |
| **Subject:** | FW: Budget Book 2021 Final |
| **Attachments:** | Budget 2021 Book - Final.pdf |

DEFENDANTS' TRIAL EXHIBIT
**DX-105**

FYI

HIGHLY CONFIDENTIAL       HC-DOJ-CID-000028100



# HarperCollins Publishers
## 2021 Budget



HIGHLY CONFIDENTIAL
HC-DOJ-CID-000028101



HIGHLY CONFIDENTIAL **DX-105.0064** HC-DOJ-CID-000028163