**DEFENDANTS' TRIAL EXHIBIT DX-131**

Message

**From:** McGuire, Libby [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E524FC851DBA49FEB728C5BFB609936E-MCGUIRE, LI]
**Sent:** 10/5/2020 12:18:00 PM
**To:** Cheiffetz, Julia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4f9690f67c5340bba38315a9d5422a5d-Cheiffetz,]
**Subject:** RE: offer / ▓

Wow I had no idea they pay that much

**From:** Cheiffetz, Julia
**Sent:** Monday, October 5, 2020 11:39 AM
**To:** McGuire, Libby
**Subject:** Re: offer /

I found out it was Princeton University Press. They do that the university presses - buy one big book a year ... She's an ▓▓▓▓ it will help advance her career.

**From:** McGuire, Libby
**Sent:** Monday, October 5, 2020 11:10 AM
**To:** Cheiffetz, Julia
**Subject:** RE: offer /

onward

**From:** Cheiffetz, Julia
**Sent:** Monday, October 5, 2020 10:59 AM
**To:** McGuire, Libby
**Subject:** Fwd: offer /

Begin forwarded message:

**From:** ▓
**Date:** October 5, 2020 at 10:43:22 AM EDT
**To:** "Cheiffetz, Julia"
**Cc:** "Balan, Amara" ▓ , "Ciani, Nicholas"
**Subject: RE: offer**

External Email

Hi Julia,

I hope you had a nice weekend.

HIGHLY CONFIDENTIAL                                                    VCBS-LIT-00304511

After much deliberation on ▮▮▮ part, this was the most difficult decision for her to make as you can imagine (!), she is ultimately choosing to go with the high bidder of the auction, which wasn't One Signal. That said, ▮▮▮ will have many books and I hope our paths will cross again there. Thank you so much for your marvelous offers, and insight and attention.

Meanwhile,  asked me to share this note with you, too:

*Dear Julia,*

*Thank you so much for all the time & energy you spent engaging my work over the last two weeks!*

*I'm really humbled by the enthusiasm for this project and appreciative of your incisive feedback.*

*I hope we'll have an opportunity to work together in the future.*
*Warmly,*
▮▮▮

Thanks again for all, and I hope I can try you again on others (as soon as today actually; there's another project I'm thinking of you for, if you'll have me).

My best,

▮▮▮

--


HIGHLY CONFIDENTIAL                                                                                           VCBS-LIT-00304512