| | |
|---|---|
| **From:** | Redmayne, Charlie </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=86208B67BB36419CB5BB996C524728F2-CHARLIE RED> |
| **To:** | Murray, Brian |
| **Sent:** | 11/9/2020 1:23:35 PM |
| **Subject:** | Re: Recommendation on Typeface |

**DEFENDANTS' TRIAL EXHIBIT**
**DX-143**

████████████████████████████████████████████████████████████

C

Get Outlook for iOS

---

**From:** Murray, Brian ████████████████████
**Sent:** Monday, November 9, 2020 6:17:27 PM
**To:** Redmayne, Charlie ████████████████████
**Subject:** Re: Recommendation on Typeface

████████████████████████

---

**From:** Redmayne, Charlie ████████████████████
**Sent:** Monday, November 9, 2020 12:25:57 PM
**To:** Murray, Brian ████████████████████
**Subject:** Re: Recommendation on Typeface

████████████████████████████████████████████████

**Charlie Redmayne**
CEO

HarperCollins*Publishers*

THE NEWS BUILDING
1 LONDON BRIDGE STREET  |  LONDON  |  SE1 9GF
PHONE: ████████████████

On 9 Nov 2020, at 17:21, Murray, Brian <████████████████████> wrote:

**From:** Robert Thomson ████████████████████
**Sent:** Saturday, November 7, 2020 12:46 PM
**To:** Murray, Brian ████████████████████
**Subject:** Re: Recommendation on Typeface

████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL

DX-143.0001

HC-DOJ-CID-000050599

1211 Avenue of the Americas
New York, NY 10036

On Nov 7, 2020, at 8:41 AM, Murray, Brian ████████████████████████████ wrote:

Robert
I've been thinking about the next step after our call yesterday. My recommendation would be to ask the board for approval to spend up to ██████ for the acquisition. Tactically we may not offer this but I would ask for approval up to that level. Here are my reasons:

Future EBITDA of $████ is possible: Normalized post-covid and post-synergies I believe the combined companies can achieve this level of profits. HC at $████ S&S at $████ full synergies of $████ over time. This would be my goal to get the company to this level over time which could make us the most profitable publisher in the world and the second largest in revenues. (Note: The financial model uses more conservative assumptions because we wanted to be certain that we can deliver on them.)

Shareholder Value Creation Opportunity of ████████: According to the bankers with our more conservative $██ in synergies, the transaction creates $████ of value if News Corporation holds the 100% of the combined asset. ████████████████████████████████████████████████████████████████████████████████████

Financial Metrics: According to all of the bankers and with our ████████████ assumptions, News Corporation can *pay more* than $████ and still meet all financial hurdles that the News Corp Board uses to measure transactions including DCF, ROIC, Funding capacity, etc. ████████████████████████████████████████████████████████████████████████████████

Synergy risks are minimal and they create over $████ in value: Unlike most deals 100% of the $████ in synergies are in identifiable costs. Specifically we have identified ███ individual positions that are not required in our go forward operating model.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Bridging $████ to $████: When we pegged a value of $████ the EBITDA was $████ At 8x the value was $████ and we assumed we would pay approximately half the synergies which brought us to $████ At that time, there was no tax benefit. Now EBITDA is $████ higher at $████ At 8x the underlying value is $████ (up from $████ Half the synergies is $████ and adding tax benefits gets us to $████ Therefore the same method we used 5 years ago now justifies $████ today. And its worth noting that 5 years ago we were running successful conservative models where we paid up to $████ However CBS wanted ████████ and a deal never went forward.

Growth: There are many ways that long term growth of newco can be increased once we have achieved cost synergies. Our direct to consumer business, audio business, foreign language business and the distribution business are the top four areas where we believe we can develop long term growth above the mature book publishing market growth rate of ████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL                                                                                          HC-DOJ-CID-000050600

Book Reading Renaissance: Covid has proven the resilience of the book business and the continued demand from consumers for books at a time when content is everywhere and free. I've never felt better about long term prospects of the book business.

I'd be happy to discuss as you think about the best approach for the board discussions and presentation.

Brian


***************************************************

Confidentiality Notice: This E-Mail is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute and delete the original message. Please notify the sender by E-Mail at the address shown. Thank you for your compliance.