| | |
|---|---|
| **Date:** | Friday, March 12 2021 12:42 PM |
| **Subject:** | Pub Group Overview and Title Acq Process_1.pptx |
| **From:** | Von Moltke, Nina █████████████ |
| **To:** | Steinecke, Anke █████████████████ |
| **Attachments:** | Pub Group Overview and Title Acq Process_1.pptx |

DEFENDANTS'
TRIAL EXHIBIT
**DX-169**

Work in progress

CONFIDENTIAL

BPRH-005440956

## Title acquisition process descriptions



**Random House**

**Penguin**

**Knopf Doubleday**

**RH Children's**

**Penguin Young Readers**

Deals over $1M advance value have to be submitted to US CEO for approval (via email).  Depending on deal value and complexity, approval is given over email or discussed in a meeting.

Deals over $2M advance value have to be submitted to WW CEO for approval.

CONFIDENTIAL

**DX-169.0002**

BPRH-005440957

## Divisional and Imprint Structure

**Random House**          **Penguin**          **Knopf Doubleday**          **RH Children's**          **Penguin Young Readers**

Insert compact overview by imprint family / publisher with high-level category / author focus
Include net revenue & title count

CONFIDENTIAL

**DX-169.0003**

BPRH-005440958

# Penguin Publishing Group

Penguin
Random
House

## Putnam

Ivan Held

President

For more than two decades, G.P. Putnam's Sons has led the publishing industry with more hardcover *New York Times* bestsellers than any other imprint. With its rich history of publishing established franchises and new talent, as well as award winners, with an unrivaled bestselling track record, Putnam continues to be one of the most respected and prestigious imprints in the industry.

Major authors include: Clive Cussler, Delia Owens, Kiley Reid

## Berkley

Ivan Held

President

An industry leader in commercial and genre fiction, Berkley has a rich tradition of discovering new talent, defining emerging trends, and building authors and series into global franchises.

Major authors include: Nora Roberts, Chanel Cleeton, William Gibson

## Dutton

Ivan Held

President

A small list with a huge audience, Dutton is a boutique imprint within the largest English-language publisher in the world. Publicity—and marketing—driven, its focused list of less than fifty books per year is half fiction and half nonfiction. Dutton's imprints include Caliber and Plume.

Major authors include: Daniel Levitin, Craig Unger, Lisa Gardner

## Plume

Ivan Held

President



Founded in 1970, Plume is dedicated to finding and championing a select group of new nonfiction voices in the genres of pop culture, cultural and feminist statements, influencers in the food, wine, and lifestyle space, and humorous and whimsical gift books.

Major authors include: Phoebe Robinson, Hannah Shaw, Trixie Mattel

CONFIDENTIAL

DX-169.0004

BPRH-005440959

# Penguin Publishing Group (cont'd)

Penguin
Random
House

## Avery

Megan Newman

Vice President and Publisher



Avery is an imprint dedicated to nonfiction that ranges from the narrative to prescriptive, with a strong takeaway for the reader. Their categories include accessible science, health, psychology, wellness, and cookbooks from cutting-edge experts.

Major authors include: James Clear, Dale Bredesen, Brené Brown

## TarcherPerigee

Megan Newman

Vice President and Publisher



Established in 2015 with the merger of two Penguin Random House imprints, Tarcher Books and Perigee, TarcherPerigee publishes award-winning books aimed at helping readers *Learn, Create,* and *Grow.*

Melding the category strengths and bestselling authors of both imprints, TarcherPerigee's core publishing areas include: **Self-improvement**, **Creativity, Parenting**, **Spirituality,** and **Gift/Inspiration**.

Major authors include: Meera Patel, Betty Edwards, Dr. Norman Rosenthal

CONFIDENTIAL

**DX-169.0005**

BPRH-005440960

# Penguin Publishing Group (cont'd)

Penguin
Random
House

## Portfolio

Adrian Zackheim

Founder, President, and Publisher



Portfolio strives to produce original books in fields such as technology, economics, entrepreneurship, biography, and investigative journalism, with a focus on educating and inspiring a new generation of innovative leaders.

