DEFENDANTS'
TRIAL EXHIBIT
**DX-188**

Message

| | |
|---|---|
| **From**: | Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT] |
| **Sent**: | 6/16/2021 9:23:31 AM |
| **To**: | McGuire, Libby [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e524fc851dba49feb728c5bfb609936e-McGuire, Li] |
| **Subject**: | RE: preempt offer \| approval request |

OK.  Be aggressive you believe in the book.  $400k may not get it, but I hope it does.

Yes, the Harpercollins strategy from eight years ago worked.  They grew their market share considerably, but they also had big write offs on some books they acquired.  They paid ██████ a million for a book about ██████.  They paid ██████ a million for a book about ████.

J.

---

**From:** McGuire, Libby ████████████████
**Sent:** Wednesday, June 16, 2021 9:17 AM
**To:** Karp, Jonathan ████████████
**Subject:** RE: preempt offer \| approval request

Yes I saw the Brian Murray comments. Were they successful in growing market share this way? Or are you saying that is the wrong strategy?

Yes very aware of the other ██████ comp titles. We actually discussed that this would be published before ████ which LS did read. ██████████████████████████

---

**From:** Karp, Jonathan ████████████████
**Sent:** Wednesday, June 16, 2021 7:20 AM
**To:** McGuire, Libby ████████████
**Subject:** RE: preempt offer \| approval request

Proceed.  $400,000 for World is OK.  I'm sobered by Brian Murray's comments in yesterday's Publishers Marketplace about how Harpercollins was going to be more aggressive in its offers because the market is growing.  He made similar comments about eight years ago to his editors and set off a frenzy.

Also:  The comps and the rationale for this book are almost exactly what I saw in yesterday's memo to acquire the ████████ novel.  I'm not saying that there's one born every minute, but there may be one born every week or so.  There are a lot of novels about █████ I'm thinking mostly of the ██████ novel that Little Brown won in an auction for $2 million, represented by ████████  What's interesting to me about the plot of ████████████ is that ████████████████████████████████████████ ████████████!

J.

---

**From:** McGuire, Libby ████████████████
**Sent:** Wednesday, June 16, 2021 6:51 AM
**To:** Karp, Jonathan ████████████
**Subject:** Fwd: preempt offer \| approval request

HIGHLY CONFIDENTIAL     VCBS-LIT-01131761

Daniella has outlined all below. ██████████████████████ —

Sent from my iPhone

Begin forwarded message:

**From:** "Wexler, Daniella" ████████████████████████
**Date:** June 15, 2021 at 7:16:40 PM EDT
**To:** "McGuire, Libby" ████████████████████████████, "Sagnette, Lindsay"
██████████████████████████
**Subject: preempt offer | approval request**


Dear Libby and Lindsay,

Editors and scouts are jumping up and down for a this ████████ novel from debut author ████████ from agent ████████████████ I'm VERY excited about it and feel this novel and writer could be a major addition to the Atria fiction list. This morning I was the third of a total six calls she has lined up for the week. ██████ has an aggressive editor trying to preempt the book now and is subtly inviting us to counter-preempt. She indidcated that we'd be the preference given our recent fiction publishing and her comfort with my approach on the call.

The novel, currently titled ████████████ is ████████████████████████ ██████████████████████ The writing is immediately engaging and smart, absorbing and tense. She reads to me like an early ████████ who is one of my favorite writers in the world. I love her books because of how she writes ████████████████████ ████████████████████ That's what ████ so successfully doing here.

████ is the ████████████████████████████ ████ ████ to rebel against the ████████ but apparently was ████████████ ████ that the ██ suggested she think about writing, and now she's ████ to do just that! ██ also brings to us personal relationships with writers like ████████ and ████████

**My comps are below and included in the six questions, attached. I've also attached my P&L and the manuscript. I'd love to be approved to the full $650,000 (World) in this P&L should we go to auction, but would like to begin by trying to preempt this for $400,000 (World).** Julianna at Avid Reader has this in. I've told her of my excitement and am waiting to hear back.

Thanks,
Daniella


In house comp:

████████████████████████ (S&S)
HC ████, $27 gross/net: 144,121/115,793
EB, $12.99: 136,910
TP ████, $17 gross/net: 96,011/67,262
Audio, $23.99: 50,081
TOTAL: 370,037

Other comps:

**DX-188.0002**

HIGHLY CONFIDENTIAL

█████████████████████████ (Ecco)
HC ████, $27.99: 36,323
TP ███, $29.99: 469
EB NYP
TOTAL: 36,792

████████████████ (Grove)
HC ████, $27.00: 70,942
TP ███ $17.00: 20,847
EB ███, $17.00: 69,422
TOTAL: 161,211

██████████████████████ (Knopf)
HC ████, $27.95: 28,146
TP ███ $17.00: 1,874
EB ███ $13.99: 31,609
TOTAL: 61,629

██████████████████████ (Doubleday)
HC ███ $28.95: 53,323
TP ███, $16.95: 7,961
EB ███ $14.99: 77,575
TOTAL: 138,859

---

**From:** ████████████████████████████████████████████
**Sent:** Thursday, June 10, 2021 12:59 PM
**To:** Wexler, Daniella ████████████████████████████
**Subject:** Submission: ████████████████ by ████████████

External Email

Dear Daniella,

As promised, I am thrilled to present ████████████ debut, ████████████████████.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████

HIGHLY CONFIDENTIAL

**DX-188.0003**

VCBS-LIT-01131763



Would you please confirm your receipt of this submission by return email?  Thank you!

Best,

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you are not the intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail or by calling ████████ ████ then delete this e-mail.

<█████████████████████ by ████████████ - for submission.doc>

HIGHLY CONFIDENTIAL                                                                VCBS-LIT-01131764