DEFENDANTS' TRIAL EXHIBIT
DX-217



# MONTHLY EXECUTIVE MEETING
## October 2021 Update

NY | Stuttgart | October 27th, 2021



# KPI Takeaways (2/2)
## YTD September 2021



- **Macmillan market share 12.2%** of Big 5 POS (per Bookscan adjusted for distribution clients) in the first nine months in 2021 compares favorably to Macmillan's full year 2020 total of 10.4%, making it the current number 4 in the market. The EBITDA margin is on a par with competitors per analysis shared last month.



- Market / Competition
  - Year to date, we have taken approximately 2 points of market share from other Big 5 publishers

5   US Trade Exec Update | Oct 2021



HIGHLY CONFIDENTIAL

DX-217.0006

MAC_PRHSS_SS_0000512



7    US Trade Exec Update | Oct 2021



HIGHLY CONFIDENTIAL

DX-217.0008

MAC_PRHSS_SS_0000514