DEFENDANTS' TRIAL EXHIBIT
DX-273

# Penguin Random House

# Management Presentation

July 2020



# Integration: Penguin Random House | **Overall Synergies**
# Realized $144mn in synergies from multiple cost areas around the world

**Operating expenses**

| Area | Rationale | Synergies Realized |
|---|---|---|
| Admin / other | Several overlapping functions | $59mn |
| IT / systems | Migrate to Random House's best-in-class systems | $22mn |
| Distribution | Consolidate warehouses to reduce labor | $15mn |
| Sales | Consolidate sales forces (customer base ~90% the same) | $14mn |

**Variable costs**

| Area | Rationale | Synergies Realized |
|---|---|---|
| Production | Strike better agreements with printers and paper suppliers | $34mn |

**Total Synergies ($mn)**

$110

+

$34

———

$144

# Integration: Penguin Random House | **Results: US Variable Cost Synergies**
# Meaningful reduction in returns and cost of shipment

**Significant reduction in Penguin's return rate**

US physical dollars return rate (%)[1]



**Penguin's return rate reduced from a high of 31% to nearly 20% post-merger**

**Cost of shipment reduction over time**

US net physical sales / cost of shipment development




**Lower cost of shipment resulted in 3% improvement in profitability**