HarperCollinsPublishers
DEFENDANTS' TRIAL EXHIBIT
DX-279
STRATEGY UPDATE
January 2022

HIGHLY CONFIDENTIAL
DX-279.0001
HC-PRHSS-000003190

HIGHLY CONFIDENTIAL

HC-PRHSS-000003192

# Additionally, Investing in Author Advances to Drive Organic Growth

## Organically Growing Trade Publishing Output

- Title count and advance spending increasing approximately [redacted] over the five-year period
- In the US, we have seen [redacted] growth in consumer spending on books

Trade Title Count
FY20
FY21
FY22
FY23
FY24
Title Advance Spend
USD Millions
FY20
FY21
FY22 DecOL
FY23
FY24

*Note: Excludes HMH acquisition*

25

HIGHLY CONFIDENTIAL

DX-279.0025

HC-PRHSS-000003214

51

DX-279.0051

HIGHLY CONFIDENTIAL

HC-PRHSS-000003240