| Message | |
|---|---|
| From: | Simons, Natasha [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=055D918415A34975A5740FB1AC367C7A-SIMONS, NAT] |
| Sent: | 2/18/2021 2:00:51 PM |
| To: | Bergstrom, Jennifer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c09a7770c5e48489fac8b389128bbbe-Bergstrom,] |
| CC: | Bell, Aimee [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3b4aae753a464f9188ae889bf23084c8-Bell, Aimee] |
| Subject: | Re: ▇▇▇▇ |



DEFENDANTS' TRIAL EXHIBIT
**DX-286**

The agent just let me know she decided to go with the other publisher: "Ultimately, it was a combination of two factors: a slightly more favorable offer, with PR and a substantial audio bonus, and the feeling that it might benefit her to be the big fish in the smaller pond. (Also the separate audio offer, which was admittedly appealing)."

Oh well. Thank you for your help here regardless!

---

**From:** "Bergstrom, Jennifer" ▇▇▇▇
**Date:** Wednesday, February 17, 2021 at 3:55 PM
**To:** "Simons, Natasha" ▇▇▇▇
**Cc:** "Bell, Aimee" ▇▇▇▇
**Subject:** Re: ▇▇▇▇

Hi. The issue for me here is that I don't want to set any precedent with ▇▇. I don't want to ever pay for a personal publicist. That's what we handle. So, no to renaming the glam fee. And if audio said no to an earnout I don't think offering it on the print is going to offset anything. They are looking for an earn-out to justify allowing us to keep the audio. I'm sorry we can't accommodate either of their asks.

---

**From:** "Simons, Natasha" ▇▇▇▇
**Date:** Wednesday, February 17, 2021 at 2:58 PM
**To:** Jen Bergstrom ▇▇▇▇
**Cc:** "Bell, Aimee" ▇▇▇▇
**Subject:** ▇▇▇▇

I had a good follow up call with her and I think she's just deciding whether or not she wants to be with us or a smaller publisher where audio is a separate consideration (probably HMH).

▇▇ asked two more questions:

1) A 20k earnout bonus for the audio edition, which Tom Spain has vetoed. I find myself a little frustrated here by the difficulty of getting anything creative from the audio division even for someone with a proven track record like ▇▇. Do you think we could include a $25k earnout bonus on the print side instead?
2) Whether we can rename the 8k that Sally granted for glam as a general PR discretionary budget she can apply toward her personal publicist instead (and take care of glam herself).

Let me know what you think—and thank you!

Best,
Natasha