

| | |
|---|---|
| **Date:** | Tuesday, July 14 2020 08:54 AM |
| **Subject:** | RE: Global Integration Report - April |
| **From:** | Polinsky, Lev < |
| **To:** | Caumanns, Jörn, Z-M&A ; Sansigre, Manuel Deedy, Cara |
| **CC:** | Weiden, Nina, Z-M&A ; Protschky, Florian, Z-M&A Heine, Alexandra, ZI Süllwold, Timo, ZI |
| **Attachments:** | 2016 04 26 PRH Integration FC 2 2016.xlsx |

Thank you, Joern. Attached is a slightly later file, which was the last one that either Jim or I could find and which we've been treating as the final.

I think the truth is that precise integration tracking became less of a priority toward the end – we knew what the number was, more or less, and the detailed tracking was a lot of work with little payoff.

--Lev

**From:** Caumanns, Jörn, Z-M&A
**Sent:** Tuesday, July 14, 2020 8:33 AM
**To:** Sansigre, Manuel Polinsky, Lev Deedy, Cara >
**Cc:** Weiden, Nina, Z-M&A ; Protschky, Florian, Z-M&A ; Heine, Alexandra, ZI Süllwold, Timo, ZI >
**Subject:** FW: Global Integration Report - April



CAUTION: This email originated from outside of Penguin Random House. Please be extra cautious when opening file attachments or clicking on links.

FYI – These seem to be the latest information that Christoph von Schwerin had. Best, Joern

Document Produced Natively

msansigre\

2016 04 26 PRH Integration FC 2 2016.xlsx

CONFIDENTIAL

DX-301.0002

BPRH-003253299