DEFENDANTS' TRIAL EXHIBIT
DX-327

     

# HarperCollins*Publishers*
## 2020 Budget

     

# CHANGING COMPETITIVE LANDSCAPE

## Retail Environment

**Amazon:**
- Grew from ▇ of HC's F18 YTD Worldwide revenue to ▇ of YTD F19. Within the US market, Amazon grew from ▇ of F18 revenue to almost ▇ of revenue in F19.
- Within the UK home trade market, Amazon's trade share YTD F19 is ▇
- Amazon has 18 bookstores in the US, and continues to pursue other physical retail expansion: Whole Foods, Amazon Go and Amazon 4-Star.

**Barnes & Noble:**
- B&N reported F19 3rd quarter YTD results that trail F18 revenues by ▇
- Currently running a sales process in 2019.
- Store count decreased to ▇ at the end of 2017 from ▇ stores in 2016 and ▇ in 2015.

**Other Major Retail:**
- In the UK, Waterstones continues its return to profitability while also completing its expected sale to Elliott Advisors in April.
- Canada's largest retailer, Indigo, opened its first US store in New Jersey in August with future store openings on the East Coast expected.
- Shakespeare Booksellers has 3 locations and has signed leases for 4th and 5th locations.
- Walmart and Target have made major commitments to the book category in the coming year after stellar holiday sales. Walmart POS was up ▇ & Target's POS was up ▇ during the holidays fueled in part by relocation of children's books next to the toy department.

## Competitors
- PRH reported growth fueled by acquisitions (Rodale Books). They also recently acquired Spanish publisher Salamandra.
- Bonnier continues to remain aggressive in plans to expand, but suffered in the UK.
- Amazon continues to expand publishing operations, e.g., acquiring English rights to international authors, and broad sets of rights of major authors including television, books, and audio.

## Key US Accounts

| US$Millions | FY18 | FY19 | Growth |
|---|---|---|---|
| Amazon | ▇ | ▇ | ▇ |
| B&N | ▇ | ▇ | ▇ |
| Target | ▇ | ▇ | ▇ |
| Walmart | ▇ | ▇ | ▇ |
| Costco | ▇ | ▇ | ▇ |

Note: Readerlink distributes to mass merch accounts including Target/Walmart/Costco

## Key UK Accounts

| £Millions | CY17 | CY18 | Growth |
|---|---|---|---|
| Amazon | ▇ | ▇ | ▇ |
| Supermarkets | ▇ | ▇ | ▇ |
| Waterstones | ▇ | ▇ | ▇ |

## Suppliers
- Following dramatic increases across all paper grades last year, prices for groundwood grades are currently stabilizing. Prices for uncoated and coated offset continue to rise due to mill closures and reduced capacity.
- After years of decline and plant closures, recent and ongoing increases in demand has constrained book manufacturing capacity in the US.
- LSC and Quad, the two largest book printers in the US, are trying to merge.
- CPI, the largest book manufacturer in Europe, was acquired by Circle Media Group and sold again to a private investor within nine months. Circle Media Group has since gone into bankruptcy.
- Baker and Taylor has announced that it is closing its trade book wholesale distribution business.

HarperCollins*Publishers*

12

| Executive Overview | Strategy Initiatives | Divisional Overview | Retail Marketplace | Competitive Landscape | Fiscal 2020 Financials |