**DEFENDANTS' TRIAL EXHIBIT DX-338**

| Message | |
|---|---|
| From: | Koskovolis, Luke |
| Sent: | 5/7/2020 2:34:55 PM |
| To: | Eulau, Dennis [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=702a649498f94d16bbd47e90d2d1e89b-Eulau, Denn] |
| CC: | Tanielyan, Siran [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=00b9dcd57c334070b40120d5b20079bd-Viacom-Sira]; Molvie, Ian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2f2d047c0274f8f92ab1fc070418c39-Viacom-Ian.]; Diaz, Michael |
| Subject: | FW: Latest Typeface Synergy Analysis |
| Attachments: | Typeface Synergies Overview (May 2020).pdf |

**External Email**

Resending the synergy analysis based on the call yesterday. I think you were good but let me know if any issues.

Thanks

Luke Koskovolis
LionTree LLC

---

**From:** Koskovolis, Luke
**Sent:** Monday, May 4, 2020 1:08 PM
**To:** 'Carolyn.Reidy'    Eulau, Dennis
**Cc:** Tanielyan, Siran ; Molvie, Ian ; Levine, Alexandra ; Diaz, Michael
**Subject:** Latest Typeface Synergy Analysis

Hi Carolyn and Dennis,

Please find attached the latest synergy analysis based on our conversation last week. We have updated the "Advertising & Mark." and "Art & Design" buckets as discussed.

Let us know if you have any additional comments or if you are signed off on the attached.

Thanks

Luke Koskovolis
LionTree LLC



This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact the sender and destroy this e-mail and all copies of it. This e-mail may contain information that is privileged, confidential, proprietary and exempt from disclosure under applicable law. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial products or services, an official confirmation of any transaction, or an official statement of LionTree Advisors LLC or any affiliate thereof. Investment or financial products or services are offered only through LionTree

Advisors LLC. This communication is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to law or regulation, or which would have LionTree Advisors LLC or any affiliate thereof subject to any registration requirement within such location. Subject to applicable law, LionTree Advisors LLC or any affiliate thereof may monitor, review and retain e-mails traveling through its networks/systems.