**VIACOMCBS**

Corporate Development

DEFENDANTS' TRIAL EXHIBIT
DX-339

# PROJECT TYPEFACE: COST SYNERGIES OVERVIEW

May 2020

             

# COST SYNERGIES OVERVIEW

1

- In collaboration with the S&S senior management team, and with the benefit of detailed S&S financial reports, we have refined the view of potential cost synergies achievable in a combination of S&S with one of the other top 4 US trade publishers
    - Employee compensation savings based on a review of headcount data by department and team
    - Other operating expense savings based on review of granular 2019 expense detail
- Preliminary estimate of annual "run-rate" EBITDA synergies is █████████
    - Excludes costs to achieve synergies
- We have identified and scoped the following areas of synergies:
    1. **Employee**: compensation expense savings associated with reduction in headcount across business units and S&S overhead
    2. **Occupancy**: reduction in rent expense resulting from site consolidation, enabled by headcount reduction referenced above
    3. **Shared Services**: reduction in shared services expenses provided by CBS Corporate, primarily in tech
    4. **Other Operating Expenses**: reduction of various expenses across Warehouse, Advertising, Editorial, Production, Selling, and G&A
    5. **COGS:** improvement in terms with key suppliers across edition costs, freight, advertising and royalties
- Based on S&S management input, analysis does not contemplate any of the following synergies:
    - ████████████
    - ████████████████



# COST SYNERGIES: CURRENT VS. 2019 ANALYSIS

2



# COST SYNERGIES: EMPLOYEE

**1**

[3] Indicates that synergy was calculated using highlighted %s

| ($ in '000s) | Employ. | Employee Cost[1] | % Synergies Low | % Synergies High | $ Synergies Low | $ Synergies High | Methodology Notes |
|---|---|---|---|---|---|---|---|
| Editorial | | | | | | | |
| Art & Design | | | | | | | |
| Production | | | | | | | |
| Publisher (Adult) | | | | | | | |
| **Publishing & Production** | | | | | | | |
| Sales | | | | | | | |
| Advertising & Mark. | | | | | | | |
| Publicity | | | | | | | |
| **Sales & Marketing** | | | | | | | |
| Ops. Dist. Center | | | | | | | |
| Cust. Ops. | | | | | | | |
| Inv. Mgmt. (Children's) | | | | | | | |
| Ops. Supply Chain | | | | | | | |
| **Warehouse & Supply Ops** | | | | | | | |
| Administration | | | | | | | |
| G&A | | | | | | | |
| Mgmt. & Execs | | | | | | | |
| Business Develop. | | | | | | | |
| **Business Administration** | | | | | | | |
| Accounting | | | | | | | |
| CFS | | | | | | | |
| Finance | | | | | | | |
| Royalties | | | | | | | |
| **Accounting & Finance** | | | | | | | |
| **Human Resources** | | | | | | | |
| **Legal** | | | | | | | |
| **Other** | | | | | | | |
| **Total** | | | | | | | |

Note: based on underlying analysis with greater level of granularity than summarized here.

# COST SYNERGIES: OCCUPANCY, SHARED SERVICES, OTHER

[4] Indicates that synergy was calculated using highlighted %s

| ($ in '000s) | 2019 Total Cost | Reduction Low | Reduction High | $ Synergies Low | $ Synergies High | Methodology Notes |
|---|---|---|---|---|---|---|
| **② Occupancy** | | | | | | |
|   New York, NY | | | | | | Based on estimated employee cost savings analysis on a headcount basis by location. Assumes rent cost on leased properties decreased proportionally to decrease in seats. Does not assume any decrease in the avg sq. ft. / HC for the employees who remain. |
|   U.K. | | | | | | |
|   Parsippany, NJ | | | | | | |
|   Canada | | | | | | |
|   Australia | | | | | | |
|   Avon, MA | | | | | | |
|   India | | | | | | |
|   TN, Delanco NJ, Concord MA, CA | | | | | | |
| **Occupancy Expense** | | | | | | |
| **③ Shared Services** | | | | | | |
|   Enterprise Services | | | | | | |
|   IS&T Application Support | | | | | | |
|   Internet Security Group | | | | | | |
|   Application Licensing / Hosting | | | | | | |
|   HR/Payroll, Legal, Oracle | | | | | | |
|   Other | | | | | | |
|   IS&T Service Fees | | | | | | |
|   Other (HR, Legal, Facilities) | | | | | | |
| **Shared Services (Corp Alloc.)** | | | | | | |
| **④ Other OPEX (Ex. Employ., Occup., S...)** | | | | | | |
|   Warehouse | | | | | | |
|   Non Titled Advertising | | | | | | |
|   Editorial | | | | | | |
|   Production | | | | | | |
|   Amazon ASAP | | | | | | |
|   Other Selling | | | | | | |
|   Selling | | | | | | |
|   G&A | | | | | | |
| **Other Operating Expenses** | | | | | | |

Note: based on underlying analysis with greater level of granularity than summarized here.

# COST SYNERGIES: COGS

**5**

| ($ in '000s) | 2019 Total Cost | % Savings Low | % Savings High | $ Synergies Low | $ Synergies High | Methodology Notes |
|---|---|---|---|---|---|---|
| Paper | | | | | | |
| Binding | | | | | | |
| Whole Book Purchases | | | | | | |
| Printing | | | | | | |
| Whole Book Purchases - POD | | | | | | |
| Covers and Jackets | | | | | | |
| Other Edition Costs | | | | | | |
| **Edition Expense** | | | | | | |
| Editorial Freelance Costs | | | | | | |
| Freelance Copyediting & Proc | | | | | | |
| Cover & Jacket Art | | | | | | |
| Other Plan Costs | | | | | | |
| **Plant Expense** | | | | | | |
| Amazon | | | | | | |
| Barnes & Noble | | | | | | |
| Other Coop Expense | | | | | | |
| Titled Adv Accrual | | | | | | |
| Customer Payments | | | | | | |
| Advertising Space | | | | | | |
| Other Titled Advertising | | | | | | |
| **Titled Advertising Expense** | | | | | | |
| Ground Motor Transportation | | | | | | |
| Outbound UPS | | | | | | |
| Other (incl. Client Allocation) | | | | | | |
| **Freight Expense** | | | | | | |
| **Royalty Expense** | | | | | | |
| **Royalty Write-Off** | | | | | | |
| **JV Co-Pub Expense** | | | | | | |
| **Total COGS** | | | | | | |

VIACOMCBS INC. CONFIDENTIAL TREATMENT REQUESTED















**VIACOMCBS**

**DX-339.0007**

VCBS-02774582