**Exhibit IX.8. Largest Contracts by Publishers with an Advance of At Least $1 Million, 2019 – 2021 (p. 135)**

