DEFENDANTS'
TRIAL EXHIBIT

**DX-382**

**Exhibit VII.2. Market Shares for the Broader Market for All Trade Books, 2019 – 2021 (p. 87)**

| Publisher | 2019 | 2020 | 2021 | 2019 - 2021 |
|---|---|---|---|---|
| **Combined Parties** | **26.4%** | **27.8%** | **30.6%** | **28.2%** |
| Penguin Random House | 17.4% | 18.1% | 21.3% | 18.9% |
| Simon & Schuster | 9.0% | 9.7% | 9.4% | 9.3% |
| | | | | |
| All Other Publishers | 73.6% | 72.2% | 69.4% | 71.8% |
| | 12.3% | 12.8% | 11.8% | 12.3% |
| | 10.0% | 9.6% | 10.4% | 10.0% |
| | 7.9% | 8.3% | 8.9% | 8.4% |
| | 4.0% | 3.1% | 3.6% | 3.6% |
| | 2.8% | 2.7% | 3.0% | 2.8% |
| | 2.7% | 2.3% | 2.5% | 2.5% |
| | 3.3% | 2.1% | 1.9% | 2.4% |
| | 1.9% | 2.4% | 1.7% | 2.0% |
| | 2.3% | 1.8% | 1.9% | 2.0% |
| | 1.8% | 2.1% | 2.1% | 2.0% |
| | 2.4% | 1.3% | 1.3% | 1.7% |
| | 1.2% | 2.1% | 1.6% | 1.6% |
| | 1.6% | 0.9% | 1.4% | 1.3% |
| | 1.3% | 1.6% | 0.5% | 1.1% |
| | 1.0% | 0.8% | 1.1% | 1.0% |
| | 0.9% | 1.0% | 0.8% | 0.9% |
| | 1.2% | 0.4% | 1.0% | 0.9% |
| | 1.0% | 0.8% | 0.6% | 0.8% |
| | 0.7% | 0.9% | 0.7% | 0.8% |
| | 0.6% | 0.9% | 1.0% | 0.8% |
| All Others | 12.6% | 14.2% | 11.5% | 12.8% |
| **Total Contract Counts** | 9,942 | 10,013 | 9,389 | 29,344 |