**Exhibit X.11: PRH Average Advances Committed Per Title 2010 – 2021 (p. 200)**

