**Message**

**From:** Eulau, Dennis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=702A649498F94D16BBD47E90D2D1E89B-EULAU, DENN]
**Sent:** 5/6/2019 8:11:30 PM
**To:** Reidy, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c433dce50ac94802aae488127181ab5c-Reidy, Caro]
**Subject:** RE: cONSTELLATION

Yes -- I think it sounds great! And on Star Trek -- you can say published for decades...

**From:** Reidy, Carolyn
**Sent:** Monday, May 06, 2019 8:10 PM
**To:** Eulau, Dennis
**Subject:** Re: cONSTELLATION

Only correction? Positive enough?

Please pardon typos; sent from my iPhone

On May 6, 2019, at 8:05 PM, Eulau, Dennis wrote:

I would Change this to say we were planning the out years of eaudio where planned at [redacted] growth -- so we feel our LRP stands...

ALTHOUGH OUR LONG RANGE PLAN SUPPOSED THAT DIGITAL AUDIO WOULD CONTINUE TO GROW AT [redacted] WE ARE SEEING A DECELERATING SO FAR THIS YEAR. IT'S TOO EARLY TO DETERMINE HOW MUCH OF THIS DECLINE IS DUE TO TITLES -- A VERY SUCCESSFUL DIGITAL AUDIO TITLE CAN SELL SIGNIFICANTLY MORE THAN THE AVERAGE TITLES -- BUT ITS LOOKING LIKE GROWTH THIS YEAR COULD BE DOWN TO [redacted]

**From:** Reidy, Carolyn
**Sent:** Monday, May 06, 2019 7:40 PM
**To:** Eulau, Dennis
**Cc:** Reidy, Carolyn
**Subject:** cONSTELLATION
**Importance:** High

DENNIS: Can you read this and see if you think I have any errors/things I shouldn't say, or suggestions of what I SHOULD say?

Many thanks.

CKR

<Publishing Call.docx>