DEFENDANTS' TRIAL EXHIBIT
DX-384

**Exhibit X.9: Selected Titles in Dr. Hill's Editorial Meeting Minutes Data PRH or S&S Winner and Runner-Up Information from Agency Data (p. 190)**

| Title | Author | Editorial Meeting Minutes Source | Winning Publisher | Runner-Up |
|---|---|---|---|---|
| Better Living through Birding | Christian Cooper | S&S | PRH | |
| The Unsinkable Greta James | Jennifer Smith | S&S | PRH | |
| The Journey of Humanity | Oded Galor | S&S | PRH | S&S |
| The Long Search | Ross Andersen | S&S | PRH | |
| Mother Noise | Cindy House | PRH | S&S | |