**DEFENDANTS' TRIAL EXHIBIT DX-415**

| | |
|---|---|
| **Date:** | Wednesday, September 23 2020 04:20 PM |
| **Subject:** | Silk: Question list regarding Operations/Synergies |
| **From:** | Protschky, Florian, Z-M&A |
| **To:** | Caumanns, Jörn, Z-M&A; Weiden, Nina, Z-M&A; Sansigre, Manuel; Deedy, Cara; Polinsky, Lev; Bethell, Melissa; Phillips, Jackson; Miller, Johanna; des Vallieres, Cyrille; Jain, Yash; Weissbacher, Alex |
| **CC:** | Klocke, Jan-Niklas, Z-M&A; Johnston, James; Malaviya, Nihar; Süllwold, Timo, ZI; Chullen Llamas, Alberto, ZI; Stefanik, Tom |
| **Attachments:** | 20_09_23 - Typeface - Question list - Operations.docx |

Dear all,

Please find attached a reduced list of Operational/Synergies Questions based on the list Cara prepared ahead of the MP and reduced by the questions which have already been answered during the MP.
The PRH team will share additional question today COB and I would take the lead on consolidating our questions ahead of our alignment call tomorrow. Therefore it would be highly appreciated if everyone could share questions by **Tomorrow 1pm CET.**
We would aim for 20-30 questions maximum and these should be mainly focused to evaluate synergies.

Many thanks
Florian

Florian Protschky
Senior Director Mergers & Acquisitions
_____

Bertelsmann SE & Co. KGaA

## Follow-up operational questions list

<u>Follow-up questions (MP)</u>:

- Business
    - Have there been any shifts in your content mix or strategy in recent years (e.g. less fiction, more non-fiction)?
    - Do you always acquire titles for all formats (digital + audio)? Do you always buy worldwide English?
- Commercial
    - How long are your commitments with one color domestic printers? What proportion of your units are contracted?
- Distribution
    - What challenges have you faced fulfilling Amazon, both during Covid and under normal business circumstances?
- HR
    - What are your benefits as a percentage of base salary?
- Integration planning
    - What services do you foresee being in a TSA?
    - Ideally, how long would a TSA be in place for?