**DEFENDANTS' TRIAL EXHIBIT DX-416**

| | |
|---|---|
| **Date:** | Sunday, November 8 2020 01:58 PM |
| **Subject:** | RE: Mapping file Silk Financials |
| **From:** | Süllwold, Timo, ZI ▮ |
| **To:** | Sansigre, Manuel ▮ ; |
| **CC:** | Engelhard, Sven, ZKB ▮ ; Johnston, James ▮ Polinsky, Lev ▮ Deedy, Cara ▮ ; Chullen Llamas, Alberto, ZI ▮ ; |

Thanks a a lot, Manuel,

We will get back to you, in case there are any questions.

---

**From:** Sansigre, Manuel ▮
**Sent:** Sonntag, 8. November 2020 19:29
**To:** Süllwold, Timo, ZI ▮
**Cc:** Engelhard, Sven, ZKB ▮ Johnston, James ▮ Polinsky, Lev ▮ Deedy, Cara ▮
**Subject:** RE: Mapping file Silk Financials

Hi Timo,
Please find attached the two other files that we worked on for the mapping P&L lines and the overheads.
I aggregated HC clean data, so be aware of further distribution please.

Happy to jump in a call to explain all the process

Thank you,
Manuel

---

**From:** Süllwold, Timo, ZI ▮
**Sent:** Sunday, November 8, 2020 12:07 PM
**To:** Sansigre, Manuel ▮
**Cc:** Engelhard, Sven, ZKB ▮
**Subject:** Mapping file Silk Financials

Hi Manuel,

Could you please provide Sven and me also your mapping file, which the historic values in your model are linked to?

Thank you
Timo

CONFIDENTIAL                                                     DX-416.0001                                                     BPRH-004494938