DEFENDANTS' TRIAL EXHIBIT DX-417

| | |
|---|---|
| **Date:** | Tuesday, October 27 2020 10:12 AM |
| **Subject:** | RE: Silk: Real Estate Workstream update |
| **From:** | Biblowit, Michael J |
| **To:** | Protschky, Florian, Z-M&A          Caggiano, Marco J          Tambosso, Bruno          Guadiana, Gerardo          Sonparote, Saurabh S          Pahls, Henrik, ZFC          Dedekind, Ulrich, ZFC          Molloy, Mariella          Polinsky, Lev          Beller, Bryan          Brychlec, Nicole, Z-M&A          Klocke, Jan-Niklas, Z-M&A          ; Sammartano, Gian Piero X |
| **CC:** | Sansigre, Manuel |
| **Attachments:** | Silk - Real Estate Discussion Materials - 10.27.20.pdf |

Team – Please see attached some materials to guide our discussion.

Thanks,
Michael

Michael Biblowit
J.P. Morgan


-----Original Appointment-----
**From:** Protschky, Florian, Z-M&A [mailto:
**Sent:** Monday, October 26, 2020 10:17 AM
**To:** Protschky, Florian, Z-M&A; Caggiano, Marco J (CIB, USA); Biblowit, Michael J (CIB IBC, USA); Tambosso, Bruno (CIB IBC, GBR); Guadiana, Gerardo (CIB IBC, USA); Sonparote, Saurabh S (CIB IBC, GBR); Pahls, Henrik, ZFC; Dedekind, Ulrich, ZFC; Molloy, Mariella; Polinsky, Lev; Beller, Bryan (CIB, USA); Brychlec, Nicole, Z-M&A; Klocke, Jan-Niklas, Z-M&A
**Cc:** Sansigre, Manuel
**Subject:** FW: Silk: Real Estate Workstream update
**When:** Tuesday, October 27, 2020 4:00 PM-4:30 PM (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna.
**Where:** Microsoft Teams Meeting


-----Original Appointment-----
**From:** Protschky, Florian, Z-M&A [mailto:
**Sent:** Monday, October 26, 2020 4:11 AM
**To:** Protschky, Florian, Z-M&A; Pahls, Henrik, ZFC; Dedekind, Ulrich, ZFC; Molloy, Mariella; Polinsky, Lev; Beller, Bryan (CIB, USA); Brychlec, Nicole, Z-M&A; Klocke, Jan-Niklas, Z-M&A
**Cc:** Sansigre, Manuel
**Subject:** Silk: Real Estate Workstream update
**When:** Tuesday, October 27, 2020 4:00 PM-4:30 PM (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna.
**Where:** Microsoft Teams Meeting

_____

Join Microsoft Teams Meeting

Local numbers | Reset PIN | Learn more about Teams | Meeting options

CONFIDENTIAL                                                                                    BPRH-003753417

Zu den Anforderungen an eine rechtmäßige Aufzeichnung einer Besprechung siehe „Hilfe". For the requirements for a legitimate recording of a meeting, see "Help".

Help

_____

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.



CONFIDENTIAL

# Summary of lease terms

- **Property:** 1230 Avenue of the Americas, New York, NY 10020
- **Landlord:** Tishman Speyer Properties
- **Lease expiration date:** November 30, 2034
- **Size:** 300,120 square feet
- **Rent & security deposit**
  - ~████████ annual total rent
    - ████████ / year for office premises + ██████ / year for concourse space
  - Security: N/A except in the event of a change in control
- **Change of control provisions & required consents**
  - <u>Sale of stock or merger:</u> No consent required for sale of ████ or more of stock of tenant or in connection with a merger, but merger survivor must enter into assumption agreement approved by landlord
  - <u>Sale of assets:</u> No consent required for sale of ████ or more of assets of tenant, but assignee must enter into assumption agreement approved by landlord
  - <u>Change of control of tenant or parent of tenant:</u> A change of control or spin off of tenant (by sale of all assets or stock or by merger) shall not be deemed a default under the lease only if (a) purchaser has a net worth of at least ████████ or (b) tenant puts up L/C equal to 7 months of fixed rent
- **Early termination provisions not disclosed**

CONFIDENTIAL

# Potential alternatives

*Alternatives to discuss with a tenant broker*

| | **① Early termination** | **② Subleasing** |
|---|---|---|
| **Description** | ■ Pay early termination fee, dependent on termination clause and discussion with landlord | ■ Sublease all or portion of space to a sublessee approved by landlord |
| **Considerations** | ■ Typically involves upfront payment of full present value of lease to landlord<br>  ■ Can potentially negotiate a lower payment, though less likely in current environment<br>  ■ Remaining lease duration (14 years+) will likely require a significant termination payment<br>■ May be able to terminate a portion of the lease vs. entire lease<br>■ Can potentially negotiate to have another building tenant take over lease, lowering required upfront termination payment<br>■ Not all leases have a termination clause<br>  ■ Needs to be negotiated with landlord<br>■ Need full lease agreement to assess feasibility | ■ In current environment, would likely involve subletting for less than full rent amount (i.e., less than ▉ annual rent)<br>  ■ Tenant is responsible for making up the difference<br>  ■ PRH likely to recover 50%+ of lease payments from sublessee<br>■ Significant "shadow inventory" of Midtown Manhattan office space<br>■ If subleasing for more than the lease amount, landlord is likely to capture all or nearly all of the difference<br>■ Need full lease agreement to assess feasibility |

**Tishman is a client of private bank; JPM can facilitate outreach if necessary**

BERTELSMANN / ATAIROS

2

J.P.Morgan

CONFIDENTIAL

# Key diligence questions

1. Full lease agreements (including any amendments)

2. Early lease termination options

    a) What, if any, are the early termination clauses in the lease agreement?

    b) Any force majeure clauses that would be applicable during COVID?

