**DEFENDANTS' TRIAL EXHIBIT DX-435**

| | |
|---|---|
| **Date:** | Monday, December 10 2018 08:48 AM |
| **Subject:** | RE: Invitation to join panel at NYPL on December 10th |
| **From:** | Von Moltke, Nina |
| **To:** | Von Schilling, Claire ; McIntosh, Madeline |
| **CC:** | Malaviya, Nihar    James, Pauline |
| **Attachments:** | Author Comp Dev_overview 2015-2018.pptx |

Resending with one correction and a break out of bonus/refresher advance commitments that Pauline helpfully suggested this morning.

---

**From:** Von Moltke, Nina
**Sent:** Sunday, December 09, 2018 11:28 PM
**To:** Von Schilling, Claire
**Cc:** McIntosh, Madeline    Malaviya, Nihar    >; James, Pauline
**Subject:** RE: Invitation to join panel at NYPL on December 10th

Hi.  Wanted to pass on some info on our overall author payments in the last few years.  There are different angles to look at, but we've tried to summarize the most relevant ones on the attached slide.  Happy to give more context when we meet tomorrow afternoon.

On Speakers Bureau:

Hope that's helpful.
Nina

---

**From:** Von Schilling, Claire
**Sent:** Thursday, December 06, 2018 5:39 PM
**To:** Von Moltke, Nina
**Cc:** McIntosh, Madeline    Malaviya, Nihar    >
**Subject:** Re: Invitation to join panel at NYPL on December 10th

Nina - Would it be possible to also look at any growth in the speakers bureau and increased revenues for authors thru this service that we provide? It's just come up on the prep call Madeline and I are on with the AG.
Thank you.
Sent from my iPhone
On Dec 5, 2018, at 9:54 AM, Von Moltke, Nina                                              wrote:

> I can compile an overview of evolution of author comp (advances/royalties paid) from our end.
> Claire, can you send the link to their study?
> To your question about "general compensation for artists overall in the digital world"  - that has a lot of facets of course.  Assume we should focus on book authors and not other types of writers that participate in the digital world at large?

CONFIDENTIAL
BPRH-002950753

**From:** Von Schilling, Claire
**Sent:** Wednesday, December 05, 2018 9:44 AM
**To:** McIntosh, Madeline
**Cc:** Von Moltke, Nina                                   Malaviya, Nihar <
**Subject:** Re: Invitation to join panel at NYPL on December 10th

I've got the answers to questions covered so just need a general analysis of their study and its flaws and overview / context of general compensation for artists overall in digital world.

On Dec 5, 2018, at 8:55 AM, McIntosh, Madeline                                        wrote:

> Hi. As Claire knows, I'm on a panel on Monday sponsored by the Authors Guild. Overall theme is about content monetization, with the underlying assumption that authors are earning less.
>
> That earnings stat comes from the AG's survey of its author members, and so I'm sure it's true, but of course it also reflects the nature of their membership (mainly adult fiction and narrative nonfiction authors). In other words, they skew in the same way PRH skews, and I think that's something I can point out.
>
> I should be prepared with a couple of simple points & facts (simple enough that I can remember them without notes) that address the bigger picture:
> - Book sales are up overall, but variable by category & format. Areas that are down disproportionately impact a publisher like PRH and an author population like AG's.
> - Some statement about the shift of retail online & what that means for pubs and authors. But let's think carefully (given our net effective discount position and other Amazon & Audible dynamics) about what I should say.
> - Nina: anything worth pointing out about what trends we see in author compensation?
> - Some words of warning about allowing content to be used as loss leader/ subscription driver/ platform marketer. Without naming Audible or Kindle Unlimited, I should address what the danger is for authors in those kinds of deals.
> - Something about the impact of self publishing and how we look at it.
> - What else?
>
> ---
>
> **From:** Paul W. Morris
> **Sent:** Tuesday, December 4, 2018 2:55 PM
> **To:** McIntosh, Madeline                                     ; Von Schilling, Claire <
> **Cc:** Flanagan, Bernadette
> **Subject:** Re: Invitation to join panel at NYPL on December 10th
>
> Hi Madeline, apologies to you and Claire for leaving her off the last email.
>
> Thanks for this reply. We are finishing up some talking points for Rick and will be able to send you general and specific questions tomorrow or Thursday morning at the latest. For now, the general flow of the program will likely go as follows:
>
> 1) Introduction and some statistics from our recent authors income survey
> 2) Some of the causes for why authors' incomes are down
> 3) Is this a problem, and why we should care (i.e., what books might be getting written as a result?)
> 4) What are other ways for authors to earn a living while writing? How to find the right balance; the role awards/prizes and residencies play for writers, and for publishers in the marketplace…
> 5) With more books being sold than ever before, what is the role technology plays in helping or hindering authors' ability to reach new audiences, and in creating a sustainable career as a professional writer
>
> Rick will be adding his own thoughts to this flow and we will send you an update soon. A call would be ideal, if

CONFIDENTIAL
BPRH-002950754

we can arrange, perhaps at least with you, me, Mary, and Rick, if not the other panelists. Thanks for letting me know what you think.

