DEFENDANTS'
TRIAL EXHIBIT
**DX-436**

**Figure 40. Share of runner-up status for competitors to Penguin Random House and Simon & Schuster in anticipated top seller wins (2019–2021)**



Source: Snyder Agency Data.
Notes: Data limited to 2019–2021 deals with a winning advance of at least $250,000; Single bidder events and events with an unknown runner up excluded.