

# Dr. Hill's Reply Report Figure 1



Prof. Snyder Advance Data (PX-963)

CONFIDENTIAL

28