# $250,000 Is Arbitrary



DEFENDANTS' TRIAL EXHIBIT
DX-438



**CONFIDENTIAL**

29