# Significant Variability in Annual Author Contracts





**DX-439.0001**

# Significant Variability in Annual Author Contracts

|          | 2010   | 2011   | 2012   | 2013 | 2014   | 2015 | 2016  | 2017   | 2018   | 2019 | 2020 | 2021  |
|----------|--------|--------|--------|------|--------|------|-------|--------|--------|------|------|-------|
| Author A | $40.3M | $8.5M  | $35.5M |      |        | $49M |       | $48M   |        | $60M | $6M  | $45M  |
| Author B | $27M   | $18.8M | $14.5M | $15M | $19.2M |      |       |        |        |      |      |       |
| Author C |        |        | $17.3M |      |        |      |       |        | $18.8M |      |      | $5.8M |
| Author D |        |        |        |      |        |      |       |        |        |      |      | $52M  |
| Author E |        |        |        |      |        |      |       | $65M   |        | $35M |      | $8M   |
| Author F |        |        | $12.5M |      |        |      |       | $11.5M |        |      |      |       |
| Author G |        |        |        |      |        |      | $9.5M |        |        |      |      |       |

Extracted from BPRH-LIT-006488175

DX-439.0002

6