

**DEFENDANTS'
TRIAL EXHIBIT
DX-440**

**From:**          Karp, Jonathan
**Sent:**          Friday, July 26, 2019 8:30 AM
**To:**          Davis, Dawn
**Subject:**          RE: ███████████████████████████████ -- Closing
Instructions

DD: If you decide you want to bid, yes, you should send me a P&L with sales figures on two or three comp titles. That should be the process for every acquisition.

J.

**From:** Davis, Dawn <██████████████████████>
**Sent:** Thursday, July 25, 2019 5:10 PM
**To:** Karp, Jonathan <████████████████████>
**Subject:** ███████████████████████████████ -- Closing Instructions

Jon,
I think you know about this from Sean but the auction for the story collection is on Monday. I believe Sean ran p&ls at 300 and 500. Kathy (Scribner) at $350 and $450. They had 9 meetings.

Do you need me to send you a P&l as well. I am thinking about what level I want to spend for one book (we were hoping it would be a two book deal). Do you want to /need to read any of the stories. What do you need from me?

Thanks,

*Dawn L. Davis*
**VP & Publisher, 37 INK, an imprint of Simon & Schuster**

████████████████

1230 Avenue of the Americas
New York, NY 10020



**From:** ███████████████████████
**Sent:** Thursday, July 25, 2019 10:40 AM
**To:** Davis, Dawn <██████████████████████
**Subject:** ████████ -- Closing Instructions

External Email

VCBS-00630844

Dear Dawn,

I'm excited to invite you to an auction for █████████████████████████████
You made my job easy -- When I told ████ we'd be meeting with you, he already knew your work, and admired both the writers you publish and how you've published them. Here are my instructions for tomorrow's auction:

**RIGHTS**

I'm offering North American Print, Electronic, and Audio.

**FORMAT**

We will conduct a three-round, best bids auction.

First Round bids should be delivered by phone or email by 10:00 AM on Monday, July 29th.

The top five (5) bidders in the First Round will proceed to the second round. Second Round bids should be delivered by Noon.

The top three (3) bidders in the Second Round will proceed to the Third and final round. Third Round bids should be delivered by 3:00 PM.

If the final round's bids are even, then I might request one more round to create separation. I also reserve the right to slightly alter the number of progressing publishers, should circumstances require.

**BIDS**

All bids must include payouts. Payments due on Hardcover Publication must be guaranteed no later than 12 months after D&A. Paperback payments -- if you include them -- must be guaranteed no later than 24 months after D&A. If in any round all of the top bidders are in the same corporation, then I will include the next highest bidder. ████ reserves the right to accept or reject any bid at any time.

████ final decision will be made on Advance and Payout Schedule, Royalties, Editorial Notes, Marketing Plans, Bonuses, Publication Plans and Schedule, and any other information that bidders find useful. ████ and I see this as is the beginning of a long, collaborative relationship, and we welcome your participation. We are available to discuss any questions as we approach the closing time, and I thank you for your continued interest.

All best,



---



2