

DEFENDANTS' TRIAL EXHIBIT DX-441

DEFENDANTS' DEMONSTRATIVE 20

**Dr. Hill's Revised Reply Report Figure 1 (2019-2021)**

Source: Prof. Snyder Advance Data