**Date:** Monday, July 6 2020 01:16 PM
**Subject:** RE: We won!!
**From:** Dobson, Allison
**To:** Mccormick, Tina                    Ziga, Katharine
**CC:** Tart, Brian

Terrific news, Brian. Congrats!

**From:** Mccormick, Tina
**Sent:** Tuesday, June 30, 2020 7:31 PM
**To:** Ziga, Katharine
**Cc:** Tart, Brian                    Dobson, Allison
**Subject:** Re: We won!!

Yay!! Congratulations!

> On Jun 30, 2020, at 6:29 PM, Ziga, Katharine                    wrote:
>
> Congrats!
>
> Sent from my iPhone
>
>> On Jun 30, 2020, at 6:29 PM, Tart, Brian                    wrote:
>>
>> But we got this one, and over stiff competition. Thank you for supporting!
>>
>> Sent from my iPad
>> Begin forwarded message:
>>
>>> **From:** "Wolf, Wendy (PGI)"
>>> **Date:** June 30, 2020 at 6:24:42 PM EDT
>>> **To:** "Tart, Brian"                    "Schulz, Andrea" <
>>> 'Nolan, Patrick" <
>>> Prevette, Lindsay" <
>>> "Stone, Mary E" <
>>> 'Stark, Kate"
>>> "Cicel, Terezia"                    "Bodnar, Georgia" <
>>> Lorentzen, Allison R" <
>>> "Kot, Rick"
>>> "Fessenden, Hal" <
>>> **Subject: We won!!**
>>>
>>>             will be a Viking author !!
>>>
>>> details to be hammered out in the morning but we prevailed over a house bid from Nan Graham and Dawn Davis at S&S
>>>
>>> thanks to everybody for their huge support!
>>>
>>> Wendy Wolf

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0039**

CONFIDENTIAL                    BPRH-000414185