**Date:** Wednesday, October 14 2020 09:14 AM
**Subject:** RE: draft offer for [REDACTED]
**From:** James, Casey Blue <[REDACTED]>
**To:** Godoff, Ann <[REDACTED]>; Tart, Brian <[REDACTED]>;
**CC:** Moyers, Scott <[REDACTED]>; Richards, Christopher <[REDACTED]>; Schulz, Andrea <[REDACTED]>; Bodnar, Georgia <[REDACTED]>; Ziga, Katharine <[REDACTED]>; Dobson, Allison <[REDACTED]>;

Hi all,

I emailed Brian and Christopher last night, but confirming here on the official thread that I will place the following Penguin best bids with [REDACTED] just before 10 am today:

<u>Penguin Press:</u>
Advance: $700,000

<u>Viking:</u>
Advance: $550,000

Both offers are for the following:
Territories: North America plus open market (incl. non-exclusive Europe)
Rights: Audio, first serial, ebook rights, all standard print format rights, and all other rights on offer

Will confirm when I've sent it.

All best,
Casey Blue

---

**From:** James, Casey Blue
**Sent:** Tuesday, October 6, 2020 4:57 PM
**To:** Godoff, Ann <[REDACTED]>; Tart, Brian <[REDACTED]>
**Cc:** Moyers, Scott <[REDACTED]>; Richards, Christopher <[REDACTED]>; Schulz, Andrea <[REDACTED]>; Bodnar, Georgia <[REDACTED]>; Ziga, Katharine <[REDACTED]>
**Subject:** RE: draft offer for [REDACTED]

I've sent in the initial offer. Will keep this thread posted.

---

**From:** Godoff, Ann <[REDACTED]>
**Sent:** Tuesday, October 6, 2020 4:35 PM
**To:** Tart, Brian <[REDACTED]>
**Cc:** James, Casey Blue <[REDACTED]>; Moyers, Scott <[REDACTED]>; Richards, Christopher <[REDACTED]>; Schulz, Andrea <[REDACTED]>; Bodnar, Georgia <[REDACTED]>; Ziga, Katharine <[REDACTED]>
**Subject:** Re: draft offer for [REDACTED]

And for Penguin Press.

> On Oct 6, 2020, at 4:28 PM, Tart, Brian <[REDACTED]> wrote:
>
> Thanks—good for Viking.
> Brian

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0041**

CONFIDENTIAL                                                                                          BPRH-000422361

Sent from my iPad

On Oct 6, 2020, at 4:26 PM, James, Casey Blue <██████████████████████> wrote:

Hi all,

Given the short timeline, I'm putting everyone in one place to confirm that I plan to place this opening offer for the ████████████████ with hopes to secure us meetings.

I recognize we have until midnight tonight, but I'm hoping to place this with ████ around 5 pm (pending Allison's approval).

**Advance: $300,000**
**Territories: North America plus open market (incl. non-exclusive Europe)**
**Rights: Audio, first serial, ebook rights, all standard print format rights, and all other rights on offer**

OK by all?

Thanks!
Casey Blue

Casey Blue James
Director, Business Development
Penguin Publishing Group | Penguin Random House
████████████████████████
Office: ████████████
Mobile: ████████████

CONFIDENTIAL                                                              BPRH-000422362