Date: Wednesday, October 21 2020 02:23 PM
Subject: Re: Putnam request for clearance to $500k/ ▮ memo and p&l -- closing Thursday at noon
From: Held, Ivan <▮>
To: Dobson, Allison <▮>; Kim, Sally <▮> Ziga, Katharine <▮> Ichniowski, Elizabeth <▮> Mccormick, Tina <▮>

this will be fun and exciting to publish!

Ivan Held
President Putnam, Dutton and Berkley
Imprints of Penguin Random House
tel: ▮
cell: ▮
email: ▮

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0042**

---

**From:** Dobson, Allison
**Sent:** Wednesday, October 21, 2020 12:39:03 PM
**To:** Kim, Sally; Held, Ivan; Ziga, Katharine; Ichniowski, Elizabeth; Mccormick, Tina
**Subject:** RE: Putnam request for clearance to $500k/ ▮ memo and p&l -- closing Thursday at noon

That's great. Thank you!

---

**From:** Kim, Sally <▮>
**Sent:** Wednesday, October 21, 2020 12:38 PM
**To:** Dobson, Allison <▮> Held, Ivan <▮>; Ziga, Katharine <▮>; Ichniowski, Elizabeth <▮>; Mccormick, Tina <▮>
**Subject:** Re: Putnam request for clearance to $500k/ ▮ memo and p&l -- closing Thursday at noon

A belated note to say we found out yesterday that we won the book! (Sorry for the delay; yesterday seemed to run away from all of us!) Michelle and team are thrilled. Atria was the underbidder.

Many thanks for all your counsel!

**From:** Dobson, Allison
**Sent:** Friday, October 16, 2020 12:34:34 PM
**To:** Kim, Sally; Held, Ivan; Ziga, Katharine; Ichniowski, Elizabeth; Mccormick, Tina
**Subject:** RE: Putnam request for clearance to $500k/ ▮ memo and p&l -- closing Thursday at noon

Fingers crossed!

---

**From:** Kim, Sally <▮>
**Sent:** Friday, October 16, 2020 12:16 PM
**To:** Held, Ivan <▮>; Dobson, Allison <▮>; Ziga, Katharine <▮>; Ichniowski, Elizabeth <▮>; Mccormick, Tina <▮>
**Subject:** Re: Putnam request for clearance to $500k/ ▮ memo and p&l -- closing Thursday at noon

Still waiting on this! Two bids, and the agent won't say how they stack up against each other, but they asked questions about resale ▮▮▮▮▮ and bulk buys, so that's a good sign. He's speaking to the author(s) on Monday about both offers in detail. More as I have it!

---

**From:** Kim, Sally
**Sent:** Thursday, October 15, 2020 11:00 AM
**To:** Held, Ivan; Dobson, Allison; Ziga, Katharine; Ichniowski, Elizabeth; Mccormick, Tina
**Subject:** Re: Putnam request for clearance to $500k/ ▮▮▮▮▮ memo and p&l -- closing Thursday at noon

Many thanks -- will report back!

---

**From:** Held, Ivan
**Sent:** Thursday, October 15, 2020 10:52 AM
**To:** Dobson, Allison; Ziga, Katharine; Ichniowski, Elizabeth; Kim, Sally; Mccormick, Tina
**Subject:** Re: Putnam request for clearance to $500k/ ▮▮▮▮▮ memo and p&l -- closing Thursday at noon

thank you.

Ivan Held
President Putnam, Dutton and Berkley
Imprints of Penguin Random House
tel: ▮▮▮▮▮
cell: ▮▮▮▮▮
email: ▮▮▮▮▮

---

**From:** Dobson, Allison
**Sent:** Thursday, October 15, 2020 10:45 AM
**To:** Held, Ivan; Ziga, Katharine; Ichniowski, Elizabeth; Kim, Sally; Mccormick, Tina
**Subject:** RE: Putnam request for clearance to $500k/ ▮▮▮▮▮ memo and p&l -- closing Thursday at noon

Thanks. Email overload! I thought I had replied to this. It looks good and good luck!

---

**From:** Held, Ivan <▮▮▮▮▮>
**Sent:** Thursday, October 15, 2020 10:44 AM
**To:** Dobson, Allison <▮▮▮▮▮>; Ziga, Katharine <▮▮▮▮▮>; Ichniowski, Elizabeth <▮▮▮▮▮>; Kim, Sally <▮▮▮▮▮>; Mccormick, Tina <▮▮▮▮▮>
**Subject:** Fw: Putnam request for clearance to $500k/ ▮▮▮▮▮ memo and p&l -- closing Thursday at noon

Allison,
Putting this at the top of your pile -- bids due at noon.

