| | |
|---|---|
| **Date:** | Tuesday, April 14 2020 07:30 PM |
| **Subject:** | Re: Two acquisitions to note |
| **From:** | Dobson, Allison <​████████████████████​> |
| **To:** | Tart, Brian <​████████████████████​>; |
| **CC:** | Ziga, Katharine <​████████████████████​>; James, Casey Blue <​████████████████████​>; |

Hi —

Thanks for the note.

RE: ██████ - happy to talk about this one. I should preface that I am super skeptical of ██████████ right now — I think the ████████████████ are realizing that books are ████████████████████████ so they are pulling things out of the woodwork. Plus - I am sitting on two huge deals in that same zone with ████ which are years late and the agents have absolutely no juice to make them actually materialize, and we've just gotten nowhere with them on the renegotiations for their ██████████. If there's something that really is irresistible then let's talk, but I want to be sure this is real before we bid and I want to be really cautious and realistic about what we bid.

And thanks for the update on ████████ — what a disappointment. We certainly put best foot forward on that one, so I am very sorry to hear this result. The PRH rule is that if an agent next goes exclusively to a PRH division, they would have to live within our bid. However, if he takes it to an action, within the auction situation with competitive bidders, by the rule, Knopf or RH could bid to the level of the market. I imagine, given the track, that $150K is the market. But technically, if Simon and Schuster were willing to pay $500K, another PRH division could go to $501K if they saw it at that level. That said, there are some books where there are bad feelings and we just ask the other divisions to back off. We try to do that infrequently — lest we get it done to us — but it does happen. We did it when ████ ████ decided to leave, for example. It's sort of an academic question until we understand what ████ is going to do with it, but let me know how you are feeling about it.

Happy to jump on the phone tomorrow to discuss any and all.

A

Allison Dobson
████████

> On Apr 14, 2020, at 5:12 PM, Tart, Brian <​████████████████████​> wrote:
>
> We have in the ██████ proposal. ████████ turned down $1.5M already and thinks it will go up to $2M. It's a ████████ ████████ Very slight, but emotional. ████ said she might want to do ████████ book and even add a full ████ to this, which would bring the advance level up to $5M or so...Just a head's up. We are talking tomorrow morning about where we stand on it.
>
> ████████ author of ████████████████████████ sent in her option book. We paid $225k for ████ and it is was worth around $100k. We offered $150k for the new novel and they turned us down and are going out widely with it. We would like to invoke the PRH policy/rule/process where other imprints can bid on this but not more than our $150k. ████████ is the agent. We poured a lot into the publication of ████ to even get to the sales level we got to, so it is disappointing that they turned down our offer of $150k. But that is really the outside of what this book is worth.
>
> Brian
>
> Sent from my iPad

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0054**

CONFIDENTIAL                                                                                                                    BPRH-000453622