| | |
|---|---|
| **Date:** | Thursday, December 12 2019 10:32 AM |
| **Subject:** | FW: Writers House presentation |
| **From:** | Dillon, Sanyu ███████████████████████████ |
| **To:** | Curtis, Erica <███████████████████████████> |
| **Attachments:** | Writers House Presentation_print version_121219.pptx |

---

**From:** "Von Moltke, Nina" <████████████████████████████>
**Date:** Thursday, December 12, 2019 at 9:30 AM
**To:** "McIntosh, Madeline" ███████████████████████████ 'Updike, Jaci"
████████████████ "Weber, Jeffrey" ██████████████████████████ "Dillon,
███████████████████████ "Malaviya, Nihar" ██████████████████
"D'Acierno, Amanda" █████████████████████████████
**Cc:** "Flanagan, Bernadette" ████████████████████████████
**Subject:** RE: Writers House presentation

Slightly revised version attached.
If you have any further changes, just let me know.  Planning to print around noon.
Let's meet in the lobby at 1pm to go down together.

Thanks!
Nina

---

**From:** Von Moltke, Nina
**Sent:** Wednesday, December 11, 2019 5:13 PM
**To:** McIntosh, Madeline ████████████████████ Updike, Jaci ████████████
Weber, Jeffrey ██████████████████████ Dillon, Sanyu ███████████████████████ Malaviya, Nihar
██████████████████████ D'Acierno, Amanda ██████████████
**Cc:** Flanagan, Bernadette <██████████████████████████████>
**Subject:** Writers House presentation

Hi, all  -

Attached is the Writers House presentation with updated examples from Sanyu and Jeff.
Amanda, we took out the two slides with the audio-specific business models and account landscape given the recent decision
– thinking better for you to address that part verbally.  Ok?

Let me know if you have any edits!
See you tomorrow.
Nina

**US v. Bertelsmann**

**1:21-cv-0866-FYP**

**PX 0068**

CONFIDENTIAL



CONFIDENTIAL

BPRH-000862931

# Agenda

**I. Creating Demand**

- Consumer Insights & Marketing
- Retail landscape and opportunities

**II. Amazon** (Fulfilling Demand)

- How we work with Amazon
- Optimizing Discoverability
- eBook Pricing
- Kindle Unlimited
- Territorial Leakage

**III. Audio**

- PRH Audio Overview
- Investments

**IV. Ancillary Author Services**

- Overview

4    Writers House / Penguin Random House                  – Confidential Business Information - Not To Be Distributed –

CONFIDENTIAL                                                    BPRH-000862934