| | |
|---|---|
| **Date:** | Saturday, September 14 2019 11:28 PM |
| **Subject:** | RE: ▓▓▓▓ meeting (Sunday) |
| **From:** | Sawhney, Divya ▓▓▓▓ |
| **To:** | Deedy, Cara ▓▓▓▓ Dohle, Markus ▓▓▓▓ >; Malaviya, Nihar ▓▓▓▓ Steinecke, Anke ▓▓▓▓ Drake, David ▓▓▓▓, Sansigre, Manuel ▓▓▓▓ |
| **Attachments:** | Penguin Random House Offer_Imprint Presentation_September 20th 2019_v42.pdf; Penguin Random House Offer_Imprint Presentation_September 20th 2019_v42.pptx |

Hi everyone,

Here is an updated deck for us to walk through tomorrow.

(No change to the agenda.)

Divya

---

**From:** Deedy, Cara ▓▓▓▓
**Sent:** Friday, September 13, 2019 6:21 PM
**To:** Dohle, Markus ▓▓▓▓; Malaviya, Nihar ▓▓▓▓ Sawhney, Divya ▓▓▓▓ Steinecke, Anke ▓▓▓▓ Drake, David ▓▓▓▓ Sansigre, Manuel ▓▓▓▓
**Subject:** RE: ▓▓▓▓ meeting (Sunday)

All,

Please see attached for the discussion materials for Sunday's call. Agenda below:

**Agenda for Sunday Call**
1. **Update on Meeting Details (David)**
   - Any Request for advance materials?
   - Who are their attendees?
     i. ▓▓▓▓
     ii. ▓▓▓▓
2. **Review Deck**
3. **Next Steps**
   - Confirm schedule for next week: Wednesday 11-12:30, Thursday 2-3:30
   - Copyediting plan
   - PRH attendees?

Regards,
Cara
-----Original Appointment-----
**From:** Dohle, Markus ▓▓▓▓
**Sent:** Wednesday, September 11, 2019 1:12 PM
**To:** Dohle, Markus; Malaviya, Nihar; Sawhney, Divya; Steinecke, Anke; Drake, David; Sansigre, Manuel; Deedy, Cara
**Subject:** ▓▓▓▓ meeting (Sunday)
**When:** Sunday, September 15, 2019 1:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Dial-in ▓▓▓▓ | Participant ▓▓▓▓

USA ▓▓▓▓
GERMANY +▓▓▓▓

LEADER PASSCODE: ▓▓▓▓

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0079**

CONFIDENTIAL                                                                                                   BPRH-002744486



Confidential – not to be distributed or shared

# Considerations on Key Takeaways
## Potential routes to build enterprise value



| Potential routes | | Industry context | Assessment |
|---|---|---|---|
| **A** Create | Imprint | • Imprints usually created for long term (i.e. 10+ years) | Only proven-long term business model in publishing but difficult to exit |
| | Company | • Company will always have a higher cost structure than an imprint and will take a longer time to achieve profitability<br>• No history of companies starting from scratch achieving profitability in 3-5 year time period | Not a viable option |
| **B** Acquire | Imprint | • Limited secondary market for imprint acquisition (distressed situations only)<br>• Typically, imprints are shut down or stay with a publishing company | Not a viable option |
| | Company | • Significant number of deals happen annually in publishing industry<br>• Typical multiple 0.8x-1.0x revenue | • Quickest way to build EV<br>• Comes with backlist and team<br>• Requires capital outflow<br>• Opportunistic, depends on availability of target + right fit |

Confidential – not to be distributed or shared

Penguin Random House

CONFIDENTIAL                                                                                       BPRH-002744493