| | |
|---|---|
| Date: | Tuesday, October 22, 2019 10:25 AM |
| Subject: | Agenda and documents for the preparation of Board of Directors meeting 10/19 on 29 October 2019 in Gütersloh 11 |
| From: | Guerra, Esther |
| To: | Dahle, Markus |
| CC: | Sawhney, Divya                                    Oberdorf, Anya |
| Attachments: | TO_VS_10-2019.pdf;  TOP02_Rabe_Nachgenehmigung                               pdf; TOP02_Rabe_Nachgenehmigung                    .pdf;  TOP03_Kapitalallokation_2020-2022_1019.pdf |

Subject: Agenda and documents for the preparation of the Executive board meeting 10/19 on October 29, 2019 in Gütersloh

Gentlemen,

In preparation for the short-notice Board of Directors meeting scheduled for October 29, 2019, we have attached the agenda and prepared documents.
The documents for TOP 2 ▮▮▮▮▮ will be discussed in detail at the Investment Committee meeting, to which you have already been invited.
The necessary resolution will be made in the subsequent meeting of the Board of Directors.

The documents obtained for TOP 3 "Capital Allocation" are also attached.

Best wishes, Silke Tilk

---

Dear Sirs,

In preparation for the Executive Board meeting scheduled for 29 October 2019, we are sending you the agenda and preparatory documents attached.
The documents for Item 2 ▮▮▮▮▮ will be discussed in detail at the meeting of the Investment Committee to which you have already been invited.
The required resolution will be made in the subsequent meeting of the Executive Board.

The documents for TOP 3 "Capital Allocation" are also attached.

Best regards
Silke Tilk


Esther Guerra
Penguin Random House

CONFIDENTIAL

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0080-A    BPRH-002749205

BPRH-002749205-T001

# Capital Allocation 2020-22

October 2019

CONFIDENTIAL COMMERCIAL INFORMATION PURSUANT TO 28 C.F.R. § 16.7

Bertelsmann
4(c)-30
Jan. 8, 2021

**BERTELSMANN**

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0080-E**

BPRH-00749216-T001

CONFIDENTIAL

BPRH-00749216

# PRH B1/B2: Purchase of competitor (here: Simon & Schuster) – **Valuation of > €1bn expected; relief in subsequent years through synergy effects and cash flow contribution**

**Classification of projects**

| Strategic thrust | 1 Boosting core businesses |
| --- | --- |
| | - Consolidation - |
| **Market characteristics** | size (2018): US$ 17.1m[1] |
| | Growth: +3% annual (2018 vs. 2016) |
| | Structure: Oligopoly, in addition to PRH only four other major trade publishers[2] |
| | Cyclicality: Small, stable business |
| | Barriers to entry: High (especially reputation, sales) |
| **Business characteristics (Simon & Schuster)** | Market position: #5 Publishing house worldwide |
| | Market share: ~4-5%[3] (2018) in the USA[1] |
| | EBITDA-Marge: |
| | Scalability: High |
| | Risks: Amazon's market position and falling stationary trade lead to or require margin concessions on the part of the publishers |
| **Value-added concept** | Synergies through consolidation, for example, central functions and logistics; stronger counterweight vs. Amazon; Increase attractiveness for authors |

**Possible financial impact[4], in €m**



|  | 1 Total S&S acquisition | | | 2 Partial S&S acquisition[5] | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | T0 | T1 | T2 | T0 | T1 | T2 |
| Sales | 717 | 717 | 717 | 359 | 359 | 359 |
| Op. EBITDA (adj.) standalone | | | | | | |
| Synergies[6] | | | | | | |
| Op. EBITDA (adj.) combined | | | | | | |
| D&A (adj.) before any Step-ups Adjustments | | | | | | |
| Op. EBIT | | | | | | |
| FCF | | | | | | |
| **Purchase Price** | | | | | | |
| **EV/EBITDA '18 (100%)** | | | | | | |
| **Present value synergies** | | | | | | |
| **Effects Financial Margin, in €m** | | | | | | |

1) US publishing sales of print books, e-books and audio downloads as well as Amazon/self-publishing sale s2) Hachette, Harper Collins, Macmillan and S&S 3) No regional sales breakdown available; if US share between 70-100% 4) Assumptions: Constant update P&L S&S 2018 (including central overhead CBS allocation} + integration effects, CCR 100%, Integration from 01/01/2021 5) 50% assumption 6) K 10% cost savings with 3 year start-up

13   October 2019 · Bertelsmann SE & Co. KGaA · Capital Allocation 2020-22                                                                **BERTELSMANN**

BPRH-002749216-T013

CONFIDENTIAL                                                                                                                                                BPRH-002749216