**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0087**

| | |
|---|---|
| Date: | Saturday, August 15 2020 10:28 AM |
| Subject: | PRH US - key priorities - confidential |
| From: | Dohle, Markus |
| To: | McIntosh, Madeline |
| Attachments: | PRH US Agenda 2020.pdf; ATT00001.htm |

Dear Madeline,

Just wanted to follow up on our great discussion on Monday - I really appreciated the openness of it and look forward to following up with you soon. There is a lot summarize - I hope it's okay to capture my thoughts on this so we are aligned:

1. As we have discussed, profitable market share growth continues to be THE key metric for our owners (and for us). If we look at the amount of market share we have lost since you and I began having conversations about market share in the US, it's minus 1.5% (from 2017 to 2019). In other words: if we had just grown with the market, we would have more revenue and EBIT (

). Further, year to date July, we are again 0.2% down in market share in a growing market (plus 3.9% YTD). I know that not achieving our key success factor is frustrating for both of us, and it is urgent and important to turn this around for the US business performance and because it's the key metric for our shareholder.

CONFIDENTIAL

BPRH-002786751

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I'd like to follow up on some of the topics above and attached in the next weeks and will schedule a few meetings to discuss the status with you. Please feel free to reach out to me at any time as well.

I would like to thank you again for our open discourse about the key priorities - as always you have my full support to deliver on the expectations above and attached.

With my best wishes — Markus

CONFIDENTIAL

BPRH-002786752

## PRH US priorities for the next 2-3 years

[redacted]

### 2. Content acquisition focus and involvement

[redacted]

— More deep involvement with content acquisitions: team meetings for acquisitions greater than 250/500k$ to get more content [redacted]

[redacted]

CONFIDENTIAL

BPRH-002786753

CONFIDENTIAL

BPRH-002786754