| | |
|---|---|
| Date: | Thursday, July 2 2020 10:12 AM |
| Subject: | RE: Silk Management Presentation (Wed 7/1) |
| From: | Malaviya, Nihar <████████> |
| To: | Sansigre, Manuel <████████>; Dohle, Markus <████████>; Deedy, Cara <████████>; Johnston, James <████████>; Sawhney, Divya <████████>; Oberdorf, Anya <████████>; Stoeger, Lea <████████>; Polinsky, Lev <████████>; |
| CC: | Steinecke, Anke <████████>; |
| Attachments: | image001.png |

Hi Manuel,

Thanks for doing this great analysis.
I think that we can add in two more factors in here to make the story richer.
1. Sales – audio – we should include in audio in the picture below – as probably the majority of the audio sales are substituting from other formats. Unfortunately, we won't be able to separate out Penguin and Random House from an Audio perspective as they are combined in a single division, however at the total level – audio in fiction has grown by 60 million over this time frame – it that does reduce the sales decline in Fiction to be near ~200 million level – which is still very high.
2. Advances - our advance investment in Fiction has also gone down between these years – we spent around $285 million in advances on fiction titles whose first format was published in 2011 vs $190 million on fiction titles whose first format was published in 2020. This is not a perfect proxy for sales – as we're only measuring part of the frontlist and does not represent all commitments that we entered into that year – but it does show that the $200 million reduction in sales was accompanied by almost a $100 million reduction in advances for this category. Incidentally, advance for the titles published in non fiction and juvenile went up collectively by $30 million over the same time period – so overall advances did go down by $70 million.

I created the following table showing the sales development across all formats by category along with the advance developments. There's not a 1 to 1 match between overall sales in a given year and advances paid on the titles published in that year – but there's a definite relationship (and especially if we ignore the growth in backlist).
A couple of caveats to consider here:
1. The numbers won't match exactly what you pulled – as it depends on which parameters that were used. But they are consistent with each other (e.g. the same parameters were used for 2011 vs 2019)
2. 2011 was a low point for net sales for the combined company – with $2.02 billion in net sales. Both 2010 and 2013 (excl. 2012 craziness) were $2.16 billion. So the sales comparison is somewhat favorable to us with 2011 as a baseline.
   I added in 2010 also as a comparison point

| Net Sales | 2010 | 2011 | 2019 | 2011 vs 2019 | 2010 vs 2019 |
|---|---|---|---|---|---|
| Fiction | 1000 | 975 | 777 | -198 | -223 |
| Non Fiction | 727 | 610 | 777 | 167 | 50 |
| Juvenile | 432 | 435 | 512 | 77 | 80 |
| **Total** | **2159** | **2020** | **2066** | **46** | **-93** |

| Advances | 2010 | 2011 | 2019 | 2011 vs 2019 | 2010 vs 2019 |
|---|---|---|---|---|---|
| Fiction | 293 | 286 | 190 | -96 | -103 |
| Non Fiction | 197 | 172 | 183 | 11 | -14 |
| Juvenile | 27 | 35 | 47 | 12 | 20 |
| **Total** | **517** | **493** | **420** | **-73** | **-97** |

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0092**

So if we just focus on the totals – we can say that we have become more efficient as a company – even using 2010 as a baseline – our sales decline basically matches our advance decline (and as there are other variable costs to consider – so, our profitability has improved). If we use 2011 as baseline – the same story gets even stronger.

One further caveat is that I'm ignoring the growth in backlist between 2010/2011 vs 2019 for the time being – if we factor that in – the story is not as strong (frontlist is down about $200 million between 2011 and 2019 – all in fiction, while advances are only down $100 million – so we can still make a similar story but it's just not as strong).

Any further thoughts?

Nihar

---

**From:** Sansigre, Manuel
**Sent:** Thursday, July 2, 2020 12:08 AM
**To:** Dohle, Markus <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Deedy, Cara <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Johnston, James <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Sawhney, Divya <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Oberdorf, Anya <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Stoeger, Lea <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Polinsky, Lev <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Malaviya, Nihar <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Steinecke, Anke <​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Silk Management Presentation (Wed 7/1)

Hi all,

Just wanted to close the loop on our discussion about losing market share and mass market in the US. I ran an analysis on the fiction sales, excluded audio and just for core US (no intercompany nor international).

