**Date:** Wednesday, June 10 2020 03:37 PM
**Subject:** Re: Acq P&L -
**From:** Mavjee, Maya
**To:** Von Moltke, Nina
**CC:** McIntosh, Madeline                                    Thomas, William

We are coordinated.  Bill and Kara will agree to a number and both offer same.  Thanks for pulling us together. M

Sent from my iPad

On Jun 10, 2020, at 3:23 PM, Von Moltke, Nina  wrote:

Ok, great – I was just about to reach out to her too.  That's good to know.

**From:** McIntosh, Madeline
**Sent:** Wednesday, June 10, 2020 3:20 PM
**To:** Thomas, William                                   ; Mavjee, Maya <                                     >
**Cc:** Von Moltke, Nina
**Subject:** Re: Acq P&L

Reached Gina. She's trying to reach Kara who (with Whitney) are the ones bidding. Agreed it should be the same number. Whatever you guys decide the number should be.  She'll come back to you.

On Jun 10, 2020, at 3:02 PM, Mavjee, Maya                                    wrote:

Thank you. M
On Jun 10, 2020, at 2:18 PM, McIntosh, Madeline                                          wrote:

Hi.  I feel we should coordinate – shouldn't be forced into bidding against each other for existing authors.  Nina is reaching out to RH.

**From:** Thomas, William
**Sent:** Wednesday, June 10, 2020 2:12 PM
**To:** McIntosh, Madeline                                    Von Moltke, Nina <                                  >; Mavjee, Maya
**Subject:** Fwd: Acq P&L

Here is the p&l.

Sent from my iPhone
Begin forwarded message:

**From:** "Whitaker, Corbin"
**Date:** June 10, 2020 at 10:32:31 AM EDT
**To:** "Thomas, William"                                   "Ackroyd, Cameron" <
**Cc:** "Kraska, Katie"                                "Easton, Sarah" <



US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0107**

**Subject: Acq P&L -** ████████████████

Hi Bill,

Hope you're well. Attached is an updated acq. P&L for ██████████████████████ Please let me know if you have any questions. Best of luck!

Corbin

CONFIDENTIAL

BPRH-003046558