**Date:** Tuesday, October 27 2020 09:58 PM
**Subject:** RE: Auction TOMORROW: Approval request for
**From:** Von Moltke, Nina
**To:** McIntosh, Madeline <                                         >;

Sure, happy to.

**From:** McIntosh, Madeline <                                    >
**Sent:** Tuesday, October 27, 2020 9:57 PM
**To:** Von Moltke, Nina <                                    >
**Subject:** Re: Auction TOMORROW: Approval request for

It's a good point. Do you want to suggest it?

> On Oct 27, 2020, at 9:27 PM, Von Moltke, Nina <                                    > wrote:
>
> Wondering if we should advise KDD to go in a bit lower in round 1? I worry that if they go in at $600k each, it'll go for more than $750k per book.
> TSP/Potter were planning $350k per book in round 1 with the same upper threshold for approval.
> What do you think?
>
> **From:** McIntosh, Madeline <                                    >
> **Sent:** Tuesday, October 27, 2020 9:07 PM
> **To:** Ackroyd, Cameron <                                    >
> **Cc:** Von Moltke, Nina <                                    >; Mavjee, Maya <                                    >; LeCates, Justine <                                    >
> **Subject:** RE: Auction TOMORROW: Approval request for
>
> Ok. Good luck.
>
> **From:** Ackroyd, Cameron
> **Sent:** Tuesday, October 27, 2020 7:28 PM
> **To:** McIntosh, Madeline <                                    >
> **Cc:** Von Moltke, Nina <                                    >; Mavjee, Maya <                                    >; LeCates, Justine <                                    >
> **Subject:** Auction TOMORROW: Approval request for
>
> Madeline,
>
> Former            video star            has earned millions of dedicated fans on YouTube/Instagram (see Tom's not below).
>
> We'd like to lock up       next **two cookbooks**. In a 2-step, best-bid auction we'd likely go in at $600K/book, $1.2M total. We'd like approval to offer as much as **$750K/book, $1.5M** total in the final round.
>
> **Auction is tomorrow (noon Oct-25).**
>
> Our expectations per book are:
> 125k HC

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0116**

CONFIDENTIAL                                                                                      BPRH-003140716

6.5k EBK

███████ is an excellent comp, both for the recipes and platform.      ███ sold:
167K HC
6.5K EBK

I've attached the P&L, Deal Summary/break even, and the proposals. Also copied below are gushing notes from almost everyone at Knopf.

Please let us know if you approve or would like a conversation.

Thanks!
Cameron

---

**From:** Pold, Tom <_____>

TITLE:
AUTHOR/AGENT/TERRITORIES:                              World
CLOSING DATE: October 28th (closing notice attached)
IMPRINT: Knopf
PROPOSED PUB YEAR: 2022

Dear all,

What she wants to write is basically a "how to cook" book that codifies her approach in order to help home cooks become more confident and more creative in the kitchen.      learned to cook savory food from her mother and pastry as a culinary student and later as a restaurant cook (hence the           of the title), so she has a 360-degree perspective on the cooking process and will incorporate expertise from both approaches. She also wants to treat sweet and savory food with the same respect, devoting an equal number of recipes to each.

Several of us had a great meeting with        earlier this week. She's warm and funny and very much looking for a publisher to work closely with her, to challenge her, and to help her build the book into something that will last for years to come. All things that Knopf excels at.

CONFIDENTIAL                                                                                    BPRH-003140717

The proposal pitches the book as Samin Nosrat's SALT, FAT, ACID, HEAT meets Christina Tosi's MOMOFUKU MILK BAR, which I think is exactly right. But thanks to the depth and detail of the explanations and lessons, there's quite a bit of overlap with the THE FOOD LAB audience, too. ⬛ isn't a strictly scientific approach, but it is a very methodical one, in the spirit of the *Cook's Illustrated* books. Given ⬛ profile, voice, and clearly defined, distinctive style, this is a book in the spirit of Alison Roman's NOTHING FANCY and DINING IN and our own Deb Perelman's SMITTEN KITCHEN books. The specifics couldn't be more different, but all three are appealing, voice-y writers who write recipes with specific points of view. These are big name comps, obviously, but ⬛ s poised to join those ranks. Given all the change in the food world in recent months, the time is ripe for some major new voices, and ⬛ is well positioned to be one of them.

