**Date:** Thursday, October 29 2020 10:57 AM
**Subject:** RE: Acquisition Opportunity: ███ by ███
**From:** McIntosh, Madeline
**To:** Von Moltke, Nina <███>;

Yes, ok for them to go up.

**From:** Von Moltke, Nina
**Sent:** Thursday, October 29, 2020 10:52 AM
**To:** McIntosh, Madeline <███>
**Subject:** RE: Acquisition Opportunity: ███ by ███

Great, thanks.
So glad you didn't have to travel for a cloud computing presentation! I'm listening to a BDMI overview of AI / synthetic media in the background. Probably not quite as dull, but a bit random!

On the other big auction today, ███, both RH and KDD want to go up to $1.6m + bonuses in round 2 (coordinated in this case) ($800k per book). They had asked for clearance up to $1.5m. Ok for them to go up by $100k? P&L supports it, EBIT getting a bit tight, but contribution still healthy. Of course all depends on unit assumptions, but at least both groups are very bullish.

**From:** McIntosh, Madeline <███>
**Sent:** Thursday, October 29, 2020 10:36 AM
**To:** Von Moltke, Nina <███>
**Subject:** RE: Acquisition Opportunity: ███ by ███

OK, that sounds like the right approach. Thanks for coordinating it.

Currently listening to a droning presentation on cloud computing for the Bertelsmann GMC… at least I didn't fly for it.

**From:** Von Moltke, Nina
**Sent:** Thursday, October 29, 2020 10:30 AM
**To:** McIntosh, Madeline <███>
**Subject:** FW: Acquisition Opportunity: ███ by ███
**Importance:** High

Just fyi – Gina now landing at about $1.6m for this one. She really would love for Jamia to get this.
I think PPG will stay below the $1m level, AD is aware that they will essentially defer by doing that, which is ok with her.
KDD not sure yet, Maya asked Reagan to check with Lisa Lucas to see what she thinks, depending on her reaction, they may either get into the $1.5m zip code or stay below.
So I think we'll stay with separate bids for this one.
Does that sound good to you?

**From:** McIntosh, Madeline <███>
**Sent:** Wednesday, October 28, 2020 10:56 PM
**To:** Von Moltke, Nina <███>
**Subject:** FW: Acquisition Opportunity: ███ by ███
**Importance:** High

Any chance you heard about this from the others?

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0121

CONFIDENTIAL                                                   BPRH-003190691

**From:** Takes, Bill
**Sent:** Wednesday, October 28, 2020 7:46 PM
**To:** McIntosh, Madeline ▮
**Cc:** Centrello, Gina <▮>; Von Moltke, Nina <▮>
**Subject:** Acquisition Opportunity: ▮ by ▮
**Importance:** High

Dear Madeline – RH and Crown have in an exciting proposal – please see Andy's note, albeit brief, detailing the author and the book. ▮ is holding a best bid, one round auction tomorrow for this. RH and Crown would like approval up to $1.75 ▮ – although this will be a conversation tomorrow with Gina to finalize the offer.

Besides the ▮ comp, we are using ▮ by our own ▮ trade has not published yet) – 214,000 net HC, 64,000 net ebooks and 49,000 net audios = 327,000 net units LTD.

In our acquisition P&L at $1.75 million advance, we have 495,000 net units, including 175k trade paperbacks (200k hc's, 75k ebooks, 175k tp's and 45k audios), resulting in an EBITA of ▮ and contribution of over ▮ In the attached sensitivity analysis, the breakeven units are ▮ for EBITA and ▮ or contribution.

Are you comfortable with a max of $1.75 million world offer for this memoir? I'm happy to answer any questions and sorry for the late email…..thank you.

---

**From:** Ward, Andy <▮>
**Sent:** Wednesday, October 28, 2020 6:11 PM
**To:** Takes, Bill <▮>
**Cc:** Centrello, Gina <▮>
**Subject:** ▮

Bill, attached is a P&L for a book that Jamia at RH and Amanda at Crown have in by ▮, a much-admired and ▮ The book is called ▮ and it's an ▮ ▮ ▮ This would be her first book for a general audience, and her goal -- like Ibram -- is to educate, but also to give people the tools they need to bring these ideas into their lives, to change their frames of reference.

▮s the agent. He has 10+ bidders and all three PRH divisions are in.

We'd like to clear 1.75 mm, if possible, but we still have to figure out what the bid would be (Gina is going to help with this). A P&L is attached. Please let me know if you need anything else from me, and thank you.

Andy

CONFIDENTIAL

BPRH-003190692