

CONFIDENTIAL

US v. Bertelsmann

1:21-cv-0866-FYP

**PX 0136**

BPRH-003346603



CONFIDENTIAL

BPRH-003346602



CONFIDENTIAL

BPRH-003346601



CONFIDENTIAL

BPRH-003346600



CONFIDENTIAL

BPRH-003346599