**Date:** Friday, November 13 2020 12:21 PM
**Subject:** FW: Approval of a resolution of the Supervisory Board Bertelsmann Management SE by written consent
**From:** Guerra, Esther
**To:** Dohle, Markus
**CC:** Sawhney, Divya ; Oberdorf, Anya
**Attachments:** Covering letter_written ballot_investment proposal SILK Nov 2020.pdf

Markus,

Here's the resolution from the Sup. Board re: Silk, that requires a vote from the Supervisory Board members. For your information (I understand you don't have to sign it)

Regards
Esther

**From:** Telizki, Natalie, Z
**Sent:** Friday, November 13, 2020 9:12 AM
**Cc:** Guerra, Esther
**Subject:** Approval of a resolution of the Supervisory Board Bertelsmann Management SE by written consent

Dear Sir or Madam,

On behalf of Christoph Mohn you will find on brainloop a written resolution of the Supervisory Board Bertelsmann Management SE. Please return your vote not later than November 18, 2020 by 12.00 a.m. (CET).

Brainloop link: Covering letter_written ballot_investment proposal.pdf

Best regards,

Natalie Telizki
Supervisory Board Office

---

Registered Office: Gütersloh
Chairman of the Supervisory Board: Christoph Mohn

General Partner: Bertelsmann Management SE • Registered Office: Gütersloh
Commercial Register: Amtsgericht Gütersloh HRB 9084
Executive Board: Thomas Rabe (Chairman), Markus Dohle, Immanuel Hermreck, Bernd Hirsch
Chairman of the Supervisory Board: Christoph Mohn

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0148**

BERTELSMANN

Christoph Mohn
Chairman of the Supervisory Board

Gütersloh, November 13, 2020

**Confidential**

**To the members of the Supervisory Board of Bertelsmann Management SE** CC/ **To the members of the Executive Board of Bertelsmann Management SE**

**Resolution of the Bertelsmann Management SE Supervisory Board**
**Approval of the investment proposal "Acquisition of Simon & Schuster, Inc."**
(Resolution proposal Supervisory Board Management SE 22-2020 of November 13, 2020)

Bertelsmann Management SE ·

Registered Office: Gütersloh · Commercial Register: Gütersloh District Court HRB 9084 · Chairman of the Supervisory Board: Christoph Mohn
Executive Board: Dr. Thomas Rabe (Chairman), Markus Dohle, Dr. Immanuel Hermreck, Bernd Hirsch

CONFIDENTIAL BPRH-003587481

BERTELSMANN

Please contact me if you have any further questions.

Yours sincerely,

Christoph Mohn

Chairman of the Supervisory Board
of Bertelsmann Management SE

Enclosures
- Investment proposal: Acquisition of Simon & Schuster, Inc.
- Written ballot

BERTELSMANN

**Bertelsmann Management SE Supervisory Board**
**Adoption of resolution by written procedure without a meeting**

**WRITTEN BALLOT**

**To be returned by November 18, 2020, 12:00 a.m. noon CET**

To:
Supervisory Board Office
Email: [redacted]
Fax No[redacted]

I agree in passing a resolution outside a meeting of the Supervisory Board Bertelsmann Management SE and I hereby waive compliance with the formal and notice requirements which are necessary for the adoption of resolutions and/or convocation of the Supervisory Board and waive according formal resolution proposal.

| Yes | No |
| --- | --- |
| ❍ | ❍ |

**Resolution proposal Supervisory Board Management SE 22-2020**

**Approval of the investment proposal "Acquisition of 100% of Simon & Schuster, Inc."**

My vote in respect of this resolution proposal is as follows:

| Yes | No | Abstain |
| --- | --- | --- |
| ❍ | ❍ | ❍ |

______________________
(Place / Date)

______________________
(Name)

______________________
(Signature)



1

CONFIDENTIAL BPRH-003587484



2

CONFIDENTIAL

BPRH-003587485



3

CONFIDENTIAL            BPRH-003587486

4

CONFIDENTIAL BPRH-003587487


5

CONFIDENTIAL

BPRH-003587488



6

CONFIDENTIAL                                                                                                                    BPRH-003587489



7

CONFIDENTIAL

BPRH-003587490



8

CONFIDENTIAL

BPRH-003587491