| | |
|---|---|
| Date: | Thursday, August 8 2019 02:43 PM |
| Subject: | ██████ Books update |
| From: | Dohle, Markus ██████████████████████ |
| To: | McIntosh, Madeline ████████████████████████>; |
| Attachments: | Penguin Random House Offer_Imprint Presentation_August 14th, 2019.pptx; Penguin Random House Offer_Imprint Presentation_August 14th, 2019.pdf |

Hi Madeline,

Attached, please find the presentation for the ██████ imprint meeting next week. David has reviewed with Gina, and we will send to ████████████████████ later today.

If you have any questions, please reach out to me or to David.

Looking forward to getting together on Monday.

Markus

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0151**

CONFIDENTIAL                                                                                                           BPRH-003688276



CONFIDENTIAL

BPRH-003688277

# Content Rights Landscape



## Author


## Agent


- Most authors have agents or other representation
- Agents typically submit manuscripts to multiple publishers but sometimes make exclusive submissions
- Agent sells publication rights to a property in exchange for advance and royalties
  - Rights for a property are split by media type (books, performance, interactive, merchandise), territory (World, US, UK), and language
- Agents typically take 15% of advance; representatives have different models
- Agent landscape fragmented with a few big agencies but large number of smaller players along with non-agent representatives

## Publisher


- Publishers have deep connections with wide variety of agencies
- In most cases, publishers acquire rights in fast-moving competitive auctions
- Publishers pay an advance to agents and authors in exchange for a bundle of rights
  - In vast majority of cases, publisher secures only book rights (physical, audio, and eBook), worldwide or in a collection of territories, and in a single or all languages
  - If a studio has interest in performance / video or interactive rights (i.e. AR / VR, gaming), it usually acquires those rights separately from the author / agent

4  

Confidential – not to be distributed or shared



CONFIDENTIAL

BPRH-003688280

# Publisher Activities to Reach Consumers



## Content Marketing

*Imprint-level marketers*

  
 

- Each book and / or author is a brand on its own that requires creating reach and awareness
- Every individual book or author requires its own marketing campaign
- Marketing and publicity investment is a significant driver of consumer awareness and sales
- Each imprint has dedicated marketing and publicity support, sometimes centrally managed

## Programmatic Marketing

*Corporate-level marketers*

- Consumer Insights & Analytics
- Creative Strategy, Campaigns & Partnerships
- Consumer Platforms & Engagement
- Design & Video

PRH's Corporate Marketing team supports imprint book marketers in a variety of ways:

- Building or licensing tools, technology, and data to support book marketing
- Running analysis to understand and plan for our largest brands
- Managing corporate channels and key consumer segment programs on Facebook, across the web, and through email
- Running training programs to improve our ability to execute campaigns on a title level

8  *Confidential – not to be distributed or shared*  

CONFIDENTIAL  BPRH-003688285

## Publishing is a portfolio business, with profitability driven by a small percentage of books

**Out of every 100 books published, 35 are profitable**

**Book profitability** is primarily driven by **revenues generated** and **advance paid**

▼

**Top 4% of profitable titles drive 60% of profitability**

▼

These are **unpredictable breakout books** with **significant over-performance** to expectations and investment

▼

In general, **higher advance levels are correlated with more book sales** – however, there are always exceptions

CONFIDENTIAL                                                                                         BPRH-003688286

# Overall New Imprint Profitability

ILLUSTRATIVE



* Frontlist is books in first year of publication, backlist is books post first year of publication

Confidential – not to be distributed or shared

Penguin Random House

CONFIDENTIAL

BPRH-003688308