

| | |
|---|---|
| Date: | Wednesday, April 1 2020 05:59 PM |
| Subject: | Markus's GEC blog |
| From: | Dohle, Markus |
| To: | Dohle, Markus; McIntosh, Madeline; Weldon, Tom; Cabutí, Núria; Burland, Julie; Cheng, Azia; Steve; Connolly; Shrinagesh, Gaurav; Cochrane, Kristin; Johnston, James; Steinecke, Anke; Von Schilling, Claire; Sawhney, Divya; Sansigre, Manuel; Mallia, Jo; Malaviya, Nihar; Coesfeld, Carsten |

"Uber-resource your most important priorities!"

This is a mindset and mantra I learned very early in my career on the job in turnaround and crisis situations - and then later again from Eli Goldratt, the management guru and father of the "Theory of Constraints".
For the last twenty plus years I've used this mindset when I talked about Amazon. Around 2000 it became clear that Amazon would become the world's largest and first truly global bookseller. Thus Amazon was becoming "the most important priority" in terms of our book sales (besides preserving the diversity of booksellers and ensuring a competitive market place for books in the future).
So I started to ask the question how we can best serve the fastest growing and soon largest bookseller in the world - in order to grow with them as fast as we can.

I then introduced that mindset when I came to New York in May 2008 to run Random House. From the get go - some of you might remember it - I never bought into the negative view of (almost) all industry constituencies on Amazon's growth. I've always viewed us as supplier of and service provider for Amazon. And I always wanted to provide them with the highest service levels in all areas of our business in order to grow with them - locally and globally - as much as we can, and using the profit/contribution to support the entire book selling ecosystem. Large publishers are our (main) competitors - Amazon is (mainly) our customer, in all book formats. So why always "competing with and complaining about them" (like the entire industry has done)?

Nihar said it very well early on: "If you think that Amazon will destroy the industry and with that your company one day you can influence it - in other words: you still have a (the ultimate) choice. You just stop doing business with them!"
Well, that means that most publishers would have and should have stopped doing business with them in the last twenty years...the alternative would have (and should have) been to just stop complaining - because "complaining is not a strategy!"

I think our positive, realistic and professional view on Amazon that we have adopted early on has served us very well - and believe me, I know first hand how difficult they can be on a macro and micro level (so kudos to our teams serving them around the globe on a daily basis). I've always told our companies and teams around the world to "uber-resource their departments and projects serving Amazon" following my own experience and Eli's fantastic theory (laid out in his book "The Goal").

You guys know that the question I've been asking Jeff Weber (frequently for many years:) when I see him in our New York offices is: "How many people have you already hired today?" Sure, it's a running gag - but then again it's not....

I've outlined a few times in the last weeks that in the last month we've reached a market place that we have been discussing for the last twenty years - a market place with few(er) bookstores and Amazon as "the quasi only shop in town" (I know that still differs from territory to territory). We tried to prepare our companies and

organizations for this moment - the moment of an "online" dominated world. And here you go - in real time we find ourselves in this (new) reality. Now is the time to make a difference - a tangible difference. Now is the time to make use of and leverage the preparation and all the hard work we've put into becoming Amazon's (and other online platforms') best partner in town - around the world - in all formats (and especially in sales, marketing and publicity!).

This is our moment friends. Let's grasp the opportunity and gain market share in these difficult times as we steer our companies through this unprecedented crisis (the WHAT).

I'm looking forward to discussing ideas and ways to achieve this goal with you and your Amazon leads tomorrow on our call (the HOW).

Amazon/online is our most important priority right now - so please uber-resource our services to these channels!

Cheers and speak tomorrow.
Yours Markus

PS: You can share this note with your teams (and especially the online teams in advance of tomorrow's call) as you see fit...

CONFIDENTIAL

BPRH-003705601