| | |
|---|---|
| **Date:** | Tuesday, October 13 2020 03:35 PM |
| **Subject:** | Fwd: Final bids:: ▮▮▮▮▮▮▮ due Wednesday |
| **From:** | Tart, Brian <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> |
| **To:** | James, Casey Blue <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Dobson, Allison <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; |
| **Attachments:** | ▮▮▮▮▮▮▮_p&l.pdf; ▮▮▮▮▮▮▮_p&l 2.pdf |

We would like to make a final bid of $550k. Not sure PP's level, but this is our top, if you agree, Allison.
Brian

Begin forwarded message:

**From:** "Schulz, Andrea" <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject: Final bids::** ▮▮▮▮▮▮▮▮▮▮▮ **due Wednesday**
**Date:** October 13, 2020 at 3:33:03 PM EDT
**To:** "Tart, Brian" <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

We had a remarkable meeting with ▮▮▮▮▮▮▮▮▮ of course; he is joyful and astute and a visionary of a sort that you don't often see, with a ton of fans in the US from ▮▮▮▮ on down who are ready to support this book, and a family story that gives this an emotional ore. We made a bid to get the meeting of $300K; we discovered that the high bid of that round was $450K from Scribner (Nan and Kara Watson). Knopf and Penguin Press are also in on this, and final bids are due tomorrow. Post-meeting, Georgia would really like to go to $550K, and has done a new p&l that takes us there at around 60K hardcovers. Patrick is a big supporter too, as is Kate, and we think we could break this out of the usual ▮▮▮▮▮ readership to a bigger audience for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Closing notice below. I'm here if you want to talk this through.

**From:** Schulz, Andrea
**Sent:** Tuesday, October 6, 2020 1:00 PM
**To:** Tart, Brian <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Bid for meeting: ▮▮▮▮▮▮▮▮, due today

See below for ▮▮▮▮ plan for this book, a gorgeously written ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ he's naming names but also telling a beautiful family story, and he is in line to take over for ▮▮▮▮▮▮▮ so his profile will only grow. ▮▮▮▮ is taking first offers by end of day today to decide who will get the four meeting slots. Christopher Richards is bidding too, so we'll need to run this through Casey Blue. We've done a p&l based on the comps below that takes us up to $400K. Georgia is passionate about this book, as are Maya and Kate and I, but she also feels comfortable up to $400K but not above. Can we find out where PP is and get ourselves cleared to put this in tonight? (Georgia has both kids home sick for the second day so we're carrying this for her until she gets back online.) Let me know if I can send you anything else and thanks.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HC: 63,303
EL: 7,195
TR: 23,471 (net)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HC: 37,028 (shipped); 22,614 (POS)
EL: 12,537

US v. Bertelsmann

1:21-cv-0866-FYP

**PX 0161**

BPRH-003999636

████████████████████████████

HC: 75,569
EL: 10,858
(never published in TR)

████████████████████████████

HC: 27,977
TR: 3,220
EL: 3,026

████████████████████████████

HC: 26,458
TR: 4,401
EL: 2,349

---

**From:** ████████████████████████████

**Sent:** Friday, October 9, 2020 6:36:45 AM

**To:** Bodnar, Georgia

**Cc:** ████████

**Subject: CLOSING PLAN:** ████████████

Dear Georgia,

We are going to close with a one-round best bids auction for NA rights on Wednesday 10am Eastern.

Four U.S. publishers took meetings; the high bid is $450,000. All followed up enthusiastically afterward.

To quote ████████ This book is a celebration. It's about joy, overcoming and becoming. It's about achievement, activism and change.  It's about ████████████████████ and their son.  It's about where we have been — and where we are going.

Please specify:

Advance

Payout

Royalties

Bonuses

Approvals

Publicity requirements & perquisites (first class travel is preferred)

Preferred delivery and publication date/season (if applicable)

Editorial and publishing vision (a letter would be most appreciated by ████████ he plans to read them diligently)

CONFIDENTIAL

BPRH-003999637

If two or more bids are substantially similar, we'll go to a tie-breaking round. We reserve the right to accept any of the offers at the end of the auction.

Don't hesitate to call at ███████████ if you want to talk any of this over.

███████████

CONFIDENTIAL



CONFIDENTIAL

BPRH-003999639



CONFIDENTIAL

BPRH-003999640