| Date: | Sunday, March 8 2020 09:46 PM |
| --- | --- |
| Subject: | Project S |
| From: | Sansigre, Manuel ███████████████████ |
| To: | Deedy, Cara ██████████████████████ Polinsky, Lev ██████████████████████<br>>; |
| CC: | Malaviya, Nihar ███████████████████████ Sawhney, Divya<br>██████████████████████ |
| Attachments: | Project S_Pro-forma P&L.pdf; IMG_0670.jpg; Project S_Data.xlsx |

Hi guys



**5.  Recommendation**

See you tomorrow,
Manuel

US v. Bertelsmann

1:21-cv-0866-FYP

**PX 0162**

BPRH-004168420



CONFIDENTIAL

BPRH-004168421

CONFIDENTIAL

BPRH-004168422

# Document Produced Natively

Nihar Malaviya\

Project S_Data.xlsx

CONFIDENTIAL                                                   BPRH-004168423



BPRH-004168423



BPRH-004168423



PRH US - Raw data

BPRH-004168423

BPRH-00416423



 BPRH-004168423