| | |
|---|---|
| **Date:** | Friday, May 22 2020 09:51 PM |
| **Subject:** | Materials for SBC - May 26, 2020 |
| **From:** | Johnston, James <​████████████████​> |
| **To:** | Dohle, Markus <​████████████████​>; Heine, Alexandra, ZI <​████████████████​>; Hermreck, Immanuel, Z <​████████████████​>; bernd.hirsch (████████████████>; Malaviya, Nihar <​████████████████​>; Pielsticker, Deniz, ZI <​████████████████​>; 'Rabe, Thomas, Z' <​████████████████​>; Süllwold, Timo, ZI <​████████████████​>; |
| **CC:** | Guerra, Esther <​████████████████​>; Janke, Ursula, ZI <​████████████████​>; Johnston, James <​████████████████​>; Ludwig, Melanie, Z <​████████████████​>; Oberdorf, Anya <​████████████████​>; Sansigre, Manuel <​████████████████​>; Sawhney, Divya <​████████████████​>; Tilk, Silke, Z <​████████████████​>; |
| **Attachments:** | SBC May 2020_Consolidated Materials_Final for distribution.pdf |

Dear all,

In advance of our meeting this upcoming Tuesday, please find attached the slides for the presentation.

Best,

Jim

*Jim Johnston*
*CFO*
*Penguin Random House*
*Phone:* ████████
████████████████

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0163**



# Introduction

Strategy and Business Committee
May 26th, 2020

CONFIDENTIAL

BPRH-04177238



## Our track record
## M&A remains key to PRH's overall strategy

CONFIDENTIAL

BPRH-04177282

# M&A is creating value for our company
## Since the merger, 18 investments have been made to build our content capabilities

### Pre-2019 Acquisitions

| Company | Figures per IP (US$mm) | | | Outcome | Alignment of Acquisition w/ M&A Criteria | | | |
|---|---|---|---|---|---|---|---|---|
| | Sales | EBIT | Net Price | | Strategic | Content | Growth | Valuation |
| SANTILLANA | | | | ● | ● | ◐ | ◐ | ◐ |
| (Ediciones logo) | | | | ● | ◐ | ◐ | ◐ | ◐ |
| EDICIONES B | | | | ● | ● | ● | ◐ | ◐ |
| Sasquatch Books | | | | ● | ◐ | ◐ | ◐ | ● |
| RODALE | | | | ● | ◐ | ◐ | ◐ | ● |
| (Business books) | | | | ● | ● | ● | ● | ◐ |
| DAV | | | | ● | ● | ● | ● | ● |
| COMPANHIA DAS LETRAS | | | | ● | ● | ● | ● | ◐ |

**M&A has contributed over ▮▮▮ in revenue and ▮▮▮ in EBIT to PRH, by investing a net of ▮▮▮**

### 2019 Acquisitions

| Company | Figures per IP (US$mm) | | | Outcome | Alignment of Business w/ M&A Criteria | | | |
|---|---|---|---|---|---|---|---|---|
| | Sales | EBIT | Net Price | | Strategic | Content | Growth | Valuation |
| Little Tiger | | | | ● | ● | ◐ | ◐ | ● |
| salamandra | | | | ● | ● | ● | ◐ | ◐ |
| sourcebooks | | | | ● | ● | ● | ● | ● |
| /w | | | | ● | ◐ | ◐ | ◐ | ● |
| ANACONDA | | | | ● | ◐ | ● | ◐ | ◐ |
| (bell logo) | | | | ● | ◐ | ● | ◐ | ◐ |
| ZAHAR | | | | ● | ● | ● | ◐ | ◐ |
| duckbill | | | | ● | ◐ | ● | ◐ | ◐ |
| world of ERIC CARLE | | | | ● | ● | ● | ◐ | ● |
| LAPA | | | | ● | ● | ● | ◐ | ◐ |

CONFIDENTIAL
BPRH-04177283

## S&S: One of the last sizeable US assets
## An acquisition of S&S would solidify PRH's position in the US, our key market



Note 1: 2018 AAP data, print including an estimate for self publishing, PRH does not include DK or PRHPS clients
Note 2: Next largest competitor in the US market is HMH, which is 3x smaller than Scholastic

CONFIDENTIAL

BPRH-004177288

## S&S: Meaningful synergy potential – Operating Expenses
**Potential for significant savings across departments**



54  Note 1: 2020PF based on S&S 2019A reported figures and PRH US cost structure

CONFIDENTIAL

BPRH-04177291