| | |
|---|---|
| **Date:** | Monday, November 9 2020 06:44 PM |
| **Subject:** | Project Silk - 2nd Phase version of the model |
| **From:** | Sansigre, Manuel ███████████████ |
| **To:** | Chullen, Alberto, BINC███████████████████████████████████████Süllwold, Timo, ZI ██████████████████████████████Protschky, Florian, Z-M&A ██████████████Brix, Philipp, Z-M&A ████████████████████Dohle, Markus █████████████████; Malaviya, Nihar ████████████████████ Johnston, James ████████████████; Sawhney, Divya ████████████████ Deedy, Cara ████████████████████Polinsky, Lev██████████ |
| **Attachments:** | 201110_Silk_Model_vFinal (2nd Phase).xlsb; 20201109 Project Silk - 2nd Phase Projections.pdf |

Dear all,
Please find attached the latest version of the model which incorporates all our DD findings as of today. We are still expecting to learn more tomorrow in the call with management and also the tax asset valuation is still open.
We want to have a call to go high-level over the changes and discuss about valuation based on these numbers. Based on calendars, tomorrow at 9am est it seems that is the almost only time that works for ZI, especially given the tight timeline to get to send the IP for Thursday.

I will circulate a dial-in

Thank you,
Manuel

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0168**

# Document Produced Natively

Nihar Malaviya\

201110_Silk_Model_vFinal (2nd Phase).xlsb

CONFIDENTIAL

BPRH-004197867

Penguin Random House LLC. Confidential

11/9/2020



*201110_Silk_Model_vFinal (2nd Phase).xlsbSilk Conso IS Output*

CONFIDENTIAL

BPRH-004197868

Penguin Random House LLC. Confidential

*11/9/2020*



*201110_Silk_Model_vFinal (2nd Phase).xlsbSilk - Synergies*

CONFIDENTIAL

BPRH-004197869

**Penguin Random House LLC. Confidential**

*11/9/2020*



*201110_Silk_Model_vFinal (2nd Phase).xlsbSilk US IS Output*

CONFIDENTIAL

BPRH-004197870



*201110_Silk_Model_vFinal (2nd Phase).xlsbSilk UK IS Output*

CONFIDENTIAL

BPRH-004197871

*11/9/2020*



*201110_Silk_Model_vFinal (2nd Phase).xlsbSilk Canada IS Output*

BPRH-004197872



*201110_Silk_Model_vFinal (2nd Phase).xlsbSilk Australia IS Output*

CONFIDENTIAL

BPRH-004197873