**Date:** Friday, September 11 2020 11:16 AM
**Subject:** FW: fiction & MS generally
**From:** McIntosh, Madeline
**To:** [redacted]
**Attachments:** FINAL - 2019 US Marketplace Analysis - Adult Fiction.pdf; DRAFT - 2020 US Marketplace Update - Fiction Analysis Pt II - August 2020.pdf

---

**From:** Welsh, Reid
**Sent:** Thursday, August 6, 2020 3:32 PM
**To:** Updike, Jaci <[redacted]>; Von Moltke, Nina [redacted] McIntosh, Madeline [redacted]
**Subject:** RE: fiction & MS generally

Hi all,

As mentioned, I am attaching our current working draft of the Fiction Analysis Pt. 2 as well as the original fiction deck discussed back in February. Our current draft covers most of the main topics of discussion, with the exception of pricing which we are currently looking into and will include in a final version.

Looking forward to talking tomorrow! Thanks

Reid

**From:** Updike, Jaci [redacted]
**Sent:** Thursday, August 6, 2020 11:14 AM
**To:** Von Moltke, Nina [redacted]; McIntosh, Madeline <[redacted]>
**Cc:** Welsh, Reid <[redacted]>
**Subject:** RE: fiction & MS generally

Reid and I discussed yesterday and will have something to share with us today. I think the work done will line up really well with what you might be doing Nina. Madeline – Reid is going to send us both the updated work, as well as the previous presentation for us to have as a comparison.

**From:** Von Moltke, Nina <[redacted]>
**Sent:** Thursday, August 6, 2020 8:54 AM
**To:** McIntosh, Madeline [redacted]
**Cc:** Welsh, Reid <[redacted]>; Updike, Jaci <[redacted]>
**Subject:** Re: fiction & MS generally

That would be great!
Tomorrow preferred on my end if possible due to wifi issues.
Thanks!
Nina

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0174**

> On Aug 6, 2020, at 8:47 AM, McIntosh, Madeline [redacted] wrote:
>
> Hi. I believe you're both working on an update related to marketshare assessment by category (Reid focused on performance in fiction, Nina focused on the additional angle of content pipeline).
>
> Understanding you may only have very partial work so far, I wondered if there would be value in getting together today

or tomorrow? I know Jaci would love to join but can't due to lack of power.

Do you have availability today or tomorrow? Preference?

Madeline McIntosh
Penguin Random House

CONFIDENTIAL

BPRH-004441959

# Top vs. Non-top Authors

## YTD Performance

CONFIDENTIAL

BPRH-00442056



## Marketplace – Print – Overall Fiction (Top Authors)
NPD Bookscan



CONFIDENTIAL                                                                 BPRH-00442057



## Marketplace – Print – Overall Fiction (Non-top Authors)
*NPD Bookscan*



Parameters: Excludes Comics & Graphic Novels; NPD Bookscan Retail $$s Weeks 1-30