**Date:**     Tuesday, April 6 2021 02:57 PM

**Subject:**   RE: cookbook payouts

**From:**     McIntosh, Madeline ███████████████████████

**To:**       Wehner, Aaron ████████████████████ Centrello, Gina
███████████████████████████████; Sanford, David██████████████████████; Von Moltke,
Nina████████████████████    Flaxman, Jill ████████████████████████

---

OK, thanks. This is really helpful. I'll hear her out and report back.

---

**From:** Wehner, Aaron
**Sent:** Tuesday, April 6, 2021 2:55 PM
**To:** McIntosh, Madeline ███████████████████████████████; Centrello, Gina███████████████████████
>; Sanford, David████████████████████████Von Moltke, Nina ████████████████████████
**Cc:** Flaxman, Jill███████████████████████
**Subject:** Re: cookbook payouts

Hi Madeline,

Sorry to hear ████ landed in your box on this fun topic. Payouts are an issue in every negotiation with ████ we lost something just last week w/her over payout; Norton offered thirds, with everything paid by publication). Many of our competitors pay in thirds (or sometimes even halves), and some cover photo budgets out of plant cost as well. That said, a Chronicle or a HMH or Artisan doesn't bring nearly as much to the table as we do beyond better payout, which all the major agents recognize. It's pretty rare we lose something over payout.

For context, on the typical mid-range/modestly frontloaded cookbook deal of ████████ the advance breakdown from us would look as follows:

████paid on sig
████paid on d&a *[approximately ██████ of total* ██████ *paid at this point would have been paid by Author to photographer]*
████paid on pub
████paid 12 months post-pub

Whereas for a Norton at this level, the author would have ████████total by d&a and not have to cover photo costs. If the author relies solely on their book advances/revenue, the Norton deal is clearly much more appealing. Whereas for authors who have a broader revenue stream, they can afford to weight other factors in the decision (and we usually prevail in those cases).

For higher level advances, the payout difference tends to be much less of an issue. The smaller publishers tend not to compete, the first two payments are much larger etc.

For whatever reason████has decided that our policy of four payments are a deep offense. We have worked out a frontloaded payout structure with her (and we almost always adjust the four payments on most low to mid-level acquisitions to reflect the significant up-front costs that cookbook authors bear). And ████still routinely sells books to us; as she's acknowledged to me and others, we are by far her main source of business.

I'd be happy to gather to discuss later in the week, and can enlist Jill to join as well (cc'd here). Thanks much...

A

---

**From:** "McIntosh, Madeline"████████████████████████████████
**Date:** Tuesday, April 6, 2021 at 10:56 AM
**To:** "Wehner, Aaron" ██████████████████████████████, "Centrello, Gina" <

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0190**

███████████████████████████████ "Sanford, David" ████████████████████████████████, "Von
Moltke, Nina" ███████████████████████████

**Subject:** cookbook payouts

Hi. I have a message from ██████ that she wants to talk to me about payouts on cookbooks "which is becoming more of an issue for PRH." Any idea what's triggering her?

I'll set up time for later in the week.


Madeline McIntosh
Penguin Random House
████████████
cell ██████████

CONFIDENTIAL

BPRH-005152041