Date: Tuesday, October 6 2020 04:10 PM
Subject: Re: Bid for meeting: [redacted] due today
From: Tart, Brian <[redacted]>
To: James, Casey Blue <[redacted]>;
CC: Lally, Jennifer <[redacted]>; Ziga, Katharine <[redacted]>;

We are fine with bidding $300k. For what it's worth, [redacted] said he would accept offers "until midnight tonight." Ugh.

Sent from my iPad

On Oct 6, 2020, at 3:50 PM, James, Casey Blue <[redacted]> wrote:

Brian,

PP had been thinking of offering $300k to get the meeting …do you think that would do it, or shall I see if they're willing to go up?

Thanks!
Casey Blue

**From:** Tart, Brian <[redacted]>
**Sent:** Tuesday, October 6, 2020 3:43 PM
**To:** Lally, Jennifer <[redacted]>; Ziga, Katharine <[redacted]>
**Cc:** James, Casey Blue <[redacted]>
**Subject:** Fwd: Bid for meeting: [redacted] due today

We see this up to $400k. We would initially bid around $350k to get the meeting. Not sure PP's level, but we feel this is likely as far as we would go.
Brian

Begin forwarded message:

**From:** "Schulz, Andrea" <[redacted]>
**Subject: Bid for meeting:** [redacted] **due today**
**Date:** October 6, 2020 at 1:00:03 PM EDT
**To:** "Tart, Brian" <[redacted]>

See below for [redacted] plan for this book, a gorgeously written [redacted] he's naming names but also telling a beautiful family story, and he is in line to take over for [redacted] so his profile will only grow. [redacted] is taking first offers by end of day today to decide who will get the four meeting slots. Christopher Richards is bidding too, so we'll need to run this through Casey Blue. We've done a p&l based on the comps below that takes us up to $400K. Georgia is passionate about this book, as are Maya and Kate and I, but she also feels comfortable up to $400K but not above. Can we find out where PP is and get ourselves cleared to put this in tonight?
(Georgia has both kids home sick for the second day so we're carrying this for her until she gets back online.) Let me know if I can send you anything else and thanks.

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0197



**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, October 5, 2020 1:01 PM

Per our text chat. Feel free to call me back at ▓▓▓▓▓▓▓ if you need to talk through anything.

Here is where we are at with ▓▓▓▓ for NA rights:

- **We have at least 11 U.S. publishers interested** across four of the Big Five plus HMH who want meetings (with potentially more to come).

- **But we only have, at most, 4 half hour slots** for US publishers (we need to accommodate the UK, too, where we have 22 vying for UKC rights).

- **Therefore: To determine in the fairest way who gets a meeting slot, we are inviting everyone to place an opening bid. Please send the bid by TOMORROW, Tuesday, Oct 6, end of day (until midnight).**

    - We are only looking at your financial offers prior to the meetings. We will get into other deal points in the final auction.

- **Only the top tier bids will get a meeting.** Please note, in the interest of complete transparency: If there are 2 or 3 bids that are an order of magnitude higher than the others, we may elect to do fewer meetings and give the high bids more time with ▓▓▓▓ Conversely, if there are multiple bidders who are identical or very, very close, we are going to try to grandfather them in. Our intention is to winnow the field in the most equitable way, and incentivize/reward the highest bidders from the start. We're not out to penalize anyone who could be a great competitor in an auction.

- **Meetings will be held this Thursday, Oct 8, between 9am and 1pm Eastern** (but please note UK publishers will need to be squeezed in, so **please try to place "hold"s on your calendar, and be as**

- **flexible as possible**).
- Afterwards, we will continue the auction with rules to follow.

Thanks again, and as always, we are here to field any calls/questions.





Georgia Bodnar | Senior Editor | Viking Books | Penguin Random House |
NY, NY 10019

CONFIDENTIAL
BPRH-005205349