| | |
|---|---|
| Date: | Tuesday, November 2 2021 10:24 AM |
| Subject: | improved offer |
| From: | McIntosh, Madeline ███████████████████████████ |
| To: | ███████████████████████████████████████████ |
| CC: | Dobson, Allison ████████████████████████; Centrello, Gina ███████████████████████████████; |
| Attachments: | PRH Advantage.pdf; image003.png |

Dear ███

Thanks for your call yesterday and for letting me know we need to improve our offer in order to remain competitive. We remain determined to become ███ publisher, and so I'm happy to revise our offer with the addition of significant bonuses, triggered prior to earn-out. **Together with the existing advance of ███ this is now a total package of ███** Details below.

We've left our profit share option intact. Similar to the discussions we have about the value of standard royalty rates in preserving equitable treatment for all our authors, we feel that it's important to maintain our standard approach to the profit share model. This model is one that has been accepted by others with substantial audiences, as well as by some with smaller audiences. At both ends of the spectrum, the feeling has been that our approach is fair for all, and we'd like to keep to that.

As we discussed, the decision for the author clearly comes down to optimizing his share of upside at the front or back end. No matter which model is used, we will be motivated, committed, and elated to drive this book to the top of the market and keep it going over the long term. We believe this can be a very special book, and I very much want us to be the publisher fortunate enough to partner with ███ to bring it to life.

I know you're already aware of these advantages from your work with us on other projects, but simply for emphasis, with Penguin Random House, ███ would have the support of the largest (& smartest & best resourced) sales force in the industry, the most robust supply chain, and a state of the art consumer marketing operation. We have direct relationships with more booksellers than anyone. We have direct relationships with more consumers than any other publisher. And, in my humble opinion, we have the most brilliant editors and creative marketing teams.

If you'd like more information about any part of what the PRH experience would be like for ███ please don't hesitate to ask. For ease of reference, I've attached a summary.

As far as the finances, we're offering two options:

- ███ **advance plus bonuses: total package of** ███

    If within 12 months of initial publication, total cumulative earnings from all sources reach ███ PRH will pay a bonus advance of ███ We will pay an additional ███ recoupable bonus at the cumulative earnings thresholds below, if the earnings threshold is reached within 12 months of reaching the previous threshold:

    | initial advance | ███ | | |
    |---|---|---|---|
    | | earnings threshold | bonus advance | cumulative advance |
    | | ███ | ███ | ███ |
    | Total potential bonus: | ███ | | |

- **Profit Share:** ███ of net profits

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0218**

HIGHLY CONFIDENTIAL

BPRH-LIT-000029918

**Net profits calculation:**





**= Net Profits**

Author will not be liable for losses.

The author will be granted meaningful consultation on the marketing.

I hope this will help provide ▮ with all the information he needs into making his decision. We're looking forward to hearing back.

Best,
Madeline

HIGHLY CONFIDENTIAL

BPRH-LIT-000029919



# The Penguin Random House Advantage

- **#1 Global Publisher**
- **270+ imprints worldwide**
- **600 million books sold every year**
- **500+ NYT bestsellers per year**
- **60+ Nobel Prize laureates**

## What Sets Us Apart

### Broadest Sales and Distribution Reach

With an industry-leading supply chain and specialized sales teams for every kind of retail channel—including non-traditional, B2B and educational accounts—**we get our books into consumers' hands faster and more reliably than our competition.**

- Largest publishing sales force **(400+ reps)** with deepest, most extensive account relationships
- Distribution to **28,000 US retail locations**, more than any other publisher
- Biggest international sales force in the industry, with global reach to readers in **175+ countries**
- Only publisher shipping to Amazon multiple times per day, seven days a week

### Reaching Your Readers

With **more consumer relationships than any book publisher** or dedicated book retailer, we are the best at finding the right audience for each of our books, no matter the genre or topic.

- **22 million** consumers reached monthly across web, social and email outreach
- **16.6 million** email subscribers in our consumer database
- **310+ million** fans across our corporate, divisional and authors' social media
- **70,000-member online reader panel** to inform successful positioning of our titles

### Beyond the Book

We offer a variety of other services to help our authors expand their audience reach and revenue beyond the book.

- **Grammy-winning** Audio Team with 15 recording studios, 13 producers, ….
- **Author Portal** featuring weekly sales figures, royalty statements, graphing tools and bestseller data, exclusive author discount, and a wealth of publishing resources and tutorials from in-house experts to help you engage fans, grow audience, and drive book sales
- **PRH Speakers Bureau:** Booked **850+ events** with **220+ authors** and sold **180k+ books in 2019**
- **Video Team:** 1,000+ videos produced via in-house digital studio with over **27 million views in 2019**
- **E-courses and Podcasts:** Work with array of strategic partners to develop and distribute online course and podcast content for authors and drive incremental book sales
- **Licensing and Merchandising:** Out of Print Clothing® sells literature-inspired apparel, accessories and novelties directly to consumers online and in over 1,000 wholesale accounts, in 90+ countries

### Social Responsibility

With **$10 million** in U.S. charitable donations, author ambassador opportunities with partner organizations like Save the Children, First Book, and PEN, and a variety of ongoing diversity and sustainability initiatives, we are a publishing partner our authors can be proud to work with.

**HIGHLY CONFIDENTIAL**                                                                                          BPRH-LIT-000029920