| | |
|---|---|
| **Date:** | Friday, January 18 2019 12:16 PM |
| **Subject:** | confidential: RH/C integration |
| **From:** | McIntosh, Madeline |
| **To:** | Dohle, Markus |
| **Attachments:** | Crown Integration Memo 1-18-19.pdf |

Hi Markus. Attached is the summary of the changes that we discussed. I'll also share this afternoon what the communication plan looks like.

The news re: fiction moving to RH and BBD has already taken place to VERY positive responses from agents. Andrew Wylie, Molly Friedrich, Stefanie Rostan, all others: happy to have Susan and Kara overseeing their authors and keeping their editors.

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0241**

HIGHLY CONFIDENTIAL                        BPRH-LIT-000094378

# RANDOM HOUSE – CROWN INTEGRATION MEMO
## January 17, 2019

**Random House**

Random House is the name of our group, and there are three main divisions:
1) Ballantine Bantam Dell
2) Crown
3) Random House

We are focusing the editorial profiles of each group as follows:

1) **Ballantine Bantam Dell** (BBD) – Primarily commercial fiction
   - Imprints:
     * Publisher: Kara Welsh
       - Ballantine Books
       - Bantam Books
       - Dell
       - Delacorte Press

     * Publisher: Scott Shannon
       - Del Rey

   - Editors Julian Pavia and Hilary Teeman will join BBD
   - BBD will no longer be acquiring prescriptive nonfiction
   - Marnie Cochran transferred to the Harmony/Rodale team working under Diana Baroni and acquiring prescriptive nonfiction to increase our market share in that category.

2) **Crown** – Nonfiction, lifestyle, and Christian publishing
   - Imprints:
     * Co-Publishers: David Drake and Aaron Wehner
       - Crown Trade
       - Clarkson Potter
       - Harmony
       - Rodale Books
       - Ten Speed Press

     * Publisher: Tina Constable
       - Convergent
       - Currency
       - Image
       - Multnomah
       - WaterBrook

- Crown Archetype will publish out titles already announced under this imprint; going forward, celebrity titles will be acquired under Crown Trade.

- Forum will publish out titles already announced under this imprint and then will be quietly discontinued. We will continue publishing select conservative voices under Crown Trade and otherwise cede the category to Sentinel.

- Regardless of editorial transfers, fiction titles will stay on the Crown list through 2019 with their existing editors, publicists, and marketing persons, but will be supported by the BBD marketing team.

- If we own future books of fiction by a Crown author, with the approval of author and agent, we will move it to the BBD list. If we own a future nonfiction book by a BBD author, we would move to Crown if the author approves.

- In the future, agents would submit to the editor of their choosing on the appropriate list.

- Random House and BBD will continue to do a house bid, and Crown would bid separately, so the agents will not lose a bid. Of course, there will be less internal competition with the focused editorial profiles in our three divisions.

- Clarkson Potter is mostly unaffected.

- Christian publishing is currently unaffected. We will be analyzing this publishing program.

3) **Random House** (RH) – Literary fiction and narrative nonfiction

- Imprints:

    * Publisher: Susan Kamil
        ◦ The Dial Press
        ◦ Hogarth
        ◦ Random House

    * Publisher: Tom Perry
        ◦ Modern Library

    * Publisher: Chris Jackson
        ◦ One World

- The Spiegel & Grau imprint will be discontinued. We will publish out their books through 2019 as Spiegel & Grau titles (contingent on their permission). All future titles will be reassigned to other divisions.

- We are phasing out our e-only publishing program.

3

The structure of our support departments follows:

4) The **Finance**, **Production**, and **Subrights** departments will be combined, reporting to Bill Takes.
   - **Finance** will be led by Patsy Tucker (VP, Director of Business Operations & Analytics).
     * Jill Flaxman will now be SVP, Deputy Publisher of Clarkson Potter, Harmony, Rodale, and Ten Speed Press, reporting to Aaron Wehner.
   - **Production** will have two teams:
     * Derek Gullino: 4-color publishing
     * Lisa Feuer: 1-color publishing
   - **Subrights** will have co-directors: Denise Cronin and Lance Fitzgerald.

5) The **Art** department will be combined into a single team led by Paolo Pepe (SVP, Creative Director).

6) The combined **Marketing and Publicity** departments will be led by Theresa Zoro.
   - Donna Passannante will be moving to PRH Audio.
   - Carisa Hays will be heading the Speakers Bureau

## Reductions

- Editorial: ■
- Digital: ■
- Finance: ■
- Subrights: ■
- Production: ■
- Art: ■
- Marketing & Publicity: ■

■ terminations
■ enior positions eliminated ■■■■■■■■■■■■■■
■ open positions eliminated

**Savings & Benefits:** ■

HIGHLY CONFIDENTIAL                                                                                      BPRH-LIT-000094381