**Date:** Tuesday, June 23 2020 06:28 PM
**Subject:** Re: [redacted] auction
**From:** Wolf, Wendy (PGI) <[redacted]>
**To:** Tart, Brian <[redacted]>;
**CC:** Schulz, Andrea <[redacted]>; Nolan, Patrick <[redacted]>; Cicel, Terezia <[redacted]>;

Either I came in at some fraction of what he thought the advances should be or every single person bid on audio. As I say [redacted] so it's hard to know

Wendy Wolf

> On Jun 23, 2020, at 6:25 PM, Tart, Brian <[redacted]> wrote:
>
> Bizarre. Any idea what happened?
>
> Sent from my iPad
>
>> On Jun 23, 2020, at 6:22 PM, Wolf, Wendy (PGI) <[redacted]> wrote:
>>
>> Well this is a first.
>>
>> Begin forwarded message:
>>
>>> **From:** [redacted]
>>> **Date:** June 23, 2020 at 5:44:42 PM EDT
>>> **To:** "Wolf, Wendy (PGI)" <[redacted]>
>>> **Cc:** "Cicel, Terezia" <[redacted]>
>>> **Subject: Re:** [redacted] auction
>>>
>>> Dear Wendy,
>>> We are rejecting this offer and indeed all the responses to this auction. We'll be restructuring the auction rules. I'll call you tomorrow with the details.
>>> Best,
>>> [redacted]
>>>
>>> On Tue, Jun 23, 2020 at 3:49 PM Wolf, Wendy (PGI) <[redacted]> wrote:

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0320**

HIGHLY CONFIDENTIAL                                                                      BPRH-LIT-001110086

We are delighted to enter the auction for ▓▓▓▓▓ new book. As I've said loudly and frequently, our whole office wants to put its heart and soul into publishing this author and this book. She has the breadth of experience, the hard-earned insights, and the emotional balance so badly needed at this juncture in our history. I can say a lot more about our plans and ideas as we progress.

Here's our offer:

Advance $250,000

World rights, including first serial, audio, and translation.

Normal splits and royalties.

Please confirm you've received this, and when we can expect the next steps (I'm assuming tomorrow morning).

Cheers

Wendy

Wendy Wolf

Viking

*Keep washing them paws*

HIGHLY CONFIDENTIAL                                                                                                       BPRH-LIT-001110087