**Date:** Monday, June 29 2020 10:34 AM
**Subject:** Re: ███ auction our turn
**From:** Wolf, Wendy (PGI) <███>
**To:** Tart, Brian <███>;
**CC:** Schulz, Andrea <███>; Nolan, Patrick <███>; Cicel, Terezia <███>;

You got it.

Wendy Wolf

> On Jun 29, 2020, at 10:33 AM, Tart, Brian <███> wrote:
>
> I say $500k.
>
>> On Jun 29, 2020, at 10:29 AM, Wolf, Wendy (PGI) <███> wrote:
>>
>> Remember this?
>>
>> It's down to us versus one house. From two imprints which I'm assuming is some SNS configuration probably including atria. Anyhow it's at 475 (they went up from our 450 on Friday) I guess the third had a fear of 500
>>
>> It's our turn to bid and we can go to the 500 or we can jump it up a little and test that theory. ███ did say "let's see a little of that PRH muscle." It doesn't really matter because you know at some point he's going to go to Best bids and then we're just gonna figure out how much to jump!
>>
>> Await commands.
>>
>> Wendy Wolf
>>
>

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0324

HIGHLY CONFIDENTIAL                                              BPRH-LIT-001110728