**Date:**    Tuesday, June 30 2020 02:02 PM
**Subject:**  Re: ███ best bids.
**From:**    Wolf, Wendy (PGI) ████████████████████
**To:**     Tart, Brian ████████████████████

Agreed

Wendy Wolf

> On Jun 30, 2020, at 1:58 PM, Tart, Brian ████████████████████> wrote:

I'm checking to see if we can stretch.  Otherwise I don't think we stand a chance.

Sent from my iPad

> On Jun 30, 2020, at 1:49 PM, Wolf, Wendy (PGI) ████████████████████wrote:

I think so – there just is literally no telling what the opponents hold in their hands, esp if it's S&S and they're looking at their winning streak in politics. On the other hand, this isn't an anti-Trump book (per se). It's at the very outer limits of our comfort zone (and we could speculate forever on what they'd do). Can you get us cleared for that?

ww

Wendy Wolf
Viking
*Keep washing them paws*

**From:** "Tart, Brian" ████████████████████
**Date:** Tuesday, June 30, 2020 at 1:46 PM
**To:** Wendy Wolf ████████████████████
**Subject:** Re: ███ best bids.

Yes.  What do you think?  Maybe $775k gives us a shot?

Sent from my iPhone

> On Jun 30, 2020, at 1:39 PM, Wolf, Wendy (PGI) ████████████████████wrote:

You saw this, yes? Mind cracking under stress and rain….

Wendy Wolf
Viking
*Keep washing them paws*

<div style="border:2px solid black; background:yellow; display:inline-block; padding:8px; text-align:center;">

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0326**

</div>

HIGHLY CONFIDENTIAL

**From:** Wendy Wolf █████████████████████
**Date:** Tuesday, June 30, 2020 at 11:08 AM
**To:** "Tart, Brian" ███████████████████
**Subject:** Re: ███████

Best bids by 5 pm, and the highest number wins. If it's a tie, █████ will decide.  I said, "so You don't want a marketing or publicity plan?" and he said no, we were so convincing in the meeting – and she'd feel completely comfortable with either. Since the other house is (or at least was) a house bid of two, I'm presuming it's S&S/Atria, and S&S has political bestseller chops like no other right now. That doesn't mean we don't send in anyhow, but your call. It doesn't betray any trade secrets…

We have till 5 pm.

ww

Wendy Wolf
Viking
*Keep washing them paws*

---

**From:** "Tart, Brian" █████████████████████
**Date:** Tuesday, June 30, 2020 at 10:43 AM
**To:** Wendy Wolf █████████████████
**Subject:** Re: █████

Let's see what he says.

Sent from my iPhone

> On Jun 30, 2020, at 10:34 AM, Wolf, Wendy (PGI) ███████████████████████ wrote:
>
> He came back with 650 and I had the talk. I explained all the reasons – and also that if he just continued this game of chicken until one of us blinks, he'll never know what the max the other had was, which made him stop and think. Getting the absolute most money appears to be his #1 priority. I said if that's true, then tell me that now so I won't bother sending the fabulous marketing, publicity, and editorial letter.
>
> I've given him pause to think and he'll talk to █████ and call me back later.
>
> Sigh.
>
> ww
>
> Wendy Wolf
> Viking
> *Keep washing them paws*

---

**From:** "Tart, Brian" █████████████████████
**Date:** Tuesday, June 30, 2020 at 9:06 AM
**To:** Wendy Wolf █████████████████

BPRH-LIT-001111023

**Subject:** Re: █████

Yes.  We should really push him to go to best bids now if they come back at $650k.  Tell him you are losing everyone to the holiday this week and worry you won't get everyone when you need to, or something along those lines.

> On Jun 30, 2020, at 9:04 AM, Wolf, Wendy (PGI) ████████████████████████ wrote:
>
> Done. I have edit letter/marketing & publicity memos ready to go but presume they don't get sent till our final bid is in, correct?
>
> Wendy Wolf
> Viking
> *Keep washing them paws*
>
> ---
>
> **From:** "Tart, Brian" ████████████████████████████
> **Date:** Monday, June 29, 2020 at 5:16 PM
> **To:** Wendy Wolf ████████████████████████
> **Subject:** Re: █████
>
> Do you want to wait to bid tomorrow morning?  I say $625k.
>
> Sent from my iPad
>
>
> > On Jun 29, 2020, at 5:11 PM, Wolf, Wendy (PGI) <
> > ████████████████████████ wrote:
> >
> > Ok the pace has picked up.  I bid 575 and they went to 600 even in five minutes.
> >
> > Ww
> >
> >
> > Wendy Wolf
> > Viking
> > *Keep washing them paws*
> >
> > ---
> >
> > **From:** "Tart, Brian" ████████████████████████
> > **Date:** Monday, June 29, 2020 at 4:56 PM
> > **To:** Wendy Wolf ████████████████████████
> > **Cc:** "Nolan, Patrick" ████████████████████████████, "Cicel, Terezia" ████████████████████████
> > **Subject:** Re: █████
> >
> > We are approved to $700k.  I would go to $575k.
> >
> > > On Jun 29, 2020, at 4:33 PM, Wolf, Wendy (PGI) <

HIGHLY CONFIDENTIAL

████████████████████████ > wrote:

OK they finally came back with 550$ after six hours.

Let's move fast on whatever we do to show we mean business, not agonizing or nickel and diming.

I am not sure what our limit is, I realize?

Awaiting orders.

ww


Wendy Wolf
Viking
*Keep washing them paws*

**From:** ███████████████████████████████
**Date:** Monday, June 29, 2020 at 10:49 AM
**To:** Wendy Wolf ████████████████████████ >
**Subject:** Re: ████████████

got it.

On Mon, Jun 29, 2020 at 10:39 AM Wolf, Wendy (PGI) < ████████████████████████ wrote:

> We will go to $500k. Same everything.
>
> Please confirm !
>
> Wendy Wolf

HIGHLY CONFIDENTIAL