**Date:** Tuesday, June 30 2020 04:33 PM
**Subject:** Re: [redacted] package
**From:** Wolf, Wendy (PGI) [redacted]
**To:** Tart, Brian [redacted]

In case he asks it would be
77,500 on signing
116,250 on 9/15/2020 (that still the date?)
193,750 on d&a, hc pub, pbk

Yes?

I'll be offline from 5-6.15 tonight.

ww

Wendy Wolf
Viking
*Keep washing them paws*

---

**From:** "Tart, Brian" [redacted]
**Date:** Tuesday, June 30, 2020 at 4:19 PM
**To:** Wendy Wolf [redacted]
**Subject:** Re: [redacted] package

No wiggle room on the payout.

Okay to go for the $775k. Let's bring this home!

> On Jun 30, 2020, at 4:09 PM, Wolf, Wendy (PGI) [redacted] wrote:
>
> I'm being silent on payout, of course, at this juncture.
>
> Let me know if I can push the button.
>
> Wendy Wolf
> Viking
> *Keep washing them paws*

---

**From:** Wendy Wolf [redacted]
**Date:** Tuesday, June 30, 2020 at 4:01 PM
**To:** "Tart, Brian" [redacted]
**Subject:** Re: [redacted] package

Me too. I think bonusses would be sneered at. Do you want to talk this through?

Wendy Wolf
Viking
*Keep washing them paws*

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0327

HIGHLY CONFIDENTIAL                                           BPRH-LIT-001111074

**From:** "Tart, Brian" <​███​>
**Date:** Tuesday, June 30, 2020 at 4:00 PM
**To:** Wendy Wolf <​███​>
**Subject:** Fwd: ███ package

Well, we got the $775k—should we go for it? I'm feeling we should.

Begin forwarded message:

**From:** "Mccormick, Tina" <​███​>
**Subject: RE:** ███ package
**Date:** June 30, 2020 at 3:21:50 PM EDT
**To:** "Tart, Brian" <​███​>
**Cc:** "Dobson, Allison" <​███​> "Ziga, Katharine" <​███​> "Lally, Jennifer" ███

Hi Brian –

It really depends on how confident you are that we could hit these sales levels (actually...you'd need to slightly exceed them to hit our required margins).

At $775k, we are slightly below our minimum profit margin requirement of 10%. I would feel better at $750k (with bonuses that could get you to $800k or $850k if that would help).

If you feel you need to go to $775k base, just know it will be a tight margin unless you can beat these sales numbers.

Here is the updated P&L.

If you decided to go with $750k advance – you could offer the following bonuses:

Pay $50,000 bonus if earnings equal or exceed $560,000 in the first 12 mths of pub;
Pay *another* $50,000 bonus if earnings equal or exceed $600,000 in the first 12 mths of pub.

Let me know what you decide to do.
Thanks

**From:** Tart, Brian <​███​>
**Sent:** Tuesday, June 30, 2020 1:58 PM
**To:** Mccormick, Tina ███
**Subject:** Fwd: ███ package

Here is the other best bid we are in now. We are cleared to $700k and the auction is at $650k. Likely S&S since there are two imprints bidding. We feel we would have a chance if we stretch to $775k with our final bid. The co author is ███ and we are confident in getting media for this. Can we stretch to $775k with this last bid? Seems like it would be worth the stretch to get her on our list.

Sent from my iPad

Begin forwarded message:

HIGHLY CONFIDENTIAL                                                                                                                       BPRH-LIT-001111075

From: "Dobson, Allison" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
Date: June 16, 2020 at 10:45:12 AM EDT
To: "Tart, Brian" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: "Ziga, Katharine" <▓▓▓▓▓▓▓▓
Subject: Re: ▓▓▓▓▓▓ package

Looks good. Good luck!

