**Date:** Friday, August 14 2020 10:22 AM
**Subject:** RE: audio obstacle
**From:** Nolan, Patrick <■■■■■■■■■■■■■■■■■■■■■■■■■■>
**To:** Tart, Brian <■■■■■■■■■■■■■■■■■■■■■■■■>

Indeed although I don't think he was being strategic in that way as he was just making a deal with his existing audio publisher – one that he has had a great relationship with all through these years. We also make deals and have a great relationship with ■■■■■.

---

**From:** Tart, Brian <■■■■■■■■■■■■■■■■■■■■■■■■>
**Sent:** Friday, August 14, 2020 10:14 AM
**To:** Nolan, Patrick <■■■■■■■■■■■■■■■■■■■■■■■■>
**Subject:** Re: audio obstacle

Unknowingly, he had the same strategy as all those agents years ago when then first made Audio deals with Audible.

> On Aug 14, 2020, at 10:02 AM, Nolan, Patrick <■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■> wrote:
>
> I completely understand our interest in having audio in every deal possible – and that's exactly what we do and we stand up to these ridiculous "audio offer in place" positions agents bring us with projects and I believe we have prevailed in almost every instance. I was not aware of a hard policy with no exceptions – basically because we manage to insist that we will only offer with audio and that's not contested. In this case, I can't do what you are suggesting as ■■■■ has already contracted with audio before he had a single conversation with us – he did not let me know this (or was inexact) as he said " he was going to go with ■■■■ not "I've made a deal with ■■■■ – so I continued to press for him to consider PRH and the benefits for all involved (making the arguments you include below along w/ the opportunity for more ■■■■■■■ given the lower costs directly linked to the audio). I was shocked to find out that he already had a deal and had his advance from ■■■■ – this is what has been funding his project during this period that we have been in discussions with him.
>
> I go after every deal with the objective to obtain as many rights for a fair price – in this case it's a joint venture but he already has an audio partner.

---

**From:** Tart, Brian <■■■■■■■■■■■■■■■■■■■■■■■■>
**Sent:** Friday, August 14, 2020 9:49 AM
**To:** Nolan, Patrick <■■■■■■■■■■■■■■■■■■■■■■■■>
**Subject:** Re: audio obstacle

I wonder if you can just leave the deal out there with ■■■■ and say to him that he will be getting ■■■■ on our audio deal, which will be significant. ■■■■■■■■ sales of ■■■■ are ■■■■■■. It's a huge market. The audio book benefits entirely from the book's publicity, marketing, packaging, positioning, editing, etc—all things I know you know, but maybe ■■■ hasn't thought that through. We can't give up ■■■ of the market for this book. The outside Audio players do almost zero marketing certainly nothing approaching our marketing and publicity. They get a free ride.

For at least the last five years, but more likely the last ten years, we have bought everything with Audio. The market is very robust for Audio now and will continue to be. We have to get those rights, especially true on books like this one that likely will have significant audio sales. We have walked away from much bigger deals because of it. Remember when Amazon was offering seven figures on Audio before books were sold to publishers? We turned down big book after big book until agents realized we would not play

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0328**

HIGHLY CONFIDENTIAL                                                                                                BPRH-LIT-001115226

in an auction without Audio. And now they always sell us Audio. We can't do deals without them. It is likely ▮ would tell ▮ and then ▮ will know that we bought a book without Audio.

I feel your frustration, especially since I want to publish this book, too. Maybe ▮ will see that a ▮ on Audio will be more beneficial to him than his other deal? Long shot, I know.

> On Aug 14, 2020, at 9:13 AM, Nolan, Patrick <▮> wrote:
>
> I'm not going to appeal this decision but it seems to be detrimental to our success – ▮ is not represented by a powerful agency ▮ and he has a long, successful history with this company. Nothing is gained by our stance here and the loss is potentially large.

**From:** Ziga, Katharine ▮
**Sent:** Thursday, August 13, 2020 1:04 PM
**To:** Nolan, Patrick <▮> Tart, Brian <▮>
**Subject:** RE: audio obstacle

Hi Patrick – so sorry to hear this after all the work involved! I just checked with Allison and unfortunately we can't proceed without the audio. I'm sorry it didn't work out.

**From:** Nolan, Patrick ▮
**Sent:** Wednesday, August 12, 2020 12:50 PM
**To:** Ziga, Katharine <▮> Tart, Brian ▮
**Subject:** FW: audio obstacle

You will see below that ▮ is already in contract with ▮ for the audio – he is claiming that he told me this "from the beginning" but honestly I don't recall him telling me that – only that he was very happy with the way ▮ works with him and he planned to work with them on this (I had ambition to convince him to work with us w/ audio – tried many times to pitch but was rebuffed but he never told me I was wasting my time as he was already in contract). As he already is in contract with ▮ and has received advances from them, is there room for us to make a deal for the remaining formats or does Penguin Random House never acquire a project where audio has already been sold? I apologize for not having this situation clear from the start – and understand if it prohibits us from signing up physical/digital.

