**Date:** Monday, October 26 2020 05:22 PM
**Subject:** RE: Penguin house bid: ▓▓▓▓▓▓▓▓▓▓ by ▓▓▓▓▓
**From:** Lorentzen, Allison R
**To:** Tart, Brian
**CC:** Schulz, Andrea

▓▓ just wrote to say they went with Riverhead. Sorry this one didn't work out but still felt right to go for it.

---

**From:** Tart, Brian
**Sent:** Monday, October 26, 2020 2:27 PM
**To:** Lorentzen, Allison R
**Cc:** Schulz, Andrea
**Subject:** Re: Penguin house bid: ▓▓▓▓▓ by ▓▓▓▓

All set for $500k. Riverhead is with us.

> On Oct 26, 2020, at 1:00 PM, Lorentzen, Allison R <▓▓▓▓▓▓▓▓▓▓▓> wrote:
>
> Looks like we made it to the 2nd round! High bid of first round was $310k. I'm inclined to go to $500k if that is what we are cleared to. Spoke to ▓▓ this morning and she said the author loved our call so I think we'd at least be in contention.

---

**From:** ▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, October 26, 2020 12:57 PM
**To:** James, Casey Blue
**Cc:** Lorentzen, Allison R ▓▓▓▓▓▓▓▓▓▓ Mcgrath, Sarah <▓▓▓▓▓▓▓▓▓▓>
**Subject:** RE: Penguin house bid: ▓▓▓▓▓ by ▓▓▓▓

Hi Casey
Thank you for this. I'm pleased to say that Riverhead and Viking have made it into the next round and have the opportunity to increase their offer. The top bid of the last round as $310,000. There are actually five bidders in this round (so six imprints, including Viking and Riverhead) as two bidders came in at the same number. And I can confirm there are non PRH imprints in the mix.
I'm asking that this next and final bid come in by 3:30pm if that's possible. I can be reached at ▓▓▓▓▓▓ ▓▓▓▓ if you'd like to discuss.
Thanks so much,
▓▓▓

---

**From:** James, Casey Blue
**Sent:** Monday, October 26, 2020 11:56 AM
**To:** ▓▓▓▓▓▓▓▓▓▓
**Subject:** Penguin house bid: ▓▓▓▓▓▓▓▓▓

Hi, ▓▓—
Greetings from Allison Dobson's virtual office at Penguin Publishing Group! I hope you've been well, all things considered. I'm pleased to be in touch with a Penguin house bid on behalf of two very enthusiastic imprints—Riverhead and Viking—for ▓▓▓▓▓▓▓▓ by ▓▓▓▓▓▓.
You are likely already quite familiar with the Penguin Random House bidding rule, but I always like to reiterate it in advance just in case: As long as there's a third, non-PRH party still in the auction, Penguin and the other PRH US

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0332**

divisions can bid against each other. When it gets down to just PRH bids, though, we can only match each other; we can't further bid each other up.

As always, I will be your point-person on rights and money during the auction, but you may of course continue to be in touch with the Penguin imprints directly re: editorial vision, marketing plans, etc.

Without further ado, here is our opening bid:

**Advance: $250,000**
**Territories: North America plus open market (incl. non-exclusive Europe)**
**Rights: Audio, first serial, ebook rights, all standard print format rights, and all other rights on offer**

Please don't hesitate to let me know if there's anything else I can send over at this stage. Could you kindly confirm receipt?

Thank you!
Casey Blue

Casey Blue James
Director, Business Development
Penguin Publishing Group | Penguin Random House
1745 Broadway, New York, NY 10019