**Date:** Thursday, June 14 2018 03:52 PM
**Subject:** RE: ███████ update
**From:** Bodnar, Georgia ███████
**To:** Tart, Brian ███████

Hi Brian,

I just spoke with ███ and her sense is that ███ will need to take the night to think about it. She sort of assured me that we'd be a contender at the end, so I imagine she expects the other bidder to drop out, but who knows.

She said the most important thing for ███ is the editorial vision and acumen of whomever she's working with, so that if I want to write a letter, I should center it around that—I'll get started on the letter and send it your way once it's finished.

Re ███ he's just sent me the ███ chapter. I'm reading it now, and we're going to discuss it immediately after. I'll keep you posted.

Best,
Georgia

Georgia Bodnar | Viking Books | ███████ | www.penguinrandomhouse.com

---

**From:** Tart, Brian
**Sent:** Thursday, June 14, 2018 2:07 PM
**To:** Bodnar, Georgia ███████
**Subject:** RE: ███████ update

Let's talk.

---

**From:** Bodnar, Georgia
**Sent:** Thursday, June 14, 2018 2:06 PM
**To:** Tart, Brian ███████
**Subject:** RE: ███████ update

Thanks for this, Brian. I just spoke to Casey as well.

Best,

Georgia

Georgia Bodnar | Viking Books ███████ www.penguinrandomhouse.com

---

**From:** Tart, Brian
**Sent:** Thursday, June 14, 2018 1:52 PM
**To:** Bodnar, Georgia ███████
**Cc:** Schulz, Andrea ███████
**Subject:** FW: ███████ update

Update.

---

**From:** James, Casey Blue

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0336

HIGHLY CONFIDENTIAL                                BPRH-LIT-001154783

**Sent:** Thursday, June 14, 2018 1:01 PM
**To:** Godoff, Ann <[redacted]>; Tart, Brian <[redacted]>; Ball, Christine <[redacted]>
**Cc:** Dobson, Allison <[redacted]>
**Subject:** RE: [redacted] update

Just got this note from [redacted]. Maybe we can strategize when everyone is back from lunch.

Dear Casey Blue,
Thank you again for your enthusiasm for [redacted]. In the interest of closing the auction today, we are now asking for best bids. We are currently at $890,000, with four bidders remaining, including non-PRH. I ask to have your bid in hand by 5:30 pm today, via email. We reserve the right not to go with the highest bidder.

My best,
[redacted]

---

**From:** Godoff, Ann
**Sent:** Thursday, June 14, 2018 12:43 PM
**To:** James, Casey Blue <[redacted]>; Tart, Brian <[redacted]>; Ball, Christine <[redacted]>
**Cc:** Dobson, Allison <[redacted]>
**Subject:** RE: [redacted] update

I'm happy with that plan.

---

**From:** James, Casey Blue
**Sent:** Thursday, June 14, 2018 12:42 PM
**To:** Tart, Brian <[redacted]>; Godoff, Ann <[redacted]>; Ball, Christine <[redacted]>
**Cc:** Dobson, Allison <[redacted]>
**Subject:** [redacted] update
**Importance:** High

Hi all,

An update on [redacted]. Since you each talked to Allison, it seems we have confirmed there was another – external – bidder who did in fact improve on our bid of $850k before it went to Knopf.

Here's what we've pieced together.

Yesterday afternoon:
Penguin - $850k
External – $860k
Knopf - $885k
RH dropped out when it came to them at $885k

Today:
Crown – currently their turn

Basically, the agent has followed the rules, but PRH is now the main driver of value here. So we're agreeing up to move up slowly. Crown intends to bid $890k (up only $5k). When it comes back to us (which should happen right after Crown), Allison suggests we also go up a mere $5k, to $895k. Then we'll find out from Knopf at what level it comes to them, and can continue to gauge.

OK by all of you? I'll confirm when it has come to us, and at what level.

Thanks!
CBJ

Casey Blue James
Senior Manager, Business Development
Penguin Publishing Group

HIGHLY CONFIDENTIAL

BPRH-LIT-001154785