| | |
|---|---|
| **Date:** | Friday, November 2 2018 06:31 PM |
| **Subject:** | PRH Board - Nov 2018 - US Update_11-2_no appendix.pdf |
| **From:** | McIntosh, Madeline <[redacted]> |
| **To:** | Dohle, Markus <[redacted]> |
| **Attachments:** | PRH Board - Nov 2018 - US Update_11-2_no appendix.pdf |

Hi Markus. Attached is the current draft of the US update for the board meeting. Still some more tweaking to do Monday, but this is certainly the general idea. Please let me know if you think it looks ok or have suggestions.

Good meeting with Thomas today. We mainly talked about the RH/Crown change and about the more complicated puzzle that is Knopf Doubleday. Nothing unexpected.

I'll be in the office Monday morning before flying out to Berlin. So we can talk by phone Monday or I'll see you Tuesday.

Thanks.

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0411**

HIGHLY CONFIDENTIAL

BPRH-LIT-002537201

# Penguin Random House

## U.S. – Insights and Outlook

Penguin Random House Board of Directors
November 13, 2018

Confidential Business Information-To Be Distributed to Penguin Random House Board of Directors Only

Penguin Random House

HIGHLY CONFIDENTIAL

BPRH-LIT-002537202

# What's happened since April?

| What I knew I had to tackle in 2018: | 1. Understand why we were losing market share and what to do about it | 2. Try to minimize impact of terms pressure and find ways to mitigate | 3. Manage downtown move |
|---|---|---|---|
| What happened so far: | • Listening Tour: employees & agents (ongoing)<br>• Town Halls (covering all US employees)<br><br>• Elevated two strategically critical areas to US Board level:<br>　- Consumer Marketing (appointed Sanyu Dillon)<br>　- Audio (Amanda D'Acierno)<br><br>• Promoted Nina von Moltke to Pres., Strategic Development<br><br>• Created market development structure in Sales (led by Amanda Close)<br><br>• Unified adult and kids educational sales teams<br><br>• Opportunity assessments: Juvenile (Publishing, Education, China) and Adult Non-fiction | [redacted]<br><br>• VSO (facilitated reductions in sales, fulfillment, ops/IT, royalties, contracts)<br><br>• Prioritized physical pricing initiative (new publishing-focused tools close to roll-out)<br><br>• Increased background coordination in auctions to leverage internal demand information better and avoid internal up-bidding | • Interim moves to allow for construction<br>• Final move in December |

⟵ - - - - - - - - - - • Random House & Crown announcement - - - - - - - - - - ⟶

HIGHLY CONFIDENTIAL    BPRH-LIT-002537204