**Date:** Monday, January 14 2019 07:23 PM
**Subject:** Letter 1/14
**From:** Dohle, Markus
**To:** Dohle, Markus; Karin Dohle
**CC:** Michael Dohle

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0412**

Dear Thomas,

The first phase (2008- 2012) was marked by the cultural, commercial and financial transformation of Random House. Two waves of restructuring led to a value creation of (up to) ▮▮▮▮▮▮▮▮ In parallel, the Kindle Launch spurred the first phase of the digital transformation. A series of decisions followed, from halving digital Royalty rates from 50% to 25% to the (initial) rejection of the Apple-introduced Agency Model for eBooks, making us a witness instead of a defendant in US Department of Justice (DOJ) lawsuits against the other five major publishers and Apple. Key to this phase was the way we chose to work with Amazon, which ultimately led to windfall profits and the merger with Penguin.

The second phase (2012- 2016) was about "becoming" Penguin Random House. From the initial negotiation with Pearson - still very present for both of us – to the closing on July 1, 2013 and the integration that followed, many external experts recognize ours as one of the best mergers of two global leaders in the media industry. All (financial and cultural) goals of the shareholders have been exceeded. The value creation of the PRH merger is between ▮▮▮▮▮▮▮▮ (including world market leader premium). In these years we have chosen to run our business in order to optimize shareholders profit and cash flow (versus market share and sales).

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

BPRH-LIT-002542337



HIGHLY CONFIDENTIAL BPRH-LIT-002542338



HIGHLY CONFIDENTIAL

BPRH-LIT-002542339