**Date:** Wednesday, December 12 2018 06:05 PM
**Subject:** Re: Penguin house bid:
**From:** McIntosh, Madeline
**To:** Von Moltke, Nina

I'll say! Thank you.

On Dec 12, 2018, at 5:49 PM, Von Moltke, Nina wrote:

> Glad we didn't go higher (this one definitely benefitted from the coordination!)
>
> **From:** James, Casey Blue
> **Sent:** Wednesday, December 12, 2018 4:00 PM
> **To:** Von Moltke, Nina
> **Cc:** Dobson, Allison
> **Subject:** FW: Penguin house bid:
>
> Nina, FYI: looks like all the PRH bids were the top ones. I got the note from Doug below.
>
> **From:** Douglas Abrams
> **Sent:** Wednesday, December 12, 2018 3:57 PM
> **To:** James, Casey Blue
> **Subject:** Re: Penguin house bid:

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0421**

Hi Casey Blue,

I've just had a chance to speak with ▇▇ and to discuss how he would like to move forward.

We have three top offers at $600,000. They are all from Penguin Random House so the bidding is done. Now ▇▇ has the very challenging job of deciding between six top editors.

The three priorities for ▇▇ are editorial vision, speed, and promotion. Here are the questions he has that perhaps each of the editors could answer. He might want to do a subsequent call with a couple of the editors but obviously can't speak with all six.

(1) EDITORIAL: ▇▇ is very open to editorial direction and changing the existing structure. Given his desire to move quickly (and jump into the writing), he would like to have a clear vision of how the editor might see structuring the book. The main questions are where to start the story and ▇▇

(2) SPEED: While we will contract for a year, ▇▇ would like to write the book in 6 months and to have it published in early 2020. Please let us know if this is possible at your imprint. ▇▇ He would like to know whether if he submits a draft section or chapter on a Monday, whether it would be possible fo have the draft back with edits by the following weekend, so he can keep working and continue writing quickly. He wants to work chapter-by-chapter to make sure there is no wasted time or effort.

(3) PROMOTION: There are obviously enormous opportunities to promote the book with the ▇▇ Can you please let us know your and your

teams most creative and innovative ideas for how to galvanize the movement and reach beyond the typical media outlets.

███ realizes that it may take time to respond to the questions above and would like to ask for them by the end of the week. He'll read through the responses over the weekend and may have a decision or want to schedule follow-up calls with a couple of the editors before deciding.

Please let me know if this sounds like a workable plan for you and your team.

Doug

HIGHLY CONFIDENTIAL                                                                                                  BPRH-LIT-003614621