| | |
|---|---|
| Date: | Saturday, February 23 2019 09:20 AM |
| Subject: | Re: next steps |
| From: | McIntosh, Madeline < > |
| To: | Chirico, Tony < >; |
| CC: | Von Moltke, Nina < >; |

Considering advance level, we should do payout in quarters, yes?

I'm guessing besides us it's Ecco and maybe Little Brown. If at a lower level I'd think of Norton, but it's hard to picture them playing at this level.

We'll check with Gina re terms so we're in sync.

> On Feb 23, 2019, at 8:11 AM, Chirico, Tony < > wrote:
>
> Last book had line drawings but I think they were very colorful and it may have been 4 color.
> We have certainly assumed 4 color on new one.
> Agree we should try to hold rates down.
>
> These are the rates we used and we usually do payouts in thirds on cookbooks.
> 8% to 25,000; 10% to 50,000; and 12.5% thereafter.
>
> If we are going to coordinate payout and royalties, we'll need that early Monday. I don't know how many bidders there will be. I heard Houghton got eliminated from meeting   at $1.5 mil.
>
> Sent from my iPhone
>
>> On Feb 22, 2019, at 10:39 PM, McIntosh, Madeline < > wrote:
>>
>> Worth noting on rates that the last book wasn't 4 color. Just line drawings I think, so the standard rates could have made sense in that case. But I assume this one is 4c?
>>
>>> On Feb 22, 2019, at 10:12 PM, Von Moltke, Nina < > wrote:
>>>
>>> Good to know. Agree if it's round robin, you can start where you are I assume.
>>> And agree that we should coordinate royalty rates, payouts and territory across PRH. Happy to coordinate that.
>>>
>>> _____
>>> From: Chirico, Tony
>>> Sent: Friday, February 22, 2019 6:12 PM
>>> To: McIntosh, Madeline; Von Moltke, Nina
>>> Subject: Fwd: WHAT TO COOK - next steps
>>>
>>> See below. Sounds like a round robin auction Monday. Asked Lexy to confirm that. If it is that auction format, no reason to increase initial offer yet.
>>>
>>> Thoughts? What do you think about the royalty rates? Do we want to standardize rates and payout among PRH bidders?
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>> From: "Chirico, Tony" < <mailto: >>

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0438**

HIGHLY CONFIDENTIAL                                                                                                                                           BPRH-LIT-004896258

>>> Date: February 22, 2019 at 5:59:23 PM EST
>>> To: "Bloom, Lexy" <                              <mailto                                 >
>>> Cc: "Mehta, Sonny" <                             <mailto                                   >, "Ackroyd, Cameron" <                              <mailto:                                  >>, "Desser, Robin" <                              <mailto:                              >>
>>> Subject: Re:               - next steps
>>>
>>> I think you have to ask for more information. Is this is now a straight up round robin auction? No eliminations unless we drop out of the auction?
>>>
>>> If that is the case, there's no reason to improve our advance offer.
>>>
>>> On royalty rates, we ran this with cookbook rates. Running at standard rates that go to 15% will take the profits down by ███ The rates seem very important to them based on her note.
>>>
>>>
>>> Sent from my iPhone
>>>
>>> On Feb 22, 2019, at 5:23 PM, Bloom, Lexy                              <mailto                              > wrote:
>>>
>>> Finally heard from            see below. She is asking for North American bids by 10:30 am on Monday. She's now saying it will go in rounds (which doesn't seem much like best bids, but so be it), as per below. Should we discuss first thing on Mon morning? (I don't know how much time we need to get approval from Madeline re whatever we do.) Let me know how best to proceed.
>>>
>>> Thanks so much again.
>>>
>>> Lexy
>>>
>>>
>>> Begin forwarded message:
>>>
>>> From:
>>> Date: February 22, 2019 at 5:10:52 PM EST
>>> To: 'Lexy Bloom' <
>>> Subject:                    next steps
>>>
>>> Dear Lexy,
>>>
>>> Thank you so much for the great meeting this week.
>>>
>>> As promised, here are next steps for the closing of            next book
>>>
>>> Current bids have us comparing apples and oranges in terms of territories, so I'm asking for North American offers by 10:30am, February 25th – let me know if you'd like to stay or improve. Once those are in, we will be auctioning in rounds. As always, we reserve the right to go to best bids at any time.
>>>
>>> Please be sure to include advances (and payout), royalty rates (we had standard HC rates in our last agreement – NOT cookbook rates), initial format, design considerations and approvals, and any other marketing, publicity or bonus information that will help us evaluate your offer. Of course, the final choice of publisher is up to the author, and     may base her decision upon any number of considerations, including but not limited to royalty rates, publicity and marketing commitment, and editorial choice.
>>>
>>> Please don't hesitate to be in touch with any questions!

HIGHLY CONFIDENTIAL                                                                                                      BPRH-LIT-004896259

>>>
>>> All my best,
>>>
>>>
>>>
>>>
>>> Agent
>>> <image001.jpg>
>>>
>>>
>>>
>>>
>>>
>>> *Please note our new NYC address
>>>
>>>
>>>
>>> NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.
>>>
>>>
>>>
>>>

HIGHLY CONFIDENTIAL

BPRH-LIT-004896260