# BERTELSMANN

**SUPERVISORY BOARD**

Gütersloh, 17 December 2020
Z/Uy

**CONFIDENTIAL**

**MINUTES**

**Meeting of the Supervisory Board of Bertelsmann SE & Co. KGaA
including strategy retreat
Thursday, 5 November 2020
Conference Area, Corporate Center, Gütersloh**

| | |
|---|---|
| Thursday, 5 November 2020 | Commencement of the meeting: 9:55 a.m.<br>Conclusion of meeting: 5:10 p.m. |
| Members of the Supervisory Board: | Mr. Werner Bauer<br>Mr. Kai Brettmann<br>Mr. Thomas Buberl<br>Mr. Günter Göbel<br>Mr. Bernd Leukert<br>Mr. Gigi Levy-Weiss<br>Ms. Brigitte Mohn<br>Mr. Christoph Mohn (Chairman)<br>Mrs. Liz Mohn<br>Mr. Hans Dieter Pötsch<br>Mr. Henrik Poulsen<br>Ms. Christiane Sussieck<br>Mr. Bodo Uebber |
| Members of the Executive Board: | Mr. Markus Dohle<br>Mr. Immanuel Hermreck<br>Mr. Bernd Hirsch<br>Mr. Thomas Rabe (Chairman) |
| Presenters and guests: | Mr. Deniz Pielsticker<br><br>Mr. Rolf Hellermann (Item 5)<br>Mr. Matthias Moeller (Item 5) |
| Minutes: | Mr. Erkan Uysal |
| Copy of these minutes to: | the members of the Supervisory Board and the Executive Board of Bertelsmann Management SE |

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0445

## 4. Group strategy



Mr. Dohle addressed the planned acquisition of Simon & Schuster in more detail. This was a well-known and highly profitable book publisher with renowned authors and a strong catalog. In the event of an acquisition, successfully integrating the company could generate substantial synergies, create considerable value added and significantly increase the contribution to earnings (operating EBIT) from the book business to up to ▬

▬ The acquisition of Simon & Schuster could be executed alone or alternatively with a partner (U.S. financial investor Atairos) due to financing considerations and the quicker deleveraging. However, an acquisition without a partner had significantly more potential to enhance value for Bertelsmann. The Executive Board had made the same recommendation.

HIGHLY CONFIDENTIAL

BPRH-LIT-006235465

Page - 3 - of the minutes of the meeting of the Supervisory Board of Bertelsmann SE & Co. KGaA, including the strategy retreat, on 5 November 2020



HIGHLY CONFIDENTIAL

BPRH-LIT-006235466



## 5. Bertelsmann tech and data strategy



HIGHLY CONFIDENTIAL BPRH-LIT-006235467

Page - 5 - of the minutes of the meeting of the Supervisory Board of Bertelsmann SE & Co. KGaA, including the strategy retreat, on 5 November 2020



HIGHLY CONFIDENTIAL

BPRH-LIT-006235468



HIGHLY CONFIDENTIAL

BPRH-LIT-006235469



HIGHLY CONFIDENTIAL

BPRH-LIT-006235470

Page - 8 - of the minutes of the meeting of the Supervisory Board of Bertelsmann SE & Co. KGaA, including the strategy retreat, on 5 November 2020

**Date of next meetings:**

**Supervisory Board: 21 January 2021, Gütersloh**
**Strategy retreat: 8/9 July 2021, Berlin**

Minutes taken by:

Dr. Erkan Uysal

*[signature]*

The above minutes provide an accurate account of the material topics of discussion.

*[signature]*

Christoph Mohn

HIGHLY CONFIDENTIAL