**Message**

**From:** Eulau, Dennis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=702A649498F94D16BBD47E90D2D1E89B-EULAU, DENN]
**Sent:** 8/13/2020 2:39:17 PM
**To:** Evans, Asya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=145f8ff5ae41489686eec92154480838-Evans, Asya]
**Subject:** RE: intro meeting
**Attachments:** CFO-Sales-Bus Ops-Dig Cont-Desktop Production_7.2020.pptx; CFO-Sales-Bus Ops-Dig Cont-Desktop Production_7.2020.pptx; ViacomCBS Board Budget Preso.pdf

Hi Asya! I have attached my high level org chart and our 2020 budget package.

**From:** Evans, Asya
**Sent:** Tuesday, August 11, 2020 3:37 PM
**To:** Eulau, Dennis
**Subject:** RE: intro meeting

Perfect, invite sent. There is no set agenda but if you have an org chart that you can share with Naveen, that'd be great. Thank you!

**From:** Eulau, Dennis
**Sent:** Tuesday, August 11, 2020 3:31 PM
**To:** Evans, Asya
**Subject:** RE: intro meeting

Hi Asya! I would look forward to that and can do 11:00.

**From:** Evans, Asya
**Sent:** Tuesday, August 11, 2020 3:25 PM
**To:** Eulau, Dennis
**Subject:** intro meeting

Hi Dennis,

I hope you're well. Are you available Monday between 11a-2pm for an intro meeting with Naveen?

Thank you,
Asya

**Asya Evans**
Executive Assistant
Office of the CFO

O:            M:
**VIACOMCBS**

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0529**

VCBS-00451645

VIACOMCBS INC.                                                                                                  CONFIDENTIAL TREATMENT REQUESTED

# VIACOMCBS

# Simon & Schuster

## A Global Leader in Publishing

January 30, 2020

             

VCBS-00451647

VIACOMCBS INC.                                                      CONFIDENTIAL TREATMENT REQUESTED

# S&S OI PROFIT MARGIN EXCEEDS COMPETITORS



Source: Worldwide Publicly Reported Financial Results
*Penguin Random House reported combined margin of 11.6% in 2013, 11.3% in 2014, and 12.6% in 2015, 2016 - 2018 margin estimated based on 2014 and 2015 average depreciation and amortization.
The accounting rules related to the revenue recognition standard are effective for all annual reporting periods beginning after December 15, 2017 (effective 1/1/18 for S&S) on a prospective basis.

**VIACOMCBS**

2

VCBS-00451649