**Message**

**From:** Eulau, Dennis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=702A649498F94D16BBD47E90D2D1E89B-EULAU, DENN]
**Sent:** 5/6/2019 8:05:01 PM
**To:** Reidy, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c433dce50ac94802aae488127181ab5c-Reidy, Caro]
**Subject:** FW: cONSTELLATION
**Attachments:** Publishing Call.docx

**Importance:** High

I would Change this to say we were planning the out years of eaudio where planned at ▮ growth – so we feel our LRP stands...

ALTHOUGH OUR LONG RANGE PLAN SUPPOSED THAT DIGITAL AUDIO WOULD CONTINUE TO GROW AT ▮ WE ARE SEEING A DECELERATING SO FAR THIS YEAR.  IT'S TOO EARLY TO DETERMINE HOW MUCH OF THIS DECLINE IS DUE TO TITLES – A VERY SUCCESSFUL DIGITAL AUDIO TITLE CAN SELL SIGNIFICANTLY MORE THAN THE AVERAGE TITLES – BUT ITS LOOKING LIKE GROWTH THIS YEAR COULD BE DOWN TO ▮

---

**From:** Reidy, Carolyn ▮
**Sent:** Monday, May 06, 2019 7:40 PM
**To:** Eulau, Dennis ▮
**Cc:** Reidy, Carolyn ▮
**Subject:** cONSTELLATION
**Importance:** High

DENNIS:  Can you read this and see if you think I have any errors/things I shouldn't say, or suggestions of what I SHOULD say?

Many thanks.

CKR

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0530

VCBS-00454200

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

# PUBLISHING

1. Business Overview and Differentiation
    a. Competition: Describe the competitive landscape and the threat from other large publishers (Penguin Random House, Hachette, HarperColllins, Macmillan) vs. smaller, independent publishers vs. self-publish alternatives

AS YOU NOTE, THE US PUBLISHING MARKET IS MADE UP OF WHAT IS KNOWN AS THE 'BIG FIVE' – PRH DOMINATES WITH THE LARGEST MARKET SHARE, FOLLOWED BY HARPER COLLINS AND THEN S&S. HACHETTE IS A CLOSE FOURTH, FOLLOWED BY MACMILLAN. THESE COMPANIES ARE OUR BIGGEST COMPETITORS, ESPECIALLY FOR BOOKS BY ALREADY BESTSELLING AUTHORS AND CELEBRITIES, SINCE THEY ARE THE MOST LIKELY TO COME UP WITH HIGH ADVANCE PAYMENTS REQUIRED AND ARE KNOWN FOR THEIR STRONG EDITORIAL AND PUBLISHING SKILLS. LIKE S&S, EACH OF THESE COMPANIES IS MADE UP OF SMALLER PUBLISHING IMPRINTS, EACH WITH ITS OWN EDITORIAL FOCUS WHICH GIVES IT A REPUTATION BOTH FOR EDITORIAL AND PUBLISHING SUCCESS. AND OUR MARGINS ARE THE BEST OF THE BIG FIVE PUBLISHERS.

AUTHORS GENERALLY CHOSE TO GO WITH A PUBLISHING HOUSE THAT THEY BELIEVE WILL BRING THEM SUCCESS, AND THEIR CHOICE IS USUALLY BASED ON A COMBINATION OF EDITORIAL MATCH, A FEEL THE EDITOR AND HOUSE UNDERSTANDS WHAT THEY ARE WRITING, AND PUBLISHING VISION AS TO HOW TO BRING THE BOOK TO MARKET AND CREATE AN AUDIENCE FOR IT.

PUBLISHING HOUSES AND IMPRINTS GAIN REPUTATIONS BASED ON THE SUCCESSES THEY HAVE PUBLISHED. S&S FOR EXAMPLE HAS BEEN SEEN AS THE PREMIER SERIOUS NONFICTION PUBLISHER FOR DECADES – AS THE PUBLISHER OF ALL THE PRESIDENTS MEN (AND ALL OF BOB WOODWARD'S SUBSEQUENT TITLES), DAVID MC CULLOUGH, DORIS KEARNS GOODWIN – AS EXAMPLES. AS TO CELEBRITIES, OUR SUPERB PUBLISHING OF BRUCE SPRINGSTEEN AND HILARY CLINTON – FROM TWO VERY DIFFERENT CATEGORIES – STAND US WELL IN COMPETITION FOR THE NEXT MAJOR BOOK. SCRIBNER'S REPUTATION FOR LITERARY FICTION GOES BACK TO THE 1920S AND F SCOTT FITZGERALD AND HEMINGWAY AND THEY STILL ARE RECOGNIZED AS ONE OF THE PREMIER LITERARY FICTION PUBLISHERS AT WORK IN THE MARKET.

