**Message**

**From:** Dolan, Eamon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AC47261CBEF40AA97B051644D35F4B9-DOLAN, EAMO]
**Sent:** 2/26/2020 10:54:09 AM
**To:** Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat]
**Subject:** FW: ▮▮▮▮▮ -- day 3

Jon,

FYI, as you'll see below, Alison bid 785 for us, and signaled to ▮▮▮▮ ▮▮▮▮▮▮ that we're nearing the end. He suggested that we might gather our info re payout, bonuses, etc.

FWIW, Alison and I are guessing that Whitney Frick is our likeliest competitor, with Hilary Redmon also likely..

ED

---

**From:** Callahan, Alison ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, February 26, 2020 10:48 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Dolan, Eamon ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: ▮▮▮▮▮▮ : round two

Thank you, ▮▮▮ Good to know.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, February 26, 2020 10:47 AM
**To:** Callahan, Alison ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Dolan, Eamon ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮▮▮▮▮▮▮ round two

**External Email**

Thank you, both! Back to you soon.

I think preparing best payout, bonuses, any marketing and publicity commitments, and any other relevant info would be a good idea. I'm not asking for that info yet, but it's possible that I will.



**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0557**

**From:** Callahan, Alison ▮
**Sent:** Wednesday, February 26, 2020 10:41 AM
▮ ▮
**Cc:** Dolan, Eamon ▮
**Subject:** ▮ round two

Hi ▮ We'll be going to $785K. As we are possibly nearing the end, is there anything you feel Eamon and I should know or be thinking about in terms of bonuses, payouts, schedules, etc?

---

**From:** ▮
**Sent:** Tuesday, February 25, 2020 6:33 PM
**To:** Callahan, Alison ▮
**Cc:** Dolan, Eamon ▮
**Subject:** RE: ▮ round two

**External Email**

Definitely. Have a good night! Will look out for you in the morning.

Best,
▮

▮
▮ | ▮
▮'▮
▮
▮
▮

---

**From:** Callahan, Alison ▮
**Sent:** Tuesday, February 25, 2020 6:25 PM
▮ ▮
**Cc:** Dolan, Eamon ▮
**Subject:** ▮ round two

Thank you ▮ Can we pick it up in the AM?

Sent from my iPhone

On Feb 25, 2020, at 6:19 PM, ▮ wrote:

**External Email**

Hi both, we're back to you at $765K (min. $785K).

VCBS-00626496

**From:** Callahan, Alison
**Sent:** Tuesday, February 25, 2020 3:55 PM
**Cc:** Dolan, Eamon
**Subject:** round two

Ok! We'll go to $745K!

**Sent:** Tuesday, February 25, 2020 3:49 PM
**To:** Callahan, Alison
**Cc:** Dolan, Eamon
**Subject:** round two

External Email

Hi Alison,

I think we are going to continue for now. I don't have a hard-and-fast timeline in place for calling for best bids.

Best,





**From:** Callahan, Alison
**Sent:** Tuesday, February 25, 2020 3:37 PM
**To:**
**Cc:** Dolan, Eamon
**Subject:** : round two

Hey there,

So, is it possible that now may be the time to consider going to best bids? Did you have a timeline in place for that? What do you think?

-     Alison

**From:** ███████████████████████
**Sent:** Tuesday, February 25, 2020 3:26 PM
**To:** Callahan, Alison ███████████████████████
**Cc:** Dolan, Eamon ███████████████████████
**Subject:** RE: ███████ round two

**External Email**

Hi both, sorry about the wait! Back to you at $725 (min. $745).



**Sent:** Tuesday, February 25, 2020 2:19 PM
**To:** Callahan, Alison ███████████████████████
**Cc:** Dolan, Eamon ███████████████████████
**Subject:** ███████ round two

As you may have guessed, we've been delayed by lunch and meetings. I appreciate your patience! Hope to be back to you soon.



**Sent:** Tuesday, February 25, 2020 1:06 PM
**To:** Callahan, Alison ███████████████████████
**Cc:** Dolan, Eamon ███████████████████████
**Subject:** RE: ███████ round two

Thanks! Back to you soon.

