Message

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 9/27/2019 6:51:25 PM
**To:** Reidy, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c433dce50ac94802aae488127181ab5c-Reidy, Caro]
**Subject:** ▮▮▮▮ auction

We also lost the ▮▮▮▮ auction to Crown, the publisher of ▮▮▮▮ All of the offers were the same ▮▮▮▮

This was the third beauty contest we lost this week to PRH. Kate Medina bought the ▮▮▮▮ update for less than the $625,000 we offered.

There may have been a fourth we lost to PRH. Someone else won ▮▮▮▮

J.


Begin forwarded message:

From: "Bender, Robert" ▮▮▮▮
Date: September 27, 2019 at 4:16:47 PM EDT
To: "Karp, Jonathan" ▮▮▮▮, "Davis, Dawn" ▮▮▮▮
Subject: ▮▮▮▮

It went to Amanda Cook at Crown for the obvious reason. ▮▮▮▮ said that Crown, Viking, and we all bid virtually the same amount, but Amanda's experience with ▮▮▮▮ was the deciding factor. The other bidder, at a lower level, was Harper.

We fought the good fight. Thank you, Jon, for coming up with the money and for all your support for this book.

bob

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0559

VCBS-00629114