**Message**

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 6/25/2020 12:39:57 PM
**To:** Graham, Nan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b6c55e49bfee4ec8b7264c5be7258e1e-Graham, Nan]
**CC:** Davis, Dawn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ac3cc9deff9a474aacce5c1796e81d18-Davis, Dawn]; Belden, Kathryn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8cb014e6fb58444abcc5cee98158b718-Belden, Kat]
**Subject:** Re: Auction restart

Yes. Come back to when the bidding is at $750,000.

On Jun 25, 2020, at 12:18 PM, Graham, Nan <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

Jon,
We have rules!
Ok to start at $400?
Thx. Nan

Sent from my iPhone

Begin forwarded message:

**Date:** June 25, 2020 at 12:02:36 PM EDT
**To:** "Graham, Nan"
**Cc:** "Davis, Dawn" , "Belden, Kathryn"
**Subject: Re: Auction restart**

**External Email**

Hi All,

**Structure:** Round robin, low to high, no matching, $25,000 minimum increase.

**Rights:** Selling print volume, ebook, translation, first serial, audio, and other standard subrights. Audio text only, single narrator, Author has approval over who the reader is.

I'd like to set 3p today as the deadline for first bids. Can you make that work?

Best,

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0568**

VCBS-00665526

On Thu, Jun 25, 2020 at 11:51 AM Graham, Nan ███████████████████████ wrote:
████ Kathy left you a message. We do need auction rules. Thanks. Nan

Sent from my iPhone

On Jun 25, 2020, at 11:19 AM, Davis, Dawn ███████████████████████ wrote:

I had not seen this!

Sent from my iPhone

On Jun 25, 2020, at 11:13 AM, ███████████████████████ wrote:

External Email

just wanted to make sure you got this.

---------- Forwarded message ---------
From: ███████████████████████
Date: Thu, Jun 25, 2020 at 9:36 AM
Subject: Auction restart
To: Belden, Kathryn ███████████████████████

Hi Kathryn,
I'd like to restart the auction this afternoon, say at 3pm. All terms are the same except we're adding the audio rights; text-only, single narrator, ████ would have approval (███████████████ non-dramatic.
Can you all be ready by then?
Thanks,
████