**Message**

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 6/30/2020 12:15:03 PM
**To:** Davis, Dawn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ac3cc9deff9a474aacce5c1796e81d18-Davis, Dawn]; Graham, Nan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b6c55e49bfee4ec8b7264c5be7258e1e-Graham, Nan]
**CC:** Belden, Kathryn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8cb014e6fb58444abcc5cee98158b718-Belden, Kat]
**Subject:** RE: [redacted]

We all thought it was worth $750,000, so I'm OK with going there if that's what you want to do.

J.

---

**From:** Davis, Dawn [redacted]
**Sent:** Tuesday, June 30, 2020 11:10 AM
**To:** Graham, Nan [redacted]; Karp, Jonathan [redacted]
**Cc:** Belden, Kathryn [redacted]
**Subject:** Re: [redacted]

Nan, Kathryn-

He just called and is now going to Best Bids. He didn't say whether or not the other team came back after our offer of $650. I asked and he was a bit evasive. I think it's fair to call and ask for clarification. He did say [redacted] likes all of the remaining players and so it's really going to be the best bid. I'm happy to jump on a call now if you'd like. I

Best,
Dawn
Sent from my iPhone

On Jun 30, 2020, at 11:04 AM, Graham, Nan [redacted] wrote:

Dawn, will you call me and Kathy before we bid again? Thank you!

Sent from my iPhone

On Jun 30, 2020, at 10:24 AM, [redacted] wrote:

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0569**

**External Email**

got it, thanks.

On Tue, Jun 30, 2020 at 10:23 AM Davis, Dawn [redacted] wrote:
[redacted] in receipt of the information regarding the last round. The other publisher advanced to $625. We are advancing to $650.

Thanks,
Dawn

Sent from my iPhone

Begin forwarded message:

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** June 29, 2020 at 8:13:24 PM EDT
**To:** "Graham, Nan" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** "Belden, Kathryn" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, "Davis, Dawn" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** ▓▓▓▓▓▓▓▓

External Email

Call me tomorrow at your leisure, want to work at your pace. This is too important a project to be driven by haste.

On Mon, Jun 29, 2020 at 6:11 PM Graham, Nan ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

> When he comes back to ous, let's hop on the phone and figure out what we want to do. Might be time to make a leap. Might not.
> thanks. I'm technically on vacation after 10 tomorrow morning through the weekend, but of course I will be on the phone and on email. Possibly just a bit slower. ▓▓▓ pace.
>
> thanks, Dawn!
>
> **From:** Belden, Kathryn ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Sent:** Monday, June 29, 2020 5:11 PM
> **To:** Davis, Dawn ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Cc:** Graham, Nan ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Subject:** ▓▓▓▓▓▓▓▓
>
> Thanks, Dawn!
>
> **From:** Davis, Dawn ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Sent:** Monday, June 29, 2020 5:11 PM
> **To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Cc:** Graham, Nan ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Belden, Kathryn ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Subject:** Re: ▓▓▓▓▓▓▓▓
>
> Just spoke to ▓▓▓ and went to $600 as the other player was at $575. The one other offer is on behalf of one bidder. It is not a house bid.
>
> Thanks,
> Dawn

Sent from my iPhone

On Jun 29, 2020, at 5:01 PM, ▮ wrote:

**External Email**

Hi all,
I just called Kathy, could she give me a ring back? Or Nan, it doesn't matter to me. ▮

On Fri, Jun 26, 2020 at 10:19 AM Graham, Nan ▮ wrote:

> ▮ I'm not going to be free until 11 or 11:15. If this is urgent, can you talk to Kathy or Dawn? thanks, Nan
>
> **From:** ▮
> **Sent:** Friday, June 26, 2020 10:13 AM
> **To:** Graham, Nan ▮
> **Cc:** Davis, Dawn ▮ ; Belden, Kathryn ▮
> **Subject:** Re: ▮

**External Email**

Hi Nan,
I just tried you, give me a ring at ▮

On Thu, Jun 25, 2020 at 3:17 PM Graham, Nan ▮ wrote:

> ok! thanks, ▮
> nan
>
> **From:** ▮
> **Sent:** Thursday, June 25, 2020 3:11 PM
> **To:** Graham, Nan ▮
> **Cc:** Davis, Dawn ▮ ; Belden, Kathryn ▮
> **Subject:** ▮

**External Email**

probably not today, maybe tomorrow.

On Thu, Jun 25, 2020 at 3:09 PM Graham, Nan ▮ wrote:

> That is excellent news, ▮ Thank you.
> Do you expect that we will need to bid again today? Or tomorrow? Thanks so much, Nan

Sent from my iPhone

On Jun 25, 2020, at 3:07 PM, ▮▮▮▮▮▮▮▮▮ wrote:

External Email

Nan,
You were the top bidder in round one, there are three other publishers in the auction.

On Thu, Jun 25, 2020 at 1:07 PM Graham, Nan ▮▮▮▮▮▮▮▮▮ wrote:
Dear ▮▮▮
Kathy was trying to reach you to get a little clarity re what you mean by "text only" on the audio. Are you intending to do some kind of deal with ▮▮▮▮▮▮▮ that might be competitive with our audio?
Thanks for your help here.
Best, Nan

Sent from my iPhone

VCBS-00667757