Message

| | |
|---|---|
| **From:** | Canedy, Dana [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B8E86F05CD6F41C794361865E1C810C2-CANEDY, DAN] |
| **Sent:** | 8/5/2020 9:30:50 AM |
| **To:** | Painton, Priscilla [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=da0537ee1e60436e93eb8afc43da3792-Painton, Pr]; Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat] |
| **Subject:** | Re: it's a tie--a phone call could help |

Hi Priscilla,

Happy to do it. I have a call today with him anyway about ▮▮▮▮▮▮▮▮

Best,

Dana

---

**From:** Painton, Priscilla ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent:** Wednesday, August 5, 2020 9:17 AM

**To:** Karp, Jonathan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Canedy, Dana ▮▮▮▮▮▮▮▮▮▮▮▮

**Subject:** it's a tie--a phone call could help

Dear Dana and JK--We are up against Crown and Portfolio in our bid for the ▮▮▮▮▮▮ book. I made a passionate pitch to ▮▮▮▮ last night about why we would be his best publisher. But I am thinking too that a phone call from you expressing your enthusiasm might help too. If you can find the time, here is the number: ▮▮▮▮▮▮▮▮

Thank you.

Best,

PP

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0574**