---

## Message

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 7/31/2020 5:15:29 PM
**To:** Canedy, Dana [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b8e86f05cd6f41c794361865e1c810c2-Canedy, Dan]
**Subject:** Fwd: ███████████ P&L at $500k
**Attachments:** ███████████████_P&L.xls; ATT00001.htm

---

Dana: I'm amenable to whatever you and Priscilla want to do. He's eloquent and has a good reputation. ██
██████████████████ so that's the risk here.

J.


Begin forwarded message:

**From:** "Painton, Priscilla" ████████████████████████
**Date:** July 31, 2020 at 10:27:36 AM EDT
**To:** "Canedy, Dana" ██████████████████
**Cc:** "Karp, Jonathan" ███████████████████████
**Subject: Fw:** ██████████████████████████ **P&L at $500k**


Dear Dana: Jon and I had a very good meeting yesterday with the author of the book I sent you--████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████ The good
news is that, ████████████████████████████████████████████
███████████████ In that sense, the book carries a helpful dose of hope.

██ is an unusual agent. He isn't conducting a formal auction. Instead, he is telling me what he wants and
what others have offered to see if we can close the deal. So: He told me yesterday that he wants $500,000 for
the book (I will ask for world, audio, first serial), and that he already has a $400,000 offer in. He plans to ask
another publisher, whom he has described as "keen," for his bid today. So, if at all possible, I would like to
make an offer **today!**

Below you will find a few comps that would justify going to $500,000. They were prepared for a book Eamon
bought ███████████, which ████████████████████████ We paid $400,000 for
that book. I think we can justify going to $500,000 on this one because ███ has a ██████████████
based on ██████
███████ (You have those good numbers in a previous email.) ███ has another advantage: ██████
████████████████████████████████████████████████████
████████████████ So I am hoping this book has a long life as a paperback supported ██████████

Let me know if you need anything more from me, and thanks for being so intrigued by this already.

Best,
PP

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0577**

**From:** Park, Hana █████████████████
**Sent:** Friday, July 31, 2020 10:13 AM
**To:** Painton, Priscilla ████████████
**Subject:** █████████████████████ P&L at $500k

████████████████████████ ████████████ (W.W. Norton, ████
HC: 26,839
TP: 16,706
EB: 9,781
TOTAL: 53,326

████████████████████ ████████████ (W.W. Norton, ████
HC:184,863
TP: 93,495
EB: 30,517
TOTAL: 308,875

████████████████████ █████████████ (FSG, ████
HC: 215,093
TP: 72,483
EB: 68,063
TOTAL: 355,639

████████████████ █████████████████████████ (FSG, ████
HC: 126,586
TP: 39,738
EB: 63,185
TOTAL: 229,509

██████████████████████████ ████████████ (Spiegel & Grau, ████
HC: 143,862
TP: 64,209
EB: 81,404
TOTAL: 289,475

████████████ █████████████ (Portfolio, ████
HC: 26,539
TP: N/A
EB: 6,799
TOTAL: 33,338

████████████ █████████████ (Portfolio, ████
HC: 21,221
TP: 3,314
EB: 6,649
TOTAL: 31,184

Hana Park

Editorial Assistant | Simon & Schuster
1230 Avenue of the Americas, New York, NY 10020
████████████

VCBS-00679707

Document Produced as Native File

FILENAME:

███████████████████████ _P&L.xls

FILEPATH:

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

VCBS-00679708

COMBINED

VCBS-00679708



VCBS-00679708

VCBS-00679708

**4 of 4**

VCBS-00679708

VCBS-00679709