**Message**

**From:** Reidy, Carolyn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C433DCE50AC94802AAE488127181AB5C-REIDY, CARO]
**Sent:** 2/26/2020 8:16:30 PM
**To:** Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat]
**Subject:** RE: [redacted]

Got it. Sorry we lost it, given the enthusiasm.

---

**From:** Karp, Jonathan [redacted]
**Sent:** Wednesday, February 26, 2020 8:15 PM
**To:** Reidy, Carolyn [redacted]
**Subject:** Re: [redacted]

No. We were bidding only against Dial/Random for three rounds from $650,000 onward. We asked the agent to go to best bids and he refused. We matched at $805,000 and Random added $20,000 and won.
J.

On Feb 26, 2020, at 8:05 PM, Reidy, Carolyn [redacted] wrote:

Was there a final blind bid? Or we just stopped?

CKR

**From:** Karp, Jonathan [redacted]
**Sent:** Wednesday, February 26, 2020 8:02 PM
**To:** Reidy, Carolyn [redacted]
**Subject:** [redacted]

The [redacted] was sold to Dial Press/Random for $825,000. We were the under-bidder at $805,000.

Begin forwarded message:

**From:** "Dolan, Eamon" [redacted]
**Date:** February 26, 2020 at 7:54:19 PM EST
**To:** "Karp, Jonathan" [redacted], "Bergstrom, Jennifer" [redacted], "Callahan, Alison" [redacted]
**Subject:** [redacted]

Friends.

As you may have heard by now, this project went to Whitney Frick for $825k. Other bidders included Crown, Random, grand Central, and three Harper imprints.

I am very sorry that this one got away, but I'm glad we were in it together. Thank you all.

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0588

VCBS-01256654

CONFIDENTIAL TREATMENT REQUESTED

ED

VCBS-01256655