## Message

**From:** Bell, Aimee [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3B4AAE753A464F9188AE889BF23084C8-BELL, AIMEE]
**Sent:** 6/18/2020 4:24:22 PM
**To:** Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat]
**Subject:** Re: ▇▇▇▇ Auction Update // Thursday afternoon

▇▇and call just called: The book is ours! Thank you SO much.
▇▇ was disappointed that we didn't go up to $550K but ▇ loved our meeting.)
Thank you again and again...

---

**From:** Karp, Jonathan ▇▇▇
**Sent:** Thursday, June 18, 2020 3:26 PM
**To:** Bell, Aimee ▇▇▇
**Subject:** Re: ▇▇▇: Auction Update // Thursday

You can go up to $535,000 and add the two bonuses.

On Jun 18, 2020, at 3:11 PM, Bell, Aimee ▇▇▇ wrote:

Jon,
We are now in the final round of the ▇▇▇ auction: The other bidder matched our $525K, but has the two $50K earn-out bonuses (from ▇▇ "the triggers are now moved to sales of 525 and 575").

Do we move to $535K and add the bonuses?
I want the book because of his ▇▇▇ and he seems just the right fit for Gallery's list.
But is this getting too vertiginous? (I happen to have vertigo, from too many zoom meetings!)
I bow to your auction experience and wisdom. Thank you for all of this--especially during such an insanely busy time.
Aimee

---

**From:** Bell, Aimee
**Sent:** Wednesday, June 17, 2020 2:38 PM
**To:** Karp, Jonathan ▇▇▇
**Subject:** Re: ▇▇▇: Auction Update

Thank you!
Update TK

On Jun 17, 2020, at 2:34 PM, Karp, Jonathan ▇▇▇ wrote:

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0632

VCBS-01976050

Yes

On Jun 17, 2020, at 2:19 PM, Bell, Aimee <████> wrote:

Got it, thank you.
OK to bid $525K (no bonuses)?

On Jun 17, 2020, at 2:11 PM, Karp, Jonathan <████> wrote:

█████ auctions ALWAYS go to the highest bidder, so if you want to win, you'll just have to keep going up in small increments. Can you discuss with JB? I'm OK with going a bit higher. Ultimately, you may have to match, but if you match, you probably lose.

**From:** Bell, Aimee <████>
**Sent:** Wednesday, June 17, 2020 2:08 PM
**To:** Karp, Jonathan <████>
**Subject:** Re: █████: Auction Update

Jon,
After several rounds of jolly FaceTime calls with █████ the auction for the █████ is now down to two bidders—us and one other.
The other bidder is at **$475K plus two $50K earn-out bonuses** ($50K if the book earns out $475K and an additional $50K if the book earns out $525K).

Should I include any sort of bonus in my $500K offer? █████ does not seem too bonus-centric, but perhaps an earn-out bonus could seal the deal here.

Please let me know what you think.
Thank you!


On Jun 14, 2020, at 9:42 AM, Karp, Jonathan <████> wrote:

AB: Don't bail out without talking to me. If you feel strongly, we can stretch.

J.

**From:** Bell, Aimee <████>
**Sent:** Sunday, June 14, 2020 9:21 AM
**To:** Karp, Jonathan <████>
**Subject:** Re: █████: Comps + P&L

Jon:

Thank you--I will do just that!

A few further thoughts:

[redacted]

That said, I think it might go for more than I am willing to pay. [redacted]

I will let you know how things progress.

Thank you again!

More anon,
Aimee

---

**From:** Karp, Jonathan [redacted]
**Sent:** Friday, June 12, 2020 10:17 PM
**To:** Bell, Aimee [redacted]
**Subject:** RE: [redacted] Comps + P&L

AB: I think you should start at $300,000 and go to $500,000 if necessary. There's no doubt that he'll be a great promoter and I also think the book will be breezy fun. It seems like [redacted] is the closest comparison, but isn't she a more amusing writer, with strong appeal to young women? I suppose [redacted] might have strong appeal to youngish men, but that's a tougher audience to reach.

If you have a strong editorial vision for the book, I'd be more confident. I'm happy to discuss further if that's helpful.

J.

---

**From:** Bell, Aimee [redacted]
**Sent:** Friday, June 12, 2020 9:49 AM
**To:** Karp, Jonathan [redacted]
**Subject:** [redacted] Comps + P&L

Dear Jon,
Thank you for putting me in touch with [redacted] re the [redacted] proposal, which I absolutely loved.

VCBS-01976052

Sally and I had a fantastic meeting with ▇ last week--he is charming, funny, and smart.
I think his book could be something special.

Attached please find a P&L for **$500K for World Rights & audio.**
*The P&L includes numbers from Canada.
*The UK/Commonwealth declined to put numbers down for the P&L, but is interested in taking on the book as a distribution title.
*Audible paid $375K for audio rights when the book first sold to HMH in 2017.

The auction starts on Monday. Here are the auction rules from ▇
"If you are interested in acquiring the rights to ▇ book (and I hope that you are), please submit your offer in writing to me at my office no later than close of business on Monday, June 15, 2020. We would like to know as many details as possible, i.e., what rights do you wish to purchase, what is the amount of the advance, what will the schedule for payment of the advance be, what royalty levels and splits of proceeds are you offering, what is your commitment to advertising and promotion, what bonuses, if any, do you propose, etc.
We ask that all offers include an agreement to grant him the absolute right to approve the placement and "cut" of any serializations and the absolute right to approve all advertising, marketing and promotion, cover, flap copy, etc. We also ask that all offers and all subsequent discussions remain confidential.
On Tuesday, June 16, 2020 at 10:00 a.m., I will call the low offeror and ask if he/she will top the high offeror. That process will continue for as long as necessary.
▇ reserves the right to reject all bids, to accept less than the highest bid, and to take into account all factors, including, for example, all aspects of the offer, the capabilities of the publishing house, and the experience of the editor."

I would be grateful for your advice as to where to start--I want to stay in, but I don't want to go stratospheric. Please let me know how this all looks to you and of course please let me know if you need more information.

Thanks so much,
Aimee