**Message**

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 11/7/2019 2:32:00 PM
**To:** Reidy, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c433dce50ac94802aae488127181ab5c-Reidy, Caro]
**Subject:** Revised UK P&L for [redacted]
**Attachments:** [redacted] - Untitled.xls

Carolyn: I've attached the revised P&L. S&S UK and Audio upped their estimate. Canada and Australia stayed the same. The previous P&L was based on [redacted] We've matched [redacted] sales in this P&L. We're still falling short on the [redacted] if we offer $8 million. I'm concerned that if we offer less than $8 million, [redacted] will go back to PRH. She said they were willing to offer more. We can discuss in person.

J.

---

**From:** Cronin, Paul [redacted]
**Sent:** Thursday, November 7, 2019 2:00 PM
**To:** Karp, Jonathan [redacted]
**Cc:** Mandeville, Craig [redacted]; Felice, John [redacted]
**Subject:** RE: Revised UK P&L for [redacted]

Jon,

I've attached with the lasted version with the updated UK sales forecast. I've raised the advance to $8 million and taken the HC to $35 (also bumping the EB to $16.99). The domestic sales are now in line with [redacted] but there are no subrights forecasts built in whereas [redacted] made around $2 million in subrights. If we revise, we may want to look at the advertising since we spent around $725K on the [redacted] hardcover format alone.

Also note that there are no advance allocations in this P+L but in a final version we would likely allocate advances to the various divisions. I can set that up now if you'd like. Are there any other changes you'd like me to make to the p+l?

Thanks,
Paul

---

**From:** Mandeville, Craig [redacted]
**Sent:** Thursday, November 7, 2019 12:36 PM
**To:** Cronin, Paul [redacted]
**Subject:** FW: Revised UK P&L for [redacted]

---

**From:** Baboneau, Suzanne [redacted]
**Sent:** Thursday, November 7, 2019 11:44 AM
**To:** Karp, Jonathan [redacted]
**Cc:** Chapman, Ian [redacted]; Eulau, Dennis [redacted]; Felice, John [redacted]; Mandeville, Craig [redacted]
**Subject:** Revised UK P&L for [redacted]

Jon,

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0613

VCBS-01924040

Herewith our revised costing, with an increased advance to **£600,000**. Dan has already sent an ANZ P&L. Their numbers aren't moving from before.

**TIMING:**
- Proposed publication: ▮▮▮▮▮▮▮ (depending on ▮▮▮▮▮▮ schedule).
- Proposed print spec: Royal hardback, **£20**, mono, 320 pages approx with ▮▮ sections.
- Proposed audio spec: Digital download and printed, with ▮▮▮▮▮▮
- Proposed paperback publication: Summer / autumn following HB pub.

**POSITIONING:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**PROMOTION:**
- We would create a substantial marketing plan which taps into the followers ▮▮▮▮▮▮ already has online, as well as select number of dynamic live events across London on launch.
- We would lock PR into the contract, minimum 2-3 days for the UK.
- Serial could be significant.

**UPDATED FIGURES:**



**OFFER:**
- The costing based on these revised figures can go up from **£450,000 to £600,000** for our potential contribution which includes rights for audio, ebook, serial.

**COSTS INCLUDED:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **£60,000** retail spend for hardback
- **£55,000** for marketing, and, **£25,000** PR spend for the hardback/ **£25,000** for the paperback - we would be confident that we could ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Sales numbers for the home, export, Indian and Irish markets included.

Let me know if there is anything else you need from us at this point.

Suzanne

Suzanne Baboneau | Managing Director, Adult Publishing Division
Simon & Schuster UK | 1st Floor, 222 Gray's Inn Road, London WC1X 8HB

SIMON & SCHUSTER
New releases, author updates, video and more:

The contents of this e-mail are confidential to the ordinary user of the e-mail address to which it was addressed, and may also be privileged. If you are not the addressee of this e-mail you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. If you have received this e-mail in error, please e-mail the sender by replying to this message. Simon & Schuster UK Ltd reserves the right to monitor e-mail communications from external/internal sources for the purposes of ensuring correct and appropriate use of Simon & Schuster UK Ltd facilities. Simon & Schuster UK Ltd, registered in England and Wales with company number 714516 and registered address at Cannon Place, 78 Cannon Street, London, EC4N 6AF



Document Produced as Native File

FILENAME: ▮▮▮▮ Untitled.xls

FILEPATH:

## PUBLISHING PROGRAM EXPENDITURE OVERVIEW



