**Message**

**From:** Jonathan.Karp[████████████████████████████████████████]
**Sent:** 6/16/2019 11:59:55 AM
**To:** Reidy, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c433dce50ac94802aae488127181ab5c-Reidy, Caro]
**Subject:** ████ outcome

I did everything I could and we lost to Random House. See the writer's note below. Frustrating.

████ didn't tell us who offered more. She said there were "two great offers."

J.

Begin forwarded message:

**From:** ████████████████████████████
**Date:** June 16, 2019 at 11:29:17 AM EDT
**To:** priscilla.painton████████████████████ jonathan.karp████████████████
**Cc:** ████████████████████████████████████████
**Subject: Re: Our Offer**

**External Email**

Jon and Priscilla:

I wanted to thank both of you for your time and thoughtfulness in the meeting with ████████ and me on Thursday. I was so impressed with your questions and the approach you articulated to editing and publishing a book such as mine. I have reviewed the various materials and information you have kindly sent my way, which I found very helpful. I know how lucky it is to have the attention and interest of such great publishing houses and editors. I am fortunate to have the hard decision of choosing between exceptionally talented individuals. As hard as it has been to select, I have decided on Random House. But please know how deeply grateful I am to you for taking so much time and care in considering my proposal and for making such a generous offer.

Kind regards,

████

████████████████

Begin forwarded message:

**From:** ████████████████████████████████
**Subject: FW: Our Offer**

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0624

VCBS-01939596

**Date:** June 14, 2019 at 9:59:26 AM EDT
**To:** ███████████████████████

**From:** Karp, Jonathan ███████████████████████
**Sent:** Friday, June 14, 2019 7:56 AM
**To:** Painton, Priscilla ███████████████████████ ; ███████████████████████
███████████████████████
**Subject:** RE: Our Offer

Dear ███████,

If you ask your accountants, I don't think the S&S division has offered ███ an advance of this magnitude to a new author in the nine years I've been here. By both the enormity and celerity of our offer, I hope we've demonstrated how strongly we feel about publishing ███████████'s book. It's rare that ███████████████████████
███████████████████████████████████████. That's how we see this book.

If we are not the high offer, it is only because I am congenitally frugal and was incapable of envisioning a rationale for a bigger number. If that's the case, it's a personality flaw on my part, and I ask that you show some compassion for my shortcomings. In terms of books that matter to me personally, on a scale of one to ten, this book would exceed the scale.

Best regards,
Jon

Jonathan Karp
President and Publisher
Simon & Schuster Adult Publishing
1230 Avenue of the Americas
New York, N.Y. 10020
███████████

**From:** Painton, Priscilla ███████████████████████
**Sent:** Friday, June 14, 2019 7:36 AM
**To:** ███████████████████████
**Cc:** Karp, Jonathan ███████████████████████
**Subject:** Our Offer

Dear ███████,

We would like to offer $1.5 million for World, audio, and first serial rights. That offer would include the ███████
███████████████████████████████████████.

We would ask for a negotiable delivery date in the vicinity of ███████.

If we're not the high bidder but we are your top choice, we would be willing to discuss bonuses to make up for the difference between our offer and the highest offer.

Please let me know that you received this.

Best,
PP

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.