Message
___

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 9/11/2020 11:46:14 AM
**To:** Berkett, Alex [▮]
**Subject:** RE: S&S sale

Perfect. Thanks. I'm at ▮.

-----Original Message-----
From: Berkett, Alex <▮>
Sent: Friday, September 11, 2020 11:06 AM
To: Karp, Jonathan <▮>
Subject: RE: S&S sale

3:45?

-----Original Message-----
From: Karp, Jonathan <▮>
Sent: Friday, September 11, 2020 10:58 AM
To: Berkett, Alex <▮>
Subject: Re: S&S sale

Thanks. Maybe 1:30 or 3:30? I'm at ▮.

> On Sep 11, 2020, at 9:10 AM, Berkett, Alex <▮> wrote:
>
> Let's find 15 minutes to discuss today. Any windows that work?
>
> On Sep 11, 2020, at 5:34 AM, Karp, Jonathan <▮> wrote:
>
> Alex: Thanks for clarifying with Julia, and for including me in the conversation. I'll maintain all of your confidence.
>
> Two thoughts for you:
>
> 1. The original Wall Street Journal story on March 4 reported, "The company will seek at least $1.2 billion for Simon & Schuster...." ▮
>
> 2. Although I really do understand why strategics are the most likely option, if there is a financial buyer who is willing to match the top bid, that outcome would be better for the employees of S&S and arguably the larger book publishing ecosystem. You mentioned ▮ yesterday and I've read more about ▮
>
> Jon
>
>
> -----Original Message-----
> From: Berkett, Alex <▮>
> Sent: Thursday, September 10, 2020 11:06 PM
> To: Phelps, Julia <▮>
> Cc: Karp, Jonathan <▮>
> Subject: Re: S&S sale
>
> ▮ "what's going on with the S&S sale?"
>
> I believe our answer heretofore was, "as we previously stated, we have determined the asset is not strategic and, when market conditions stabilize, we will pursue a sale process".
>
> The nuance now is, we launched the sale process today, so that answer is no longer quite right. Yet, we probably don't want to acknowledge that we have launched a sale process.
>
> Perhaps something like:
> "As we previously stated, we have determined the asset is not strategic and we have received significant in bound interest. The inbound interest is not surprising, given that Simon & Schuster is such an iconic asset and its performance this year has been fantastic. When we have further developments to report, we will do so."
>
> ▮
>
> On Sep 10, 2020, at 7:19 PM, Phelps, Julia <▮> wrote:

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0634**

VCBS-01985466

```
>
> Hi Jonathan – ████████████████████████████████████████
████████████████████████████████████████
>
> Sent from my iPhone
>
>> On Sep 10, 2020, at 7:55 PM, Berkett, Alex <████████████████> wrote:
>>
>> I suggested Jonathan echo Bob's messaging in his communications, as he will increasingly be asked about the process.
>>
>> On Sep 10, 2020, at 5:48 PM, Karp, Jonathan <████████████████████████> wrote:
>>
>> Hi Julia,
>>
>> Alex Berkett said that Bob Bakish will be making comments early next week about the sale of S&S and that you're working on that messaging. Can you share it with me at the appropriate time so we're aligned and I characterize his comments accurately?
>>
>> Jon
```