**Message**

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 11/6/2019 1:12:45 PM
**To:** Reidy, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c433dce50ac94802aae488127181ab5c-Reidy, Caro]
**Subject:** RE: ▇▇▇▇ (confidential)

No, we offered for World English. I was mistaken in thinking we'd offered for World and ▇ immediately corrected me.

▇ said she is not going back to Crown if we offer $8 million. She did not say what she would do if we offered less than $8 million.

J.

---

**From:** Reidy, Carolyn
**Sent:** Wednesday, November 6, 2019 1:09 PM
**To:** Karp, Jonathan
**Subject:** RE: ▇▇▇▇ (confidential)

Wasn't our original offer for WORLD? If so I see no rights income in this p&l. Then when I go further down I see you offering for World English? (She did say the new request was without translation rights, correct?) Did she say if the PRH offer was with World English or World rights?

And we have to go up $500,000?

In any case, more to discuss once you have all your responses.

CKR

---

**From:** Karp, Jonathan
**Sent:** Wednesday, November 6, 2019 9:10 AM
**To:** Reidy, Carolyn
**Subject:** FW: ▇▇▇▇ (confidential)
**Importance:** High

Carolyn: We'll have to make a big decision about ▇▇▇▇ by the end of the week. I've asked all of the people below to look at their numbers again. I'll be back to you after I hear from them, and I'm hoping that you and I can come to a decision at our Thursday update meeting.

I'm also going to ask Gary for his view.

J.

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0643**

---

**From:** Karp, Jonathan
**Sent:** Wednesday, November 6, 2019 9:08 AM
**To:** Lynch, Chris ▇▇▇ ; Chapman, Ian ▇▇▇ ; Hanson, Kevin (▇▇▇) ▇▇▇ Ruffino, Dan <▇▇▇>
**Cc:** Felice, John <▇▇▇>; Felice, John <▇▇▇>; Mandeville, Craig <▇▇▇>; Eulau, Dennis ▇▇▇ ; Baboneau, Suzanne ▇▇▇

**Subject:** ▮▮▮▮ (confidential)
**Importance:** High

As you will recall, we made a confidential $6 million World English offer for ▮▮▮▮ in January. It's taken all year for ▮▮▮▮ to decide, but he's now ready to make a deal. Unfortunately, ▮▮▮▮, urged him to consider an offer from ▮▮▮▮ Crown, which has put $7.5 million on the table, with $2,500,000 in bonuses. According to ▮▮▮▮, S&S is the agency's recommendation to the client because of our work on ▮▮▮▮ book. They will not go back to Crown if we offer $8 million for World English rights.

Chris, Ian, and Kevin: Would you please look at this P&L and see if these numbers are the best you can do? ▮▮ would like to hear back from us today (if possible), but I've said Thursday afternoon may be more likely. I'll review all of this with Carolyn after I've heard back from everyone. Please include John Felice and Paul Cronin in your response, since they're the ones who will be revising the P&L.

We might be able to raise the price point to $35 for the U.S. edition.

▮▮ is working ▮▮▮▮ will be ▮▮▮▮ with ▮▮ this week and getting approval to ▮▮▮▮ from ▮▮ life.

▮▮▮▮ ▮▮▮▮

Our offer included one week of publicity in the U.K. and interviews in Canada and Australia. Details of our offer are below.

Realistically, I don't think we'd be able to publish ▮▮ ▮▮▮▮ ▮▮ ▮▮▮▮ so he is intending to do the ▮▮▮▮ for the book during that time period.

J.

---

**From:** Karp, Jonathan
**Sent:** Monday, October 28, 2019 9:10 PM
**To:** Reidy, Carolyn ▮▮▮▮
**Subject:** ▮▮▮▮

Dear ▮▮

Thanks for the update on ▮▮▮▮ I appreciate your transparency, so I hope you will also appreciate ours.

Nine months ago, on January 20th, we made a pre-emptive $5 million World rights offer for ▮▮▮▮ book. To compe▮▮▮▮ bring the offer to ▮▮▮▮ at your request we agreed three days later to add a million to our offer, and we've kept that $6 million offer on the table ever since. Now, you're asking us to jump another $2 million; you're subtracting translation rights, and you're telling us that you have to talk to ▮▮▮▮ ▮▮▮▮ ▮▮▮▮

We want to publish ▮▮▮▮. I understand that you have to respect your client's wishes, but I would hope that ▮▮▮▮ would also respect the time and thought we've put into our offer; and how quickly we leaped in January when you asked us to increase our pre-empt from $5 million to $6 million.

