| | |
|---|---|
| **Message** | |
| From: | Graham, Nan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b6c55e49bfee4ec8b7264c5be7258e1e-Graham, Nan] |
| Sent: | 6/22/2020 4:58:49 PM |
| To: | Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat]; Davis, Dawn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ac3cc9deff9a474aacce5c1796e81d18-Davis, Dawn]; Lynch, Chris [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aa62d6f613f54090823acdcfc8d4a90b-Lynch, Chri]; Belden, Kathryn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8cb014e6fb58444abcc5cee98158b718-Belden, Kat] |
| CC: | Spain, Tom [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=946630ff82fa445db7e166267d366d2d-Spain, Tom] |
| Subject: | Re: [redacted] Auction |

Thanks, Jon. Let me know if you would like me to draft it. You have a lot to do.
It will be very interesting to see whether PRH, Hachette, Harper or Macmillan participate.
MY understanding is that they too have the "no audio, no deal" rule.
Nan

---

**From:** Karp, Jonathan
**Sent:** Monday, June 22, 2020 4:46 PM
**To:** Graham, Nan [redacted] Davis, Dawn [redacted]; Lynch, Chris [redacted]; Belden, Kathryn [redacted]
**Cc:** Spain, Tom [redacted]
**Subject:** RE: [redacted] Auction

I'm fine being the one to send an email.

---

**From:** Graham, Nan [redacted]
**Sent:** Monday, June 22, 2020 4:34 PM
**To:** Karp, Jonathan [redacted]; Davis, Dawn [redacted]; Lynch, Chris [redacted]; Belden, Kathryn [redacted]
**Cc:** Spain, Tom [redacted]
**Subject:** Re: [redacted] Auction

The question is how we deliver this information to him.
Jon, would you like me to draft an email that comes from you?

---

**From:** Karp, Jonathan [redacted]
**Sent:** Monday, June 22, 2020 3:41 PM
**To:** Davis, Dawn [redacted]; Graham, Nan [redacted]; Lynch, Chris [redacted]; Belden, Kathryn [redacted]
**Cc:** Spain, Tom [redacted]
**Subject:** RE: [redacted] Auction

I agree with all of you.

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0652

VCBS-03004056

**From:** Davis, Dawn ▇
**Sent:** Monday, June 22, 2020 2:39 PM
**To:** Graham, Nan ▇; Lynch, Chris ▇ Karp, Jonathan ▇; Belden, Kathryn ▇
**Cc:** Spain, Tom ▇
**Subject:** Re: ▇ Auction

Yes, he explained the same to me and I told him this was a problem for us typically and that it didn't make sense for us to help create the intellectual property only to give up audio rights. . .

▇ . . .

Dawn

---

**From:** Graham, Nan ▇
**Sent:** Monday, June 22, 2020 2:15 PM
**To:** Lynch, Chris ▇ Davis, Dawn ▇; Karp, Jonathan ▇; Belden, Kathryn ▇
**Cc:** Spain, Tom ▇
**Subject:** Re ▇ Auction

I am appalled and devastated. I just spoke to ▇
▇ started a year ago. "They have new ways of presenting audio... podcasts..," says ▇
▇ will read.
I explained our policty to ▇, and the reasons for our policy -- including why should Kathy or Dawn edit a book for ▇? Why should we copyedit and package and publicize it on behalf of ▇
▇ I asked ▇ if the deal with ▇ could be undone. ▇. We offered for Audio, of course, when we offered for this book a year ago.
I hate to give this book up, but I'm afraid I have to agree with Chris.
nan

---

**From:** Lynch, Chris ▇
**Sent:** Monday, June 22, 2020 1:32 PM
**To:** Davis, Dawn ▇; Karp, Jonathan ▇ Graham, Nan ▇; Belden, Kathryn ▇
**Cc:** Spain, Tom ▇
**Subject:** RE: ▇ Auction

All,

I know this is a book we would all love to publish, but I hope that we will walk away if audio rights are not part of the deal.

The only way to prevent agents from breaking off audio rights like this is to hold firm to our policy of no deals without audio rights.

Chris

**From:** Davis, Dawn ▮
**Sent:** Monday, June 22, 2020 1:23 PM
**To:** Karp, Jonathan ▮; Graham, Nan ▮; Belden, Kathryn ▮
**Cc:** Spain, Tom ▮; Lynch, Chris ▮
**Subject:** ▮ Auction

Dear Team ▮

I called ▮ because the promised rules never materialized and I wanted to make sure they hadn't gone missing in my inbox.

Here is what I learned:
**Format:** traditional round robin, with an increase of 25% each round
**Audio:** NO... These have been sold to ▮
**Date:** First bids due: Tuesday, 6/23 at 5:00pm.

I told him audio was going to be a problem but that I'd get back to him.

Best,
Dawn