**Message**

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 3/5/2020 10:40:07 AM
**To:** John Irving ▮▮▮▮▮▮▮▮
**CC:** ▮▮▮▮▮▮▮▮
**Subject:** RE: About being sold...

Thanks, John! I'm pretty sure that the Department of Justice wouldn't allow Penguin Random House to buy us, but that's assuming we still have a Department of Justice.

Enjoy the homestretch!

J.

---

**From:** John Irving ▮▮▮▮▮▮▮▮
**Sent:** Thursday, March 5, 2020 9:33 AM
**To:** Karp, Jonathan ▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮
**Subject:** About being sold...

**External Email**

Dear Jon,

▮▮▮ and I appreciate the heads-up you gave us. I'm actually surprised, and somewhat relieved, to hear that any publishing house is "quite desirable" nowadays; my sense of the desirability of literary fiction is somewhere between a dinosaur and Harvey Weinstein. As for your estimation of knowing the outcome of the sale—"which could be in 2-6 months"—I'm guessing this may roughly coincide with when I finish ▮▮▮▮▮▮▮▮ But, on both counts, we'll see.

Naturally, I'm inclined to imagine an ironic sale; generally, irony is more satisfying in fiction than in real life. Such as: S.&S. is bought by Penguin Random House, and I find myself back in the hands of publishers I thought I left—I mean, in the U.S. and the U.K. But that's how I imagine things in fiction: ironically.

All the best,
John

On Mar 5, 2020, at 8:24 AM, Karp, Jonathan ▮▮▮▮▮▮▮▮ wrote:

Dear John,

I assume ▮▮▮ told you that we're for sale. I called her yesterday because I didn't want to disrupt your writing day. There's really nothing to do about it or glean from it until we know the outcome, which could be in 2-6 months. Apparently, we're quite desirable, but time will tell.

All my best,
Jon

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0655**