**From:** Karp, Jonathan
**Sent:** Sunday, January 26, 2020 9:46 PM
**To:** Painton, Priscilla
**Subject:** RE: ████████████ P&L and comps
**Attachments:** ████████████████████████████████████████

PP:  I've revised the P&L at $300,000, which is a stretch.  I believe ████ is telling you the truth when she says they can't do it for less than $350,000.  Assume they're each making $150,000 a year and they want to take a full year off.  They're just trying to break even after paying the commission.

You can try to pre-empt for $300,000, World rights.  Unless there's something we don't already know ████████ ███████████████████████████████████████████████████████████████████████████████████████████ ████████

I liked them and want to publish the book.  I haven't read ████████████████████████████████  There are two other projects under contract and in the works.  Scribner has ████████████████, for which they paid $300,000 ████████████████████████).  Eamon acquired ████████████, for which we paid $285,000.  Descriptions below.

From Scribner:
As discussed, here are the comps sheet and P&l for this project from ████████████, which is closing tomorrow at 1pm in a best bids auction, and which Sally and I want to acquire together. The attached p&l, based on ████, gets us to $300,000, which is around what we would like to bid. ████ has had 14 calls and expects 10 offers.

This book ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ It's also very much in the Scribner wheelhouse, with clear comps including ████████████████, both of which similarly combine memoir ████████████████ ████

████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████

Thanks, and let me know if you have questions.
D

From Eamon:

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0656**

VCBS-03056655

**From:** Dolan, Eamon ███████████████████████
**Sent:** Monday, September 30, 2019 4:30 PM
**To:** Karp, Jonathan ██████████████████████ >
**Subject:** FW: ████████████████████

Jon.

Attached is the project I mentioned at Ed. Board last week – ███████████████████████ ███████████████████████████████████████████████████████. I knew a little about ████████████████████████████████ before reading her proposal, but I was shocked ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████. And much of it is pretty new news, ████████████ ████████████████████████████████████████████████████████████████. I was also unaware ████████████████████████████████████████████████████████████████████████████████ ████████████████████████

I've gotten very strong reads from Marysue and Lashanda, and I had a promising call with the author last week. On that call, she embraced my advice ████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████

I believe ████████████████ sales would fall somewhere in the realm bounded by these comps:

████████ by ████████████ HMH) NYT bestseller
**HC/**████████ $25.00/22,055
**TP/**████████ /$16.99/28,122
**E**████ /$9.99/17,288

████████████████████ (Back Bay Books) NYT bestseller
**HC/**████████ /$28.00/61,062
**TP/**████████ /$17.99/11,156
**E**████████ /$14.99/27,999

████████████████████████ (Bloomsbury Publishing)
**HC/**████████ /$28.00/14,151
**TP/**████████ /$18.00/148,225
**E/**████████ /$19.98/84,115

VCBS-03056656

**From:** Painton, Priscilla ███████████████████████ >
**Sent:** Sunday, January 26, 2020 9:11 PM
**To:** Karp, Jonathan < ███████████████████
**Subject:** Fw: ███████████ P&L and comps

Dear J: I have included here two P & Ls, one at $200,000 and one that $250,000. My rationale for pushing a book on competitive territory, even after the ██████████████████████████████, is that we are telling a DIFFERENT story on this same territory, the one ████████████████████████████
██████████████████████████████████ I also think they get what kind of story needs to be written. And I think not having a hard deadline helps. I totally understand the need to be cautious, which is why you are not seeing anything close to $500,000.

███ called tonight to say she had seven meetings, many inside the same company. She made clear we are the authors' first choice, and that $350,000 is what they would need. If you have time to discuss this tomorrow, let me know. No auction day has been set yet, but I am wondering if we could preempt.

Best,
PP

---

**From:** Park, Hana < █████████████████████
**Sent:** Friday, January 24, 2020 1:48 PM
**To:** Painton, Priscilla ██████████████████████ >
**Subject:** ███████████ P&L and comps

████████████████████████████████████████ (Little Brown, ███

HC: 62,483
TP: 20,661
E: 32,051
TOTAL: 115,195

████████████████████████████████████ (Macmillan, ████ )

HC: 14,153
TP: 154,717
E: 90,402
TOTAL: 259,272

████████████████████████████████ (Penguin Press, ███

HC: 27,240
TP: 22,058
E: 23,703
TOTAL: 73,001

████████████████████████████████████████████████
████████████ (Random House, ███

HC: 24, 701
TP: 17,163
E: 26,182
TOTAL: 68,046

VCBS-03056657

██████████████████████████████████████████████████

███████ ██ ███████████████ (Random House, █████)

HC: 24,071
TP: 12,657
E: 29,789
TOTAL: 66,517

**Hana Park | Editorial Assistant | Simon & Schuster**
1230 Avenue of the Americas, 14th Floor, New York, NY 10020
█████████ | ██████████████████████████

VCBS-03056658

# Document Produced as Native File

## FILENAME:

██████P&L revised.xls

## FILEPATH: