| | |
|---|---|
| **Message** | |
| From: | Koskovolis, Luke [ |
| Sent: | 9/23/2020 1:26:40 PM |
| To: | Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat]; Eulau, Dennis [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=702a649498f94d16bbd47e90d2d1e89b-Eulau, Denn] |
| CC: | Mandeville, Craig [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c510bd6fc5db4863a3e2c7459fb5164a-Mandeville,]; Batanjany, Kristal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b8ee75d29a564f868a763b6910f2bed3-Batanjany,]; Tanielyan, Siran [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=00b9dcd57c334070b40120d5b20079bd-Viacom-Sira]; Diaz, Michael |
| Subject: | Materials provided to buyers in Phase I |
| Attachments: | Project Typeface Model (September 2020).xlsx; Typeface Model Walkthrough (September 2020).pdf; Project Typeface MP (September 2020).pdf |
| Flag: | Follow up |

**External Email**

Hi Jon and Dennis – wanted to share the materials we were chatting about this am. The attached is all that bidders receive post their initial meeting with you both (soft copy of the presentation, a model and a pdf of that model).

We have already discussed with Kristal that there is the potential we also release another 2-5 financial schedules next week to the extent they cover some commonly asked questions by all parties (we will try to avoid doing too much bespoke analysis for any one party or going into detail on headcount and things like that at this stage). Before we do this, we will run by Dennis.

Feel free to give me a call if any questions.

Thanks

Luke Koskovolis
LionTree LLC



This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact the sender and destroy this e-mail and all copies of it. This e-mail may contain information that is privileged, confidential, proprietary and exempt from disclosure under applicable law. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial products or services, an official confirmation of any transaction, or an official statement of LionTree Advisors LLC or any affiliate thereof. Investment or financial products or services are offered only through LionTree Advisors LLC. This communication is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to law or regulation, or which would have LionTree Advisors LLC or any affiliate thereof subject to any registration requirement within such location. Subject to applicable law, LionTree Advisors LLC or any affiliate thereof may monitor, review and retain e-mails traveling through its networks/systems.

VIACOMCBS INC. CONFIDENTIAL TREATMENT REQUESTED



# Simon & Schuster
## Management Presentation

**VIACOMCBS**

September 2020

*Confidential - For Discussion Purposes Only*

VCBS-03205225

VIACOMCBS INC.      CONFIDENTIAL TREATMENT REQUESTED

# INTRODUCTION TO THE PRESENTERS



### Jonathan Karp
*President and Chief Executive Officer*

- Named President and CEO in May 2020
- First joined Simon & Schuster in 2010 as a President and Publisher, before being named President of Simon & Schuster Adult Publishing in 2018
- Prior to joining Simon & Schuster, served as Publisher and Editor-in-Chief of Twelve, an imprint of the Hachette Book Group
- Previously served as Editor-in-Chief of Random House, where Jonathan began his publishing career in 1989 as an Editorial Assistant and worked for sixteen years



### Dennis Eulau
*EVP, Chief Operations Officer & Chief Financial Officer*

- Named EVP, COO & CFO in 2012
- Became EVP, Operations in 2007, and EVP, Operations and CFO in 2009
- First joined Simon & Schuster in 1995 as a Business Manager for the Company's Trade Division before being named SVP and GM of the Adult Publishing Division in 2001
- Prior to joining Simon & Schuster, Dennis served as Business Manager of Random House, where he began his publishing career in 1990 as a Financial Analyst and worked for five years

*Confidential - For Discussion Purposes Only*

**VIACOMCBS**

2

VCBS-03205227

# FINANCIAL HIGHLIGHTS



1. Proven Track Record of Strong Financial Results
2. Industry-Leading Margins
3. Strong Cash Flow Characteristics
4. Continually Refreshed Backlist Continues to be a Source of Stability
5. Growth Initiatives

# SALES PROJECTION DETAIL

**NET SALES BY GEOGRAPHY (2017–2024)**



US ■ International

**FRONTLIST AND BACKLIST US GROSS SALES (2017–2024) [2]**

**COMMENTARY**

- US growth expected to moderate after strong 2020 performance, but certain drivers expected to see sustained growth
  - Backlist projected to continue strong performance seen in recent years
    - Has grown at a ▇▇ CAGR since 2017 and is conservatively assumed to grow at a ▇▇ CAGR from 2019 to 2024
    - Given Simon & Schuster's recent run of commercially successful frontlist titles and investment in future author advances, management expects the backlist to be consistently replenished by strong best-sellers
  - Exciting new business opportunities including Pimsleur (▇▇▇▇▇▇▇▇▇▇▇▇▇▇)
- International expected to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  - In original publishing, international divisions are starting to truly grow out their local publishing efforts and have started to see success with key titles
    - Over the next 4-5 years, management expects ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  - Additionally, some international divisions experienced one-off market declines in 2020 related to Covid-19 (Canada and Australia were particularly affected) which are projected to recover in 2021

Case 1:21-cv-02886-FYP   Document 181-93   Filed 09/08/22   Page 6 of 6

VIACOMCBS INC.                                                                                      CONFIDENTIAL TREATMENT REQUESTED

# SALES BREAKDOWN

- Revenue mix shifting towards digital formats (of books and audio), with digital audio making up for decline in ebook
- Amazon is the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Simon & Schuster's backlist has grown as a percentage of gross sales over the past three years

### FRONTLIST AND BACKLIST % OF TOTAL US GROSS SALES [1]



■ Backlist
■ Frontlist

### NET SALES BY FORMAT
($M, unless noted)

### 2019 NET SALES BY CHANNEL



1. Excludes Pimsleur, Tiller Press, and Corporate & Other; Backlist includes Carryover
2. Includes ▮▮▮ one-time adjustment to returns provision
3. Excludes physical audio (which is included in Print)

**Confidential - For Discussion Purposes Only**

**VIACOMCBS**

44

VCBS-03205269