## Message

**From:** Berkett, Alex [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8EB91203EFC74DFFAD51D35932DAF6E9-BERKETT, AL]
**Sent:** 2/26/2020 4:02:01 PM
**To:** Bakish, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=684ce8fb03c241f7bcf53f90c0220f6c-Bakish, Rob]
**Subject:** RE:
**Attachments:** Discussion Materials.pdf; S&S_Divestiture_Rationale Nov 2019.pdf

Please find attached materials we prepared for you in November as well as Liontree materials from October.

The material we prepared included a reasonably detailed estimate of synergies that might be available to a strategic buyer (███████ found on pages 11 & 12), which compared to Liontree's estimate of ███ As a result, our valuation was ███████ compared to Liontree's estimate of ███████ I strongly suspect if you asked Liontree to refresh their thinking on valuation, their view today would be higher based on a) the increased buyer interest and enthusiasm level we have experienced since October and b) our preliminary synergy estimates, based on reasonably granular analysis.

One other datapoint re: banker valuations comes from Citi in materials presented in December. Citi presented a valuation range of ███████ based on a ███ synergy estimate. I don't have a soft copy of these materials but can get you a hard copy (with notes scribbled on it), if interested.

Baring a global economic meltdown related to coronavirus, I feel quite confident in my estimate ████████ ████████

Happy to discuss live, if helpful.

---

**From:** Bakish, Robert ████████████
**Sent:** Wednesday, February 26, 2020 3:01 PM
**To:** Berkett, Alex <████████████████
**Subject:** Re:

See what we have from the bankers

Am interested in valyation

BB/remote

**From:** Alex.Berkett████████████
**Sent:** February 26, 2020 2:44 PM
**To:** ████████████
**Subject:** RE:

We have not built any recently, but we have certainly received many from bankers.

**From:** Bakish, Robert ████████████
**Sent:** Wednesday, February 26, 2020 2:44 PM
**To:** Berkett, Alex ████████████
**Subject:**

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0669**

Di we have any decks on selling s&s

VCBS-03948253