Message

**From:** Costanzo, Kyle
**Sent:** 11/21/2020 11:19:55 AM
**To:** Tanielyan, Siran [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=292337ea57224f5c9d4b9d4d28f6b5ea-Tanielyan,]; Molvie, Ian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=82d3499dd6fb4684968a763ee6a4707c-Molvie, Ian]
**CC:** Diaz, Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user9cd1b45f]; Koskovolis, Luke [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=usereaee1104]; Jones, Cody
**Subject:** Bid Summary Deck
**Attachments:** Project Typeface 2nd Round Bid Summary (11.21.20).pptx

[EXTERNAL SENDER]

Siran, Ian – Please find attached the updated bid summary deck in PowerPoint.

Best,
Kyle


Kyle Costanzo
LionTree LLC



**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0679**



HIGHLY CONFIDENTIAL
VCBS-04663997



# Detailed Bid Summary

LionTree | 1

$2,175 Million EV (USD)

| Purchase Price |
| Financing / Consideration |
| Exclusivity Request |
| Timeline to Signing / Confirmatory Diligence |
| Regulatory Timeline (Buyer View) |
| Plan for Typeface Management |
| Regulatory and Closing Conditions |

HIGHLY CONFIDENTIAL

VCBS-04663998



# Key Issues from SPA Mark Ups

| Key Issues | Auction Draft |
|---|---|
| Representations and Warranties Insurance | ▮ |
| Antitrust Risk | ▮ |
| Other Key Issues Raised | ▮ |

HIGHLY CONFIDENTIAL

VCBS-04663999