## Message

| | |
|---|---|
| **From:** | Eulau, Dennis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=702A649498F94D16BBD47E90D2D1E89B-EULAU, DENN] |
| **Sent:** | 2/4/2020 4:22:45 PM |
| **To:** | Bulger, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2906fac85b3c4bf88aaded75a64d6091-Bulger, Joe]; Stambaugh, Doug [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dc31db8d077f4579bc1e79d95142c6bc-Stambaugh,] |
| **Subject:** | Fwd: Printing Contract for Approval |

Sent from my iPhone

Begin forwarded message:

**From:** "Bakish, Robert" ▮▮▮▮▮▮▮▮▮▮
**Date:** February 4, 2020 at 4:20:45 PM EST
**To:** "Spade, Christina" ◄▮▮▮▮▮▮▮▮▮▮, "Reidy, Carolyn" ▮▮▮▮▮▮▮▮▮▮
**Cc:** "D'Alimonte, Christa" ▮▮▮▮▮▮▮▮▮▮ "Jordan, Veronica"
▮▮▮▮▮▮▮▮▮▮, "Byrnes, David" ◄▮▮▮▮▮▮▮▮▮▮ "Eulau, Dennis"
▮▮▮▮▮▮▮▮▮▮

**Subject: RE:  Printing Contract for Approval**

Pending the answers to chris' questions I am comfortable with this

B

**From:** Spade, Christina ◄▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, February 4, 2020 3:12 PM
**To:** Reidy, Carolyn ◄▮▮▮▮▮▮▮▮▮▮; Bakish, Robert ▮▮▮▮▮▮▮▮▮▮
**Cc:** D'Alimonte, Christa ◄▮▮▮▮▮▮▮▮▮▮; Jordan, Veronica
▮▮▮▮▮▮▮▮▮▮; Byrnes, David ◄▮▮▮▮▮▮▮▮▮▮; Eulau, Dennis
▮▮▮▮▮▮▮▮▮▮

**Subject:** RE: Printing Contract for Approval

Carolyn -

A couple questions:  1) what are the terms of the rate increases for the ▮▮▮▮ with LSC? 2) Is this consistent with your assumption for printing costs in 2020 Budget?

Thank you - Chris

**From:** Reidy, Carolyn ◄▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, February 4, 2020 3:06 PM
**To:** Bakish, Robert ▮▮▮▮▮▮▮▮▮▮
**Cc:** Spade, Christina ◄▮▮▮▮▮▮▮▮▮▮ D'Alimonte, Christa ▮▮▮▮▮▮▮▮▮▮; Jordan, Veronica ▮▮▮▮▮▮▮▮▮▮>; Byrnes, David ▮▮▮▮▮▮▮▮▮▮>; Eulau, Dennis
▮▮▮▮▮▮▮▮▮▮

**Subject:** Printing Contract for Approval

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0682**

Dear Bob:

We have negotiated a deal with LSC Communications, one of the printers with whom we deal. This contract commits us to spending ███████ a year for the next ██████████████████. This ███████ represents approximately 50% of our standard US Domestic Hardcover and Trade paperback work. Obviously, I need your approval for us to sign.

We have been negotiating this deal for some time but suddenly we are getting pressure to sign from LSC.  We believe part of their urgency is related to our current manufacturer, Ouad, with whom we have a contract that runs through 2020 and who recently asked us to change terms on the remaining year of the contract, with a ████████████████ increase in rates.  After we refused, it  put itself up for sale.  We expect an announcement of a sale any day now and think LSC is worried the new owner will approach us. Strong indications are that Quad will be selling its Book Trade business to Bertelsmann who owns Penguin Random House. We would not want to be 100% beholden to a competitor for printing. Because there is very limited printing capacity in the marketplace right now, we are working to make sure we reserve printing time/space.  This deal not only gives us favorable pricing (and, we believe, can be almost cost neutral with our current rates) but also allows us reserved printing time.

The summary of the deal is below.  Our team has reviewed all with Dave Byrnes. If you want any additional details, don't hesitate to ask.

Carolyn


**LSC Deal Summary:**

* ███ year deal: ████████████████
* New deal includes annual commitment to LSC of ███████
* S&S Option to increase work to ████████████████████████████████████
o          Option allows Quad sale to play out (Berryville/Bertelsmann looking promising), and we can go either way with other 50%
o          Also provides safety net for 2020 volume if Quad falters (recent developments make that less likely)
o          ████████████████████████████████████

VCBS-04811265