**Message**

**From:** Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT]
**Sent:** 7/29/2021 12:26:01 PM
**To:** McGuire, Libby [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e524fc851dba49feb728c5bfb609936e-McGuire, Li]; Rhorer, Richard [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cc5370357eb34340945471143c5fe807-Rhorer, Ric]
**Subject:** RE: ▮▮▮▮▮

I'm glad that you did everything right. Libby is right. It happens all the time. That's why we lost ▮▮▮▮▮ The winning publisher had drinks with her in a bar for two hours before it was submitted.

---

**From:** McGuire, Libby ▮▮▮▮▮
**Sent:** Thursday, July 29, 2021 11:18 AM
**To:** Rhorer, Richard ▮▮▮▮▮ Karp, Jonathan ▮▮▮▮▮
**Subject:** RE: ▮▮▮▮▮

That happens- no fault

---

**From:** Rhorer, Richard ▮▮▮▮▮
**Sent:** Thursday, July 29, 2021 11:04 AM
**To:** McGuire, Libby ▮▮▮▮▮ Karp, Jonathan ▮▮▮▮▮
**Subject:** FW: ▮▮▮▮▮

▮▮▮▮▮ has gone to Crown. The editor at Crown has ▮▮▮▮▮ and has been writing to her for years. Those cliches about the early bird are true.

---

**From:** "Trouwborst, Leah" ▮▮▮▮▮
**Date:** Thursday, July 29, 2021 at 10:49 AM
**To:** "Rhorer, Richard" ▮▮▮▮▮, "Cooper, Doris" ▮▮▮▮▮
**Cc:** "Lubash, Samantha" ▮▮▮▮▮
**Subject:** ▮▮▮▮▮

Hi Richard and Doris,

I just got the call that ▮▮▮▮▮ went with Talia Krohn at Crown, for an offer that was "virtually identical" to ours. PPG was the third bidder, and was at the same level. ▮▮▮▮▮ said that the choice was really between us and Crown, and that Talia had ▮▮▮▮▮ nd had been writing to her for years, and has published a few of ▮▮▮▮▮ friends and colleagues, including ▮▮▮▮▮ Tough to compete with that! I'm proud that we made it a difficult decision for her.

Leah

---

**From:** Rhorer, Richard ▮▮▮▮▮
**Sent:** Wednesday, July 28, 2021 4:48 PM
**To:** Trouwborst, Leah ▮▮▮▮▮; Cooper, Doris ▮▮▮▮▮
**Subject:** RE: For Your ▮▮▮▮▮ 6Qs

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0697**

HIGHLY CONFIDENTIAL
VCBS-LIT-00123036

Thanks for the update.

When you hear more, please let me know right away. I'm curious how this will all play out. This one has been very hard to game.

---

**From:** Trouwborst, Leah <​~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~​>
**Sent:** Wednesday, July 28, 2021 4:37 PM
**To:** Rhorer, Richard <​~~~~~~~~~~~~~~~~~~~~~~~~~~~~​>; Cooper, Doris <​~~~~~~~~~~~~~~~~~~~~~~~~~~~~​>
**Subject:** RE: For Your ~~~~~~~~~~~~~~~~ 6Qs

FYI, I've been trying to get ~~~~~~ to tell me how our bid compared to the other two and what her client is thinking, but she's been tightlipped. She keeps promising news ASAP, and says she's dealing with "a few coordination puzzles." Not particularly promising. I'll let you know when I know more.

---

**From:** Trouwborst, Leah
**Sent:** Wednesday, July 28, 2021 10:59 AM
**To:** Rhorer, Richard <​~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~​>; Cooper, Doris <~~~~~~~~~~~~~~~~
**Subject:** RE: For Your ~~~~~~~~~~~~~~~~

Hi Richard,

Sounds good. Should the bonus be contingent on earnings reaching $1,050,000 within one year, or before TP publication? Or should I consult with Kristal about the exact language?

Leah

---

**From:** Rhorer, Richard <​~~~~~~~~~~~~~~~~~~~~~~~~~~~~​>
**Sent:** Wednesday, July 28, 2021 10:55 AM
**To:** Trouwborst, Leah <​~~~~~~~~~~~~~~~~~~~~~~~~~~~~​>; Cooper, Doris ~~~~~~~~~~~~~~~~~~~~~~~~~~
**Subject:** RE: For Your ~~~~~~~~~~~~~~~~ 6Qs

Leah,

I've spoken to Doris and Libby about bidding strategy. We have agreed that we should bid $1,050,000 with a $100,000 earn out bonus.

