Message

**From:** Carolyn.Reidy ▮
**Sent:** 2/22/2019 8:46:05 PM
**To:** Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat]
**Subject:** Re: Outcome of auction for ▮

Glad they got it and hope this is indeed ▮ for Atria!!

Sent from my iPad

On Feb 22, 2019, at 8:52 PM, Karp, Jonathan ▮ wrote:

The auction for ▮ went on all week. There were initially 7 bidders from 11 imprints (including Gallery and Atria). Gallery dropped out at $750,000. It was down to PRH and Atria in the final best bid part of the auction, with the high bid at the time being $1.1 million. Libby and I decided to go all the way to the approved $1.5 million level because that was always our number, we didn't want to risk losing it, and Libby remained confident throughout the process. We won.

It's the perfect book for Libby, in light of the fact that ▮

J.

---

**From:** Karp, Jonathan
**Sent:** Friday, February 15, 2019 10:46 PM
**To:** Reidy, Carolyn ▮
**Subject:** Offer of $1.5 million for auction on Tuesday
**Importance:** High

Carolyn: Atria would like to go to $1.5 million on a novel with ▮

They'll start lower, but they'd like to go this high, and I can't see any reason not to agree that it's worth a shot. I've asked Libby to make sure the book is actually compelling before going this high, since it's not going to sell on concept alone. But that said, the concept certainly has everything readers of commercial fiction seem to be looking for these days….

OK to proceed?

J.

---

**From:** McGuire, Libby ▮
**Sent:** Friday, February 15, 2019 4:26 PM
**To:** Karp, Jonathan ▮
**Subject:** auction Tuesday: ▮
**Importance:** High

On Tuesday we are bidding in a rounds auction for a wonderfully commercial novel called ▮. 6 questions attached. This will be ▮

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0700**

HIGHLY CONFIDENTIAL                                                      VCBS-LIT-00149222

The P&L for our high is $1.5 million, and those numbers do not look crazy to achieve based on the comp sales. This is just the kind of book that bookstores, librarians, and readers fall for.

Gallery also has this, but I am not sure they are as aggressive as we are and I wanted to get this in front of you with time before Tuesday.

**From:** Todd, Trish ▓
**Sent:** Friday, February 15, 2019 4:16 PM
**To:** McGuire, Libby ▓ Sagnette, Lindsay ▓
**Subject:** ▓ auction Tuesday
**Importance:** High

▓ is the most commercial novel I have read in a very long time. It is about three perennially bestselling topics: ▓. It's nicely written, speeds right along, and generates all the emotions you would want in an appealing work of commercial women's fiction.

I've attached a justification memo and two P&Ls, one for our low number of $950,000 and one for our high number of $1,500,000.

This is closing on Tuesday. It's also with Lauren McKenna at Gallery who is interested. First bids are due at noon, and the auction will go in rounds. The agent has already rejected two six-figure pre-empts.

I love this and would really like to go to the mat for this one! Many thanks! TT

HIGHLY CONFIDENTIAL                                                                                                                VCBS-LIT-00149223