Message

| | |
|---|---|
| **From**: | Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT] |
| **Sent**: | 11/3/2018 3:01:32 PM |
| **To**: | Reidy, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c433dce50ac94802aae488127181ab5c-Reidy, Caro] |
| **Subject**: | ▮▮▮▮▮ auction outcome |
| **Attachments**: | ▮▮▮▮ ▮▮ -- Auction Chart.pdf; ATT00001.htm |

We were even with Penguin Press on ▮▮▮▮▮▮ at $750,000 and lost. Details below. Lots of bidders. That was as high as I wanted to go. I'm at peace.

Begin forwarded message:

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** November 3, 2018 at 1:54:59 PM EDT
**To:** "Karp, Jonathan" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, "Graham, Nan"
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, "Horgan, Rick" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮,

**Subject:** ▮▮▮▮▮▮

Dear Jon, Nan, Rick, and Stephanie,

I'm sorry to say that ▮▮ chose one of the other imprints. Given the four-way tie and the level of the advance, I made a point of letting ▮▮ make this decision independently.

He chose to work with Penguin Press. The other Penguin imprint in the tie was Portfolio. Dutton and Viking were the Penguin imprints that dropped out, somewhere at the $665K mark I believe.

I attached my auction chart, which I always share after my auctions, so you can see exactly who was bidding and how far they went. I'm happy to share editor names if you want them.

Thank you again for making such great presentations. I look forward to our next book together.

All best,

▮▮▮

---



**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0716**

| PUBLISHER | ROUND 1 | ROUND 2 | ROUND 3 | ROUND 4 | ROUND 5 |
|---|---|---|---|---|---|
| PENGUINS | $250,000.00 | $450,000.00 | $605,000.00 | $731,500.00 | $750,000.00 |
| DOUBLEDAY | $200,000.00 | $407,000.00 | --- | --- | |
| ST. MARTIN'S PRESS | $200,000.00 | $370,000.00 | $500,000.00 | --- | |
| S&S / SCRIBNER | $125,000.00 | $335,000.00 | $550,000.00 | $665,000.00 | $750,000.00 |
| GRAND CENTRAL | $100,000.00 | --- | --- | --- | |
| CELADON | $100,000.00 | $302,500.00 | $500,000.00 | --- | |
| RANDOM HOUSE | $100,000.00 | $275,000.00 | $495,000.00 | $605,000.00 | |
| HOUGHTON MIFFLIN | $75,000.00 | --- | --- | --- | |

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

VCBS-LIT-00418760