Message
___

| | |
|---|---|
| **From**: | Karp, Jonathan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=02DE0354F13444D7BCB58CD0F8031C04-KARP, JONAT] |
| **Sent**: | 3/7/2018 11:00:45 PM |
| **To**: | Reidy, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c433dce50ac94802aae488127181ab5c-Reidy, Caro] |
| **Subject**: | ████████/final offer of $1.1 million |
| **Attachments**: | ████████.xls; ████████ (revised).xls |

Carolyn: We're finally at the end of the ████████ auction. We took a $750,000 floor with 10% topping. ████ met with other publishers and Portfolio offered $1 million for World. To win the book, we'll have to offer $1.1 million. We paid $1,250,000 for ████████ and it was profitable.

I think we should top Portfolio for the following reasons:

1.    Although the second book, ████████, didn't perform nearly as well as ████████ now understands why. A book on ████████ wasn't something people had to buy. A book on ████████ ████████ is much more necessary.

2.    ████████ He's going to have a long career and he's ambitious. We'll have his backlist and we can grow him as a franchise author.

3.    I don't want to let PRH steal an author we've invested in and developed.

████████

Your thoughts? See Portfolio's offer below.

J.t


**From:** ████████
**Sent:** Wednesday, March 07, 2018 12:21 PM
**To:** Karp, Jonathan <████████  Loehnen, Ben ████████
**Cc:** ████████
**Subject:** ████████ update on ████████

Please confirm receipt

Jon and Ben, we've just concluded our auction. Here's the top bid from Portfolio:

We're pleased to submit our offer for ████████:

Advance: $1M
Territory: World, all languages
Rights: audio, first serial, ebook, all standard print format rights, and all other rights on offer
Royalties, subrights, first proceeds provision, and all other terms per ████████
████████

You now have a 10% topping privilege. Please advise.

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0729**

Thanks,

███

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

**From:** Karp, Jonathan
**Sent:** Monday, January 29, 2018 9:04 PM
**To:** Reidy, Carolyn ████████████████████████████████
**Subject:** New ██████████ offer

Carolyn: Last year, you approved a $525,000 unsolicited offer from us with our own idea for ██████████ next book (on ██████████████████████). After our offer was rejected, we added $100,000 as a ██████████ for ██████████ The agent turned it down and the author has written a proposal, based on the idea we gave him. ███ ██████████████████████████████████████████████

We paid ████████████████████████████████████████. We paid ██████████████████████████████ ████████████████████████████████████

It seems likely the author and agent are going to shop this proposal if we don't increase our advance. What if we increase our offer to $750,000, with $100,000 of it applied to ████████████████████████████████████ ████████████████████████████

If you're uncomfortable at $750,000, I'm all right with letting this project go. ██████████████████████ ████████████████████████████████████████████████████████.

J.

**From:** Loehnen, Ben
**Sent:** Monday, January 29, 2018 2:21 PM
**To:** Karp, Jonathan ████████████████████████████
**Cc:** Rhorer, Richard < ████████████████████████
**Subject:** ██████████████

Jon,

Here are the post-mortems (prepared by the business office in October). The post-mortem for ████████████████ will look a little bit better as we continue to do well with that paperback, particularly at Hudson's (that account has already sold 3,422 in 2018).

As a reminder, ██████████████ rejected an offer of $525,000 for a new book. We also offered a ████████████████ of ████████████████████

HIGHLY CONFIDENTIAL

Here's what I could write to ███ but I'd welcome your edits/counsel:

███

Thanks so much for sharing this proposal, and please thank ███ for writing it.

███ has clearly seized on Richard's broad thinking around this idea, and leant it his own, original point of view and bolstered it with his ██████████ and his distinct, writerly style. ███ s nose for a good story (and his way of relating it) has only sharpened with time. I have no doubt, nor does Jon or Richard, who have both read this new material, that he'll deliver an exciting book.

It would, of course, make the book's publication easier, and the book even more exciting, if he included ██████████ ████████ While he tips to his intention of doing it in the proposal, it's not clear what ████████████████. That could, of course, be a case of the proverbial cart being put before the horse, but the book will be stronger ████ owns ████████████████, and if as much of its ████████████████

I know you're eager for an advance commensurate with what we paid for ████████, based on the conversations that you and I had in October. While we can all agree that both books were written and published beautifully, ████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████

I hope you and ███ don't perceive this offer as a slight. We remain committed to publishing him through a partnership that's been perceived to be a triumph on the list here. We are proud that ████ become a favorite "house author" here at Simon & Schuster and a mainstay of business shelves the world over.

Thanks,

Ben

Ben Loehnen
Executive Editor
Simon & Schuster
1230 Avenue of the Americas, 14th Floor
New York, NY 10020
████████████████
████████████████████████

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL