| | |
|---|---|
| From: | Nelson, Eric ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | Wednesday, April 10, 2019 11:10 AM |
| To: | Christy Fletcher |
| Subject: | RE: ▓▓▓▓▓▓ |

Christy,

Great. I'll take a look ASAP.

Eric

---

Eric Nelson
Executive Editor, Harper
VP, Editorial Director, Broadside Books
▓▓▓▓▓▓▓▓▓▓07
▓▓▓▓▓▓▓

Ben Shapiro's THE RIGHT SIDE OF HISTORY is now a #1 *New York Times* bestseller!
https://www.nytimes.com/books/best-sellers/hardcover-nonfiction/

**From:** Christy Fletcher ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, April 09, 2019 6:04 PM
**To:** Nelson, Eric ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** ▓▓▓▓▓▓▓

Hi Eric-

I'm really excited for you to read ▓▓▓▓▓ proposal for his next book. As you know he lost his editor at S&S, so they are considering this but understand that we're going to explore given the time sensitivity.

His working title has been ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ but the proposal currently has ▓▓▓▓▓▓▓▓▓ (We can't decide...)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

He has written about 15,000 words and expects to deliver a first draft within 90 days or so, for publication date to be discussed.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0754**

[REDACTED]

Would love to discuss once you've read?

Thanks, Eric.

Best, C

Christy Fletcher
Founder, CEO
**FLETCHER & CO**

[REDACTED]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidentiality Notice: This E-Mail is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute and delete the original message. Please notify the sender by E-Mail at the address shown. Thank you for your compliance.

HIGHLY CONFIDENTIAL                                                                                                                FLET-000295