**From:** Christy Fletcher
**Sent:** Wednesday, November 25, 2020 8:33 AM
**To:**
**Subject:** Re: Payout

They did something similar here and in the end had such a good year that they are not asking us all to take the money before end of the year if we can. Sept they reverted to normal structures but left everyone now grateful for shitty quarters...

You saw that PRH is buying S&S? Not great news for competition... I think they might hit regulatory snags but who knows.

Sent from my iPhone

On Nov 25, 2020, at 4:52 AM, wrote:

I think that looks fine apart from, as you say, having a payment contingent on outline for Bk 2. Obviously would make much more sense to slip the 60k there up on to signature, as is the norm (though PRH here are being very tricky about large signature advances, under the cover of changes made necessary by Covid. So sig advances are being divided into on sig and then six months post sig, over a certain level).

**From:** Christy Fletcher
**Sent:** 24 November 2020 20:20
**To:**
**Subject:** FW: Payout

This is better (and at least the math works!) than what she'd just sent me that literally made no sense! She said it has to be straight quarters but then said no its not $200k on signing.. it's nvsk;lnafbvns;lbspdgofh (or something that makes about that much sense and ended with a tiny payment on signing of Book 2 and the rest unaccounted for!)

I don't know what constitutes commencement of Book 2 so we should just figure in a date for it since we don't want an editorial target or input at that point on what the idea is.

Thoughts?

**Christy Fletcher**
**Fletcher & Co**

**From:** @penguinrandomhouse.com>
**Date:** Tuesday, November 24, 2020 at 3:08 PM
**To:** Christy Fletcher
**Subject:** Payout

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0757

Hi Christy, here (with alacrity) is my best payout. Hope this will be acceptable to you so that we can have contracts drawn up and begin celebrating.

$140K on signing ($100K Bk1, $40K Bk 2)

$100K d&a Bk 1

$100K Initial pub Bk 1

$100K one year after initial pub Bk 1

$60K on commencement/outline of Bk 2 (not before D&A of Bk 1)

$100K d&a Bk 2

$100K Initial pub Bk 2

$100K one year after initial pub Bk 2

Total $800K