**From:** Christy Fletcher
**Sent:** Monday, December 13, 2021 12:33 PM
**To:**
**Subject:** Re: 12/13 Publishers Lunch Deluxe: Penguin Random House Answers DOJ

Never that I can remember

Sent from my iPhone

On Dec 13, 2021, at 12:22 PM, wrote:

Have you even been in an auction that has gone above 500k where any of the non Big 5 were still in on it? 250k?! PRH seems disingenuous here, no?

---------- Forwarded message ---------
From: **Publishers Lunch** <daily@publisherslunch.com>
Date: Mon, Dec 13, 2021 at 12:15 PM
Subject: 12/13 Publishers Lunch Deluxe: Penguin Random House Answers DOJ
To:






**Monday, December 13, 2021**

**Deals**

Thank you to the wonderful agents we've partnered with over 20 years of publishing great books. Looking forward to the years to come!







Over 600 titles published

36 national bestsellers

Over $100 million in revenue generated

As usual, last night we sent a weekly report of 290 new deals to members, and we have more on deck for today.

**Deals** **Report Deals** **Report Translation Deals** **Deal Tips**

**Today's Meal**

## Penguin Random House Answers DOJ

Penguin Random House filed their initial answer on Monday to the Department of Justice's complaint seeking to block the publisher's plan to acquire Simon & Schuster. The reply challenges the core of the DOJ's case, which asserts that the acquisition is "likely to substantially lessen competition" for "the acquisition of US publishing rights to books from authors," focusing in particular on what the government describes as the market for "anticipated top-selling books," which "would be highly concentrated."

But is that an acceptable market definition? PRH argues that, "DOJ invents a market for rights to 'anticipated top-selling books' that excludes the vast majority of authors and lacks any basis in either the real world or accepted market-definition analysis."

As they underscore, in the initial complaint DOJ does not actually delineate the parameters of market they are suing over: "DOJ defines this market according to the amount of advance royalties the author receives, but does not identify the market-defining amount. There is no identifiable advance level above which only certain publishers compete for book rights. DOJ's failure to identify any such market-defining 'price' is critical: like any antitrust plaintiff, DOJ cannot claim harm to a market without identifying the essential facts that define the alleged market."

PRH's lead trial attorney Daniel Petrocelli said in an interview, "Where does the government draw the line? Is it [deals for] $100,000?; $385,000? $1 million? Are they really going to be able to prove that instead of $500,000 post-merger we're going to offer $450,000 and no other rival will outbid us? It's not the way the industry works." Saying that "the government has tried to manufacture this non-existent market for the purpose of trying to show competitive harm," Petrocelli quipped that, "I think about this case as the incredible shrinking case," since additionally "there's no theory of harm being asserted" at the retailer level or the consumer level.

Furthermore, the filing argues, DOJ is "factually wrong" in asserting that the five largest trade publishers "are the only participants" in the market for the biggest books: "The combined company will still be competing for the rights to those books against not only the other remaining largest publishers, but also the many small and mid-size publishers that often compete in—and often win—bidding for the most valuable properties."

They add elsewhere, "What matters is that in bidding for any given book, at least one smaller publisher often competes. And in fact, the available data show that these publishers win bidding for books more often than Simon & Schuster does. [The data here is based on titles publishers outside of the big five win at auction.] DOJ also ignores how easily many publishers outside the 'Big Five'—which include such media heavyweights as Disney, Amazon, and Scholastic, as well as brand-name publishing 'imprints' like Norton and Abrams and new entrants like Zando—could increase their participation in high-end bidding."

The DOJ's suit had argued the acquisition "would likely result in substantial harm" by "leaving hundreds of authors with fewer alternatives and less leverage." PRH addresses the leverage part as well, saying

that the authors of books with the most commercial potential are the ones who hold the most power. "These are the most sought-after books, where authors and their sophisticated agents have the greatest negotiating leverage. The merger will neither reduce that leverage nor lessen the incentives of Penguin Random House and its competitors to make aggressive offers for the most coveted books." The answer taunts Justice, saying "it wants to protect the most successful authors, those with sophisticated agents and the most lucrative book contracts."

