**From:** Christy Fletcher
**Sent:** Friday, February 4, 2022 2:29 PM
**To:** Rebecca Gradinger
**Subject:** Re: Clarification of auction bidding plans for PRH/S&S post-merger

The plan we have outlined for S&S is consistent with Random House, Penguin, and then PRH's decades-long business practices and long-standing commitment to allowing imprints to bid against one another.

This seems really misleading.

Christy Fletcher
Fletcher & Co

---

**From:** Rebecca Gradinger
**Date:** Friday, February 4, 2022 at 2:24 PM
**To:** Christy Fletcher
**Cc:** fco
**Subject:** Re: Clarification of auction bidding plans for PRH/S&S post-merger

They should go one step further and grandfather in penguin imprints.

Sent from my iPhone

On Feb 4, 2022, at 1:32 PM, Christy Fletcher <christy@fletcherandco.com> wrote:

Christy Fletcher
Fletcher & Co

---

**From:** Markus Dohle
**Reply-To:**
**Date:** Friday, February 4, 2022 at 1:30 PM
**To:** Christy Fletcher
**Subject:** Clarification of auction bidding plans for PRH/S&S post-merger



Markus Dohle
Chief Executive Officer
Penguin Random House

February 4, 2022

Dear Literary Agent Community,

Throughout the pandemic and the many other disruptions of the past few years, together we have witnessed something remarkable: renewed—and even growing—passion for reading globally. Reading has further cemented its place as a cornerstone of society. You can be justifiably proud of the tremendous work you've done during these challenging times in support of your authors and the publishing community.

When ViacomCBS decided to exit publishing, we set about convincing

1

**US v. Bertelsmann**
**1:21-cv-0866-FYP**
**PX 0760**

HIGHLY CONFIDENTIAL                                                                                                                                                                          FLET-002034

them to choose us as the steward for Simon & Schuster, both because of our own interest in this storied publishing house and as part and parcel of our commitment to the industry as a whole. We are acquiring S&S to make new and additional investments in its imprints, increase its distribution capacity and speed, and add to its sales channel coverage, vastly expanding the reach of its books for its current and future authors, to the benefit of readers across the country and worldwide.

In its complaint, the Department of Justice contends that the merger will reduce author compensation, particularly for some high-advance authors. This will not happen. We never looked at reducing advances, at any level, as a rationale for or result of this transaction. In fact, with the completion of this merger, we expect to invest more, not less, in author advances.

When we announced at the town hall last fall that after the closing we will treat S&S imprints as external bidders in book auctions, we received some questions about the reference to corporate governance having a role in determining the amount at which maximum bid levels from different imprints would be reviewed. In response to those questions, we want to be very clear in our commitment to you and to make sure that how we are going to operate the business going forward is properly understood:

**After the closing of the Simon & Schuster acquisition, the auction rules at <u>any advance level will be as follows</u>:**

- **Penguin Random House and Simon & Schuster will be able to bid against each other at any advance level without the need for any external bidder involved and without any notification requirements.**
- **Regardless of the advance amount, an auction will not be stopped simply because PRH and S&S imprints remain as the only bidders, *i.e.*, a third party (outside of PRH and S&S) does not have to be present in an auction for a PRH imprint or an S&S imprint to make a higher bid.**
- **Agents therefore will not have to notify editors when only a PRH and an S&S imprint remain as bidders, and will not be asked to disclose whether there are any external bidders present.**
- **These rules apply regardless of the advance amount and CEO review does not change that principle.**

The plan we have outlined for S&S is consistent with Random House, Penguin, and then PRH's decades-long business practices and long-standing commitment to allowing imprints to bid against one another. This proven approach is fundamental to our business success and reflects our belief that competitive bidding allows us to find the best match for a book and editor, therefore enabling PRH to publish great books. We believe that allowing S&S to continue to bid independently will further enhance our ability to find, compete for, and publish the best books.

Going forward, we will continue to empower our editors, our publishers, and their imprints with all the resources they need to acquire more of the greatest ideas and stories and to help shape and perfect them before launching them into the world. We know that S&S's editors share that commitment. And when they join our community, they will have renewed support and greater resources to help bring your authors' stories to life.

Thank you, as always, for being exceptional at what you do. We look forward to our continued collaboration in bringing your authors' books to more readers.

With thanks,
Markus

HIGHLY CONFIDENTIAL                                                                                     FLET-002035

1745 Broadway, New York, NY, 10019
Contact portaladmin@prh.com if you no longer wish to receive email communication.

HIGHLY CONFIDENTIAL                                                                                                                                   FLET-002036