UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGAA, PENGUIN RANDOM HOUSE, LLC, VIACOMCBS, INC., and SIMON & SCHUSTER, INC.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-02886-FYP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PENGUIN RANDOM HOUSE LLC'S RESPONSES AND
OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to the Scheduling and Case Management Order (Dkt. No. 53, the "CMO"), Rules 26 and 36 of the Federal Rules of Civil Procedure, and Rule 26.2 of the Local Rules of the United States District Court for the District of Columbia (the "Local Rules"), Defendant Penguin Random House LLC ("PRH LLC") hereby responds and objects as follows to Plaintiff United States of America's First Set of Requests for Admission issued to PRH LLC (the "Requests" and each a "Request"), dated April 1, 2022:

**GENERAL OBJECTIONS**

The following General Objections apply to each and every Request Plaintiff propounded on PRH LLC, and are incorporated into each of the following responses by reference as if set forth fully therein.

1.  PRH LLC objects to each Request to the extent that it purports to impose upon PRH LLC obligations that exceed, or are inconsistent with, the CMO, the Federal Rules of Civil

1

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0863**

Procedure, or the Local Rules. PRH LLC will respond to each Request in accordance with the requirements of the CMO, Federal Rules of Civil Procedure, and the Local Rules.

2.  PRH LLC objects to each Request to the extent it seeks information protected from discovery and disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or protections.

3.  PRH LLC objects to the definition of "You," "Your," "the Company," and "Penguin Random House" as vague, ambiguous, overly broad, and unduly burdensome. In responding to the Requests, PRH LLC will construe these terms to include only Penguin Random House LLC and its officers, directors, and employees.

## SPECIFIC OBJECTIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that, between ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Penguin Random House offered a $7.5 million advance for a book (or books) by ▮▮▮▮▮▮▮ (*see* BPRH-002995383 (Drake Lit Ex. 12), BRPH-002996822 (Drake Lit Ex. 13)).

### OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Subject to and without waiving the foregoing objections, PRH LLC admits that between ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PRH LLC offered a $7.5 million advance for a book (or books) by ▮▮▮▮▮▮▮

### REQUEST FOR ADMISSION NO. 2:

Admit that, in ▮▮▮▮▮▮▮ Penguin Random House offered a $1 million advance for the book ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*see* BPRH-LIT-002522029, BPRH-LIT-001408234, BPRH-LIT-006052208, VCBS-LIT-01165366 (Karp Lit Ex. 3)).

2

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Subject to and without waiving the foregoing objections, PRH LLC admits that in ▇ ▇ PRH LLC offered a $1 million advance for the book ▇

**REQUEST FOR ADMISSION NO. 3:**

Admit that, on ▇ Penguin Random House offered a $475,000 advance for the book ▇ (*see* BPRH-LIT-000574033, BPRH-000339711, BPRH-000339558 (Drake Lit Ex. 14)).

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Subject to and without waiving the foregoing objections, PRH LLC admits that on ▇ ▇ PRH LLC offered a $475,000 advance for the book ▇ ▇

**REQUEST FOR ADMISSION NO. 4:**

Admit that, between ▇ Penguin Random House offered a $525,000 advance for the book ▇ (*see* BPRH-000339711, BPRH-000339781 (Drake Lit Ex. 17).

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Subject to and without waiving the foregoing objections, PRH LLC admits that between ▇ PRH LLC offered a $525,000 advance for the book ▇ ▇

**REQUEST FOR ADMISSION NO. 5:**

Admit that, on ▇ Penguin Random House offered a total of $12 million in advances for four books by ▇ (*see* BPRH-000445506).



3

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Subject to and without waiving the foregoing objections, PRH LLC admits that on ▓▓▓ PRH LLC offered a $12 million advance for four books by ▓▓▓ ▓▓▓.

**REQUEST FOR ADMISSION NO. 6:**

Admit that, on ▓▓▓ Penguin Random House offered a $675,000 advance for the book ▓▓▓ (see BPRH-000331456 (Drake Lit Ex. 20), BPRH-000331358 (Centrello Lit Ex. 16)).

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Subject to and without waiving the foregoing objections, PRH LLC admits that on ▓▓▓ PRH LLC offered a $675,000 advance for the book ▓▓▓ ▓▓▓.

**REQUEST FOR ADMISSION NO. 7:**

Admit that, on ▓▓▓ Penguin Random House offered a $510,000 advance for the book ▓▓▓ (see BPRH-000331331, BPRH-LIT-000542364).

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Subject to and without waiving the foregoing objections, PRH LLC admits that on ▓▓▓ PRH LLC offered a $510,000 advance for the book ▓▓▓ ▓▓▓.

4

**REQUEST FOR ADMISSION NO. 8:**

Admit that, on ▮▮▮▮▮▮ Penguin Random House offered a $1.25 advance for the book ▮▮▮▮▮▮ (*see* BPRH-LIT-000060213 (Held Lit Ex. 16), BPRH-LIT-000731488).

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Subject to and without waiving the foregoing objections, PRH LLC admits that on ▮▮▮▮▮▮ PRH LLC offered a $1.25 million advance for the book ▮▮▮▮▮▮.

**REQUEST FOR ADMISSION NO. 9:**

Admit that, on ▮▮▮▮▮▮ Penguin Random House (Crown) offered a $900,000 advance and $100,000 in earn-out bonuses for the book ▮▮▮▮▮▮ (*see* BPRH-LIT-000544242, BPRH-LIT-000544281 (Drake Lit Ex. 5)).

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Subject to and without waiving the foregoing objections, PRH LLC admits that PRH LLC offered a $900,000 advance and $100,000 in earn-out bonuses for the book ▮▮▮▮▮▮.

**REQUEST FOR ADMISSION NO. 10:**

Admit that Gillian Blake (Crown's Editor-in-Chief) stated on ▮▮▮▮▮▮ that Crown made it to the second round of the auction for the book ▮▮▮▮▮▮ (*see* BPRH-LIT-000544242).

**OBJECTIONS AND RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Subject to and without waiving the foregoing objections, PRH LLC admits that Gillian Blake stated on ■■■■ that PRH LLC made it to the second round of the auction for the book ■■■■.

6

DOJ-LIT-000000057

Date: April 29, 2022

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli (appearing *pro hac vice*)
M. Randall Oppenheimer (appearing *pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
dpetrocelli@omm.com
roppenheimer@omm.com

Andrew J. Frackman (appearing *pro hac vice*)
Abby F. Rudzin (appearing *pro hac vice*)
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10026
Telephone: (212) 326-2000
afrackman@omm.com
arudzin@omm.com

Courtney Dyer (D.C. Bar No. 490805)
Julia Schiller (D.C. Bar No. 986369)
O'MELVENY & MYERS LLP
1625 Eye Street Washington, D.C. 20006
Telephone: (202) 383-5300
cdyer@omm.com
jschiller@omm.com

Deborah L. Feinstein (D.C. Bar No. 412109)
Jason C. Ewart (D.C. Bar No. 484126)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone:  202-942-6594
debbie.feinstein@arnoldporter.com
jason.ewart@arnoldporter.com

*Attorneys for Defendant Penguin Random House LLC*

DOJ-LIT-000000058

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, a true and correct copy of the foregoing was served via email on counsel of record.

/s/ Eamonn W. Campbell
Eamonn W. Campbell

DOJ-LIT-000000059