EXHIBIT

Sansigre (PRH 30(b)(6)) Dep. Exh. #2

CONFIDENTIAL TREATMENT REQUESTED

# RESPONSE OF BERTELSMANN TO REQUEST FOR ADDITIONAL INFORMATION AND DOCUMENTARY MATERIAL ISSUED ON MARCH 12, 2021

## HSR-2021-0875

June 25, 2021

These materials, and the documents submitted herewith, are submitted pursuant to 16 C.F.R. § 803.1(b), which provides for submission of explanatory materials in conjunction with Hart-Scott-Rodino filings. Accordingly, the information herein and all referenced materials are within the scope of the confidentiality protections of 15 U.S.C. § 18a(h).

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0886**

DOJ-LIT-000000650

CONFIDENTIAL TREATMENT REQUESTED

## SPECIFICATION 31:

31. \*Describe any benefits that the Company anticipates will result from the Transaction (including all costs savings, economies, new products, product improvements, or other efficiencies or synergies) relating to any Relevant Product in the United States or which are inextricably linked to any Relevant Product in the United States, including:

   a. all steps the Company expects to take in achieving each benefit, the risks involved in achieving each benefit, and the time and costs required to achieve each benefit;

   b. a quantification of each benefit and of the costs to achieve each benefit, an explanation of how the quantification was calculated, the source and identity of all assumptions and inputs to the calculation of the quantification, and separate quantifications of the one-time fixed cost savings, recurring fixed cost savings, and variable costs savings (in dollars per unit and dollars per year) of each benefit;

   c. how the Transaction would allow the Company to achieve each benefit, each alternative to the Transaction by which the Company could achieve each benefit, and why the Company could not achieve each benefit without the Transaction;

   d. how each benefit would accrue to consumers or customers; and

   e. the identity of each person (including title and contact information) employed or retained by the Company with any responsibility for achieving, analyzing, or quantifying each benefit.

Submit all documents relating to (1) any benefit, risk, quantification, timing, cost, or alternative identified or described in response to this Specification 31, or any other efficiency or synergy that will or is expected to arise from the Transaction; and (2) the nature, type, and magnitude of any efficiencies or synergies that were realized from the 2013 merger of Penguin and Random House.

**RESPONSE:**

Non-privileged responsive documents have been submitted. The Company has spent significant time performing due diligence on the Transaction and is highly confident it will be able to realize significant synergies. These benefits are the result of overhead savings in duplicative areas, economies of scale, and synergies specifically related to improving S&S's performance by

101

CONFIDENTIAL TREATMENT REQUESTED

providing S&S with PRH's superior fulfillment services.

The largest cost savings are expected to come from operating expense synergies. The Company estimates that total U.S. operating expenses for PRH and S&S are around ▮▮▮▮▮ annually. As a result of the Transaction, the Company has identified ▮▮▮▮▮ in operating cost savings, ▮▮▮▮▮ of which is attributable to the United States. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Importantly, the Company's model does not attribute any reduction in editorial expenses as a result of the Transaction as the plan is to leave the creative side of the business untouched. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Were the Transaction not to occur, there would be no alternative way for the Company to realize these savings.

The Company also anticipates variable cost savings by achieving economies of scale. The Company forecasts that benefits associated with more efficient purchases in marketing campaigns and freight rates would account for ▮▮▮▮▮ of which would occur in the U.S., and could be achieved within a year. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮g. The Company does not see an alternative means to achieving these savings outside of the Transaction.

Variable cost savings associated with reducing S&S's return rate are expected to result in ▮▮▮▮▮ in the United States. When eBooks were

