██████████

**Winning Publisher (Imprint):** Simon & Schuster (S&S)[1]

**Advance:** $300,000[2]

**Date:** January – February 2021

| Publisher (Imprint) | Round 1 | Round 2 (Final Offer) | |
|---|---|---|---|
| Penguin Random House RH (Random House) | $250,000[4] | $300,000[5] | |
| Simon & Schuster (S&S) | $225,000[6] | $300,000[7] | Payout: Frontloaded[8] |
| Publisher A | UNK | | |
| Publisher B | UNK | | |
| Number of Bids | 4 Bids[9] | 2 Bids[10] | |

Key: UNK = Unknown

---

[1] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 2,964; BPRH-000726958 at -958.
[2] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 2,964.
[4] BPRH-000385921 at -921; VCBS-01543957 at -958.
[5] BPRH-000726958 at -958; BPRH-000385921 at -921; VCBS-01543957 at -957.
[6] VCBS-01543957 at -958. *But see* BPRH-000385921 at -921 ("It's us and S&S proper, both at 250k[.]").
[7] VCBS-01543957 at -957.
[8] VCBS-01543957 at -957.
[9] BPRH-000385921 at -921.
[10] BPRH-000385921 at -921; VCBS-01543957 at -958.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP

PX 0932-B

DOJ-LIT-000000934