

**Winning Publisher (Imprint):** Simon & Schuster (Atria)[1]

**Advance:** $500,000[2]

**Date:** August 2021

| Publisher (Imprint) | Previous Offer | Best Bids | Final Offer Details |
|---|---|---|---|
| Penguin Random House RH (Ballantine) | $300,000[3] | $500,000[4] | Number of Books: 3; Rights: Translation[5] |
| Simon & Schuster (Atria) | | $500,000[6] | Number of Books: 2[7] |
| **Number of Bids** | > 1[8] | 2 Bids[9] | |

---

[1] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 3,138; VCBS-LIT-00387125 at -126–129; BPRH-LIT-001328345 at -345.
[2] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 3,138; VCBS-LIT-00387125 at -126–129; BPRH-LIT-001328345 at -345.
[3] *See* BPRH-LIT-001328082 at -082.
[4] ▓▓▓▓▓▓▓▓▓▓▓-0000167 at -170–171; BPRH-LIT-005936685 at -685.
[5] ▓▓▓▓▓▓▓▓▓▓▓-0000167 at -170–171.
[6] VCBS-LIT-00387125 at -127–128.
[7] VCBS-LIT-00387125 at -127–128; ▓▓▓▓▓▓▓▓▓▓-0000167 at -174–175.
[8] BPRH-LIT-001328082 at -082–083.
[9] ▓▓▓▓▓▓▓▓▓▓-0000167 at -174–175. *But see* BPRH-LIT-001328345 at -345 ("Bad news, we lost out to Atria…The only other bidder was Grand Central…").

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0933-B**

DOJ-LIT-000000935