

**Winning Publisher (Imprint):** Penguin Random House (Putnam)[1]

**Advance:** $160,000[2]

**Date:** December 2019

| Publisher (Imprint) | Best Bids | Opportunity to Improve (Final Offer) | |
|---|---|---|---|
| Penguin Random House PPG (Putnam) | $155,000[4] | $160,000[5] | Bonuses: $40,000; Payout: Frontloaded[6] |
| Simon & Schuster (Gallery) | $150,000[7] | $160,000[8] | Bonus: $10,000[9] |
| Publisher A | UNK | | |
| Publisher B | UNK | | |
| Number of Bids | 4 Bids[10] | 2 Bids[11] | |

*Key: UNK = Unknown*

---

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 28,451; BPRH-LIT-001583226 at -226; BPRH-LIT-002942748 at -748; *see also* VCBS-00380715 at -715.
[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 28,451; BPRH-LIT-002942748 at -748; BPRH-LIT-001583226 at -226.
[4] BPRH-LIT-001583226 at -226.
[5] BPRH-LIT-002942748 at -749; *see also* BPRH-LIT-001583226 at -226.
[6] BPRH-LIT-002942748 at -749; *see also* BPRH-LIT-001583226 at -226.
[7] VCBS-00380715 at -716; BPRH-LIT-001583226 at -226.
[8] *See* VCBS-00380715 at -715–716; BPRH-LIT-001583226 at -226.
[9] *See* VCBS-00380715 at -715–716.
[10] BPRH-LIT-001583226 at -226–227.
[11] BPRH-LIT-001583226 at -226.

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0934-B**

DOJ-LIT-000000936