██████████████████

**Winning Publisher (Imprint):** Penguin Random House (Random House)[1]

**Advance:** $350,000[2]

**Date:** January 2021

| Publisher (Imprint) | Round 1 | Round 2 | Round 3 | Round 4 (Final Offer) | |
|---|---|---|---|---|---|
| Penguin Random House RH (House Bid) | $275,000[3] | $305,000[4] | $350,000[5] | $350,000[6] | Bonuses: $50,000[7] |
| Simon & Schuster (One Signal) | $260,000[8] | $290,000[9] | $321,000[10] | $368,000[11] | |
| Hachette (Basic Books) | $155,000[12] | | | | |
| Norton | $105,000[13] | | | | |
| Macmillan (Flatiron) | UNK[14] | | | | |
| Number of Bids | UNK[15] | 2 Bids[16] | 2 Bids[17] | 2 Bids[18] | |

Key: UNK = Unknown

---

[1] BPRH-000384592 at -592; BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 32,513; BPRH-LIT-004043958 at -959.
[2] BPRH-000384592 at -592; BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 32,513; BPRH-LIT-004043958 at -959–961.
[3] BPRH-LIT-000882143 at -147. In Round 1, Random House (RH) submitted a house bid on behalf of the following imprints: Crown and Random House. *Id.* at -147–148.
[4] BPRH-LIT-000882143 at -145–146. In Round 2, RH submitted a house bid on behalf of the following imprints: Crown and Random House. *Id.*
[5] BPRH-LIT-000882143 at -144–145. In Round 3, RH submitted a house bid on behalf of the following imprints: Crown and Random House. *Id* at -144.
[6] BPRH-000384592 at -592. In Round 4, RH submitted a house bid on behalf of the following imprints: Crown and Random House. BPRH-LIT-000882143 at -143; BPRH-000384592 at -592.
[7] BPRH-LIT-004043958 at -960–961; BPRH-000384592 at -592.
[8] VCBS-03392959 at -960.
[9] VCBS-LIT-00603802 at -807; *see* BPRH-000726438 at -438.
[10] VCBS-LIT-00603802 at -806.
[11] VCBS-LIT-00603802 at -804.
[12] HBG30584-000011721 at -829.
[13] NORTON_PRH_000008 at -014.
[14] MAC_PRHSS00000779 at -780.
[15] *See* VCBS-03392959 at -962–963; BPRH-LIT-000882143 at -145.
[16] *See* BPRH-000726438 at -438.
[17] *See* VCBS-LIT-00603802 at -806; BPRH-LIT-000882143 at -144–145.
[18] *See* BPRH-000384592 at -592.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0935-B

DOJ-LIT-000000937