██████████████████

**Winning Publisher (Imprint):** Penguin Random House (Crown)[1]

**Advance:** $1,000,000[2]

**Date:** July 2021

| Publisher (Imprint) | Round 1 | Round 2 | Round 3 | Best Bids (Final Offer) | |
|---|---|---|---|---|---|
| Penguin Random House PPG (House Bid) | $750,000[4] | $850,000[5] | $925,000[6] | $1,000,000[7] | |
| Penguin Random House RH (Crown) | $700,000[8] | $800,000[9] | $925,000[10] | $1,000,000[11] | |
| Penguin Random House KDD (Knopf) | $650,000[12] | $800,000[13] | $860,000[14] | | |
| Simon & Schuster (Simon Element) | $715,000 (NA); $755,000 (W)[15] | ~$850,000[16] | $895,000[17] | $1,050,000[18] | Bonus: $100,000[19] |
| Hachette (Grand Central) | $425,000[20] | | | | |
| HarperCollins (House Bid) | $310,000[21] | | | | |
| Publisher A | UNK | UNK | UNK | | |
| Publisher B | UNK | UNK | | | |
| Publisher C | UNK | UNK | | | |
| Publisher D | UNK | | | | |
| Publisher E | UNK | | | | |
| Number of Bids | 11 Bids[22] | 7 Bids[23] | 5 Bids[24] | 3 Bids[25] | |

Key: NA = North America; UNK = Unknown; W = World;
Unless specified, bid values are for NA rights.

---

[1] BPRH-LIT-000021509 at -509; BPRH-LIT-000099317 at -317.
[2] BPRH-LIT-000099317 at -317; BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 34,681.
[4] BPRH-LIT-000069555 at -558–559. In Round 1, Penguin Publishing Group (PPG) submitted a house bid on behalf of the following imprints: Avery, Portfolio, and Viking. *Id.* at -558.
[5] BPRH-LIT-000069560 at -561–562. In Round 2, PPG submitted a house bid on behalf of the following imprints: Avery, Portfolio, and Viking. BPRH-LIT-001148616 at -618.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0936-B

DOJ-LIT-000000938

[6] BPRH-LIT-000069560 at -560. In Round 3, PPG submitted a house bid on behalf of the following imprints: Avery and Portfolio. Viking reiterated its bid of $850,000 and did not raise its bid in subsequent rounds. BPRH-LIT-001148616 at -617.
[7] BPRH-LIT-001148616 at -616; BPRH-LIT-000069555 at -555. In the Best Bids Round, PPG submitted a house bid on behalf of the following imprints: Avery and Portfolio. BPRH-LIT-000069555 at -555.
[8] BPRH-LIT-000021509 at -512.
[9] BPRH-LIT-000021509 at -512–513.
[10] BPRH-LIT-000021509 at -510–511.
[11] BPRH-LIT-000099317 at -317; BPRH-LIT-000069555 at -555; BPRH-LIT-001148616 at -616.
[12] BPRH-LIT-000336430 at -432–433.
[13] BPRH-LIT-000336359 at -359–360; BPRH-LIT-000336363 at -363; BPRH-LIT-000336430 at -431.
[14] BPRH-LIT-000336430 at -430.
[15] VCBS-LIT-00104255 at -255.
[16] *See* VCBS-LIT-00123036 at -039; BPRH-LIT-0000336430 at -431.
[17] VCBS-LIT-00104255 at -255.
[18] VCBS-LIT-00123036 at -037; *see also* BPRH-LIT-000069555 at -555 ("All bidders were at the same level…").
[19] VCBS-LIT-00123036 at -037.
[20] HBG-LIT-000000605 at Tab "Index" Row 102.
[21] HC-PRHSS-000002998 at Tab "Agenda" Row 23. In Round 1, HarperCollins submitted a house bid on behalf of the following imprints: Hanover Square Press and Harper Business. *Id.*
[22] BPRH-LIT-000069555 at -558; BPRH-LIT-000336430 at -431.
[23] BPRH-LIT-000069555 at -558; BPRH-LIT-000021509 at -512; BPRH-LIT-000336430 at -431.
[24] BPRH-LIT-000336430 at -430–431; VCBS-LIT-00123036 at -039.
[25] BPRH-LIT-000336430 at -430; BPRH-LIT-000021509 at -510; VCBS-LIT-00104255 at -255.

Highly Confidential Subject to Protective Order