██████████████████

**Winning Publisher (Imprint):** Penguin Random House (Viking)[1]

**Advance:** $550,000[2]

**Date:** June 2021

| Publisher (Imprint) | Initial Offer | Best Bids (Final Offer) | |
|---|---|---|---|
| Penguin Random House PPG (Viking) | $250,000[4] | $550,000[5] | Payout: Quarters[6] |
| Simon & Schuster (S&S) | $375,000[7] | $450,000[8] | Bonus: $25,000[9] <br> Payout: Frontloaded quarters[10] |
| Number of Bids | 2 Bids[11] | 2 Bids[12] | |

---

[1] BPRH-LIT-001146700 at -700; BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 34,458.
[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 34,458.
[4] BPRH-LIT-004336984 at -984.
[5] BPRH-LIT-001146700 at -700.
[6] BPRH-LIT-001146700 at -700.
[7] VCBS-LIT-00043433 at -433. Simon & Schuster's initial offer of $375,000 included a $25,000 bonus. *Id.*
[8] VCBS-LIT-00526223 at -223; VCBS-LIT-00106338 at -338.
[9] VCBS-LIT-00526223 at -223.
[10] VCBS-LIT-00526223 at -223.
[11] BPRH-LIT-004336984 at -984.
[12] BPRH-LIT-001146700 at -700.

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0937-B**