

**Winning Publisher (Imprint):** Penguin Random House (Penguin Press)[2]

**Advance:** $750,000[3]

**Date:** November 2018

| Publisher (Imprint) | Round 1 | Round 2 | Round 3 | Round 4 | Best Bids (Final Offer) |
|---|---|---|---|---|---|
| Penguin Random House PPG (House Bid) | $250,000[4] | $450,000[5] | $605,000[6] | $731,500[7] | $750,000[8] |
| Penguin Random House RH (Random House) | $100,000[9] | $275,000[10] | $495,000[11] | $605,000[12] | |
| Penguin Random House KDD (Doubleday) | $200,000[13] | $407,000[14] | | | |
| Simon & Schuster (House Bid) | $125,000[15] | $335,000[16] | $550,000[17] | $665,000[18] | $750,000[19] |
| Macmillan (St. Martin's Press) | $200,000[20] | $370,000[21] | $500,000[22] | | |
| Macmillan (Celadon) | $100,000[23] | $302,500[24] | $500,000[25] | | |
| Hachette (Grand Central) | $100,000[26] | | | | |
| HMH | $75,000[27] | | | | |
| Number of Bids | 8 Bids[28] | 6 Bids[29] | 5 Bids[30] | 3 Bids[31] | 2 Bids[32] |

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP

**PX 0938-B**

---

[1] At the time of the auction, ▮▮▮▮▮▮ was untitled and referred to as ▮▮▮▮▮▮ HBG-LIT-000000011 at -011; VCBS-LIT-00418758 at -758; BPRH-LIT-001488673 at -678–679.

[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 24,530; VCBS-LIT-00418758 at -758.

[3] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 24,530; VCBS-LIT-00418758 at -758.

[4] BPRH-LIT-000052719 at -725–727; ▮▮▮001 at -001. In Round 1, Penguin Publishing Group (PPG) submitted a house bid on behalf of the following imprints: Dutton, Penguin Press, Portfolio, and Viking. BPRH-LIT-000052719 at -725–727; VCBS-LIT-00418758 at -758.

[5] BPRH-LIT-000052719 at -721–723; ▮▮▮001 at -001. In Round 2, PPG submitted a house bid on behalf of the following imprints: Dutton, Penguin Press, Portfolio, and Viking. BPRH-LIT-000052719 at -722–727; VCBS-LIT-00418758 at -758.

[6] BPRH-LIT-000052719 at -720–721; ▮▮▮001 at -001. In Round 3, PPG submitted a house bid on behalf of the following imprints: Dutton, Penguin Press, Portfolio, and Viking. BPRH-LIT-000052719 at -720–727; VCBS-LIT-00418758 at -758.

[7] BPRH-LIT-000052719 at -719–720; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758. In Round 4, PPG submitted a house bid on behalf of the following imprints: Penguin Press and Portfolio; Dutton and Viking did not join. BPRH-LIT-000052719 at -719–720; VCBS-LIT-00418758 at -758; BPRH-LIT-000838075 at -075.

[8] BPRH-LIT-000052761 at -761–762; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758. In the Best Bids Round, PPG submitted a house bid on behalf of the following imprints: Penguin Press and Portfolio. BPRH-LIT-000052761 at -761–762; VCBS-LIT-00418758 at -758.

[9] BPRH-LIT-001488673 at -677–678; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[10] BPRH-LIT-001488673 at -676–677; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[11] BPRH-LIT-000052620 at -620; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758; See BPRH-LIT-001488673 at -673–674.

[12] BPRH-LIT-000052620 at -620–621; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758; See BPRH-LIT-000837930 at -930.

[13] BPRH-LIT-001215482 at -482; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[14] BPRH-LIT-001215540 at -542–543; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[15] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758. In Round 1, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Scribner. See ▮▮▮001 at -001; BPRH-LIT-001215482 at -482; VCBS-LIT-00418758 at -758.

[16] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758. In Round 2, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Scribner. See ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[17] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758. In Round 3, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Scribner. See ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[18] BPRH-LIT-000052761 at -762; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758. In Round 4, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Scribner. See ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[19] VCBS-LIT-00418758 at -758; BPRH-LIT-000052761 at -761–762; ▮▮▮001 at -001. In the Best Bids Round, Simon and Schuster submitted a house bid on behalf of the following imprints: S&S and Scribner. BPRH-LIT-001215625 at -625; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[20] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[21] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[22] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[23] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[24] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[25] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[26] HBG-LIT-000000011 at -011; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[27] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[28] BPRH-LIT-001215482 at -482; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[29] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[30] ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[31] BPRH-LIT-000052620 at -620; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

[32] BPRH-LIT-000052761 at -762; ▮▮▮001 at -001; VCBS-LIT-00418758 at -758.

Highly Confidential Subject to Protective Order