

**Winning Publisher (Imprint):** Simon & Schuster (Atria)[1]

**Advance:** $1,500,000[2]

**Date:** February 2019

| Publisher (Imprint) | Round 1 | | | | | Round 6 | Round 7 (Final Offer) | |
|---|---|---|---|---|---|---|---|---|
| Penguin Random House PPG (House Bid) | $300,000[4] | | | | | $1,025,000[5] | $1,250,000[6] | Bonus: $500,000; Payout: Frontloaded; Royalty: 15% HC[7] |
| Penguin Random House RH (Ballantine) | $150,000[8] | Round 2 | Round 3 | Round 4 | Round 5 | | | |
| Simon & Schuster (House Bid) | <$300,000[9] | | | | | $950,000[10] | $1,500,000[11] | |
| HMH | <$300,000[12] | | | | | | | |
| Hachette (Grand Central) | <$300,000[13] | | | | | | | |
| HarperCollins (Harper) | <$300,000[14] | | | | | | | |
| Publisher A | <$300,000[15] | | | | | | | |
| Number of Bids | 7 Bids[16] | 6 Bids[17] | 4 Bids[18] | 3 Bids[19] | 3 Bids[20] | 2 Bids[21] | 2 Bids[22] | |

Key: HC = Hardcover

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0939-B**

[1] VCBS-LIT-00113443 at -443; VCBS-LIT-00113444 at Tab "Book 1" Row 20; VCBS-LIT-00149222 at -222.
[2] VCBS-LIT-00113443 at -443; VCBS-LIT-00113444 at Tab "Book 1" Row 20; VCBS-LIT-00149222 at -222. *But see* VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 1,157.

[4] BPRH-LIT-000731057 at -057; BPRH-LIT-001260554 at -554. In Round 1, Penguin Publishing Group (PPG) submitted a house bid on behalf of the following imprints: Berkley, Dutton, and Putnam; Putnam and Dutton both deferred to Berkley in Round 4. BPRH-LIT-000731057 at -057; BPRH-LIT-000059979 at -979; BPRH-LIT-006980166 at -166; BPRH-LIT-000731258 at -258.

[5] BPRH-LIT-000060213 at -213.

[6] BPRH-LIT-000060213 at -213.

[7] BPRH-LIT-000060213 at -213.

[8] *See* BPRH-LIT-001260591 at -591; BPRH-LIT-001471165 at -165; BPRH-LIT-006980166 at -166; BPRH-LIT-001260554 at -554.

[9] Ivan Held of PPG wrote that it had the top bid in Round 1, therefore the Simon & Schuster house bid was likely less than PPG's Round 1 bid of $300,000. *See* BPRH-LIT-000731133 at -133; BPRH-LIT-000731057 at -057. In Round 1, Simon & Schuster submitted a house bid on behalf of the following imprints: Gallery and Atria. Atria and Gallery participated in the house bid together until Gallery dropped out in Round 4. *See* VCBS-LIT-00149222 at -222; BPRH-LIT-006980166 at -166.

[10] BPRH-LIT-000731393 at -393; VCBS-LIT-00149222 at -222. In Round 6, the only Simon & Schuster imprint to bid was Atria. *See* VCBS-LIT-00149222 at -222.

[11] VCBS-LIT-00149222 at -222; BPRH-LIT-000060213 at -213. In Round 7, the only Simon & Schuster imprint to bid was Atria. VCBS-LIT-00149222 at -222.

[12] Kara Welsh at RH wrote that HMH participated in the auction. BPRH-LIT-001471090 at -090; *see also* BPRH-LIT-001260591 at -591; BPRH-LIT-001471165 at -165. Ivan Held of PPG wrote that it had the top bid in Round 1, therefore HMH's bid was likely less than PPG's Round 1 bid of $300,000. *See* BPRH-LIT-000731133 at -133; BPRH-LIT-000731057 at -057; BPRH-LIT-001260554 at -554.

[13] Hachette imprint Grand Central participated in the auction. *See* HBG30584-000011887 at -887. Ivan Held of PPG wrote that it had the top bid in Round 1, therefore Grand Central's bid was likely less than PPG's Round 1 bid of $300,000. *See* BPRH-LIT-000731133 at -133; BPRH-LIT-000731057 at -057; BPRH-LIT-001260554 at -554.

