**Winning Publisher (Imprint):** Simon & Schuster (S&S)[1]

**Advance:** $1,100,000[2]

**Date:** July – August 2019

| ***Publisher (Imprint)*** | **Preempt** | **Round 1** | **Round 2** | **Round 3** | **Round 4** | **Round 5** | **Best Bids (Final Offer)** |
|---|---|---|---|---|---|---|---|
| *Penguin Random House PPG (House Bid)* | Unknown[4] | $300,000[5] | $500,000[6] | $650,000[7] | $800,000[8] | $900,000[9] | $1,100,000[10] |
| *Penguin Random House KDD (Doubleday)* | | $400,000[11] | | | | | |
| *Simon & Schuster (House Bid)* | | $150,000[12] | $435,000[13] | $560,000[14] | $710,000[15] | $810,000[16] | $1,100,000[17] |
| *HMH* | | $250,000[18] | $450,000[19] | $600,000[20] | $750,000[21] | $850,000[22] | |
| *HarperCollins (House Bid)* | | $300,000[23] | $550,000[24] | $700,000[25] | | | |
| *Macmillan (Holt)* | | $100,000[26] | $425,000[27] | | | | |
| *Sourcebooks* | | $60,000[28] | | | | | |
| ***Number of Bids*** | | 7 Bids[29] | 5 Bids[30] | 4 Bids[31] | 3 Bids[32] | 3 Bids[33] | 2 Bids[34] |

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0940-B**

DOJ-LIT-000000946

[1] VCBS-00099271 at -271; VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 1,717.
[2] VCBS-00099271 at -271–272; VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 1,717.
[4] VCBS-02089521 at -523–524.
[5] BPRH-000289233 at -238; BPRH-000439476 at -476–477; -004684 at -685. In Round 1, Penguin Publishing Group (PPG) submitted a house bid on behalf of the following imprints: Berkley and Dutton. -004684 at -685; BPRH-000439476 at -476–477.
[6] -004684 at -685; BPRH-000289233 at -236–237. In Round 2, PPG submitted a house bid on behalf of the following imprints: Berkley and Dutton. -004684 at -685; BPRH-000289233 at -236–237.
[7] BPRH-000439476 at -476; -004684 at -685; BPRH-000289233 at -236. In Round 3, PPG submitted a house bid on behalf of the following imprints: Berkley and Dutton. BPRH-000289233 at -236.
[8] -004684 at -685; BPRH-000289233 at -235. In Round 4, PPG submitted a house bid on behalf of the following imprints: Berkley and Dutton. *See* BPRH-000289233 at -234.
[9] BPRH-000289233 at -234; -004632 at -633. In Round 5, PPG submitted a house bid on behalf of the following imprints: Berkley and Dutton. BPRH-000289233 at -234.
[10] -004632 at -632; BPRH-000289233 at -233. In the Best Bids Round, Dutton was the only PPG imprint to bid; Berkley stepped aside. -004632 at -632.
[11] -004684 at -685; -004684 at -692.
[12] VCBS-LIT-00176001 at -001; -004684 at -685. In Round 1, Simon & Schuster submitted a house bid on behalf of the following imprints: Atria and S&S. VCBS-LIT-00176001 at -001; -004684 at -685.
[13] VCBS-LIT-00176001 at -001; VCBS-02089521 at -521; -004684 at -685. In Round 2, Atria deferred to S&S; S&S was the only Simon & Schuster imprint to bid in this round and continue. VCBS-02089521 at -521.
[14] -004684 at -685.
[15] VCBS-LIT-00176001 at -001; -004684 at -685.
[16] -004684 at -685.
[17] VCBS-00875292 at -292; VCBS-02089521 at -523–524.
[18] -004684 at -685.
[19] -004684 at -685.
[20] -004684 at -685.
[21] -004684 at -685; -004600 at -600.
[22] -004684 at -685.
[23] -004604 at -605–606; -004684 at -685. In Round 1, HarperCollins submitted a house bid on behalf of the following imprints: Graydon House and William Morrow. -004604 at -605–606.
[24] -004604 at -605; -004684 at -685. In Round 2, HarperCollins submitted a house bid on behalf of the following imprints: Graydon House and William Morrow. -004604 at -605.
[25] -004604 at -604; -004684 at -685. In Round 3, HarperCollins submitted a house bid on behalf of the following imprints: Graydon House and William Morrow. -004604 at -604.
[26] -004684 at -685.
[27] -004684 at -685; -004598 at -598.
[28] -004563 at -565; -004684 at -685.
[29] BPRH-000439476 at -476; VCBS-LIT-00176001 at -001; *see* -004684 at -685.
[30] *See* -004684 at -685.
[31] BPRH-000439476 at -476; *see* -004684 at -685.
[32] *See* -004684 at -685.
[33] -004632 at -633–634; BPRH-000289233 at -234; *see* -004684 at -685.
[34] -004632 at -633.