**Winning Publisher (Imprint):** Penguin Random House (The Dial Press)[1]

**Advance:** $825,000[2]

**Date:** February 2020

| Publisher (Imprint) | Round 1 | Round 2 | Round 3 | Round 4 | Round 5 | Round 6 | Round 7 | Round 8 | (Final Offer) |
|---|---|---|---|---|---|---|---|---|---|
| Penguin Random House RH (House Bid) | $550k[4] | $585k[5] | $645k[6] | $685k[7] | $725k[8] | $765k[9] | $805k[10] | $825k[11] | Bonuses: $175k; Payout: Frontloaded quarters[12] |
| Simon & Schuster (House Bid) | $510k[13] | $575k[14] | $625k[15] | $665k[16] | $705k[17] | $745k[18] | $785k[19] | $805k[20] | |
| Hachette (Grand Central) | $300k[21] | $560k[22] | $605k[23] | ≤$650k[24] | | | | | |
| Macmillan Holt (House Bid) | $210k[25] | | | | | | | | |
| HarperCollins (House Bid) | $125k[26] | | | | | | | | |
| Norton | $100k[27] | | | | | | | | |
| Bloomsbury | $75k[28] | | | | | | | | |
| Number of Bids | 6 to 7 Bids[29] | 3 Bids[30] | 3 Bids[31] | 2 Adv. (3 Total)[32] | 2 Bids[33] | 2 Bids[34] | 2 Bids[35] | 2 Bids[36] | |

*Key: Adv. = Advancing; k = Thousands*

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0941-B**

DOJ-LIT-000000948

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 29,002.

[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 29,002.

[4] BPRH-LIT-000875016 at -023. In Round 1, Random House (RH) submitted a house bid on behalf of the following imprints: Crown and Dial. *Id.*

[5] BPRH-LIT-000875016 at -021. In Round 2, RH submitted a house bid on behalf of the following imprints: Crown and Dial. *Id.*

[6] BPRH-LIT-000875016 at -020. In Round 3, RH submitted a house bid on behalf of the following imprints: Crown and Dial. *Id.* at -019–020.

[7] BPRH-LIT-000875016 at -019. In Round 4, RH submitted a house bid on behalf of the following imprints: Crown and Dial. *Id.*

[8] BPRH-LIT-000875016 at -018. In Round 5, RH submitted a house bid on behalf of the following imprints: Crown and Dial. *Id.*

[9] BPRH-LIT-000875016 at -018. In Round 6, RH submitted a house bid on behalf of the following imprints: Crown and Dial. *Id.*

[10] BPRH-LIT-000875016 at -016. In Round 7, RH submitted a house bid on behalf of the following imprints: Crown and Dial. *Id.*

[11] BPRH-LIT-000875069 at -069. In Round 8, RH submitted a house bid on behalf of the following imprints: Crown and Dial. *Id.*

[12] BPRH-LIT-000875069 at -069.

[13] VCBS-00383630 at -632. In Round 1, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S, Avid Reader, Atria, and Gallery. *Id.*

[14] VCBS-00626495 at -503. In Round 2, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Gallery. *Id.* Atria and Avid Reader did not join. *Id.*

[15] VCBS-00626495 at -502. In Round 3, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Gallery. *Id.*

[16] VCBS-00626495 at -500. In Round 4, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Gallery. *Id.*

[17] VCBS-00626495 at -499. In Round 5, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Gallery. *Id.*

[18] VCBS-00626495 at -497. In Round 6, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Gallery. *Id.*

[19] VCBS-00626495 at -496. In Round 7, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Gallery/Scout Press. *Id.*

[20] ▮▮▮▮▮-0005509 at -509; VCBS-00626614 at -614. In Round 8, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Gallery. *Id.*

[21] ▮▮▮-00001194 at -196.

[22] ▮▮▮-00001194 at -197.

[23] ▮▮▮-00001194 at -198.

[24] ▮▮▮-00001194 at -196. *But see* HBG-LIT-000000595 at Tab "Sheet1" Row 41.

[25] ▮▮▮▮▮-0005320 at -322. In Round 1, Henry Holt submitted a house bid for the following imprints: Holt and Metropolitan. *Id.*

[26] ▮▮▮-00001194 at -196. In Round 1, HarperCollins submitted a house bid for the following imprints: Harper, HarperOne, and Park Row. *Id.*

[27] ▮▮▮-00001194 at -196.

[28] ▮▮▮-00001194 at -196.

[29] ▮▮▮-00001194 at -196; *see also* ▮▮▮▮▮-0005320 at -322.

[30] BPRH-LIT-000875016 at -021–022; VCBS-00383630 at -630; ▮▮▮-00001194 at -197.

[31] BPRH-LIT-000875016 at -020; VCBS-00626495 at -502; ▮▮▮-00001194 at -198.

[32] ▮▮▮-00001194 at -199. *But see* BPRH-LIT-000875016 at -019; VCBS-00626495 at -500.

[33] ▮▮▮-00001194 at -200; BPRH-LIT-000875016 at -019.

[34] ▮▮▮-00001194 at -201; BPRH-LIT-000875016 at -019.

[35] ▮▮▮-00001194 at -202; BPRH-LIT-000875016 at -019.

[36] ▮▮▮-00001194 at -203; BPRH-LIT-000875016 at -019.

Highly Confidential Subject to Protective Order