

**Winning Publisher (Imprint):** Penguin Random House (Putnam)[1]

**Advance:** $275,000[2]

**Date:** October 2020

| Publisher (Imprint) | Best Bids |
|---|---|
| Penguin Random House PPG (Putnam) | $275,000[4] |
| Simon & Schuster (Atria) | $125,000[5] |
| Number of Bids | 2 Bids[6] |

---

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 31,491; BPRH-LIT-003043897 at -897–917; BPRH-000423072 at -072.
[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 31,491; BPRH-LIT-003043897 at -897.
[4] BPRH-LIT-007056926 at -926; see BPRH-000423072 at -074–075.
[5] VCBS-03477375 at Tab "Projects Pursued" Row 136; see VCBS-00924244 at -244–245.
[6] BPRH-000423072 at -072–074.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0942-B

DOJ-LIT-000000950