

**Winning Publisher (Imprint):** Penguin Random House (Doubleday)[1]

**Advance:** $390,000[2]

**Date:** August 2021

| *Publisher (Imprint)* | Preempt | Round 1 | Round 2 | Tiebreaker | (Final Offer) |
|---|---|---|---|---|---|
| *Penguin Random House KDD (Doubleday)* | $300,000[4] | $300,000[5] | $385,000[6] | $390,000[7] | Bonus: $50,000[8] |
| *Penguin Random House PPG (Avery)* | | $250,000[9] | $300,000[10] | | |
| *Simon & Schuster (Simon Element)* | | $310,000[11] | $350,000[12] | $350,000[13] | Bonuses: $75,000; Payout: Frontloaded[14] |
| *Hachette (Perseus Books)* | | $150,000[15] | | | |
| *Number of Bids* | | 4 Bids[16] | 3 Bids[17] | 2 Bids[18] | |

---

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 34,751.
[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 34,751.
[4] BPRH-LIT-001207302 at -302; VCBS-LIT-01136143 at -143.
[5] BPRH-LIT-001207806 at -807.
[6] BPRH-LIT-001207806 at -806.
[7] BPRH-LIT-000337276 at -276; BPRH-LIT-004676430 at -431.
[8] BPRH-LIT-000337276 at -276; BPRH-LIT-004676430 at -431.
[9] BPRH-LIT-001207806 at -807.
[10] BPRH-LIT-001207817 at -817.
[11] BPRH-LIT-001207806 at -807; VCBS-LIT-00123533 at -533–534.
[12] BPRH-LIT-001207806 at -806. In Round 2, the Simon Element offer included a bonus of $50,000. *Id*.
[13] BPRH-LIT-001207817 at -817; VCBS-LIT-00123533 at -533–534; BPRH-LIT-001207806 at -806.
[14] BPRH-LIT-001207817 at -817; BPRH-LIT-001207806 at -806; VCBS-LIT-00123533 at -533–534.
[15] ███ 001284 at -287; *see* HBG-LIT-000000738 at Tab "Sheet1" Row 155.
[16] BPRH-LIT-001207806 at -807.
[17] BPRH-LIT-001207806 at -806–807.
[18] BPRH-LIT-001207806 at -806.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0943-B**

DOJ-LIT-000000951