

[1]

**Winning Publisher (Imprint):** Penguin Random House (Viking)[2]

**Advance:** $775,000[3]

**Date:** June 2020

| Publisher (Imprint) | Round 1 | Round 2 | Round 3 | Round 4 | Round 5 | Round 6 (Final Offer) | |
|---|---|---|---|---|---|---|---|
| Penguin Random House PPG (Viking) | $250,000[4] | $450,000[5] | $500,000[6] | $575,000[7] | $625,000[8] | $775,000[9] | Misc.: 10% Text Usage in Podcast[10] |
| Simon & Schuster (House Bid) | $400,000[11] | $475,000[12] | $550,000[13] | $600,000[14] | $650,000[15] | $750,000[16] | |
| Norton | $150,000[17] | $425,000[18] | | | | | |
| HarperCollins (William Morrow) | $150,000[19] | | | | | | |
| Number of Bids | 4 Bids[20] | 3 Bids[21] | 2 Bids[22] | 2 Bids[23] | 2 Bids[24] | 2 Bids[25] | |

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0944-B**

DOJ-LIT-000000952

[1] This title is also referred to as ▇▇▇▇ and ▇▇▇▇ *See* ▇▇▇▇-0000383 at -383; BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 30,235.

[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 30,235; BPRH-005199704 at -704; VCBS-00543876 at -876.

[3] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 30,235; BPRH-005199704 at -704.

[4] ▇▇▇▇-0000150 at -379 (▇▇▇▇ Auction Documents) (Agent's handwritten auction chart dated 6/25 noting that Wendy Wolf's (Viking) initial offer was "$250K"); *see also* ▇▇▇▇-0000383 at -383–385; BPRH-005199704 at -708.

[5] BPRH-005199704 at -704; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379.

[6] BPRH-LIT-001110936 at -938; BPRH-LIT-001110728 at -728; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379.

[7] BPRH-LIT-001110936 at -937; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379.

[8] ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379; *see also* BPRH-LIT-001110936 at -937; VCBS-00545649 at -649.

[9] BPRH-005199704 at -704; VCBS-00543876 at -876; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379.

[10] BPRH-005199704 at -704–706.

[11] VCBS-00544524 at -524; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379 (▇▇▇▇ Auction Documents) (Agent's handwritten auction chart dated 6/25 noting that S&S's initial offer was "$400K"). In Round 1, Simon & Schuster submitted a house bid on behalf of the following imprints: Scribner and S&S. VCBS-00549385 at -386–387.

[12] VCBS-00660942 at -942; BPRH-LIT-001110728 at -728. In Round 2, Simon & Schuster submitted a house bid on behalf of the following imprints: Scribner and S&S. VCBS-00549385 at -386–387.

[13] BPRH-LIT-001110936 at -937; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379. In Round 3, Simon & Schuster submitted a house bid on behalf of the following imprints: Scribner and S&S. VCBS-00549385 at -386–387.

[14] VCBS-00545649 at -650; ▇▇▇▇-0000383 at -383–385. In Round 4, Simon & Schuster submitted a house bid on behalf of the following imprints: Scribner and S&S. VCBS-00549385 at -386–387.

[15] VCBS-00545649 at -649; BPRH-LIT-001110936 at -936–937; ▇▇▇▇-0000383 at -383–385. In Round 5, Simon & Schuster submitted a house bid on behalf of the following imprints: Scribner and S&S. VCBS-00549385 at -386–387.

[16] VCBS-00543876 at -876; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379. In Round 6, Simon & Schuster submitted a house bid on behalf of the following imprints: Scribner and S&S. VCBS-00549385 at -386–387; *see* VCBS-00543876 at -876.

[17] NORTON_PRH_000008 at -011–012; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379 (▇▇▇▇ Auction Documents) (Agent's handwritten auction chart dated 6/25 noting that Tom Mayer's (Norton) initial offer was "$150K").

[18] NORTON_PRH_000008 at -011–012; ▇▇▇▇-0000150 at -379.

[19] ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379 (▇▇▇▇ Auction Documents) (Agent's handwritten auction chart dated 6/25 noting that Rachel Kahan's (HarperCollins) initial offer was "$150K").

[20] VCBS-00545649 at -651; *see also* ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379.

[21] VCBS-00660942 at -942; BPRH-005199704 at -704; *see also* ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379.

[22] BPRH-LIT-001110728 at -728; *see also* ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379.

[23] BPRH-LIT-001110728 at -728; *see also* BPRH-LIT-001110936 at -937; VCBS-00545649 at -650; ▇▇▇▇-0000383 at -383–385; ▇▇▇▇-0000150 at -379.

[24] *See* VCBS-00545649 at -649; BPRH-LIT-001110936 at -936.

[25] *See* BPRH-LIT-001110936 at -936; VCBS-00543876 at -876; ▇▇▇▇-0000383 at -383–385.

Highly Confidential Subject to Protective Order