██████████████

**Winning Publisher (Imprint):** Simon & Schuster (S&S)[1]

**Advance:** $600,000[2]

**Date:** July – August 2020

| Publisher (Imprint) | July 28 to Aug. 3 | | Best Bids (Final Offer) | |
|---|---|---|---|---|
| Penguin Random House RH (Crown) | $350,000[3] | $500,000[4] | $550,000[5] | Territory: World  Bonuses: $100,000[6] |
| | | | $650,000[7] | Territory: World[8] |
| Penguin Random House PPG (Portfolio) | | $500,000[9] | $650,000[10] | Territory: World[11] |
| Simon & Schuster (S&S) | | $500,000[12] | $600,000[13] | Territory: World English[14] |
| Number of Bids | | 3 Bids[15] | 3 Bids[16] | |

---

[1] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 2,271.
[2] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 2,271.
[3] BPRH-LIT-000578139 at -139; *see* BPRH-000355858 at -858.
[4] ████-007537 at -537.
[5] BPRH-000253965 at -965; BPRH-LIT-000578490 at -490.
[6] BPRH-000253965 at -965; BPRH-LIT-000578490 at -490.
[7] BPRH-LIT-000578490 at -490; BPRH-LIT-001365170 at -170; BPRH-000253965 at -965. Crown adjusted their Best Bid to a $650,000 advance, after first bidding $550,000 with a $100,000 bonus for World rights. BPRH-LIT-000578490 at -490.
[8] BPRH-LIT-000578490 at -490; BPRH-LIT-001365170 at -170.
[9] BPRH-004719438 at -438; BPRH-000310292 at -293.
[10] BPRH-LIT-001365170 at -170.
[11] BPRH-LIT-001365170 at -170.
[12] BPRH-000310292 at -293; *see* VCBS-00674998 at -998.
[13] BPRH-LIT-001365170 at -170; *see* VCBS-00674998 at -998.
[14] BPRH-LIT-001365170 at -170; *see* VCBS-00674998 at -998.
[15] BPRH-LIT-001365170 at -170; *see* BPRH-000310292 at -293; VCBS-00674998 at -998.
[16] BPRH-LIT-001365170 at -170; BPRH-LIT-000578490 at -490; *see* VCBS-00674998 at -998.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0945-B

DOJ-LIT-000000954