████████████████████████

**Winning Publisher (Imprint):** Penguin Random House (Riverhead)[1]

**Advance:** $500,000[2]

**Date:** August – September 2019

| Publisher (Imprint) | July 30 | Aug. 1 | Aug. 3 (Final S&S Offer) | Aug. 13 | Aug. 14 | Aug. 19 | By Sept. (Final PPG Offer) | Final Offer Details |
|---|---|---|---|---|---|---|---|---|
| *Penguin Random House PPG (Riverhead)* | | | | $400,000[4] | $500,000[5] | | $500,000[6] | Bonus: $100,000; Payout: Frontloaded[7] |
| *Simon & Schuster (Scribner)* | $280,000[8] | $350,000[9] | $400,000[10] | | | | | |
| *Macmillan (FSG)* | | | | | | $200,000[11] | | |

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**

1:21-cv-0866-FYP

**PX 0946-B**

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 27,466; BPRH-000440249 at -249; ▓▓▓▓ 000045 at Tab "Submissions Report."

[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 27,466; BPRH-LIT-000755685 at -685–686; BPRH-000440249 at -249; ▓▓▓▓ 000045 at Tab "Submissions Report."

[4] BPRH-LIT-000754837 at -837–838.

[5] BPRH-LIT-000754954 at -955–956; ▓▓▓▓ 000045 at Tab "Submissions Report."

[6] BPRH-000440249 at -249; BPRH-LIT-000755685 at -685–686; *see also* BPRH-LIT-000755097 at -097.

[7] BPRH-000440249 at -249; BPRH-LIT-000755685 at -685–686.

[8] VCBS-01600637 at -637.

[9] VCBS-01602720 at -722–723; VCBS-01600637 at -637.

[10] VCBS-01602720 at -721–723; ▓▓▓▓ 000045 at Tab "Submissions Report."

[11] *See* ▓▓▓▓ 000045 at Tab "Submissions Report."

Highly Confidential Subject to Protective Order