[REDACTED]

**Winning Publisher (Imprint):** Simon & Schuster (S&S)[1]

**Advance:** $600,000[2]

**Date:** July 2018

| Publisher (Imprint) | Round 1 | Round 2 | Opportunity to Improve (Final Offer) | |
|---|---|---|---|---|
| Penguin Random House PPG (House Bid) | $425,000[4] | $560,000[5] | $560,000[6] | Bonuses: $80,000; Payout: Quarters[7] |
| Penguin Random House RH (Ballantine) | $400,000[8] | $530,000[9] | | |
| Simon & Schuster (S&S) | $500,000[10] | $600,000[11] | $600,000[12] | Bonus: $100,000; Payout: Book 1: 4 Payments; Book 2: 5 Payments[13] |
| Number of Bids | ≥ 3 Bids[14] | 3 Bids[15] | 2 Bids[16] | |

---

[1] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 574. The working title of [REDACTED] is referred to as [REDACTED] in the Simon & Schuster advance data. *Id.*

[2] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 574. The working title of [REDACTED] is referred to as [REDACTED] in the Simon & Schuster advance data. *Id.*

[4] [REDACTED]003631 at -634. In Round 1, PPG submitted a house bid on behalf of the following imprints: Putnam and Viking/Pamela Dorman Books. *Id.*

[5] [REDACTED]003631 at -632. In Round 2, PPG submitted a house bid on behalf of the following imprints: Putnam and Viking/Pamela Dorman Books. *Id.*

[6] [REDACTED]003631 at -631. When given the opportunity to improve, PPG submitted a house bid on behalf of the following imprints: Putnam and Viking/Pamela Dorman Books. *Id.*

[7] [REDACTED]003631 at -631.

[8] *See* BPRH-LIT-001248555 at -555.

[9] [REDACTED]003604 at -604.

[10] [REDACTED]003567 at -567.

[11] VCBS-LIT-00173974 at -974–975.

[12] *See* VCBS-LIT-00173974 at -974.

[13] VCBS-LIT-00173974 at -974–975.

[14] *See* [REDACTED]003572 at -572; VCBS-LIT-00190295 at -295.

[15] [REDACTED]003631 at -632–633.

[16] *See* [REDACTED]003631 at -631; VCBS-LIT-00173974 at -974–975.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP

**PX 0947-B**

DOJ-LIT-000000957