███████████████

**Winning Publisher (Imprint):** Simon & Schuster (Gallery)[1]

**Advance:** $535,000[2]

**Date:** June 2020

| Publisher (Imprint) | Round 1 | Round 2 | Round 3 | Round 4 | Round 5 (Final Round) | |
|---|---|---|---|---|---|---|
| Penguin Random House RH (Crown) | $200,000[3] | $325,000[4] | $425,000[5] | $475,000[6] | $525,000[7] | Bonuses: $100,000[8]; Payout: Fifths[9] |
| Simon & Schuster (Gallery) | $300,000[10] | $400,000[11] | $450,000[12] | $525,000[13] | $535,000[14] | Bonuses: $100,000[15]; Payout: Quarters[16] |
| Publisher A | >$200,000 and <$300,000[17] | >$325,000 and <$400,000[18] | | | | |
| Number of Bids | 3 Bids[19] | 3 Bids[20] | 2 Bids[21] | 2 Bids[22] | 2 Bids[23] | |

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0948-B**

DOJ-LIT-000000958

---

[1] VCBS-01976050 at -050; VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 2,420.

[2] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 2,420; VCBS-01976050 at -050.

[3] BPRH-LIT-000573845 at -845; BPRH-LIT-000574029 at -029.

[4] BPRH-000339568 at -568; BPRH-LIT-002838565 at -565.

[5] BPRH-LIT-000339652 at -652.

[6] BPRH-LIT-000574033 at -033; BPRH-LIT-000339698 at -698; VCBS-01976050 at -051.

[7] VCBS-01976050 at -050; BPRH-LIT-000339698 at -698.

[8] VCBS-01976050 at -050.

[9] BPRH-LIT-000573845 at -845; BPRH-000339652 at -652.

[10] VCBS-01968746 at -746–747; BPRH-000339568 at -568.

[11] BPRH-LIT-002838565 at -565.

[12] BPRH-LIT-000339652 at -652; VCBS-01976050 at -051.

[13] VCBS-01976050 at -050–051; BPRH-LIT-000339698 at -698.

[14] VCBS-01976050 at -050.

[15] VCBS-01976050 at -050.

[16] BPRH-000339652 at -652.

[17] *See* BPRH-LIT-000574029 at -029; BPRH-000339568 at -568; VCBS-01968746 at -746–747.

[18] *See* BPRH-LIT-002838565 at -565; VCBS-01976050 at -051 and -053; BPRH-LIT-000574029 at -029; BPRH-000339652 at -652.

[19] BPRH-LIT-000574029 at -029; BPRH-000339568 at -568.

[20] BPRH-LIT-002838565 at -565.

[21] *See* BPRH-LIT-000339652 at -652; BPRH-LIT-000574029 at -029.

[22] VCBS-01976050 at -051; *see also* BPRH-LIT-000574029 at -029.

[23] *See* VCBS-01976050 at -050.

Highly Confidential Subject to Protective Order

DOJ-LIT-000000959