

**Winning Publisher (Imprint):** Penguin Random House (Crown)[1]

**Advance:** $200,000[2]

**Date:** March 2020

| Publisher (Imprint) | Best Bids | Final Offer Details |
|---|---|---|
| Penguin Random House RH (Crown) | $200,000[4] | Payout: Quarters; Audio: Narration by authors; Artwork: $20,000 for illustrations[5] |
| Simon & Schuster (Atria) | $180,000[6] | Payout: Quarters, weighted on first and third payments; Bonus: $50,000[7] |
| **Number of Bids** | 2 Bids[8] | |

---

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 29,570; BPRH-004611819 at -822–823; ▮004030 at -030–031; ▮004017 at -017.
[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 29,570; BPRH-004611819 at -822–823; BPRH-004611819 at -819–821; ▮004030 at -030–031.
[4] ▮004017 at -017–019.
[5] ▮004017 at -018.
[6] ▮004012 at -012.
[7] ▮004012 at -012.
[8] See ▮004021 at -021; ▮004030 at -030–031.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0949-B

DOJ-LIT-000000960