██████████████

**Winning Publisher (Imprint):** Simon & Schuster (S&S)[1]

**Advance:** $700,000[2]

**Date:** October 2019

| Publisher (Imprint) | Round 1 | Round 2 | Round 3 | Initial Best Bids | Final Best Bids (Crown Final Offer) | S&S Chance to Improve (S&S Final Offer) |
|---|---|---|---|---|---|---|
| Penguin Random House RH (Crown) | $200,000[4] | $270,000[5] | $310,000[6] | $510,000[7] | $675,000[8] | |
| Penguin Random House PPG (Penguin Press) | $125,000 (NA)[9] | $250,000 (NA)[10] | | | | |
| Simon & Schuster (House Bid) | $250,000[11] | $290,000[12] | $330,000[13] | $525,000[14] | $605,000[15] | $700,000[16] |
| HarperCollins (William Morrow) | $125,000[17] | $260,000[18] | $300,000[19] | <$510,000[20] | | |
| Hachette (Twelve) | $200,000[21] | >$270,000 and <$290,000[22] | $320,000[23] | <$510,000[24] | | |
| Number of Bids | 5 Bids[25] | 4 Adv. (5 Bids Total)[26] | 4 Bids[27] | 2 to 4 Bids[28] | 2 Bids[29] | 1 Bid[30] |

Key: Unless specified, bid is for World rights. NA = North America; Adv. = Advancing

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0950-B**

---

[1] ▮ 00348 at -348 and -351.

[2] ▮ 00348 at -348 and -351. The October 27, 2020 contract for ▮ provided for an amended advance of $450,000 "[i]f the Permitted Publication Date is later than 30 days after the initial release of the ▮ or the Author is unable for any reason to provide the Publisher with sufficient advance written notice thereof." *Id.* at -359. As of April 29, 2022, the amended advance terms apply. *See* VCBS-LIT-01785344 at Tab "GridExport_2022-04-29_12-02-07_" Rows 37,444–37,447.

[4] BPRH-LIT-010201746 at -746.

[5] BPRH-LIT-010201746 at -746; BPRH-000331358 at -359–360.

[6] BPRH-000331358 at -358–359.

[7] BPRH-000331358 at -358.

[8] BPRH-LIT-010201752 at -752; BPRH-000331456 at -456.

[9] BPRH-LIT-010201747 at -747–748.

[10] BPRH-LIT-010201747 at -747. After placing a bid in Round 2, Scott Moyers of Penguin Press decided not to continue bidding in subsequent rounds. *See* BPRH-LIT-010201749 at -749; BPRH-000331358 at -359–360.

[11] VCBS-LIT-00308758 at -760. In Round 1, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Signal Press. VCBS-LIT-00308758 at -760; VCBS-00882640 at -640.

[12] VCBS-LIT-00308758 at -758–759. In Round 2, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Signal Press. VCBS-LIT-00308758 at -760 and -758; VCBS-00882640 at -640.

[13] VCBS-00873857 at -857. In Round 3, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Signal Press. VCBS-LIT-00308758 at -760; VCBS-00882640 at -640.

[14] ▮ 00442 at -442; VCBS-LIT-00422484 at -484–485. In the Initial Best Bids Round, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Signal Press. VCBS-LIT-00308758 at -760; ▮ 00442 at -442; VCBS-00882640 at -640.

[15] VCBS-02088075 at -075–076; VCBS-LIT-00422484 at -484. In the Final Best Bids Round, Simon & Schuster's bid included a bonus of $50,000. VCBS-02088075 at -075–076. In the Final Best Bids Round, Simon & Schuster submitted a house bid on behalf of the following imprints: S&S and Signal Press. VCBS-LIT-00308758 at -760; VCBS-00882640 at -640.

[16] VCBS-00882640 at -640; ▮ 00348 at -351; *see* VCBS-LIT-00422484 at -484. Simon & Schuster's final house bid was behalf of the following imprints: S&S and Signal Press. VCBS-00882640 at -640.

[17] ▮ 00435 at -435–436.

[18] ▮ 00435 at -435.

[19] *See* BPRH-000331358 at -358–360.

[20] *See* BPRH-000331358 at -358; BPRH-000331358 at -358; ▮ 00442 at -442.

[21] ▮ 00431 at -431.

[22] *See* BPRH-000331358 at -358; ▮ 00435 at -436; BPRH-000331358 at -359–360; ▮ 00431 at -431.

[23] *See* BPRH-000331358 at -358; *see* BPRH-000331358 at -359; ▮ 00435 at -436; BPRH-000331359 at -359–360; ▮ 00431 at -431.

[24] *See* BPRH-000331358 at -358; *see* BPRH-000331358 at -358; ▮ 00442 at -442.

[25] VCBS-LIT-00308758 at -758. According to the Round Robin bidding format, the order of bidding in Rounds 2 and 3 "proceed[ed] in rounds[, with] [t]he lowest bid . . . given the opportunity to make a bid that exceed[ed] the highest." ▮ 00435 at -436. Based on the bids received in Round 1, the order of bids in Rounds 2 and 3 was as follows: 1) William Morrow (HarperCollins); 2) Penguin Press (PPG/PRH); 3) Crown (RH/PRH); 4) Twelve (Hachette); and 5) Simon & Schuster house bid. *See* BPRH-000331358 at -359–360; VCBS-LIT-00308758 at -760 and -758.

[26] BPRH-000331358 at -359–360. The order of bids in Round 2 was as follows: 1) William Morrow (HarperCollins); 2) Penguin Press (PPG/PRH); 3) Crown (RH/PRH); 4) Twelve (Hachette); and 5) Simon & Schuster house bid. ▮ 00435 at -436; *see* BPRH-000331358 at -359–360. After placing a bid in Round 2, Penguin Press did not continue bidding in subsequent rounds. BPRH-LIT-010201747 at -747; *see* BPRH-LIT-010201749 at -749; BPRH-000331358 at -359–360.

[27] BPRH-000331358 at -358. The order of bids in Round 3 was as follows: 1) William Morrow (HarperCollins); 2) Crown (RH/PRH); 3) Twelve (Hachette); and 4) Simon & Schuster house bid. ▮ 00435 at -436; *see* BPRH-000331358 at -359–360; VCBS-LIT-00308758 at -758 and -760.

[28] *See* BPRH-000331358 at -358; ▮ 00442 at -442.

[29] VCBS-LIT-00422484 at -484–485; *see* BPRH-LIT-010201754 at -754.

[30] VCBS-LIT-00422484 at -484; VCBS-00882640 at -640; BPRH-000331456 at -456.

Highly Confidential Subject to Protective Order

DOJ-LIT-000000962