

**Winning Publisher (Imprint):** Penguin Random House (Doubleday)[1]

**Advance:** $1,100,000[2]

**Date:** June 2021

| Publisher (Imprint) | Preempt | Best Bids | Opportunity to Improve (Final Offer) | |
|---|---|---|---|---|
| Penguin Random House KDD (Doubleday) | | $900,000[3] | $1,100,000[4] | Bonuses: $200,000[5] |
| Penguin Random House PPG (Avery) | | $750,000[6] | | |
| Simon & Schuster (Atria) | $750,000[7] | $1,000,000 (W)[8] | ≥$1,000,000[9] | |
| Hachette (Grand Central) | | $750,000[10] | | |
| Number of Bids | >1 Bid[11] | UNK | 2 Bids[12] | |

Key: UNK = Unknown; W = World;
Unless specified, bid values are for North American rights.

---

[1] BPRH-LIT-004671877 at -878. This title is also referred to as ██████████ *Id.*
[2] BPRH-LIT-004671877 at -878; BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 34,108.
[3] BPRH-LIT-004521882 at -882–883; BPRH-LIT-003552740 at -740.
[4] BPRH-LIT-000330731 at -731; BPRH-LIT-004521882 at -882–883.
[5] BPRH-LIT-004671877 at -878; BPRH-LIT-004521882 at -882–883.
[6] BPRH-LIT-001512371 at -372; BPRH-LIT-001512371 at -371; BPRH-LIT-000065633 at -633.
[7] VCBS-LIT-00384307 at -308–307; VCBS-LIT-00396055 at -055.
[8] VCBS-LIT-00391469 at -469; VCBS-LIT-00396055 at -055.
[9] *See* VCBS-LIT-00041494 at -494; *see also* VCBS-LIT-00391469 at -469; BPRH-LIT-000330731 at -731.
[10] HBG-LIT-000001061 at Tab "GCP" Row 124.
[11] BPRH-LIT-004521882 at -883–885. BPRH-LIT-001512371 at -371–372.
[12] BPRH-LIT-004521882 at -882–883; BPRH-LIT-001817480 at -480.

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0951-B**

DOJ-LIT-000000963