[redacted]

**Winning Publisher (Imprint):** Simon & Schuster (Scribner)[1]

**Advance:** $375,000[2]

**Date:** July – August 2018

| ***Publisher (Imprint)*** | **Round 1** | **Round 2 (Final Offer)** |
|---|---|---|
| *Penguin Random House PPG (Portfolio)* | $350,000[3] | $400,000[4] |
| *Simon & Schuster (Scribner)* | ~$300,000[5] | $375,000[6] |
| ***Number of Bids*** | 2 Bids[7] | 2 Bids[8] |

[1] VCBS-00167792 at -792; VCBS-00143896 at -899.
[2] VCBS-00143896 at -899. [redacted] did not accept the final two advance payments of $94,000 and $93,000 from Simon & Schuster; therefore, [redacted] received $188,000 in advance for [redacted] VCBS-00520864 at -864–865; VCBS-00026882 at -882; VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 690.
[3] BPRH-LIT-001379468 at -470.
[4] BPRH-004982244 at Tab "Proposal Archive" Row 8,184; VCBS-00167792 at -792.
[5] *See* BPRH-LIT-001379468 at -470.
[6] VCBS-00167792 at -792. *But see* BPRH-LIT-001379468 at -469 ("[redacted] decided to go with Rick Horgan at Scribner. [redacted] says they offered the same advance…").
[7] BPRH-LIT-001379468 at -470.
[8] BPRH-LIT-001379468 at -469.

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0952-B**