

**Winning Publisher (Imprint):** Penguin Random House (Avery)[1]

**Advance:** $575,000[2]

**Date:** October 2020

| Publisher (Imprint) | Best Bids | Final Offer Details |
|---|---|---|
| Penguin Random House PPG (Avery) | $575,000[3] | Territory: US, Canada, Open Market[4] |
| Simon & Schuster (Atria) | $500,000[5] | Territory: US, Canada, Open Market[6] |
| Hachette (Little, Brown Spark) | $125,000[7] | Territory: North America[8] |
| | $200,000[9] | Territory: World[10] |
| Number of Bids | 3 Bids[11] | |

---

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 31,531; BPRH-001787379 at -379; VCBS-01956664 at -664.

[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 31,531; BPRH-001787379 at -379; VCBS-01956664 at -664.

[3] BPRH-001787379 at -379; VCBS-01956664 at -664.

[4] *See* BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 31,531; BPRH-003140286 at Tab "Oct 18 – Oct 24" Row 16.

[5] VCBS-01956664 at -664; BPRH-001787379 at -379.

[6] VCBS-01956664 at -664; *see* VCBS-02130872 at -872–873.

[7] HBG30584-000011878 at -878; VCBS-01956664 at -664.

[8] HBG30584-000011878 at -878; VCBS-01956664 at -664.

[9] HBG30584-000011878 at -878. *But see* VCBS-01956664 at -664 ("LB Spark offered 125k for NA or 250k for world…").

[10] HBG30584-000011878 at -878. *But see* VCBS-01956664 at -664 ("LB Spark offered 125k for NA or 250k for world…").

[11] VCBS-01956664 at -664.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0953-B

DOJ-LIT-000000965