**Winning Publisher (Imprint):** Penguin Random House (Doubleday)[1]

**Advance:** $1,050,000[2]

**Date:** June 2018

| Publisher (Imprint) | Preempt | Round 1 | Round 2 | Round 3 | Best Bids (Final Offer) | |
|---|---|---|---|---|---|---|
| Penguin Random House KDD (House Bid) | | $750,000[3] | $885,000[4] | | $1,050,000[5] | Territory: NA and OM[6] |
| Penguin Random House PPG (House Bid) | | $200,000[7] | $850,000[8] | | $1,050,000[9] | Territory: NA and OM[10] |
| Penguin Random House Crown (Crown) | $700,000[11] | $200,000[12] | $800,000[13] | $890,000[14] | $1,050,000[15] | Territory: NA and OM; Misc.: Budget for factchecker[16] |
| Penguin Random House RH (RH) | | $150,000[17] | $675,000[18] | | | |
| Simon & Schuster (S&S) | | $210,000[19] | $860,000[20] | | $1,050,000[21] | Territory: NA; Payout: Frontloaded[22] |
| Macmillan (Holt/Metropolitan) | | $150,000[23] | $775,000[24] | | | |
| Hachette (Little, Brown) | | $150,000[25] | | | | |
| HMH | | $100,000[26] | | | | |
| Norton | $500,000[27] | | | | | |
| **Number of Bids** | | 8 to 9 Bids[28] | 5 Adv. (6 Bids Total)[29] | 1 Bid (Partial Round)[30] | 4 Bids[31] | |

*Key: NA = North America; OM = Open Market; Adv. = Advancing*

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0954-B

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 23,105; ███0008316 at -316.

[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 23,105; BPRH-LIT-001154869 at 869; BPRH-LIT-001197409 at -409.

[3] BPRH-LIT-001842272 at -272–273. In Round 1, KDD submitted a house bid on behalf of the following imprints: Knopf and Doubleday. BPRH-LIT-001197409 at -409.

[4] BPRH-LIT-001842272 at -272. In Round 2, KDD submitted a house bid on behalf of the following imprints: Knopf and Doubleday. *See* ███0008320 at -320–321; BPRH-LIT-001197409 at -409.

[5] BPRH-LIT-001197409 at -409; BPRH-LIT-001154869 at -869. In the Best Bids Round, Knopf- Doubleday (KDD) submitted a house bid on behalf of the following imprints: Knopf and Doubleday. BPRH-LIT-001197409 at -409.

[6] BPRH-LIT-001197409 at -409.

[7] ███-0009308 at -309–310. In Round 1, Penguin Publishing Group (PPG) submitted a house bid on behalf of the following imprints: Dutton, Penguin Press, Riverhead, and Viking. *Id.*

[8] ███-0009308 at -308–309. In Round 2, PPG submitted a house bid on behalf of the following imprints: Dutton, Penguin Press, and Viking; Riverhead did not join. *Id.*

[9] ███-0009308 at -308–309. In the Best Bids Round, PPG submitted a house bid on behalf of the following imprints: Penguin Press and Viking; Dutton did not join. *Id.* at -308.

[10] ███-0009308 at -308–309.

[11] BPRH-LIT-010205851 at -851.

[12] ███-0008343 at -345.

[13] BPRH-LIT-000452619 at -619; BPRH-LIT-000308987 at -987.

[14] ███0008343 at -344–345; BPRH-LIT-000452619 at -619.

[15] ███-0008343 at -343.

[16] ███-0008343 at -343–345.

[17] ███-0009015 at -015.

[18] *See* BPRH-LIT-010205867 at -867; BPRH-LIT-001842272 at -272. Random House's (RH) final bid of $675,000 likely included a bonus of $100,000. *See* BPRH-LIT-010205867 at -867.

[19] ███-0008336 at -336.

[20] ███-0009414 at -416.

[21] ███-0009414 at -414–415; ███0008336 at -336.

[22] ███-0009414 at -414–415; ███0008336 at -336.

[23] ███-0008280 at -280. In Round 1, Macmillan submitted a bid on behalf of Holt and Metropolitan. *Id.*

[24] ███-0008280 at -280. In Round 2, Macmillan submitted a bid on behalf of Holt and Metropolitan. *Id.*

[25] ███-0009780 at -780.

[26] ███-0010328 at -328; ███0008316 at -318.

[27] ███-0008293 at 296; ███-0010630 at -630.

[28] BPRH-LIT-001842272 at -272–273; ███-0009308 at -309–310; ███0008343 at -345; ███0009015 at -015; ███0008336 at -336; ███0008280 at -280; ███0009780 at -780; ███0010328 at -328; ███0008293 at -296; *see* ███0008293 at -293– 297 (noting auction notices were sent to editors at the following imprints: Dutton (PRH/PPG); Riverhead (PRH/PPG); Viking (PRH/PPG); Penguin (PRH/PPG); Crown (PRH/Crown); Random House (PRH/RH); Knopf (PRH/KDD); Doubleday (PRH/KDD); Holt (Macmillan); Little, Brown (Hachette); Simon & Schuster (S&S); HMH; and Norton).

[29] Before RH dropped out at the end of Round 2, there were six bidders. *See* BPRH-LIT-001842272 at -272; BPRH-LIT-010205867 at -867.

[30] Agent called for best bids after one bid was submitted in the third round. *See* ███0008320 at -320– 321; BPRH-LIT-001197358 at -358.

[31] ███-0008316 at -316; BPRH-LIT-001154869 at -869; ███-0009414 at -414–415.

Highly Confidential Subject to Protective Order

DOJ-LIT-000000967