███████████████████████████████

**Winning Publisher (Imprint):** Penguin Random House (Random House)[1]

**Advance:** $1,500,000[2]

**Date:** June 2019

| Publisher (Imprint) | Initial Offer | Opportunity to Improve (Final Offer) | |
|---|---|---|---|
| Penguin Random House RH (Random House) | $800,000 (W)[3] | $1,500,000[4] | Territory: W; Bonuses: $500,000[5] |
| Penguin Random House RH (Crown) | $750,000 (NA)[6] | $800,000[7] | Territory: NA[8] |
| Simon & Schuster (S&S) | $625,000 (W)[9] | $1,500,000[10] | Territory: W; Misc.: Cost of Collaborator[11] |
| **Number of Bids** | 3 Bids[12] | 3 Bids[13] | |

Key: NA = North America, W = World

---

[1] ███-009797 at -797–824; BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 26,936. ███████ was untitled at the time it was sold to Penguin Random House. ███-009797 at -798.
[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 26,936; see ███-009797 at -798–799.
[3] ███-009796 at Tab "Sheet1."
[4] BPRH-000345663 at -663; BPRH-LIT-000858615 at -615; ███ 009796 at Tab "Sheet1."
[5] BPRH-000345663 at -663; BPRH-LIT-000858615 at -615; ███ 009796 at Tab "Sheet1."
[6] ███-009796 at Tab "Sheet1."
[7] BPRH-LIT-010194555 at -555; ███-009796 at Tab "Sheet1."
[8] BPRH-LIT-010194555 at -555; ███-009796 at Tab "Sheet1."
[9] ███-009827 at -827; ███-009796 at Tab "Sheet1."
[10] VCBS-01941508 at -508–509; ███ 009796 at Tab "Sheet1."
[11] VCBS-01941508 at -508–509; ███ 009796 at Tab "Sheet1."
[12] VCBS-03110759 at -759; ███-009796 at Tab "Sheet1."
[13] See ███-009796 at Tab "Sheet1"; VCBS-03110759 at -759; BPRH-LIT-000858615 at -615.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP

**PX 0955-B**

DOJ-LIT-000000968