████████████████████████

**Winning Publisher (Imprint):** Penguin Random House (Avery)[1]

**Advance:** $190,000[2]

**Date:** March 2019

| Publisher (Imprint) | Round 1 | Round 2 | Round 3 (Final Offer) | |
|---|---|---|---|---|
| *Penguin Random House PPG (Avery)* | $140,000[3] | $165,000[4] | $190,000[5] | Payout: Frontloaded[6] |
| *Simon & Schuster (Gallery)* | $75,000[7] | $150,000[8] | $175,000[9] | Bonus: $25,000[10] |
| *Hachette (Basic Books)* | $40,000[11] | | | |
| *Number of Bids* | 3 Bids[12] | 2 Bids[13] | 2 Bids[14] | |

---

[1] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 25,850; ████-00021352 at -352.
[2] BPRH-LIT-006488175 at Tab "26.i.i. - Exhibit 38.1" Row 25,850; ████-00021352 at -352.
[3] ███████0010381 at -381.
[4] ██████-00021352 at -353–354.
[5] ████-00021352 at -353.
[6] ████-00021352 at -352–353.
[7] ███████0010402 at -402.
[8] ███████0010402 at -402.
[9] ███████0010537 at -537; ████-00021352 at -352–353.
[10] ███████0010537 at -537; ████-00021352 at -353.
[11] ███████0010591 at -591.
[12] ███████0010402 at -402.
[13] *See* ████-00021352 at -353–354.
[14] *See* ████-00021352 at -352–354.

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0956-B**