

**Winning Publisher (Imprint):** Simon & Schuster (Free Press)[1]

**Advance:** $325,000[2]

**Date:** January 2018

| Publisher (Imprint) | Jan. 24 | Jan. 25 | Jan. 26 (Final Offer) | |
|---|---|---|---|---|
| Penguin Random House RH (Random House) | $200,000[3] | $225,000[4] | $300,000[5] | |
| Simon & Schuster (Free Press) | | >$225,000[6] | $325,000[7] | Bonus: $25,000[8] |

---

[1] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 70; VCBS-00167690 at -690; ▇-132974 at -974 and -977.
[2] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 70; VCBS-00167690 at -690; ▇-132974 at -974 and -977.
[3] BPRH-LIT-001475326 at -326–327.
[4] BPRH-LIT-000828675 at -675.
[5] BPRH-LIT-000828813 at -813.
[6] *See* BPRH-LIT-000828813 at -813.
[7] VCBS-00167690 at -690; ▇-000480 at -480; ▇-132974 at -974 and -977.
[8] VCBS-00167690 at -690; ▇-000480 at -480; ▇-132974 at -974 and -977.

Highly Confidential Subject to Protective Order

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0957-B

DOJ-LIT-000000970