███████████████

**Winning Publisher (Imprint):** Simon & Schuster (S&S)[1]

**Advance:** $8,050,000[2]

**Dates:** January and November 2019

| Publisher (Imprint) | Jan. 20 | Jan. 23 | Nov. 1 | Nov. 5 (PRH Final Offer) | Nov. 7 (S&S Final Offer) | Final Offer Details |
|---|---|---|---|---|---|---|
| Penguin Random House RH (Crown) | | | $7,000,000[3] | $7,500,000[4] | | Territory: World; Bonuses: $2,500,000[5] |
| Simon & Schuster (S&S) | $5,000,000[6] | $6,000,000[7] | | | $8,000,000[8] | Territory: World English; Payout: Eighths; Payment: $10,000 for author narration[9] |

---

[1] VCBS-03138211 at -211; VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 2,439; VCBS-LIT-01629427 at Tab "S&S Title List" Rows 11,612–11,616.

[2] VCBS-LIT-01629427 at Tab "S&S Title List - Advance" Row 2,439; VCBS-LIT-01629427 at Tab "S&S Title List" Rows 11,612–11,616. Advance includes untitled memoir (book #1) and untitled children's picture adaptation of book #1 (book #2). See VCBS-03138211 at -211. The Simon & Schuster children's division paid $50,000 for the picture book adaptation. VCBS-00624265 at -265.

[3] BPRH-002995874 at -874.

[4] BPRH-000332723 at -723; BPRH-002995874 at -874.

[5] BPRH-002995874 at -874; BPRH-000332723 at -723.

[6] VCBS-01967212 at -212 and -215.

[7] VCBS-01967212 at -212 and -214.

[8] VCBS-03088537 at -537.

[9] VCBS-03088537 at -537–538.

Highly Confidential Subject to Protective Order

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0958-B**

DOJ-LIT-000000971