

US v. Bertelsmann
1:21-cv-0866-FYP
PX 0960