

US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0968**

## Amazon ATS share over time, 2019 - 2021



Source: Snyder Advance Data

t.Amazon share

**2 of 2**

DOJ-LIT-000000926