US v. Bertelsmann
1:21-cv-0866-FYP
**PX 0983**

| | |
|---|---|
| Date: | Friday, April 26 2019 12:32 PM |
| Subject: | MEETING RECAP - 4/25 BVG/PRH Fall planning update |
| From: | Malone-Barber, Sue |
| To: | Weiss, Mitch, Coral Graphics  ; Sawyer, Chris, BVG  ; Dohle, Markus  ; Malaviya, Nihar  ; Bleemer, Kirk  ; DeFazio, Michael  ; Driskill, Susan |

Thanks again for the productive discussion yesterday. Here is a recap of things we talked about and next steps. Please let me know if anything is missing or understood differently…

**Dave's update:**
- New Kolbus is on the floor and training starts next week (4/29)
- Planning to buy 2 new jkt machines from UK and Spain. May take 4-6 weeks (Dave is uncertain of timing as of now)
- 2 trimmers arriving within 2-3 weeks
- Crewing: Have had some successes (Increased supervision) but still not where Dave wants to be and they continue recruitment efforts. As of now, OT will still be required
- High confidence in improved binding function and capacity which (at times) is now outpacing what the press room can deliver
- Press room needs work. Presses are old and Dave is looking to order new ones (for next year) as well as looking at supervision.
- Identifying and replacing/improving all the weakest links throughout the print/bind process
- They are seeing a ▮ unit increase in output YTD – HC and SC
- Dave is generally confident in the Fall outlook. He cautioned he doesn't expect perfection and there will be issues (usual mfg issues coupled with old equipment)
- They are striving to give ▮ weekly HC units to PRH, with a goal of ▮ total HC units in Fall
- Dave indicated they are backing off 3rd party work this fall

**PRH concerns:**
- PRH is currently seeing an average output of ▮ HC units a day (▮/week), with a great deal of volatility. We continue to need to move del dates and split runs
- Adding the additional Kolbus HC units of ▮ a week to the current average output of ▮/week, only gets us to ▮ units/week
- Kirk highlighted that in order to hit ▮ HC units, BVG would need to increase their output by ~▮, which seems aggressive
- In light of the ongoing volatility we are experiencing, the pressure of getting all the improvements and crew in place in the next 2 months, and the Kolbus only getting us to ▮ units, PRH is nervous about BVG's ability to consistently hit ▮ units/week in the fall
- PRH asked if ▮ HC units is guaranteed and/or can BVG give us a HC unit guarantee?
- PRH is willing to give a performance-based financial incentive, calibrated to a mutually agreed upon unit guarantee

**Markus reiterated the importance of, and strategic advantage of, acting like vertically integrated company:**
- We have a combined ▮ profit to defend (▮) and we must consider the ▮ lever: Every $1.00 for BVG is ▮ for PRH (BVG loses $1.00, we lose ▮)
- We are the only publisher with a printer in the family and that is a huge competitive advantage in attracting authors (our ability to get books and supply the market better than anyone else)
- Critically important for BVG and PRH to focus on improvement now, and ensure we've taken every pragmatic step we can take before entering the fall season - even if it means incurring costs (For example, PRH is buying more paper, holding more inventory, etc.).
- He encouraged Dave not to run too tightly and invest in incentives for weekends
- PRH is willing to help with financial incentives to increase our capacity and make it financially attractive to print PRH's allocated units, even if overall capacity goes down

**NEXT STEPS:**
- **Dave and Mitch to think about what the guaranteed HC unit number is. Our next regularly scheduled meeting is Monday, 5/6. We can discuss at that meeting if that works. Kirk will follow up.**
- **We will have a final Fall check-in with Markus around 6/20 (prior to 6/23). Sue will work on getting that scheduled**