| | |
|---|---|
| **Date:** | Tuesday, April 7 2020 09:20 AM |
| **Subject:** | CPG- 12345 Categories 04-03-12.doc |
| **From:** | Mavjee, Maya ███████████████████████ |
| **To:** | McIntosh, Madeline ███████████████████ |
| **Attachments:** | CPG- 12345 Categories 04-03-12.doc |

Hi there.  I know this is out of date.  But it was useful as a guideline. Once everyone, including editors, understood the parameters for each category it made the author care conversation more manageable.  This was more to get us all on the same page   M

US v. Bertelsmann
1:21-cv-02866-FYP
**PX 0986**

                                   BPRH-003692361

FOR INTERNAL USE BY THE CROWN PUBLISHING GROUP ONLY

# CATEGORY 1:  Lead Titles
## Sales goal of 75,000 units or higher and/or Advance over $500,000

Beginning at acquisition:
- Creation of consumer identity profile to guide marketing efforts for pre-pub, publication, and post-publication efforts
- Conceptualize visual narrative for the book
- Provide author with access to RH Author Portal and Crown Author Questionnaire to help establish and refine author's online and offline platform designed to maximize book sales, followed up with ongoing conversations with Crown team
- Identify and pitch as appropriate key conferences/trade shows where author may have a presence (FYE, BEA, SXSW, TED, etc)

Engaging accounts (6-9 months prior to publication):
- Title included in Crown Publishing Group online and print (where appropriate) catalogs
- Dedicated publicist assigned to work with the author
- SEO-optimized book-specific terms selected for use throughout the life of the book in online and print marketing campaign, flap copy, etc
- Extensive solicitation material as appropriate to the individual title
- Galleys or color advance reading copy creation where appropriate
- Focused collaboration with and support of author's platform partners
- Creation of point of purchase display materials
- Cover image, author photo, author links, blurbs, press quotes, reading group guides, teacher's guides, excerpts, TOC, flap copy, ebook copy, author biography, awards (if applicable) posted on www.RandomHouse.com, www.CrownPublishing.com, and edelweiss.abovethetreeline.com.
- All content above is sent weekly to our online retailers
- Pitch appropriate key conferences/trade shows/book festivals where author may have a presence

Engaging consumers (3-6 months prior to publication):
- Search-optimized press release developed in consultation with author for use with media
- Targeted, category specific galley mailing to appropriate long lead media, including publishing trades
- Leverage author's media contacts via galley mailing
- Long-lead media luncheons and desk-side meetings in New York, as appropriate
- Outreach and galley or finished copy mailings to category- or topic- appropriate special interest groups, including retailers, professional organizations, bloggers and bookgroups
- Identify and pitch publications for first and second serial excerpts
- Bookseller dinners in target regional markets to be set up where appropriate
- Creation or updating of author's website to maximize book's presence
- Ongoing support of author's online platform and social media development, including search engine optimization for author's site
- Creation of title-specific digital assets to bolster author web presence and online account detail pages
- Social network and targeted search advertising and promotion as appropriate
- Excerpts posted on scribd.com
- Press release and associated assets posted on Crown website and social media platforms as appropriate
- Continued book festival pitching as appropriate

Marketplace roll-out:
- Multi-city author tour where appropriate; up to 15 markets
- Television and/or Radio Satellite Tour (s)where appropriate
- Consumer book advertising in appropriate venues including print, online, electronic, outdoor and/or transit

CONFIDENTIAL                                                                                BPRH-003692362

FOR INTERNAL USE BY THE CROWN PUBLISHING GROUP ONLY

- Social network and targeted search advertising and promotion as appropriate
- Publisher-sponsored promotion at appropriate retail venues
- Targeted, category-specific finished book mailing to appropriate media nationwide, including print and online reviewers and bloggers as well as appropriate TV and radio outlets
- Extensive national and regional media follow-up
- Leverage author's media contacts via finished book mailing
- Interviews actively solicited in author's home and tour markets, with publicist to arrange all tour market travel via Random House Travel
- Blogger tour or Twitter "party" arranged either internally or with outside vendor as appropriate
- Tie-in with author lecture schedule and facilitate book sales for those events as necessary
- Submit work for various national book awards as appropriate
- Submit book for appropriate national TV, print and online Holiday gift book round-ups
- Academic marketing outreach to category- or topic-appropriate teachers and professors
- Book focus on CPG-owned media verticals and RH Inc corporate platforms, as appropriate
- Featured in RH Inc and Crown Publishing Group e-newsletters (such as WhatsNew@RandomHouse, Read It Forward, The Recipe Club, Crafternews, Books for Better Living, as appropriate)
- eBook version promoted in all PR, advertising, promotion and social media outreach
- Book specific "widget" created, for embedding on partner websites
- Any author events listed on websites
- Author event materials as needed
- Reading group guide created and posted online where appropriate

