| **Date:** | Friday, September 24 2021 03:27 PM |
| --- | --- |
| **Subject:** | Post Pub P&Ls - 2019/2020 pubs |
| **From:** | Mccormick, Tina ███████████████████ |
| **To:** | Held, Ivan ███████████████; Kim, Sally ████████████████ Lee, Benjamin ██████████████████████ McClay, Ashley ██████ |
| **CC:** | Ichniowski, Elizabeth █████████████         Nachtome Levine, Stacie ████████████ Ziga, Katharine ██████████████; |
| **Attachments:** | Putnam 2019 Title Profitability.xlsx; Putnam 2020 Title Profitability.xlsx |

Hi all –

I have attached the post pub P&Ls for your 2019 and 2020 pub lists.  We usually meet to review these over the summer, however this year we decided to send the files out to you so that you can review at your leisure.  Feel free to reach out to myself and the team with any questions.  We can also set up a meeting to review this via webex/teams if you like.

Since you will either be reviewing these on screen, or printing them out yourselves, I sent you the excel files rather than PDFs. I believe they are easier to view on screen in excel (the grid lines make it easier to track across the screen) and there are always problems trying to print PDFs on legal size paper.  If you print the 2nd tab on letter size paper, the font will be so small, you won't be able to read it.

These files follow the same format that we have been using over the past several years.
- The 1st tab summarizes Key Performance Indicators (Net Sales, Advance, % unearned and Contribution Profit) by subject category, Advance level and Key author.
- The 2nd tab provides a full P&L for each title (all formats) and is sorted high to low by Contribution Profit (ie. Profit before fixed overhead)
- The 3rd tab provides a more detailed breakdown of the sales (by format)

The data pulled is through May 2021.
The files are set up as "read only", so if you accidentally overwrite a cell, you won't be able to save it.  If this happens, just close the file and reopen, and you should be all set.

If you have any questions or would like to schedule a meeting to review, please reach out.

Thanks
Tina

**US v. Bertelsmann**

**1:21-cv-02866-FYP**

**PX 0989**

HIGHLY CONFIDENTIAL

BPRH-LIT-002989691







**Title Detail [2019 PUBs]**                                            **4 of 6**                                            BPRH-LIT-002989692







