

Hill Reply Report, Figure 39.