# Significant Variability in Annual Author Contracts



2010    2011    2012    2013    2014    2015    2016    2017    2018    2019    2020    2021



# Significant Variability in Annual Author Contracts

|          | 2010   | 2011   | 2012   | 2013 | 2014   | 2015 | 2016  | 2017  | 2018   | 2019 | 2020 | 2021  |
|----------|--------|--------|--------|------|--------|------|-------|-------|--------|------|------|-------|
| Author A | $40.3M | $8.5M  | $35.5M |      |        | $49M |       | $48M  |        | $60M | $6M  | $45M  |
| Author B | $27M   | $18.8M | $14.5M | $15M | $19.2M |      |       |       |        |      |      |       |
| Author C |        |        | $17.3M |      |        |      |       |       | $18.8M |      |      | $5.8M |
| Author D |        |        |        |      |        |      |       |       |        |      |      | $52M  |
| Author E |        |        |        |      |        |      |       | $65M  |        | $35M |      | $8M   |
| Author F |        |        | $12.5M |      |        |      |       | $11.5M|        |      |      |       |
| Author G |        |        |        |      |        |      | $9.5M |       |        |      |      |       |

Extracted from BPRH-LIT-006488175