DEFENDANTS'
DEMONSTRATIVE
20

### Dr. Hill's Revised Reply Report Figure 1 (2019-2021)



**Source**: Prof. Snyder Advance Data