**Message**

**From:** Reidy, Carolyn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C433DCE50AC94802AAE488127181AB5C-REIDY, CARO]
**Sent:** 6/18/2019 11:49:10 PM
**To:** Karp, Jonathan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02de0354f13444d7bcb58cd0f8031c04-Karp, Jonat]
**Subject:** Re: [REDACTED]

Never easy when your competition has just published a book like [REDACTED] But if Karyn is in the running against that, that is a pretty good sign. Do we have any idea if the money is similar?

Sent from my iPad

On Jun 18, 2019, at 9:32 PM, Karp, Jonathan <[REDACTED]> wrote:

The author is deciding between Hillary Redmon at Random House and Karyn Marcus at Gallery. I just wrote a letter to the author to help tilt the balance, but this is not going to be easy to win.

---

**From:** Karp, Jonathan
**Sent:** Tuesday, June 18, 2019 8:58 PM
**To:** Bergstrom, Jennifer
**Cc:** Marcus, Karyn; Bell, Aimee
**Subject:** Re: You are probably exhausted...

OK. I'll copy you all.

---

**From:** Bergstrom, Jennifer
**Sent:** Tuesday, June 18, 2019 7:18 PM
**To:** Karp, Jonathan
**Cc:** Marcus, Karyn; Bell, Aimee
**Subject:** FW: You are probably exhausted...

Jon, we need your help. Any chance you might be up for writing an email to [REDACTED] She is taking the night to sleep on whether to go with Gallery (and Karyn) or Random House (and Hilary Redmond, the editor of [REDACTED]

Karyn, can you forward JK the email you sent to [REDACTED]

---

**From:** Marcus, Karyn <[REDACTED]>
**Sent:** Tuesday, June 18, 2019 6:51 PM
**To:** Bergstrom, Jennifer <[REDACTED]>
**Cc:** Bell, Aimee <[REDACTED]>
**Subject:** Re: You are probably exhausted...

YES

**US v. Bertelsmann**
1:21-cv-0866-FYP
**PX 0590**

VCBS-01288493

Sent from my iPhone

On Jun 18, 2019, at 6:49 PM, Bergstrom, Jennifer <​██████████████████████████​> wrote:

Ok, what should we do to tip the scale? Get Jon Karp to write a note?

**From:** ██████████████████████████
**Sent:** Tuesday, June 18, 2019 6:48 PM
**To:** Marcus, Karyn <██████████████████████>; Bergstrom, Jennifer <██████████████████████>
**Subject:** Re: You are probably exhausted...

**External Email**

Yes and very much yes. Have been buried today but did speak to ████ and she wants to take a little time. Will be either you or Hilary Redmond.



**From:** Marcus, Karyn <██████████████████████████>
**Sent:** Tuesday, June 18, 2019 3:19:06 PM
**To:** ██████████████
**Subject:** You are probably exhausted...

--External Sender--

But I assume ████ wants to sleep on it. Is Gallery still even in the picture?

Sent from my iPhone

VCBS-01288494