UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff*,<br>v.<br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
<u>SIMON & SCHUSTER, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rules 7.1 and 26.1, Defendant Simon & Schuster, Inc. hereby supplements the prior Corporate Disclosure Statement of Defendant Simon & Schuster, Inc. of November 8, 2021 (Dkt. No. 7) as follows:

Simon & Schuster, Inc. is an indirect, wholly owned subsidiary of Paramount Global (f/k/a ViacomCBS Inc.) ("Paramount"). National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount. In addition, Paramount is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount's total common stock, i.e., Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on August 15, 2022.

Dated: September 30, 2022

Respectfully submitted,

*/s/ Stephen R. Fishbein*

Stephen R. Fishbein (appearing *pro hac vice*)
Jessica K. Delbaum (appearing *pro hac vice*)
**SHEARMAN & STERLING LLP**

1

599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
sfishbein@shearman.com
jessica.delbaum@shearman.com

Ryan Shores (D.C. Bar No. 500031)
Michael Mitchell (D.C. Bar No. 1531689)
**SHEARMAN & STERLING LLP**
401 9th Street, N.W., Suite 800
Washington, D.C. 20004
Telephone: (202) 508-8000
ryan.shores@shearman.com
michael.mitchell@shearman.com

Rachel E. Mossman (D.C. Bar No. 1016255)
**SHEARMAN & STERLING LLP**
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone: (214) 271-5777
rachel.mossman@shearman.com

*Counsel for Defendant Simon & Schuster, Inc.*