AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>BERTELSMANN SE & CO. KGAA, et al<br>*Defendant* | )<br>)<br>)  Civil Action No. 21-2886<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: Judgment shall be entered in favor of the Plaintiff and the merger shall be enjoined. Refer to ECF document 191 for further details

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  Florence Y. Pan  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   11/02/2022

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*