```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3    * * * * * * * * * * * * * * *   )
      THE UNITED STATES OF AMERICA,   )   Civil Action
 4                                    )   No. 21-02886
                        Plaintiff,    )
 5                                    )
        vs.                           )
 6                                    )
      BERTELSMANN SE & CO. KGAA,      )   Washington, D.C.
 7    et al.,                         )   August 1, 2022
                                      )   2:00 p.m.
 8                      Defendants.   )   AFTERNOON SESSION
                                      )
 9    * * * * * * * * * * * * * * *   )

10

11                   TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE FLORENCE Y. PAN,
12                  UNITED STATES DISTRICT JUDGE

13

14    APPEARANCES:

15    FOR THE PLAINTIFF:       JOHN R. READ, ESQ.
                               IHAN KIM, ESQ.
16                             MELVIN A. SCHWARZ, I, ESQ.
                               JEFFREY VERNON, ESQ.
17                             SARA LICHT, ESQ.
                               UNITED STATES DEPARTMENT OF JUSTICE
18                             ANTITRUST DIVISION
                               450 Fifth Street, Northwest
19                             Washington, D.C. 20530

20

      FOR THE DEFENDANTS       DANIEL M. PETROCELLI, ESQ.
21    BERTELSMANN and          M. RANDALL OPPENHEIMER, ESQ.
      PENGUIN RANDOM HOUSE:    MEGAN SMITH, ESQ.
22                             VISION WINTER, ESQ.
                               O'MELVENY & MYERS, LLP
23                             1999 Avenue of the Stars
                               Eighth Floor
24                             Los Angeles, California 90067

25
```

```
 1        APPEARANCES, CONT'D:

 2        FOR THE DEFENDANTS        DANIEL L. CANTOR, ESQ.
          BERTELSMANN and          ABBY RUDZIN, ESQ.
 3        PENGUIN RANDOM HOUSE:     O'MELVENY & MYERS, LLP
                                    7 Times Square
 4                                  New York, New York 10036

 5
          FOR THE DEFENDANTS        STEPHEN FISHBEIN, ESQ.
 6        VIACOMMCBS and            SHEARMAN & STERLING, LLP
          SIMON & SCHUSTER:         599 Lexington Avenue
 7                                  New York, New York 10022

 8                                  RYAN A. SHORES, ESQ.
                                    SHEARMAN & STERLING, LLP
 9                                  401 Ninth Street, Northwest
                                    Washington, D.C. 20004
10

11        REPORTED BY:             LISA EDWARDS, RDR, CRR
                                   Official Court Reporter
12                                 United States District Court for the
                                     District of Columbia
13                                 333 Constitution Avenue, Northwest
                                   Room 6706
14                                 Washington, D.C. 20001
                                   (202) 354-3269
15

16

17

18

19

20

21

22

23

24

25
```

148

```
 1                          I N D E X

 2                                   Direct    Cross    Redirect

 3

 4        WITNESSES FOR THE PLAINTIFF:

 5        Michael Pietsch            149       198       233

 6        Ayesha Pande               241

 7

 8        EXHIBITS RECEIVED IN EVIDENCE                        PAGE

 9

10        Plaintiff's Exhibit No. 790                           195

11        Defendants' Exhibit Nos. 220, 288                     233

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:  Good afternoon.

2          MR. VERNON:  Good afternoon.

3          May we proceed?

4          THE COURT:  Just give me one second.

5          MR. VERNON:  Sure.

6          THE COURT:  You may proceed.  Thank you.

7          MR. VERNON:  Thank you.

8          THE COURT:  You're still under oath, Mr. Pietsch.

9          THE WITNESS:  Thank you.

10               CONTINUED DIRECT EXAMINATION

11    BY MR. VERNON:

12    Q.  Mr. Pietsch, let me ask you now about competition to

13    acquire books.  Let me first ask you, do you have an

14    understanding of which publishers Hachette loses to most

15    frequently when it's competing to acquire books?

16    A.  Yes.  When competing to acquire books, Hachette loses

17    most frequently to the other Big 5 publishers.

18    Q.  Let me ask you to step back and just explain, what's the

19    basis for your understanding of which publishers Hachette

20    loses to most frequently?

21    A.  The basis of that is hearing from the publishers the

22    outcomes of the books that they have bidded for with my

23    approval and from analyses we do.

24    Q.  And what analyses are those?

25    A.  We do -- we keep track of the books that we bid on that

 1    we do not acquire when the advance is above a certain level.

 2    We have a report that we colloquially call "The Ones That

 3    Got Away."  And it's the -- a report and analysis of a -- a

 4    report on the books where we bid $500,000 or more as an

 5    advance and did not succeed in acquiring the book.

 6         And in the course of business, the business

 7    managers of all the publishers, when an offer like that is

 8    made and we don't succeed in acquiring it, they keep track

 9    of it.  They keep track of what we know of the bid that won

10    the auction.

11         And we look back on that once a year to see

12    whether -- I'm sorry.  We look back on that once a year to

13    see what books from the past that we're tracking have been

14    published and we look at the sales that are recorded

15    publicly to try to get a sense of whether we made the right

16    decision when we decided not to -- to stop bidding wherever

17    we stopped bidding as -- just as a learning tool.  And part

18    of that report is a tracking of the publishers who won the

19    bids.

20    Q.  And do you have an understanding of which publishers

21    Hachette competes with most frequently when Hachette is

22    competing to acquire books?

23    A.  The publishers we're competing with most frequently

24    align with market share.  We compete most frequently with

25    Penguin Random House, then Harper Collins, Simon & Schuster,

1    Macmillan in that order.  And we lose to them kind of in

2    that frequency, in that order.

3    Q.  And let me ask you, what's the basis for your

4    understanding when you talk about which publishers Hachette

5    competes with the most?

6    A.  The basis of my understanding is experience of years and

7    years and years of auctions and hearing who we lost to.  And

8    it's almost always one of the other Big 5.  There are

9    occasions when it's someone outside that group, but they're

10    few.

11    Q.  Okay.

12                THE COURT:  Can I ask a question?  So you said you

13    had "The Ones That Got Away" --

14                THE WITNESS:  Yeah.

15                THE COURT:  -- list, and you track to see how the

16    sales went compared to the bids you gave.

17                THE WITNESS:  Exactly.

18                THE COURT:  Do you have, I guess, a general sense

19    of how you've been doing in terms of your bidding?

20                THE WITNESS:  We track, obviously, the ones that

21    we acquire of a certain level.  And there's a way of

22    tracking the ones we don't succeed in acquiring.

23                And this report stands as a kind of caution

24    against the high risk of big advances because it's -- the

25    lesson that's taken away again and again is:  Thank goodness

1    we stopped bidding when we did because, even at the advance

2    we offered, we would have lost money.

3              But very, very frequently, the winning bid in our

4    calculation is a money loser.  There are exceptions to that.

5    There are books that we've lost that went on to be

6    gigantically successful.  But across the broad run of

7    business, we usually come away saying:  Oh, that's a good

8    thing we didn't succeed in acquiring that book.

9              THE COURT:  Thank you.

10   BY MR. VERNON:

11   Q.  Let me ask you about some different advance levels.

12   When Hachette is competing to acquire books with an advance

13   of $100,000 or higher, which publishers does it lose to most

14   frequently?

15   A.  Most frequently, it loses to the imprints of the other

16   Big 5 publishers.

17   Q.  When Hachette is competing to acquire books with an

18   advance of $250,000 or higher, which publishers does it lose

19   to most frequently?

20   A.  Definitely the other Big 5 publishers.

21   Q.  When Hachette is competing to acquire books with an

22   advance of $100,000 or higher, which publishers does it

23   compete against most frequently?

24   A.  It is most frequently competing with the imprint of the

25   other Big 5 publishers.

1    Q.  When Hachette is competing to acquire a book with an

2    advance of $250,000 or higher, which publishers does

3    Hachette compete with most frequently?

4    A.  Most frequently the same:  the other Big 5.

5    Q.  In your mind, in your view, which publishers do you view

6    as Hachette's main competitors with respect to the

7    acquisition of books with an advance of $100,000 or higher?

8    A.  We consider the other Big 5 publishers our main

9    competitors in those situations.

10   Q.  And in your mind, which publishers are Hachette's main

11   competitors with respect to the acquisition of books where

12   the advance is $250,000 or higher?

13   A.  The Big 5.

14   Q.  For books with an advance of $100,000 or higher, how

15   frequently does Hachette lose to a non-Big 5 publisher?

16   A.  Quite seldom.

17            THE COURT:  I'm sorry?

18            THE WITNESS:  Quite seldom.

19   BY MR. VERNON:

20   Q.  For books with an advance of $250,000 or higher, how

21   frequently does Hachette lose to a non-Big 5 publisher?

22   A.  Quite rarely.

23   Q.  Do you have an understanding of the competitive

24   advantages -- or what competitive advantages Hachette has

25   when it's competing against non-Big 5 publishers to acquire

1    books?

2    A.  When competing with non-Big 5 publishers, our biggest

3    advantage is a willingness to take on risk in the form of

4    high advances.  We have -- we simply have seen over time

5    that we have much greater capacity for that than smaller

6    publishers do.

7         We also have, we believe, much -- because of the

8    size of our list and the prominence of the authors we

9    publish, we have stronger relationships with media.  We have

10   strong relationships with retailers.  We have programs in

11   place with major retailers to promote certain of our books

12   that I believe are more -- are stronger than those that

13   smaller publishers who are -- who don't have their -- have

14   big successes as often.

15   Q.  Before we get into these advantages, let me just ask

16   you, what's the basis for your understanding of the

17   competitive advantages Hachette has when it competes with

18   non-Big 5 publishers to acquire books?

19   A.  It's both an observation over the years in the industry

20   and seeing how often we are in those competitive situations

21   and how often we win auctions and from our experience in

22   acquiring smaller publishing companies and seeing what their

23   business terms are, what their advance risk tolerance is,

24   what their ability to get major media for their books is.

25   Q.  And which smaller publishers are you referring to?

1    A.  I'm thinking in particular of our having -- of acquiring

2    books -- companies like Perseus Books and Workman

3    Publishing.

4    Q.  Let me ask you about Workman for a minute.  What advance

5    levels did Workman focus on before Hachette acquired it when

6    Workman was trying to acquire books?

7    A.  Workman sought to acquire books with very, very, very

8    low advances or no advances.  Their approach to the market

9    was to not take on unearned advance risk but to invest

10   instead in books that they thought were -- had a very strong

11   chance to back-list, to sell over time, and to invest in the

12   quality of the product to make it distinctive rather than

13   paying high advances in the high-risk marketplace where you

14   are trying to get a great amount of media attention or

15   review attention for a book.

16             So they would offer an advance of $200,000 or more

17   extremely, extremely rarely.

18   Q.  So I asked you -- you mentioned some competitive

19   advantages that Hachette has when it's competing with

20   non-Big 5 publishers to acquire books.  I'm going to try to

21   go through all of of them.

22             I think the first one you mentioned was

23   willingness to take on the risk of higher advances.  Can you

24   explain what you meant by that?

25   A.  What I meant is we simply -- we bid more.  We are

1    willing to go to advances in the six figures and even higher

2    six figures more often than smaller publishers are.

3         I'm not sure I answered your question.  Can you

4    repeat it, please?

5    Q.  Let me back up a little bit.  If a book with a

6    significant advance doesn't sell well, talking about a

7    Hachette book for the moment, how does that affect Hachette

8    financially?

9    A.  Well, anytime a book with a high advance does not sell

10   well, we have a loss on that title.  And those losses are

11   part of our overall P&L.  We have a tolerance for a fairly

12   high level of unearned advance for books that have a loss

13   because we are massive -- not massive; compared to other

14   publishers, we're not massive -- but we have an $800 million

15   company in revenues and we can afford to take the risk

16   because we have a fairly large foundation of back-list books

17   that are reliably profitable.  So that gives us more range

18   for taking these risks on books that could become

19   significant bestsellers, could become very profitable, could

20   become back-list books for the future.

21   Q.  In your experience, how does Hachette's ability to

22   absorb the losses that could come from a high-advance book

23   that doesn't sell well compare to the ability of a non-Big 5

24   publisher to absorb those losses?

25   A.  My understanding from the companies we've acquired and

 1    from observation of the industry, our ability to absorb

 2    those losses is much, much greater because on a much smaller

 3    financial basis if you're a $50 million company or a

 4    $25 million company, you know, advance losses of several

 5    million dollars in a year can have a really big detrimental

 6    effect on your profitability and on your margin.  And your

 7    investors may just say:  Why are you doing this?  This

 8    doesn't make sense.  You're losing money or you're not

 9    making the kind of profit that I expect you should be

10    making.

11            So the high risk on the front list is much less

12    tolerable when you have a small financial basis and can't

13    absorb it because you have a much bigger financial -- much

14    bigger revenues and much bigger back-list revenues.

15    Q.  So you just mentioned back-list.  And let me ask you,

16    how does Hachette's back-list affect its ability to compete

17    to acquire books with non-Big 5 publishers?

18    A.  The fact that Hachette's back-list sales, which as I

19    said before are sales that are highly profitable because the

20    advances are usually earned out or long ago written off and

21    the marketing cost is quite low and the sales cost is quite

22    low -- I just lost track of your question in the middle of

23    that answer.  I apologize.

24    Q.  That's fine.  I'll repeat it.

25            I think it was:  How does Hachette's back-list

 1    affect its ability to compete with non-Big 5 publishers to

 2    acquire books?

 3    A.  Our back-list brings in about a third of our annual

 4    revenues, so $300 million a year roughly, a little less.

 5    And it's very profitable revenue.  So we have a big

 6    financial foundation that allows us to take on risk.  A

 7    smaller company without a big back-list does not have that

 8    big a cushion and their front-list risks can affect their

 9    annual financial performance in a much, much more

10    significant way.

11    Q.  Now, earlier, when you listed the competitive advantages

12    that Hachette has when competing with non-Big 5 publishers

13    to acquire books, I think you mentioned stronger

14    relationships with media.  Can you explain what you meant by

15    that?

16    A.  Sure.  Each of our publishing imprints has a portfolio

17    of authors that they publish, many of them quite, quite

18    prominent and with long-established relationships with

19    different media outlets who, you know, use their works for

20    their own content, for their magazines, newspapers, TV

21    shows, radio programs.

22          So our -- the publicists for our publishing

23    imprints get noticed.  Their calls get returned.  Their

24    emails get answered because the producers and bookers for

25    these programs and media outlets know that this is a person

1    who brings them good stuff at different times.  So they have

2    a presence; they have reputation; they have valuable

3    connections.

4         The smaller publishers simply don't have the same

5    scale.  They can't count on getting the attention of these

6    influencers in the same way.

7    Q.  And I think one of the things you mentioned was strong

8    relationships with retailers when you were talking about the

9    competitive advantages that Hachette has when it's competing

10   with non-Big 5 publishers.  Can you explain what you meant

11   by that?

12   A.  Yes.  The major publishers, again, have -- do so much

13   business with these major retailers that we developed

14   programs with them to promote our books in certain ways,

15   to -- and that's -- we're able to do this because of our

16   size.  Because we bring them a lot of bestsellers, they're

17   willing to take a risk with us to make a particular book --

18   put a particular book on an end cap or a visible display.

19   And sometimes those displays are written into our contract

20   with them.  We can arrange to have a certain amount of

21   display space over the course of the year based on -- for

22   our books.

23        And smaller publishers without that volume of

24   successful publishing simply don't have that leverage, don't

25   have that kind of relationship with retailers and don't have

1    those kind of commitments.

2    Q.  Let me switch topics a little bit and ask you about

3    entry.

4            THE COURT:  Before you do that, let me ask a

5    question here.

6            MR. VERNON:  Oh, I'm sorry.

7            THE COURT:  I'm just trying to understand your

8    business.  And it seems that if you are making bids and

9    giving advances and 50 percent of them are not earning out,

10   does that mean that the ones that do earn out have to

11   overperform from what you expected and those are the ones

12   who become your back-list?  Is that right?  Some of them

13   have to overperform to make up for the ones that don't.  Am

14   I right?

15           THE WITNESS:  There's a -- a book can be

16   profitable without earning back its advance.  The advance is

17   one of the costs along with manufacturing costs and shipping

18   costs and warehousing costs and fulfillment costs, marketing

19   costs.

20           You can have a book that you paid $100,000 for and

21   it only earns $80,000 in royalties, but it is sold enough

22   with those other costs that you have a profit.  It's not as

23   profitable as it would have been if the book were fully

24   earned out.

25           I think that's part of the answer to your

1    question, but I don't think it was the whole thing.  Can

2    you --

3                THE COURT:  Does your back-list consist of some

4    books that didn't earn out but they're still profitable?

5                THE WITNESS:  There are some in the back-list that

6    have not yet earned out that are -- but by and large, it's

7    made up of books that are earned out.

8                THE COURT:  I see.

9                So my original question was:  Does your business

10   model rely upon some portion of your books wildly

11   overperforming to make up for the losses of the ones that

12   don't perform, don't earn out?

13               THE WITNESS:  Yes.  You have identified a feature

14   of our business, which is that on the front-list portion,

15   we're very hit-driven.  When a book does -- is successful,

16   it can be wildly successful.  There are books that sell

17   millions and millions of copies, and those are financial

18   gushers for the publishers of that book, sometimes for years

19   to come.

20               And so that's one of the reasons that publishers

21   are willing to take on risk after risk after risk, out of

22   the optimism that they're going to be able to get the

23   world's attention and make something sell in numbers far

24   beyond what they envisioned when they paid the advance that

25   they paid.

```
 1              THE COURT:  How often do you get one of those

 2     gushers?

 3              THE WITNESS:  The thing I'm describing now, a

 4     gusher, is once a decade or something you get something

 5     that's really -- for instance, I don't know if you know the

 6     Twilight series of books.  Hachette published the Twilight

 7     series of books, and those made hundreds of millions of

 8     dollars over the course of time.

 9              Right now, the novels of Colleen Hoover are

10     selling, are topping the bestseller list in really, really

11     huge numbers and the publishers of those books are making a

12     lot of money.  There was -- you probably remember The Girl

13     With the Dragon Tattoo.

14              THE COURT:  Sure.

15              THE WITNESS:  You know, that series.  So something

16     like that.  It really becomes the absolute industry leader.

17     Or the Fifty Shades of Grey series.  So once every five

18     years, ten years, those come along for the whole industry

19     and become the industry driver that's drawing people into

20     bookstores because there's such a commotion about them.  So

21     those are -- can be a huge part of the business when they

22     occur.

