```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3    THE UNITED STATES OF AMERICA,      Civil Action
                                         No. 21-02886
 4               Plaintiff(s),

 5          vs.

 6    BERTELSMANN SE & CO. KGAA,         Washington, D.C.
      et al,                             August 2, 2022
 7                                       9:30 a.m.
                 Defendant(s).           MORNING SESSION
 8    ------------------------------------------------------------

 9                    TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE FLORENCE Y. PAN
10                  UNITED STATES DISTRICT JUDGE

11    APPEARANCES:

12    FOR THE PLAINTIFF:       John R. Read, Esquire
                               Ihan Kim, Esquire
13                             Melvin A. Schwarz, I, Esquire
                               Jeffrey Vernon, Esquire
14                             Sara Licht, Esquire
                               Lisa Scanlon, Esquire
15                             United States Department of Justice
                               Antitrust Division
16                             450 Fifth Street, Northwest
                               Washington, D.C. 20530
17

18    FOR THE DEFENDANTS       Daniel M. Petrocelli, Esquire
      BERTELSMANN and          M. Randall Oppenheimer, Esquire
19    PENGUIN RANDOM HOUSE:    Megan Smith, Esquire
                               O'Melveny & Myers, LLP
20                             1999 Avenue of the Stars
                               Eighth Floor
21                             Los Angeles, California 90067

22

23

24

25
```

```
1   APPEARANCES (Cont.)

2   FOR THE DEFENDANTS          Daniel L. Cantor, Esquire
    BERTELSMANN and            Abby Rudzin, Esquire
3   PENGUIN RANDOM HOUSE:      Daniel L. Cantor, Esquire
                               O'Melveny & Myers, LLP
4                              7 Times Square
                               New York, New York 10036
5

6   FOR THE DEFENDANTS          Stephen Fishbein, Esquire
    VIACOMCBS and              Shearman & Sterling, LLP
7   SIMON & SCHUSTER:          599 Lexington Avenue
                               New York, New York 10022
8

9                              Ryan A. Shores, Esquire
                               Shearman & Sterling, LLP
10                             401 Ninth Street, Northwest
                               Washington, D.C. 20004
11

12  REPORTED BY:               Tammy Nestor, RMR, CRR
                               Official Court Reporter
13                             333 Constitution Avenue NW
                               Washington, D.C. 20001
14                             tammy_nestor@dcd.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25
```

```
1                              I-N-D-E-X

2
     WITNESS                 DIRECT   CROSS   REDIRECT   RECROSS
3
4    AYESHA PANDE

5        BY MS. LICHT        291                308

6        BY MR. PETROCELLI            297                  311

7    STEPHEN KING

8        BY MR. SCHWARZ      316

9    DENNIS EULAU

10       BY MR. MATELSON     342                382

11       BY MR. FISHBEIN             369

12

13   PLAINTIFF'S EXHIBITS                         PAGE

14       529                                      346

15       530                                      349

16       663                                      359

17       682                                      367

18

19   DEFENDANT'S EXHIBITS                         PAGE

20       263                                      300

21       405                                      375

22

23

24

25
```

```
 1   The following proceedings began at 9:30 a.m.:

 2           THE COURT:  Good morning.

 3           THE COURTROOM DEPUTY:  Good morning, Your Honor.  This

 4   is Civil Case No. 21-2886, United States of America versus

 5   Bertelsmann SE & Co., et al.

 6           Would counsel please approach the podium and state

 7   their appearances for the record.

 8           MR. READ:  John Read for the United States of America.

 9   With me is Sara Licht, Lisa Scanlon at counsel table, and Mel

10   Schwarz.

11           THE COURT:  Good morning.

12           MR. PETROCELLI:  Good morning, Your Honor.  For

13   Defendants Bertelsmann and Penguin Random House, Abby Rudzin,

14   Megan Smith, Randy Oppenheimer, Dan Cantor, and myself Dan

15   Petrocelli.  Thank you.

16           THE COURT:  Good morning.

17           MR. FISHBEIN:  Stephen Fishbein for ViacomCBS from

18   Sherman & Sterling.  With me is Ryan Shores, Rachel Mossman,

19   and Noni Nelson.

20           THE COURT:  Good morning.  I just need to take a pause

21   for a moment to make sure that my realtime feed is working

22   here.

23           Are there any preliminary matters before we begin this

24   morning?

25           MR. READ:  Yes, Your Honor, there are two.  First,
```

1    given Your Honor's direction, the parties have reached an

2    agreement with how to deal with the efficiencies question and

3    verifiability with witnesses, so we have an agreement, given

4    your direction.

5              THE COURT:  Okay.  Thank you.

6              MR. READ:  There are some confidentiality issues, and

7    Amanda Strick is going to address those.

8              THE COURT:  Okay.  Thank you.

9              MS. STRICK:  May it please the Court, Amanda Strick.

10   This is about the joint stipulation.  I want to give an update

11   as to our progress.  The parties have reached out.  Everyone

12   who sent a letter into the court has been notified of the joint

13   stipulation, the proposed joint stipulation.

14             I think, first, for this week, the parties have also

15   reached out to all third parties who are going to have

16   testimony this week and are in agreement with the third parties

17   about the confidentiality designations for this week, both for

18   exhibits and testimony.

19             So we only have -- so it will probably take a little

20   bit longer for us to fully make sure that the third parties are

21   in agreement to the joint stipulation.  We have only received

22   one substantive objection which I don't think requires

23   amendment, but we could -- I would just like to see if the

24   Court would agree to this.

25             It's the -- one third party noted that -- you know,

1    the stipulation does not provide a process for closing the

2    court when testimony cannot be anonymized.  However, in the

3    pretrial statement, on page 8, there's the bifurcation process.

4           And so if the Court could first allow the bifurcation

5    process on the pretrial statement to be the process and then

6    also to clarify, if third parties are required to appear in

7    person to raise confidentiality objections, I think that would

8    go a long way with that objection to not requiring amendment.

9           THE COURT:  Okay.  That's fine.  I think that we have

10   always contemplated that there would be bifurcated proceedings

11   if necessary, so I don't think that needs to be embodied in

12   another order because that's already discussed and agreed to in

13   court.  That will be the understanding.  And I had said that

14   third parties can appear either by video or by telephone if

15   they want to object.  Are you saying that you want them here in

16   person?

17          MS. STRICK:  I think they may want to appear in

18   person.  I think they wanted clarification from the Court as to

19   whether they could appear on Zoom or telephone, whether all

20   those options were available.

21          THE COURT:  Yes, they may appear in person if they

22   prefer.

23          MS. STRICK:  Thank you.

24          THE COURT:  With that, should I sign the order or

25   continue to wait?

```
 1            MS. STRICK:  If you could continue to wait, we want to
 2   make sure that the third parties are in agreement.  We will let
 3   the Court know as soon as possible.  Again, for this week, it
 4   shouldn't affect any testimony of witnesses planned this week.
 5            THE COURT:  That's fine.  Thank you very much.
 6            Any preliminary matters from the defendants?
 7            MR. PETROCELLI:  Daniel Cantor, Your Honor.  We
 8   discussed it with Mr. Strick this morning.  We are in agreement
 9   on all of that.
10            THE COURT:  Thank you.
11            Any other preliminary matters?
12            MR. PETROCELLI:  Not from us.
13            MR. READ:  No, Your Honor.
14            THE COURT:  We are hearing the testimony from
15   Ms. Pande.  Is she here?
16            MS. LICHT:  Yes.
17            THE COURT:  You can get your witness.  Here she is.
18            You can come right up, Ms. Pande.  You will need to be
19   sworn again because it's a new day.  If you could remain
20   standing for a moment and raise your right hand.
21                         AYESHA PANDE
22   Having been first duly sworn on oath, was examined and
23   testified as follows:
24            THE COURT:  Good morning, Ms. Pande.
25            THE WITNESS:  Good morning.
```

```
 1              THE COURT:  Please be seated.

 2          You may proceed.

 3              MS. LICHT:  Good morning, Your Honor.  Sara Licht for

 4   the United States.

 5                    DIRECT EXAMINATION (Continued)

 6   BY MS. LICHT:

 7   Q    Good morning, Ms. Pande.

 8   A    Good morning.

 9   Q    Thank you for coming back today.

10        I am going to turn to a few questions about some offers

11   for authors after they have published their first book.  In

12   your career as an agent, when one of your authors has published

13   a successful book with a small publisher, have they gone on to

14   publish their next book with that same publisher?

15   A    In my experience, that has often been the preference of

16   the author.

17   Q    To publish their --

18   A    To publish their next book with a larger publisher,

19   ideally with one of the Big 5.

20   Q    And what is your understanding of why your authors'

21   preference is to publish their next book with a larger

22   publisher?

23   A    Because it has -- the next book would have a better chance

24   of success with more substantial resources being brought to

25   promoting and publishing the book from one of the Big 5 as well
```

```
 1   as, of course, higher advances.
 2   Q    Can you give me any examples of authors that you would
 3   represent that have moved from a smaller publisher to a larger
 4   publisher for their subsequent book?
 5   A    Yes.  Should I mention the authors by name?
 6   Q    That's up to you.
 7   A    I have had several authors who have moved from small
 8   publishers to larger publishers.  One of the authors' name is
 9   Lady Hubbard.  Her first book was published by Melville House.
10   And for her second book, she moved to Harper Collins.
11        My author Lisa Ko moved from Algonquin to Penguin Random
12   House.  Those are just a couple of examples.
13   Q    In your career, have you observed situations when it is
14   difficult for an author to move publishers after publishing
15   their first book?
16   A    It's definitely more difficult if the sales for the first
17   book have been modest.
18   Q    And why is that?
19   A    The sales of books are generally easily accessible via
20   various databases to prospective publishers, and it's one of
21   the elements that they weigh when they are considering
22   acquisition of another book.  If the books -- if the sales of
23   the first book have been modest, then frequently it's more
24   challenging for the publisher to distribute larger numbers of
25   books into those book stores.
```

```
1    Q    I would like to ask a few questions about your experiences

2    with mergers in the publishing industry.  In your career, have

3    you experienced any mergers between publishers?

4    A    Yes, I have.

5    Q    Which ones?

6    A    When I was an editor at Crown, the Random House, the group

7    of which Crown was a part, was acquired by Bertelsmann, and

8    later as an agent, I witnessed the merger of Penguin and Random

9    House, I believe in 2013.

10   Q    Did you see any changes in the publishing industry as a

11   result of any of those mergers?

12   A    In each case, I saw layoffs.  They usually happened in

13   waves.  The first round of layoffs usually tended to be in the

14   administrative or back office part of the publishing house

15   distribution sales, the warehouses, and then eventually we also

16   saw imprints that maybe overlapped in terms of their mandates

17   or goals being merged and also editors being laid off as a

18   result.

19   Q    And in your time as a literary agent, how did changes like

20   that impact the number of editors to whom you could submit bids

21   on behalf of your authors?

22   A    In my experience, there tended to be, with the merging of

23   imprints and the reduction overall of editors, I found that

24   there were fewer editors to whom to submit my projects.

25   Q    And what did you experience from having fewer editors to
```

1    whom to submit your projects?

2    A    It made it more challenging to sell my clients' books

3    because there was less choice.

4    Q    Based on your experience with previous mergers in the

5    publishing industry, have you thought about whether you would

6    have to change your approach to making submissions if Penguin

7    Random House acquires Simon & Schuster?

8    A    Yes, I have thought about it.  And, of course, I would

9    always still have to include editors at Penguin Random House in

10   my first round of submission, but I would probably also include

11   some of the newcomers and maybe some of the smaller independent

12   publishers in the first round.

13   Q    And why would you include some of those newcomers and

14   smaller publishers in the first round?

15   A    To guarantee the best possible chance of finding a home

16   for my clients' projects.

17   Q    How do you think that changing your approach in this way

18   would compare to the current way that you submit including an

19   independent Simon & Schuster?

20   A    Sorry.  Could you repeat that question?

21   Q    Sure.  How would changing your approach to submissions in

22   that way impact the compensation that you think you can receive

23   for your authors?

24   A    Well, if I am submitting largely to editors in the Big 5

25   in my first round of submission, I can anticipate a certain

1    level of advance which I think would be reduced if I have

2    independent publishers in the mix.

3    Q    Given the mission of your agency, do you think that the

4    authors you represent may be affected by the proposed

5    transaction?

6    A    I do believe that overall they will be impacted by the

7    proposed merger.  I think overall it will limit the choice, the

8    number of editors and imprints and publishing houses that would

9    mean -- would be a good home for my clients.

10        And I just want to state that my clients, because of being

11   underrepresented, already makes it slightly more challenging to

12   find homes, you know, editors, and publishing houses that have

13   the appropriate experience to publish those books with the kind

14   of expertise that is required.  So it would limit that choice

15   even more.  And I believe overall advances for my clients would

16   be suppressed.

17   Q    In your experience as a literary agent, have you seen

18   authors decide not to publish a book at all if they did not

19   receive a sufficiently high advance?

20   A    I have experienced once or twice during my career when a

21   client has chosen not to go forward with publishing a book

22   because the advance was too modest.

23   Q    Do you think that the proposed acquisition of Simon &

24   Schuster by Penguin Random House may make it more difficult for

25   certain authors to publish their books going forward?

1  A    It's already always a conversation that I have with my

2  clients.  And I believe that after the merger, it would have to

3  be something that we would have to seriously anticipate, that

4  we may get advances that will not allow them to move forward

5  with the publication of their book.

6         THE COURT:  I'm sorry, can you go back to your

7  testimony about how you would change your approach to sending

8  out submissions because it wasn't clear to me why with this

9  merger you would include the independent and smaller publishers

10  because, I guess, there's the practice in the industry of

11  having imprints within the same publishing house compete

12  against each other.  So can you say more about that?

13         THE WITNESS:  The imprints within the larger houses

14  can only compete against each other, at least that's the rule

15  for Penguin Random House, when there are other houses also in

16  the mix.

17         So recently a colleague of mine received an offer from

18  a Penguin Random House imprint, and another Penguin Random

19  House imprint was also interested but was not allowed to bid

20  higher because they were not allowed to top each other or

21  compete against each other.

22         So it's always important to have houses outside of the

23  Big 5 in the mix, and also the more houses you have or

24  publishers you have competing against each other makes it more

25  likely to get offers.  And the more offers you have, it's more

```
 1    likely to get competition going amongst the different houses.
 2              THE COURT:  Thank you.
 3              You may proceed, Ms. Licht.
 4              MS. LICHT:  Thank you, Ms. Pande.  I will pass the
 5    witness.
 6                          CROSS EXAMINATION
 7    BY MR. PETROCELLI:
 8    Q    Good morning, Ms. Pande.  I'm Dan Petrocelli.
 9    A    Good morning.
10    Q    I represent Penguin Random House and Bertelsmann.
11         I wanted to follow up, and I think where I will begin is
12    the question the judge asked you or at least that general
13    subject matter.
14         You are aware that Penguin Random House for many, many
15    years has allowed its imprints to internally bid against one
16    another provided there's an external bidder in the mix, right?
17    A    Yes.
18    Q    And what I mean by that is, within each division of
19    Penguin Random House, there are a number of imprints, right?
20    A    Yes.
21    Q    And those imprints across divisions can compete and bid
22    against each other, correct?
23    A    Correct.
24    Q    And the agent doesn't typically tell the publishers the
25    identity of all of the bidders, correct?
```

1    A    In my experience, almost the minute that I submit a

2    project to one of the Penguin Random House imprints, one of the

3    first things that the editor asks me is what other imprints

4    also have a submission in.

5    Q    Is it your practice to always identify who all the

6    participants are by name?

7    A    Yes.

8    Q    Okay.  And you understand that other agents may not do

9    that?

10   A    I can't speak for other agents.

11   Q    Okay.  Fair enough.  Fair enough.

12        And in order to keep the internal bidding going within the

13   imprints at Penguin Random House, do you make an effort to

14   always try to have an external bidder in the process?

15   A    In order for me to have the best possible chance of

16   getting the highest possible offer, I send it out widely to all

17   the five.  So usually there is another publishing house in the

18   mix for an initial submission.  Of course, I have no control

19   over, you know, which editors end up being interested.

20   Q    And to the extent that other publishers, other imprints

21   outside of Penguin Random House, are interested and continue in

22   the process with you, then Penguin Random House imprints can

23   continue to bid each other up, correct?

24   A    Yes, correct.

25   Q    Okay.  And when you say you always disclose the names of

```
 1   the other bidders, do you mean you always disclose the name of

 2   the other Penguin Random House bidders, or do you also always

 3   disclose the outside bidders?

 4   A     Only the Penguin Random House bidders.

 5   Q     Ah, okay.  Well, thank you for that clarification.

 6         So to be clear, when you are involved in, you know,

 7   selling one of your books and you have external bidders and you

 8   have a number of internal Penguin Random House bidders, you

 9   don't tell the Penguin Random House imprints who the outside

10   imprints or bidders are, correct?

11   A     Correct.

12   Q     Okay.  Thank you.

13         And I hear your concern about the merger.  And to be

14   clear, though, you are not aware of any plans by Penguin Random

15   House post merger to lay off editors, are you?

16   A     I am not aware of any plans.

17   Q     Okay.  Or to close down imprints, right?

18   A     No.

19   Q     Okay.  And you have heard that they will continue to allow

20   the Simon & Schuster imprints to bid against one another and

21   against the Penguin Random House imprints just as the company

22   has been doing for many years, correct?

23   A     I have seen Mr. Dohle's announcement to that effect, yes.

24   Q     Okay.  So in order to try to get through this a little bit

25   more efficiently, I would like to show you the list of book
```

```
 1    titles and other information that you provided the parties.

 2    It's confidential, so I am going to give you the exhibit.

 3    There's no objection to it.  And what I have done is I have had

 4    a copy of this highlighted with different colors to make it

 5    easy to find things.  And that will be displayed on the screen

 6    for the judge and yourself, and it will be a lot faster to

 7    follow some of my questions.

 8         But you do recall providing the parties with a list of

 9    books that you have sold in the last few years for $50,000 or

10    greater, correct?

11    A    Yes, I do.

12    Q    And there were 33 such books, correct?

13    A    I believe so.

14         MR. PETROCELLI:  Okay.  So with that, I would like to

15    hand the witness Exhibit 263.

16         May I approach, Your Honor?

17         THE COURT:  Yes.

18         MR. PETROCELLI:  Thank you.

19         Here's the color coded one.

20         Your Honor, may I move Exhibit 263 into evidence?

21         THE COURT:  Any objection?

22         MS. LICHT:  No objection.

23         THE COURT:  That will be admitted.

24         (Defendant's 263 received in evidence.)

25
```

```
 1   BY MR. PETROCELLI:

 2   Q    Ms. Pande, am I pronouncing your name correctly, Pande?

 3   A    Yes.

 4   Q    And feel free to use the exhibit that I have given you

 5   because this is not a memory contest.  Okay?

 6        So among the 33 books, over $50,000 that you sold, 8 were

 7   sold at an amount for $250,000 or more, correct?

 8   A    Correct.

 9   Q    And I've highlighted those 8 in yellow.

10   A    In yellow.

11   Q    Okay.  And I would like to first ask you some questions

12   about the 8, and then I am going to follow up about the 33.

13        And the 8, for the record, are books 16 -- and I am going

14   to refer to these as much as possible by number on your

15   exhibit.  Okay?

16        So they are books 16, 21, 23, 24, 25, 28, 32, and 35, is

17   that correct?

18   A    Yes.

19   Q    Thank you.

20        With respect to those eight books then, it is correct that

21   none of them involved a situation where Penguin Random House

22   and Simon & Schuster were the final two bidders, correct?

23   A    Correct.

24   Q    Of the eight books that you sold for more than $250,000,

25   none of them were sold to Simon & Schuster, correct?
```

```
 1    A     Correct.

 2    Q     On the other hand, six of the eight were sold to Penguin

 3    Random House, correct?

 4    A     Correct.

 5    Q     And those would be books No. 16, 21, 23, 24, 25, and 35,

 6    is that correct?

 7    A     That is correct.

 8    Q     Okay.  And of those six books, two were sold to Penguin

 9    Random House without your offering them to Simon & Schuster,

10    correct?

11    A     Correct.

12    Q     Okay.  And it's also true that of the eight books you sold

13    for more than $250,000, none was sold in a round robin auction,

14    correct?

15    A     Correct.

16    Q     And for the record, five of the eight were sold by way of

17    exclusive submissions pursuant to an option or otherwise or a

18    preempt, and those would be books 16, 21, 24, 28, and 32,

19    correct?

20    A     Did you include a preempt as one of the --

21    Q     I did.

22    A     Because book 16 was offered to a broad range of

23    publishers, but it was preempted by the imprint.

24    Q     Right, I did include preempts.  So, again, five of the

25    eight, the numbers I just gave you, were exclusives, options,
```

1    or preempts, correct?

2    A     Correct.

3           THE COURT:  May I ask a question?  I'm sorry,

4    Mr. Petrocelli.

5           If there are multiple submissions and then a preempt,

6    did the multiple submissions drive up the price of the preempt?

7           THE WITNESS:  I would imagine that the editor

8    understands that it was submitted widely and the editor

9    anticipates that there may very well be other interest.  And so

10   in order for them to secure the book, they would offer a more

11   aggressive price, a more aggressive advance.

12          THE COURT:  Thank you.

13          THE WITNESS:  So preemptive offers tend to be quite

14   high because it has to incentivize us to be willing to take the

15   book off the table and not offer it in a competitive situation.

16          THE COURT:  Okay.  Thank you.

17          I'm sorry to interrupt, Mr. Petrocelli.  Go ahead.

18   BY MR. PETROCELLI:

19   Q    We are focused on the eight books for 250,000 or more.  We

20   went through five.  The other three were sold by best bid,

21   correct, and those would be books 23, 25, and 35?

22   A     Yes.

23   Q    Okay.  I now want to ask you some questions about all 33,

24   not just confined to the 8 that were 250 and above.  Okay?

25          Of the 33 books, Simon & Schuster won the book only once;

```
1    that would be book 11, correct?

2    A    Correct.

3    Q    And that was an occasion when PRH did not bid, correct?

4    A    Correct.

5    Q    You had submitted the proposal to four different PRH

6    imprints, Penguin Press, Riverhead, Viking, Knopf, and Random

7    House -- That's actually five.

8    A    Yes.

9    Q    -- and none of them bid, right?

10    A    Yes.

11    Q    It's also true that with respect to the 33 deals, the 33

12    book deals, there was not a single instance when Penguin Random

13    House was the winning bidder and Simon & Schuster was the

14    second highest bidder, correct?

15    A    I believe that's correct.

16    Q    There was one occasion where Simon & Schuster was the

17    highest bidder, but Penguin Random House won as an underbidder,

18    correct?

19    A    Correct.

20    Q    And that would be book 7, correct?

21    A    Correct.

22    Q    And Penguin Random House underbid that by tens of

23    thousands of dollars.  I don't want to say the number, right?

24    A    Correct.

25    Q    Okay.
```

1          MR. PETROCELLI:  Let me just double-check my notes.

2    BY MR. PETROCELLI:

3    Q    We were talking about book 7.  That was a best bid

4    auction, right?

5    A    Yes.

6    Q    And only the two publishers submitted bids; no one else,

7    correct?

8    A    Correct.

9    Q    And it's also true that typically Simon & Schuster is not

10   the runner up in the auctions that you do from time to time,

11   correct?

12   A    In my experience, in my recent experience, no.  In those

13   last few years, no, that has not been the case where Simon &

14   Schuster have been the runner up.

15   Q    With respect to all 33 books, Ms. Pande, 21 of the 33 were

16   sold by exclusive submissions or preempts.  For the record,

17   those would be, and you can follow along if you would like,

18   books 8, 9, 10, 12, 15, 16, 17, 19, 20, 21, 22, 24, 27, 28, 29,

19   30, 31, 32, 33, 34, and 37, correct?

20   A    I do think that we need to differentiate between an

21   exclusive submission for a book where I am submitting to an

22   editor or a publishing house because I believe it is the best

23   fit for that particular book and an exclusive submission which

24   I am contractually required to do because of the option clause

25   in the contract.

1      So a lot of the ones that you have just pointed out are
2  ones where it is the second or third book with the same
3  publisher, and so the option clause required me to send it to
4  that publisher exclusively.
5  Q    And with that clarification, those were all instances then
6  where there was, for the reasons you have articulated, an
7  exclusive submission or preempt, correct?
8  A    Correct.
9  Q    And following up on your clarification with respect to the
10  submissions because of the contract option --
11  A    Yes.
12  Q    -- now, that contract option provides for a period of
13  time, generally 30 days or so, when you have to give the
14  existing publisher an opportunity to negotiate for the book?
15  A    Yes, exclusively.
16  Q    Correct.  But you understand that if you can't make a deal
17  in that period of time, you can take the book to market, right?
18  A    I can take the book to market.
19  Q    Okay.  Now, I just identified the 21 out of the 33 that
20  were sold by way of exclusives or preempts, so let me turn to
21  the other 12.  Okay?  4 of those 12, books 7, 23, 25, and 35,
22  were best bids.  Those are the ones I previously went over with
23  you.
24  A    Yes.
25  Q    And there were two other best bids, book 14 and book 36,

1    correct?

2    A    Yes.

3    Q    So out of the 12 that we are referring to now, 6 of the 12

4    were best bids, correct?

5    A    I believe so.

6    Q    Now, with respect to the remaining 6 out of the total

7    of 33, do you know how those were sold?

8    A    Not off the top of my head.

9    Q    I will give you the numbers.  Book 11, starting there, and

10   if you don't remember, that's fine.

11   A    For book 11, it was multiple submissions, but we received

12   only one expression of interest, and so I negotiated with that

13   editor.

14   Q    The next book would be -- and you -- forgive me, and you

15   closed the deal with that?

16   A    We closed the deal with that Simon & Schuster editor, yes.

17   Q    No. 13?

18   A    That was a multiple submission, and I asked for best bids

19   and we received two offers.

20   Q    And your author picked the best one, highest one of the

21   two?

22   A    I believe it was the highest one, yes.

23   Q    Okay.  Book No. 18?

24   A    Again, multiple submissions and we received -- I can't

25   exactly remember, but multiple offers, four or five offers.

```
1   Q    And how did it end, in a best bid?

2   A    It was a best bids, yes.

3   Q    Okay.  That was No. 18, is that right?

4   A    Correct.

5   Q    No. 26?

6   A    The same thing, multiple submissions that resulted -- it

7   was a best bids that resulted in multiple offers.

8   Q    No. 38?

9   A    The same.

10  Q    And No. 39?

11  A    The same.

12  Q    Okay.  Thank you.

13        THE COURT:  Ms. Pande, is it correct that if Simon &

14  Schuster and PRH were merged, it wouldn't have affected any of

15  the deals on this list?

16        THE WITNESS:  Correct.

17        THE COURT:  Thank you.

18        MR. PETROCELLI:  Your Honor, I don't have anything

19  more.  Thank you.

20        Thank you, Ms. Pande.

21        THE COURT:  Any redirect?

22        MS. LICHT:  Yes, Your Honor.

23                    REDIRECT EXAMINATION

24  BY MS. LICHT:

25  Q    Ms. Pande, while we are looking at Defendant's Exhibit 263
```

```
 1   here, I believe you testified that there are eight deals here

 2   for 250,000 or more?

 3   A    Correct.

 4   Q    And of those eight, how many were -- how many deals were

 5   made with an imprint of Penguin Random House?

 6   A    I believe it's six.

 7   Q    And with respect to the two of eight that were not made

 8   with an imprint of Penguin Random House, to whom did you sell

 9   those books?

10   A    One of the Big 5.  I can't remember which one though.

11   Q    Let me use this handy highlighting.

12   A    Harper Collins and the former Houghton Mifflin, which is

13   also Harper Collins.

14   Q    And those are books?

15   A    Those are books that I sold for above 250,000 that did not

16   go to Penguin Random House.

17   Q    So of all the deals that you made for an advanced level of

18   250,000 or more, how many of those went to an imprint of what

19   is now a Big 5 publisher?

20   A    All of them.

21   Q    Do you have a sense of why that is?

22   A    My sense, based on my experience as an agent, is that the

23   Big 5 are the only publishers that can, with any consistency,

24   pay advances at that level.

25   Q    You can put that spreadsheet down.
```

1    Counsel for Penguin Random House asked you about the

2    internal bidding rules at Penguin Random House.  Is there

3    anything you can do as a literary agent to determine whether

4    those imprints are adhering to the internal bidding rules at

5    Penguin Random House?

6    A    No.  It's a matter of trust.

7    Q    Thank you very much, Ms. Pande.

8         MS. LICHT:  Your Honor, I have no further questions.

9         THE COURT:  Thank you.

10        I have one more question which might spark more

11   questions from the parties.

12        If you think that a book that you are working on, a

13   project that you are submitting, is going to be a best seller

14   or is going to generate a lot of sales, do you treat that

15   differently from other books?  Is that different to you, the

16   different category of books to you?

17        THE WITNESS:  Ideally, I hope that every single book

18   that I send out is going to be a best seller.  That said, there

19   are some which for various reasons I think I might get a lot

20   more interest in, and so I try to create as much interest as

21   possible by sending it out as widely as I possibly can.

22        THE COURT:  And so you do treat such books

23   differently?

24        THE WITNESS:  Yes.

25        THE COURT:  Any questions based on my questioning?

1          MS. LICHT:  No, Your Honor.

2                    RECROSS EXAMINATION

3    BY MR. PETROCELLI:

4    Q    Following up on Your Honor's question, if you think this

5    is going to be a book that will sell more, right, as the judge

6    was asking you, I understood you to say that you will send it

7    out more widely to try and generate more buzz, right?

8    A    Yes.

9    Q    So by more widely, what do you -- is there sort of a

10   number you have in mind?  Is there a general practice of how

11   many, you know, imprints you would send it out to?

12   A    I don't have a particular number in mind, but for a book

13   that I am maybe not so certain of the interest, I may be more

14   selective in sending it out to a small group of editors

15   basically just to test the waters.  And for a book that I

16   anticipate would be big, I send it out to every single imprint

17   that I think could be a possible good fit for that book.

18   Q    Okay.

19   A    And that may be anywhere between 25 and 35 imprints.

20   Q    What do you then do after that, if you could kind of walk

21   us through it?

22   A    I follow up with editors, either via email or phone call,

23   to assess their reaction.

24   Q    And what happens if you get a good reaction?

25   A    If I get a good reaction from a substantial number of

```
 1   editors, then I think about what my, quote/unquote, closing
 2   strategy would be, in other words, you know, what strategy I
 3   will use to solicit offers.
 4   Q    And in those situations, is that where you might have a
 5   preempt opportunity?
 6   A    Well, I have no control over that.  That is a strategy
 7   that the editor would employ.
 8   Q    But in circumstances where you are getting a lot of
 9   positive feedback, is that when you might get a preempt?
10   A    In some instances, an editor might try to preempt the
11   book, yes.
12   Q    And then, let's say, if you do get a preempt, you might
13   close it on the preempt, right?
14   A    I may.
15   Q    And if you don't get a preempt, you will just -- what
16   would be your next step?
17   A    If I choose not to accept a preempt because I believe that
18   there is a higher advance to be gained by offering it to a
19   broader range of publishers and soliciting bids from a broader
20   range of publishers, then I would decide on the date and the
21   time and methodology of how to solicit the offers either via
22   some sort of best bid or hybrid thereof.
23   Q    And of the 33 books on the exhibit that you have, would
24   any of those books, and you can identify it by number if you
25   would like, fall into the category that you are now describing
```

```
 1  going back to the judge's question where you thought this could

 2  be a big seller?

 3  A    Yes.  No. 25 was one where I was pretty certain that I was

 4  going to get significant interest.

 5  Q    And forgive me, I don't have the exhibit in front of me,

 6  but how did 25 end up?

 7  A    It ended up with multiple offers and went to a division of

 8  Penguin Random House.

 9  Q    On a best bid?

10  A    It was, I think, a two- or three-round best bids.

11  Q    Okay.

12  A    So best meaning the publishers or the highest offering

13  publishers get a chance to improve their offer after they have

14  made their initial offer.

15  Q    That's No. 25, you said?

16  A    Correct.

17  Q    Okay.  Thank you.

18         MR. PETROCELLI:  No further questions, Your Honor.

19         THE COURT:  Thank you.

20         So the authors of these books that people have a sense

21  are going to do well, do you think that they are looking for

22  different things in the contracts and different services than

23  other authors?

24         THE WITNESS:  Taking this particular book as an

25  example, this author's first book was published by a small
```

```
1    independent publisher which in the meanwhile has been acquired

2    by Hachette, and it did extremely well and it also won a couple

3    of awards.

4            And so, yes, my conversation with my client at that

5    point was that here was an opportunity to select the publisher

6    that could, not only, you know, publish the book in the best

7    way possible, but also pay the best possible advance.  So it

8    was, you know -- the timing really suited itself to that.  When

9    we are offering debut works, we don't always have that same

10   opportunity because the author has not necessarily proven

11   themselves to be a sure seller.

12           THE COURT:  So that goes with a different approach

13   that you take with a book that you anticipate is going to be a

14   good seller, that you advise your client of the different

15   options that they might have that they otherwise would not?

16           the wit:  Yes, correct.

17           THE COURT:  I understand.

18           Any further questions?

19   BY MR. PETROCELLI:

20   Q    What was the book number you were referring to in response

21   to the judge's question?

22   A    Book No. 25.

23           MR. PETROCELLI:  Thank you, Your Honor.

24           THE COURT:  Any followup, Ms. Licht, based on my

25   question?
```

1          MS. LICHT:  No, Your Honor.  Thank you.

2          THE COURT:  You may step down, Ms. Pande.  Thank you

3     very much.

4          THE WITNESS:  Thank you, Your Honor.

5          MR. READ:  Your Honor, the government calls next

6     witness Stephen King.  Mel Schwarz will handle that

7     examination.

8          THE COURT:  Okay.  Thank you.

9          MR. SCHWARZ:  Mr. King is next-door.

10         THE COURT:  All right.  Thank you.

11         MR. READ:  Your Honor, would it be all right if

12    Mr. King's counsel sits in one of the --

13         THE COURT:  He can sit in the jury box if he can't

14    find any room.

15         MR. SCHWARZ:  Whichever Your Honor prefers.

16         THE COURT:  That's fine.

17         Good morning.  You can step forward.  Would you please

18    raise your right hand before you sit down.  Please remain

19    standing.

20                        STEPHEN KING

21    Having been first duly sworn on oath, was examined and

22    testified as follows:

23         THE COURT:  You can be seated, sir.  Thank you.

24         THE WITNESS:  Okay.

25         THE COURT:  Yes, you can take your mask off.

```
 1
 2                     DIRECT EXAMINATION
 3   BY MR. SCHWARZ:
 4   Q    Good morning, Mr. King.  Mel Schwarz.
 5   A    Good morning.
 6   Q    Would you mind stating for the record your occupation,
 7   please?
 8           THE COURT:  I'm sorry, could you have him state his
 9   name for the record.  We all know who he is, but I think we
10   need to get that the for the record.
11   BY MR. SCHWARZ:
12   Q    Would you please state your name.
13   A    My name is Stephen King.  I'm a freelance writer.
14   Q    Thank you.
15        When, sir, did you publish your first book?
16   A    1974.
17   Q    And that book was?
18   A    Carrie.
19   Q    And with whom did you publish that book?
20   A    I'm sorry?
21   Q    With whom, who was the publisher?
22   A    That was Doubleday.
23   Q    Did you have an agent to negotiate that book?
24   A    No, I did not.
25   Q    And was that deal with Doubleday, was that a one-book deal
```

1    or a two-book deal?

2    A    That was a one-book deal.  And they had an option for the

3    second book.  They had the first look on the second book.

4    Q    And what, if you don't mind saying, was the advance that

5    you received on that book?

6    A    It was $2,500.

7    Q    And I take it ultimately that book became a movie?

8    A    Yes, it did.

9    Q    And did you receive some royalties for the movie as well?

10   A    No.  I've never seen a single dollar from the movie.  But

11   the book, Signet published a movie tie-in edition and that did

12   very well.

13   Q    And was there a second book, I take it, with Doubleday?

14   A    Yes.  The second book was Salem's Lot.

15   Q    And did you receive an advance for that book?

16   A    $7,500.

17   Q    And I take it you did not have an agent for that book

18   either?

19   A    No, sir.

20   Q    Did there come a time when you did decide to hire an

21   agent?

