IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )        CV No. 21-2886
                                   )        Washington, D.C.
            vs.                    )        August 2, 2022
                                   )        3:00 p.m.
BERTELSMANN SE & CO. KGAA, ET AL., )
                                   )
            Defendants.            )        Afternoon Session
_____)


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE FLORENCE Y. PAN
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:          John R. Read
                            Ihan Kim
                            Melvin A. Schwarz, I
                            Jeffrey Vernon
                            Sara Licht
                            Lisa Scanlon
                            U.S. DEPARTMENT OF JUSTICE
                            Antitrust Division
                            450 Fifth Street, NW
                            Washington, D.C. 20530
                            (202) 307-0468

APPEARANCES CONTINUED:

For Defendants
Bertelsmann
and Penguin Random House:        Daniel M. Petrocelli
                                 O'MELVENY & MYERS LLP
                                 1999 Avenue of the Stars
                                 8th Floor
                                 Los Angeles, CA 90067
                                 (310) 553-6700
                                 Email: dpetrocelli@omm.com

                                 Daniel L. Cantor
                                 O'MELVENY & MYERS LLP
                                 7 Times Square
                                 Times Square Tower
                                 New York, NY 10036
                                 (212) 326-2000
                                 Email: dcantor@omm.com


For Defendants
ViacomCBS
and Simon & Schuster:            Stephen Fishbein
                                 SHEARMAN & STERLING, LLP
                                 599 Lexington Avenue
                                 New York, NY 10022
                                 (212) 848-4000
                                 Email: sfishbein@shearman.com

                                 Ryan A. Shores
                                 SHEARMAN & STERLING LLP
                                 401 9th Street, NW
                                 Washington, D.C. 20004
                                 (202) 508-8058
                                 Email:
                                 ryan.shores@shearman.com

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249
Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

INDEX OF EXHIBITS

– – –

| PLAINTIFF'S | IDENTIFIED | ADMITTED |
|---|---|---|
| PX0821 | | 413 |
| PX643 | | 420 |
| PX613 | | 422 |
| PX557 | | 429 |
| PX588 | | 431 |
| PX700 | | 433 |
| PX632 | | 435 |
| PX716 | | 437 |
| PX559 | | 440 |
| PX624 | | 441 |
| PX569 | | 444 |
| PX729 | | 448 |
| CID DEPOSITION, PAGE 306, 7-17 | | 461 |
| PX656 | | 463 |
| CID DEPOSITION AND LINE 23 | | 466 |
| PX655 | | 469 |
| PX634 | | 472 |
| PX655 | | 472 |

- - -

INDEX OF EXHIBITS

- - -

| DEFENDANT'S | IDENTIFIED | ADMITTED |
|---|---|---|
| DX144 | | 413 |
| DX148 | | 413 |
| 71 | | 482 |
| 188 | | 503 |

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PLAINTIFF's: | | | | |
| JONATHAN KARP | 414 | 473 | | |

```
1                    P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.

3              THE COURT:  Good afternoon.

4              COURTROOM DEPUTY:  The Court is back in session.

5     Please be seated, everyone, and come to order.

6              THE COURT:  This is a very big binder, Mr. Read.

7              MR. READ:  I think Jeff Vernon is proud of that

8     big binder.

9              Your Honor, one minor housekeeping matter.  On

10    that last video during the sealed session, three documents

11    were talked about.

12             THE COURT:  Yes.

13             MR. READ:  On behalf of both parties, I move them

14    into evidence without objection.  One is PX0821, one is

15    DX144, and one is DX148.

16             THE COURT:  All right.  Those will be admitted

17    under seal, correct?

18             MR. READ:  Correct.

19             THE COURT:  Yes.

20             MR. READ:  Thank you.

21                                  (Plaintiffs' Exhibit PX0821
                                        received into evidence.)
22                                  (Defendants' Exhibit DX144
                                        received into evidence.)
23                                  (Defendants Exhibit DX148
                                        received into evidence.)
24             THE COURT:  All right.

25             MR. VERNON:  Your Honor, may we proceed?
```

```
 1            THE COURT:  Yes.

 2            MR. VERNON:  The United States calls

 3   Jonathan Karp, the CEO of Simon & Schuster.

 4            THE COURT:  Okay.

 5            MR. VERNON:  And we have already distributed the

 6   binders which hopefully you've noticed -- as you noticed.

 7            THE COURT:  Thank you.  It's a very impressive

 8   binder, Mr. Vernon.

 9            Can you remain standing and raise your right hand.

10            COURTROOM DEPUTY:  Raise your right hand.

11            (Witness is placed under oath.)

12            COURTROOM DEPUTY:  Thank you.

13            THE COURT:  You can be seated.  Good afternoon.

14            THE WITNESS:  Hi.

15                           - - -

16   JONATHAN KARP, WITNESS FOR THE PLAINTIFF, SWORN

17                    DIRECT EXAMINATION

18                           - - -

19   BY MR. VERNON:

20       Q    Good afternoon, Mr. Karp.

21       A    Good afternoon.

22       Q    How are you doing?

23       A    I'm fine.  Thank you.

24       Q    Good.

25            Can you state your name for the record.
```

1      A      Jonathan Karp.

2      Q      And what is your title?

3      A      I'm the President and chief executive officer of

4  Simon & Schuster.

5      Q      I think this is right.  You have 32 years of

6  experience in the book publishing business; is that correct?

7      A      Thirty-three.

8      Q      Thirty-three.

9             And before working at Simon & Schuster, you worked

10  at Random House and Hachette; is that right?

11      A      Yes.

12      Q      And you started working at Simon & Schuster in

13  2010; is that right?

14      A      Yes.

15      Q      You became the President of Simon & Schuster's

16  adult group in 2018; is that right?

17      A      Yes.

18      Q      As president of Simon & Schuster's Adult

19  Publishing Group, you oversaw all of the Simon & Schuster

20  divisions that publish adult books; is that fair?

21      A      Yes.

22      Q      You became the CEO of Simon & Schuster in May of

23  2020?

24      A      Yes.

25      Q      Except for the first two years, you have been

1    involved in negotiations with authors and agents for all of

2    your publishing career; is that fair?

3        A    Yes.

4        Q    So you have approximately 31 years of experience

5    in negotiating with authors and agents; is that right?

6        A    Yes.

7        Q    Let me ask you about competition.

8            Authors benefit from competition between Penguin

9    Random House and Simon & Schuster, fair?

10        A    They benefit from competition among all

11    publishers.

12        Q    Including Simon & Schuster and Penguin?

13        A    Yes.

14        Q    For example, competition between Penguin Random

15    House and Simon & Schuster has led to higher advances for

16    authors, hasn't it?

17        A    That's happened, and, again, the competition

18    throughout the publishing industry has led to higher

19    advances.

20        Q    Head-to-head competition between Simon & Schuster

21    and Penguin Random House is quite common, correct?

22        A    Well, head-to-head competition is relatively rare

23    in the full picture of the total number of deals that we do.

24        Q    Let's walk through some examples.

25            For these questions, I'm going to refer to --

```
 1    there is a book and author confidentiality document that's

 2    in the front of every binder in the front fold.

 3              So if you open it up, it's a list of books and

 4    titles.  Don't show this to the public.  It lists the title

 5    of a book and the name of an author, and then a number?

 6    A    Yes.

 7    Q    So let me just explain this because we're trying

 8    to be sensitive to confidential information.  We are going

 9    to talk about the advance dollars and the offer, o-f-f-e-r,

10    dollars so you can say the dollar of the advance.  Does that

11    make sense?

12              But what we're trying not to do, we're trying not

13    to say the name of a book, the name of an author, the name

14    of an agent, or information that could identify the book or

15    the author like their profession.  Does that make sense?

16    A    Yes.

17    Q    Okay.

18              If you have any questions about which portions of

19    a document have been marked as confidential, you can look at

20    your screen.  Right there.

21    A    Oh, yeah.  Got it.

22    Q    Your screen will have redactions; the binder in

23    front of you does not.  If you have any questions, please

24    stop me, because we are trying to be sensitive.

25    A    Got it.
```

```
 1       Q    Let me start you with book 58, it's the last one
 2  on your list.
 3            Simon & Schuster and Penguin Random House competed
 4  to acquire this book; is that correct?
 5       A    We were negotiating and I found out near the end
 6  that Penguin Random House was -- had made an offer.
 7       Q    You personally handled much of the negotiations
 8  over this book; is that correct?
 9       A    Yes.
10       Q    You offered $6 million for book 58;
11  is that correct?
12       A    That's part of it.  We started lower.
13       Q    Let me see if I remember correctly.  You first
14  offered 5 million for book 58; is that right?
15       A    Right.
16       Q    And then a few days after you offered 5 million,
17  you increased the offer to 6 million; is that right?
18       A    Right.
19       Q    After that, you learned that Penguin Random House
20  had offered 7.5 million for the book; is that correct?
21       A    Are there documents?
22       Q    Sure, we can go to a document:
23            Let me ask you to turn in your binder to PX643, so
24  that the PXs are in the front, and let me know when you're
25  ready.
```

 1      A    Okay.  So the reason I wanted to check was because

 2   the $6 million offer was about eight or nine months earlier.

 3   So we did increase the offer, as you said, but there was

 4   about a nine-month -- eight- or nine-month gap between that.

 5      Q    Let me just walk you through the document quickly.

 6           First, my first question is, PX643 is an email

 7   chain with the top email from you to Ms. Reidy dated

 8   November 6th, 2019; is that correct?

 9      A    Correct.

10           MR. VERNON:  Your Honor, we have prepared a

11   redacted version.  May we show it to the public?

12           THE COURT:  You may.

13           MR. VERNON:  Thank you.

14   BY MR. VERNON:

15      Q    There is an email from you, starting at the bottom

16   of the first page, and the substance of the email starts at

17   the top of the second page.  Do you see that?

18      A    Yes.

19      Q    In the first sentence at the top of page 2, you

20   write:  As you will recall, we made a confidential

21   $6 million world English offer for the author in January.

22           Do you see that?

23      A    Yes.

24      Q    Halfway through the second line, you write:

25   Unfortunately, a person whose name we are redacting, urged

```
1    him to consider an offer from -- I'm going to skip some
2    redacted text -- Crown, which has put 7.5 million on the
3    table, with $2,500,000 in bonuses.
4              Did I read that correctly?
5         A    Yes.
6         Q    And Crown is an imprint of Penguin Random House;
7    is that correct?
8         A    That's correct.
9         Q    In the second-to-last line of this paragraph, you
10   write:  They will not go back to Crown if we offer 8 million
11   for world English rights.
12             Did I read that correctly?
13        A    You did.
14             MR. VERNON:  The United States, Your Honor, moves
15   to admit PX643.
16             THE COURT:  Any objection?
17             MR. FISHBEIN:  No objection.
18             THE COURT:  That will be admitted.  Thank you.
19                                 (Plaintiff's Exhibit PX643
                                      received into evidence.)
20
21   BY MR. VERNON:
22        Q    You were concerned that the agent would go back to
23   Crown if Simon & Schuster did not offer 8 million for this
24   book; is that correct?
25        A    Yes.
```

```
 1              I also think that the reason it wasn't exactly
 2   between us and Crown is because anybody could have offered
 3   for an artist of this magnitude.  And so when we were making
 4   our offer, it was a nine-month lag.  I had a feeling that
 5   there was a possibility that we were going to have to
 6   increase our offer.  In this case, it was Crown, but it
 7   really could have been anybody.
 8         Q    Let me ask you to turn to PX613.
 9              And before we do that, can I just say, let's not
10   show this document on the public screen, if we can turn it
11   off, because there's one thing that we just don't want to
12   show, but I think we can talk about it in open court.
13              So can you turn it to PX613 in your binder.  And
14   let me know when you're there.
15         A    613?
16         Q    Right, 613.
17         A    Okay.
18         Q    PX613 is an email with the top email from you to
19   Ms. Reidy dated November 7th, 2019.  Do you see that?
20         A    Yes.
21         Q    And this is about the same book, book 58?
22         A    Yes.
23         Q    In your email at the top, the only paragraph, the
24   second line down, you write:  I'm concerned that if we offer
25   less than 8 million, the agency will go back to PRH.  She
```

 1    said they were willing to offer more.

 2            Did I read that correctly?

 3        A    You did.

 4            MR. VERNON:  The United States moves to admit

 5    PX613.

 6            THE COURT:  Any objection?

 7            MR. FISHBEIN:  No objection.

 8            THE COURT:  That will be admitted.

 9                                (Plaintiff's Exhibit PX613
                                    received into evidence.)
10

11    BY MR. VERNON:

12        Q    Competition from Penguin Random House was directly

13    relevant to your reasoning when you decided to increase the

14    offer from 6 million to 8 million, correct?

15        A    Well, it's more complex than that.

16            I've been after this author for almost 12 years.

17    I actually made an offer for this author when I was working

18    for Hachette.  I'd offered $5 million then.

19            People have been after pursuing this author for

20    decades.  And I believe that the literary agent in this deal

21    was going to negotiate hard regardless of who the competitor

22    was.  As I said, in this instance, it happened to be Penguin

23    Random House, but it could have just as easily been someone

24    else.

25        Q    Let me ask you to turn to your day 2 of your CID

```
 1   deposition transcript.  So there's three deposition
 2   transcripts in the back; it's the second one.
 3          Before I point you to a specific page, can I ask
 4   you, fair to say I did take your deposition in this case?
 5      A    Oh, it was -- yes, that's very fair, it was about
 6   14 hours.
 7      Q    That's okay.
 8           Touche.
 9      A    Day 2?
10      Q    It's day 2.
11      A    Okay.  I see it.  I'm there.
12      Q    It's the one that starts August 13th.
13           And you were under oath for that deposition?
14      A    Yes.
15      Q    Let me ask you to turn to page 368, line 17
16   through 24.  Let me know when you're there; I'll turn to
17   them.
18      A    353?
19      Q    368.
20      A    368.  Okay.  I'm there.
21      Q    Lines 17 through 24:
22           Question:  Okay.  Was competition from Penguin
23   Random House irrelevant to Simon & Schuster's reasoning when
24   it increased its offer for the author from $6 million to $8
25   million?
```

```
 1              Answer:  The competitive offer was directly

 2    relevant.

 3              Did I read that correctly?

 4        A    You did.

 5              MR. VERNON:  The United States moves to admit this

 6    both for impeachment and for the substance of the testimony.

 7              MR. FISHBEIN:  Your Honor, I would object because

 8    the answer continues on 369 in a way that I believe is not

 9    inconsistent with his testimony.  So he should be able to at

10    least --

11              THE COURT:  Just a moment.  Can I read that?

12              The objection is overruled.  I'm going to admit it

13    for the purposes stated by the government.  I don't see that

14    as being consistent with what he said here, okay?

15    BY MR. VERNON:

16        Q    In your mind, Penguin Random House was the

17    stalking horse that the agent used to increase Simon &

18    Schuster's offer from $6 million to $8 million, correct?

19        A    Well, I do say in this deposition that I think it

20    is consistent.

21              I knew when I started that we probably weren't

22    going to get it for 5 million.  It was just matter of time.

23    It was a matter of how far we got pulled up.  It happened to

24    be in this case Penguin Random House was the manipulative

25    stalking horse to pull us up.  It could have been anybody.
```

That's what I said.

    Q    But for this book, in your mind, Penguin Random House was the stalking horse that the agent used to increase the offer from 6 to 8; is that correct?

    A    Yes.

    Q    And author 58, this author did agree to publish this book with Simon & Schuster; is that right?

    A    Yes.

    Q    Let me ask you about book 41.

    THE COURT:  And I just want to note for the record that in the first testimony for Mr. Karp, he denied that the Penguin Random House offer was directly relevant and that's why I think that that was properly admitted because you admit it in your deposition --

    THE WITNESS:  All right.

    THE COURT:  -- that it was directly relevant.

    THE WITNESS:  I apologize.

    THE COURT:  I just want to note for the record my ruling.

    All right.  Go ahead.

BY MR. VERNON:

    Q    Let me ask you about book 41, Mr. Karp.

    And let me ask you to turn to, in your binder, to PX557.  Let me know when you're ready and I'll take a second to get there too.

```
 1        A    PX41?

 2        Q    557, I think it's the second one from the front.

 3        A    It says PX43.  And I see PX34.

 4             THE COURT:  The second tab.

 5             MR. VERNON:  557.

 6             THE COURT:  557.

 7             THE WITNESS:  Oh, 557.  I'm sorry.

 8             MR. VERNON:  No.  That's okay.  It's a big binder.

 9   It's true.

10             THE WITNESS:  I'm there.

11             MR. VERNON:  Your Honor, we have prepared a

12   redacted version of this document.  May we show it to the

13   public?

14             THE COURT:  You may.

15   BY MR. VERNON:

16        Q    Mr. Karp, this is an email chain with the top

17   email from Mr. Dohle to you, dated February 26th, 2020; is

18   that right?

19        A    Yes.

20        Q    And this email chain relates to the bidding for

21   book 41; is that correct?

22        A    Yes.

23        Q    Let me ask you to turn to page 6, which ends in

24   the Bates number at the bottom of 500.

25        A    Okay.
```

1      Q    About halfway or a little more than halfway down,

2  this email -- there is an email from the agent for this

3  book; is that right?

4      A    Yes.

5      Q    And the agent writes that the auction is down --

6  and I'm paraphrasing here -- that the auction is down to two

7  bidders; is that correct?

8      A    Yes.

9      Q    And you later learned that the other bidder was

10 Penguin Random House; is that right?

11     A    I'd just like to take a moment to read this if

12 that's okay.

13     Q    That's fine.

14     A    Can you please repeat your question.

15     Q    Sure.

16          You later learned, after the email on page 6, that

17 the other bidder for this book was Penguin Random House;

18 is that fair?

19     A    I believe I learned it after the auction was over.

20     Q    Okay.

21     A    I'm not 100 percent sure, but I believe that I

22 learned it after the auction was over.

23     Q    Going back to this email, the agent writes -- and,

24 again, I'm paraphrasing -- that the high bid was currently

25 645, so Simon & Schuster would need to bid $665,000 to stay

```
 1    in the auction.  Is that correct?

 2         A    Yes.

 3         Q    And in the next email up, there's an email from

 4    Ms. Callahan, who's an editor, I think, at Simon & Schuster;

 5    is that right?

 6         A    Yes.

 7         Q    She bids 665,000; is that right?

 8         A    Right.

 9         Q    Let me ask you to turn to the next page, 499.

10              At the bottom of page 499, there's another email

11    from the agent who says, the auction is back to you --

12    again, I'm paraphrasing -- at 685,000.  Simon & Schuster

13    needs to bid 705 to stay in.  Is that right?

14         A    Right.

15         Q    And then at the very top of this page,

16    Ms. Callahan bids 705,000; is that right?

17         A    Right.

18         Q    And after that, Simon & Schuster and the other

19    bidder go back and forth a couple more times; is that fair?

20         A    Yes.

21              MR. VERNON:  The United States moves to admit

22    PX557.

23              THE COURT:  Any objection?

24              MR. FISHBEIN:  No objection.

25              THE COURT:  That's admitted.
```

```
 1                                    (Plaintiff's Exhibit PX557
                                        received into evidence.)
 2

 3    BY MR. VERNON:

 4        Q    Let me ask you to turn to PX588.  And let me know

 5    when you're there.

 6        A    Okay.

 7        Q    This is an email chain with the top email from

 8    Ms. Reidy to you, dated February 26th, 2020; is that right?

 9        A    Right.

10             MR. VERNON:  Your Honor, we have prepared a

11    redacted version.  May we show it to the public?

12             THE COURT:  You may.

13    BY MR. VERNON:

14        Q    And this email also relates to the bidding for the

15    same book, book 41; is that correct?

16        A    Right.

17        Q    Let me ask you to focus on the email from you that

18    is second from the top, do you see that, to Ms. Reidy?

19        A    Yes.

20        Q    You write in this email:  We were bidding only

21    against Dial/Random for three rounds from $650,000 onward.

22    We asked the agent to go to best bids and he refused.  We

23    matched at $805,000 and Random added 20,000 dollars and won.

24             Did I read that correctly?

25        A    You did.
```

1      Q    And you referred to Dial and Random.  Those are

2  imprints of Penguin Random House; is that correct?

3      A    Yes.

4      Q    So what you know now is the only bidders for the

5  last several rounds of the auction for this book were Simon

6  & Schuster and Penguin Random House; is that fair?

7      A    Fair.

8      Q    And your email states that near the end of the

9  auction, Random House offered 805,000; is that correct?

10     A    Yes.

11     Q    And then Simon & Schuster matched the $805,000

12  offer; is that correct?

13     A    We did.

14     Q    And after that Random House, increased its offer

15  to 825 and won; is that correct?

16     A    That's correct.  It's worth noting there were

17  several other bidders in this auction, though, before it

18  reached that final level between the two of us.

19     Q    Let me ask you this.  You think that during the

20  last several rounds of this auction, competition between

21  Penguin Random House and Simon & Schuster pushed up the

22  advance from 650,000 to 825,000, correct?

23     A    That's what happened.

24     Q    Okay.

25          MR. VERNON:  The United States moves to admit

```
 1   PX588.
 2             THE COURT:  Any objection?
 3             MR. FISHBEIN:  No objection, Your Honor.
 4             THE COURT:  That's admitted.  Thank you.
 5                              (Plaintiff's Exhibit PX588
 6                               received into evidence.)
 7   BY MR. VERNON:
 8        Q    Let me try to ask you about the next book which is
 9   going to be book 39.  And I'll do this.  Let's turn to PX700
10   in your binder.  And let me know when you're there.
11        A    All right.  I'm there.
12             MR. VERNON:  Your Honor, we have prepared a
13   redacted version.  May we show it to the public?
14             THE COURT:  You may.
15   BY MR. VERNON:
16        Q    Mr. Karp, this is an email chain with the top
17   email from Ms. Reidy to you, dated February 22nd, 2019; is
18   that correct?
19        A    Yes.
20        Q    Let me ask you to focus on the second email, which
21   is from you, towards the top.
22             You write:  The auction for book 39 went on all
23   week.  There were initially seven bidders from 11 imprints,
24   including Gallery and Atria.  Do you see that?
25        A    Yes.
```

```
 1        Q    And Gallery and Atria, those are two imprints of
 2   Simon & Schuster; is that right?
 3        A    Yes.
 4        Q    You then write:  Gallery dropped out at 750,000.
 5   It was down to PRH and Atria in the final best bid part of
 6   the auction, with the high bid at the time being
 7   $1.1 million.
 8             Did I read that correctly?
 9        A    You did.
10        Q    Then you write:  Libby -- and Libby refers to
11   Libby McGuire; is that correct?
12        A    Correct.
13        Q    She is the publisher of Atria; is that right?
14        A    Yes.
15        Q    "Libby and I decided to go all the way to the
16   approved $1.5 million level because that was always our
17   number.  We didn't want to risk losing it, and Libby
18   remained confident throughout the process.  We won."
19             Did I read that correctly?
20        A    You did.
21        Q    So this -- the auction for this book initially
22   included several publishers; is that correct?
23        A    Eleven imprints, seven bidders.
24        Q    The only two bidders in the final round were
25   Penguin Random House and Simon & Schuster, is that right?
```

1    A    This is written after the fact.  I didn't know

2  that the other bidder was Penguin Random House, but, yes, we

3  were the only two bidders at the very end.

4    Q    The high bid prior to the final round was

5  1.1 million; is that right?

6    A    Yes.  And the agent went to the best bids.

7    Q    During the final round, Simon & Schuster increased

8  its bid from 1.1 million, or possibly less, to 1.5 million;

9  is that correct?

10    A    It's correct because that was the number we had in

11  our heads all along.  And we were looking straight ahead, we

12  weren't looking at the competition.  We just wanted to

13  publish this book.

14    Q    And Simon & Schuster won this book;

15  is that correct?

16    A    We did.

17        MR. VERNON:  The United States moves to admit

18  PX700.

19        THE COURT:  Any objection?

20        MR. FISHBEIN:  No objection.

21        THE COURT:  That's admitted.

22                        (Plaintiff's Exhibit PX700
                          received into evidence.)
23

24  BY MR. VERNON:

25    Q    Let me ask you now about book 48.

```
 1              And I think the easiest way to do this is to ask
 2   you to turn to PX632 in your binder.
 3              And let me know when you're ready.
 4       A    Okay.
 5              MR. VERNON:  Your Honor, we have prepared a
 6   redacted version.  May we show it to the public?
 7              THE COURT:  Yes, you may.
 8   BY MR. VERNON:
 9       Q    This is an email chain where the top email is from
10   Amy Bell to you, dated June 8th, 2020; is that right?
11       A    Yes.
12       Q    About halfway down this first page, there is an
13   email from Ms. Bell; is that correct?
14       A    Yes.
15       Q    And she is an editor at Simon & Schuster;
16   is that fair?
17       A    Yes.
18       Q    She writes, and I'm paraphrasing, that the auction
19   is down to two bidders; is that correct?
20       A    Correct.
21       Q    And at this time, you didn't know who the other
22   bidder was; is that fair?
23       A    Yes.
24       Q    But after this, you did go back and forth against
25   that other publisher; is that correct?
```

435

```
1         A    Correct.

2         Q    So here, Ms. Bell states that after Simon &

3    Schuster bid $525,000, the other bidder matched Simon &

4    Schuster's $525,000 offer; is that correct?

5         A    Correct.

6         Q    And then after the other bidder matched Simon &

7    Schuster's $525,000 offer, Simon & Schuster increased its

8    bid to 535,000 and added two bonuses totaling 100,000;

9    is that correct?

10        A    Correct.

11        Q    And then Simon & Schuster won the book; is that

12   right?

13        A    We did.

14             MR. VERNON:  United States moves to admit PX632.

15             THE COURT:  Any objection?

16             MR. FISHBEIN:  No objection.

17             THE COURT:  That will be admitted.

18                                  (Plaintiff's Exhibit PX632
                                        received into evidence.)
19

20   BY MR. VERNON:

21        Q    Next book I want to ask you about is book 38.

22             Simon & Schuster bid on book 38; is that correct?

23        A    Correct.

24        Q    Let me ask you to turn to PX716.

25             Let me know when you're there.
```

```
 1        A     I'm here.
 2              MR. VERNON:  Your Honor, we have prepared a
 3    redacted version.  May we publish to the public?
 4              THE COURT:  You may.
 5    BY MR. VERNON:
 6        Q     This an email chain with the top email from you
 7    dated November 3rd, 2018, to Ms. Reidy; is that right?
 8        A     Yes.
 9        Q     In your email at the top, you write, we were even
10    with Penguin press on a book at $750,000 and lost.
11              Do you see that?
12        A     Yes.
13        Q     And you also forwarded an auction chart that the
14    agent emailed you; is that correct?
15        A     Yes.
16        Q     Can you turn to the next page.
17              And the next page, there is -- what appears to be
18    a chart; is that fair?
19        A     Yes.
20        Q     This chart shows that for the last -- actually,
21    let me back up.
22              The chart shows seven publishers on the left; is
23    that right?
24        A     I see eight.
25        Q     Eight.  I'm sorry.
```

```
 1              And the only -- at the bottom, it says Houghton
 2    Mifflin.  Do you see that?
 3         A    Yes.
 4         Q    Is that HMH?
 5         A    Yes.
 6         Q    The other seven publishers are all imprints of the
 7    Big 5; is that fair?
 8         A    That's correct.
 9         Q    And this chart shows that for the last two rounds
10    of this auction, meaning rounds four and five, the only
11    bidders were Penguin Random House and Simon & Schuster;
12    is that correct?
13         A    That is correct.
14         Q    May I ask you another question.  Penguin Random --
15              MR. VERNON:  I'm sorry, Your Honor, the
16    United States moves to admit PX716.
17              THE COURT:  Any objection?
18              MR. FISHBEIN:  No objection, Your Honor.
19              THE COURT:  That will be admitted.
20                                  (Plaintiff's Exhibit PX716
21                                     received into evidence.)
22    BY MR. VERNON:
23         Q    Simon & Schuster lost three books to Penguin
24    Random House in one week; is that correct?
25         A    Is there a document?
```

1      Q    We can go to a document.  And you can set that one

2  aside.

3           Let me ask you to turn to PX559.  Let me know when

4  you're there.

5      A    I'm there.

6           MR. VERNON:  Your Honor, we have prepared a

7  redacted version.  May we publish?

8           THE COURT:  You may.

9  BY MR. VERNON:

10     Q    This an email chain, with the top email from you

11  to Ms. Reidy, dated September 27th, 2019; is that fair?

12     A    Yes.

13     Q    In this email, you write in the second paragraph:

14  This was the third beauty contest we lost this week to PRH.

15          Do you see that?

16     A    I do.

17     Q    And a beauty contest is a situation where two

18  publishers' offers for the same book are similar financially

19  and the publishers then compete on non-financial terms or

20  factors to win the book; is that correct?

21     A    Pulchritude.

22     Q    Pulchritude?

23     A    Yes, it's beauty.

24     Q    Beauty.  Okay.  I should have guessed that you

25  would have a big vocabulary as the head of a publishing

1    house.