Major authors include: Simon Sinek, Seth Godin, General Stanley McChrystal

## Sentinel

Adrian Zackheim

Founder, President, and Publisher



Founded in 2003, Sentinel is an established publisher of critically acclaimed and bestselling nonfiction. Their mission is to provide a home for independent-minded thinkers and storytellers who challenge mainstream opinion, whether by looking to the past or reimagining the future.

Major authors include: Chris Arnade, Dave Rubin, Beth Stuckey

CONFIDENTIAL

**DX-169.0006**

BPRH-005440961

## Penguin Publishing Group (cont'd)

Penguin
Random
House

### Viking

Brian Tart

President and Publisher



Viking is a legendary imprint with a distinguished list of extraordinary writers in both fiction and nonfiction. In January 2020, Viking, Penguin Books, and Pamela Dorman Books will debut a new publishing program that will live across all three imprints focused on inspiration, personal development, lifestyle, and healthy living—Viking Life, Penguin Life, and Pamela Dorman Books Life.

Major authors include: Andrew Roberts, Rebecca Makkai, Tana French

### Penguin

Patrick Nolan

Vice President, Editor in Chief & Deputy Publisher



Today, more than 600 million paperbacks are sold annually worldwide. Now, Penguin and Penguin Classics titles carry the most recognized logo of any book publisher in the world, with a list as stimulating and diverse as readers themselves.

Major authors include: Jojo Moyes, Amor Towles, Carolyn Forché

CONFIDENTIAL

**DX-169.0007**

BPRH-005440962

# Penguin Publishing Group (cont'd)

Penguin
Random
House

## Riverhead

Geoff Kloske

President and Publisher



Founded in 1994, Riverhead Books is now well established as a publisher of bestselling literary fiction and quality nonfiction.

Major authors include: James McBride, Olga Tokarczuk, Bryan Washington

## Penguin Press

Ann Godoff

President and Editor-in-Chief



Dedicated to publishing quality nonfiction and literary fiction, Penguin Press seeks to publish ideas that matter, storytelling that lasts, and books that don't just start conversations, but detonate them.

Major authors include: Ron Chernow, Michael Pollan, Zadie Smith

July 21

7

**DX-169.0008**

BPRH-005440963

# Penguin Publishing Group (cont'd)

Penguin
Random
House

### Penguin Classics

Elda Rotor (Classics)

Vice President and Publisher



With more than 1,800 titles, Penguin Classics represents a global bookshelf of the best works throughout history and across genres and disciplines.

Major authors include: John Steinbeck, Arthur Miller, Shirley Jackson

CONFIDENTIAL

DX-169.0009

BPRH-005440964

# Penguin Publishing Group (cont'd)

Penguin Random House

### Blue Rider Press

Major authors include: Carrie Fisher, Elvis Costello, Neil Young



### DAW Books

DAW Books seeks to publish a wide range of voices and stories, because we believe that it is the duty of the science fiction and fantasy genres to be inclusive and representative of as many diverse viewpoints as possible.

Major authors include: Seanan McGuire, Mercedes Lackey, Ben Aaronovitch



### Family Tree Books

Trace your family history, record your own story for the next generation, and pass on valued family traditions with the help of Family Tree Books' indispensable guides and workbooks.

Major authors include: Sunny Morton, Blaine T. Bettinger, Nancy Hendrickson



### Impact Books

IMPACT Books provides excellent art instruction in manga, fantasy, cartoons, comics and more, so you can have fun creating the dynamic styles you love!

Major authors include: Beverly Johnson, Mark Crilley, Hosoi Aya



### Krause Publications

Krause Publications is a trade book imprint within Penguin Random House for hobbyists and collectors—with popular books on everything from crystals and gems to music, coin collecting, and more.

Major authors include: Judy Hall, Christina Brown, Patti Polk



### Interweave Books

Interweave, now an imprint of Penguin Random House, is one of the nation's esteemed publishers of craft books, specializing in the areas of knitting, crochet, quilting, sewing, mixed media, beading, jewelry, spinning, weaving, and fiber arts.

Major authors include: Jesie Ostermiller, Tracey Todhunter, Kerry Bogert

### North Light Books

North Light Books publishes the leading resources for art instruction--including drawing, painting, and coloring--for artists at all skill levels.