3. Restrictions on subleasing

    a) Any sublease restrictions in the lease agreement?

    b) Any current sublease tenants on the property?

4. Has ViacomCBS previously looked into early termination or subleasing of the property?

5. Current property utilization

    a) What is the current utilization rate of the property?

    b) How many employees occupy the office? What % are currently working from the office vs. home?

    c) How many floors are currently leased?

    d) Any floors shared with other tenants?

6. Clarification on security deposit clause

DX-417.0004

CONFIDENTIAL        BPRH-003753422

CONFIDENTIAL

This presentation was prepared exclusively for the benefit and internal use of the J.P. Morgan client to whom it is directly addressed and delivered (including such client's subsidiaries, the "Company") in order to assist the Company in evaluating, on a preliminary basis, the feasibility of a possible transaction or transactions and does not carry any right of publication or disclosure, in whole or in part, to any other party.  This presentation is for discussion purposes only and is incomplete without reference to, and should be viewed solely in conjunction with, the oral briefing provided by J.P. Morgan.  Neither this presentation nor any of its contents may be disclosed or used for any other purpose without the prior written consent of J.P. Morgan.

The information in this presentation is based upon any management forecasts supplied to us and reflects prevailing conditions and our views as of this date, all of which are accordingly subject to change.  J.P. Morgan's opinions and estimates constitute J.P. Morgan's judgment and should be regarded as indicative, preliminary and for illustrative purposes only.  In preparing this presentation, we have relied upon and assumed, without independent verification, the accuracy and completeness of all information available from public sources or which was provided to us by or on behalf of the Company or which was otherwise reviewed by us.  In addition, our analyses are not and do not purport to be appraisals of the assets, stock, or business of the Company or any other entity. J.P. Morgan makes no representations as to the actual value which may be received in connection with a transaction nor the legal, tax or accounting effects of consummating a transaction.  Unless expressly contemplated hereby, the information in this presentation does not take into account the effects of a possible transaction or transactions involving an actual or potential change of control, which may have significant valuation and other effects.

Notwithstanding anything herein to the contrary, the Company and each of its employees, representatives or other agents may disclose to any and all persons, without limitation of any kind, the U.S. federal and state income tax treatment and the U.S. federal and state income tax structure of the transactions contemplated hereby and all materials of any kind (including opinions or other tax analyses) that are provided to the Company relating to such tax treatment and tax structure insofar as such treatment and/or structure relates to a U.S. federal or state income tax strategy provided to the Company by J.P. Morgan. J.P. Morgan's policies on data privacy can be found at http://www.jpmorgan.com/pages/privacy.

J.P. Morgan is a party to the SEC Research Settlement and as such, is generally not permitted to utilize the firm's research capabilities in pitching for investment banking business.  All views contained in this presentation are the views of J.P. Morgan's Investment Bank, not the Research Department. J.P. Morgan's policies prohibit employees from offering, directly or indirectly, a favorable research rating or specific price target, or offering to change a rating or price target, to a subject company as consideration or inducement for the receipt of business or for compensation. J.P. Morgan also prohibits its research analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investors.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform.  For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**JPMorgan Chase & Co. and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S. tax matters included herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone not affiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.**

J.P. Morgan is a marketing name for investment businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.  Securities, syndicated loan arranging, financial advisory, lending, derivatives and other investment banking and commercial banking activities are performed by a combination of J.P. Morgan Securities LLC, J.P. Morgan Securities plc, J.P. Morgan AG, JPMorgan Chase Bank, N.A. and the appropriately licensed subsidiaries and affiliates of JPMorgan Chase & Co. worldwide. J.P. Morgan deal team members may be employees of any of the foregoing entities. J.P. Morgan Securities plc is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. J.P. Morgan AG is authorized by the German Federal Financial Supervisory Authority (*BaFin*) and regulated by BaFin and the German Central Bank (*Deutsche Bundesbank*).

For information on any J.P. Morgan German legal entity see: https://www.jpmorgan.com/country/US/en/disclosures/legal-entity-information#germany.

For information on any other J.P. Morgan legal entity see: https://www.jpmorgan.com/country/GB/EN/disclosures/investment-bank-legal-entity-disclosures.

This presentation does not constitute a commitment by any J.P. Morgan entity to underwrite, subscribe for or place any securities or to extend or arrange credit or to provide any other services.

Copyright 2020 JPMorgan Chase & Co. All rights reserved. JPMorgan Chase Bank, N.A., organized under the laws of U.S.A. with limited liability.