My best,
Paul

p

---
Paul W. Morris
Vice President, Membership & Outreach
The Authors Guild

**From:** "McIntosh, Madeline"
**Date:** Tuesday, December 4, 2018 at 1:59 PM
**To:** "Paul W. Morris" "Von Schilling, Claire" <
**Cc:** "Flanagan, Bernadette"
**Subject:** RE: Invitation to join panel at NYPL on December 10th

Hi Paul. Adding Claire von Schilling, my colleague who's going to try to make sure I have my act together before the panel ☺

I don't think I have any points in mind that I'd want to make, but I'd be happy to get on the phone ahead of time to prepare. Do you know if Rick already has a sense of where he will take the conversation or which questions he might throw my way?

**From:** Paul W. Morris
**Sent:** Tuesday, December 4, 2018 12:28 PM
**To:** Flanagan, Bernadette
**Cc:** McIntosh, Madeline
**Subject:** Re: Invitation to join panel at NYPL on December 10th

Dear Bernadette and Madeline,

I hope you're both well and enjoyed a nice Thanksgiving holiday. I believe the library has been in touch with you about logistics for Monday's event? There's a chance we might try to get you, or as many of you as we can, on a call together before the event, if you think you have the time this week.

Also, as we prepare some talking points for Richard Russo and the evening generally, I am writing to see if there's anything specific you'd like to share regarding this topic, questions or concerns of particular interest to you personally or professionally. If so, please feel free to include anything you'd like me to pass along to Rick so he's made aware.

Finally, the NYPL has asked us for a recommended reading list on this topic so they can direct attendees to their collections. Is there a title or two you might suggest? Our first event on the series, focusing on journalism, had no shortage of books for further reading (see below). No problem if none come to mind, but wanted to give you the opportunity to weigh in.

Thank you, sending best for now,
Paul

CONFIDENTIAL
DX-435.0003
BPRH-002950755

*Democracy's Detectives: The Economics of Investigative Journalism* by James T. Hamilton
*The End of Competitive Advantage: How to Keep Your Strategy Moving as Fast as Your Business* by Rita Gunther McGrath
*The Curse of the Mogul: What's Wrong with the World's Leading Media Companies* by Jonathan A. Knee, Bruce C. Greenwald, and Ava Seave
*The Content Trap: A Strategist's Guide to Digital Change* by Bharat Narendra Anand
*Who Owns the News? A History of Copyright* by Will Slauter (2019)
*Move Fast and Break Things: How Facebook, Google, and Amazon Cornered Culture and Undermined Democracy* by Jonathan Taplin
*World Without Mind: The Existential Threat of Big Tech* by Franklin Foer
*Saving the Media: Capitalism, Crowdfunding, and Democracy* by Julia Cagé
*The Media and Public Life: A History* by John Nerone
*The Creation of the Media: Political Origins of Modern Communications* by Paul Starr
*Deciding What's True: The Rise of Political Fact-Checking in American Journalism* by Lucas Graves
*Making News: The Political Economy of Journalism in Britain and America from the Glorious Revolution to the Internet* edited by Richard R. John and Jonathan Silberstein-Loeb


---
Paul W. Morris
Vice President, Membership & Outreach
The Authors Guild

---

**From:** "Flanagan, Bernadette"
**Date:** Tuesday, November 20, 2018 at 1:15 PM
**To:** "Paul W. Morris", "McIntosh, Madeline"
**Cc:** "Von Schilling, Claire"
**Subject:** RE: Invitation to join panel at NYPL on December 10th

Dear Paul,

Thanks for your note!


Here is Madeline's bio:
Madeline McIntosh was appointed CEO of Penguin Random House U.S. in April 2018. Her previous work in the company includes leadership roles in Penguin Publishing, Random House Audio, Random House Sales, and serving as the first COO of Penguin Random House. She started in the company as an assistant in the New Media department in 1994.

Madeline serves on the Board of Directors for Poets & Writers, the nation's largest nonprofit organization serving creative writers. She graduated from Harvard University with a BA in Fine Arts in 1991. She lives in New York with her husband, author Chris Pavone, and their twin sons.


Madeline's email is [redacted]. You can also contact me in case you need anything – my email is [redacted] and phone number is [redacted].

Please let me know if you need anything else!