Ivan Held
President Putnam, Dutton and Berkley
Imprints of Penguin Random House
tel: ▮▮▮▮▮

CONFIDENTIAL                                                                                         BPRH-000423073

cell: ███
email: ███

---

**From:** Held, Ivan
**Sent:** Wednesday, October 14, 2020 3:04 PM
**To:** Dobson, Allison
**Cc:** Ziga, Katharine; Mccormick, Tina; Ichniowski, Elizabeth; Kim, Sally
**Subject:** Putnam request for clearance to $500k/ ███ memo and p&l -- closing Thursday at noon

Allison,
Sally lays it out below. This could be a big ███ project for Michelle Howry.

It's us and one other publisher which could be a high roller (or not.)

The whole team loves it and it fits with the kind of non-fiction we are getting good at.

Auction tomorrow. PnL vetted by finance. Please let us know if you have questions and many thanks.

Ivan Held
President Putnam, Dutton and Berkley
Imprints of Penguin Random House
tel: ███
cell: ███
email: ███

---

**From:** Kim, Sally
**Sent:** Wednesday, October 14, 2020 2:56 PM
**To:** Held, Ivan
**Subject:** Fw: ███ memo and p&l -- closing Thursday at noon

Ivan -- As we've been discussing, here are Michelle's materials for the book ███ is closing on tomorrow (best bids, noon). We are the only Penguins pursuing. We had a great meeting on Friday, so the Putnam team is *very* keen to publish this one, esp. as it broadens a part of our NF list and has big backlist potential. (I'll pull up Michelle's description right below.)

Finance's vetting of her p&l and comps are also below. The comps seemed to bear out the $400K level, but we ran them with a little upside to the $500K level. Since then, we've heard from ███ that he's expecting two bidders: us and another (non-PRH) house who is equally capable and poised to publish this book well. After mulling, we'd like to be cleared to $350K but plan on bidding $250K/$275K -- we'd like the extra room in case the bids are matched and we have a need to nudge up. Subrights has given us $50K, and ███ is entertaining World offers.

THE BOOK:

███

CONFIDENTIAL
BPRH-000423074

**From:** Ichniowski, Elizabeth
**Sent:** Wednesday, October 14, 2020 10:58 AM
**To:** Howry, Michelle
**Cc:** Kim, Sally; Di Dio, Ashley
**Subject:** RE: ▇▇▇▇▇▇ memo and p&l -- closing Thursday at noon

Hi Michelle –

First, the buyback schedule looks right to me.

And second, this looks good (and understood about the second year in HC). The units make sense based on your comps. I increased the PPB on both physical formats and added in the advance of $500K with an audio offset of $50K.

The only hesitation I have is that all the comps you've included are the top performers in the category. ▇▇▇▇▇▇ which doesn't justify this advance level. Not so say that this title won't perform to that level, but just pointing out that we are assuming big sales so I just want to be confident that we think we could hit these sales level (even if over a few more years than the P&L suggests)!

The attached P&L clears you to the $500K!

Good luck,

Liz Ichniowski
Penguin Publishing Group
Office: ▇▇▇▇
Cell: ▇▇▇▇

---

**From:** Howry, Michelle <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Sent:** Wednesday, October 14, 2020 10:01 AM
**To:** Ichniowski, Elizabeth <▇▇▇▇▇▇▇▇▇▇>
**Cc:** Kim, Sally <▇▇▇▇▇▇▇▇▇▇▇>; Di Dio, Ashley <▇▇▇▇▇▇▇▇▇>
**Subject:** ▇▇▇▇▇▇ memo and p&l -- closing Thursday at noon

Hi! I've been working on a p&l for this book closing tomorrow at noon, and I'd love your eyes on it. One note: I kept this in HC for a 2nd year, because we see business / special sales as a big driver here, and I thought it could support this longer HC life.

Additionally – the agent asked about a discount schedule for a potential buyback. The agent has asked to see the best available discount schedule for author copies NOT for resale, and for confirmation that the author's business, ▇▇▇▇▇▇▇▇ would be able to purchase wholesale copies for retail. We got the info below from Sales, but I'd love to run this by you as well to be sure it all looks OK. I did not use this schedule in the attached p&l, but I would like to include it in the offer tomorrow, with your OK.

CONFIDENTIAL
BPRH-000423075



THE BOOK:



THE COMPS:



Based on all this, we've run numbers like this:

Y1:
Y2:
Y2:

We are hoping to be cleared to $500K, and the p&l supports this.

How does this look to you, Liz? Many thanks!
MH

Michelle Howry
Executive Editor, G. P. Putnam's Sons
Penguin Random House
1745 Broadway, New York, NY 10019
 (o)
▮▮▮▮▮ (c)

CONFIDENTIAL                                                BPRH-000423077