As you can see below, Fiction Net Sales were $933m in 2011 vs $658m in 2019, so a loss of $275m. The erosion is both cross format (audio is excluded but added $75m net sales for fiction) and for both Penguin and RH.

| Fiction Net Sales (USD mn) | 2011 | 2019 | change |
|---|---|---|---|
| **Core Penguin** | **453.5** | **318.9** | **(134.7)** |
| Electronic | 149.3 | 127.0 | (22.3) |
| Hard Cover | 100.0 | 88.3 | (11.7) |
| Mass Market | 97.3 | 36.0 | (61.3) |
| Trade Pbk | 106.9 | 67.6 | (39.3) |
| **Core RH** | **480.4** | **339.2** | **(141.2)** |
| Electronic | 166.9 | 108.4 | (58.5) |
| Hard Cover | 128.3 | 109.4 | (18.9) |
| Mass Market | 77.9 | 30.9 | (47.1) |
| Trade Pbk | 107.3 | 90.5 | (16.8) |
| **Grand Total** | **933.9** | **658.1** | **(275.8)** |

This erosion was basically created by 4 categories: Fantasy, Mystery, Romance and Sci-Fi; specifically Mystery. And also not just in mass market.

CONFIDENTIAL

BPRH-002878014

| Net Sales (USD mn) | 2011 | | | | | 2019 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Fantasy | Mystery | Romance | SCI-FI | Total | Fantasy | Mystery | Romance | SCI-FI |
| **Core Penguin** | 44.2 | 55.4 | 53.2 | 7.0 | 159.6 | 11.6 | 9.9 | 13.8 | 3.6 |
| Electronic | 19.4 | 13.2 | 26.8 | 2.5 | 61.9 | 7.4 | 7.5 | 10.3 | 1.9 |
| Hard Cover | 14.8 | 25.0 | 4.4 | 1.2 | 45.4 | 0.7 | (0.2) | 0.3 | 0.2 |
| Mass Market | 7.5 | 13.9 | 15.2 | 2.7 | 39.2 | 2.1 | 1.1 | 1.6 | 0.9 |
| Trade Pbk | 2.5 | 3.3 | 6.8 | 0.5 | 13.1 | 1.4 | 1.5 | 1.7 | 0.6 |
| **Core RH** | 54.9 | 90.8 | 25.9 | 18.0 | 189.5 | 21.1 | 8.0 | 7.1 | 11.8 |
| Electronic | 17.0 | 31.0 | 11.9 | 6.2 | 66.1 | 6.1 | 5.1 | 4.5 | 4.4 |
| Hard Cover | 12.5 | 31.5 | 4.3 | 4.6 | 52.9 | 3.6 | 0.2 | 0.1 | 0.7 |
| Mass Market | 18.6 | 13.1 | 8.6 | 4.4 | 44.7 | 8.1 | 0.4 | 0.7 | 1.8 |
| Trade Pbk | 6.7 | 15.2 | 1.2 | 2.8 | 25.8 | 3.2 | 2.2 | 1.8 | 5.0 |
| **Grand Total** | 99.0 | 146.1 | 79.1 | 24.9 | 349.2 | 32.6 | 17.9 | 20.8 | 15.5 |
| Electronic | 36.4 | 44.2 | 38.6 | 8.8 | 128.1 | 13.5 | 12.6 | 14.7 | 6.3 |
| Hard Cover | 27.3 | 56.5 | 8.7 | 5.8 | 98.3 | 4.3 | 0.0 | 0.4 | 0.9 |
| Mass Market | 26.1 | 27.0 | 23.7 | 7.1 | 83.9 | 10.2 | 1.5 | 2.3 | 2.7 |
| Trade Pbk | 9.1 | 18.4 | 8.1 | 3.3 | 38.9 | 4.6 | 3.7 | 3.5 | 5.6 |

So, bottom line it seems that we loss $262m in commercial fiction, that if we use an average contribution margin of ▇▇▇ (maybe lower) is basically an erosion of ▇▇▇ in contribution.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

As this is a bridge between 2019 and 2011, I am not sure if the story is that RH did that rationalization first and then we did Penguin.

I would love to hear your thoughts and see if this story makes sense

Thanks
Manuel

-----Original Appointment-----
**From:** Dohle, Markus <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Sent:** Monday, June 29, 2020 2:35 PM
**To:** Dohle, Markus; Deedy, Cara; Johnston, James; Sawhney, Divya; Oberdorf, Anya; Stoeger, Lea; Sansigre, Manuel; Polinsky, Lev; Malaviya, Nihar
**Cc:** Steinecke, Anke
**Subject:** Silk Management Presentation (Wed 7/1)
**When:** Wednesday, July 1, 2020 12:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Webex Below

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Meeting number (access code): ▇▇▇▇▇▇▇
Meeting password: ▇▇▇▇▇▇▇



**Tap to join from a mobile device (attendees only)**
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ US & Canada Toll Free
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ US Toll NY

**Join by phone**
▇▇▇▇▇▇▇▇▇ US & Canada Toll Free
▇▇▇▇▇▇▇▇▇ US Toll NY
Global call-in numbers | Toll-free calling restrictions

**Join from a video system or application**
Dial ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
You can also dial ▇▇▇▇▇▇▇▇ and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**
Dial ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

If you are a host, click here to view host information.

Need help? Go to http://help.webex.com

CONFIDENTIAL

BPRH-002878016