The project is getting a great deal of attention all over (and the author has expressed a preference for a 2-book deal, but is not insisting on one). Many people have kindly read and those reports, as well as the agent's original pitch, are below.

Many thanks,

Tom

**LEXY BLOOM**
I think this proposal is incredibly exciting. ⬛ star has been on the rise this year. She's so talented in so many ways: ⬛ Most importantly: she's a real writer, with a clear, lively, self-deprecating, funny voice on the page. I love her cooking and I love her approach to food and to the recipes in her proposal. To me, she's got that special *something* about her and I think she'd be a huge asset to our list. The feeling around her book reminds me of how we felt when we first signed up Deb Perelman – the way that everyone chimed in on the chat in our editorial meeting; the general buzz around her; the way her name is being mentioned everywhere right now.

I don't love the title but that's a small quibble with an otherwise great package. ⬛ would continue, for us, a tradition of publishing great female food writers, and add a strong personality and needed diversity to our list. I would absolutely love to see us publish ⬛ at Knopf – I think her book has the potential to be a huge hit for us.

**TIM O'CONNELL**
She is an absolute star. And I don't just say that because of her YouTube platform. She is just full of life and bright on the page in a way that is so inviting, so invigorating, that after reading I really needed to cook something! She is talking about so many things that will help serious chefs and weekend Warriors alike. For me, there was no greater battle than that between sweet and savory and she just completely reorientated my view. I love her personal stories with her mother. I love her pro-kitchen stories. I love how she plans to tell people to use their senses to cook and stresses the importance of prep.

I learned to cook from my father and then as you know worked in kitchens and behind sushi bars in one for or another from the age of 14 until I got the job at Vintage, and this book made feel all those things again. The last time that happened was *Heat*. This feels like that but with super awesome recipes and techniques. You must buy it. We will all eat better for it!

**SARA EAGLE**
Obviously ⬛ is having a *moment* right now, but Tom, as you said, she has a bright future. She's also earned a lot of street cred in this moment so her first cookbook will surely be met with anticipation.

She is very knowledgeable about cooking and baking (I'm sure we've all seen <u>this</u> video) and so in that way, I'm confident these recipes will be rock solid.

CONFIDENTIAL

BPRH-003140718

I absolutely love the ▮▮▮▮▮ suggestions—that kind of approach empowers the home cook, and isn't that our ultimate goal in publishing cookbooks!

I hadn't previously read much of her writing, but here she is very warm and confident—exactly as she appears on-screen.

In terms of the recipe list, every recipe feels special and well-considered. You can tell that she treats sweet and savory with equal respect—every single chapter here is exciting.

**SARAH NEW**

Agreed – this is such an exciting proposal, and ▮▮▮ definitely has the "street cred" and obviously the experience and substance to back it up. I expect people will want to hear from her – and she has much to teach us!

I don't see sweet + savory as a hook that the book has to lean on. Instead, it is central to ▮▮▮ culinary journey and her approach. No matter what the dish or ingredient or technique is, you can trust her. And she will help you become a better, more confident cook for it. Reading the two recipes and their variations included here made me excited to see more.

**KATIE BURNS**

Unsurprisingly I ADORE this. Reminds me a bit of FOOD LAB but in a much more approachable less encyclopedic way and what I love about Julia Turshen's cookbooks with the ▮▮▮▮▮ and love love that she pairs lessons with specific recipes. Feels very fun educational moment/cook your way through the book in a fresh way.