Allison Dobson
▓▓▓▓▓▓▓▓

> On Jun 16, 2020, at 10:17 AM, Tart, Brian ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
>
> We are looking to bid on this ▓▓▓▓▓▓ memoir. Offers due next week. We are valuing it at $700k advance and think we can hit the ▓▓▓▓▓▓▓▓ market. There is great Publicity support for this and we feel ▓▓ is poised to become a big voice in this space. And she is writing it with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ so we feel that adds value, too.
> Brian
>
>> Begin forwarded message:
>>
>> From: "Lally, Jennifer" <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> Subject: RE: ▓▓▓▓▓▓ package
>> Date: June 15, 2020 at 4:09:38 PM EDT
>> To: "Tart, Brian" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> Cc: "Ziga, Katharine" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ "Mccormick, Tina" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>>
>> Brian,
>>
>> The P&L looked good. I am ok with the sales assumptions given the comps (and those are POS for ▓▓▓▓▓▓ below; LTD net is 83k).
>>
>> Attached is the P&L again with the $700k advance and Audio offset added in. Let me know if you want to me to make any other changes. Otherwise, ok to send to AD.
>>
>> Thanks,
>> Jen
>>
>> From: Tart, Brian ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> Sent: Monday, June 15, 2020 8:47 AM
>> To: Lally, Jennifer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Ziga, Katharine <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> Subject: Fwd: ▓▓▓▓▓▓ package
>>
>> We are very interested in this. Basing it on ▓▓▓▓▓▓ seems right to us. Will talk to AD after you. Thanks.
>> Brian

HIGHLY CONFIDENTIAL
BPRH-LIT-001111076

Begin forwarded message:

**From:** "Schulz, Andrea" ▬
**Subject: FW:** ▬ **package**
**Date:** June 15, 2020 at 8:43:14 AM EDT
**To:** "Tart, Brian" ▬

Here is a memo from Wendy and a p&l that gets us to $700K for a new book by ▬ ▬, a combination of authors that gives us a real opportunity for us to bring ▬ to our list. The numbers are from ▬, and Lindsay is certain she could get that level of media attention and ongoing audience for ▬, as her ▬, and it feels like ▬ ▬. ▬ is selling this – we are still awaiting a closing notice, but he was aiming for early this week. Other comps below. Let me know if I can send you anything else. Thanks.

**From:** Wolf, Wendy (PGI ▬
**Sent:** Thursday, June 11, 2020 3:21 PM

As you may remember, we saw a proposal from ▬ about six months ago; it was simply too academic and dry, more her ▬ than a trade book. She has rethought the entire project as well as brought in a researcher and, more importantly, a cowriter (the wonderful and talented ▬) which has resulted in what I think is a strong and provocative proposal that grows more timely by the second.

If anyone has standing on ▬ ▬. Her book deftly combines personal anecdotes and experiences with ▬ ▬. She has injected a strong personal voice and narrative into the book, and takes it all the way up to ▬ ▬

We had an excellent meeting with her this morning, and she brings authority and warmth to her ▬ ▬ The outline is still a bit of a marketbasket of themes, ideas, and directions, but her strong and caring voice carries it and she's eager to collaborate on shaping it.

HIGHLY CONFIDENTIAL

BPRH-LIT-001111077

Patrick and Elda share my enthusiasm. I'll quote Elda first:

"I think that for many people 

Patrick added, "She was wonderful and it was so great to speak with her. The first book I ever worked on that gave me the feeling that publishing and books can have a deep impact on society was 

She is projecting 75,000 words to be delivered at the end of 2020 for a Fall 2021 publication.

The attached P&L is based on the hc and e figures for ▉▉, with a 2/3 paperback ratio from Patrick, putting his (or our) money where his mouth is.

No other Penguin imprints are in on this.

Here are the other relevant comp titles:

HC: 167,980

HC: 96,447
EL: 38,483
Audio: 45,997

HC: 169,841

HC: 54,840

HIGHLY CONFIDENTIAL
BPRH-LIT-001111078

EL: 27,219
Audio: 21,452

HC: 108,043
TP: 73,430
EL: 39,701

THanks

ww

Wendy Wolf
Viking
*Keep washing them paws*

HIGHLY CONFIDENTIAL

BPRH-LIT-001111079