**From:** ▮
**Sent:** Wednesday, August 12, 2020 12:36 PM
**To:** Nolan, Patrick <▮>
**Subject:** Re: audio obstacle

yes, Patrick,

already for months!
and I made that clear to you, right from the start.
(How do you think I'm financing this big project? I certainly have not been able to wait for money from Penguin; which ultimately is my own money! risk free for you.)

HIGHLY CONFIDENTIAL                                                                                                              BPRH-LIT-001115227

Audio was never on the table, and you knew that.
I have never said anything to the contrary.
(And by the way, I wouldn't say I'd make a deal with them and go back on my word.)

The framework for the deal was this way when I first contacted you, while we continued discussion, when we had phone conferences, when I informed you again about not having text-to-voice in your e-book because the audio publisher insisted upon it…
Never has this been unclear.

Your accountants may not like that, but that is the way this deal has always been discussed.
You can certainly share all our correspondence with them if you like.

I'm actually a bit surprised by all this.

best,

████

> On Aug 12, 2020, at 12:08 PM, Nolan, Patrick <███████████████████████> wrote:
>
> Am I correct in understanding that you already have a deal in place for ████████ with ████?
>
> P

**From:** ████████████████████████████
**Sent:** Wednesday, August 12, 2020 11:57 AM
**To:** Nolan, Patrick <████████████████████████>
**Subject:** Re: audio obstacle

> On Aug 12, 2020, at 11:54 AM, ████████████████████████ wrote:
>
> Dear Patrick,
>
> Neither of us can change the past, it's true.
> But because of that past experience, I have over time developed a strong and fruitful partnership with an audio company.
> That has been a wonderful and productive relationship, to which I also now have pleasant ties and obligations.
> And with them, they responded immediately (despite Covid) and flexibly;
> they understood this project right from the start, and were quick to respond and support it.
> They understand the ever-changing culture of today;s market and will, therefore, be part of the future.
>
> If Penguin cannot get out from under their self-perception as a monolith, that monolith will be their undoing; companies need to be flexible and adapt, and be creative in the way they do business.
> Sticking, inflexibly, to outdated structures will not help your business.

HIGHLY CONFIDENTIAL                                                                                          BPRH-LIT-001115228

Your old ways enables you to hide behind the chaos of Covid to try and figure things out; now it seems you are hiding behind the old structures as a way of trying to get something you knew was not on the table from the start.
And if it is true that the bookkeepers are calling the shots in your company, then you are NOT really in the business of creative publishing.
That will not be good for your survival.

If this cannot be overcome, your company will miss out on many great projects, including this one.
That's too bad.

best,

▮

> On Aug 12, 2020, at 11:08 AM, Nolan, Patrick <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:
>
> Hi ▮
>
> I know you have a long history with the company but it has transformed and changed and worked very hard to keep your ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ consistent bestsellers -- I'm not able to go back in time and change things that you experienced but I do know that a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for your new book is a structure that will outlast both of us as a fair and strong agreement for the future. We are a different company and we are format agnostic when it comes to bringing the work to the readers -- audio, ebook, physical book. I really hope we can figure this out -- knowing how important the right deal is for now and the future.
>
> p
>
> -----Original Message-----
> From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> Sent: Wednesday, August 12, 2020 10:18 AM
> To: Nolan, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
> Subject: Re: audio obstacle
>
> Patrick,
> I was never fussy about our deal,
> Penguin lost audio many years ago,when it had not the vision and foresight to enter that business.
> E books ,a contract forced on us,was never revised,when it became clear,that the author should get a bigger cut.
> Penguin made also a sloppy,loveless product with it.
> As you say,the quality is better now.

HIGHLY CONFIDENTIAL
BPRH-LIT-001115229

The Penguin on my books mean a lot to me.
More sentiment then a necessity.
The future earnings of ▮▮▮▮▮▮▮ is a RISK FREE Commitment on your part.

▮▮▮▮▮▮▮▮▮▮ will be sold ,the most efficient way available to producers with credit and cloud,like myself

Those channels will except ▮ money as collateral, The only question I have to answer for, Why is Penguin not doing it themselves ?

I will tell them exactly what happened,
They overplayed there cards,
Penguin lives in yesterday.

I will use my anger as energy.



The sad thing ,Patrick,is loosing you,
finally I had a real publisher at Penguin to talk to, brainstorm ideas and stategies.
We where on our way to do a lot together.
I enjoyed the relationship.

My audio publisher signed up for a much better deal then yours,right from the start with a contract without fuss and problems.
'A delight to work with you,you make beautiful products,'they said.
The project is secured and will be finished the first of May, 2021.

HIGHLY CONFIDENTIAL

BPRH-LIT-001115230