BY AND LARGE, WHEN WE WANT TO WIN AN AUCTION OR 'BEAUTY CONTEST' AS IT'S CALLED WHEN THE MONIES INVOLVED ARE CLOSE, WE DO. OUR EDITORS AND OUR PUBLISHING SKILLS ARE THE MATCH OF ANY OF OUR MAJOR COMPETITORS AND IN INDIVIDUAL CASES EXCEED THEM.

OF COURSE THE FIVE MAJOR PUBLISHERS MAKE UP ABOUT HALF OF THE TRADE MARKET AND THERE ARE MYRIAD SMALLER PUBLISHERS, SOME WITH ONLY A SINGLE TITLE UNDER THEIR NAME. THEY TOO CAN COMPETE WITH US FOR THE BESTSELLER LIST AT ANY ONE TIME, AS THEY IDENTIFY BOOKS THAT TAP INTO THE CULTURAL ZEITGEIST, BUT THEY RARELY COMPETE WITH US IN AUCTIONS FOR NEW PROPERTIES. OFTEN THESE PUBLISHERS BECOME FARM TEAMS FOR AUTHORS WHO THEN WANT TO MOVE TO A LARGER, MORE FINANCIALLY STABLE MAJOR PUBLISHER.

VCBS-00454201

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

AND LAST BUT NOT LEAST IS THE NEW MARKET OF SELF PUBLISHING. THE ONLY GENRE THAT HAS MIGRATED ALMOST EXCLUSIVELY TO SELF PUBLISHING IS THE ROMANCE MARKET, WHICH USED TO BE THAT BEDROCK FOR MASS MARKET PUBLISHING, WHICH HAS DECLINED DRAMATICALLY IN THE LAST FEW YEARS. MOST SELF PUBLISHED BOOKS ARE SOLD AT EXTREMELY LOW PRICES – LESS THAT $5. WE HAVE ADJUSTED OUR PUBLISHING PROGRAM AS A RESULT OF THE RISE OF SELF PUBLISHING AND WE ONLY PUBLISH ROMANCE WRITERS WHOM WE FEEL CAN SUSTAIN A SIGNIFICANT SALES VOLUME IN TODAY'S WORLD IN BOTH PRINT AND DIGITAL FORMATS.

HOWEVER, THE SELF PUBLISHING MARKET IS ALSO AN OPPORTUNITY FOR US – WE HAVE A SMALL SELF PUBLISHING IMPRINT WITH AUTHOR SOLUTIONS, CALLED ARCHWAY, AND BOTH THROUGH THAT IMPRINT AND ALSO BY LOOKING AT THE BESTSELLER LISTS FOR SELF PUBLISHED TITLS, WE CAN FIND AUTHORS WHO WANT TO MOVE TO A MAINSTREAM PUBLISHER WHO CAN PUBLISH THEM IN ALL FORMATS.

I'D LIKE TO ALSO NOTE THAT SINCE TRADE PUBLISHING IS A RELATIVELY FLAT MARKET – AND HAS BEEN FOR THE LAST TEN YEARS OR SO – MAINTAINING MARKET SHARE IS ITSELF AN ACCOMPLISHMENT, BECAUSE GROWTH, IF IT COMES, COMES FROM TAKING MARKET SHARE AWAY FROM OTHER PUBLISHERS. SO WE ARE PROUD OF THE FACT THAT SIMON & SCHUSTER HAS MAINTAINED IT'S 7% MARKET SHARE THROUGHOUT THE DECADE – A REAL ACCOMPLISHMENT WHEN YOU REALIZE THAT ███ OF OUR SALES VOLUME IS CREATED EACH YEAR FROM NEW TITLES – ABOUT ███ OF OUR SALES VOLUME IS BACKLIST, THE REST IS ORIGINATED EACH YEAR.

    i. How does S&S differentiate itself to win rights for well-known authors and public personalities? **EDITORIAL STRENGTH AND PUBLISHING VISION**

  b. Changing Distribution: Comment on the impact of new digital distribution models and how S&S is positioned to better monetize IP of its authors given these trends

THE NEW DIGITAL DISTRIBUTION MODELS HAVE DEFINITELY BENEFITED OUR BUSINESS

FIRST OF ALL, DIGITAL DISTRIBUTION MEANS THAT ALL OF OUR TITLES ARE AVAILABLE EVERYWHERE IN THE WORLD AT ANY TIME. THANKS TO DIGITAL SHORT RUN PRINTING, THIS MEANS OUR BOOKS ARE AVAILABLE BOTH IN DIGITAL FORM, AS EBOOKS, AND ALSO IN PHYSICAL FORM. ALL 20,000 OF OUR BACKLIST TITLES CAN BE PURCHASED BY INTERESTED CONSUMERS – WHEREAS BEFORE YOU HAD TO HAVE SALES OF SEVERAL THOUSAND COPIES A YEAR IN ORDER TO ECONOMICALLY KEEP THEM IN PRINT IN A WAREHOUSE, THERE IS NOW NO NUMERICAL REQUIREMENT TO KEEPING A BOOK IN PRINT.