**From:** Callahan, Alison ███████████████████████████████
**Sent:** Tuesday, February 25, 2020 1:04 PM
**To:** ██ ████████████████████████████
**Cc:** Dolan, Eamon ████████████████████████████████
**Subject:** RE: ████████ round two

We are in for $705!

**From:** ████████████████████████████████████
**Sent:** Tuesday, February 25, 2020 12:40 PM
**To:** Callahan, Alison ████████████████████████████
**Cc:** Dolan, Eamon ████████████████████████████
**Subject:** ████████ round two

External Email

Sounds good! Thanks, Alison.

████████████
████████████████████
████████████████'█ █
████████████
████████
████████████████

**From:** Callahan, Alison ████████████████████████████
**Sent:** Tuesday, February 25, 2020 12:36 PM
**To:** ████████████ ████████████████████
**Cc:** Dolan, Eamon ████████████████████████
**Subject:** ████████ round two

I'll be back to you soon -- lunchtime so scrambling to hunt people down.

**From:** ████████████ ████████████████████
**Sent:** Tuesday, February 25, 2020 12:25 PM
**To:** Callahan, Alison ████████████████████████████
**Cc:** Dolan, Eamon ████████████████████████
**Subject:** ████████ round two

External Email

Hi both! Back to you at $685K (min. $705K).



**From:** ▮
**Sent:** Tuesday, February 25, 2020 11:56 AM
**To:** Callahan, Alison ▮
**Cc:** Dolan, Eamon ▮
**Subject:** Re: ▮ round two

Great, thanks! Back to you soon.

Sent from my iPhone

On Feb 25, 2020, at 11:46 AM, Callahan, Alison ▮ wrote:

Thanks for your patience! Eamon and I are in for $665,000.

**From:** ▮
**Sent:** Tuesday, February 25, 2020 10:20 AM
**To:** Callahan, Alison ▮
**Cc:** Dolan, Eamon ▮
**Subject:** ▮ round two

External Email

Good morning, both!

The first bidder this morning has decided not to continue in the auction, so we're down to two bidders, each representing two imprints. The high is currently $645. We're keeping the minimum increase at $20K, so it's $665K to stay in.

Best,

▮



**From:** Callahan, Alison ▮
**Sent:** Monday, February 24, 2020 6:22 PM

**Cc:** Dolan, Eamon
**Subject:** ▮▮▮▮▮: round two

Thanks ▮

Sent from my iPhone

On Feb 24, 2020, at 6:19 PM, ▮▮▮▮▮ wrote:

**External Email**

Hi both,

We're hitting the pause button until tomorrow. I'll be in touch in the morning!

Thanks so much for everything thus far.

Best,
▮



**From:** ▮▮▮▮
**Sent:** Monday, February 24, 2020 5:47 PM
**To:** Callahan, Alison ▮▮▮▮
**Cc:** Dolan, Eamon ▮▮▮▮
**Subject:** RE: ▮▮▮▮: round two

Terrific! Back to you soon. I'm hoping to finish this round tonight and then we'll put a pin in things until tomorrow.

Best,
▮



**From:** Callahan, Alison ▮
**Sent:** Monday, February 24, 2020 5:38 PM
▮
**Cc:** Dolan, Eamon ▮
**Subject:** Re: ▮ round two

Hi ▮ Eamon and I will go to $625K!

On Feb 24, 2020, at 5:07 PM, ▮ wrote:

**External Email**

Hi both,

We're now in round 3, and there are still 3 bidders in. We've raised the minimum increase to $20K. The high is $605K, so the minimum bid is $625K.

Best,
▮



▮
**Sent:** Monday, February 24, 2020 3:14 PM
**To:** Callahan, Alison ▮
**Cc:** Dolan, Eamon ▮
**Subject:** ▮ round two

Thank you, Alison! I'm sad to lose Peter and Julianna, but so happy that you and Eamon are still in! I'll be back around to you as soon as possible.

Best,
▮



**From:** Callahan, Alison ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, February 24, 2020 3:11 PM
▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Dolan, Eamon ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮▮▮▮▮ round two

▮▮▮▮

Thanks for your patience. Our colleagues Peter Borland and Julianna Haubner have stepped aside in this round, so on behalf of Eamon and I myself, we'd like to offer $575,000.

Let us know!