We can't even consider increasing our offer while you're talking to Crown. If you insist on having that conversation, we hope you'll come back to us and give us the opportunity to consider matching their offer, if it's larger than ours. It's too soon to know, but we think Macmillan is going to ███████████████. We still think $6 million is a great offer.

I hope you'll be able to compel ███████████████ to accept our offer, as it stands. We've been patient, fair, and faithful -- and I've personally been hoping to publish this book for more than a decade.

Sincerely,
Jon


**From:** Karp, Jonathan
**Sent:** Sunday, January 20, 2019 5:04 PM
**To:** ███████████████
**Subject:** ███████████████

Dear ███,

I've been authorized to offer $5 million for ███████████ autobiography, for World English, audio, and first serial rights, payable in even fifths on signing, acceptance, hardcover publication, one year after hardcover publication, and 18 months after hardcover publication.

The advance would include the cost of a collaborator.

We're envisioning a work of approximately 150,000 words, with a delivery date of ███████ ███. Depending on the how long the editing process takes (and ███████████████), we would publish in either ███████████.

Simon & Schuster would publish the book simultaneously in all English-language territories.

S&S would also have the right to create young adult and children's adaptations from the autobiography.

We'll need specific guarantees on publicity and promotion. I've outlined some preliminary ideas below, based on what we've done for books of similar magnitude ███████████████████ ███████████████████████████████. There is room for negotiation on the specifics of our publishing campaign, but we expect the advance is high enough to warrant an exclusive conversation. As we previously discussed, this offer is confidential.

Publicity
- "CBS Sunday Morning" or "60 Minutes"
- "The Late Show with Stephen Colbert"
- "The Daily Show" with Trevor Noah

- Michael Strahan on "Good Morning America."
- NPR's "Morning Edition," "All Things Considered," or "Weekend Edition"
- "Fresh Air with Terry Gross"
- Howard Stern on Sirius
- Oprah
- "The View" with Whoopi Goldberg
- Interviews on top ▮ radio stations and podcasts (most of which can be done from home).
- Interviews with The New York Times, the Los Angeles Times, The Washington Post, ▮▮▮▮▮▮▮▮▮▮▮▮.
- One week in the United Kingdom to promote for S&S UK.
- Interviews with selective international media, especially in Australia and Canada.

Promotion

- Appearance at Simon & Schuster event at Book Expo prior to publication.
- ▮▮▮▮▮▮▮▮▮▮ the year the book is published.
- 8,000 personally signed copies (if it's feasible).
- Participation in videos produced by S&S for social media distribution (including ▮▮▮▮▮▮▮▮▮▮▮).
- Interviews with Apple and Amazon for special online promotions.
- Appearances at bookstores in NYC and LA.
- Provide introductions to ▮▮▮▮▮▮▮▮▮▮ for joint promotions of book and music.

Audio

- An additional $10,000 if ▮▮▮▮ is willing to ▮▮▮▮▮▮. (Can you find out if ▮▮▮▮▮▮▮▮?)
- Permission to include some of ▮▮▮▮▮▮▮▮▮▮.

I look forward to hearing from you, after you've had a chance to confer with ▮▮▮ and ▮▮▮. I hope I'll finally have the opportunity to meet him and work with him. I made my first offer nine years ago and have been waiting patiently!

Enjoy the rest of your weekend. I look forward to hearing from you at your convenience.

Sincerely,
Jon

Jonathan Karp
President and Publisher
Simon & Schuster Adult Publishing
1230 Avenue of the Americas

New York, N.Y. 10020

**From:** Karp, Jonathan
**Sent:** Wednesday, January 23, 2019 7:56 PM
**To:** ▮
**Subject:** ▮

▮Thanks again for your response and this opportunity. We've thought about the $6 million advance you mentioned — discussed it and revised our projections — and we're willing to stretch to $6 million, with all of the same terms outlined below. Our one caveat is that we're going to have a very hard time going any higher than this, so I hope it's a great meeting for everyone and this advance turns out to be just enough ▮

Let me know what the next step is. I'm excited to meet in ▮ I'll need some as much notice as possible, to arrange for childcare.

All my best,
Jon

**From:** ▮
**Sent:** Tuesday, January 22, 2019 8:19 AM
**To:** Karp, Jonathan ▮
**Subject:** ▮

Jon,

Thank you for this offer! It felt very good to see this offer on ▮

I will bring the offer to ▮ today to discuss. I appreciate that this is world English and that you outlined all of the requests below. It's a good strategy for both sides to know what's needed and required at this level of ▮ and advance.