Richard

---

**From:** Trouwborst, Leah <​~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~​>
**Sent:** Wednesday, July 28, 2021 9:57 AM
**To:** Cooper, Doris <​~~~~~~~~~~~~~~~~~~~~~~~~~~~~​>; Rhorer, Richard <~~~~~~~~~~~~~~~~~~
**Subject:** RE: For Your ~~~~~~~~~~~~~~~~ 6Qs

Hi Doris,

I was thinking something similar. $1.15 plus a $150k bonus?

HIGHLY CONFIDENTIAL                                                                                       VCBS-LIT-00123037

I was looking at the search results for ▮▮▮▮'s name in Google Books this morning, and was amazed by the number of books that have ▮▮▮▮▮▮▮▮▮▮▮ – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and over ten pages of additional results. Many of these books aren't just including her name just in the citations, but right in the text ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. All of this to say, I see her book getting a lot of support and attention, and I'm guessing that having her on our list would help us win over future authors. Though I'm probably stating the obvious, and the reason we bid ▮▮▮▮▮▮▮ in the first place!

Leah

---

**From:** Cooper, Doris <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, July 28, 2021 9:50 AM
**To:** Rhorer, Richard ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Trouwborst, Leah ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: For Your ▮▮▮▮▮▮▮▮▮ 6Qs

Hi both,

Curious to know what you are thinking this morning. I was ruminating on $1.15? Something north of $1m, but not $1.2. Maybe add a bonus?

Someone out there may have $1.5, but if not, and if we are in the $1.2 zone, I'd think they will let us know… ? This agency is hard to play….

Doris Cooper
VP, Editor-in-Chief
Simon Element
▮▮▮▮▮▮▮▮▮▮

---

**From:** Rhorer, Richard ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, July 27, 2021 7:09 PM
**To:** Trouwborst, Leah <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Cooper, Doris ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: For Your ▮▮▮▮▮▮▮▮▮ 6Qs

Let's talk in the morning.

---

**From:** "Trouwborst, Leah" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Tuesday, July 27, 2021 at 6:57 PM
**To:** "Cooper, Doris" <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>, "Rhorer, Richard" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: For Your ▮▮▮▮▮▮▮▮▮ 6Qs

Happy to report that we're advancing to the final round. From ▮▮▮▮▮▮ "The top 3 bidders are proceeding to a **4th and final round**. The top bid is $925K for North American rights. **No one is bidding only against themselves.** Please send us your Round 4 offer **by 12 pm ET tomorrow.**"

What do you think? Should we sleep on it?

---

**From:** Trouwborst, Leah
**Sent:** Tuesday, July 27, 2021 4:50:10 PM
**To:** Cooper, Doris <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Rhorer, Richard ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: For Your ▮▮▮▮▮▮▮▮▮ 6Qs

Great. Thank you.

---

**From:** Cooper, Doris <████████████████████████>
**Sent:** Tuesday, July 27, 2021 4:44 PM
**To:** Rhorer, Richard <████████████████████████>; Trouwborst, Leah <████████████████>
**Subject:** RE: For Your ████████████ 6Qs

That sounds good. Thank you, Richard.

Doris Cooper
VP, Editor-in-Chief
Simon Element
c████████

---

**From:** Rhorer, Richard <████████████████████████>
**Sent:** Tuesday, July 27, 2021 4:42 PM
**To:** Trouwborst, Leah <████████████████████>; Cooper, Doris <████████████████████>
**Subject:** Re: For Your ████████████ 6Qs

Let's talk at 5 if that works for everyone. I'll call and conference both of you in.

---

**From:** "Trouwborst, Leah" <████████████████████████>
**Date:** Tuesday, July 27, 2021 at 3:59 PM
**To:** "Rhorer, Richard" <████████████████████████>, "Cooper, Doris" <████████████████████████>
**Subject:** RE: For Your ████████████ 6Qs

████████ just emailed: "I am delighted to let you know that you are proceeding to **Round 3**. **The top bid is $850K for North American Rights to** ████████████████████████████████. **5 bidders** are going through to **Round 3**. Please send us your **Round 3** best bid **by 6pm ET**."

I called her, and she clarified that while this *could* be the final round if there is a "clear winner," she may hold a fourth round if the offers come in close. Apparently the bids are very close right now. I'm running to a 4pm meeting, but will circle back with thoughts afterwards.