Petrocelli added in our interview that, "The court is being put in a somewhat unusual and difficult position...of predicting what the future will hold. The government has the burden of proving what the future will be...and that competition will be substantially lessened." If past is prologue, PRH argues, "After the 2013 merger between Random House and Penguin, competition in the markets for books and book rights intensified."

Beyond those core arguments, PRH also counters Justice's broad strokes by reiterating its position that the acquisition is pro-competitive, and that in book publishing bigger really is better, for authors and smaller retailers in particular. "Penguin Random House's extensive supply capabilities are increasingly important to neighborhood book stores as they strive to compete with Amazon's almost infinite book selection and highly efficient delivery capabilities. Expanding Penguin Random House's supply chain to include Simon & Schuster authors ultimately provides greater income for authors and more choices for readers." (That logic begs the question of whether they are declaring acquisitions of any size by PRH would be considered good for the market and pro-competitive. PRH general counsel Anke Steinecke says they are not making making that argument, but rather, "The court has to look at his particular transaction and the impact of this particular transaction on the market," and there they believe the efficiencies are a benefit across the market.)

The government says the increased leverage the acquisition provides will increase PRH's margins, but the publisher says it "plans to reinvest its savings from the merger to grow title acquisitions and continue its support of brick-and-mortar booksellers."

Having noted that Amazon is both a heavyweight bidder for books and a tough competitor for smaller retailers, later in the answers to the DOJ's specific allegations, PRH "admits that some employees have publicly suggested that the merger is necessary to compete with Amazon because Amazon is the largest company facilitating self-publishing, is increasingly aggressive in contract negotiations, and has leverage over the industry due to its strength as a bookseller."

Separately but also notably, at the end of last week, the parties jointly filed a proposed expedited schedule for discovery and case management with the court, proposing an August 1, 2022 trial date. PRH's purchase agreement with ViacomCBS "may be terminated if the transaction does not close by November 2022." (That would be two years from when the agreement was struck on November 24, 2020.)

They do tell the court, "The parties have discussed settlement but have not been able to settle the matter." But those were standard discussions offered prior to the filing of the lawsuit. Though Petrocelli was not involved then, he said, "The government decided they didn't want to negotiate.... It was not for lack of trying on the part of" PRH. Under the proposed schedule, fact discovery would end April 15, and expert discovery would end June 21.

Also of interest was this clause: "Evidence related to a Defendant's attempt to address the United States' concerns about the Planned Transaction, whether by agreeing to divest or license assets or by making any other agreement, offer, or commitment, will be excluded under Federal Rule of Evidence 403 as unfairly prejudicial to the United States, unless Defendants provide a copy of the agreement, offer, or term sheet, if any, or a summary of the commitment, to the United States by 60 days before close of fact discovery." That is, any measures PRH or S&S had considered or explored to address the DOJ's concerns--such as selling off parts of their business--will not be considered, unless the publishers submit concrete evidence under discovery.
Answer Filing

## Imprints: Zando Adds John Legend's Get Lifted Books

Get Lifted Film Co., led by John Legend, Mike Jackson, and Ty Stiklorius, will partner with Zando to create an imprint that "will leverage their significant reach to identify, develop, and promote new voices and storytellers."

Get Lifted Books joins Hillman Grad Books, helmed by Lena Waithe, and Gillian Flynn Books, as the publisher's third collaborative imprint led by an influential figure. The partner imprints are slated to publish four to six books each over a three-year period. As with the other partners, Get Lifted Film Co. "will be heavily involved in the publishing process, from initial acquisition to a book's release into the marketplace. They will deploy their influence and leverage their platforms to support their authors and books, through social media engagement, live events, celebrations, announcements, interviews and more."

"John Legend possesses a rare blend of both genius and curiosity," Zando ceo Molly Stern said. "His extraordinary artistic achievement is matched by his desire to share ideas and stories he thinks are important. What Mike, Ty and John have built with Get Lifted will now also be a powerful engine for promoting exciting new authors and their work. It's a privilege to be their publishing partner."