DOJ-LIT-000000751

CONFIDENTIAL TREATMENT REQUESTED

gaining in popularity, the Company doubled down on investing in its physical supply chain and warehouses, believing that the physical channel would remain an important part of the bookselling ecosystem. These substantial investments over the past decade have resulted in expedited shipping times and lower return rates. PRH is able to supply books to retailers quickly to meet its customers needs, which enhances the profitability of bookstores. If a bookseller sells out of a book, it can quickly replenish its supply from PRH. This is especially important in the publishing industry because if a book is not on the shelf when a customer wants it, the sale never occurs, rather than being delayed until it is restocked. With S&S, a less efficient publisher, booksellers often try to avoid these lost sales by overordering books, resulting in higher return rates. Returns are very expensive to publishers, who have to pay for the printing of the book itself, shipping, and the processing of returns. PRH's rapid fulfillment services save the Company money by reducing overordering and returns, but also accrue benefits to authors and booksellers (who can sell more books) and readers (who can discover more books). PRH is confident it will improve S&S's fulfillment capabilities and speed as part of the Transaction. After the Penguin/Random House transaction, PRH's experienced integration team succeeded in reducing Penguin's return rate from ▮▮▮▮▮▮▮▮▮▮ due to bringing the Penguin titles into Random House's faster and more efficient supply chain, which resulted in cutting three percentage points off the cost of shipment as a percentage of net physical sales. In this transaction, PRH has modeled a reduction in S&S's returns rate from ▮▮▮▮▮ As above, the Company does not see an alternative means to achieving these savings outside of the Transaction.

Finally, the Company believes it can increase S&S's book sales in PRH's international markets, independent bookstores, and the specialty market, benefitting authors and booksellers by putting more books in the hands of readers as a result of the Transaction. The Company anticipates

103

CONFIDENTIAL TREATMENT REQUESTED

the Transaction will result in ▬▬▬ of incremental gross physical sales. Taking into account the reduced returns rate described above, the Transaction would result in annual net sales growth of ▬▬▬ as a result of the acquisition. PRH is able to expand the market for books because of its extensive reach and experienced sales force. PRH has a significant international presence, much larger than that of S&S, and has the ability to sell S&S's US books into markets around the globe. PRH also has greater reach into the independent bookstore and specialty markets than S&S, allowing authors published by S&S to reach new potential readers who would otherwise not be exposed to their titles. Additionally, PRH has an experienced sales force that excels at working with bookstores to identify titles that may otherwise be overlooked. In some cases, S&S has replaced its in-person sales representatives with less experienced telephone sales reps, which many retailers find to be less helpful when picking titles from the catalog. PRH's dedication to experienced, in-person sales representatives who build relationships with the independent retailers results in a broader market for authors, greater discoverability of titles, and more book sales. In the absence of the Transaction, PRH will not be able to bring its broader market reach to S&S's books and will not be able to realize these synergies.

The Company anticipates the Transaction will unlock ▬▬▬ in annual efficiencies and synergies. This benefits authors, booksellers, and readers. PRH has a demonstrated commitment to investing in the infrastructure of retail book sales. By making these investments, PRH is able to keep books on the shelves where customers can find them without forcing booksellers to amass a glut of inventory that will later be returned or destroyed. As a believer in the future of physical book sales, PRH is working to expand the market through specialty channels and an expansive sales force, rather than cutting costs to maximize margins in the short-term. This work increases the discoverability of books, connecting authors and readers who might otherwise not find

DOJ-LIT-000000753

each other. Importantly, PRH has a track record in achieving efficiencies in this kind of transaction. After the 2013 merger of Penguin and Random House, PRH realized ▮ in cost savings and reduced Penguin's return rates by a full ▮ This Transaction will result in broadly beneficial efficiencies and synergies once again.

Each person with responsibility for achieving, analyzing, or quantifying the benefits from the Transaction are listed in response to Specification 1(d). They may be contacted through counsel at Arnold & Porter. Achieving the benefits will rely on the efforts and execution of countless employees at PRH and S&S.

### SPECIFICATION 32:

32. **Submit all documents relating to any plans or actual transactions, by the Company or anyother person, other than the Transaction, for any acquisition, sale, investment, joint venture, or merger involving the provision of any Relevant Product that were:**

    a. **reviewed or prepared by or for any officer, director, shareholder, or debtholder ofthe Company, or reviewed by or prepared for any management, executive, or board committee of the Company; or**

    b. **submitted to any domestic or foreign regulatory, competition, or antitrust authority.**

**RESPONSE:**

Non-privileged responsive documents have been submitted.

105