[14] HarperCollins' imprint Harper participated in the auction. *See* HC-PRHSS-000007352 at -353–354. Ivan Held of PPG wrote that it had the top bid in Round 1, therefore Harper's bid was likely less than PPG's Round 1 bid of $300,000. *See* BPRH-LIT-000731133 at -133; BPRH-LIT-000731057 at -057; BPRH-LIT-001260554 at -554.

[15] Ivan Held of Penguin Publishing Group wrote that there was a seventh bidder in Round 1 of the auction. *See* BPRH-LIT-000731133 at -133. Ivan Held of PPG wrote that it had the top bid in Round 1, therefore the seventh bid was likely less than PPG's Round 1 bid of $300,000. *See* BPRH-LIT-000731133 at -133; BPRH-LIT-000731057 at -057; BPRH-LIT-001260554 at -554.

[16] In Round 1, likely bidders include the following: 1) PPG house bid (Berkley, Dutton, and Putnam/PPG/PRH); 2) Ballantine (RH/PRH); 3) Simon & Schuster house bid (Gallery and Atria); 4) HMH; 5) Grand Central (Hachette); 6) Harper (HarperCollins); and 7) one unknown bidder. *See* VCBS-LIT-00149222 at -222; BPRH-LIT-000731133 at -133; HC-PRHSS-000007352 at -353–354; BPRH-LIT-001471090 at -090; BPRH-LIT-001471165 at -165.

[17] In Round 2, likely bidders include the following: 1) PPG house bid (Berkley, Dutton, and Putnam/PPG/PRH); 2) Ballantine (RH/PRH); 3) Simon & Schuster house bid (Gallery and Atria); 4) HMH; and 5) Grand Central (Hachette). BPRH-LIT-001471090 at -090. Either HarperCollins or the unknown publisher bid in Round 2. *See* BPRH-LIT-000731133 at -133; BPRH-LIT-001260554 at -554; BPRH-LIT-000731057 at -057.

[18] In Round 3 likely bidders include the following: 1) PPG house bid (Berkley, Dutton, and Putnam/PPG/PRH); 2) Ballantine (RH/PRH); 3) Simon & Schuster house bid (Gallery and Atria); and 4) HMH. *See* BPRH-LIT-000731258 at -258; BPRH-LIT-001260554 at -554; BPRH-LIT-000731133 at -133; BPRH-LIT-000731057 at -057.

[19] In Round 4, likely bidders include the following: 1) Berkley (PPG/PRH); 2) Atria (S&S); and 3) HMH. BPRH-LIT-000731258 at -258. Random House dropped out during Round 4. *See* BPRH-LIT-001471165 at -165; BPRH-LIT-006980166 at -166. Putnam and Dutton did not participate in the PPG house bid in Round 4, leaving Berkley as the only imprint from PPG in the auction. BPRH-LIT-000059979 at -979; *see also* BPRH-LIT-006980166 at -166; BPRH-LIT-000731258 at -258; VCBS-LIT-00149222 at -222; BPRH-LIT-006980166 at -166; BPRH-LIT-001260554 at -554; BPRH-LIT-000731133 at -133; BPRH-LIT-000731057 at -057. Gallery dropped out of the

Highly Confidential Subject to Protective Order

DOJ-LIT-000000944

Simon & Schuster house bid in Round 4, leaving Atria as the only bidder on behalf of Simon & Schuster. *See* VCBS-LIT-00149222 at -222; BPRH-LIT-006980166 at -166.

[20] No bidders dropped out in Round 5, therefore likely bidders include the following: 1) Berkley (PPG/PRH); 2) Atria (Simon & Schuster); and 3) HMH. *See* BPRH-LIT-000731379 at -379; BPRH-LIT-001260554 at -554; BPRH-LIT-000731133 at -133; BPRH-LIT-000731057 at -057.

[21] BPRH-LIT-000731393 at -393; *see also* BPRH-LIT-000060213 at -213.

[22] BPRH-LIT-000731393 at -393; *see also* VCBS-LIT-00149222 at -222; BPRH-LIT-000060213 at -213.

Highly Confidential Subject to Protective Order