Driving sales (ongoing post-publication efforts):
- Ongoing analysis – what's working?
- Ongoing promotion at appropriate retail venues
- Ongoing consumer book advertising in appropriate venues on an ROI basis
- Tie-in with author lecture schedule and facilitate book sales for those events as necessary
- Submit work for various national book awards as appropriate
- Submit book for appropriate national TV, print and online Holiday gift book round-ups
- Publicist to target ongoing media interviews opportunistically and to coordinate ongoing media requests

2                                                                                    12/4/2012

CONFIDENTIAL                                                                    BPRH-003692363

FOR INTERNAL USE BY THE CROWN PUBLISHING GROUP ONLY

## CATEGORY 2:  Opportunity titles
## Sales Goal of 25,000 — 75,000 units and/or Advance of $150,000 - $500,000

Beginning at acquisition:
- Creation of consumer identity profile to guide marketing efforts for pre-pub, publication, and post-publication efforts
- Conceptualize visual narrative for the book
- Provide author with access to RH Author Portal and Crown Author Questionnaire to help establish and refine author's online and offline platform designed to maximize book sales, followed up with ongoing conversations with Crown team
- Identify and pitch as appropriate key conferences/trade shows where author may have a presence (FYE, BEA, SXSW, TED, etc)

Engaging accounts (6-9 months prior to publication):
- Title included in Crown Publishing Group online and print (where appropriate) catalogs
- Dedicated publicist assigned to work with the author
- SEO-optimized book-specific terms selected for use throughout the life of the book in online and print marketing campaign, flap copy, etc
- Solicitation material as appropriate to the individual title
- Galleys where appropriate
- Focused collaboration with and support of author's platform partners
- Creation of point of purchase display materials as appropriate
- Cover image, author photo, author links, blurbs, press quotes, reading group guides, teacher's guides, excerpts, TOC, flap copy, ebook copy, author biography, awards (if applicable) on www.RandomHouse.com, www.CrownPublishing.com, and edelweiss.abovethetreeline.com.
- All content above is sent weekly to our online retailers

Engaging consumers (3-6 months prior to publication):
- Search-optimized press release developed in consultation with author for use with media
- Targeted, category specific galley mailing to appropriate long lead media, including publishing trades
- Leverage author's media contacts via galley mailing
- Long-lead media luncheons and desk-side meetings in New York, as appropriate
- Outreach and galley or finished copy mailings to category- or topic- appropriate special interest groups, including retailers, professional organizations, bloggers and book groups
- Identify and pitch publications for first and second serial excerpts
- Updating of author's website to maximize book's presence
- Ongoing support of author's online platform and social media development, including search engine optimization for author's site
- Creation of title-specific digital assets to bolster author web presence and online account detail pages
- Social network and targeted search advertising and promotion as appropriate
- Excerpts posted on scribd.com
- Press release and associated assets posted on Crown website and social media platforms as appropriate

CONFIDENTIAL                                                                                BPRH-003692364

FOR INTERNAL USE BY THE CROWN PUBLISHING GROUP ONLY

Marketplace roll-out:
- Multi-city national author tour where appropriate; up to 5 markets
- Radio Satellite Tour where appropriate
- Consumer book advertising in appropriate venues, potentially including print and online
- Social network and targeted search advertising and promotion as appropriate
- Publisher-sponsored promotion at appropriate retail venues
- Targeted, category specific finished book mailing to appropriate media, including print and online reviewers, bloggers as well as appropriate TV and radio outlets
- Extensive national and regional media follow-up
- Leverage author's media contacts via finished book mailing
- Bookseller dinners in target regional markets to be set up where appropriate
- Interviews actively solicited in author's home and tour markets, with publicist to arrange all tour market travel via Random House Travel
- Any interview requests generated by mailing that are local to the author or can be set up by phone or via satellite will be scheduled
- Blogger tour or Twitter "party" arranged  either internally or with outside vendor as appropriate
- Tie-in with author lecture schedule and facilitate book sales for those events as necessary
- Book festival pitching as appropriate
- Submit work for various national book awards as appropriate
- Submit book for appropriate National TV, print and online Holiday gift book round-ups
- Academic marketing outreach to category- or topic-appropriate teachers and professors
- Book focus on CPG-owned media verticals and RH Inc corporate platforms, as appropriate
- Featured in RH Inc and Crown Publishing Group e-newsletters (such as WhatsNew@RandomHouse, Read It Forward, The Recipe Club, Crafternews, Books for Better Living, as appropriate)
- eBook version promoted in all PR, advertising, promotion and social media outreach
- Book specific "widget" created, for embedding on partner websites
- Any author events listed on websites
- Author event materials as needed
- Reading group guide created and posted online where appropriate