23              THE COURT:  Thank you.

24              Go ahead.  Sorry.

25
```

1    BY MR. VERNON:

2    Q.  Focusing on industry for a moment, in the past 30 years,

3    have you seen any new publishers enter the market and become

4    strong competitors for Hachette with respect to acquiring

5    books with an advance of $250,000 or higher?

6    A.  I have not.  No.

7    Q.  What advantages does Hachette have when competing with

8    new publishers, publishers that have just entered the

9    market, for books with an advance of $250,000 or higher?

10   A.  Our advantages over new entrants are really substantial,

11   which are the relationships with retail herbs that I talked

12   about earlier, business terms with retailers.  We negotiate

13   the financial terms with each of the retailers and

14   wholesalers that we work with.  And, given our scale, we

15   have terms of a certain favorableness.  When we acquire

16   smaller companies, we see that their terms are not nearly as

17   favorable.  They have to pay a lot more to get a -- the book

18   into a store than we do.

19            Please repeat the question.  I know it was --

20   Q.  Sure.

21            When Hachette is competing with new publishers,

22   meaning a publisher that's just entered the market, for a

23   book with an advance of $250,000 or higher, what advantages

24   does Hachette have over those new publishers?

25   A.  We have the advantage of the back-lists and size that

Pietsch - DIRECT - By Mr. Vernon

1    allows us to take a lot of risks.  I mean, we bid advances

2    in the $100,000, $250,000 and up.  We make offers of that

3    size routinely, quite frequently, thousands of times, you

4    know.  Let me restate that:  I wouldn't say thousands of

5    times, but certainly hundreds of times each year.

6            And I think new entrants, depending -- you know,

7    maybe they have infinite funding, but most new entrants have

8    those backers that are looking for a return.  And return on

9    these new books, new publications, as I said, is quite

10   unreliable.  You know, a lot of the books that we bid

11   significant sums for, you know, do not meet their

12   expectations and lose money.

13           Also, the new entrants won't have the access to

14   the media and marketing outlets that we have through long

15   relationships.  And many significant -- we've published many

16   successful books over time, so we have a kind of credibility

17   that new entrants don't have.

18   Q.  How does Hachette's track record with publishing

19   companies in the past affect its ability to compete with new

20   publishers, if at all?

21   A.  I think I just said when talking about relationships

22   with the media, our track record of having success means

23   that media interlocutors of various kinds are willing to

24   talk to us and hear our pitch and consider our books for

25   them.

1          And on the retail front, I think retailers because

2     of our broad list and repeated successes are more likely to

3     consider our books because we've shown we can market them

4     effectively and make bestsellers, so they are willing to

5     join us in the -- in making a book prominent in their

6     stores.

7     Q.  How long does it take to build a large back-list?

8     A.  It takes -- building a back-list is something that these

9     big publishers are doing constantly.  All these big

10    publisher are built up through acquisition, through

11    conglomeration over many years of a lot of smaller

12    companies, adding their back-list, adding their back-list,

13    adding their back-list.  So the Big 5 all have these

14    back-lists through conglomeration.  That's a big part of

15    what publishers are buying when they buy another publishing

16    company, is this back-list that's a reliable contributor

17    going forward.

18          And once again, I need you to repeat the question.

19    Q.  Let me ask you a slightly different question.

20          How long would it take a publisher to build a

21    back-list organically, meaning in a way that is not through

22    acquisition?

23    A.  Building a back-list organically takes a really long

24    time to -- I mean, it's a question kind of what you're

25    considering appropriate scale here.  I mean, to build a

1    back-list the size of any of the Big 5, I don't think it's

2    possible or conceivable that any publisher starting now

3    could do it in 100 years.  It just takes these massive

4    publishing entities, you know, or these agglomerations of

5    back-lists.

6            So I have the example of Workman.  That's been in

7    existence for more than -- a little over 50 years and really

8    focused from the start on publishing for the back-list and

9    acquiring books specifically to, you know, obviate the risk

10   of unearned advance publishing fiction.  They just focus on

11   nonfiction, aiming for the back-list.

12           And over 50 years, they accumulated -- they grew

13   to a company of around $100 million to $110 million in

14   revenue with a significant part of their sales, $70 million,

15   say, coming from back-list titles.  So that's one example of

16   a publisher that set out to do that and it took 50 years to

17   get to that.  And they still put themselves up for sale.

18   They still -- and I won't go on.

19   Q.  Why does it take a long time to build a back-list

20   comparable to Hachette's organically?

21   A.  It takes a long time to build a back-list of the scale

22   of Hachette's or any of the other larger Big 5 because only

23   a certain number of books make it through and continue to be

24   books that sell on and on and on.

25           You know, most of the front-list books, the new

1    books that we publish each year, don't go on and have a

2    significant life for years and years afterwards, you know.

3    A very -- I would say the majority of the books we publish,

4    you know, after a relatively small number of years are not

5    selling in very significant numbers.

6    Q.  How long does it take to build the relationships that

7    Hachette has with media executives and the other people that

8    Hachette works with to publicize books?

9    A.  The relationships we build up with media and other

10   influencers, again, it's something that a publisher works on

11   constantly over long, long stretches of time of success of

12   building relationships, of returning to the same people,

13   bringing new people in.  It's -- each publisher has a big

14   team of marketing publicity specialists who are working, you

15   know, constantly on developing these relationships.  And it

16   takes a long time.

17   Q.  Why does it take a long time to build the relationships

18   that Hachette has with the people that help Hachette

19   publicize a book?

20   A.  The people that help us publish the book, all these

21   media entities who we go to to bring our books to the

22   attention of the world, they're all being pitched by every

23   other publisher and movie company.  And they're just -- many

24   of them are covering all kinds of entertainment media.  And

25   just to get their attention is hard.  They're pitched

1    everything that exists anywhere.

2              And so to get them to pay attention to your emails

3    or return your phone calls or come out to lunch or come to

4    your pitch event, it takes a long time in developing a lot

5    of credibility.  They just don't have that much time.  And

6    they have to divide up their time where they think it's

7    going to be most reliably rewarded, and so they come to the

8    Big 5.

9    Q.  Would you say that it is easy or difficult for a

10   publisher to enter the part of the trade book business that

11   focuses on books with an advance of $250,000 or higher?

12   A.  I think the -- it's very difficult to enter a business

13   at that level.  As I've looked back over -- over my years in

14   publishing, I have not seen a publisher enter and become --

15   and achieve a scale anything close to what the Big 5

16   publishers have.

17   Q.  Why do you think it's very difficult for a publisher to

18   enter the part of the trade book publishing market that

19   focuses on books with an advance of $250,000 or higher?

20   A.  I think it's hard because the rate of success is so low

21   at that -- at events.  Just because the publisher pays

22   $250,000 or $500,000 or a million dollars for a book does

23   not guarantee that a single person is going to buy it.  It's

24   really -- a lot of what we do is unknowable and based on

25   inspiration and optimism.  So that's one of the reasons it's

1    hard.

2    Q.  How difficult or easy would it be for a non-Big 5

3    publisher to grow, to get to the point where it could

4    compete on an even playing field with Hachette for books

5    with an advance of $250,000 or higher?

6    A.  Is it hard or easy, did you say?

7    Q.  Right.

8    A.  Again, I think it is -- it's demonstrably very, very

9    hard because I haven't seen it happen in 45 years.  And in

10   fact, I've seen the contrary happen.  Each time the smaller

11   publishers of scale, you know, in recent years, you know,

12   are continually being acquired by other Big 5 publishers

13   because their owners and investors do not want to continue

14   to support them and think they're going to maximize their

15   investment not by continuing to grow as -- independently,

16   you know, but by selling off to the other Big 5

17   accomplishes.

18            That's what's happened to, you know, Houghton

19   Mifflin Harcourt.  It was just recently acquired by

20   HarperCollins.  That's the largest of the non-Big 5

21   publishers before that.  And Workman was, I think, the next

22   largest.  Perseus we acquired five or six years ago.  It was

23   around $80 million in revenue at the time.

24            So the significant independent publishers find it

25   a challenging environment such that instead of growing and

1    trying to compete in this high-risk area, they've almost all

2    shaped their list to avoid the highest risk areas.  They

3    almost all do not publish fiction; they almost all are

4    careful about advance levels; they tend to specialize in

5    particular areas of nonfiction where they can develop an

6    expertise and reach a core, you know -- and find a way to

7    reach a core audience because they're really good in a

8    particular area.

9          So when I look at the companies we've acquired,

10   Perseus and Workman, and I look around the industry, what I

11   see is the significant independent publishers tend to be

12   focused on nonfiction in a particular area of expertise,

13   health and well-being, illustrated books, rather than

14   competing in the kind of books that go for the whole market,

15   which is what the Big 5 are doing constantly.  We are

16   publishing books that we think we can sell to any

17   general-interest reader.  The smaller independent publishers

18   tend to focus in a particular area.

19          And as I said, none of them in my career in the

20   industry has grown to be a significant competitor.

21   Q.  Let me ask you about Amazon.

22   A.  Sure.

23   Q.  How frequently does Hachette compete with Amazon to

24   acquire books with an advance of $100,000 or higher?

25   A.  Extremely rarely.

1    Q.  How frequently does Hachette compete with Amazon to

2    acquire books with an advance of $250,000 or higher?

3    A.  Extremely rarely.

4    Q.  What advantages does Hachette have when Hachette is

5    competing with Amazon to acquire books?

6    A.  Excuse me.  Well, Hachette has the advantages we've

7    talked to -- talked about before, which is a broad list of

8    successful publications for general-interest readers over

9    many decades.  We also have -- that gives us the advantage

10   of, you know, credibility with media and influencers in

11   getting our books noticed.

12           We also have the advantage of being able to sell

13   our books in all the retail and -- retail outlets that carry

14   books, which includes, you know, chain stores, independent

15   bookstores, all the, you know, Targets and Walmarts and all

16   those stores that carry books.

17           Amazon is -- to my understanding has a very, very

18   limited range of offering outside their own platform.  They

19   can obviously sell books on the Amazon digital and physical

20   platforms, and do so and promote them heavily.  So -- but

21   their ability to get their books into other outlets is

22   extremely limited by the behaviors of those -- of the other

23   retailers.

24   Q.  Do you view Amazon as a significant competitor for

25   Hachette with respect to acquiring books?

1    A.  Not at all.

2    Q.  Why do you say that?

3    A.  Because we almost never encounter them in advances --

4    I'm sorry -- in auctions.  When we do, it's a very

5    particular case.  It's a case where there's someone who was

6    once a bestselling author and whose sales are declining but

7    whose name is so big that it is still something that

8    attracts readers' attention.  And they will occasionally bid

9    a significant amount.

10          And that's the rare occasions when we encounter

11   them in an auction, for someone who was once a bestselling

12   author, because they find value, I believe, in having a name

13   author in their general offering.  But that's -- that is

14   really the only time we encounter them in -- with levels of

15   a significant advance.  My understanding is that they do not

16   want to take on significant advances.

17          And I know from reporting and conversation that

18   they tried -- they did consider entering mainstream

19   publishing over a decade ago.  They started an Amazon

20   publishing program that was intended to be competitive and

21   in which they bid in auctions, paid a lot of money for a

22   bunch of books and tried to develop a team to bring them

23   into the world.  And they closed it down very, very

24   suddenly.  They closed it down very quickly after some very

25   visible failures.

Pietsch - DIRECT - By Mr. Vernon

 1              And from conversations with senior executives

 2     there who left the company, I'm told that they just found

 3     them business-nonsensical, that it didn't fit their idea of

 4     what they should be doing with their -- with their business,

 5     taking these very, very high risks on books whose salability

 6     and profitability was entirely unpredictable.

 7     Q.  Let me ask you now about self-publishing.

 8              Do you view self-publishing as a significant

 9     competitor for Hachette when Hachette is trying to acquire

10     books with an advance of $100,000 or higher?

11     A.  I do not consider that a threat in that situation at all

12     because people who -- authors who write books and would like

13     to -- they can't -- I'm sorry.  Self-published authors can't

14     pay themselves an advance against royalties and they don't

15     have the ability to attract the attention of media.

16              It's incredibly, I think -- we're talking about

17     how hard it is for small publishers.  Imagine how hard it is

18     for some -- for one person who has a book they published

19     entirely on their own to say:  Give me your attention.

20     Review my book.  Promote my book.  And so they simply don't

21     have access to the general-interest market that we and the

22     other Big 5 publishers address routinely.  That's our

23     business.

24              Self-publishing is almost entirely digital.  And

25     it's wonderful to buy -- the volume of self-published titles

1    is enormous.  Anyone can publish a book, and it's a

2    wonderful thing.  But it is not competitive with what we do.

3             MR. VERNON:  Are we doing okay on the speed?  A

4    little slower?

5             THE COURT REPORTER:  If the witness could slow

6    down for the record, I'd really appreciate it.

7             THE WITNESS:  I've been told that my entire life.

8    I'm sorry.

9    BY MR. VERNON:

10   Q.  How often does Hachette make an offer with an advance of

11   $100,000 or higher and then learn that the author decided to

12   self-publish instead?

13   A.  I truly can't think of a time that that's happened.

14   Q.  How does the availability of books in retail stores

15   compare for a Hachette book as compared to a self-published

16   book?

17   A.  Self-published books are almost not seen at all in

18   retail stores.

19   Q.  What benefits does Hachette provide to an author that in

20   your view the author would not get from self-publishing?

21   A.  Benefits that Hachette provides or the Big 5 publishers

22   provide include the ability to get the book reviewed, to get

23   it noticed, to get it distributed in physical bookstores, to

24   have it professionally edited and designed.

25             We provide a broad, broad range of services in

1    addition to the advance that we pay.  So we provide

2    financial benefits, marketing benefits, publicity benefits,

3    professionalism, the ability to license the book in

4    foreign -- in foreign countries that an individual author

5    who self-published usually has no ability to do.

6    Q.  Now, let me change topics slightly and turn back to

7    auctions.

8              How does the number of bidders change over the

9    course of an auction to acquire a book?

10    A.  How does the number of bidders change --

11    Q.  Right.

12    A.  -- over the course of a single auction?  As I stated

13    earlier, when an auction is in a round-robin format, it

14    starts off with as many interested parties as the agent has

15    been able to solicit at the start of it.  And then it gets

16    smaller and smaller until there's one publisher left

17    bidding.

18    Q.  When an auction narrows to just having two bidders, what

19    causes the advance to go up after the auction is narrowed to

20    two bidders?

21    A.  The same thing that causes it to go up before that

22    point.  The agent will constantly communicate to the bidder

23    with the lower bid what the high bid is that they have to

24    top to stay in.  And it's limited only by the appetite for

25    risk that the two publishers have for that particular

1    project.

2    Q.  Can you explain some of the reasons why Hachette might

3    drop out of an auction?

4    A.  Yes.  We drop out of an auction -- at the start of

5    bidding for any book we bid on -- for every book we bid on,

6    we do an estimate of the sales level that we anticipate for

7    the book and the costs that will be associated with the

8    book, whether it's the manufacturing costs, the marketing

9    costs, and look at the amount of royalties that will be

10   earned by the book based on the sales at the level we

11   anticipate.  And we do our best to set a -- limit the

12   auction for a level where we will still have a good profit

13   at that level of sale.

14   Q.  Is it fair to say that Hachette sometimes drops out of

15   an auction because the advance gets higher than the advance

16   that Hachette is willing to pay?

17   A.  Yes.  That is exactly the reason we would drop out.

18   Q.  Will the merger of Penguin Random House and Simon &

19   Schuster change the level at which Hachette drops out of an

20   auction?

21   A.  When we are dropping out, it's because there are bids

22   that are higher than ours going on after us.  The identity

23   of the other publishers is not relevant.  We'll drop out

24   because we have reached the point at which we think it makes

25   sense -- it no longer makes sense to continue bidding more.

1  Q.  Let me try to walk you through an example.  Let's say

2  there's an auction where, before the merger, Hachette drops

3  out of the auction at $500,000.  And then after that,

4  Penguin Random House and Simon & Schuster stay in the

5  auction and the book ultimately gets sold for $700,000.  Are

6  you with me so far?

7  A.  Yeah.

8  Q.  If that same auction were to happen after the merger, at

9  what level would Hachette drop out?

10 A.  We would still drop out at the $500,000 that we had

11 decided was our limit at the start of the auction.

12 Q.  So will the merger of Penguin Random House and Simon &

13 Schuster change the level at which Hachette drops out of an

14 auction?

15 A.  No, it won't.

16 Q.  Let me step back one minute.  Remind me:  How many years

17 of experience do you have acquiring books?

18 A.  Around 40.

19 Q.  And how many books have you acquired over the course of

20 your career?

21 A.  As an editor, acquiring around -- I assume it's 300 to

22 400.  But as a publisher and CEO, there are many, many more

23 beyond that that I've overseen the acquisition of, the

24 setting of an advance limit.

25 Q.  Based on your experience, do you have an expectation as

Pietsch - DIRECT - By Mr. Vernon

 1    to how the merger of Penguin Random House and Simon &

 2    Schuster will affect advances, if at all?

 3    A.  Yes.  I have -- it's my expectation that --

 4          MR. PETROCELLI:  Your Honor, may I approach on

 5    this one?

 6          THE COURT:  Yes.  Can we do it with the --

 7          MR. PETROCELLI:  Oh, so is that what this

 8    equipment is?

 9          THE COURT:  You wanted a bench conference?  That's

10    what these are for.

11          MR. PETROCELLI:  Actually, I can do it right here,

12    if it's okay.

13          You know, this is a question that I think we're

14    going to be hearing from a lot of witnesses.  At least it'll

15    be asked of a lot of witnesses.  I'm just looking for, I

16    guess, a little clarity.  With respect to the motion that we

17    had regarding Jennifer Rudolph Walsh, this is one of the

18    questions the Court indicated she could not be asked or she

19    could not testify about.  And she has, you know, years and

20    years and years of experience.

21          And it's really sort of the identical question

22    that's being asked here.  And so I would object on that

23    basis based on your prior ruling.

24          But if your Honor's going to allow this question,

25    I'm just giving you a heads-up that probably you're going to

1    have a lot of witnesses being asked the same question.

2            THE COURT:  I think you're right with respect to

3    the motion that we had about Ms. Walsh.  The issue was, she

4    had industry expertise about how it works.  Based on what I

5    reviewed, it didn't seem she had the expertise to opine

6    about predicting what would happen in the market.

7            But as I hear this witness's testimony, I am

8    feeling more willing to reconsider that and allow her to

9    testify about that and allow other witnesses in the

10   industry, because as I listened to Mr. Pietsch's testimony,

11   it seems that 30, 45 years in the industry, an industry

12   where there's been significant consolidation in the past, I

13   think that perhaps it does provide a basis to talk about

14   what is expected to happen.

15           It's not an opinion that's going to be undergirded

16   by data and analysis like the experts'.  But I think I'm

17   going to reconsider that and I'm going to allow the opinion

18   testimony --

19           MR. PETROCELLI:  Thank you, your Honor.

20           THE COURT:  -- of the industry participants who

21   have substantial experience.

22           So you may answer.

23           THE WITNESS:  Could you repeat the question,

24   please?

25

Pietsch - DIRECT - By Mr. Vernon

1    BY MR. VERNON:

2    Q.  Sure.  Based on your experience, what effect, if any, do

3    you think the merger of Penguin Random House and Simon &

4    Schuster will have on advances?

5    A.  It's my expectation that having these two extremely,

6    extremely large publishers combined into one entity will

7    limit the high advances paid in many cases for two reasons.

8    One is in those cases where the last two remaining

9    publishers in an auction are from those two houses right

10   now.  They bid against each other freely, Penguin Random

11   House and Simon & Schuster.

12           It is my experience both with myself and from

13   observation around the industry and in conversations with

14   agents that all the major publishers allow to some degree

15   their separate imprints to bid against each other as long as

16   there is still a bidder from a different house.

17           And the combination of Penguin Random House and

18   Simon & Schuster will eliminate one of the major houses from

19   that and decrease the number of rounds an auction goes to.

20           There is another way, which is during the course

21   of the auction, publishers often revise their estimate of

22   what they are willing to bid on a book upward.  It's the

23   kind of auction fever that anyone who's been in an auction

24   understands, that the interest of other parties validates

25   their own sense of what a book is worth.

 1          And they will come back to their publisher or the

 2     publisher to meet with a new P&L saying:  We've been

 3     thinking about this.  There's a lot of excitement.  We

 4     actually think that rather than selling 100,000 copies, this

 5     book is -- we have a good chance of selling 150,000 copies,

 6     and we would like to bid more.

 7          And the more bidders there are in rounds, the more

 8     excitement of that kind, the more upward pressure there is

 9     in auctions.  So I believe that in general, auctions -- the

10     price paid at auction can increase because of the number of

11     participants.

12          I saw when Random House acquired Penguin that

13     that's when agents -- that's when agents began using the

14     best-bids approach instead of a round robin because, as some

15     of them told me, they felt that there were fewer

16     participants in a round robin because the publishers did not

17     allow their imprints to be the last two remaining.

18          And the Penguin imprint of Random House to my

19     knowledge does not even allow its internal imprints to bid

20     against each other.  They pool their bids into one house bid

21     in order to not have multiple bids coming from within the

22     same part of Random House.

23          So I think all those factors will lead me to

24     believe that the successful -- the winning bids at auction

25     will be lower with Penguin Random House owning Simon &

1    Schuster.

2    Q.   What does the phrase "title count" mean?

3    A.   Title count is a term which means just the number of --

4    it can mean the number of new books published in a year.

5    That's one thing we measure.

6         Then title count is the total number of books a

7    publisher has to offer for sale.

8    Q.   What effect, if any, do you think the merger of Penguin

9    Random House and Simon & Schuster will have on title count?

10   A.   My experience of acquisitions and my observations lead

11   me to believe that it will decline.  I have observed that in

12   the four or five years after Random House acquired Penguin,

13   at the time of the acquisition they were both publishing --

14   Penguin and Random House were publishing around 2500 titles

15   a year each year.

16        So that's -- and after -- in the years after the

17   acquisition, the number of titles published from the Penguin

18   imprints declined from 2500 to 1500 a year, where the Random

19   House side's published imprints continued to publish around

20   2500 titles a year.

21   Q.   Let me switch topics briefly.  I think you and I shook

22   hands as we saw each other walking in the line for the

23   courtroom this morning.

24        Do you remember that?

25   A.   I do.  Yeah.

1    Q.  Other than that, have we met since your deposition?

2    A.  No.

3    Q.  Let me switch topics again.

4          In your experience, do agents frequently lie to

5    you or to Hachette about the offers that they have received

6    from other publishers?

7    A.  I do not have experience of publishers lying -- I'm

8    sorry -- of literary agents lying.  That's what you asked,

9    right?

10   Q.  Right.

11   A.  And they vary a great deal in what they communicate

12   about an auction, about its participants, about the

13   financial outcomes.  But I've never experienced an agent

14   lying to me.  No.

15   Q.  Why is that?

16   A.  I think they find it in their financial -- in their

17   self-interest to tell the truth because there's -- I guess

18   it is quite likely that a lie will out and they will not be

19   trusted anymore if publishers feel they can't trust their

20   statements about where an auction is, what the bid is or

21   anything like that.  They would -- publishers would be loath

22   to do business with them.

23   Q.  Who selects the format of an auction?

24   A.  The agent controls that.

25   Q.  Who decides -- can an agent change the format of an

1    auction in the middle?

2    A.  Agents -- as I said earlier, there really are no fixed

3    rules.  Agents do sometimes change the format midway

4    through.  They might have started it in rounds and feel

5    like:  This is taking too long; it's been through six rounds

6    now; we're going to best bids.  So everybody give us best

7    bids.

8              Or they might start as saying it's best bids and

9    then say -- come back and say:  Well, we're actually going

10   in rounds now because we had three best bids that were quite

11   close to each other, so I'm going to change it and go in

12   rounds now.

13             So they really decide how they want to sell their

14   books.  And publishers work with them.

15   Q.  Earlier, I think you said you think the merger of

16   Penguin Random House and Simon & Schuster will lead to lower

17   advances for some books.  Is that right?

18   A.  Yes.

19   Q.  Why do you think the merger will lead to lower advances

20   for some books even though agents control the format of an

21   auction?

22   A.  I believe that's -- that lower advances will be the

23   outcome of having fewer parties bidding against each other,

24   fewer parties bidding against each other during the course

25   of the auction.  And when it's down to just two because --

1    or however many, you know, 85, however many imprints Penguin

2    Random House has, I don't know the number, but many, many

3    imprints.  And Simon & Schuster has another 40 or 50.

4         So instead of all these different imprints that

5    might bid against each other, there will be less chances for

6    the Penguin Random House and Simon & Schuster imprints to be

7    the last two bidding and there will be fewer.  If they go to

8    the house bid system that Penguin uses, that would mean

9    fewer participants in the auction overall to kind of drive

10   up the rate, the rate of bidding.

11   Q.  Let's switch topics slightly again.

12        Before the merger of Penguin Random House and

13   Simon & Schuster was announced, was Hachette interested in

14   acquiring Simon & Schuster?

15   A.  Hachette Book Group's parent company, Hachette Livre,

16   was interested in acquiring Simon & Schuster.

17   Q.  Did Hachette or Hachette Livre submit a bid for Simon &

18   Schuster?

19   A.  Hachette Livre did not submit a bid for Simon &

20   Schuster.

21   Q.  And what about the part of Hachette that is not Hachette

22   Livre?  Does that part --

23   A.  No.  Hachette Livre was our parent company.  They're the

24   party that would have been bidding, not the Hachette Book

25   Group.

1    Q.  If Simon & Schuster -- I apologize if I'm too loud.  If

2    Simon & Schuster were to come on the market again, would

3    Hachette submit a bid for Simon & Schuster?

4    A.  It is my hope that they would.  It is my belief that

5    they would intend to try again, even though they did not

6    succeed in making a bid last time.

7    Q.  If advances were to go down after a merger, wouldn't

8    that be good for Hachette in some sense?

9    A.  If advances were to go down?  I suppose it is possible

10    that we would buy some books at a lower advance than we

11    might have, so on the advance front it would be good.  But I

12    think there are many, many other ways in which Penguin

13    Random House acquiring Simon & Schuster would not be good

14    for us.

15    Q.  So you anticipated my next question.

16            Why are you concerned about the merger even though

17    advances going down would in some sense be good for Hachette

18    or could be good for Hachette?

19    A.  Having the -- as much of the business -- of the trade

20    publishing business controlled by one entity, as Penguin

21    Random Simon would control, I believe it would have several

22    negative effects:  One, as I said, I think there's likely to

23    be a reduction in title count because when publishers

24    conglomerate they tend to look at imprints that are very

25    similar and say:  We don't need these two competing against

1    each other; we don't need two business imprints; we don't

2    need two -- whatever that they tend to say.  Let's choose

3    the one that's doing better and not keep the other one.  And

4    we saw after Random House acquired Penguin, quite a few of

5    Penguin's imprints were closed.  So I think there's a

6    potential loss of offering.

7          I think there's a loss in sort of variety and

8    originality.  I think Penguin Random House has a very strong

9    dominant central culture, which in my view is somewhat

10   conservative.  And Simon & Schuster has its own strong

11   separate culture.  And I feel that this -- there's a danger

12   of some kind of homogenization and lack of originality in

13   publishing that might originate.

14         I also think that having one company as

15   gigantically dominant as Penguin Random Simon would be would

16   give them such financial advantages.  I know from

17   negotiations with retailers that Penguin Random House often

18   has much better terms with them than we do.  They don't tell

19   us the terms; but we are able to ask, Are our terms on a par

20   with our peers?

21         And we are often told:  You're on par with all

22   your peers except one.  And it's very clear that they're

23   talking about Penguin Random House having better terms.  So

24   I think that they already have financial advantages against

25   us.  So that's selfish.

1          I think it would be harmful to us in terms of our

2     ability to compete with them because of the profitability

3     that that gives them.

4          So title count, competition, loss of culture.

5     Those are -- and then lower advances to authors.  I think

6     those are the major concerns I have about one company

7     controlling so much of the market.

8     Q.  And why are you concerned about lower advances to

9     authors?

10    A.  Why I'm concerned about that?  I love -- I mean, I'm in

11    this business because I love -- I think the book is the

12    greatest creation of humankind and people who write books

13    are incredibly admirable, often heroic.  I just find -- I'm

14    here because I love authors.  I'm in this business because I

15    love authors and books.

16         And I think it's good, though, for each book we

17    compete for -- to try to have an advance that is as high as

18    it needs to be but no higher, I still think authors will do

19    better in a world that has more competition among major

20    publishers than it would have if this merger is approved.

21    Q.  Let me turn to one document.  There's a binder in front

22    of you.  It's got a white cover on it.

23    A.  Uh-huh.

24    Q.  I'm going to ask you to turn to PX 790.

25         MR. VERNON:  Your Honor, Hachette has designated

1   this document as confidential, so we would ask that we not

2   show it on the public screen.  But we think we can talk

3   around the issues and talk through it in open court, if that

4   makes sense.

5              THE COURT:  All right.

6              MR. VERNON:  Ms. Hare, can you show PX 790 on the

7   judge's screen?

8   BY MR. VERNON:

9   Q.  And, Mr. Pietsch, let me know when you're at the right

10  page.

11  A.  I'm on that page.

12  Q.  You are?

13  A.  Yes.

14  Q.  I'm not quite there yet.

15             So this is a document with --

16             THE COURT:  I don't have it.  I don't have it on

17  my screen.

18             MR. VERNON:  Oh, I'm sorry.  PX 790.

19             Your Honor, in the binder it should be the second

20  tab.  It's a larger document.  You kind of unfold it.  It's

21  on the screen now, too, it looks like.

22             THE COURT:  Got it.

23  BY MR. VERNON:

24  Q.  So the title of this -- I'll just read it.  The Bates

25  number ends in 1061.  And the title is:  Titles Not Acquired

1    Over $500,000 By Division.  Is that right?

2    A.  (No response.)

3    Q.  Mr. Pietsch?

4    A.  1061?

5    Q.  Yes.

6    A.  Yes.

7    Q.  What information does this document contain?

8    A.  This is a document that I mentioned earlier.  This is

9    what we call the titles -- it's the titles not acquired.  We

10   call it "The Ones That Got Away" report.  This tracks books

11   for which we offered $500,000 or more in advance and did not

12   succeed in acquiring.

13           And we -- as I've said, we do our best to learn

14   what the winning bid was, who the winning publisher was, and

15   then over time look back at how many copies that book has

16   sold as a way of educating ourselves about the outcome of

17   the risks we attempted to take but did not succeed in

18   taking.

19   Q.  Who originally had the idea for tracking this

20   information in this way?

21   A.  This is something that I started doing when I was the

22   publisher of Little, Brown; and then we expanded it to all

23   Hachette divisions more recently.

24   Q.  How does Hachette use this document?

25   A.  As I've said, Hachette uses this document to learn, to

1    look at the assumptions that we made when we were bidding

2    for a book and then consider those assumptions against the

3    outcome and try to learn if we were making faulty

4    assumptions.  Did we overestimate or underestimate the

5    publicity platform of the book?  Did we think that -- did we

6    not understand how well this particular story might connect

7    with the market?  So we look at each one and try to see if

8    there's something that can guide our future investments,

9    acquisitions.

10   Q.  Let me ask you to turn to the next page.  It has the

11   title "Titles Not Acquired, Hachette Book Group, Titles

12   through June 2021."  Then there's a thing labeled

13   "Scorecard" in the upper left.  Let me know when you're

14   there.

15   A.  Yes.

16   Q.  Focusing on the scorecard, this states -- this lists a

17   total of 302 losses over a four-year time period.  Is that

18   right?

19   A.  That's right.

20   Q.  The time period is 2017 to 2021.  Is that right?

21   A.  That's right.

22   Q.  And the first row, the PRH row, there were 124 losses to

23   Penguin Random House.  Is that right?

24   A.  That's right.

25   Q.  There's a row at the bottom labeled "Other."  Do you see

 1    that?

 2    A.  I do.

 3    Q.  And it shows 50 losses labeled Other over a four-year

 4    time period.  Is that right?

 5    A.  That's right.

 6    Q.  Does that mean that 50 of the 302 losses were to non-Big

 7    5 publishers?

 8    A.  It does not.

 9    Q.  What books are included in this row labeled as "Other"?

10    A.  "Other" is -- captures a lot of circumstances.  One is

11    situations in which we know what we bid, but we did not

12    learn who the winning bidder was.  And that's the largest

13    part.  Almost half of those 50 is titles where we don't know

14    the outcome.

15          The second-largest group is titles acquired by

16    Houghton Mifflin Harcourt, which is now part of

17    HarperCollins.  I think out of this 50, 15 -- or 15 out of

18    the total of 302 were titles acquired by non-Big 5

19    publishers.

20    Q.  So you mentioned Houghton Mifflin Harcourt.  Is that

21    right?

22    A.  That's right.

23    Q.  They're often known as HMM?

24    A.  That's correct.

25    Q.  Who acquired them?

1    A.  HarperCollins.

2    Q.  I think you said 15 out of the 302 losses,

3    approximately, were to non-Big 5 publishers.  Is that if you

4    count HMH as a Big 5?

5    A.  No.  That's not counting HMH.

6    Q.  I'm sorry.  If you were to count HMH as not part of the

7    Big 5, approximately how many losses out of that 302 are to

8    non-Big 5?

9    A.  Say that one more time, please.

10   Q.  I've confused myself.

11        If you were to count HMH as not being a Big 5

12   publisher, even though it was later acquired by Harper, how

13   many approximately of the 302 losses would be to a non-Big 5

14   publisher?

15   A.  I think that would bring it up to a little under 30.

16   Q.  So I don't want to ask you for specific percentages.

17   But in general, for the books listed in this chart, which

18   publishers did Hachette lose to most frequently?

19   A.  For the publishers were not the Big 5, who did we lose

20   to most frequently?

21   Q.  Oh, no.  I'm sorry.  Overall.

22   A.  Overall, we lost most frequently to Penguin Random

23   House, followed by HarperCollins, followed by Simon &

24   Schuster, followed by Macmillan.

25   Q.  Is it possible --

Pietsch - DIRECT - By Mr. Vernon

```
 1                    THE COURT:  I'm sorry.  Just a second.

 2               What's HBG?

 3                    THE WITNESS:  That's us, Hachette Book Group.

 4                    THE COURT:  Oh, okay.

 5                    THE WITNESS:  So there's some cases listed in here

 6     where we had one imprint that dropped out at 500 and another

 7     one did not and they acquired the book.

 8     BY MR. VERNON:

 9     Q.  Is it possible that this chart misidentifies the winning

10     publisher for a small number of books?

11     A.  It does.  This graph is not the purpose of this.  It's

12     not -- it's a scorecard that I think our finance team

13     created because they thought it was interesting.  The

14     original impetus of the report was the title-by-title

15     analysis that we could learn from.

16               So I can't speak -- I can't say this is all the

17     time that it captures everything.  I can't say it captures

18     everything accurately.  It's not something I ever see in

19     this scorecard.  I don't oversee it in that way.

20     Q.  Do you think any errors, meaning any misidentifications

21     of winning publishers, would change the bottom-line

22     conclusion that for most of the books listed in this chart

23     Hachette lost to the Big 5?

24     A.  No.  It definitely would not.

25     Q.  And when did you create the original titles on the
```

```
 1    document?

 2    A.  I don't remember the -- when it began.  It was something

 3    I started tracking when I was at Little, Brown, which I have

 4    left almost ten years ago.

 5    Q.  And what years does this version of the document cover?

 6    A.  This document covers 2017 to '21.

 7              MR. VERNON:  The United States moves to admit PX

 8    790.

 9              THE COURT:  Any objection?

10              MR. PETROCELLI:  No objection.

11              THE COURT:  It'll be admitted.

12              (Whereupon, Plaintiff's Exhibit No. 790 was

13    entered into evidence.)

14              MR. VERNON:  Your Honor, at this time we would

15    pass the witness.

16              THE COURT:  Thank you.

17              Let me ask you one more question.  Would you say

18    that some bidders in the market are more conservative than

19    others and are known for being so?  Because it seems to me

20    you said that you have sort of a 50 percent earn-out rate on

21    books that get advances of $250,000 or more.  And I've seen

22    a number in things I've read in this case that some people

23    have 85 percent of books that don't earn out.

24              THE WITNESS:  Well --

25              THE COURT:  So would you say that you're more
```

Pietsch - DIRECT - By Mr. Vernon

1    conservative than other players in this market generally

2    speaking or can that not be generalized?

3            THE WITNESS:  I'm not sure that we're more

4    conservative.  Our business does have quite a few very large

5    parts that are conservative.  We have two imprints, Little,

6    Brown and Grand Central, which are kind of big, mainstream

7    going-out-to-the-heart-of-the-market imprints.  And then we

8    have a children's book division called Little, Brown Books

9    for Young Readers that goes very aggressively and is

10   competitive with all these other imprints.

11           I think of our competitors as having a lot more

12   imprints that are going after the bidding -- making big bids

13   like this than we do, because we just have those two or

14   maybe three.

15           Then we have our imprints that are very cautious.

16   The Perseus Book Group has five imprints that are -- tend to

17   be -- to go above 250,000 much more rarely.  So they have a

18   much, much better rate of earn-out.

19           And Workman, newly acquired, has the same

20   approach.  So we have big parts of our business that earn

21   out more often than the two kind of heart-of-the-market

22   imprints do.

23           THE COURT:  Thank you.

24           MR. VERNON:  Can I follow up on that quickly, your

25   Honor?

```
 1                    THE COURT:  Yes.
 2    BY MR. VERNON:
 3    Q.  Mr. Pietsch, do you have a specific recollection of how
 4    frequently Hachette's books earn out at specific advance
 5    levels?
 6    A.  I don't have a specific recollection.  No.
 7    Q.  Would looking at your deposition testimony possibly help
 8    you remember?
 9    A.  Okay.  Sure.
10    Q.  Let me ask you to turn in your binder to your litigation
11    deposition.  It's the last tab.  It says Deposition
12    4/5/2022.  Please turn to Page 263, Lines 5 through 18.  And
13    please read that to yourself and let me know when you're
14    ready.
15    A.  Yes.
16    Q.  Please set that aside.
17    A.  Sorry?
18    Q.  Please set your deposition testimony aside.
19    A.  (Witness complies.)
20    Q.  How often do Hachette's books earn out the advance at
21    the higher advance levels?
22    A.  The great majority of the books that we pay high
23    advances for do not earn out their advances.
24                    MR. VERNON:  Thank you.
25                    Now I pass the witness.
```

Pietsch – DIRECT – By Mr. Vernon

```
1                    THE WITNESS:  Is it possible to have a break?

2                    THE COURT:  Yes.  Let's take a 15-minute break.

3                    THE WITNESS:  Thank you.  I appreciate that.

4                    THE COURT:  This will be our afternoon break.

5                    (Thereupon a recess was taken, after which the

6          following proceedings were had:)

7                    THE COURT:  Good afternoon.

8                    MR. PETROCELLI:  May I proceed, your Honor?

9                    THE COURT:  Yes, you may.

10                   MR. PETROCELLI:  Thank you.

11                         CROSS-EXAMINATION

12         BY MR. PETROCELLI:

13         Q.  Mr. Pietsch, hi.  I'm Dan Petrocelli.  I represent

14         Bertelsmann and Penguin Random House.

15                   How are you today?

16         A.  I'm very well.  Thank you.

17         Q.  We've not met before, have we?

18         A.  No, we have not.

19                   THE COURT:  I'm the motions judge this month.

20         During the breaks, I have to review a bunch of motions.  So

21         I had to take my laptop off the bench and I didn't bring it

22         back.  So my law clerk just went to get it.

23                   Thank you.  My intern's gone to get it.

24                   You can proceed, Mr. Petrocelli.  I've got the

25         transcript.
```

```
 1    BY MR. PETROCELLI:
 2    Q.  So --
 3    A.  Can you say your name again, please?  I didn't get it.
 4    Q.  Excuse me?
 5    A.  Can you say your name again, please?  I didn't hear it
 6    clearly.
 7    Q.  I'm sorry?
 8             THE COURT:  That's Mr. Petrocelli.
 9             THE WITNESS:  Oh, Petrocelli.
10    BY MR. PETROCELLI:
11    Q.  Petrocelli.
12    A.  Yes.
13    Q.  Got that?
14    A.  Yes.
15    Q.  So before I jump into some of the questions I had
16    planned to ask you, I thought I might follow up on some of
17    your last answers and some of the questions the judge asked
18    you.
19    A.  Uh-huh.
20    Q.  When you were talking about how many times you earn out
21    and don't earn out, when you don't earn out, when the
22    publisher doesn't earn out, you can still earn a profit.
23    Right?
24    A.  In a few cases.  Mostly, you lose money.  But in some
25    cases you can not earn out and make a profit.
```

1    Q.  Well, when you say in most cases you would lose money,

2    you bake into your projections, right, about how much a book

3    is going to sell?  You do, like, a P&L pro forma when you're

4    bidding for a book.  Right?

5    A.  Yes.

6    Q.  Okay.  And you project the sales.  Right?

7    A.  Yes.

8    Q.  And then you have certain cost categories that you

9    subtract.  Right?

10   A.  Yes.

11   Q.  What are those?  What are those categories?

12   A.  Advances, unearned advances, manufacturing costs,

13   planned costs, marketing costs, distribution costs.

14   Q.  And what was the second one?  Did you say unearned

15   advances?

16   A.  Yes.  I said first royalties and then -- perhaps I

17   misspoke.  What I meant to say was royalties followed by

18   unearned advances.

19   Q.  Now, if a book doesn't sell as projected, but it covers

20   your costs that you just identified, you can still make

21   money on the book.  Right?

22   A.  We can.  Yeah.

23   Q.  Okay.  Do you keep track of how many times you actually

24   make money on a book as opposed to lose money on a book?

25   A.  We look back over our performance on our high-earning

 1    titles quite rigorously over each year.  I'm not sure what

 2    you mean by "keep track."

 3    Q.  You know, for every book that you publish, do you at

 4    some point go back and calculate whether you made any profit

 5    at all or you lost money?

 6    A.  We do a P&L for every title we publish -- that's

 7    correct -- after publication.

 8    Q.  And you have to wait a long time, though, to see -- for

 9    the sales to go through.  Right?

10    A.  Yes.  We do one after one year, after two years and

11    after three years.

12    Q.  And then there could even be sales beyond that as well.

13    Right?

14    A.  There are sometimes.  Yes.

15    Q.  But typically, if there are sales beyond three years,

16    then you're doing pretty well on that book and the authors

17    likely earned out.  Right?

18    A.  Not at all.  No.  Not remotely true.

19    Q.  What's your batting average, then?  How often do you

20    make money, even if it's a small amount, on a book?

21    A.  I don't have that figure clear in my head.  I think it's

22    around half the books we publish make a profit of some kind.

23    Q.  Okay.  Thank you for that.

24              Now, you spoke recently.  You gave a YouTube

25    presentation for an organization a couple of weeks after

1    your deposition was taken in this case.  Right?  For the

2    Book Industry Study Group?

3    A.  I spoke to the -- yes.  I spoke to the BISG.  That's

4    correct.

5    Q.  You also wrote an article for *Publishers Weekly* at the

6    end of last year.  Right?

7    A.  That's right.

8    Q.  And in both of those, the article and your speech, you

9    indicated that the publishing industry has not just survived

10   the COVID crisis, but has actually thrived.  Right?

11   A.  Yes.  I did say that.

12   Q.  Okay.  And you also said that -- let me make sure I get

13   the right quote here.  You also said that most publishers,

14   most publishers, are reporting record revenues and profits

15   for the past two years.  Right?

16   A.  Those publishers that publicly report their results have

17   all said that the unique combination of factors that COVID

18   brought were extremely positive for the book industry.

19   Yeah.

20   Q.  Okay.  And you didn't indicate that the only publishers

21   who were reporting record revenues were the Big 5.  Correct?

22   A.  In my -- to my knowledge, the only publishers that

23   report their revenues and profits publicly are the Big 5,

24   plus perhaps Bloomsbury, which is English, an English

25   company with the U.S. and France.

1    Q.  But to be clear, when you gave the speech, you didn't

2    make that clarification.  You just said:  Most publishers

3    are reporting record revenues.  True?

4    A.  Those who report.  Yes.  You said "are reporting."

5    So that --

6    Q.  And you didn't even say "those who report."

7    A.  No.  I did.

8    Q.  You said "most publishers."  Correct?

9    A.  That's correct.

10   Q.  And you also indicated that even beyond the pandemic

11   years, we're living in a great age for publishers, authors

12   and readers.  Right?

13   A.  I did say that.  Yeah.

14   Q.  And you said:  Industry revenues have grown year after

15   year for decades, excluding a recession and a disruption or

16   two, but we are in an industry that's just kept growing.

17   You said that, too.  Correct?

18   A.  I was speaking very positively.  Yes.  I did say that.

19   Q.  Now, you indicated in your speech that there were a

20   number of immediate crises and long-term crises.  Do you

21   recall that?

22   A.  I do.  Yes.

23   Q.  And none of the immediate or long-term crises included

24   consolidation.  Correct?

25   A.  I chose not to speak about consolidation at the -- in

1    that public address because of this ongoing matter of PRH

2    acquiring Simon & Schuster.

3    Q.  And your company's been pretty active in acquiring other

4    companies.  Right?

5    A.  Yeah.  It has.

6    Q.  Just so we have a complete record on that, you acquired

7    Workman just last year.  Right?

8    A.  Excuse me.

9    Q.  Do you need a break?

10    A.  No.  I just needed to clear my throat.

11    Q.  You acquired Workman just last year.  Right?

12    A.  That's right.

13    Q.  A couple of years before that, you acquired a publisher

14    called Worthy?

15    A.  Yes.

16    Q.  And before that, Perseus?

17    A.  That's correct.

18    Q.  And before that, Black Dog & Leventhal?

19    A.  Yes.

20    Q.  And as CEO of Hachette Book Group, you oversaw each of

21    those acquisitions?

22    A.  Yes; and more.

23    Q.  Okay.  And you also acknowledged in your direct exam

24    that your parent company tried to acquire Simon & Schuster.

25    Right?

1    A.  My parent company considered the offering and did not

2    make an offer.

3    Q.  You personally were involved in the analysis of the

4    Simon & Schuster opportunity for Hachette.  Correct?

5    A.  Yes.

6    Q.  And you recommended that Hachette make an offer to

7    acquire Simon & Schuster.  Correct?

8    A.  That's true.

9    Q.  And you are aware that your parent company has expressed

10   an interest in acquiring Simon & Schuster if this merger

11   were not to proceed.  Correct?

12   A.  Yes.  That's true.

13   Q.  And you will continue to support the acquisition of

14   Simon & Schuster were this merger not to proceed.  Correct?

15   A.  Simon & Schuster is a great publishing company.  I would

16   be very happy for my parent company to acquire it.  Yes.

17   Q.  So given that you would be very happy to acquire Simon &

18   Schuster, I assume, then, that you would not be concerned in

19   that circumstance about a 5-to-4 merger.  Correct?

20   A.  My concern is not about a 5-to-4 merger.  It is about

21   the creation of one super-dominant publisher that is so far

22   out of scale with all other publishers.

23   Q.  I would appreciate it if you just answered my questions

24   little more directly.

25              You're not -- you were not concerned about a

```
 1    5-to-4 merger per se.  Correct?

 2    A.  That's correct.

 3    Q.  And if you were to succeed in acquiring Simon &

 4    Schuster, you don't have any intention of lowering author

 5    advances, do you?

 6    A.  First, I would not be the one acquiring it; my parent

 7    company would be the one acquiring it.  And it is not at all

 8    known who would be leading that entity.  So would I be in a

 9    position to do that?  I can't say.  I do not expect the --

10    repeat the question.

11    Q.  Okay.  If this merger were not to proceed and your

12    parent company were to acquire Simon & Schuster, would it be

13    your intention to lower author advances?

14    A.  You're speaking of this as though it's something I would

15    be doing.  My parent company would be acquiring Simon &

16    Schuster.

17    Q.  Sir, I'm asking whether you would support a decision, if

18    you would make a recommendation as the CEO of Hachette:  We

19    succeeded in acquiring Simon & Schuster; we should now lower

20    advances?

21    A.  No.  I would not make that recommendation.

22    Q.  Okay.  And am I correct that you also would not make a

23    recommendation to start reducing titles?