22   A    Yes.

23   Q    Who was that?

24   A    That was Kirby McCauley.

25   Q    And did you hire Mr. McCauley after book two with

Doubleday or sometime later?

A    No.  It was later than that.  I did a two-book contract
with Doubleday for two novels that were -- well, actually it
was a novel and a book of short stories.  The Shining was the
novel.  And the book of short stories was called Night shift.
And at that time I was having trouble selling some short
stories.  A lot of the markets had dried up.  And I talked to
my editor at Doubleday, Bill Thompson and said, gee, I just
can't seem to sell these stories; maybe I need an agent.  And
Bill said on behalf of the company, oh, no, you don't need an
agent.  We will sell your stories for you.  And they did not.
They sold one story called I Know What You Need, but the other
ones just languished, and -- I don't know.  If I am going on,
tell me I am going on too far.

Q    No, that --

A    It was a literary party for a romance writer named Hellen
Van Slyke and Kirby McCauley was at this party.  And I knew him
as somebody who had agented a lot of old-time horror and
fantasy writers.  And I complained to him about not being able
to sell any of my short stories.  And he said, I will sell them
for you.  And he did.

Q    Okay.  Thank you.  And did there -- these initial books
that you published with Doubleday without an agent, did any of
them become best sellers?

A    Yes.

```
 1   Q      Which ones?

 2   A      Carrie was a best seller in paperback.  The Shining was

 3   the first hard cover best seller.  And Night Shift was also a

 4   best seller.

 5   Q      And I take it you earned out your advance on those books?

 6   A      Yes.

 7   Q      And received royalties hopefully?

 8   A      Yes.

 9   Q      Okay.  Good.

10          Are any of those books still in backlist with Doubleday?

11   A      Yes, they are still in the backlist.

12   Q      And they continue to earn money for Doubleday and for you,

13   I hope?

14   A      Yes.

15   Q      Okay.  And Doubleday is now part of PRH, Penguin Random

16   House?

17   A      Yes.

18   Q      So at what stage did Mr. McCauley then negotiate the

19   contract for you?  Was this after book five or --

20   A      Well, I did Carrie, Salem's Lot, The Shining, Night Shift,

21   and a book called The Stand with Doubleday.  And they were

22   still paying very, very small advances.  And I talked to Kirby

23   about it.  And Kirby said, we can do better than that.  And I

24   said, well, I would like to stay with Doubleday.  I feel a lot

25   of loyalty to the company that picked me out of the slush pile
```

1    and I like my editor very much and I would like to stay with

2    Doubleday.  And Kirby said, well, we will go to Doubleday first

3    if you want, but really, they will probably try to lowball you.

4         So we went to Doubleday and offered them three books for

5    $2 million.  And the man who's negotiating on Doubleday's

6    behalf, a man named Robert Banker, laughed and walked out of

7    the restaurant where we were meeting.

8    Q    And did you ultimately come to an agreement with Doubleday

9    or with another publisher?

10   A    No, we did not.

11   Q    You have a recollection of -- you have -- by the way, do

12   you have a recollection of what year this was?

13   A    I think it must have been 1979 or 1980.

14   Q    And do you have a recollection of whether Mr. McCauley

15   then negotiated with other publishers, if so, who they were?

16   A    Well, yes.  Doubleday had sold the paperback rights to all

17   of my books to New American Library.  And the editor there, the

18   editor in chief, Elaine Koster, was a fan of mine.  She thought

19   that I had great potential that I hadn't reached.  And so the

20   first person that he went to was Elaine Koster who agreed to

21   pay $2 million for three books.

22   Q    And that deal -- you signed that deal?  That was the deal

23   that you made at that point?

24   A    Yes, sir, I did.

25   Q    And that was with which publisher?

1    A    That was with New American Library which was a subsidiary

2    of Times Mirror at that time.  And New American Library was a

3    paperback publisher, strictly paperback, so they sold the hard

4    cover rights to Viking Press.

5    Q    And Viking is now part of Penguin Random House?

6    A    Yes.  Viking is now a part of the Bertelsmann business.

7    They were not at that time.  They were an independent

8    publisher.

9    Q    And do you recall how many books you published with those

10   two publishers?

11   A    No, not offhand.  I think probably in the neighborhood of

12   ten.

13   Q    Okay.  And you recall whether those ten were best sellers?

14   A    They were all best sellers, yes.

15   Q    And did all of them earn out, that is, you received

16   royalties beyond the advance in those cases?

17   A    Yes, sir.

18        THE COURT:  I'm curious, Mr. King, if you ever went

19   back to Robert Banker.  Did you ever go back to Robert Banker

20   who laughed at your $2 million offer and talk to him about

21   this?

22        THE WITNESS:  Robert Banker retired shortly after

23   that.

24        THE COURT:  Thank you.

25

BY MR. SCHWARZ:

Q    So did there come a point in time then -- was Mr. McCauley
still your agent, by the way, through these ten books?

A    Yes, he was the agent through those ten books.

Q    Did he negotiate with other publishers with respect to
publishing any of those ten books as you went down the road
through the years?

A    No.  I had loyalty to Viking Press.

Q    And I take it you were also satisfied with the
compensation you were receiving at that point?

A    Yes.

Q    Did you make any efforts during that period to try to see,
you know, whether you were receiving, shall we say, the market
rate for what you were doing?

A    Well, it never really crossed my mind, sir.  The major
thing was I was able to pay the mortgage and I was able to put
money away for the kids' education.  I didn't have to finance
the car.  As far as I was concerned, I was living the dream.  I
was writing full-time.  I enjoyed what I was doing.  And the
bills were paid.  That was the big deal, right there.

Q    But I take it there did come a point in time when you
considered changing publishers?

A    Yes.

Q    Do you recall about what time frame that was?

A    I think probably around 1993 or 1994, toward the end of

1    the '90s I became a little bit --

2    Q    End of the '80s or '90s?

3    A    Around the end of the '80s, excuse me, I became a little

4    bit downhearted, a little bit down on Viking Press, and I felt

5    they weren't trying as hard as they used to.

6    Q    At that point was Mr. McCauley still your agent or was he

7    gone?

8    A    Yes.  And then at some point around 1987 or 1988, Kirby

9    and I parted ways, and he stopped being an agent.

10   Q    And so --

11   A    He retired, if you will.

12   Q    And who became your agent at that point?

13   A    Well, my business manager at that time, Arthur Greene,

14   became my interim agent.  He didn't really know the business,

15   but he did the best he could.

16   Q    And did he negotiate a deal at that point with another

17   publisher?

18   A    Well, first he tried to negotiate a deal with Viking.  And

19   at that point I think that the mergers had begun and he wanted

20   an equal amount of money to what Tom Clancy was making in

21   advance.  In other words, I think what Arthur wanted was

22   something like $64 million for three books.  And it was way

23   above what the projected royalties would have been, but he

24   wanted to keep up with Clancy.  It was not a good business

25   decision because he wasn't a real agent.

1      But in any case, I took it as a sign that I was supposed

2   to leave Viking.  The parting was amicable enough, but I was

3   glad to go.

4   Q    And did your agent then talk to other publishers as far as

5   you know?

6   A    Well, the man who became my agent, Chuck Verrill, spoke to

7   Arthur and said that Simon & Schuster or the subsidiary

8   Scribner would be a good fit and that there were editors there

9   that were anxious to work with me and they had a creative plan

10  for growing the books.  And eventually that's where we went.

11  Q    Did you speak with any other publishers that you can

12  recall besides Scribner?

13  A    No.  There was a list of publishers we had sort of planned

14  on going to.  I think that we had planned at some point that

15  there would be an auction, but it never happened because

16  Scribner came forward with this offer and people who were

17  obviously enthusiastic about the books.  And I was delighted to

18  go there.

19  Q    And I take it you felt the money being offered was

20  appropriate or adequate?

21  A    Well, what they offered at that time was almost like a

22  copublishing deal where I would share in a lot more than

23  10 percent or 15 percent of the royalties, that I would get 40

24  to 50 percent, but I would have to share in the expenses, the

25  publicity, and I would have to do a certain amount of promotion

1    of the books and that sort of thing, which I was happy to do

2    because I loved the people that I was working with.

3    Q    And you had a pretty good track record of best sellers at

4    that point, I take it?

5    A    I did.

6    Q    Is it your understanding that that kind of a deal is

7    somewhat unusual or special?

8    A    My understanding was that it was very unusual.

9    Q    Limited to very successful authors, is that right?

10   A    Say it again.

11   Q    Limited to very successful authors?

12   A    I can only speak for myself.  I'm the only one I know of

13   that had that deal.

14   Q    That makes it unusual, yes.

15        And did you talk to the potential agent during those

16   negotiations with Scribner?

17   A    Well --

18   Q    Excuse me.  I may have misspoken.  Did you talk to the

19   editor at Scribner that you might be working with?

20   A    Yes.  I talked to Susan Moldow and Nan Graham both, and we

21   connected on a level that was -- they cared about the books and

22   they thought that the books were serious entertainment, and I

23   loved that.

24   Q    And has Ms. Graham been your editor at Scribner since that

25   time?

```
 1   A    Yes.  Nan has edited the books since then.  Chuck Verrill
 2   edited the first two or three books with Scribner, and then he
 3   moved on to an agency, Darhansoff & Verrill, and became my
 4   agent.  And I think that Arthur was glad to give that -- Arthur
 5   Greene was glad to give that position up to somebody who knew
 6   the book business.  Chuck became my agent and Nan Graham became
 7   my editor, and she's still my editor.
 8   Q    So during this consideration of shifting from Viking to
 9   Scribner, do you recall you or your agent talking to any other
10   publishers?
11   A    No.
12   Q    Do you know what I mean when I say the Big 5?
13   A    Yes.
14   Q    Okay.  Did you talk to any non-Big 5 publishers then?
15   A    Well, I published books with small presses.
16   Q    We will --
17   A    Is that what you mean?
18   Q    No.  I meant during this particular --
19   A    No.
20   Q    Was there any particular reason why you focused then on
21   the Big 5 in your considering switching from Viking?
22   A    Well, I wanted to stay with Scribner because they had a
23   long and honorable record of people who had published with them
24   like F. Scott Fitzgerald and Hemingway and just, you know, a
25   lot of Thomas Wolfe and people that I idolized, but also
```

1    because they were able to reach into the chain book stores.

2    They had salespeople everywhere.  They had a wonderful

3    distribution network, and I realized that I was going to reach

4    book stores from coast to coast and that was great.  That was

5    great.  They are a muscular firm.  They were not going to just

6    be in specialty book stores.  They were going to be everywhere.

7    Q    I think you were mentioning that -- let me withdraw that.

8         Have you published then continuously since that time at

9    least some of your books with Scribner?

10   A    Have I published with Scribner?

11   Q    With Scribner since that time, at least most before your

12   books?

13   A    Yes, most of the books.

14   Q    And have all the ones with Scribner been best sellers as

15   far as you can recall?

16   A    Yes.

17   Q    Now, did there come a time when you published one or more

18   books with other publishers?

19   A    Yes.

20   Q    Can you recall the first such occasion?

21   A    I think the first book that I published with another press

22   was maybe just near the end of the Doubleday period.  It was a

23   book called The Gun Slinger.  And it was published with -- help

24   me here.

25   Q    I don't recall either.  I'm sorry.  It's okay.  It was --

```
 1  A    Grant, Donald Grant, publisher.

 2  Q    I assume that's not a Big 5 publisher?

 3  A    No.

 4  Q    And why did you go with them?

 5  A    Because it wasn't the sort of book that Doubleday wanted

 6  or that Viking wanted.  It wasn't a crafted best seller.  There

 7  was a series of five connected stories set in a kind of western

 8  world that was also fantastical.  It just seemed wrong for the

 9  sort of reputation that I had as the, quote/unquote, scary guy.

10  Okay.  It was different so...

11  Q    Okay.  So after The Gun Slinger, what was the next

12  occasion you could recall --

13        THE COURT:  I'm sorry, I have to ask.  How did The Gun

14  Slinger do?

15        THE WITNESS:  In hard cover, it sold probably 1500

16  copies because there were illustrations by Michael Whelan and

17  the fan community liked that.  And Donald Grant at that time

18  sold those books.  He would go around in his station wagon to

19  conventions and put them in what they called the huckster room,

20  which was rooms, sales rooms, and they would sell there.  They

21  were not in book stores or anything.

22        And what happened to me was, when I did publish Pet

23  Cemetery, which was later to fulfill a contractual obligation

24  with Doubleday, without even thinking about it on what they

25  call the ad card where you publish -- where you print the other
```

1    books previously written by this author, I put on, you know,

2    The Gun Slinger, The Dark Tower, and the outcry from all these

3    people was, what is this book.  I've never heard of this book.

4    Where is it.  I must read it.  And my reaction to a lot of that

5    was, don't be so grabby.  You don't necessarily get everything.

6    Yes, it's America, you can get all the toothpaste and toilet

7    paper you want, but that doesn't mean you can necessarily get

8    this book.

9            But eventually it was done in paperback, and then

10   anyone who wanted it could read it.  But that was not a best

11   seller.

12           THE COURT:  Did it sell well in paperback?

13           the wit:  In paperback it became a best seller.  But

14   in hard cover, with only 1500 copies, it could not become a

15   best seller.

16           THE COURT:  Thank you.

17   BY MR. SCHWARZ:

18   Q    And so let's move on to your next non-Big 5 publication

19   that you can recall.

20   A    Well, I published a book called The Colorado Kid with a

21   paperback publisher called Hard Case Crime.

22   Q    And why did you go with them?

23   A    Because I admired that line of paperbacks.  They were kind

24   of retro detective stories, hard boiled, you know.  They were

25   the kind of stories about heroic men and women in distress and

1    that sort of thing.  They were like from the '50s, you know.

2    And every cover had a picture of a semi-dressed woman and a guy

3    with a gun or something.  And they were detective stories.

4         And this was really different from the sort of things that

5    I was doing with Viking at that time, and so I went to Hard

6    Case Crime and the editor, the only employee of the company,

7    Charles Ardai, said we would be delighted to do it, and they

8    did it.

9    Q    Is there any particular reason or reasons why are you

10   didn't publish that book with Viking?

11   A    It didn't fit the mold.

12   Q    And did that book make money for Hard Case Crime?

13   A    Oh, yes.

14   Q    Was that something you wanted to happen?

15   A    Yes.  I was delighted for it to happen because Hard Case

16   Crime was sort of on the bubble.  There was no -- we weren't

17   sure -- I didn't think that it would survive.  I mean, there

18   are paperback publishers that go in there all the time, from

19   Monarch Books to Berkley Books, to -- I don't know.  Some of

20   the big boys are still around because they are part of other

21   publishing groups, but a lot of the indies are gone, and I

22   thought that Hard Case Crime might go that way.

23        And they were doing a service to people who love that kind

24   of fiction.  So I was delighted to be able to pitch in.  And it

25   didn't hurt me.  I got a royalty on the books.  I didn't get

```
1   much of an advance, but that was okay.

2   Q    And did there come a point then after Hard Case Crime when

3   you published the book or books with another publisher?

4   A    I published two small novellas with a company called

5   Cemetery Dance.  There was one called Blockade Billy, which was

6   a baseball story, and there was one called A Face in the Crowd,

7   which I cowrote with Stewart O'Nan, an acclaimed literary

8   writer, and that was another baseball story.  So we did those.

9   Q    And why did you go with Cemetery Dance as opposed to

10  Viking or Scribner or whoever you were with at the time?

11  A    Well, both stories fit into -- they didn't fit.  They

12  didn't fit the mold.  And also they were too long to be short

13  and too short to be long.  They were novellas, which is kind of

14  an awkward literary form, and Rich Chizmar, who was the editor

15  and publisher of Cemetery Dance, was happy to do it.

16  Q    Did your financial success play any part in your

17  willingness to go with the smaller publisher?

18  A    Absolutely.

19  Q    Perhaps we ought to clarify for the record, in what way?

20  A    Well, the rent was paid.  The kids were doing fine in

21  college.  Their college educations were paid.  And I could

22  afford to do it.  I could -- there comes a point where, if you

23  are very, very fortunate, you are able to stop following your

24  bank account and start following your heart.  And that's what I

25  did.  It was wonderful.  It was great.  It was great to be able
```

1    to do that.

2    Q    Okay.  I think that's enough of that history, but do

3    you -- do you belong to any writers associations, sir?

4    A    I am a member of The Authors Guild of America.  I am a

5    member of PEN America.

6    Q    Are you a member of something to do with mysteries?

7    A    I am part of -- yes, I am a member of the Mystery Writers

8    of America, too, the MWA.

9    Q    And do they publish newspapers or periodicals?

10   A    Yes, they do.

11   Q    Do you read them at all?

12   A    I read the MWA one, which is more interesting.  I have a

13   tendency to kind of skim through the others, I guess you would

14   say.

15   Q    As far as you can recall, those periodicals tend to report

16   the developments in publications in the industry or at least

17   with respect to those genres?

18   A    Yeah.  The Mystery Writers of America will usually -- they

19   will talk about writers who have made book deals and they are

20   very bullish, if you will, on new writers who publish mystery

21   novels.  And sometimes they will talk about writers who have

22   gotten a three-book contract with this publisher or that

23   publisher.  They rarely talk about money.  That's considered a

24   bit vulgar.

25   Q    Has your son, by the way, become an author?

```
 1    A    Both of my sons write books, yes.

 2    Q    At least one of them writes under a pen name?

 3    A    Yes, my older son.  It wasn't exactly a pen name.  His

 4    name is Joseph Hillstrom King, and he published under the name

 5    of Joe Hill.  And he sold a number of stories, if you want to

 6    call them a selling, sometimes he would get $25, sometimes

 7    contributors' copies, to little magazines like Sewanee Review

 8    or -- I can't remember the other ones.  But eventually there

 9    were enough short stories for a collection which he called 20th

10    Century Ghosts.  And he shopped that around to the major

11    publishers, the Big 5.  I can't remember if Joe had an agent at

12    that point or not.  I don't think that he did.

13         But eventually the book reached a small press in England,

14    PS Publishing, and they agreed to publish it.  And Joe was very

15    pleased.  And I was very pleased that that happened without any

16    recourse to my name, to his famous father.

17         And one of the stories in that book, The Black Phone, has

18    become an extremely popular movie just this year.  So hooray

19    for Joe.  I'm glad.

20    Q    Did he also recently have a number one New York Times best

21    seller?

22    A    I don't think that -- I don't know.  Not to my knowledge,

23    but he's had several best sellers.

24    Q    So let's switch gears a bit.  Are you here voluntarily,

25    sir?
```

```
 1   A      Yes, sir.

 2   Q      So why did you come?

 3   A      Well, I came because I think that consolidation is bad for

 4   competition.  That's my understanding of the book business.

 5   And I have been around it for 50 years.  When I started in this

 6   business, there were literally hundreds of imprints, and some

 7   of them were run by people who had extremely idiosyncratic

 8   tastes, let's say.  And those businesses one by one were either

 9   subsumed by other publishers or they went out of business.

10        But, you know, I think that it becomes tougher and tougher

11   for writers to find enough money to live on.  You know, The

12   Authors Guild of America did a survey in 2018.  It stuck in my

13   mind that writers who were writing full-time, as an average,

14   they make like $20,300, which is below the poverty line.

15        And so, you know, the more companies there are, the better

16   it is.  You have to think of writers as just another artisan

17   and the publishers as a shop where they take items on

18   consignment.  And if they are able to sell them, they are able

19   to buy more from that particular artisan.

20        But the shops have closed one by one.  There are fewer and

21   fewer.  There are a number of independent publishers, but --

22   and those publishers, the indies who look at works like my

23   son's work who are new writers who don't have a reputation,

24   those writers go to the independent book dealers, and there are

25   fewer and fewer of them because they are being squeezed.  And
```

1    the reason they are being squeezed is because they don't get

2    the shelf space that they used to in the book stores because

3    the majors take a lot of that shelf space up.

4         And that's like the minor leagues for writers.  That's

5    where writers learn their chops.  And sometimes they step up to

6    the Big 5 which would become, I think, the big four if this

7    deal goes through.  And that's just the way it goes.

8         And then a lot of times when writers like Raymond Carver,

9    who published in small magazines, become something that's

10   considered special, one of the big publishers will poach them.

11   So, you know, it's a tough world out there now.  That's why I

12   came.

13   Q    Thank you.  I think you may have already identified some

14   of this, but let me just ask you, what attributes of the Big 5

15   publishers make them appealing to authors?

16   A    The distribution for one.  The fact that they have very

17   deep pockets for another thing.  They can pay, if they choose,

18   huge advances.  They have a publicity network.  They have

19   publicity departments.  And they are able to tap into the

20   social media now.  They are able to tap into -- they are able

21   to get advanced copies out to reviewers and they are able to

22   put up a platform.

23        Not every book is successful because of that, but when a

24   publisher really gets behind a book, particularly a big

25   publisher, the chances are that that book is going to probably

1    succeed on some level.

2        Now, maybe lightning won't strike the way it does with a

3    writer like Colleen Hoover, who is suddenly, you know, the

4    biggest thing in the world or the 50 Shades of Grey woman.

5    Sometimes lightning strikes out of nowhere, but mostly the big

6    publishers have a distribution network, an advertising network,

7    publicity.  They are able to have access to film producers and

8    get copies out to them.  They are able to generate buzz.

9    Q    Are there developments in other media that you consider

10   relevant to your views on the limitations on competition that

11   might develop if this merger went through?

12   A    Well, it's interesting to me, maybe not to anybody else,

13   but it's interesting to me that as the book world has

14   contracted over my time in the -- in this business, this is a

15   strange business because it mingles with art.  It's a strange

16   place to be.

17       But at the same time, the publishing world has contracted

18   little by little.  There's been this explosion of content, of

19   fictional content, on the streaming networks, on the networks,

20   and all at once, there is a huge demand.  Shops have opened.

21   If you think about the book row of artisans and shops closing,

22   all at once there's this other market where you have Netflix to

23   start with and, boom, Hulu comes along, I don't know HBO Max,

24   Showtime, Stars, Bravo, and the list goes on and on.  And what

25   this means is that there's this huge hunger for content,

```
 1   content, content.  It's gotten to the point where it's been
 2   years since I have had a property that hasn't sold or been
 3   optioned to somebody because they are so hungry for anything.
 4   Q    And has that increase in the number of other media,
 5   streaming media and whatnot, affected the price of manuscripts
 6   for those media?
 7   A    Say again.  I don't understand.
 8   Q    Has the increase in the number of streaming services and
 9   other services caused the price paid by them for that content
10   to go up?
11   A    Yes.  The streaming networks have been a gold rush for
12   writers, for screen writers primarily and television writers,
13   but also they have picked up a number of books.  We talk about
14   so-called minimalist writers, writers who might make anywhere
15   from $22,000 on upward to, say, maybe a hundred thousand
16   dollars or maybe a little bit more, and one of those writers is
17   a man named Thomas Perry who's written some fantastic suspense
18   novels.  And a company just paid -- FX just paid him a certain
19   amount of money.  I don't know how much.  But I envy him
20   anyway.  They did a show with Jeff Bridges and John Lithgow
21   called The Old Man, and it's based on a Thomas Perry book.
22   Good for him.  It's delightful.  When that happens, I'm always
23   happy.  I am happiest when it happens to me, but I am happy
24   when it happens to others.
25             THE COURT:  Well, it seems like it's happened to you
```

```
 1   many times.

 2   BY MR. SCHWARZ:

 3   Q    I was about to clarify that.  How many best sellers have

 4   you had, sir?

 5   A    I don't know, probably 60, 62, 65.

 6   Q    So a lot of lightning.  That's great.

 7   A    A lot, yes.

 8           THE COURT:  Is this a good time for a break?

 9           MR. SCHWARZ:  If Your Honor can hang in there five

10   minutes, I may be done with my direct either way.

11           THE COURT:  No, five minutes is fine.

12   BY MR. SCHWARZ:

13   Q    Do you have a view on whether or not the agents could take

14   actions sufficient to deal with or keep competition at the same

15   level after this merger happens?

16   A    I don't think that's a very -- I don't think that starts

17   really as a viable position because there are only so many

18   shops.  Right now there are five shops, five big publishers.

19   It's a different thing.  Let's say if you are an agent and your

20   specialty is baseball teams, you have something like 32

21   different teams that you could negotiate with.  But when it

22   comes to big publishers, there are five.

23       You know, the baseball players have a saying, you can't

24   hit them if you can't see them.  And you can't sell books

25   competitively if there are only so many people in competition.
```

1    Q    Do you have a view about whether or not any new publishers

2    could fill the gap if the merger were to take place here from

3    five to four in the Big 5?

4    A    It's impossible to say.

5    Q    Meaning that it's too speculative?

6    A    Well, it's speculative.  If you are saying could a new

7    publisher suddenly show up in the marketplace, they show up all

8    the time and they don't have a great deal of success because

9    they don't have the traction that the Big 5 do.  The Big 5 are

10   pretty entrenched.

11   Q    And are you familiar with the promise that Penguin Random

12   House has made to keep Simon & Schuster imprints bidding after

13   this merger were permitted?

14   A    Yes, I am familiar with that.

15   Q    And do you think that that would salvage the competitive

16   levels in the industry as they are now?

17   A    Well, you might as well say you're going to have a husband

18   and wife bidding against each other for the same house.  The

19   idea is a little bit ridiculous when you think about it.  So I

20   really think that there might be a certain amount of bidding,

21   but it would not reach the wild sort of enthusiasm that I

22   remember from the '70s and '80s where they talked about

23   auctions in Publishers Weekly and phones ringing off the hook

24   and bids coming in and at 5:00 the auction is going to close

25   and oh, my God.  That's not going to happen.  It's going to be

```
 1   very gentlemanly, and it will be sort of like, after you, no,
 2   after you.
 3   Q    On that note, I will pass the witness.
 4          THE COURT:  All right.  Thank you.
 5          We are going to take a 15-minute break at this time.
 6          THE WITNESS:  Good.
 7          THE COURT:  Don't talk to anybody about your testimony
 8   during the break.
 9          THE WITNESS:  I understand.
10          THE COURT:  Thank you.  You may step down.
11          (A recess was taken at 11:05 a.m.)
12          THE COURT:  All right.  Good morning.
13          MR. READ:  Mr. King is probably outside.
14          THE COURT:  That's fine.
15          Good morning again, Mr. King.
16          THE WITNESS:  Good morning.
17          THE COURT:  I am just going to remind you that you are
18   still under oath.
19          THE WITNESS:  I'm sorry?
20          THE COURT:  I am just going to remind you that you are
21   still under oath.
22          THE WITNESS:  All right.  Thank you.
23          THE COURT:  Mr. Petrocelli is going to have some
24   questions for you.
25          MR. PETROCELLI:  Good morning.  Mr. King.  I am Dan
```

```
 1   Petrocelli.  I represent Penguin Random House and Bertelsmann.
 2   I want to, first of all, congratulate you on your extraordinary
 3   success over such a glorious career.  I would love one day to
 4   sit down over a cup coffee and chat more with you, but as far
 5   as today is concerned, I don't have any questions for you.
 6   Thank you for your testimony.
 7              THE COURT:  Thank you.
 8              MR. SCHWARZ:  I guess I have no redirect.
 9              THE WITNESS:  Am I done?
10              THE COURT:  You're done.  Thank you very much for
11   coming in.  It was a real pleasure to hear your testimony.
12              THE WITNESS:  Thank you very much.
13              THE COURT:  You may step down.
14              MR. READ:  Your Honor, the government calls its next
15   witness, Dennis Eulau, the chief operating officer of Simon &
16   Schuster.  Ben Matelson will handle that examination.
17              THE COURT:  All right.  Thank you.
18              Good morning.  Would you remain standing for a moment
19   and raise your right hand.
20                        DENNIS EULAU
21   Having been first duly sworn on oath, was examined and
22   testified as follows:
23              THE COURT:  You can be seated.  Thank you.
24              THE WITNESS:  Thank you.
25              THE COURT:  You may proceed, Mr. Matelson.
```

1          MR. MATELSON:  Thank you, Your Honor.

2                    DIRECT EXAMINATION

3     BY MR. MATELSON:

4     Q     Good morning.  Would you state and spell your name for the

5     record, please, sir.

6     A     Sure.  Dennis Eulau, D-E-N-N-I-S E-U-L-A-U.

7     Q     And where are you employed?

8     A     Simon & Schuster.

9     Q     What is your job title?

10    A     Chief financial officer and chief operating officer.

11    Q     And you have held that job title since about 2012, is that

12    right?

13    A     2010.

14    Q     To whom do you report?

15    A     Jonathan Karp, chief executive officer.

16    Q     And your current responsibilities include overseeing all

17    the financials for Simon & Schuster, correct?

18    A     That's correct.

19    Q     And you also have responsibilities for the sales

20    department, book manufacturing, and the warehousing and

21    distribution functions of Simon & Schuster, is that right?

22    A     That's correct.

23    Q     You also advise the CEO on high-level strategy issues,

24    right?

25    A     We discuss them, yes.

```
 1   Q    And you are sometimes asked to weigh in on bids that Simon
 2   & Schuster is making for authors, right?
 3   A    Weigh in?  You would have to clarify that.
 4   Q    Sometimes you are asked for your input or advice on bids,
 5   correct?
 6   A    Not often.
 7   Q    Okay.  But from time to time, you do?
 8   A    From time to time.
 9   Q    And you have worked at Simon & Schuster continuously since
10   1995, is that right?
11   A    That's correct.
12   Q    You were named -- I want to go back through a little bit
13   of your job history.
14        You were named senior vice president and general manager
15   of adult publishing in 2001, is that right?
16   A    I believe that's correct.
17   Q    And in 2007 you were promoted to executive vice president
18   of operations for all of Simon & Schuster?
19   A    That sounds correct also.
20   Q    And then you added the title of chief financial officer
21   for all of Simon & Schuster in 2009, is that right?
22   A    Again, that sounds close to accurate, yes.
23   Q    And you started your career in the trade book business?
24             THE COURT:  Could you stop leading the witness.
25             MR. MATELSON:  I'm sorry, Your Honor.  This is an
```

```
 1    adverse witness, adverse party witness.  He's called under

 2    Rule 611.

 3              THE COURT:  All right.  Go ahead.

 4              MR. MATELSON:  Thank you.

 5    BY MR. MATELSON:

 6    Q    Sorry to repeat my question.  Is it correct that you have

 7    been in the trade book publishing business since 1990?

 8    A    That's correct.

 9    Q    And before Mr. Karp became CEO, you reported to his

10    predecessor Carolyn Reidy for over 20 years?

11    A    Yes, I did.

12    Q    Now, you are familiar with the term Big 5?  We have heard

13    that in the trial.  But you are familiar with the term Big 5 in

14    the publishing industry?

15    A    Yes, I am.

16    Q    And, again, that refers to Penguin Random House, Simon &

17    Schuster, Hachette, Harper Collins, and Macmillan, right?

18    A    Yes.

19    Q    And you consider those Big 5 publishers to be Simon &

20    Schuster's peers, right?

21    A    Yes, I do.

22    Q    And they are the five biggest publishers in the trade book

23    publishing world, right?

24    A    I agree with that also.

25    Q    And when we are talking about trade book publishing,
```

1    that's something that's different from other types of books

2    such as educational publishing and professional book

3    publishing, right?

4    A    I agree with that also, yes.

5            MR. MATELSON:  We have some exhibit binders.  May we

6    distribute those, Your Honor?

7            THE COURT:  Yes.

8    BY MR. MATELSON:

9    Q    Mr. Eulau, from time to time you track how the financial

10   performance at Simon & Schuster compares to the other Big 5

11   trade publishers, correct?

12   A    From time to time we report on that, yes.

13   Q    All right.  I want to look at an example.  This is going

14   to be in your binder in front of you.  If you could turn to the

15   first tab.  It's marked PX529.

16   A    Yes, I have that.

17   Q    All right.  Now, the first page of this exhibit is a

18   series of emails about an upcoming meeting that you are having

19   with the CFO of ViacomCBS in August 2020, is that right?

20   A    That's correct.

21   Q    All right.  And in the top email in this chain, you say

22   you are attaching a work chart and an 2020 budget package for

23   the CFO?

24   A    Yes.

25   Q    If you could flip ahead to just past the org charts,

1    there's a presentation called Simon & Schuster, a global leader

2    in publishing, do you have that?

3    A    Yes.

4    Q    This presentation was created by Simon & Schuster?

5    A    It was.

6    Q    And it's the 2020 budget presentation to ViacomCBS, right?

7    A    Yes.

8    Q    And as part of your job, you are responsible for

9    determining the budget that is presented to ViacomCBS corporate

10   managers, correct?

11   A    At that time, that's correct.

12   Q    All right.  And you reviewed and provided input into the

13   slides in this presentation?

14   A    I did.

15        MR. MATELSON:  Your Honor, we move PX529 into

16   evidence.

17        THE COURT:  Any objection?

18        MR. FISHBEIN:  No objection.

19        THE COURT:  That will be admitted.

20        (Plaintiff's 529 received in evidence.)

21   BY MR. MATELSON:

22   Q    Let me ask you to turn the page one more time.  This is

23   internal slide two of the deck.  And the title of this slide is

24   S&S 0I profit margin exceeds competitors.  Do you see that?

25   A    I do.

1  Q    OI refers to, just so we know our terms, operating income?

2  A    Yes.

3  Q    And the word competitors here is referring to Penguin

4  Random House, Harper Collins, and Hachette, right?

5  A    Yes.

6  Q    What you are showing on this page is how your margins

7  compare to those of your competitors?

8  A    How we estimated them, yes.

9  Q    And generally speaking, you compare your performance of

10 Simon & Schuster to Penguin Random House, Harper Collins, and

11 Hachette because those are the largest publishers in trade

12 publishing, is that right?

13 A    That was why we would have done it, yes.

14 Q    Okay.  We can now set that down to the side.

15      You mentioned earlier that you worked closely with the

16 former CEO Carolyn Reidy, before her passing.

17      Now, she viewed the Big 5 publishers as Simon & Schuster's

18 main competitors for authors, isn't that right?

19 A    Yes.  She would view it as that, yes.

20 Q    I want to show you next in your binder, the next tab,

21 which is what we have marked as PX530, please.

22 A    Okay.

23 Q    All right.  Now, again, there's a cover email with an

24 attachment, is that right?

25 A    Yes.

```
 1   Q    And the cover email is an exchange that you had with
 2   Ms. Reidy in May of 2019?
 3   A    Yes.
 4   Q    All right.  And she sent you the email at the bottom of
 5   the page, the first page.
 6   A    Yes.
 7   Q    And in that email, she's sending you an attachment and she
 8   wrote, can you read this and see if you think I have any
 9   errors, slash, things I shouldn't say or suggestions of what I
10   should say, right?
11   A    I see that.
12   Q    And then you reviewed the draft and you responded in the
13   top email on this page with a suggestion?
14   A    Yes.
15   Q    All right.  And if we could turn to the attachment, which
16   is called publishing call.
17        In the upper left, you will see it says project
18   constellation, diligence discussion agenda.  Are you with me?
19   A    Yes.
20   Q    And do you recall that the diligence referred to here was
21   the diligence done in connection with the merger of Viacom and
22   CBS Corporation in 2019?
23   A    I believe that's what this was about, yes.
24   Q    So you were aware that Viacom and CBS were -- had a common
25   parent company but were separate entities until they joined in
```

1    2019?

2    A    Yes.

3    Q    Now, the attachment has a series of topics and then

4    responses below them in all capital letters and bold font.  Do

5    you see that?

6    A    I do.

7    Q    And you know from working with Ms. Reidy that when she was

8    preparing material for presentation, she would write out in all

9    capital letters and bold font, correct?

10   A    She would normally do it that way, yes.

11   Q    So based on that experience, you think it's fair to say

12   that Ms. Reidy was the author of the text in this document

13   that's in capital letters and bold font?

14   A    Yes.

15          MR. MATELSON:  Your Honor, we offer PX530 into

16   evidence.

17          THE COURT:  Any objection?

18          MR. FISHBEIN:  No objection.

19          THE COURT:  It will be admitted.

20          (Plaintiff's 530 received in evidence.)

21   BY MR. MATELSON:

22   Q    When Carolyn Reidy was the chief executive officer, you

23   often spoke to her multiple times a day, is that fair?