2         As an example, in a beauty contest, Simon &

3    Schuster and Penguin Random House might try to compete to

4    convince the author that they will do the best job marketing

5    a book; is that fair?

6    A    That they have the best vision for publishing the

7    book overall.  It could be many things.  Sometimes it's the

8    editorial connection.  Sometimes it is the marketing or the

9    publicity.  Sometimes it's just the sum of the enthusiasm

10   that the house has.

11   Q    And in this email, you state that Simon & Schuster

12   lost three beauty contests in one week to Penguin Random

13   House; is that fair?

14   A    It was an ugly week.

15        But, you know, you'll also find emails from the --

16   bemoaning losses to HarperCollins and Macmillan and our

17   other competitors.

18   Q    I understand.

19        Just since we have limited time, let me ask you to

20   try to focus on my question, and then I'm sure your counsel

21   will be able to ask you about that?

22   A    You got it.

23   Q    Let me ask you to turn to PX624.

24        And --

25        MR. VERNON:  Your Honor, I'm sorry, the

```
 1   United States moves to admit PX559.  I think there are no

 2   objections.

 3              THE COURT:  Any objection?

 4              MR. FISHBEIN:  No objection.

 5              THE COURT:  That will be admitted.

 6                                  (Plaintiff's Exhibit PX559
                                     received into evidence.)
 7

 8   BY MR. VERNON:

 9       Q    Back on PX624, this is an email chain with the top

10   email from you, dated June 16th, 2019; is that right?

11       A    Yes.

12              MR. VERNON:  Your Honor, we have prepared a

13   redacted version.  May we show it to the public?

14              THE COURT:  You may.

15   BY MR. VERNON:

16       Q    This email relates to book 55; is that correct?

17       A    It does.

18       Q    And you -- for this book, you did everything that

19   you could and you lost to Random House; is that correct?

20       A    That is correct.

21       Q    And Random House is a part of Penguin Random

22   House; is that correct?

23       A    Yes.

24       Q    And you found that frustrating; is that right?

25       A    I found it flustrating until the book came out,
```

1    and then I was relieved because it lost a lot of money and

2    it sort of proves how you never really know anything.

3              MR. VERNON:  The United States moves to admit

4    PX624.  I believe there are no objections.

5              THE COURT:  Any objection?

6              MR. FISHBEIN:  No objection.

7              THE COURT:  Okay.  That will be admitted.

8                                   (Plaintiff's Exhibit PX624
                                      received into evidence.)
9

10   BY MR. VERNON:

11       Q    Let me ask you about book 44.  Oh, I'm sorry, I'm

12   referring to the confidentiality.

13       A    Right.

14       Q    Do you see that book 44?

15       A    Oh, yes.

16       Q    Do you remember that one?

17       A    I remember that one, too.

18       Q    Penguin Random House and Simon & Schuster competed

19   for this book; is that fair?

20       A    There were other bidders, too.

21       Q    Let me ask you to turn -- but you did compete with

22   Penguin Random House; is that correct?

23       A    We found out after the fact that we were competing

24   with them, yes.

25       Q    Okay.

1          Let me ask you to turn to PX569.

2          And let me know when you're ready.

3          MR. VERNON:  Your Honor, we have prepared a

4    redacted version.  May we show it to the public?

5          THE COURT:  Yes, you may.

6          THE WITNESS:  Okay.  I'm there.

7    BY MR. VERNON:

8      Q    This is an email chain with the top email from

9    you, dated June 30, 2020; is that right?

10     A    Right.

11     Q    Let me ask you to turn to the second page.  The

12   bottom of this page, there's an email from Dawn Davis.

13          Do you see that?

14     A    Yes.

15     Q    At this time, Ms. Davis was an editor at Simon &

16   Schuster; is that fair?

17     A    Yes.

18     Q    She writes:  Just spoke to the agent and went to

19   600 as the other player was at 575.  The one other offer is

20   on behalf of one bidder.

21          Did I read that correctly?

22     A    That's right.

23     Q    So by the time that Simon & Schuster offered

24   600,000 for this book, the only bidders were Simon &

25   Schuster and one other publisher; is that right?

1      A    That is fair.  It's also fair that our top number

2  in this auction was 750.

3      Q    And you later learned that the other publisher

4  that you were bidding against at this point was Penguin

5  Random House; is that fair?

6      A    We learned after the auction was over that they

7  went higher than we did.

8      Q    Let me ask you --

9      A    Our top number, we stayed actually at our top

10  number.  I don't think we got pulled up by them.

11      Q    Let me ask you to turn to page 1.

12      A    Page 1?  I'm sorry, the document.

13      Q    The first page.

14      A    Yes.

15      Q    At the bottom, there's another email from

16  Ms. Davis.  Do you see that?

17      A    Yes.

18      Q    She writes that the other publisher has advanced

19  to 625.  Is that fair?

20      A    Yes.

21      Q    And Simon -- she writes that Simon & Schuster is

22  advancing to 650.  Is that right?

23      A    That's right.

24      Q    And then after that, the agent called for best

25  beds; is that right?

```
 1        A    Right.

 2        Q    And as you alluded to earlier, after the agent

 3   called for best bids, Simon & Schuster increased its offer

 4   to 750,000; is that correct?

 5        A    Yes.  I wrote:  We all thought it was worth 750,

 6   so I'm okay with going there if that's what you want to do.

 7        Q    And then Simon & Schuster lost this book to

 8   Penguin Random House; is that correct?

 9        A    That's correct.

10        Q    It was Viking, I think, was the imprint?

11        A    Yes.

12             MR. VERNON:  United States moves to admit PX569,

13   and I believe there are no objections.

14             MR. FISHBEIN:  No objection.

15             THE COURT:  All right.  That will be admitted.

16                                  (Plaintiff's Exhibit PX569
                                       received into evidence.)
17

18   BY MR. VERNON:

19        Q    Let me walk you through one more book.  I'm going

20   to ask you about book 30, and I think I'll do that by

21   referring you to PX729.

22        A    PX729.

23        Q    It's maybe about two-thirds of the way back.

24        A    I see it.

25
```

1            MR. VERNON:  Your Honor, we have prepared a

2   redacted version.  May we show it to the public?

3            THE COURT:  You may.

4   BY MR. VERNON:

5       Q    This is an email chain where the top email is from

6   you to Ms. Reidy dated March 7th, 2018; is that correct?

7       A    Yes.

8       Q    This relates to the bidding for book 30;

9   is that correct?

10      A    Yes.

11      Q    At the top of your email the very first paragraph,

12  write:  Carolyn, we're finally at the end of the author 30

13  auction.  We took a $750,000 floor with 10 percent topping.

14  The author met with other publishers and portfolio offered

15  $1 million for world.  To win the book, we'll have to offer

16  1.1 million.

17           Did I read that correctly?

18      A    Yes.

19      Q    Let me see if I can break this down.  Simon &

20  Schuster initially offered 750,000 for the book;

21  is that correct?

22      A    I think we might have even started lower than that

23  before this -- before he -- before there was a book

24  proposal.

25           But in this iteration of the memo you're reading,

```
 1    yes, it's at that level.
 2         Q    And just try to simplify it.  At some point, Simon
 3    & Schuster bid 750 for this book; is that fair?
 4         A    Yes.
 5         Q    After Simon & Schuster offered --
 6              THE COURT:  Sorry, can I just ask:  What does
 7    10 percent topping mean?
 8              THE WITNESS:  10 percent topping means that
 9    wherever the auction ended, no matter who else was bidding,
10    we would have the right to own the book if we agreed to pay
11    10 percent more.
12              THE COURT:  Thank you.
13    BY MR. VERNON:
14         Q    Portfolio made the highest bid in the auction; is
15    that right?
16         A    They did.
17         Q    And Portfolio is an imprint of Penguin Random
18    House; is that right?
19         A    Yes.
20         Q    Portfolio bid $1 million for the book;
21    is that correct?
22         A    Yes.
23         Q    And after that Simon & Schuster exercised the
24    topping privileges; is that fair?
25         A    Yes.
```

1    Q    So Simon & Schuster offered 1.1 million;

2  is that correct?

3    A    We did.

4    Q    And then Simon & Schuster won; is that fair?

5    A    Yes.

6    Q    And just to simplify it a little more, initially,

7  or at least at some point, Simon & Schuster offered 750,

8  then Penguin Random House offered a million, then Simon &

9  Schuster offered 1.1 million; is that correct?

10    A    Right.

11        We thought we were going to get pulled up, but the

12  author had been with us his whole career and so he tested

13  the market with our blessing, which ended -- it was an

14  amicable understanding that we had.

15    Q    One of the reasons that you offered $1.1 million

16  for the book was that you did not want to let Penguin Random

17  House steal an author that you had invested in and

18  developed; is that fair?

19    A    Well, I list three points in this memo.  That was

20  the least important point.  In this case, it happened to be

21  PRH, but I wouldn't have wanted to lose this author to

22  anybody, he's a young, promising author.  So you're right on

23  the facts, but I don't agree on the context.

24    Q    Let me just read the document.  In the second

25  paragraph, you say:  I think we should top Portfolio for the

```
 1   following reasons.
 2              Do you see that?
 3       A    Yes.
 4       Q    And then the third reason says:  Three, I don't
 5   want to let PRH steal an author we've invested in and
 6   developed.
 7              Did I read that correctly?
 8       A    Absolutely right.
 9              We also believed the book was a stronger book, and
10   that he was going to have a long career.  Those are the two
11   more important reasons.
12              MR. VERNON:  The United States moves to admit
13   PX729.
14              THE COURT:  Any objection?
15              MR. FISHBEIN:  No objection.
16              THE COURT:  That will be admitted.
17                                    (Plaintiff's Exhibit PX729
                                       received into evidence.)
18
19   BY MR. VERNON:
20       Q    Let me step back and ask you about competition
21   overall.
22              When Simon & Schuster is competing to acquire
23   books, the publishers that it bids against most frequently
24   are Penguin Random House, HarperCollins, Hachette and
25   Macmillan; is that correct?
```

1      A      Well, we compete against a broad range of

2  publishers.  At the higher end, those are the ones who are

3  most often there, but we compete against a much broader

4  range than the ones you mentioned; and any one of them is

5  capable of winning the book in the end.

6      Q      Let me try to ask again.

7           When Simon & Schuster is competing to acquire

8  books, the publishers that it competes against most

9  frequently are Penguin Random House, HarperCollins,

10  Hachette, and Macmillan; is that correct?

11      A      It seems to be that way at the higher end.

12      Q      Let me ask you to look back at your CID

13  deposition, day two, page 459.

14           I'm going to point you to line 6 through 11 and

15  let me know when you're there.

16      A      459?

17      Q      Right.

18      A      Okay.

19      Q      Mr. Read's question:  I'll try to be more precise.

20  Are the other Big 5 publishers in your experience the

21  competitors against which Simon & Schuster bids most

22  frequently for author acquisitions?

23           Answer:  Yes.

24           Did I read that correctly?

25      A      You did.

```
1            MR. VERNON:  United States moves to admit this

2   testimony for impeachment and as a party admission.

3            THE COURT:  Any objection?

4            MR. FISHBEIN:  Your Honor, I have -- I do have an

5   objection to the party admission.  These are -- I believe

6   this is the CID deposition at which the adverse party is not

7   allowed to cross-examine and essentially not allowed to

8   object.  This is during the investigation.  It's not like a

9   deposition where the represented party can object and ask

10  questions.  So I'm not sure that --

11           THE COURT:  What would have been the basis of an

12  objection to this?

13           MR. FISHBEIN:  I'm sorry?

14           THE COURT:  What would have been a basis of an

15  objection to this?

16           MR. FISHBEIN:  No, only that it's coming in as the

17  truth.  In other words, a prior consistent statement -- a

18  prior inconsistent statement is for impeachment unless it's

19  under oath, subject to cross-examination.

20           THE COURT:  Was this under oath?

21           MR. FISHBEIN:  It was under oath, but it was not

22  subject to cross-examination.  I think, you know, it's not

23  like a regular litigation.

24           THE COURT:  I don't think it has to be a subject

25  of cross-examination, because grand jury is admissible.
```

```
1              MR. FISHBEIN:  I'm sorry?

2              THE COURT:  I don't think it needs to be subject

3    to cross-examine because grand jury testimony is admissible.

4              MR. FISHBEIN:  Well, Your Honor --

5              THE COURT:  So your objection is overruled.

6              MR. FISHBEIN:  Okay.

7              THE COURT:  Uh-huh.

8    BY MR. VERNON:

9        Q    Penguin Random House, HarperCollins, Hachette, and

10   Macmillan and Simon & Schuster are sometimes referred to as

11   the Big 5; is that fair?

12       A    Yes.

13       Q    In your experience, the other Big 5 publishers are

14   the publishers that Simon & Schuster loses to most

15   frequently; is that correct?

16       A    That seems to be the case, yes.

17       Q    Let me ask you about why that seems to be the

18   case.  It's fair to say that the Big 5 publishers have

19   certain advantages over smaller publishers; is that correct?

20       A    What do you mean by advantages?

21       Q    I'll be a little more specific.

22            Big 5 publishers have an advantage in publishing

23   new print best selling books because of their marketing and

24   publicity assets; is that correct?

25       A    I think that that is a prevailing piece of
```

1    conventional wisdom.  And I'm not going to disagree.  I do

2    think that a lot of us believe that a good editor, a good

3    publicist, and a sales rep is enough.  So there are some

4    people who believe you need a lot of people to publish a lot

5    of books, but I also think that a smaller publisher can be

6    just as effective for any given book.

7        Q    Setting aside the editorial issue that you

8    mentioned, it's fair to say that one advantage that Big 5

9    publishers have over other publishers in publishing new

10   print best selling books, they have an advantage because of

11   their marketing and publicity assets; is that correct?

12       A    I think some people think that, yes.

13       Q    Let me ask you what you think.  Is it fair to say

14   you think that Big 5 publishers have an advantage in

15   publishing new print best selling books because of their

16   marketing and publicity assets; is that correct?

17       A    I think that now, but if I were working for a

18   small publisher, I might think that I'd be just as good.

19       Q    Okay.  But you do agree, you think Big 5

20   publishers have an advantage in publishing new print best

21   selling books because of their marketing and publicity

22   assets, fair?

23       A    It's not the way I put it, but I can't disagree

24   with you.

25       Q    I just want to see if I can understand.

 1              You do agree Big 5 publishers have an advantage in

 2    publishing new print best selling books because of their

 3    marketing and publicity assets; is that correct?

 4        A    I'm not trying to be difficult.  I just -- I think

 5    that anybody can publish a book well.  So I don't know what

 6    you mean by having an advantage.

 7              An advantage over who, the smaller publishers?

 8        Q    Let me ask you to turn to day one of your CID

 9    deposition, page 250, lines 2 through 8.

10        A    Which page?

11        Q    250.

12              Let me know when you're there.

13              This reads:  It sounds like you're -- it is your

14    testimony that at least for print books that are new books,

15    the Big 5 publishers do have an advantage in making those

16    books into bestsellers because of their publicity and

17    marketing assets; is that correct?

18              Answer:  That's correct.

19              Did I read that correctly?

20        A    Yes.

21              MR. VERNON:  The United States moves to admit this

22    for impeachment and as a party admission.

23              THE COURT:  Any objection?

24              MR. FISHBEIN:  Your Honor, when he asked the

25    question, he did not include the part about making it a

```
1   bestseller.
2           I'm not trying to quibble, but I think there could
3   be a difference.  I mean, the witness said, as a general
4   matter.  The question in the deposition is making it to
5   bestsellers.  So maybe he could ask witness that way, and
6   then if it's inconsistent, he can use it.
7           THE COURT:  Your objection is overruled.
8           Based on the context of the testimony, this is
9   inconsistent.
10  BY MR. VERNON:
11      Q   Focusing for a moment on Simon & Schuster, Simon &
12  Schuster's track record of success can also give it a
13  competitive advantage in acquiring books; is that correct?
14      A   Yes.
15      Q   You have described Simon & Schuster as having
16  decades of credibility and success for nonfiction books;
17  is that correct?
18      A   Yes.
19      Q   And having decades of credibility and success can
20  be a helpful selling point with authors at times;
21  is that correct?
22      A   Correct.
23      Q   And Simon & Schuster is particularly strong as a
24  publisher for certain categories of books; is that fair?
25      A   Yes.
```

1    Q    For example, Simon & Schuster is particularly

2    strong for biographies and memoirs; is that correct?

3    A    Yes, and we're getting stronger in a lot of other

4    categories.

5    Q    Well, like what?

6    A    Well, we just started a practical nonfiction

7    lifestyle imprint.

8    Q    Simon & Schuster is also particularly strong for

9    nonfiction books on current events, politics and history; is

10   that right?

11   A    Yes.

12   Q    Now, let me ask you to turn back to the advantages

13   that Simon & Schuster has.  You have described the

14   publishing business as having a portfolio business model; is

15   that right?

16   A    Right.

17   Q    And the portfolio model refers to publishers

18   publishing a broad range of books by a variety of different

19   imprints; is that correct?

20   A    Correct.

21   Q    Fair to say there is a risk inherent in every book

22   that Simon & Schuster publishes?

23   A    Well, I think that -- I think that you never know

24   how many copies you're going to sell, and so I do think that

25   there are risks, some are bigger than others.

1    Q    It's fair to say there's a risk that when Simon &

2    Schuster pays a significant advance and the book does not

3    sell well, Simon & Schuster could lose money;

4    is that correct?

5    A    That's correct.

6    Q    And having a broad range of books and imprints

7    helps Simon & Schuster manage that risk; is that correct?

8    A    Yes.

9    Q    Okay.

10        I've asked you a series of questions about

11   publishers.  Let me ask you a question about

12   self-publishing.

13        Self-publishing is definitely not a big threat to

14   Simon & Schuster, correct?

15   A    Well, my view has changed on that since our

16   deposition.

17   Q    Well, let me ask you first.  You did testify at

18   your deposition, I asked you if you would say that

19   self-publishing was a big threat to Simon & Schuster and you

20   testified that you would not say that at all;

21   is that correct?

22   A    I said that then, and some things have happened

23   since then that have made me change my thinking.

24   Q    And at the time of your deposition, you've been in

25   the listing business for approximately 30 years;

```
1   is that correct?

2        A    That's right.

3        Q    Let me ask you now about Amazon.

4             Simon & Schuster does not frequently compete with

5   Amazon to acquire books; is that correct?

6        A    Well, that's one of the things that's changed

7   actually.  And as recently as three weeks ago, we were in a

8   seven-figure auction with Amazon.  So I know that I have

9   some prior statements about that, but I don't feel that way

10  anymore.

11       Q    You did testify in your deposition that Simon &

12  Schuster does not frequently compete with Amazon to acquire

13  books; is that correct?

14       A    I said that and we were in a seven-figure auction

15  with them just three weeks ago.

16       Q    Let me ask you a few more questions about how

17  competition works.

18             In your experience when Simon & Schuster is

19  competing with other publishers to win a book, the term that

20  is most important is the advance; is that correct?

21       A    I think you'd have to say that's correct.

22       Q    Authors do not frequently turn down offers,

23  o-f-f-e-r-s, with a higher advance because they want to

24  accept offers with better royalty rate terms;

25  is that correct?
```

1      A    Well, there are some authors who would rather have

2  higher royalty rates.  So I would say they're in the

3  minority, but there are some.

4      Q    So it's fair to say then that authors do not

5  frequently turn down offers with a higher advance because

6  they want to accept offers with better royalty rate terms;

7  is that correct?

8      A    Correct.

9      Q    Focusing again on advances, fair to say the

10  advances that Simon & Schuster offers are based on how many

11  books it predicts it will sell; is that correct?

12      A    That's the main -- that's the main factor.  But we

13  also have estimates for subsidiary rights, which can add to

14  the value of the offer.

15      Q    Is it fair to say that if everything else is

16  equal, when Simon & Schuster anticipates that a book will

17  sell better, Simon & Schuster will be more willing to pay a

18  higher advance; is that correct?

19      A    If everything -- if what else is equal?  You said

20  if everything else is equal?

21      Q    I'm sorry, go ahead.

22      A    You said if everything else is equal.  What do you

23  mean?

24      Q    Everything else about the book that you mentioned

25  subsidiary rights.  If you hold subsidiary rights constant,

```
 1   it's fair to say that if Simon & Schuster anticipates that a

 2   book will sell better, it will be more willing to offer a

 3   higher advance; is that correct?

 4       A    Yes.

 5       Q    Your approval is required for any offer to acquire

 6   a book that includes an advance of 250,000 or higher;

 7   is that correct?

 8       A    That's right.

 9       Q    And Simon & Schuster editors have to write what's

10   known as a justification memo for all books -- I'm sorry,

11   for all books they acquire when the advance is $250,000 or

12   higher; is that correct?

13       A    I believe that they have to write it if it's

14   200,000.

15            I'm not 100 percent sure, but I think that if it's

16   over 200-, they have to write it.

17       Q    Let me ask you to refer to your litigation depo,

18   which is the third depo in your binder, the last one,

19   page 59.

20            Let me know when you're there.

21       A    Okay.

22       Q    Lines 13 through 17, Question:  And Simon &

23   Schuster editors also have to write a memo when the advance

24   is $250,000 or higher; is that correct?

25            Answer:  That is a justification memo, yes, that
```

```
 1    is correct.
 2              Did I read that right?
 3         A    Right.
 4              And since this, I think I was just misinformed
 5    when I said that to you.  I think it actually is 200-.
 6    But -- but I'm not 100 percent sure.  It's either 200- or
 7    250-, I can tell you that.
 8         Q    Okay.
 9              Let me change topics and ask you about the
10    relationship between advances and output.
11              You have seen authors decide not to write a book
12    because the advance they have been offered is not high
13    enough; is that fair?
14         A    That's happened.
15         Q    Fair to say that happens every year;
16    is that correct?
17         A    It happens every year?
18              Well, I can think of one example, but I don't know
19    if it happens every year.
20         Q    Let me ask you to turn to day one of your CID
21    deposition, page 306.  It's the first deposition tab.
22         A    Okay.  Well, I said that.
23              I didn't remember saying it.
24         Q    That's okay.  Let me just read this for the
25    record.
```

```
 1              Page 306, lines 7 through 17, this reads:
 2    Question:  Have you seen instances in which an author, a
 3    person who was considering writing a book, doesn't obtain
 4    any type of advance they thought they would, and so they
 5    just don't write the book?
 6              Answer:  Yes.
 7              Question:  How common is that?
 8              Answer:  Well, it happens.  I don't know how many
 9    times a year it happens, but it certainly happens every
10    year, something like that happens.
11              Do you see that?
12         A    Yes.
13              MR. VERNON:  United States moves to admit this
14    testimony for impeachment and as a party admission.
15              THE COURT:  Any objection?
16              All right.  That will be admitted.
17              (Plaintiff's Exhibit CID deposition, page 306, 7-17
                                     received into evidence.)
18
19    BY MR. VERNON:
20         Q    Let me ask you to turn to PX656 and let me know
21    when you're there.
22              MR. VERNON:  We've prepared a redacted version.
23    Your Honor, may we show it to the public?
24         A    Okay.  I'm here.
25
```

1    BY MR. VERNON:

2        Q    This is an email chain where the top email is from

3    you, dated January 26th, 2020; is that correct?

4        A    Yes.

5        Q    And we won't say the name, but in this email,

6    you're discussing Simon & Schuster's efforts to acquire a

7    specific book; is that fair?

8        A    That's fair.

9        Q    In the first paragraph starting at the top,

10   halfway through the first line, you write:  I believe the

11   agent is telling you the truth when she says they can't do

12   it for less than 350,000.  Assume they're each making

13   150,000 a year and they want to take a full year off.

14   They're just trying to break even after paying the

15   commission.

16            Did I read that correctly?

17       A    You did.

18       Q    So in this email what you are saying is that if

19   the advance wasn't above $350,000, it wouldn't make

20   financial sense for the people who are writing the book to

21   take the year off and write the book; is that correct?

22       A    That's what I was thinking, yes.

23            MR. VERNON:  The United States moves to admit

24   PX656.

25            THE COURT:  Any objection?

```
 1              MR. FISHBEIN:  No, no objection.

 2              THE COURT:  That will be admitted.

 3                              (Plaintiff's Exhibit PX656
                                    received into evidence.)
 4

 5   BY MR. VERNON:

 6      Q     Let me change topics and ask you about bidding via

 7   imprints.

 8              First question:  Simon & Schuster has many

 9   different imprints; is that fair?

10      A     It has many different imprints?  Yes.

11      Q     And Simon & Schuster does not allow its imprints

12   to bid separately for the same book; is that correct?

13      A     That's right, they all bid together.

14      Q     And you previously worked at Random House;

15   is that correct?

16      A     Yes.

17      Q     When you worked at Random House, imprints within

18   Random House were allowed to bid independently as long as

19   there was an outside competitor bidding against them;

20   is that correct?

21      A     That's correct.

22      Q     And you believe that having multiple imprints from

23   the same publisher bidding on the same book rarely drives up

24   the advance for that book; is that correct?

25      A     Having multiple imprints -- can you just repeat
```

```
 1    the question, I'm sorry.
 2         Q    Sure.
 3              You believe that having multiple imprints from the
 4    same publisher bidding on the same book rarely drives up the
 5    advance for that book, correct?
 6         A    I've written that, yes.
 7              MR. VERNON:  Your Honor, let me pause for a
 8    second.
 9              I have a very small number of questions on
10    efficiency that I think will take possibly a minute but less
11    than five minutes.  I spoke with Mr. Fishbein and asked him
12    if it was okay if we do that now just so we don't have to
13    bring Mr. Karp back for a short amount of time.
14              THE COURT:  That's fine.
15              MR. VERNON:  Okay.
16    BY MR. VERNON:
17         Q    Is it fair to say you were not closely involved in
18    the work that Viacom did to analyze efficiencies; is that
19    right?
20         A    That's correct.
21         Q    But you know that it's possible that a new owner
22    of Simon & Schuster might lay off some Simon & Schuster
23    employees; is that correct?
24         A    It's possible.
25         Q    And you think it would be very hard to prove that
```

 1    those layoffs would lead to higher advances for authors;

 2    is that correct?

 3        A    I don't recall saying that, but if you have -- you

 4    seem to have a lot of things of me saying things that

 5    I don't remember, so I'm hesitant to answer your question

 6    without knowing the context.

 7        Q    Let me just ask you for your opinion.  I mean, you

 8    think it would be very hard to prove that those layoffs,

 9    meaning layoffs after a merger, would lead to higher

10    advances for authors, correct?

11        A    I don't think I know enough to answer that

12    question.

13        Q    Okay.  Well, let me ask you to turn to page 40 of

14    your day one CID deposition and line 24.  Let me know when

15    you're there.

16        A    Okay.

17        Q    I'll start on line 23, actually.

18            Question:  Let me give you an example.  So if

19    after a merger, the new owner of Simon & Schuster, you know,

20    lays off some of Simon & Schuster's employees, would that

21    automatically mean that Simon & Schuster's authors or new

22    authors would get higher advances, or is there no

23    relationship?

24            Answer:  I think it would be very hard to prove

25    any correlation.

```
 1                Did I read that correctly?

 2        A    That's what I said.

 3                MR. VERNON:  The United States moves to admit this

 4   testimony for impeachment and as a party admission.

 5                THE COURT:  Any objection?

 6                MR. FISHBEIN:  Same objection as before,

 7   Your Honor.

 8                THE COURT:  All right.  That's overruled.  This

 9   will be admitted.

10                     (Plaintiff's Exhibit CID deposition and line 23
                                       received into evidence.)
11

12                MR. VERNON:  That'll be the end of my efficiencies

13   section.

14                THE COURT:  Thank you.

15   BY MR. VERNON:

16        Q    Simon & Schuster has had several very strong years

17   recently; is that correct?

18        A    That's correct.

19        Q    For example, Simon & Schuster's sales in 2020 were

20   its highest ever up until that year; is that right?

21        A    That's right.

22        Q    And in 2021, Simon & Schuster beat its sales

23   record from 2020; is that correct?

24        A    Yes.

25        Q    And at your deposition earlier this year, you said
```

```
 1    that you thought Simon & Schuster was off to a strong start
 2    in 2022; is that correct?
 3         A    Correct.
 4         Q    And I think you gave an interview to the press
 5    where you said Simon & Schuster was defying gravity so far
 6    in 2022.  Did I get that right?
 7         A    Right.
 8         Q    Fair to say Simon & Schuster has been a successful
 9    publisher for many years; is that correct?
10         A    Yes.  100 years.  Well, actually, 98.
11         Q    Simon & Schuster is not struggling to compete,
12    correct?
13         A    We are not.
14         Q    Simon & Schuster has not merged with Penguin
15    Random House yet; is that fair?
16         A    Yes, that's fair.
17         Q    So Simon & Schuster has been successful for many
18    years even though it has not yet merged with Penguin Random
19    House; is that correct?
20         A    That's correct.
21         Q    And you think Simon & Schuster will be successful
22    in the future even if it does not merge with Penguin Random
23    House; is that correct?
24         A    Yes, I believe that Simon & Schuster is a strong
25    company.
```

```
1        Q    And you believe Simon & Schuster will be
2   successful in the future even if it does not merge with
3   Penguin Random House; is that correct?
4        A    I believe that.
5        Q    Let me look at a few documents you wrote
6   discussing the merger.
7             Let me ask you to turn to PX655.  Let me know when
8   you're ready.
9        A    PX655, okay.
10       Q    It's about halfway through.
11       A    PX655.  That's weird, I'm just having trouble
12  finding it.
13            Oh, I see what it is.  Okay.  Go ahead.
14            MR. VERNON:  Your Honor, we've prepared a redacted
15  version.  May we show it to the public?
16            THE COURT:  You may.
17  BY MR. VERNON:
18       Q    This is an email chain dated March 5th, 2020,
19  where the top email from you to John Irving; is that
20  correct?
21       A    That's right.
22       Q    Mr. Irving is your favorite author;
23  is that correct?
24       A    Yes.
25       Q    You've had a working relationship with Mr. Irving
```

1   for eight or nine years; is that fair?