Major authors include: Jane Maday, Jeff Mellem, Sha Boutique



### Popular Woodworking Books

With books for beginning and experienced woodworkers alike, Popular Woodworking Books will give you ideas for your next project and help you set up the ideal place to begin, or advance, your woodworking craft.

Major authors include: Tom Begnal, Christopher Schwarz, Ron Hock

### Writer's Digest Books

Learn to write to the best of your ability with the industry's best writing books covering fiction writing, nonfiction writing, professional advice on writing novels, poetry writing and more. Whether you need to improve your writing skills, perfect grammar and punctuation, better your short story plots or learn how to get published... we've got you covered.

Major authors include: Robert Lee Brewer, Amy Jones, Pat Pattison

CONFIDENTIAL

**DX-169.0010**

BPRH-005440965

# Penguin Young Readers

Penguin Random House

## Putnam Young Readers

Jennifer Klonsky

VP & Publisher



G.P. Putnam's Sons Books for Young Readers publishes approximately fifty trade hardcover books a year for children, including lively, accessible picture books and some of today's strongest voices in fiction.

Major authors include: Matt de la Peña, Rick Yancey, Marie Lu

## Razorbill

Casey McIntyre

Vice President and Publisher



Razorbill is home to a broad-ranging young adult hardcover fiction and non-fiction.

Major authors include: Jay Asher, Sabaa Tahir, Morgan Rhodes

CONFIDENTIAL

**DX-169.0011**

BPRH-005440966

# Penguin Young Readers (cont'd)

Penguin
Random
House

## Viking Children's Books

Kenneth Wright

Publisher



Viking publishes approximately sixty titles per year, ranging from books for very young children such as board and lift-the-flap books to sophisticated fiction and nonfiction for teenagers.

Major authors include: Roald Dahl, Anne Blankman, Susan Juby

## Philomel

Jill Santopolo

Associate Publisher



Whatever the genre, Philomel strives to foster a love of reading in children and young adults. It is an appreciation of story, of language, of books that can be read over and over and yet lose none of their magic that drives Philomel to make distinguished, meaningful books year after year.

Major authors include: Eric Carle, Ruta Sepetys, Chelsea Clinton

CONFIDENTIAL

**DX-169.0012**

BPRH-005440967

# Penguin Young Readers (cont'd)

Penguin
Random
House

### Dial

Lauri Hornik

President and Publisher



Dial publishes books for two through teen that aim to entertain, enrich, and encourage our readers.

Major authors include: Brad Meltzer, Kristin, Cashore, Adam Rubin

### Dutton Children's Books

Julie Strauss-Gabel

President and Publisher



Exceptional literary works with distinctive narrative voices and strong commercial appeal are the heart of the current Dutton list. Rich with history, Dutton is committed to the next generation of excellence with a small and highly curated list that never loses sight of audience. Their goal is to build authors for their careers and create lasting relationships with readers.

Major authors include: John Green, Lauren Wolk, Judy Blume

CONFIDENTIAL

**DX-169.0013**

BPRH-005440968

# Penguin Young Readers (cont'd)

Penguin
Random
House

## Kokila

Namrata Tripathi

Vice President and Publisher



Kokila (pronounced KO-ki-la) brings together an inclusive community of authors and illustrators, publishing professionals, and readers to examine and celebrate stories that reflect the richness of our world. Kokila will publish work for children and young adults across all formats and genres.

Major authors include: Matthew A. Cherry, Isabel Quintero, Randy Ribay

## Nancy Paulsen Books

Nancy Paulsen

President & Publisher



Nancy Paulsen Books launched its first hardcover list in Fall 2011. The imprint publishes fifteen books a year and focuses on eye-opening, often funny picture books and fiction from diverse and distinct voices, especially stories that are inventive and emotionally satisfying.

Major authors include: Jacqueline Woodson, Ruth Behar, Lynda Mullaly Hunt

CONFIDENTIAL

**DX-169.0014**

BPRH-005440969

# Penguin Young Readers (cont'd)

Penguin
Random
House

### Puffin

Eileen Bishop Kreit
Publisher



Over the years, Puffin has transformed from a small, yet distinguished paperback house, into one of the largest, most diverse, and successful children's publishers in business, publishing everything from picture books to ground-breaking middle grade and teen fiction.