Best,

Bernadette

**From:** Paul W. Morris <
**Sent:** Monday, November 19, 2018 4:50 PM
**To:** McIntosh, Madeline <
**Cc:** Flanagan, Bernadette                              ; Von Schilling, Claire <
                       >
**Subject:** Re: Invitation to join panel at NYPL on December 10th

Dear Madeline,

Thank you for agreeing to participate in this event. We are in the process of preparing a more detailed update for you, but for now, I wanted to share with you the event page that the NYPL just made live on their site: https://www.showclix.com/event/whoownstheword2/tag/pub

We will be promoting this heavily in the coming weeks and will write again soon with further info. In the meantime, could you share a short bio with me? The NYPL has requested it, along with your email address, as they will be handling logistics with you, like arrival, security, etc.

Many thanks, sending best for the holiday weekend ahead,
Paul


---
Paul W. Morris
Vice President, Membership & Outreach
The Authors Guild


**From:** Mary Rasenberger <                              >
**Date:** Monday, November 12, 2018 at 11:11 PM
**To:** "McIntosh, Madeline" <
**Cc:** "Paul W. Morris"                      "Flanagan, Bernadette" <
                       , "Von Schilling, Claire" <
                       >
**Subject:** RE: Invitation to join panel at NYPL on December 10th

That is fabulous! We will get you more information soon.

**From:** McIntosh, Madeline <
**Sent:** Monday, November 12, 2018 8:48 PM
**To:** Mary Rasenberger
**Cc:** Paul W. Morris                      ; Flanagan, Bernadette <
>; Von Schilling, Claire
**Subject:** Re: Invitation to join panel at NYPL on December 10th

Hi Mary. Thanks for the invitation. I'll be delighted to join.

All the best,
Madeline
On Nov 12, 2018, at 6:57 PM, Mary Rasenberger <                              > wrote:

> Hi Madeline,

CONFIDENTIAL                       DX-435.0005                       BPRH-002950757

I hope this finds you well! I am emailing to invite you to participate in a forum **on December 10**, **6:30pm** at the **New York Public Library's main branch at 42nd St** on the ecosystem of book publishing today. It is part of a special series of events that the Authors Guild is co-hosting with the New York Public Library, called *Who Owns the Word*, focusing on the economics of authorship and how it is changing. The series will be moderated by novelist Richard Russo, Vice President of the Authors Guild, and each event will take a close look at the current economic landscape for writers in three different fields: journalism, book publishing and writing for the screen. The idea is to look at the economies of writing and publishing from all angles, allowing multiple perspectives to emerge. It promises to be an exciting, honest discussion about the future of the written word and we would love for you to be involved.

The December 10th forum will focus on book publishing, and I thought you'd be perfect for it. We would like to have speakers from large and a small publishers. Speakers potentially lined up include authors Alex Chee, Kurt Anderson and TJ Stiles. We can send full details if you would like to know more. An honorarium is available and we can help with transportation costs.

I hope that you are interested and available! If you have any questions, please feel free to reach out to me.

All the best,
Mary

Who Owns the Word: Three Forums on Authorship and the Future of The Written Word

The digital revolution has drastically altered the way books and other creative works are distributed and experienced. This change has resulted in an enormous rise in the net worth of technology companies, and a corresponding drop in income for the creative sector as a whole, authors and the publishing community included.

In partnership with the New York Public Library, the Authors Guild will conduct a series of three public forums exploring the current state of authorship and the role technology plays in both helping and hindering the advancement of literary culture.

With this series, we hope to engage today's leading thought-leaders and influencers in fostering a dialogue and turning the tide. The panelists will bring together in conversation journalists, authors, and screenwriters; newspaper, book publishers and TV/film producers, as well as representatives from the technology companies. The panels will focus on the confluence of the creative and tech sectors in each of the three distinct area of the literary arts: 1) book, 2) journalism, and 3) motion picture. Topics will explore ownership and authorship of creative works and how they are monetized and protected, as well as the impact that tech companies are having on the creative sector and on the writers who produce the content that drives traffic to the major Internet platforms. Each forum will address how creators, corporations, and cultural institutions can all play an active role in sustaining a society that relies on the freedoms that creative expression makes possible.

Mary E. Rasenberger
Executive Director
The Authors Guild
31 East 32nd Street, 7th Floor
New York, NY 10016

███████████████████

CONFIDENTIAL
BPRH-002950758

**NEW DEALS (ADVANCE COMMITMENTS)**

**ALL AUTHORS / PUBLISHED TITLES – ACTUAL ROYALTY PAYMENTS**

- Overall earned royalties decreased after 2015 (outlier year), stable since then
- Payable share down slightly due to higher advances (higher advance titles take longer to earn)



- Overall annual new advance commitments up since 2015





- Driven by higher advance levels on the adult side

- However, if we exclude the extreme ends of the range (over $1M and under $500 p.a.), we seen an increase in the average royalty payment by author



- Higher advance level not only driven by biggest deals – median advance also up (for adult titles)





- # of new contracts / new works is down slightly from 2015, but steady since 2016

**DX-435.0007**