**ANNA KAUFMAN**

I needed to be doing other things but I couldn't help myself, I looked at this instead. I just love it. ▮▮▮ is such a calming, welcoming, friendly, and encouraging presence; it's apparent in her prose and in the structure and content of her recipes. Also the food itself is creative and interesting and seems to die for. I look to cook but I am not very confident in the pastry realm (too precise for my general cooking style!) but ▮▮▮ makes me feel like I could attempt more of these things! She has such a great platform and I think her story and food are 100% what we need right now (by which I mean the world, but also Knopf!). Really hope you can bring this home.

**VANESSA HAUGHTON**

▮▮▮ is the perfect level of It Girl: she's cooler than the rest of us, always chill and at the same time friendly and accessible and a little quirky (using ▮▮▮ for ▮▮▮ in her outline?!). Beyond her charming personality, she has the resume and the skills to put together a really amazing cookbook. Almost all of the coverage of ▮▮▮ downfall describes how talented she is and what a strong following she has--there's no question that her fans would love a cookbook from her. She has an incredible amount of cultural pull right now, but I think she has staying power and has a promising career ahead of her. It would be amazing to have ▮▮▮ on the Knopf list.

▮▮▮ proposal is well thought-out and interesting and has not only a fantastic 50/50 split of sweet and savory, but balances familiar ingredients with more advanced/fun items. I've already decided that I'm trying to make the ▮▮▮▮▮ based on her description tonight. I agree that this could be in the same space as SALT FAT ACID HEAT because of her intention to help educate home cooks and the concept of ▮▮▮▮▮ inviting riffs on her own recipes is a great idea that reminds me of Yossy Arefi's SNACKING CAKES which has quick guidelines for adapting recipes for new flavors/different sized pans so you can build on your newly mastered skills. Her writing about cooking and her time in professional kitchens/home kitchens is engaging and, as a fan of hers anyway, you can really hear her voice. The recent profile of her proves she has a lot to say about her experience so far. I think ▮▮▮ strikes the perfect balance here.

**CHRIS HOWARD-WOODS**

I took a look at this and though I have some questions about how it's pitched I ultimately think it's a great project. She mentions wanting to include fundamentals for readers to get the basics of cooking, but reading through the outline I couldn't help feeling that this was for someone at a little bit higher level, since she mentions tips about using all your senses and organizing your kitchen to move like a pro. I'm certainly no expert when it comes to cookbooks, but my instinct is that this is trying to do a little bit of everything, covering fundamentals to expert tips and straddling both sides of the sweet/savory divide. (I also wondered how much meaningful crossover there was going to be in the recipes/techniques between sweet and savory.) To me it seemed like she was trying to check every box, and I'm not sure what audience this is targeting specifically.

But the recipes look really great. Her ▮▮▮▮▮▮ had a lot of appeal, and her recipes looked detailed and clear. I could see this doing really well among people who recognize her from her appearances, have already nailed the basics in cooking during quarantine, and are ready to step up their skills and expand their repertoire by learning from someone with a wealth of experience. Still, I think there are helpful elements in here for beginners like the ▮▮▮▮▮▮ and in the end I think as long as she has a consistent approach, she can write a cookbook that a lot of people will come to. So I would wonder if she's flexible about her framing of who this book is for and how the sweet/savory mix comes together on the page, but otherwise her recipes look fun and I imagine it would be exciting to work with her.

**From:** ▮▮▮▮▮▮ < ▮▮▮▮▮▮ >
**Date:** Tuesday, October 13, 2020 at 8:20 AM
**To:** "Pold, Tom" < ▮▮▮▮▮▮ >
**Subject:** Proposal:

CAUTION: This email originated from outside of Penguin Random House. Please be extra cautious when opening file attachments or clicking on links.

Dear Tom,

We are hoping you're interested and available to discuss on a call October 20 and 21. Let's figure out a time, very excited!

CONFIDENTIAL

BPRH-003140721