SECONDLY, THE ABILITY TO HIGHLIGHT A TITLE THROUGH DIGITAL MEANS HAS LED TO A MUCH BROADER RANGE OF TITLES SOLD. ANY EVENT CAN LEAD US TO CHANGE THE METADATA ON A TITLE, MAKING IT POSSIBLE THROUGH THE DIGITAL DISTRIBUTION CHANNELS OR THROUGH SOCIAL MEDIA TO INTEREST CONSUMERS BECAUSE AN OLDER TITLE – WHICH MAY NOT ACTUALLY BE PHYSICALLY IN ANY BOOKSTORE, NOR TOP OF MIND TO THE MEDIA – IS RELATED TO SOMETHING HAPPENING IN THE WORLD.

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

THIRD, THERE ARE NEW DIGITAL MODELS OF SALE. ONE EXAMPLE IS SUBSCRIPTION SELLING: WE HAVE OUR BACKLIST OFFERED THROUGH SCRIB'D AND ARE PAID UPON CONSUMER READS AS IF WE SOLD THE BOOK, AND WE FIND THAT UP TO ▇▇ OF OUR TITLES ARE ORDERED BY AT LEAST ONE CONSUMER EACH YEAR. THIS IS AN ENTIRELY NEW SALES MODEL AND WE FIND ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ REGULAR TRADE SALES OF THE BOOKS. IN ADDITION THERE ARE SITE SUBSCRIPTIONS FOR SCHOOLS, VARIOUS TYPES OF LIBRARIES – AND AGAIN, WE DON'T ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ OF READERS WHO ARE DISCOVERING AND ENJOYING A WIDE RANGE OF OUR TITLES.

THERE ARE OTHER MODELS – CHUNK SELLING, CHAPTER SELLING, OTHER EXPERIMENTS – BUT NONE HAVE YET GOTTEN REAL TRACTION. NEVERTHELESS WE ARE OF COURSE EXPERIMENTING WITH ANY IDEA THAT COMES ALONG THAT SEEMS TO HAVE PROMISE.

   i. Market research suggests that printed book sales are projected to decline 10% annually. Is this consistent with S&S experience / projections and if not why is the trend different for S&S

WE DO NOT SEE THIS TREND IN THE TRADE PUBLISHING BUSINESS, ALTHOUGH THE EDUCATIONAL MARKET HAS SEEN DECLINES OF AROUND 10% OR HIGHER ANNUALLY OVER THE LAST FEW YEARS. THE U.S. TRADE MARKET, ACCORDING TO THE AAP, SHOWED PHYSICAL BOOK GROWTH OF 4.1% IN 2018 AFTER A LOSS OF 0.2% IN 2017 AFTER A GROWTH OF 4.7% IN 2016. SIMON & SCHUSTER DID NOT SEE GROWTH IN PHYSICAL BOOK SALES IN 2018, BUT THAT WAS AFTER A GROWTH OF ▇▇ IN 2017.

   c. Content Rights and Cross Distribution (S&S to Constellation): Describe your agreements with content creators. Do you have the ability to own or manage rights to S&S's consumer books for monetization opportunities across the Constellation mediums and owned distribution platforms (e.g., successful book turned into a Constellation TV series on Constellation All Access)?

IN GENERAL, WE SIGN CONTRACT WITH AUTHORS FOR BOOK AND AUDIO RIGHTS. WE RARELY ACQUIRE FILM RIGHTS FOR OUR TITLES, ALTHOUGH IT IS POSSIBLE THAT ONE COULD IF OUR CORPORATE PARTNER WAS INTERESTED IN DOING SO. BY AND LARGE, AUTHORS HAVE SEPARATE AGENTS FOR BOOK AND FILM RIGHTS AND THOSE AGENTS RARELY WANT TO CONFUSE A BOOK AUCTION BY DEALING WITH SOME PURCHASERS FOR BOOK RIGHTS ONLY AND OTHERS FOR COMBINED BOOK/FILM RIGHTS. IN TERMS OF FAMOUS AUTHORS – SUCH AS STEPHEN KING – ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ IN ADDITION, THERE ARE DIFFICULTIES ON THE FILM SIDE WITH TRYING TO BUNDLE THE RIGHTS IN AN AUCTION: FIRST IS THE SPEED AT WHICH WE HAVE TO MOVE TO MAKE A DECISION TO ACQUIRE A BOOK. SECONDLY, MANY OF THE BOOKS WE BUY ARE NOT YET FULLY WRITTEN AND FILM PURCHASERS WOULD PREFER TO WAIT AND SEE HOW SUCCESSFUL THE FINAL BOOK IS.