However, the advance is lower than we discussed. I found all of the previous offers finally and we have had an offer at this level that was turned down in the past. So I don't know if this will move the needle and I do think it's worth more. But this is a good place to begin a conversation with the team here.

I will discuss with ▮, and give you a ring later today.

More soon. Thank you again.

**From:** Karp, Jonathan
**Sent:** Tuesday, January 22, 2019 3:54 PM
**To:** Reidy, Carolyn ▮
**Subject:** ▮ response

▮ called to say that they turned down $5 million but that they'd like to continue exclusively with us if we'll increase our offer to $6 million. She didn't say that was the final number — just what would guarantee the

meeting. They discussed this directly with ▮▮▮▮ and he is interested in having the conversation (and writing the book) so I believe this is real.

I'm sending you the P&L as we originally did it. In my revised P&L, I altered a few assumptions:

1) Increase the price from $30 to $32.50 ▮▮▮▮

2) Assume 30,000 more in the hardcover net and more ebooks and trade paperbacks in the deep backlist.

I expect they'll ask for more money after the meeting, but at that point, we could ask for World if they want us to go up further. Your thoughts?

J.

---

**From:** Cronin, Paul ▮▮▮▮
**Sent:** Friday, January 18, 2019 4:10 PM
**To:** Karp, Jonathan ▮▮▮▮ ; Lynch, Chris ▮▮▮▮
**Cc:** Felice, John ▮▮▮▮ ; Mandeville, Craig ▮▮▮▮
**Subject:** RE: confidential

I've updated to include Australia.

---

**From:** Cronin, Paul
**Sent:** Thursday, January 17, 2019 2:50 PM
**To:** Karp, Jonathan ▮▮▮▮ ; Lynch, Chris ▮▮▮▮
**Cc:** Felice, John ▮▮▮▮ ; Mandeville, Craig ▮▮▮▮
**Subject:** RE: confidential

Jon,

I've attached a P+L based primarily on discounting ▮▮▮▮, and it includes the sales forecasts from the other divisions excluding Australia. The costs are largely based on ▮▮▮▮ but I've lowered the advertising to about $350K between hardcover and tradepaper releases. The HC gross sales forecast of 600K copies is around what we netted on ▮▮▮▮ (570K). The forecasted HC net is also only ▮▮▮▮ The eBooks are at 75K on this P+L v ▮▮▮▮ 95K and I've left the TP net sales forecast a little lower than ▮▮▮▮ net of 60K. So while not at the ▮▮▮▮ it is still profitable on the OI line.

I also didn't include a subrights forecast on the attached P+L. Did you want me to reach out to subrights or are they already aware of the offer?

Thanks,
Paul

---

**From:** Lynch, Chris <▮▮▮▮
**Sent:** Thursday, January 17, 2019 9:55 AM
**To:** Karp, Jonathan ▮▮▮▮>; MacGregor, Iain ▮▮▮▮ ; Hanson, Kevin ▮▮▮▮
**Cc:** Felice, John ▮▮▮▮ ; Cronin, Paul ▮▮▮▮
**Subject:** RE: confidential

Jon,

Here is the audio P&L. We assumed total sales between ▆▆▆▆▆▆▆▆▆▆.

These numbers also assume that he reads the audio himself. If he doesn't read, I would probably reduce sales by 40%-50%.

Please let me know when you have your print/ebook sales expectations set, so I can make sure we're not out of line.

Thanks, and good luck!

Chris

---

**From:** Karp, Jonathan ▆▆▆▆▆▆▆▆▆▆
**Sent:** Monday, January 14, 2019 9:22 PM
**To:** MacGregor, Iain ▆▆▆▆▆▆▆▆▆▆; Hanson, Kevin ▆▆▆▆▆▆▆▆▆▆; Lynch, Chris ▆▆▆▆▆▆▆▆▆▆
**Cc:** Felice, John ▆▆▆▆▆▆▆▆▆▆; Cronin, Paul ▆▆▆▆▆▆▆▆▆▆
**Subject:** confidential

Iain, Kevin, Chris, and Dan: We're going to make an offer to ▆▆▆▆▆▆▆▆▆▆ autobiography. This is confidential and should not be in any corporate minutes. By Thursday, can you let Paul Cronin, John Felice, and me know how much you can contribute?

▆▆▆ is representing this project and we're going to have an exclusive shot. They've turned down offers in excess of $3 million. I'm assuming we'll have to offer $5 million and I think that number might work, assuming sales on a level with ▆▆▆▆▆▆▆▆▆▆.

J.