---

**From:** Trouwborst, Leah
**Sent:** Tuesday, July 27, 2021 12:26 PM
**To:** Rhorer, Richard <████████████████████████>; Cooper, Doris <████████████████████████>
**Subject:** RE: For Your ████████████ 6Qs

Doris, Richard and I just spoke over the phone about bidding $850k for NA in the next round. How do you feel about that strategy?

---

**From:** Trouwborst, Leah
**Sent:** Tuesday, July 27, 2021 10:53 AM
**To:** Rhorer, Richard <████████████████████████>; Cooper, Doris <████████████████████████>
**Subject:** RE: For Your ████████████ 6Qs

Just in from ▮▮▮ "I am delighted to let you know that you are proceeding to Round 2. The top bid is $750K for North American rights to ▮▮▮▮▮▮▮▮▮▮▮ There were 11 bidders, and we are putting through 7 bidders. Please send us your Round 2 best bid by 2 pm ET."

From what I understand, the next round is not an elimination round. The rules just said "The top bids will have the opportunity to improve their offer." I'll call ▮▮ to see what else she'll tell me after our meeting with ▮▮ and then we can talk strategy!

---

**From:** Trouwborst, Leah
**Sent:** Tuesday, July 27, 2021 9:37 AM
**To:** Rhorer, Richard <▮▮▮▮▮▮▮▮▮▮▮>; Cooper, Doris <▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: For Your ▮▮▮▮▮▮ 6Qs

Sounds good. Should I also offer $700k for NA?

---

**From:** Rhorer, Richard ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, July 27, 2021 9:35 AM
**To:** Trouwborst, Leah <▮▮▮▮▮▮▮▮▮▮▮> Cooper, Doris ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: For Your ▮▮▮▮▮▮ 6Qs

I think we should start at $755,000 for World.

If we get knocked out in round 1, then this will be a painful lesson. A huge write-off would also be a painful lesson.

Let's start at $755k and hope that we can advance to round 2 with a better sense of how the market is evaluating this project.

---

**From:** "Trouwborst, Leah" <▮▮▮▮▮▮▮▮▮▮▮>
**Date:** Tuesday, July 27, 2021 at 9:05 AM
**To:** "Cooper, Doris" <▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** "Rhorer, Richard" <▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: For Your ▮▮▮▮▮▮ 6Qs

I've been thinking about how hot the market is right now, and about how the houses that want this will be determined not to be knocked out in the first round. Do you think there's a case for starting at $1m? If we're high, maybe we'll cut it down to two bidders in the second round. But it's also not inconceivable to me that there'd be two other $1m bids in round one.

Maybe I'm being too jittery. I'll be guided by you on this!

---

**From:** Cooper, Doris <▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Tuesday, July 27, 2021 8:52 AM
**To:** Trouwborst, Leah ▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Rhorer, Richard <▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re: For Your ▮▮▮▮▮▮ 6Qs

Thanks for all of the below, Leah. My opening number was 750. For the same reasons you note.

Sent from my iPhone

On Jul 27, 2021, at 8:05 AM, Trouwborst, Leah <████████████████████████████> wrote:

Hi Richard and Doris,

That's great. I am curious about Scribner's decision. I couldn't get through to Kara over the phone last night, so I sent an email to both her and Nan clarifying that we hadn't been cleared yet, and they responded that they were rooting for me. I'll try to find out more later. (Doris, Richard called me to ask me to double check that Scribner wasn't deferring because they thought we'd already been cleared, in case we ended up coming in at a much lower number.) Stephanie's number was low because S&S had seen a few books by ████████████████████████ underperform recently.

What do you think of starting at $750k or $800k? I would love to get this for significantly less than we're cleared for, but I'm not entirely confident that S&S and Scribner are representative of how PPG, Crown/Random House, and Harper are valuing the book, and would hate to be knocked out of the auction because we're not in the top 3.

Leah

---

**From:** Rhorer, Richard <████████████████████████████>
**Sent:** Tuesday, July 27, 2021 7:11:38 AM
**To:** Trouwborst, Leah <████████████████████████>
**Cc:** Cooper, Doris <████████████████████████>
**Subject:** Re: For Your ████████████████ 6Qs

Leah and Doris,

Jon has cleared us to the $1.3M. Leah's memo swayed him.