"Get Lifted Film Co. was born out of the necessity to build platforms for diverse voices that deserve to be heard," Legend, Jackson and Stiklorius said. "And we felt an immediate kinship with the Zando team, who are doing just that. Together, we have the unique opportunity to support and elevate brilliant authors, who have the ability to transform the conversation. We're so excited to get the chance to play a role in amplifying their voices and connecting readers to their work."

A release described the imprint: "Get Lifted Books will feature serious intellectual inquiries around race, culture, history and science, eye-opening, moving memoirs and biographies, entertaining and original fiction that challenges assumptions, and transformative, ideas-driven works of social justice, reflecting Get Lifted's passion for path-breaking, culturally shifting narratives and remarkable, resonant storytelling."

The imprint's first book will be the debut novel ROSEWATER by Liv Little, scheduled to publish in Spring 2023. It's the first acquisition announced for one of Zando's partners.

**The Daily Rundown**

## People

| | |
|---|---|
| | Trade publishing director **Brendan Curry** has been appointed to the newly-created role of director, Norton Trade Group. Five trade imprints, Norton Trade, Liveright, Norton Professional Books, Countryman Press, and Norton Young Readers will report to him; he will report to Norton chairman and president Julia Reidhead. |
| W.W. Norton & Company | "Brendan Curry's publishing acumen, commitment to thoughtful collaboration, and winning blend of genial wit and deep insight have led in recent years to meaningful strategic moves throughout the Trade Department," Reidhead said. "In his new role, Brendan will work to build on Trade's success in a dynamic marketplace with increased integration and coordination across departments and imprints, all while emphasizing Trade's distinctly 'Norton' identity as an editorially-driven publisher of prize-winning, best-selling, physically beautiful Books That Live."  |
| Twelve and Balance | **Jim Datz** has joined as art director. He was previously with The New York Times where he was the art director for the Op-Ed page. |
| Harper Children's | **Bethany Vinhateiro** and **Alex Preziosi** have each been promoted to executive editor. |
| Macmillan Children's | **Tatiana Merced-Zarou** has joined as associate publicist. |
| Sourcebooks | **Kate Roddy** and **Jenna Jankowski** have both been promoted to associate editor. |
| Urano Publishing | **Lydia Stevens** has joined as acquisitions editor, acquiring nonfiction titles for Urano Publishing in the US. |
| Gardner Literary | **Kristy Cambron** has joined as agent. Cambron has worked in collaboration with authors, agents, and editors in Christian publishing since 2011. |
| Sebes & Bisseling | The literary agency will open its third branch in London on January 1, 2022 (its other two offices are in Stockholm and Amsterdam). The London office will be based in Soho. |
| Transatlantic Agency | Founding member, and former board member and literary agent for 20 years, **Shaun Bradley** will step back from active agenting as of the end of this year. Her author clients will largely remain with Transatlantic and have already found new representation within the agency. Bradley will continue to oversee already-existing contracts for her authors in tandem with their new agents. |

## Obituary: Anne Rice

Author of INTERVIEW WITH THE VAMPIRE Anne Rice, 80, died on December 11 from complications from a stroke, her son Christopher announced on social media.

"As my mother, she taught me to embrace my dreams, reject conformity, and challenge the dark voices of fear and self-doubt," he wrote. "As a writer, she taught me to defy genre boundaries and surrender to my obsessive passions.

He said that a public celebration of Rice's life will take place in New Orleans next year. "This event...will invite the participation of her friends, readers and fans who brought her such joy and inspiration throughout her life."

Rice's books have sold more than 150 million copies worldwide. Her editor, Knopf vp and senior editor Victoria Wilson said: "Anne was a fierce storyteller who wrote large, lived quietly, and imagined worlds on a grand scale. She summoned the feelings of an age long before we knew what they were. As a writer, she was decades ahead of her time. As a longtime friend, she loved and was beloved by everyone who worked with her at this house. The world will miss her and continue to know her again and again through the lives she imagined."

Rice's next novel, co-written with Christopher, RAMSES THE DAMNED: The Reign of Osiris, will publish in February.