Driving sales (ongoing post-publication efforts):
- Ongoing analysis – what's working?
- Ongoing promotion at appropriate retail venues
- Ongoing consumer book advertising in appropriate venues on an ROI basis

12/4/2012

CONFIDENTIAL

BPRH-003692365

FOR INTERNAL USE BY THE CROWN PUBLISHING GROUP ONLY

# CATEGORY 3
# Sales Goal of 10,000 — 25,000 units and/or Advance of $50,000 — $150,000

Beginning at acquisition:
- Creation of consumer identity profile to guide marketing efforts for pre-pub, publication, and post-publication efforts
- Conceptualize visual narrative for the book
- Provide author with access to RH Author Portal and Crown Author Questionnaire to help establish and refine author's online and offline platform designed to maximize book sales, followed up with ongoing conversations with Crown team
- Identify and pitch as appropriate key conferences/trade shows where author may have a presence (FYE, BEA, SXSW, TED, etc)

Engaging accounts (6-9 months prior to publication):
- Title included in Crown Publishing Group online and print (where appropriate) catalogs
- Dedicated publicity contact assigned to handle any publicity queries.
- SEO-optimized book-specific terms selected for use throughout the life of the book in online and print marketing campaign, flap copy, etc
- Solicitation material as appropriate to the individual title
- Galley creation where appropriate
- Cover image, author photo, author links, blurbs, press quotes, reading group guides, teacher's guides, excerpts, TOC, flap copy, ebook copy, author biography, awards (if applicable) on www.RandomHouse.com, www.CrownPublishing.com, and edelweiss.abovethetreeline.com.
- All content above is sent weekly to our online retailers

Engaging consumers (3-6 months prior to publication):
- Search-optimized press release developed in consultation with author for use with media
- Targeted, category specific galley mailing to appropriate long lead media, including publishing trades
- Outreach and galley or finished copy mailings to category- or topic- appropriate special interest groups, including retailers, professional organizations, bloggers and book groups
- Identify and pitch publications for first and second serial excerpts
- Ongoing support of author's online platform and social media development, including help with search engine optimization for author's site
- Creation of title-specific digital assets to bolster author web presence and online account detail pages
- Social network promotion as appropriate
- Press release and associated assets posted on Crown website and social media platforms as appropriate

Marketplace roll-out:
- Targeted, category specific finished book mailing to appropriate media nationwide, including print and online reviewers, bloggers as well as appropriate TV and radio outlets
- Extensive national and regional media follow-up
- Regional author tour, as appropriate (up to 4 markets)
- Publicist to schedule media interviews with author in their home market, by phone, and via satellite as appropriate
- Local market author events and media to be set up where appropriate
- Social network promotion as appropriate
- Maximize media coverage through Crown's social media platforms
- Submit book for appropriate national TV, print and online Holiday gift book round-ups
- Academic marketing outreach to category- or topic-appropriate teachers and professors
- Book focus on CPG-owned media verticals and RH Inc corporate platforms, as appropriate

12/4/2012

CONFIDENTIAL    BPRH-003692366

FOR INTERNAL USE BY THE CROWN PUBLISHING GROUP ONLY

- Featured in RH Inc and Crown Publishing Group e-newsletters (such as WhatsNew@RandomHouse, Read It Forward, The Recipe Club, Crafternews, Books for Better Living, as appropriate)
- eBook version promoted in all promotion and social media outreach
- Book specific "widget" created, for embedding on partner websites
- Any author events listed on websites
- Author event materials as needed
- Reading group guide created and posted online where appropriate
- Press release and associated assets posted on Crown website and social media platforms as appropriate

Driving sales (ongoing post-publication efforts):
- Ongoing analysis – what's working?

12/4/2012

CONFIDENTIAL

BPRH-003692367