24    A.  I cannot say that that is true.

25    Q.  You might want to recommend to reduce titles?
```

1    A.  I would -- once we were -- if my -- if Hachette Livre

2    owned Simon & Schuster, we would look at the publishing

3    program of all the imprints.  And it is possible we could

4    expand.  It's possible we could reduce.  I really don't have

5    an opinion on that in the absence of the information that

6    would come with acquisition, which we never got to see

7    because we did not make an offer.

8    Q.  You might need to slow down because I'm having trouble

9    hearing you and I know the reporter is probably having

10   trouble.

11   A.  Okay.

12   Q.  But it wouldn't be your purpose in closing imprints down

13   in order to take advantage of the concentration to reduce

14   author advances.  That wouldn't be your purpose, right, in

15   reducing title count and closing imprints down?

16   A.  I'm sorry.  Say that again, please.

17   Q.  Yeah.  If the merger went through, you indicated you

18   might want to close some imprints down.  Is that what you

19   said?

20   A.  No.  That's not what I said.

21   Q.  Then I didn't hear you.

22   A.  I said I don't have enough information about Simon &

23   Schuster to have any judgment about whether expanding

24   imprints or reducing them might be an appropriate next step.

25   Q.  Okay.  Well, let me ask you this:  As the person who

1    made a recommendation to your parent company to bid for

2    Simon & Schuster just a year ago, did you do an analysis

3    whereby you informed your company that you could reduce

4    title count as a result of the merger?

5    A.  We did not do such an analysis.  That's true.

6    Q.  As part of your analysis, did you indicate to your

7    parent company that you could reduce author advances?

8    A.  No.

9    Q.  Did you project in any financial estimates or analysis a

10   reduction in author advances?

11   A.  We did not.

12   Q.  I'd like to -- you did project efficiencies, though.

13   Right?

14   A.  We did.

15   Q.  Okay.

16          MR. PETROCELLI:  And I'd like to show the witness

17   Defendants' Exhibit 288.  This may be a confidential

18   exhibit.

19          MR. WINTER:  It is.

20          MR. PETROCELLI:  May I approach, your Honor?

21          THE COURT:  Yes.

22   BY MR. PETROCELLI:

23   Q.  (Tenders document to the witness.)

24          MR. PETROCELLI:  We're not going to put this on

25   the screen, your Honor.

Pietsch - CROSS - By Mr. Petrocelli

1    BY MR. PETROCELLI:

2    Q.  So you have in front of you Defendants' Exhibit 288.

3    And you understand this to be a March 2020 presentation

4    concerning the potential acquisition of Simon & Schuster.

5    Correct?

6    A.  That's right.

7    Q.  Okay.  And if you could turn to page -- and to be clear,

8    you believed that the combined company of Hachette and Simon

9    & Schuster would experience certain synergies and cost

10   savings.  Correct?

11   A.  That's true.

12   Q.  Okay.  And if you look at Slide 17 in Exhibit 288, you

13   will see a description of the types of costs and other

14   synergies that are discussed there.  Correct?

15   A.  Yes.

16   Q.  And if you look at the next page -- and I won't say the

17   number out loud -- that's Slide 18.  You will see on the

18   right-hand side in euro an estimate for the full synergies.

19   Correct?

20   A.  That's right.

21   Q.  And in U.S. dollars, that number would be roughly the

22   same.  Correct?

23   A.  It would now.  Yeah.

24   Q.  Excuse me?

25   A.  It would now.  Yes.

1    Q.  Well, it wasn't that different back then, either, was

2    it?

3    A.  (No response.)

4    Q.  I don't have the conversion in --

5            THE COURT REPORTER:  I'm sorry.  I didn't hear an

6    answer.

7            THE WITNESS:  I said:  It would now.  Yes.

8    BY MR. PETROCELLI:

9    Q.  And it was around the same number back in 2020.  Right?

10   A.  It was a little higher, the conversion rate.  Yeah.

11   Q.  Now, I'd like to go back to your testimony about the

12   lowering of advances -- all right? -- if this merger were to

13   go through.

14           If the merged company were to lower advances, you

15   would have an opportunity to win more books.  Right?

16   A.  If the merged company --

17   Q.  Yeah.

18   A.  -- were to --

19   Q.  Were to lower author advances and proposals being made

20   to authors, you know, through the agents, if they said, you

21   know, Now we're merged and now we can lower advances, like

22   the Government was saying, if they actually tried to do

23   that, you could win more books.

24   A.  I don't see that logic.

25   Q.  You're saying you could not win more books?

1    A.  I don't believe that that is the case.  I think that we

2    make each acquisition decision title by title based on what

3    we believe we can sell it at; and that would continue to be

4    the case.  In certain situations, if we were the last two

5    bidders left at the top, we might acquire the book for less

6    than it might have gone for without another publisher

7    bidding.  I do not see how that would lead us to buy more

8    books.

9    Q.  To be clear, what you're saying is that, merger or not,

10   your bidding would be the same as before.  Right?  You're

11   going to bid as much as you think it's worth and not more.

12   Right?

13   A.  That is correct.

14   Q.  Okay.

15   A.  Yes.

16   Q.  But if they lowered the bid --

17   A.  If you lowered the bid --

18   Q.  Excuse me.  If the merged company were to lower its bid

19   below the level -- your highest level, you would win the

20   book in that circumstance?

21   A.  I'm sorry.  I need you to repeat the question.  I didn't

22   understand it.

23   Q.  Yes.  If the merged firm were to lower its bid below

24   your highest valuation that you were willing to bid, that

25   would be a circumstance in which you would win a bid that

1    previously you might not have?

2    A.  I'm not following your logic that we would offer less as

3    a merged company than we would offer as just Hachette.  We

4    would still -- the merged company would still come up with

5    what it thinks the book is worth and bid up to that amount.

6    We wouldn't lower it.

7    Q.  I'll give you an example.  If pre-merger your top number

8    was 500,000, okay, and Simon & Schuster or Penguin Random

9    House bid 600,000 and won the book, but after the merger

10   they bid 400,000, and your number is still 500,000, in that

11   circumstance, you would have a higher bid and you might be

12   selected.  Correct?

13   A.  I think you don't understand the logic of offering at an

14   auction.  I don't understand how a combined Simon & Schuster

15   and Random House would offer 400,000 where separately they

16   might have offered 600.  If they had one of their publishers

17   that wanted to offer 600,000, that would be the bid that

18   carried the day.

19   Q.  Well, can you just accept my hypo?

20   A.  No.  I don't accept it, is what I'm saying.

21   Q.  And it's because you don't believe that the merged

22   company would actually lower its bid?

23   A.  No.  What I was saying was that in situations where they

24   were the last two publishers bidding, they would stop

25   bidding each other up at a certain level when they were the

1    last two, but not that they would agree to offer less than

2    either one of the entities thought it was worth.

3    Q.  And you're talking about an auction situation.  Right?

4    A.  I am.  Yeah.

5    Q.  But what if it were not an auction?

6    A.  Okay.

7    Q.  What if it were just an agent playing -- getting a

8    number from the merged firm and getting a higher number from

9    you?  In that circumstance, you would win?

10   A.  If we have the higher bid, yes.  We would win, most

11   likely.

12   Q.  Now, your view that the merged firm could lower advances

13   is in a situation where the final two bidders pre-merger

14   would have been Simon & Schuster and Penguin Random House,

15   and let's say Hachette might have been third.  But

16   post-merger, now we don't have Simon & Schuster and Penguin

17   Random House one and two, because now they're merged.  And

18   in that situation, you think that they could lower an

19   advance.  Correct?

20   A.  In that situation, they could be the highest bidder for

21   the book, win the book and not pay as much as they might

22   have been willing to had they been competing with each

23   other.

24   Q.  Okay.  Because the constraint that one imposed on the

25   other pre-merger is now gone in that situation?

1    A.  If they are, yes, in their own financial self-interest

2    not bidding against each other when they're the only

3    remaining publishers.

4    Q.  But if you're bidding against anybody other than Penguin

5    Random House and Simon & Schuster, you don't see a reduction

6    in advance in that scenario.  Correct?

7    A.  No.  Outside of the merged company, I think everything

8    continues as it was.

9    Q.  My question was:  If you were bidding against another

10   firm, let's call it HarperCollins, and not Simon &

11   Schuster/Penguin Random House, you would not see that

12   circumstance leading to a lower bid, to a lower advance.

13   Correct?

14   A.  To a lower advance for the author ultimately?  Is that

15   what you're saying?

16   Q.  Correct.

17   A.  That is correct.

18   Q.  And in the situation where you do think there's a

19   potential -- I think you testified in your deposition that

20   it was conceivable.  Do you recall using that word?

21   A.  I don't have the context you're talking about.

22   Q.  The context in which you're bidding against Simon &

23   Schuster and Penguin Random House post-merger.

24   A.  I do not understand the question.  What is conceivable?

25   Q.  What you said in your deposition, am I correct, that the

 1   lowering of an advance was not likely or probable, but

 2   conceivable?

 3   A.  Forgive me for not understanding your question.  Please

 4   repeat it.

 5   Q.  I'll take you to your deposition.  Could you turn to

 6   Page 59, Line 11 through Line 19.  Do you have your

 7   deposition in front of you?

 8   A.  I am opening it now.

 9   Q.  Okay.

10   A.  What lines?

11   Q.  Line 11.

12   A.  Okay.

13   Q.  Question:  Does it follow that if advances go down that

14   Hachette would pay less in advances?

15        In those situations where the last two bidders

16   were Hachette and the combined Penguin Random House/Simon &

17   Schuster, it is conceivable that the lack of a third party,

18   if that third party were either PRH or Simon & Schuster,

19   would -- it would to [sic] lead lower ultimately winning

20   advances.

21        And you gave that testimony.  Correct?

22   A.  I did.  I'm trying to understand it.

23   Q.  And could you look at Lines 21, Page 59?  21 to 60.

24   A.  Yes.

25   Q.  Other than in the case where the final two bidders were

1    Hachette and Penguin Random House/Simon & Schuster, are

2    there other instances where you believe that advances will

3    go down?

4            Answer:  No.

5            That was an accurate answer you gave.  Right?

6    A.  As I said this morning, I believe there are also

7    situations where the smaller number of bidders in an auction

8    will also in many cases lead to ultimately higher bids.

9    Q.  We'll get to that.  But that's the answer you gave in

10   your deposition?

11   A.  That is correct.

12   Q.  Now, one question I have about that is, when you are

13   bidding post-merger, you're not going to know whether you're

14   bidding against Simon & Schuster/Penguin Random House.

15   Correct?

16   A.  In most cases, we do not know who we are bidding

17   against.  That's correct.

18   Q.  And if you don't know who you're bidding against, you're

19   not going to be able to make an assumption that you're

20   bidding against Simon & Schuster/Penguin Random House, that

21   therefore in that situation there might be a lower advance

22   offered.  You're just not going to know.  Right?

23   A.  It sounds like -- I will say it sounds to me like you're

24   saying that a lower advance offered means we're offering

25   less.  Is that what you're saying?

Pietsch - CROSS - By Mr. Petrocelli

1    Q.  No; that -- well, I want to get to that.  But Penguin

2    Random House and Simon & Schuster are lowering.  That's what

3    the Government is claiming.

4    A.  We will not know if we don't know who the other bidder

5    is that it is a Penguin Random House/Simon & Schuster bid.

6    That's correct.

7    Q.  I think, as you testified earlier, your strategy

8    post-merger in bidding is not going to change at all,

9    correct, no matter who you're up against?  Right?

10   A.  Our strategy will still be to -- yeah.  I don't see our

11   strategy changing.  No.

12   Q.  It's also the case when you are bidding for books

13   against other publishers, it's quite common that with

14   respect to the same book, different publishers and different

15   editors could value it very differently.  True?

16   A.  Absolutely.  Absolutely.

17   Q.  And that happens often.  Right?

18   A.  That is -- that is --

19   Q.  And that's because every book is unique.  Correct?

20   A.  Absolutely correct.

21   Q.  And I believe you confirmed in your direct, but just to

22   make sure, Hachette would not drop out of an auction at any

23   different rate post-merger versus pre-merger.  Right?

24   A.  That's correct.

25   Q.  When Penguin -- you gave some testimony about the merger

```
1   in 2013 between Penguin and Random House.  Do you recall
2   that?
3   A.  When Random House acquired Penguin?
4   Q.  Yes.
5   A.  Okay.
6   Q.  Yes.  First of all, you didn't see any kind of decrease
7   in author advances as a result of that merger.  Right?
8   A.  I did not observe any.
9   Q.  And you've never done any analysis to determine if there
10  was any reduction in author advances as a result of that
11  merger.  Correct?
12  A.  That is true.
13  Q.  Now, with respect to the reduction in title count, did I
14  understand you to say that as a result of the 2013 merger,
15  there was a reduction in Penguin Group's title count by some
16  1,000 titles?
17  A.  That is what I observed.  Yes.
18  Q.  Now, are you saying that that was as a result of the
19  merger or that would have occurred independent of the
20  merger?
21  A.  I cannot speak to causality.  I observed -- I just keep
22  track of the title count of our competitors each year and
23  observed that over time at the same time that I observed
24  several Penguin imprints being closed down.
25  Q.  With respect to the reduction in title count, you
```

Pietsch - CROSS - By Mr. Petrocelli

1    understood that there was an industry trend going on around

2    that time regarding a reduction in mass-market paperback

3    books.  Correct?

4    A.  In that time, there were, yes.  Some publishers were

5    cutting back on their mass-market publishing.  Yes.

6    Q.  It's fair to say that the demand for mass-market

7    paperbacks had decreased significantly.  Correct?

8    A.  That has been a steady trend.  Yes.

9    Q.  And did you understand that the Penguin Group was

10   overindexed in mass-market books at or around the time of

11   the merger?

12   A.  I did not understand that.  No.

13   Q.  That was a phenomenon that affected all publishers?

14   A.  Many publishers cut back their mass-market paperback

15   title count in that period.  Random House also has

16   mass-market publishing, and their title count stayed the

17   same.

18   Q.  Now, did I also understand you to say that as a result

19   of that 2013 merger that there was closure of imprints?

20   A.  Yes.

21   Q.  And did you -- you attribute that to the merger?

22   A.  I noticed the -- I noticed that it happened after the

23   merger.

24   Q.  Well, do you know how many imprints the merged firm

25   Penguin Random House closed following 2013?

1    A.  I do not have a count.  No.

2    Q.  If I told you it was 32 imprints that were closed, would

3    that be consistent with your knowledge?

4    A.  As I said, I observed imprints I knew of closing.  I

5    didn't have any sense of a count.

6    Q.  And do you know how many they opened during that same

7    period of time?

8    A.  No, I don't.

9    Q.  And if I told you that Penguin Random House opened 32

10   imprints during that same period of time, is that consistent

11   with your knowledge?

12   A.  I was not aware of that.  No.

13   Q.  And your company also closed imprints.  Right?

14   A.  Yes.  Our company has closed some.

15            THE COURT:  I'm sorry.  Could I ask a clarifying

16   question?

17            What's the relationship between the imprints and

18   the title counts?

19            THE WITNESS:  Imprints are a unit of a publishing

20   group or a larger company that publishes books.  So an

21   imprint is responsible for bringing out a certain number of

22   titles a year.  An imprint employs editors, publicists,

23   marketing teams, designers.  And so an imprint is a sub-unit

24   of a publishing company.

25            THE COURT:  So if you close an imprint, you

1    necessarily reduce your title count because that imprint's

2    not producing titles?

3            THE WITNESS:  When an imprint is closed, that

4    usually means that the people that are employed at that

5    imprint for acquiring books and publishing them are let go

6    and that they stop acquiring books.

7            THE COURT:  And that's why the title count goes

8    down?

9            THE WITNESS:  That is an outcome of that -- that

10   imprint's title count would disappear.  It would not be

11   acquiring new titles.

12   BY MR. PETROCELLI:

13   Q.  Well, the total title count would be reduced unless you

14   opened up new imprints.  Right?

15   A.  I'm sorry?

16   Q.  Total title counts might go down unless you opened up

17   new imprints that created new titles.  Right?

18   A.  A publisher can do that as well.  Yes.

19   Q.  And in --

20           THE COURT:  I'm sorry, Mr. Petrocelli.

21           Does the title count include back-list or only --

22           THE WITNESS:  No.  When we're talking about title

23   count here, we're talking about the new titles issued each

24   year under the aegis of a particular imprint.

25           THE COURT:  I'm sorry, Mr. Petrocelli.  Go ahead.

```
 1              MR. PETROCELLI:  Thank you, your Honor.
 2    BY MR. PETROCELLI:
 3    Q.  You closed Weinstein Books in 2017.  Right?
 4    A.  That's correct.
 5    Q.  And you closed Da Capo Lifelong/Da Capo Press in
 6    2018-2019?
 7    A.  We merged that into a -- we created a new imprint called
 8    Hachette Books that took on that publishing and those
 9    editors.
10    Q.  And you also closed Grand Central's Life & Style
11    imprint?
12    A.  Yes.
13    Q.  And FaithWords and Worthy.  Right?
14    A.  That's incorrect.  Those are both ongoing imprints,
15    FaithWords and Worthy.  Very much alive.
16    Q.  Now, you gave a lot of testimony about the Big 5.  So
17    let me just follow up a bit on that.
18              You have in front of you a spreadsheet which is a
19    document identical to the one that you were shown on your
20    direct examination, except this is marked as Defense
21    Exhibit 220 rather than the Plaintiff's exhibit because I
22    had put some tabs on there to make it easier for you to turn
23    to certain pages.
24    A.  Thank you.
25    Q.  Do you have that in front of you?
```

 1    A.  I do.

 2    Q.  Now, you indicated that --

 3              THE COURT:  I'm sorry.  What are we looking at?

 4              MR. PETROCELLI:  Oh, we need a copy for the Court.

 5    This is Defendants' Exhibit 220, which is really identical

 6    to the one you have, your Honor.

 7              THE COURT:  Okay.

 8              MR. PETROCELLI:  (Tenders document to the Court.)

 9              I should have marked up your copy as well.  So I

10    apologize for that, because I wanted to speed things up so

11    you could just turn to the tabbed pages.

12    BY MR. PETROCELLI:

13    Q.  At the beginning, let me just direct you to the front

14    page that you testified about, the scorecard up in the top

15    corner.

16    A.  Yes.

17    Q.  Okay.  And again, you're keeping track of the offers

18    that your company makes $500,000 and above that you're

19    unsuccessful.  Right?

20    A.  That's correct.

21    Q.  Okay.  And you indicated that the "Other" category

22    includes the non-Big 5 publishers.  Right?

23    A.  It does.  Yes.

24    Q.  And at the time that that scorecard was prepared, HMH

25    was a non-Big 5 publisher.  Right?

1    A.  That's correct.

2    Q.  So the number you have there is about 30, then, for the

3    non-Big 5 publishers.  Right?

4    A.  That's my rough estimate from memory.  Yes.

5    Q.  Now, have you actually gone through that document to

6    confirm that the other 20 are not -- are not non-Big 5

7    publishers?

8    A.  I have not gone through it myself.  No.

9    Q.  Were you just guesstimating?

10   A.  No.  I was given an analysis after our deposition when

11   this was the subject of a lot of questioning and I kept

12   saying I do not know what these other 50 are.

13   Q.  Who gave you that analysis?

14   A.  Counsel.

15   Q.  Your counsel?

16   A.  Yeah.

17   Q.  That was after the deposition?

18   A.  That's right.

19   Q.  But at the deposition, you indicated that it was

20   essentially for non-Big 5 publishers.  Right?

21   A.  What I indicated at the deposition was that I did not

22   know what made up those 50 other titles.

23   Q.  Let me take you through a couple of those non-Big 5

24   titles, if you wouldn't mind, where you were unsuccessful.

25   A.  Sure.

1    Q.  By the way, just to clarify something, one of the items

2    on -- or the names on the scorecard is HBG.  The judge asked

3    you about that.  That stands for Hachette Book Group.

4    Right?

5    A.  Right.

6    Q.  Now, your company allows your imprints to bid against

7    each other.  Correct?

8    A.  As long as there is another party outside Hachette

9    bidding.  Yes.

10   Q.  Okay.  So do you know any other company that allows

11   imprints to bid against one another within the same

12   corporation?

13   A.  As I testified earlier, I believe all the other Big 5

14   publishers allow the imprints within the company to bid

15   against each other as long as there are outside bidders.  So

16   yes, I do.

17   Q.  Now, you indicated that you thought the Penguin Group

18   may have a different policy?

19   A.  That is my understanding.

20   Q.  Well, if I told you that the Penguin division within

21   Penguin Random House is free to bid against any other

22   imprint in any other division, you wouldn't quarrel with

23   that.  Right?

24   A.  No.  I was speaking about imprints within the

25   publishing -- the Penguin Group of Random House, not bidding

1    against each other, but rather putting in a house bid.  The

2    Penguin Group house bid can be against other Random House

3    side imprints, to my knowledge.

4    Q.  So just to explain that a little more --

5    A.  Sure.

6    Q.  -- Penguin Random House has several divisions.  Right?

7    A.  Right.

8    Q.  And in each division are a number of imprints.  One is

9    the Penguin division; one is the Random division; one is the

10   Knopf Doubleday division.

11   A.  Right.

12   Q.  And then there's two children's divisions.  Right?

13   A.  Right.

14   Q.  And each of those divisions has a number of imprints.

15   Right?

16   A.  Yes.

17   Q.  Within -- and across those divisions, imprints are

18   permitted to bid against one another.  Right?

19   A.  Except the imprints on the Penguin Group are put in a

20   house bid even -- but it can be against an imprint or

21   multiple imprints from the other parts of Random House.

22   Yes.

23   Q.  The Penguin house bid can -- they can bid against any --

24   A.  Yes.

25   Q.  -- of the other imprints?

1    A.  Yes.  Absolutely.

2    Q.  And your company has that same practice of allowing

3    internal bidding, provided there's an external bidder.

4    Right?

5    A.  That's right.  Yeah.

6    Q.  The reason you have that practice is because you think

7    it's good for your business.  Right?

8    A.  That's right.

9    Q.  And you think it helps you to match up the author and

10   the work with the right editor and give you a greater

11   opportunity to win a book.  Right?

12   A.  We want our publishers to be competitive, and in some

13   cases that includes being competitive with each other.  That

14   causes them to move faster and work harder and have better

15   chances of winning the book.

16   Q.  Okay.  So let me just walk through a few instances where

17   your company lost to a non-Big 5 company.  Okay?

18   A.  Uh-huh.

19   Q.  And just one final thing before I do that:  If you go

20   back to that scorecard under HBG --

21   A.  Excuse me.  Is this the confidential document?  And is

22   it being shown on all screens?

23   Q.  It should not be shown on the screen.

24   A.  I'm seeing it on mine and I haven't --

25   Q.  I think it's okay on yours, but it shouldn't be shown

1    publicly.  Oh, I'm told that there's -- your lawyer cleared

2    it.

3    A.  Thank you.

4          MR. PETROCELLI:  Thank you, Vision.

5    BY MR. PETROCELLI:

6    Q.  Under HBG, you have a total of nine.  Those are nine

7    times when one of your imprints won a bid against another or

8    more of your imprints.  Right?

9    A.  That's right.

10   Q.  Now we go to the page on the Bates numbers on that

11   document you have in front of you, Exhibit --

12         MR. VERNON:  Your Honor, this is a confidentiality

13   point.  I think this portion of the document is not to be

14   shown publicly.

15         THE COURTROOM DEPUTY:  It's not showing on the

16   jury's screens, but only on the staff's screens.

17   BY MR. PETROCELLI:

18   Q.  If you could go to Bates No. 1065.  And what I have

19   attempted to do -- and I apologize for not doing it first

20   for your Honor -- I tabbed those in the order in which I'm

21   going to walk you through them, 1, 2, 3, 4, 5.  Do you see

22   the numbers on the yellow tabs?

23   A.  Bates No. 1065?

24   Q.  Yeah.  But if you go look at yellow Tab No. 1, you'll be

25   there.

1    A.  Got it.

2    Q.  And that's at page Bates No. 1065.

3    A.  Uh-huh.

4    Q.  So it's row 61.  And it's the situation where -- again,

5    all of these are cases where Hachette lost to a non-Big 5

6    for an amount over $500,000.  Right?

7    A.  Yes.

8    Q.  Okay.  I'm not going to identify the amount that you

9    folks bid.  Okay?

10   A.  Okay.

11   Q.  The first one was a loss to Chronicle.  Correct?

12   A.  I'm sorry.  I'm on the page.  I'm just seeing when -- it

13   doesn't point me to a particular one.

14   Q.  Row 61.

15   A.  I'll look at the screen instead of the document.  Thank

16   you.

17   Q.  Do you see that?

18   A.  I do.

19   Q.  And you lost Chronicle, and I won't tell you the amount

20   of the winning bid, for a book called *Elements of Flavor* in

21   2020.  Right?

22   A.  Right.

23   Q.  You lost to Chronicle also two other books, one called

24   *Songteller*, Dolly Parton's book.  Correct?

25   A.  That's correct.

1    Q.  And also Snoop Dogg's book, *From Crook to Cook*.  Right?

2    A.  Yeah.

3    Q.  So that's three losses to Chronicle there.

4         Scholastic -- you lost to Scholastic for Brittney

5    Cooper's *Stand Up!*  Right?

6    A.  (Nods in the affirmative.)

7    Q.  You have to answer audibly.

8    A.  Yeah.

9    Q.  You lost to Abrams on a book called *The Book of Zeewee*.

10   Is that right?

11   A.  I can't read it on the screen, but I'll take your word

12   for it.

13   Q.  And *Super Attractive*.  Right?

14   A.  Sounds right.

15   Q.  Grove Atlantic, Ruth Coker Burks' *All the Young Men*?

16   A.  I'm taking your word for it.  I cannot see that on my

17   screen or on my page.

18   Q.  Tyndale, Beth Moore's *Making It Matter*.  Correct?

19   A.  I think that might be a misunderstanding --

20   misidentification.  I believe Tyndale is owned by

21   HarperCollins.

22   Q.  Well, take a look at row -- at page Bates No. 10067.

23        THE COURT REPORTER:  10067?

24        MR. PETROCELLI:  Yes.

25   BY MR. PETROCELLI:

```
1     Q.  That would be Row 94.

2     A.  It says Tyndale House.  Yes.

3     Q.  And Disney:  Ellie Engel Saves Herself.  Right?

4     A.  Yeah.

5     Q.  And one more.  Spiegel & Grau:  Echoes Within.  Correct?

6     A.  What is the date of that?

7     Q.  Page -- excuse me?

8     A.  What date is that?

9     Q.  I don't have the date in front of me.  But it would be

10    in the last couple of years.

11    A.  Let me find it.

12    Q.  Page 1079, Row 265.  Do you see that, Alison Smith's

13    Echoes Within?

14    A.  Yes.

15    Q.  Now, Spiegel & Grau, by the way, is a relatively new

16    publisher.  Right?

17    A.  That's correct.

18    Q.  Okay.  And they obviously -- well, they would have bid

19    more than 500,000 to win that book.  Right?

20    A.  Absolutely.  I'm not saying that that never happens.  I

21    say it happens very, very rarely and is hard to sustain over

22    time for companies without back-lists.

23    Q.  Your company is not set up such that it has a special

24    division for books that go for advances of $250,000 or

25    above.  Right?
```

1    A.  No.  That happens across many of our imprints.

2    Q.  Excuse me?

3    A.  No.  That happens across many of our imprints.

4    Q.  What happens?

5    A.  Offering advances among -- of $250,000 or more.  I'm

6    saying it happens across the company.

7    Q.  So my question is:  You don't have, like, a special

8    division, a special group, that handles acquisitions of 250

9    and above.  That could happen in any of your imprints.

10   Right?

11   A.  Several of our imprints choose not to bid at that level.

12   But any one of the imprints that makes a case to offer that

13   much is supported in that bid because we have the

14   wherewithal across our whole company to support that level

15   of risk.

16   Q.  You don't have any separate marketing channels or

17   distribution -- marketing services or distribution channels

18   for just books that happen to have an advance of 250 or

19   above.  Correct?

20   A.  No.  We do not divide our company that way.

21   Q.  And you don't have approval levels within your company

22   based on $250,000, do you?

23   A.  We have advance approvals right around that.  All our

24   publishers have advance approval levels and they are all

25   clustered right around that number.  Almost everyone in the

1    company has to come to me for approval at that level or

2    higher.

3    Q.  But there are various numbers, right, ranging from

4    100,000 and above?  Right?

5    A.  From 100,000 to just above 250,000.  Yeah.

6              MR. PETROCELLI:  Thank you.

7              Your Honor, can I move Exhibits 288 and 220 into

8    evidence?  There are no objections.

9              THE COURT:  Those will be admitted.

10             MR. PETROCELLI:  Thank you.

11             (Whereupon, Defendants' Exhibit Nos. 220 and 288

12   were entered into evidence.)

13                     REDIRECT EXAMINATION

14   BY MR. VERNON:

15   Q.  Mr. Pietsch, Mr. Petrocelli asked you about your -- some

16   testimony you gave in your deposition.  Do you remember

17   that?

18   A.  I do.

19   Q.  He asked you about some testimony that you gave on Page

20   59 where you discussed a situation in which the merger might

21   lead to lower advances.

22             Do you remember that?

23   A.  Yes.

24   Q.  Did you describe in your deposition any other situations

25   in which the merger might lead to lower advances?

1    A.  Not to my recollection.

2    Q.  Let me ask you to turn to Page 58, again going back to

3    your litigation deposition.  Let me ask you to read Lines 10

4    through 20 on Page 58 to yourself and then let me know when

5    you're done.

6    A.  Yes.

7    Q.  Setting that aside, do you recall which circumstances

8    you explained in your deposition when you thought the merger

9    would cause advances to go down?

10   A.  When Penguin -- Simon & Schuster and Penguin Random

11   House were the last two bidders in an auction.

12            THE COURT:  I'm sorry.  You can't read from there.

13            THE WITNESS:  Oh, I'm sorry.  I wasn't reading.  I

14   was looking down.  I'm not reading.  Sorry.

15            When Simon & Schuster and Penguin Random House

16   were the last two bidders in an auction, in those situations

17   the author -- it is likely that the bidding would stop when

18   they were the last two bidders.  And the auction -- the

19   advance would be lower than if they continued competing

20   against each other.

21   BY MR. VERNON:

22   Q.  I think counsel also asked you if you had observed an

23   effect on advances from the merger of Penguin and Random

24   House.

25            Do you remember that?

1    A.  Yes.

2    Q.  Do you recall in your deposition testifying about

3    whether you had an expectation as to whether the merger of

4    Penguin and Random House would have affected advances?

5    A.  Yes.  I said that I thought it would.

6    Q.  And what effect did you expect it to have had?

7    A.  I think the acquisition of Simon & Schuster by Penguin

8    Random House would lead to lower advances.

9    Q.  I'm sorry.  I intended to ask you about the merger of

10   Penguin and Random House.

11   A.  Oh, I'm sorry.  Forgive me.

12   Q.  That's okay.

13   A.  Please ask it again.

14   Q.  Do you recall testifying in your deposition about

15   whether you had an expectation about whether the merger of

16   Penguin and Random House would have led to lower advances?

17   A.  Yes.  I expected that Random House's acquisition of

18   Penguin would have led to lower advances for the same reason

19   that their acquiring Simon & Schuster would.

20   Q.  Let me ask you to turn back to PX 790, which is the --

21   again the win/loss document we've been discussing.  Let me

22   know when you're ready.

23   A.  Yes.

24   Q.  First of all, did Hachette create this document for

25   purposes of this litigation?

1    A.  No.

2    Q.  Did Hachette create this document for purposes of the

3    DOJ's regulatory review?

4    A.  No.

5    Q.  I tried to count during counsel's examination -- I think

6    he asked you about ten losses to non-Big 5 publishers that

7    are recorded in this document.  Does that sound right?

8    A.  Sounds right.  Yeah.

9    Q.  How many losses in total are recorded in this document?

10    A.  We lost 302 auctions in this document.

11    Q.  And I believe counsel only showed you one loss to

12    Scholastic.  Is that right?

13    A.  That sounds right.

14    Q.  Did counsel show you any losses to self-publishing?

15    A.  No.

16          MR. VERNON:  I have no further questions, your

17    Honor.

18          THE COURT:  I just had a final question.

19          I thought you said if there's a smaller number of

20    bidders there could be a downward pressure on advances,

21    including fewer round robins.  Did I write --

22          THE WITNESS:  I said that in answer to a question

23    at trial, but not in the deposition.

24          THE COURT:  I see.

25          Thank you.

```
 1              MR. PETROCELLI:  May I ask a couple followup
 2     questions?
 3              THE COURT:  You may.
 4                      RECROSS-EXAMINATION
 5     BY MR. PETROCELLI:
 6     Q.  On the 2013 merger, Hachette didn't pay any lower author
 7     advances as a result of that merger.  Right?
 8     A.  Not to our knowledge.
 9     Q.  And you never reported to anybody in the company or to
10     your superiors that there had been a reduction in author
11     advances as a result of the 2013 merger.  Correct?
12     A.  That's true.
13     Q.  And one other question that I neglected to ask you the
14     first time around:  Does Hachette coordinate with other
15     publishers on advance amounts to be offered to authors?
16     A.  There's only one circumstance that we've ever done that,
17     and that's a collaborative publication of books by President
18     Clinton and James Patterson with Knopf and Little, Brown.
19     We don't collaborate, but we agree to offer an advance to
20     publish books jointly.  Other than that, there's never been
21     any -- never any collaboration or coordination with other
22     publishers.
23     Q.  And is it fair to say that Hachette does not intend to
24     start coordinating with other publishers on advance amounts
25     if this merger were to go through?  Right?
```

1    A.  That's correct.

2    Q.  If the merger is approved, will that make it more likely

3    for Hachette to coordinate with other publishers on author

4    advance amounts?

5    A.  No, it will not.

6             MR. PETROCELLI:  Thank you.  Nothing further, your

7    Honor.

8             THE COURT:  Anything else from you?

9             MR. VERNON:  We have no further questions.

10            May I confer with my colleagues to see if we just

11   want to rearrange our seating before the next witness?

12            THE COURT:  Yes.

13            I had one more question, actually.  I had

14   forgotten to ask this.  You had said that you tend to lose

15   to other bidders in proportion to their market shares?

16            THE WITNESS:  That's correct.

17            THE COURT:  Does that mean that if the combined

18   entity has almost 50 percent of the market share you would

19   expect them to bid in about 50 percent of the auctions?  I

20   know it's not precise.

21            THE WITNESS:  Yeah.  I would expect that the

22   combined entity would be bidding in more auctions because

23   bids come from individual editors', publishers' enthusiasm

24   and there would be more imprints --

25            THE COURT:  Oh, imprints within the combined

Pietsch - RECROSS - By Mr. Petrocelli

1    entity?

2              THE WITNESS:  Yeah; than -- you know, from Simon &

3    Schuster Group added to all the imprints of Penguin Random

4    House.  They would be bidding in total in more auctions.

5              THE COURT:  Thank you.

6              Any questions based on my questioning?

7              MR. VERNON:  I actually do have one question.  I

8    apologize.

9                        REDIRECT EXAMINATION

10   BY MR. VERNON:

11   Q.  I think you testified Hachette does not allow its

12   imprints to compete against each other unless there is an

13   outside bidder.  Did I hear that correctly?

14   A.  That's correct.

15   Q.  Why do you do that?

16   A.  Once we have only Hachette imprints bidding, then the

17   bidding -- continuing to bid each other up would hurt the

18   company's collective P&L.  At that point, we ask the author

19   and agent to make a choice between the two.

20             We allow the two imprints who are left to match at

21   the higher bid of the two if they were at different levels

22   at the end and ask the author and agent.  And that's just

23   financial self-interest.

24             MR. VERNON:  Thank you, your Honor.  We have no

25   further questions.

```
 1                    THE COURT:  Thank you.

 2                    Thank you very much, Mr. Pietsch.  You can step

 3        down.

 4                    THE WITNESS:  Thank you.

 5                    (Witness excused.)

 6                    MR. SCHWARZ:  Your Honor, the United States calls

 7        its next agent, Ayesha Pande, a literary agent.

 8                    MS. LICHT:  Good afternoon, your Honor.

 9                    THE COURT:  Good afternoon.

10                    MS. LICHT:  Is now a good time to drop off binders

11        for everyone?