24   A    That's correct.

25   Q    And did you talk to her about things like sales?

1    A    Yes.

2    Q    And high-level strategy issues?

3    A    Yes.

4    Q    And you discussed with her -- sometimes you discussed with

5    her efforts to acquire author content?

6    A    Again, not very often.

7    Q    Okay.  But from time to time?

8    A    It was my main job responsibility.

9    Q    You did?

10   A    From time to time we would speak, yes.

11   Q    And your view was that Ms. Reidy was very capable as the

12   chief executive officer of Simon & Schuster, right?

13   A    Yes, that's my view.

14   Q    And you saw her as an expert in the publishing industry?

15   A    I did.

16   Q    And she had a combination of editorial knowledge and

17   business acumen in your mind, right?

18   A    Yes.

19   Q    And she ran a great organization at Simon & Schuster,

20   fair?

21   A    I believe she did.

22   Q    And her reputation in the publishing industry that you

23   observed was that she was smart and tough, right?

24   A    I agree with that.

25   Q    Now, turning back to the document in front of you, I want

```
 1    to start at the top where it says publishing.  And in the first

 2    subject that's listed under there reads, business overview and

 3    differentiation.  (a) competition.  Describe the competitive

 4    landscape and the threat from other large publishers Penguin

 5    Random House, Hachette, Harper Collins, Macmillan versus

 6    smaller independent publishers versus self-publish

 7    alternatives.  Do you see where I am reading?

 8    A     I do.

 9    Q     So I want to now go through some of the comments below

10    that.  First look at the first three sentences of the document.

11    And those read, as you note, the U.S. publishing market is made

12    up of what is known as the Big 5.  PRH dominates with the

13    largest market share followed by Harper Collins and then S&S.

14    Hachette is a close fourth followed by Macmillan.  These

15    companies are our biggest competitors especially for books by

16    already best selling authors and celebrities since they are the

17    most likely to come up with the high advance payments required

18    and are known for their strong editorial and publishing skills.

19    Do you see that?

20    A     I do.

21    Q     Your experience with Ms. Reidy, she regarded the Big 5

22    publishers as Simon & Schuster's biggest competitors for

23    authors, right?

24    A     Yes.

25    Q     And you agree with that as well, right?
```

1252

```
 1   A     I do agree with that.

 2   Q     And that's based on what you have been able to observe in

 3   your time at Simon & Schuster, right?

 4   A     In just my observations, yes.

 5   Q     And what you have observed during your tenure is that in

 6   instances where Simon & Schuster does not acquire an author,

 7   typically that author will go to another Big 5 publisher,

 8   correct?

 9   A     In my experience, that would be my observation, yes.

10   Q     And looking back again at the third sentence that I read

11   to you, it's accurate that, generally speaking, the Big 5 are

12   the most likely to come up with the high advance payments

13   required, as she wrote here?

14   A     Yes.

15   Q     And one reason, in your view, one reason that the Big 5

16   are the most likely to come up with the high advance payments

17   is because they are the most able to afford to, right?

18   A     I agree with that.

19   Q     And another reason that you think they are the most likely

20   to come up with high advance payments is they have a history of

21   success doing so, right?

22   A     Yes.

23   Q     And in that same sentence, at the very end, it refers to

24   their strong editorial and publishing skills.  Do you see that?

25   A     I do.
```

253

```
1    Q    And you understand the phrase publishing skills refers to
2    everything you do to publish a book and get it out there such
3    as marketing and sales?
4    A    I do.
5    Q    And having a good sales and marketing team helps maximize
6    the sales of your titles, correct?
7    A    It does.
8    Q    If I could ask you to move down now a little lower on this
9    page, it's the third paragraph in capital letters.  And I will
10   direct you to the first sentence.  It reads, publishing houses
11   and imprints gain reputations based on the successes they have
12   published.  Do you see that?
13   A    I do.
14   Q    And you agree that publishing houses and imprints gain
15   reputations based on the successes they have published, right?
16   A    I do.
17   Q    Having a successful reputation is important to being a
18   successful publishing house going forward, right?
19   A    Can you repeat that?  I'm not sure what you mean by that.
20   Q    Yeah.  So the question was, having a successful reputation
21   is important to being a successful publishing house, fair?
22   A    I believe it is.
23   Q    Okay.  You believe that having a reputation for success is
24   important for attracting authors to Simon & Schuster, right?
25   A    I believe reputation is important, yes.
```

```
 1   Q    And the basis for your view is that if a publisher proves
 2   its success in a particular category, then other authors in
 3   that same category want to be published by you to have similar
 4   success, right?
 5   A    I believe so.  There's other sides to that also where
 6   sometimes they don't want to be together with everyone else
 7   that was in the genre, but I mostly agree.
 8   Q    So in general, that's a fair statement?
 9   A    Yes.
10   Q    Let's look at another paragraph in the same document.
11   It's the last paragraph on that page.  Do you see that there's
12   some statements there about smaller publishers?
13   A    Yes.
14   Q    And one thing Ms. Reidy says is, they rarely compete with
15   us in auctions for new properties.  Do you see that part of it?
16   A    I do.
17   Q    Okay.  And you don't disagree with Ms. Reidy on that, do
18   you?
19   A    I do not.  I did not disagree with her and I do not.
20   Q    Going to the next sentence, it says, often these
21   publishers become farm teams for authors who then want to move
22   to a larger, more financially stable major publisher.
23        And again, you don't have a basis to disagree with
24   Ms. Reidy about that, right?
25   A    I do not.
```

1    Q     We can take that exhibit down.  You can set that aside.

2          Now, you are familiar with the book pricing process at

3    Simon & Schuster as part of your job?

4    A     I review it.  I review pricing.

5    Q     Simon & Schuster does not consider the size of the advance

6    payment to the author when it's determining the list price of

7    the title, does it?

8    A     It does not.

9    Q     Different topic.

10         Self-publishing, you are aware that some authors choose to

11   self-publish their books?

12   A     Yes.

13   Q     You agree that self-publishing is not a threat to the core

14   business of Simon & Schuster, correct?

15   A     My view is it's not a threat to our core business, no.

16   Q     At one time you thought self-publishing might be a threat

17   in the romance category back when the book 50 Shades of Grey

18   first came out, right?

19   A     Back at that time, self-publishing definitely seemed to be

20   more of a threat.

21   Q     So that was about 10, 12 years ago?

22   A     You said threat to core business.  Of course, it's always

23   a threat to a certain category or subject matter.

24   Q     Okay.  But that book came out, 50 Shades of Grey, we are

25   talking about 10 or 12 years ago?

```
1    A    Yes.

2    Q    But then what you saw after that was that the potential

3    threat from self-publishing never really materialized, correct?

4    A    It definitely changed, it seems, over time.  It was

5    definitely talked about more during that time frame as being a

6    major threat.

7    Q    Okay.  But the threat, from what you have seen, the threat

8    never really materialized, right?

9    A    Not to my opinion.  In my opinion, it did not.

10   Q    Also I wanted to ask you about Amazon Publishing.  You are

11   aware that Amazon opened a publishing business called Amazon

12   Publishing a number of years ago?

13   A    Yes.

14   Q    And what you have observed since then is that Amazon

15   Publishing has tried but did not end up being successful in

16   acquiring major authors, right?

17   A    In my opinion, in my view, they didn't seem to be

18   successful in major author acquisitions, correct.

19   Q    I would like to get back to your binder and take a look at

20   another document.  If you could open it up to PX663, third tab.

21   A    I have it.

22   Q    You have it?  Okay.

23        Now, the first page of this exhibit is a cover email from

24   someone at a firm called LionTree and it's going to you and

25   others.  And the subject is, materials provided to buyers in
```

257

phase one, right?

A    Yes.

Q    And LionTree is an advisory firm that ViacomCBS worked

with to help find a buyer for Simon & Schuster?

A    That's correct.

Q    And then we might have to spend a minute finding this in

the -- it's a lengthy exhibit, but I want to look at one of the

attachments called Project Typeface MP.  And there is a Bates

number at the bottom that ends in 225.  The title should be

Simon & Schuster Management Presentation.  So let me know when

you have found it.

A    I have had that.

Q    All right.  So Project Typeface refers to the sale of

Simon & Schuster in 2020?

A    That's correct.

Q    And this document is the management presentation that

Simon & Schuster gave to potential buyers in September 2020,

right?

A    I believe this would be the one, yes.

Q    And you and Mr. Karp met with each of the potential buyers

and walked them through this presentation?

A    We did.

Q    And if you go to actually the third page of the document,

it's numbered slide 2, there's your picture along with Mr. Karp

as the presenters, right?

```
1    A    That's me.

2    Q    All right.  And the purpose of this presentation was to

3    provide information to potential buyers before they submitted

4    their initial offers to Simon & Schuster, right?

5    A    That's correct.

6    Q    Bertelsmann, for example, was one of the bidders that you

7    presented to?

8    A    Yes.

9    Q    And LionTree asked Simon & Schuster to help assemble the

10   information to present to the buyers, right?

11   A    They asked for information.

12   Q    And you and your team helped get them the information they

13   asked for?

14   A    We got them any information they wanted, yes.

15   Q    And you helped answer any questions that LionTree had?

16   A    I did.

17   Q    And you had a chance to review and discuss the contents of

18   this management presentation with LionTree before it was

19   provided to the buyers, right?

20   A    Yes, and answered questions that they had.

21   Q    In your dealings with LionTree, you were truthful and

22   accurate, correct?

23   A    Yes.

24        MR. MATELSON:  Your Honor, we move PX663 into

25   evidence.
```

```
 1              THE COURT:  Any objection?

 2              MR. FISHBEIN:  No objection, Your Honor.

 3              THE COURT:  That's admitted.

 4              (Plaintiff's 663 received in evidence.)

 5              MR. MATELSON:  Thank you.

 6   BY MR. MATELSON:

 7   Q    I want to talk about the topic of backless books first.

 8   If I could ask you to go to what's numbered -- it's the

 9   internal slide 44 in this presentation.  The Bates number ends

10   in 269, if that's helpful.

11   A    Okay.  I have it.

12   Q    And the title of this slide is Sales Breakdown?

13   A    Yes.

14   Q    Okay.  And there's a chart in the upper right titled

15   Frontlist and Backlist Percentage of Total U.S. Gross Sales.

16   Do you see that?

17   A    I see that.

18   Q    I don't want to mention any numbers due to

19   confidentiality, but does this accurately show the percentage

20   of backlist sales versus frontlist sales that Simon & Schuster

21   had for these years?

22   A    It does.

23   Q    And the upper part of the bar chart is the backlist

24   percentage?

25   A    Yes.
```

1    Q    If I could ask you then to turn back a few pages to --

2    it's, again, internal slide 41 in the deck titled Financial

3    Highlights?

4    A    Okay.  I got it.

5    Q    This lists some of the financial highlights you wanted to

6    show the buyers?

7    A    LionTree did, yes.

8    Q    One of the things that's mentioned here is, continually

9    refreshed backlist continues to be a source of stability.  Do

10   you see that?

11   A    Yes.

12   Q    Now, you agree that Simon & Schuster's backlist is a

13   source of stable revenue for the company?

14   A    I agree with that, yes.

15   Q    Another highlight that's mentioned here is that, Simon &

16   Schuster has industry-leading margins.  Is that right?

17   A    I agree with that.

18   Q    Okay.  Now, moving ahead one page to, again, slide 42.

19   Again, I think we will avoid mentioning any numbers, but this

20   shows the sales projections that were provided to the bidders,

21   right?

22   A    Yes.

23   Q    And if I could ask you to just look at the commentary

24   section on the right, the second bullet from the top reads,

25   backlist projected to continue strong performance seen in

```
1   recent years.  Do you see that?

2   A    I do.

3   Q    And the chart on the lower left of this page shows the

4   projected growth in gross backlist revenues through 2024?

5   A    Yes.

6   Q    Also in the commentary section on the lower left side,

7   there's a bullet that reads, given Simon & Schuster's recent

8   run of commercially successful frontlist titles and investment

9   in future author advances, management expects the backlist to

10  be consistently replenished by strong sellers.  Do you see

11  where I was reading?

12  A    Yes.

13  Q    And what this is saying is that the frontlist feeds the

14  backlist, right?

15  A    Yes.

16  Q    Another fact about backlist books is that they have lower

17  return rates than frontlist books, correct?

18  A    On average, yes.

19  Q    And by return rates, we are talking about the proportion

20  of books returned unsold by retailers?

21  A    That's correct.

22  Q    High return rates can be costly for publishers, is that

23  fair?

24  A    That's fair.

25  Q    And backlist books tend to have lower return rates because
```

```
 1   there's established demand for them, right?
 2   A    That's also fair.
 3   Q    We can set that document aside.  Actually, we will --
 4   yeah, we can set that aside.  Thanks.
 5        Let me switch gears again.  You mentioned before that one
 6   of your job responsibilities is book production which would
 7   include contracts with printing companies, right?
 8   A    That's correct.
 9   Q    Printing books in a timely way is important to Simon &
10   Schuster, isn't it?
11   A    Yes, it's important.
12   Q    And one reason it's important is that if you miss a
13   planned publication date for a new book, your marketing and
14   publicity efforts for the book can be wasted, right?
15   A    That could be one reason, yes, that's important.
16   Q    And another situation where it's important to have timely
17   printing is when you are doing a reprint of a book that's
18   already out in the market, right?
19   A    Yes.  You are about to go out of stock, yes, you need a
20   reprint.
21   Q    Right.  And that's because there's a demand from readers,
22   and if a printer is late, you can lose sales, right?
23   A    That's correct.
24   Q    Simon & Schuster needs the ability to print one-color
25   trade books on short notice, right?
```

```
1   A    Yes.  Yes, we do.

2   Q    Like if a book is selling well, you want to replenish the

3   stock so you don't run out, right?

4   A    That's correct.

5   Q    And having printing capacity is also important for Simon &

6   Schuster when you are competing for authors, correct?

7   A    I'm not sure what you mean by that.

8   Q    Well, it's important when you are competing for authors

9   that you have printing capacity to print their books, right?

10  A    Yes.  I'm assuming if authors hear that you can't print

11  books, they wouldn't want to be published by you.  I agree with

12  that.

13  Q    In fact, the first phone call you get when a book goes out

14  of stock is from the author's literary agent asking why the

15  book isn't available?

16  A    That could be.  That's often, yes.

17  Q    And you get those kind of calls continuously?

18  A    Yes.

19  Q    If Simon & Schuster lost access to adequate printing

20  capacity, that would adversely impact your ability to convince

21  authors to publish with Simon & Schuster, correct?

22  A    That would be an issue.

23  Q    And if you couldn't get enough printing capacity, your

24  sales would fall, correct?

25  A    Yes.  You need books to sell them, yes.
```

```
 1   Q    And you are aware that there's limited book printing

 2   capacity in the United States today?

 3   A    There seems to be a finite amount of capacity.

 4   Q    Well, I believe you have called it -- you agree that it's

 5   limited, right?

 6   A    I guess, I'm not sure -- I mean, limited, there's a finite

 7   capacity.  There has been, you know, very much in the last two

 8   years been issues with getting enough capacity.  It ebbs and

 9   flows.

10   Q    In fact, it's already been affecting Simon & Schuster's

11   business because you have to spread out larger titles at the

12   printers, right?

13   A    When you say effective business, we have been dealing with

14   the capacity limitations.  We have been printing our books.

15   Q    Right.  So I am asking, sometimes you have to spread out

16   large print jobs at the printer because there's not enough

17   capacity to do them at the same time, right?

18   A    Right, that's what we would do and will do.

19   Q    The two printers that Simon & Schuster relies on the most

20   are Bertelsmann and LSC?

21   A    We have a major amount of work that goes through those two

22   printers, yes.

23   Q    And you believe that Bertelsmann and LSC are the best

24   equipped printers to handle the volumes that Simon & Schuster

25   needs, right?
```

1   A     Yes.

2   Q     You don't know of anyone else in the United States that

3   has the same capacity as Bertelsmann and LSC, correct?

4   A     At the volumes we place with them, I think those are the

5   ones we rely on, yes.

6   Q     And Simon & Schuster can't put large quantity jobs at

7   small printers, right?

8   A     If you have time to print, you can.  Again, I'm not sure

9   what the range you are talking about there is, but you can get

10  a fairly large volume out of printers even if they keep your

11  book on press.

12  Q     But for most of your large quantity jobs, you are not

13  going to small printers, correct?

14  A     That's right, we would rather not, yes.

15  Q     Now, you have done some print jobs overseas due to the

16  lack of capacity in the United States, right?

17  A     That's correct.

18  Q     One disadvantage of printing overseas is that it takes

19  more time than printing in the United States, right?

20  A     Yes.

21  Q     And there can be unforeseen shipping delays, for example,

22  at ports?

23  A     Yes.

24  Q     Now, Simon & Schuster entered into a new printing contract

25  with LSC back in 2020, is that right?

```
 1   A    Yes, we did.

 2   Q    And Simon & Schuster committed a certain amount of its

 3   print work to LSC?

 4   A    Yes, we did.

 5   Q    Now, before this LSC agreement, Simon & Schuster was

 6   primarily using a printer called Quad, is that right?

 7   A    Yes, for our contracted work, yes, we use Quad.

 8   Q    And in early 2020, you learned that Quad was about to be

 9   sold to Bertelsmann, correct?

10   A    Yeah.  I don't know exact timing, but yes, at some point

11   we had that thought, yes.

12   Q    All right.  So to help with our discussion on this, let me

13   ask you to turn to your next tab in your binder, which is

14   PX682.

15   A    Okay.  I have it.

16   Q    All right.  And what we have marked as PX682 is an email

17   string between Carolyn Reidy, Bob Bakish, and others concerning

18   a printing contract for approval, right?

19   A    That's correct.

20   Q    Mr. Bakish was the CEO of ViacomCBS?

21   A    Yes.

22   Q    And in the first email on the string, which actually is --

23   the text is on the second page, Ms. Reidy is writing to

24   Mr. Bakish seeking approval for the LSC printing contract,

25   right?
```

```
1    A     That's correct.

2    Q     And you reviewed this email with Ms. Reidy before she sent

3    it off?

4    A     Yes.

5    Q     And you are also copied on this email string?

6    A     Yes, I am.

7    Q     And Simon & Schuster did enter into the printing contract

8    with LSC that's discussed here?

9    A     Yes, we did.

10          MR. MATELSON:  Your Honor, we offer PX682 into

11   evidence.

12          THE COURT:  Any objection?

13          MR. FISHBEIN:  No objection.

14          THE COURT:  That will be admitted.

15          (Plaintiff's 682 received in evidence.)

16   BY MR. MATELSON:

17   Q     In the body of the email on page 2, Ms. Reidy wrote to

18   Mr. Bakish, and this is in sort of the middle of the paragraph,

19   strong indications are that Quad will be selling its book trade

20   business to Bertelsmann who owns Penguin Random House.  We

21   would not want to be 100 percent beholden to a competitor for

22   printing.

23          Do you see where I was reading?

24   A     I do.

25   Q     And you agreed with Ms. Reidy that Simon & Schuster would
```

1    not want to be beholden to a competitor for printing capacity,

2    correct?

3    A     At a hundred percent, correct.

4    Q     And that's because you never want a competitor to be in

5    control of your business?

6    A     That's correct.

7    Q     And one reason you didn't want Bertelsmann to have control

8    of your printing is they might allocate a larger part of their

9    business to Penguin Random House versus other publishers,

10   right?

11   A     It could be a concern, yes.

12   Q     And a printing company usually prints from many publishers

13   at once, right?

14   A     Yes, they do.

15   Q     And a printer has the ability to prioritize among those

16   jobs, right?

17   A     They do.

18   Q     So if you are printing at a competitor of yours, the

19   competitor could potentially prioritize its own titles over

20   Simon & Schuster's titles, right?

21   A     Potentially.

22   Q     And if a competitor did that, it could adversely affect

23   Simon & Schuster's business, right?

24   A     It could.

25   Q     If Simon & Schuster doesn't get the books it needs from

1    the printer, then you can't sell them and your sales would

2    decrease, right?

3    A    That's correct.

4    Q    A competitor could also raise your printing costs if you

5    don't have an alternative, correct?

6    A    If you don't have an alternative, correct.

7    Q    And the desire not to be beholden to a competitor was an

8    important reason that Simon & Schuster moved volume to LSC,

9    correct?

10   A    Yes.  It was one of the reasons, yes.

11   Q    And you saw it as an important reason, right?

12   A    We did, yes.

13            MR. MATELSON:  Your Honor, I am going to pause my

14   questioning here.  I have a number of other questions of

15   Mr. Eulau that really relate primarily to the efficiencies

16   issues in the case.  And as I understand the agreement we have

17   with defendants, Mr. Eulau can be recalled at a future time to

18   answer those questions.  So with that understanding, I would

19   pass the witness.

20            THE COURT:  All right.  Thank you.

21                      CROSS EXAMINATION

22   BY MR. FISHBEIN:

23   Q    Good morning, Mr. Eulau.

24   A    Hello.

25   Q    Mr. Eulau, I just want to get a couple of aspects of your

1    job responsibilities clear.  In your career at Simon &

2    Schuster, have you held any positions outside of sales,

3    finance, or operations?

4    A    No.

5    Q    In your career at Simon & Schuster, have you ever been a

6    publisher or an editor?  Have you ever had those positions?

7    A    No.

8    Q    And have you ever had a position supervising publishers or

9    editors?

10   A    I have not.

11   Q    And I want to -- I thought I saw on the transcript what

12   may have been an error so I want to clarify.  You said

13   something about your main job.  What is your main job at Simon

14   & Schuster?

15   A    I would say my main job is financial oversight.

16   Q    And is your main job content acquisition or creative

17   editing or publishing?

18   A    It is not.

19   Q    So, for example, let's just say during the last five

20   years, have you spoken to any agents about acquiring books,

21   book rights from authors, in the last five years?

22   A    I have not.

23   Q    Have you submitted bids to agents in connection with

24   auctions for books?

25   A    I have not.

```
1    Q    Have you ever participated in a book auction?

2    A    I have not.

3    Q    How many books in your career have you personally

4    acquired?

5    A    I have not acquired books.

6    Q    Do you, as part of your finance function, do you track or

7    compile lists of who Simon & Schuster competes with or loses to

8    in competitions for books?

9    A    I do not.

10   Q    Let me ask you some questions about -- if you have it in

11   front of you, I think it's Plaintiff's Exhibit 530, the memo

12   that Ms. Reidy sent to you, the email.  Do you have that in

13   front of you?

14   A    I do.

15   Q    And we will turn, not to the cover page, but to the actual

16   memo.  And my first question is -- and I want to find it

17   myself.  Here it is.  Do you recall receiving these notes back

18   in May of 2019?

19   A    I see them here, and I have reviewed them many times, but

20   no, I don't recall specifically receiving them at any

21   particular time, no.

22   Q    Yeah, that's what I'm asking you.  Do you have a memory of

23   receiving these back in May of 2019?

24   A    I do not.

25   Q    Do you have a memory of reading them back in May of 2019?
```

```
1   A    May of 2019, I do not.

2   Q    Do you recall discussing this email with Ms. Reidy when

3   she sent it to you back in May of 2019?

4   A    I do not recall discussions.

5   Q    Now, the government asked you -- I think it's in the

6   bottom paragraph.  There's a comment about smaller publishers.

7   Mr. Reidy -- excuse me, Mr. Eulau, do you know which publishers

8   compete in auctions with Simon & Schuster?

9   A    Which compete, I do not.

10  Q    Because you don't follow auctions or who's bidding and

11  that sort of thing, correct?

12  A    I do not.

13  Q    And you don't know how often various publishers compete in

14  auctions with Simon & Schuster?

15  A    Or in the mix, I do not.  I do not know.

16  Q    You know, the government showed you, I think it was, a

17  management presentation, and there was a photo of you and

18  Mr. Karp, right?  And from what you are saying, I take it that

19  you are sort of responsible for the financial side?

20  A    Operations.

21  Q    Okay.  And is there some other executive at the company

22  other than you that would be more familiar with the day-to-day

23  of who's competing against Simon & Schuster in auctions for

24  books?

25  A    Yes.  It would be the publishers and Jonathan Karp.
```

1   Q    Okay.  And you also said, I think you said, you had no

2   reason to disagree that authors sometimes move from small

3   publishers to larger ones.  Are you aware, though, that

4   sometimes authors have success and stay with smaller

5   publishers?  Are you aware of that?

6   A    I am not aware specifically, but I'm sure it happens.

7   Q    Have you heard of Michael Lewis, for example, the author?

8   A    I have.

9   Q    I mean, just based on what you know about the publishing

10  industry, is he someone you know is successful?

11  A    I believe he's successful, yes.

12  Q    Do you know if he moved to a Big 5 publisher?

13  A    I do not know.  I do not think so.

14  Q    Do you know where he published -- who publishes him?

15  A    I believe Norton.

16  Q    Okay.  And then are you familiar with a book series called

17  Diary of a Wimpy Kid by Jeff Kinney?

18  A    Yes, I am familiar.

19  Q    Is that a successful series?

20  A    I think it's very successful, yes.

21  Q    And do you know where he's published?

22  A    I think it's Abrams, but I'm not sure.

23  Q    Do you know, for example, if he, after having success,

24  moved to a Big 5 publishing company?

25  A    I don't believe he has.

```
1   Q    Fair to say you don't track this, right?  You don't have

2   knowledge of who stays and who goes, is that fair?

3   A    I do not track it.

4   Q    Okay.  And by the way, do you know whether there are any

5   authors who have published with a Big 5 and then subsequently

6   choose to publish with non-Big 5 publishers?

7   A    I do not.

8   Q    Do you track that?

9   A    I do not track that.

10  Q    Let me show you what I am going to mark -- what's already

11  marked for identification as Defendant's Exhibit 405.

12       Your Honor, can I hand this up?  It's the only exhibit I

13  am going to add here.

14            THE COURT:  Yes.

15            MR. FISHBEIN:  May I approach?

16            THE COURT:  Yes.

17            THE WITNESS:  Thank you.

18  BY MR. FISHBEIN:

19  Q    Mr. Eulau, I am showing you what's been marked as

20  Defendant's Exhibit 405, which is an email chain between you

21  and Ms. Reidy, May 6, 2019.  Do you see that?

22  A    I do.

23  Q    And do you see about halfway down, there's the email where

24  Ms. Reidy sent to you the presentation that the government

25  asked you about?
```

```
1    A    Yes.

2    Q    And then do you see the conversation continues above that?

3    A    Yes.

4         MR. FISHBEIN:  Your Honor, I will offer Defendant's

5    Exhibit 405, I believe without objection.

6         MR. MATELSON:  Right, no objection.

7         THE COURT:  That will be admitted.

8         (Defendant's 405 received in evidence.)

9    BY MR. FISHBEIN:

10   Q    Mr. Eulau, is this a continuation of the email chain that

11   the government showed you?

12   A    Yes, it is.

13   Q    It is the same email chain, is that right?

14   A    It looks -- yes, it is.

15   Q    Just with an additional conversation, is that correct?

16   A    That's correct.

17   Q    So if I could direct your attention, Ms. Reidy writes to

18   you after you made a proposed edit to her.  She says, only

19   correction, positive enough, question mark.  Do you see that?

20   A    Yes.

21   Q    What did you understand her to mean by positive enough?

22   A    It was a management presentation and we wanted to make

23   sure we were looked at in a positive light, just looked at as

24   positive as an organization, as a publishing house.

25   Q    So in a positive light to management, is that fair?
```

```
 1   A    Yes, that's correct.
 2   Q    Thank you.
 3        Now, the government attorney asked you about Amazon as a
 4   competitor.  And I think in your answer you said something
 5   like, based on my view.  Did I hear that right?
 6   A    You did.
 7   Q    And what did you mean by that, based on your view?
 8   A    Just what I see and the dialogues that I would have with
 9   publishers, editors.
10   Q    Okay.  Now, do you, yourself, follow sort of what Amazon
11   Publishing has done in recent years or how successful they are?
12   A    I do not.
13   Q    Do you know, for example, whether Amazon has recently been
14   in auctions against Simon & Schuster?
15   A    I do not.
16   Q    Do you know whether recently Amazon has been able to get
17   independent book stores to carry books published by Amazon?
18   A    I do not know.
19   Q    Do you know whether Simon & Schuster has pursued authors
20   who have chosen Amazon instead?
21   A    I do not.
22   Q    And then similar to self-publishing, is it fair to say
23   that that's also based on sort of what comes to your attention?
24   A    Yes.
25   Q    And I think you said that there was a time when
```

 1   self-publishing was a threat to romance.  Is that right?

 2   A    It was a threat in general at one point.  It was more in

 3   the dialogue, day-to-day dialogue, about self-publishing.

 4   Q    And I think you mentioned that from time to time, there

 5   are genres that are affected by self-publishing.  Did I hear

 6   that right?

 7   A    I said something to that effect.

 8   Q    So the romance genre, just what's your understanding of

 9   what happened with the romance genre in self-publishing?

10   A    That seemed to stay more in the self-publishing area, and

11   it seemed to expand.

12   Q    I'm sorry, what expanded?

13   A    Romance authors self-publishing.

14   Q    Okay.  Now, do you follow self-publishing in the sense of

15   looking to see who the self-publishers are and to what extent

16   there's crossover with major publishers?

17   A    Crossover, I do not look at that in that way.

18   Q    Have you ever discussed self-publishing with an author or

19   an agent?

20   A    No.

21   Q    Do you know if there are Simon & Schuster authors who have

22   threatened to self-publish?

23   A    I do not.

24   Q    Let me ask you about printing.  And the government showed

25   you an exhibit.  I don't think we are going to need to look at

```
 1    that exhibit.  As I understand what you said, there was a time
 2    when a significant portion of your printing was with a company
 3    called Quad.  Is that right?
 4    A     That's correct.
 5    Q     And by the way, is that -- what type of books was that
 6    for?
 7    A     Mostly black and white, hard cover, and trade paper, but
 8    it was predominantly black and white hard cover.
 9    Q     Do Simon & Schuster have other types of books that are
10    prints?
11    A     Yes.
12    Q     This is just one segment of Simon & Schuster printing?
13    A     That's correct.
14    Q     And you said most of it was with Quad, is that right?
15    A     Yes.
16    Q     And when you were printing with Quad, were they owned by
17    Bertelsmann?
18    A     They were not.
19    Q     I understood at some point they became owned by
20    Bertelsmann, and you switched some of the quantity, is that
21    right?
22    A     Correct.
23    Q     To a company called LSC?
24    A     Yes, now called Lakeside.
25    Q     Is Lakeside owned by Bertelsmann?
```

```
 1   A     It is not.

 2   Q     And how has that worked out for Simon & Schuster in terms

 3   of the things the government asked you about, namely having

 4   capacity and being able to fulfill your needs?

 5   A     It just worked out.

 6   Q     So LSC has worked out for you?

 7   A     Yes.

 8   Q     And they are a non-Bertelsmann printer?

 9   A     Yes.

10   Q     You said that printing capacity, I think you used the term

11   ebbs and flow.  Is that right?

12   A     Yes.

13   Q     What did you mean by that?

14   A     Sometimes in a given month, there might be some large

15   quantities printed by any number of printers, and you find

16   capacity issues at that point.  So it ebbs and flows, and

17   sometimes you will find a certain month during the year when

18   there's capacity.

19   Q     When there are periods where there are limitations of

20   capacity, what have you done to try to address that to make

21   sure that Simon & Schuster's books get printed?

22   A      Spread it out, get a limited capacity over the last few

23   years.  We've done a lot internationally, and we have used a

24   lot before smaller printer.

25   Q     When you say internationally, what you are referring to?
```

```
 1   A    Asia, Italy, Germany.

 2   Q    When you say smaller printers, what are you referring to?

 3   A    Just the smaller printer are spread out in the country,

 4   some in Canada, many in the U.S.

 5   Q    On the smaller printers, some of those are also in the

 6   U.S --

 7   A    Yes.

 8   Q    -- or Canada?

 9        And has Simon & Schuster been able to find enough printing

10   capacity between LSC and international and small -- the sources

11   that you are mentioning?

12   A    Yes, we have.

13   Q    Has Simon & Schuster been able to avoid being beholden to

14   any one printing company including Bertelsmann?

15   A    Yes.

16   Q    And is that by spreading it around, as you described?

17   A    Yes.  We didn't spread it around for that reason.  There

18   was capacity issues throughout the industry.

19   Q    Now, you were asked about whether a publisher could

20   prioritize -- excuse me, a printer could prioritize their own

21   titles over Simon & Schuster.  Have you had that problem with

22   Bertelsmann?

23   A    I have not.

24   Q    And you were asked whether a printer could raise its

25   prices to somehow disadvantage you?  Have you had that problem
```

```
1    with Bertelsmann as a printer?

2    A    No.

3    Q    You were shown a slide about margins, and I think there

4    was a phrase industry-leading margins --

5    A    Yes.

6    Q    -- do you remember that?

7         How do you compare your margins to other players in the

8    industry?

9    A    It's mostly by piecing together public information.  It's

10   not -- there is a chance it's not a hundred percent accurate.

11   We just do the best we can.

12   Q    So Bertelsmann is not a public company, right?

13   A    Exactly.

14   Q    So do you have access to the actual cost structure of

15   Bertelsmann?

16   A    Do not.

17   Q    So is it fair to say that's kind of an estimate based on

18   what you can find?

19   A    It's an estimate based on what's reported in the industry

20   trades, trade publications.

21   Q    When we are talking about margins, are we talking about

22   just your book-selling operations or are we talking about all

23   of Simon & Schuster's operations?

24   A    When we are talking about margins, it's the complete

25   operation.
```

```
 1   Q    Does that include, for example, your third party

 2   distribution business?

 3   A    It does.

 4   Q    And how do the margins of your third party distribution

 5   business compare to your book publishing business?

 6   A    The question depends on how you allocate costs, but we do

 7   see it as a higher margin.

 8   Q    I'm sorry, a higher margin?

 9   A    Higher margin.

10   Q    Where, in which part?

11   A    I'm sorry, can you repeat that.

12   Q    Yes.  The higher margin is in the third party distribution

13   or the book publishing?

14   A    Third party distribution.

15   Q    Have you attempted to compare Simon & Schuster to other

16   publishers by accounting for the different ratios of third

17   party distribution to direct publishing?

18   A    We have not.

19              MR. FISHBEIN:  That's all I have, Your Honor.

20              THE COURT:  Thank you.

21                           REDIRECT EXAMINATION

22   BY MR. MATELSON:

23   Q    Mr. Eulau, you mentioned that it's not your main job to

24   work on the editorial side of the business, right?

25   A    To work on the editorial side, it's not my job at all.  It
```

```
1    wouldn't just be not my main job.
2    Q    What you said, I believe, earlier was that you are
3    consulted from time to time about author acquisitions, right?
4    A    Sometimes when there's large acquisitions, they will show
5    me the sales histories and what they are comparing against,
6    yes.
7    Q    And in your time at Simon & Schuster, 25 or more years,
8    you have been able to observe all aspects of the business,
9    right?
10   A    That's correct.
11   Q    And you mentioned having dialogues with other executives
12   and being able to observe things that are happening at the
13   company.  I think when Mr. Fishbein was asking, you said you do
14   have those conversations, right?
15   A    I do.
16   Q    And so you know enough about some aspects of the business
17   to give testimony today.  For example, Mr. Fishbein asked you
18   about self-publishing, and you offered some opinions there.
19   You have enough knowledge to do that, right?
20   A    I have enough knowledge to give my opinion, yes.
21   Q    That's based on your experience in the industry, that
22   opinion?
23   A    Yes.
24   Q    And the printing topic, there are certain times of the
25   year when there are more capacity constraints than others at
```

```
 1   printing facilities, is that right?
 2   A    There are certain times of the year that the larger books
 3   usually are printed, yes.
 4   Q    For example, leading up to the Christmas holiday season to
 5   get books into the stores in time, there's often a capacity
 6   crunch at that time of the year, right?
 7   A    There is often.  We call it the fall season, yes.
 8   Q    Are there other times in the year when you see capacity
 9   crunches?
10   A    It could happen at any time.
11   Q    You talked about one-color printing.  That's the vast
12   majority of the printing that Simon & Schuster does for adult
13   books, correct?
14   A    It is the majority, yes.
15   Q    And you also talked a little bit about the margin analysis
16   that we looked at in one of the documents where you compared
17   Simon & Schuster's margins to your competitors, right?
18   A    Yes.
19   Q    Now, you mentioned that is an estimate, right?
20   A    Yes.
21   Q    But you believe it's a reliable estimate, right?
22   A    I believe the estimate.
23   Q    Okay.  And it was reliable enough to report to ViacomCBS
24   management, right?
25   A    Yes.
```

```
 1    Q    And you also said the same thing to potential buyers at
 2    Simon & Schuster, that Simon & Schuster had the highest margins
 3    in the industry, right?
 4    A    We had a schedule showing that, yes.
 5              MR. MATELSON:  I have nothing further.  Thank you.
 6              THE COURT:  Thank you.  You can step down, sir.
 7              All right.  The government may call its next witness.
 8              MR. READ:  Our next witness is by video, Your Honor, a
 9    deposition by video.  I hope the logistics have been worked
10    out.  We have been working on it for a couple of days.  So it
11    would be Kensington, Steven Zacharius.
12              It has a portion that has been agreed to be public and
13    a portion that the third party claims confidentiality, and so
14    we will need to seal the court or work that out.
15              THE COURT:  All right.  You let me know.
16              MR. READ:  Okay.  I think we are ready, Your Honor.
17    The first portion that is public will be about 20 minutes, and
18    then there's a more lengthy portion.
19              (The videotape was played.)
20              MR. READ:  I apologize, Your Honor.  This begins with
21    the defendant's examination, and then later is ours.  We have a
22    transcript for you to follow along.  I think that will be
23    helpful at points if we could approach the bench and give it to
24    you.
25              THE COURT:  Sure.
```

```
 1              MR. READ:  And then one last thing, if we work out

 2   logistics, the public video is not showing yet as far as I

 3   understand.  I'm not sure how that's done.

 4              THE COURTROOM DEPUTY:  It's on now.

 5              MR. READ:  It's on now?  Okay.  Perfect.

 6              THE COURT:  You just have to tell Ms. Calloway.

 7              (The videotape was played.)

 8              MR. READ:  It looks like that's the end of the public

 9   portion, Your Honor.

10              THE COURT:  How long is the closed portion?

11              MR. READ:  It's about an hour.

12              THE COURT:  An hour?

13              MR. READ:  Yes.

14              THE COURT:  Let's see.  We were going to clear the

15   courtroom and start playing that, but it's very close to the

16   lunch break.  So I'm thinking we should just take our lunch

17   break now and resume in an hour and play the closed portion for

18   an hour and then reopen the courtroom after that.

19              So if we resume at approximately -- it's 12:45 now.

20   We resume at 1:45.  We will reopen to the public at around

21   2:45 -- or we will take our break and reopen to the public at

22   3:00.  How's house that?

23              Okay.  That's what we will do.  We will take our lunch

24   break right now and we will be back at 1:45 and then reopen to

25   the public at 3:00.  Thank you.
```

```
 1              (A luncheon recess was taken at 12:52 p.m.)

 2              THE COURT:  All right.  Good afternoon.  I am just

 3    going to take a minute to get logged back in.

 4              All right.  So we are ready to hear the closed portion

 5    of this video.  Okay.  I am ready when you are.

 6              (The videotape was played.)

 7              THE COURT:  That's it?

 8              MR. READ:  We were hoping to play another video, Your

 9    Honor, but it's not ready.  So we would call --

10              THE COURT:  Let's reopen the courtroom.  We had told

11    everyone who was here this morning that we would reopen at

12    3:00, so I wonder if we should take a break and reopen at 3:00.

13              We will reopen at 3:00, and then we will go to 5:00.

14              MR. READ:  Thank you, Your Honor.

15              (A recess was taken at 2:49 p.m.)

16                               -  -  -

17                     C E R T I F I C A T E

18              I hereby certify that the foregoing is an

19    accurate transcription of the proceedings in the

20    above-entitled matter.

21    8/2/22                   s/ Tammy Nestor
                               Tammy Nestor, RMR, CRR
22                             Official Court Reporter
                               333 Constitution Avenue NW
23                             Washington, D.C. 20001
                               tammy_nestor@dcd.uscourts
24

25
```