2        A    Something like that.  It might be a little longer.

3   I've known him longer.

4        Q    In your email at the top, you write:  Thanks,

5   John, I'm pretty sure that the Department of Justice

6   wouldn't allow Penguin Random House to buy us, but that's

7   assuming we still have a Department of Justice.

8             Did I read that correctly?

9        A    You read it exactly right, yes.

10       Q    And you wrote that because Penguin Random House

11  was the largest trade book publisher, correct?

12       A    That's what I said, yes.

13            MR. VERNON:  The United States moves to admit

14  PX655.

15            THE COURT:  Any objection?

16            MR. FISHBEIN:  No objection.

17            THE COURT:  That'll be admitted.

18                              (Plaintiff's Exhibit PX655
                                   received into evidence.)
19

20  BY MR. VERNON:

21       Q    That wasn't the only time you questioned the idea

22  of merging with a competitor, right?

23       A    I'm sorry?

24       Q    This PX655 was not the only time you questioned

25  the idea of merging with a competitor; is that correct?

```
 1     A     It was not the only time.

 2           I don't remember the other times.

 3     Q     Let me ask you to turn to PX634.

 4     A     Oh, okay.  Okay.

 5           MR. VERNON:  Your Honor, the United States has

 6  prepared a redacted version.  May we publish?

 7           THE COURT:  You may.

 8  BY MR. VERNON:

 9     Q     Let me just say a word about the redactions so

10  I know we're not messing anything up.

11           In the number two paragraph, there are some words

12  that have been redacted here that I think I've cleared with

13  Simon & Schuster's counsel that we say out loud but we

14  couldn't change the redactions at the last minute.

15           THE COURT:  Okay.

16  BY MR. VERNON:

17     Q     This is an email chain where the top email is from

18  you dated, September 11, 2020; is that correct?

19     A     Correct.

20     Q     And your you're emailing Alex Berkett; is that

21  right?

22     A     Yes.

23     Q     He was the Viacom executive managing the sale

24  process for Simon & Schuster; is that fair?

25     A     Yes.
```

1    Q    Halfway down the page, there's an email from you

2  with two numbered paragraphs.  Do you see that?

3    A    Yes.

4    Q    In the second paragraph, you refer to financial

5  buyers.  Do you see that?

6    A    Yes.

7    Q    Financial buyers are companies that do not already

8  own a business that competes with Simon & Schuster, correct?

9    A    That's right.

10    Q    Strategic buyers are buyers that do own companies

11  that compete with Simon & Schuster; is that fair?

12    A    Yes.

13    Q    You write here in this number two paragraph:

14  Although I really do understand why strategics are the most

15  likely option, if there is a financial buyer who is willing

16  to match the top bid, that outcome would be better for the

17  employees of S&S, and arguably the larger book publishing

18  ecosystem.

19         Did I read that correctly?

20    A    Yes.

21    Q    And despite your concern about harm to the book

22  publishing ecosystem, Viacom agreed to sell Simon & Schuster

23  to your largest competitor, correct?

24    A    I'm not so sure that my concerns were a key factor

25  in their decision.

```
 1        Q    Fair to say Viacom did agree to sell Simon &
 2   Schuster to Simon & Schuster's largest competitor?
 3        A    Yes.
 4             MR. VERNON:  The United States moves to admit
 5   PX634.
 6             THE COURT:  Any objection?
 7             MR. FISHBEIN:  No objection, Your Honor.
 8             THE COURT:  That will be admitted.
 9                                  (Plaintiff's Exhibit PX634
                                       received into evidence.)
10
11             MR. VERNON:  I apologize, I just don't remember.
12   Did I move -- if I did not move to admit PX655, I would also
13   move to admit that one.
14             THE COURT:  I think you did move to admit.  That
15   will be admitted.
16                                  (Plaintiff's Exhibit PX655
                                       received into evidence.)
17
18             MR. VERNON:  The United States passes the witness.
19             THE COURT:  All right.  Thank you.
20             MR. VERNON:  Thank you, Mr. Karp.
21             MR. FISHBEIN:  Your Honor, we have some binders as
22   well.
23             THE COURT:  All right.  I'm glad we got rid of the
24   plastic water bottles since we can't -- I'm glad we got rid
25   of the plastic water bottles since we can't get rid of the
```

 1    binders.

 2            MR. FISHBEIN:  Our binders are smaller.

 3            THE COURT:  Thank you.

 4                    - - -

 5                  CROSS-EXAMINATION

 6    BY MR. FISHBEIN:

 7        Q    Mr. Karp, let me ask you just, you addressed it a

 8    little bit, but a little background on Simon & Schuster.

 9            When was the company founded, how long has it been

10    in business?

11        A    It was founded in 1924, by Richard Simon and Max

12    Schuster.

13        Q    And just generally, briefly, can you explain to

14    the Judge how it's organized, do you have divisions?  What

15    do you do?

16        A    Well, we have obviously adult publishing,

17    children's publishing, audio books.  We have international

18    divisions in Canada, Australia, India, and the United

19    Kingdom.  And we also have a distribution business.

20        Q    There's been some discussion that imprints.

21    Approximately how many imprints are there at Simon &

22    Schuster?

23        A    About 50.

24        Q    And about how many new books do you publish each

25    year?

1       A    About a thousand.

2       Q    Now, you mentioned that you had some operations

3  outside the United States.  What percentage roughly of your

4  business is within the United States?

5       A    It's somewhere around 75 percent.  Quite a lot of

6  it.

7       Q    You know, since you became CEO, have you continued

8  to be involved in the book acquisition process?

9       A    Yes.

10      Q    What are some of the significant books that you've

11 published over your career, yourself, that you've been

12 involved in?

13      A    Well, I've either edited or published books by Bob

14 Woodward, John Irving, Walter Isaacson, Doris Goodwin,

15 Susan Orlean, Hillary Clinton, John McCain, Ted Kennedy,

16 Bruce Springsteen, Brian Grazer, and, since we're here, Ruth

17 Bader Ginsberg.  But she only did one book with us and she

18 didn't like our cover and she overruled us.

19      Q    Mr. Karp, I'm going to ask you to just slow down a

20 little bit.

21      A    Sorry.

22      Q    Especially when you're doing lists like that.  The

23 court reporter will appreciate it.

24           How many books have you personally been involved

25 in the acquisition of over your career?

1      A      More than a thousand.

2      Q      And now, did you personally acquire those or those

3  include ones where you participated as a supervisor?

4      A      Oh, I'm sorry.  I personally acquired hundreds.

5  And I've supervised the acquisition of more than a thousand.

6      Q      The government showed you some emails where there

7  were bidding between various publishers.  Do you remember

8  that?

9      A      Yes.

10     Q      And is it fair to call some of those are what we

11  would call auctions; is that right?

12     A      That's right.

13     Q      Now, are there other ways that Simon & Schuster

14  acquires books other than auctions?

15     A      Yes, there are at least three that I can think of.

16  And there are more than 50 percent of the deals that we do.

17  So one way is we're negotiating exclusively with an author

18  who we've already published, so that's an option author.

19             And a lot of our authors repeat, we place a real

20  value on those relationships, we want them to continue book

21  after book after book.  So that's a big, big part of it.

22             The second way is we approach authors ourselves

23  directly, sometimes before an agent is involved, but

24  certainly before another publisher is involved.

25             Simon & Schuster actually had its origins in going

 1    out and getting the books.  They -- there was a profile

 2    written of the founders in 1939 in The New Yorker, and 80

 3    percent of the books that they acquired back then were their

 4    own ideas.  So we still very much try to keep that spirit

 5    alive and we are going out and trying to find our own books,

 6    and those are also exclusive opportunities.

 7              And then there are the books where the agents come

 8    to us exclusively because they think we're the right

 9    publisher or because the editor expressed interest in

10    somebody.

11        Q    So I think you've mentioned three types of what

12    you call exclusives, which I believe are options or where

13    you approached the author exclusively or where the agent

14    approaches you exclusively; is that right?

15        A    Right.

16        Q    And in an exclusive situation like that, are you

17    responding when you're negotiating the advance to a bid from

18    another publisher?

19        A    No.

20        Q    In that context, the exclusive, is there a

21    runner-up bidder?

22        A    No.

23        Q    How do you set the advance level in an exclusive

24    situation of the type that you just described?

25        A    It's a conversation with the author's

```
 1   representative, and we want to be fair so what we try to do
 2   is we try to give them a context for the offer that we're
 3   making, and that context is usually the sales of books that
 4   are either similar in subject matter or books that, I guess,
 5   that the author has published, maybe that would be another
 6   way.  So if the author has a track record, we would look at
 7   the author's previous sales.
 8            Sometimes also just sort of the tenor of the
 9   moment you're in can make a book seem more relevant or
10   bigger.
11        Q    Now, we've also heard testimony in this case about
12   a type of acquisition called a pre-empt.  Are you familiar
13   with that?
14        A    Yes.
15        Q    And I'm not going to ask you to describe it, we've
16   heard about it.  But in a pre-empt situation, are you
17   responding to a bid from another publisher?
18        A    No, you're initiating a bid.
19        Q    And in a pre-empt situation, is there a runner-up
20   bidder?
21        A    No.
22        Q    Now, with auctions, are they all the same type or
23   are there different types?
24        A    They're different.
25        Q    What are the principal type of auctions?
```

478

1    A    Well, there are round robin auctions where you're

2  finding out what the previous bid is and you're topping it.

3  That's a common kind of auction.

4           There's also different kinds of best bids

5  auctions.  So there's -- there are gradations of bids where

6  they'll do it in -- they'll do best bids once, twice, three

7  times.

8           And then there's a one-time best bid where you

9  don't know who you're competing against, how many people

10  there are, you're just flying blind.

11    Q    And why is it that you're saying that you're

12  flying blind in a best bid?

13    A    Because you have absolutely no idea what anybody

14  else is doing.

15    Q    Now, you mentioned roughly -- you said

16  something -- I think you said less than half are auctions,

17  but can you just explain a little bit on what basis are you

18  saying that less than half of your acquisitions are

19  auctions?

20    A    Well, the reason why I can say that with, I think,

21  some confidence, is because we have so many repeat authors.

22  And so a lot of the people who we publish year after year

23  constitute a good part of our list.  So those are continuing

24  business relationships, where they're happy with us, we're

25  happy with them, and we try to find a fair accommodation on

1    the terms.

2        Q    Of the auctions, do you have any idea of sort of

3    what portion are the best bid type where you said you were

4    flying blind, as opposed to round robin, where you are

5    informed about the level of other bidding?

6        A    I can't quantify it, but it does seem to me that

7    more and more, we are in some version of a best bids

8    auction.

9        Q    In your experience, Mr. Karp, in multibidder

10    situations where you do get some insight into the levels of

11    the other publishers, what level of variation, if any,

12    is there between different offers that different publishers

13    make for any given book?

14        A    There's a broad range of different offers.

15        Q    And to what do you attribute that?  We're talking

16    about the same book but you're saying there's a range of

17    offers.  Why is that?

18        A    Well, in a word, subjectivity.  I think that

19    people read differently, and they have different

20    enthusiasms, they have different interests and they have

21    different metabolic reactions to the book.

22            But I also think that certain editors and

23    publishers have a kind of inner confidence about certain

24    kinds of books.  And so sometimes they'll bid more because

25    they've had success with a certain kind of book.

1              Conversely, they may bid more because they really

2      want to carve a niche that they haven't yet succeeded at.

3      So sometimes people pay more because they have a lot of

4      books like that, and other times they pay more because there

5      are a lot of books that they don't have any books like that.

6          Q    Mr. Karp, does the advance level that an author

7      receives predict whether the book will be successful?

8          A    I wish it did but it doesn't.

9          Q    And I'm going to ask you to give an example and

10     you can name a book and an author, but I don't want you to

11     give specific advance amounts.  We're going to talk about

12     general ranges of advance amounts, okay?

13         A    Sure.

14              Early in my career, I acquired a book about horse

15     racing by a writer named Laura Hillenbrand, called

16     Sea Biscuit, and it was actually sold for well under the

17     number that this.

18         Q    250,000?

19         A    Yes, well under that.

20              And a lot of the conventional wisdom in the

21     publishing world was that books on horse racing don't sell.

22     But I was too young to know that.  And it was actually a

23     phenomenal best seller.  It was an instant number one best

24     seller, it sold millions of copies.  So that was an example.

25         Q    And what about the other way.  I think when the

1    government was asking you questions, there was one where you

2    said the bids were high and it ended up not being

3    successful.  Are there any that you've been involved in?

4    And, again, don't say anything specific about the advance

5    amount.

6         A    Well, actually, there was more than one that the

7    government mentioned but I didn't want to interrupt him.

8         Q    Okay.  Anyway, can you just give an example of a

9    type of book?

10        A    Sure.  There was a book by a spiritual leader who

11   had an Internet following in the millions, and our offer was

12   over seven figures as well, and unfortunately his following

13   did not follow him to the book stores.

14        Q    Now, Mr. Karp, you've been talking with the

15   government also about sort of your method, your approach to

16   acquiring books.  Is that something that you've discussed

17   with the editors and publishers at Simon & Schuster, giving

18   them guidance about book acquisition?

19        A    Yes.

20        Q    Let me show you what is marked as Defense Exhibit

21   71, it's tab 1 in the binders, and just let me know when you

22   have that.

23             Do you have that, Mr. Karp?

24        A    Yes.

25        Q    This is an email from you to a group of people,

```
 1   it's dated November 17th, 2019.  Did you recognize the
 2   email?
 3        A    I do.
 4        Q    The subject is Guideline for Editors on
 5   Acquisitions.  Do you see that?
 6        A    Yes.
 7             MR. FISHBEIN:  Your Honor, I offer Defense Exhibit
 8   71.
 9             THE COURT:  Any objection?
10             71 is admitted.
11                              (Defendants Exhibit 71
                                 received into evidence.)
12
13   BY MR. FISHBEIN:
14        Q    Mr. Karp, in the "to" line, there's a list of
15   people, Jennifer Bergstrom, Jeffrey Ferraro, Adler,
16   Nan Graham, Libby McGuire, et cetera.  Who are they?
17        A    These are the publishers of our various imprints.
18        Q    And what does that mean, to be -- I think we've
19   heard about editors.  Can you explain to the Judge what a
20   publisher of an imprint is?
21        A    The publishers are the deciders.  They're the
22   people who the editors come to when they want to sign up a
23   book.
24        Q    And in the first line of this email here, it says:
25   Thanks for the good conversation on Friday.
```

1              Do you know what that refers to?

2        A    Yes, we have a monthly meeting of our publishers.

3        Q    And the subject matter of this email, Guidelines

4    for Editors on Acquisitions, was that -- has that been the

5    subject of discussion at your publisher meetings?

6        A    Yes.

7        Q    Directing your attention to the number list.

8    Do you see the No. 1 on the first page there?

9        A    Uh-huh.

10        Q    And if you could just read the first two sentences

11    there out loud.

12        A    "You will be rewarded for enterprise and

13    imagination and for creating your own opportunities.  The

14    highest praise will go to those who make things happen and

15    acquire projects before they are submitted widely."

16        Q    Is that something you've discussed with the

17    publishers at Simon & Schuster?

18        A    Yes.

19        Q    And what do you mean by that?

20        A    Well, I mean I want them to show initiative, think

21    for themselves, have their own ideas, go out and find

22    writers who excite them.

23        Q    And then if you look at the second paragraph, you

24    write:  Whether or not there is wisdom in crowds, being part

25    of a pack is not the best way to distinguish yourself.

484

```
 1              Do you see that?
 2        A    Yes.
 3        Q    And has that been the subject of conversations
 4   that you've had with publishers at Simon & Schuster?
 5        A    It is.
 6        Q    And what did you mean by that?
 7        A    Well, I meant that when you're just reacting to
 8   the crowd, when you're falling under the spell of social
 9   influence, I don't think that you're publishing a book for
10   the right reasons.  I think you have to have it in your core
11   why you believe that a book is worth publishing.
12        Q    If you can turn the page, Mr. Karp, and I'm just
13   going to ask you maybe to slow down just a little.
14        A    I'm sorry.
15        Q    Give the court reporter a little bit of a break.
16              On number 4, if you could read the first sentence
17   there out loud?
18        A    "Simon & Schuster will be a better publishing
19   company if we're driven by editors who think for themselves
20   and acquire the books they want to buy, without focusing on
21   the competition or needing to have their judgment validated
22   by other bidders."
23        Q    And is that something that you've discussed with
24   the publishers at Simon & Schuster?
25        A    Yes.
```

1    Q    And what did you mean by that?

2    A    Well, I meant that, again, that they should think

3    for themselves, and that they should want the book for the

4    right reasons, because if they have the right reasons for

5    wanting the book, I believe we'll publish it better and the

6    book will ultimately be more successful.

7    Q    And what did you mean specifically by without

8    focusing on the competition or needing to have their

9    judgment validated by other bidders?

10    A    Well, I think sometimes people get into these

11    auctions and they think that because everybody else likes

12    it, it must be good.  It's kind of, you know, like the Pied

13    Piper.  And so I am trying to encourage independence of

14    imagination here.

15    Q    Mr. Karp, does this mean that you discourage

16    auctions at Simon & Schuster?

17    A    Not at all.

18         As you can see, we compete in auctions all the

19    time.

20    Q    Now, the Department of Justice in their complaint

21    refers to a category of books that they refer to as

22    anticipated top selling books.  Is that a category that you

23    have referred to in your professional career?

24    A    No.

25    Q    And have you heard anybody else in the publishing

486

1    industry refer to a category of anticipated top selling

2    books?

3        A    I have not heard that phrase.

4        Q    Does that category make sense to you based on your

5    experience as an identifiable category of books?

6        A    I don't think so, because I don't think that

7    people can agree on what an anticipated top selling book is.

8        Q    And why is that?  What is your view as to why

9    there is not agreement on that?

10       A    Well, again, it's about the subjectivity of

11   reading and about the -- and the alchemy of publishing.

12            The thing that's so interesting about working in

13   the publishing business is that a certain group of people

14   can come together and they can have a vision of what a book

15   can be and they might be exactly the right people and they

16   might have the right vision; however, just as often, they

17   could be wrong.

18       Q    Mr. Karp, you explained to the government when

19   they were asking you that you approve offers for advances

20   above 250,000; is that right?

21       A    Yes.

22       Q    And you mentioned there was a memo, and I think

23   you said you weren't certain whether it was 200 or 250 that

24   the memo gets written.  Can you first tell us, what is this

25   memo that's done?

```
 1       A    The memo is for corporate governance.  It's called
 2   a justification memo.  And my predecessor instituted it
 3   because she felt that if editors were spending more than
 4   $200,000, they should be able to articulate their reasons
 5   why.
 6       Q    Is that done during the acquisition process or
 7   afterwards?
 8       A    It's done afterwards.
 9       Q    Now, with respect to the approval level, and just
10   so we're clear, that means you personally as CEO have to
11   approve above 250; is that correct?
12       A    Correct.
13       Q    Has always been the cut-off for your approval?
14       A    No, that number has moved around.  It's an
15   arbitrary number that I set for corporate governance.
16       Q    When did you set that?
17       A    I set it when I became CEO in May of 2020.
18       Q    And why did you pick 250,000?
19       A    Because it was in the middle area of where some
20   other people were.
21       Q    Meaning what?  What do you mean other people were?
22       A    Some people were above 250 and some people were
23   below 250.
24       Q    But when you say, some people, can you --
25       A    Some publishers.  Some of the people acquiring the
```

1    books.  Some of the people who had the authority to approve

2    acquisitions.

3         Q    And, again, just so we're clear, when you say

4    publisher, you're talking about within Simon & Schuster

5    internally?

6         A    Within Simon & Schuster internally and

7    internationally, yes.

8         Q    But still at Simon & Schuster?

9         A    Yes.

10        Q    You're not talking about other publishing

11    companies?

12        A    Only Simon & Schuster.

13        Q    Okay.  So there were different levels within Simon

14    & Schuster and you harmonized it at 250; is that fair?

15        A    I harmonized it at 250.

16        Q    How does that 250 threshold apply to an offer for

17    multiple books and let me just give you an illustration.

18             If there are -- if you do a two book deal and each

19    book is 150,000 for a total of 300,000, does that require

20    your approval?

21        A    I'd still have to approve that because it's over

22    the $250,000 level.

23        Q    Okay.  But each book in that scenario is only 150,

24    right?

25        A    But the total offer is over, yes.

1     Q     Okay.  But if each book is only -- is under 250,

2  why do you have to approve it?

3     A     Because for corporate governance, I want to know

4  about any time we're spending over $250,000 on an author.

5     Q     Is there any difference in the process of editing,

6  meaning like revising, giving comments, or marketing or

7  selling a book based on the advance level?

8     A     No.  You have to work just as hard on every book

9  because you never know which one is going to break out.

10     Q     So, like, if I gave you 100 books before they were

11  put on the market, so you had the book, you had the

12  proposal, but you don't know what anybody offered and you

13  don't know how much it sold, could you identify an advance

14  which ones would garner advances of 250,000 and above?

15     A     I could pick them, but I would probably be wrong.

16     Q     And why do you say that?

17     A     Because, first of all, my own judgment might be

18  off.  I might -- I could just guess wrong, as I've done many

19  times.

20          But the other things the other -- I wouldn't be

21  able to assess what the other people thought the books were

22  worth, because they'd have the same subjective frame.

23     Q     Now, with respect to books that you publish, is

24  the editorial staff, the people that actually edit the

25  books, is that any different based on whether it's above

 1    250,000 or below 250 in advance?

 2         A    No.

 3         Q    And what about the editorial process, the process

 4    of going back and forth with an author, does that vary by

 5    advance level?

 6         A    No, it doesn't.

 7         Q    And then what about the marketing and production

 8    and sale, does that vary by advance level?

 9         A    It doesn't.

10         And sometimes those people don't even know how

11    much we've spent on the books.

12         Q    So --

13         THE COURT:  Can I ask about this, because this is

14    quite interesting to me.

15         If you pay a lot for a book, like one of these

16    million dollars books that you've been chasing for ten

17    years, you're not going to market that book harder than

18    another book?

19         THE WITNESS:  Oh.

20         THE COURT:  You're not going to get it reviewed,

21    you're not going to create a buzz about that book?

22         THE WITNESS:  We have to market those books quite

23    arduously, definitely.

24         THE COURT:  And more than your run of the mill

25    book because you're not getting a reviewer for every one of

```
 1   your books.
 2          THE WITNESS:  You have to pick your shots, that's
 3   definitely true.
 4          I think, thought, that what happens, I mean, yes,
 5   the big obvious books that we spent a lot of money for, they
 6   definitely have to be marketed and publicized aggressively,
 7   although sometimes we're paying that kind of money because
 8   the author takes care a lot of that -- takes care of a lot
 9   of that because they have enough of their own reach so that
10   they can actually do a lot of that work themselves.
11          THE COURT:  But I'm sure they're expecting from
12   you a certain level of attention.
13          THE WITNESS:  They definitely are.
14          But it's also true that there's some books, and
15   this really does happen just as often, that the publishing
16   houses fall in love with and they champion them regardless
17   of what's been paid, and that's because of -- the phrase
18   that people use in publishing houses is, it's in the read.
19   And when it's in the read and when people have that kind of
20   a euphoric reaction, as they did to a book like Sea Biscuit,
21   for example, it doesn't matter what we paid, people just get
22   behind it.
23          THE COURT:  You're saying there's no correlation
24   between the books and the read that you've paid more for the
25   book and the read that you're going to promote.
```

```
 1              THE WITNESS:  I certainly think that when we've
 2    paid a lot for a book, everybody knows that there's extra
 3    pressure on us to earn it back.  I certainly agree with
 4    that.
 5              THE COURT:  Okay.  Thank you.
 6    BY MR. FISHBEIN:
 7         Q    When you're talking about big books where you're
 8    saying there's an expectation that you're going to ping
 9    hard, what -- push hard, what kind of advance level are you
10    talking about there?
11         A    Big books?
12         Q    Yeah.
13         A    Well, it could be any level really.  I mean,
14    I think that -- I mean, to me -- I'm thinking in the
15    hundreds of thousands of dollars.
16         Q    So we've heard some testimony about, for example,
17    books by presidents and that sort of thing for many millions
18    of dollars.  You know, for that kind of book, is there some
19    pressure to make sure that you're doing a good effort on
20    marketing?
21         A    Sure, yeah, that's all hands on deck.
22         Q    Okay.
23              As between books at 100,000 or 200,000, 300,000,
24    400,000, 500,000, in that range, does the marketing vary
25    correlated to how much of an advance you're paying?
```

1      A     The marketing varies.  And a lot of those books

2  are called make books and the idea is that it's up to the

3  publisher to make them.

4      Q     But what I'm saying is, do you have like a

5  separate marketing program for books at 300- versus 250-?

6      A     No.  No.

7      Q     Or 200- versus 300-?

8      A     No.

9      Q     So in those hundreds of thousands of dollars

10 ranges, do you have separate marketing, publicity programs

11 based on the advance amount?

12     A     Not at all.

13     Q     And I think you mentioned the people who were

14 involved, what people are you referring to?

15     A     The people in marketing and publicity mostly.

16     Q     Do they know on a given book how much you paid for

17 it?

18     A     They often don't know.  And our sales force rarely

19 knows.

20     Q     What about the customers?  Are the customers any

21 different based on the advance level?

22     A     No.

23     Q     And the pricing, is the pricing any different

24 based on the advance level?

25     A     No.

1    Q    And in your questioning by the government, you

2    referred to, or there was some discussion about, literary

3    agents.  What percentage of your authors that you deal with

4    have agents?

5    A    The majority of them.  I would even say probably

6    the vast majority of them.

7    Q    And what is the role of a literary agent?

8    A    Well, the first role is obviously fiduciary.

9    Their job is to get the best terms that they can get that

10   would be most favorable to the author.

11        But they do a lot more than that.  They are

12   partners in the endeavor.  They're frequently involved in

13   the editing.  They're involved in the marketing.  They're a

14   sounding board.  And most important of all, they are a

15   moderating and mediating voice when the publisher wants the

16   author to do something and the author doesn't quite see it

17   that way.

18   Q    How would you describe the relative roles of the

19   publisher and the agent in structuring the acquisition

20   process?

21   A    The agent is in control.

22   Q    So like who decides which publishers are going to

23   receive a submission?

24   A    The agent.

25   Q    And who decides what kind of process it's going to

be, like you mentioned the different types of auctions or an exclusive?

A    The agent.

Q    And you mentioned that sometimes you know certain information about other bidders and sometimes you don't. Who decides that?

A    The agent discloses whatever information the agent wants to disclose.

Q    Do you entertain agents as part of your job?

A    I do.

Q    Like in under what circumstances?

A    I take them to lunch regularly.

Q    And who pays?

A    The publisher always pays.  And I mean that both literally and metaphorically.

Q    How do you mean it metaphorically?

A    We pay for lunch and we pay the advances.

Q    Now, let me turn to auctions.  While a book auction is in progress and before it's concluded, what kind of information do you typically have about who the competitors are?

A    We rarely know anything.  Sometimes we know the number of people we're bidding against, but sometimes the agents don't even disclose that.

Q    And what about after the auction is concluded,

```
 1   then do you have any different information?
 2        A     After the auction is concluded, the agents usually
 3   tell us who we were competing against.  They very rarely
 4   don't.
 5        Q     Now, in response to one of the government's
 6   questions, you made a comment, and it was in your deposition
 7   transcript as well, that, you know, in a given auction, it
 8   could be anybody that you were competing with.  Do you
 9   remember that?
10        A     Yes.
11        Q     And what are you referring to when you say it
12   could be anybody that you're competing with?
13        A     It could be one of the major publishers who are
14   the focus of this trial or it could be any number of other
15   publishers.
16        Q     Have you heard the term Big 5?
17        A     I have.  I'm not a big fan of it.
18        Q     Do you use that term yourself?
19        A     I don't.
20        Q     And why is that?
21        A     I think that it's parochial and ethnocentric.
22   There are a lot of really good publishers all over the
23   country.  I don't think it's all about us.
24        Q     So let me ask you about some of the competition.
25   Let's start with Penguin Random House.  I take it from the
```

1  documents that you were shown on your direct examination,

2  that Simon & Schuster does compete with Penguin Random House

3  for the acquisition of books, correct?