Major authors include: Ellen Raskin, Sheila Turnage, Django Wexler

### Speak

Eileen Bishop Kreit
Publisher



Puffin Books launched Speak, a new imprint aimed at teens, in 2002. Bringing classic and cutting edge fiction to the forefront of the paperback list, Speak provides a dedicated home for older readers. With a range of the quality fiction and non-fiction Puffin is known for, Speak combines contemporary novels featuring characters with whom readers can identify, historical fiction that transports the reader to new worlds, smart, original series fiction, and a mix of award-winning authors and bright new talent. In Speak, everyone has a voice.

Major authors include: Gayle Forman, Jeanne Ryan, Sarah Dessen

CONFIDENTIAL

**DX-169.0015**

BPRH-005440970

# Penguin Young Readers (cont'd)

Penguin
Random
House

## Penguin Workshop
Francesco Sedita

President & Publisher



At Penguin Workshop, we make great books for every kind of reader, from birth to age twelve. Here, you'll find unique board books, beautiful picture books, laugh-out-loud chapter books, the New York Times Best-Selling Who HQ series, Mad Libs, and Penguin's award-winning leveled reader program.

Major authors include: Jessica Hische, Dolly Parton, Ann Hood

## Kathy Dawson Books
Kathy Dawson

Vice-President, Publisher



Founded in 2014, Kathy Dawson Books is dedicated to middle-grade and YA fiction across a variety of genres. You'll find reality-benders, survivor stories, unreliable narrators, speculative fiction, magical realism, humor, genre books with entry points for non-genre readers, all things apocalyptic, and brave authors in every sense of the word.

Major authors include: Kristin Cashore, Sheila Turnage, Stephanie Tromley

CONFIDENTIAL

**DX-169.0016**

BPRH-005440971

# Penguin Young Readers (cont'd)

Penguin
Random
House

### Firebird

Sharyn November
Editorial Director



Firebird is a science fiction and fantasy imprint of Penguin Group (USA) Inc. specifically designed to appeal to both teenagers and adults.

Major authors include: Kristin Cashore, Sylvia Engdahl, David Clement Davies

### F. Warne & Co

F. WARNE & CO

In 1983, Frederick Warne was acquired by Penguin Books. As a division of Penguin, it began developing classic book-based children's character brands.

Major authors include: Beatrix Potter, Eric Hill, Cicely Mary Barker

July 21                                                                                                    16

**DX-169.0017**
BPRH-005440972

# Random House Publishing Group



### Ballantine Group

Kara Welsh

EVP & President



Ballantine Books was established in 1952 by the legendary paperback pioneers Ian and Betty Ballantine, publishing original works of both award-winning fiction and nonfiction in both hardcover and paperback formats under one umbrella.

Major authors include: Jodi Picoult, Emily Giffin, Debbie Macomber.

### Ballantine Bantam Dell Books

Jennifer Hershey

SVP & Editor-in-Chief, Publisher, Ballantine Bantam Dell

Kimberly Hovey

SVP & Deputy Publisher, Ballantine Bantam Dell

Bbd Editorial





Bantam Books was established in 1945 by Walter B. Pitkin, Jr., Sidney B. Kramer, and Ian and Betty Ballantine as an exclusively mass-market paperback reprint publishing house before it began publishing other original works of fiction and nonfiction in all formats.

Major authors include: Janet Evanovich, George R. R. Martin, and Dean Koontz.

CONFIDENTIAL
**DX-169.0018**
BPRH-005440973

# Random House Publishing Group (cont'd)

Penguin
Random
House

## Random House

Andy Ward

EVP & Publisher, Random House



RANDOM
HOUSE

Random House was founded in 1927 when, two years after purchasing The Modern Library line of literary classics, Bennett Cerf and Donald Klopfer decided to publish other books "at random."

Major authors include: Norman Mailer, Truman Capote, Maya Angelou.

## Dial Press

Whitney Frick

VP & Dir, Editorial, The Dial Press



THE DIAL
PRESS

The Dial Press publishes books driven by the heart: emotionally affecting works of memoir, narrative nonfiction, and fiction that tell stories of self-revelation, help us connect with others, and offer fresh, intimate, and inspiring perspectives.