IF HOWEVER CBS IS INTERESTED IN ONE OF OUR TITLES, WE WORK TO PERSUADE THE AUTHOR TO GIVE CBS PARTICULAR FAVOR IN DECIDING TO WHOM TO SELL THE FILM RIGHTS AND CAN FACILITATE MEETINGS AND DISCUSSIONS WITH THE AUTHOR AND HIS OR HER REPRESENTATIVE.

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

HAVING SAID ALL THAT, WE HAVE CREATED A SYSTEM TO ALERT ALL THE CBS MEDIUMS AND PLATFORMS OF BOTH THE BOOKS WE ACQUIRE AND THE BOOKS THAT GO TO OTHER PUBLISHERS THAT MIGHT INTEREST THEM. WE WORK CLOSELY WITH BOTH THE NETWORK, INCLUDING DAYTIME AND UNSCRIPTED, STUDIOS, ALL ACCESS, SHOWTIME, AND THE VARIOUS PODS WITH TERM DEALS. SO FAR THIS YEAR, FOR INSTANCE, WE HAVE PITCHED MORE THAN 100 TITLES TO THEM, RESULTING IN 25 PROJECTS CURRENTLY UNDER DEVELOPMENT, RANGING FROM NANCY DREW TO THE PEACH TRUCK COOKBOOK (AN INCREASE OF OVER 30% OVER LAST YEAR).

IN ADDITION, WHEN CBS SIGNS UP A PROJECT THAT IS BASED ON AN S&S BOOK, WE WORK VERY CLOSELY WITH THEM TO MARKET THE TITLE: TWO PRIME EXAMPLES BEING UNDER THE DOME BY STEPHEN KING AND THE DOVEKEEPERS BY ALICE HOFFMAN PLUS THE MOTION PICTURE, AMERICAN ASSASSIN.

    d. Cross Distribution (Constellation to S&S): Provide examples in which S&S was able to monetize IP of certain Constellation businesses through consumer books.

TWO OF OUR VERY SUCCESSFUL CONSUMER BOOK PROGRAMS BASED ON CBS CONTENT HAVE VERY DIFFERENT PROFILES. FIRST IS STAR TREK. WE HAVE PUBLISHED TIE IN STAR TREK NOVELS, CREATED BY S&S BASED ON THE CHARACTERS AND VARIOUS 'WORLDS' OF STAR TREK, FOR OVER ___ YEARS AND HAVE WORKED WITH PARAMOUNT AND THEN CBS TO HELP KEEP THAT BRAND ALIVE. WE ARE CURRENTLY CREATING NEW TRADE PAPERBACKS TO TIE INTO THE ALL ACCESS PROGRAM. SECONDLY WE HAVE THE RECENT FIVE FEET APART: SIMON & SCHUSTER MADE A NOVEL OUT OF THE SCRIPT FOR THIS MOVIE, PUBLISHED IT AS A STAND ALONE NOVEL IN ADVANCE OF THE FILM'S RELEASE, AND THEN PUBLISHED A MOVIE TIE IN EDITION. THE RESULT IS A NOVEL THAT HAS SPENT TO DATE 21 WEEKS ON THE NYTIMES YOUNG ADULT BESTSELLER LIST, 8 OF THEM AS #1.

IN ADDITION, WE HAVE PUBLISHED COMMEMORATIVE/ANNIVERSARY BOOKS FOR SHOWS SUCH AS 60 MINUTES AND INSIDE EDITIONS. LAST YEAR WE PUBLISHED NOTE TO SELF BY GAYLE KING, BASED ON A CBS THIS MORNING SEGMENT. WE ALSO PUBLISHED WITH STEPHEN COLBERT, WHOSE BOAT IS THIS BOAT, WHICH HAS RAISED OVER $2 MILLION FOR HURRICANE RELIEF. THERE HAVE ALSO BEEN SOME TITLES FROM TELEVISION STARS, SUCH AS COOKBOOKS BY PAULEY PERRET, OF NCIS (FOR WHICH WE HAVE IN THE PAST PUBLISHED BOTH ADULT AND CHILDREN'S NOVELIZATIONS), AND A FORTHCOMING ONE FROM ███████████████.