But given the more modest estimations of our colleagues, I'm wondering whether we can win this for substantially less than the $1.3M. I have a note to Jon and Libby about bidding strategy and will come back to you with their thoughts on the opening bid. Knowing how our colleagues are valuing this, do you have thoughts on the opening bid?

Richard

---

**From:** "Trouwborst, Leah" <████████████████████████████>
**Date:** Monday, July 26, 2021 at 5:37 PM
**To:** "Rhorer, Richard" <████████████████████████>
**Cc:** "Cooper, Doris" <████████████████████████>
**Subject:** RE: For Your ████████████████ 6Qs

Update: Scribner has deferred to us, and Stephanie has all but deferred. She said her top number is $400k, and is just waiting for confirmation that we've been cleared at a higher level.

---

**From:** Trouwborst, Leah
**Sent:** Monday, July 26, 2021 12:16 PM
**To:** Rhorer, Richard <████████████████████████>
**Cc:** Cooper, Doris <████████████████████████>
**Subject:** RE: For Your ████████████████ 6Qs

HIGHLY CONFIDENTIAL
VCBS-LIT-00123041

Scribner and S&S are in, and I'm waiting to hear back about their valuations. Last week, Steph said she guessed her number would be high six figures.

**From:** Rhorer, Richard <███████>
**Sent:** Monday, July 26, 2021 12:11 PM
**To:** Trouwborst, Leah <███████>
**Cc:** Cooper, Doris <███████>
**Subject:** Re: For Your ███████ 6Qs

Where are the other S&S imprints on this one? Who is planning to bid and at what level?

**From:** "Trouwborst, Leah" <███████>
**Date:** Monday, July 26, 2021 at 10:37 AM
**To:** "Rhorer, Richard" <███████>
**Cc:** "Cooper, Doris" <███████>
**Subject:** RE: For Your ███████ 6Qs

Attached here. I included all of the comps we've been discussing, but let me know if I should narrow it down to the few that sold at the same level I'm projecting ███████ will.

**From:** Rhorer, Richard <███████>
**Sent:** Monday, July 26, 2021 10:23 AM
**To:** Trouwborst, Leah <███████>
**Cc:** Cooper, Doris <███████>
**Subject:** Re: For Your ███████ 6Qs

Please send me your P&L with comps to $1.3M. I'll review it with Jon and then come back to you with what we're approved to.

**From:** "Trouwborst, Leah" <███████>
**Date:** Monday, July 26, 2021 at 10:18 AM
**To:** "Rhorer, Richard" <███████>
**Cc:** "Cooper, Doris" <███████>
**Subject:** RE: For Your ███████ 6Qs

Hi Richard,

I may have gone overboard in listing examples of ███████ in the 6Qs. Please let me know if I should cut the list down!

Also, I spoke to ███████ just now, and she said that ███████

I haven't filled in the part of the 6Q sheet asking how many copies we'd sell. My number is a bit over $1m, and if you felt comfortable asking for clearance to $1.3m, then I would run that p&l, but if $800k is your firm number, I can reflect that in the 6Qs.

Leah

HIGHLY CONFIDENTIAL                                                                        VCBS-LIT-00123042

**From:** Rhorer, Richard <​█████████████████████████​>
**Sent:** Friday, July 23, 2021 2:24 PM
**To:** Trouwborst, Leah <​█████████████████████████​>
**Subject:** For Your ██████████████ 6Qs

Leah,

I had a lengthy discussion with Jon Karp this morning about ███████████████████ He raised some insightful questions that I hope you can address in the 6Qs you're preparing for the title. Here are the questions:

Which recommendations and insights from the proposal are attributable to ████████████████████████████
Does ████████████████████████████████████████████████████████████████████████████
How is this book distinct from other books on ████████████████████████████████████ What has changed since other popular books on the topic were written?
What are a few key take-aways from the book that are sticky? Are there insights that are surprising and possibly counterintuitive?
Does ████████████ have media appearances or connections beyond the ██████████████████████
████████████████████████████████████████████████████ She was the person with research and authority on the topic. ████████████████████████████████████████████████████████████
Where we land in our P&L and in our bidding depends on whether we think ████████ can stand out on the topic of ███████████████████████

I look forward to your answers to these questions and to strategizing on the bidding on Tuesday.

Richard


Richard Rhorer
Vice President and Publisher | Simon Element
m. ███████████████

HIGHLY CONFIDENTIAL