## Ace Atkins Retires From Spenser Series

Ace Atkins announced that he is finished writing Robert B. Parker's Spenser books to focus on other projects. His tenth book in the series, ROBERT B. PARKER'S BYE BYE BABY, comes out from Putnam in January.

Putnam tells PL that Mike Lupica will take over writing the Spenser books and continue writing Parker's Jesse Stone series. Allison Gaylin will take over the Sunny Randall titles from Lupica, whose last book in that series, ROBERT B. PARKER'S REVENGE TOUR, publishes in May.

## 🕮 Best Of: Corrigan's Top Ten

**NPR** book critic **Maureen Corrigan** announced her top ten books of the year (including our Buzz Books 2021 selections by Lauren Groff, Jocelyn Nicole Johnson, and Vendela Vida). The full list:

Klara and the Sun, by Kazuo Ishiguro
Cloud Cuckoo Land, by Anthony Doerr
Light Perpetual, by Francis Spufford
Matrix, by Lauren Groff
Harlem Shuffle, by Colson Whitehead
Afterparties, by Anthony Veasna So
My Monticello, by Jocelyn Nicole Johnson
Skinship, by Yoon Choi
Oh William!, by Elizabeth Strout
We Run the Tides, by Vendela Vida

**Send your news, press releases or confidential tips.**

## Books in the News



The Archer
by Shruti Swamy

**Q&A: On community, colons, and kathak**




Reclamation: Sally Hemings, Thomas Jefferson, and a Descendant's Search for Her Family's Lasting Legacy.
by Gayle Jessup White

**Conversation with author and Thomas Jefferson descendant**




Interview with the Vampire
by Anne Rice

**Bestselling gothic novelist dies at 80**




You Are A Champion
by Marcus Rashford

**Interview with British author, activist and footballer**

## Automat

As usual, the Publishers Lunch Automat is full of links (and condensations) of many other stories of interest from all over, including:

- News Media Alliance Supports AAP's Copyright Suit
- Anne Rice, 80, Dies Following A Stroke

## New Jobs

The industry's leading job board, we have new listings every day, including most recently:

| | | |
|---|---|---|
| **Senior Publicist**<br>Zibby Books | New York, NY | Full Time |

| Position / Company | Location | Type |
|---|---|---|
| **Marketing Director**<br>Zibby Books | New York, NY | Full Time |
| **Chief Operating Officer**<br>Zibby Books | New York, NY | Full Time |
| **Marketing Manager - Grupo Editorial**<br>Penguin Random House LLC | Miami, FL | Full Time |
| **Production Manager - Zeitgeist**<br>Penguin Random House LLC | New York, NY | |
| **Author Relations Assistant**<br>Podium Audio | Los Angeles, CA | Full Time |
| **Partner Marketing Manager**<br>Podium Audio | Los Angeles, CA | Full Time |
| **Cover Art Director**<br>Podium Audio | Los Angeles, CA | Full Time |
| **Designer (Interiors) - Random House Children's Books**<br>Penguin Random House LLC | New York, NY | Full Time |
| **Desktop Support Engineer**<br>Penguin Random House LLC | New York, NY | Full Time |
| **Sales Associate - Specialty Retail Sales**<br>Penguin Random House LLC | New York, NY | Full Time |
| **Director of Foreign Rights**<br>Trident Media Group | New York, NY 10010 | Full Time |
| **Managing Editor**<br>Restless Books | Brooklyn, NY | Full Time |

All Jobs Post A Job

## Manage Your Information

eMail Corporate Subscribers Contact Info Advertise

**This publication is for your individual use only, and not for redistribution, or forwarding.**
Copyright © 2021 by Cader Company Inc.

If for some reason this has reached you even though you are not a paying member, please visit the link below to join us all the time for complete deal reports and more.

**IMPORTANT**: *The automatic "unsubscribe" button at the very bottom will take you off of the Lunch Deluxe mailing list, but it won't affect your paid PublishersMarketplace membership.*

Register



HIGHLY CONFIDENTIAL FLET-001828



Sent to: [redacted]

**Unsubscribe**

PublishersMarketplace.com, 2 Park Place, #4, Bronxville, NY 10708, United States