12                    THE COURT:  Yes.

13                    MS. LICHT:  These are prepared binders of the

14        witness's deposition testimony.

15                    Your Honor, may I approach to leave some water for

16        the witness?

17                    THE COURT:  Yes.

18                    (Thereupon, the witness entered the courtroom and

19        the following proceedings were had:)

20                    THE COURT:  You can step right up here, ma'am.  If

21        you could remain standing and raise your right hand.

22                    AYESHA PANDE, PLAINTIFF'S WITNESS, SWORN.

23                    THE COURT:  Thank you.  You can be seated.

24                    You may proceed.

25                    MS. LICHT:  Thank you, your Honor.
```

```
 1                      DIRECT EXAMINATION

 2   BY MS. LICHT:

 3   Q.  Good afternoon, Ms. Pande.

 4   A.  Good afternoon.

 5   Q.  I'm going to get started by asking you some questions

 6   about your professional background.

 7              How long --

 8              THE COURT:  Can you have her state her name and

 9   spell her name for the record.

10   BY MS. LICHT:

11   Q.  Ms. Pande, could you state your name and spell it for

12   the record, please.

13   A.  My name is Ayesha Pande, A-Y-E-S-H-A P-A-N-D-E.

14   Q.  How long have you been in the publishing industry?

15   A.  32 years.

16   Q.  What was your first position in publishing?

17   A.  I worked as an editorial assistant for a small

18   independent publisher.

19   Q.  Have you held any other positions in publishing since

20   that time?

21   A.  Yes, I have.

22   Q.  Can you tell me about some of those positions?

23   A.  I worked at *Readers' Digest* as a research editor and

24   then as an editor for *Readers' Digest Condensed Books*.  And

25   then I held editorial positions at Crown Publishers, which
```

1    was a division of Random House; HarperCollins; and Farrar,

2    Straus & Giroux, which is an imprint at Macmillan.

3    Q.  How long did you work as an editor in total?

4    A.  15 years.

5    Q.  Approximately how many book acquisition negotiations did

6    you participate in as an editor?

7    A.  I don't remember an exact number, but I would say

8    several dozens.

9    Q.  Are you currently employed?

10   A.  Yes, I am.

11   Q.  What is your current position?

12   A.  I am the founder and president of my agency, Ayesha

13   Pande Literary.

14   Q.  When did you found Ayesha Pande Literary?

15   A.  In 2007.

16   Q.  Why did you decide to become a literary agent?

17   A.  I felt that my particular set of experiences, my

18   passions, my interests were better suited to advocating on

19   behalf of authors.

20   Q.  How would you describe the mission of your literary

21   agency?

22   A.  The mission of my agency arose out of my realization as

23   a biracial woman and an immigrant that there weren't a lot

24   of narratives that represented my particular experience of

25   being an outsider, being other, that those stories that I

1    was looking for that reflected that experience I couldn't

2    really find in the publishing industry.

3            And so I thought that I was -- that it would

4    benefit me to look for those stories and to represent

5    clients who wrote those kinds of stories.

6            And over the years, that has become somewhat of a

7    mission, a mandate for my agency, where we deliberately look

8    for those kinds of narratives and voices and we seek to

9    support and amplify those voices.

10   Q.  Where is your business located?

11   A.  It is located in Harlem, New York City.

12   Q.  How many people does Ayesha Pande Literary employ?

13   A.  There's ten of us all together.

14   Q.  How many authors does Ayesha Pande Literary represent?

15   A.  Approximately 300.

16   Q.  And does that include both fiction and nonfiction

17   authors?

18   A.  Yes.

19   Q.  What about you personally?  How many authors do you

20   represent?

21   A.  Approximately 50.

22   Q.  Is that also fiction and nonfiction authors?

23   A.  Yes.

24   Q.  How has your agency grown over the years?

25   A.  When I first started, I was solo and I had a very small

Pande - DIRECT - By Ms. Licht

1    handful of clients.  And I remained independent and on my

2    own for several years and then I started adding other agents

3    to my company.  So there's eight agents all together now.

4    And we also recently launched a speakers bureau.

5    Q.  Can you tell me about some of the authors you represent

6    and their notable achievements?

7    A.  Yes.  We -- I specifically represent both novelists,

8    prizewinning, award-winning novelists, scholars,

9    journalists, activists.  Yeah.  That's both in fiction and

10   nonfiction.

11   Q.  Have the books written by your authors been nominated or

12   won any awards in recent years?

13   A.  Yes.  They've won numerous awards in recent years,

14   including the PEN/Bingham Prize, the National Book Award,

15   the PEN/Bellwether Prize and many others.

16   Q.  Are you a member of any professional organizations?

17   A.  Yes.  I am a member and also a board member of the AALA,

18   which is the Association of American Literary Agents.

19   Q.  What are your responsibilities as a board member of the

20   AALA?

21   A.  Aside from attending meetings and voting on various

22   initiatives, I'm also a founding member of our DEI

23   committee, where we're also supporting a mentorship and a

24   fellowship program that's designed to bring more people of

25   color into the industry.

1    Q.   What does DEI stand for in that context?

2    A.   Diversity, equity and inclusion.

3    Q.   How many members does the AALA have?

4    A.   Approximately 500.

5    Q.   I'm going to turn to some questions about what it is

6    that you do as a literary agent and how you sell the rights

7    to publish your authors' books.

8              So at a high level, what do you do as a literary

9    agent?

10   A.   As an agent, the first job that I do is to find

11   promising, aspiring authors.  And once we decide to work

12   together, once I decide to represent them, I work with them

13   to develop their projects.  That can be editing manuscripts;

14   it can be helping them to refine their nonfiction ideas for

15   a book proposal.  It can take anywhere from six months to

16   two years to really hone and refine a project and get it

17   ready for submission.

18   Q.   How are you compensated as a literary agent?

19   A.   We are compensated via commissions that we receive after

20   we have sold a project to a publisher.

21   Q.   What is the commission that you typically receive?

22   A.   For domestic rights, it's typically 15 percent.

23   Q.   Do you have an understanding of whether that is typical

24   for literary agents?

25   A.   Yes.  That's pretty standard.

1    Q.  When an author's book is ready to be sent out to

2    prospective publishers, what do you do?

3    A.  I work together with my clients to put together a

4    submission.  That means writing a submission letter, putting

5    together a submission list, thinking about which might be

6    the most qualified editors and publishing houses to submit

7    to; and then once all of that is in place, I actually send

8    it out to editors.

9    Q.  How do you decide which editors may be especially

10   interested in a particular book?

11   A.  I weigh a number of different factors, including the

12   kinds of books that they have acquired in the past, how

13   effectively the publishing house for which they work has

14   published those kinds of books.  And also, I weigh the

15   ability of a publishing company to pay an appropriate

16   compensation for the work.

17   Q.  Do you prioritize editors at certain publishers when

18   making your submissions?

19   A.  I would say that in the first round of submissions, I

20   prioritize mostly editors from what we call the Big 5

21   publishers, because I find that they are most likely to pay

22   an appropriate advance for my clients.

23   Q.  Why is it important that your authors are compensated

24   appropriately?

25   A.  Well, by the time we send out the project, very

 1    frequently they have already spent many hours over many

 2    years working on the project.  By the time I even start

 3    representing the book, it's usually already a finished

 4    manuscript that they've spent years writing.  So it makes

 5    sense that all of those many hours of labor should be

 6    reasonably compensated.

 7    Q.  Looking beyond the financial compensation to authors, in

 8    your experience, what types of services do publishers

 9    provide to authors?

10    A.  Well, of course editorial services and then everything

11    that goes into producing a book, including designing a

12    cover, typesetting the book, marketing and publicizing the

13    book, distributing the book.  Yeah.  I think those are the

14    most important things.

15    Q.  Does the quality of those services matter to you?

16    A.  Yes.  Very much.

17    Q.  Why?

18    A.  The way that a publisher positions a book in the

19    marketplace and then the ways in which they promote the book

20    to potential audiences is crucial in ensuring the success

21    and longevity of that book.

22    Q.  Are there any other publishers to whom you typically

23    submit books in a first wave of submissions?

24    A.  I frequently include what I would refer to as some of

25    the mid-sized publishers, such as Bloomsbury and Grove and

 1   Norton.

 2   Q.  Why do you submit to mid-sized publishers like

 3   Bloomsbury, Grove and Norton in addition to the Big 5

 4   publishers?

 5   A.  Submitting to a broad range of publishers is more likely

 6   to lead to competition and therefore a more reasonable

 7   advance.

 8   Q.  How would you characterize the competition in terms of

 9   advance level offered by a mid-sized publisher such as one

10   of the ones you mentioned compared to an imprint of the Big

11   5?

12   A.  If I anticipate that the advance is going to be below

13   six figures, there's a reasonable expectation that they can

14   compete with the Big 5 publishers.  So yes.

15   Q.  When would you move to a second round of submissions?

16   A.  There's a point when enough of the publishers in the

17   first round of submission have passed on a book that in

18   order for me to achieve success in publishing the book or in

19   selling the book to a publisher I have to include other

20   publishers as well.

21   Q.  Who are some of the other publishers to whom you submit

22   books in a second wave of submissions?

23   A.  I would say they fall into two categories:  the smaller

24   independent publishers, like Graywolf, Pegasus, Melville

25   House, Tin House; and then the ones that I would refer to as

1    the relative newcomers, the ones that have cropped up in the

2    last year or two.

3    Q.  Taking those separately, thinking about the smaller

4    independent publishers that you mentioned, why do you

5    typically not include those smaller publishers in a first

6    wave of submissions?

7    A.  In my experience, they don't have the resources to pay

8    adequate advances, as much as I love working with them.  The

9    advances that I've received from them in the past have been

10   very modest.

11   Q.  Can you give me an example of or compare an advance

12   given by a smaller, independent publisher compared to an

13   advance that one of your clients has received from a Big 5

14   publisher?

15   A.  The advances that I've received from the small

16   publishers have tended to be somewhere below 10,000.  And

17   the advances from the Big 5, of course, have a broad range,

18   but I would say a modest advance from a Big 5 would be, you

19   know, somewhere around 25,000 to 30,000.

20   Q.  You also mentioned some newcomers.  Who are you

21   referring to there?

22   A.  There's a house that was recently launched by two

23   industry veterans called Spiegel & Grau.  There's another

24   one called Zando Projects.  There's Astra House.  There's

25   Zibby Owens' new publishing company called, I believe, Zibby