MR. FISHBEIN: [8] 287/17
346/18 349/18 359/2 367/13
374/15 375/4 382/19
MR. MATELSON: [12] 342/1
343/25 344/4 345/5 346/15
349/15 358/24 359/5 367/10
369/13 375/6 385/5
MR. PETROCELLI: [10]
287/12 290/7 290/12 300/14
300/18 305/1 308/18 313/18
314/23 340/25
MR. READ: [18] 287/8
287/25 288/6 290/13 315/5
315/11 340/13 341/14 385/8
385/16 385/20 386/1 386/5
386/8 386/11 386/13 387/8
387/14
MR. SCHWARZ: [4] 315/9
315/15 338/9 341/8
MS. LICHT: [8] 290/16
291/3 297/4 300/22 308/22
310/8 311/1 315/1
MS. STRICK: [4] 288/9
289/17 289/23 290/1
THE COURT: [89] 287/2
287/11 287/16 287/20 288/5
288/8 289/9 289/21 289/24
290/5 290/10 290/14 290/17
290/24 291/1 296/6 297/2
300/17 300/21 300/23 303/3
303/12 303/16 308/13
308/17 308/21 310/9 310/22
310/25 313/19 314/12
314/17 314/24 315/2 315/8
315/10 315/13 315/16
315/23 315/25 316/8 321/18
321/24 328/13 329/12
329/16 337/25 338/8 338/11
340/4 340/7 340/10 340/12
340/14 340/17 340/20
340/23 341/7 341/10 341/13
341/17 341/23 341/25
343/24 344/3 345/7 346/17
346/19 349/17 349/19 359/1
359/3 367/12 367/14 369/20
374/14 374/16 375/7 382/20
385/6 385/15 385/25 386/6
386/10 386/12 386/14 387/2
387/7 387/10
THE COURTROOM
DEPUTY: [2] 287/3 386/4
the wit: [2] 314/16 329/13
THE WITNESS: [21] 290/25
296/13 303/7 303/13 308/16
310/17 310/24 313/24 315/4
315/24 321/22 328/15 340/6
340/9 340/16 340/19 340/22
341/9 341/12 341/24 374/17

**$**

$2 [3] 320/5 320/21 321/20
$2 million [3] 320/5 320/21
321/20
$2,500 [1] 317/6
$20,300 [1] 334/14
$22,000 [1] 337/15
$25 [1] 333/6
$250,000 [3] 301/7 301/24

$50,000 [2] 300/9 301/6
$64 [1] 323/22
$64 million [1] 323/22
$7,500 [1] 317/16

**'**

'50s [1] 330/1
'70s [1] 339/22
'80s [3] 323/2 323/3 339/22
'90s [1] 323/1 323/2

**0**

02886 [1] 284/3
0I [1] 346/24

**1**

10 [3] 305/18 355/21 355/25
10 percent [1] 324/23
100 percent [1] 367/21
10022 [1] 285/7
10036 [1] 285/4
11 [3] 304/1 307/9 307/11
11:05 [1] 340/11
12 [7] 305/18 306/21 306/21
307/3 307/3 355/21 355/25
12:45 [1] 386/19
12:52 [1] 387/1
13 [1] 307/17
14 [1] 306/25
15 [1] 305/18
15 percent [1] 324/23
15-minute [1] 340/5
1500 [2] 328/15 329/14
16 [6] 301/13 301/16 302/5
302/18 302/22 305/18
17 [1] 305/18
18 [2] 307/23 308/3
19 [1] 305/18
1974 [1] 316/16
1979 [1] 320/13
1980 [1] 320/13
1987 [1] 323/8
1988 [1] 323/8
1990 [1] 344/7
1993 [1] 322/25
1994 [1] 322/25
1995 [1] 343/10
1999 [1] 284/20
1:45 [2] 386/20 386/24

**2**

20 [3] 305/18 344/10 385/17
20001 [2] 285/13 387/23
2001 [1] 285/10
2004 [1] 343/15
2007 [1] 343/17
2009 [1] 343/21
2010 [1] 342/13
2012 [1] 342/11
2013 [1] 293/9
2018 [1] 334/12
2019 [9] 348/2 348/22 349/1
371/18 371/23 371/25 372/1
372/3 374/21
2020 [7] 345/19 345/22
346/6 357/14 357/17 365/25
366/8
2022 [1] 284/6
2024 [1] 361/4

20th [1] 333/9
21 [6] 301/16 302/5 302/18
305/15 305/18 306/19
21-02886 [1] 284/3
22 [2] 305/18 387/21
225 [1] 357/9
23 [4] 301/16 302/5 303/21
306/21
24 [4] 301/16 302/5 302/18
305/18
25 [10] 301/16 302/5 303/21
306/21 311/19 313/3 313/6
313/15 314/22 383/7
250 [1] 303/24
250,000 [4] 303/19 309/2
309/15 309/18
26 [1] 308/5
263 [5] 286/20 300/15
300/20 300/24 308/25
269 [1] 359/10
27 [1] 305/18
28 [3] 301/16 302/18 305/18
2886 [1] 287/4
29 [1] 305/18
2:45 [1] 386/21
2:49 [1] 387/15

**3**

30 [2] 305/19 306/13
300 [1] 286/20
31 [1] 305/19
32 [4] 301/16 302/18 305/19
338/20
33 [13] 300/12 301/6 301/12
303/23 303/25 304/11
304/11 305/15 305/15
305/19 306/19 307/7 312/23
333 [2] 285/13 387/22
34 [1] 305/19
35 [5] 301/16 302/5 303/21
306/21 311/19
36 [1] 306/25
37 [1] 305/19
38 [1] 308/8
39 [1] 308/10
3:00 [5] 386/22 386/25
387/12 387/12 387/13

**4**

40 [1] 324/23
401 [1] 285/10
405 [4] 374/11 374/20 375/5
375/8
41 [1] 360/2
42 [1] 360/18
44 [1] 359/9
450 [1] 284/16

**5**

50 [4] 334/5 336/4 355/17
355/24
50 percent [1] 324/24
529 [1] 346/20
530 [2] 349/20 371/11
599 [1] 285/7
5:00 [1] 387/13
5:00 the [1] 339/24

60 [1] 338/5
611 [1] 344/2
62 [1] 338/5
65 [1] 338/5
663 [1] 359/4
682 [1] 367/15

**8**

8/2/22 [1] 387/21

**9**

90067 [1] 284/21
9:30 [2] 284/7 287/1

**A**

a.m [3] 284/7 287/1 340/11
Abby [2] 285/2 287/13
ability [3] 362/24 363/20
368/15
able [23] 318/19 322/16
322/16 327/1 330/24 331/23
331/25 334/18 334/18
335/19 335/20 335/20
335/21 336/7 336/8 352/2
352/17 376/16 379/4 380/9
380/13 383/8 383/12
about [74] 288/10 288/17
291/10 293/1 294/5 294/8
296/7 296/12 299/13 301/12
301/12 303/23 305/3 310/1
312/1 318/19 319/23 321/20
322/24 324/17 325/21
328/24 329/25 332/19
332/21 332/23 336/21
337/13 338/3 339/1 339/19
339/22 340/7 342/11 344/25
345/18 348/23 349/25
354/12 354/24 355/21
355/25 356/5 356/10 359/7
361/16 361/19 362/19 365/9
366/8 370/13 370/20 371/10
372/6 373/9 374/23 374/25
376/3 377/3 377/24 379/3
380/19 381/3 381/21 381/21
381/22 381/24 383/3 383/16
383/18 384/11 384/15
385/17 386/11
above [5] 303/24 309/10
323/23 375/2 387/20
above-entitled [1] 387/20
Abrams [1] 373/22
Absolutely [1] 331/18
accept [1] 312/17
access [3] 336/7 363/19
381/14
accessible [1] 292/19
acclaimed [1] 331/7
account [1] 331/24
accounting [1] 382/16
accurate [5] 343/22 352/11
358/22 381/10 387/19
accurately [1] 359/19
acquire [2] 350/5 352/6
acquired [4] 293/7 314/1
371/4 371/5
acquires [1] 294/7
acquiring [2] 356/16 370/20
acquisition [3] 292/22 295/23

acquisition... [1] 370/16
acquisitions [3] 356/18 383/3 383/4
across [1] 297/21
Action [1] 284/3
actions [1] 338/14
actual [2] 371/15 381/14
actually [5] 304/7 318/3 357/23 362/3 366/22
acumen [1] 350/17
ad [1] 328/25
add [1] 374/13
added [1] 343/20
additional [1] 375/15
address [2] 288/7 379/20
adequate [2] 324/20 363/19
adhering [1] 310/4
administrative [1] 293/14
admired [1] 329/23
admitted [6] 300/23 346/19 349/19 359/3 367/14 375/7
adult [2] 343/15 384/12
advance [17] 295/1 295/19 295/22 303/11 312/18 314/7 317/4 317/15 319/5 321/16 323/21 331/1 351/17 352/12 352/16 352/20 355/5
advanced [2] 309/17 335/21
advances [7] 292/1 295/15 296/4 309/24 319/22 335/18 361/9
adverse [2] 344/1 344/1
adversely [2] 363/20 368/22
advertising [1] 328/25
advice [1] 343/4
advise [2] 314/14 342/23
advisory [1] 357/3
affect [2] 370/4 368/22
affected [4] 295/4 308/14 337/5 377/5
affecting [1] 364/10
afford [2] 331/22 352/17
after [18] 291/11 292/14 296/2 311/20 313/13 317/25 319/19 321/22 328/11 331/2 338/15 339/12 340/1 340/2 356/2 373/23 375/18 386/18
afternoon [1] 387/2
again [18] 290/3 290/19 302/24 307/24 325/10 337/7 340/15 343/22 344/16 347/23 350/6 352/10 354/23 360/2 360/18 360/19 362/5 365/8
against [12] 296/12 296/14 296/21 296/24 297/15 297/22 299/20 299/21 339/18 372/23 376/14 383/5
agency [1] 295/3 326/3
agenda [1] 348/18
agent [30] 291/12 293/8 293/19 295/17 297/24 309/22 310/3 316/23 317/17 317/21 318/9 318/11 318/23 322/3 322/4 323/6 323/9 323/12 323/14 323/25 324/4 324/6 325/15 326/4 326/6 326/9 333/11 338/19 363/14

agented [1] 318/18
agents [5] 298/8 298/10 338/13 370/20 370/23
aggressive [2] 303/11 303/11
ago [3] 355/21 355/25 356/12
agree [15] 288/24 344/24 345/4 350/24 351/25 352/1 352/18 353/14 354/7 355/13 360/12 360/14 360/17 363/11 364/4
agreed [5] 289/12 320/20 333/14 367/25 385/12
agreement [9] 288/2 288/3 288/16 288/21 290/2 290/8 320/8 366/5 369/16
Ah [1] 299/5
ahead [4] 303/17 344/3 345/25 360/18
al [2] 284/6 287/5
Algonquin [1] 292/11
all [57] 288/15 289/19 290/9 295/18 297/25 298/5 298/16 303/23 305/15 306/5 309/17 309/20 315/10 315/11 316/9 320/16 321/14 321/15 327/14 329/2 329/6 330/18 332/11 336/20 336/22 339/7 340/4 340/12 340/22 341/2 341/17 342/16 343/18 343/21 344/3 345/13 345/17 345/21 346/12 347/23 348/4 348/15 349/4 349/8 357/13 358/2 366/12 366/16 369/20 381/22 382/19 382/25 383/8 385/7 385/15 387/2 387/4
allocate [2] 368/8 382/6
allow [3] 289/4 296/4 299/19
allowed [3] 296/19 296/20 297/15
almost [2] 298/1 324/21
along [4] 305/17 336/23 357/24 385/22
already [8] 289/12 295/11 296/1 335/13 351/16 362/18 364/10 374/10
also [40] 288/14 289/6 295/15 293/17 294/10 296/15 296/19 296/23 298/4 299/2 302/12 304/11 305/9 309/13 314/2 314/7 319/3 322/9 326/25 328/8 331/12 333/20 337/13 342/19 342/23 344/24 345/4 354/5 356/10 361/6 362/2 363/5 367/5 369/4 373/1 376/23 380/5 384/15 385/1
alternative [2] 369/5 369/6
alternatives [1] 351/7
always [12] 289/10 294/9 296/1 296/22 298/5 298/14 298/25 299/1 299/2 314/9 337/22 355/22
am [35] 291/10 294/24 299/16 300/2 301/2 301/12 301/13 305/21 305/24 311/13 318/13 318/14 332/4 332/4 332/7 332/7 337/23

agented [1] 318/18
340/20 340/25 341/9 344/15 351/7 364/15 367/6 369/13 373/6 373/18 374/10 374/13 374/19 387/2 387/5
Amanda [2] 288/7 288/9
Amazon [10] 356/10 356/11 356/11 356/14 376/3 376/10 376/13 376/16 376/17 376/20
amendment [2] 288/23 289/8
AMERICA [9] 284/3 287/4 287/8 329/6 332/4 332/5 332/8 332/18 334/12
American [3] 320/17 321/1 321/2
amicable [1] 324/2
among [2] 301/6 368/15
amongst [1] 297/1
amount [5] 301/7 323/20 324/25 337/19 339/20 364/3 364/21 366/2
analysis [1] 384/15
Angeles [1] 284/21
announcement [1] 299/23
anonymized [1] 289/2
another [21] 289/12 292/22 296/18 297/16 298/17 299/20 320/9 323/16 327/21 331/3 331/8 334/16 335/17 352/7 352/19 354/10 356/20 360/15 361/16 362/16 387/8
answer [3] 358/15 369/18 376/4
answered [1] 358/20
anticipate [4] 294/25 296/3 311/16 314/13
anticipates [1] 303/9
Antitrust [1] 284/15
anxious [1] 324/9
any [51] 287/23 290/4 290/6 290/11 292/2 293/3 293/10 293/11 299/14 299/16 300/21 308/14 308/21 309/23 310/25 312/24 314/18 314/24 315/14 318/20 318/23 319/10 322/6 322/12 324/1 324/11 326/9 326/14 326/20 330/9 331/16 332/3 333/15 339/1 341/5 346/17 348/8 349/17 358/14 358/15 359/1 359/18 360/19 367/12 370/2 370/20 371/20 374/4 379/15 380/14 384/10
anybody [2] 336/12 340/7
anyone [2] 329/10 365/2
anything [4] 308/18 310/3 328/21 337/3
anyway [1] 337/20
anywhere [2] 311/19 337/14
apologize [1] 385/20
appealing [1] 335/15
appear [5] 289/6 289/14 289/17 289/19 289/21
appearances [3] 284/11 284/23 287/7
approach [9] 287/6 294/6 294/17 294/21 296/7 300/16 314/12 374/15 385/23

app10/min4e12,5 295/13
324/20
approval [2] 366/18 366/24
approximately [1] 386/19
Ardai [1] 330/7
are [161] 287/23 287/25 288/6 288/15 288/16 288/20 289/6 289/15 290/2 290/8 290/14 292/12 292/19 292/21 296/15 297/14 297/19 298/6 298/21 299/6 299/10 299/14 299/15 301/13 301/16 303/5 303/19 306/1 306/22 307/3 308/25 309/1 309/14 309/15 309/23 310/4 310/12 310/13 310/19 312/8 312/25 313/21 313/21 314/9 319/10 319/11 327/5 330/9 330/18 330/20 330/20 330/21 331/23 331/23 332/6 332/19 333/24 334/15 334/18 334/18 334/20 334/21 334/23 334/24 334/25 335/1 335/19 335/20 335/20 335/21 335/25 336/7 336/8 336/9 337/3 338/17 338/18 338/19 338/22 338/25 339/6 339/9 339/11 339/16 340/5 340/17 340/20 342/7 343/1 343/4 344/12 344/13 344/22 344/25 345/18 345/22 346/8 347/6 347/11 348/18 351/15 351/16 351/31 352/11 352/16 352/17 352/19 355/2 355/16 355/20 356/10 361/19 362/17 362/19 363/6 363/8 364/1 364/20 364/23 365/4 365/9 365/12 367/5 367/19 368/18 372/18 372/19 373/3 373/5 373/16 374/4 376/11 377/5 377/5 377/15 377/21 377/25 378/9 379/8 379/19 379/19 379/25 380/2 380/3 380/5 380/11 381/21 381/21 381/22 381/24 383/2 383/5 383/12 383/24 383/25 384/2 384/3 384/8 385/16 387/4 387/5
area [1] 377/10
around [10] 322/25 323/3 323/8 328/18 330/20 333/10 334/5 380/16 380/17 386/20
art [1] 336/15
Arthur [5] 323/13 323/21 324/7 326/4 326/4
articulated [1] 306/6
artisan [2] 334/16 334/19
artisans [1] 336/21
as [86] 288/11 289/18 290/3 290/3 290/23 291/12 291/25 292/1 293/8 293/10 293/17 293/19 295/17 299/21 301/14 301/14 302/20 304/17 309/22 310/3 310/20 310/20 310/21 310/21 311/5 313/23 315/22 317/9 318/18 322/6 322/18 322/18 323/5 323/5 324/1 324/4 324/4

**A**

as... [49] 327/14 327/15
328/9 331/9 332/15 332/15
334/13 334/16 334/17
336/13 338/17 339/16
339/17 341/4 341/5 341/22
345/2 346/8 347/17 347/19
347/21 350/11 350/14
351/11 351/12 351/22
351/25 352/13 353/3 355/3
356/5 357/25 365/3 366/16
369/11 369/16 371/6 374/11
374/19 375/23 375/24
375/24 376/3 378/1 380/16
381/1 382/7 386/2 386/2
Asia [1] 380/1
aside [3] 355/1 362/3 362/4
ask [15] 293/1 301/11 303/3
303/23 328/13 335/14
346/22 353/8 356/10 359/8
360/1 360/23 366/13 371/10
377/24
asked [15] 297/12 307/18
310/1 343/1 343/4 358/9
358/11 358/13 372/5 374/25
376/3 379/3 380/19 380/24
383/17
asking [5] 311/6 363/14
364/15 371/22 383/13
asks [1] 298/3
aspects [3] 369/25 383/8
383/16
assemble [1] 358/9
assess [1] 311/23
associations [1] 332/3
assume [1] 328/2
assuming [1] 363/10
attaching [1] 345/22
attachment [4] 347/24 348/7
348/15 349/3
attachments [1] 357/8
attempted [1] 382/15
attention [2] 375/17 376/23
attorney [1] 376/3
attracting [1] 353/24
attributes [1] 335/14
auction [5] 302/13 305/4
324/15 339/24 371/1
auctions [9] 305/10 339/23
354/15 370/24 372/8 372/10
372/14 372/23 376/14
August [2] 284/6 345/19
August 2020 [1] 345/19
author [17] 291/16 292/11
292/14 307/20 314/10 329/1
332/25 349/12 350/5 352/6
352/7 355/6 356/18 361/9
373/7 377/18 383/3
author's [2] 313/25 363/14
authors [37] 291/11 291/12
292/2 292/5 292/7 293/21
294/23 295/4 295/18 295/25
313/20 313/23 325/9 325/11
332/4 334/12 335/15 343/2
347/18 351/16 351/23
353/24 354/2 354/21 355/10
356/16 363/6 363/8 363/10
363/21 370/21 373/2 373/4
374/5 376/19 377/13 377/21

authors' [2] 330/25 341/8
available [2] 289/20 363/15
Avenue [4] 284/20 285/7
285/13 387/22
average [2] 334/13 361/18
avoid [2] 360/19 380/13
awards [1] 314/3
aware [10] 297/14 299/14
299/16 348/24 355/10
356/11 364/1 373/3 373/5
373/6
away [1] 322/17
awkward [1] 331/14
AYESHA [2] 286/4 290/21

**B**

back [20] 291/9 293/14
296/6 313/1 321/19 321/19
343/12 350/25 352/10
355/17 355/19 356/19 360/1
365/25 371/17 371/23
371/25 372/3 386/24 387/3
backless [1] 359/7
backlist [13] 319/10 319/11
359/15 359/20 359/23 360/9
360/12 360/25 361/4 361/9
361/14 361/16 361/25
bad [1] 334/3
Bakish [4] 366/17 366/20
366/24 367/18
bank [1] 331/24
Banker [4] 320/6 321/19
321/19 321/22
bar [1] 359/23
baseball [4] 331/6 331/8
338/20 338/23
based [16] 294/4 309/22
310/25 314/24 337/21
349/11 352/2 353/11 353/15
373/9 376/5 376/7 376/23
381/17 381/19 383/21
basically [1] 311/15
basis [2] 354/1 354/23
Bates [2] 357/8 359/9
be [103] 289/2 289/5 289/10
289/11 289/13 290/18 291/1
293/13 293/22 295/1 295/4
295/6 295/9 295/16 296/3
299/6 299/13 300/5 300/6
300/23 302/5 302/18 303/9
303/13 303/14 303/21 304/1
304/20 305/17 307/14
310/13 310/18 311/5 311/13
311/16 311/17 311/19 312/2
312/16 312/18 313/2 314/11
314/13 315/11 315/23 324/8
324/15 325/19 327/6 327/6
329/5 330/7 330/24 331/12
331/13 331/25 336/16
338/10 339/20 339/25 340/1
341/23 344/19 345/14
346/19 349/19 352/9 354/3
354/6 355/16 355/19 356/17
357/9 357/19 360/9 361/10
361/22 362/14 362/15
363/11 363/16 363/22 364/3
365/21 366/8 367/14 367/19
367/21 368/1 368/4 368/11
369/7 369/17 372/22 372/25
375/7 379/14 383/1 385/11

**E**

386/16 387/9
386/24
became [12] 317/7 323/1
323/3 323/12 323/14 324/6
326/3 326/6 326/6 329/13
344/9 378/19
because [44] 289/12 290/19
291/23 294/3 295/10 295/22
296/8 296/10 296/20 301/5
302/22 303/14 305/22
305/24 306/10 312/17
314/10 323/25 324/15 325/2
326/22 327/1 328/5 328/16
329/23 330/15 330/20 334/3
335/15 335/1 335/2 335/23
336/15 337/3 338/17 339/8
347/11 352/17 361/25
362/21 364/11 364/16 368/4
372/10
become [7] 318/24 329/14
332/25 333/18 335/6 335/9
354/21
becomes [1] 334/10
been [38] 288/12 290/22
291/15 292/17 292/23
299/22 305/13 305/14 314/1
315/21 320/13 323/23
325/24 327/14 334/5 336/18
337/1 337/2 337/11 341/21
344/7 352/2 364/7 364/8
364/10 364/13 364/14 370/5
370/12 374/19 376/13
376/16 380/9 380/13 383/8
385/9 385/10 385/12
before [12] 284/9 287/23
315/18 327/11 344/9 347/16
358/3 358/18 362/5 366/5
367/2 379/24
began [1] 287/1
begin [2] 287/23 297/11
begins [1] 385/20
begun [1] 323/19
behalf [3] 293/21 318/10
320/6
behind [1] 335/24
beholden [4] 367/21 368/1
369/7 380/13
being [17] 291/24 293/17
293/17 295/10 298/19
318/19 323/9 324/19 334/25
335/1 353/17 353/21 356/5
356/15 379/4 380/13 383/12
believe [29] 293/9 295/6
295/15 296/2 300/13 304/15
305/22 307/5 307/22 309/1
309/6 312/17 343/16 348/23
350/21 353/22 353/23
353/25 354/5 357/19 364/4
364/23 373/11 373/15
373/25 375/5 383/2 384/21
384/22
belong [1] 332/3
below [3] 334/14 349/4 351/9
Ben [1] 341/16
bench [2] 284/9 385/23
Berkley [1] 330/19
BERTELSMANN [25] 284/6
284/18 285/2 287/5 287/13
293/7 297/10 321/6 341/1

**F**

385/12 385/25
366/9 367/20 368/7 378/17
378/20 378/25 379/8 380/14
380/22 381/1 381/12 381/15
besides [1] 324/12
best [40] 294/15 298/15
303/20 305/3 305/22 306/22
306/25 307/4 307/18 307/20
308/1 308/2 308/7 310/13
310/18 312/22 313/9 313/10
313/12 314/6 314/7 318/24
319/2 319/3 319/4 321/13
321/14 323/15 325/3 327/14
328/6 329/10 329/13 329/15
333/20 333/23 338/3 351/16
364/23 381/11
better [3] 291/23 319/23
334/15
between [6] 293/3 305/20
311/19 366/17 374/20
380/10
beyond [1] 321/16
bid [12] 296/19 297/15
297/21 298/23 299/20
303/20 304/3 304/9 305/3
308/1 312/22 313/9
bidder [5] 297/16 298/14
304/13 304/14 304/17
bidders [11] 297/25 299/1
299/2 299/3 299/4 299/7
299/8 299/10 301/22 358/6
360/20
bidding [7] 298/12 310/2
310/4 339/12 339/18 339/20
372/10
bids [14] 293/20 305/6
306/22 306/25 307/4 307/18
308/2 308/7 312/19 313/10
339/24 343/1 343/4 370/23
bifurcated [1] 289/10
bifurcation [2] 289/3 289/4
big [42] 291/19 291/25
294/24 296/23 309/10
309/19 309/23 311/16 313/2
322/20 326/12 326/14
326/21 328/2 329/18 330/20
333/11 335/6 335/6 335/10
335/14 335/24 336/5 338/18
338/22 339/3 339/9 339/9
344/12 344/13 344/19
345/10 347/17 351/12
351/21 352/7 352/11 352/15
373/12 373/24 374/5 374/6
biggest [4] 336/4 344/22
351/15 351/22
Bill [2] 318/8 318/10
bills [1] 322/20
Billy [1] 331/5
binder [4] 345/14 347/20
356/19 366/13
binders [1] 345/5
bit [11] 288/20 299/24 323/1
323/4 323/4 332/24 333/24
337/16 339/19 343/12
384/15
black [3] 333/17 378/7 378/8
Blockade [1] 331/5
Bob [1] 366/17
body [1] 367/17

boiled [1] 329/24
bold [3] 349/4 349/9 349/13
book [129] 291/11 291/13
291/14 291/18 291/21
291/23 291/25 292/4 292/9
292/10 292/15 292/17
292/22 292/23 292/25
295/18 295/21 296/5 299/25
302/22 303/10 303/15
303/25 304/1 304/12 304/20
305/3 305/21 305/23 306/2
306/14 306/17 306/18
306/25 306/25 307/9 307/11
307/14 307/23 310/12
310/7 311/5 311/12 311/15
311/17 312/11 313/24
313/25 314/6 314/13 314/20
314/22 316/15 316/17
316/19 316/23 316/25 317/1
317/2 317/3 317/3 317/5
317/7 317/11 317/13 317/14
317/15 317/17 317/25 318/2
318/4 318/5 319/19 319/21
326/6 327/1 327/4 327/6
327/21 327/23 328/5 328/21
329/3 329/3 329/8 329/20
330/10 330/12 331/3 332/19
332/22 333/13 333/17 334/4
334/24 335/2 335/23 335/24
335/25 336/13 336/21
337/21 342/20 343/23 344/7
344/22 344/25 345/2 353/2
355/2 355/17 355/24 362/6
362/13 362/14 362/17 363/2
363/13 363/15 364/1 365/11
367/19 370/21 371/1 373/16
376/17 381/22 382/5 382/13
book-selling [1] 381/22
books [93] 292/19 292/22
292/25 294/2 295/13 295/25
299/7 300/9 300/12 301/6
301/13 301/16 301/20
301/24 302/5 302/8 302/12
302/18 303/19 303/21
303/25 305/15 305/18
306/21 309/9 309/14 309/15
310/15 310/16 310/22
312/23 312/24 313/20
318/22 319/5 319/10 320/4
320/17 320/21 321/9 322/3
322/4 322/6 323/22 324/10
324/17 325/1 325/21 325/22
326/1 326/2 326/15 327/9
327/12 327/13 327/18
328/18 329/1 330/19 330/19
330/25 331/3 333/1 337/13
338/24 345/1 351/15 355/11
359/7 361/16 361/17 361/20
361/25 362/9 362/25 363/9
363/11 363/25 364/14
368/25 370/20 370/24 371/3
371/5 371/8 372/24 376/17
378/5 378/9 379/21 384/2
384/5 384/13
boom [1] 336/23
both [4] 288/17 325/20
331/11 333/1
bottom [3] 348/4 357/9 372/6

boy [1] 315/5
boys [1] 330/20
Bravo [1] 336/16
break [8] 338/8 340/5 340/8
386/16 386/17 386/21
386/24 387/12
Breakdown [1] 359/12
Bridges [1] 337/20
broad [1] 302/22
broader [2] 312/19 312/19
brought [1] 291/24
bubble [1] 330/16
budget [3] 345/22 346/6
346/9
bullet [2] 360/24 361/7
bullish [1] 332/20
business [30] 321/6 323/13
323/14 323/24 326/6 334/4
334/6 334/9 336/14 336/15
343/23 344/7 350/17 351/2
355/14 355/15 355/22
356/11 364/11 364/13
367/20 368/5 368/9 368/23
382/2 382/5 382/5 382/24
383/8 383/16
businesses [1] 334/8
buy [1] 334/19
buyer [1] 357/4
buyers [8] 356/25 357/17
357/20 358/3 358/10 358/19
360/6 385/1
buzz [1] 311/7 336/8

C

California [1] 284/21
call [8] 311/22 328/25 333/6
348/16 363/13 384/7 385/7
387/9
called [25] 318/5 318/12
319/21 327/23 328/19
329/20 329/21 331/4 331/5
331/6 333/9 337/14 337/21
344/1 346/1 348/16 356/11
356/24 357/8 364/4 366/6
373/16 378/3 378/23 378/24
Calloway [1] 386/6
calls [3] 315/5 341/14 363/17
came [5] 324/16 334/3
335/12 355/18 355/24
can [54] 289/14 290/17
290/18 292/2 294/22 294/25
296/6 296/12 296/14 297/21
298/22 305/17 306/17
306/18 309/23 309/25 310/3
310/21 312/24 315/13
315/17 315/23 315/25
319/23 324/11 325/12
327/15 327/20 329/6 329/7
329/19 332/15 335/17 338/9
341/23 347/14 348/8 353/19
355/1 355/1 361/22 362/3
362/4 362/14 362/22 365/8
365/9 365/21 369/17 374/12
381/11 381/18 382/11 385/6
can't [14] 298/10 306/16
307/24 309/10 315/13 318/9
333/8 333/11 338/23 338/24
338/24 363/10 365/6 369/1
Canada [2] 380/4 380/8
cannot [1] 289/2

Carmichael [1] 282/23
287/14 290/7
capable [1] 350/11
capacity [24] 363/5 363/9
363/20 363/23 364/2 364/3
364/7 364/8 364/14 364/17
365/3 365/16 368/1 379/4
379/10 379/16 379/18
379/20 379/22 380/10
380/18 383/25 384/5 384/8
capital [4] 349/4 349/9
349/13 353/9
car [1] 322/18
card [1] 328/25
cared [1] 325/21
career [9] 291/12 292/13
293/2 295/20 341/3 343/23
370/1 370/5 371/3
Carolyn [4] 344/10 347/16
349/22 366/17
Carrie [3] 316/18 319/2
319/20
carry [1] 376/17
Carver [1] 335/2
case [11] 287/4 293/12
305/13 324/1 329/21 330/6
330/12 330/15 330/22 331/2
369/16
cases [1] 321/16
category [6] 310/16 312/25
354/2 354/3 355/17 355/23
caused [1] 337/9
CBS [2] 348/22 348/24
celebrities [1] 351/16
Cemetery [4] 328/23 331/5
331/9 331/15
Century [1] 333/10
CEO [4] 342/23 344/9
347/16 366/20
certain [12] 294/25 295/25
311/13 313/3 324/25 337/18
339/20 355/23 366/2 379/17
383/24 384/2
certify [1] 387/18
CFO [2] 345/19 345/23
chain [5] 327/1 345/21
374/20 375/10 375/13
challenging [3] 292/24 294/2
295/11
chance [6] 291/23 294/15
298/15 313/13 358/17
381/10
chances [1] 335/25
change [2] 294/6 296/7
changed [1] 356/4
changes [2] 293/10 293/19
changing [3] 294/17 294/21
322/22
Charles [1] 330/7
chart [4] 345/22 359/14
359/23 361/3
charts [1] 345/25
chat [1] 341/4
check [1] 305/1
chief [8] 320/18 341/15
342/10 342/10 342/15
343/20 349/22 350/12
Chizmar [1] 331/14
choice [1] 294/3 295/7

choose [4] 312/17 335/17
355/10 374/6
chops [1] 335/5
chosen [2] 295/21 376/20
Christmas [1] 384/4
Chuck [3] 324/6 326/1 326/6
circumstances [1] 312/8
Civil [2] 284/3 287/4
claims [1] 385/13
Clancy [2] 323/20 323/24
clarification [4] 289/18 299/5
306/5 306/9
clarify [5] 289/6 331/19 338/3
343/3 370/12
clause [2] 305/24 306/3
clear [5] 296/8 299/6 299/14
370/1 386/14
client [3] 295/21 314/4
314/14
clients [4] 295/9 295/10
295/15 296/2
clients' [2] 294/2 294/16
close [6] 299/17 312/13
339/24 343/22 351/14
386/15
closed [6] 307/15 307/16
334/20 386/10 386/17 387/4
closely [1] 347/15
closing [3] 289/1 312/1
336/21
CO [2] 284/6 287/5
coast [2] 327/4 327/4
coded [1] 300/19
coffee [1] 341/4
colleague [1] 296/17
collection [1] 333/9
Colleen [1] 336/3
college [2] 321/21 331/21
Collins [8] 292/10 309/12
309/13 344/17 347/4 347/10
351/5 351/13
color [3] 300/19 362/24
384/11
Colorado [1] 329/20
colors [1] 300/4
COLUMBIA [1] 284/1
combination [1] 350/16
come [12] 290/18 317/20
320/8 322/2 322/21 327/17
331/2 334/2 351/17 352/12
352/16 352/20
comes [4] 331/22 336/23
338/22 376/23
coming [3] 291/9 339/24
341/11
comment [1] 372/6
commentary [2] 360/23
361/6
comments [1] 351/9
commercially [1] 361/8
committed [1] 366/2
common [1] 348/24
community [1] 328/17
companies [3] 334/15 351/15
362/7
company [16] 299/21 318/10
319/25 330/6 331/4 337/18
348/25 360/13 368/12