4      A    Correct.

5      Q    And are there situations in which Simon & Schuster

6  pursues a book and when Penguin Random House does not

7  compete?

8      A    Yes.

9      Q    What would those situations be?

10     A    Well, they would -- first of all, if it was a

11  recurring author or an author who has already got a

12  relationship with us, they would never hear about the

13  project and that's a lot of our books.

14     Q    Are there situations in which Simon & Schuster

15  competes with Penguin Random House and there's also other

16  publishers that are competing for the same book?

17     A    Yes.

18     Q    And what kind of situation would that arise in?

19     A    Well, that could be any number of the kinds of

20  auctions that there are.

21     Q    How often does it happen in a book acquisition

22  that it comes down to Simon & Schuster competing only with

23  Penguin Random House and nobody else?

24     A    I think that's a small fraction of the books that

25  we compete for, a small fraction.

1     Q    And you mentioned that in any given year, I think

2    you said you publish more than a thousand books.  How many

3    do you compete for, just roughly, if you have any idea?

4     A    Where it's head to head with Penguin Random House?

5     Q    No, just in total, what's the universe that you're

6    competing for?

7     A    I --

8     Q    If you don't have an exact number, that's fine.

9    I'm just asking for the general if you know it.

10     A    I don't know it.  You know, I don't think it's a

11    lot.

12     Q    No, let me -- I'm sorry, let me be clear.

13          You said you publish a thousand books a year,

14    correct?

15     A    Yes.

16     Q    But do you compete for more books than you

17    publish?

18     A    Oh, yes, we do, yes.

19     Q    And do you have any idea for how many?

20     A    Oh, it's probably twice as many.  We probably wind

21    up -- we probably wind up offering on twice as many books as

22    we actually get to publish.

23     Q    So thousands of books a year?

24     A    Yes.

25     Q    And, I'm sorry, you said the situation out of

1   those thousands where you're head to head with Penguin

2   Random House and nobody else is what?

3       A    It's not a lot.  It's a small fraction.

4            THE COURT:  Can I ask you a question?

5            THE WITNESS:  Yes.

6            THE COURT:  In the situations where it's a

7   pre-empt or a best bids auction, isn't your bid going to be

8   higher or do you perceive that there are more bidders or

9   more competition out there?

10           THE WITNESS:  Yes.

11           THE COURT:  So 50 percent of your books, there's

12  no competition at all because you're just negotiating with

13  the agent, and then 50 percent, there's some kind of

14  competition, sometimes it's a round robin, sometimes it's a

15  best bid, sometimes it's a pre-empt.  There are other people

16  interested.  In any kind of competitive situation you're

17  going to bid higher if you think there's more competition,

18  more people in the pool?

19           THE WITNESS:  I think that we frequently do ask

20  how many people are involved and I think that does color our

21  thinking to some extent.

22           But I also think that when you want it, it doesn't

23  matter how many people are competing against you.  You've

24  heard the counts already where there was one other bidder

25  and I was going to pay any price and bear any burden.

1          THE COURT:  Yes.  I think that there are human

2    emotions involved in some of these bidding situations.

3          THE WITNESS:  Yes.

4          THE COURT:  But it does seem that throughout this

5    trial, there's this sort of sense, competition raises

6    advance levels, less competition lowers them, and that's

7    consistent with the idea that anytime there's a competitive

8    situation, whether it's a round robin or any other type,

9    you're going to try harder because you might have to bid

10   more in order to win, because more people are in it, the

11   bids are probably going to be higher.

12         THE WITNESS:  Right.

13         THE COURT:  Okay.  Thank you.

14   BY MR. FISHBEIN:

15      Q    Yeah, I mean, do you always know how many other

16   bidders there are?

17      A    No.

18      Q    And so even in the competitive situations, there

19   are some where you don't know how many bidders;

20   is that fair?

21      A    There are some where we don't know.

22      Q    And I take it from what you said before, that even

23   where you do know, you typically don't know who they are; is

24   that right?

25      A    That's -- we rarely know who they are.

1    Q    The Department of Justice showed you some emails

2  where you noted some losses to Penguin Random House.  Do you

3  remember that?

4    A    Yes.

5    Q    And you said that you also had emails that noted

6  losses to others; is that right?

7    A    Right.

8    Q    What were you referring to there?

9    A    Well, there was -- I guess there was

10 HarperCollins.

11   Q    Let me stop you there.

12        So HarperCollins.  Who are they?

13   A    HarperCollins is a publishing company that's owned

14 by the Murdoch family, and they are part of News Corp.  They

15 are the second largest publisher after Penguin Random House

16 in terms of their sales revenue.

17   Q    And do you compete with them?

18   A    We do.

19   Q    And what's your assessment of them as a

20 competitor?

21   A    They are a strong formidable competitor with us in

22 many categories.

23   Q    I'd like to show you Defense Exhibit 188, it's tab

24 3.

25        And do you see this, Mr. Karp, it's an email chain

1    between you and Libby McGuire.  It's called pre-empt offer,

2    dated June 16th, 2021.

3          MR. FISHBEIN:  And I believe this is confidential,

4    Your Honor, and so I would ask that either a redacted copy

5    be shown or that it not be shown in the gallery.

6          THE COURT:  Okay.  I see a redacted copy on the

7    screen.

8    BY MR. FISHBEIN:

9        Q    Do you recognize the email, Mr. Karp?

10       A    Yes.

```
 1              MR. FISHBEIN:  Your Honor, I offer Exhibit 188.

 2              THE COURT:  Any objection?

 3              MR. VERNON:  No objection.

 4              THE COURT:  188 is admitted.  And I think the

 5     redacted version can be shown.

 6                                      (Defendants' Exhibit 188
                                        received into evidence.)
 7     BY MR. FISHBEIN:

 8         Q    And if we go about two-thirds of the way down the

 9     page, Mr. Karp, this involved a pre-empt offer on a

10     particular book, correct?

11         A    Correct.

12         Q    And in the context of that, if you look about

13     two-thirds down the page, do you see the sentence that

14     starts, I'm sober?

15         A    Yes.

16         Q    And it says, "I'm sobered by Brian Murray's

17     comments in yesterday's Publishers Marketplace about how

18     HarperCollins was going to be more aggressive in its offers

19     because the market is growing."

20              Do you see that?

21         A    Yes.

22         Q    Who is Brian Murray?

23         A    He's the CEO of HarperCollins.

24         Q    And what is it that you were referring to there?

25         A    He made public comments that his company was going
```

```
 1    to be bidding more aggressively in auctions -- or, actually,
 2    bidding more aggressively for authors period.
 3          Q     And why were you sobered by that?
 4          A     Because it meant that we were going to have to bid
 5    more if we wanted to win those authors.
 6          Q     And then you also say, "He made similar comments
 7    about eight years ago to his editors and it set off a
 8    frenzy."
 9                Do you see that?
10          A     I do.
11          Q     And then at the top, you see, you wrote, "Yes, the
12    HarperCollins strategy from eight years ago worked."
13                Do you see that?
14          A     I did.
15          Q     What does that refer to?
16          A     They made -- HarperCollins made a strategic
17    decision to increase their market share by bidding
18    aggressively in auctions and it was something that our
19    editors knew at the time.  It was something that we knew.
20          Q     And that was eight years ago from about, from
21    2021, so around 2013?
22          A     Yes.
23          Q     And do you know, was there consolidation in the
24    publishing business around that time, around 2013?
25          A     Yes, that was the year that Penguin and Random
```

```
 1   House combined.
 2       Q    And is it your testimony that that HarperCollins
 3   aggressiveness contributed to upward pressure on advances
 4   notwithstanding any consolidation?
 5            MR. VERNON:  Objection; leading.
 6            THE COURT:  Sustained.  Can you rephrase?
 7            MR. FISHBEIN:  Sure.
 8   BY MR. FISHBEIN:
 9       Q    So 2013, there was some consolidation;
10   is that correct?
11       A    Correct.
12       Q    And your reference here to, in 2013,
13   HarperCollins' strategy from eight years ago working as
14   what?
15       A    I'm sorry, can you repeat the question.
16       Q    What is that a reference to?
17       A    Uh-huh.
18       Q    The statement that HarperCollins strategy from
19   eight years ago.
20       A    It was a strategy of acquiring books more
21   aggressively.
22       Q    Was that in the 2013 time frame as far as you
23   recall?
24       A    Yes.
25       Q    Now, to the extent that you were sobered by
```

1    Mr. Murray's comments about being aggressive, is your

2    concern about HarperCollins dependent in any way on whether

3    Simon & Schuster goes forward with its merger with Penguin

4    Random House?

5        A    No.

6        Q    In other words, if the merger goes forward, will

7    you continue to be sobered or concerned about HarperCollins'

8    competitiveness?

9        A    We will continue to be concerned about

10   HarperCollins.

11       Q    Has HarperCollins successfully competed against

12   Simon & Schuster for books with advances over 250,000?

13           MR. VERNON:  Objection; leading.

14           THE COURT:  Overruled.

15           THE WITNESS:  Yes, HarperCollins has competed with

16   us on numerous books, and we've lost plenty of book to see

17   HarperCollins.

18   BY MR. FISHBEIN:

19       Q    I'm going to go through some examples with you and

20   you can name the authors and the books, but we're going to

21   talk about advance levels in ranges, broad ranges, and not

22   give specific amounts, is that okay?

23       A    Sure.

24       Q    Okay.  So can you tell me, give me an example of a

25   book that you lost to HarperCollins for above $250,000?

1      A    Dave Grohl, the musician, rock star, that was over

2  seven figures.  We really want --

3      Q    Let me just stop you there.  Who is Dave Grohl?

4      A    Dave Grohl is a musician and rock star.

5      Q    And did Simon & Schuster bid for the book by

6  Mr. Grohl?

7      A    Yes, we did.

8      Q    And why was it that you were interested in that?

9      A    Well, we've had a lot of success publishing

10  musicians, I mentioned Bruce Springsteen.  We've also

11  published Bob Dylan and Linda Ronstadt, a lot of

12  entertainers through the years, and we thought that Dave

13  Grohl would be a very exciting addition to that list and we

14  pursued it quite aggressively and we lost.

15      Q    And I think, and, again, the range, just

16  generally, very broad range that you offered for that was

17  what?

18      A    It was over -- it was a seven figure offer.

19      Q    Okay.

20           And it ended up going to HarperCollins?

21      A    Yes.

22      Q    Anybody else that you lost to HarperCollins?

23      A    There was a political writer, Ben Shapiro, who has

24  a very popular podcast and a large following.  We also

25  competed with HarperCollins for that.  They have a very

 1   strong list of conservative authors.

 2            And we also lost that for an offer in the

 3   seven-figure range.

 4       Q    When you say offer, meaning your offer was in the

 5   seven-figure range?

 6       A    Our offer because in the seven- figure range and

 7   so was theirs.

 8       Q    Do you have any -- are there any authors who

 9   published with Simon & Schuster who then left Simon &

10   Schuster for HarperCollins?

11       A    We've -- Kate Morton, the novelist, who we

12   published for many years, recently left us for

13   HarperCollins.  It was -- that was also a seven-figure deal.

14       Q    Any others that you remember where -- in

15   particular that you happen to recall?

16       A    We competed for Brad Meltzer, the novelist.  We

17   also lost that.