Major authors include: Isabel Allende, James Baldwin, Allegra Goodman.

CONFIDENTIAL

**DX-169.0019**

BPRH-005440974

# Random House Publishing Group (cont'd)



## Crown

David Drake

EVP & President

Established in 1933, the Crown imprint is a leading publisher of bestselling fiction and critically acclaimed narrative nonfiction in categories that include biography and memoir, history, science, politics, and current events

Major authors include: Barack Obama, Michelle Obama, Erik Larsen.

## Crown Archetype



Crown Archetype is a hardcover publisher of leading voices in the pop-culture conversation. We showcase unique points of view and storytelling, from actors and comedians to athletes and coaches to musicians and performance artists.

Major authors include: Mindy Kaling, John Cleese, Carol Burnett.

CONFIDENTIAL

**DX-169.0020**

BPRH-005440975

# Random House Publishing Group (cont'd)

Penguin
Random
House

## One World

Chris Jackson

EVP, Publisher & Editor-in-Chief, One World



ONE WORLD

One World is a home for authors who seek to challenge the status quo, subvert dominant narratives, and give us new language to understand our past, present, and future. One World writers represent voices from across the spectrum of humanity telling critical, universally important, and compelling stories about a changing world.

Major authors include: Ibram X Kendi, Karla Cornejo Villavicencio, Ta-Nahesi Coates.

## Del Rey

Scott Shannon

EVP & Dir. Content Strategy & Publisher



DEL REY

Del Rey Books began as an imprint of Ballantine Books in 1977. Founded by editors Judy-Lynn and Lester del Rey, Del Rey is now one of the world's foremost publishers of science fiction, fantasy, and speculative fiction, as well as media and pop culture titles.

CONFIDENTIAL

**DX-169.0021**

BPRH-005440976

# Random House Publishing Group (cont'd)

Penguin
Random
House

### Waterbrook



Tina Constable

EVP & Publisher

WaterBrook publishes books that inspire readers to find rich, spiritual purpose in their daily lives. We seek creative approaches and innovative messages that draw on the Bible, experiential learning, story, and practical guidance to help readers thrive as they follow Jesus amid the complexities and opportunities of life today.

Major authors include: Michael Todd, Mark Batterson, Francine Rivers

### Multnomah



Tina Constable

EVP & Publisher

Multnomah publishes books that proclaim the Gospel, equip followers of Jesus to make disciples, and invite readers into a deeper relationship with God. We seek timeless messages from Christian voices that challenge readers to approach life from a biblical perspective.

Major authors include: David Platt, Anne Graham Lotz, Mark Batterson

### Image



Tina Constable

EVP & Publisher

Image Books (formerly Doubleday Religion) has been dedicated to publishing solid, unswerving, admirable Catholic resources for over fifty years. Covering a multitude of topics by respected and best-selling authors, there is something for everyone.

Major authors include: Cardinal Timothy Dolan, Mother Angelica, Pope John Paul II

### Convergent



Tina Constable

EVP & Publisher

Convergent seeks out diverse viewpoints and honest conversation that shed light on the defining challenges facing people of faith today. Our books help readers ask important questions, find paths forward in disagreement, and shape the way faith is expressed in the modern world.

Major authors include: Richard Rohr, Jen Hatmaker, Johnnyswim

### Currency



Tina Constable

EVP & Publisher

With a primary focus on business, innovation, entrepreneurship, finance, economics, organizational & societal transformation, it provides a platform for relevant, inspiring voices who challenge established boundaries and orthodoxies, encourage conversation, and offer new perspectives on building lives with meaning and purpose.

Major authors include: Eric Ries, Reid Hoffman, Peter Thiel

### Forum

Tina Constable

EVP & Publisher

Forum is now one of the leading publishers of politically conservative authors and points of view.

Major authors include: Charles Krauthammer, Greg Gutfeld, Charles Murray

CONFIDENTIAL

**DX-169.0022**

BPRH-005440977

# Random House Publishing Group (cont'd)

**Clarkson Potter**

Aaron Wehner

Publisher



Clarkson Potter is the only dedicated lifestyle group within Penguin Random House. Founded in 1959, we are home to a community of award-winning and bestselling chefs, cooks, designers, artists, and writers—visionaries who seek to entertain, engage, and teach.