I'D ALSO LIKE TO MENTION THAT IN BOTH OUR CHILDREN'S AND ADULT DIVISIONS WE ARE CREATING MORE WHOLLY OWNED IP THAT CAN BE AVAILABLE TO CBS, IN HOPES WE CAN DEVELOP SOME PRODUCTS THAT ARE NOT SUBJECT TO THE VAGARIES OF AGENT PREFERENCES. AN ADULT PRODUCT, ███████████, FOR INSTAND, HAS BEEN OPTIONED AT CBS. AND WE HAVE MORE THAN TEN CHILDREN'S SERIES THAT ARE VERY POPULAR IN PRINT AND ARE AVAILABLE FOR DEVELOPMENT.

    i. What type of content have you found to be the most successful in this regard?

BY FAR THE MOST SUCCESSFUL PROJECTS THAT WE'VE WORKED ON WITH CBS ARE BASED ON TRADE FICTION, AS IT IS THE NARRATIVE DRIVE THAT MOST INTERESTS THE FILM DIVISIONS. HOWEVER, WE HAVE ALSO BEEN WORKING ON TALENT DEVELOPMENT WITH DAYTIME, AND HAVE HAD SEVERAL AUTHORS COME CLOSE TO

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

DEVELOPMENT DEALS WITH THE STUDIO. WE WERE DR. PHIL'S PUBLISHER BEFORE HE BECAME A CBS PROPERTY, AND SO WE'D LIKE TO FIND THE NEXT DR. PHIL BEFORE HE OR SHE IS FAMOUS.

BUT AS YOU CAN SEE FROM THE BREADTH OF TITLES WE'VE ALREADY PUBLISHED WITH CBS, THERE ARE MANY AREAS WHERE BOOKS CAN BE SUCCESSFUL – SOME OF MUCH LARGER IMPACT THAN OTHERS – AND SINCE OUR LISTS HAVE A WIDE RANGE OF TITLES AND SALES NUMBERS, WE CAN FIND VERY SUCCESSFUL PRODUCTS IN MANY DIFFERENT AREAS.

  ii. Is it reasonable to assume there is a similar opportunity for certain Venus content?

THERE IS ABSOLUTELY NO DOUBT ABOUT IT. AFTER ALL, WE PUBLISHED MTV BOOKS WITH MTV YEARS AGO AND STILL HAVE SOME EXTREMELY SUCCESSFUL BACKLIST TITLES IN PRINT FROM THAT IMPRINT (MOST FAMOUS BEING PERKS OF BEING A WALLFLOWER). THE IMPRINT WAS CLOSED DOWN WHEN CBS AND VIACOM SEPARATED, ███████████████████████████████████████████ AND DIDN'T FEEL IT WAS WHERE THEY WANTED TO FOCUS. EVEN AT THE TIME WE FELT THERE WERE MANY POSSIBILITIES OF BOOKS FROM THE THEN-EXISTING PROGRAMMING AND EVEN SOME THAT BUILT ON THE BRAND OF MTV ITSELF.

IN ADDITION, THE VIACOM CHILDREN'S BRANDS LEND THEMSELVES TO BOOKS – WE DID PUBLISH THE NICKELODEON TITLES FOR MANY YEARS, ALTHOUGH THEY ARE NOW LICENSED ELSEWHERE – AND I AM SURE WE COULD DISCOVER NEW AREAS OF PUBLICATIONS THROUGHOUT THE VIACOM UNIVERSE.

  e. Revenue Concentration and Key Relationships: The Constellation 10-K mentions that S&S's top two accounts drive a significant portion of its revenue – please provide more details on S&S's revenue concentration, recent historical and expected trends in these top accounts, and overall relationship status with top accounts

AMAZON AND BARNES & NOBLE ARE OUR TWO MAJOR ACCOUNTS, WHICH COMBINED MAKE UP APPROXIMATELY ███ OF OUR DOMESTIC BOOK SALES. AMAZON HAS BEEN INCREASING MARKET SHARE (IN 2018 THEY WERE ███ OF OUR NET SALES, UP FROM ███ IN 2017) AND WE EXPECT IT TO PROBABLY CONTINUE TO GROW MARKETSHARE OVER TIME. BARNES & NOBLE HAS SUFFERED ALONG WITH MOST RETAIL OUTLETS AND HAS SEEN ITS SHARE OF OUR SALES DECLINE FROM ███ IN 2017 TO ███ IN 2018. B&N IS CURRENTLY EXPLORING A SALE – WE HOPE THEY CONTINUE TO OPERATE, AS THEIR 670 STORES ARE KEY SHOWROOMS FOR OUR PRODUCT – BUT IF IT DOES EXIT THE MARKET, ████████████████████████
████████████████████████

HAVING AMAZON AND B&N MAKE UP ███████ OUR SALES IS NOT UNUSUAL IN OUR MARKET----BEFORE IT WENT BANKRUPT IN 2011, BORDERS AND B&N WERE ABOUT ███████████