```
 1    Books.  Those are the ones.
 2    Q.  And why do you not include some of those new publishers
 3    in a first wave of submissions?
 4    A.  Because I think it takes a long time for a publisher to
 5    establish itself in the industry.  A publisher's lasting
 6    success, its longevity, depends on them having a substantial
 7    list of books that they've published and that continue to
 8    receive or generate revenues.  And all of these publishers
 9    are still too new to have really proven themselves.
10    Q.  How often do you submit a book to more than one editor
11    at Penguin Random House?
12    A.  Always.
13    Q.  Why always?
14    A.  Well, first of all, there's many, many imprints at
15    Penguin Random House and therefore many potential homes for
16    my clients' books.  But also, in order for me to ensure the
17    greatest chance of success, I can't -- simply cannot not
18    send out -- you know, submit to those imprints at Penguin
19    Random House.
20    Q.  With respect to Penguin Random House, could you decide
21    to not submit to any of their imprints at all?
22    A.  I would say no.
23    Q.  Why not?
24    A.  I don't believe I would be doing my clients any favors
25    by not submitting to Penguin Random House when on average
```

1    they make up approximately 30 or so percent of my

2    submissions.  So leaving them out would really shrink the

3    possibilities.

4    Q.  I'm going to focus my next few questions on what happens

5    after you've submitted a book to editors.

6              What are the next steps you take after making

7    those submissions?

8    A.  I follow up with editors to determine the level of

9    interest.  And depending on whether there's interest from

10   more than one publisher, I determine how I will go about

11   soliciting offers by setting what's called a closing.

12   Q.  Is there anything you can do to control the number of

13   editors who express interest in a book?

14   A.  No.

15   Q.  Is there anything you can do to control the number of

16   editors who make an offer to publish a book?

17   A.  No.

18   Q.  Is there anything you can do to control how much an

19   editor offers to acquire a book?

20   A.  No.

21   Q.  What are some of the different methodologies you use to

22   sell an author's book to a publisher?

23   A.  It depends on whether the book is a debut or a first

24   novel or a nonfiction project by an author, in which case I

25   would hopefully set a closing and request something like

 1     best bids from multiple publishers, "best bids" just meaning

 2     asking them at a particular time and at a particular date to

 3     send in, you know, what their best offer is for a particular

 4     project.

 5              If it is a repeat book for an author who's already

 6     under contract, which we call an option, then I would first

 7     submit it to that publisher exclusively and, if they make an

 8     offer, negotiate with them.

 9     Q.  What can you do if you don't think that the option offer

10     made by a publisher is sufficient for your author?

11     A.  At that point, I can decide to decline that offer and

12     then send the book out widely to other publishers.

13     Q.  How many interested bidders do you need to hold a

14     best-bids auction?

15     A.  Anywhere above two.

16     Q.  Do you ever sell books in a preempt?

17     A.  Yes.

18     Q.  Under what circumstances would you sell an author's book

19     in a preempt?

20     A.  When I have sent the book out to multiple publishers and

21     there's a lot of interest, one of those publishers or one of

22     those editors at those publishing houses may decide to try

23     and take that book off the table by making what we call a

24     preemptive offer.  So they would approach me and say:  Would

25     you consider accepting this offer rather than going to a

Pande - DIRECT - By Ms. Licht

 1    best-bids kind of situation?

 2    Q.  And if you don't think that the preempt offer is

 3    sufficient in terms of the compensation offered, can you

 4    then seek additional offers from other publishers?

 5    A.  Yes.  I can decide not to accept that preempt offer and

 6    then move on to the closing.

 7    Q.  In your experience, how does the number of interested

 8    editors impact which of these methodologies are available to

 9    you to sell the book?

10    A.  I'm sorry.  Could you repeat that question?

11    Q.  Yes.  Let me ask a slightly different question.

12          How do you choose which kind of methodology to use

13    to sell a book?

14    A.  It really depends on how many editors at different

15    publishing houses have expressed interest.  The preferred

16    scenario is if there are several interested publishers so

17    that I can move toward a competitive closing.  If there's

18    just interest from one publisher, then I have to try and

19    negotiate in good faith with that publisher.

20    Q.  In your experience, does having multiple editors

21    interested in a book impact the likely advance that is

22    offered?

23    A.  Yes.  In my experience, having a competitive situation

24    tends to lead to a higher advance.

25    Q.  In your experience, when multiple editors are interested

1    in a book, how often is a publisher outside the Big 5

2    involved?

3    A.  Very rarely.

4    Q.  In your experience, how often has a publisher outside

5    the Big 5 won a competitive situation for a book?

6    A.  Frankly, I don't remember a time when a publisher

7    outside of the Big 5 has won any kind of competitive

8    situation for a book.

9    Q.  I'm going to turn now to some questions about the

10   contract terms that you negotiate on behalf of your authors.

11          What are some of the most important contract terms

12   that you negotiate?

13   A.  I would say the single most important contract term is

14   the advance.  And after that, it would be the rights,

15   including translation rights and the other rights included

16   in the package that the publisher is seeking to acquire, and

17   the royalty rates.

18   Q.  Why is the advance the most important term that you

19   negotiate on behalf of your authors?

20   A.  Because in a large number of cases, it may be the only

21   compensation that the author will receive for their work.

22   Q.  Approximately what percentage of the authors represented

23   by your agency have earned out their advance?

24   A.  On the more generous side, I would say 20 percent.

25   Q.  From your experience, how are advances usually paid out?

1    A.  This has been something that's shifted in the time that

2    I have been in publishing.  And now the standard payout

3    tends to be in quarters.

4    Q.  What have you observed to be the typical schedule for a

5    payout in quarters?

6    A.  The first payment is on the signing of the contract.

7            After that is the -- the next payment comes on

8    what we call delivery and acceptance, which is when the

9    editor officially accepts the manuscript and declares it

10   ready for -- to be sent off to the copy editor.

11           And then the third payment is upon publication of

12   the book.

13           And the final payment is usually 12 months later

14   or for the paperback publication.

15   Q.  So how long does it take on average for an author to

16   earn their entire advance in your experience?

17   A.  It can take between three or four years for the entire

18   advance to be paid out.

19   Q.  What have some of your clients done to support

20   themselves in the time between beginning work on their book

21   and receiving their full advance?

22   A.  They teach; they work in coffee shops; they work in

23   nonprofit organizations; they're journalists.

24   Q.  You mentioned royalties.  Do you typically negotiate

25   royalties with publishers?

1  A.  No.  There's a standard set of royalties, and it's very

2  hard to negotiate or to have any kind of movement.

3  Q.  When you say that royalties are standard in the

4  industry, what is your basis for that statement?

5  A.  In the publishing contracts, in all the publishing

6  contracts that I have with many different publishers across

7  the industry, the royalties tend to be the same except for

8  maybe academic presses, where they're significantly lower.

9  Q.  Can you walk me through what those standard royalties

10  are by format?

11  A.  I will try.

12       The hard-cover royalties are 10 percent of the

13  retail price for the first 5,000 copies sold.  The second

14  5,000 copies, so from 5,000 to 10,000 copies, receive 12 and

15  a half percent.  And then it's 15 percent of the retail

16  price thereafter.

17       The paperback is a straight 7 and a half percent.

18       And then e-books are 25 percent net.

19       And audio, digital downloads are also 25 percent

20  of net.

21  Q.  Thank you.

22       You mentioned that the payout structure had

23  shifted over time and is now typical in quarters.  What was

24  the payout structure typically before that?

25  A.  The standard payout used to be in thirds.

1    Q.  In your experience, who determines what territorial

2    format or other rights are available to be sold with a book?

3    A.  When I send out what I call a closing notice, I also

4    include the rights that I am offering on behalf of my

5    client.  But usually, those are whether we're offering world

6    rights or North American only.

7              So they refer to territories and several other

8    rights; for example, first serial.  The right to publish an

9    excerpt prior to publication may or may not be offered.  And

10   then there's certain sets of reserve rights like film and

11   television rights, dramatic rights, things like that.

12             But there are quite a number of rights that are

13   really not negotiable in my experience.

14   Q.  What are some of the rights that are nonnegotiable in

15   your experience?

16   A.  E-book is one of those rights and audio is one of those

17   rights.  Now the new territory that seems to be sort of a

18   little bit in contention is NFTs.

19   Q.  Are there circumstances in which you would prefer to

20   reserve the audio rights for your author?

21   A.  I would always prefer to reserve the audio rights for my

22   author.

23   Q.  Why is that?

24   A.  If I sell those rights to the publisher, the publisher

25   then controls those rights, and any revenues from those

1    rights will only come to my client after the entire advance

2    has been earned out.

3         If on the other hand I control those rights on

4    behalf of my client, I can offer those rights to audio

5    publishers and provide another income stream directly to my

6    client.

7    Q.  In the past several years, have you been successful

8    reserving audio rights on behalf of any of your authors?

9    A.  Only for -- with the smaller publishers that don't have

10   their own audio division.

11   Q.  I want to talk now about the marketing and publicity

12   efforts that a publisher puts into a book after it is

13   acquired.

14        In your experience, have you seen any connection

15   between the level of an advance that a publisher offers and

16   the marketing and publicity effort that the publisher puts

17   into selling the book?

18   A.  Yes.  I would say that there's a pretty clear

19   relationship between the level of the advance and the amount

20   of resources that the publisher invests in the marketing and

21   publicity of the book.

22   Q.  Is there an especially critical time for marketing a new

23   book?

24   A.  Yes.  In the month immediately leading up to

25   publication, when the publisher starts pitching the book to

1    news outlets and other media, and then in the six to eight

2    weeks right after publication.

3    Q.  Why is that an especially critical time?

4    A.  It's when you have the best possibility of gathering

5    attention for the book.  And then when it's out in stores is

6    when you want to make sure to maximize sales, because

7    bookstores don't actually hold onto those books for very

8    long, you know.  So after, you know -- if the books don't

9    sell after the first eight or so weeks, they tend to

10   disappear from the shelves.  So while the book is visible

11   and out there is when we want to have the most attention for

12   the book.

13   Q.  In your experience, how do Big 5 publishers support

14   books in terms of marketing and publicity compared to

15   publishers outside the Big 5?

16   A.  In my experience, they tend to have greater resources.

17   I'm just reminded of a time when I sold a book to one of the

18   smaller publishers and the editor was also the subsidiary

19   rights manager and also the publicist and, you know, would

20   stay in her office, you know, late in the evening stuffing

21   envelopes to send to media outlets.  And the head of the

22   publishing house was also the marketing manager and the

23   sales manager because the totality of the employees was

24   maybe three or four.

25            And now I currently have a book under contract

1    with one of the Big 5 and we are meeting weekly with my

2    client's marketing and publicity teams, which consist, you

3    know, of six to eight members of just her team devoted to

4    the marketing and publicity of her book.

5    Q.  And how --

6         THE COURT:  I think we should stop now.  It's

7    about 5:00.

8         MS. LICHT:  Sure.

9         THE COURT:  Before we stop, I just had a couple

10    questions, which I'll forget if I wait until tomorrow.

11         How many publishers do you typically submit to

12    when you do your first wave of submissions?

13         THE WITNESS:  I think it depends a little bit on

14    how much attention or interest I think I can get in the

15    book.  But anywhere between 15 and 25.

16         THE COURT:  And you said that you pretty much

17    always submit to Penguin Random House.  How often do you

18    submit to Simon & Schuster?

19         THE WITNESS:  Always.

20         THE COURT:  So you always submit to both of those?

21         THE WITNESS:  Yes.

22         THE COURT:  Thank you so much.

23         Let's break for the day.  We're going to resume

24    tomorrow at 9:30.

25         MS. LICHT:  Your Honor, can I ask one clarifying

1   question about the question you just asked?

2              THE COURT:  Sure.  Go ahead.

3              MS. LICHT:  Thank you.

4   BY MS. LICHT:

5   Q.  Ms. Pande, when you say you submit to 15 to 25 different

6   publishers, are you referring to separate publishing houses

7   or editors?

8   A.  Editors.

9              MS. LICHT:  Thank you.

10             THE COURT:  Yes.  Thank you.

11             MS. LICHT:  Thank you, your Honor.

12             THE COURT:  Can I -- I almost hesitate to raise

13  this, but I can't help noticing a lot of plastic bottles in

14  the courtroom.  And I appreciate that everybody needs to

15  drink water.  But if possible, if people could use a

16  reusable water bottle, I would appreciate it.

17             I'm not ordering you to do so; I'm just

18  encouraging people to do that, if possible, as Ms. Licht has

19  done today.  Thank you.

20             So we'll resume tomorrow promptly at 9:30.

21             Ms. Pande, please don't talk to anybody about your

22  testimony tonight.  We'll see you back here promptly

23  tomorrow at 9:30.

24             Thank you.

25             THE WITNESS:  Thank you.

1              MS. LICHT:  Thank you, your Honor.

2          (Proceedings concluded.)

## CERTIFICATE

1

2

3          I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10          Dated this 1st day of August, 2022.

11

12          /s/ Lisa Edwards, RDR, CRR
            Official Court Reporter
13          United States District Court for the
              District of Columbia
14          333 Constitution Avenue, Northwest
            Washington, D.C. 20001
15          (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 166:13
**$100,000** [9] -
152:13, 152:22,
153:7, 153:14,
160:20, 164:2,
170:24, 173:10,
174:11
**$110** [1] - 166:13
**$200,000** [1] - 155:16
**$25** [1] - 157:4
**$250,000** [17] -
152:18, 153:2,
153:12, 153:20,
163:5, 163:9, 163:23,
164:2, 168:11,
168:19, 168:22,
169:5, 171:2, 195:21,
231:24, 232:5, 232:22
**$300** [1] - 158:4
**$50** [1] - 157:3
**$500,000** [8] - 150:4,
168:22, 177:3,
177:10, 190:1,
190:11, 223:18, 229:6
**$70** [1] - 166:14
**$700,000** [1] - 177:5
**$80** [1] - 169:23
**$80,000** [1] - 160:21
**$800** [1] - 156:14

## '

**'21** [1] - 195:6

## /

**/s** [1] - 263:12

## 1

**1** [3] - 146:7, 228:21,
228:24
**1,000** [1] - 218:16
**10** [2] - 234:3, 256:12
**10,000** [2] - 249:16,
256:14
**100** [1] - 166:3
**100,000** [3] - 181:4,
233:4, 233:5
**10022** [1] - 147:7
**10036** [1] - 147:4
**10067** [2] - 230:22,
230:23
**1061** [2] - 189:25,
190:4

**1065** [3] - 228:18,
228:23, 229:2
**1079** [1] - 231:12
**11** [2] - 215:6, 215:11
**12** [2] - 255:13,
256:14
**124** [1] - 191:22
**149** [1] - 148:5
**15** [8] - 192:17,
193:2, 242:4, 245:22,
256:15, 260:15, 261:5
**15-minute** [1] - 198:2
**150,000** [1] - 181:5
**1500** [1] - 182:18
**17** [1] - 209:12
**18** [2] - 197:12,
209:17
**19** [1] - 215:6
**195** [1] - 148:9
**198** [1] - 148:5
**1999** [1] - 146:23
**1st** [1] - 263:10

## 2

**2** [1] - 228:21
**20** [3] - 224:6, 234:4,
254:24
**20001** [2] - 147:14,
263:14
**20004** [1] - 147:9
**2007** [1] - 242:15
**2013** [6] - 218:1,
218:14, 219:19,
219:25, 237:6, 237:11
**2017** [3] - 191:20,
195:6, 222:3
**2018-2019** [1] - 222:6
**202** [2] - 147:14,
263:15
**2020** [3] - 209:3,
210:9, 229:21
**2021** [2] - 191:12,
191:20
**2022** [2] - 146:7,
263:10
**20530** [1] - 146:19
**21** [2] - 215:23
**21-02886** [1] - 146:4
**220** [5] - 148:11,
222:21, 223:5, 233:7,
233:11
**233** [2] - 148:5,
148:11
**241** [1] - 148:6
**25** [4] - 256:18,
256:19, 260:15, 261:5
**25,000** [1] - 249:19
**250** [2] - 232:8,

232:18
**250,000** [2] - 196:17,
233:5
**2500** [3] - 182:14,
182:18, 182:20
**263** [1] - 197:12
**265** [1] - 231:12
**288** [6] - 148:11,
208:17, 209:2,
209:12, 233:7, 233:11
**2:00** [1] - 146:7

## 3

**3** [1] - 228:21
**30** [5] - 163:2,
179:11, 193:15,
224:2, 251:1
**30,000** [1] - 249:19
**300** [2] - 177:21,
243:15
**302** [7] - 191:17,
192:6, 192:18, 193:2,
193:7, 193:13, 236:10
**32** [3] - 220:2, 220:9,
241:15
**333** [2] - 147:13,
263:14
**354-3269** [2] -
147:14, 263:15

## 4

**4** [1] - 228:21
**4/5/2022** [1] - 197:12
**40** [2] - 177:18, 185:3
**400** [1] - 177:22
**400,000** [2] - 212:10,
212:15
**401** [1] - 147:9
**45** [2] - 169:9, 179:11
**450** [1] - 146:18

## 5

**5** [69] - 149:17,
151:8, 152:16,
152:20, 152:25,
153:4, 153:8, 153:13,
153:15, 153:21,
153:25, 154:2,
154:18, 155:20,
156:23, 157:17,
158:1, 158:12,
159:10, 165:13,
166:1, 166:22, 168:8,
168:15, 169:2,
169:12, 169:16,

169:20, 170:15,
173:22, 174:21,
192:7, 192:18, 193:3,
193:4, 193:7, 193:8,
193:11, 193:13,
193:19, 194:23,
197:12, 202:21,
202:23, 222:16,
223:22, 223:25,
224:3, 224:6, 224:20,
224:23, 225:13,
227:17, 228:21,
229:5, 236:6, 246:20,
248:3, 248:11,
248:14, 249:13,
249:17, 249:18,
254:1, 254:5, 254:7,
259:13, 259:15, 260:1
**5,000** [3] - 256:13,
256:14
**5-to-4** [3] - 205:19,
205:20, 206:1
**50** [15] - 160:9,
166:7, 166:12,
166:16, 185:3, 192:3,
192:6, 192:13,
192:17, 195:20,
224:12, 224:22,
238:18, 238:19,
243:21
**500** [2] - 194:6, 245:4
**500,000** [3] - 212:8,
212:10, 231:19
**58** [2] - 234:2, 234:4
**59** [3] - 215:6,
215:23, 233:20
**599** [1] - 147:6
**5:00** [1] - 260:7

## 6

**60** [1] - 215:23
**600** [1] - 212:16
**600,000** [2] - 212:9,
212:17
**61** [2] - 229:4, 229:14
**6706** [1] - 147:13

## 7

**7** [2] - 147:3, 256:17
**790** [7] - 148:9,
188:24, 189:6,
189:18, 195:8,
195:12, 235:20

## 8

**85** [2] - 185:1, 195:23

## 9

**90067** [1] - 146:24
**94** [1] - 231:1
**9:30** [3] - 260:24,
261:20, 261:23

## A

**AALA** [3] - 244:17,
244:20, 245:3
**ABBY** [1] - 147:2
**ability** [15] - 154:24,
156:21, 156:23,
157:1, 157:16, 158:1,
164:19, 171:21,
173:15, 174:22,
175:3, 175:5, 188:2,
246:15, 263:7
**able** [6] - 159:15,
161:22, 171:12,
175:15, 187:19,
216:19
**Abrams** [1] - 230:9
**absence** [1] - 207:5
**absolute** [1] - 162:16
**absolutely** [5] -
217:16, 217:20,
227:1, 231:20
**absorb** [4] - 156:22,
156:24, 157:1, 157:13
**academic** [1] - 256:8
**accept** [3] - 212:11,
212:20, 253:5
**acceptance** [1] -
255:8
**accepting** [1] -
252:25
**accepts** [1] - 255:9
**access** [2] - 164:13,
173:21
**accomplishes** [1] -
169:17
**accumulated** [1] -
166:12
**accurate** [2] - 216:5,
263:4
**accurately** [1] -
194:18
**achieve** [2] - 168:15,
248:18
**achievements** [1] -
244:6
**acknowledged** [1] -

265

204:23
  **acquire** [32] - 149:13, 149:15, 149:16, 150:1, 150:22, 151:21, 152:12, 152:17, 152:21, 153:1, 153:25, 154:18, 155:6, 155:7, 155:20, 157:17, 158:2, 158:13, 163:15, 170:24, 171:2, 171:5, 173:9, 175:9, 204:24, 205:7, 205:16, 205:17, 206:12, 211:5, 251:19, 254:16
  **acquired** [23] - 155:5, 156:25, 169:12, 169:19, 169:22, 170:9, 177:19, 181:12, 182:12, 187:4, 190:9, 192:15, 192:18, 192:25, 193:12, 194:7, 196:19, 204:6, 204:11, 204:13, 218:3, 246:12, 258:13
  **Acquired** [2] - 189:25, 191:11
  **acquiring** [27] - 150:5, 150:8, 151:22, 152:8, 154:22, 155:1, 163:4, 166:9, 171:25, 177:17, 177:21, 185:14, 185:16, 186:13, 190:12, 204:2, 204:3, 205:10, 206:3, 206:6, 206:7, 206:15, 206:19, 221:5, 221:6, 221:11, 235:19
  **acquisition** [14] - 153:7, 153:11, 165:10, 165:22, 177:23, 182:13, 182:17, 205:13, 207:6, 209:4, 211:2, 235:7, 235:17, 242:5
  **acquisitions** [4] - 182:10, 191:9, 204:21, 232:8
  **Action** [1] - 146:3
  **active** [1] - 204:3
  **activists** [1] - 244:9
  **added** [1] - 239:3
  **adding** [4] - 165:12, 165:13, 244:2
  **addition** [2] - 175:1, 248:3
  **additional** [1] - 253:4

**address** [2] - 173:22, 204:1
  **adequate** [1] - 249:8
  **admirable** [1] - 188:13
  **admit** [1] - 195:7
  **admitted** [2] - 195:11, 233:9
  **advance** [83] - 150:1, 150:5, 152:1, 152:11, 152:12, 152:18, 152:22, 153:2, 153:7, 153:12, 153:14, 153:20, 154:23, 155:4, 155:9, 155:16, 156:6, 156:9, 156:12, 156:22, 157:4, 160:16, 161:24, 163:5, 163:9, 163:23, 166:10, 168:11, 168:19, 169:5, 170:4, 170:24, 171:2, 172:15, 173:10, 173:14, 174:10, 175:1, 175:19, 176:15, 177:24, 186:10, 186:11, 188:17, 190:11, 197:4, 197:20, 197:21, 213:19, 214:6, 214:12, 214:14, 215:1, 216:21, 216:24, 232:18, 232:23, 232:24, 234:19, 237:15, 237:19, 237:24, 238:4, 246:22, 248:7, 248:9, 248:12, 249:11, 249:13, 249:18, 253:21, 253:24, 254:14, 254:18, 254:23, 255:16, 255:18, 255:21, 258:1, 258:15, 258:19
  **advances** [65] - 151:24, 154:4, 155:8, 155:13, 155:23, 156:1, 157:20, 160:9, 164:1, 172:3, 172:16, 178:2, 180:4, 180:7, 184:17, 184:19, 184:22, 186:7, 186:9, 186:17, 188:5, 188:8, 195:21, 197:23, 200:12, 200:15, 200:18, 206:5, 206:13, 206:20, 207:14, 208:7, 208:10, 210:12,

210:14, 210:19, 210:21, 213:12, 215:13, 215:14, 215:20, 216:2, 218:7, 218:10, 231:24, 232:5, 233:21, 233:25, 234:9, 234:23, 235:4, 235:8, 235:16, 235:18, 236:20, 237:7, 237:11, 249:8, 249:9, 249:15, 249:17, 254:25
  **advantage** [5] - 154:3, 163:25, 171:9, 171:12, 207:13
  **advantages** [14] - 153:24, 154:15, 154:17, 155:19, 158:11, 159:9, 163:7, 163:10, 163:23, 171:4, 171:6, 187:16, 187:24
  **advocating** [1] - 242:18
  **aegis** [1] - 221:24
  **affect** [6] - 156:7, 157:16, 158:1, 158:8, 164:19, 178:2
  **affected** [2] - 219:13, 235:4
  **afford** [1] - 156:15
  **AFTERNOON** [1] - 146:8
  **afternoon** [8] - 149:1, 149:2, 198:4, 198:7, 240:8, 240:9, 241:3, 241:4
  **afterwards** [1] - 167:2
  **age** [1] - 203:11
  **agency** [6] - 242:12, 242:21, 242:22, 243:7, 243:24, 254:23
  **agent** [15] - 175:14, 175:22, 183:13, 183:24, 183:25, 213:7, 239:19, 239:22, 240:7, 242:16, 245:6, 245:9, 245:10, 245:18
  **agents** [12] - 180:14, 181:13, 183:4, 183:8, 184:2, 184:3, 184:20, 210:20, 244:2, 244:3, 245:24
  **Agents** [1] - 244:18
  **agglomerations** [1] - 166:4
  **aggressively** [1] -

196:9
  **ago** [5] - 157:20, 169:22, 172:19, 195:4, 208:2
  **agree** [2] - 213:1, 237:19
  **ahead** [3] - 162:24, 221:25, 261:2
  **aiming** [1] - 166:11
  **al** [1] - 146:7
  **align** [1] - 150:24
  **Alison** [1] - 231:12
  **alive** [1] - 222:15
  **allow** [10] - 178:24, 179:8, 179:9, 179:17, 180:14, 181:17, 181:19, 225:14, 239:11, 239:20
  **allowing** [1] - 227:2
  **allows** [4] - 158:6, 164:1, 225:6, 225:10
  **almost** [12] - 151:8, 170:1, 170:3, 172:3, 173:24, 174:17, 192:13, 195:4, 232:25, 238:18, 261:12
  **Amazon** [8] - 170:21, 170:23, 171:1, 171:5, 171:17, 171:19, 171:24, 172:19
  **AMERICA** [1] - 146:3
  **American** [2] - 244:18, 257:6
  **amount** [10] - 155:14, 159:20, 172:9, 176:9, 201:20, 212:5, 229:6, 229:8, 229:19, 258:19
  **amounts** [3] - 237:15, 237:24, 238:4
  **amplify** [1] - 243:9
  **analyses** [2] - 149:23, 149:24
  **analysis** [11] - 150:3, 179:16, 194:15, 205:3, 208:2, 208:5, 208:6, 208:9, 218:9, 224:10, 224:13
  **Angeles** [1] - 146:24
  **announced** [1] - 185:13
  **annual** [2] - 158:3, 158:9
  **answer** [9] - 157:23, 160:25, 179:22, 210:6, 216:4, 216:5, 216:9, 230:7, 236:22
  **answered** [3] - 156:3, 158:24, 205:23

**answers** [1] - 199:17
  **anticipate** [3] - 176:6, 176:11, 248:12
  **anticipated** [1] - 186:15
  **ANTITRUST** [1] - 146:18
  **anytime** [1] - 156:9
  **apologize** [5] - 157:23, 186:1, 223:10, 228:19, 239:8
  **APPEARANCES** [1] - 147:1
  **aPPEARANCES** [1] - 146:14
  **appetite** [1] - 175:24
  **appreciate** [5] - 174:6, 198:3, 205:23, 261:14, 261:16
  **approach** [7] - 155:8, 178:4, 181:14, 196:20, 208:20, 240:15, 252:24
  **appropriate** [4] - 165:25, 207:24, 246:15, 246:22
  **appropriately** [1] - 246:24
  **approval** [4] - 149:23, 232:21, 232:24, 233:1
  **approvals** [1] - 232:23
  **approved** [2] - 188:20, 238:2
  **area** [4] - 170:1, 170:8, 170:12, 170:18
  **areas** [2] - 170:2, 170:5
  **arose** [1] - 242:22
  **arrange** [1] - 159:20
  **article** [2] - 202:5, 202:8
  **aside** [4] - 197:16, 197:18, 234:7, 244:21
  **aspiring** [1] - 245:11
  **assistant** [1] - 241:17
  **associated** [1] - 176:7
  **Association** [1] - 244:18
  **assume** [2] - 177:21, 205:18
  **assumption** [1] - 216:19
  **assumptions** [3] - 191:1, 191:2, 191:4
  **Astra** [1] - 249:24
  **Atlantic** [1] - 230:15

attempted [2] - 190:17, 228:19
attending [1] - 244:21
attention [13] - 155:14, 155:15, 159:5, 161:23, 167:22, 167:25, 168:2, 172:8, 173:15, 173:19, 259:5, 259:11, 260:14
attract [1] - 173:15
Attractive [1] - 230:13
attracts [1] - 172:8
attribute [1] - 219:21
auction [41] - 150:10, 172:11, 175:9, 175:12, 175:13, 175:18, 175:19, 176:3, 176:4, 176:12, 176:15, 176:20, 177:2, 177:3, 177:5, 177:8, 177:11, 177:14, 180:9, 180:19, 180:21, 180:23, 181:10, 181:24, 183:12, 183:20, 183:23, 184:1, 184:21, 184:25, 185:9, 212:14, 213:3, 213:5, 216:7, 217:22, 234:11, 234:16, 234:18, 252:14
auctions [11] - 151:7, 154:21, 172:4, 172:21, 175:7, 181:9, 236:10, 238:19, 238:22, 239:4
audibly [1] - 230:7
audience [1] - 170:7
audiences [1] - 247:20
audio [7] - 256:19, 257:16, 257:20, 257:21, 258:4, 258:8, 258:10
August [2] - 146:7, 263:10
author [30] - 172:6, 172:12, 172:13, 174:11, 174:19, 174:20, 175:4, 206:4, 206:13, 207:14, 208:7, 208:10, 210:19, 214:14, 218:7, 218:10, 227:9, 234:17, 237:6, 237:10, 238:3,

239:18, 239:22, 251:24, 252:5, 252:10, 254:21, 255:15, 257:20, 257:22
author's [3] - 246:1, 251:22, 252:18
authors [28] - 154:8, 158:17, 173:12, 173:13, 188:5, 188:9, 188:14, 188:15, 188:18, 201:16, 203:11, 210:20, 237:15, 242:19, 243:14, 243:17, 243:19, 243:22, 244:5, 244:11, 245:11, 246:23, 247:7, 247:9, 254:10, 254:19, 254:22, 258:8
authors' [1] - 245:7
availability [1] - 174:14
available [2] - 253:8, 257:2
Avenue [4] - 146:23, 147:6, 147:13, 263:14
average [2] - 201:19, 250:25, 255:15
avoid [1] - 170:2
award [1] - 244:8
Award [1] - 244:14
award-winning [1] - 244:8
awards [2] - 244:12, 244:13
aware [2] - 205:9, 220:12
Ayesha [7] - 148:6, 240:7, 241:13, 242:12, 242:14, 243:12, 243:14
AYESHA [2] - 240:22, 241:13

B

back-list [28] - 155:11, 156:16, 156:20, 157:14, 157:15, 157:16, 157:18, 157:25, 158:3, 158:7, 160:12, 161:3, 161:5, 165:7, 165:8, 165:12, 165:13, 165:16, 165:21, 165:23, 166:1, 166:8, 166:11, 166:15, 166:19, 166:21, 221:21

back-lists [4] - 163:25, 165:14, 166:5, 231:22
backers [1] - 164:8
background [1] - 241:6
bake [1] - 200:2
based [10] - 159:21, 168:24, 176:10, 177:25, 178:23, 179:4, 180:2, 211:2, 232:22, 239:6
basis [10] - 149:19, 149:21, 151:3, 151:6, 154:16, 157:3, 157:12, 178:23, 179:13, 256:4
Bates [6] - 189:24, 228:10, 228:18, 228:23, 229:2, 230:22
batting [1] - 201:19
become [9] - 156:18, 156:19, 156:20, 160:12, 162:19, 163:3, 168:14, 242:16, 243:6
becomes [1] - 162:16
BEFORE [1] - 146:11
began [2] - 181:13, 195:2
beginning [2] - 223:13, 255:20
behalf [6] - 242:19, 254:10, 254:19, 257:4, 258:4, 258:8
behaviors [1] - 171:22
belief [1] - 186:4
below [4] - 211:19, 211:23, 248:12, 249:16
BENCH [1] - 146:11
bench [2] - 178:9, 198:21
benefit [1] - 243:4
benefits [5] - 174:19, 174:21, 175:2
Bertelsmann [1] - 198:14
BERTELSMANN [3] - 146:6, 146:21, 147:2
best [14] - 176:11, 181:14, 184:6, 184:8, 184:10, 190:13, 252:1, 252:3, 252:14, 253:1, 259:4, 263:7
best-bids [3] - 181:14, 252:14, 253:1
bestseller [1] -