**C**

company... [7] 372/21 373/24 378/2 378/23 380/14 381/12 383/13
compare [6] 294/18 347/7 347/9 381/7 382/5 382/15
compared [1] 384/16
compares [1] 345/10
comparing [1] 383/5
compensation [2] 294/22 322/10
compete [8] 296/11 296/14 296/21 297/21 354/14 372/8 372/9 372/13
competes [1] 371/7
competing [4] 296/24 363/6 363/8 372/23
competition [6] 297/1 334/4 336/10 338/14 338/25 351/3
competitions [1] 371/8
competitive [3] 303/15 339/15 351/3
competitively [1] 338/25
competitor [9] 367/21 368/1 368/4 368/18 368/19 368/22 369/4 369/7 376/4
competitors [7] 346/24 347/3 347/7 347/18 351/15 351/22 384/17
compile [1] 371/7
complained [1] 318/19
complete [1] 381/24
concern [2] 299/13 368/11
concerned [2] 322/18 341/5
concerning [1] 366/17
confidential [1] 300/2
confidentiality [5] 288/6 288/17 289/7 359/19 385/13
confined [1] 303/24
congratulate [1] 341/2
connected [2] 325/21 328/7
connection [2] 348/21 370/23
consider [3] 336/9 344/19 355/5
consideration [1] 326/8
considered [3] 322/22 332/23 335/10
considering [2] 292/21 326/21
consignment [1] 334/18
consistency [1] 309/23
consistently [1] 361/10
consolidation [1] 334/3
constellation [1] 348/18
Constitution [2] 285/13 387/22
constraints [1] 383/25
consulted [1] 383/3
Cont [1] 285/1
contemplated [1] 289/10
content [8] 336/18 336/19 336/25 337/1 337/1 337/9 350/5 370/16
contents [1] 358/17
contest [1] 301/5
continually [1] 360/8
continuation [1] 375/10
continue [7] 289/25 290/1 298/21 298/23 299/19

Continued [1] 291/5
continues [2] 360/9 375/2
continuously [1] 327/8 343/9 363/17
contract [10] 305/25 306/10 306/12 318/2 319/19 332/22 365/24 366/18 366/24 367/7
contracted [3] 336/14 336/17 366/7
contracts [2] 313/22 362/7
contractual [1] 328/23
contractually [1] 305/24
contributors' [1] 333/7
control [4] 298/18 312/6 368/5 368/7
conventions [1] 328/19
conversation [4] 296/1 314/4 375/2 375/15
conversations [1] 383/14
convince [1] 363/20
copied [1] 367/5
copies [5] 328/16 329/14 333/7 335/21 336/8
copublishing [1] 324/22
copy [1] 300/4
core [3] 355/13 355/15 355/22
corporate [1] 346/9
Corporation [1] 348/22
correct [110] 297/22 297/23 297/25 298/23 298/24 299/10 299/11 299/22 300/10 300/12 301/7 301/8 301/17 301/20 301/22 301/23 301/25 302/1 302/3 302/4 302/6 302/7 302/10 302/11 302/14 302/15 302/19 303/1 303/2 303/21 304/1 304/2 304/3 304/4 304/14 304/15 304/18 304/19 304/20 304/21 304/24 305/7 305/8 305/11 305/19 306/7 306/8 306/16 307/1 307/4 308/4 308/13 308/16 309/3 313/16 314/16 342/17 342/18 342/22 343/5 343/11 343/16 343/19 344/6 344/8 345/11 345/20 346/10 346/11 349/9 349/24 352/8 353/6 355/14 356/3 356/18 357/5 357/15 358/5 358/22 361/17 361/21 362/8 362/23 363/4 363/6 363/21 363/24 365/3 365/13 365/17 366/9 366/19 367/1 368/2 368/3 368/6 369/3 369/5 369/6 369/9 372/11 375/15 375/16 376/1 378/4 378/13 378/22 383/10 384/13
correction [1] 375/19
correctly [1] 301/2
cost [1] 381/14
costly [1] 361/22
costs [2] 369/4 382/6
could [44] 288/23 289/4 289/19 290/1 290/19 293/20 294/20 311/17 311/20 313/1 314/6 316/8 323/15 328/12

326/14 323/1 324/22 325/6 325/13 335/7 338/14 339/6
dealers [1] 334/24
dealing [1] 364/13
deals [7] 304/11 304/12 308/15 309/1 309/4 309/17 332/19
debut [1] 314/9
decide [3] 295/18 312/20 317/20
decision [1] 323/25
deck [2] 346/23 360/2
decrease [1] 369/2
deep [1] 335/17
Defendant [1] 284/7
defendant's [8] 286/19 300/24 308/25 374/11 374/20 375/4 375/8 385/21
defendants [6] 284/18 285/2 285/6 287/13 290/6 369/17
definitely [4] 292/16 355/19 356/4 356/5
delays [1] 365/21
delighted [4] 324/17 330/7 330/15 330/24
delightful [1] 337/22
demand [3] 336/20 362/1 362/21
DENNIS [4] 286/9 341/15 341/20 342/6
department [2] 284/15 342/20
departments [1] 335/19
depends [1] 382/6
deposition [1] 385/9
Describe [1] 351/3
described [1] 380/16
describing [1] 312/25
designations [1] 288/17
desire [1] 369/7
detective [2] 329/24 330/3
determine [1] 310/3
determining [2] 346/9 355/6
develop [1] 336/11
developments [2] 332/16 336/9
dialogue [2] 377/3 377/3
dialogues [2] 376/8 383/11
Diary [1] 373/17
did [92] 293/10 293/19 293/25 295/18 302/20 302/21 302/24 303/6 304/3 308/1 309/8 309/15 313/6 314/2 316/15 316/19 316/23 316/24 317/8 317/9 317/11 317/15 317/17 317/20 317/20 317/25 318/2 318/11 318/21 318/22 318/23 319/18 319/20 320/8 320/10 320/24 321/15 321/19 322/2 322/5 322/12 322/21 323/15 323/16 324/4 324/11 325/5 325/15 325/18 326/14 327/17 328/4 328/13 328/22 329/12 329/22 330/8 330/12 331/2 331/8 331/9 331/16 331/25 333/12 333/20 334/2 334/12 337/20 344/11

**D**

D-E-N-N-I-S [1] 342/6
D.C [5] 284/6 284/16 285/10 285/13 387/23
Dan [4] 287/14 287/14 297/8 340/25
Dance [3] 331/5 331/9 331/15
Daniel [4] 284/18 285/2 285/3 290/7
Darhansoff [1] 326/3
Dark [1] 329/2
databases [1] 292/20
date [2] 312/20 362/13
day [7] 290/19 341/3 349/23 372/22 372/22 377/3 377/3
days [2] 306/13 385/10
dcd.uscourts [1] 387/23
dcd.uscourts.gov [1] 285/14
deal [20] 288/2 306/16 307/15 307/16 316/25 316/25 317/1 317/2 320/20 320/22 320/22 322/20

325/13 335/7 338/14 339/8

cup [1] 341/4
curious [1] 321/18
current [2] 294/18 342/16

did... [23] 346/14 349/25
350/9 350/15 350/21 354/19
356/9 356/15 357/22 358/16
360/7 366/1 366/4 367/7
367/9 368/22 369/12 375/21
376/5 376/6 376/7 377/5
379/13
didn't [12] 322/17 323/14
330/10 330/11 330/17
330/25 330/25 331/11
331/12 356/17 368/7 380/17
different [16] 297/1 300/4
304/5 310/15 310/16 313/22
313/22 314/12 314/14
328/10 330/4 338/19 338/21
345/1 355/9 382/16
differentiate [1] 305/20
differentiation [1] 351/3
differently [2] 310/15 310/23
difficult [3] 292/14 292/16
295/24
diligence [3] 348/18 348/20
348/21
direct [8] 286/2 291/5 316/2
338/10 342/2 353/10 375/17
382/17
direction [2] 288/1 288/4
disadvantage [2] 365/18
380/25
disagree [4] 354/17 354/19
354/23 373/2
disclose [3] 298/25 299/1
299/3
discuss [2] 342/25 358/17
discussed [6] 289/12 290/8
350/4 350/4 367/8 377/18
discussing [1] 372/2
discussion [2] 348/18 366/12
discussions [1] 372/4
displayed [1] 300/5
distress [1] 329/25
distribute [2] 292/24 345/6
distribution [10] 292/15 327/3
335/16 336/6 342/21 382/2
382/4 382/12 382/14 382/17
DISTRICT [3] 284/1 284/1
284/10
division [2] 284/15 297/18
313/7
divisions [1] 297/21
do [147] 294/17 295/3 295/6
295/23 298/8 298/13 299/1
299/2 300/8 300/11 305/10
305/20 305/24 307/7 309/21
310/3 310/14 310/22 311/9
311/20 311/20 312/12
313/21 313/21 319/23
320/11 320/14 321/9 322/24
324/25 325/1 326/9 326/12
328/14 330/7 331/15 331/22
332/1 332/2 332/3 332/6
332/9 332/10 332/11 338/13
339/1 339/9 339/15 342/14
343/7 344/21 346/2 346/24
346/25 348/20 349/4 349/6
349/10 351/7 351/8 351/19
351/20 352/1 352/24 352/25
353/2 353/4 353/12 353/13

did... [23] 353/16 353/19
354/16 354/17 354/19
354/24 354/25 359/16 360/9
361/1 361/2 361/10 363/1
364/17 364/18 364/18
367/23 367/24 368/14
368/17 371/6 371/6 371/9
371/12 371/14 371/17
371/22 371/24 371/25 372/1
372/2 372/4 372/7 372/9
372/12 372/15 372/15
373/12 373/13 373/13
373/14 373/21 373/23 374/3
374/4 374/7 374/8 374/9
374/21 374/22 374/23 375/2
375/19 376/10 376/12
376/13 376/15 376/16
376/18 376/19 376/21
377/14 377/17 377/21
377/23 378/9 381/6 381/7
381/11 381/14 381/16 382/4
382/6 383/13 383/15 383/19
386/23
document [8] 349/12 350/25
351/10 354/10 356/20
357/16 357/23 362/3
documents [1] 384/16
does [12] 289/1 336/2 352/6
353/7 355/5 355/7 355/8
359/19 359/22 382/1 382/3
384/12
doesn't [3] 297/24 329/7
368/25
Dohle's [1] 299/23
doing [8] 299/22 322/14
322/19 330/5 330/23 331/20
352/21 362/17
dollar [1] 317/10
dollars [2] 304/23 337/16
dominates [1] 351/12
don't [48] 288/22 289/11
299/9 304/23 307/10 308/18
311/12 312/15 313/5 314/9
317/4 318/10 318/13 327/25
329/5 329/5 330/19 333/12
333/22 333/22 334/23 335/1
336/23 337/7 337/19 338/5
338/16 338/16 339/8 339/9
340/7 341/5 354/6 354/17
354/23 359/18 363/3 365/2
366/10 369/5 369/6 371/20
372/10 372/13 373/25 374/1
374/1 377/25
Donald [2] 328/1 328/17
done [12] 300/3 329/9
338/10 341/9 341/10 347/13
348/21 365/15 376/11
379/20 379/23 386/3
door [1] 315/9
double [1] 305/1
double-check [1] 305/1
Doubleday [20] 316/22
316/25 317/13 318/1 318/3
318/8 318/23 319/10 319/12
319/15 319/21 319/24 320/2
320/2 320/4 320/8 320/16
327/22 328/5 328/24
Doubleday's [1] 320/5
down [14] 299/17 309/25

315/4 316/18 323/4 323/4
340/10 341/4 341/13 347/14
353/8 355/1 374/23 385/6
downhearted [1] 323/4
draft [1] 348/12
dream [1] 322/18
dressed [1] 330/2
dried [1] 318/7
drive [1] 303/6
due [2] 359/18 365/15
duly [3] 290/22 315/21
341/21
during [10] 295/20 322/12
325/15 326/8 326/18 340/8
352/5 356/5 370/19 379/17

E

each [11] 293/12 296/12
296/14 296/20 296/21
296/24 297/18 297/22
298/23 339/18 357/20
early [1] 366/8
earn [2] 319/12 321/15
earned [1] 319/5
easily [1] 292/19
easy [1] 300/5
ebbs [3] 364/8 379/11
379/16
edit [1] 375/18
edited [2] 326/1 326/2
editing [1] 370/17
edition [1] 317/11
editor [20] 293/6 298/3 303/7
303/8 305/22 307/13 307/16
312/7 312/10 318/8 320/1
320/17 320/18 325/19
325/24 326/7 326/7 330/6
331/14 370/6
editorial [5] 350/16 351/18
352/24 382/24 382/25
editors [17] 293/17 293/20
293/23 293/24 293/25 294/9
294/24 295/8 295/12 298/19
299/15 311/14 311/22 312/1
324/8 370/9 376/9
education [1] 322/17
educational [1] 345/2
educations [1] 331/21
effect [2] 299/23 377/7
effective [1] 364/13
efficiencies [2] 288/2 369/15
efficiently [1] 299/25
effort [1] 298/13
efforts [3] 322/12 350/5
362/14
eight [10] 301/20 301/24
302/2 302/12 302/16 302/25
303/19 309/1 309/4 309/7
Eighth [1] 284/20
either [7] 289/14 311/22
312/21 317/18 327/25 334/8
338/10
Elaine [2] 320/18 320/20
elements [1] 292/21
else [4] 305/6 336/12 354/6
365/2
email [19] 311/22 345/21
347/23 348/1 348/4 348/7
348/13 356/23 366/16

315/18 323/4 367/5 367/17
371/12 372/2 374/20 374/23
375/10 375/13
emails [1] 345/18
embodied [1] 289/11
employ [1] 312/7
employed [1] 342/7
employee [1] 330/6
end [10] 298/19 308/1 313/6
322/25 323/2 323/3 327/22
352/23 356/15 386/8
ended [1] 313/7
ends [2] 357/9 359/9
England [1] 333/13
enjoyed [1] 322/19
enough [16] 298/11 298/11
324/2 332/2 333/9 334/11
363/23 364/8 364/16 375/19
375/21 380/9 383/16 383/19
383/20 384/23
enter [1] 367/7
entered [1] 365/24
entertainment [1] 325/22
enthusiasm [1] 339/21
enthusiastic [1] 324/17
entities [1] 348/25
entitled [1] 387/20
entrenched [1] 339/10
envy [1] 337/19
equal [1] 323/20
equipped [1] 364/24
error [1] 370/12
errors [1] 348/9
especially [1] 351/15
Esquire [14] 284/12 284/12
284/13 284/14 284/14
284/14 284/18 284/14
284/19 285/2 285/2 285/3
285/6 285/9
established [1] 362/1
estimate [5] 381/17 381/19
384/19 384/21 384/22
estimated [1] 347/8
et [2] 284/6 287/5
et al [1] 287/5
EULAU [13] 286/9 341/15
341/20 342/6 345/9 369/15
369/17 369/23 369/25 372/7
374/19 375/10 382/23
even [3] 295/15 328/24
365/10
eventually [5] 293/15 324/10
329/9 333/8 333/13
ever [7] 321/18 321/19 370/5
370/6 370/8 371/1 377/18
every [4] 310/17 311/16
330/2 335/23
everyone [3] 288/11 354/6
387/11
everything [2] 329/5 353/2
everywhere [2] 327/2 327/6
evidence [11] 300/20 300/24
346/16 346/20 349/16
349/20 358/25 359/4 367/11
367/15 375/8
exact [1] 366/10
exactly [3] 307/25 333/3
381/13
examination [11] 291/5 297/6

**E**

examination... [9] 308/23
311/2 315/7 316/2 341/16
342/2 369/21 382/21 385/21
examined [3] 290/22 315/21
341/21
example [11] 313/25 345/13
358/6 365/21 370/19 373/7
373/23 376/13 382/1 383/17
384/4
examples [2] 292/2 292/12
exceeds [1] 346/24
exchange [1] 348/1
exclusive [5] 302/17 305/16
305/21 305/23 306/7
exclusively [1] 306/4 306/15
exclusives [2] 302/25 306/20
excuse [4] 323/3 325/18
372/7 380/20
executive [5] 342/15 343/17
349/22 350/12 372/21
executives [1] 383/11
exhibit [20] 300/2 300/15
300/20 301/4 301/15 308/25
312/23 313/5 345/5 345/17
355/1 356/23 357/7 371/11
374/11 374/12 374/20 375/5
377/25 378/1
exhibits [3] 286/13 286/19
288/18
existing [1] 306/14
expand [1] 377/11
expanded [1] 377/12
expects [1] 361/9
expenses [1] 324/24
experience [14] 291/15
293/22 293/25 294/4 295/13
295/17 298/1 305/12 305/12
309/22 349/11 351/21 352/9
383/21
experienced [2] 293/3 295/20
experiences [1] 293/1
expert [1] 350/14
expertise [1] 295/14
explosion [1] 336/18
expression [1] 307/12
extent [2] 298/20 377/15
external [3] 297/16 298/14
299/7
extraordinary [1] 341/2
extremely [3] 314/2 333/18
334/7

**F**

Face [1] 331/6
facilities [1] 384/1
fact [4] 335/16 361/16
363/13 364/10
fair [15] 298/11 298/11
349/11 349/23 350/20
353/21 354/8 361/23 361/24
362/2 374/1 374/2 375/25
376/22 381/17
fairly [1] 365/10
fall [3] 312/25 363/24 384/7
familiar [8] 339/11 339/14
344/12 344/13 355/2 372/22
373/16 373/18
famous [1] 333/16

fam [2] 320/22 321/7
fantastic [1] 337/17
fantastical [1] 328/8
fantasy [1] 318/19
far [7] 318/14 322/18 324/4
327/15 332/15 341/4 386/2
farm [1] 354/21
faster [1] 300/6
father [1] 333/16
feed [1] 287/21
feedback [1] 312/9
feeds [1] 361/13
feel [2] 301/4 319/24
felt [2] 323/4 324/19
few [6] 291/10 293/1 300/9
305/13 360/1 379/22
fewer [6] 293/24 293/25
334/20 334/21 334/24
334/25
fiction [1] 330/24
fictional [1] 336/19
Fifth [1] 284/16
fill [1] 339/2
film [1] 336/7
final [1] 301/22
finance [3] 322/17 370/3
371/6
financial [8] 331/16 342/10
343/20 345/9 360/2 360/5
370/15 372/19
financially [1] 354/22
financials [1] 342/17
find [10] 295/12 300/5
315/14 334/11 357/4 371/16
379/15 379/17 380/9 381/18
finding [2] 294/15 357/6
fine [7] 289/9 290/5 307/10
315/16 331/20 338/11
340/14
finite [1] 364/3 364/6
firm [3] 327/5 356/24 357/3
first [43] 287/25 288/14
289/4 290/22 291/11 292/9
292/15 292/16 292/23
293/13 294/10 294/12
294/14 294/25 298/3 301/11
313/25 315/21 316/15 317/3
319/3 320/2 320/20 323/18
326/2 327/20 327/21 341/2
341/21 345/15 345/17 348/5
351/1 351/10 351/10 353/10
355/18 356/23 359/7 363/13
366/22 371/16 385/17
Fishbein [5] 285/6 286/11
287/17 383/13 383/17
fit [7] 305/23 311/17 324/8
330/11 331/11 331/11
331/12
Fitzgerald [1] 326/24
five [17] 298/17 302/16
302/24 303/20 304/7 307/25
319/19 328/7 338/9 338/11
338/18 338/18 338/22 339/3
344/22 370/19 370/21
flip [1] 345/25
Floor [1] 284/20
FLORENCE [1] 284/9
flow [1] 379/11
flows [2] 364/9 379/16

focused [1] 336/23
follow [9] 297/11 300/7
301/12 305/17 311/12
372/10 376/10 377/14
385/22
followed [1] 351/13 351/14
following [5] 287/1 306/9
311/4 331/23 331/24
follows [3] 290/23 315/22
341/22
followup [1] 314/24
font [3] 349/4 349/9 349/13
foregoing [1] 387/18
forgive [1] 307/14 313/5
form [1] 331/14
former [2] 309/12 347/16
fortunate [1] 331/23
forward [6] 295/21 295/25
296/4 315/17 324/16 353/18
found [2] 293/23 357/11
four [4] 304/5 307/25 335/6
339/3
fourth [1] 351/14
frame [2] 322/24 356/5
free [1] 301/4
freelance [1] 316/13
frequently [1] 292/23
front [5] 313/5 345/14 350/25
371/11 371/13
frontlist [5] 359/15 359/20
361/8 361/13 361/17
fulfill [2] 328/23 379/4
full [2] 322/19 334/13
full-time [2] 322/19 334/13
fully [1] 288/20
function [1] 371/6
functions [1] 342/21
further [4] 310/8 313/18
314/18 385/5
future [2] 361/9 369/17
FX [1] 337/18

**G**

gain [2] 353/11 353/14
gained [1] 312/18
gap [1] 339/2
gave [2] 302/25 357/17
gears [2] 333/24 362/5
gee [1] 318/8
general [5] 297/12 311/10
343/14 354/8 377/2
generally [4] 292/19 306/13
347/9 352/11
generate [3] 310/14 311/7
336/8
genre [3] 354/7 377/8 377/9
genres [2] 332/17 377/5
gentlemanly [1] 340/1
Germany [1] 380/1
get [37] 290/17 296/4 296/25
297/1 299/24 310/19 311/24
311/25 312/9 312/12 312/15
313/4 313/13 316/10 324/23
329/5 329/6 329/7 330/25
333/6 335/1 335/21 336/8
353/2 356/19 358/12 363/13
363/17 363/23 365/9 368/25
369/25 376/16 379/21
379/22 384/5 387/3
gets [1] 335/24

Ghosts [1] 333/10
give [10] 288/10 292/2 300/2
306/13 307/9 326/4 326/5
383/17 383/20 385/21
given [6] 288/1 288/3 295/3
301/4 361/7 379/14
glad [4] 324/3 326/4 326/5
333/19
global [1] 346/1
glorious [1] 341/3
go [26] 289/8 295/21 296/6
303/17 309/16 320/2 321/19
324/3 324/18 328/4 328/18
329/22 330/18 330/22 331/9
331/17 334/24 337/10
343/12 344/3 351/9 352/7
357/23 359/8 362/19 387/13
goals [1] 293/17
God [1] 339/25
goes [7] 314/12 335/7 335/7
336/24 363/13 364/21 374/2
going [43] 288/7 288/15
291/10 295/25 297/1 298/12
300/2 301/12 301/13 310/13
310/14 310/18 311/5 313/1
313/4 313/21 314/13 318/13
318/14 324/14 327/3 327/5
327/6 335/25 339/17 339/24
339/25 339/25 340/5 340/17
340/20 340/23 345/15
353/18 354/20 356/24
365/13 369/13 374/10
374/13 377/25 386/14 387/3
gold [1] 337/11
gone [3] 291/13 323/7
330/21
good [37] 287/2 287/3
287/11 287/12 287/16
287/20 290/24 290/25 291/3
291/7 291/8 295/9 297/8
297/9 311/17 311/24 311/25
314/14 315/17 316/4 316/5
319/9 323/24 324/8 325/3
337/22 338/8 340/6 340/12
340/15 340/16 340/25
341/18 342/4 353/5 369/23
387/2
got [3] 330/25 358/14 360/4
gotten [2] 332/22 337/1
government [10] 315/5
341/14 372/5 372/16 374/24
375/11 376/3 377/24 379/3
385/7
grabby [1] 329/5
Graham [3] 325/20 325/24
326/6
Grant [3] 328/1 328/1 328/17
great [8] 320/19 327/4 327/5
331/25 331/25 338/6 339/8
350/19
greater [1] 300/10
Greene [2] 323/13 326/5
Grey [3] 336/4 355/17
355/24
gross [2] 359/15 361/4
group [2] 293/6 311/14
groups [1] 330/21

**G**

growing [1] 324/10
growth [1] 361/4
guarantee [1] 294/15
guess [4] 296/10 332/13
341/8 364/6
Guild [2] 332/4 334/12
gun [5] 327/23 328/11
328/13 329/2 330/3
guy [2] 328/9 330/2

**H**

Hachette [6] 314/2 344/17
347/4 347/11 351/5 351/14
had [45] 289/13 292/7 300/3
304/5 317/2 317/3 318/7
318/18 320/16 320/19 322/8
323/19 324/9 324/13 324/14
325/3 325/13 326/22 326/23
327/2 327/2 328/9 330/2
333/11 333/23 334/7 337/2
338/4 348/1 348/24 350/16
357/12 358/15 358/17
358/20 359/21 366/11 370/6
370/8 373/1 380/21 380/25
385/2 385/4 387/10
hadn't [1] 320/19
halfway [1] 374/23
hand [6] 290/20 300/15
302/2 315/18 341/19 374/12
handle [3] 315/6 341/16
364/24
handy [1] 309/11
hang [1] 338/9
happen [4] 330/14 330/15
339/25 384/10
happened [6] 293/12 324/15
328/22 333/15 337/25 377/9
happening [1] 383/12
happens [6] 311/24 337/22
337/23 337/24 338/15 373/6
happiest [1] 337/23
happy [4] 325/1 331/15
337/23 337/23
hard [14] 319/3 321/3 323/5
328/15 329/14 329/21
329/24 330/5 330/12 330/15
330/22 331/2 378/7 378/8
Harper [8] 292/10 309/12
309/13 344/17 347/4 347/10
351/5 351/13
has [37] 288/12 291/12
291/15 291/23 295/21
297/15 299/22 303/14
305/13 314/1 314/10 325/24
326/1 332/25 333/17 336/13
336/17 337/4 337/8 339/12
349/3 356/15 360/16 364/7
365/3 368/15 373/25 376/11
376/13 376/16 376/19 379/2
379/6 380/9 380/13 385/12
385/12
hasn't [1] 337/2
have [206] 288/1 288/3
288/11 288/14 288/15
288/19 288/21 289/19 291/1
291/13 291/23 292/3 292/7
292/7 292/13 292/17 292/23
293/2 293/4 294/5 294/6
295/17 295/20 296/1 296/2
296/3 296/22 296/23 296/24
296/25 298/4 298/14 298/15
298/18 299/7 299/8 299/19
299/23 300/3 300/3 300/9
301/4 305/14 306/1 306/6
306/13 308/14 308/18
309/21 310/8 310/10 311/10
311/12 312/4 312/6 312/23
313/5 313/13 313/20 314/9
314/15 316/8 316/23 317/17
320/11 320/11 320/12
320/13 320/14 322/17
323/23 324/24 324/25
325/18 327/8 327/10 327/14
328/13 332/12 332/19
332/21 333/20 334/5 334/16
334/20 334/23 335/13
335/16 335/18 335/18 336/6
336/7 336/20 336/22 337/2
337/11 337/13 338/13 338/13
338/20 338/23 339/1 339/8
339/9 339/17 340/23 341/5
341/8 342/11 342/19 343/3
343/9 344/6 344/12 345/5
345/16 346/2 347/13 347/21
348/8 352/2 352/5 352/20
353/11 353/15 354/3 354/23
356/7 356/14 356/21 356/22
357/6 357/11 357/12 359/11
361/16 361/25 362/16 363/9
364/4 364/11 364/13 364/14
364/15 364/21 365/8 365/15
366/15 366/16 368/7 369/5
369/6 369/14 369/16 370/2
370/5 370/6 370/8 370/10
370/12 370/20 370/22
370/23 370/25 371/1 371/2
371/3 371/5 371/10 371/12
371/19 371/22 371/25 373/4
373/7 373/8 374/1 374/5
376/8 376/20 377/18 377/21
378/9 379/20 379/23 380/12
380/21 380/23 380/25
381/14 382/15 382/18
382/19 383/8 383/14 383/19
383/20 385/5 385/9 385/10
385/21 386/6
having [15] 290/22 293/25
296/11 315/21 318/6 341/21
345/18 353/5 353/17 353/20
353/23 363/5 373/23 379/3
383/11
HBO [1] 336/23
he [33] 315/13 315/13 316/9
318/20 318/21 320/20 322/4
322/5 323/6 323/9 323/11
323/14 323/15 323/15
323/16 323/18 323/19
323/23 323/25 326/2 328/18
333/4 333/5 333/6 333/9
333/10 333/12 333/20
373/10 373/12 373/14
373/23 373/25
he's [4] 333/23 344/1 373/11
373/21
head [1] 307/8
hear [6] 299/13 341/11

heard [4] 299/19 329/3
344/12 373/7
hearing [1] 290/14
heart [1] 331/24
held [2] 342/11 370/2
Hellen [1] 318/16
Hello [1] 369/24
help [4] 327/23 357/4 358/9
366/12
helped [1] 358/12 358/15
helpful [2] 359/10 385/23
helps [1] 353/5
Hemingway [1] 326/24
her [12] 292/9 292/10 347/16
349/23 349/25 350/4 350/5
350/14 350/22 354/19
375/18 375/21
here [21] 287/22 289/15
290/15 290/17 309/1 309/1
314/5 327/24 333/24 339/2
347/3 348/20 352/13 360/8
360/15 367/8 369/14 371/17
371/19 374/13 387/11
Here's [1] 300/19
hereby [1] 387/18
heroic [1] 329/25
high [9] 295/19 303/14
342/23 350/2 351/17 352/12
352/16 352/20 361/22
high-level [2] 342/23 350/2
higher [7] 292/1 296/20
312/18 382/7 382/8 382/9
382/12
highest [7] 298/16 304/14
304/17 307/20 307/22
313/12 385/2
highlight [1] 360/15
highlighted [2] 300/4 301/9
highlighting [1] 309/11
highlights [2] 360/3 360/5
Hill [1] 333/5
Hillstrom [1] 333/4
him [8] 316/8 318/17 318/19
321/20 337/18 337/19
337/22 373/14
hire [2] 317/20 317/25
his [5] 316/8 328/18 333/3
333/16 344/9
histories [1] 383/5
history [3] 332/2 343/13
352/20
hit [1] 338/24
holiday [1] 384/4
home [2] 294/15 295/9
homes [1] 295/12
Honor [39] 287/3 287/12
287/25 290/7 290/13 291/3
300/16 300/20 308/18
308/22 310/8 311/1 313/18
314/23 315/1 315/4 315/5
315/11 315/15 338/9 341/14
342/1 343/25 345/6 346/15
349/15 358/24 359/2 367/10
369/13 374/12 375/4 382/19
385/8 385/16 385/20 386/9
387/9 387/14
Honor's [2] 288/1 311/4
honorable [2] 284/4 326/23

hooray [1] 333/18
Hoover [1] 336/3
hope [3] 310/17 319/13
385/9
hopefully [1] 319/7
hoping [1] 387/8
horror [1] 318/18
Houghton [1] 309/12
hour [4] 386/11 386/12
386/17 386/18
house [59] 284/19 285/3
287/13 292/9 292/12 293/6
293/9 293/14 294/7 294/9
295/24 296/11 296/15
296/18 296/19 297/10
297/14 297/19 298/2 298/13
298/17 298/21 298/22 299/2
299/4 299/8 299/9 299/15
299/21 301/21 302/3 302/9
304/7 304/13 304/17 304/22
305/22 309/5 309/8 309/16
310/1 310/2 310/5 313/8
319/16 321/5 339/12 339/18
341/1 344/16 347/4 347/10
351/5 353/18 353/21 367/20
368/9 375/24 386/22
houses [9] 295/8 295/12
296/16 296/25 296/22
296/23 297/1 353/10 353/14
how [29] 288/2 293/19
294/17 294/21 296/7 307/7
308/1 309/4 309/4 309/18
311/10 312/21 313/6 321/9
328/13 337/19 338/3 345/9
347/6 347/8 371/3 372/13
376/11 379/2 381/7 382/4
382/6 386/3 386/10
How's [1] 386/22
However [1] 289/2
Hubbard [1] 292/9
huckster [1] 328/19
huge [3] 335/18 336/20
336/25
Hulu [1] 336/23
hundred [3] 337/15 368/3
381/10
hundreds [1] 334/6
hunger [1] 336/25
hungry [1] 337/3
hurt [1] 330/25
husband [1] 339/17
hybrid [1] 312/22

**I**

I'm [28] 296/6 297/8 303/3
303/17 316/8 316/13 316/20
321/18 325/12 327/25
328/13 333/19 337/22
340/19 343/25 353/19 363/7
363/10 364/6 365/8 371/22
373/6 373/22 377/12 382/8
382/11 386/3 386/16
I've [3] 301/9 317/10 329/3
I-N-D-E-X [1] 285/15
idea [1] 339/19
ideally [2] 291/19 310/17
identification [1] 374/11
identified [2] 306/19 335/13
identify [2] 298/5 312/24