18       Q    Again, just very generally, what was the range?

19       A    That was also a seven-figure deal.

20       Q    Now, the government showed you some emails where

21   you expressed disappointment and frustration about losing to

22   Harper -- excuse me, Penguin Random House.  How did you feel

23   about losing these books that you just listed to

24   HarperCollins?

25       A    I was equally frustrated.

```
1        Q    What about --
2             MR. FISHBEIN:  And, Your Honor, this would be a
3   breaking point.  I don't know if you want to keep going or.
4             THE COURT:  We can stop.  It's 4:58, and I was
5   going to stop at you 5.  So if you want to stop now, it's
6   fine.
7             All right.  Let's take our break now.
8             Mr. Karp, please don't talk to anybody about your
9   testimony over this overnight break, and we're going to
10  resume at 9:30 tomorrow so if you could be here promptly at
11  9:30 to continue, that would be great.
12            So we'll resume tomorrow at 9:30.  Thank you.
13            COURTROOM DEPUTY:  All rise.
14            The Court stands adjourned until tomorrow morning.
15  The parties are dismissed.
16            (Proceedings concluded at 5:00 p.m.)
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__August 2, 2022_____    

**BY MR. FISHBEIN: [8]**
473/6 482/13 492/6
500/14 502/8 503/7
505/8 506/18
**BY MR. VERNON: [36]**
414/19 419/14 420/21
422/11 424/15 425/21
426/15 429/3 429/13
431/7 431/15 433/24
434/8 435/20 436/5
437/22 438/9 440/8
440/15 441/10 442/7
444/18 445/4 446/13
448/19 451/8 454/10
461/19 461/25 463/5
464/16 466/15 468/17
469/20 470/8 470/16
**COURTROOM
DEPUTY: [5]** 413/2
413/4 414/10 414/12
509/13
**MR. FISHBEIN: [31]**
420/17 422/7 424/7
428/24 431/3 433/20
435/16 437/18 440/4
441/6 444/14 448/15
450/4 450/13 450/16
450/21 451/1 451/4
451/6 453/24 463/1
466/6 469/16 472/7
472/21 473/2 482/7
502/3 502/11 505/7
509/2
**MR. READ: [4]** 413/7
413/13 413/18 413/20
**MR. VERNON: [47]**
413/25 414/2 414/5
419/10 419/13 420/14
422/4 424/5 426/5
426/8 426/11 428/21
429/10 430/25 431/12
433/17 434/5 435/14
436/2 437/15 438/6
439/25 440/12 441/3
442/3 444/12 444/25
448/12 450/1 453/21
461/13 461/22 462/23
464/7 464/15 466/3
466/12 468/14 469/13
470/5 472/4 472/11
472/18 472/20 503/3
505/5 506/13
**THE COURT: [96]**
413/3 413/6 413/12
413/16 413/19 413/24
414/1 414/4 414/7
414/13 419/12 420/16
420/18 422/6 422/8
424/11 425/10 425/16
425/18 426/4 426/6
426/14 428/23 428/25
429/12 431/2 431/4
431/14 433/19 433/21
434/7 435/15 435/17
436/4 437/17 437/19
438/8 440/3 440/5
440/14 441/5 441/7

446/6 446/12 448/14
448/16 450/3 450/11
450/14 450/20 450/24
451/2 451/5 451/7
453/23 454/7 461/15
462/25 463/2 464/14
466/5 466/8 466/14
468/16 469/15 469/17
470/7 470/15 472/6
472/8 472/14 472/19
472/23 473/3 482/9
490/13 490/20 490/24
491/11 491/23 492/5
499/4 499/6 499/11
500/1 500/4 500/13
502/6 503/2 503/4
505/6 506/14 509/4
**THE WITNESS: [18]**
414/14 425/15 425/17
426/7 426/10 442/6
446/8 490/19 490/22
491/2 491/13 492/1
499/5 499/10 499/19
500/3 500/12 506/15

**$**
**$1 [2]** 445/15 446/20
**$1.1 [2]** 432/7 447/15
**$1.1 million [2]** 432/7
447/15
**$1.5 [1]** 432/16
**$1.5 million [1]** 432/16
**$2,500,000 [1]** 420/3
**$200,000 [1]** 487/4
**$250,000 [5]** 459/11
459/24 488/22 489/4
506/25
**$350,000 [1]** 462/19
**$5 [1]** 422/18
**$525,000 [3]** 435/3
435/4 435/7
**$6 [5]** 418/10 419/2
419/21 423/24 424/18
**$6 million [1]** 419/21
**$650,000 [1]** 429/21
**$665,000 [1]** 427/25
**$750,000 [2]** 436/10
445/13
**$8 [2]** 423/24 424/18
**$805,000 [2]** 429/23
430/11

**0**
**0468 [1]** 409/18

**1**
**1.1 million [5]** 433/5
433/8 445/16 447/1
447/9
**1.5 million [1]** 433/8
**10 [3]** 445/13 446/8
446/11
**10 percent [1]** 446/7
**100 [5]** 427/21 459/15
460/6 467/10 489/10
**100,000 [1]** 435/8
492/23

**10036 [1]** 410/9
**11 [3]** 431/23 449/14
470/18
**12 [1]** 422/16
**13 [1]** 459/22
**13th [1]** 423/12
**14 [1]** 423/8
**150 [1]** 488/23
**150,000 [2]** 462/13
488/19
**16th [2]** 440/10 502/2
**17 [5]** 423/15 423/21
459/22 461/1 461/17
**17th [1]** 482/1
**188 [4]** 501/23 503/1
503/4 503/6
**1924 [1]** 473/11
**1939 [1]** 476/2
**1999 [1]** 410/4

**2**
**20,000 [1]** 429/23
**200 [5]** 459/16 460/5
460/6 486/23 493/7
**200,000 [2]** 459/14
492/23
**2000 [1]** 410/9
**20001 [1]** 410/23
**20004 [1]** 410/18
**2010 [1]** 415/13
**2013 [5]** 504/21 504/24
505/9 505/12 505/22
**2018 [3]** 415/16 436/7
445/6
**2019 [6]** 419/8 421/19
431/17 438/11 440/10
482/1
**202 [3]** 409/18 410/18
410/24
**2020 [11]** 415/23
426/17 429/8 434/10
442/9 462/3 466/19
466/23 468/18 470/18
487/17
**2021 [3]** 466/22 502/2
504/21
**2022 [4]** 409/5 467/2
467/6 510/7
**20530 [1]** 409/17
**21-2886 [1]** 409/4
**212 [2]** 410/9 410/15
**22nd [1]** 431/17
**23 [2]** 465/17 466/10
**24 [3]** 423/16 423/21
465/14
**250 [13]** 453/9 453/11
460/7 486/23 487/11
487/22 487/23 488/14
488/15 488/16 489/1
490/1 493/5
**250,000 [7]** 459/6
480/18 486/20 487/18
489/14 490/1 506/12
**26th [3]** 426/17 429/8
462/3
**27th [1]** 438/11
**2886 [1]** 409/4

**30 [5]** 442/9 444/20
445/8 445/12 456/25
**300 [2]** 493/5 493/7
**300,000 [2]** 488/19
492/23
**306 [3]** 460/21 461/1
461/17
**307-0468 [1]** 409/18
**31 [1]** 416/4
**310 [1]** 410/5
**32 [1]** 415/5
**3249 [1]** 410/24
**326-2000 [1]** 410/9
**333 [1]** 410/23
**350,000 [1]** 462/12
**353 [1]** 423/18
**354-3249 [1]** 410/24
**368 [3]** 423/15 423/19
423/20
**369 [1]** 424/8
**38 [2]** 435/21 435/22
**39 [2]** 431/9 431/22
**3:00 [1]** 409/6
**3rd [1]** 436/7

**4**
**40 [1]** 465/13
**400,000 [1]** 492/24
**4000 [1]** 410/15
**401 [1]** 410/17
**41 [4]** 425/9 425/22
426/21 429/15
**44 [2]** 441/11 441/14
**450 [1]** 409/17
**459 [2]** 449/13 449/16
**48 [1]** 433/25
**499 [2]** 428/9 428/10
**4:58 [1]** 509/4

**5**
**50 [4]** 473/23 475/16
499/11 499/13
**500 [1]** 426/24
**500,000 [1]** 492/24
**508-8058 [1]** 410/18
**535,000 [1]** 435/8
**55 [1]** 440/16
**553-6700 [1]** 410/5
**557 [4]** 426/2 426/5
426/6 426/7
**575 [1]** 442/19
**58 [5]** 418/1 418/10
418/14 421/21 425/6
**59 [1]** 459/19
**599 [1]** 410/14
**5:00 [1]** 509/16
**5th [1]** 468/18

**6**
**600 [1]** 442/19
**600,000 [1]** 442/24
**613 [2]** 421/15 421/16
**625 [1]** 443/19
**645 [1]** 427/25
**650 [1]** 443/22
**650,000 [1]** 430/22
**665,000 [1]** 428/7

**670 [1]** 410/5
**685,000 [1]** 428/12
**6th [1]** 419/8

**7**
**7-17 [1]** 461/17
**7.5 million [2]** 418/20
420/2
**705 [1]** 428/13
**705,000 [1]** 428/16
**71 [4]** 481/21 482/8
482/10 482/11
**75 [1]** 474/5
**750 [4]** 443/2 444/5
446/3 447/7
**750,000 [3]** 432/4
444/4 445/20
**7th [2]** 421/19 445/6

**8**
**80 [1]** 476/2
**805,000 [1]** 430/9
**8058 [1]** 410/18
**825 [1]** 430/15
**825,000 [1]** 430/22
**848-4000 [1]** 410/15
**8th [2]** 410/4 434/10

**9**
**90067 [1]** 410/5
**98 [1]** 467/10
**9:30 [3]** 509/10 509/11
509/12
**9th [1]** 410/17

**A**
**able [4]** 424/9 439/21
487/4 489/21
**about [84]** 413/11
416/7 417/9 417/18
419/2 419/4 421/12
421/21 423/5 425/9
425/22 427/1 431/8
433/25 434/12 435/21
439/21 441/11 444/20
444/23 448/20 451/17
453/25 456/10 456/11
457/3 457/9 457/16
458/24 460/9 463/6
468/10 470/9 471/21
473/23 473/24 474/1
477/11 477/16 479/5
479/16 479/23 480/11
480/14 480/25 481/4
481/15 481/18 482/19
486/10 486/11 486/12
488/4 488/10 489/4
490/3 490/7 490/13
490/21 492/7 492/10
492/16 493/20 494/2
495/5 495/20 495/25
496/23 496/24 497/12
503/8 503/12 503/17
504/7 504/20 506/5
506/2 506/7 506/9
506/21 508/21 508/23
509/1 509/8
**above [8]** 462/19
486/20 487/11 487/22

**A**

above... [4] 489/14
489/25 506/25 510/4
above-titled [1] 510/4
absolutely [2] 448/8
478/13
accept [2] 457/24
458/6
accommodation [1]
478/25
acquire [11] 418/4
448/22 449/7 457/5
457/12 459/5 459/11
462/6 475/2 483/15
484/20
acquired [3] 475/4
476/3 480/14
acquires [1] 475/14
acquiring [4] 454/13
481/16 487/25 505/20
acquisition [9] 474/8
474/25 475/5 477/12
481/18 487/6 494/19
497/3 497/21
acquisitions [5]
449/22 478/18 482/5
483/4 488/2
actually [15] 422/17
436/20 443/9 457/7
460/5 465/17 467/10
475/25 480/16 480/22
481/6 489/24 491/10
498/22 504/1
add [1] 458/13
added [2] 429/23 435/8
addition [1] 507/13
addressed [1] 473/7
adjourned [1] 509/14
Adler [1] 482/15
admissible [2] 450/25
451/3
admission [5] 450/2
450/5 453/22 461/14
466/4
admit [24] 420/15
422/4 424/5 424/12
425/14 428/21 430/25
433/17 435/14 437/16
440/1 441/3 444/12
448/12 450/1 453/21
461/13 462/23 466/3
469/13 472/4 472/12
472/13 472/14
admitted [23] 411/4
412/4 413/16 420/18
422/8 425/13 428/25
431/4 433/21 435/17
437/19 440/5 441/7
444/15 448/16 461/16
463/2 466/9 469/17
472/8 472/15 482/10
503/4
adult [4] 415/16 415/18
415/20 473/16
advance [35] 417/9
417/10 430/22 456/2
457/20 457/23 458/5
458/18 459/3 459/6
461/4 462/19 463/24
464/5 476/17 476/23
480/6 480/11 480/12
481/4 489/7 489/13
490/1 490/5 490/8
492/9 492/25 493/11
493/21 493/24 500/6
506/21
advanced [1] 443/18
advances [13] 416/15
416/19 458/9 458/10
460/10 465/1 465/10
465/22 486/19 489/14
495/17 505/3 506/12
advancing [1] 443/22
advantage [10] 451/22
452/8 452/10 452/14
452/20 453/1 453/6
453/7 453/15 454/13
advantages [3] 451/19
451/20 455/12
adverse [1] 450/6
after [28] 418/16
418/19 422/16 422/19
427/16 427/19 427/22
428/18 430/14 433/1
434/24 435/2 435/6
441/23 443/6 443/24
444/2 446/5 446/23
462/14 465/9 465/19
475/21 475/21 478/22
495/25 496/2 501/15
afternoon [5] 409/7
413/3 414/13 414/20
414/21
afterwards [2] 487/7
487/8
again [11] 416/17
427/24 428/12 449/6
458/9 481/4 485/2
486/10 488/3 507/15
508/18
against [14] 429/21
434/24 443/4 448/23
449/1 449/3 449/8
449/21 463/19 478/9
495/23 496/3 499/23
506/11
agency [1] 421/25
agent [26] 417/14
420/22 422/20 424/17
425/3 427/2 427/5
427/23 428/11 429/22
433/6 436/14 442/18
443/24 442/2 462/11
475/23 476/13 494/7
494/19 494/21 494/24
495/3 495/7 495/7
499/13
agents [8] 416/1 416/5
476/7 494/3 494/4
495/9 495/24 496/2
aggressive [2] 503/18
506/1
aggressively [6] 491/6
504/1 504/2 504/18
505/21 507/14

Angeles [1] 505/3
505/3
ago [7] 457/7 457/15
504/7 504/12 504/20
505/13 505/19
agree [7] 425/6 447/23
452/19 453/1 472/1
486/7 492/3
agreed [2] 446/10
471/22
agreement [1] 486/9
ahead [4] 425/20
433/11 458/21 468/13
aided [1] 410/25
AL [1] 409/6
alchemy [1] 486/11
Alex [1] 470/20
alive [1] 476/5
all [36] 413/2 413/16
413/24 415/19 416/1
416/10 425/15 425/20
431/11 431/22 432/15
433/11 437/6 444/5
444/15 456/20 459/10
459/11 461/16 463/13
466/8 472/19 472/23
477/22 485/17 485/18
489/17 492/21 493/12
494/14 496/22 496/23
497/10 499/12 509/7
509/13
All right [2] 461/16
472/23
allow [2] 463/11 469/6
allowed [3] 450/7
450/7 463/18
alluded [1] 444/2
almost [1] 422/16
along [1] 433/11
already [5] 414/5 471/7
475/18 497/11 499/24
also [30] 421/1 429/14
436/13 439/15 443/1
448/9 452/5 454/12
455/8 458/13 459/23
472/12 473/19 476/6
477/8 477/11 478/4
479/22 481/15 491/14
497/15 499/22 501/5
504/6 507/10 507/24
508/2 508/13 508/17
508/19
although [2] 471/14
491/7
always [4] 432/16
487/13 495/14 500/15
am [1] 485/13
Amazon [4] 457/3
457/5 457/8 457/12
AMERICA [1] 409/3
amicable [1] 447/14
among [1] 416/10
amount [3] 464/13
481/5 493/11
amounts [3] 480/11
480/12 506/22
Amy [1] 434/10
analyze [1] 464/18

another [8] 428/10
437/14 443/15 475/24
476/18 477/5 477/17
490/18
answer [10] 424/1
424/8 449/23 453/18
459/25 461/6 461/8
465/5 465/11 465/24
anticipated [3] 485/22
486/1 486/7
anticipates [2] 458/16
459/1
Antitrust [1] 409/16
any [52] 417/18 417/23
420/16 422/6 428/23
431/2 433/19 435/15
437/17 440/3 441/5
448/14 449/4 450/3
452/6 453/23 459/5
461/4 461/15 462/25
465/25 466/5 469/15
472/6 479/2 479/11
479/13 480/5 481/3
482/9 489/4 489/5
489/25 492/13 493/20
493/23 496/1 496/14
497/19 498/1 498/3
498/19 499/16 499/25
499/25 500/8 503/2
505/4 506/2 508/8
508/8 508/14
anybody [12] 421/2
421/7 424/25 447/22
453/5 478/13 485/25
489/12 496/8 496/12
507/22 509/8
anymore [1] 457/10
anything [4] 441/2
470/10 481/4 495/22
anytime [1] 500/7
Anyway [1] 481/8
apologize [2] 425/17
472/11
APPEARANCES [2]
409/12 409/19
appears [1] 436/17
apply [1] 488/16
appreciate [1] 474/23
approach [2] 475/22
481/15
approached [1] 476/13
approaches [1] 476/14
approval [4] 459/5
487/9 487/13 488/20
approve [5] 486/19
487/11 488/1 488/21
489/2
approved [1] 432/16
approximately [3]
416/4 456/25 473/21
arbitrary [1] 490/23
arduously [1] 490/23
are [105]
area [1] 487/19
arguably [1] 471/17
arise [1] 497/18
around [5] 474/5

articulate [1] 487/4
artist [1] 421/3
as [55] 414/6 415/18
417/19 419/3 419/20
422/22 422/23 424/14
438/25 439/2 442/19
444/2 450/2 450/16
451/10 452/6 452/18
453/22 454/3 454/5
454/23 455/14 457/7
457/7 459/10 461/14
463/18 463/18 466/4
479/4 481/12 481/20
485/18 485/21 486/5
486/8 486/16 487/10
489/8 489/18 491/15
491/20 492/23 495/9
496/7 498/20 498/21
498/21 501/19 505/13
505/22 505/22
aside [2] 438/2 452/7
ask [65] 416/7 418/23
421/8 422/25 423/3
421/15 425/9 425/22
425/23 426/23 428/9
429/4 429/17 430/19
431/8 431/20 433/25
434/1 435/21 435/24
437/14 438/3 439/19
439/21 439/23 441/11
441/21 442/1 442/11
443/8 443/11 444/20
446/6 448/20 449/6
449/12 450/9 451/17
452/13 453/8 454/5
455/12 456/11 456/17
457/3 457/16 459/17
460/9 460/20 461/20
463/6 465/7 465/13
468/7 470/3 473/7
474/19 477/15 480/9
484/13 490/13 496/24
499/4 499/19 502/4
asked [2] 429/22
453/24 456/10 456/18
464/11
asking [3] 481/1
486/19 498/9
assess [1] 489/21
assessment [1] 501/19
assets [6] 451/24
452/11 452/16 452/22
453/3 453/17
Assume [1] 462/12
assuming [1] 469/7
Atria [4] 431/24 432/1
432/5 432/13
attention [2] 483/7
491/12
attribute [1] 479/15
auction [30] 427/5
427/6 427/19 427/22
428/1 428/11 430/5
429/8 430/17 430/20
431/22 432/6 432/21

**A**

auction... [17] 434/18
436/13 437/10 443/2
443/6 445/13 446/9
446/14 457/8 457/14
478/3 479/8 495/19
495/25 496/2 496/7
499/7

auctions [17] 475/11
475/14 477/22 477/25
478/1 478/5 478/16
478/19 479/2 485/11
485/16 485/18 495/1
495/18 497/20 504/1
504/18

audio [1] 473/17

August [3] 409/5
423/12 510/7

Australia [1] 473/18

author [37] 417/1
417/5 417/13 417/15
419/21 422/16 422/17
422/19 423/24 425/6
425/6 439/4 445/12
445/14 447/12 447/17
447/21 447/22 448/5
449/22 461/2 468/22
475/17 475/18 476/13
477/5 477/6 480/6
480/10 489/4 490/4
491/8 494/10 494/16
494/16 497/11 497/11

author's [2] 476/25
477/7

authority [1] 488/1

authors [22] 416/1
416/5 416/8 416/16
454/20 457/22 458/1
458/4 460/11 465/1
465/10 465/21 465/22
475/19 475/22 478/21
494/3 504/2 504/5
506/20 508/1 508/8

automatically [1]
465/21

Avenue [3] 410/4
410/14 410/23

**B**

back [19] 413/4 420/10
420/22 421/25 423/2
427/23 428/11 428/19
434/24 436/21 440/9
444/23 448/20 449/12
455/12 464/13 476/3
490/4 492/3

background [1] 473/8

Bader [1] 474/17

Barrett [1] 410/22

based [8] 454/8 458/10
486/4 489/7 489/25
493/11 493/21 493/24

basis [3] 450/11
450/14 478/17

Bates [1] 426/24

be [89] 413/5 413/16
414/13 417/8 417/24
420/18 422/8 422/22

435/17 436/17 437/19
439/7 439/21 440/5
441/7 444/15 447/20
448/16 449/11 449/19
450/24 451/2 451/16
451/17 451/21 452/5
452/18 453/4 454/3
454/20 458/17 459/2
461/16 463/2 464/25
465/8 465/24 466/9
466/12 467/21 468/1
469/2 469/17 471/16
472/8 472/15 474/8
477/1 477/5 480/7
482/18 483/12 484/18
485/6 485/12 486/15
486/15 486/17 487/4
489/15 489/17 489/20
491/6 492/13 494/10
495/1 496/8 496/12
496/13 496/14 497/9
497/19 498/12 499/7
500/11 502/5 502/5
503/5 503/18 504/1
506/7 506/9 507/13
509/2 509/10 509/11

bear [1] 499/25

beat [1] 466/22

beauty [6] 438/14
438/17 438/23 438/24
439/2 439/12

became [4] 415/15
415/22 474/7 487/17

because [51] 417/7
417/24 419/1 421/2
421/11 424/7 425/13
432/16 433/10 441/1
450/25 451/3 451/23
452/10 452/15 452/21
453/2 453/16 457/23
458/5 460/12 469/10
476/8 476/9 478/13
478/21 479/24 480/1
480/3 480/4 485/4
485/11 486/6 487/3
487/19 488/21 489/3
489/9 489/17 489/22
490/13 490/25 491/7
491/9 491/17 499/12
500/9 500/10 503/19
504/4 508/6

beds [1] 443/25

been [26] 415/25
417/19 421/7 422/16
422/19 422/23 424/25
447/12 450/11 450/14
456/24 460/12 467/8
467/17 470/12 473/9
473/20 474/11 474/24
481/3 481/14 483/4
484/3 487/13 490/16
491/17

before [15] 409/10
415/9 421/9 423/3
430/17 445/23 445/23
455/23 466/6 475/23
475/24 483/15 489/10

behalf [1] 413/13
442/20

behind [1] 491/22

being [5] 424/14 432/6
481/2 483/24 506/1

believe [20] 422/20
424/8 427/19 427/21
441/4 444/13 450/5
452/2 452/4 459/13
462/10 463/22 464/3
467/24 468/1 468/4
476/12 484/11 485/5
502/3

believed [1] 448/9

Bell [3] 434/10 434/13
435/2

below [2] 487/23 490/1

bemoaning [1] 439/16

Ben [1] 507/23

BENCH [1] 409/9

benefit [2] 416/8
416/10

Bergstrom [1] 482/15

Berkett [1] 470/20

BERTELSMANN [2]
409/6 410/2

best [24] 429/22 432/5
433/6 439/4 439/6
443/24 444/3 451/23
452/10 452/15 452/20
453/2 478/4 478/6
478/8 478/12 479/3
479/7 480/23 480/23
483/25 494/9 499/7
499/15

bestseller [1] 454/1

bestsellers [2] 453/16
454/5

better [7] 457/24 458/6
458/17 459/2 471/16
484/18 485/5

between [13] 416/8
416/14 416/20 419/4
421/2 430/18 430/20
460/10 475/7 479/12
491/24 492/23 502/1

bid [32] 427/24 427/25
428/13 432/5 432/6
433/4 433/8 435/3
435/8 435/22 446/3
446/14 446/20 463/12
463/13 463/18 471/16
476/17 477/17 477/18
478/2 478/8 478/12
479/3 479/24 480/1
499/7 499/15 499/17
500/9 504/4 507/5

bidder [11] 427/9
427/17 428/19 433/2
434/22 435/3 435/6
442/20 476/21 477/20
499/24

bidders [17] 427/7
430/4 430/17 431/23
432/23 432/24 433/3
434/19 437/11 441/20
442/24 484/22 485/9

bidding [17] 426/20
429/14 429/20 443/4
445/8 446/9 463/6
463/19 463/23 464/4
475/7 479/5 495/23
500/2 504/1 504/2
504/17

bids [14] 428/7 428/16
429/22 433/6 444/3
448/23 449/21 478/4
478/5 478/6 479/7
481/2 499/7 500/11

big [24] 413/6 413/8
426/8 437/7 438/25
449/20 451/11 451/13
451/18 451/22 452/8
452/14 452/19 453/1
453/15 456/13 456/19
475/21 475/21 491/5
492/7 492/11 496/16
496/17

bigger [2] 455/25
477/10

binder [12] 413/6
413/8 414/8 417/2
417/22 418/23 421/13
425/23 426/8 431/10
434/2 459/18

binders [5] 414/6
472/21 473/1 473/2
481/21

biographies [1] 455/2
491/20

Biscuit [2] 480/16
491/21

bit [4] 473/8 474/20
478/17 484/15

blessing [1] 447/13

blind [3] 478/10 478/12
479/4

board [1] 494/14

Bob [2] 474/13 507/11

bonuses [2] 420/3
435/8

book [134]

books [82] 415/20
417/3 437/23 448/23
449/8 451/23 452/5
452/10 452/15 452/21
453/2 453/14 453/14
453/16 454/13 454/16
454/24 455/9 455/18
456/6 457/5 457/13
458/11 459/10 459/11
473/17 473/24 474/10
474/13 474/24 475/14
476/1 476/3 476/5
476/7 477/3 477/4
479/24 480/4 480/5
480/5 480/21 481/16
484/20 485/21 485/22
486/2 486/5 488/1
488/17 489/10 489/21
489/23 489/25 490/11
490/16 490/22 491/1
491/5 491/14 491/24
492/7 492/11 492/17

500/19

both [3] 413/13 424/6
495/14

bottles [2] 472/24
472/25

bottom [6] 419/15
426/24 428/10 437/1
442/12 443/15

Brad [1] 508/16

break [6] 445/19
462/14 484/15 489/9
509/7 509/9

breaking [1] 509/3

Brian [3] 474/16
503/16 503/22

briefly [1] 473/13

bring [1] 464/13

broad [6] 449/1 455/18
456/6 479/14 506/21
507/16

broader [1] 449/3

Bruce [2] 474/16
507/10

burden [1] 499/25

business [11] 415/6
455/14 455/14 456/25
471/8 473/10 473/19
474/4 478/24 486/13
504/24

buy [2] 469/6 484/20

buyer [1] 471/15

buyers [4] 471/5 471/7
471/10 471/10

buzz [1] 490/21

**C**

CA [1] 410/5

call [3] 475/10 475/11
476/12

Callahan [2] 428/4
428/16

called [7] 443/24 444/3
477/12 480/15 487/1
493/2 502/1

calls [1] 414/2

came [1] 440/25

can [55] 414/9 414/13
414/25 417/10 417/19
418/22 421/9 421/10
421/12 421/13 423/3
424/11 427/14 436/16
438/1 438/1 445/19
446/6 450/9 452/5
452/25 453/5 454/6
454/12 454/19 458/13
460/7 460/18 463/25
473/13 475/15 477/9
478/17 478/20 480/10
481/8 482/19 484/12
485/18 486/7 486/14
486/14 486/15 486/24
487/24 490/13 491/10
494/9 499/4 503/5

**C**

can... [5] 505/6 505/15 506/20 506/24 509/4
can't [5] 452/23 462/11 472/24 472/25 479/6
Canada [1] 473/18
Cantor [1] 410/7
capable [1] 449/5
care [2] 491/8 491/8
career [7] 416/2 447/12 448/10 474/11 474/25 480/14 485/23
Carolyn [1] 445/12
carve [1] 480/2
case [7] 421/6 423/4 424/24 447/20 451/16 451/18 477/11
categories [3] 454/24 455/4 501/22
category [5] 485/21 485/22 486/1 486/4 486/5
CEO [6] 414/3 415/22 474/7 487/10 487/17 503/23
certain [9] 451/19 454/24 479/22 479/23 479/25 486/13 486/23 491/12 495/4
certainly [4] 461/9 475/24 492/1 492/3
Certified [1] 410/21
certify [1] 510/2
cetera [1] 482/16
CH [1] 410/22
chain [15] 419/7 426/16 426/20 429/7 431/16 434/9 436/6 438/10 440/9 442/8 445/5 462/2 468/18 470/17 501/25
champion [1] 491/16
change [4] 456/23 460/9 463/6 470/14
changed [2] 456/15 457/6
chart [5] 436/13 436/18 436/20 436/22 437/9
chasing [1] 490/16
check [1] 419/1
chief [1] 415/3
children's [1] 473/17
CID [8] 422/25 449/12 450/6 453/8 460/20 461/17 465/14 466/10
circumstances [1] 495/11
clear [3] 487/10 488/3 498/12
cleared [1] 470/12
Clinton [1] 474/15
closely [1] 464/17
CO [1] 409/6
color [1] 499/20
COLUMBIA [1] 409/1
combined [1] 505/1
come [4] 413/5 476/7 482/22 486/14

**comes**... [7] 497/22 497/24 497/24
coming [1] 450/16
comment [1] 496/6
comments [5] 489/6 503/17 503/25 504/6 506/1
commission [1] 462/15
common [3] 416/21 461/7 478/3
companies [3] 471/7 471/10 488/11
company [5] 467/25 473/9 484/19 501/13 503/25
compete [16] 438/19 439/3 441/21 449/1 449/3 457/4 457/12 467/11 471/11 485/18 497/2 497/7 497/25 498/3 498/16 501/17
competed [6] 418/3 441/18 506/11 506/15 507/25 508/16
competes [3] 449/8 471/8 497/15
competing [12] 441/23 448/22 449/7 457/19 478/9 496/3 496/8 496/12 497/16 497/22 498/6 499/23
competition [22] 416/7 416/8 416/10 416/14 416/17 416/20 416/22 422/12 423/22 430/20 433/12 448/20 457/17 484/21 485/8 496/24 499/9 499/12 499/14 499/17 500/5 500/6
competitive [5] 424/1 454/13 499/16 500/7 500/18
competitiveness [1] 506/8
competitor [8] 422/21 463/19 469/22 469/25 471/23 472/2 501/20 501/21
competitors [3] 439/17 449/21 495/21
complaint [1] 485/20
complex [1] 422/15
computer [1] 410/25
computer-aided [1] 410/25
concern [2] 471/21 506/2
concerned [4] 420/22 421/24 506/7 506/9
concerns [1] 471/24
concluded [4] 495/19 495/25 496/2 509/16
confidence [2] 478/21 479/23
confident [1] 432/18
confidential [4] 417/8 417/19 419/20 502/3
confidentiality [2]

connection [1] 439/8
conservative [1] 508/1
consider [1] 420/1
considering [1] 461/3
consistent [4] 424/14 424/20 450/17 500/7
consolidation [3] 504/23 505/4 505/9
constant [1] 458/25
constitute [1] 478/23
Constitution [1] 410/23
contest [3] 438/14 438/17 439/2
contests [1] 439/12
context [7] 447/23 454/8 465/6 476/20 477/2 477/3 503/12
continue [4] 475/20 506/7 506/9 509/11
continued [2] 410/1 474/7
continues [1] 424/8
continuing [1] 478/23
contributed [1] 505/3
control [1] 494/21
conventional [2] 452/1 480/20
conversation [2] 476/25 482/25
conversations [1] 484/3
Conversely [1] 480/1
convince [1] 439/4
copies [2] 455/24 480/24
copy [2] 502/4 502/6
core [1] 484/10
Corp [1] 501/14
corporate [3] 487/1 487/15 489/3
correct [143]
correctly [17] 418/13 420/4 420/12 422/2 424/3 429/24 432/8 432/19 442/21 445/17 448/7 449/24 453/19 462/16 466/1 469/8 471/19
correlated [1] 492/25
correlation [2] 465/25 491/23
could [23] 417/14 421/2 421/7 422/23 424/25 439/7 440/19 454/2 454/5 456/3 483/10 484/16 486/17 489/13 489/15 489/18 492/13 496/8 496/12 496/13 496/14 497/19 509/10
couldn't [1] 470/14
counsel [2] 439/20 470/13
country [1] 496/23
counts [1] 499/24
couple [1] 428/19

**D**

410/22 413/4 421/12
474/23 484/15 509/14
court reporter [1] 474/23
cover [1] 474/18
create [1] 490/21
creating [1] 483/13
credibility [2] 454/16 454/19
cross [7] 412/12 450/7 450/19 450/22 450/25 451/3 473/5
cross-examination [4] 450/19 450/22 450/25 473/5