Major authors include: Ina Garten, Martha Stewart, Giada De Laurentiis.

**Ten Speed Press**

Aaron Wehner

Publisher



Known for creating beautiful illustrated books with innovative design and award-winning content, Ten Speed actively seeks out new and established authors who are authorities and tastemakers in the world of food, drink, pop culture, graphic novels, illustration, design, reference, gardening, and health

Major authors include: Yotam Ottolenghi, Aaron Franklin, Heidi Swanson.

**Harmony**

Aaron Wehner

Publisher



Harmony Books is dedicated to inspiring and helping readers to achieve personal transformation and well-being in all facets of their lives. Publishing books that offer unique approaches to health and wellness, lifestyle, diet, self-improvement, relationships, parenting and spirituality, Harmony guides readers to become their best selves both inside and out.

Major authors include: Mark Sisson, Gretchen Rubin, Pearl Barrett.

**Rodale**

Aaron Wehner

Publisher



Rodale Books is the premier destination for the best in wellness content. Our mission, to help people improve their lives, is the lens through which we acquire books across the entire spectrum of wellness—from diet and fitness, to business and self-help, to cooking and lifestyle. Acquired by Penguin Random House in 2018, Rodale Books has been publishing award-winning, bestselling books for more than 75 years.

Major authors include: Dr. David Kessler, Jessica Alba, Shalane Flanagan.

CONFIDENTIAL

DX-169.0023

BPRH-005440978

# Random House Publishing Group (cont'd)



Penguin
Random
House

## Modern Library

Tom Perry

SVP & Publisher, Modern Library

The Modern Library has been an iconic publisher of American and international classics since its founding in 1917 by Boni and Liveright and subsequent purchase in 1925 by Bennett Cerf and Donald Klopfer, who two years later would found Random House.

Major authors include: JD Salinger, Joan Didion, Peter Matthiessen

## Tim Duggan Books

Tim Duggan Books was founded in 2014 and is committed to the highest standard of storytelling across a range of genres. It is a home for novelists, journalists, humorists, memoirists, scientists, and poets—for writers with a love of language, a curiosity about the world, and a passion for what they believe



Major authors include: Timothy Snyder, Michiko Kakutani, Eric Schlosser

CONFIDENTIAL

**DX-169.0024**

BPRH-005440979

# Random House Publishing Group (cont'd)

Penguin
Random
House

### Lorena Jones Books

Lorena Jones Books, an imprint of Ten Speed Press, was founded in 2015 and is committed to publishing the best talent in highly creative and enduring ways. We publish illustrated and non-illustrated books in the areas of cooking, work life, and health.

Major authors include: Elisabeth Prueitt, Alba Huerta, Joyce Goldstein



### Watson-Guptill

Founded in 1937, and now an imprint of Ten Speed Press, Watson-Guptill has a storied legacy of publishing hard-working and influential illustrated art books. We seek out respected authorities who instruct and inspire artists in a wide range of art, craft, design, and photography subjects.

Major authors include: Stan Lee, Mark Crilley, Camilla D'Errico



CONFIDENTIAL

**DX-169.0025**

BPRH-005440980

# Random House Children's Group



Penguin Random House

**Delacorte Press**

Beverly Horowitz

SVP & Publisher, Delacorte

Delacorte primarily focuses on YA titles.

Major authors include: Michelle Obama, Jason Ross, Benjamin Dreyer

**Knopf Young Readers**

Melanie Nolan

VP & Publisher



Knopf Young Readers publishes YA, Middle Grade, Picture Books, Graphic Novels

Major authors include: Anuradha D. Rajurkar, Madeline Valentine, Jeanne Birdsall

**Random House Books for Young Readers**

Mallory Loehr

EVP & Publisher



Primarily publishes Middle Grade, Leveled Readers, Picture Books, Graphic Novels, Board Books, Chapter Books

Major authors include: Nic Stone, Mechal Renee Roe, Becky Davies

CONFIDENTIAL

**DX-169.0026**

BPRH-005440981

# Random House Children's Group (cont'd)

Penguin
Random
House

### Random House Graphic

A new imprint from Random House Children's Books with a mission to put a graphic novel on the bookshelf of every child and YA reader. At RH Graphic, we are committed to championing the creativity and diversity of our authors by developing high-quality, unforgettable books.