WE HAVE EXCELLENT RELATIONSHIPS WITH BOTH ACCOUNTS. ALTHOUGH AMAZON IS A TOUGH NEGOTIATOR, ████████████████████████████████ WE HAVE A GREAT PARTNERSHIP WITH THEM AND MANY OF THE WAYS IN WHICH THEY CAN SEEM DIFFICULT ARE DEMANDS THAT MAKE US BETTER AS PUBLISHERS AND ██████████████████████████████████████████ WE HAVE FOR MANY YEARS HAD A STRONG RELATIONSHIP WITH B&N, AT ALL LEVELS AND AREAS OF THE COMPANY. THEY ARE

VCBS-00454205

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

GREAT BOOKSELLERS, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I'D ALSO LIKE TO POINT OUT THAT ▮▮ OF OUR SALES ARE WITH OTHER CUSTOMERS – WALLMART, TARGET, AND INDEPENDENTS, ALL OF WHICH HELP US GET CONSUMER ATTENTION FOR OUR BOOKS AND EACH OF WHICH ON CERTAIN TITLES CAN HAVE AN INFLUENCE GREATER THAN THEIR OVERALL MARKET SHARE.

   2. Financials
      a. Is it possible to provide revenue and operating income broken down by: 1) domestic vs. international (further breakdown as available), 2) direct vs. indirect distribution, and 3) print vs. digital (visual vs. audio) content?

OVER THE LAST FIVE YEARS, DOMESTIC REVENUES HAVE BEEN ▮▮▮ OF OUR REVENUES AND ▮▮▮ OF OUR OI. CAN YOU TELL US WHAT FURTHER BREAKDOWN YOU'D LIKE TO SEE?

WE ARE UNCLEAR WHAT YOU MEAN BY 'DIRECT VS INDIRECT DISTRIBUTION.' [DO THEY MEAN THROUGH WHOLESALERS AS OPPOSED TO DIRECT SHIPPING?]

         i. Digital content represented ▮▮ of 2018 publishing revenues – what is your expectation for how that will trend over time and what is the impact to the projected financials in terms of operating income?

OVER THE LAST FOUR YEARS, EBOOK SALES HAVE DECLINED RATHER DRAMATICALLY – IT APPEARS THAT THE INITIAL ENTHUSIASM FOR EBOOKS HAS WANED, OUR THEORY BEING DIGITAL FATIGUE – CONSUMERS SEEM TO WANT TO USE THEIR PHONES AND IPADS FOR FILM MORE THAN FOR READING, AND THE POSITIVE ASPECTS OF THE PHYSICAL BOOK HAVE BECOME MORE PRONOUNCED. MEANWHILE, DIGITAL AUDIO HAS INCREASED DRAMATICALLY AND MEANT THAT OVERALL DIGITAL CONTENT AS A PERCENTAGE OF OUR REVENUES HAS REMAINED FAIRLY CONSTANT. NOW THAT EBOOKS ARE WELL BELOW ▮▮ OF OUR SALES VOLUME, WE EXPECT THAT THEIR PORTION OF OUR SALES WILL BEGIN TO ▮▮▮▮▮▮; DIGITAL AUDIO WILL ▮▮▮▮▮▮▮▮▮▮ AND WE ARE PROJECTING PHYSICAL BOOK SALES REVENUE TO GROW SOMEWHERE AROUND ▮▮ A YEAR.

AS TO THE EFFECT OF THESE CHANGES ON OUR ECONOMICS, THAT IS COMPLICATED BECAUSE ONE HAS THE QUESTION OF HOW YOU APPORTION ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ONE THING TO NOTE IS THAT EBOOKS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ AS YOU MIGHT IMAGINE.

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

WHEN WE CONSIDER OUR BUSINESS, ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ THE ORIGINATING COSTS – THE LARGEST OF WHICH ARE ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ —WHICH COVERS BOTH PHYSICAL AND DIGITAL FORMATS – DO NOT AS A PERCENTAGE FLUCTUATE MUCH AS A RESULT OF FORMAT SHIFTS.

   b. Constellation management presentation called out 1) Digital Audio and 2) Data-driven Publishing as key growth drivers – please provide additional detail on these initiatives
      i. In 2018, digital audio sales grew at ▊▊ and in 2017 they grew ▊▊ - how has this been trending over time? Is growth decelerating?