162:10
bestsellers [3] - 156:19, 159:16, 165:4
bestselling [2] - 172:6, 172:11
Beth [1] - 230:18
better [7] - 187:3, 187:18, 187:23, 188:19, 196:18, 227:14, 242:18
between [8] - 218:1, 220:17, 239:19, 255:17, 255:20, 258:15, 258:19, 260:15
beyond [6] - 161:24, 177:23, 201:12, 201:15, 203:10, 247:7
bid [64] - 149:25, 150:4, 150:9, 152:3, 155:25, 164:1, 164:10, 172:8, 172:21, 175:23, 176:5, 180:10, 180:15, 180:22, 181:6, 181:19, 181:20, 183:20, 185:5, 185:8, 185:17, 185:19, 186:3, 186:6, 190:14, 192:11, 208:1, 211:11, 211:16, 211:17, 211:18, 211:23, 211:24, 211:25, 212:5, 212:9, 212:10, 212:11, 212:17, 212:22, 213:10, 214:12, 217:5, 225:6, 225:11, 225:14, 225:21, 226:1, 226:2, 226:18, 226:20, 226:23, 228:7, 229:9, 229:20, 231:18, 232:11, 232:13, 238:19, 239:17, 239:21
bidded [1] - 149:22
bidder [7] - 175:22, 180:16, 192:12, 213:20, 217:4, 227:3, 239:13
bidders [18] - 175:8, 175:10, 175:18, 175:20, 181:7, 195:18, 211:5, 213:13, 215:15, 215:25, 216:7, 225:15, 234:11, 234:16, 234:18, 236:20, 238:15,

252:13
bidding [38] - 150:16, 150:17, 151:19, 152:1, 175:17, 176:5, 176:25, 184:23, 184:24, 185:7, 185:10, 185:24, 191:1, 196:12, 200:4, 211:7, 211:10, 212:24, 212:25, 214:2, 214:4, 214:9, 214:22, 216:13, 216:14, 216:16, 216:18, 216:20, 217:8, 217:12, 225:9, 225:25, 227:3, 234:17, 238:22, 239:4, 239:16, 239:17
bids [19] - 150:19, 151:16, 160:8, 176:21, 181:14, 181:20, 181:21, 181:24, 184:6, 184:7, 184:8, 184:10, 196:12, 216:8, 238:23, 252:1, 252:14, 253:1
big [14] - 151:24, 154:14, 157:5, 158:5, 158:7, 158:8, 165:9, 165:14, 167:13, 172:7, 196:6, 196:12, 196:20
Big [67] - 149:17, 151:8, 152:16, 152:20, 152:25, 153:4, 153:8, 153:13, 153:15, 153:21, 153:25, 154:2, 154:18, 155:20, 156:23, 157:17, 158:1, 158:12, 159:10, 165:13, 166:1, 166:22, 168:8, 168:15, 169:2, 169:12, 169:16, 169:20, 170:15, 173:22, 174:21, 192:6, 192:18, 193:3, 193:4, 193:7, 193:8, 193:11, 193:13, 193:19, 194:23, 202:21, 202:23, 222:16, 223:22, 223:25, 224:3, 224:6, 224:20, 224:23, 225:13, 227:17, 229:5, 236:6, 246:20, 248:3, 248:10, 248:14, 249:13,

249:17, 249:18, 254:1, 254:5, 254:7, 259:13, 259:15, 260:1
**bigger** [3] - 157:13, 157:14
**biggest** [1] - 154:2
**binder** [3] - 188:21, 189:19, 197:10
**binders** [2] - 240:10, 240:13
**biracial** [1] - 242:23
**BISG** [1] - 202:3
**bit** [5] - 156:5, 160:2, 222:17, 257:18, 260:13
**Black** [1] - 204:18
**Bloomsbury** [3] - 202:24, 247:25, 248:3
**board** [2] - 244:17, 244:19
**Book** [10] - 185:15, 185:24, 191:11, 194:3, 196:16, 202:2, 204:20, 225:3, 230:9, 244:14
**book** [122] - 150:5, 152:8, 153:1, 155:15, 156:5, 156:7, 156:9, 156:22, 159:17, 159:18, 160:15, 160:20, 160:23, 161:15, 161:18, 163:17, 163:23, 165:5, 167:19, 167:20, 168:10, 168:18, 168:22, 173:18, 173:20, 174:1, 174:15, 174:16, 174:22, 175:3, 175:9, 176:5, 176:7, 176:8, 176:10, 177:5, 180:22, 180:25, 181:5, 188:11, 188:16, 190:15, 191:2, 191:5, 194:7, 196:8, 200:2, 200:4, 200:19, 200:21, 200:24, 201:3, 201:16, 201:20, 202:18, 211:5, 211:20, 212:5, 212:9, 213:21, 217:14, 217:19, 227:11, 227:15, 229:20, 229:24, 230:1, 230:9, 231:19, 242:5, 245:15, 246:1, 246:10, 247:3, 247:11, 247:12, 247:13, 247:18,

247:19, 247:21, 248:17, 248:18, 248:19, 250:10, 251:5, 251:13, 251:16, 251:19, 251:22, 251:23, 252:5, 252:12, 252:18, 252:20, 252:23, 253:9, 253:13, 253:21, 254:1, 254:5, 254:8, 255:12, 255:20, 257:2, 257:16, 258:12, 258:17, 258:21, 258:23, 258:25, 259:5, 259:10, 259:12, 259:17, 259:18, 260:4, 260:15
**bookers** [1] - 158:24
**books** [127] - 149:13, 149:15, 149:16, 149:22, 149:25, 150:4, 150:13, 150:22, 152:5, 152:12, 152:17, 152:21, 153:7, 153:11, 153:14, 153:20, 154:1, 154:11, 154:18, 154:24, 155:2, 155:6, 155:7, 155:10, 155:20, 156:12, 156:16, 156:18, 156:20, 157:17, 158:2, 158:13, 159:14, 159:22, 161:4, 161:7, 161:10, 161:16, 162:6, 162:7, 162:11, 163:5, 163:9, 164:9, 164:10, 164:16, 164:24, 165:3, 166:9, 166:23, 166:24, 166:25, 167:1, 167:3, 167:8, 167:21, 168:11, 168:19, 169:4, 170:13, 170:14, 170:16, 170:24, 171:2, 171:5, 171:11, 171:13, 171:14, 171:16, 171:19, 171:21, 171:25, 172:22, 173:5, 173:10, 173:12, 174:14, 174:17, 177:17, 177:19, 182:4, 182:6, 184:14, 184:17, 184:20, 186:10, 188:12, 188:15, 190:10,

192:9, 193:17, 194:10, 194:22, 195:21, 195:23, 197:4, 197:20, 197:22, 201:22, 210:15, 210:23, 210:25, 211:8, 217:12, 219:3, 219:10, 220:20, 221:5, 221:6, 229:23, 231:24, 232:18, 237:17, 237:20, 244:11, 245:7, 246:12, 246:14, 247:23, 248:22, 250:7, 250:16, 252:16, 256:18, 259:7, 259:8, 259:14
**Books** [6] - 155:2, 196:8, 222:3, 222:8, 241:24, 250:1
**bookstores** [4] - 162:20, 171:15, 174:23, 259:7
**bottle** [1] - 261:16
**bottles** [1] - 261:13
**bottom** [2] - 191:25, 194:21
**bottom-line** [1] - 194:21
**break** [5] - 198:1, 198:2, 198:4, 204:9, 260:23
**breaks** [1] - 198:20
**briefly** [1] - 182:21
**bring** [6] - 159:16, 167:21, 172:22, 193:15, 198:21, 244:24
**bringing** [2] - 167:13, 220:21
**brings** [2] - 158:3, 159:1
**Brittney** [1] - 230:4
**broad** [7] - 152:6, 165:2, 171:7, 174:25, 248:5, 249:17
**brought** [1] - 202:18
**Brown** [5] - 190:22, 195:3, 196:6, 196:8, 237:18
**build** [8] - 165:7, 165:20, 165:25, 166:19, 166:21, 167:6, 167:9, 167:17
**building** [3] - 165:8, 165:23, 167:12
**built** [1] - 165:10
**bunch** [2] - 172:22, 198:20

**bureau** [1] - 244:4
**Burks'** [1] - 230:15
**business** [25] - 150:6, 152:7, 154:23, 159:13, 160:8, 161:9, 161:14, 162:21, 163:12, 168:10, 168:12, 173:3, 173:4, 173:23, 183:22, 186:19, 186:20, 187:1, 188:11, 188:14, 196:4, 196:20, 227:7, 243:10
**business-nonsensical** [1] - 173:3
**buy** [5] - 165:15, 168:23, 173:25, 186:10, 211:7
**buying** [1] - 165:15
**BY** [30] - 147:11, 149:11, 152:10, 153:19, 163:1, 174:9, 180:1, 189:8, 189:23, 194:8, 197:2, 198:12, 199:1, 199:10, 208:22, 209:1, 210:8, 221:12, 222:2, 223:12, 228:5, 228:17, 230:25, 233:14, 234:21, 237:5, 239:10, 241:2, 241:10, 261:4

# C

**calculate** [1] - 201:4
**calculation** [1] - 152:4
**California** [1] - 146:24
**cannot** [4] - 206:24, 218:21, 230:16, 250:17
**CANTOR** [1] - 147:2
**cap** [1] - 159:18
**capacity** [1] - 154:5
**Capo** [2] - 222:5
**captures** [3] - 192:10, 194:17
**career** [2] - 170:19, 177:20
**careful** [1] - 170:4
**carried** [1] - 212:18
**carry** [2] - 171:13, 171:16
**case** [10] - 172:5, 195:22, 202:1, 211:1, 211:4, 215:25,

217:12, 232:12, 251:24
**cases** [11] - 180:7, 180:8, 194:5, 199:24, 199:25, 200:1, 216:8, 216:16, 227:13, 229:5, 254:20
**categories** [3] - 200:8, 200:11, 248:23
**category** [1] - 223:21
**causality** [1] - 218:21
**causes** [3] - 175:19, 175:21, 227:14
**caution** [1] - 151:23
**cautious** [1] - 196:15
**central** [1] - 187:9
**Central** [1] - 196:6
**Central's** [1] - 222:10
**CEO** [3] - 177:22, 204:20, 206:18
**certain** [15] - 150:1, 151:21, 154:11, 159:14, 159:20, 163:15, 166:23, 200:8, 209:9, 211:4, 212:25, 220:21, 222:23, 246:17, 257:10
**certainly** [1] - 164:5
**CERTIFICATE** [1] - 263:1
**certify** [1] - 263:4
**chain** [1] - 171:14
**challenging** [1] - 169:25
**chance** [3] - 155:11, 181:5, 250:17
**chances** [2] - 185:5, 227:15
**change** [10] - 175:6, 175:8, 175:10, 176:19, 177:13, 183:25, 184:3, 184:11, 194:21, 217:8
**changing** [1] - 217:11
**channels** [2] - 232:16, 232:17
**characterize** [1] - 248:8
**chart** [3] - 193:17, 194:9, 194:22
**children's** [2] - 196:8, 226:12
**choice** [1] - 239:19
**choose** [3] - 187:2, 232:11, 253:12
**chose** [1] - 203:25
**Chronicle** [4] - 229:11, 229:19,

229:23, 230:3
**circumstance** [7] - 205:19, 211:20, 211:25, 212:11, 213:9, 214:12, 237:16
**circumstances** [4] - 192:10, 234:7, 252:18, 257:19
**City** [1] - 243:11
**Civil** [1] - 146:3
**claiming** [1] - 217:3
**clarification** [1] - 203:2
**clarify** [1] - 225:1
**clarifying** [2] - 220:15, 260:25
**clarity** [1] - 178:16
**clear** [7] - 187:22, 201:21, 203:1, 204:10, 209:7, 211:9, 258:18
**cleared** [1] - 228:1
**clearly** [1] - 199:6
**clerk** [1] - 198:22
**client** [4] - 257:5, 258:1, 258:4, 258:6
**client's** [1] - 260:2
**clients** [7] - 243:5, 244:1, 246:3, 246:22, 249:13, 250:24, 255:19
**clients'** [1] - 250:16
**Clinton** [1] - 237:18
**close** [4] - 168:15, 184:11, 207:18, 220:25
**closed** [12] - 172:23, 172:24, 187:5, 218:24, 219:25, 220:2, 220:13, 220:14, 221:3, 222:3, 222:5, 222:10
**closing** [6] - 207:12, 207:15, 220:4, 251:11, 251:25, 253:6, 253:17, 257:3
**closure** [1] - 219:19
**clustered** [1] - 232:25
**CO** [1] - 146:6
**coffee** [1] - 255:22
**Coker** [1] - 230:15
**collaborate** [1] - 237:19
**collaboration** [1] - 237:21
**collaborative** [1] - 237:17
**colleagues** [1] - 238:10

**collective** [1] - 239:18
**Colleen** [1] - 162:9
**Collins** [1] - 150:25
**colloquially** [1] - 150:2
**color** [1] - 244:25
**COLUMBIA** [1] - 146:1
**Columbia** [2] - 147:12, 263:13
**combination** [2] - 180:17, 202:17
**combined** [7] - 180:6, 209:8, 212:14, 215:16, 238:17, 238:22, 238:25
**coming** [2] - 166:15, 181:21
**commission** [1] - 245:21
**commissions** [1] - 245:19
**commitments** [1] - 160:1
**committee** [1] - 244:23
**common** [1] - 217:13
**commotion** [1] - 162:20
**communicate** [2] - 175:22, 183:11
**companies** [9] - 154:22, 155:2, 156:25, 163:16, 164:19, 165:12, 170:9, 204:4, 231:22
**company** [53] - 156:15, 157:3, 157:4, 158:7, 165:16, 166:13, 167:23, 173:2, 185:15, 185:23, 187:14, 188:6, 202:25, 204:24, 205:1, 205:9, 205:15, 205:16, 206:7, 206:12, 206:15, 208:1, 208:3, 208:7, 209:8, 210:14, 210:16, 211:18, 212:3, 212:4, 212:22, 214:7, 220:13, 220:14, 220:20, 220:24, 223:18, 225:6, 225:10, 225:14, 227:2, 227:17, 231:23, 232:6, 232:14, 232:20, 232:21, 233:1, 237:9, 244:3,

246:15, 249:25
**company's** [2] - 204:3, 239:18
**comparable** [1] - 166:20
**compare** [3] - 156:23, 174:15, 249:11
**compared** [6] - 151:16, 156:13, 174:15, 248:10, 249:12, 259:14
**compensated** [4] - 245:18, 245:19, 246:23, 247:6
**compensation** [4] - 246:16, 247:7, 253:3, 254:21
**compete** [14] - 150:24, 152:23, 153:3, 157:16, 158:1, 164:19, 169:4, 170:1, 170:23, 171:1, 188:2, 188:17, 239:12, 248:14
**competes** [3] - 150:21, 151:5, 154:17
**competing** [21] - 149:15, 149:16, 150:22, 150:23, 152:12, 152:17, 152:21, 152:24, 153:1, 153:25, 154:2, 155:19, 158:12, 159:9, 163:7, 163:21, 170:14, 171:5, 186:25, 213:22, 234:19
**competition** [5] - 149:12, 188:4, 188:19, 248:6, 248:8
**competitive** [16] - 153:23, 153:24, 154:17, 154:20, 155:18, 158:11, 159:9, 172:20, 174:2, 196:10, 227:12, 227:13, 253:17, 253:23, 254:5, 254:7
**competitor** [3] - 170:20, 171:24, 173:9
**competitors** [6] - 153:6, 153:9, 153:11, 163:4, 196:11, 218:22
**complete** [2] - 204:6, 263:6
**complies** [1] - 197:19
**conceivable** [5] - 166:2, 214:20,

214:24, 215:2, 215:17
**concentration** [1] - 207:13
**concern** [1] - 205:20
**concerned** [5] - 186:16, 188:8, 188:10, 205:18, 205:25
**concerning** [1] - 209:4
**concerns** [1] - 188:6
**concluded** [1] - 262:2
**conclusion** [1] - 194:22
**Condensed** [1] - 241:24
**confer** [1] - 238:10
**conference** [1] - 178:9
**confidential** [3] - 189:1, 208:17, 227:21
**confidentiality** [1] - 228:12
**confirm** [1] - 224:6
**confirmed** [1] - 217:21
**confused** [1] - 193:10
**conglomerate** [1] - 186:24
**conglomeration** [2] - 165:11, 165:14
**connect** [1] - 191:6
**connection** [1] - 258:14
**connections** [1] - 159:3
**conservative** [5] - 187:10, 195:18, 196:1, 196:4, 196:5
**consider** [7] - 153:8, 164:24, 165:3, 172:18, 173:11, 191:2, 252:25
**considered** [1] - 205:1
**considering** [1] - 165:25
**consist** [2] - 161:3, 260:2
**consistent** [2] - 220:3, 220:10
**consolidation** [3] - 179:12, 203:24, 203:25
**constantly** [5] - 165:9, 167:11, 167:15, 170:15, 175:22

**constitutes** [1] - 263:4
**Constitution** [2] - 147:13, 263:14
**constraint** [1] - 213:24
**CONT'D** [1] - 147:1
**contain** [1] - 190:7
**content** [1] - 158:20
**contention** [1] - 257:18
**context** [3] - 214:21, 214:22, 245:1
**continually** [1] - 169:12
**continue** [6] - 166:23, 169:13, 176:25, 205:13, 211:3, 250:7
**continued** [2] - 182:19, 234:19
**CONTINUED** [1] - 149:10
**continues** [1] - 214:8
**continuing** [2] - 169:15, 239:17
**contract** [7] - 159:19, 252:6, 254:10, 254:11, 254:13, 255:6, 259:25
**contracts** [2] - 256:5, 256:6
**contrary** [1] - 169:10
**contributor** [1] - 165:16
**control** [6] - 184:20, 186:21, 251:12, 251:15, 251:18, 258:3
**controlled** [1] - 186:20
**controlling** [1] - 188:7
**controls** [2] - 183:24, 257:25
**conversation** [1] - 172:17
**conversations** [2] - 173:1, 180:13
**conversion** [2] - 210:4, 210:10
**Cook** [1] - 230:1
**Cooper's** [1] - 230:5
**coordinate** [2] - 237:14, 238:3
**coordinating** [1] - 237:24
**coordination** [1] - 237:21
**copies** [7] - 161:17, 181:4, 181:5, 190:15,

269

256:13, 256:14
**copy** [3] - 223:4, 223:9, 255:10
**core** [2] - 170:6, 170:7
**corner** [1] - 223:15
**corporation** [1] - 225:12
**correct** [57] - 192:24, 201:7, 202:4, 202:21, 203:8, 203:9, 203:17, 203:24, 204:17, 205:4, 205:7, 205:11, 205:14, 205:19, 206:1, 206:2, 206:22, 209:5, 209:10, 209:14, 209:19, 209:22, 211:13, 212:12, 213:19, 214:6, 214:13, 214:16, 214:17, 214:25, 215:21, 216:11, 216:15, 216:17, 217:6, 217:9, 217:19, 217:20, 217:24, 218:11, 219:3, 219:7, 222:4, 223:20, 224:1, 225:7, 229:11, 229:24, 229:25, 230:18, 231:5, 231:17, 232:19, 237:11, 238:1, 238:16, 239:14
**correctly** [1] - 239:13
**cost** [4] - 157:21, 200:8, 209:9
**costs** [16] - 160:17, 160:18, 160:19, 160:22, 176:7, 176:8, 176:9, 200:12, 200:13, 200:20, 209:13
**counsel** [5] - 224:14, 224:15, 234:22, 236:11, 236:14
**counsel's** [1] - 236:5
**count** [27] - 159:5, 182:2, 182:3, 182:6, 182:9, 186:23, 188:4, 193:4, 193:6, 193:11, 207:15, 208:4, 218:13, 218:15, 218:22, 218:25, 219:15, 219:16, 220:1, 220:5, 221:1, 221:7, 221:10, 221:13, 221:21, 221:23, 236:5
**counting** [1] - 193:5
**countries** [1] - 175:4

**counts** [2] - 220:18, 221:16
**couple** [6] - 201:25, 204:13, 224:23, 231:10, 237:1, 260:9
**course** [10] - 150:6, 159:21, 162:8, 175:9, 175:12, 177:19, 180:20, 184:24, 247:10, 249:17
**Court** [7] - 147:11, 147:12, 178:18, 223:4, 223:8, 263:12, 263:13
**court** [1] - 189:3
**COURT** [74] - 146:1, 149:1, 149:4, 149:6, 149:8, 151:12, 151:15, 151:18, 152:9, 153:17, 160:4, 160:7, 161:3, 161:8, 162:1, 162:14, 162:23, 174:5, 178:6, 178:9, 179:2, 179:20, 189:5, 189:16, 189:22, 194:1, 194:4, 195:9, 195:11, 195:16, 195:25, 196:23, 197:1, 198:2, 198:4, 198:7, 198:9, 198:19, 199:8, 208:21, 210:5, 220:15, 220:25, 221:7, 221:20, 221:25, 223:3, 223:7, 230:23, 233:9, 234:12, 236:18, 236:24, 237:3, 238:8, 238:12, 238:17, 238:25, 239:5, 240:1, 240:9, 240:12, 240:17, 240:20, 240:23, 241:8, 260:6, 260:9, 260:16, 260:20, 260:22, 261:2, 261:10, 261:12
**courtroom** [3] - 182:23, 240:18, 261:14
**COURTROOM** [1] - 228:15
**cover** [4] - 188:22, 195:5, 247:12, 256:12
**covering** [1] - 167:24
**covers** [2] - 195:6, 200:19
**COVID** [2] - 202:10, 202:17
**create** [3] - 194:25, 235:24, 236:2

**created** [3] - 194:13, 221:17, 222:7
**creation** [2] - 188:12, 205:21
**credibility** [3] - 164:16, 168:5, 171:10
**crises** [3] - 203:20, 203:23
**crisis** [1] - 202:10
**critical** [2] - 258:22, 259:3
**Crook** [1] - 230:1
**cropped** [1] - 249:1
**CROSS** [1] - 198:11
**Cross** [1] - 148:2
**CROSS-EXAMINATION** [1] - 198:11
**Crown** [1] - 241:25
**CRR** [3] - 147:11, 263:3, 263:12
**crucial** [1] - 247:20
**culture** [3] - 187:9, 187:11, 188:4
**current** [1] - 242:11
**cushion** [1] - 158:8
**cut** [1] - 219:14
**cutting** [1] - 219:5

## D

**D.C** [5] - 146:6, 146:19, 147:9, 147:14, 263:14
**Dan** [1] - 198:13
**danger** [1] - 187:11
**DANIEL** [2] - 146:20, 147:2
**data** [1] - 179:16
**date** [4] - 231:6, 231:8, 231:9, 252:2
**Dated** [1] - 263:10
**deal** [1] - 183:11
**debut** [1] - 251:23
**decade** [2] - 162:4, 172:19
**decades** [2] - 171:9, 203:15
**decide** [9] - 184:13, 242:16, 245:11, 245:12, 246:9, 250:20, 252:11, 252:22, 253:5
**decided** [3] - 150:16, 174:11, 177:11
**decides** [1] - 183:25
**decision** [3] - 150:16, 206:17, 211:2
**declares** [1] - 255:9

**decline** [2] - 182:11, 252:11
**declined** [1] - 182:18
**declining** [1] - 172:6
**decrease** [2] - 180:19, 218:6
**decreased** [1] - 219:7
**Defendants** [1] - 146:8
**DEFENDANTS** [3] - 146:20, 147:2, 147:5
**Defendants'** [5] - 148:11, 208:17, 209:2, 223:5, 233:11
**Defense** [1] - 222:20
**definitely** [2] - 152:20, 194:24
**degree** [1] - 180:14
**DEI** [2] - 244:22, 245:1
**deliberately** [1] - 243:7
**delivery** [1] - 255:8
**demand** [1] - 219:6
**demonstrably** [1] - 169:8
**DEPARTMENT** [1] - 146:17
**deposition** [22] - 183:1, 197:7, 197:11, 197:18, 202:1, 214:19, 214:25, 215:5, 215:7, 216:10, 224:10, 224:17, 224:19, 224:21, 233:16, 233:24, 234:3, 234:8, 235:2, 235:14, 236:23, 240:14
**Deposition** [1] - 197:11
**DEPUTY** [1] - 228:15
**describe** [2] - 233:24, 242:20
**describing** [1] - 162:3
**description** [1] - 209:13
**designated** [1] - 188:25
**designed** [2] - 174:24, 244:24
**designers** [1] - 220:23
**designing** [1] - 247:11
**determine** [3] - 218:9, 251:8, 251:10
**determines** [1] -

257:1
**detrimental** [1] - 157:5
**develop** [3] - 170:5, 172:22, 245:13
**developed** [1] - 159:13
**developing** [2] - 167:15, 168:4
**devoted** [1] - 260:3
**different** [18] - 152:11, 158:19, 159:1, 165:19, 180:16, 185:4, 210:1, 217:14, 217:23, 225:18, 239:21, 246:11, 251:21, 253:11, 253:14, 256:6, 261:5
**differently** [1] - 217:15
**difficult** [4] - 168:9, 168:12, 168:17, 169:2
**Digest** [2] - 241:23, 241:24
**digital** [3] - 171:19, 173:24, 256:19
**Direct** [1] - 148:2
**direct** [4] - 204:23, 217:21, 222:20, 223:13
**DIRECT** [2] - 149:10, 241:1
**directly** [2] - 205:24, 258:5
**disappear** [2] - 221:10, 259:10
**discussed** [2] - 209:14, 233:20
**discussing** [1] - 235:21
**Disney** [1] - 231:3
**display** [2] - 159:18, 159:21
**displays** [1] - 159:19
**disruption** [1] - 203:15
**distinctive** [1] - 155:12
**distributed** [1] - 174:23
**distributing** [1] - 247:13
**distribution** [3] - 200:13, 232:17
**DISTRICT** [3] - 146:1, 146:1, 146:12
**District** [3] - 147:12, 147:12, 263:13
**district** [1] - 263:13

**diversity** [1] - 245:2
**divide** [2] - 168:6, 232:20
**division** [11] - 196:8, 225:20, 225:22, 226:8, 226:9, 226:10, 231:24, 232:8, 242:1, 258:10
**DIVISION** [1] - 146:18
**Division** [1] - 190:1
**divisions** [5] - 190:23, 226:6, 226:12, 226:14, 226:17
**document** [25] - 188:21, 189:1, 189:15, 189:20, 190:7, 190:8, 190:24, 190:25, 195:1, 195:5, 195:6, 208:23, 222:19, 223:8, 224:5, 227:21, 228:11, 228:13, 229:15, 235:21, 235:24, 236:2, 236:7, 236:9, 236:10
**Dog** [1] - 204:18
**Dogg's** [1] - 230:1
**DOJ's** [1] - 236:3
**dollars** [4] - 157:5, 162:8, 168:22, 209:21
**Dolly** [1] - 229:24
**domestic** [1] - 245:22
**dominant** [3] - 187:9, 187:15, 205:21
**done** [5] - 218:9, 234:5, 237:16, 255:19, 261:19
**Doubleday** [1] - 226:10
**down** [19] - 172:23, 172:24, 174:6, 184:25, 186:7, 186:9, 186:17, 207:8, 207:12, 207:15, 207:18, 215:13, 216:3, 218:24, 221:8, 221:16, 234:9, 234:14, 240:3
**downloads** [1] - 256:19
**downward** [1] - 236:20
**dozens** [1] - 242:8
**Dragon** [1] - 162:13
**dramatic** [1] - 257:11
**drawing** [1] - 162:19
**drink** [1] - 261:15

**drive** [1] - 185:9
**driven** [1] - 161:15
**driver** [1] - 162:19
**drop** [8] - 176:3, 176:4, 176:17, 176:23, 177:9, 177:10, 217:22, 240:10
**dropped** [1] - 194:6
**dropping** [1] - 176:21
**drops** [4] - 176:14, 176:19, 177:2, 177:13
**during** [6] - 180:20, 184:24, 198:20, 220:6, 220:10, 236:5

## E

**e-book** [1] - 257:16
**e-books** [1] - 256:18
**earn** [17] - 160:10, 161:4, 161:12, 195:20, 195:23, 196:18, 196:20, 197:4, 197:20, 197:23, 199:20, 199:21, 199:22, 199:25, 255:16
**earn-out** [2] - 195:20, 196:18
**earned** [8] - 157:20, 160:24, 161:6, 161:7, 176:10, 201:17, 254:23, 258:2
**earning** [3] - 160:9, 160:16, 200:25
**earns** [1] - 160:21
**easier** [1] - 222:22
**easy** [3] - 168:9, 169:2, 169:6
**echoes** [1] - 231:5
**Echoes** [1] - 231:13
**edited** [1] - 174:24
**editing** [1] - 245:13
**editor** [11] - 177:21, 227:10, 241:23, 241:24, 242:3, 242:6, 250:10, 251:19, 255:9, 255:10, 259:18
**editorial** [3] - 241:17, 241:25, 247:10
**editors** [19] - 217:15, 220:22, 222:9, 246:6, 246:8, 246:9, 246:17, 246:20, 251:5, 251:8, 251:13, 251:16, 252:22, 253:8, 253:14, 253:20,

253:25, 261:7, 261:8
**editors'** [1] - 238:23
**educating** [1] - 190:16
**EDWARDS** [2] - 147:11, 263:3
**Edwards** [5] - 263:12
**effect** [5] - 157:6, 180:2, 182:8, 234:23, 235:6
**effectively** [2] - 165:4, 246:13
**effects** [1] - 186:22
**efficiencies** [1] - 208:12
**effort** [1] - 258:16
**efforts** [1] - 258:12
**eight** [4] - 244:3, 259:1, 259:9, 260:3
**Eighth** [1] - 146:23
**either** [3] - 210:1, 213:2, 215:18
**Elements** [1] - 229:20
**eliminate** [1] - 180:18
**Ellie** [1] - 231:3
**emails** [2] - 158:24, 168:2
**employ** [1] - 243:12
**employed** [2] - 221:4, 242:9
**employees** [1] - 259:23
**employs** [1] - 220:22
**encounter** [3] - 172:3, 172:10, 172:14
**encouraging** [1] - 261:18
**end** [3] - 159:18, 202:6, 239:22
**ends** [1] - 189:25
**Engel** [1] - 231:3
**English** [2] - 202:24
**enormous** [1] - 174:1
**ensure** [1] - 250:16
**ensuring** [1] - 247:20
**enter** [5] - 163:3, 168:10, 168:12, 168:14, 168:18
**entered** [5] - 163:8, 163:22, 195:13, 233:12, 240:18
**entering** [1] - 172:18
**entertainment** [1] - 167:24
**enthusiasm** [1] - 238:23
**entire** [4] - 174:7,

255:16, 255:17, 258:1
**entirely** [3] - 173:6, 173:19, 173:24
**entities** [3] - 166:4, 167:21, 213:2
**entity** [6] - 180:6, 186:20, 206:8, 238:18, 238:22, 239:1
**entrants** [5] - 163:10, 164:6, 164:7, 164:13, 164:17
**entry** [1] - 160:3
**envelopes** [1] - 259:21
**environment** [1] - 169:25
**envisioned** [1] - 161:24
**equipment** [1] - 178:8
**equity** [1] - 245:2
**errors** [1] - 194:20
**especially** [3] - 246:9, 258:22, 259:3
**ESQ** [13] - 146:15, 146:15, 146:16, 146:16, 146:17, 146:20, 146:21, 146:21, 146:22, 147:2, 147:2, 147:5, 147:8
**essentially** [1] - 224:20
**establish** [1] - 250:5
**established** [3] - 158:18
**estimate** [4] - 176:6, 180:21, 209:18, 224:4
**estimates** [1] - 208:9
**et** [1] - 146:7
**euro** [1] - 209:18
**evening** [1] - 259:20
**event** [1] - 168:4
**events** [1] - 168:21
**EVIDENCE** [1] - 148:8
**evidence** [3] - 195:13, 233:8, 233:12
**exact** [1] - 242:7
**exactly** [2] - 151:17, 176:17
**exam** [1] - 204:23
**EXAMINATION** [6] - 149:10, 198:11, 233:13, 237:4, 239:9, 241:1
**examination** [2] - 222:20, 236:5
**example** [6] - 166:6, 166:15, 177:1, 212:7,

249:11, 257:8
**except** [4] - 187:22, 222:20, 226:19, 256:7
**exceptions** [1] - 152:4
**excerpt** [1] - 257:9
**excitement** [2] - 181:3, 181:8
**excluding** [1] - 203:15
**exclusively** [1] - 252:7
**excuse** [8] - 171:6, 199:4, 204:8, 209:24, 211:18, 227:21, 231:7, 232:2
**excused** [1] - 240:5
**executives** [2] - 167:7, 173:1
**exhibit** [2] - 208:18, 222:21
**Exhibit** [10] - 148:9, 148:11, 195:12, 208:17, 209:2, 209:12, 222:21, 223:5, 228:11, 233:11
**Exhibits** [1] - 233:7
**EXHIBITS** [1] - 148:8
**existence** [1] - 166:7
**exists** [1] - 168:1
**expand** [1] - 207:4
**expanded** [1] - 190:22
**expanding** [1] - 207:23
**expect** [5] - 157:9, 206:9, 235:6, 238:19, 238:21
**expectation** [6] - 177:25, 178:3, 180:5, 235:3, 235:15, 248:13
**expectations** [1] - 164:12
**expected** [3] - 160:11, 179:14, 235:17
**experience** [30] - 151:6, 154:21, 156:21, 177:17, 177:25, 178:20, 179:21, 180:2, 180:12, 182:10, 183:4, 183:7, 209:9, 242:24, 243:1, 247:8, 249:7, 253:7, 253:20, 253:23, 253:25, 254:4, 254:25, 255:16, 257:1, 257:13, 257:15, 258:14, 259:13,

259:16
**experienced** [1] - 183:13
**experiences** [1] - 242:17
**expertise** [4] - 170:6, 170:12, 179:4, 179:5
**experts'** [1] - 179:16
**explain** [6] - 149:18, 155:24, 158:14, 159:10, 176:2, 226:4
**explained** [1] - 234:8
**express** [1] - 251:13
**expressed** [2] - 205:9, 253:15
**external** [1] - 227:3
**extremely** [8] - 155:17, 170:25, 171:3, 171:22, 180:5, 180:6, 202:18

## F

**fact** [2] - 157:18, 169:10
**factors** [3] - 181:23, 202:17, 246:11
**failures** [1] - 172:25
**fair** [3] - 176:14, 219:6, 237:23
**fairly** [2] - 156:11, 156:16
**faith** [1] - 253:19
**FaithWords** [2] - 222:13, 222:15
**fall** [1] - 248:23
**far** [3] - 161:23, 177:6, 205:21
**Farrar** [1] - 242:1
**faster** [1] - 227:14
**faulty** [1] - 191:3
**favorable** [1] - 163:17
**favorableness** [1] - 163:15
**favors** [1] - 250:24
**feature** [1] - 161:13
**fellowship** [1] - 244:24
**felt** [2] - 181:15, 242:17
**fever** [1] - 180:23
**few** [6] - 151:10, 187:4, 196:4, 199:24, 227:16, 251:4
**fewer** [6] - 181:15, 184:23, 184:24, 185:7, 185:9, 236:21
**fiction** [1] - 166:10,

170:3, 243:16, 243:22, 244:9
**field** [1] - 169:4
**Fifth** [1] - 146:18
**Fifty** [1] - 162:17
**figure** [1] - 201:21
**figures** [3] - 156:1, 156:2, 248:13
**film** [1] - 257:10
**final** [5] - 213:13, 215:25, 227:19, 236:18, 255:13
**finance** [1] - 194:12
**financial** [16] - 157:3, 157:12, 157:13, 158:6, 158:9, 161:17, 163:13, 175:2, 183:13, 183:16, 187:16, 187:24, 208:9, 214:1, 239:23, 247:7
**financially** [1] - 156:8
**fine** [1] - 157:24
**finished** [1] - 247:3
**firm** [5] - 211:23, 213:8, 213:12, 214:10, 219:24
**first** [26] - 149:13, 155:22, 191:22, 200:16, 206:6, 218:6, 228:19, 229:11, 235:24, 237:14, 241:16, 243:25, 245:10, 246:19, 247:23, 248:17, 249:5, 250:3, 250:14, 251:23, 252:6, 255:6, 256:13, 257:8, 259:9, 260:12
**FISHBEIN** [1] - 147:5
**fit** [1] - 173:3
**five** [4] - 162:17, 169:22, 182:12, 196:16
**fixed** [1] - 184:2
**Flavor** [1] - 229:20
**Floor** [1] - 146:23
**FLORENCE** [1] - 146:11
**focus** [4] - 155:5, 166:10, 170:18, 251:4
**focused** [2] - 166:8, 170:12
**focuses** [2] - 168:11, 168:19
**focusing** [2] - 163:2, 191:16
**folks** [1] - 229:9
**follow** [5] - 196:24,

199:16, 215:13, 222:17, 251:8
**followed** [4] - 193:23, 193:24, 200:17
**following** [4] - 198:6, 212:2, 219:25, 240:19
**followup** [1] - 237:1
**FOR** [6] - 146:1, 146:15, 146:20, 147:2, 147:5, 148:4
**foregoing** [1] - 263:4
**foreign** [2] - 175:4
**forget** [1] - 260:10
**forgive** [2] - 215:3, 235:11
**forgotten** [1] - 238:14
**form** [1] - 154:3
**forma** [1] - 200:3
**format** [7] - 175:13, 183:23, 183:25, 184:3, 184:20, 256:10, 257:2
**forward** [1] - 165:17
**foundation** [2] - 156:16, 158:6
**founder** [1] - 242:12
**founding** [1] - 244:22
**four** [5] - 182:12, 191:17, 192:3, 255:17, 259:24
**four-year** [2] - 191:17, 192:3
**France** [1] - 202:25
**frankly** [1] - 254:6
**free** [1] - 225:21
**freely** [1] - 180:10
**frequency** [1] - 151:2
**frequently** [26] - 149:15, 149:17, 149:20, 150:21, 150:23, 150:24, 152:3, 152:14, 152:15, 152:19, 152:23, 152:24, 153:3, 153:4, 153:15, 153:21, 164:3, 170:23, 171:1, 183:4, 193:18, 193:20, 193:22, 197:4, 247:1, 247:24
**front** [14] - 157:11, 158:8, 161:14, 165:1, 166:25, 186:11, 188:21, 209:2, 215:7, 222:18, 222:25, 223:13, 228:11, 231:9
**front-list** [3] - 158:8,

161:14, 166:25
**fulfillment** [1] - 160:18
**full** [3] - 209:18, 255:21, 263:5
**fully** [1] - 160:23
**funding** [1] - 164:7
**future** [2] - 156:20, 191:8

## G

**gathering** [1] - 259:4
**general** [7] - 151:18, 170:17, 171:8, 172:13, 173:21, 181:9, 193:17
**general-interest** [3] - 170:17, 171:8, 173:21
**generalized** [1] - 196:2
**generally** [1] - 196:1
**generate** [1] - 250:8
**generous** [1] - 254:24
**gigantically** [2] - 152:6, 187:15
**Girl** [1] - 162:12
**Giroux** [1] - 242:2
**given** [4] - 163:14, 205:17, 224:10, 249:12
**going-out-to-the-heart-of-the-market** [1] - 196:7
**goodness** [1] - 151:25
**Government** [2] - 210:22, 217:3
**Grand** [2] - 196:6, 222:10
**graph** [1] - 194:11
**Grau** [3] - 231:5, 231:15, 249:23
**Graywolf** [1] - 248:24
**great** [5] - 155:14, 183:11, 197:22, 203:11, 205:15
**greater** [4] - 154:5, 157:2, 227:10, 259:16
**greatest** [2] - 188:12, 250:17
**grew** [1] - 166:12
**Grey** [1] - 162:17
**Group** [13] - 185:25, 191:11, 194:3, 196:16, 202:2, 204:20, 219:9, 225:3,

225:17, 225:25, 226:2, 226:19, 239:3
**group** [4] - 151:9, 192:15, 220:20, 232:8
**Group's** [2] - 185:15, 218:15
**grove** [1] - 230:15
**Grove** [2] - 247:25, 248:3
**grow** [2] - 169:3, 169:15
**growing** [2] - 169:25, 203:16
**grown** [3] - 170:20, 203:14, 243:24
**guarantee** [1] - 168:23
**guess** [3] - 151:18, 178:16, 183:17
**guesstimating** [1] - 224:9
**guide** [1] - 191:8
**gusher** [1] - 162:4
**gushers** [1] - 161:18, 162:2

## H

**Hachette** [97] - 149:14, 149:16, 149:19, 150:21, 151:4, 152:12, 152:17, 152:21, 153:1, 153:3, 153:15, 153:21, 153:24, 154:17, 155:5, 155:19, 156:7, 158:12, 159:9, 162:6, 163:4, 163:7, 163:21, 163:24, 167:7, 167:8, 167:18, 169:4, 170:23, 171:1, 171:4, 171:6, 171:25, 173:9, 174:10, 174:15, 174:19, 174:21, 176:2, 176:14, 176:16, 176:19, 177:2, 177:9, 177:13, 183:5, 185:13, 185:15, 185:17, 185:19, 185:21, 185:23, 185:24, 186:3, 186:8, 186:17, 186:18, 188:25, 190:23, 190:24, 190:25, 191:11, 193:18, 194:3, 194:23, 204:20, 205:4, 205:6, 206:18, 207:1, 209:8, 212:3,

213:15, 215:14, 215:16, 216:1, 217:22, 222:8, 225:3, 225:8, 229:5, 235:24, 236:2, 237:6, 237:14, 237:23, 238:3, 239:11, 239:16
**Hachette's** [11] - 153:6, 153:10, 156:21, 157:16, 157:18, 157:25, 164:18, 166:20, 166:22, 197:4, 197:20
**half** [4] - 192:13, 201:22, 256:15, 256:17
**hand** [2] - 209:18, 240:21, 258:3
**handful** [1] - 244:1
**handles** [1] - 232:8
**hands** [1] - 182:22
**happy** [2] - 205:16, 205:17
**Harcourt** [3] - 169:19, 192:16, 192:20
**hard** [10] - 167:25, 168:20, 169:1, 169:6, 169:9, 173:17, 231:21, 256:2, 256:12
**hard-cover** [1] - 256:12
**harder** [1] - 227:14
**Hare** [1] - 189:6
**Harlem** [1] - 243:11
**harmful** [1] - 188:1
**Harper** [2] - 150:25, 193:12
**harperCollins** [1] - 193:1
**HarperCollins** [6] - 169:20, 192:17, 193:23, 214:10, 230:21, 242:1
**HBG** [4] - 194:2, 225:2, 227:20, 228:6
**head** [2] - 201:21, 259:21
**heads** [1] - 178:25
**heads-up** [1] - 178:25
**health** [1] - 170:13
**hear** [6] - 164:24, 179:7, 199:5, 207:21, 210:5, 239:13
**hearing** [4] - 149:21, 151:7, 178:14, 207:9
**heart** [2] - 196:7, 196:21
**heart-of-the-market**

[1] - 196:21