396

**I**

identity [1] 297/25
idiosyncratic [1] 334/7
idolized [1] 326/25
Ilhan [1] 284/12
illustrations [1] 328/16
imagine [1] 303/7
impact [3] 293/20 294/22
363/20
impacted [1] 295/6
important [14] 296/22 353/17
353/21 353/24 353/25 362/9
362/11 362/12 362/15
362/16 363/5 363/8 369/8
369/11
impossible [1] 339/4
imprint [7] 296/18 296/19
302/23 309/5 309/8 309/18
311/16
imprints [26] 293/16 293/23
295/8 296/11 296/13 297/15
297/19 297/21 298/2 298/3
298/13 298/20 298/22 299/9
299/10 299/17 299/20
299/21 304/6 310/4 311/11
311/19 334/6 339/12 353/11
353/14
improve [1] 313/13
incentivize [1] 303/14
include [9] 294/9 294/10
294/13 296/9 302/20 302/24
342/16 362/7 382/1
including [2] 294/18 380/14
income [1] 347/1
increase [2] 337/4 337/8
independent [10] 294/11
294/19 295/2 296/9 314/1
321/7 334/21 334/24 351/6
376/17
indications [1] 367/19
indies [2] 330/21 334/22
industry [11] 293/2 293/10
294/5 296/10 332/16 339/16
344/14 350/17 354/10 352/22
360/16 373/10 380/18 381/4
381/8 381/19 383/21 385/3
industry-leading [2] 360/16
381/4
information [7] 300/1 358/3
358/10 358/11 358/12
358/14 381/9
initial [4] 298/18 313/14
318/22 358/4
input [2] 343/4 346/12
instance [1] 304/12
instances [3] 306/5 312/10
352/6
instead [1] 376/20
interest [6] 303/9 307/12
310/20 310/20 311/13 313/4
interested [3] 296/19 298/19
298/21
interesting [3] 332/12 336/12
336/13
interim [1] 323/14
internal [7] 298/12 299/8
310/2 310/4 346/23 359/9
360/2
internally [1] 297/15

international [1] 380/11
internationally [2] 379/23
379/25
interrupt [1] 303/17
investment [1] 361/8
involved [2] 299/6 301/21
is [200] 287/4 287/9 287/18
287/21 288/7 288/10 290/15
290/17 291/20 291/21 292/8
292/13 292/18 295/14
297/11 297/18 298/3 298/5
298/17 300/3 301/5 301/16
301/20 302/6 302/7 305/9
305/22 306/2 308/3 308/13
309/12 309/19 309/21
309/22 310/2 310/13 310/14
310/15 310/18 311/5 311/9
311/10 312/4 312/6 312/9
312/18 314/13 315/9 316/9
316/13 319/15 321/5 321/6
321/15 325/6 325/6 325/9
326/17 329/3 329/4 330/9
331/13 332/12 333/4 334/3
334/14 334/16 335/11 335/23
335/25 336/3 336/14 336/20
336/25 337/16 338/8 338/11
338/20 339/19 339/24
340/13 340/23 341/5 342/9
342/11 342/21 343/2 343/10
343/15 343/21 343/25 344/6
345/13 345/17 345/19 346/9
346/22 346/23 347/3 347/6
347/12 347/21 347/24 348/1
348/16 349/23 351/11
351/12 351/14 352/5 352/17
352/20 353/17 353/21
353/22 353/23 353/25 354/1
354/14 355/13 355/15
356/14 356/23 356/25 357/3
357/8 357/16 359/12 359/23
360/8 360/12 360/15 360/16
361/13 361/13 361/16
361/22 362/6 362/9 362/12
362/17 362/22 363/2 363/5
363/14 365/9 365/18 365/25
366/6 366/13 366/16 366/22
366/23 366/23 367/18 368/8
370/13 370/15 370/16
370/18 371/16 371/17
372/21 373/10 373/10
373/19 374/2 374/20 375/10
375/12 375/13 375/13
375/14 375/15 375/25
376/22 377/1 378/3 378/5
378/12 378/14 378/20
378/25 379/1 379/11 380/16
381/10 381/12 381/17
382/12 384/1 384/7 384/14
384/19 385/8 385/17 385/21
386/2 386/10 387/18
isn't [3] 347/18 362/10
363/15
issue [1] 363/22
issues [7] 288/6 342/23
350/2 364/8 369/16 379/16
380/18
it [204] 288/9 288/19 290/3
290/8 291/23 292/13 294/2
294/2 294/8 295/7 295/11

295/16 295/20 296/2 296/6
296/24 298/5 298/16 300/3
300/4 300/6 301/20 302/23
303/8 303/14 303/15 305/22
306/2 306/3 307/11 307/22
308/1 308/2 308/6 308/13
308/14 310/21 311/6 311/11
311/14 311/16 311/21
312/13 312/18 312/24 313/7
313/10 314/2 314/2 314/7
315/11 317/6 317/7 317/8
317/13 317/17 318/2 318/3
318/16 319/5 319/23 320/13
322/9 322/15 322/21 323/22
323/24 324/1 324/15 324/19
325/4 325/6 325/8 325/10
325/14 327/22 327/23
327/25 328/5 328/6 328/8
328/10 328/15 328/24 329/4
329/4 329/9 329/10 329/10
329/12 329/13 329/14 330/7
330/8 330/11 330/15 330/17
330/24 331/15 331/22
331/25 331/25 331/25 333/3
333/14 334/5 334/10 334/12
334/16 335/7 336/2 336/15
337/23 337/24 337/25
338/21 339/19 339/21 340/1
341/11 344/6 346/5 347/13
347/19 348/17 349/10
349/19 350/8 351/1 352/23
353/2 353/7 353/10 353/22
354/15 354/20 355/4 355/7
355/8 356/4 356/4 356/4
356/9 356/20 356/21 356/22
357/11 358/18 359/11
359/22 360/4 362/10 364/4
364/8 365/18 366/15 367/3
368/11 368/22 368/24
368/25 369/10 369/11
370/18 371/10 371/16
371/17 372/3 372/16 372/18
372/25 373/6 374/3 375/12
375/13 375/14 375/14
375/22 376/22 377/2 377/2
377/11 378/8 378/14 379/1
379/5 379/16 379/22 380/16
380/17 381/17 382/3 382/7
382/25 384/7 384/10 384/14
384/23 385/10 385/10
385/12 385/23 386/8 387/7
it's [69] 288/25 290/19
292/16 292/20 292/23 296/1
296/22 296/25 300/2 302/12
304/11 305/9 309/6 310/6
327/25 329/6 335/11 336/12
336/13 336/15 337/1 337/1
337/21 337/22 337/25
338/19 339/4 339/5 339/6
339/25 345/15 346/6 349/11
352/11 353/9 354/11 355/6
355/15 355/22 356/24 357/7
357/24 359/8 360/2 362/11
362/12 362/16 363/8 364/4
364/10 371/11 372/5 373/20
373/22 374/12 381/9 381/9
381/10 381/19 381/24
382/23 382/25 384/21 386/4
386/5 386/11 386/15 386/19

Italy [1] 380/1
items [1] 334/17
its [8] 297/15 341/14 354/2
366/2 367/19 368/19 380/24
385/7
itself [1] 314/8

**J**

Jeff [2] 337/20 373/17
Jeffrey [1] 284/13
job [15] 342/9 342/11 343/13
346/8 350/8 355/3 362/6
370/1 370/13 370/13 370/15
370/16 382/23 382/25 383/1
jobs [5] 364/16 365/6 365/12
365/15 368/16
Joe [4] 333/5 333/11 333/14
333/19
John [3] 284/12 287/8
337/20
joined [1] 348/25
joint [4] 288/10 288/12
288/13 288/21
Jonathan [2] 342/15 372/25
Joseph [1] 333/4
judge [4] 284/10 297/12
300/6 311/5
judge's [2] 313/1 314/21
jury [1] 315/13
just [46] 287/20 288/23
292/12 295/10 299/21
302/25 303/24 305/1 306/1
306/19 311/15 312/15 318/8
318/13 326/24 327/5 327/22
328/8 333/18 334/16 335/7
335/14 337/18 337/18
340/17 340/20 345/25 347/1
352/4 360/23 369/25 370/19
373/9 375/15 375/23 376/8
377/8 378/12 379/5 380/3
381/11 381/22 383/1 386/6
386/16 387/2
Justice [1] 284/15

**K**

Karp [6] 342/15 344/9 357/20
357/24 372/18 372/25
keep [5] 298/12 323/24
338/14 339/12 365/10
Kensington [1] 385/11
KGAA [1] 284/6
Kid [2] 329/20 373/17
kids [1] 331/20
kids' [1] 322/17
Kim [1] 284/12
kind [11] 295/13 311/20
325/6 328/7 329/23 329/25
330/23 331/13 332/13
363/17 381/17
KING [11] 286/7 315/6 315/9
315/20 316/4 316/13 321/18
333/4 340/13 340/15 340/25
King's [1] 315/12
Kinney [1] 373/17
Kirby [6] 317/24 318/17
319/22 319/23 320/2 323/8
knew [2] 318/17 326/5
Knopf [1] 304/6
know [58] 288/25 290/3

**K**

know... [56] 295/12 298/19
299/6 307/7 311/11 312/2
314/6 314/8 316/9 318/12
318/13 322/13 323/14 324/5
325/12 326/12 326/24 329/1
329/24 330/1 330/19 333/22
334/10 334/11 334/15
335/11 336/3 336/23 337/19
338/5 338/23 347/1 349/7
357/10 364/7 365/2 366/10
372/7 372/13 372/15 372/16
373/9 373/10 373/12 373/13
373/14 373/21 373/23 374/4
376/13 376/16 376/18
376/19 377/21 383/16
385/15
knowledge [5] 333/22 350/16
374/2 383/19 383/20
known [2] 351/12 351/18
Ko [1] 292/11
Koster [2] 320/18 320/20

**L**

lack [1] 365/16
Lady [1] 292/9
laid [1] 293/17
Lakeside [2] 378/24 378/25
landscape [1] 351/4
languished [1] 318/13
large [7] 351/4 364/16 365/6
365/10 365/12 379/14 383/4
largely [1] 294/24
larger [11] 291/18 291/21
292/3 292/8 292/24 296/13
354/22 364/11 368/8 373/3
384/2
largest [2] 347/11 351/13
last [8] 300/9 313/6 354/11
364/7 370/19 370/21 379/22
386/1
late [1] 362/22
later [5] 293/8 318/1 318/2
328/23 385/21
laughed [2] 320/6 321/20
lay [1] 299/15
layoffs [2] 293/12 293/13
leader [1] 346/1
leading [4] 343/24 360/16
381/4 384/4
leagues [1] 335/4
learn [1] 335/5
learned [1] 366/8
least [6] 296/14 297/12 327/9
327/11 332/16 333/2
leave [1] 324/2
left [3] 348/17 361/3 361/6
lengthy [2] 357/7 385/18
less [1] 294/3
let [14] 290/2 305/1 306/20
309/11 327/7 335/14 346/22
357/10 362/5 366/12 371/10
374/10 377/24 385/15
let's [9] 312/12 329/18
333/24 334/8 338/19 354/10
370/19 386/14 387/10
letter [1] 288/12
letters [4] 349/4 349/9
349/13 353/9

level [13] 293/20 309/18 323/8
325/21 336/1 338/15 342/23
350/2
levels [1] 339/16
Lewis [1] 373/7
Lexington [1] 285/7
Library [3] 320/17 321/1
321/2
Licht [6] 284/14 286/5 287/9
291/3 297/3 314/24
light [2] 375/23 375/25
lightning [3] 336/2 336/5
338/6
like [29] 288/23 293/1 293/19
299/25 300/14 301/11
305/17 312/25 319/24 320/1
320/1 323/22 324/21 326/24
330/1 333/7 334/14 334/22
335/4 335/8 336/3 337/25
338/20 340/1 349/25 356/19
363/2 376/5 386/8
liked [1] 328/17
likely [6] 296/25 297/1
351/17 352/12 352/16
352/19
limit [2] 295/7 295/14
limitations [3] 336/10 364/14
379/19
limited [6] 325/9 325/11
364/1 364/5 364/6 379/22
line [2] 329/23 334/14
LionTree [7] 356/24 357/3
358/9 358/15 358/18 358/21
360/7
Lisa [3] 284/14 287/9 292/11
list [6] 299/25 300/8 308/15
324/13 336/24 355/6
listed [1] 351/2
lists [2] 360/5 371/7
literally [1] 334/6
literary [7] 293/19 295/17
310/3 318/16 331/7 331/14
363/14
Lithgow [1] 337/20
little [13] 288/19 299/24
323/1 323/3 323/4 333/7
336/18 336/18 337/16
339/19 343/12 353/8 384/15
live [1] 334/11
living [1] 322/18
LLP [4] 284/19 285/3 285/6
285/9
logged [1] 387/3
logistics [2] 385/9 386/2
long [5] 289/8 326/23 331/12
331/13 386/10
longer [1] 288/20
look [10] 317/3 334/22
345/13 351/10 354/10
356/19 357/7 360/23 377/17
377/25
looked [3] 375/23 375/23
384/16
looking [4] 308/25 313/21
352/10 377/15
looks [2] 375/14 386/8
Los [1] 284/21
lose [1] 362/22
loses [1] 371/7

lost [2] 361/24 365/14
lot [20] 300/6 306/1 310/14
310/19 312/18 317/14 318/7
318/18 319/20 319/24
324/22 326/25 329/4 330/21
335/3 335/8 338/6 338/7
379/23 379/24
love [2] 330/23 341/3
loved [2] 325/2 325/23
lowball [1] 320/3
lower [5] 353/8 361/3 361/6
361/16 361/25
loyalty [2] 319/25 322/8
LSC [12] 364/20 364/23
365/3 365/25 366/3 366/5
366/24 367/8 369/8 378/23
379/6 380/10
lunch [3] 386/16 386/16
386/23
luncheon [1] 387/1

**M**

Macmillan [3] 344/17 351/5
351/14
made [10] 294/2 309/5 309/7
309/17 313/14 320/23
332/19 339/12 351/11
375/18
magazines [2] 333/7 335/9
main [8] 347/18 350/8
370/13 370/13 370/15
370/16 382/23 383/1
major [8] 322/15 333/10
354/22 356/6 356/16 356/18
364/21 377/16
majority [2] 384/12 384/14
majors [1] 335/3
make [14] 287/21 288/20
290/2 295/24 298/13 300/4
306/16 322/12 330/12
334/14 335/15 337/14
375/22 379/20
makes [3] 295/11 296/24
325/14
making [1] 294/6 323/20
343/2
man [5] 320/5 320/6 324/6
337/17 337/21
management [8] 357/10
357/16 358/18 361/9 372/17
375/22 375/25 384/24
manager [2] 323/13 343/14
managers [1] 346/10
mandates [1] 293/16
manufacturing [1] 342/20
manuscripts [1] 337/5
many [16] 297/14 297/14
299/22 309/4 309/4 309/18
311/11 321/9 338/1 338/3
338/17 338/25 368/12 371/3
371/19 380/4
margin [6] 346/24 382/7
382/8 382/9 382/12 382/12
margins [10] 347/6 360/16
381/3 381/4 381/7 381/21
381/24 382/4 384/17 385/2
mark [2] 374/10 375/19
marked [5] 345/15 347/21
366/16 374/11 374/19
market [7] 306/17 306/18

351/13 362/18
marketing [3] 353/3 353/5
362/13
marketplace [1] 339/7
markets [1] 318/7
mask [1] 315/25
MATELSON [3] 286/10
341/16 341/25
material [1] 349/8
materialized [2] 356/3 356/8
materials [1] 356/25
matter [4] 297/13 310/6
355/23 387/20
matters [3] 287/23 290/6
290/11
Max [1] 336/23
maximize [1] 353/5
may [34] 288/9 289/17
289/21 291/2 295/4 295/24
296/4 297/3 298/8 300/16
300/20 303/3 303/9 311/13
311/19 312/14 315/2 325/18
335/13 338/10 340/10
341/13 341/25 345/5 348/2
370/12 371/18 371/23
371/25 372/1 372/3 374/15
374/21 385/7
May 6 [1] 374/21
maybe [9] 293/16 294/11
311/13 318/9 327/22 336/2
336/12 337/15 337/16
McCauley [7] 317/24 317/25
318/17 319/18 320/14 322/2
323/6
me [39] 287/9 287/18 292/2
296/8 298/3 298/15 305/1
306/3 306/20 307/14 309/11
313/5 313/5 318/14 319/25
323/3 324/9 325/18 327/7
327/24 328/22 330/25
335/14 336/12 336/13
337/23 346/22 348/18
357/10 358/1 362/5 366/12
371/10 372/7 374/10 377/24
380/20 383/5 385/15
mean [14] 295/9 297/18
299/1 326/12 326/17 329/7
330/17 353/19 363/7 364/6
373/9 375/21 376/7 379/13
meaning [2] 313/12 339/5
means [1] 336/25
meant [1] 326/18
meanwhile [1] 314/1
media [5] 335/20 336/9
337/4 337/5 337/6
meeting [2] 320/7 345/18
Megan [2] 284/19 287/14
Mel [3] 287/9 315/6 316/4
Melville [1] 292/9
Melvin [1] 284/13
member [4] 332/4 332/5
332/6 332/7
memo [2] 371/11 371/16
memory [3] 301/5 371/22
371/25
men [1] 329/25
mention [2] 292/5 359/18
mentioned [8] 347/15 360/8

mentioned... [6] 360/15
362/5 377/4 382/23 383/11
384/19
mentioning [3] 327/7 360/19
380/11
merged [2] 293/17 308/14
merger [11] 293/8 295/7
296/2 296/9 299/13 299/15
336/11 338/15 339/2 339/13
348/21
mergers [5] 293/2 293/3
293/11 294/4 323/19
merging [1] 293/22
met [1] 357/20
methodology [1] 312/21
Michael [2] 328/16 373/7
middle [1] 367/18
Mifflin [1] 309/12
might [17] 310/10 310/19
312/4 312/9 312/10 312/12
314/15 325/19 330/22
336/11 337/14 339/17
339/20 355/16 357/6 368/8
379/14
million [4] 320/5 320/21
321/20 323/22
mind [7] 311/10 311/12
316/6 317/4 322/15 334/13
350/17
mine [2] 296/17 320/18
mingles [1] 336/15
minimalist [1] 337/14
minor [1] 335/4
minute [4] 298/1 340/5 357/6
387/3
minutes [3] 338/10 338/11
385/17
Mirror [1] 321/2
miss [1] 362/12
mission [1] 295/3
misspoken [1] 325/18
mix [6] 295/2 296/16 296/23
297/16 298/18 372/15
modest [3] 292/17 292/23
295/22
mold [2] 330/11 331/12
Moldow [1] 325/20
moment [3] 287/21 290/20
341/18
Monarch [1] 330/19
money [8] 319/12 322/17
323/20 324/19 330/12
332/23 334/11 337/19
month [2] 379/14 379/17
more [48] 291/24 292/16
292/23 294/2 295/11 295/15
295/24 296/12 296/23
296/24 296/25 296/25
299/25 301/7 301/24 302/13
303/10 303/11 303/19
308/19 309/2 309/18 310/10
310/10 310/20 311/5 311/7
311/7 311/9 311/13 324/22
327/17 332/12 334/15
334/19 337/16 341/4 346/22
354/22 355/20 356/5 365/19
372/22 377/2 377/10 383/7
383/25 385/18

morning [2] 284/14 287/1
287/3 287/11 287/12 287/16
287/20 287/24 290/8 290/24
290/25 291/3 291/7 291/8
297/8 297/9 315/17 316/4
316/5 340/12 340/15 340/16
340/25 341/18 342/4 369/23
387/11
mortgage [1] 322/16
Mossman [1] 287/18
most [10] 327/11 327/13
351/17 352/12 352/16
352/17 352/19 364/19
365/12 378/14
mostly [4] 336/5 354/7 378/7
381/9
move [9] 292/14 296/4
300/20 329/18 346/15 353/8
354/21 358/24 373/2
moved [8] 292/3 292/7
292/10 292/11 326/3 369/8
373/12 373/24
movie [5] 317/7 317/9 317/10
317/11 333/18
moving [1] 360/18
MP [1] 357/8
MR [5] 286/6 286/8 286/10
286/11 290/8
Mr. [36] 299/23 303/4 303/17
315/9 315/12 316/4 317/25
319/18 320/14 321/18 322/2
323/6 340/13 340/15 340/23
340/25 341/25 344/9 345/9
357/20 357/24 366/20
366/24 367/18 369/15
369/17 369/23 369/25 372/7
372/7 372/18 374/19 375/10
382/23 383/13 383/17
Mr. Bakish [3] 366/20 366/24
367/18
Mr. Dohle's [1] 299/23
Mr. Eulau [9] 345/9 369/15
369/17 369/23 369/25 372/7
374/19 375/10 382/23
Mr. Fishbein [2] 383/13
383/17
Mr. Karp [4] 344/9 357/20
357/24 372/18
Mr. King [6] 315/9 316/4
321/18 340/13 340/15
340/25
Mr. King's [1] 315/12
Mr. Matelson [1] 341/25
Mr. McCauley [5] 317/25
319/18 320/14 322/2 323/6
Mr. Petrocelli [3] 303/4
303/17 340/23
Mr. Reidy [1] 372/7
MS [1] 286/5
Ms. [34] 290/15 290/18
290/24 291/7 297/3 297/4
297/8 301/2 305/15 308/13
308/20 308/25 310/7 314/24
315/2 325/24 348/2 349/7
349/12 350/11 351/21
354/14 354/17 354/24
366/23 367/2 367/17 367/25
371/17 372/4 374/21 374/24
375/17 386/6

Ms. Graham [1] 325/24
Ms. Licht [2] 293/7 314/24
Ms. Pande [13] 290/15
290/18 290/24 291/7 297/4
297/8 301/2 305/15 308/13
308/20 308/25 310/7 315/2
Ms. Reidy [17] 348/2 349/7
349/12 350/11 351/21
354/14 354/17 354/24
366/23 367/2 367/17 367/25
371/12 372/2 374/21 374/24
375/17
much [11] 290/5 301/14
310/7 310/20 315/3 320/1
331/1 337/19 341/10 341/12
364/7
multiple [10] 303/5 303/6
307/11 307/18 307/24
307/25 308/6 308/7 313/7
349/23
muscular [1] 327/5
must [2] 320/13 329/4
MWA [2] 332/8 332/12
my [70] 287/21 291/15
292/11 293/22 293/24 294/2
294/10 294/16 294/25 295/9
295/10 295/15 295/20 296/1
298/1 300/7 305/1 305/12
305/12 307/8 309/22 309/22
310/25 312/1 314/4 314/4
314/24 316/13 318/8 318/20
320/1 320/17 322/15 323/13
323/14 324/6 325/8 326/3
326/6 326/7 326/7 329/4
333/1 333/3 333/16 333/22
334/4 334/12 334/22 336/14
338/10 339/25 344/6 350/8
350/13 352/4 352/9 352/9
355/15 356/9 356/9 356/17
356/17 369/13 370/15
371/16 376/5 382/25 383/1
383/20
Myers [2] 284/19 285/3
myself [3] 287/14 325/12
371/17
mysteries [1] 332/6
mystery [3] 332/7 332/18
332/20

**N**

name [14] 292/5 292/8 298/6
299/1 301/2 316/9 316/12
316/13 333/2 333/3 333/4
333/4 333/16 342/4
named [5] 318/16 320/6
337/17 343/12 343/14
namely [1] 379/3
names [1] 298/25
Nan [3] 325/20 326/1 326/6
near [1] 327/22
necessarily [3] 314/10 329/5
329/7
necessary [1] 289/11
need [11] 287/20 290/18
305/20 316/10 318/9 318/10
318/12 362/19 363/25
377/25 385/14
needs [5] 289/11 362/24
364/25 368/25 379/4

quadrate [7] 316/14 316/23
319/18 322/5 323/16 323/18
338/21
negotiated [2] 307/12 320/15
negotiating [1] 320/5
negotiations [1] 325/16
neighborhood [1] 321/11
Nelson [1] 287/19
nestor [5] 285/12 285/14
387/21 387/21 387/23
Netflix [1] 336/22
network [4] 327/3 335/18
336/6 336/6
networks [3] 336/19 336/19
337/11
never [7] 317/10 322/15
324/15 329/3 356/3 356/8
368/4
new [16] 285/4 285/4 285/7
285/7 290/19 320/17 321/1
321/2 332/20 333/20 334/23
339/1 339/6 354/15 362/13
365/24
newcomers [2] 294/11
294/13
newspapers [1] 332/9
next [17] 291/14 291/18
291/21 291/23 307/14
312/16 315/5 315/9 328/11
329/18 341/14 347/20
347/20 354/20 366/13 385/7
385/8
next-door [1] 315/9
Night [3] 318/5 319/3 319/20
Ninth [1] 285/10
no [47] 284/3 290/13 298/18
299/18 300/3 300/22 305/6
305/12 305/13 310/6 310/8
311/1 312/6 313/18 314/22
315/1 316/24 317/10 317/19
318/2 318/10 318/15 320/10
321/11 322/8 324/13 326/11
326/18 326/19 328/3 330/16
338/11 340/1 341/8 346/18
349/18 355/15 359/2 367/13
370/4 370/7 371/20 371/21
373/1 375/6 377/20 381/2
No. [10] 287/4 302/5 307/17
307/23 308/3 308/5 308/8
308/10 313/3 313/15
No. 13 [1] 307/17
No. 16 [1] 302/5
No. 18 [2] 307/23 308/3
No. 21-2886 [1] 287/4
No. 25 [2] 313/3 313/15
No. 26 [1] 308/5
No. 38 [1] 308/8
No. 39 [1] 308/10
non [4] 326/14 329/18 374/6
379/8
non-Bertelsmann [1] 379/8
non-Big [3] 326/14 329/18
374/6
none [4] 301/21 301/25
302/13 304/9
Noni [1] 287/19
normally [1] 349/10
Northwest [2] 284/16 285/10
Norton [1] 373/15

**N**

not [114]  289/1 289/8 290/12
295/18 295/18 295/21 296/4
296/19 296/20 298/8 299/14
299/16 301/5 303/15 303/24
304/3 304/12 305/9 305/13
307/8 309/7 309/15 311/13
312/17 314/6 314/10 314/15
316/24 317/17 318/11
318/19 320/10 321/7 321/11
323/24 327/5 328/2 328/21
329/10 329/14 333/12
333/22 335/23 336/12
338/13 339/1 339/21 339/25
343/6 350/6 352/6 353/19
354/19 354/19 354/19
354/25 355/5 355/8 355/13
355/15 356/9 356/9 356/15
363/7 364/6 364/16 365/8
365/12 365/14 367/21 368/1
369/7 370/10 370/18 370/22
370/25 371/2 371/5 371/9
371/15 371/24 372/1 372/4
372/9 372/12 372/15 372/15
373/6 373/13 373/13 373/22
374/3 374/7 374/9 376/12
376/15 376/18 376/21
377/17 377/23 378/18 379/1
380/23 381/10 381/10
381/12 381/16 382/18
382/23 382/25 383/1 386/2
386/3 387/9
note [2]  340/3 351/11
noted [1]  288/25
notes [2]  305/1 371/17
nothing [1]  385/5
notice [1]  362/25
notified [1]  288/12
novel [2]  318/4 318/5
novellas [2]  331/4 331/13
novels [3]  318/3 332/21
337/18
now [44]  303/23 306/12
306/19 307/3 307/6 309/19
312/25 319/15 321/5 321/6
327/17 335/11 335/20 336/2
338/18 339/16 344/12
345/17 347/14 347/17
347/23 349/3 350/25 351/9
353/8 355/2 356/23 360/12
360/18 365/15 365/24 366/5
372/5 376/3 376/10 377/14
378/24 380/19 384/19 386/4
386/5 386/17 386/19 386/24
nowhere [1]  336/5
number [22]  293/20 295/8
297/19 299/8 301/14 304/23
311/10 311/12 311/25
312/24 314/20 335/5 333/20
334/21 337/4 337/8 337/13
356/12 357/9 359/9 369/14
379/15
numbered [1]  357/24 359/8
numbers [5]  292/24 302/25
307/9 359/18 360/19
NW [2]  285/13 387/22

**O**

O'Melveny [2]  284/19 285/3

oath [5]  290/22 315/21
340/18 340/21 341/21
object [1]  289/15
objection [15]  288/22 289/8
300/3 300/21 300/22 346/17
346/18 349/17 349/18 359/1
359/2 367/12 367/13 375/5
375/6
objections [1]  289/7
obligation [1]  328/23
observation [1]  352/9
observations [1]  352/4
observe [3]  352/2 383/8
383/12
observed [4]  292/13 350/23
352/5 356/14
obviously [1]  324/17
occasion [4]  304/3 304/16
327/20 328/12
occupation [1]  316/6
off [7]  293/17 299/15 303/15
307/8 315/25 339/23 367/3
offer [11]  296/17 298/16
303/10 303/15 313/13
313/14 321/20 324/16
349/15 367/10 375/4
offered [5]  302/22 320/4
324/19 324/21 383/18
offering [4]  302/9 312/18
313/12 314/9
offers [12]  291/10 296/25
296/25 303/13 307/19
307/25 307/25 308/7 312/3
312/21 313/7 358/4
offhand [1]  321/11
office [1]  293/14
officer [7]  341/15 342/10
342/10 342/15 343/20
349/22 350/12
Official [2]  285/12 387/22
often [9]  291/15 343/6
349/23 350/6 354/20 363/16
372/13 384/5 384/7
oh [3]  318/10 330/13 339/25
OI [1]  347/1
okay [66]  288/5 288/8 289/9
298/8 298/11 298/25 299/5
299/12 299/17 299/19
299/24 300/14 301/5 301/11
301/15 302/8 302/12 303/16
303/23 303/24 304/25
306/19 306/21 307/23 308/3
308/12 311/18 313/11
313/17 315/8 315/24 318/22
319/9 319/15 321/13 326/14
327/25 328/10 328/11 331/1
332/2 343/7 347/14 347/22
350/7 353/23 354/17 355/24
356/7 356/22 359/11 359/14
360/4 360/18 366/15 372/21
373/1 373/16 374/4 376/10
377/14 384/23 385/16 386/5
386/23 387/5
old [2]  318/18 337/21
old-time [1]  318/18
older [1]  333/3
once [5]  295/20 303/25
336/20 336/22 368/13

one [48]  288/22 291/9
291/12 291/19 291/25 292/8
292/20 297/15 298/2 298/2
299/7 299/20 300/19 302/20
304/16 305/6 307/12 307/20
307/20 307/22 309/10
309/10 310/10 313/3 315/12
316/25 317/2 318/12 325/12
327/17 331/5 331/6 332/12
333/2 333/17 333/20 334/4
334/8 334/20 334/20 335/10
335/16 337/16 341/3 346/22
352/15 352/15 354/14
355/16 357/1 357/7 357/19
358/6 360/8 360/18 362/5
362/12 362/15 362/24
365/18 368/7 369/10 377/2
378/12 380/14 384/11
384/16 386/1
one-book [2]  316/25 317/2
one-color [2]  362/24 384/11
ones [10]  293/5 306/1 306/2
306/22 318/13 319/1 327/14
333/8 365/5 373/3
only [17]  288/19 288/21
296/14 299/4 303/25 305/6
307/12 309/23 314/6 325/12
325/12 329/14 330/6 338/17
338/25 374/12 375/18
open [1]  356/20
opened [2]  336/20 356/11
operating [3]  341/15 342/10
347/1
operation [1]  381/25
operations [5]  343/18 370/3
372/20 381/22 381/23
opinion [5]  356/9 356/9
356/17 383/20 383/22
opinions [1]  383/18
Oppenheimer [2]  284/18
287/14
opportunity [4]  306/14 312/5
314/5 314/10
opposed [1]  331/9
option [6]  302/17 305/24
306/3 306/10 306/12 317/2
optioned [1]  337/3
options [3]  289/20 302/25
314/15
order [6]  289/12 289/24
298/12 298/15 299/24
303/10
org [1]  345/25
organization [2]  350/19
375/24
other [56]  290/11 296/12
296/14 296/15 296/20
296/21 296/24 297/22 298/3
298/8 298/10 298/20 298/20
298/23 299/1 299/2 300/1
302/2 303/9 303/20 306/21
306/25 310/15 312/2 313/23
318/12 320/15 320/25 323/21
324/4 324/11 326/9 327/18
328/25 330/20 333/8 334/9
336/9 336/22 337/4 337/9
339/18 345/1 345/10 351/4
354/2 354/5 368/9 369/14
372/21 372/22 378/9 381/7

others [5]  332/13 337/24
356/25 366/17 383/25
otherwise [2]  302/17 314/15
ought [1]  331/19
our [11]  288/11 347/1 351/15
355/15 364/14 366/7 366/12
385/8 386/16 386/21 386/23
ours [1]  385/21
out [42]  288/11 288/15 296/8
298/16 306/1 306/19 307/3
307/6 310/18 310/21 311/7
311/11 311/14 311/16 319/5
319/25 320/6 321/15 334/9
335/11 335/21 336/5 336/8
349/8 353/2 355/18 355/24
362/18 362/19 363/3 363/13
364/11 364/15 365/10 379/2
379/5 379/6 379/22 380/3
385/10 385/14 386/1
outcry [1]  329/2
outside [6]  296/22 298/21
299/3 299/9 340/13 370/2
over [12]  298/19 301/6
306/22 312/6 336/14 341/3
341/4 344/10 356/4 368/19
379/22 380/21
overall [4]  293/23 295/6
295/7 295/15
overlapped [1]  293/16
overseas [2]  365/15 365/18
overseeing [1]  342/16
oversight [1]  370/15
overview [1]  351/2
own [2]  368/19 380/20
owned [3]  378/16 378/19
378/25
owns [1]  367/20

**P**

p.m [2]  387/1 387/15
package [1]  345/22
page [18]  286/13 286/19
289/3 345/17 346/22 347/6
348/5 348/5 348/13 353/9
354/11 356/23 357/23
360/18 361/3 366/23 367/17
371/15
pages [1]  360/1
paid [6]  322/20 331/20
331/21 337/9 337/18 337/18
PAN [1]  284/9
PANDE [16]  286/4 290/15
290/18 290/21 290/24 291/7
297/4 297/8 301/2 301/2
305/15 308/13 308/20
308/25 310/7 315/2
paper [2]  329/7 378/7
paperback [9]  319/2 320/16
321/3 321/3 329/9 329/12
329/13 329/21 330/18
paperbacks [1]  329/23
paragraph [5]  353/9 354/10
354/11 367/18 372/6
parent [1]  348/25
part [15]  292/7 293/14
319/15 321/5 321/6 330/20
331/16 332/7 346/8 354/15
355/3 359/23 368/8 371/6
382/10