cross-examine [2] 450/7 451/3
crowd [1] 484/8
crowds [1] 483/24
Crown [6] 420/2 420/6 420/10 420/23 421/2 421/6
CRR [1] 510/2
current [1] 455/9
currently [1] 427/24
customers [2] 493/20 493/20
cut [1] 487/13
cut-off [1] 487/13
CV [1] 409/4

**D**

D.C [4] 409/5 409/17 410/18 410/23
Daniel [2] 410/3 410/7
Date [1] 510/7
dated [16] 419/7 421/19 426/17 429/8 431/17 434/10 436/7 438/11 440/10 442/9 445/6 462/3 468/18 470/18 482/1 502/2
Dave [4] 507/1 507/3 507/4 507/12
Davis [3] 442/12 442/15 443/16
Dawn [1] 442/12
day [7] 422/25 423/9 423/10 449/13 453/8 460/20 465/14
days [1] 418/16
dcantor [1] 410/10
deal [5] 422/20 488/18 494/3 508/13 508/19
deals [2] 416/23 475/16
decades [3] 422/20 454/16 454/19
decide [1] 460/11
decided [2] 422/13 432/15
deciders [1] 482/21
decides [3] 494/22 494/25 495/6
decision [2] 471/25 504/17
deck [1] 492/21

**DEFENDANT'S [1]**
412/4
Defendants [5] 409/7 410/2 410/12 413/23 482/11
Defendants' [2] 413/22 503/6
Defense [3] 481/20 482/7 501/23
definitely [5] 456/13 490/23 491/3 491/6 491/13
defying [1] 467/5
denied [1] 425/11
DEPARTMENT [5] 409/16 469/5 469/7 485/20 501/1
dependent [1] 506/2
depo [2] 459/17 459/18
deposition [22] 423/1 423/1 423/4 423/13 424/19 425/14 449/13 450/6 450/9 453/9 454/4 456/16 456/18 456/24 457/11 460/21 460/21 461/17 465/14 466/10 466/25 496/6
describe [2] 477/15 494/18
described [3] 454/15 455/13 476/24
despite [1] 471/21
developed [2] 447/18 448/6
Dial [1] 429/21 430/1
Dial/Random [1] 429/21
did [63] 419/3 420/4 420/12 420/13 420/23 422/2 422/3 423/4 424/3 424/4 424/25 429/24 429/25 430/13 432/8 432/9 432/19 432/20 433/16 434/24 435/13 440/18 441/21 442/21 443/7 445/17 446/16 447/3 447/16 448/7 449/24 449/25 453/19 453/25 456/17 457/11 460/2 462/16 462/17 464/18 466/1 467/6 469/8 471/19 472/1 472/12 472/12 472/14 474/17 475/2 480/8 481/13 482/1 484/6 485/1 485/7 487/16 487/18 491/20 504/14 507/5 507/7 508/22
did you [4] 475/2 482/1 487/16 487/18
didn't [6] 432/17 433/1 434/21 460/23 474/18 481/7
difference [2] 454/3 489/5
different [18] 455/18 463/9 463/10 477/23

**D**

different... [14] 477/24 478/4 479/12 479/12 479/14 479/19 479/20 479/21 488/13 489/25 493/21 493/23 495/1 496/1
differently [1] 479/19
difficult [1] 453/4
direct [3] 412/12 414/17 497/1
Directing [1] 483/7
directly [5] 422/12 424/1 425/12 425/16 475/23
disagree [2] 452/1 452/23
disappointment [1] 508/21
disclose [2] 495/8 495/24
discloses [1] 495/7
discourage [1] 485/15
discussed [3] 481/16 483/16 484/23
discussing [2] 462/6 468/6
discussion [3] 473/20 483/5 494/2
dismissed [1] 509/15
distinguish [1] 483/25
distributed [1] 414/5
distribution [1] 473/19
DISTRICT [3] 409/1 409/1 409/10
Division [1] 409/16
divisions [3] 415/20 473/14 473/18
do [98] 416/23 417/12 419/17 419/22 421/9 421/19 424/19 429/18 431/9 431/24 434/1 436/11 437/2 438/15 438/16 439/4 441/14 441/16 442/13 443/16 444/6 444/20 448/2 450/4 451/20 452/1 452/19 453/1 453/15 455/24 457/22 458/4 458/22 461/11 462/11 464/12 471/2 471/5 471/7 471/10 471/14 473/14 473/15 473/15 473/24 475/7 475/16 476/23 477/1 478/6 478/6 479/2 479/10 479/15 481/23 482/3 482/5 483/1 483/8 483/19 484/1 487/21 488/18 489/2 489/16 491/10 493/4 493/10 493/16 494/11 494/16 495/9 495/10 495/16 495/20 496/1 496/8 496/18 498/3 498/16 498/18 498/19 499/8 499/19 500/15 500/23 501/2 501/17 501/18 503/20 504/9 504/10 504/13 504/23 508/8
do you [14] 441/16 473/24 475/7 476/23 479/15 495/9 495/20 496/8 496/18 498/3 498/16 500/15 501/2 501/17
do you have [9] 473/14 479/2 481/23 489/2 493/4 493/10 496/1 498/19 508/8
do you know [2] 483/1 504/23
Do you recognize [1] 502/9
do you see [22] 419/17 419/22 421/19 429/18 431/24 436/11 437/2 438/15 441/14 442/13 443/16 448/2 461/11 471/2 471/5 483/8 484/1 501/25 503/13 503/20 504/9 504/13
document [10] 417/1 417/19 418/22 419/5 421/10 426/12 437/25 438/1 443/12 447/24
documents [4] 413/10 418/21 468/5 497/1
does [28] 417/10 417/15 417/23 440/17 446/6 456/2 457/4 457/12 463/11 467/22 468/2 479/6 480/6 482/18 485/15 486/4 488/16 488/19 490/4 490/8 491/15 492/24 497/2 497/6 497/21 499/20 500/4 504/15
doesn't [7] 461/3 480/8 490/6 490/9 491/21 494/16 499/22
Dohle [1] 426/17
doing [4] 414/22 474/22 478/14 492/19
dollar [1] 417/10
dollars [7] 417/9 417/10 429/23 490/16 492/15 492/18 493/9
don't [44] 417/4 421/11 424/13 443/10 447/23 448/4 450/24 451/2 453/5 457/9 460/18 461/5 461/8 464/12 465/3 465/5 465/11 470/2 472/11 478/9 480/5 480/10 480/21 481/4 484/9 486/6 486/6 489/12 489/13 490/10 493/18 495/5 495/24 496/4 496/19 496/23 498/8 498/10 498/10 500/19 500/21 500/23 509/3 509/8
done [4] 486/25 487/6 487/8 489/18

down [16] 421/24 427/1 427/5 427/6 432/5 434/12 434/19 445/19 457/22 458/5 471/1 474/19 484/13 497/22 503/8 503/13
dpetrocelli [1] 410/6
driven [1] 484/19
drives [2] 463/23 464/4
dropped [1] 432/4
during [5] 413/10 430/19 433/7 450/8 487/6
DX144 [2] 413/15 413/22
DX148 [2] 413/15 413/23
Dylan [1] 507/11

**E**

each [5] 462/12 473/24 488/18 488/23 489/1
earlier [3] 419/2 444/2 466/25
Early [1] 480/14
earn [1] 492/3
easiest [1] 434/1
easily [1] 422/23
ecosystem [2] 471/18 471/22
edit [1] 489/24
edited [1] 474/13
editing [2] 489/5 494/13
editor [5] 428/4 434/15 442/15 452/2 476/9
editorial [4] 439/8 452/7 489/24 490/3
editors [12] 459/9 459/23 479/22 481/17 482/4 482/19 482/22 483/4 484/19 487/3 504/7 504/19
effective [1] 452/6
efficiencies [2] 464/18 466/12
efficiency [1] 464/10
effort [1] 492/19
efforts [1] 462/6
eight [10] 419/2 419/4 436/24 436/25 469/1 504/7 504/12 504/20 505/13 505/19
either [4] 460/6 474/13 477/4 502/4
Eleven [1] 432/23
else [13] 422/24 446/9 458/15 458/19 458/20 458/22 458/24 478/14 485/11 485/25 497/23 499/2 507/22
email [66] 410/6 410/10 410/15 410/19 419/6 419/7 419/15 419/16 421/18 421/18 421/23 426/16 426/17 426/20 427/2 427/2

428/3 428/10 429/7 429/7 429/14 429/17 429/20 430/8 431/16 431/17 431/20 434/9 434/9 434/13 436/6 436/6 436/9 438/10 438/10 438/13 439/11 440/9 440/10 440/16 442/8 442/8 442/12 443/15 445/5 445/5 445/11 462/2 462/2 462/5 462/18 468/18 468/9 469/4 470/17 470/17 471/1 481/25 482/2 482/24 483/3 501/25 502/9
emailed [1] 436/14
emailing [1] 470/20
emails [5] 439/15 475/6 501/1 501/5 508/20
emotions [1] 500/2
employees [3] 464/23 465/20 471/17
empt [7] 477/12 477/16 477/19 499/7 499/15 502/1 503/9
encourage [1] 485/13
end [8] 418/5 430/8 433/3 445/12 449/2 449/5 449/11 466/12
endeavor [1] 494/12
ended [4] 446/9 447/13 481/2 507/20
ends [1] 426/23
English [2] 419/21 420/11
enough [4] 452/3 460/13 465/11 491/9
enterprise [1] 483/12
entertain [1] 495/9
entertainers [1] 507/12
enthusiasm [1] 439/9
enthusiasms [1] 479/20
equal [4] 458/16 458/19 458/20 458/22
equally [1] 508/25
Especially [1] 474/22
essentially [1] 450/7
estimates [1] 458/13
et [2] 409/6 482/16
et cetera [1] 482/16
ethnocentric [1] 496/21
euphoric [1] 491/20
even [11] 436/9 445/22 462/14 467/18 467/22 468/2 490/10 494/5 495/24 500/18 500/22
events [1] 455/9
ever [1] 466/20
every [8] 417/2 455/21 460/15 467/10 460/19 461/9 489/8 490/25
everybody [2] 485/11 492/2

everyone [1] 413/5
everything [6] 440/18 458/15 458/19 458/20 458/22 458/24
evidence [23] 413/14 413/21 413/22 413/23 420/19 422/9 429/1 431/5 433/22 435/18 437/20 440/6 441/8 444/16 448/17 461/17 463/3 466/10 469/18 472/9 472/16 482/11 503/6
exact [1] 498/8
exactly [3] 421/1 469/2 486/15
examination [6] 414/17 450/19 450/22 450/25 473/5 497/1 451/3
examine [2] 450/7 451/3
example [12] 416/14 439/2 455/1 460/18 465/18 466/19 480/9 480/24 481/8 491/21 492/16 506/24
examples [2] 416/24 506/19
Except [1] 415/25
excite [1] 483/22
exciting [1] 507/13
exclusive [5] 476/6 476/16 476/20 476/23 495/2
exclusively [4] 475/17 476/8 476/13 476/14
exclusives [1] 476/12
excuse [1] 508/22
executive [2] 415/3 470/23
exercised [1] 446/23
Exhibit [26] 413/21 413/22 413/23 420/19 422/9 429/1 431/5 433/22 435/18 437/20 440/6 441/8 444/16 448/17 461/17 463/3 466/10 469/18 472/9 472/16 481/20 482/7 482/11 501/23 503/1 503/6
EXHIBITS [2] 411/2 412/2
expectation [1] 492/8
expecting [1] 491/11
experience [7] 415/6 416/4 449/20 451/13 457/18 479/9 486/5
explain [1] 417/7 473/13 478/17 482/19
explained [1] 486/18
expressed [2] 476/9 508/21
extent [2] 499/21 505/25
extra [1] 492/2

**F**

factor [2] 458/12
471/24
factors [1] 438/20
facts [1] 447/23
fair [56] 415/20 416/2
416/9 423/4 423/5
427/18 428/19 430/6
430/7 434/16 434/22
436/18 437/7 438/11
439/5 439/13 441/19
442/16 443/1 443/1
443/5 443/19 446/3
446/24 447/4 447/18
451/11 451/18 452/8
452/13 452/22 454/24
455/21 456/1 458/4
458/9 458/15 459/1
460/13 460/15 462/7
462/8 463/9 464/17
467/8 467/15 467/16
469/1 470/24 471/11
472/1 475/10 477/1
478/25 488/14 500/20
fall [1] 491/16
falling [1] 484/8
familiar [1] 477/12
family [1] 501/14
fan [1] 496/17
far [3] 424/23 467/5
505/22
favorable [1] 494/10
favorite [1] 468/22
February [3] 426/17
429/8 431/17
feel [2] 457/9 508/22
feeling [1] 421/4
felt [1] 487/3
Ferraro [1] 482/15
few [3] 418/16 457/16
468/5
fiduciary [1] 494/8
Fifth [1] 409/17
figure [8] 457/8 457/14
507/18 508/3 508/5
508/6 508/13 508/19
figures [2] 481/12
507/2
final [5] 430/18 432/5
432/24 433/4 433/7
finally [1] 445/12
financial [5] 438/19
462/20 471/4 471/7
471/15
financially [1] 438/18
find [4] 439/15 476/5
478/25 483/21
finding [2] 468/12
478/2
fine [5] 414/23 427/13
464/14 498/8 509/6
first [23] 415/25 418/13
419/6 419/6 419/16
419/19 425/11 434/12
443/13 445/11 456/17
460/21 462/9 462/10
463/8 482/24 483/8
483/10 484/16 486/24

Fishbein [2] 410/13
464/11
five [2] 437/10 464/11
floor [2] 410/4 445/13
FLORENCE [1] 409/10
flustrating [1] 440/25
flying [3] 478/10
478/12 479/4
focus [4] 429/17
431/20 439/20 496/14
focusing [4] 454/11
458/9 484/20 485/8
fold [1] 417/2
follow [1] 481/13
following [4] 448/1
481/11 481/12 507/24
force [1] 493/18
foregoing [1] 510/3
formidable [1] 501/21
forth [3] 428/19 434/24
490/4
forward [2] 506/3
506/6
forwarded [1] 436/13
found [4] 418/5 440/24
440/25 441/23
founded [2] 473/9
473/11
founders [1] 476/2
four [1] 437/10
fraction [3] 497/24
497/25 499/3
frame [2] 489/22
505/22
frenzy [1] 504/8
frequently [10] 448/23
449/9 449/22 451/15
457/4 457/12 457/22
458/5 494/12 499/19
Friday [1] 482/25
front [5] 417/2 417/2
417/23 418/24 426/2
frustrated [1] 508/25
frustrating [1] 440/24
frustration [1] 508/21
full [2] 416/23 462/13
future [2] 467/22 468/2

**G**

gallery [4] 431/24
432/1 432/4 502/5
gap [1] 419/4
garner [1] 489/14
gave [2] 467/4 489/10
general [3] 454/3
480/12 498/9
generally [3] 473/13
507/16 508/18
get [13] 424/22 425/25
447/11 465/22 467/6
472/25 479/10 485/10
490/20 491/21 494/9
494/9 498/22
gets [1] 486/24
getting [3] 455/3 476/1
490/25
Ginsberg [1] 474/17

465/18 477/2 480/9
480/11 481/8 484/15
488/17 506/22 506/24
given [5] 452/6 479/13
493/16 496/7 498/1
giving [2] 481/17 489/6
glad [2] 472/23 472/24
go [16] 418/22 420/10
420/22 421/25 425/20
428/19 429/22 432/15
434/24 438/1 458/21
468/13 483/14 483/21
503/8 506/19
go ahead [3] 425/20
458/21 468/13
goes [2] 506/3 506/6
going [46] 416/25
417/8 420/1 421/5
422/21 424/12 424/22
427/23 431/9 444/6
444/19 447/11 448/10
449/14 452/1 455/24
474/19 475/25 476/5
477/15 480/9 480/11
484/13 489/9 490/4
490/7 490/20 490/21
491/25 492/8 494/22
494/25 499/7 499/17
499/25 500/9 500/11
503/18 503/25 504/4
506/19 506/20 507/20
509/3 509/5 509/9
good [13] 413/3 414/13
414/20 414/21 414/24
452/2 452/2 452/18
478/23 482/25 485/12
492/19 496/22
Goodwin [1] 474/14
got [8] 417/21 417/25
424/23 439/22 443/10
472/23 472/24 497/11
governance [3] 487/1
487/15 489/3
government [8] 424/13
475/6 481/1 481/7
481/15 486/18 494/1
508/20
government's [1]
496/5
gradations [1] 478/5
Graham [1] 482/16
grand [2] 450/25 451/3
gravity [1] 467/5
Grazer [1] 474/16
great [1] 509/11
Grohl [5] 507/1 507/3
507/4 507/6 507/13
group [4] 415/16
415/19 481/25 486/13
growing [1] 503/19
guess [5] 477/4 489/18
501/9
guessed [1] 438/24
guidance [1] 481/18
Guideline [1] 482/4
Guidelines [1] 483/3

**H**

Hachette [5] 415/10
422/18 448/24 449/10
451/9
had [19] 418/6 418/20
421/4 433/10 447/12
447/14 447/17 466/16
468/25 474/2 475/25
479/25 481/11 484/4
488/1 489/11 489/11
501/5 507/9
half [2] 478/16 478/18
halfway [7] 419/24
427/1 427/1 434/12
462/10 468/10 471/1
hand [2] 414/9 414/10
handled [1] 418/7
hands [1] 492/21
happen [4] 483/14
491/15 497/21 508/15
happened [7] 416/17
422/22 424/23 430/23
447/20 456/22 460/14
happens [8] 460/15
460/17 460/19 461/8
461/9 461/9 461/10
491/4
happy [2] 478/24
478/25
hard [7] 422/21 464/25
465/8 465/24 489/8
492/9 492/9
harder [2] 490/17
500/9
harm [1] 471/21
harmonized [2] 488/14
488/15
Harper [1] 508/22
HarperCollins [25]
439/16 448/24 449/9
451/9 501/10 501/12
501/13 503/18 503/23
504/12 504/16 505/2
505/18 506/2 506/10
506/11 506/15 506/17
506/25 507/20 507/22
507/25 508/10 508/13
508/24
HarperCollins' [2]
505/13 506/7
has [27] 416/15 416/18
420/2 439/10 443/18
450/24 455/13 456/15
463/8 463/10 466/16
467/8 467/14 467/17
467/18 470/5 473/9
477/5 477/6 483/4
484/3 487/13 487/14
497/11 506/11 506/15
507/23
hasn't [1] 416/16
have [120]
haven't [1] 480/2
having [9] 453/6
454/15 454/19 455/14
456/6 463/22 463/25
464/3 468/11
he [14] 424/9 424/14

Hachette [5] 415/10
422/18 448/24 449/10
451/9
he said [1] 424/14
he's [2] 447/22 503/23
head [9] 416/20 416/20
416/22 416/22 438/25
498/4 498/4 499/1
499/1
heads [1] 433/11
hear [1] 497/12
heard [8] 477/11
477/16 482/19 485/25
486/3 492/16 496/16
499/24
helpful [1] 454/20
helps [1] 456/7
here [12] 424/14 427/6
435/2 436/1 461/24
470/12 471/13 474/16
482/24 485/14 505/12
509/10
hesitant [1] 465/5
Hi [1] 414/14
high [5] 427/24 432/6
433/4 460/12 481/2
higher [19] 416/15
416/18 443/7 449/2
449/11 457/23 458/2
458/5 458/18 459/3
459/6 459/12 459/24
465/1 465/9 465/22
499/8 499/17 500/11
highest [3] 446/14
466/20 483/14
Hillary [1] 474/15
Hillary Clinton [1]
474/15
Hillenbrand [1] 480/15
him [5] 420/1 464/11
469/3 481/7 481/13
his [5] 424/9 447/12
481/12 503/25 504/7
history [1] 455/9
HMH [1] 437/4
hold [1] 458/25
Honor [32] 413/9
413/25 419/10 420/14
424/7 426/11 429/10
431/3 431/12 434/5
436/2 437/15 437/18
438/6 439/25 440/12
442/3 444/25 450/4
451/4 453/24 461/23
464/7 466/7 468/14
470/5 472/7 472/21
482/7 502/4 502/11
509/2
HONORABLE [1]
409/10
hopefully [1] 414/6
horse [5] 424/17
424/25 425/3 480/14
480/21
Houghton [1] 437/17
hours [1] 423/6
house [65] 410/3

**H**

house... **[64]** 415/10 416/9 416/15 416/21 418/3 418/6 418/19 420/6 422/12 422/23 423/23 424/16 424/24 425/3 425/12 427/10 427/17 430/2 430/6 430/9 430/14 430/21 432/25 433/2 437/11 437/24 439/1 439/3 439/10 439/13 440/19 440/21 440/22 441/18 441/22 443/5 444/8 446/18 447/8 447/17 448/24 449/9 451/9 463/14 463/17 463/18 467/15 467/19 467/23 468/3 469/6 469/10 496/25 497/2 497/6 497/15 497/23 498/4 499/2 501/2 501/15 505/1 506/4 508/22

housekeeping **[1]** 413/9

houses **[2]** 491/16 491/18

how **[31]** 414/22 424/23 441/2 455/24 457/16 458/10 461/7 461/8 473/9 473/14 473/21 473/24 474/24 476/23 478/9 488/16 489/13 490/10 492/25 493/16 494/18 495/16 497/21 498/2 498/19 499/20 499/23 500/15 500/19 503/17 508/22

however **[1]** 486/16

huh **[3]** 451/7 483/9 505/17

human **[1]** 500/1

hundreds **[3]** 475/4 492/15 493/9

**I**

I also **[4]** 421/1 452/5 479/22 499/22

I am **[1]** 485/13

I apologize **[1]** 425/17

I believe **[13]** 422/20 424/8 427/19 427/21 441/4 444/13 450/5 459/13 467/24 468/4 476/12 485/5 502/3

I can **[3]** 460/18 475/15 478/20

I can't **[2]** 452/23 479/6

I did **[2]** 423/4 504/14

I didn't **[1]** 433/1

I don't **[12]** 443/10 447/23 450/24 451/2 465/5 465/11 470/2 484/9 486/6 496/19 496/23 498/10

I don't recall **[1]** 465/3

I guess **[2]** 477/4 501/9

I have **[5]** 450/4 457/8

I just **[4]** 425/18 452/25 453/4 472/11

I know **[3]** 457/8 465/11 470/10

I mean **[7]** 465/7 483/20 491/4 492/13 492/14 495/14 500/15

I should **[1]** 438/24

I think **[49]** 413/7 415/5 421/12 424/19 425/13 426/2 428/4 434/1 440/1 444/10 444/20 445/22 447/25 450/22 451/25 452/12 452/17 453/4 454/2 455/23 455/23 457/21 459/15 460/4 460/5 464/10 465/24 467/4 470/12 472/14 478/16 478/20 479/18 480/25 482/18 484/10 485/10 486/22 491/4 492/14 493/13 496/21 497/24 498/1 499/19 499/20 500/1 503/4 507/15

I understand **[1]** 439/18

I want **[3]** 435/21 483/20 489/3

I wanted **[1]** 419/1

I was **[7]** 441/1 460/4 462/22 480/22 499/25 508/25 509/4

I wouldn't **[2]** 447/21 489/20

I'd **[5]** 422/18 427/11 452/18 488/21 501/23

I'd just **[1]** 427/11

I'll **[7]** 423/16 425/24 431/9 444/20 449/19 451/21 465/17

I'm **[65]** 414/23 415/3 416/25 420/1 421/24 423/11 423/20 424/12 426/7 426/10 427/6 427/21 427/24 428/12 431/11 434/18 436/1 436/25 437/15 438/5 439/20 439/25 441/11 441/11 442/6 443/12 444/6 444/19 444/19 450/10 450/13 451/1 452/1 453/4 454/2 458/21 459/10 459/15 460/6 461/24 464/1 465/5 468/11 469/5 469/23 471/24 472/23 472/24 474/19 475/4 477/15 480/9 484/12 484/14 491/11 492/14 493/4 496/17 498/9 498/12 498/25 503/14 503/16 505/15 506/19

I'm going **[5]** 416/25 424/12 444/19 449/14 480/9

I'm just **[3]** 468/11

I'm not **[8]** 427/21 452/1 453/4 455/19 460/6 471/24 477/15 496/17

I'm sorry **[17]** 426/7 436/25 437/15 439/25 441/11 443/12 450/13 451/1 458/21 459/10 464/1 469/23 475/4 484/14 498/12 498/25 505/15

I'm sure **[1]** 491/11

I'm thinking **[1]** 492/14

I've **[8]** 422/16 456/10 464/6 469/3 470/12 474/13 475/5 489/18

idea **[8]** 469/21 469/25 478/13 479/2 493/2 498/3 498/19 500/7

ideas **[2]** 476/4 483/21

identifiable **[1]** 486/5

IDENTIFIED **[2]** 411/4 412/4

identify **[2]** 417/14 487/13

Ihan **[1]** 409/13

illustration **[1]** 488/17

imagination **[2]** 483/13 485/14

impeachment **[6]** 424/6 450/2 450/18 453/22 461/14 466/4

important **[4]** 447/20 448/11 457/20 494/14

impressive **[1]** 414/7

imprint **[5]** 420/6 444/10 446/17 455/7 482/20

imprints **[18]** 430/2 431/23 432/1 432/23 437/6 455/19 456/6 463/7 463/9 463/10 463/11 463/17 463/22 463/25 464/3 473/20 473/21 482/17

include **[2]** 453/25 475/3

included **[1]** 432/22

includes **[1]** 459/6

including **[2]** 416/12 431/24

inconsistent **[4]** 424/9 450/18 454/6 454/9

increase **[6]** 419/3 421/6 422/13 424/17 425/3 504/17

increased **[6]** 418/17 423/24 430/14 433/7 435/7 444/3

independence **[1]** 485/13

independently **[1]** 463/18

INDEX **[3]** 411/2 412/2 412/10

India **[1]** 473/18

industry **[2]** 416/18

influence **[1]** 484/9

information **[6]** 417/8 417/14 495/5 495/7 495/20 496/1

informed **[1]** 479/5

inherent **[1]** 455/21

initially **[4]** 431/23 432/21 445/20 447/6

initiating **[1]** 477/18

initiative **[1]** 483/20

inner **[1]** 479/23

insight **[1]** 479/10

instance **[1]** 422/22

instances **[1]** 461/2

instant **[1]** 480/23

instituted **[1]** 487/2

interest **[1]** 476/9

interested **[2]** 499/16 507/8

interesting **[2]** 486/12 490/14

interests **[1]** 479/20

internally **[2]** 488/5 488/6

international **[1]** 473/17

internationally **[1]** 488/7

Internet **[1]** 481/11

interrupt **[1]** 481/7

interview **[1]** 467/4

invested **[2]** 447/17 448/5

investigation **[1]** 450/8

involved **[14]** 416/1 464/17 474/8 474/12 474/24 475/23 475/24 481/3 493/14 494/12 494/13 499/20 500/2 503/9

irrelevant **[1]** 423/23

Irving **[4]** 468/19 468/22 468/25 474/14

is **[353]**

is that correct **[83]** 415/6 418/4 418/8 418/11 418/20 419/8 420/7 420/24 425/4 426/21 427/7 428/1 429/15 430/2 430/9 430/12 430/15 432/11 432/22 433/9 433/15 434/19 435/4 435/9 435/22 436/14 437/12 437/24 440/16 440/19 440/22 441/22 444/4 444/8 445/9 445/21 446/21 447/2 447/9 448/25 449/10 451/15 451/19 451/24 452/11 452/16 453/2 453/17 454/13 454/17 454/21 455/2 455/19 456/6 456/7 456/21 457/1 457/5 457/13 457/25 458/7 458/11 459/3 459/7 459/12 460/16

is that fair **[27]** 415/20 416/2 427/18 428/19 430/6 434/16 434/22 436/18 438/11 439/5 441/19 442/16 443/5 443/19 446/24 447/4 447/18 454/24 460/15 462/7 463/9 467/15 469/1 470/24 471/11 488/14 500/20

is that right **[2]** 434/10 443/22

is there **[6]** 465/22 476/20 477/19 479/12 489/5 492/18

Isaacson **[1]** 474/14

isn't **[1]** 499/7

issue **[1]** 452/7

it **[181]**

it happened **[3]** 422/22 424/23 447/20

it happens **[1]** 461/9

it would be **[3]** 464/25 465/8 465/24

it's **[71]** 414/7 417/3 419/11 422/15 423/2 423/10 423/12 426/2 426/8 426/9 430/16 433/10 438/23 439/7 439/9 443/1 444/23 446/1 450/8 450/16 450/18 450/22 451/18 452/8 452/23 454/6 456/1 458/4 459/1 459/13 459/15 460/6 460/21 464/21 464/24 468/10 473/14 474/5 476/25 481/21 482/1 485/12 486/10 487/1 487/8 487/14 488/21 489/25 491/14 491/18 491/19 493/2 494/25 495/19 496/21 496/23 498/4 498/10 498/20 499/3 499/3 499/6 499/14 499/14 499/15 500/8 501/23 501/25 502/1 509/4 509/5

iteration **[1]** 445/25

its **[11]** 423/24 430/14 433/8 435/7 444/3 463/11 466/20 466/22 475/25 503/18 506/3

**J**

January **[2]** 419/21 462/3

Jeff **[1]** 413/7

Jeffrey **[2]** 409/14 482/15

Jennifer **[1]** 482/15

job **[3]** 439/4 494/9