Major authors include: Laura Knetzger, Colleen AF Venable, Jessi Zabarsky



### Licensing

Rachel Bader

Dir, Licensing

Publishes books with rights granted from Licensors.

CONFIDENTIAL

**DX-169.0027**

BPRH-005440982

# Knopf Doubleday Publishing Group

Penguin Random House

---

### Doubleday

William Thomas

EVP & Publisher, Editor-in-Chief, Doubleday



Today, Doubleday and its Nan A. Talese imprint publish an array of commercial fiction, literary fiction and serious nonfiction titles.

Major authors include: Anne Applebaum, Pat Barker, Dan Brown

### Nan Talese

Nan A. Talese is a literary imprint committed to quality publishing, both in the excellence of its authors and the quality of the production of its books. Established in 1990, it is distinguished both by new authors of fiction and nonfiction, as well as the authors Mrs. Talese has published for many years.



Major authors include: Peter Ackroyd, Margaret Atwood, Thomas Cahill.

---

CONFIDENTIAL

**DX-169.0028**

BPRH-005440983

# Knopf Doubleday Publishing Group

Penguin
Random
House

## Vintage

Suzanne Herz

Publisher, Vintage/Anchor Books



Its publishing list includes a wide range, from the most influential works of world literature to cutting edge contemporary fiction and distinguished non-fiction. It is today's foremost trade paperback publisher.

Major authors include: William Faulkner, Vladimir Nabokov, Albert Camus.

## Anchor

Suzanne Herz

Publisher, Vintage/Anchor Books



Anchor's list boasts award-winning history, science, women's studies, sociology, and quality fiction.

Major authors include: Chinua Achebe, Ian McEwan, Alexander McCall Smith.

CONFIDENTIAL

**DX-169.0029**

BPRH-005440984

# Knopf Doubleday Publishing Group

Penguin
Random
House

**Knopf**

Reagan Arthur

EVP & Publisher



Alfred A. Knopf was founded in 1915 and has long been known as a publisher of distinguished hardcover fiction and nonfiction.

Major authors include: Toni Morrison, John Updike, Cormac McCarthy.

**Pantheon**

Reagan Arthur

EVP & Publisher



Today, Pantheon is part of the Knopf Doubleday Publishing Group and continues to publish world-class literature.

Major authors include: Julia Glass, James Gleick, Ha Jin.

**Schocken**

Reagan Arthur

EVP & Publisher



Schocken Books, founded by Salman Schocken in Germany in 1931, began publishing in the United States in 1945 and became part of Random House, Inc., in 1987.

Major authors include: S. Y. Agnon, Sholem Aleichem, Aharon Appelfeld.

July 21

29

CONFIDENTIAL

DX-169.0030

BPRH-005440985

# Knopf Doubleday Publishing Group

Penguin
Random
House

### Everyman's Library

Founded in 1906 by London publisher Joseph Malaby Dent, the purpose of the Everyman's collection was to make available literature that would appeal "to every kind of reader." Now published by Knopf in the United States and Random House UK abroad, Everyman's has grown to include more than 500 titles, but retains this original mission



Major authors include: Chinua Achebe to Toni Morrison and Raymond Chandler

### Vintage Español

A division of Random House, Inc., was founded in 1994 as a distinguished group seal Alfred A. Knopf in an effort to publish selected works of fiction and nonfiction in Spanish. Since then, it has expanded to become one of the largest Spanish-language publishers in the United States, offering a growing list of titles across a wide variety of genres, including, in addition to fiction and nonfiction, sports, spirituality, self-help, personal finance and cooking, to name a few.



Major authors include: Gabriel García Márquez, Roberto Bolaño, Ken Follett

CONFIDENTIAL

**DX-169.0031**

BPRH-005440986

## Audio Publishing Group

Penguin
Random
House










CONFIDENTIAL
**DX-169.0032**
BPRH-005440987