ALTHOUGH OUR LONG RANGE PLAN SUPPOSED THAT DIGITAL AUDIO WOULD CONTINUE TO GROW AT ▊▊ WE ARE SEEING A DECELERATING SO FAR THIS YEAR. IT'S TOO EARLY TO DETERMINE HOW MUCH OF THIS DECLINE IS DUE TO TITLES – A VERY SUCCESSFUL DIGITAL AUDIO TITLE CAN SELL SIGNIFICANTLY MORE THAN THE AVERAGE TITLES – BUT ITS LOOKING LIKE GROWTH THIS YEAR COULD BE DOWN TO ▊▊.

WE HAVE OVER THE LAST THREE YEARS DRAMATICALLY INCREASED OUR TITLE OUTPUT (BY ▊▊ -- WE NOW CREATE AN AUDIOBOOK OF EVERY TITLE WE PUBLISH THAT IS IN THE LEAST AUDIO-FRIENDLY; WE HAVE ADDED SOME ORIGINALS; AND WE'VE EVEN EXPERIMENTED WITH CBS WITH A PODCAST (MOBITUATIRES, WITH MO ROCCA OF CBS SUNDAY MORNING) THAT WILL ALSO BECOME A BOOK. WE ARE FOCUSED ON MAKING SURE THAT WE MAXIMIZE POSSIBILITIES IN THIS MARKET. NEW PLAYERS, SUCH AS APPLE AND GOOGLE, SHOULD ALSO HELP THE MARKET CONTINUE GROWING AS THEY COMPETE WITH THE MARKET LEADER, AUDIBLE.

DATA DRIVEN PUBLISHING IS AN ORGANIC GROWTH INITIAIVE BY S&S. THE CONCEPT OF THIS NEW IMPRINT, CALLED TILLER, IS TO USE DATA AVAILABLE THROUGH THE WEB – SOCIAL MEDIA, BOOK SALES THROUGH DIGITAL PLATFORMS, ONLINE INTERESTS – TO DETERMINE AUDIENCES FOR BOOKS THAT DO NOT YET EXIST, AND THEN TO CREATE BOOKS FOR THOSE AUDIENCES, OFTEN USING INFLUENCERS WITH PRE-EXISTING PLATFORMS AS AUTHORS. NORMALLY WE BEGIN WITH AN AUTHOR AND FINISHED MANUSCRIPT AND CREATE AN AUDIENCE AND MARKET FOR THE BOOK. TILLER PRESS BEGINS WITH THE AUDIENCE AND MARKET AND THEN MAKES A BOOK TO FULFILL THE NEED. THIS IS AN ATTEMPT TO USE THE POWER OF DIGITAL INFORMATION AOBUT CONSUMER TASTES AND DESIRES TO CREATE PRODUCT. ALL THAT WE CREATE FOR TILLER WILL ALSO HELP US MARKET OUR EXISTING AUTHOR DRIVEN PRODUCT MORE EFFECTIVELY. TILLER IS PROJECTED TO BE MAKING A SIGNIFICANT CONTRIBUTION IN 2021. WE BEGAN BUILDING THE INFRASTRUCTURE AND HIRING STAFF FOR TILLER AT THE END OF LAST YEAR, FIRST BOOKS WILL BE PUBLISHED IN JUNE, AND A FULL PUBLISHING PROGRAM SHOULD BE IN PLACE BY MID 2020.

   c. Provide additional detail on the $▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ outlined in the Constellation Transformation document (VDR 2.4.17)

THIS ONE I LEAVE TO DENNIS AND GAUTUM!!

Page [ PAGE ] of [ NUMPAGES ]

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

      i. Confirm how much of these ▮▮▮ are included in the publishing projections provided in the Constellation LRP

     ii. Describe expected changes in the publishing cost structure going forward beyond these expected ▮▮▮ – we note that most expense items appear consistent ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ change and is it sustainable?

FIRST OF ALL, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ WE IMPLEMENTED REVENUE RECOGNITION ACCOUNTING CHANGES AND APPROXIMATELY ▮▮▮▮ OF COSTS PREVIOUSLY RECORDED AS ▮▮▮▮▮▮▮▮ IS NOT INCLUDED IN THE REVENUE LINE OFFSETTING SALES. WHAT WE CONSIDER ▮▮▮▮▮▮▮▮▮▮

AS TO EXPECTED CHANGES IN THE PUBLISHING COST STRUCTURE: THERE ARE TWO WAYS IN WHICH WE HAVE BEEN WORKING TO INCREASE OUR MARGINS OVER THE YEARS.

FIRST OF ALL, WE FOCUS ON OUR WORK FLOWS, DIGITIZING MANY OF THEM, MAKING OURSELVES MORE EFFICIENT AND EFFECTIVE, CONSTANTLY REVIEWING OUR ORGANIZATIONAL STRUCTURE TO MAKE SURE THAT OUR HEADCOUNT IS DEPLOYED AS NEEDED. EACH YEAR WE GIVE OURSELVES A SAVINGS TASK THAT WE ACHIEVE BY THIS FOCUS ON HOW WE OPERATE AND WHERE WE CAN TAKE COSTS OUT OF OUR PROCESSES.