**heavily** [1] - 171:20
**held** [2] - 241:19, 241:25
**help** [4] - 167:18, 167:20, 197:7, 261:13
**helping** [1] - 245:14
**helps** [1] - 227:9
**herbs** [1] - 163:11
**hereby** [1] - 263:3
**heroic** [1] - 188:13
**Herself** [1] - 231:3
**hesitate** [1] - 261:12
**hi** [1] - 198:13
**high** [16] - 151:24, 154:4, 155:13, 156:9, 156:12, 156:22, 157:11, 170:1, 173:5, 175:23, 180:7, 188:17, 197:22, 200:25, 245:8
**high-advance** [1] - 156:22
**high-earning** [1] - 200:25
**high-risk** [2] - 155:13, 170:1
**higher** [32] - 152:13, 152:18, 152:22, 153:2, 153:7, 153:12, 153:14, 153:20, 155:23, 156:1, 163:5, 163:9, 163:23, 168:11, 168:19, 169:5, 170:24, 171:2, 173:10, 174:11, 176:15, 176:22, 188:18, 197:21, 210:10, 212:11, 213:8, 213:10, 216:8, 233:2, 239:21, 253:24
**highest** [4] - 170:2, 211:19, 211:24, 213:20
**highly** [1] - 157:19
**hit** [1] - 161:15
**hit-driven** [1] - 161:15
**HMH** [5] - 193:4, 193:5, 193:6, 193:11, 223:24
**HMM** [1] - 192:23
**hold** [2] - 252:13, 259:7
**homes** [1] - 250:15
**homogenization** [1] - 187:12
**hone** [1] - 245:16
**Honor** [24] - 178:4, 179:19, 188:25,

189:19, 195:14, 196:25, 198:8, 208:20, 208:25, 222:1, 223:6, 228:12, 228:20, 233:7, 236:17, 238:7, 239:24, 240:6, 240:8, 240:15, 240:25, 260:25, 261:11, 262:1
**Honor's** [1] - 178:24
**HONORABLE** [1] - 146:11
**Hoover** [1] - 162:9
**hope** [1] - 186:4
**hopefully** [1] - 251:25
**Houghton** [3] - 169:18, 192:16, 192:20
**hours** [2] - 247:1, 247:5
**house** [10] - 180:16, 181:20, 185:8, 226:1, 226:2, 226:20, 226:23, 246:13, 249:22, 259:22
**House** [67] - 150:25, 176:18, 177:4, 177:12, 178:1, 180:3, 180:11, 180:17, 181:12, 181:18, 181:22, 181:25, 182:9, 182:12, 182:14, 182:19, 184:16, 185:2, 185:6, 185:12, 186:13, 187:4, 187:8, 187:17, 187:23, 191:23, 193:23, 198:14, 212:9, 212:15, 213:14, 213:17, 214:5, 214:11, 214:23, 216:14, 216:20, 217:2, 218:1, 218:3, 219:15, 219:25, 220:9, 225:21, 225:25, 226:2, 226:6, 226:21, 231:2, 234:11, 234:15, 234:24, 235:4, 235:8, 235:10, 235:16, 239:4, 242:1, 248:25, 249:24, 250:11, 250:15, 250:19, 250:20, 250:25, 260:17
**HOUSE** [2] - 146:21, 147:3
**House's** [1] - 235:17
**House/Simon** [3] -

215:16, 216:1, 217:5
**houses** [6] - 180:9, 180:18, 246:6, 252:22, 253:15, 261:6
**huge** [2] - 162:11, 162:21
**humankind** [1] - 188:12
**hundreds** [2] - 162:7, 164:5
**hurt** [1] - 239:17
**hypo** [1] - 212:19

**I**

**idea** [2] - 173:3, 190:19
**ideas** [1] - 245:14
**identical** [3] - 178:21, 222:19, 223:5
**identified** [2] - 161:13, 200:20
**identify** [1] - 229:8
**identity** [1] - 176:22
**IHAN** [1] - 146:15
**illustrated** [1] - 170:13
**imagine** [1] - 173:17
**immediate** [2] - 203:20, 203:23
**immediately** [1] - 258:24
**immigrant** [1] - 242:23
**impact** [2] - 253:8, 253:21
**impetus** [1] - 194:14
**important** [5] - 246:23, 247:14, 254:11, 254:13, 254:18
**imposed** [1] - 213:24
**imprint** [16] - 152:24, 181:18, 194:6, 220:21, 220:22, 220:23, 220:25, 221:3, 221:5, 221:24, 222:7, 222:11, 225:22, 226:20, 242:2, 248:10
**imprint's** [2] - 221:1, 221:10
**imprints** [66] - 152:15, 158:16, 158:23, 180:15, 181:17, 181:19, 182:18, 182:19, 185:1, 185:3, 185:4, 185:6, 186:24, 187:1,

187:5, 196:5, 196:7, 196:10, 196:12, 196:15, 196:16, 196:22, 207:3, 207:12, 207:15, 207:18, 207:24, 218:24, 219:19, 219:24, 220:2, 220:4, 220:10, 220:13, 220:17, 220:19, 221:14, 221:17, 222:14, 225:6, 225:11, 225:14, 225:24, 226:3, 226:8, 226:14, 226:17, 226:19, 226:21, 226:25, 228:7, 228:8, 232:1, 232:3, 232:9, 232:11, 232:12, 238:24, 238:25, 239:3, 239:12, 239:16, 239:20, 250:14, 250:18, 250:21
**IN** [1] - 148:8
**include** [8] - 174:22, 221:21, 243:16, 247:24, 248:19, 249:5, 250:2, 257:4
**included** [3] - 192:9, 203:23, 254:15
**includes** [3] - 171:14, 223:22, 227:13
**including** [5] - 236:21, 244:14, 246:11, 247:11, 254:15
**inclusion** [1] - 245:2
**income** [1] - 258:5
**incorrect** [1] - 222:14
**increase** [1] - 181:10
**incredibly** [2] - 173:16, 188:13
**independent** [10] - 169:24, 170:11, 170:17, 171:14, 218:19, 241:18, 244:1, 248:24, 249:4, 249:12
**independently** [1] - 169:15
**indicate** [2] - 202:20, 208:6
**indicated** [10] - 178:18, 202:9, 203:10, 203:19, 207:17, 223:2, 223:21, 224:19,

273

224:21, 225:17
**individual** [2] -
175:4, 238:23
**industry** [26] -
154:19, 157:1,
162:16, 162:18,
162:19, 163:2,
170:10, 170:20,
179:4, 179:10,
179:11, 179:20,
180:13, 202:9,
202:18, 203:14,
203:16, 219:1,
241:14, 243:2,
244:25, 249:23,
250:5, 256:4, 256:7
**Industry** [1] - 202:2
**infinite** [1] - 164:7
**influencers** [3] -
159:6, 167:10, 171:10
**information** [4] -
190:7, 190:20, 207:5,
207:22
**informed** [1] - 208:3
**initiatives** [1] -
244:22
**inspiration** [1] -
168:25
**instance** [1] - 162:5
**instances** [2] -
216:2, 227:16
**instead** [6] - 155:10,
169:25, 174:12,
181:14, 185:4, 229:15
**intend** [2] - 186:5,
237:23
**intended** [2] -
172:20, 235:9
**intention** [2] - 206:4,
206:13
**interest** [15] -
170:17, 171:8,
173:21, 180:24,
183:17, 205:10,
214:1, 239:23, 251:9,
251:13, 252:21,
253:15, 253:18,
260:14
**interested** [9] -
175:14, 185:13,
185:16, 246:10,
252:13, 253:7,
253:16, 253:21,
253:25
**interesting** [1] -
194:13
**interests** [1] - 242:18
**interlocutors** [1] -
164:23
**intern's** [1] - 198:23

**internal** [2] - 181:19,
227:3
**invest** [2] - 155:9,
155:11
**investment** [1] -
169:15
**investments** [1] -
191:8
**investors** [2] - 157:7,
169:13
**invests** [1] - 258:20
**involved** [2] - 205:3,
254:2
**issue** [1] - 179:3
**issued** [1] - 221:23
**issues** [1] - 189:3
**it'll** [2] - 178:14,
195:11
**items** [1] - 225:1
**itself** [1] - 250:5

## J

**James** [1] - 237:18
**JEFFREY** [1] -
146:16
**Jennifer** [1] - 178:17
**job** [1] - 245:10
**JOHN** [1] - 146:15
**join** [1] - 165:5
**jointly** [1] - 237:20
**journalists** [2] -
244:9, 255:23
**judge** [3] - 198:19,
199:17, 225:2
**JUDGE** [1] - 146:12
**judge's** [1] - 189:7
**judgment** [1] -
207:23
**jump** [1] - 199:15
**June** [1] - 191:12
**jury's** [1] - 228:16
**JUSTICE** [1] - 146:17

## K

**keep** [7] - 149:25,
150:8, 150:9, 187:3,
200:23, 201:2, 218:21
**keeping** [1] - 223:17
**kept** [2] - 203:16,
224:11
**kGAA** [1] - 146:6
**KIM** [1] - 146:15
**kind** [21] - 151:1,
151:23, 157:9,
159:25, 160:1,
164:16, 165:24,

170:14, 180:23,
181:8, 185:9, 187:12,
189:20, 196:6,
196:21, 201:22,
218:6, 253:1, 253:12,
254:7, 256:2
**kinds** [6] - 164:23,
167:24, 243:5, 243:8,
246:12, 246:14
**Knopf** [2] - 226:10,
237:18
**knowledge** [6] -
181:19, 202:22,
220:3, 220:11, 226:3,
237:8
**known** [3] - 192:23,
195:19, 206:8

## L

**labeled** [4] - 191:12,
191:25, 192:3, 192:9
**labor** [1] - 247:5
**lack** [2] - 187:12,
215:17
**laptop** [1] - 198:21
**large** [6] - 156:16,
161:6, 165:7, 180:6,
196:4, 254:20
**larger** [3] - 166:22,
189:20, 220:20
**largest** [4] - 169:20,
169:22, 192:12,
192:15
**last** [18] - 180:8,
181:17, 185:7, 186:6,
197:11, 199:17,
202:6, 204:7, 204:11,
211:4, 212:24, 213:1,
215:15, 231:10,
234:11, 234:16,
234:18, 249:2
**lasting** [1] - 250:5
**late** [1] - 259:20
**launched** [2] - 244:4,
249:22
**law** [1] - 198:22
**lawyer** [1] - 228:1
**lead** [12] - 181:23,
182:10, 184:16,
184:19, 211:7,
215:19, 216:8,
233:21, 233:25,
235:8, 248:6, 253:24
**leader** [1] - 162:16
**leading** [2] - 206:8,
214:12, 258:24
**learn** [6] - 174:11,
190:13, 190:25,

191:3, 192:12, 194:15
**learning** [1] - 150:17
**least** [1] - 178:14
**leave** [1] - 240:15
**leaving** [1] - 251:2
**led** [2] - 235:16,
235:18
**left** [6] - 173:2,
175:16, 191:13,
195:4, 211:5, 239:20
**less** [8] - 157:11,
158:4, 185:5, 211:5,
212:2, 213:1, 215:14,
216:25
**lesson** [1] - 151:25
**letter** [1] - 246:4
**level** [22] - 150:1,
151:21, 156:12,
168:13, 176:6,
176:10, 176:12,
176:13, 176:19,
177:9, 177:13,
211:19, 212:25,
232:11, 232:14,
233:1, 245:8, 248:9,
251:8, 258:15, 258:19
**levels** [9] - 152:11,
155:5, 170:4, 172:14,
197:5, 197:21,
232:21, 232:24,
239:21
**Leventhal** [1] -
204:18
**leverage** [1] - 159:24
**Lexington** [1] - 147:6
**license** [1] - 175:3
**Licht** [1] - 261:18
**LICHT** [14] - 146:17,
240:8, 240:10,
240:13, 240:25,
241:2, 241:10, 260:8,
260:25, 261:3, 261:4,
261:9, 261:11, 262:1
**lie** [2] - 183:4, 183:18
**life** [2] - 167:2, 174:7
**Life** [1] - 222:10
**Lifelong/Da** [1] -
222:5
**likely** [11] - 165:2,
183:18, 186:22,
201:17, 213:11,
215:1, 234:17, 238:2,
246:21, 248:5, 253:21
**limit** [4] - 176:11,
177:11, 177:24, 180:7
**limited** [3] - 171:18,
171:22, 175:24
**Line** [1] - 215:6,
215:11
**line** [2] - 182:22,

194:21
**Lines** [3] - 197:12,
215:23, 234:3
**lines** [1] - 215:10
**Lisa** [1] - 263:12
**LISA** [2] - 147:11,
263:3
**list** [40] - 151:15,
154:8, 155:11,
156:16, 156:20,
157:11, 157:14,
157:15, 157:16,
157:18, 157:25,
158:3, 158:7, 158:8,
160:12, 161:3, 161:5,
161:14, 162:10,
165:2, 165:7, 165:8,
165:12, 165:13,
165:16, 165:21,
165:23, 166:1, 166:8,
166:11, 166:15,
166:19, 166:21,
166:25, 170:2, 171:7,
221:21, 246:5, 250:7
**listed** [4] - 158:11,
193:17, 194:5, 194:22
**listened** [1] - 179:10
**lists** [5] - 163:25,
165:14, 166:5,
191:16, 231:22
**literary** [8] - 183:8,
240:7, 242:16,
242:20, 245:6, 245:8,
245:18, 245:24
**Literary** [5] - 242:13,
242:14, 243:12,
243:14, 244:18
**litigation** [3] -
197:10, 234:3, 235:25
**living** [1] - 203:11
**Livre** [6] - 185:15,
185:17, 185:19,
185:22, 185:23, 207:1
**LLP** [4] - 146:22,
147:3, 147:6, 147:8
**loath** [1] - 183:21
**located** [2] - 243:10,
243:11
**logic** [3] - 210:24,
212:2, 212:13
**long-established** [1]
- 158:18
**long-term** [2] -
203:20, 203:23
**longevity** [2] -
247:21, 250:6
**look** [20] - 150:11,
150:12, 150:14,
170:9, 170:10, 176:9,
186:24, 190:15,

191:1, 191:7, 200:25,
207:2, 209:12,
209:16, 215:23,
228:24, 229:15,
230:22, 243:4, 243:7
**looked** [1] - 168:13
**looking** [7] - 164:8,
178:15, 197:7, 223:3,
234:14, 243:1, 247:7
**looks** [1] - 189:21
**Los** [1] - 146:24
**lose** [12] - 151:1,
152:13, 152:18,
153:15, 153:21,
164:12, 193:18,
193:19, 199:24,
200:1, 200:24, 238:14
**loser** [1] - 152:4
**loses** [4] - 149:14,
149:16, 149:20,
152:15
**losing** [1] - 157:8
**loss** [7] - 156:10,
156:12, 187:6, 187:7,
188:4, 229:11, 236:11
**losses** [17] - 156:10,
156:22, 156:24,
157:2, 157:4, 161:11,
191:17, 191:22,
192:3, 192:6, 193:2,
193:7, 193:13, 230:3,
236:6, 236:9, 236:14
**lost** [14] - 151:7,
152:2, 152:5, 157:22,
193:22, 194:23,
201:5, 227:17, 229:5,
229:19, 229:23,
230:4, 230:9, 236:19
**loud** [2] - 186:1,
209:17
**love** [5] - 188:10,
188:11, 188:14,
188:15, 249:8
**low** [4] - 155:8,
157:21, 157:22,
168:20
**lower** [33] - 175:23,
181:25, 184:16,
184:19, 184:22,
186:10, 188:5, 188:8,
206:13, 206:19,
210:14, 210:19,
210:21, 211:18,
211:23, 212:6,
212:22, 213:12,
213:18, 214:12,
214:14, 215:19,
216:21, 216:24,
233:21, 233:25,
234:19, 235:8,

235:16, 235:18,
237:6, 256:8
**lowered** [2] - 211:16,
211:17
**lowering** [4] - 206:4,
210:12, 215:1, 217:2
**lunch** [1] - 168:3
**lying** [3] - 183:7,
183:8, 183:14

## M

**ma'am** [1] - 240:20
**Macmillan** [3] -
151:1, 193:24, 242:2
**magazines** [1] -
158:20
**main** [3] - 153:6,
153:8, 153:10
**mainstream** [2] -
172:18, 196:6
**major** [8] - 154:11,
154:24, 159:12,
159:13, 180:14,
180:18, 188:6, 188:19
**majority** [2] - 167:3,
197:22
**manager** [3] -
259:19, 259:22,
259:23
**managers** [1] - 150:7
**mandate** [1] - 243:7
**manufacturing** [3] -
160:17, 176:8, 200:12
**manuscript** [2] -
247:4, 255:9
**manuscripts** [1] -
245:13
**March** [1] - 209:3
**margin** [1] - 157:6
**marked** [2] - 222:20,
223:9
**market** [25] - 150:24,
155:8, 163:3, 163:9,
163:22, 165:3,
168:18, 170:14,
173:21, 179:6, 186:2,
187:7, 191:7, 195:18,
196:1, 196:7, 196:21,
219:2, 219:5, 219:6,
219:10, 219:14,
219:16, 238:15,
238:18
**marketing** [19] -
157:21, 160:18,
164:14, 167:14,
175:2, 176:8, 200:13,
220:23, 232:16,
232:17, 247:12,

258:11, 258:16,
258:20, 258:22,
259:14, 259:22,
260:2, 260:4
**marketplace** [2] -
155:13, 247:19
**mass** [6] - 219:2,
219:5, 219:6, 219:10,
219:14, 219:16
**mass-market** [6] -
219:2, 219:5, 219:6,
219:10, 219:14,
219:16
**massive** [4] - 156:13,
156:14, 166:3
**match** [2] - 227:9,
239:20
**Matter** [1] - 230:18
**matter** [3] - 204:1,
217:9, 247:15
**maximize** [2] -
169:14, 259:6
**mean** [11] - 160:10,
164:1, 165:24,
165:25, 182:2, 182:4,
185:8, 188:10, 192:6,
201:2, 238:17
**meaning** [4] -
163:22, 165:21,
194:20, 252:1
**means** [5] - 164:22,
182:3, 216:24, 221:4,
246:4
**meant** [5] - 155:24,
155:25, 158:14,
159:10, 200:17
**measure** [1] - 182:5
**media** [17] - 154:9,
154:24, 155:14,
158:14, 158:19,
158:25, 164:14,
164:22, 164:23,
167:7, 167:9, 167:21,
167:24, 171:10,
173:15, 259:1, 259:21
**meet** [2] - 164:11,
181:2
**meeting** [1] - 260:1
**meetings** [1] -
244:21
**MEGAN** [1] - 146:21
**Melville** [1] - 248:24
**MELVIN** [1] - 146:16
**member** [5] - 244:16,
244:17, 244:19,
244:22
**members** [2] - 245:3,
260:3
**memory** [1] - 224:4
**Men** [1] - 230:15

**mentioned** [12] -
155:18, 155:22,
157:15, 158:13,
159:7, 190:8, 192:20,
248:10, 249:4,
249:20, 255:24,
256:22
**mentorship** [1] -
244:23
**merged** [14] -
210:14, 210:16,
210:21, 211:18,
211:23, 212:3, 212:4,
212:21, 213:8,
213:12, 213:17,
214:7, 219:24, 222:7
**merger** [55] - 176:18,
177:2, 177:8, 177:12,
178:1, 180:3, 182:8,
184:15, 184:19,
185:12, 186:7,
186:16, 188:20,
205:10, 205:14,
205:19, 205:20,
206:1, 206:11,
207:17, 208:4,
210:12, 211:9, 212:7,
212:9, 213:13,
213:16, 213:25,
214:23, 216:13,
217:8, 217:23,
217:25, 218:7,
218:11, 218:14,
218:19, 218:20,
219:11, 219:19,
219:21, 219:23,
233:20, 233:25,
234:8, 234:23, 235:3,
235:9, 235:15, 237:6,
237:7, 237:11,
237:25, 238:2
**met** [2] - 183:1,
198:17
**methodologies** [2] -
251:21, 253:8
**methodology** [1] -
253:12
**Michael** [1] - 148:5
**mid** [3] - 247:25,
248:2, 248:9
**mid-sized** [3] -
247:25, 248:2, 248:9
**middle** [2] - 157:22,
184:1
**midway** [1] - 184:3
**Mifflin** [3] - 169:19,
192:16, 192:20
**might** [25] - 176:2,
184:4, 184:8, 185:5,
186:11, 187:13,

191:6, 199:16,
206:25, 207:8,
207:18, 207:24,
211:5, 211:6, 212:1,
212:11, 212:16,
213:15, 213:21,
216:21, 221:16,
230:19, 233:20,
233:25, 246:5
**million** [10] - 156:14,
157:3, 157:4, 157:5,
158:4, 166:13,
166:14, 168:22,
169:23
**millions** [3] - 161:17,
162:7
**mind** [3] - 153:5,
153:10, 224:24
**mine** [1] - 227:24
**minute** [2] - 155:4,
177:16
**misidentification** [1]
- 230:20
**misidentifications**
[1] - 194:20
**misidentifies** [1] -
194:9
**mission** [3] - 242:20,
242:22, 243:7
**misspoke** [1] -
200:17
**misunderstanding**
[1] - 230:19
**model** [1] - 161:10
**modest** [2] - 249:10,
249:18
**moment** [2] - 156:7,
163:2
**money** [13] - 152:2,
152:4, 157:8, 162:12,
164:12, 172:21,
199:24, 200:1,
200:21, 200:24,
201:5, 201:20
**month** [2] - 198:19,
258:24
**months** [2] - 245:15,
255:13
**Moore's** [1] - 230:18
**morning** [2] -
182:23, 216:6
**most** [35] - 149:14,
149:17, 149:20,
150:21, 150:23,
150:24, 151:5,
152:13, 152:15,
152:19, 152:23,
152:24, 153:3, 153:4,
164:7, 166:25, 168:7,
193:18, 193:20,

193:22, 194:22,
200:1, 202:13,
202:14, 203:2, 203:8,
213:10, 216:16,
246:6, 246:21,
247:14, 254:11,
254:13, 254:18,
259:11
  **mostly** [2] - 199:24,
246:20
  **motion** [2] - 178:16,
179:3
  **motions** [2] - 198:19,
198:20
  **move** [5] - 227:14,
233:7, 248:15, 253:6,
253:17
  **movement** [1] -
256:2
  **moves** [1] - 195:7
  **movie** [1] - 167:23
  **MR** [64] - 149:2,
149:5, 149:7, 149:11,
152:10, 153:19,
160:6, 163:1, 174:3,
174:9, 178:4, 178:7,
178:11, 179:19,
180:1, 188:25, 189:6,
189:8, 189:18,
189:23, 194:8, 195:7,
195:10, 195:14,
196:24, 197:2,
197:24, 198:8,
198:10, 198:12,
199:1, 199:10,
208:16, 208:19,
208:20, 208:22,
208:24, 209:1, 210:8,
221:12, 222:1, 222:2,
223:4, 223:8, 223:12,
228:4, 228:5, 228:12,
228:17, 230:24,
230:25, 233:6,
233:10, 233:14,
234:21, 236:16,
237:1, 237:5, 238:6,
238:9, 239:7, 239:10,
239:24, 240:6
  **MS** [13] - 240:8,
240:10, 240:13,
240:25, 241:2,
241:10, 260:8,
260:25, 261:3, 261:4,
261:9, 261:11, 262:1
  **multiple** [6] - 181:21,
226:21, 252:1,
252:20, 253:20,
253:25
  **MYERS** [2] - 146:22,
147:3

# N

  **name** [8] - 172:7,
172:12, 199:3, 199:5,
241:8, 241:9, 241:11,
241:13
  **names** [1] - 225:2
  **narratives** [2] -
242:24, 243:8
  **narrowed** [1] -
175:19
  **narrows** [1] - 175:18
  **National** [1] - 244:14
  **nearly** [1] - 163:16
  **necessarily** [1] -
221:1
  **need** [9] - 165:18,
186:25, 187:1, 187:2,
204:9, 207:8, 211:21,
223:4, 252:13
  **needed** [1] - 204:10
  **needs** [2] - 188:18,
261:14
  **negative** [1] - 186:22
  **neglected** [1] -
237:13
  **negotiable** [1] -
257:13
  **negotiate** [8] -
163:12, 252:8,
253:19, 254:10,
254:12, 254:19,
255:24, 256:2
  **negotiations** [2] -
187:17, 242:5
  **net** [2] - 256:18,
256:20
  **never** [8] - 172:3,
183:13, 207:6, 218:9,
231:20, 237:9,
237:20, 237:21
  **new** [8] - 163:3,
163:8, 163:10,
163:21, 163:24,
164:6, 164:7, 164:9,
164:13, 164:17,
164:19, 166:25,
167:13, 181:2, 182:4,
221:11, 221:14,
221:17, 221:23,
222:7, 231:15,
249:25, 250:2, 250:9,
257:17, 258:22
  **New** [5] - 147:4,
147:7, 243:11
  **newcomers** [2] -
249:1, 249:20
  **newly** [1] - 196:19
  **news** [1] - 259:1

  **newspapers** [1] -
158:20
  **next** [10] - 169:21,
186:15, 191:10,
207:24, 209:16,
238:11, 240:7, 251:4,
251:6, 255:7
  **NFTs** [1] - 257:18
  **nine** [2] - 228:6
  **Ninth** [1] - 147:9
  **nominated** [1] -
244:11
  **non** [27] - 153:15,
153:21, 153:25,
154:2, 154:18,
155:20, 156:23,
157:17, 158:1,
158:12, 159:10,
169:2, 169:20, 192:6,
192:18, 193:3, 193:8,
193:13, 223:22,
223:25, 224:3, 224:6,
224:20, 224:23,
227:17, 229:5, 236:6
  **non-Big** [27] -
153:15, 153:21,
153:25, 154:2,
154:18, 155:20,
156:23, 157:17,
158:1, 158:12,
159:10, 169:2,
169:20, 192:6,
192:18, 193:3, 193:8,
193:13, 223:22,
223:25, 224:3, 224:6,
224:20, 224:23,
227:17, 229:5, 236:6
  **none** [2] - 170:19,
203:23
  **nonfiction** [8] -
166:11, 170:5,
170:12, 243:16,
243:22, 244:10,
245:14, 251:24
  **nonnegotiable** [1] -
257:14
  **nonprofit** [1] -
255:23
  **nonsensical** [1] -
173:3
  **North** [1] - 257:6
  **Northwest** [4] -
146:18, 147:9,
147:13, 263:14
  **Norton** [2] - 248:1,
248:3
  **Nos** [2] - 148:11,
233:11
  **notable** [1] - 244:6
  **notes** [1] - 263:5

  **nothing** [1] - 238:6
  **notice** [1] - 257:3
  **noticed** [5] - 158:23,
171:11, 174:23,
219:22
  **noticing** [1] - 261:13
  **novel** [1] - 251:24
  **novelists** [2] - 244:7,
244:8
  **novels** [1] - 162:9
  **number** [36] -
166:23, 167:4, 175:8,
175:10, 180:19,
181:10, 182:3, 182:4,
182:6, 182:17, 185:2,
189:25, 194:10,
195:22, 203:20,
209:17, 209:21,
210:9, 212:7, 212:10,
213:8, 216:7, 220:21,
224:2, 226:8, 226:14,
232:25, 236:19,
242:7, 246:11,
251:12, 251:15,
253:7, 254:20, 257:12
  **numbers** [6] -
161:23, 162:11,
167:5, 228:10,
228:22, 233:3
  **numerous** [1] -
244:13

# O

  **O'MELVENY** [2] -
146:22, 147:3
  **oath** [1] - 149:8
  **object** [1] - 178:22
  **objection** [2] - 195:9,
195:10
  **objections** [1] -
233:8
  **observation** [3] -
154:19, 157:1, 160:13
  **observations** [1] -
182:10
  **observe** [1] - 218:8
  **observed** [8] -
182:11, 218:17,
218:21, 218:23,
220:4, 234:22, 255:4
  **obviate** [1] - 166:9
  **obviously** [3] -
151:20, 171:19,
231:18
  **occasionally** [1] -
172:8
  **occasions** [2] -
151:9, 172:10

  **occur** [1] - 162:22
  **occurred** [1] -
218:19
  **OF** [4] - 146:1, 146:3,
146:11, 146:17
  **offer** [24] - 150:7,
155:16, 174:10,
182:7, 205:2, 205:6,
207:7, 212:2, 212:3,
212:15, 212:17,
213:1, 232:12,
237:19, 251:16,
252:3, 252:8, 252:9,
252:11, 252:24,
252:25, 253:2, 253:5,
258:4
  **offered** [10] - 152:2,
190:11, 212:16,
216:22, 216:24,
237:15, 248:9, 253:3,
253:22, 257:9
  **offering** [9] - 171:18,
172:13, 187:6, 205:1,
212:13, 216:24,
232:5, 257:4, 257:5
  **offers** [7] - 164:2,
183:5, 223:17,
251:11, 251:19,
253:4, 258:15
  **office** [1] - 259:20
  **official** [1] - 263:12
  **Official** [1] - 147:11
  **officially** [1] - 255:9
  **often** [19] - 154:14,
154:20, 154:21,
156:2, 162:1, 174:10,
180:21, 187:17,
187:21, 188:13,
192:23, 196:21,
197:20, 201:19,
217:17, 250:10,
254:1, 254:4, 260:17
  **once** [12] - 150:11,
150:12, 162:4,
162:17, 165:18,
172:6, 172:11, 207:1,
239:16, 245:11,
245:12, 246:7
  **one** [77] - 149:4,
151:8, 155:22, 159:7,
160:17, 161:20,
162:1, 166:15,
168:25, 173:18,
175:16, 177:16,
178:5, 178:17, 180:6,
180:8, 180:18,
181:20, 182:5,
186:20, 186:22,
187:3, 187:14,
187:22, 188:6,

188:21, 191:7, 192:10, 193:9, 194:6, 194:7, 195:17, 200:14, 201:10, 205:21, 206:6, 206:7, 212:16, 213:2, 213:17, 213:24, 216:12, 222:19, 223:6, 225:1, 225:11, 226:8, 226:9, 226:18, 227:19, 228:7, 229:11, 229:13, 229:23, 231:5, 232:12, 236:11, 237:13, 237:16, 238:13, 239:7, 248:9, 249:13, 249:24, 250:10, 251:10, 252:21, 253:18, 257:16, 259:17, 260:1, 260:25

**Ones** [3] - 150:2, 151:13, 190:10

**ones** [10] - 151:20, 151:22, 160:10, 160:11, 160:13, 161:11, 248:10, 248:25, 249:1, 250:1

**ongoing** [2] - 204:1, 222:14

**open** [1] - 189:3

**opened** [4] - 220:6, 220:9, 221:14, 221:16

**opening** [1] - 215:8

**opine** [1] - 179:5

**opinion** [3] - 179:15, 179:17, 207:5

**OPPENHEIMER** [1] - 146:21

**opportunity** [3] - 205:4, 210:15, 227:11

**opposed** [1] - 200:24

**optimism** [2] - 161:22, 168:25

**option** [2] - 252:6, 252:9

**order** [7] - 151:1, 151:2, 181:21, 207:13, 228:20, 248:18, 250:16

**ordering** [1] - 261:17

**organically** [3] - 165:21, 165:23, 166:20

**organization** [1] - 201:25

**organizations** [2] - 244:16, 255:23

**original** [3] - 161:9, 194:14, 194:25

**originality** [2] - 187:8, 187:12

**originally** [1] - 190:19

**originate** [1] - 187:13

**ourselves** [1] - 190:16

**outcome** [5] - 184:23, 190:16, 191:3, 192:14, 221:9

**outcomes** [2] - 149:22, 183:13

**outlets** [7] - 158:19, 158:25, 164:14, 171:13, 171:21, 259:1, 259:21

**outside** [10] - 151:9, 171:18, 214:7, 225:8, 225:15, 239:13, 254:1, 254:4, 254:7, 259:15

**outsider** [1] - 242:25

**overall** [4] - 156:11, 185:9, 193:21, 193:22

**overestimate** [1] - 191:4

**overindexed** [1] - 219:10

**overperform** [2] - 160:11, 160:13

**overperforming** [1] - 161:11

**oversaw** [1] - 204:20

**oversee** [1] - 194:19

**overseen** [1] - 177:23

**Owens'** [1] - 249:25

**own** [8] - 158:20, 171:18, 173:19, 180:25, 187:10, 214:1, 244:2, 258:10

**owned** [2] - 207:2, 230:20

**owners** [1] - 169:13

**owning** [1] - 181:25

**P**

**P&L** [5] - 156:11, 181:2, 200:3, 201:6, 239:18

**P-A-N-D-E** [1] - 241:13

**p.m** [1] - 146:7

**package** [1] - 254:16

**Page** [7] - 197:12, 215:6, 215:23, 231:12, 233:19, 234:2, 234:4

**page** [12] - 189:10, 189:11, 191:10, 209:7, 209:16, 223:14, 228:10, 229:2, 229:12, 230:17, 230:22, 231:7

**PAGE** [1] - 148:8

**pages** [2] - 222:23, 223:11

**paid** [8] - 160:20, 161:24, 161:25, 172:21, 180:7, 181:10, 254:25, 255:18

**PAN** [1] - 146:11

**PANDE** [1] - 240:22

**Pande** [11] - 148:6, 240:7, 241:3, 241:11, 241:13, 242:13, 242:14, 243:12, 243:14, 261:5, 261:21

**pandemic** [1] - 203:10

**paperback** [4] - 219:2, 219:14, 255:14, 256:17

**paperbacks** [1] - 219:7

**par** [2] - 187:19, 187:21

**parent** [11] - 185:15, 185:23, 204:24, 205:1, 205:9, 205:16, 206:6, 206:12, 206:15, 208:1, 208:7

**part** [5] - 150:17, 156:11, 160:25, 162:21, 165:14, 166:14, 168:10, 168:18, 181:22, 185:21, 185:22, 192:13, 192:16, 193:6, 208:6

**participants** [5] - 179:20, 181:11, 181:16, 183:12, 185:9

**participate** [1] - 242:6

**particular** [18] - 155:1, 159:17, 159:18, 170:5, 170:8, 170:12, 170:18, 172:5, 175:25, 191:6, 221:24, 229:13, 242:17, 242:24, 246:10, 252:2, 252:3

**parties** [4] - 175:14, 180:24, 184:23, 184:24

**Parton's** [1] - 229:24

**parts** [3] - 196:5, 196:20, 226:21

**party** [4] - 185:24, 215:17, 215:18, 225:8

**pass** [2] - 195:15, 197:25

**passed** [1] - 248:17

**passions** [1] - 242:18

**past** [8] - 150:13, 163:2, 164:19, 179:12, 202:15, 246:12, 249:9, 258:7

**Patterson** [1] - 237:18

**pay** [12] - 163:17, 168:2, 173:14, 175:1, 176:16, 197:22, 213:21, 215:14, 237:6, 246:15, 246:21, 249:7

**paying** [1] - 155:13

**payment** [4] - 255:6, 255:7, 255:11, 255:13

**payout** [5] - 255:2, 255:5, 256:22, 256:24, 256:25

**pays** [1] - 168:21

**peers** [2] - 187:20, 187:22

**Pegasus** [1] - 248:24

**PEN/Bellwether** [1] - 244:15

**PEN/Bingham** [1] - 244:14

**PENGUIN** [2] - 146:21, 147:3

**Penguin** [72] - 150:25, 176:18, 177:4, 177:12, 178:1, 180:3, 180:10, 180:17, 181:12, 181:18, 181:25, 182:8, 182:12, 182:14, 182:17, 184:16, 185:1, 185:6, 185:8, 185:12, 186:12, 186:20, 187:4, 187:8, 187:15, 187:17, 187:23, 191:23, 193:22, 198:14, 212:8, 213:14, 213:16, 214:4, 214:23, 215:16, 216:1, 217:1, 217:5, 217:25, 218:1, 218:3, 218:15, 218:24, 219:9, 219:25, 220:9, 225:17, 225:20,

225:21, 225:25, 226:2, 226:6, 226:9, 226:19, 226:23, 234:10, 234:15, 234:23, 235:4, 235:7, 235:10, 235:16, 235:18, 239:3, 250:11, 250:15, 250:18, 250:20, 250:25, 260:17

**Penguin's** [1] - 187:5

**people** [14] - 162:19, 167:7, 167:12, 167:13, 167:18, 167:20, 173:12, 188:12, 195:22, 221:4, 243:12, 244:24, 261:15, 261:18

**per** [1] - 206:1

**percent** [14] - 160:9, 195:20, 195:23, 238:18, 238:19, 245:22, 251:1, 254:24, 256:12, 256:15, 256:17, 256:18, 256:19

**percentage** [1] - 254:22

**percentages** [1] - 193:16

**perform** [1] - 161:12

**performance** [2] - 158:9, 200:25

**perhaps** [3] - 179:13, 200:16, 202:24

**period** [6] - 191:17, 191:20, 192:4, 219:15, 220:7, 220:10

**permitted** [1] - 226:18

**Perseus** [4] - 155:2, 170:10, 196:16, 204:16

**perseus** [1] - 169:22

**person** [4] - 158:25, 168:23, 173:18, 207:25

**personally** [2] - 205:3, 243:19

**PETROCELLI** [33] - 146:20, 178:4, 178:7, 178:11, 179:19, 195:10, 198:8, 198:10, 198:12, 199:1, 199:10, 208:16, 208:20, 208:22, 208:24, 209:1, 210:8, 221:12, 222:1, 222:2, 223:4,

223:8, 223:12, 228:4, 228:5, 228:17, 230:24, 230:25, 233:6, 233:10, 237:1, 237:5, 238:6
**Petrocelli** [8] - 198:13, 198:24, 199:8, 199:9, 199:11, 221:20, 221:25, 233:15
**phenomenon** [1] - 219:13
**phone** [1] - 168:3
**phrase** [1] - 182:2
**physical** [2] - 171:19, 174:23
**Pietsch** [9] - 148:5, 149:8, 149:12, 189:9, 190:3, 197:3, 198:13, 233:15, 240:2
**Pietsch's** [1] - 179:10
**pitch** [2] - 164:24, 168:4
**pitched** [2] - 167:22, 167:25
**pitching** [1] - 258:25
**place** [2] - 154:11, 246:7
**Plaintiff** [1] - 146:4
**PLAINTIFF** [2] - 146:15, 148:4
**PLAINTIFF'S** [1] - 240:22
**Plaintiff's** [3] - 148:9, 195:12, 222:21
**planned** [2] - 199:16, 200:13
**plastic** [1] - 261:13
**platform** [2] - 171:18, 191:5
**platforms** [1] - 171:20
**players** [1] - 196:1
**playing** [2] - 169:4, 213:7
**plus** [1] - 202:24
**point** [9] - 169:3, 175:22, 176:24, 201:4, 228:13, 229:13, 239:18, 248:16, 252:11
**policy** [1] - 225:18
**pool** [1] - 181:20
**portfolio** [1] - 158:16
**portion** [3] - 161:10, 161:14, 228:13
**position** [3] - 206:9, 241:16, 242:11
**positions** [4] -

241:19, 241:22, 241:25, 247:18
**positive** [1] - 202:18
**positively** [1] - 203:18
**possibilities** [1] - 251:3
**possibility** [1] - 259:4
**possible** [9] - 166:2, 186:9, 193:25, 194:9, 198:1, 207:3, 207:4, 261:15, 261:18
**possibly** [1] - 197:7
**post** [5] - 213:16, 214:23, 216:13, 217:8, 217:23
**post-merger** [5] - 213:16, 214:23, 216:13, 217:8, 217:23
**potential** [5] - 187:6, 209:4, 214:19, 247:20, 250:15
**practice** [2] - 227:2, 227:6
**pre** [4] - 212:7, 213:13, 213:25, 217:23
**pre-merger** [4] - 212:7, 213:13, 213:25, 217:23
**precise** [1] - 238:20
**predicting** [1] - 179:6
**preempt** [4] - 252:16, 252:19, 253:2, 253:5
**preemptive** [1] - 252:24
**prefer** [2] - 257:19, 257:21
**preferred** [1] - 253:15
**prepared** [2] - 223:24, 240:13
**presence** [1] - 159:2
**presentation** [2] - 201:25, 209:3
**President** [1] - 237:17
**president** [1] - 242:12
**Press** [1] - 222:5
**presses** [1] - 256:8
**pressure** [2] - 181:8, 236:20
**pretty** [5] - 201:16, 204:3, 245:25, 258:18, 260:16
**previously** [1] - 212:1

**PRH** [3] - 191:22, 204:1, 215:18
**price** [3] - 181:10, 256:13, 256:16
**prioritize** [2] - 246:17, 246:20
**Prize** [2] - 244:14, 244:15
**prizewinning** [1] - 244:8
**pro** [1] - 200:3
**probable** [1] - 215:1
**proceed** [8] - 149:3, 149:6, 198:8, 198:24, 205:11, 205:14, 206:11, 240:24
**Proceedings** [1] - 262:2
**proceedings** [3] - 198:6, 240:19, 263:6
**produced** [1] - 263:6
**producers** [1] - 158:24
**producing** [2] - 221:2, 247:11
**product** [1] - 155:12
**professional** [2] - 241:6, 244:16
**professionalism** [1] - 175:3
**professionally** [1] - 174:24
**profit** [7] - 157:9, 160:22, 176:12, 199:22, 199:25, 201:4, 201:22
**profitability** [3] - 157:6, 173:6, 188:2
**profitable** [7] - 156:17, 156:19, 157:19, 158:5, 160:16, 160:23, 161:4
**profits** [2] - 202:14, 202:23
**program** [3] - 172:20, 207:3, 244:24
**programs** [4] - 154:10, 158:21, 158:25, 159:14
**project** [10] - 176:1, 200:6, 208:9, 208:12, 245:16, 245:20, 246:25, 247:2, 251:24, 252:4
**projected** [1] - 200:19
**projections** [1] - 200:2
**projects** [1] - 245:13
**Projects** [1] - 249:24

**prominence** [1] - 154:8
**prominent** [2] - 158:18, 165:5
**promising** [1] - 245:11
**promote** [5] - 154:11, 159:14, 171:20, 173:20, 247:19
**promptly** [2] - 261:20, 261:22
**proportion** [1] - 238:15
**proposal** [1] - 245:15
**proposals** [1] - 210:19
**prospective** [1] - 246:2
**proven** [1] - 250:9
**provide** [7] - 174:19, 174:22, 174:25, 175:1, 179:13, 247:9, 258:5
**provided** [1] - 227:3
**provides** [1] - 174:21
**public** [2] - 189:2, 204:1
**publication** [7] - 201:7, 237:17, 255:11, 255:14, 257:9, 258:25, 259:2
**publications** [2] - 164:9, 171:8
**publicist** [1] - 259:19
**publicists** [2] - 158:22, 220:22
**publicity** [9] - 167:14, 175:2, 191:5, 258:11, 258:16, 258:21, 259:14, 260:2, 260:4
**publicize** [2] - 167:8, 167:19
**publicizing** [1] - 247:12
**publicly** [5] - 150:15, 202:16, 202:23, 228:1, 228:14
**publish** [16] - 154:9, 158:17, 167:1, 167:3, 167:20, 170:3, 174:1, 174:12, 182:19, 201:3, 201:6, 201:22, 237:20, 245:7, 251:16, 257:8
**published** [14] - 150:14, 162:6, 164:15, 173:13, 173:18, 173:25,

174:15, 174:17, 175:5, 182:4, 182:17, 182:19, 246:14, 250:7