400

P

parted [1] 323/9
participants [1] 298/6
participated [1] 371/1
particular [9] 305/23 311/12
313/24 326/18 326/20 330/9
334/19 354/2 371/21
particularly [1] 335/24
parties [12] 288/1 288/11
288/14 288/15 288/16
288/20 289/6 289/14 290/2
300/1 300/8 310/11
parting [1] 324/2
party [10] 288/25 318/16
318/17 344/1 382/1 382/4
382/12 382/14 382/17
385/13
pass [3] 297/4 340/3 369/19
passing [1] 347/16
past [1] 345/25
pause [2] 287/20 369/13
pay [5] 309/24 314/7 320/21
322/16 335/17
paying [1] 319/22
payment [1] 355/6
payments [4] 351/17 352/12
352/16 352/20
peers [1] 344/20
pen [3] 332/5 333/2 333/3
PENGUIN [48] 284/19 285/3
287/13 292/11 293/8 294/6
294/9 295/24 296/15 296/18
296/18 297/10 297/14
297/19 298/2 298/13 298/21
298/22 299/2 299/4 299/8
299/9 299/14 299/21 301/21
302/2 302/8 304/6 304/12
304/17 304/22 309/5 309/8
309/16 310/1 310/2 310/5
313/8 319/15 321/5 339/11
341/1 344/16 347/3 347/10
351/4 367/20 368/9
people [9] 313/20 324/16
325/2 326/23 326/25 329/3
330/23 334/7 338/25
percent [6] 324/23 324/23
324/24 367/21 368/3 381/10
percentage [3] 359/15
359/19 359/24
Perfect [1] 386/5
performance [3] 345/10
347/9 360/25
Perhaps [1] 331/19
period [4] 306/12 306/17
322/12 327/22
periodicals [2] 332/9 332/15
periods [1] 379/19
permitted [1] 339/13
Perry [2] 337/17 337/21
person [5] 289/7 289/16
289/18 289/21 320/20
personally [1] 371/3
Pet [1] 328/22
Petrocelli [8] 284/18 286/6
287/15 297/8 303/4 303/17
340/23 341/1
phase [1] 357/1
phone [3] 311/22 333/17
363/13

phones [1] 333/18
photo [1] 372/17
phrase [2] 353/1 381/4
picked [3] 307/20 319/25
337/13
picture [2] 330/2 357/24
piecing [1] 381/9
pile [1] 319/25
pitch [1] 330/24
place [3] 336/16 339/2 365/4
Plaintiff [2] 284/4 284/12
PLAINTIFF'S [6] 286/13
346/20 349/20 359/4 367/15
371/11
plan [1] 324/9
planned [4] 290/4 324/13
324/14 362/13
plans [2] 299/14 299/16
platform [1] 335/22
play [3] 331/16 386/17 387/8
played [3] 385/19 386/7
387/6
players [2] 338/23 381/7
playing [1] 386/15
please [9] 287/6 288/9 291/1
315/17 315/18 316/7 316/12
342/5 347/21
pleased [2] 333/15 333/15
pleasure [1] 341/11
poach [1] 335/10
pockets [1] 335/17
podium [1] 287/6
point [20] 314/5 320/23
322/2 322/10 322/21 323/6
323/8 323/12 323/16 323/19
324/14 325/4 331/2 331/22
333/12 337/1 366/10 377/2
378/19 379/16
pointed [1] 306/1
points [1] 385/23
popular [1] 333/18
portion [9] 378/2 385/12
385/13 385/17 385/18 386/9
386/10 386/17 387/4
ports [1] 365/22
position [3] 326/5 338/17
370/8
positions [2] 370/2 370/6
positive [6] 312/9 375/19
375/21 375/23 375/24
375/25
possible [9] 290/3 294/15
298/15 298/16 301/14
310/21 311/17 314/7 314/7
possibly [1] 310/21
post [1] 299/15
potential [7] 320/19 325/15
356/2 357/17 357/20 358/3
385/1
potentially [2] 368/19 368/21
poverty [1] 334/14
practice [3] 296/10 298/5
311/10
predecessor [1] 344/10
predominantly [1] 378/8
preempt [12] 302/18 302/20
303/5 303/6 306/7 312/5
312/9 312/10 312/12 312/13
312/15 312/17

preemptive [1] 303/13
preempts [4] 302/24 303/1
305/16 306/20
prefer [1] 289/22
preference [2] 291/15 291/21
prefers [1] 315/15
preliminary [3] 287/23 290/6
290/11
preparing [1] 349/8
present [1] 358/10
presentation [14] 346/1
346/4 346/6 346/13 349/8
357/10 357/16 357/21 358/2
358/18 359/9 372/17 374/24
375/22
presented [2] 346/9 358/7
presenters [1] 357/25
president [2] 343/14 343/17
press [7] 304/6 321/4 322/8
323/4 327/21 333/13 365/11
presses [1] 326/15
pretrial [2] 289/3 289/5
pretty [3] 313/3 325/3 339/10
previous [1] 294/4
previously [2] 306/22 329/1
PRH [5] 304/3 304/5 308/14
319/15 351/12
price [5] 303/6 303/11 337/5
337/9 355/6
prices [1] 380/25
pricing [2] 355/2 355/4
primarily [1] 337/12 366/6
369/15
print [8] 328/25 362/24 363/9
363/10 364/16 365/8 365/15
366/3
printed [3] 379/15 379/21
384/3
printer [11] 362/22 364/16
366/6 368/15 369/1 379/8
379/24 380/3 380/20 380/24
381/1
printers [10] 364/12 364/19
364/22 364/24 365/7 365/10
365/13 379/15 380/2 380/5
printing [32] 362/7 362/9
362/17 363/5 363/9 363/19
363/23 364/1 364/14 365/18
365/19 365/24 366/18
366/24 367/7 367/22 368/1
368/8 368/12 368/18 369/4
377/24 378/2 378/12 378/16
379/10 380/9 380/14 383/24
384/1 384/11 384/12
prints [2] 368/12 378/10
prioritize [4] 368/15 368/19
380/20 380/20
probably [9] 288/19 294/10
320/3 321/11 322/25 328/15
335/25 338/5 340/13
problem [2] 380/21 380/25
proceed [3] 291/2 297/3
341/25
proceedings [3] 287/1 289/10
387/19
process [7] 289/1 289/3
289/5 289/9 298/14 298/22
355/2

production [1] 362/6
professional [1] 345/2
profit [1] 346/24
progress [1] 288/11
project [5] 298/2 310/13
348/17 357/8 357/13
projected [3] 323/23 360/25
361/4
projections [1] 360/20
projects [3] 293/24 294/1
294/16
promise [1] 339/11
promoted [1] 343/17
promoting [1] 291/25
promotion [1] 324/25
pronouncing [1] 301/2
properties [1] 354/15
property [1] 337/2
proportion [1] 361/19
proposal [1] 304/5
proposed [5] 288/13 295/4
295/7 295/23 375/18
prospective [1] 292/20
proven [1] 314/10
proves [1] 354/1
provide [2] 289/1 358/3
provided [6] 297/16 300/1
346/12 356/25 358/19
360/20
provides [1] 306/12
providing [1] 300/8
PS [1] 333/14
public [9] 381/9 381/12
385/12 385/17 386/2 386/8
386/20 386/21 386/25
publication [3] 296/5 329/18
362/13
publications [2] 332/16
381/20
publicity [5] 324/25 335/18
335/19 336/7 362/14
publish [22] 291/14 291/17
291/18 291/21 291/25 295/13
295/18 295/25 314/6 316/15
316/19 328/22 328/25
330/10 332/9 332/20 333/14
351/6 353/2 355/11 363/21
374/6 377/22
published [27] 291/11 291/12
292/9 313/25 317/11 318/23
321/9 326/15 326/23 327/8
327/10 327/17 327/21
327/23 329/20 331/3 331/4
333/4 333/9 353/12 353/15
354/3 363/11 373/14 373/21
374/5 376/17
publisher [36] 291/13 291/14
291/18 291/22 292/3 292/4
292/24 306/3 306/4 306/14
309/19 314/1 314/5 316/21
320/9 320/25 321/3 321/8
323/17 328/1 328/2 329/21
331/3 331/15 331/17 332/22
332/23 335/24 335/25 339/7
352/7 354/1 354/22 370/6
373/12 380/19
publishers [67] 292/8 292/8
292/14 292/20 293/3 294/12

401

**P**

publishers... [61] 294/14
295/2 296/9 296/24 297/24
298/20 302/23 305/6 309/23
312/19 312/20 313/12
313/13 320/15 321/10 322/5
322/22 324/4 324/11 324/13
326/10 326/14 327/18
330/18 333/11 334/9 334/17
334/21 334/22 335/10
335/15 336/6 338/18 338/22
339/1 339/23 344/19 344/22
345/11 347/11 347/17 351/4
351/6 351/22 354/12 354/21
361/22 368/9 368/12 370/8
372/6 372/7 372/13 372/25
373/3 373/5 374/6 376/9
377/15 377/16 382/16
publishes [1] 373/14
publishing [64] 291/25
292/14 293/2 293/10 293/14
294/5 295/8 295/12 295/21
296/11 298/17 305/22 322/6
330/21 333/14 336/17
343/15 344/7 344/14 344/23
344/25 345/2 345/3 346/2
347/12 348/16 350/14
350/22 351/1 351/11 351/18
352/24 353/1 353/10 353/14
353/18 353/21 355/10
355/13 355/16 355/19 356/3
356/10 356/11 356/12
356/15 370/17 373/9 373/24
375/24 376/11 376/22 377/1
377/3 377/5 377/9 377/10
377/13 377/14 377/18 382/5
382/13 382/17 383/18
purpose [1] 358/2
pursuant [1] 302/17
pursued [1] 376/19
put [6] 309/25 322/16 328/19
329/1 335/22 365/6
PX529 [2] 345/15 346/15
PX530 [2] 347/21 349/15
PX663 [2] 356/20 358/24
PX682 [3] 366/14 366/16
367/10

**Q**

Quad [7] 366/6 366/7 366/8
367/19 378/3 378/14 378/16
quantities [1] 379/15
quantity [3] 365/6 365/12
378/20
question [14] 288/2 294/20
297/12 303/3 310/10 311/4
313/1 314/21 314/25 344/6
353/20 371/16 375/19 382/6
questioning [2] 310/25
369/14
questions [17] 291/10 293/1
300/7 301/11 303/23 310/8
310/11 310/25 313/18
314/18 340/24 341/5 358/15
358/20 369/14 369/18
371/10
quite [1] 303/13
quote [2] 312/1 328/9
quote/unquote [2] 312/1

**R**

Rachel [1] 287/18
raise [6] 289/7 290/20
315/18 341/19 369/4 380/24
ran [1] 350/19
Randall [1] 284/18
RANDOM [49] 284/19 285/3
287/13 292/11 293/6 293/8
294/7 294/9 295/24 296/15
296/18 296/18 297/10
297/14 297/19 298/2 298/13
298/21 298/22 299/2 299/4
299/8 299/9 299/14 299/21
301/21 302/3 302/9 304/6
304/12 304/17 304/22 309/5
309/8 309/16 310/1 310/2
310/5 313/8 319/15 321/5
339/11 341/1 344/16 347/4
347/10 351/5 367/20 368/9
Randy [1] 287/14
range [4] 302/22 312/19
312/20 365/9
rarely [2] 332/23 354/14
rate [1] 322/14
rates [4] 361/17 361/19
361/22 361/25
rather [1] 365/14
ratios [1] 382/16
Raymond [1] 335/8
reach [3] 327/1 327/3 339/21
reached [5] 288/1 288/11
288/15 320/19 333/13
reaction [4] 311/23 311/24
311/25 329/4
read [9] 284/12 287/8 329/4
329/10 332/11 332/12 348/8
351/11 352/10
readers [1] 362/21
reading [4] 351/7 361/11
367/23 371/25
reads [4] 351/2 353/10
360/24 361/7
ready [4] 385/16 387/4 387/5
387/9
real [2] 323/25 341/11
realized [1] 327/3
really [11] 314/8 320/3
322/15 323/14 330/4 335/24
338/17 339/20 356/3 356/8
369/15
realtime [1] 287/21
reason [13] 326/20 330/9
335/1 352/15 352/15 352/19
362/12 362/15 368/7 369/8
369/11 373/2 380/17
reasons [4] 306/6 310/19
330/9 369/10
recall [17] 300/8 321/9
321/13 322/24 324/12 326/9
327/15 327/20 327/25
328/12 329/19 332/15
348/20 371/17 371/20 372/2
372/4
recalled [1] 369/17
receive [4] 294/22 295/19
317/9 317/15
received [14] 288/21 296/17
300/24 307/11 307/19

307/20 307/20 321/7 339/7
346/20 349/20 359/4 367/15
375/8
receiving [5] 322/10 322/13
371/17 371/20 371/23
recent [4] 305/12 361/1
361/7 376/11
recess [3] 340/11 387/1
387/15
recollection [3] 320/11
320/12 320/14
record [11] 287/7 301/13
302/16 305/16 316/6 316/9
316/10 325/3 326/23 331/19
342/5
recourse [1] 333/16
RECROSS [2] 286/2 311/2
redirect [5] 286/2 308/21
308/23 341/8 382/21
reduced [1] 295/1
reduction [1] 293/23
refer [1] 301/14
referred [1] 348/20
referring [5] 307/3 314/20
347/3 379/25 380/2
refers [5] 344/16 347/1
352/23 353/1 357/13
refreshed [1] 360/9
regarded [1] 351/21
Reidy [22] 344/10 347/16
348/2 349/7 349/12 349/22
350/11 351/21 354/14
354/17 354/24 366/17
366/23 367/2 367/17 367/25
371/12 372/2 372/7 374/21
374/24 375/17
relate [1] 369/15
relevant [1] 336/10
reliable [2] 384/21 384/23
relies [1] 364/19
rely [1] 365/5
remain [3] 290/19 315/18
341/18
remaining [1] 307/6
remember [7] 307/10 307/25
309/10 333/8 333/11 339/22
381/6
remind [2] 340/17 340/20
rent [1] 331/20
reopen [6] 386/18 386/20
386/21 386/24 387/10
387/11 387/12 387/13
repeat [4] 294/20 344/6
353/19 382/11
replenish [1] 363/2
replenished [1] 361/10
report [4] 332/15 342/14
342/15 384/23
reported [3] 285/12 344/9
381/19
Reporter [2] 285/12 387/22
represent [4] 292/3 295/4
297/10 341/1
reprint [2] 362/17 362/20
reputation [7] 328/9 334/23
350/22 353/17 353/20
353/23 353/25

353/15
required [6] 289/6 295/14
305/24 306/3 351/17 352/13
requires [1] 288/22
requiring [1] 289/8
resources [1] 291/24
respect [8] 301/20 304/11
305/15 306/9 307/6 309/7
322/5 332/17
responded [1] 348/12
response [1] 314/20
responses [1] 349/4
responsibilities [4] 342/16
342/19 362/6 370/1
responsibility [1] 350/8
responsible [2] 346/8 372/19
restaurant [1] 320/7
result [2] 293/11 293/18
resulted [2] 308/6 308/7
resume [3] 386/17 386/19
386/20
retailers [1] 361/20
retired [2] 321/22 323/11
retro [1] 329/24
return [4] 361/17 361/19
361/22 361/25
returned [1] 361/20
revenue [1] 360/13
revenues [1] 361/4
review [4] 333/7 355/4 355/4
358/17
reviewed [4] 346/12 348/12
367/2 371/19
reviewers [1] 335/21
Rich [1] 331/14
ridiculous [1] 339/19
right [142] 290/18 290/20
297/16 297/19 299/17
302/24 304/9 304/23 305/4
306/17 308/3 311/5 311/7
312/13 315/10 315/11
315/18 322/20 325/9 338/18
340/4 340/12 340/22 341/17
341/19 342/12 342/21
342/24 343/2 343/10 343/15
343/21 344/3 344/17 344/20
345/19 345/21 346/6 346/12
347/4 347/12 347/18 347/23
347/24 348/4 348/10 348/15
350/12 350/17 350/23
351/23 351/25 352/3 352/17
352/21 353/15 353/18
353/24 354/4 354/24 355/18
356/8 356/16 357/1 357/13
357/18 357/25 358/2 358/4
358/10 358/19 359/14
360/16 360/21 360/24
361/14 362/1 362/7 362/14
362/18 362/21 362/22
362/25 363/3 363/9 364/5
364/12 364/15 364/17
364/18 364/25 365/7 365/14
365/16 365/19 365/25 366/6
366/12 366/16 366/18
366/25 368/10 368/13
368/16 368/20 368/23 369/2
369/11 369/20 372/18 374/1

402

**R**

right... [27] 375/6 375/13
376/5 377/1 377/6 378/3
378/14 378/21 379/11
381/12 382/24 383/3 383/9
383/14 383/19 384/1 384/6
384/17 384/19 384/21
384/24 385/3 385/7 385/15
386/24 387/2 387/4
rights [3] 320/16 321/4
370/21
ringing [1] 339/23
Riverhead [1] 304/6
RMR [2] 285/12 387/21
road [1] 322/6
Robert [4] 320/6 321/19
321/19 321/22
robin [1] 302/13
romance [6] 318/16 355/17
377/1 377/8 377/9 377/13
room [2] 315/14 328/19
rooms [2] 328/20 328/20
round [7] 293/13 294/10
294/12 294/14 294/25
302/13 313/10
row [1] 336/21
royalties [5] 317/9 319/7
321/16 323/23 324/23
royalty [1] 330/25
Rudzin [2] 285/2 287/13
rule [2] 296/14 344/2
Rule 611 [1] 344/2
rules [2] 310/2 310/4
run [3] 334/7 361/8 363/3
runner [2] 305/10 305/14
rush [1] 337/11
Ryan [2] 285/9 287/18

**S**

said [24] 289/13 310/18
313/15 318/8 318/10 318/20
319/23 319/24 320/2 324/7
330/7 355/22 370/12 373/1
373/1 376/4 376/25 377/7
378/1 378/14 379/10 383/2
383/13 385/1
sale [1] 357/13
Salem's [2] 317/14 319/20
sales [21] 292/16 292/19
292/22 293/15 310/14
328/20 342/19 349/25 353/3
353/5 353/6 359/12 359/15
359/20 359/20 360/20
362/22 363/24 369/1 370/2
383/5
salespeople [1] 327/2
salvage [1] 339/15
same [17] 291/14 296/11
306/2 308/6 308/9 308/11
314/9 336/17 338/14 339/18
352/23 354/3 354/10 364/17
365/3 375/13 385/1
Sara [3] 284/14 287/9 291/3
satisfied [1] 322/9
saw [6] 293/12 293/16
350/14 356/2 369/11 370/11
say [27] 296/12 298/25
304/23 311/6 312/12 322/13
325/10 326/12 332/14 334/8

337/7 337/8 338/3 339/1
339/17 345/21 348/9 348/10
349/11 364/13 370/15
370/19 374/1 376/22 379/25
380/2 381/17
saying [6] 289/15 317/4
338/23 339/6 361/13 372/18
says [5] 348/17 351/1 354/14
354/20 375/18
Scanlon [2] 284/14 287/9
scary [1] 328/9
schedule [1] 385/4
SCHUSTER [82] 285/7
294/7 294/19 295/24 299/20
301/22 301/25 302/9 303/25
304/13 304/16 305/9 305/14
307/16 308/14 324/7 339/12
341/16 342/8 342/17 342/21
343/2 343/9 343/18 343/21
344/17 345/10 346/1 346/4
347/10 350/12 350/19 352/3
352/6 353/24 355/3 355/5
355/14 357/4 357/10 357/14
357/17 358/4 358/9 359/20
360/16 362/10 362/24 363/6
363/19 363/21 364/19
364/24 365/6 365/24 366/2
366/5 367/7 367/25 368/25
369/8 370/2 370/5 370/14
371/7 372/8 372/14 372/23
376/14 376/19 377/21 378/9
378/12 379/2 380/9 380/13
380/21 382/15 383/7 384/12
385/2 385/2
Schuster's [11] 344/20
347/17 351/22 360/12 361/7
364/10 368/20 368/23
379/21 381/23 384/17
Schwarz [5] 284/13 286/8
287/10 315/6 316/4
Scott [1] 326/24
screen [2] 300/5 337/12
Scribner [14] 324/8 324/12
324/16 325/16 325/19
325/24 326/2 326/9 326/22
327/9 327/10 327/11 327/14
331/10
SE [2] 284/6 287/5
seal [1] 385/14
season [2] 384/4 384/7
seated [3] 291/1 315/23
341/23
second [9] 292/10 304/14
306/2 317/3 317/3 317/13
317/14 360/24 366/23
section [2] 360/24 361/6
secure [1] 303/10
see [31] 288/23 293/10
322/12 338/24 346/24 348/8
348/11 348/17 349/5 351/7
351/19 352/24 353/12
354/11 354/15 359/16
359/17 360/10 361/1 361/10
367/23 371/19 374/21
374/23 375/2 375/19 376/8
377/15 382/7 384/8 386/14
seeking [1] 366/24
seem [2] 318/9 356/17
seemed [4] 328/8 355/19

seems [3] 337/25 356/4
364/3
seen [5] 295/17 299/23
317/10 356/7 360/25
segment [1] 378/12
select [1] 314/5
selective [1] 311/14
self [19] 351/6 355/10 355/11
355/13 355/16 355/19 356/3
376/22 377/1 377/3 377/5
377/9 377/10 377/13 377/14
377/15 377/18 377/22
383/18
self-publish [3] 351/6 355/11
377/22
self-publishers [1] 377/15
self-publishing [15] 355/10
355/13 355/16 355/19 356/3
376/22 377/1 377/3 377/5
377/9 377/10 377/13 377/14
377/18 383/18
sell [13] 294/2 309/8 311/5
318/9 318/11 318/20 318/20
328/20 329/12 334/18
338/24 363/25 369/1
seller [13] 310/13 310/18
313/2 314/11 314/14 319/2
319/3 319/4 328/6 329/11
329/13 329/15 333/21
sellers [8] 318/24 321/13
321/14 325/3 327/14 333/23
338/3 361/10
selling [7] 299/7 318/6 333/6
351/16 363/2 367/19 381/22
semi [1] 330/2
semi-dressed [1] 330/2
send [6] 298/16 306/3
310/18 311/6 311/11 311/16
sending [4] 296/7 310/21
311/14 348/7
senior [1] 343/14
sense [4] 309/21 309/22
313/20 377/14
sent [6] 288/12 348/4 367/2
371/12 372/3 374/24
sentence [4] 352/10 352/23
353/10 354/20
sentences [1] 351/10
separate [1] 348/25
September [1] 357/17
September 2020 [1] 357/17
series [5] 328/7 345/18 349/3
373/16 373/19
serious [1] 325/22
seriously [1] 296/3
service [1] 330/23
services [3] 313/22 337/8
337/9
SESSION [1] 284/7
set [5] 328/7 347/14 355/1
362/3 362/4
several [2] 292/7 333/23
Sewanee [1] 333/7
Shades [3] 336/4 355/17
355/24
shall [1] 322/13
share [3] 324/22 324/24

seneal [2] 290/25 290/17
292/10 320/18 347/17
347/19 348/4 348/7 349/7
349/8 349/10 350/16 350/19
350/21 350/23 351/21
352/13 367/2 372/3 375/18
she's [2] 326/7 348/7
Shearman [2] 285/6 285/9
shelf [2] 335/2 335/3
Sherman [1] 287/18
shift [3] 318/5 319/3 319/20
shifting [1] 326/8
Shining [3] 318/4 319/2
319/20
shipping [1] 365/21
shop [1] 334/17
shopped [1] 333/10
shops [5] 334/20 336/20
336/21 338/18 338/18
Shores [2] 285/9 287/18
short [8] 318/4 318/5 318/6
318/20 331/12 331/13 333/9
362/25
shortly [1] 321/22
should [6] 289/24 292/5
348/10 357/9 386/16 387/12
shouldn't [2] 290/4 348/9
show [9] 299/25 337/20
339/7 339/7 347/20 359/19
360/6 374/10 383/4
showed [3] 372/16 375/11
377/24
showing [4] 347/6 374/19
385/4 386/2
shown [1] 381/3
shows [2] 360/20 361/3
Showtime [1] 336/24
side [5] 347/14 361/6 372/19
382/24 382/25
sides [1] 354/5
sign [2] 289/24 324/1
signed [1] 320/22
Signet [1] 317/11
significant [2] 313/4 378/2
similar [2] 354/3 376/22
SIMON [93] 285/7 294/7
294/19 295/23 299/20
301/22 301/25 302/9 303/25
304/13 304/16 305/9 305/13
307/16 308/13 324/7 339/12
341/15 342/8 342/17 342/21
343/1 343/9 343/18 343/21
344/16 344/19 345/10 346/1
346/4 347/10 347/17 350/12
350/19 351/22 352/3 352/6
353/24 355/3 355/5 355/14
357/4 357/10 357/14 357/17
358/4 358/9 359/20 360/12
360/15 361/7 362/9 362/24
363/5 363/19 363/21 364/10
364/19 364/24 365/6 365/24
366/2 366/5 367/7 367/25
368/20 368/23 368/25 369/8
370/1 370/5 370/13 371/7
372/8 372/14 372/23 376/14
376/19 377/21 378/9 378/12
379/2 379/21 380/9 380/13
380/21 381/23 382/15 383/7
384/12 384/17 385/2 385/2

403

**S**

since [10]  325/24 326/1
327/8 327/11 337/2 342/11
343/9 344/7 351/16 356/14
single [4]  304/12 310/17
311/16 317/10
sir [12]  315/23 316/15
317/19 320/24 321/17
322/15 332/3 333/25 334/1
338/4 342/5 385/6
sit [3]  315/13 315/18 341/4
sits [1]  315/12
situation [3]  301/21 303/15
362/16
situations [2]  292/13 312/4
six [3]  302/2 302/8 309/6
size [1]  355/5
skills [3]  351/18 352/24
353/1
skim [1]  332/13
slash [1]  348/9
slide [8]  346/23 346/23
357/24 359/9 359/12 360/2
360/18 381/3
slides [1]  346/13
slightly [1]  295/11
Slinger [4]  327/23 328/11
328/14 329/2
slush [1]  319/25
Slyke [1]  318/17
small [13]  291/13 292/7
311/14 313/25 319/22
326/15 331/4 333/13 335/9
365/7 365/13 373/2 380/10
smaller [13]  292/3 294/11
294/14 296/9 331/17 351/6
354/12 372/6 373/4 379/24
380/2 380/3 380/5
smart [1]  350/23
Smith [2]  284/19 287/14
so [98]  288/3 288/19 288/19
289/4 289/11 295/14 296/12
296/17 296/22 298/17 299/6
299/24 300/2 300/13 300/14
301/6 301/16 302/24 303/9
303/13 306/1 306/3 306/13
306/20 307/3 307/5 307/12
309/17 310/20 310/22 311/9
311/13 313/12 313/20 314/4
314/7 314/12 319/18 320/4
320/15 320/19 321/3 322/2
323/10 326/8 328/10 328/11
329/5 329/18 330/5 330/24
331/8 333/18 333/24 334/2
334/15 335/11 337/3 337/14
338/6 338/17 338/25 339/19
347/1 348/24 349/11 351/9
352/21 353/20 354/5 354/8
355/21 357/10 357/13 363/3
364/15 366/12 368/18
369/18 370/12 370/19
373/13 375/17 375/25 377/8
379/6 379/16 381/12 381/14
381/17 383/16 385/10
385/13 386/16 386/19 387/4
387/9 387/12
so-called [1]  337/14
social [1]  335/20
sold [23]  300/9 301/6 301/7

302/12 302/13 302/16
303/20 305/16 306/20 307/7
309/15 318/12 320/16 321/3
328/15 328/18 333/5 337/2
366/9
solicit [2]  312/3 312/21
soliciting [1]  312/19
some [38]  288/6 291/10
294/11 294/11 294/13 300/7
301/11 303/23 310/19
312/10 312/22 317/9 318/6
323/8 324/14 327/9 330/19
334/6 335/13 336/1 337/17
340/23 345/5 351/9 354/12
355/10 360/5 365/15 366/10
371/10 372/21 378/19
378/20 379/14 380/4 380/5
383/16 383/18
somebody [3]  318/18 326/5
337/3
somehow [1]  380/25
someone [2]  356/24 373/10
something [11]  296/3 323/22
330/3 330/14 332/6 335/9
338/20 345/1 370/13 376/4
377/7
sometime [1]  318/1
sometimes [15]  332/21 333/6
333/6 335/5 336/5 343/1
343/4 350/4 354/6 364/15
373/2 373/4 379/14 379/17
383/4
somewhat [1]  325/7
son [2]  332/25 333/3
son's [1]  334/23
sons [1]  333/1
soon [1]  290/3
sorry [14]  294/20 296/6
303/3 303/17 316/8 316/20
327/25 328/13 340/19
343/25 344/6 377/12 382/8
382/11
sort [16]  311/9 312/22
324/13 325/1 328/5 328/9
330/1 330/4 330/16 339/21
340/1 367/18 372/11 372/19
376/10 376/23
sounds [2]  343/19 343/22
source [2]  360/9 360/13
sources [1]  380/10
space [2]  335/2 335/3
spark [1]  310/10
speak [4]  298/10 324/11
325/12 350/10
speaking [2]  347/9 352/11
special [2]  325/7 335/10
specialty [2]  327/6 338/20
specifically [2]  371/20 373/6
speculative [2]  339/5 339/6
spell [1]  342/4
spend [1]  357/6
spoke [2]  324/6 349/23
spoken [1]  370/20
spread [5]  364/11 364/15
379/22 380/3 380/17
spreading [1]  380/16
spreadsheet [1]  309/25
Square [1]  285/4

stability [1]  360/9
stable [2]  354/22 360/13
stage [1]  319/18
Stand [1]  319/21
standing [3]  290/20 315/19
341/18
Stars [2]  284/20 336/24
start [4]  331/24 336/23 351/1
386/15
started [2]  334/5 343/23
starting [1]  307/9
starts [1]  338/16
state [5]  287/6 295/10 316/8
316/12 342/4
statement [3]  289/3 289/5
354/8
statements [1]  354/12
STATES [11]  284/1 284/3
284/10 284/15 287/4 287/8
291/4 364/2 365/2 365/16
365/19
stating [1]  316/6
station [1]  328/18
stay [5]  319/24 320/1 326/22
373/4 377/10
stays [1]  374/2
step [7]  312/16 315/2 315/17
335/5 340/10 341/13 385/6
Stephen [6]  285/6 286/7
287/17 315/6 315/20 316/13
Sterling [3]  285/6 285/9
287/18
Steven [1]  385/11
Stewart [1]  331/7
still [10]  294/9 319/10 319/11
319/22 322/3 323/6 326/7
330/20 340/18 340/21
stipulation [5]  288/10 288/13
288/13 288/21 289/1
stock [3]  362/19 363/3
363/14
stop [2]  331/23 343/24
stopped [1]  323/9
stores [8]  292/25 327/1
327/4 327/6 328/21 335/2
376/17 384/5
stories [14]  318/4 318/5
318/7 318/9 318/11 318/20
328/7 329/24 329/25 330/3
331/11 333/5 333/9 333/17
story [3]  318/12 331/6 331/8
strange [2]  336/15 336/15
strategy [5]  312/2 312/2
312/6 342/23 350/2
streaming [4]  336/19 337/5
337/8 337/11
Street [2]  284/16 285/10
Strick [3]  288/7 288/9 290/8
strictly [1]  321/3
strike [1]  336/2
strikes [1]  336/5
string [3]  366/17 366/22
367/5
strong [5]  351/18 352/24
360/25 361/10 367/19
structure [1]  381/14
stuck [1]  334/12
subject [4]  297/13 351/2

submission [8]  294/10
294/25 298/4 298/18 305/21
305/23 306/7 307/18
submissions [11]  294/6
294/21 296/8 302/17 303/5
303/6 305/16 306/10 307/11
307/24 308/6
submit [5]  293/20 293/24
294/1 294/18 298/1
submitted [5]  303/8 304/5
305/6 358/3 370/23
submitting [3]  294/24 305/21
310/13
subsequent [1]  292/4
subsequently [1]  374/5
subsidiary [2]  321/1 324/7
substantial [2]  291/24 311/25
substantive [1]  288/22
subsumed [1]  334/9
succeed [1]  336/1
success [10]  291/24 331/16
339/8 341/3 352/21 353/23
354/2 354/4 373/4 373/23
successes [2]  353/11 353/15
successful [16]  291/13 325/9
325/11 335/23 353/17
353/18 353/20 353/21
356/15 356/18 361/8 373/10
373/11 373/19 373/20
376/11
such [6]  300/12 310/22
327/20 341/3 345/2 353/2
suddenly [2]  336/3 339/7
sufficient [1]  338/14
sufficiently [1]  295/19
suggestion [1]  348/13
suggestions [1]  348/9
suited [1]  314/8
supervising [1]  370/8
supposed [1]  324/1
suppressed [1]  295/16
sure [17]  287/21 288/20
290/2 294/21 314/11 330/17
342/6 353/19 363/7 364/6
365/8 373/6 373/22 375/23
379/21 385/25 386/3
survey [1]  334/12
survive [1]  330/17
Susan [1]  325/20
suspense [1]  337/17
switch [2]  333/24 362/5
switched [1]  378/20
switching [1]  326/21
sworn [4]  290/19 290/22
315/21 341/21

**T**

tab [4]  345/15 347/20 356/20
366/13
table [2]  287/9 303/15
take [28]  287/20 288/19
303/14 306/17 306/18
314/13 315/25 317/7 317/13
317/17 319/5 322/9 322/21
324/19 325/4 334/17 335/3
338/13 339/2 340/5 355/1
356/19 372/18 386/16
386/21 386/23 387/3 387/12
taken [3]  340/11 387/1

taken... [1] 387/15
takes [1] 365/18
Taking [1] 313/24
talk [12] 321/20 324/4
325/15 325/18 326/14
332/19 332/21 332/23
337/13 340/7 349/25 359/7
talked [7] 318/7 319/22
325/20 339/22 356/5 384/11
384/15
talking [10] 305/3 326/9
344/25 355/25 361/19 365/9
381/21 381/21 381/22
381/24
tammy [5] 285/12 285/14
387/21 387/21 387/23
tap [2] 335/19 335/20
tastes [1] 334/8
team [2] 353/5 358/12
teams [3] 338/20 338/21
354/21
telephone [2] 289/14 289/19
television [1] 337/12
tell [4] 297/24 299/9 318/14
386/6
ten [5] 321/12 321/13 322/3
322/4 322/6
tend [3] 303/13 332/15
361/25
tended [2] 293/13 293/22
tendency [1] 332/13
tens [1] 304/22
tenure [1] 352/5
term [3] 344/12 344/13
379/10
terms [3] 293/16 347/1 379/2
test [1] 311/15
testified [4] 290/23 309/1
315/22 341/22
testimony [10] 288/16 288/18
289/2 290/4 290/14 296/7
340/7 341/6 341/11 383/17
text [2] 349/12 366/23
than [10] 301/24 302/13
313/22 318/2 319/23 324/22
361/17 365/19 372/22
383/25
thank [56] 287/15 288/5
288/8 289/23 290/5 290/10
291/9 297/2 297/4 299/5
299/12 300/18 301/19
303/12 303/16 308/12
308/17 308/19 308/20 310/7
310/9 313/17 313/19 314/23
315/1 315/2 315/4 315/8
315/10 315/23 316/14
318/22 321/24 329/16
335/13 340/4 340/10 340/22
341/6 341/7 341/10 341/12
341/17 341/23 341/24 342/1
344/4 359/5 369/20 374/17
376/2 382/20 385/5 385/6
386/25 387/14
Thanks [1] 362/4
that [516] 287/21 288/20
288/25 289/7 289/8 289/9
289/10 289/11 289/13
289/13 289/15 289/24 290/2

290/9 291/20 291/21 291/22
292/3 292/18 292/21 293/16
293/20 293/23 294/17
294/18 294/20 294/22
294/22 295/3 295/6 295/8
295/10 295/12 295/14
295/14 295/23 296/1 296/2
296/3 296/3 296/4 296/12
297/12 297/14 297/18 298/1
298/3 298/8 298/9 298/20
299/5 299/19 299/23 300/1
300/5 300/9 300/14 300/23
301/4 301/6 301/17 301/20
301/24 302/6 302/7 302/12
303/7 303/8 303/9 303/24
304/1 304/3 304/11 304/20
304/22 305/3 305/9 305/10
305/13 305/20 305/23 306/1
306/4 306/5 306/12 306/16
306/17 306/19 307/3 307/12
307/15 307/16 307/18 308/3
308/3 308/6 308/7 308/13
309/1 309/7 309/15 309/15
309/17 309/21 309/22
309/23 309/24 309/25
310/12 310/12 310/13
310/14 310/15 310/17
310/18 310/18 311/5 311/6
311/13 311/15 311/17
311/17 311/19 311/20 312/4
312/6 312/6 312/7 312/9
312/17 312/23 312/25 313/3
313/20 313/21 314/4 314/5
314/6 314/8 314/9 314/12
314/13 314/13 314/14
314/15 314/15 315/6 316/10
316/17 316/19 316/22
316/23 316/25 316/25 317/2
317/4 317/5 317/7 317/11
317/15 317/17 317/23
317/24 318/2 318/3 318/6
318/15 318/23 319/23
319/25 320/19 320/19
320/20 320/22 320/22
320/23 320/23 320/23
320/25 321/1 321/2 321/7
321/15 321/23 322/10
322/12 322/20 322/24 323/6
323/12 323/13 323/16
323/19 323/19 324/1 324/7
324/8 324/9 324/11 324/14
324/14 324/21 324/23 325/1
325/2 325/4 325/6 325/6
325/8 325/9 325/13 325/13
325/14 325/19 325/21
325/22 325/23 325/24 326/4
326/4 326/5 326/17 326/25
327/3 327/4 327/4 327/7
327/7 327/8 327/11 327/21
328/5 328/6 328/8 328/9
328/17 328/17 329/4 329/7
329/10 329/19 329/23 330/1
330/4 330/5 330/10 330/12
330/14 330/17 330/18
330/22 330/22 330/23 331/1
331/8 332/1 332/2 332/22
333/10 333/12 333/12
333/15 333/15 333/17
333/22 334/3 334/10 334/13

335/23 335/25 335/25 336/9
336/10 336/13 336/25 337/2
337/4 337/9 337/22 338/3
338/16 338/21 339/5 339/9
339/11 339/14 339/15
339/15 339/20 339/21 340/3
340/17 340/20 341/16
342/11 342/11 342/21 343/1
343/3 343/10 343/15 343/19
343/21 343/22 344/6 344/13
344/16 344/24 345/4 345/12
345/16 345/18 345/19 346/2
346/9 346/11 346/19 346/24
347/12 347/13 347/14
347/15 347/18 347/19
347/24 348/1 348/7 348/11
348/20 348/24 349/5 349/7
349/10 349/11 349/12
349/23 350/11 350/22
350/23 350/24 351/10
351/19 351/25 352/1 352/5
352/7 352/9 352/10 352/11
352/15 352/18 352/19
352/23 352/24 352/12
353/14 353/19 353/19
353/23 354/1 354/3 354/5
354/7 354/11 354/11 354/15
354/17 354/24 355/1 355/1
355/10 355/13 355/19
355/21 355/24 356/2 356/2
356/5 356/11 356/14 357/3
357/9 357/12 357/16 358/6
358/15 358/20 359/16
359/17 359/20 360/10
360/12 360/14 360/15
360/16 360/17 360/20 361/1
361/7 361/13 361/16 361/22
362/3 362/4 362/5 362/12
362/15 363/7 363/9 363/10
363/12 363/16 363/20
363/22 364/1 364/4 364/19
364/21 364/23 364/24 365/2
365/18 365/25 366/6 366/8
366/11 367/14 367/19
367/25 368/22 369/8 369/15
369/18 371/12 371/12
372/11 372/18 372/22 373/2
373/3 373/5 373/19 374/2
374/8 374/9 374/21 374/24
375/2 375/7 375/10 375/13
375/15 375/19 375/25 376/5
376/7 376/8 376/23 376/25
377/1 377/4 377/5 377/6
377/7 377/10 377/17 377/17
378/1 378/3 378/5 378/5
378/9 378/14 378/20 379/2
379/10 379/11 379/13
379/16 379/20 379/21
380/11 380/16 380/17
380/21 380/25 381/6 382/1
382/11 382/23 383/2 383/12
383/19 383/21 384/1 384/2
384/6 384/12 384/16 384/19
385/4 385/5 385/12 385/13
385/14 385/17 385/22
386/15 386/18 386/22
387/11 387/18
that's [83] 289/9 289/12