**job... [1]** 495/9
**John [5]** 409/13 468/19 469/5 474/14 474/15
**Jonathan [3]** 414/3 414/16 415/1
**Jonathan Karp [1]** 414/3
**JUDGE [3]** 409/10 473/14 482/19
**judgment [3]** 484/21 485/9 489/17
**June [4]** 434/10 440/10 442/9 502/2
**jury [2]** 450/25 451/3
**just [63]** 417/7 419/5 421/9 421/11 422/23 424/11 424/22 425/10 425/18 427/11 433/12 439/9 439/19 442/18 446/2 446/6 447/6 447/24 452/6 452/18 452/25 453/4 455/6 457/15 460/4 460/24 461/5 462/14 463/25 464/12 465/7 468/11 470/9 472/11 473/7 473/13 474/19 476/24 477/8 478/10 478/17 481/8 481/21 483/10 484/7 484/12 484/13 486/16 487/9 488/3 488/17 489/8 489/18 491/15 491/21 498/3 498/5 498/9 499/12 507/3 507/15 508/18 508/23
**JUSTICE [5]** 409/16 469/5 469/7 485/20 501/1
**justification [3]** 459/10 459/25 487/2

**K**

**Karp [24]** 414/3 414/16 414/20 415/1 425/11 425/22 426/16 431/16 464/13 472/20 473/7 474/19 479/9 480/6 481/14 481/23 482/14 484/12 485/15 486/18 501/25 502/9 503/9 509/8
**Kate [1]** 508/11
**keep [2]** 476/4 509/3
**Kennedy [1]** 474/15
**key [1]** 471/24
**KGAA [1]** 409/6
**Kim [1]** 409/13
**kind [13]** 478/3 479/23 479/25 485/12 491/7 491/19 492/9 492/18 494/25 495/19 497/18 499/13 499/16
**kinds [3]** 478/4 479/24 497/19
**Kingdom [1]** 473/19
**knew [3]** 424/21

**know [60]** 418/24 421/14 423/16 425/24 429/4 430/4 431/10 433/1 434/3 434/21 435/25 438/3 439/15 441/2 442/2 449/15 450/22 453/5 453/12 455/23 457/8 459/20 460/18 461/8 461/20 464/21 465/11 465/14 465/19 468/7 470/10 474/7 478/9 480/22 481/21 483/1 485/12 489/3 489/9 489/12 489/13 490/10 492/18 493/16 493/18 495/4 495/22 495/22 496/7 498/9 498/10 498/10 500/15 500/19 500/21 500/23 500/23 500/25 504/23 509/3
**knowing [1]** 465/6
**known [2]** 459/10 469/3
**knows [2]** 492/2 493/19

**L**

**lag [1]** 421/4
**large [1]** 507/24
**larger [1]** 471/17
**largest [4]** 469/11 471/23 472/2 501/15
**last [9]** 413/10 418/1 420/9 430/5 430/20 436/20 437/9 459/18 470/14
**later [3]** 427/9 427/16 443/3
**Laura [1]** 480/15
**lay [1]** 464/22
**layoffs [3]** 465/1 465/8 465/9
**lays [1]** 465/20
**lead [2]** 465/1 465/9
**leader [1]** 481/10
**leading [2]** 505/5 506/13
**learned [7]** 418/19 427/9 427/16 427/19 427/22 443/3 443/6
**least [5]** 424/10 447/7 447/20 453/14 475/15
**led [2]** 416/15 416/18
**left [3]** 436/22 508/9 508/12
**less [7]** 421/25 433/8 462/12 464/10 478/16 478/18 500/6
**let [87]** 416/7 417/7 418/1 418/13 418/23 418/24 419/5 421/8 421/14 422/25 423/16 423/16 425/9 425/22 425/23 425/24 426/23 426/24 426/23 429/4 429/4 429/4 429/17 430/19 431/18 431/1

**434/3** 435/24 435/25 436/21 438/3 438/3 439/19 439/23 441/11 441/21 442/1 442/2 442/11 443/8 443/11 444/19 445/19 447/16 447/24 448/5 448/20 449/6 449/12 449/15 451/17 452/13 453/8 453/12 455/12 456/11 456/17 457/3 457/16 459/17 459/20 460/9 460/20 460/24 461/20 461/20 463/6 464/7 465/7 465/13 465/14 465/18 468/5 468/7 468/7 470/3 470/9 473/7 481/20 481/21 488/17 495/18 496/24 498/12 498/12 501/11 507/3
**let's [5]** 416/24 421/9 431/9 496/25 509/7
**level [17]** 430/18 432/16 446/1 476/23 479/5 479/11 480/6 487/9 488/22 489/7 490/5 490/8 491/12 492/9 492/13 493/21 493/24
**levels [4]** 479/10 488/13 500/6 506/21
**Lexington [1]** 410/14
**Libby [7]** 432/10 432/10 432/11 432/15 432/17 482/16 502/1
**Licht [1]** 409/15
**lifestyle [1]** 455/7
**like [23]** 417/15 427/11 450/8 450/23 453/13 455/5 461/10 469/2 474/18 474/22 476/16 480/4 480/5 485/12 489/6 489/10 490/15 491/20 493/4 494/22 495/1 495/11 501/23
**likely [1]** 471/15
**likes [1]** 485/11
**limited [1]** 439/19
**Linda [1]** 507/11
**line [11]** 419/24 420/9 421/24 423/15 449/14 462/10 465/14 465/17 466/10 482/14 482/24
**lines [4]** 423/21 453/9 459/22 461/1
**Lisa [1]** 409/15
**list [8]** 417/3 418/2 447/19 478/23 482/14 483/7 507/13 508/1
**listed [1]** 508/23
**listing [1]** 456/25
**lists [2]** 417/4 474/22
**literally [1]** 495/15
**literary [3]** 422/20 494/2 494/7
**litigation [2]** 450/23

**little [10]** 427/1 447/6 451/21 469/2 473/8 473/8 474/20 478/17 484/13 484/15
**LLP [4]** 410/3 410/7 410/13 410/17
**long [3]** 448/10 463/18 473/9
**longer [2]** 469/2 469/3
**look [6]** 417/19 449/12 468/5 477/6 483/23 503/12
**looking [2]** 433/1 433/12
**Los [1]** 410/5
**lose [2]** 447/21 456/3
**loses [1]** 451/14
**losing [3]** 432/17 508/21 508/23
**losses [3]** 439/16 501/2 501/6
**lost [13]** 436/10 437/23 438/14 439/12 440/19 441/1 444/7 506/16 506/25 507/14 507/22 508/2 508/17
**lot [26]** 441/1 452/2 452/4 452/4 455/3 465/4 474/5 475/19 478/22 480/3 480/5 480/20 490/15 491/5 491/8 491/8 491/10 492/2 493/1 494/11 496/22 497/13 498/11 499/3 507/9 507/11
**loud [3]** 470/13 483/11 484/17
**love [1]** 491/16
**lower [2]** 418/12 445/22
**lowers [1]** 500/6
**lunch [2]** 495/12 495/17

**M**

**Macmillan [4]** 439/16 448/25 449/10 451/10
**made [10]** 418/6 419/20 422/17 446/14 456/23 496/6 503/25 504/6 504/16 504/16
**magnitude [1]** 421/3
**main [2]** 458/12 458/12
**major [1]** 496/13
**majority [2]** 494/5 494/6
**make [10]** 417/11 417/15 462/19 477/9 479/13 483/14 486/4 492/19 493/2 493/3
**making [6]** 421/3 453/15 453/25 454/4 462/12 477/3
**manage [1]** 456/7
**managing [1]** 470/23
**manipulative [1]** 424/24

**many [25]** 439/7 455/24 458/10 461/8 463/8 463/10 467/9 467/17 473/21 473/24 474/24 478/9 478/21 489/18 492/17 498/2 498/19 498/20 498/21 499/20 499/23 500/15 500/19 501/22 508/12
**March [2]** 445/6 468/18 481/20
**marked [7]** 417/19 481/20
**market [6]** 447/13 489/11 490/17 490/22 503/19 504/17
**market share [1]** 504/17
**marketed [1]** 491/6
**marketing [17]** 439/4 439/8 451/23 452/11 452/16 452/21 453/3 453/17 489/6 490/7 492/20 492/24 493/1 493/5 493/10 493/15 494/13
**Marketplace [1]** 503/17
**match [1]** 471/16
**matched [4]** 429/23 430/11 435/3 435/6
**matter [10]** 413/9 424/22 424/23 446/9 454/4 477/4 483/3 491/21 499/23 510/4
**Max [1]** 473/11
**may [30]** 413/25 415/22 419/11 419/12 426/12 426/14 429/11 429/12 431/13 431/14 434/6 434/7 436/3 436/4 437/14 438/7 438/8 440/13 440/14 442/4 442/5 445/2 445/3 461/23 468/15 468/16 470/6 470/7 480/1 487/17
**maybe [4]** 444/23 454/5 477/5 484/13
**McCain [1]** 474/15
**McGuire [3]** 432/11 482/16 502/1
**me [94]** 416/7 417/7 417/24 418/1 418/13 418/23 418/24 419/5 421/8 421/14 422/25 423/15 423/16 425/9 425/22 425/23 425/24 426/23 428/9 429/4 429/4 429/17 430/19 431/8 431/10 431/20 433/25 434/3 435/24 435/25 436/21 438/3 439/23 441/11 441/21 442/1 442/11 443/8 443/11 444/19 445/19 447/24 448/20 449/6 449/12 449/15 451/17 452/13 453/8 453/12

me... [41] 455/12 456/11 456/17 456/23 457/3 457/16 459/17 459/20 460/9 460/20 460/24 461/20 461/20 463/6 464/7 465/4 465/7 465/13 465/14 465/18 468/5 468/7 468/7 470/3 470/9 473/7 479/6 481/20 481/21 488/17 490/14 492/14 495/18 496/24 498/12 498/12 501/11 506/24 506/24 507/3 508/22

mean [21] 446/7 451/20 453/6 454/3 458/23 465/7 465/21 482/18 483/19 483/20 484/6 485/1 485/7 485/15 487/21 491/4 492/13 492/14 495/14 495/16 500/15

meaning [5] 437/10 465/9 487/21 489/6 508/4

means [2] 446/8 487/10

meant [3] 484/7 485/2 504/4

mechanical [1] 410/24

mediating [1] 494/15

meeting [1] 483/2

meetings [1] 483/5

Meltzer [1] 508/16

Melvin [1] 409/14

memo [10] 445/25 447/19 459/10 459/23 459/25 486/22 486/24 486/25 487/1 487/2

memoirs [1] 455/2

mentioned [13] 449/4 452/8 458/24 474/2 476/11 478/15 481/7 486/22 493/13 495/1 495/4 498/1 507/10

merge [2] 467/22 468/2

merged [2] 467/14 467/18

merger [5] 465/9 465/19 468/6 506/3 506/6

merging [2] 469/22 469/25

Merit [1] 410/21

messing [1] 470/10

met [1] 445/14

metabolic [1] 479/21

metaphorically [2] 495/15 495/16

method [1] 481/15

middle [1] 487/19

Mifflin [1] 437/2

might [10] 439/3 445/22 452/18 464/22 469/2 486/15 486/16 489/17 489/18 500/9

million [32] 418/10 418/14 418/16 418/17 418/20 419/2 419/17 420/2 420/10 420/23 421/25 422/14 422/14 422/18 423/24 423/25 424/18 424/18 424/22 432/7 432/16 433/5 433/8 433/8 445/15 445/16 446/20 447/1 447/8 447/9 447/15 490/16

millions [3] 480/24 481/11 492/17

mind [2] 424/16 425/2

minor [1] 413/9

minority [1] 458/3

minute [2] 464/10 470/14

minutes [1] 464/11

misinformed [1] 460/4

model [2] 455/14 455/17

moderating [1] 494/15

moment [4] 424/11 427/11 454/11 477/9

money [4] 441/1 456/3 491/5 491/7

month [3] 419/4 419/4 421/4

monthly [1] 483/2

months [1] 419/2

more [42] 422/1 422/15 427/1 428/19 444/19 446/11 447/6 448/11 449/19 451/21 457/16 458/17 459/2 475/1 475/5 475/16 477/9 479/7 479/7 479/24 480/1 480/3 480/4 481/6 485/6 487/3 490/24 491/24 494/11 498/2 498/16 499/8 499/9 499/17 499/18 500/10 500/10 503/18 504/1 504/2 504/5 505/20

morning [1] 509/14

Morton [1] 508/11

most [9] 448/23 449/3 449/8 449/21 451/14 457/20 471/14 494/10 494/14

mostly [1] 493/15

move [5] 413/13 472/12 472/12 472/13 472/14

moved [1] 487/14

moves [19] 420/14 422/4 424/5 428/21 430/25 433/17 435/14 437/16 440/1 441/3 444/12 448/12 450/1 453/21 461/13 462/23 466/3 469/13 472/4

Mr. [30] 413/6 414/8 414/20 425/11 425/22

425/20 426/17 426/17 449/19 464/11 464/13 468/22 468/25 472/20 473/7 474/19 479/9 480/6 481/14 481/23 482/14 484/12 485/15 486/18 501/25 502/9 503/9 506/1 507/6 509/8

Mr. Dohle [1] 426/17

Mr. Fishbein [1] 464/11

Mr. Grohl [1] 507/6

Mr. Irving [2] 468/22 468/25

Mr. Karp [21] 414/20 425/11 425/22 426/16 431/16 464/13 472/20 473/7 474/19 479/9 480/6 481/14 481/23 482/14 484/12 485/15 486/18 501/25 502/9 503/9 509/8

Mr. Murray's [1] 506/1

Mr. Read [1] 413/6

Mr. Read's [1] 449/19

Mr. Vernon [1] 414/8

Ms [6] 419/7 421/19 429/18 431/17 436/7 438/11

Ms. [8] 428/4 428/16 429/8 434/13 435/2 442/15 443/16 445/6

Ms. Bell [2] 434/13 435/2

Ms. Callahan [2] 428/4 428/16

Ms. Davis [2] 442/15 443/16

Ms. Reidy [2] 429/8 445/6

much [7] 418/7 449/3 476/4 489/13 490/11 492/25 493/16

multibidder [1] 479/9

multiple [4] 463/22 463/25 464/3 488/17

Murdoch [1] 501/14

Murray [1] 503/22

Murray's [2] 503/16 506/1

musician [2] 507/1 507/4

musicians [1] 507/10

must [1] 485/12

my [10] 419/6 425/18 439/20 456/15 456/23 466/12 471/24 480/14 487/2 489/17

MYERS [2] 410/3 410/7

named [1] 480/15

Nan [1] 482/16

**N**

name [9] 414/25 417/5 417/13 417/13 417/13 419/25 462/5 480/10 506/20

near [2] 418/5 430/8

need [2] 427/25 452/4

needing [2] 484/21 485/8

needs [2] 428/13 451/2

negotiate [1] 422/21

negotiating [5] 416/5 418/5 475/17 476/17 499/12

negotiations [2] 416/1 418/7

never [4] 441/2 455/23 489/9 497/12

new [13] 410/9 410/14 451/23 452/9 452/15 452/20 453/2 453/14 464/21 465/19 465/21 473/24 476/2

New Yorker [1] 476/2

News [1] 501/14

next [6] 428/3 428/9 431/8 435/21 436/16 436/17

niche [1] 480/2

nine [5] 419/2 419/4 419/4 421/4 469/1

nine-month [3] 419/4 419/4 421/4

no [46] 409/4 420/17 422/7 426/8 428/24 431/3 433/20 435/16 437/18 440/1 440/4 441/4 441/6 444/10 444/14 446/9 448/15 450/16 463/1 463/1 465/22 469/16 472/7 476/19 476/22 477/18 477/21 478/13 483/8 485/24 487/14 489/8 490/2 490/6 491/23 493/6 493/6 493/8 493/22 493/25 498/5 498/12 499/12 500/17 503/3 506/5

nobody [2] 497/23 499/2

non [1] 438/19

non-financial [1] 438/19

nonfiction [3] 454/16 455/6 455/9

nonfinancial [2] 410/9 410/17

not [64] 417/12 417/12 417/23 420/10 420/23 421/9 424/8 427/21 447/16 450/6 450/7 450/8 450/10 450/21 450/22 452/1 452/23 453/4 453/25 454/2 456/2 456/13 456/20 457/4 457/12 457/22 458/4 459/15 460/6 460/11 460/12 463/11 464/17 467/11 467/13 467/14 467/18 467/22 468/2 469/24 470/1 470/10 471/17 471/24

482/16

Mr. Graham...

482/1 477/15 481/2 481/13 483/24 483/25 485/17 486/3 486/9 488/10 490/17 490/20 490/21 490/25 493/12 496/17 497/6 499/3 502/5 506/21

note [2] 425/10 425/18

noted [2] 501/2 501/5

noticed [2] 414/6 414/6

noting [1] 430/16

notwithstanding [1] 505/4

novelist [2] 508/11 508/16

November [4] 419/8 421/19 436/7 482/1

November 3rd [1] 436/7

now [22] 430/4 433/25 452/17 455/12 457/3 464/12 474/2 475/2 475/13 477/11 477/22 478/15 481/14 485/20 487/9 489/23 495/18 496/5 505/25 508/20 509/5 509/7

number [21] 416/23 417/5 426/24 432/17 433/10 443/1 443/9 443/10 464/9 470/11 471/13 480/17 480/23 483/7 484/16 487/14 487/15 495/23 496/14 497/19 498/8

numbered [1] 471/2

numerous [1] 506/16

NW [3] 409/17 410/17 410/23

NY [2] 410/9 410/14

**O**

O'MELVENY [2] 410/3 410/7

o-f-f-e-r [1] 417/9

o-f-f-e-r-s [1] 457/23

oath [5] 414/11 423/13 450/19 450/20 450/21

object [3] 424/7 450/8 450/9

objection [44] 413/14 420/16 420/17 422/6 422/7 424/12 428/23 428/24 431/2 431/3 433/19 433/20 435/15 435/16 437/17 437/18 440/3 440/4 441/5 441/6 444/14 448/14 448/15 450/3 450/5 450/12 450/15 451/5 453/23 454/7 461/15 462/25 463/1 466/5 466/6 469/15 469/16 472/6 472/7 482/9 503/2 503/3 505/5 506/13

objections [3] 440/2 441/4 444/13

**obtain [1]** 461/3
**obvious [1]** 491/5
**obviously [2]** 473/16
494/8
**off [9]** 421/11 462/13
462/21 464/22 465/20
467/1 487/13 489/18
504/7
**offer [43]** 417/9 418/6
418/17 419/2 419/3
419/21 420/1 420/10
420/23 421/4 421/6
421/24 422/1 422/14
422/17 423/24 424/1
424/18 425/4 425/12
430/12 430/14 435/4
435/7 442/19 444/3
445/15 458/14 459/2
459/5 477/2 481/11
482/7 488/16 488/25
502/1 503/1 503/9
507/18 508/2 508/4
508/4 508/6
**offered [19]** 418/10
418/14 418/16 418/20
421/2 422/18 430/9
442/23 445/14 445/20
446/5 447/1 447/7
447/8 447/9 447/15
460/12 489/12 507/16
**offering [1]** 498/21
**offers [11]** 438/18
457/22 457/24 458/5
458/6 458/10 479/12
479/14 479/17 486/19
503/18
**officer [1]** 415/3
**Official [1]** 410/22
**often [5]** 449/3 486/16
491/15 493/18 497/21
**Oh [11]** 417/21 423/5
426/7 441/11 441/15
468/13 470/4 475/4
490/19 498/18 498/20
**okay [51]** 414/4 417/17
419/1 421/17 423/7
423/11 423/20 423/22
424/14 426/8 426/25
427/12 427/20 429/6
430/24 434/4 438/24
441/7 441/25 442/6
444/6 449/18 451/6
452/19 456/9 459/21
460/8 460/22 460/24
461/24 464/12 464/15
465/13 465/16 468/9
468/13 470/4 470/4
470/15 480/12 481/8
488/13 488/23 489/1
492/5 492/22 500/13
502/6 506/22 506/24
507/19
**omm.com [2]** 410/6
410/10
**once [1]** 478/6
**one [40]** 413/9 413/14
413/14 413/15 418/1

426/2 437/24 438/1
439/12 441/16 441/17
442/19 442/20 442/25
444/19 447/15 449/4
452/8 453/8 457/6
459/18 460/18 460/20
465/14 472/13 474/17
475/17 478/8 480/23
481/1 481/6 489/9
490/15 490/25 496/5
496/13 499/24
**one-time [1]** 478/8
**ones [4]** 449/2 449/4
475/3 489/14
**only [17]** 421/23
429/20 430/4 432/24
433/3 437/1 437/10
442/24 450/16 469/21
469/24 470/1 474/17
488/12 488/23 489/1
497/22
**onward [1]** 429/21
**open [2]** 417/3 421/12
**operations [1]** 474/2
**opinion [1]** 465/7
**opportunities [2]**
476/6 483/13
**opposed [1]** 479/4
**option [2]** 471/15
475/18
**options [1]** 476/12
**order [2]** 413/5 500/10
**organized [1]** 473/14
**origins [1]** 475/25
**Orlean [1]** 474/15
**other [47]** 427/9
427/17 428/18 430/17
433/2 434/21 434/25
435/3 435/6 437/6
439/17 441/20 442/19
442/19 442/25 443/3
443/18 445/14 449/20
450/17 451/13 452/9
455/3 457/19 470/2
475/13 475/14 479/5
479/11 480/4 480/25
484/22 485/9 487/20
487/21 488/10 489/20
489/20 489/21 495/5
496/14 497/15 499/15
499/24 500/8 500/15
506/6
**others [3]** 455/25
501/6 508/14
**our [24]** 421/4 421/6
432/16 433/11 439/16
443/1 443/9 443/9
447/13 456/15 473/2
474/18 475/19 476/5
478/23 481/11 482/17
483/2 493/18 497/13
499/20 504/18 508/6
509/7
**ourselves [1]** 475/22
**out [14]** 418/5 432/4
440/25 441/23 470/13
476/1 476/5 478/2

489/9 498/25 499/9
**outcome [1]** 471/16
**output [1]** 460/10
**outside [2]** 463/19
474/3
**over [19]** 418/8 427/19
427/22 443/6 451/19
452/9 453/7 459/16
474/11 474/25 481/12
488/21 488/25 489/4
496/22 506/12 507/1
507/18 509/9
**overall [2]** 439/7
448/21
**overnight [1]** 509/9
**overruled [6]** 424/12
451/5 454/7 466/8
474/18 506/14
**oversaw [1]** 415/19
**own [9]** 446/10 471/8
471/10 476/4 476/5
483/13 483/21 489/17
491/9
**owned [1]** 501/13
**owner [2]** 464/21
465/19

**P**

**p.m [2]** 409/6 509/16
**pack [1]** 483/25
**page [31]** 419/16
419/17 419/19 423/3
423/15 426/23 427/16
428/9 428/10 428/15
434/12 436/16 436/17
442/11 442/12 443/11
443/12 443/13 449/13
453/9 453/10 459/19
460/21 461/1 461/17
465/13 471/1 483/8
484/12 503/9 503/13
**page 59 [1]** 459/19
**paid [5]** 491/17 491/21
491/24 492/2 493/16
**PAN [1]** 409/10
**paragraph [10]** 420/9
421/23 438/13 445/11
447/25 462/9 470/11
471/4 471/13 483/23
**paragraphs [1]** 471/2
**paraphrasing [4]** 427/6
427/24 428/12 434/18
**parochial [1]** 496/21
**part [9]** 418/12 432/5
440/21 453/25 475/21
478/23 483/24 495/9
501/14
**participated [1]** 475/3
**particular [2]** 503/10
508/15
**particularly [3]** 454/23
455/1 455/8
**parties [2]** 413/13
509/15
**partners [1]** 494/12
**party [7]** 450/2 450/5
506/6 450/9 453/22

**passes [1]** 472/18
**pause [1]** 464/7
**pay [8]** 446/10 458/17
480/3 480/4 490/15
495/17 495/17 499/25
**paying [3]** 462/14
491/7 492/25
**pays [3]** 456/2 495/13
495/14
**Penguin [58]** 410/3
416/8 416/12 416/14
416/21 418/3 418/6
418/19 420/6 422/12
422/22 423/22 424/16
424/24 425/2 425/12
427/10 427/17 430/2
430/6 430/21 432/25
433/2 436/10 437/11
437/14 437/23 439/3
439/12 440/21 441/18
441/22 443/4 444/8
446/17 447/8 447/16
448/24 449/9 451/9
467/14 467/18 467/22
468/3 469/6 469/10
496/25 497/2 497/6
497/15 497/23 498/4
499/1 501/2 501/15
504/25 506/3 508/22
**people [38]** 422/19
452/4 452/4 452/12
462/20 478/9 478/22
479/19 480/3 481/25
482/15 482/22 485/10
486/7 486/13 486/15
487/20 487/21 487/22
487/22 487/24 487/25
488/1 489/21 489/24
490/10 491/18 491/19
491/21 493/13 493/14
493/15 495/23 499/15
499/18 499/20 499/23
500/10
**perceive [1]** 499/8
**percent [12]** 427/21
445/13 446/7 446/8
446/11 459/15 460/6
474/5 475/16 476/3
499/11 499/13
**percentage [2]** 474/3
494/3
**period [1]** 504/2
**person [2]** 419/25
461/3
**personally [5]** 418/7
474/24 475/2 475/4
487/10
**Petrocelli [1]** 410/3
**phenomenal [1]**
480/23
**phrase [2]** 486/3
491/17
**pick [3]** 487/18 489/15
491/2
**picture [1]** 416/23
**piece [1]** 451/25
**Pied [1]** 485/12

**Piper [1]** 485/13
**place [1]** 475/19
**placed [1]** 414/11
**Plaintiff [3]** 409/4
409/13 414/16
**PLAINTIFF'S [19]**
411/4 412/13 420/19
422/9 429/1 431/5
433/22 435/18 437/20
440/6 441/8 444/16
448/17 461/17 463/3
466/10 469/18 472/9
472/16
**Plaintiffs' [1]** 413/21
**plastic [2]** 472/24
472/25
**player [1]** 442/19
**please [4]** 413/5
417/23 427/14 509/8
**plenty [1]** 506/16
**podcast [1]** 507/24
**point [8]** 423/3 443/4
446/2 447/7 447/20
449/14 454/20 509/3
**points [1]** 447/19
**political [1]** 507/23
**politics [1]** 455/9
**pool [1]** 499/18
**popular [1]** 507/24
**portfolio [7]** 445/14
446/14 446/17 446/20
447/25 455/14 455/17
**portion [1]** 479/3
**portions [1]** 417/18
**possibility [1]** 421/5
**possible [2]** 464/21
464/24
**possibly [2]** 433/8
464/10
**practical [1]** 455/6
**praise [1]** 483/14
**pre [7]** 477/12 477/16
477/19 499/7 499/15
502/1 503/9
**pre-empt [7]** 477/12
477/16 477/19 499/7
499/15 502/1 503/9
**precise [1]** 449/19
**predecessor [1]** 487/2
**predict [1]** 480/7
**predicts [1]** 458/11
**prepared [13]** 419/10
426/11 429/10 431/12
434/5 436/2 438/6
440/12 442/3 445/1
461/22 468/14 470/6
**president [3]** 415/3
415/15 415/18
**presidents [2]** 492/17
**press [2]** 436/10 467/4
**pressure [3]** 492/3
492/19 505/3
**pretty [1]** 469/5
**Prettyman [1]** 410/22
**prevailing [1]** 451/25
**previous [2]** 477/7
478/2

**previously** [1]  463/14
**PRH** [5]  421/25 432/5
438/14 447/21 448/5
**price** [1]  499/25
**pricing** [2]  493/23
493/23
**principal** [1]  477/25
**print** [6]  451/23 452/10
452/15 452/20 453/2
453/14
**prior** [4]  433/4 450/17
450/18 457/9
**privileges** [1]  446/24
**probably** [7]  424/21
489/15 494/5 498/20
498/20 498/21 500/11
**proceed** [1]  413/25
**proceedings** [4]  409/9
410/24 509/16 510/4
**process** [9]  432/18
470/24 474/8 487/6
489/5 490/3 490/3
494/20 494/25
**produced** [1]  410/25
**production** [1]  490/7
**profession** [1]  417/15
**professional** [1]
485/23
**profile** [1]  476/1
**program** [1]  493/5
**programs** [1]  493/10
**progress** [1]  495/19
**project** [1]  497/13
**projects** [1]  483/15
**promising** [1]  447/22
**promote** [1]  491/25
**promptly** [1]  509/10
**properly** [1]  425/13
**proposal** [2]  445/24
489/12
**proud** [1]  413/7
**prove** [2]  464/25 465/8
465/24
**proves** [1]  441/2
**public** [14]  417/4
419/11 421/10 426/13
429/11 431/13 434/6
436/3 440/13 442/4
445/2 461/23 468/15
503/25
**publicist** [1]  452/3
**publicity** [9]  439/9
451/24 452/11 452/16
452/21 453/3 453/16
493/10 493/15
**publicized** [1]  491/6
**publish** [16]  415/20
425/6 433/13 436/3
438/7 452/4 453/5
470/6 473/24 478/22
485/5 489/23 498/2
498/13 498/17 498/22
**published** [7]  474/11
474/13 475/18 477/5
507/11 508/9 508/12
**publisher** [24]  432/13
434/25 442/25 443/3

454/24 463/23 464/4
467/9 469/11 475/24
476/9 476/18 477/17
482/20 483/5 488/4
493/3 494/15 494/19
495/14 501/15
**publishers** [43]  416/11
432/22 436/22 437/6
438/19 445/14 448/23
449/2 449/8 449/20
451/13 451/14 451/18
451/19 451/22 452/9
452/9 452/14 452/20
453/1 453/7 453/15
455/17 456/11 457/19
475/7 479/11 479/12
479/23 481/17 482/17
482/21 483/2 483/17
484/4 484/24 487/25
494/22 496/13 496/15
496/22 497/16 503/17
**publishers'** [1]  438/18
**publishes** [1]  455/22
**publishing** [33]  415/6
415/19 416/2 416/18
438/25 439/6 451/22
452/9 452/15 452/20
453/2 455/14 455/18
456/12 456/13 456/19
471/17 471/22 473/16
473/17 480/21 484/9
484/11 484/18 485/25
486/11 486/13 488/10
491/15 491/18 501/13
504/24 507/9
**Pulchritude** [2]  438/21
438/22
**pull** [1]  424/25
**pulled** [3]  424/23
443/10 447/11
**purposes** [1]  424/13
**pursued** [1]  507/14
**pursues** [1]  497/6
**pursuing** [1]  422/19
**push** [1]  492/9
**pushed** [1]  430/21
**put** [3]  420/2 452/23
489/11
**PX0821** [2]  413/14
413/21
**PX34** [1]  426/3
**PX41** [1]  426/1
**PX43** [1]  426/3
**PX557** [3]  425/24
428/22 429/1
**PX559** [3]  438/3 440/1
440/6
**PX569** [3]  442/1 444/12
444/16
**PX588** [3]  429/4 431/1
431/5
**PX613** [5]  421/8 421/13
421/18 422/5 422/9
**PX624** [4]  439/23 440/9
441/4 441/8
**PX632** [3]  434/2 435/14
435/18

**PX63** [2]  476/12 476/19
472/9
**PX643** [4]  418/23 419/6
420/15 420/19
**PX655** [8]  468/7 468/9
468/11 469/14 469/18
469/24 472/12 472/16
**PX656** [3]  461/20
462/24 463/3
**PX700** [3]  431/9 433/18
433/22
**PX716** [1]  435/24
437/16 437/20
**PX729** [4]  444/21
444/22 448/13 448/17
**PXs** [1]  418/24

**Q**

**quantify** [1]  479/6
**question** [19]  419/6
423/22 427/14 437/14
439/20 449/19 453/25
454/4 456/11 459/22
461/2 461/7 463/8
464/1 465/5 465/12
465/18 499/4 505/15
**questioned** [2]  469/21
469/24
**questioning** [1]  494/1
**questions** [9]  416/25
417/18 417/23 450/10
456/10 457/16 464/9
481/1 496/6
**quibble** [1]  454/2
**quickly** [1]  419/5
**quite** [6]  416/21 474/5
490/14 490/22 494/16
507/14

**R**

**racing** [2]  480/15
480/21
**raise** [2]  414/9 414/10
**raises** [1]  500/5
**Random** [67]  410/3
415/10 416/9 416/14
416/21 418/3 418/6
418/19 420/6 422/12
422/23 423/23 424/16
424/24 425/2 425/12
429/23 430/1 430/2
430/6 430/9 430/14
430/21 432/25 433/2
437/11 437/14 437/24
439/3 439/12 440/19
440/21 440/21 441/18
441/22 443/5 444/8
444/17 447/8 447/16
448/24 449/9 451/9
463/14 463/17 463/18
467/15 467/18 467/22
468/3 469/6 469/10
496/25 497/2 497/6
497/15 497/23 498/4
499/2 501/2 501/15
504/25 506/4 508/22
**range** [13]  449/1 449/4

479/16 492/24 507/15
507/16 508/3 508/5
508/6 508/18
**ranges** [4]  480/12
493/10 506/21 506/21
**rare** [1]  416/22
**rarely** [6]  463/23 464/4
493/18 495/22 496/3
500/25
**rate** [2]  457/24 458/6
**rates** [1]  458/2
**rather** [1]  458/1
**reach** [1]  491/9
**reached** [1]  430/18
**reacting** [1]  484/7
**reaction** [1]  491/20
**reactions** [1]  479/21
**read** [31]  409/13 413/6
420/4 420/12 422/2
424/3 424/11 427/11
429/24 432/8 432/19
442/21 445/17 447/24
448/7 449/24 453/19
460/2 460/24 462/16
466/1 469/8 469/9
471/19 479/19 483/10
484/16 491/18 491/19
491/24 491/25
**Read's** [1]  449/19
**reading** [2]  445/25
486/11
**reads** [2]  453/13 461/1
**ready** [5]  418/25
425/24 434/3 442/2
468/8
**real** [1]  475/19
**really** [8]  421/7 441/2
471/14 480/1 491/15
492/13 496/22 507/2
**Realtime** [1]  412/10
**reason** [4]  419/1 421/1
448/4 478/20
**reasoning** [2]  422/13
423/23
**reasons** [7]  447/15
448/1 448/11 484/10
485/4 485/4 487/4
**recall** [4]  419/20 465/3
505/23 508/15
**receive** [1]  494/23
**received** [22]  413/21
413/22 413/23 420/19
422/9 429/1 431/5
433/22 435/18 437/20
440/6 441/8 444/16
448/17 461/17 463/3
466/10 469/18 472/9
472/16 482/11 503/6
**receives** [1]  480/7
**recently** [3]  457/7
466/17 508/12
**recognize** [2]  482/1
502/9
**record** [8]  414/25
425/10 425/18 454/12
460/25 466/23 477/6
510/3

**recorded** [1]  410/24
**RECROSS** [1]  412/12
**recurring** [1]  497/11
**redacted** [18]  419/11
420/2 426/12 429/11
431/13 434/6 436/3
438/7 440/13 442/4
445/2 461/22 468/14
470/6 470/12 502/4
502/6 503/5
**redacting** [1]  419/25
**redactions** [3]  417/22
470/9 470/14
**REDIRECT** [1]  412/12
**refer** [6]  416/25 459/17
471/4 485/21 486/1
504/15
**reference** [2]  505/12
505/16
**referred** [4]  430/1
451/10 485/23 494/2
**referring** [4]  441/12
444/21 493/14 496/11
501/8 503/24
**refers** [4]  432/10
455/17 483/1 485/21
**refused** [1]  429/22
**regardless** [2]  422/21
491/16
**Registered** [1]  410/21
**regular** [1]  450/23
**regularly** [1]  495/12
**Reidy** [8]  419/7 421/19
429/8 429/18 431/17
436/7 438/11 445/6
**relates** [4]  426/20
429/14 440/16 445/8
**relationship** [4]  460/10
465/23 468/25 497/12
**relationships** [2]
475/20 478/24
**relative** [1]  494/18
**relatively** [1]  416/22
**relevant** [5]  422/13
424/2 425/12 425/16
477/9
**relieved** [1]  441/1
**remain** [1]  414/9
**remained** [1]  493/20
**remember** [11]  418/13
441/16 441/17 460/23
465/5 470/2 472/11
475/7 496/9 501/3
508/14
**rep** [1]  452/3
**repeat** [5]  427/14
463/25 475/19 478/21
505/15
**rephrase** [1]  505/6
**reporter** [6]  410/20
410/21 410/21 410/22
472/23 484/15
**representative** [1]
477/1
**represented** [1]  450/9
**require** [1]  488/19
**required** [1]  459/5
**respect** [2]  487/9

**R**

**respect...** [1] 489/23
**responding** [2] 476/17
477/17
**response** [1] 496/5
**resume** [2] 509/10
509/12
**revenue** [1] 501/16
**reviewed** [1] 490/20
**reviewer** [1] 490/25
**revising** [1] 489/6
**rewarded** [1] 483/12
**Richard** [1] 473/11
**rid** [3] 472/23 472/24
472/25