SECONDLY, WE HAVE HAD A FOCUS ON INCREASING OUR DISTRIBUTION CLIENT BUSINESS, LEVERAGING OUR STRONG SALES ORGANIZATION, OUR SYSTEMS, AND OUR WAREHOUSING CAPABILITIES AT LITTLE ADDITIONAL COST TO S&S TO SERVICE SMALLER PUBLISHERS, MANY OF WHOM CAN NO LONGER SUPPORT THEIR OWN SELLING OPERATIONS. WE HAVE SIGNIFICANTLY INCREASED OUR DISTRIBUTION CLIENT INCOME OVER THE LAST FIVE YEARS, (BY ▮▮▮▮▮▮▮▮ THE SIZE OF OUR MAIN WAREHOUSE AND, IN JANUARY, OPENING A NEW WAREHOUSE TO HOLD CLIENTS.

WE ARE NOW THE SECOND LARGEST DISTRIBUTION SERVICES PUBLISHER IN THE US, SECOND ONLY TO PRH, AND WE ARE CONTINUING TO GROW. WE EXPECT TO DOMINATE THIS PART OF THE BUSINESS AS THE INDUSTRY CONTINUES TO CONSOLIDATE. WE ARE ALSO EXPANDING SIGNIFICANTLY OVERSEAS WITH DISTRIBUTION CLIENTS, MANY FROM THE US, WHICH WILL ALSO HELP STRENGTHEN THE RETURNS OF OUR OVERSEAS UNITS.

<u>**Reference Exhibits:**</u>

# Project Constellation
*Diligence Discussion Agenda*
*STRICTLY CONFIDENTIAL*

## S&S Publishing Summary Financials
$MM, unless otherwise noted



FY'16A  FY'17A  FY'18A  FY'19E  FY'20E  FY'21E  FY'22E  FY'23E

Source: Management Case as of April 26, 2019          ■ Revenue   ■ EBITDA

Page [ PAGE ] of [ NUMPAGES ]

**Project Constellation**
*Diligence Discussion Agenda*
STRICTLY CONFIDENTIAL

# Publishing Market Overview and Competitive Landscape

Digitalisation Has Not Reached a Peak Yet, and is Predicted to Continue to Change and Disrupt Industries

- The global print publishing industry, including educational literature, was expected to generate $130Bn in revenue in 2018
- Its primary characteristic is a strong concentration among few markets, where the six largest book markets account for 66% of the worldwide publishing business, with the largest players being the United States, China and Germany
- Publishing, with a focus on books, can be divided into three sub-verticals: the **Audiobook Market**, the **E-Book Market** and the **Physical Book Market**

### Audiobook Market Overview

- Audiobooks are the fastest growing segment within the digital publishing industry, with the US being the biggest market for the audio format in 2017
- In 2018, the global audiobook market was expected to generate ~$3.5Bn in revenue, with growth in audiobooks predicted to continue
- Audiobook sales have doubled in the UK in the past five years, rising by 12% in volume and 15% in value in 2017
- The growing popularity of the audiobook is also proven by the fact that the New York Times now publishes an audio bestseller list

**Key Competitors:** audible, kobo, SCRIBD

### E-Book Market Overview

- E-books were widely popularised when Amazon launched its e-book reader, Kindle, in 2007
- Today, most publishing houses such as Penguin Random House, Hachette Livre, HarperCollins, and Simon and Schuster produce books in the e-book format
- In North America and the UK, e-books had a share between 15-25% of the largest publishers' sales in 2013, which has been declining due to the rise of Amazon and self-publishers
- Distributors of e-books have caught on with the trend, developing their own e-reading tablets

**Key Competitors:**
- Publishing Houses: Penguin Random House, Hachette Livre, HarperCollins, Simon & Schuster
- E-Reading Tablet Providers: kindle, nook, BOOKEEN saga, Reader SONY

### Physical Book Market Overview

- The market is primarily composed of a small number of large international publishers like Penguin Random House, Hachette Livre, HarperCollins, and Simon & Schuster
- Unlike inherently global entertainment forms like music and video, the physical book market is characterised by strong local publishers and distributors
- This mainly reflects the disruption caused by the advancement of e-commerce, particularly Amazon

**Key Competitors:** Penguin Random House, Hachette Livre, HarperCollins, Simon & Schuster

Sources: Company information, BookMap – How Big is the Global Publishing Industry?, Good e-Reader – Global Audiobook Trends and Statistics for 2018, Ruediger Wischenbart Content and Consulting – Global eBook Report 2017

VCBS-00454210