**publisher** [58] - 153:15, 153:21, 156:24, 163:22, 165:10, 165:20, 166:2, 166:16, 167:10, 167:13, 167:23, 168:10, 168:14, 168:17, 168:21, 169:3, 175:16, 177:22, 181:1, 181:2, 182:7, 190:14, 190:22, 193:12, 193:14, 194:10, 199:22, 204:13, 205:21, 211:6, 221:18, 223:25, 231:16, 241:18, 245:20, 247:18, 248:9, 248:19, 249:12, 249:14, 250:4, 251:10, 251:22, 252:7, 252:10, 253:18, 253:19, 254:1, 254:4, 254:6, 254:16, 257:24, 258:12, 258:15, 258:16, 258:20, 258:25
**publisher's** [1] - 250:5
**publishers** [139] - 149:14, 149:17, 149:19, 149:21, 150:7, 150:18, 150:20, 150:23, 151:4, 152:13, 152:16, 152:18, 152:20, 152:22, 152:25, 153:2, 153:5, 153:8, 153:10, 153:25, 154:2, 154:6, 154:13, 154:18, 154:25, 155:20, 156:2, 156:14, 157:17, 158:1, 158:12, 159:4, 159:10, 159:12, 159:23, 161:18, 161:20, 162:11, 163:3, 163:8, 163:21, 163:24, 164:20, 165:9, 165:15, 168:16, 169:11, 169:12, 169:21, 169:24, 170:11, 170:17, 173:17, 173:22, 174:21,

175:25, 176:23,
180:6, 180:9, 180:14,
180:21, 181:16,
183:6, 183:7, 183:19,
183:21, 184:14,
186:23, 188:20,
192:7, 192:19, 193:3,
193:18, 193:19,
194:21, 202:13,
202:14, 202:16,
202:20, 202:22,
203:2, 203:8, 203:11,
205:22, 212:16,
212:24, 214:3,
217:13, 217:14,
219:4, 219:13,
219:14, 223:22,
224:3, 224:7, 224:20,
225:14, 227:12,
232:24, 236:6,
237:15, 237:22,
237:24, 238:3, 246:2,
246:17, 246:21,
247:8, 247:22,
247:25, 248:2, 248:4,
248:5, 248:14,
248:16, 248:20,
248:21, 248:24,
249:4, 249:5, 249:16,
250:2, 250:8, 252:1,
252:12, 252:20,
252:21, 253:4,
253:16, 255:25,
256:6, 258:5, 258:9,
259:13, 259:15,
259:18, 260:11, 261:6
  **Publishers** [2] -
202:5, 241:25
  **publishers'** [1] -
238:23
  **publishes** [1] -
220:20
  **publishing** [49] -
154:22, 158:16,
158:22, 159:24,
164:18, 165:15,
166:4, 166:8, 166:10,
168:14, 168:18,
170:16, 172:19,
172:20, 173:7, 173:8,
173:24, 174:20,
182:13, 182:14,
186:20, 187:13,
202:9, 205:15, 207:2,
219:5, 219:16,
220:19, 220:24,
221:5, 222:8, 225:25,
236:14, 241:14,
241:16, 241:19,
243:2, 246:6, 246:13,
246:15, 248:18,

249:25, 252:22,
253:15, 255:2, 256:5,
259:22, 261:6
  **Publishing** [1] -
155:3
  **purpose** [3] - 194:11,
207:12, 207:14
  **purposes** [2] -
235:25, 236:2
  **put** [6] - 159:18,
166:17, 208:24,
222:22, 226:19, 246:3
  **puts** [2] - 258:12,
258:16
  **putting** [2] - 226:1,
246:4
  **PX** [5] - 188:24,
189:6, 189:18, 195:7,
235:20

## Q

  **qualified** [1] - 246:6
  **quality** [2] - 155:12,
247:15
  **quarrel** [1] - 225:22
  **quarters** [3] - 255:3,
255:5, 256:23
  **questioning** [2] -
224:11, 239:6
  **questions** [14] -
178:18, 199:15,
199:17, 205:23,
236:16, 237:2, 238:9,
239:6, 239:25, 241:5,
245:5, 251:4, 254:9,
260:10
  **quickly** [2] - 172:24,
196:24
  **quite** [17] - 153:16,
153:18, 153:22,
157:21, 158:17,
164:3, 164:9, 183:18,
184:10, 187:4,
189:14, 196:4, 201:1,
217:13, 257:12
  **quote** [1] - 202:13

## R

  **radio** [1] - 158:21
  **raise** [2] - 240:21,
261:12
  **RANDALL** [1] -
146:21
  **RANDOM** [2] -
146:21, 147:3
  **Random** [70] -
150:25, 176:18,

177:4, 177:12, 178:1,
180:3, 180:10,
180:17, 181:12,
181:18, 181:22,
181:25, 182:9,
182:12, 182:14,
182:18, 184:16,
185:2, 185:6, 185:12,
186:13, 186:21,
187:4, 187:8, 187:15,
187:17, 187:23,
191:23, 193:22,
198:14, 212:8,
212:15, 213:14,
213:17, 214:5,
214:11, 214:23,
215:16, 216:1,
216:14, 216:20,
217:2, 217:5, 218:1,
218:3, 219:15,
219:25, 220:9,
225:21, 225:25,
226:2, 226:6, 226:9,
226:21, 234:10,
234:15, 234:23,
235:4, 235:8, 235:10,
235:16, 235:17,
239:3, 242:1, 250:11,
250:15, 250:19,
250:20, 250:25,
260:17
  **range** [5] - 156:17,
171:18, 174:25,
248:5, 249:17
  **ranging** [1] - 233:3
  **rare** [1] - 172:10
  **rarely** [7] - 153:22,
155:17, 170:25,
171:3, 196:17,
231:21, 254:3
  **rate** [7] - 168:20,
185:10, 195:20,
196:18, 210:10,
217:23
  **rates** [1] - 254:17
  **rather** [6] - 155:12,
170:13, 181:4,
222:21, 226:1, 252:25
  **RDR** [3] - 147:11,
263:3, 263:12
  **reach** [2] - 170:6,
170:7
  **reached** [1] - 176:24
  **READ** [1] - 146:15
  **read** [6] - 189:24,
195:22, 197:13,
230:11, 234:3, 234:12
  **reader** [1] - 170:17
  **Readers** [1] - 196:9
  **readers** [2] - 171:8,

203:12
  **readers'** [1] - 172:8
  **Readers'** [2] -
241:23, 241:24
  **reading** [2] - 234:13,
234:14
  **ready** [5] - 197:14,
235:22, 245:17,
246:1, 255:10
  **realization** [1] -
242:22
  **really** [23] - 157:5,
162:5, 162:10,
162:16, 163:10,
165:23, 166:7,
168:24, 170:7,
172:14, 174:6,
178:21, 184:2,
184:13, 207:4, 223:5,
243:2, 245:16, 250:9,
251:2, 253:14, 257:13
  **rearrange** [1] -
238:11
  **reason** [3] - 176:17,
227:6, 235:18
  **reasonable** [2] -
248:6, 248:13
  **reasonably** [1] -
247:6
  **reasons** [4] - 161:20,
168:25, 176:2, 180:7
  **receive** [5] - 245:19,
245:21, 250:8,
254:21, 256:14
  **RECEIVED** [1] -
148:8
  **received** [4] - 183:5,
249:9, 249:13, 249:15
  **receiving** [1] -
255:21
  **recent** [3] - 169:11,
244:12, 244:13
  **recently** [5] - 169:19,
190:23, 201:24,
244:4, 249:22
  **recess** [1] - 198:5
  **recession** [1] -
203:15
  **recollection** [3] -
197:3, 197:6, 234:1
  **recommend** [1] -
206:25
  **recommendation** [4]
- 206:18, 206:21,
206:23, 208:1
  **recommended** [1] -
205:6
  **reconsider** [2] -
179:8, 179:17
  **record** [9] - 164:18,

164:22, 174:6,
202:14, 202:21,
203:3, 204:6, 241:9,
241:12
  **recorded** [3] -
150:14, 236:7, 236:9
  **RECROSS** [1] -
237:4
  **RECROSS-
EXAMINATION** [1] -
237:4
  **Redirect** [1] - 148:2
  **REDIRECT** [2] -
233:13, 239:9
  **reduce** [6] - 206:25,
207:4, 207:13, 208:3,
208:7, 221:1
  **reduced** [1] - 221:13
  **reducing** [3] -
206:23, 207:15,
207:24
  **reduction** [9] -
186:23, 208:10,
214:5, 218:10,
218:13, 218:15,
218:25, 219:2, 237:10
  **refer** [3] - 247:24,
248:25, 257:7
  **referring** [3] -
154:25, 249:21, 261:6
  **refine** [2] - 245:14,
245:16
  **reflected** [1] - 243:1
  **regarding** [2] -
178:17, 219:2
  **regulatory** [1] -
236:3
  **relationship** [3] -
159:25, 220:17,
258:19
  **relationships** [13] -
154:9, 154:10,
158:14, 158:18,
159:8, 163:11,
164:15, 164:21,
167:6, 167:9, 167:12,
167:15, 167:17
  **relative** [1] - 249:1
  **relatively** [2] - 167:4,
231:15
  **relevant** [1] - 176:23
  **reliable** [1] - 165:16
  **reliably** [2] - 156:17,
168:7
  **rely** [1] - 161:10
  **remain** [1] - 240:21
  **remained** [1] - 244:1
  **remaining** [3] -
180:8, 181:17, 214:3
  **remember** [9] -

162:12, 182:24, 195:2, 197:8, 233:16, 233:22, 234:25, 242:7, 254:6
**remind** [1] - 177:16
**reminded** [1] - 259:17
**remotely** [1] - 201:18
**repeat** [10] - 156:4, 157:24, 163:19, 165:18, 179:23, 206:10, 211:21, 215:4, 252:5, 253:10
**repeated** [1] - 165:2
**report** [11] - 150:2, 150:3, 150:4, 150:18, 151:23, 190:10, 194:14, 202:16, 202:23, 203:4, 203:6
**reported** [1] - 237:9
**REPORTED** [1] - 147:11
**REPORTER** [3] - 174:5, 210:5, 230:23
**reporter** [1] - 207:9
**Reporter** [2] - 147:11, 263:12
**reporting** [5] - 172:17, 202:14, 202:21, 203:3, 203:4
**represent** [7] - 198:13, 243:4, 243:14, 243:20, 244:5, 244:7, 245:12
**represented** [2] - 242:24, 254:22
**representing** [1] - 247:3
**reputation** [1] - 159:2
**request** [1] - 251:25
**research** [1] - 241:23
**reserve** [3] - 257:10, 257:20, 257:21
**reserving** [1] - 258:8
**resources** [3] - 249:7, 258:20, 259:16
**respect** [10] - 153:6, 153:11, 163:4, 171:25, 178:16, 179:2, 217:14, 218:13, 218:25, 250:20
**response** [2] - 190:2, 210:3
**responsibilities** [1] - 244:19
**responsible** [1] - 220:21
**restate** [1] - 164:4

**result** [8] - 208:4, 218:7, 218:10, 218:14, 218:18, 219:18, 237:7, 237:11
**results** [1] - 202:16
**resume** [2] - 260:23, 261:20
**retail** [8] - 163:11, 165:1, 171:13, 174:14, 174:18, 256:13, 256:15
**retailers** [10] - 154:10, 154:11, 159:8, 159:13, 159:25, 163:12, 163:13, 165:1, 171:23, 187:17
**return** [3] - 164:8, 168:3
**returned** [1] - 158:23
**returning** [1] - 167:12
**reusable** [1] - 261:16
**revenue** [3] - 158:5, 166:14, 169:23
**revenues** [11] - 156:15, 157:14, 158:4, 202:14, 202:21, 202:23, 203:3, 203:14, 250:8, 257:25
**review** [4] - 155:15, 173:20, 198:20, 236:3
**reviewed** [2] - 174:22, 179:5
**revise** [1] - 180:21
**rewarded** [1] - 168:7
**right-hand** [1] - 209:18
**rights** [25] - 245:6, 245:22, 254:14, 254:15, 257:2, 257:4, 257:6, 257:8, 257:10, 257:11, 257:12, 257:14, 257:16, 257:17, 257:20, 257:21, 257:24, 257:25, 258:1, 258:3, 258:4, 258:8, 259:19
**rigorously** [1] - 201:1
**risk** [18] - 151:24, 154:3, 154:23, 155:9, 155:13, 155:23, 156:15, 157:11, 158:6, 159:17, 161:21, 166:9, 170:1, 170:2, 175:25, 232:15
**risks** [5] - 156:18, 158:8, 164:1, 173:5,

190:17
**robin** [3] - 175:13, 181:14, 181:16
**robins** [1] - 236:21
**Room** [1] - 147:13
**rough** [1] - 182:7
**roughly** [2] - 158:4, 209:21
**round** [7] - 175:13, 181:14, 181:16, 236:21, 246:19, 248:15, 248:17
**round-robin** [1] - 175:13
**rounds** [6] - 180:19, 181:7, 184:4, 184:5, 184:10, 184:12
**routinely** [2] - 164:3, 173:22
**row** [7] - 191:22, 191:25, 192:9, 229:4, 229:14, 230:22
**Row** [2] - 231:1, 231:12
**royalties** [12] - 160:21, 173:14, 176:9, 200:16, 200:17, 255:24, 255:25, 256:1, 256:3, 256:7, 256:9, 256:12
**royalty** [7] - 254:17
**Rudolph** [1] - 178:17
**RUDZIN** [1] - 147:2
**rules** [1] - 184:3
**ruling** [1] - 178:23
**run** [1] - 152:6
**Ruth** [1] - 230:15
**RYAN** [1] - 147:8

## S

**salability** [1] - 173:5
**sale** [3] - 166:17, 176:13, 182:7
**sales** [15] - 150:14, 151:16, 157:18, 157:19, 157:21, 166:14, 172:6, 176:6, 176:10, 200:6, 201:9, 201:12, 201:15, 259:6, 259:23
**SARA** [1] - 146:17
**Saves** [1] - 231:3
**savings** [1] - 209:10
**saw** [3] - 181:12, 182:22, 187:4
**scale** [3] - 179:5, 163:14, 165:25, 166:21, 168:15,

169:11, 205:22
**scenario** [2] - 214:6, 253:16
**schedule** [1] - 255:4
**scholars** [1] - 244:8
**scholastic** [1] - 230:4
**Scholastic** [2] - 230:4, 236:12
**SCHUSTER** [1] - 147:6
**Schuster** [58] - 150:25, 176:19, 177:4, 177:13, 178:2, 180:4, 180:11, 180:18, 182:1, 182:9, 184:16, 185:3, 185:6, 185:13, 185:14, 185:16, 185:18, 185:20, 186:1, 186:2, 186:3, 186:13, 187:10, 193:24, 204:2, 204:24, 205:4, 205:7, 205:10, 205:14, 205:15, 205:18, 206:4, 206:12, 206:16, 206:19, 207:2, 207:23, 208:2, 209:4, 209:9, 212:8, 212:14, 213:14, 213:16, 214:5, 214:23, 215:17, 215:18, 216:1, 217:2, 217:5, 234:10, 234:15, 235:7, 235:19, 239:3, 260:18
**Schuster/Penguin** [3] - 214:11, 216:14, 216:20
**SCHWARZ** [2] - 146:16, 240:6
**scorecard** [8] - 191:13, 191:16, 194:12, 194:19, 223:14, 223:24, 225:2, 227:20
**screen** [9] - 189:2, 189:7, 189:17, 189:21, 208:25, 227:23, 229:15, 230:11, 230:17
**screens** [3] - 227:22, 228:16
**se** [1] - 206:1
**SE** [1] - 146:6
**seated** [1] - 240:23
**seating** [1] - 238:11
**second** [8] - 149:4, 189:19, 192:15,

194:1, 200:14, 248:15, 248:22, 256:13
**second-largest** [1] - 192:15
**see** [26] - 150:11, 150:13, 151:15, 161:8, 163:16, 170:11, 191:7, 191:25, 194:18, 201:8, 207:6, 209:13, 209:17, 210:24, 211:7, 214:5, 214:11, 217:10, 218:6, 228:21, 229:17, 230:16, 231:12, 236:24, 238:10, 261:22
**seeing** [4] - 154:20, 154:22, 227:24, 229:12
**seek** [2] - 243:8, 253:4
**seeking** [1] - 254:16
**seem** [1] - 179:5
**seldom** [2] - 153:16, 153:18
**selected** [1] - 212:12
**selects** [1] - 183:23
**self** [14] - 173:7, 173:8, 173:13, 173:24, 173:25, 174:12, 174:15, 174:17, 174:20, 175:5, 183:17, 214:1, 236:14, 239:23
**self-interest** [3] - 183:17, 214:1, 239:23
**self-publish** [1] - 174:12
**self-published** [5] - 173:13, 173:25, 174:15, 174:17, 175:5
**self-publishing** [5] - 173:7, 173:8, 173:24, 174:20, 236:14
**selfish** [1] - 187:25
**sell** [22] - 155:11, 156:6, 156:9, 156:23, 161:16, 161:23, 166:24, 170:16, 171:12, 171:19, 184:13, 200:3, 200:19, 211:3, 245:6, 251:22, 252:16, 252:18, 253:9, 253:13, 257:24, 259:9
**selling** [7] - 162:10, 167:5, 169:16, 181:4, 181:5, 248:19, 258:17

**send** [7] - 246:7, 246:25, 250:18, 252:3, 252:12, 257:3, 259:21
**senior** [1] - 173:1
**sense** [11] - 150:15, 151:18, 157:8, 176:25, 180:25, 186:8, 186:17, 189:4, 220:5, 247:5
**sent** [3] - 246:1, 252:20, 255:10
**separate** [4] - 180:15, 187:11, 232:16, 261:6
**separately** [2] - 212:15, 249:3
**serial** [1] - 257:8
**series** [4] - 162:6, 162:7, 162:15, 162:17
**services** [5] - 174:25, 232:17, 247:8, 247:10, 247:15
**SESSION** [1] - 146:8
**set** [8] - 166:16, 176:11, 197:16, 197:18, 231:23, 242:17, 251:25, 256:1
**sets** [1] - 257:10
**setting** [3] - 177:24, 234:7, 251:11
**several** [10] - 157:4, 186:21, 218:24, 226:6, 232:11, 242:8, 244:2, 253:16, 257:7, 258:7
**Shades** [1] - 162:17
**shaped** [1] - 170:2
**share** [2] - 150:24, 238:18
**shares** [1] - 238:15
**SHEARMAN** [2] - 147:6, 147:8
**shelves** [1] - 259:10
**shifted** [2] - 255:1, 256:23
**shipping** [1] - 160:17
**shook** [1] - 182:21
**shops** [1] - 255:22
**SHORES** [1] - 147:8
**show** [4] - 189:2, 189:6, 208:16, 236:14
**showed** [1] - 236:11
**showing** [1] - 228:15
**shown** [6] - 165:3, 222:19, 227:22, 227:23, 227:25, 228:14
**shows** [2] - 158:21, 192:3

**shrink** [1] - 251:2
**sic** [1] - 215:19
**side** [3] - 209:18, 226:3, 254:24
**side's** [1] - 182:19
**significant** [17] - 156:6, 156:19, 158:10, 164:11, 164:15, 166:14, 167:2, 167:5, 169:24, 170:11, 170:20, 171:24, 172:9, 172:15, 172:16, 173:8, 179:12
**significantly** [2] - 219:7, 256:8
**signing** [1] - 255:6
**similar** [1] - 186:25
**Simon** [60] - 150:25, 176:18, 177:4, 177:12, 178:1, 180:3, 180:11, 180:18, 182:25, 182:9, 184:16, 185:3, 185:6, 185:13, 185:14, 185:16, 185:17, 185:19, 186:1, 186:2, 186:3, 186:13, 186:21, 187:10, 187:15, 193:23, 204:2, 204:24, 205:4, 205:7, 205:10, 205:14, 205:15, 205:17, 206:3, 206:12, 206:15, 206:19, 207:2, 207:22, 208:2, 209:4, 209:8, 212:8, 212:14, 213:14, 213:16, 214:5, 214:10, 214:22, 215:18, 216:14, 216:20, 217:2, 234:10, 234:15, 235:7, 235:19, 239:2, 260:18
**SIMON** [1] - 147:6
**simply** [6] - 154:4, 155:25, 159:4, 159:24, 173:20, 250:17
**single** [3] - 168:23, 175:12, 254:13
**situation** [14] - 173:11, 213:3, 213:13, 213:18, 213:20, 213:25, 214:18, 216:21, 229:4, 233:20, 253:1, 253:23, 254:5, 254:8
**situations** [9] -

153:9, 154:20, 192:11, 211:4, 212:23, 215:15, 216:7, 233:24, 234:16
**six** [8] - 156:1, 156:2, 169:22, 184:5, 245:15, 248:13, 259:1, 260:3
**size** [5] - 154:8, 159:16, 163:25, 164:3, 166:1
**sized** [3] - 247:25, 248:2, 248:9
**Slide** [2] - 209:12, 209:17
**slightly** [4] - 165:19, 175:6, 185:11, 253:11
**slow** [2] - 174:5, 207:8
**slower** [1] - 174:4
**small** [8] - 157:12, 167:4, 173:17, 194:10, 201:20, 241:17, 243:25, 249:15
**smaller** [23] - 154:5, 154:13, 154:22, 154:25, 156:2, 157:2, 158:7, 159:4, 159:23, 163:16, 165:11, 169:10, 170:17, 175:16, 216:7, 236:19, 248:23, 249:3, 249:5, 249:12, 258:9, 259:18
**SMITH** [1] - 146:21
**Smith's** [1] - 231:12
**Snoop** [1] - 230:1
**sold** [7] - 160:21, 177:5, 190:16, 245:20, 256:13, 257:2, 259:17
**solicit** [1] - 175:15
**soliciting** [1] - 251:11
**solo** [1] - 243:25
**someone** [3] - 151:9, 172:5, 172:11
**sometimes** [5] - 159:19, 161:18, 176:14, 184:3, 201:14
**somewhat** [2] - 187:9, 243:6
**somewhere** [2] - 249:16, 249:19
**Songteller** [1] - 229:24
**sorry** [29] - 150:12, 153:17, 160:6, 162:24, 172:4,

173:13, 174:8, 183:8, 189:18, 193:6, 193:21, 194:1, 197:17, 199:7, 207:16, 210:5, 211:21, 220:15, 221:15, 221:20, 221:25, 223:3, 229:12, 234:12, 234:13, 234:14, 235:9, 235:11, 253:10
**sort** [4] - 178:21, 187:7, 195:20, 257:17
**sought** [1] - 155:7
**sound** [1] - 236:7
**sounds** [5] - 216:23, 230:14, 236:8, 236:13
**space** [1] - 159:21
**speakers** [1] - 244:4
**speaking** [4] - 196:2, 203:18, 206:14, 225:24
**special** [3] - 231:23, 232:7, 232:8
**specialists** [1] - 167:14
**specialize** [1] - 170:4
**specific** [4] - 193:16, 197:3, 197:4, 197:6
**specifically** [2] - 166:9, 244:7
**speech** [3] - 202:8, 203:1, 203:19
**speed** [2] - 174:3, 223:10
**spell** [2] - 241:9, 241:11
**spent** [2] - 247:1, 247:4
**Spiegel** [3] - 231:5, 231:15, 249:23
**spreadsheet** [1] - 222:18
**Square** [1] - 147:3
**staff's** [1] - 228:16
**stand** [1] - 245:1
**Stand** [1] - 230:5
**standard** [6] - 245:25, 255:2, 256:1, 256:3, 256:9, 256:25
**standing** [1] - 240:21
**stands** [2] - 151:23, 225:3
**Stars** [1] - 146:23
**start** [8] - 166:8, 175:15, 176:4, 177:11, 184:8, 206:23, 237:24, 247:2
**started** [7] - 172:19, 184:4, 190:21, 195:3,

241:5, 243:25, 244:2
**starting** [1] - 166:2
**starts** [2] - 175:14, 258:25
**state** [2] - 241:8, 241:11
**statement** [1] - 256:4
**statements** [1] - 183:20
**states** [1] - 191:16
**States** [4] - 147:12, 195:7, 240:6, 263:13
**STATES** [4] - 146:1, 146:3, 146:12, 146:17
**stay** [3] - 175:24, 177:4, 259:20
**stayed** [1] - 219:16
**steady** [1] - 219:8
**stenographic** [1] - 263:5
**step** [5] - 149:18, 177:16, 207:24, 240:2, 240:20
**STEPHEN** [1] - 147:5
**steps** [1] - 251:6
**STERLING** [2] - 147:6, 147:8
**still** [16] - 149:8, 161:4, 166:17, 166:18, 172:7, 176:12, 177:10, 180:16, 188:18, 199:22, 200:20, 212:4, 212:10, 217:10, 250:9
**stop** [6] - 150:16, 212:24, 221:6, 234:17, 260:6, 260:9
**stopped** [2] - 150:17, 152:1
**store** [1] - 163:18
**stores** [6] - 165:6, 171:14, 171:16, 174:14, 174:18, 259:5
**stories** [3] - 242:25, 243:4, 243:5
**story** [1] - 191:6
**straight** [1] - 256:17
**strategy** [3] - 217:7, 217:10, 217:11
**Straus** [1] - 242:2
**stream** [1] - 258:5
**Street** [2] - 146:18, 147:9
**stretches** [1] - 167:11
**strong** [6] - 154:10, 155:10, 159:7, 163:4, 187:8, 187:10
**stronger** [3] - 154:9,

281

154:12, 158:13
**structure** [2] -
256:22, 256:24
**Study** [1] - 202:2
**stuff** [1] - 159:1
**stuffing** [1] - 259:20
**Style** [1] - 222:10
**sub** [1] - 220:23
**sub-unit** [1] - 220:23
**subject** [1] - 224:11
**submission** [5] -
245:17, 246:4, 246:5,
248:17
**submissions** [10] -
246:18, 246:19,
247:23, 248:15,
248:22, 249:6, 250:3,
251:2, 251:7, 260:12
**submit** [16] - 185:17,
185:19, 186:3, 246:6,
247:23, 248:2,
248:21, 250:10,
250:18, 250:21,
252:7, 260:11,
260:17, 260:18,
260:20, 261:5
**submitted** [1] - 251:5
**submitting** [2] -
248:5, 250:25
**subsidiary** [1] -
259:18
**substantial** [3] -
163:10, 179:21, 250:6
**subtract** [1] - 200:9
**succeed** [8] - 150:5,
150:8, 151:22, 152:8,
186:6, 190:12,
190:17, 206:3
**succeeded** [1] -
206:19
**success** [7] - 164:22,
167:11, 168:20,
247:20, 248:18,
250:6, 250:17
**successes** [2] -
154:14, 165:2
**successful** [8] -
152:6, 159:24,
161:15, 161:16,
164:16, 171:8,
181:24, 258:7
**suddenly** [1] -
172:24
**sufficient** [2] -
252:10, 253:3
**suited** [1] - 242:18
**sums** [1] - 164:11
**Super** [1] - 230:13
**super** [1] - 205:21
**super-dominant** [1] -

205:21
**superiors** [1] -
237:10
**support** [7] - 169:14,
205:13, 206:17,
232:14, 243:9,
255:19, 259:13
**supported** [1] -
232:13
**supporting** [1] -
244:23
**suppose** [1] - 186:9
**survived** [1] - 202:9
**sustain** [1] - 231:21
**switch** [4] - 160:2,
182:21, 183:3, 185:11
**SWORN** [1] - 240:22
**synergies** [3] -
209:9, 209:14, 209:18
**system** [1] - 185:8

---

**T**

---

**tab** [2] - 189:20,
197:11
**Tab** [1] - 228:24
**tabbed** [2] - 223:11,
228:20
**table** [1] - 252:23
**tabs** [2] - 222:22,
228:22
**Targets** [1] - 171:15
**Tattoo** [1] - 162:13
**teach** [1] - 255:22
**team** [4] - 167:14,
172:22, 194:12, 260:3
**teams** [2] - 220:23,
260:2
**television** [1] -
257:11
**ten** [4] - 162:18,
195:4, 236:6, 243:13
**tend** [10] - 170:4,
170:11, 170:18,
186:24, 187:2,
196:16, 238:14,
256:7, 259:9, 259:16
**tended** [1] - 249:16
**tenders** [2] - 208:23,
223:8
**tends** [2] - 253:24,
255:3
**term** [5] - 182:3,
203:20, 203:23,
254:13, 254:18
**terms** [16] - 151:19,
154:23, 163:12,
163:13, 163:15,
163:16, 187:18,

187:19, 187:23,
188:1, 248:8, 253:3,
254:10, 254:11,
259:14
**territorial** [1] - 257:1
**territories** [1] - 257:7
**territory** [1] - 257:17
**testified** [5] - 214:19,
217:7, 223:14,
225:13, 239:11
**testify** [2] - 178:19,
179:9
**testifying** [2] - 235:2,
235:14
**testimony** [13] -
179:7, 179:10,
179:18, 197:7,
197:18, 210:11,
215:21, 217:25,
222:16, 233:16,
233:19, 240:14,
261:22
**THE** [116] - 146:1,
146:3, 146:11,
146:15, 146:20,
147:2, 147:5, 148:4,
149:1, 149:4, 149:6,
149:8, 149:9, 151:12,
151:14, 151:15,
151:17, 151:18,
151:20, 152:9,
153:17, 153:18,
160:4, 160:7, 160:15,
161:3, 161:5, 161:8,
161:13, 162:1, 162:3,
162:14, 162:15,
162:23, 174:5, 174:7,
178:6, 178:9, 179:2,
179:20, 179:23,
189:5, 189:16,
189:22, 194:1, 194:3,
194:4, 194:5, 195:9,
195:11, 195:16,
195:24, 195:25,
196:3, 196:23, 197:1,
198:1, 198:2, 198:3,
198:4, 198:7, 198:9,
198:19, 199:8, 199:9,
208:21, 210:5, 210:7,
220:15, 220:19,
220:25, 221:3, 221:7,
221:9, 221:20,
221:22, 221:25,
223:3, 223:7, 228:15,
230:23, 233:9,
234:12, 234:13,
236:18, 236:22,
236:24, 237:3, 238:8,
238:12, 238:16,
238:17, 238:21,

238:25, 239:2, 239:5,
240:1, 240:4, 240:9,
240:12, 240:17,
240:20, 240:23,
241:8, 260:6, 260:9,
260:13, 260:16,
260:19, 260:20,
260:21, 260:22,
261:2, 261:10,
261:12, 261:25
**themselves** [4] -
166:17, 173:14,
250:9, 255:20
**thereafter** [1] -
256:16
**therefore** [3] -
216:21, 248:6, 250:15
**Thereupon** [2] -
198:5, 240:18
**they've** [4] - 170:1,
244:13, 247:4, 250:7
**thinking** [4] - 155:1,
181:3, 246:5, 249:3
**thinks** [1] - 212:5
**third** [5] - 158:3,
213:15, 215:17,
215:18, 255:11
**thirds** [1] - 256:25
**thousands** [2] -
164:3, 164:4
**threat** [1] - 173:11
**three** [7] - 184:10,
196:14, 201:11,
201:15, 230:3,
255:17, 259:24
**thrived** [1] - 202:10
**throat** [1] - 204:10
**Tin** [1] - 248:25
**title** [31] - 156:10,
182:2, 182:3, 182:6,
182:9, 186:23, 188:4,
189:24, 189:25,
191:11, 194:14,
201:6, 207:15, 208:4,
211:2, 218:13,
218:15, 218:22,
218:25, 219:15,
219:16, 220:18,
221:1, 221:7, 221:10,
221:13, 221:16,
221:21, 221:22
**title-by-title** [1] -
194:14
**Titles** [1] - 191:11
**titles** [24] - 166:15,
173:25, 182:14,
182:17, 182:20,
189:25, 190:9,
191:11, 192:13,
192:15, 192:18,

194:25, 201:1,
206:23, 206:25,
218:16, 220:22,
221:2, 221:11,
221:17, 221:23,
224:22, 224:24
**today** [2] - 198:15,
261:19
**together** [6] -
243:13, 244:3,
245:12, 246:3, 246:5
**tolerable** [1] - 157:12
**tolerance** [2] -
154:23, 156:11
**tomorrow** [4] -
260:10, 260:24,
261:20, 261:23
**tonight** [1] - 261:22
**took** [2] - 166:16,
222:8
**tool** [1] - 150:17
**top** [4] - 175:24,
211:5, 212:7, 223:14
**topics** [5] - 160:2,
175:6, 182:21, 183:3,
185:11
**topping** [1] - 162:10
**total** [9] - 182:6,
191:17, 192:18,
221:13, 221:16,
228:6, 236:9, 239:4,
242:3
**totality** [1] - 259:23
**toward** [1] - 253:17
**track** [12] - 149:25,
150:8, 150:9, 151:15,
151:20, 157:22,
164:18, 164:22,
200:23, 201:2,
218:22, 223:17
**tracking** [5] - 150:13,
150:18, 151:22,
190:19, 195:3
**tracks** [1] - 190:10
**trade** [3] - 168:10,
168:18, 186:19
**TRANSCRIPT** [1] -
146:11
**transcript** [3] -
198:25, 263:5, 263:6
**translation** [1] -
254:15
**trend** [2] - 219:1,
219:8
**trial** [1] - 236:23
**TRIAL** [1] - 146:11
**tried** [5] - 172:18,
172:22, 204:24,
210:22, 236:5
**trouble** [2] - 207:8,

207:10
**true** [12] - 201:18, 203:3, 205:8, 205:12, 206:24, 208:5, 209:11, 217:15, 218:12, 237:12, 263:4, 263:5
**truly** [1] - 174:13
**trust** [1] - 183:19
**trusted** [1] - 183:19
**truth** [1] - 183:17
**try** [10] - 150:15, 155:20, 177:1, 186:5, 188:17, 191:3, 191:7, 252:22, 253:18, 256:11
**trying** [6] - 155:6, 155:14, 160:7, 170:1, 173:9, 215:22
**turn** [14] - 175:6, 188:21, 188:24, 191:10, 197:10, 197:12, 209:7, 215:5, 222:22, 223:11, 234:2, 235:20, 245:5, 254:9
**TV** [1] - 158:20
**Twilight** [2] - 162:6
**two** [39] - 175:18, 175:20, 175:25, 180:5, 180:7, 180:8, 180:9, 181:17, 184:25, 185:7, 186:25, 187:1, 187:2, 196:5, 196:13, 196:21, 201:10, 202:15, 203:16, 211:4, 212:24, 213:1, 213:13, 213:17, 215:15, 215:25, 226:12, 229:23, 234:11, 234:16, 234:18, 239:19, 239:20, 239:21, 245:16, 248:23, 249:2, 249:22, 252:15
**Tyndale** [3] - 230:18, 230:20, 231:2
**types** [2] - 209:13, 247:8
**typesetting** [1] - 247:12
**typical** [3] - 245:23, 255:4, 256:23
**typically** [8] - 201:15, 245:21, 245:22, 247:22, 249:5, 255:24, 256:24, 260:11

## U

**U.S** [2] - 202:25, 209:21
**ultimately** [4] - 177:5, 214:14, 215:19, 216:8
**under** [8] - 149:8, 193:15, 221:24, 227:20, 228:6, 252:6, 252:18, 259:25
**underestimate** [1] - 191:4
**undergirded** [1] - 179:15
**understood** [1] - 219:1
**unearned** [6] - 155:9, 156:12, 166:10, 200:12, 200:14, 200:18
**unfold** [1] - 189:20
**unique** [2] - 202:17, 217:19
**unit** [2] - 220:19, 220:23
**UNITED** [4] - 146:1, 146:3, 146:12, 146:17
**United** [3] - 195:7, 240:6, 263:13
**united** [1] - 147:12
**unknowable** [1] - 168:24
**unless** [3] - 221:13, 221:16, 239:12
**unpredictable** [1] - 173:6
**unreliable** [1] - 164:10
**unsuccessful** [2] - 223:19, 224:24
**up** [35] - 156:5, 160:13, 161:7, 161:11, 164:2, 165:10, 166:17, 167:9, 168:6, 175:19, 175:21, 178:25, 185:10, 193:15, 196:24, 199:16, 212:4, 212:5, 212:25, 217:9, 221:14, 221:16, 222:17, 223:9, 223:10, 223:14, 224:22, 227:9, 231:23, 239:17, 240:20, 249:1, 251:1, 251:8, 258:24
**Up** [1] - 230:5

**upper** [1] - 191:13
**upward** [2] - 180:22, 181:8
**uses** [2] - 185:8, 190:25

## V

**validates** [1] - 180:24
**valuable** [1] - 159:2
**valuation** [1] - 211:24
**value** [2] - 172:12, 217:15
**variety** [1] - 187:7
**various** [3] - 164:23, 233:3, 244:21
**vary** [1] - 183:11
**VERNON** [31] - 146:16, 149:2, 149:5, 149:7, 149:11, 152:10, 153:19, 160:6, 163:1, 174:3, 174:9, 180:1, 188:25, 189:6, 189:8, 189:18, 189:23, 194:8, 195:7, 195:14, 196:24, 197:2, 197:24, 228:12, 233:14, 234:21, 236:16, 238:9, 239:7, 239:10, 239:24
**version** [1] - 195:5
**versus** [1] - 217:23
**veterans** [1] - 249:23
**via** [1] - 245:19
**VIACOMMCBS** [1] - 147:6
**view** [7] - 153:5, 171:24, 173:8, 174:20, 187:9, 213:12
**visible** [3] - 159:18, 172:25, 259:10
**VISION** [1] - 146:22
**Vision** [1] - 228:4
**voices** [2] - 243:8, 243:9
**volume** [2] - 159:23, 173:25
**voting** [1] - 244:21
**vs** [1] - 146:5

## W

**wait** [2] - 201:8, 260:10
**walk** [4] - 177:1, 227:16, 228:21, 256:9

**walking** [1] - 182:22
**Walmarts** [1] - 171:15
**Walsh** [2] - 178:17, 179:3
**warehousing** [1] - 160:18
**Washington** [5] - 146:6, 146:19, 147:9, 147:14, 263:14
**water** [3] - 240:15, 261:15, 261:16
**wave** [5] - 247:23, 248:22, 249:6, 250:3, 260:12
**ways** [3] - 159:14, 186:12, 247:19
**weekly** [1] - 260:1
**Weekly** [1] - 202:5
**weeks** [3] - 201:25, 259:2, 259:9
**weigh** [2] - 246:11, 246:14
**Weinstein** [1] - 223:3
**well-being** [1] - 170:13
**whereby** [1] - 208:3
**wherewithal** [1] - 232:14
**white** [1] - 188:22
**whole** [4] - 161:1, 162:18, 170:14, 232:14
**wholesalers** [1] - 163:14
**widely** [1] - 252:12
**wildly** [2] - 161:10, 161:16
**willing** [10] - 156:1, 159:17, 161:21, 164:23, 165:4, 176:16, 179:8, 180:22, 211:24, 213:22
**willingness** [2] - 154:3, 155:23
**win** [11] - 154:21, 210:15, 210:23, 210:25, 211:19, 211:25, 213:9, 213:10, 213:21, 227:11, 231:19
**win/loss** [1] - 235:21
**winning** [11] - 152:3, 181:24, 190:14, 192:12, 194:9, 194:21, 215:19, 227:15, 229:20, 244:8
**WINTER** [2] - 146:22, 208:19

**Witness** [1] - 197:19
**WITNESS** [35] - 149:9, 151:14, 151:17, 151:20, 153:18, 160:15, 161:5, 161:13, 162:3, 162:15, 174:7, 179:23, 194:3, 194:5, 195:24, 196:3, 198:1, 198:3, 199:9, 210:7, 220:19, 221:3, 221:9, 221:22, 234:13, 236:22, 238:16, 238:21, 239:2, 240:4, 240:22, 260:13, 260:19, 260:21, 261:25
**witness** [1] - 174:5, 195:15, 197:25, 208:16, 208:23, 238:11, 240:5, 240:16, 240:18
**witness's** [2] - 179:7, 240:14
**WITNESSES** [1] - 148:4
**witnesses** [4] - 178:14, 178:15, 179:1, 179:9
**woman** [1] - 242:23
**won** [8] - 150:9, 150:18, 212:9, 228:7, 244:12, 244:13, 254:5, 254:7
**wonderful** [2] - 173:25, 174:2
**word** [3] - 214:20, 230:11, 230:16
**Workman** [11] - 155:2, 155:4, 155:5, 155:6, 155:7, 166:6, 169:21, 170:10, 196:19, 204:7, 204:11
**works** [4] - 158:19, 167:8, 167:10, 179:4
**world** [4] - 167:22, 172:23, 188:19, 257:5
**world's** [1] - 161:23
**worth** [4] - 180:25, 211:11, 212:5, 213:2
**Worthy** [3] - 204:14, 222:13, 222:15
**write** [3] - 173:12, 188:12, 236:21
**writing** [2] - 246:4, 247:4
**written** [3] - 157:20, 159:19, 244:11
**wrote** [2] - 202:5, 243:5

## Y

**year** [26] - 150:11, 150:12, 157:5, 158:4, 159:21, 164:5, 167:1, 182:4, 182:15, 182:18, 182:20, 191:17, 192:3, 201:1, 201:10, 202:6, 203:14, 203:15, 204:7, 204:11, 208:2, 218:22, 220:22, 221:24, 249:2

**years** [48] - 151:6, 151:7, 154:19, 161:18, 162:18, 163:2, 165:11, 166:3, 166:7, 166:12, 166:16, 167:2, 167:4, 168:13, 169:9, 169:11, 169:22, 177:16, 178:19, 178:20, 179:11, 182:12, 182:16, 195:4, 195:5, 201:10, 201:11, 201:15, 202:15, 203:11, 204:13, 231:10, 241:15, 242:4, 243:6, 243:24, 244:2, 244:12, 244:13, 245:16, 247:2, 247:4, 255:17, 258:7

**yellow** [2] - 228:22, 228:24

**York** [5] - 147:4, 147:7, 243:11

**Young** [2] - 196:9, 230:15

**yourself** [2] - 197:13, 234:4

**YouTube** [1] - 201:24

## Z

**Zando** [1] - 249:24

**Zeewee** [1] - 230:9

**Zibby** [2] - 249:25