304/15 307/10 313/15
315/16 324/10 328/2 331/24
332/2 332/23 334/4 335/4
335/4 335/7 335/9 335/11
338/6 338/16 339/25 340/14
342/18 342/22 343/11
343/16 344/8 345/1 345/1
345/20 346/11 348/23
349/13 349/24 350/13 351/2
352/2 354/8 357/5 357/15
358/1 358/5 359/3 359/10
360/8 360/15 361/21 361/24
362/2 362/8 362/15 362/17
362/21 362/23 363/4 363/16
364/18 365/14 365/17
366/19 367/1 367/8 368/4
368/6 369/3 371/22 375/16
376/1 376/23 378/4 378/13
381/17 382/19 383/10
383/21 384/11 386/3 386/8
386/23 387/7
their [23] 287/7 291/11
291/14 291/17 291/18
291/21 292/4 292/15 293/16
295/25 296/5 311/23 313/13
313/14 331/21 335/5 351/18
352/24 355/11 358/4 363/9
368/8 380/20
them [43] 289/15 296/4
301/21 301/25 302/9 303/10
304/9 309/20 318/20 318/24
320/4 321/15 326/23 328/4
328/19 329/22 332/11 333/2
333/6 334/7 334/18 334/25
335/10 335/15 336/8 337/9
338/24 338/24 342/25 347/8
349/4 357/21 358/12 358/14
362/1 363/25 364/17 365/4
369/1 371/19 371/19 371/20
371/25
themselves [1] 314/11
then [46] 289/5 292/23
293/15 298/22 301/12
301/20 303/5 306/5 311/20
312/1 312/12 312/20 319/18
320/15 322/2 323/8 324/4
326/1 326/2 326/14 326/20
327/8 329/9 331/2 335/8
343/20 348/12 349/3 351/13
354/2 354/21 356/2 356/14
357/6 360/1 369/1 373/16
374/5 375/2 376/22 385/18
385/21 386/1 386/18 386/24
387/13
there [91] 287/23 287/25
288/6 289/10 293/22 293/24
294/3 296/15 297/19 298/17
300/12 303/5 303/9 304/12
304/16 306/6 306/25 307/9
309/1 310/2 310/18 311/9
311/10 312/18 317/13
317/20 318/22 320/17 322/2
322/20 322/21 324/8 324/8
324/13 324/15 324/18
326/20 327/17 328/6 328/16
330/18 331/2 331/5 331/6
331/22 333/8 334/6 334/15

**T**

there... [39] 334/20 334/21 334/24 335/11 336/9 336/20 338/9 338/17 338/18 338/22 338/25 339/20 351/2 353/2 354/12 357/8 364/3 364/7 365/9 365/21 372/17 372/21 374/4 376/25 377/4 377/21 378/1 379/14 379/19 379/19 380/17 381/3 381/10 383/18 383/24 383/25 384/2 384/7 384/8

there's [26] 289/3 296/10 297/16 300/3 336/18 336/22 336/25 346/1 347/23 354/5 354/11 357/24 359/14 361/7 362/1 362/21 364/1 364/6 364/16 372/6 374/23 377/16 379/18 383/4 384/5 385/18

thereof [1] 312/22

these [11] 301/14 313/20 318/9 318/22 322/3 329/2 351/14 354/20 359/21 371/17 371/23

they [127] 289/15 289/17 289/18 289/19 289/21 289/21 291/11 291/13 292/21 292/21 293/12 295/6 295/18 296/20 299/19 301/16 303/10 313/13 313/21 314/15 314/15 317/2 317/3 318/11 318/12 319/11 319/12 319/21 320/3 320/15 321/3 321/7 321/7 321/14 323/5 323/5 324/9 324/21 325/21 325/22 326/22 327/1 327/2 327/2 327/5 327/5 327/6 328/19 328/20 328/20 328/24 329/23 329/24 330/1 330/3 330/7 330/20 330/23 331/11 331/11 331/12 331/13 332/9 332/10 332/18 332/19 332/21 332/23 333/14 334/9 334/14 334/17 334/18 334/18 334/25 335/1 335/1 335/2 335/5 335/16 335/17 335/17 335/18 335/18 335/19 335/20 335/20 335/21 336/7 336/8 337/3 337/13 337/20 339/7 339/8 339/9 339/16 339/22 344/22 348/25 351/16 352/17 352/19 352/20 353/11 353/15 354/6 354/14 356/17 358/3 358/11 358/12 358/14 358/20 361/16 363/11 365/10 368/8 368/14 368/17 376/11 378/16 378/18 378/19 378/18 383/4 383/5

thing [11] 308/6 322/16 325/1 330/1 335/17 336/4 338/19 354/14 372/11 385/1 386/1

things [9] 298/3 300/5 313/22 330/4 348/9 349/25 360/8 379/3 383/12

think [68] 288/14 288/22 289/7 289/9 289/11 289/17

295/1 295/7 295/23 297/11 305/20 310/12 310/19 311/4 311/17 312/1 313/10 313/21 316/9 320/13 321/11 322/25 323/19 323/21 324/14 326/4 327/7 327/21 330/17 332/2 333/12 333/22 334/3 334/10 334/16 335/6 335/13 336/21 338/16 338/19 339/19 339/20 348/8 349/11 352/19 360/19 348/5 371/11 372/5 372/16 373/1 373/13 373/20 373/22 376/4 376/25 377/4 377/25 379/10 381/3 383/13 385/16 385/22

thinking [2] 382/24 386/16

third [18] 288/15 288/16 288/20 288/25 289/6 289/14 290/2 306/2 352/10 353/9 356/20 357/23 382/1 382/4 382/12 382/14 382/16 385/13

this [90] 287/3 287/23 288/10 288/14 288/16 288/17 288/24 290/3 290/4 290/8 294/17 296/8 299/24 300/4 301/5 308/15 309/11 311/4 313/1 313/24 313/25 318/17 319/19 320/12 321/21 324/16 326/8 326/18 329/1 329/3 329/3 329/8 330/4 332/22 333/18 334/5 335/6 335/14 336/11 336/14 336/14 336/18 336/22 336/25 336/25 338/8 338/15 339/13 340/5 343/25 345/13 345/17 345/21 346/4 346/13 346/22 346/23 347/6 348/8 348/13 348/23 349/12 353/8 356/23 357/6 357/16 357/19 357/21 358/2 358/18 359/9 359/12 359/19 360/5 360/19 361/3 361/13 366/5 366/12 367/2 367/5 367/18 372/2 374/1 374/12 375/10 378/12 385/20 387/5 387/11

Thomas [3] 326/25 337/17 337/21

Thompson [1] 318/8

those [58] 288/7 289/20 292/12 292/25 293/11 294/13 295/13 297/21 301/9 301/20 302/5 302/8 302/18 303/21 305/12 305/17 306/5 306/21 306/22 307/7 309/4 309/9 309/14 309/15 309/18 310/4 312/4 312/24 319/5 319/10 321/9 321/13 321/16 322/4 322/6 325/15 328/18 331/8 332/15 332/17 334/8 334/22 334/24 337/6 337/16 344/19 345/6 347/7 347/11 351/11 363/17 364/21 365/8 368/15 369/18 370/6 380/5 383/14

though [3] 299/14 309/10 373/3

thought [9] 294/5 294/8

315/16 366/11 370/11 355/16 366/11 370/11 thousand [1] 337/15 thousands [1] 304/23 threat [3] 351/4 355/13 355/15 355/16 355/20 355/22 355/23 356/3 356/6 356/7 356/7 377/1 377/2 threatened [1] 377/22 three [8] 303/20 313/10 320/4 320/21 323/22 326/2 332/22 351/10 three-book [1] 332/22 three-round [1] 313/10 through [14] 299/24 303/20 311/21 322/3 322/4 322/7 332/13 335/7 336/11 343/12 351/9 357/21 361/4 364/21 throughout [1] 380/18 tie [1] 317/11 tie-in [1] 317/11 time [65] 293/19 305/10 305/10 306/13 306/17 312/21 317/20 318/6 318/18 321/2 321/7 322/2 322/19 322/21 322/24 323/13 324/21 325/25 327/8 327/11 327/17 328/17 330/5 330/18 331/10 334/13 336/14 336/17 338/8 339/8 340/5 343/7 343/7 343/8 343/8 345/9 345/9 345/12 345/12 346/11 346/22 350/7 350/7 350/10 350/10 352/3 355/16 355/19 356/4 356/5 364/17 365/8 365/19 369/17 371/21 376/25 377/4 377/4 378/1 383/3 383/3 383/7 384/5 384/6 384/10 timely [2] 362/9 362/16 times [10] 285/4 321/2 333/20 335/8 338/1 349/23 371/19 383/24 384/2 384/8 timing [2] 314/8 366/10 title [7] 342/9 342/11 343/20 346/23 355/7 357/9 359/12 titled [1] 359/14 360/2 titles [7] 300/1 353/6 361/8 364/11 368/19 368/20 380/21 today [4] 291/9 341/5 364/2 383/17 together [2] 354/6 381/9 toilet [1] 329/6 told [1] 387/10 Tom [1] 323/20 too [6] 295/22 318/14 331/12 331/13 332/8 339/5 took [1] 324/1 toothpaste [1] 329/6 top [6] 296/20 307/8 345/21 348/13 351/1 360/24 topic [5] 355/9 359/7 383/24 topics [1] 349/3 total [2] 307/6 359/15 tough [2] 335/11 350/23 tougher [2] 334/10 334/10 toward [1] 322/25 Tower [1] 329/2

374/1 374/3 374/8 374/9 traction [1] 339/9 trade [10] 343/23 344/7 344/22 344/25 345/11 347/11 362/25 367/19 378/7 381/20 trades [1] 381/20 transaction [1] 295/5 transcript [3] 284/9 370/11 385/22 transcription [1] 387/19 treat [2] 310/14 310/22 trial [2] 284/9 344/13 tried [2] 323/18 356/15 trouble [1] 318/6 true [3] 302/12 304/11 305/9 trust [1] 310/6 truthful [1] 358/21 try [14] 289/24 299/24 310/20 311/7 312/10 320/3 322/12 379/20 trying [1] 323/5 turn [8] 291/10 306/20 345/14 346/22 348/15 360/1 366/13 371/15 turning [1] 350/25 twice [1] 295/20 two [20] 287/25 301/22 302/8 305/6 306/25 307/19 307/21 309/7 313/10 317/1 317/25 318/2 318/3 321/10 326/2 331/4 346/23 364/7 364/19 364/21 two-book [2] 317/1 318/2 type [1] 378/5 Typeface [2] 357/8 357/13 types [2] 345/1 378/9 typically [3] 297/24 305/9 352/7

**U**

U.S [4] 351/11 359/15 380/4 380/6 ultimately [2] 317/7 320/8 under [6] 333/2 333/4 340/18 340/21 344/1 351/2 underbid [1] 304/22 underbidder [1] 304/17 underrepresented [1] 295/11 understand [10] 298/8 306/16 314/17 337/7 340/9 353/1 369/16 375/21 378/1 386/3 understanding [7] 289/13 291/20 325/6 325/8 334/4 369/18 377/8 understands [1] 303/8 understood [2] 311/6 378/19 unforeseen [1] 365/21 UNITED [11] 284/1 284/3 284/10 284/15 287/4 287/8 291/4 364/2 365/2 365/16 365/19 unquote [2] 312/1 328/9 unsold [1] 361/20 until [1] 348/25 unusual [3] 325/7 325/8 325/14 up [33] 290/18 292/6 297/11

**U**

up... [30] 298/19 298/23
301/12 303/6 305/10 305/14
306/9 311/4 311/22 313/6
313/7 318/7 323/24 326/5
335/3 335/5 335/22 337/10
337/13 339/7 339/7 351/12
351/17 352/12 352/16
352/20 356/15 356/20
374/12 384/4
upcoming [1] 345/18
update [1] 288/10
upper [3] 348/17 359/14
359/23
upward [1] 337/15
us [5] 288/20 290/12 303/14
311/21 354/15
use [4] 301/4 309/11 312/3
366/7
used [4] 323/5 335/2 379/10
379/23
using [1] 366/6
usually [6] 293/12 293/13
298/17 332/18 368/12 384/3

**V**

Van [1] 318/17
various [3] 292/20 310/19
372/13
vast [1] 384/11
verifiability [1] 288/3
Vernon [1] 284/13
Verrill [3] 324/6 326/1 326/3
versus [5] 287/4 351/5 351/6
359/20 368/9
very [27] 290/5 303/9 310/7
315/3 317/12 319/22 319/22
320/1 325/8 325/9 325/11
331/23 331/23 332/20
333/14 333/15 335/16
338/16 340/1 341/10 341/12
350/6 350/11 352/23 364/7
373/20 386/15
via [8] 292/19 311/22 312/21
viable [1] 338/17
Viacom [2] 348/21 348/24
VIACOMCBS [8] 285/6
287/17 345/19 346/6 346/9
357/3 366/20 384/23
vice [2] 343/14 343/17
video [6] 289/14 385/8 385/9
386/2 387/5 387/8
videotape [3] 385/19 386/7
387/6
view [11] 338/13 339/1
347/19 350/11 350/13
352/15 354/1 355/15 356/17
376/5 376/7
viewed [1] 347/17
views [1] 336/10
Viking [14] 304/6 321/4
321/5 321/6 322/8 323/4
323/18 324/2 326/8 326/21
328/6 330/5 330/10 331/10
volume [2] 365/10 369/8
volumes [2] 364/24 365/4
voluntarily [1] 333/24
vs [1] 284/5
vulgar [1] 332/24

**W**

wagon [1] 328/18
wait [2] 289/25 290/1
walk [1] 311/20
walked [2] 320/6 357/21
want [33] 288/10 289/15
289/15 289/17 290/1 295/10
303/23 304/23 320/3 329/7
333/5 341/2 343/12 345/13
347/20 350/25 351/9 354/3
354/6 354/21 357/7 359/7
359/18 363/2 363/11 367/21
368/1 368/4 368/7 369/25
370/11 370/12 371/16
wanted [14] 289/18 297/11
323/19 323/21 323/24
326/22 328/5 328/6 329/10
330/14 356/10 358/14 360/5
375/22
warehouses [1] 293/15
warehousing [1] 342/20
was [194] 290/22 292/9
293/6 293/7 293/7 294/3
295/22 296/19 296/19
302/13 302/22 302/23 303/8
304/3 304/12 304/13 304/13
304/16 304/16 305/3 306/6
307/11 307/18 307/22 308/2
308/3 308/7 311/6 313/3
313/3 313/3 313/10 313/25
314/5 314/5 314/8 314/20
315/21 316/17 316/21
316/22 316/25 316/25 317/2
317/4 317/6 317/13 317/14
317/23 317/24 318/2 318/4
318/4 318/5 318/6 318/16
318/17 319/2 319/2 319/3
319/19 320/12 320/18
320/20 320/22 320/25 321/1
321/1 321/2 322/2 322/4
322/16 322/16 322/16
322/18 322/18 322/19
322/19 322/20 322/24 323/6
323/6 323/20 323/21 323/22
323/24 324/1 324/2 324/2
324/13 324/17 324/19
324/21 325/1 325/2 325/8
325/8 325/21 326/4 326/5
326/20 327/3 327/4 327/4
327/22 327/22 327/23
327/25 328/7 328/8 328/10
328/11 328/20 328/22
328/23 329/3 329/5 329/9
329/10 330/4 330/5 330/14
330/15 330/16 330/16
330/24 331/1 331/5 331/5
331/6 331/8 331/14 331/15
331/20 331/25 331/25
331/25 333/14 333/15 338/3
340/11 341/11 341/21 346/4
346/5 347/13 348/20 348/23
349/7 349/12 349/22 350/8
350/11 350/11 350/23
350/23 353/20 354/7 355/21
356/2 356/4 358/2 358/6
358/18 361/11 366/5 366/8
366/20 367/23 369/7 369/10
372/16 372/17 375/22
376/25 377/1 377/2 377/2

378/14 380/18 381/4 383/2
383/13 384/23 385/19 386/7
387/1 387/6 387/11 387/15
Washington [5] 284/6 284/16
285/10 285/13 287/23
wasn't [5] 296/8 323/25
328/5 328/6 333/3
wasted [1] 362/14
waters [1] 311/15
waves [1] 293/13
way [21] 289/8 294/17
294/18 294/22 302/16
306/20 314/7 320/11 322/3
323/22 330/22 331/19
332/25 335/7 336/2 338/10
349/10 362/9 374/4 377/17
378/5
ways [1] 323/9
we [131] 287/23 288/3
288/19 288/21 288/23 289/9
290/1 290/2 290/7 290/8
290/14 293/15 296/3 296/4
303/19 303/19 305/3 305/20
307/3 307/11 307/16 307/19
307/24 308/25 314/9 314/9
316/9 316/9 318/11 319/23
320/2 320/4 320/7 320/10
322/13 324/10 324/13
324/14 325/20 326/16 330/7
330/16 331/8 331/19 337/13
340/5 342/25 344/12 344/25
345/5 345/5 345/12 346/15
347/1 347/8 347/13 347/14
347/21 348/15 349/15
350/10 355/1 355/24 357/6
357/22 358/14 358/24
360/19 361/19 362/3 362/3
362/4 363/1 364/13 364/14
364/18 364/21 365/4 365/5
365/14 366/1 366/4 366/7
366/11 366/16 367/9 367/10
367/20 369/12 369/16
371/15 375/22 375/23
377/25 379/23 380/12
380/17 381/11 381/11
381/21 381/21 381/22
381/24 382/6 382/18 384/7
384/16 385/4 385/10 385/14
385/16 385/21 385/23 386/1
386/14 386/16 386/19
386/20 386/20 386/21
386/23 386/23 386/24 387/4
387/8 387/9 387/10 387/11
387/12 387/13 387/13
We've [1] 379/23
week [5] 288/14 288/16
288/17 290/3 290/4
Weekly [1] 339/23
weigh [3] 292/21 343/1 343/3
well [36] 291/25 294/24
299/5 303/9 312/6 313/21
314/2 317/9 317/12 318/3
319/20 319/24 320/2 320/16
322/15 323/13 323/18 324/6
324/21 325/17 326/15
326/22 329/12 329/20
331/11 331/20 334/2 336/12
337/25 339/6 339/17 339/17

went [12] 303/20 306/22
309/18 313/7 320/4 320/20
321/18 322/6 324/10 330/5
334/9 336/11
were [83] 289/20 293/24
296/20 300/12 301/6 301/22
301/25 302/2 302/8 302/16
302/25 303/20 303/24 305/3
305/15 306/5 306/20 306/22
306/25 307/4 307/7 308/14
309/4 309/4 309/7 314/20
318/3 319/21 320/7 320/15
321/7 321/7 321/13 321/14
322/9 322/10 322/13 322/14
322/20 324/8 324/9 324/16
325/22 327/1 327/5 327/6
327/7 328/16 328/21 329/23
329/24 330/1 330/3 330/23
331/10 331/12 331/13
331/20 331/21 333/9 334/6
334/7 334/8 334/13 339/2
339/13 343/12 343/14
343/17 348/24 348/24
348/25 358/21 360/20
375/23 378/16 378/16
378/18 380/19 380/24 381/3
386/14 387/8
weren't [2] 323/5 330/16
western [1] 328/7
what [76] 291/20 293/25
297/18 298/2 300/3 309/18
311/9 311/20 311/24 312/1
312/2 312/15 314/20 317/4
318/12 319/18 320/12
322/14 322/19 322/24
323/20 323/21 323/23
324/21 326/12 326/17
328/11 328/19 328/22
328/24 329/3 331/19 331/24
335/14 336/24 342/9 347/6
347/21 348/9 348/23 351/12
352/2 352/5 353/19 356/2
356/7 356/14 361/13 363/7
364/18 365/9 366/16 370/11
370/13 371/22 372/18 373/9
374/10 375/21 376/7 376/8
377/15 378/1 378/5 379/13
379/20 379/25 380/2 381/18
383/2 383/5 386/23
what's [5] 359/8 374/10
374/19 377/8 381/19
whatnot [1] 337/5
Whelan [1] 328/18
when [55] 289/2 291/12
292/13 292/21 293/6 295/20
296/15 298/25 299/6 304/3
304/12 306/13 312/9 314/8
316/15 317/20 322/21
326/12 327/17 328/22 331/2
334/5 335/8 335/23 337/22
337/23 337/24 338/21
339/19 344/25 349/7 349/22
355/6 355/17 357/10 362/17
363/6 363/8 363/13 364/13
372/2 376/25 378/2 378/16
379/17 379/19 379/25 380/2
381/21 381/24 383/4 383/13

| | | | |
|---|---|---|---|

**W**

when... [3] 383/25 384/8
387/5
where [37] 297/11 301/21
304/16 305/13 305/21 306/2
306/6 312/4 312/8 313/1
313/3 320/7 324/10 324/22
328/25 328/25 329/4 331/22
334/17 335/5 336/22 337/1
339/22 342/7 351/1 351/7
352/6 354/5 361/11 362/16
367/23 373/14 373/21
374/23 379/19 382/10
384/16
whether [15] 289/19 289/19
294/5 310/3 320/14 321/13
322/13 338/13 339/1 374/4
376/13 376/16 376/19
380/19 380/24
which [33] 288/22 293/5
293/7 295/1 298/19 305/23
309/10 309/12 310/10
310/19 314/1 319/1 320/25
321/1 325/1 328/20 328/23
331/5 331/7 331/13 332/12
333/9 334/14 335/6 347/21
348/15 362/6 366/13 366/22
372/7 372/9 374/20 382/10
Whichever [1] 315/15
while [1] 308/25
white [2] 378/7 378/8
who [42] 288/12 288/15
292/7 298/5 299/9 316/9
316/21 317/23 318/18
320/15 320/20 321/20
323/12 324/6 324/16 326/5
326/23 329/10 330/23
331/14 332/19 332/20
332/21 334/7 334/13 334/22
334/23 334/23 335/9 336/3
337/14 354/21 367/20 371/7
373/14 374/2 374/2 374/5
376/20 377/15 377/21
387/11
who's [4] 320/5 337/17
372/10 372/23
whoever [1] 331/10
whom [7] 293/20 293/24
294/1 309/8 316/19 316/21
342/14
why [14] 291/20 292/18
294/13 296/8 309/21 326/20
328/4 329/22 330/9 331/9
334/2 335/11 347/13 363/14
widely [5] 298/16 303/8
310/21 311/7 311/9
wife [1] 339/18
wild [1] 339/21
will [58] 288/19 289/13 290/2
290/18 295/6 295/7 296/4
297/4 297/11 299/19 300/5
300/6 300/23 307/9 311/5
311/6 312/3 312/15 315/6
318/11 318/20 320/2 320/3
323/11 326/16 332/18
332/19 332/20 332/21
335/10 340/1 340/3 341/16
346/19 348/17 349/19 352/7
353/9 360/19 362/3 364/10

367/4 367/5 373/19
375/7 379/17 383/4 385/14
385/17 385/22 386/20
386/21 386/23 386/23
386/24 387/13 387/13
willing [1] 303/14
willingness [1] 331/17
Wimpy [1] 373/17
winning [1] 304/13
withdraw [1] 327/7
within [4] 296/11 296/13
297/18 298/12
without [5] 302/9 318/23
328/24 333/15 375/5
witness [13] 286/2 290/17
297/5 300/15 315/6 340/3
341/15 343/24 344/1 344/1
369/19 385/7 385/8
witnessed [1] 293/8
witnesses [2] 288/3 290/4
Wolfe [1] 326/25
woman [2] 330/2 336/4
women [1] 329/25
won [3] 303/25 304/17 314/2
won't [1] 336/2
wonder [1] 387/12
wonderful [2] 327/2 331/25
word [1] 347/3
words [2] 312/2 323/21
work [10] 324/9 334/23
345/22 364/21 366/3 366/7
382/24 382/25 385/14 386/1
worked [7] 343/9 347/15
357/3 379/2 379/5 379/6
385/9
working [6] 287/21 310/12
325/2 325/19 349/7 385/10
works [2] 314/9 334/22
world [6] 328/8 335/11 336/4
336/13 336/17 344/23
would [96] 287/6 288/23
288/24 289/7 289/10 291/23
292/2 293/1 294/5 294/8
294/10 294/13 294/18
294/21 295/1 295/8 295/9
295/14 295/15 296/2 296/3
296/7 296/9 299/25 300/14
301/11 302/5 302/18 303/7
303/10 303/21 304/1 304/20
305/17 305/17 307/14
311/11 311/16 312/2 312/7
312/16 312/20 312/23
312/25 314/15 315/11
315/17 316/6 316/12 319/24
320/1 323/23 324/8 324/15
324/22 324/23 324/24
324/25 328/18 328/20 330/7
330/17 332/12 333/6 335/6
339/15 339/21 341/3 341/18
342/4 343/3 347/13 347/19
349/8 349/19 350/10 352/9
356/19 357/19 362/6 363/20
363/22 363/24 364/18
365/14 367/21 367/25 369/1
369/18 370/15 372/22
372/25 376/8 385/11 387/9
387/11
wouldn't [3] 308/14 363/11
383/1

writer [4] 316/13 318/16
331/8 336/3
writers [21] 318/19 332/3
332/7 332/18 332/19 332/20
332/21 334/11 334/13
334/16 334/23 334/24 335/4
335/5 335/8 337/12 337/12
337/12 337/14 337/14
337/16
writes [2] 333/2 375/17
writing [3] 322/19 334/13
366/23
written [2] 329/1 337/17
wrong [1] 328/8
wrote [3] 348/8 352/13
367/17

**Y**

yeah [5] 332/18 353/20
362/4 366/10 371/22
year [7] 320/12 333/18
379/17 383/25 384/2 384/6
384/8
years [19] 297/15 299/22
300/9 305/13 322/7 334/5
337/2 344/10 355/21 355/25
356/12 359/21 361/1 364/8
370/20 370/21 376/11
379/23 383/7
yellow [2] 301/9 301/10
yes [198] 287/25 289/21
290/16 292/5 293/4 294/8
297/17 297/20 298/7 298/24
299/23 300/11 300/17 301/3
301/18 303/22 304/8 304/10
305/5 306/11 306/15 306/24
307/2 307/16 307/22 308/2
308/22 310/24 311/8 312/11
313/3 314/4 314/16 315/25
317/8 317/14 317/22 318/25
319/6 319/8 319/11 319/14
319/17 320/16 320/24 321/6
321/14 321/17 322/4 322/11
322/23 323/8 325/14 325/20
326/1 326/13 327/13 327/16
327/19 329/6 330/13 330/15
332/7 332/10 333/1 333/3
334/1 337/11 338/7 339/14
342/25 343/22 344/11
344/15 344/18 344/21 345/4
345/7 345/12 345/16 345/24
346/3 346/7 347/2 347/5
347/8 347/13 347/19 347/19
347/25 348/3 348/6 348/14
348/19 348/23 349/2 349/10
349/14 350/1 350/3 350/10
350/13 350/18 351/24 352/4
352/9 352/14 352/22 353/25
354/9 354/13 355/12 356/1
356/13 357/2 357/19 358/8
358/14 358/20 358/23
359/13 359/25 360/7 360/11
360/14 360/22 361/5 361/12
361/15 361/18 362/11
362/15 362/19 362/19 363/1
363/1 363/10 363/16 363/18
363/25 363/25 364/22 365/1
365/5 365/14 365/20 365/23
366/1 366/4 366/7 366/7

written [2] 316/13 316/21 367/4
367/6 367/9 368/11 368/14
369/10 369/10 369/12
372/25 373/11 373/18
373/20 374/14 374/16 375/1
375/3 375/12 375/14 375/20
376/1 376/24 378/11 378/15
378/24 379/7 379/9 379/12
380/7 380/12 380/15 380/17
381/5 382/12 383/6 383/20
383/23 384/3 384/7 384/14
384/18 384/20 384/25 385/4
386/13
yet [1] 386/2
York [5] 285/4 285/4 285/7
285/7 333/20
you [627] 287/15 288/5
288/8 288/25 289/15 289/15
289/23 290/1 290/5 290/10
290/17 290/18 290/18
290/19 291/2 291/9 292/2
292/2 292/6 292/13 293/3
293/10 293/20 293/25 294/5
294/5 294/13 294/17 294/18
294/20 294/22 294/22 295/3
295/4 295/12 295/17 295/23
296/6 296/7 296/9 296/12
296/23 296/24 296/25 297/2
297/3 297/4 297/12 297/14
298/8 298/13 298/19 298/22
298/25 298/25 299/1 299/1
299/2 299/5 299/6 299/6
299/7 299/7 299/8 299/12
299/14 299/15 299/19
299/25 300/1 300/2 300/8
300/9 300/18 301/4 301/6
301/11 301/19 301/24
302/12 302/20 302/25
303/12 303/16 303/23 304/5
305/10 305/17 305/17 306/1
306/6 306/13 306/16 306/16
306/17 306/23 307/7 307/9
307/10 307/14 307/14
308/12 308/17 308/19
308/20 309/1 309/8 309/17
309/21 309/25 310/1 310/3
310/7 310/9 310/12 310/12
310/13 310/14 310/15
310/16 310/22 311/4 311/6
311/6 311/6 311/9 311/10
311/11 311/11 311/20
311/20 311/24 312/2 312/4
312/8 312/9 312/12 312/12
312/15 312/15 312/23
312/24 312/24 312/25 313/1
313/15 313/17 313/19
313/21 314/6 314/8 314/13
314/14 314/14 314/20
314/23 315/1 315/2 315/2
315/4 315/8 315/10 315/17
315/17 315/18 315/23
315/23 315/25 316/6 316/8
316/12 316/14 316/15
316/19 316/23 317/4 317/5
317/9 317/15 317/17 317/20
317/25 318/10 318/11
318/12 318/21 318/22
318/23 319/5 319/12 319/19
320/3 320/3 320/8 320/11

you... [432] 320/11 320/12
320/14 320/22 320/23 321/9
321/9 321/13 321/15 321/18
321/19 321/24 322/6 322/9
322/10 322/12 322/13
322/13 322/14 322/21
322/24 323/11 324/5 324/11
324/11 324/19 325/3 325/15
325/18 325/19 326/9 326/9
326/12 326/14 326/17
326/20 326/24 327/7 327/8
327/15 327/17 327/20 328/4
328/12 328/25 328/25 329/1
329/5 329/6 329/7 329/7
329/16 329/19 329/22
329/24 330/1 330/9 330/14
331/3 331/9 331/10 331/22
331/23 332/3 332/3 332/6
332/11 332/13 332/15
332/20 333/5 333/24 334/2
334/10 334/11 334/15
334/16 335/11 335/13
335/13 335/14 336/3 336/9
336/21 336/22 337/25 338/4
338/13 338/19 338/20
338/21 338/23 338/23
338/24 338/24 339/1 339/6
339/11 339/15 339/17
339/19 340/1 340/2 340/4
340/10 340/10 340/17
340/17 340/20 340/20
340/22 340/24 341/2 341/4
341/5 341/6 341/7 341/10
341/12 341/13 341/17
341/18 341/23 341/23
341/24 341/25 342/1 342/4
342/7 342/11 342/14 342/19
342/23 343/1 343/3 343/4
343/7 343/9 343/12 343/14
343/17 343/20 343/23
343/24 344/4 344/6 344/9
344/12 344/13 344/19 345/9
345/14 345/14 345/18
345/21 345/22 345/25 346/2
346/8 346/12 346/22 346/24
347/6 347/9 347/15 347/15
347/20 348/1 348/4 348/7
348/8 348/8 348/12 348/12
348/17 348/18 348/20
348/24 349/5 349/7 349/11
349/22 349/25 350/4 350/4
350/9 350/14 350/22 350/25
351/7 351/11 351/19 351/25
352/2 352/5 352/11 352/19
352/24 353/1 353/2 353/8
353/10 353/12 353/14
353/19 353/19 353/23 354/3
354/11 354/15 354/17
354/18 354/23 355/1 355/2
355/10 355/13 355/16
355/22 356/2 356/7 356/10
356/10 356/14 356/20
356/22 356/24 357/11
357/20 357/23 358/6 358/12
358/15 358/17 358/21 359/5
359/8 359/16 360/1 360/5
360/10 360/12 360/23 361/1
361/10 362/5 362/12 362/17

you're [2] 362/9 363/8 363/22 363/22
363/3 363/6 363/7 363/8
363/9 363/10 363/11 363/13
363/17 363/23 363/25 364/1
364/4 364/4 364/7 364/11
364/13 364/15 364/23 365/2
365/8 365/8 365/9 365/9
365/12 365/15 366/8 366/13
367/2 367/5 367/23 367/25
368/4 368/7 368/18 369/1
369/4 369/6 369/11 369/20
370/2 370/5 370/6 370/8
370/12 370/20 370/23 371/1
371/3 371/6 371/6 371/10
371/10 371/11 371/12
371/12 371/13 371/17
371/22 371/22 371/25 372/2
372/3 372/5 372/7 372/10
372/13 372/16 372/16
372/17 372/18 372/19
372/22 373/1 373/1 373/1
373/3 373/5 373/7 373/9
373/10 373/12 373/14
373/16 373/21 373/23 374/1
374/1 374/4 374/8 374/10
374/17 374/19 374/20
374/21 374/23 374/24
374/25 375/2 375/11 375/18
375/18 375/19 375/21 376/2
376/3 376/4 376/6 376/7
376/10 376/13 376/16
376/19 376/25 377/4 377/14
377/18 377/21 377/24
377/25 378/1 378/14 378/16
378/20 379/3 379/6 379/10
379/10 379/13 379/15
379/17 379/20 379/25
379/25 380/2 380/2 380/11
380/16 380/19 380/21
380/24 380/25 380/25 381/3
381/6 381/7 381/14 381/18
382/6 382/11 382/15 382/20
382/23 383/2 383/2 383/8
383/11 383/13 383/13
383/16 383/17 383/18
383/19 384/8 384/11 384/15
384/16 384/19 384/21 385/1
385/5 385/6 385/6 385/15
385/22 385/24 386/6 386/25
387/5 387/14

you're [2] 339/17 341/10
your [165] 287/3 287/12
287/25 288/1 288/4 290/7
290/13 290/17 290/20 291/3
291/12 291/12 291/20
291/20 292/13 293/1 293/2
293/19 293/21 294/1 294/4
294/6 294/17 294/21 294/23
295/3 295/17 296/6 296/7
298/5 299/7 299/13 300/16
300/20 301/2 301/14 302/9
306/9 307/20 308/18 308/22
310/8 311/1 311/4 312/16
313/18 314/14 314/23 315/1
315/4 315/5 315/11 315/15
315/18 315/25 316/6 316/12
316/15 318/11 319/5 321/20
322/3 323/6 323/12 324/4
325/6 325/24 326/9 326/21

32... [74] 331/1 331/8
331/16 331/23 331/24
332/25 336/10 338/9 338/19
340/7 341/2 341/6 341/11
341/14 341/19 342/1 342/4
342/9 342/16 343/4 343/13
343/23 343/25 345/6 345/14
346/8 346/15 347/6 347/7
347/9 347/20 349/15 350/11
350/17 351/21 352/3 352/5
352/15 353/6 354/1 355/3
356/19 357/24 358/12
358/21 358/24 359/2 362/6
362/13 363/20 363/23
365/10 365/12 366/13
366/13 367/10 368/5 368/8
369/1 369/4 369/13 369/25
370/1 370/5 370/13 370/13
370/16 371/3 371/6 374/12
375/4 375/17 376/4 376/7
376/23 377/8 378/2 379/4
381/7 381/22 382/1 382/4
382/5 382/19 382/23 383/7
383/21 384/17 385/8 385/16
385/20 386/9 387/8 387/14
yours [1] 368/18
yourself [2] 300/6 376/10

Z
Zacharius [1] 385/11
Zoom [1] 289/19