**right** [98] 413/16
413/24 414/9 414/10
415/5 415/10 415/13
415/16 416/5 417/20
418/14 418/15 418/17
418/18 421/16 425/7
425/15 425/20 426/18
427/3 427/10 428/5
428/7 428/8 428/13
428/14 428/16 428/17
429/8 429/9 429/16
431/11 432/2 432/13
432/25 433/5 434/10
435/12 436/7 436/23
440/10 440/24 441/13
442/9 442/10 442/22
442/25 443/22 443/23
443/25 444/1 444/15
446/10 446/15 446/18
447/10 447/22 448/8
449/17 455/10 455/15
455/16 457/2 459/8
460/2 460/3 461/16
463/13 464/19 466/8
466/20 466/21 467/6
467/7 468/21 469/9
469/22 470/21 471/9
472/19 472/23 475/11
475/12 476/8 476/14
476/15 484/10 485/4
485/4 486/15 486/16
486/20 488/24 500/12
500/24 501/6 501/7
509/7
**rights** [4] 420/11
458/13 458/25 458/25
**rise** [2] 413/2 509/13
**risk** [4] 432/17 455/21
456/1 456/7
**risks** [1] 455/25
**RMR** [1] 510/2
**robin** [4] 478/1 479/4
499/14 500/8
**rock** [2] 507/1 507/4
**role** [2] 494/7 494/8
**roles** [1] 494/18
**Ronstadt** [1] 507/11
**roughly** [3] 474/3
478/15 498/3
**round** [7] 432/24 433/4
433/7 478/1 479/4
499/14 500/8
**rounds** [1] 429/21

437/10
**royalty** [1] 457/24
458/2 458/6
**ruling** [1] 425/19
**run** [1] 490/24
**runner** [2] 476/21
477/19
**runner-up** [2] 476/21
477/19
**Ruth** [1] 474/16
**Ryan** [1] 410/16
**ryan.shores** [1] 410/19

**S**

**said** [26] 419/3 422/1
422/22 424/14 425/1
454/3 456/22 457/14
458/19 458/22 460/5
460/22 466/2 466/25
467/5 469/12 478/15
478/16 479/3 481/2
486/23 498/2 498/13
498/25 500/22 501/5
**sale** [2] 470/23 490/8
**sales** [7] 452/3 466/19
466/22 477/3 477/7
493/18 501/16
**same** [13] 421/21
429/15 438/18 463/12
463/23 463/23 464/4
464/4 466/6 477/22
479/16 489/22 497/16
**Sara** [1] 409/15
**say** [35] 417/10 417/13
421/9 423/4 424/19
447/25 451/18 452/8
452/13 455/21 456/1
456/18 456/20 457/21
458/2 458/4 458/9
458/15 459/1 460/15
462/5 464/17 467/8
470/9 470/13 472/1
478/20 481/4 487/24
488/3 489/16 494/5
496/11 504/6 508/4
**saying** [10] 460/23
462/18 465/3 465/4
478/11 478/18 479/16
491/23 492/8 493/4
**says** [7] 426/3 428/11
437/1 448/4 462/11
482/24 503/16
**Scanlon** [1] 409/15
**scenario** [1] 488/23
**Schuster** [121]
**Schuster's** [13] 415/15
415/18 423/23 424/18
435/4 435/7 454/12
462/6 465/20 465/21
466/19 470/13 472/2
**Schwarz** [1] 409/14
**screen** [4] 417/20
417/22 421/10 502/7
**SE** [1] 409/6
**Sea** [2] 480/16 491/20
**Sea Biscuit** [1] 480/16
**seal** [1] 413/17

sealed [1] 413/18
seated [2] 413/5
414/13
second [18] 419/17
419/24 420/9 421/24
423/2 425/24 426/2
426/4 429/18 431/20
438/13 442/11 447/24
464/8 471/4 475/22
483/23 501/15
section [1] 466/13
see [37] 418/13 419/17
419/22 421/19 423/11
424/13 426/3 429/18
431/24 436/11 436/24
437/2 438/15 441/14
442/13 443/16 444/24
445/19 448/2 452/25
461/11 468/13 471/2
471/5 482/5 483/8
484/1 485/18 494/16
501/25 502/6 503/13
503/20 504/9 504/11
504/13 506/16
seem [4] 465/4 477/9
479/6 500/4
seems [3] 449/11
451/16 451/17
seen [2] 460/11 461/2
self [3] 456/12 456/13
456/19
self-publishing [3]
456/12 456/13 456/19
sell [8] 455/24 456/3
458/11 458/17 459/2
471/22 472/1 480/21
seller [2] 480/23
480/24
selling [10] 451/23
452/10 452/15 452/21
453/2 454/20 485/22
486/1 486/7 489/7
sense [5] 417/11
417/15 462/20 486/4
500/5
sensitive [2] 417/8
417/24
sentence [3] 419/19
484/16 503/13
sentences [1] 483/10
separate [2] 493/5
493/10
separately [1] 463/12
September [2] 438/11
470/18
series [1] 456/10
session [3] 409/7
413/4 413/10
set [6] 438/1 476/23
487/15 487/16 487/17
504/7
Setting [1] 452/7
seven [14] 431/23
432/23 436/22 437/6
457/8 457/14 481/12
507/2 507/18 508/3
508/5 508/6 508/13
508/19

**seven-figure** [1] 457/8
457/14 508/3 508/5
508/13 508/19
**several** [5] 430/5
430/17 430/20 432/22
466/16
**sfishbein** [1] 410/15
**Shapiro** [1] 507/23
**share** [1] 504/17
**she** [13] 421/25 428/7
432/13 434/15 434/18
442/18 443/18 443/21
462/11 474/17 474/17
474/18 487/3
**SHEARMAN** [2] 410/13
410/17
**shearman.com** [2]
410/15 410/19
**Shores** [1] 410/16
**short** [1] 464/13
**shots** [1] 491/2
**should** [6] 424/9
438/24 447/25 485/2
485/3 487/4
**show** [16] 417/4
419/11 421/10 421/12
426/12 429/11 431/13
434/6 440/13 444/22
445/2 461/23 468/15
481/20 483/20 501/23
**showed** [3] 475/6
501/1 508/20
**shown** [4] 497/1 502/5
502/5 503/5
**shows** [3] 436/20
436/22 437/9
**sign** [1] 482/22
**significant** [2] 456/2
474/10
**similar** [3] 438/18
477/4 504/6
**Simon** [135]
**simplify** [2] 446/2
447/6
**since** [8] 439/19
456/15 456/23 460/4
472/24 472/25 474/7
474/16
**situation** [9] 438/17
476/16 476/24 477/16
477/19 497/18 498/25
499/16 500/8
**situations** [7] 479/10
497/5 497/9 497/14
499/6 500/2 500/18
**skip** [1] 420/1
**slow** [2] 474/19 484/13
**small** [5] 452/18 464/9
497/24 497/25 499/3
**smaller** [4] 451/19
452/5 453/7 473/2
**so** [78] 416/4 417/3
417/7 417/10 418/23
419/1 419/3 421/3
421/13 423/1 424/9
427/25 430/4 432/21
435/2 442/23 444/6
447/1 447/12 447/22

453/5 454/5 455/24
457/8 458/2 458/4
461/4 462/18 464/12
465/5 465/18 467/5
467/17 470/9 471/24
475/17 475/18 475/21
476/4 476/11 477/1
477/6 478/5 478/21
478/22 478/23 479/24
480/3 480/24 485/13
486/6 486/12 487/10
488/3 488/13 489/10
489/11 490/12 491/9
492/16 493/9 494/22
496/24 498/23 499/11
500/18 501/12 502/4
504/21 505/9 506/24
508/7 509/5 509/10
509/12
**So I think** [1] 476/11
**So it's** [1] 458/4
**So this** [1] 432/21
**sober** [1] 503/14
**sobered** [4] 503/16
504/3 505/25 506/7
**social** [1] 484/8
**sold** [3] 480/16 480/24
489/13
**some** [45] 416/24
420/1 446/2 447/7
452/3 452/12 455/25
456/22 457/9 458/1
458/3 464/22 465/20
470/11 472/21 473/20
474/2 474/10 475/6
475/10 478/21 479/7
479/10 487/19 487/22
487/22 487/24 487/25
487/25 488/1 491/14
492/16 492/18 494/2
496/24 499/13 499/21
500/2 500/19 500/21
501/1 501/2 505/9
506/19 508/20
**somebody** [1] 476/10
**someone** [1] 422/23
**something** [9] 461/10
469/2 478/16 481/16
483/16 484/23 494/16
504/18 504/19
**sometimes** [18] 439/7
439/8 439/9 451/10
475/23 477/8 479/24
480/3 485/10 490/10
491/7 495/4 495/5
495/22 495/23 499/14
499/14 499/15
**somewhere** [1] 474/5
**sorry** [19] 426/7
436/25 437/15 439/25
441/11 443/12 446/6
450/13 451/1 458/21
459/10 464/1 469/23
474/21 475/4 484/14
498/12 498/25 505/15
**sort** [6] 441/2 477/8
479/2 481/15 492/17

sort... [1] 500/5
sounding [1] 494/14
sounds [1] 453/13
specific [6] 423/3
 451/21 462/7 480/11
 481/4 506/22
specifically [1] 485/7
spell [1] 484/8
spending [2] 487/3
 489/4
spent [2] 490/11 491/5
spirit [1] 476/4
spiritual [1] 481/10
spoke [2] 442/18
 464/11
Springsteen [2] 474/16
 507/10
Square [2] 410/8 410/8
staff [1] 489/24
stalking [3] 424/17
 424/25 425/3
standing [1] 414/9
stands [1] 509/14
star [2] 507/1 507/4
Stars [1] 410/4
start [4] 418/1 465/17
 467/1 496/25
started [5] 415/12
 418/12 424/21 445/22
 455/6
starting [2] 419/15
 462/9
starts [3] 419/16
 423/12 503/14
state [2] 414/25 439/11
stated [1] 424/13
statement [3] 450/17
 450/18 505/18
statements [1] 457/9
states [29] 409/1 409/3
 409/10 414/2 420/14
 422/4 424/5 428/21
 430/8 430/25 433/17
 435/2 435/14 437/16
 440/1 441/3 444/12
 448/12 450/1 453/21
 461/13 462/23 466/3
 469/13 470/5 472/4
 472/18 474/3 474/4
stay [2] 427/25 428/13
stayed [1] 443/9
steal [2] 447/17 448/5
stenography [1]
 410/24
step [1] 448/20
Stephen [1] 410/13
STERLING [2] 410/13
 410/17
still [4] 469/7 476/4
 488/8 488/21
stop [6] 417/24 501/11
 507/3 509/4 509/5
 509/5
stores [1] 481/13
straight [1] 433/11
strategic [2] 471/10
 504/16

strategies [1] 471/6
strategy [4] 504/12
 505/13 505/18 505/20
Street [2] 409/17
 410/17
strong [8] 454/23
 455/2 455/8 466/16
 467/1 467/24 501/21
 508/1
stronger [2] 448/9
 455/3
structuring [1] 494/19
struggling [1] 467/11
subject [9] 450/19
 450/22 450/24 451/2
 477/4 482/4 483/3
 483/5 484/3
subjective [1] 489/22
subjectivity [2] 479/18
 486/10
submission [1] 494/23
submitted [1] 483/15
subsidiary [3] 458/13
 458/25 458/25
substance [2] 419/16
 424/6
succeeded [1] 480/2
success [5] 454/12
 454/16 454/19 479/25
 507/9
successful [7] 467/8
 467/17 467/21 468/2
 480/7 481/3 485/6
successfully [1]
 506/11
sum [1] 439/9
supervised [1] 475/5
supervisor [1] 475/3
sure [17] 418/22
 427/15 427/21 439/20
 450/10 459/15 460/6
 464/2 469/5 471/24
 480/13 481/10 491/11
 492/19 492/21 505/7
 506/23
Susan [1] 474/15
Susan Orlean [1]
 474/15
Sustained [1] 505/6
SWORN [1] 414/16

T
tab [4] 426/4 460/21
 481/21 501/23
table [1] 420/3
take [10] 423/4 425/24
 427/11 462/13 462/21
 464/10 495/12 496/25
 500/22 509/7
takes [2] 491/8 491/8
talk [5] 417/9 421/12
 480/11 506/21 509/8
talked [1] 413/11
talking [6] 479/15
 481/14 488/4 488/10
 492/7 492/10
Ted [1] 474/15
tell [4] 460/7 486/24

telling [1] 462/11
ten [1] 490/16
tenor [1] 477/8
term [3] 457/19 496/16
 496/18
terms [6] 438/19
 457/24 458/6 479/1
 494/9 501/16
tested [1] 447/12
testified [1] 456/20
testify [1] 456/17
 457/11
testimony [13] 424/6
 424/9 425/11 450/2
 451/3 453/14 454/8
 461/14 464/4 477/11
 492/16 505/2 509/9
text [1] 420/2
than [22] 421/25
 422/15 427/1 443/7
 445/22 449/4 455/25
 462/12 464/11 475/1
 475/5 475/14 475/16
 478/16 478/18 481/6
 487/3 490/17 490/24
 494/11 498/2 498/16
Thank [15] 413/20
 414/7 414/12 414/23
 419/13 420/18 431/4
 446/12 466/14 472/19
 472/20 473/3 492/5
 500/13 509/12
Thank you [15] 413/20
 414/7 414/12 414/23
 419/13 420/18 431/4
 446/12 466/14 472/19
 472/20 473/3 492/5
 500/13 509/12
Thanks [2] 469/4
 482/25
that [604]
That'll [1] 466/12
 469/17
that's [64] 416/17
 417/1 418/12 420/8
 423/5 423/7 425/1
 425/12 426/8 427/12
 427/13 428/25 430/16
 430/23 431/4 433/21
 437/8 442/22 443/23
 444/6 444/9 453/18
 456/5 457/2 457/6
 457/6 457/21 458/12
 458/12 459/8 460/14
 460/24 462/8 462/22
 463/13 463/21 464/14
 464/20 466/2 466/8
 466/18 466/21 467/16
 467/20 468/11 468/21
 469/6 469/12 471/9
 475/12 475/18 475/21
 478/3 486/12 486/25
 491/2 491/17 492/21
 497/13 497/24 498/8
 500/6 500/25 501/13
their [18] 417/15
 451/23 452/11 452/15

471/25 476/3 483/21
 484/21 485/8 485/20
 487/4 491/9 494/9
 501/16 504/17
theirs [1] 508/7
them [22] 413/13
 423/17 441/24 443/10
 449/4 457/15 463/19
 475/20 477/2 478/25
 481/18 483/20 483/22
 489/15 491/16 493/3
 494/5 494/6 495/12
 500/6 501/17 501/19
themselves [4] 483/21
 484/19 485/3 491/10
then [32] 417/5 418/16
 422/18 428/15 430/11
 432/4 432/10 435/6
 435/11 438/19 439/20
 441/1 443/24 444/7
 447/4 447/8 447/8
 448/4 454/6 456/22
 456/23 458/4 476/3
 476/7 478/8 483/23
 490/7 496/1 499/13
 504/6 504/11 508/9
there [100] 417/1
 417/20 418/21 419/3
 419/15 421/5 421/14
 423/11 423/16 423/20
 425/25 426/10 427/2
 429/5 430/16 431/10
 431/11 431/23 434/12
 435/25 436/17 437/25
 438/4 438/5 440/1
 441/4 441/20 442/6
 444/6 444/13 445/23
 449/3 449/15 452/3
 453/12 454/2 455/21
 455/25 458/1 458/3
 459/20 461/21 463/19
 465/15 465/22 470/11
 471/15 473/21 475/6
 475/13 475/15 475/16
 476/1 476/7 476/20
 477/19 477/23 478/1
 478/5 478/10 479/12
 480/4 481/1 481/3
 481/6 481/10 483/8
 483/11 483/24 484/17
 486/9 486/22 488/13
 488/18 489/5 492/10
 492/18 494/2 496/22
 497/5 497/14 497/20
 499/8 499/9 499/15
 499/24 500/1 500/16
 500/18 500/21 501/8
 501/9 501/9 501/11
 503/24 504/23 505/9
 507/3 507/23 508/8
there's [25] 421/11
 423/1 428/3 428/10
 442/12 443/15 456/1
 471/1 473/20 478/4
 478/5 478/8 479/14
 479/16 482/14 491/14
 491/23 492/2 492/8

471/25 476/3 483/21    499/17 500/5 500/7
these [7] 416/25 450/5
 482/17 485/10 490/15
 500/2 508/23
they [72] 416/10
 420/10 422/1 439/4
 439/6 443/6 446/16
 452/10 457/23 458/6
 459/11 459/13 459/16
 460/12 461/4 461/4
 461/4 462/11 462/13
 463/13 476/1 476/3
 476/8 477/22 479/19
 479/20 479/20 480/1
 480/1 480/2 480/3
 480/4 480/5 482/16
 482/22 483/15 484/24
 485/2 485/3 485/4
 485/11 485/21 486/14
 486/15 486/15 486/16
 486/19 487/4 489/10
 491/5 491/9 491/10
 491/13 491/16 491/20
 493/16 493/18 494/9
 494/11 494/11 494/14
 496/3 497/10 497/12
 500/23 500/25 501/12
 501/14 501/14 501/17
 504/16 507/25
they'd [1] 489/22
they'll [3] 478/6 478/6
 479/24
they're [10] 458/2
 462/12 462/14 477/24
 478/24 482/21 491/11
 494/12 494/13 494/13
they've [1] 479/25
thing [3] 421/11 486/12
 492/17
things [7] 439/7 456/22
 457/6 465/4 465/4
 483/14 489/20
think [83] 413/7 415/5
 421/1 421/12 424/19
 425/13 426/2 428/4
 430/19 434/1 440/1
 443/10 444/10 444/20
 445/22 447/25 450/22
 450/24 451/2 451/25
 452/2 452/5 452/12
 452/12 452/13 452/14
 452/17 452/18 452/19
 453/4 454/2 455/23
 455/23 455/24 457/21
 459/15 460/4 460/5
 460/18 464/10 464/25
 465/8 465/11 465/24
 467/4 467/21 472/14
 476/11 478/16 478/20
 478/18 479/22 480/25
 482/18 483/20 484/9
 484/10 484/19 485/2
 485/10 485/11 486/6
 486/6 486/22 491/4
 492/1 492/14 493/13
 496/21 496/23 497/1

524

**T**

think... [9] 498/1
498/10 499/17 499/19
499/20 499/22 500/1
503/4 507/15
thinking [4] 456/23
462/22 492/14 499/21
third [3] 438/14 448/4
459/18
thirds [3] 444/23 503/8
503/13
Thirty [2] 415/7 415/8
Thirty-three [2] 415/7
415/8
this [122]
those [22] 413/16
430/1 432/1 448/10
449/2 453/15 465/1
465/8 475/2 475/2
475/10 475/20 476/6
478/23 483/14 490/10
490/22 493/1 493/9
497/9 499/1 504/5
though [2] 430/17
467/18
thought [7] 444/5
447/11 461/4 467/1
489/21 491/4 507/12
thousand [5] 474/1
475/1 475/5 498/2
498/13
thousands [4] 492/15
493/9 498/23 499/1
threat [2] 456/13
456/19
three [14] 413/10 415/7
415/8 423/1 429/21
437/23 439/12 447/19
448/4 457/7 457/15
475/15 476/11 478/6
threshold [1] 488/16
through [14] 416/24
419/5 419/24 423/16
423/21 444/19 449/14
453/9 459/22 461/1
462/10 468/10 506/19
507/12
throughout [3] 416/18
432/18 500/4
time [17] 424/22 432/6
434/21 439/19 442/15
442/23 456/24 464/13
469/21 469/24 470/1
478/8 485/19 489/4
504/19 504/24 505/22
times [9] 410/8 410/8
428/19 454/20 461/9
470/2 478/7 480/4
489/19
title [2] 415/2 417/4
titled [1] 510/4
titles [1] 417/4
together [2] 463/13
486/14
tomorrow [3] 509/10
509/12 509/14
too [4] 425/25 441/17
441/20 480/22

**top [33]** 419/7 419/17
419/19 421/18 421/23
426/16 428/15 429/7
429/18 431/16 431/21
434/9 436/6 436/9
438/10 440/9 442/8
443/1 443/9 443/9
445/5 445/11 447/25
462/2 462/9 468/19
469/4 470/17 471/16
485/22 486/1 486/7
504/11
topics [2] 460/9 463/6
topping [5] 445/13
446/7 446/8 446/24
478/2
total [4] 416/23 488/19
488/25 498/5
totaling [1] 435/8
Touche [1] 412/8
towards [1] 431/21
Tower [1] 410/8
track [2] 454/12 477/6
trade [1] 469/11
transcript [5] 409/9
410/24 423/1 496/7
510/3
transcription [1]
410/25
transcripts [1] 423/2
trial [3] 409/9 496/14
500/5
trouble [1] 468/11
true [3] 426/9 491/3
491/14
truth [2] 450/17 462/11
try [11] 431/8 439/3
439/20 446/2 449/6
449/19 476/4 477/1
477/2 478/25 500/9
trying [9] 417/7 417/12
417/12 417/24 453/4
454/2 462/14 476/5
485/13
turn [32] 418/23 421/8
421/10 421/13 422/25
423/15 423/16 425/23
426/23 428/9 429/4
431/9 434/2 435/24
436/16 438/3 439/23
441/21 442/1 442/11
443/11 453/8 455/12
457/22 458/5 460/20
461/20 465/13 468/7
470/3 484/12 495/18
twice [3] 478/6 498/20
498/21
two [20] 415/25 427/6
430/18 432/1 432/24
433/3 434/19 435/8
437/9 438/17 444/23
448/10 449/13 470/11
471/2 471/13 483/10
488/18 503/8 503/13
two-thirds [3] 444/23
503/8 503/13
type [8] 461/4 476/24

**U**

479/13 481/9 500/8
types [1] 476/11
477/23 495/1
typically [2] 495/20
500/23

**U**

U.S [1] 409/16
ugly [1] 439/14
Uh [3] 451/7 483/9
505/17
Uh-huh [3] 451/7 483/9
505/17
ultimately [1] 485/6
under [11] 413/17
414/11 423/13 450/19
450/20 450/21 480/16
480/19 484/8 489/1
495/11
understand [3] 439/18
452/25 471/14
understanding [1]
447/14
unfortunately [2]
419/25 481/12
UNITED [28] 409/1
409/3 409/10 414/2
420/14 422/4 424/5
428/21 430/25 433/17
435/14 437/16 440/1
441/3 444/12 448/12
450/1 453/21 461/13
462/23 466/3 469/13
470/5 472/4 472/18
473/18 474/3 474/4
United States [22]
414/2 420/14 422/4
424/5 428/21 430/25
433/17 435/14 437/16
440/1 441/3 444/12
448/12 450/1 461/13
462/23 466/3 470/5
472/4 472/18 474/3
474/4
universe [1] 498/5
unless [1] 450/18
until [3] 440/25 466/20
509/14
up [20] 417/3 424/23
424/25 428/3 430/21
436/21 443/10 447/11
463/23 464/4 466/20
470/10 476/21 477/19
481/2 482/22 493/2
498/21 498/21 507/20
upward [1] 505/3
urged [1] 419/25
us [18] 421/2 424/25
430/18 447/12 452/2
469/6 474/17 474/18
476/8 478/24 486/24
492/3 496/3 496/23
497/12 501/21 506/16
508/12
use [3] 454/6 491/18
496/18
used [2] 424/17 425/3

**V**

validated [2] 484/21
485/9
value [2] 458/14
475/20
variation [1] 479/11
varies [1] 493/1
variety [1] 455/18
various [2] 475/7
482/17
vary [3] 490/4 490/8
492/24
vast [1] 494/6
Vernon [3] 409/14
413/7 414/8
version [15] 419/11
426/12 429/11 431/13
434/6 436/3 438/7
440/13 442/4 445/2
461/22 468/15 470/6
479/7 503/5
versus [2] 493/5 493/7
very [18] 413/6 414/7
423/5 428/15 433/3
445/11 464/9 464/25
465/8 465/24 466/16
476/4 496/3 507/13
507/16 507/24 507/25
508/18
via [1] 463/6
Viacom [4] 464/18
470/23 471/22 472/1
ViacomCBS [1] 410/12
video [1] 413/10
view [2] 456/15 486/8
Viking [1] 444/10
vision [3] 439/6 486/14
486/16
vocabulary [1] 438/25
voice [1] 494/15
vs [1] 409/5

**W**

walk [3] 416/24 419/5
444/19
Walter [1] 474/14
want [26] 421/11
425/10 425/18 432/17
435/21 444/6 447/16
448/5 452/25 457/23
458/6 462/13 475/20
477/1 480/2 480/10
481/7 482/22 483/20
484/20 485/3 489/3
499/22 507/2 509/3
509/5
wanted [4] 419/1
433/12 447/21 504/5
wanting [1] 485/5
wants [2] 494/15 495/8
was [116]
Washington [4] 409/5
409/17 410/18 410/23
wasn't [3] 421/1
462/19 469/21
water [2] 472/24

**way [16]** 424/8 432/15
434/1 444/23 449/11
452/23 454/5 457/9
475/17 475/22 477/6
480/25 483/25 494/17
503/8 506/2
ways [1] 475/13
we [149]
We will [1] 506/9
we'll [3] 445/15 485/5
509/12
we're [24] 417/7
417/12 417/12 445/12
455/3 470/10 474/16
475/17 476/8 477/2
478/24 479/15 480/11
484/19 487/10 488/3
489/4 491/7 495/23
506/20 509/9
we've [14] 448/5
461/22 468/14 475/18
477/11 477/15 482/18
490/11 492/1 492/16
506/16 507/9 507/10
508/11
week [5] 431/23
437/24 438/14 439/12
439/14
weeks [2] 457/7
457/15
weird [1] 468/11
well [42] 416/22
422/15 424/19 447/19
449/1 451/4 453/5
455/5 455/6 455/23
456/3 456/15 456/17
457/6 458/1 460/18
460/22 461/8 465/13
467/10 472/22 473/16
474/13 478/1 478/20
479/18 480/16 480/19
481/6 481/12 483/20
484/7 485/2 485/10
486/10 492/13 494/8
496/7 497/10 497/19
501/9 507/9
went [4] 431/22 433/6
442/18 443/7
were [51] 413/11 418/5
420/22 421/3 421/5
422/1 423/13 429/20
430/5 430/16 431/23
432/24 433/3 433/11
436/9 437/11 441/20
441/23 442/24 443/4
447/11 452/17 457/7
457/14 463/18 464/17
466/19 471/24 475/7
476/3 479/3 481/2
486/19 487/3 487/20
487/21 487/22 487/22
488/13 489/10 489/21
493/13 496/3 496/8
497/1 501/8 503/24
504/3 504/4 505/25
507/8
weren't [3] 424/21

**W**

weren't... **[2]** 433/12
486/23
**what [80]** 415/2 417/12
424/14 425/1 430/4
430/23 436/17 444/6
446/6 450/11 450/14
451/20 452/13 453/5
455/5 458/19 458/22
462/18 462/22 466/2
468/13 469/12 473/14
474/3 474/10 475/10
476/11 477/1 477/25
478/2 478/13 478/17
479/3 479/11 479/15
480/25 481/20 482/18
482/19 483/1 483/19
484/6 485/1 485/7
486/7 486/8 486/14
486/24 487/21 487/21
489/12 489/21 490/3
490/7 491/4 491/21
492/9 492/9 493/4
493/14 493/20 494/3
494/7 494/25 495/11
495/19 495/25 496/11
497/9 497/18 499/2
500/22 501/8 503/24
504/15 505/14 505/16
507/17 508/18 509/1
**what's [4]** 459/9
491/17 498/5 501/19
**whatever [1]** 495/7
**when [54]** 418/24
421/3 421/14 422/13
422/17 423/16 423/23
424/21 425/24 429/5
431/10 434/3 435/25
438/3 442/2 448/22
449/7 449/15 453/12
453/24 456/1 457/18
458/16 459/11 459/20
459/23 460/5 461/21
462/11 463/17 465/14
468/7 473/9 474/22
476/17 480/25 481/21
482/22 484/7 484/8
486/18 487/16 487/17
487/24 488/3 491/19
491/19 492/1 492/7
494/15 496/11 497/6
499/22 508/4
**where [33]** 434/9
438/17 445/5 450/9
462/2 467/5 468/19
470/17 475/3 475/6
476/7 476/12 476/13
478/1 478/5 478/8
478/24 479/3 479/4
479/10 481/1 487/19
492/7 498/4 499/1
499/6 499/24 500/19
500/21 500/23 501/2
508/14 508/20
**wherever [1]** 446/9
**whether [6]** 480/7
483/24 486/23 489/25
500/8 506/2

within **[1]** 414/24
417/18 420/2 426/23
431/8 431/20 447/13
449/21 450/6 453/10
458/13 459/18 461/2
476/12 489/9 489/14
494/22 497/5 497/14
**While [1]** 495/18
**who [39]** 422/21
428/11 434/21 446/9
449/2 452/4 453/7
458/1 461/3 462/20
471/15 475/18 478/9
478/22 481/10 482/16
482/22 483/14 483/22
484/19 488/1 493/13
494/22 494/25 495/6
495/13 495/20 496/3
496/13 497/11 500/23
500/25 501/12 503/22
507/3 507/23 508/8
508/9 508/11
**who's [1]** 428/4
**whole [1]** 447/12
**whose [1]** 419/25
**why [16]** 425/13
451/17 471/14 478/11
478/20 479/17 484/11
486/8 486/8 487/5
487/18 489/2 489/16
496/20 504/3 507/8
**widely [1]** 483/15
**will [36]** 413/16 417/22
419/20 420/10 420/18
421/25 422/8 435/17
437/19 439/4 439/21
440/5 441/7 444/15
448/16 458/11 458/16
458/17 459/2 459/2
461/16 463/2 464/10
466/9 467/21 468/1
472/8 472/15 474/23
480/7 483/12 483/14
484/18 485/6 506/6
506/9
**William [2]** 410/20
510/2
**willing [4]** 422/1
458/17 459/2 471/15
**win [5]** 438/20 445/15
457/19 500/10 504/5
**wind [2]** 498/20 498/21
**winning [1]** 449/5
**wisdom [3]** 452/1
480/20 483/24
**wish [1]** 480/8
**within [5]** 463/17 474/4
488/4 488/6 488/13
**without [4]** 413/14
465/6 484/20 485/7
**witness [6]** 412/10
414/11 414/16 454/3
454/5 472/18
**WITNESSES [1]**
412/12
**won [6]** 429/23 430/15
432/18 433/14 435/11
447/4

won **[1]** 462/5
Woodward **[1]** 474/14
**word [2]** 470/9 479/18
**words [3]** 450/17
470/11 506/6
**work [4]** 464/18 489/8
491/10
**worked [4]** 415/9
463/14 463/17 504/12
**working [7]** 415/9
415/12 422/17 452/17
468/25 486/12 505/13
**works [1]** 457/17
**world [4]** 419/21
420/11 445/15 480/21
**worth [4]** 430/16 444/5
484/11 489/22
**would [37]** 420/22
424/7 427/25 438/25
446/10 450/11 450/14
456/18 456/20 458/1
458/2 461/4 464/25
465/1 465/8 465/9
465/20 465/22 465/24
471/16 472/12 475/11
477/5 477/6 489/14
489/15 494/5 494/10
494/18 497/9 497/10
497/12 497/18 502/4
507/13 509/2 509/11
**wouldn't [4]** 447/21
462/19 469/6 489/20
**write [22]** 419/20
419/24 420/10 421/24
429/20 431/22 432/4
432/10 436/9 438/13
445/12 459/9 459/13
459/16 459/23 460/11
461/5 462/10 462/21
469/4 471/13 483/24
**writer [2]** 480/15
507/23
**writers [1]** 483/22
**writes [6]** 427/5 427/23
434/18 442/18 443/18
443/21
**writing [2]** 461/3
462/20
**written [4]** 433/1 464/6
476/2 486/24
**wrong [3]** 486/17
489/15 489/18
**wrote [4]** 444/5 468/5
469/10 504/11

**Y**

yeah **[4]** 417/21 492/12
492/21 500/15
**year [17]** 460/15
460/17 460/19 461/9
461/10 462/13 462/13
462/21 466/20 466/25
473/25 478/22 478/22
498/1 498/13 498/23
504/25
**years [18]** 415/5
415/25 416/4 422/16
456/25 466/16 467/9

490/17 504/7 504/12
504/20 505/13 505/19
507/12 508/12
**yes [149]**
**yesterday's [1]** 503/17
**yet [3]** 467/15 467/18
480/2
**York [2]** 410/9 410/14
**Yorker [1]** 476/2
**you [468]**
**you'd [1]** 457/21
**you'll [1]** 439/15
**you're [55]** 418/24
421/14 423/16 425/24
429/5 431/10 434/3
435/25 438/4 442/2
445/25 447/22 449/15
453/12 453/13 455/24
459/20 461/21 462/6
465/15 468/8 470/20
474/22 476/17 477/9
477/18 478/1 478/2
478/9 478/10 478/11
478/11 479/16 484/7
484/8 484/9 488/4
488/10 490/17 490/20
490/21 490/25 491/23
491/25 492/7 492/7
492/8 492/19 492/25
496/12 498/5 499/1
499/12 499/16 500/9
**you've [15]** 414/6
456/24 468/25 474/10
474/11 476/11 481/3
481/14 481/16 483/16
484/4 484/23 490/16
491/24 499/23
**young [2]** 447/22
480/22
**your [114]**
**Your Honor [31]** 413/9
413/25 419/10 420/14
424/7 426/11 429/10
431/3 431/12 434/5
436/2 437/15 437/18
438/6 439/25 440/12
442/3 444/25 450/4
451/4 453/24 461/23
464/7 466/7 468/14
470/5 472/7 472/21
502/4 502/11 509/2
**yourself [3]** 474/11
483/25 496/18

**Z**

Zaremba **[2]** 410/20
510/2