```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3   THE UNITED STATES OF AMERICA,      Civil Action
                                        No. 21-02886
 4               Plaintiff(s),

 5          vs.

 6   BERTELSMANN SE & CO. KGAA,         Washington, D.C.
     et al,                             August 3, 2022
 7                                      9:30 a.m.
                 Defendant(s).          MORNING SESSION
 8   ------------------------------------------------------------

 9                   TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE FLORENCE Y. PAN
10                 UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF:       John R. Read, Esquire
                              Ihan Kim, Esquire
13                            Melvin A. Schwarz, I, Esquire
                              Jeffrey Vernon, Esquire
14                            Collier Kelley, Esquire
                              United States Department of Justice
15                            Antitrust Division
                              450 Fifth Street, Northwest
16                            Washington, D.C. 20530

17

     FOR THE DEFENDANTS       Daniel M. Petrocelli, Esquire
18   BERTELSMANN and          Megan Smith, Esquire
     PENGUIN RANDOM HOUSE:    O'Melveny & Meyers, LLP
19                            1999 Avenue of the Stars
                              Eighth Floor
20                            Los Angeles, California 90067

21

22

23

24

25
```

```
1    APPEARANCES (Cont.)

2    FOR THE DEFENDANTS          Daniel L. Cantor, Esquire
     BERTELSMANN and            Abby Rudzin, Esquire
3    PENGUIN RANDOM HOUSE:      O'Melveny & Myers, LLP
                                7 Times Square
4                               New York, New York 10036

5
     FOR THE DEFENDANTS          Stephen Fishbein, Esquire
6    VIACOMCBS and              Shearman & Sterling, LLP
     SIMON & SCHUSTER:          599 Lexington Avenue
7                               New York, New York 10022

8
                                Ryan A. Shores, Esquire
9                               Michael Mitchell, Esquire
                                Shearman & Sterling, LLP
10                              401 Ninth Street, Northwest
                                Washington, D.C. 20004
11
12                              Rachel E. Mossman, Esquire
                                William D. Marsh, Esquire
13                              Shearman & Sterling, LLP
                                2828 North Harwood Street
14                              18th Floor
                                Dallas, Texas 75201
15
16
     REPORTED BY:               Tammy Nestor, RMR, CRR
17                              Official Court Reporter
                                333 Constitution Avenue NW
18                              Washington, D.C. 20001
                                tammy_nestor@dcd.uscourts.gov
19
20
21
22
23
24
25
```

```
 1                          I-N-D-E-X

 2
      WITNESS                 DIRECT   CROSS   REDIRECT   RECROSS
 3

 4    JONATHAN KARP

 5       MR. VERNON                              594

 6       MR. FISHBEIN                   532                  637

 7

 8    PLAINTIFF'S EXHIBITS                        PAGE

 9       568                                      625

10       574                                      606

11       577                                      568

12       590                                      607

13       652                                      624

14       697                                      605

15

16    DEFENDANTS' EXHIBITS                        PAGE

17       21                                       538

18       38                                       609

19       54                                       543

20       131                                      611

21       154                                      581

22

23

24

25
```

1   The following proceedings began at 9:32 a.m.:

2          THE COURT:  Good morning.

3          THE COURTROOM DEPUTY:  Good morning, Your Honor.  This

4   is civil case No. 21-2886, United States of America versus

5   Bertelsmann SE & Co., et al.  Would counsel please approach the

6   podium and state your appearances for the record.

7          MR. READ:  John Read for the United States.

8          THE COURT:  Good morning, Mr. Read.

9          MR. PETROCELLI:  Good morning, Your Honor.  Daniel

10  Petrocelli for Bertelsmann and Penguin Random House together

11  with Dan Cantor, Megan Smith, and Abby Rudzin.

12         THE COURT:  Good morning.

13         MR. FISHBEIN:  Good morning, Your Honor.  Stephen

14  Fishbein for ViacomCBS and Simon & Schuster.  With me are

15  Michael Mitchell, Ryan Shores, Rachel Mossman, and Billy Marsh.

16         THE COURT:  Good morning.  Are there any preliminary

17  matters this morning before we start the trial?

18         MR. READ:  I don't believe so, Your Honor.

19         MR. CANTOR:  Daniel Cantor from O'Melveny & Myers.

20         THE COURT:  Yes.

21         MR. CANTOR:  My understanding is that later today the

22  government is going to be playing the deposition testimony,

23  video testimony, of Christie Fletcher.  We've got objections to

24  exhibits that they want to admit in connection with her

25  testimony and to substantial portions of the testimony itself,

1    Your Honor.  The objections are all hearsay objections.  The

2    five documents in question are a series of tweets and emails.

3    And you can look at them if you would like, Your Honor, but the

4    bottom line is they are quite clearly out-of-court statements

5    being offered for the truth of the matter asserted therein.

6          The problem then flows into the deposition testimony,

7    Your Honor, because there's substantial questioning about those

8    documents.  More importantly, Your Honor, I counted at least 16

9    different instances of questions where the predicate for the

10   question is, so the first tweet says, so you wrote the

11   following, then you said.  And so all of the questions and the

12   testimony that then flows from them would, in addition, be

13   hearsay, Your Honor.

14         THE COURT:  So it depends on how I rule on the

15   documents?

16         MR. CANTOR:  Yes.

17         THE COURT:  And the deposition will flow from that

18   ruling?

19         MR CANTOR:  Not just that they will flow from it, but

20   assuming the documents are inadmissible, Your Honor, they would

21   then be reading the content of inadmissible documents --

22         THE COURT:  Right.  So they would have to edit their

23   video?

24         MR. CANTOR:  They would have to edit their video.

25         THE COURT:  Does it makes sense to address this when

1    the government wants to play the video so we can continue with

2    the live testimony this morning, and then can the government,

3    if I rule that this is hearsay and you have to edit your video,

4    can you change your order and do that so you don't have to do

5    that today?

6            MR. READ:  I believe so, Your Honor.  We have been

7    working late on these videos, but I believe we could play some

8    other videos instead.

9            THE COURT:  You could just do something else?

10           MR. READ:  Yes.

11           THE COURT:  I appreciate that.  I want to say I

12   appreciate how well organized the presentation has been,

13   Mr. Read and team.  Thank you.

14           When they are about to play it, let's get into more

15   detail, and I will take a look at the tweets, et cetera.

16           We are ready to resume the testimony at this time?

17           MR. FISHBEIN:  Yes, we are.

18           THE COURT:  So we need Mr. Karp.

19           MR. FISHBEIN:  Your Honor, can you hear me okay?

20   Sometimes I feel like when I am close to the microphone, I am

21   booming, my voice.

22           THE COURT:  It's interesting.  I feel like I can hear

23   better it's not as loud.  I can understand it a little better.

24           MR. FISHBEIN:  I am going to move it away.

25           Can others hear me if I speak like that?

```
 1              THE COURT:  I am getting some thumbs up from the
 2   gallery.  It sounds like it's good.
 3              MR. FISHBEIN:  I have never been accused of speaking
 4   too softly.
 5              THE COURT:  Okay.
 6              MR. FISHBEIN:  May I resume, Your Honor?
 7              THE COURT:  Yes.
 8              Good morning, Mr. Karp.
 9              THE WITNESS:  Good morning.
10              THE COURT:  You are still under oath.
11              THE WITNESS:  Yes.
12              THE COURT:  You may proceed Mr. Fishbein.
13                           JONATHAN KARP
14   Having been previously duly sworn on oath, was further examined
15   and testified as follows:
16                         CROSS EXAMINATION
17   BY MR. FISHBEIN:
18   Q    We are going to start where we left off.  You were telling
19   us about competition with some of the other publishers.  I
20   would like to turn to Hachette.  Is Hachette a company that
21   Simon & Schuster competes with for books?
22   A    Yes.
23   Q    And can you give us a description of Hachette as a
24   competitor in your view.
25   A    Another strong competitor.  They have a lot of fiction and
```

```
 1   nonfiction.  Malcolm Gladwell, David Baldacci, a lot of
 2   blockbuster fiction.  Nicholas Sparks works with high quality,
 3   broad range of books, practical books, literary books.
 4   Q    Mr. Karp, again, I am going to ask you, try to slow down a
 5   little bit.
 6   A    Sorry.
 7   Q    You do tend to speak quickly and we want to go easy on the
 8   court reporter.
 9        Does Hachette compete with Simon & Schuster to acquire
10   books at advance levels above $250,000?
11   A    Yes.
12   Q    Can you think of any illustrative examples of that?
13   A    There was a popular movie star, singer, and we were
14   competing to publish his book.  And it was sold for over -- for
15   seven figures plus, and we lost that book to Hachette.
16   Q    Again, Mr. Karp, unless I tell you otherwise, you can name
17   the author or the book --
18   A    Oh, it was --
19   Q    Hold on.  -- but we are not going to name specific
20   advances.  We are just going to use the general ranges.  If I
21   want to do it a different way, I will tell you.
22        Who was the author of that book?
23   A    Jamie Foxx.
24   Q    And why were you interested in that book?
25   A    Well, he had a very funny idea for it.  And he was -- he's
```

```
1   obviously a tremendously talented performer.  And he was also a

2   comedian, so we thought it would be funny.

3   Q    And on direct the government showed you some emails in

4   which you were disappointed and frustrated in losing books to

5   Penguin Random House.  Do you remember that?

6   A    Yes.

7   Q    And what was your reaction to losing this Jamie Foxx book

8   to Hachette?

9   A    I was disappointed.  I was very frustrated.

10  Q    Any others with Hachette as examples?

11  A    Well, we competed to publish Dr. Ben Carson, and we did

12  not prevail in that auction.

13  Q    Who is he?

14  A    He was a best selling author, number one best selling

15  author actually.  One of his books sold north of 500,000

16  copies.  He had quite an inspirational story about his time as

17  a surgeon.  This was a book about his experience in the Trump

18  administration and his thoughts on race.

19  Q    Who did you lose that to?

20  A    We lost that to Hachette.

21  Q    Again, just generally the range of offer you made for

22  that?

23  A    It was a mid six figure offer.

24  Q    Let me turn to Macmillan.  Do you know them?

25  A    Yes.
```

```
 1  Q    And what is your assessment of Macmillan as a competitor

 2  of Simon & Schuster?

 3  A    Another strong competitor.  They have -- they -- Macmillan

 4  is the home of FSG, Farrar, Straus & Giroux, one of the great

 5  publishers of award-winning fiction and nonfiction.  Holt.

 6  They have many, many other imprints as well.

 7  Q    You mentioned FSG, Farrar, Straus & Giroux, what is their

 8  specialty?

 9  A    Works of high literary quality.

10  Q    If you are competing against them for literary fiction, do

11  they have any particular advantages in your mind?

12  A    Well, they have a long reputation, so they can claim that

13  when they publish a writer, that writer will be following in

14  the tradition of other great award-winning Nobel laureates.

15  Q    When you say award-winning, how are their awards

16  associated with an imprint?

17  A    How are awards --

18  Q    In other words, when you say that there's awards

19  associated with FSG, what are you referring to?

20  A    Nobel Prizes, national book awards, Pulitzer prizes.

21  Q    Are you aware of another imprint Flatiron at Macmillan?

22  A    Yes.

23  Q    Are there any celebrities in particular associated with

24  that?

25  A    Oprah Winfrey has an imprint with Flatiron.
```

```
1   Q    Does that affect the attractiveness of their marketing

2   pitch when you are competing against them, in your opinion?

3   A    It does.

4   Q    How so?

5   A    Oprah Winfrey obviously has such a huge following both on

6   TV and online that when she endorses a book, it becomes an

7   instant best seller.

8   Q    Has Simon & Schuster competed with Macmillan for books

9   with advances over 250,000?

10  A    Many times.

11  Q    And are there any authors that were Simon & Schuster

12  authors who then moved to Macmillan?

13  A    Yes.

14  Q    And who are some of those?

15  A    Two that come to mind are Alec McGillis, former Washington

16  Post reporter who wrote a book about Amazon for FSG; and Noam

17  Shiber, a New York Times labor reporter who was recently -- who

18  recently -- who's book was recently acquired by FSG.

19  Q    And both of them have previously published with Simon &

20  Schuster?

21  A    Yes.

22  Q    And did you make offers to keep those authors?

23  A    Yes, we did.

24  Q    And, again, just by general range, were those offers above

25  or below 250,000?
```

```
 1   A     They were above 250,000.

 2   Q     How about auctions, can you think of any auctions recently

 3   where you competed against Macmillan?

 4   A     Yes.  There was one by a New York writer Jiayang Fan, and

 5   it was a memoir about her relationship with her mother.  It was

 6   a really powerful piece of writing.  We very much wanted to

 7   publish it.

 8   Q     And who did that go to?

 9   A     That went to FSG as well.

10   Q     And, again, just generally by a range, what was the level

11   of the offer for advance that you made for that book?

12   A     It was high.  It was over seven figures.

13   Q     Let me show you an exhibit.  If we could -- if you could

14   look in your book at tab 21, it's Defendants' Exhibit 21.

15         MR. FISHBEIN:  This is a confidential document, so,

16   Your Honor, I think we are showing a redacted version.

17         THE COURT:  Okay.

18   BY MR. FISHBEIN:

19   Q     Mr. Karp, this is an email chain between you and Carolyn

20   Reidy from November 2018.  Do you see that?

21   A     Yes.

22   Q     And there's a title that I am not going to read out, but

23   that's the title of the book that was being discussed, is that

24   correct?

25   A     Correct.
```

```
1              MR. FISHBEIN:  Your Honor, I would offer Defendants'
2    Exhibit 21.
3              THE COURT:  Any objection?
4              MR. VERNON:  No objection.
5              THE COURT:  That will be admitted.
6              (Defendant's 21 received in evidence.)
7    BY MR. FISHBEIN:
8    Q    If you can turn to the second page, the first thing I want
9    to ask you about is, can you tell from there what advance level
10   Simon & Schuster bid for this book?
11   A    $875,000.
12   Q    And that's on the second page?
13   A    Yes.
14   Q    Okay.  And did you approve that?
15   A    I did.
16   Q    And then if you go up, the top email on that same second
17   page, it's blacked out, but there's a person there.  It's from
18   a person who's name I won't mention to Dawn Davis.  Who is Dawn
19   Davis?
20   A    Dawn Davis at the time was the publisher of 37 Ink, which
21   is an imprint within Simon & Schuster.
22   Q    And without naming who the email is from, what type of
23   person is that?
24   A    Literary agent.
25   Q    Okay.  And so what did Simon & Schuster learn from the
```

1  literary agent as to what happened for this book where you bid

2  $875,000?

3  A    Well, she writes that this was such a tough decision given

4  our two amazing options, the final publishers were home to the

5  author's most important supporters and mentors, and Oprah was

6  one of the mentors.

7  Q    Okay.  And does it say in here, if you look to the second

8  paragraph, what the level was that Macmillan won this book at?

9  A    Oh, a million.

10  Q    So you bid 875, and they won it for a million?

11  A    Yes.

12  Q    And if you go to the next page, the first page.

13  A    Yes.

14  Q    Okay.  Towards the bottom, do you see there's a sentence,

15  and this is coming from Dawn Davis, your editor, correct?

16  A    Yes.

17  Q    And it says, I knew it was Oprah as she's working on the

18  television show.  This is the fourth book I have lost to her.

19  Do you see that?

20  A    Yes.

21  Q    And who is the her in that sentence as far as you

22  understand?

23  A    The her was definitely Oprah.

24  Q    So, again, the government showed you, I think, an email on

25  direct where you commented that you had lost several books to

1    Penguin Random House.  Do you remember that?

2    A    I do.

3    Q    Is Penguin Random House the only other publisher to whom

4    you lose multiple books?

5    A    Not -- no.  We lose them -- we lose them to all of our

6    major competitors.

7    Q    Let me turn now to -- we have talked about HarperCollins.

8    We have talked about Hachette.  We talked about Macmillan.

9    Right?  So let me turn to some other publishers.

10       Does Simon & Schuster compete for the acquisition of books

11   from publishers other than Penguin Random House, HarperCollins,

12   Hachette, and Macmillan?

13   A    Yes.

14   Q    And I am going to -- I know you have had some testimony

15   about Big 5.  I am going to refer to them as non-Big 5.  Okay?

16   A    Okay.

17   Q    Is there any particular genre that the non-Big 5 focus on?

18   In other words, what genres do they cover of books?

19   A    They cover many of the same categories that we cover.

20   Q    There was testimony in this case to the effect that the

21   non-Big 5 focus more on nonfiction.  Is that correct in your

22   experience?

23   A    No.

24   Q    Let me turn first to Norton.  Do you know anything about

25   them?

```
 1    A     Yes.

 2    Q     Who are they and what is your assessment of them as a

 3    competitor?

 4    A     Norton is a superb publishing company.  They publish a --

 5    they publish fiction including an award-winning novelist

 6    Richard Powers.  And they have a broad range of books in all

 7    categories.

 8    Q     Does Simon & Schuster compete with Norton for books with

 9    advances of $250,000 or more?

10    A     Yes.

11    Q     And can you give us an example of a book in that category?

12    A     Well, Neil deGrasse Tyson.

13    Q     Who is he?

14    A     The astrophysicist.

15    Q     And what kind of book was it?

16    A     It was a book about -- it was his writing on science and

17    faith and trying to square the two.

18    Q     And was Simon & Schuster interested in that book?

19    A     Very interested.

20    Q     And general range, don't give any specific numbers, what

21    was the range of advance offer that you made?

22    A     It was a seven-figure advance.

23    Q     And where did Mr. deGrasse Tyson end up going?

24    A     He decided to stay with Norton for that book.

25    Q     There was some discussion yesterday about marketing.  Do
```

```
 1    the non-Big 5, to your understanding, have marketing programs
 2    for their authors?
 3    A    Yes.
 4    Q    And have you ever had situations where authors chose a
 5    non-Big 5 over you because of marketing?
 6    A    Yes.
 7    Q    Let me show you another exhibit.  It's Defendants'
 8    Exhibit 54.  On this one, Mr. Karp, this is tab 12, we are not
 9    going to mention the name of the author or the book title.
10    Okay?
11    A    Right.
12         MR. FISHBEIN:  Your Honor, I am going to show a
13    redacted version to the public.
14         THE COURT:  Thank you.
15    BY MR. FISHBEIN:
16    Q    Exhibit 54, do you recognize that as an email chain
17    between you and Stephanie Frerich?
18    A    Yes.
19    Q    Who is she?
20    A    She's executive editor at Simon & Schuster.
21    Q    And don't say the name, but do you see in the subject line
22    is the name of an author and then it says auction?
23    A    Yes.
24         MR. FISHBEIN:  Your Honor, I offer Defendants'
25    Exhibit 54.
```

```
 1            THE COURT:  Any objection?

 2            MR. VERNON:  No objection.

 3            THE COURT:  That will be admitted.

 4            (Defendants' 54 received in evidence.)

 5  BY MR. FISHBEIN:

 6  Q    Mr. Karp, if you can look at the bottom of the first page,

 7  can you tell us what the deal was that was being considered

 8  here?

 9  A    It was a two-book deal for two books.  And she's kind of a

10  humorous writer.

11  Q    Okay.  And the amount, if you just look at the bottom

12  paragraph, on this one, we can say what the amounts are, what

13  was the proposal from Simon & Schuster in terms of how much to

14  pay in advance?

15  A    A total advance of $400,000, and it would be divided among

16  the two books, $150,000 for a novel and $250,000 for a

17  nonfiction book.

18  Q    There's an email from you to Ms. Frerich, and you say,

19  okay with me.  What does that represent?

20  A    I approved the offer.

21  Q    And if you look above that, you sent an email back to

22  Ms. Frerich -- I'm sorry, Ms. Frerich sent an email to you that

23  starts, just heard from, and then there's a name.

24  A    Right.

25  Q    The name, don't say what the name is, but do you
```

```
 1  understand who that person is?

 2  A    It was the agent.

 3  Q    Could you just read what you heard from the agent.

 4  A    They went with Norton mostly because of their marketing

 5  team who was at the meeting and conveyed a compelling plan.

 6  Q    Did it surprise you, Mr. Karp, that this author chose

 7  Norton over you because of marketing?

 8  A    It didn't because, as I have said, you can have a really

 9  good marketing plan or team with just a few people.  It doesn't

10  take a lot.

11       Your Honor, I was thinking about the question you asked

12  me --

13  Q    Mr. Karp, we will get back to that.

14  A    Okay.

15  Q    I had intended to ask clarifications about that.

16  A    Okay.

17  Q    While we are still on Norton, you mentioned Richard Powers

18  was a Norton author.  Are there any other authors with Norton

19  that are authors that Simon & Schuster would be interested in?

20  A    There certainly are.

21  Q    Who is that?

22  A    Well, I'll start with Michael Lewis who I think is one of

23  the best nonfiction writers at work today.  We would love to

24  publish Michael Lewis.  He's been with Norton virtually his

25  entire career.
```

```
 1   Q     Anybody else?
 2   A     I think Mary Roach, who is a very, very entertaining
 3   science writer.  She would also be somebody we would love to
 4   publish.  I have asked her agent many times through the years
 5   whether we could publish Mary Roach and I have been
 6   unsuccessful.
 7             THE COURT:  Who is her publisher?
 8             THE WITNESS:  Norton.
 9   BY MR. FISHBEIN:
10   Q     We have been talking about Norton.  Let me turn to another
11   one.  Do you know a publisher name Scholastic?
12   A     Yes.
13   Q     Who are they?  What do they do?
14   A     Scholastic is a publisher of children's books.  They are a
15   giant.  I think their revenue is over 1.6 billion a year.
16   Q     And when you say children's, one question I have is, we
17   have sometimes heard in the case and in the briefing and
18   whatnot a category called young adult.
19   A     Yes.
20   Q     Is that different or the same than children's?
21   A     Young adult is one of the major categories of children's
22   books.  There are picture books, then there are middle-grade
23   books, and then there are young adult books.  And so you follow
24   the trajectory of a child's growth.
25   Q     When you say that Scholastic does children's, does that
```

1    include young adult?

2    A     Very much so.  They are very strong in that category.

3    Q     Does Simon & Schuster compete with Scholastic for books

4    where the advance is 250,000 or more?

5    A     Regularly.

6    Q     Are there any examples of Simon & Schuster authors who

7    have moved to Scholastic for books that you wanted?

8    A     Yes.  Two of our best selling authors in the young adult

9    category have written books for us and also written books for

10   Scholastic when we were not able to pay them enough.

11        So one of them is Cassandra Clare who is one of the very

12   best selling young adult authors at work.  And the other is

13   Scott Westerfeld.

14   Q     I just want to understand, there was a time when these two

15   authors published books with Simon & Schuster, is that right?

16   A     Yes.  They still do, but they also publish books with

17   Scholastic.

18   Q     And for the new books that went to -- or for the books

19   that went to Scholastic, did Simon & Schuster express an

20   interest in those?

21   A     We offered for them.

22   Q     And those authors did what after you offered?

23   A     The agent took the offer that came from Scholastic

24   instead.

25   Q     Okay.  And, again, just generally, no specific numbers,

```
1    were the offers you made above or below 250,000?
2    A    They were above 250.
3    Q    Have you heard of a publisher called Hay House?
4    A    I have.
5    Q    What do you know about them?
6    A    They are a mind, body, spirit publisher.  They specialize
7    in those categories.  They are based in California.  They have
8    a very strong online teaching business where their authors
9    conduct courses online, and they also are very strong at
10   promoting their authors' books.
11   Q    Does Simon & Schuster compete against Hay House for books
12   with advances above 250,000?
13   A    Yes, we have.
14   Q    And can you give us any examples of that?
15   A    There was a book on -- it was a diet book.
16   Q    And, again, if you don't --
17   A    It was High Fiber Keto.
18   Q    Okay.  So did Simon & Schuster bid for this High Fiber
19   Keto book?
20   A    We did.
21   Q    And, again, general range, what was the range of advance
22   that you were bidding?
23   A    It was in the mid six -- it was north of -- it was a mid
24   six figure or higher.  I can't remember exactly.
25   Q    Was it above 250,000?
```

```
1    A    Well above that.

2    Q    Who won that auction?

3    A    Hay House.

4    Q    Are you familiar, Mr. Karp, with what are known as

5    academic book publishers?

6    A    Yes.

7    Q    What are those?

8    A    They are publishers affiliated with universities in some

9    way and, you know, oftentimes the presses are a little bit

10   independent, but they are -- they are basically university

11   presses.

12   Q    Does Simon & Schuster compete with university presses for

13   books with advances of 250,000 or more?

14   A    We do.

15   Q    And are you familiar with Princeton University Press?

16   A    Yes.

17   Q    Is that one of the university presses that you mention?

18   A    Yes.

19   Q    And can you give us any examples of books where you

20   competed with Princeton University Press?

21   A    There was a book by a writer named Ruha Benjamin on race

22   and health care.  And we very much wanted to publish that book,

23   and she chose Princeton University Press instead of us.

24   Q    And did you bid for it?

25   A    Yes.
```

```
1   Q    And was the bid above or below 250,000?

2   A    It was above 250,000.

3   Q    How about Harvard Business Review, is that another

4   academic press?

5   A    Yes -- well, actually, yes, they -- again, they are --

6   they are spun off from Harvard Business School.  I don't know

7   exactly the nature of their financial attachment to Harvard

8   Business School, but they are connected to it in some way.

9   They are a very successful publisher of business books.

10  Q    Do you recall any examples where Simon & Schuster competed

11  with them for books with advances over 250?

12  A    Yes.  The author of a book called Blue Ocean Strategy had

13  a new book, and we wanted to publish their book.

14  Q    Did you bid for that?

15  A    Yes.

16  Q    Generally, what was the level of the advance that you

17  offered?

18  A    Around a million dollars.

19  Q    And they chose to go to Harvard Business Review, correct?

20  A    Correct.

21  Q    Now, you have listed a bunch of non-Big 5 publishers.

22  Have you ever heard the non-Big 5 publishers referred to as

23  farm teams?

24  A    I have in the -- in recent moments.

25  Q    Where did you hear that?
```

```
1   A    I guess it was in either one of the pretrial briefs or
2   around that time.
3   Q    Okay.  And I want to make sure I establish the right
4   foundation here.  Do you know anything about baseball?
5   A    Yes.
6   Q    Based on your 33 years in publishing and your knowledge of
7   baseball, do you agree with that analogy, that the non-Big 5
8   publishers are like farm teams?
9   A    I don't.
10  Q    And why not?
11  A    Well, because usually when you are on a farm team, you
12  want to get off the farm team and you want to get to the
13  majors.  And I don't think it's a particularly generous thing
14  to refer to these really great publishing companies as farm
15  teams.  I mean, they publish a lot of authors we would love to
16  publish and a lot of authors who actually have come to us and
17  then gone back to them.  So I just don't think it's an apt
18  analogy.
19  Q    You mentioned that there are authors that stay with the
20  smaller publishers.  And I think you mentioned some of them,
21  Michael Lewis, Richard Powers, Mary Roach.  Are those examples?
22  A    Right.  Michael Lewis actually had a book with Knopf.  He
23  had been published very successfully.  Norton broke him out.
24  They published his first book, Liar's Poker.  It was a
25  foundational book.  It's still in print.
```

1    He heard the siren song of Knopf and he went and published
2    a book with them.  It was a political book.  It didn't do
3    particularly well, and he went back to Norton and stayed there
4    forever.  I'm sorry.  I was talking fast on that.
5    Q    You mentioned, I think, Richard Powers and Mary Roach as
6    other authors, for example, that have stayed with Norton?
7    A    Yes.
8    Q    And in your view, are those authors staying with Norton
9    because they have no other choice among the Big 5?
10   A    They are staying with Norton because they are loyal to
11   Norton in the same way that Simon & Schuster authors like David
12   McCullough have been loyal to us.  He's been with us for over
13   50 years.
14   Q    You mentioned there are some authors that go the other
15   way, that they will publish with a Big 5 and subsequently
16   publish with a non-Big 5.  Does that happen?
17   A    That does happen.
18   Q    Any examples of those?
19   A    Martha Nussbaum, the philosopher and legal theorist,
20   published a book with us, then she published a book with a
21   smaller publisher.  I believe it was Norton.  She's also
22   published with many university presses.  We are going to be
23   publishing her book this fall on animal rights.
24   Q    You had mentioned Scholastic.  They are not in the Big 5,
25   correct?

```
 1   A     They are not in the Big 5.
 2   Q     Those authors there, they had published with you first, is
 3   that correct?
 4   A     The Scholastic authors?
 5   Q     Yes, Mr. Westerfeld and Clare.
 6   A     Yes.
 7   Q     And after publishing with you, is that when they went to
 8   Scholastic?
 9   A     Yes.
10   Q     Okay.  Has the landscape of publishing -- excuse me.  Has
11   the landscape of publishers who compete for books changed in
12   recent years?
13   A     It has.
14   Q     How so?
15   A     Well, it's a dynamic landscape.  And there are new
16   publishing companies.
17   Q     Who are some of the new publishing companies that have
18   come into the business in the last few years, last two or three
19   years?
20   A     One of them is Spiegel & Grau.
21   Q     Who is Spiegel & Grau?
22   A     Spiegel & Grau is an upstart company.  Julie Grau and
23   Cindy Spiegel are two very highly regarded former Penguin
24   Random House publishers.
25   Q     Let me just ask you a question.  On your direct
```

1    examination, Mr. Vernon asked you some questions about the

2    importance of track record.  Do you remember that?

3    A    Yes.

4    Q    So are you saying that the founders of Spiegel & Grau,

5    they previously were with Penguin Random House?

6    A    Yes.

7    Q    And so what kind of track record do Ms. Spiegel and

8    Ms. Grau have in the publishing industry?

9    A    They are among the best publishers of their generation.  I

10   have known them for a long time.

11   Q    Do they have a track record, though, of prior successes?

12        MR. VERNON:  Objection.

13        THE COURT:  Overruled.

14        THE WITNESS:  They have had a lot of success.  Orange

15   is the New Black; Bryan Stevenson's book Just Mercy; Ta-Nehisi

16   Coates, Between the World and Me; those books were all

17   published by Spiegel & Grau.

18   BY MR. FISHBEIN:

19   Q    When they were at Penguin Random House, is that right?

20   A    When they were at Penguin Random House.

21   Q    By the way, do you know how they do their distribution of

22   books to retail stores?

23   A    Yes.  They are affiliated with Ingram.  I spoke to them

24   about distributing their books, and they chose Ingram.

25   Q    And does Simon & Schuster have a third party distribution

1    business?

2    A    Yes.

3    Q    Can you just very, very briefly explain to the judge what

4    that is.

5    A    We distribute the books of smaller publishers and take a

6    commission on it.

7    Q    And so do I understand from your testimony that you asked

8    Spiegel & Grau if you could distribute for them?

9    A    Yes.

10   Q    And who did they choose?

11   A    Ingram.

12   Q    Who is Ingram?  Tell us a little bit about what Ingram is.

13   A    Ingram is a wholesale distributor.  They distribute books

14   from many, many publishers throughout the country.  They get

15   them into book stores.

16   Q    And is Ingram associated with any of the Big 5 publishers?

17   A    Well, they -- I believe that they service many of them.

18   Q    Are they owned by any --

19   A    Oh, no.

20   Q    So you mentioned Spiegel & Grau.  Any other new

21   entrants --

22           THE COURT:  Can I ask, have Spiegel & Grau published

23   any blockbusters like the ones you mentioned since they have

24   been independent?

25           THE WITNESS:  They had -- they just launched a year or

```
 1  two ago, and their first book was a New York Times best seller.

 2  It was called Fox and I.

 3              THE COURT:  So one?

 4              THE WITNESS:  That's the one I am aware of.

 5              THE COURT:  Okay.

 6  BY MR. FISHBEIN:

 7  Q    Any other new entrants?

 8  A    Zando, which is, I think, X-A-N-D-O.  No, Z-A-N-D-O.

 9  Q    Who started Zando?

10  A    That was started by Molly Stern.  Molly Stern is another

11  former publisher from Penguin Random House.  She was the

12  publisher of Crown where she published Michelle Obama's book.

13  She's best known in my mind for having published Gone Girl by

14  Gillian Flynn, which was one of the best selling suspense

15  novels of the decade.

16  Q    And has Zando done anything different from other

17  publishers in terms of how it markets itself or publicizes its

18  offering to authors?

19  A    Molly Stern is an innovate publisher.  And she has

20  affiliated with public figures who have broad followings, large

21  followings.  And by affiliating with those figures, she's

22  creating imprints with them so that they can choose books and

23  help her make those books better known to the public.  It's a

24  smart idea.

25  Q    And do you view Zando as a potential competitor of Simon &
```

```
1    Schuster?

2    A    They are a potential competitor, yes.

3    Q    Anybody else that you would name as new --

4         THE COURT:  I'm sorry.  And has Zando published any

5    blockbusters?

6         THE WITNESS:  I don't know whether they have published

7    many books yet.  They are just getting started.

8    BY MR. FISHBEIN:

9    Q    Have you seen Zando in any auctions?

10   A    We have competed with them in an auction recently, and it

11   was above the 250 level.  And I also know that there's a book

12   that they have signed up that has a lot of online preorders

13   that suggest to me that it's about to become a best seller.  It

14   hasn't come out yet.

15   Q    Any other new entrants in the last couple of years?

16   A    Yes.  Astra or Astra House, which is a new company that is

17   backed, financially backed, by Thinkingdom, which is one of the

18   largest Chinese book companies.  And they have actually started

19   an adult imprint, a children's imprint, and they recently

20   bought a science fiction and fantasy publisher.

21   Q    Mr. Karp --

22        MR. FISHBEIN:  And I don't know if Your Honor had a

23   question about that.

24        THE COURT:  Just wondering about their track record.

25        THE WITNESS:  I don't know anything about -- again,
```

```
 1   they are relatively new, but I don't know about their track
 2   record.
 3            THE COURT:  Okay.
 4   BY MR. FISHBEIN:
 5   Q    Mr. Karp, do existing publishers that have been in the
 6   publishing industry already ever expand their title counts or
 7   offerings?
 8   A    Yes.
 9   Q    And can you give us some examples of existing publishers
10   who for whatever reason expanded?
11   A    Well, Bloomsbury, which is the publisher of Harry Potter
12   in the UK, they set up a New York -- or an American office in
13   New York, and they have expanded here into fiction and
14   nonfiction.  They have a number one best selling author Sarah
15   Maas, M-A-A-S-S, I think.
16            And then there's also -- well, I mean, Hachette has
17   obviously expanded.  They created a science fiction imprint
18   called Orbit.  Flatiron, which is part of Macmillan, has very
19   intelligently gone into a category that's called new adult
20   which is between YA, young adult, and older fiction.  So it's
21   sort of trying to hit the, you know, people in their late teens
22   and early 20s.
23   Q    What about Simon & Schuster, under your watch --
24   A    Well, I mentioned yesterday that we started a practical
25   nonfiction lifestyle imprint called Simon Element.
```

```
1    Q    And what's involved?  Like if you want to go into a new

2    area and increase your title count and expand, what do you need

3    to do?

4    A    It doesn't take much.  All it takes is, you know, a

5    publisher with a vision or a couple of really good editors.

6    It's basically an investment in talent.

7    Q    Where do you find that talent?  Where do you find editors

8    and publishers with the experience you want?

9    A    Well, you can find them -- you know, I look everywhere.

10   You can find them in other parts of the media.  We have hired

11   people from magazines, online.  We find them sometimes from

12   other publishing companies.

13   Q    Is there a movement between the publishing companies in

14   terms of people hiring each other?

15   A    Yes.

16   Q    Let me switch topics.  You mentioned Amazon on your direct

17   testimony.  Does Amazon compete with Simon & Schuster for the

18   acquisition of books from authors?

19   A    They do.

20   Q    And just what is your understanding of Amazon as a

21   publisher, not a distributor, as a publisher of books?

22   A    I think Amazon as a publisher of books is underestimated.

23   They have over -- they have about 50 editors.  They have a lot

24   of imprints.  They have imprints in the general categories,

25   fiction and nonfiction.  They have a romance imprint.  They
```

have a science fiction and fantasy imprint.  They have

something that even we don't have, literature in translation,

award-winning international fiction and nonfiction.  I think

it's mostly fiction.  And I have read -- I think they have

published possibly more than we have published in terms of

international fiction translated.

Q    Mr. Karp, is there anything about Amazon, when you are

competing with various publishers and you are talking to

authors, is there anything about Amazon's offering that makes

it different than other publishers?

A    Yes.  Obviously, given the number of people searching on

Amazon for products, that gives them a huge advantage because

when people go onto Amazon, they -- if the book isn't there for

what they are searching for, they could create that book.

That's one theory I have.

     But even if that doesn't happen, they know what people are

buying and they have access to that data.  Their best seller

list in my view is more important than the New York Times best

seller list because it's in realtime.  It's hourly.  And I look

at that Amazon best seller list regularly, every day.

Q    Mr. Karp, has Amazon's status as a publisher for acquiring

books from authors, has that changed over time?

A    Yes.

Q    In what way?

A    Well, they have been -- they were very aggressive, and

1    then they weren't so aggressive.  And now they are -- it seems

2    like they are getting more aggressive.

3    Q    Are there any recent developments in terms of distribution

4    of Amazon-published books that affects your view?

5    A    Yes.  We are currently publishing the hottest author in

6    the country.  Her name is Colleen Hoover.  Colleen Hoover is a

7    cultural phenomenon.  And she may even turn out to be on the

8    same scale as something like 50 Shades of Grey or Twilight.

9    Her books are selling at a tremendous rate, unlike anything we

10   have seen in a long time.

11        To put this in some perspective, her novel It Ends With Us

12   is the first book to sell a million copies this year in trade

13   paperback.  And the most amazing thing about that is that it's

14   an old book.  It came out in 2017.

15   Q    If we could -- I think I was asking about Amazon and

16   recent developments with Amazon.

17   A    Yes.  Oh, I'm sorry.  I got distracted.

18        So Colleen Hoover is hot.  She's so hot that she made the

19   independent best seller list, the independent book stores' best

20   sellers list.  This is a list that is from only independent

21   book sellers.

22        And the reason why this is so significant is that

23   independent book sellers up to this point had refused to carry

24   books from Amazon.  And Colleen Hoover has published with both

25   Amazon and Simon & Schuster.  And her Amazon book was on the

1  independent book sellers' best seller list.

2       So what that says to me is that a rubicon has been

3  crossed.  One of the competitive advantages that the

4  traditional publishers have had over Amazon through the years

5  is that independent book sellers wouldn't take books from

6  Amazon because independent book sellers felt threatened by

7  Amazon.

8       So when I saw Colleen Hoover's Amazon book on the

9  independent best seller list, that was a rubicon, that was

10 different, and that said to me that they are more of a threat

11 than I thought.

12 Q    Are there any other authors other than Colleen Hoover who

13 you have pursued who chose Amazon?

14 A    Yes.  Dean Koontz is a best selling novelist of suspense

15 and horror.  And we made a significant offer for his books and

16 we lost that to Amazon.

17 Q    And again, just general range --

18 A    It was a seven-figure offer.

19 Q    All right.  And then what about auctions, do you ever see

20 Amazon in auctions?

21 A    Yes.

22 Q    When was the last time that happened?

23 A    Well, last time was a few weeks ago.

24 Q    And what was the, again just general, what was the range

25 of offer that Amazon made?

```
1    A    Seven figures.

2    Q    Who won that?

3    A    We won it.

4    Q    There was some discussion yesterday about self-publishing.

5    And I think you said -- or you were confronted with and you

6    acknowledged that in an earlier deposition in this case, you

7    had said that self-publishing was not a major threat.  Is that

8    fair?

9    A    I had said that in the context of a series of questions

10   that spun me in that direction.

11   Q    And do you remember whether you addressed self-publishing

12   again in a subsequent deposition as part of the same case?

13   A    I did.

14   Q    And so if you look at your -- I think it's -- does he have

15   the document?

16            THE WITNESS:  It's right up here, I think, if it

17   didn't move.

18   BY MR. FISHBEIN:

19   Q    If you look at the February 17, 2022 transcript -- do you

20   have that?

21   A    Yeah, I have it.

22   Q    Page 128, line 17 to 22.

23        I'm sorry.

24   A    Page 128.

25   Q    Hold on.  Hold on.  Hold on.
```

 1          My mistake.  It's -- yes, it's page 180, lines 17 to 22.

 2    Just tell me when you have it.

 3    A    Okay.  I'm there.

 4    Q    Do you see you were asked the question, now I want to go

 5    back to my question from before --

 6    A    Yes.

 7    Q    -- which is, self-publishing is not a big threat to Simon

 8    & Schuster, correct?

 9    A    Right.

10    Q    And you said, I actually have changed my opinion about

11    that.  I am seeing more of a threat now.  Do you see that?

12    A    Yes.

13    Q    Okay.  So your change of opinion, is it fair to say, goes

14    back to the depositions in this case?

15    A    Correct.

16    Q    And is the market static, by the way?  Does the market

17    change generally in terms of competition?

18    A    The market is dynamic.

19    Q    And do your opinions evolve about competition as the

20    market changes?

21    A    Yes.

22    Q    So I want to ask you, based on your experience -- you can

23    put that to the side.

24          Based on your experience until today, so currently, you

25    know, what is your view of self-publishing as competition in

```
 1   the publishing industry?

 2   A     I think it's more -- I think it's more of a threat than I

 3   thought.

 4   Q     Why is that?

 5   A     Well, actually, recently, we had an author, a very highly

 6   regarded neuroscientist affiliated with a major university, and

 7   he was under contract to us for a significant advance.  And he

 8   asked to be released from his contract so that he could

 9   self-publish because he felt he could make more money that way.

10   It had nothing to do with us.  He just thought he could make

11   more money that way.  And he had heard that from --

12   Q     I don't want to ask you about what you heard from other

13   people who heard from other people.

14         Okay.  And when did that occur?  When did that occur that

15   this author threatened to go self-publishing?

16   A     This was only a couple -- a few months ago.  It was

17   recent.

18   Q     You mentioned Colleen Hoover, and I think you said she's

19   published with Atria and she's published with Amazon.  Is that

20   correct?

21   A     Yes.

22   Q     Does she publish anywhere else?

23   A     She publishes with Hachette, and she also self-publishes.

24   Q     Currently?

25   A     Currently.  She's a free agent.  She can do what she
```

```
 1   wants.

 2   Q     Are there any recent developments relating to internet

 3   promotion relating to self-publishing that affect your view?

 4   A     Yes.

 5   Q     And what is that?

 6   A     Kickstarter, which is a site where anyone can go and raise

 7   money for anything.  There is a best selling -- New York Times

 8   best selling author in the science fiction and fantasy

 9   category.  His name is Brandon Sanderson.  I believe he's

10   published by both Macmillan and Penguin Random House.

11          He went onto Kickstarter and announced that he would be

12   offering four of his novels to anybody who wanted them if they

13   wanted to donate to Kickstarter.  And he raised over

14   $42 million.

15   Q     Do you remember when that was, Mr. Karp?

16   A     That was this year, I think.

17   Q     Any other examples of Kickstarter or Kickstarter-like

18   publishing that you are aware of?

19   A     I have subsequently become aware of Good Night Stories for

20   Rebel Girls, which is a series of books.  It's now actually

21   become a whole company.  And these are stories to give young

22   girls confidence.  And it's been very successful, and it's

23   actually resulted in an entire company.

24   Q     Okay.

25   A     And it started on Kickstarter.
```

```
 1   Q    So taking what you just said about Kickstarter and then

 2   you mentioned Ms. Hoover who self-publishes and you mentioned

 3   the incident with the scientist, what is your assessment going

 4   forward prospectively of self-publishing in terms of

 5   competition with major publishers?

 6   A    I think really from the advent of online -- really, once

 7   the internet became popular, you know, we heard the phrase

 8   disintermediatation.  And I don't understand why that wouldn't

 9   be a possible prospect for any best selling author, to just

10   disintermediate, to go straight to the internet and sell

11   directly if you have a following.

12   Q    Mr. Karp, I am going to switch gears.

13        Based on your experience making and approving advances to

14   authors, do you have a view or sense of whether advance levels

15   have changed since 2010?

16   A    Have they changed?  Well, yes.

17   Q    And in your view, how have they changed?

18   A    I think they have gone up.

19   Q    Do you recall in 2013 Random House acquired Penguin?

20   A    Yes.

21   Q    In your view, did that have any effect on advance levels

22   when those two companies combined?

23   A    I couldn't say that that combination had any effect one

24   way or the other.

25   Q    Mr. Karp, do you coordinate with employees of other
```

1    publishers about the terms on which you acquire books from

2    authors?

3    A     No.

4    Q     Have you agreed with other publishers what terms you will

5    offer authors like royalty rates, audio rights, and that sort

6    of --

7    A     No.

8    Q     Are you more likely to coordinate with other publishers

9    and book acquisition terms if Penguin Random House merges with

10   Simon & Schuster?

11   A     No.

12   Q     On the audio, do you get audio rights when you get print

13   rights from authors?

14   A     Yes, we do.

15   Q     Do you buy print rights without the audio rights?

16   A     We don't.  We don't do that.

17   Q     Why is that?

18   A     Because we believe that the audiobook is the product of

19   our work.  We work with the writers to develop the book.  We

20   help make the book better.  We design it.  We produce it.  And

21   we believe that the audiobook is an extension of our work in

22   the same way that the e-book is or the paperback is.

23   Q     Is the fact that you pursue the audio as well as the

24   print, is that something that you have ever discussed with

25   other publishers?

```
1    A    No.

2    Q    Let me show you another exhibit.  It's going to be

3    Plaintiff's Exhibit 577, which is tab 18 in your binder.  Do

4    you recognize this?

5    A    This is The Storm in the Spring?

6    Q    Yeah.

7    A    Yeah.

8    Q    And actually, let's not --

9    A    I'm sorry.

10   Q    I am not going to mention any figures, actually, on this,

11   so that's okay.

12   A    Okay.

13   Q    So am I right that this is a package of information about

14   a book that you published?

15   A    Yes.

16        MR. FISHBEIN:  I am going to offer Plaintiff's

17   Exhibit 577.

18        THE COURT:  Any objection?

19        MR. VERNON:  No, Your Honor.

20        THE COURT:  It will be admitted.

21        (Plaintiff's 577 received in evidence.)

22   BY MR. FISHBEIN:

23   Q    I want to flip to the spreadsheet, I think it is.  It

24   starts with 1 of 4.  It's about three pages in, Mr. Karp.

25   A    Yes.
```

```
 1   Q    Do you know what that document is?

 2   A    Yes.  That's a P&L.

 3   Q    What is a P&L?

 4   A    A profit and loss statement.  It's the projections we

 5   make, our estimations for how the book will perform in the

 6   marketplace.

 7   Q    Do you do -- when in the process do you do these in terms

 8   of when you actually bid at an auction and make an advance

 9   offer?

10   A    We do them before we decide to acquire the book.

11   Q    Do you use this in any way in trying to figure out what

12   advance you want to pay?

13   A    Yes.

14   Q    If you look with me, and I don't know what page you have,

15   it says 2 of 4 on the bottom?

16   A    Okay.

17   Q    Do you have it?

18   A    I am looking at yours.  Yeah, I think I've got where you

19   are.

20   Q    I just want to make sure.  There's a Bates No. VCBS and it

21   ends in 9708.

22            (There was an interruption by the court reporter.)

23            MR. FISHBEIN:  VCBS and it ends in 9708

24            THE WITNESS:  That's what I am looking at.

25
```

1    BY MR. FISHBEIN:

2    Q    Do you see on that page there's a line that says gross

3    margin?

4    A    Yes.

5    Q    Don't give me the numbers, but what does that represent?

6    A    The gross margin is the amount of money contributed to the

7    company after it's been produced but before certain fixed

8    costs.

9    Q    How does the advance factor into the calculation of the

10   gross margin?

11   A    Well, we obviously want to have a positive number there.

12   Q    And then there's another line that says operating income.

13   Do you see that?

14   A    Yes.

15   Q    There's a percentage all the way to the right.  Do you see

16   that?

17   A    Yes.

18   Q    What does that reflect?

19   A    That reflects the profit that we have after our fixed

20   expenses, our salaries, the cost of distributing the book,

21   warehousing.

22   Q    Now, internally at Simon & Schuster, do you have any goals

23   or targets for either of those figures, gross margin or

24   operating income margin?

25   A    We do.

```
 1   Q    For -- don't tell me what the targets are, but for which
 2   ones?
 3   A    For both.
 4   Q    Just so I understand, there's -- in setting the advance,
 5   you have a target for gross margin and operating income margin?
 6   A    Yes.
 7   Q    And the operating income margin is after fixed expenses?
 8   A    That's right.
 9   Q    Okay.  And again without giving a specific number, can you
10   give us just a range or an idea -- first of all, the operating
11   income margin, is the goal for it to be positive or negative?
12   A    We always want it to be positive.
13   Q    And in what general area, without giving a specific --
14   A    Double digits.
15   Q    Okay.  Mr. Karp, I think you might have wanted to say
16   something about this, but I did want to come back and ask for
17   some -- ask you to elaborate a little bit on some terms you
18   used yesterday when the judge was asking you about marketing.
19   Okay?
20   A    Yes.
21   Q    And the judge asked you about marketing for -- I think she
22   referred to million-dollar books.  And you said, sometimes we
23   are paying that kind of money because the author takes care of
24   a lot of that.  Do you remember that?
25   A    That's exactly what I wanted to elaborate on.
```

```
 1   Q    Please explain.
 2   A    So a lot of the time, not all the time, but a lot of the
 3   time when we are paying these big advances, the authors have
 4   quite a bit of their own infrastructure with them.  They have
 5   their own publicists.  They have their own social media people.
 6   They have their own newsletters.
 7        So they actually are able -- we are able to offload a good
 8   amount of the work, not all the time, but that is actually a
 9   factor in why we sometimes pay these big advances, because the
10   authors are actually capable of helping us a lot.
11   Q    So let me ask you, Mr. Karp, you said, for example, that
12   Ms. Hoover is -- who is the best selling Simon & Schuster
13   author currently?
14   A    Right now it's Colleen Hoover.
15   Q    Does she have the highest marketing budget that Simon &
16   Schuster pays?
17   A    No.
18   Q    Why is that?
19   A    She's the queen of TikTok, and so she has a huge following
20   on TikTok.
21   Q    Now, you also said yesterday, and I think this was also in
22   answer to the judge's questions, you said, this really does
23   happen just as often that publishing houses fall in love with
24   and they champion them regardless of what's being paid.  Do you
25   remember that?
```

1    A    Yes, it's true.

2    Q    And so what did you mean by that, and can you give some

3    examples?

4    A    Sure.  We really do fall in love with -- we fall in love

5    with books that we pay five figure advances for.  You know, it

6    doesn't -- love is supposed to be blind.  It really is.  And

7    so -- and we are often wrong, you know, by the time we -- by

8    the time we get to publish a book.  I mean, there are famous

9    stories about books that the publishers pay a lot of money for

10    and then the sales force fell in love with a completely

11    different book.

12        The Lovely Bones, actually, I heard that story when I was

13    at Hachette.  That was a book that they never pushed, but the

14    sales force embraced it.

15        Recently, we had two novels, Simon & Schuster did.  One of

16    them was acquired for twice as much as the other one.  The

17    other one was a book that was -- it was actually a book called

18    The Last Thing He Told Me by Laura Dave.  And it was not the

19    most expensive book we had acquired.

20        She had never been a best selling author before, but she

21    wrote the book of her life.  It was her sixth book, and it

22    exploded when she was published.  We just announced that we

23    have sold over 2 million copies of The Last Thing He Told Me.

24    It's been on the New York Times best seller list for a full

25    year.

1    It wasn't about what we paid for Laura Dave.  It was the

2    way we reacted to it.  And you often don't know that when you

3    sign the book up.

4    Q    Mr. Karp, when in the process are estimations made about

5    how much marketing dollars you are going to use for a

6    particular book?

7    A    We actually -- this is interesting.  We often decide late

8    in the process after we have heard the reactions from readers.

9    And, in fact, literary agents frequently ask us to guarantee

10    marketing dollars.  And we don't do it because we don't want to

11    be locked into a plan when we acquire the book.

12    Q    So when you --

13        THE COURT:  So can I ask, when they ask you to commit

14    marketing dollars, that's for the books that they expect to

15    sell well or else they couldn't make that demand on you,

16    correct?

17        THE WITNESS:  It tends to -- you know, it doesn't --

18    yes, they expect it to sell well, but sometimes they ask for

19    it -- it could just be an author who has a lot of cachet.  It

20    doesn't always correspond to the advance but --

21        THE COURT:  Putting aside the advance, books that they

22    expect to sell well, they can ask you for things like can you

23    commit certain marketing dollars?

24        THE WITNESS:  Yes, they can.  We rarely --

25        THE COURT:  And do they ask you, for example, can you

1  get this book reviewed in the New York Times, can you get my

2  author on the Today Show, things like that?

3          THE WITNESS:  You would be a fool to make that kind of

4  promise because we can't control that.  The New York Times Book

5  Review is completely independent.  The TV producers decide what

6  they put on the air.

7          THE COURT:  I understand.  I am just trying to figure

8  out if the negotiating process with these anticipated top

9  selling books is different from everybody else's negotiation.

10         I saw in one of the defense exhibits, there was a

11  budget for glam and wardrobe.

12         THE WITNESS:  That's hilarious.

13         THE COURT:  Yes, hilarious, but you can't demand that

14  unless you are an anticipated top selling books author, right?

15  That's not a term that everybody gets, am I right?

16         THE WITNESS:  You are right.  Although, I would say --

17  the people who ask for these glam budgets, they tend to be

18  represented by talent agencies.  And so they are used to asking

19  for that for their movies, and it's kind of a --

20         THE COURT:  It's not a standard term in a book

21  contract?

22         THE WITNESS:  Thankfully, no.  John Irving isn't

23  asking for a glam budget.

24         THE COURT:  No.  And then there was an as-is term I

25  saw in one of the emails.  Like one of the factors in the

1    auction was the publishing house that won, so they will take

2    the book as is.  That's something you would only offer to an

3    anticipated top selling books, not just to anybody, right?

4            THE WITNESS:  I think that's a fair assumption to

5    make.

6            THE COURT:  Okay.  Thank you.

7    BY MR. FISHBEIN:

8    Q    How often do you -- like the glam budget, is that a common

9    thing that you agree to?

10   A    It's not.  It doesn't come up that often.  You have to be

11   pretty glamorous to ask for that.

12   Q    Now, you did tell the judge that, in general, the more you

13   pay in an advance, the more expectation there is that you are

14   going to try to earn back the advance?  That sounds reasonable.

15   Is that fair?

16   A    Yes.

17   Q    Is there any specific advance level, like particular

18   advance level, that demarcates, you know, when you are going to

19   be more intensive about marketing a book?

20   A    No.  And, in fact, a good editor worries about every book

21   that he or she acquires, making every book profitable.  I

22   certainly know from my own experiences that you feel personally

23   responsible when you ask the company to spend money on a book,

24   so you work just as hard on every book because you never know.

25   Q    And then --

 1          THE COURT:  Can I follow up on that?  I'm sorry,

 2    Mr. Fishbein.

 3          There was also something in one of the exhibits about

 4    a compelling marketing plan.  I saw that in one of exhibits.

 5    And that was a factor in which publisher and author chose.  So

 6    if you know it's going to be a hot auction, a lot of interest,

 7    do you spend more time developing a compelling marketing plan?

 8          THE WITNESS:  Yes.

 9          THE COURT:  Thank you.

10    BY MR. FISHBEIN:

11    Q    Do you ever do marketing plans for books with advances

12    below 250,000?

13    A    Yes.

14    Q    Under what circumstances?

15    A    When you really want the author, you jump through hoops.

16    Q    But did you hear me, that for books with advances below

17    250,000, do you ever do marketing plans?

18    A    Sure.

19    Q    Is there any advance level or even range of advance level

20    where you have internal guidance where you say, okay, above

21    this, we are going to do marketing plans, and below this, we

22    won't?

23    A    No.  And also, a lot of the times when you do these

24    marketing plans, you don't know what the book will wind up

25    selling for.  So, you know, you could do it for any reason.

```
 1   Sometimes editors just do them because they really want the
 2   book and they are just showing that they are going the extra
 3   mile.
 4   Q    So what are the factors, what are the factors that go into
 5   your decision as to whether to put together a marketing plan,
 6   whether to offer glam or whether to offer an as-is clause?
 7   What are the factors?
 8   A    It really does come down to the personal passion that the
 9   company is radiating for the project.  There is no hard and
10   fast rule for any of this.  Each book is different.
11   Q    And is there any hard and fast or even soft advance level
12   that dictates either the intensity or the quality of what you
13   are going to do on marketing?
14   A    No.
15   Q    You were shown an exhibit -- I think you just mentioned
16   Mr. Irving, who, I guess, is not getting a glam budget, as I
17   understand it.  You were shown an email exchange with him.
18   It's Plaintiff's Exhibit 655.  If you could take a look at
19   that.
20   A    Is it one of your -- it's not in mine.  It's in the -- the
21   government showed it to you.
22   A    Okay.  655.
23   Q    Yeah.  And this is the one where you corresponded with
24   John Irving.  It's already in evidence, March 5, 2020.  Do you
25   remember it?
```

```
 1    A     Oh, I remember vividly.

 2    Q     Okay.  And you said on direct that you wrote this to him

 3    and that Penguin Random House was the largest trade book

 4    publisher.  Do you remember that testimony?

 5    A     Yes.

 6    Q     First of all, what position at Simon & Schuster did you

 7    hold in March -- on March 5, 2020?

 8    A     I was the publisher of Simon & Schuster, and I was more --

 9    and head of the adult trade group, but more significantly, I

10    was John Irving's editor.

11    Q     Were you CEO --

12          THE COURT:  (Inaudible.)

13          THE WITNESS:  I wish I had.  No.  I edited In One

14    Person and Avenue of Mysteries and his forthcoming book, which

15    was called The Last Chairlift.  And I am willing to say under

16    oath that it is one of his very best.  And it's coming out in

17    October.  And he's been working on it for six years.

18          THE COURT:  Excellent.  Thank you.

19    BY MR. FISHBEIN:

20    Q     Mr. Karp, March 5, 2020, when in the sale process was

21    that?  When in the process of selling Simon & Schuster was

22    that?

23    A     It was around the day after it was announced, we were put

24    up for sale.

25    Q     Did you know at that time who the bidders were or who
```

1   would acquire Simon & Schuster?

2   A     I had given no thought to any process at all.  We had just

3   found out that we were being put up for sale.  I wasn't the

4   CEO.  I was acting as his editor when I wrote that.

5   Q     How was it that you focused on Penguin Random House?

6   A     I focused on Penguin Random House because he sent me an

7   email which is on the same page where he writes, naturally, I

8   am inclined to imagine an ironic sale.  Generally irony is more

9   satisfying in fiction than in real life such as S&S is bought

10  by Penguin Random House and I find myself back in the hands of

11  publishers I thought I left.

12        I mean, in the U.S. and the UK, because he's still

13  published by Penguin Random House in Canada, but that's how I

14  imagine things in fiction, ironically.

15        And I was responding humorously to his ironic remark.  And

16  Mr. Vernon asked me a lot about this in the deposition and --

17  Q     We don't have to get into the deposition.

18  A     Okay.

19  Q     Let's stick with what happens in the courtroom.

20        Let me ask you this though.  At that time, March 5, 2020,

21  what was your level of knowledge, if any, about the Department

22  of Justice regulatory process on antitrust issues?

23  A     I think you could say quite accurately that I was almost

24  entirely ignorant.  My parents wanted me to go to law school

25  and I didn't listen.

```
 1   Q    Did you subsequently communicate again with Mr. Irving on
 2   the subject of the transaction?
 3   A    I did.
 4   Q    And if you could look at tab 20, it's Defendants'
 5   Exhibit 154.
 6        Do you recognize this, Mr. Karp, as an email chain between
 7   you and John Irving on November 25, 2020?
 8   A    Yes.
 9        MR. FISHBEIN:  Your Honor, I offer Defendants'
10   Exhibit 154.
11        THE COURT:  Any objection?
12        MR. VERNON:  No objection.
13        THE COURT:  That will be admitted.
14        (Defendants' 154 received in evidence.)
15        THE COURT:  I'm sorry, which tab is this?
16        MR. FISHBEIN:  Tab 20, Your Honor.
17        THE COURT:  Thank you.
18        MR. FISHBEIN:  I will give you a second to get to
19   that.
20   BY MR. FISHBEIN:
21   Q    While you are doing that, the date, Mr. Karp, November 5,
22   2020, when was that in the chronology of the sale process of
23   Simon & Schuster?
24   A    That was the same day that our sale was announced to
25   Penguin Random House.
```

```
 1   Q    Okay.  So now it's known that you are selling to Penguin
 2   Random House?
 3   A    Now I know.
 4   Q    Okay.  And if you turn to the second page, there's a
 5   letter that starts, Dear colleague, what is that?  You don't
 6   have to describe it in detail, but what is it?
 7   A    It's a letter that I sent to all Simon & Schuster
 8   employees expressing my elation that we have been sold to
 9   Penguin Random House.
10   Q    And do you see that Mr. Irving or somebody, and I think we
11   have blacked out the email addresses, wrote -- who did you send
12   that to here?
13   A    I sent it to John Irving and his wife, who's also his --
14   who also acts as his literary agent, Janet.
15   Q    And then you got something back.  And do you see at the
16   top of the second page, it says, my second thought was to check
17   in with you and make sure you are feeling good about this.  Do
18   you see that?
19   A    Yes.
20   Q    And then you responded.  And what did you say?
21   A    I said, yes, I am delighted by the outcome.
22   Q    Did you mean that at the time?
23   A    I still mean it.
24   Q    At the time when you said to John Irving who -- were you
25   still involved with him as an author at that point?
```

1  A     Yes.  As an editor, you mean.  Yes, I am still involved

2  with him, yes.

3  Q     And when you told John Irving that you were delighted with

4  the Penguin Random House transaction, did you believe at that

5  time that the transaction would harm authors in any way?

6  A     Definitely not.

7  Q     Mr. Karp, do you have any plans to decrease advances to

8  authors if this merger goes through?

9  A     No.

10  Q     Do you have any plans to decrease title count if this

11  merger goes through?

12  A     No.

13  Q     Have you made any projections to decrease advances or

14  title counts post merger?

15  A     No.

16  Q     And why is that?  Why haven't you made a plan that you are

17  going to be able to decrease advances in light of the merger?

18  A     Well, because we have a growth mind-set and we believe

19  that the way to continue to grow is to publish more books.

20  Q     Do you have any views on what the results would be if you

21  did try to lower advances?

22  A     Yes.  I think that we would face something of a rebellion

23  from our staff because editors want to have the latitude to

24  sign up the books they want to sign.  And I think that the

25  literary agent community would react quite badly to it.

```
 1   Q    And is that view informed by any experiences that you

 2   actually have had in your career?

 3   A    Yes.  I immediately thought of what happened around 2008

 4   or 2009 when Houghton Mifflin announced that they were going to

 5   freeze acquisitions of new books.  And there was an outcry, and

 6   it hurt them badly.

 7   Q    For what period of time, you know, based on your

 8   experience in the market, during what period of time did that

 9   hurt them?

10   A    Certainly in the subsequent years.  I mean, I recall at

11   least one significant editor left.  I think more than one left.

12   And I think it was something that literary agents remembered.

13   I heard agents tell me at the time, well, I am not submitting

14   to them.

15   Q    Mr. Karp, do you have a view on how the proposed Simon &

16   Schuster Penguin Random House merger will affect Simon &

17   Schuster authors?

18   A    I think it would be good for Simon & Schuster authors.

19   Q    Why?

20   A    Well, first of all, the culture of the company is quite

21   analogous to what Simon & Schuster is about.  This is a company

22   that is wholeheartedly committed to nurturing its authors.

23   Penguin Random House is known for treating its authors well.

24   They are a good corporate citizen.

25        And I think that they are part of a larger company,
```

```
 1   Bertelsmann, that has a long commitment to books going back to
 2   1835, nearly 200 years.  And it's a pure play book publishing
 3   company.
 4        Having worked now at a media company that has sold us or
 5   is trying to sell us, I think that being part of a company that
 6   is wholeheartedly committed to books will really matter to our
 7   authors.
 8        It's a good culture.  It's also a privately owned company
 9   which I think gives them the opportunity to invest for the long
10   term.
11   Q    Thank you, Mr. Karp.
12             MR. KIM:  I will pass the witness.
13             THE COURT:  Let me just ask a couple questions before
14   you begin, Mr. Vernon.
15             Mr. Karp, when you said 50 percent of the books that
16   are acquired by Simon & Schuster are acquired through
17   noncompetitive means, like through options or because of a
18   prior relationship --
19             THE WITNESS:  At least 50 percent.
20             THE COURT:  -- did you mean all the books or just the
21   anticipated top selling books?
22             THE WITNESS:  All the books we publish.
23             THE COURT:  Is there a different number for
24   anticipated top selling books?
25             THE WITNESS:  I have never counted.
```

```
 1              THE COURT:  Do you think it's more or less?

 2              THE WITNESS:  So you are asking me what percentage of

 3     the so-called anticipated best selling books do we acquire

 4     competitively in auctions?

 5              THE COURT:  Not just -- well, whatever is competitive.

 6     I think of competitive not just as sort of round robin auctions

 7     but best bids things and preemptive, anything that's not just a

 8     one-on-one negotiation.

 9              THE WITNESS:  I have never counted.  I am trepidatious

10     about saying anything more than that.  I do think that a lot of

11     the high-priced books we acquire are acquired in those manners

12     that you've outlined.

13              THE COURT:  Okay.  So you think about the same as

14     other books, same proportion as other books, 50 percent?

15              THE WITNESS:  I don't know.

16              THE COURT:  Do you think anticipated top selling books

17     are more likely to be sold in a competitive situation than --

18              THE WITNESS:  I think it's possible.  I think that

19     that's more likely than the other way.  I think it's more

20     likely that they would be sold in a competitive situation.

21              But the only reason I am hesitating is because

22     sometimes, I mean, you really are negotiating -- you know, with

23     some of these major talents, you go to them and you put a big

24     enough number out there so that they never talk to anybody

25     else.
```

```
 1          THE COURT:  Right.  But the reason it's big is because
 2   you think other people are interested?
 3          THE WITNESS:  Right.  So when we acquired Bruce
 4   Springsteen, he never talked to anyone else.
 5          THE COURT:  Interesting.  So I just have a couple of
 6   questions for you.
 7          You have been in the business a long time so you have
 8   worked with a lot of authors.  When you are working with an
 9   author who thinks their book is going to do well, someone with
10   a track record or someone who is famous, do they approach the
11   process very differently from somebody who is just trying to
12   get their foot in the door, they are just trying to get their
13   big break, trying to publish their first book?  Can you talk
14   about those differences?
15          THE WITNESS:  You know, that's funny because I've
16   wondered about that myself.  Sometimes, you know, the most
17   famous best selling authors are actually the calmest because
18   they have been to the top of the mountain and they are relaxed
19   and they are just hands off.  Whatever do you is fine.  And
20   they are actually -- some of them are a total joyride.
21          THE COURT:  Steven King didn't seem to care too much
22   about the terms --
23          THE WITNESS:  He's a pleasure and such a generous
24   writer too, so generous to his colleagues, to other writers.
25          The ones who were trying to make it are sometimes
```

1  the -- because they have all that energy and because they have

2  that drive, they can push harder, but they sometimes get better

3  results because of it.

4       THE COURT:  So it seems that the well-established

5  authors probably have the leverage to ask for more, but they

6  don't really use the leverage because they have made it?

7       THE WITNESS:  There's that.  There's also kind of an

8  equanimity that comes with experience.  And you realize that a

9  lot of the success depends upon events that are out of your

10  control.

11       The idea that any publisher can make a book a best

12  seller is false.  We don't make that promise because anybody

13  making that promise would be, you know, putting themselves in a

14  very dangerous credibility place.

15       THE COURT:  But you are telling them that you can

16  better their chances so that's why they should come with you,

17  because you have a broad distribution network, you have

18  relationships with sellers, you can raise the profile of their

19  book, you can create buzz, you are saying all those things,

20  right?

21       THE WITNESS:  The problem is, after you have had two

22  meetings, if you are an author, after you have had two meetings

23  and everyone says the same thing in the meeting, you don't

24  believe it.  And, you know, a lot of the time it's like taking

25  success for the weather, taking -- I'm sorry, it's like taking

credit for the weather.  Your success is like taking credit for

the weather.  And you can't really make those assurances to

authors.

I think that -- I'm sure you have heard this before,

and maybe -- I really do believe that it does usually come down

to the editor and the publisher.  It usually does come down to

a personal connection or a spark or a shared sensibility.

I was talking to an editor just last night.  He's got

a novel exclusively.  He spent two hours on the phone with the

author.  He thinks he has a chance of getting that book, not

because of what we are going to pay, but because he understood

what the author cared about and the author had read a couple of

the books that he had worked on and they talked about it.  And,

you know, one of the books he had edited was one of the three

seminal books for this author.

That's why she wants to go with him.  It doesn't have

to do with his marketing plan or the promises he's making

because it's very hard to deliver on those promises.  We can't

control how people read a book.

I mean, the thing that has confounded me, I have much

more humility about my role in the publishing process now than

I did ten years ago, I think that so much depends on luck, so

much depends upon factors that are out of your control.

THE COURT:  I see.  So here's another question for

you.  How strong is the correlation between the advances paid

1    and the books that are ultimately sold?

2          I know that the level of advance reflects the P&L

3    which reflects your expectation of the amount sold, but I'm

4    interested in -- and the advance reflects the judgment of

5    professional people with a lot of experience in the industry,

6    yet it seems that 85 percent of the books don't pay out, but it

7    looks like 50 percent of them are profitable.

8          I'm just trying to get a sense of that correlation

9    between -- like, for example, if anticipated top selling books

10   account for 70 percent of the advances, are 70 percent of the

11   books being sold in the downstream market books that had

12   advances of -- high advances over 250?  Like what's the

13   correlation?  How strong is it?

14        THE WITNESS:  All right.  That's a great question.  I

15   will tell you that we have not actually authoritatively studied

16   that.  That may be a weakness on our part.  We haven't actually

17   looked at it that way.

18          The statistics you cited do seem basically right to

19   me, that about half of the books we publish make money, and a

20   much lower percentage of them earn back the advance we pay.  I

21   think that's basically right.

22          Whether the books we have paid the most money for

23   actually provide the greatest source of our profit or our sales

24   revenue is a question I that don't know the answer to.  I have

25   an opinion, and there is evidence to this in my email.

```
 1              I believe that the authors you build over time
 2    ultimately turn out to be the most profitable for the company
 3    because you publish them over time, and there is -- I think
 4    there's a fairly common truth that publishers hold which is
 5    that you make money on the midlist books.  You make money on
 6    the books that come out of nowhere and of become phenomenons.
 7    Like The Last Thing He Told Me or Colleen Hoover, these were
 8    not books that we paid stratospheric advances for at first
 9    but --
10              THE COURT:  How often does that happen?
11              THE WITNESS:  Well, it happens.  It happens every
12    year.  And maybe the reason why we remember those cases more is
13    because they validate our role as publishers.  We saw the
14    talent early, and our dreams were realized.  So you are more
15    likely to remember that.
16              THE COURT:  Are the midlist books likely to be ones
17    that you anticipated some sale, but they just over performed --
18              THE WITNESS:  That's what happens.
19              THE COURT:  So they are anticipated top selling books,
20    but they were really -- the sales were beyond what you
21    anticipated?
22              THE WITNESS:  There are a lot of books that are
23    acquired for anywhere from 50,000, 75,000, upwards into the
24    hundreds of thousands.  It's a broad band of books.  And, look,
25    I really do believe -- there were many books that I acquired
```

```
 1   for five figures when I was an editor.  And I had hopes that
 2   they would be best sellers.  And some of them became best
 3   sellers.  So it didn't -- you know, it's not where you start.
 4   It's where you finish.
 5              THE COURT:  Like Carrie?
 6              THE WITNESS:  Yeah.
 7              THE COURT:  Yeah, I'm just trying to get a sense of
 8   how the market we are talking about now plays into the
 9   downstream market.  And it seems like there must be some
10   correlation.  I'm just trying to figure out how strong it is
11   because the advances reflect your expectations of sales, and
12   there must be some correlation or else you wouldn't be in
13   business.
14              THE WITNESS:  Well, it's a precarious business.  But,
15   you know, there are a lot of things we do that don't cost a lot
16   of money that actually really do seed word of mouth.
17              I don't know whether you have heard anyone else talk
18   about the role that independent book sellers play, but we spend
19   a lot of time -- we create advance readers editions.  It
20   doesn't cost a lot of money to do.  And a year, nine months in
21   advance, we mail out these readers' editions or we email them
22   digitally to book sellers, and that's where a lot of word of
23   mouth begins.
24              And you really -- that part of the business -- I mean,
25   I don't want you to come away from this testimony thinking that
```

midlist books are just a once-in-a -- you know, once-in-a-while

thing.  They are the core of our business.

THE COURT:  So how do you define midlist?

THE WITNESS:  Midlist is anything -- it's funny.  When

I got into the book business, midlist was anything that you

paid, you know, 50 or 75 thousand dollars for or even 25

thousand dollars for.  The numbers have gone up, as I have

indicated.  Advances have been rising throughout my 30-year

career.  They have only gone in one direction.  I remember

when --

THE COURT:  So now midlist would be higher?

THE WITNESS:  Yeah.  I mean, I remember -- when I got

into the business, I remember that spending a hundred thousand

dollars on a book was considered a lot of money.  And now

that's, I guess, a relatively low advance to the people who are

looking at this.

THE COURT:  So would a midlist book now be 150 or --

THE WITNESS:  No.  It could be $25,000.  It could be

anything.  I mean, there was a book we published for under a

hundred --

THE COURT:  Midlist implies there's a low list.  I'm

just trying to figure --

THE WITNESS:  Midlist is a word that publishers use

that doesn't mean anything unfortunately.  It just means -- I

mean, nobody -- I don't think any publisher would ever have

1  much of a career if they started using the words low list.  No

2  author would want to be on low list.

3        THE COURT:  It's something just below what would be an

4  anticipated top selling, it's a midlist.  Like, you think it's

5  going to be okay, but you are not anticipating it's going to be

6  a big one?

7        THE WITNESS:  I think maybe the best way of saying it

8  is you are hoping.

9        THE COURT:  Last question.  What about the backlist,

10  has the backlist consisted disproportionately of books that had

11  high advances because you are anticipating that they would do

12  well and end up on the backlist?

13        THE WITNESS:  Completely unpredictable.  A lot of

14  books catch on over time and they just sell and sell and sell,

15  and they never started out that way.  They just -- you know,

16  either because the author is a force of nature and keeps

17  talking about it or people that -- word of mouth.

18        I mean, word of mouth is the most electric galvanizing

19  aspect of why people read and buy books.  So we put it out

20  there, and then whatever happens happens.

21        THE COURT:  And finally, do you expect to see

22  publishers bidding at auctions at least roughly in proportion

23  to their market share?  Like, say, you know, Penguin Random

24  House has 30 percent now.  Do you expect them -- I have heard

25  that they are in all the auctions, but maybe they are winning

```
 1    30 percent of them.  A publisher's presence in an auction is

 2    correlated to their market share on some level.  Is that --

 3              THE WITNESS:  Well, look, I will defer to the

 4    economists on that, but I think that it would -- you are asking

 5    me to guess.  And it would seem to me that if you are

 6    publishing more books, you are more likely to be present in

 7    these multiple submissions just because you are publishing more

 8    books.  I guess it's a tautology.

 9              THE COURT:  Okay.  Thank you.

10              MR. VERNON:  Good morning.  May I proceed?

11              THE COURT:  Yes.

12                        REDIRECT EXAMINATION

13    BY MR. VERNON:

14    Q    Let me follow up on the last point.  I think the judge

15    asked you if other publishers' performance at auction -- or

16    participation in auctions would be correlated to market shares.

17    And I think you said, if you publish more books, you are more

18    likely to participate.  Did I get that roughly right?

19    A    That's -- I think that's what I just said, yes.

20    Q    Penguin Random House is the largest trade book publisher,

21    correct?

22    A    They are.

23    Q    So you would expect Penguin Random House to be the

24    publisher that you bid against the most, correct?

25    A    I think so, yes.
```

1   Q    Let me ask you about the question of books that are

2   acquired in different scenarios meaning competitive,

3   noncompetitive, auction, non-auction.  Can we talk about that

4   for a minute?

5        Let's start with preempts.  When you are making an offer

6   that's a preempt, one of the things that affects the advance

7   you offer is that you are trying to make an advance offer that

8   is high enough to preempt further bidding, is that correct?

9   A    Correct.

10  Q    Now, let me ask you about books that are acquired in

11  situations where no one has bid yet, no other publishers have

12  bid yet like an exclusive negotiation or an option.  Is that

13  okay?

14  A    Yes.

15  Q    For those books, one of the factors that affects the

16  advance that you offer is that you know that if you don't make

17  a high enough offer, the agent can take the book and shop it to

18  other publishers, is that correct?

19  A    Yes.

20  Q    So in that situation, you are not bidding against other

21  publishers, is that correct?

22  A    That's right.

23  Q    But the threat that the book could go to auction does

24  affect the advance that you offer for those books, is that

25  correct?

```
 1   A    Absolutely.  That threat is there with every relationship,
 2   Mr. Vernon.  Any author we currently publish, there's always
 3   the risk that if you don't treat them well, they are going to
 4   go somewhere else.
 5   Q    Let me switch topics slightly.
 6        You would receive -- I am not going to ask you about the
 7   specific number, but it's fair to say you would receive a
 8   significant bonus if the merger of Penguin Random House and
 9   Simon & Schuster goes through, is that correct?
10   A    It's a standard provision of the contract that I was
11   offered when I was CEO.  It wasn't something I asked for.  And
12   it's certainly isn't affecting my testimony.
13   Q    Let me just make sure I understand.  If the merger is
14   consummated, you would receive a significant bonus, is that
15   correct?
16   A    Yes.
17   Q    And if the merger does through, who would your boss be?
18   A    I haven't actually talked about anything beyond this
19   regulatory review with Markus Dohle.  He has not actually
20   discussed anything other than to say that we would remain
21   independent and that we would have the same kind of creative
22   and entrepreneurial freedom that we have today.
23   Q    It's fair to say that, if the merger goes through, you
24   would expect to have a role at the combined company, is that
25   correct?
```

```
 1   A    I haven't really thought much about it, but yes.  Yes, I

 2   would like to.  I would rather not do my job interview right

 3   now with you, if that's okay.

 4   Q    If the merger goes through, you would report to Mr. Dohle

 5   directly or indirectly.  Is that fair?

 6   A    We haven't discussed it.

 7            THE COURT:  Do you have a lot, Mr. Vernon, because we

 8   should take a break at some point?

 9            MR. VERNON:  I am happy to take a break now, Your

10   Honor.

11            THE COURT:  Let's take a break for 15 minutes.

12            Please don't talk to anyone about your testimony

13   during the break.

14            THE WITNESS:  You got it.

15            (A recess was taken at 11:01 a.m.)

16            THE COURT:  Good morning again.

17            THE COURTROOM DEPUTY:  Court in back in session.

18   Please be seated and come to order.

19            THE COURT:  All right.  Ready when you are,

20   Mr. Vernon.

21            MR. VERNON:  Thank you, Your Honor.

22   BY MR. VERNON:

23   Q    Mr. Karp, can I ask you to turn to defendants' binder,

24   which is the smaller one, tab 1.  Let me know when you are

25   there.
```

```
1    A    Yes.

2    Q    Just for the record, it's DX71.  I believe's already been

3    admitted.  The top email is from you, Mr. Karp, dated

4    November 17, 2019, is that correct?

5    A    Yes.

6    Q    I think your counsel asked you some documents (sic) about

7    this question (sic) yesterday, is~that right?

8    A    Yes.

9    Q    Let me ask you to turn to the second page.  If you look at

10   the paragraph number 3 at the top, do you see that?

11   A    Yes.

12   Q    You were -- in this page, you are describing some limits

13   on the extent to which Simon & Schuster imprints should be

14   competing with each other.  Is that fair?

15   A    I would phrase it that I was asking them -- I was asking

16   them not to duplicate work.

17   Q    Let's just read this point three.  At the top it says,

18   collegiality matters more than internal competition.

19   A    Yes.

20   Q    Do you see that?

21   A    Yes.

22   Q    Then you say, we will thank and honor editors who defer to

23   more enthusiastic colleagues or to those who have established a

24   prior relationship with the author on submission.  Did I read

25   that correctly?
```

```
 1   A    Yes.  That parenthetical remark was very important.  I was
 2   trying to -- part of what I was trying to do was create a clear
 3   path for people who had shown initiative and enterprise and
 4   forged a relationship with a new writer.
 5        So as I testified previously, I don't believe that
 6   internal competition has any effect on what we ultimately
 7   offer.
 8        So I am fine with internal competition, and we often have
 9   editors bidding together.  But if there are too many of them, I
10   just think that some of them are wasting their time.  That's
11   all.
12   Q    So it's fair to say that in this paragraph, you are saying
13   that there are some situations in which Simon & Schuster
14   editors should not be bidding for the same book, is that fair,
15   or at least you would discourage it?
16   A    I would discourage it in some cases.
17   Q    Let me ask you to look at No. 7 --
18   A    Yes.
19   Q    -- at the very bottom.
20        It says, try to bail out on submissions in which there are
21   more than two imprints in the building pursuing the project
22   especially if you think your chances aren't as good as the
23   other two imprints in the building.  Did I read that correctly?
24   A    Yes, you did.
25   Q    Again, in this paragraph you are saying that there should
```

1 be some circumstances in which editors from different Simon &

2 Schuster imprints should not be bidding on the same book, is

3 that fair?

4 A    Yeah.  I think that there's too much of a pack mentality

5 sometimes and it's just not a good use -- it's more about

6 efficiency than anything else.

7 Q    Let me ask you to change topics a little bit, and you can

8 set that document aside.

9        Yesterday, in response to questions by Mr. Fishbein, you

10 said that the bids that Simon & Schuster offers are subjective.

11 Is that fair?

12 A    Yes.

13 Q    As an example, there are some situations in which an

14 editor can value a book higher or even significantly higher

15 than other editors.  Is that fair?

16 A    Yes.

17 Q    And we also talked yesterday about how a larger number of

18 bidders can lead to higher advances.  Do you remember that?

19 A    Yes.

20 Q    And one reason that's the case is that with more bidders,

21 there's a greater chance that there will be a bidder who values

22 the book higher or even significantly higher than the other

23 bidders.  Is that fair?

24 A    I'm not a game theorist, but I think that that -- that

25 seems like a reasonable expectation to me.

1   Q    Okay.  Let me ask you a different question.  There are

2   more publishers who can compete for books with a $10,000

3   advance than there are who can compete with a $1 million

4   advance.  Is that correct?

5   A    That seems to be correct.

6   Q    So I take it you disagree with the $250,000 cutoff, but

7   you don't disagree with the general idea that there are fewer

8   competitors at the higher advance levels.  Is that correct?

9         MR. FISHBEIN:  Can I object to higher advance levels.

10        THE COURT:  Overruled.

11        THE WITNESS:  Well, the thing is, there are -- you

12   know, I am sure that, you know, Norton or Scholastic or Abrams

13   or Bloomsbury, they are all paying massive advances, you know,

14   well into the seven figures for certain authors.  It's just

15   about picking your shots more than anything else.  So I --

16   that's my answer to your question.

17   BY MR. VERNON:

18   Q    Let me go back to my question.  You do not disagree with

19   the general idea that there are fewer competitors at the higher

20   advance levels, is that correct?

21   A    In those -- in the auctions, I agree with you, yes, in the

22   auctions.  In the exclusive negotiations, I have no way of

23   knowing.

24   Q    Okay.  If the government's expert in this case were to do

25   calculations that showed that the market shares of non-Big 5

```
 1   publishers are very different, below 250,000 in terms of
 2   advances than they are above 250,000, you wouldn't be in a
 3   position to dispute that, is that correct?
 4   A    I am not in a position to dispute that.
 5   Q    In response to questions by Mr. Fishbein, you talked about
 6   competition with non-Big 5 publishers, is that fair?
 7   A    Yes.
 8   Q    Mr. Fishbein asked you, and I tried to count, about two
 9   losses to Norton, two losses to Scholastic, one to Hay House
10   and one to, I think, Harvard.  Do you remember that?
11        And those losses were over a period of several years, is
12   that fair?
13   A    Those were the ones -- those losses were some of the ones
14   over a period, I think, of the three years that we looked at
15   for this case.
16   Q    Mr. Fishbein did not show you a document where Simon &
17   Schuster lost three books in one week to Norton, is that fair?
18   A    That's fair.
19   Q    In my examination before, I asked you about instances --
20   some instances in which Penguin Random House and Simon &
21   Schuster were the last two bidders in an auction, is that fair?
22   A    Yes.
23   Q    And there are many other instances in which Simon &
24   Schuster and Penguin Random House were the last two bidders, is
25   that fair?
```

1    A    There are other examples in your binder.

2    Q    Let's go through some of them.

3    A    Oh, really?

4    Q    Let me ask you to turn to PX697.  Let me know when you are

5    ready, and also give me a minute to get there.

6    A    PX697.  All right.  I'm there.

7    Q    This is an email chain with the top email from you dated

8    July 29, 2021, is that correct?

9    A    Yes.

10   Q    And just as a precaution, let me remind you, we can talk

11   about the advance levels, but let's try not to name the author,

12   the agent, or the book title.

13   A    Got it.

14   Q    Just to be safe.

15   A    Okay.

16   Q    But this email relates to the bidding for a book where the

17   author's name is in the subject of the email at the top, is

18   that fair?

19   A    Yes.

20   Q    Let me ask you to focus on the fourth email down from

21   Leah, I might mispronounce her last name, Trouborst

22   A    Yes.

23   Q    She writes, I just got the call that the author went with

24   Talia Krohn at Crown for an offer that was, quote, virtually

25   identical to ours.  PPG was the third bidder and was at the

```
 1   same level.  Did I read that correctly?

 2   A     Yes.

 3   Q     And PPG is the Penguin Publishing Group, which is part of

 4   Random House, is that fair?

 5   A     Yes.

 6   Q     And Crown is also part of Penguin Random House, is that

 7   fair?

 8   A     Yes.

 9   Q     This email states, the top three bidders for this book

10   were Simon & Schuster and two imprints from Penguin Random

11   House, is that fair?

12   A     Yes.

13             MR. VERNON:  The United States moves to admit PX697.

14             THE COURT:  Any objection?

15             MR. FISHBEIN:  No objection.

16             THE COURT:  That will be admitted.

17             (Plaintiff's 697 received in evidence.)

18   BY MR. VERNON:

19   Q     Please turn to PX574, and let me know when you are ready.

20   A     Okay.

21   Q     This is an email chain from Ms. Kennedy -- the top email

22   is from Ms. Kennedy, dated August 5, 2020, is that fair?

23   A     Yes.

24             MR. VERNON:  Your Honor, we had prepared a redacted

25   version.  May we show that to the public?
```

```
 1            THE COURT:  You may.
 2   BY MR. VERNON:
 3   Q    Let me ask you to focus on the email from Ms. Painton at
 4   the bottom.
 5   A    Yes.
 6   Q    Ms. Painton is another editor at Simon & Schuster, is that
 7   fair?
 8   A    She's the editor in chief.
 9   Q    Her email, the subject line says, it's a tie, is that
10   right?
11        It's a tie.  A phone call could help.  Do you see that?
12   A    I should be able to.  Hold on a second.
13   Q    I think we might have highlighted it on your monitor.
14   A    Oh, I'm sorry.
15   Q    That's okay.
16   A    Yeah.
17   Q    And then she writes, and I will just paraphrase, in the
18   first email that Simon & Schuster was up against Crown and
19   Portfolio for a specific book that we won't name out loud, is
20   that correct?
21   A    That's correct.
22   Q    And, again, Crown and Portfolio are Penguin Random House
23   imprints, is that correct?
24   A    That's correct.
25   Q    This email states that there was a three-way tie between
```

1    Simon & Schuster and two Penguin Random House imprints, is that
2    correct?
3    A     Correct.
4              MR. VERNON:  The United States moves to admit PX574.
5              THE COURT:  Any objection?
6              MR. FISHBEIN:  No, Your Honor.
7              THE COURT:  That will be admitted.
8              (Plaintiff's 574 received in evidence.)
9    BY MR. VERNON:
10   Q     I will just do one more.  Please turn to PX590.  This is
11   an email chain with the top email from Ms. Reidy dated June 18,
12   2019, is that fair?
13   A     Yes.
14             MR. VERNON:  Your Honor, we have prepared a redacted
15   version.  May we show it to the public?
16             THE COURT:  You may.
17   BY MR. VERNON:
18   Q     The email chain relates to a bidding for a book that is
19   listed in the subject like of this email, is that correct?
20   A     Correct.
21   Q     Focusing on the email at the top from you -- sorry, the
22   second email from the top.  You write, the author is deciding
23   between Hilary Redmond at Random House and Karyn Marcus at
24   Gallery.  Did I read that correctly?
25   A     Yes.

```
 1              MR. VERNON:  The United States moves to admit PX590.

 2              THE COURT:  Any objection?

 3              MR. FISHBEIN:  No, Your Honor.

 4              THE COURT:  That will be admitted.

 5              (Plaintiff's 590 received in evidence.)

 6   BY MR. VERNON:

 7   Q    Counsel asked you -- and I am going to have to turn back

 8   to the smaller binder.

 9        Counsel asked you about a situation in which you bid

10   against Hay House.  Do you remember that?

11   A    Yes.

12   Q    I think it was the High --

13   A    High Fiber Keto.

14   Q    Right.

15   A    Not a book I have read, by the way.

16   Q    Let me ask you to turn to defendants' binder, the smaller

17   binder, DX38, which I believe is tab 13 if I wrote that

18   correctly.

19        This is an email chain with the top email from Ms. Maguire

20   dated March 13, 2019, is that right?

21   A    Yes.

22   Q    The subject of her email at the very top says, we lost

23   High Fiber Keto to, dot, dot, dot, is that right?

24   A    Yes.

25   Q    And then at some point, she identifies Hay House as the
```

```
 1   winner, is that correct?
 2   A    Correct.
 3   Q    And in the email at the very top, there's an email from
 4   Ms. Maguire, is that right?
 5   A    Yes.
 6   Q    I think we mentioned this yesterday, but she is the
 7   publisher of --
 8             (There was an interruption by the court reporter.)
 9             MR. VERNON:  I'm sorry.  I'll try to slow down.
10   BY MR. VERNON:
11   Q    She is the publisher at Atria and she reports to you,
12   Mr. Karp, is that fair?
13   A    Yes.
14   Q    She writes, wow, I didn't know they pay big advances.  Do
15   you see that?
16   A    Yes.
17   Q    Fair to say she's referring to Hay House?
18   A    Yes.
19   Q    So she's not saying in this email that Simon & Schuster
20   frequently competes with Hay House for big advances, is that
21   fair?
22   A    Yes.
23   Q    Let me ask you to turn to tab 15 in defendants' binder.
24   Let me know when you are there.
25   A    I'm there.
```

```
 1              MR. VERNON:  The United States moves to admit DX38.

 2              THE COURT:  Any objection?

 3              MR. FISHBEIN:  No objection.

 4              THE COURT:  That will be admitted.

 5              (Defendants' 38 received in evidence.)

 6   BY MR. VERNON:

 7   Q    Now let me ask you to turn to tab 15, which is DX131.

 8   A    Tab 13?

 9   Q    15.

10   A    I'm there.

11   Q    This is an email where the top email is from Ms. Maguire,

12   is that right?

13   A    Yes.

14   Q    Dated October 5, 2020, is that right?

15   A    Right.

16   Q    And this email relates to the book by -- and I forget the

17   first name, but the last name is Ruha.

18   A    Ruha Benjamin.

19   Q    And that was one of the bidding episodes that you

20   discussed with Mr. Fishbein, is that right?

21   A    Right.

22   Q    And you lost this book to Princeton, is that right?

23   A    Princeton University Press.

24   Q    There's an email -- the second email from the top is from

25   Julia Cheiffetz.  Do you see that?
```

```
 1   A      Yes.

 2   Q      She's another editor at Simon & Schuster, is that right?

 3   A      Yes.  She's the publisher of this imprint, One Signal

 4   Press.

 5   Q      She writes, I found out it was Princeton University Press.

 6   They do that, the university presses, buy one big book a year,

 7   dot, dot, dot.

 8          Did I read that correctly?

 9   A      That's -- yes.

10   Q      And then in the email at the top, Ms. Maguire writes, wow,

11   I had no idea they pay that much.

12          Did I read that correctly?

13   A      Yes.

14   Q      So both Ms. Cheiffetz and Ms. Maguire in this email are

15   not saying that they complete frequently at the higher advance

16   levels with Princeton.  Is that fair?

17   A      Yes.

18   Q      Let me switch subjects a little bit.

19          THE COURT:  Is that admitted?

20          MR. VERNON:  I'm sorry, Your Honor.  United States

21   moves to admit DX131.

22          THE COURT:  Any objection?

23          MR. FISHBEIN:  No objection.

24          THE COURT:  That would be admitted.

25          (Defendants' 131 received in evidence.)
```

BY MR. VERNON:

Q    You have not done a quantitative study analyzing how
frequently non-Big 5 publishers are the runner up when Simon &
Schuster wins a book.  Is that fair?

A    Correct.

Q    If the defendants' expert in this case did a study and
concluded that Big 5 publishers are the runners up -- I'm
sorry.  Can I restart my question?

     If the defendants' expert did a study and concluded that
the Big 5 publishers are the runner up for most of the books
that Simon & Schuster wins, you would not be in a position to
dispute that, is that correct?

A    Correct.

Q    And, in fact, that would be consistent with your testimony
that Simon & Schuster competes with the Big 5 the most, is that
correct?

A    That's -- yes, that's what I have said.  Although, I have
also said that we compete with everybody, but the most often in
auctions at a high level with the other major four publishers.

Q    Let me ask you, I think you mentioned three recent
imprints when you were answering questions for Mr. Fishbein.  I
think they were S&G, Zando, and Astra.  Is that right?

A    Right.

Q    You haven't calculated the market shares for those firms,
is that correct?

```
1   A     That's correct.

2   Q     If the government's expert calculated their shares, you

3   wouldn't be in a position to dispute his calculations, is that

4   fair?

5   A     That's fair.

6   Q     You also discussed Amazon with Mr. Fishbein, is that fair?

7   A     Yes.

8   Q     You haven't calculated Amazon's market share, is that

9   correct?

10  A     I haven't.  I wish somebody would.

11  Q     If the government's expert in this case calculated

12  Amazon's market share, you wouldn't be in a position to dispute

13  that, is that correct?

14  A     Correct.

15  Q     In response to questions from Mr. Fishbein, I think you

16  said that you do see Amazon in auctions.  Did I get that

17  correct?

18  A     Yes.

19  Q     Let me ask you to turn to the litigation deposition in the

20  government's binder.  I think it's page 207.  Let me know when

21  you are there, and give me a second to get there too.

22            THE COURT:  What's the date on that?

23            MR. VERNON:  It's the very last one.  I think it was

24  February 15 or roughly that.  February 17.

25            THE WITNESS:  What page?
```

```
1    BY MR. VERNON:

2    Q    Page 207, lines 5 through 14.

3         Are you there?

4    A    Yes.

5    Q    Mr. Read's question, it's fair to say -- I mean, you would

6    agree with me that Amazon rarely competes with Simon & Schuster

7    to acquire a book, is that correct?

8         There's an objection.

9         Answer, yeah, right now their -- right now we do not find

10   ourselves in auctions with Amazon, but they are -- and they are

11   omnipresent in many other aspects of our publishing.

12        Did I read that correctly?

13   A    Yes.

14        MR. VERNON:  United States moves to admit page 207,

15   lines 5 through 14 for impeachment and as a party admission for

16   substance.

17        MR. FISHBEIN:  (Inaudible.)

18        (There was an interruption by the court reporter.)

19        THE COURT:  Would you come up to the microphone,

20   please.

21        MR. FISHBEIN:  Yes.  On this one I do have an

22   objection because he testified that the auction was two weeks

23   ago.  So it doesn't seem inconsistent to have said in a

24   deposition in February of '22 that right now we do not find

25   ourselves in auctions with Amazon, and to say on the stand that
```

```
 1   I was in an auction with Amazon two weeks ago, that doesn't
 2   seem consistent to me.
 3          THE COURT:  I do think the record reflects that this
 4   witness's view on this matter has changed over time.  But I
 5   think that this is still admissible.
 6          MR. FISHBEIN:  If I may, Your Honor, he's saying -- in
 7   February of '22, he's saying as of right now.
 8          THE COURT:  Yes.  He says presently we do not find
 9   ourselves in auctions with Amazon.
10          MR. FISHBEIN:  Right.  And now he's saying --
11          THE COURT:  And now he's saying he just had one two
12   weeks ago.
13          MR. FISHBEIN:  Right.
14          THE COURT:  I think that is not inconsistent,
15   Mr. Vernon.
16          MR. VERNON:  May I address that briefly, Your Honor?
17          THE COURT:  Yes.
18          MR. VERNON:  The testimony I wrote down from the
19   direct that I remember, and I might be remembering it wrong,
20   was he said, we do find ourselves in auctions with Amazon.
21   This, I think that first three lines, is inconsistent with
22   that.  And there's also a question of why something would have
23   changed after the deposition.
24          THE COURT:  This deposition was February of 2022.  We
25   are now in July of 2022.  Back then he said, we do not find
```

```
 1   ourselves in auctions with Amazon.  Now he says I had an
 2   auction two weeks ago.  I mean, it's not a strong difference or
 3   point.
 4             MR. VERNON:  I will move on, Your Honor.
 5             THE COURT:  Yes.  I am going to sustain the objection.
 6   BY MR. VERNON:
 7   Q    You also referred to two books that had Kickstarter
 8   campaigns, is that correct?
 9   A    Correct.
10   Q    One of them was -- or at least two authors, and one of the
11   authors was Brandon Sanderson, is that right?
12   A    Yes.
13   Q    And the other book was, I think, Good Night Girls.  Did I
14   get that correct?
15   A    I think it's called Good Night Stories for Rebel Girls.
16   Q    Was the author for Good Night Stories a Simon & Schuster
17   author before he or she did the Kickstarter campaign?
18   A    To the best of my knowledge, I believe this was a
19   self-published book.  I don't think we have any connection with
20   that author.
21   Q    Was Mr. Sanderson a Simon & Schuster author before he did
22   the Kickstarter campaign?
23   A    No.
24   Q    Your knowledge about these two Kickstarter authors comes
25   from where?
```

```
 1   A     I read about the Good Night Stories for Rebel Girls in a
 2   trade publication.
 3   Q     So you haven't seen any Simon & Schuster authors leave
 4   Simon & Schuster to start a Kickstarter campaign, is that fair?
 5   A     That's right.
 6   Q     Let me ask you about the merger emails quickly.
 7         You will remember there was the first email in March of
 8   2020 with Mr. Irving, is that correct?
 9   A     Could we look at those?
10   Q     Yes, we can.  I believe the first one was PX655.
11   A     PX655.  Okay.  Here it is.
12         Okay.  You've got it up it on the screen.  Okay.
13   Q     This was the email where you said you thought the
14   Department of Justice --
15             (There was an interruption by the court reporter.)
16   BY MR. VERNON:
17   Q     -- would not allow Penguin Random House to buy Simon &
18   Schuster.
19         That's what this email says, is that fair?
20   A     That's what my joke says, yes.
21   Q     And I think you said in response to questions from
22   Mr. Fishbein that this was right after the sale was announced
23   and so you hadn't thought about it very much.  Is that right?
24   A     I certainly hadn't thought very much about antitrust at
25   that point.
```

```
1    Q     Now let me ask you to turn to PX634.

2    A     634.

3    Q     Let me know when you are there.

4    A     Yes.

5    Q     And this is the email with the number two paragraph where

6    you discuss -- you mention harm -- arguable harm to the larger

7    book publishing ecosystem from a merger with a strategic buyer,

8    is that right?

9    A     Yes.

10   Q     And this email is six months later, is that correct?

11   A     And in those six months, I had become CEO and really

12   educated myself.  I was in a completely different place then.

13   So actually there's a big difference about those six months.

14   Q     Let me ask you another question.  I think in response to

15   questions from counsel yesterday, you talked about agents.  Is

16   that right?

17   A     Yes.

18   Q     Now, let me ask you, you sometimes give editors approval

19   to offer up to a certain dollar amount for a book, is that

20   fair?

21   A     Publishers, yes, I give them approval, yes.

22   Q     And Simon & Schuster sometimes acquires books for less

23   than the maximum amount that you approved, is that correct?

24   A     Yes.

25   Q     So for those books, the agent doesn't have enough power to
```

```
 1   force Simon & Schuster to pay the maximum that it was willing

 2   to pay, is that correct?

 3   A    Well, the only thing is, a lot of those offers that I

 4   clear people to, I do it -- and there's a lot of email to this

 5   effect.  I ask them to go with their worst case scenario, you

 6   know, what's the most you would absolutely have to pay if you

 7   had to.  That's different than what we want to pay.

 8             MR. VERNON:  Your Honor, may I approach with two

 9   documents?

10             THE COURT:  Yes.

11   BY MR. VERNON:

12   Q    Let me mark for identification purposes the first document

13   as PX984.  Just for the record, it's an email chain where the

14   top email is from Mr. Karp dated November 18, 2019, and the

15   Bates number at the end ends in 356.

16        This is an email relating to the bidding for a book by the

17   author who is listed in the subject of the email at the top, is

18   that fair?

19   A    Yes.

20   Q    In your email at the very top, you say Libby and Lindsey

21   have a good feel for this kind of fiction.  I think this is the

22   kind of author they can build, so we will start low and go to

23   $750,000 per book if necessary.  Do you see that?

24   A    Yes.

25   Q    We may not have to.
```

1      Let me ask you to turn to the second document that I

2   identified.

3           MR. FISHBEIN:  (Inaudible.)

4           (There was an interruption by the court reporter.)

5           THE COURT:  I'm sorry, Mr. Fishbein.  Before you

6   speak, come to the microphone just to do the court reporter a

7   favor.

8           MR. FISHBEIN:  These two documents, as far as I know,

9   are not on the exhibit list.  I am wondering, before Mr. Vernon

10  goes forward in reading them, whether he's offering them.

11          MR. VERNON:  It's partly for impeachment, Your Honor,

12  but after I go through the questions, I will move to admit them

13  also.

14          THE COURT:  I think that's permissible.  It's for

15  impeachment purposes.

16          Go ahead.

17  BY MR. VERNON:

18  Q    Let me ask you to look at the second document.  We will

19  mark this as PX985.

20      Just for the record, this is an email where the top email

21  chain is from Ms. Reidy dated November 20, 2019, is that

22  correct?

23  A    Yes.

24  Q    And this is about the same author and the same book in the

25  previous email, is that correct?

```
1    A    Yes.

2    Q    In your email, second from the top, you write, we beat

3    Dutton with the same bid they had, $1.1 million for two books,

4    so we didn't have to go all the way to $750,000 per book.

5         Did I read that correctly?

6    A    Yes.

7    Q    And Dutton is an imprint of Penguin Random House, is that

8    correct?

9    A    Yes.

10        THE COURT:  I am so sorry, Mr. Vernon.  I just went

11   back and looked at the transcript, and I don't know that this

12   is impeaching what Mr. Karp said.  And reading back, before you

13   started introducing these documents, he said, I asked them to

14   go with their worst case scenario.  You know, that's the most

15   you would absolutely have to paid if you had to.  That's

16   different from what we want to pay.

17        I don't see these documents as impeaching this

18   testimony.

19        MR. VERNON:  Let me address that briefly, Your Honor.

20   This is meant to impeach something he said yesterday.  My vague

21   memory of it was a discussion of how the agents have power.

22   And so the idea with these documents is that whatever power the

23   agents have doesn't do enough to force them to bid the maximum

24   they are willing to pay.  That's what I was trying to impeach.

25        THE COURT:  I see.  Mr. Fishbein, do you want to
```

1    address that?

2            MR. FISHBEIN:  I think that's very attenuated

3    impeachment, Your Honor.  These are not on the exhibit list.

4    It would be one thing if they directly contradicted something,

5    but I don't think it's even disputed that they don't always pay

6    the top amount.  He could just ask him, and I think his answer

7    would be that's correct.

8            THE COURT:  I think I agree with Mr. Fishbein on this

9    one, Mr. Vernon.  I don't think Mr. Karp has said that they

10   always pay the most that they have authorized.  I think he said

11   that's different from what they want to pay.  And I think these

12   documents merely reinforce that same point.  So I am going to

13   sustain the objection on these documents.

14           MR. VERNON:  I will move on.

15           THE COURT:  Okay.

16   BY MR. VERNON:

17   Q    Simon & Schuster almost never acquires books without

18   acquiring audio rights, is that fair?

19   A    Yes.

20   Q    Agents sometimes ask Simon & Schuster to buy books without

21   also buying audio rights, is that correct?

22   A    That has happened, yes.

23   Q    But Simon & Schuster generally does not acquire books

24   without also acquiring audio rights, is~that right?

25   A    Correct.

```
1   Q    Let me ask you to turn to PX652 in your binder.

2   A    Okay.

3   Q    This is an email relating to the bidding for book 44, is

4   that correct?

5   A    Correct.

6             MR. VERNON:  We have prepared a redacted version.  May

7   I show it to the public, Your Honor?

8             THE COURT:  Yes, you may.

9   BY MR. VERNON:

10  Q    Let me ask you to turn to the bottom of page 3.  There's

11  an email from Dawn Davis.  Do you see that?

12  A    Yes.

13  Q    She writes, and I'm paraphrasing, that the agent is not

14  including audio rights for this book.  Is that correct?

15  A    Correct.

16  Q    At the bottom of page 2, there's an email from Chris

17  Lynch.  Do you see that?

18  A    Yes.

19  Q    He writes, I know this is a book we would all love to

20  publish, but I hope that we would walk away if audio rights are

21  not part of the deal.  Did I read that correctly?

22  A    Correct.

23  Q    And then there's an email from Ms. Graham.  Do you see

24  that?

25  A    Yes.
```

1  Q    At the very bottom of her email, she says, I hate to give

2  this book up, but I'm afraid I have to agree with Chris.

3       Do you see that?

4  A    Yes.

5  Q    And then please turn to the bottom of the first page.

6  A    Yes.

7  Q    There's an email from you where you write, I agree with

8  all of you.

9       Did I read that correctly?

10 A    Yes.  Chris Lynch is the publisher of our audio division,

11 so I was supporting him because obviously his division depends

12 upon us having the audio rights.

13 Q    And then at the top, there's an email from Ms. Graham.  Do

14 you see that?

15 A    Yes.

16 Q    She writes, thanks, John.  Let me know if you would like

17 me to draft it.  You have a lot to do.  It would be very

18 interesting to see whether PRH, Hachette, Harper, or Macmillan

19 participate.  My understanding is that they have the no audio,

20 no deal rule -- they too have the no audio, no deal rule.

21      Did I read that correctly?

22 A    Yes.

23           MR. VERNON:  United States moves to admit PX652.

24           THE COURT:  Any objection?

25           MR. FISHBEIN:  No objection.

```
 1              THE COURT:  That's admitted.

 2              (Plaintiff's 652 received in evidence.)

 3   BY MR. VERNON:

 4   Q    Let me ask you to turn to PX568.

 5   A    Okay.  I'm here.

 6   Q    This is another email relating to the bidding for this

 7   same book, is that correct?

 8   A    Correct.

 9              MR. VERNON:  Your Honor, we have prepared a redacted

10   version.  May we publish?

11              THE COURT:  You may.

12   BY MR. VERNON:

13   Q    The top email is from you dated June 25, 2020, is that

14   correct?

15   A    Correct.

16   Q    Let me ask you to turn to the bottom of the second page.

17   A    Yes.

18   Q    There's an email from the agent for this book, is that

19   right?

20   A    Yes.

21   Q    And I'm paraphrasing, but he writes that he's going to

22   restart the auction but include audio rights, is that right?

23   A    Right.

24   Q    So for this auction, the agent did not have enough power

25   to convince Simon & Schuster to bid to acquire the book without
```

1  acquiring audio rights, is that correct?

2  A    All I know is that we pushed back and he dropped them.  I

3  don't know what his thinking was or why he did.

4  Q    But the agent did restart the auction and include audio

5  rights according to this email, is that correct?

6  A    That's absolutely right.

7         MR. VERNON:  The United States moves to admit PX568.

8         THE COURT:  Any objection?

9         MR. FISHBEIN:  No objection.

10        THE COURT:  That will be admitted.

11        (Plaintiff's 568 received in evidence.)

12        MR. VERNON:  Your Honor, the United States has no

13  further questions, but we would like to thank Mr. Karp.

14        THE WITNESS:  Thank you, Mr. Vernon.

15        THE COURT:  Thank you very much.

16        MR. FISHBEIN:  (Inaudible.)

17        (There was an interruption by the court reporter.)

18        THE COURT:  Mr. Fishbein, you must talk into the

19  microphone.

20        MR. FISHBEIN:  I have two questions about one document

21  that he referred to when you were speaking to him, Your Honor,

22  if I may.

23        THE COURT:  You may.

24        MR. FISHBEIN:  Okay.

25

1          RECROSS EXAMINATION

2  BY MR. FISHBEIN:

3  Q    Mr. Karp, when the judge was asking you about any

4  relationship between advances and how books sell, do you

5  remember you said, it's in my email?

6       If you could turn to tab 1, Defendants' Exhibit 71 that's

7  already in evidence.

8  A    Yes.

9  Q    And this was the email where you were giving guidelines on

10  acquisitions, is that right?

11  A    Yes.

12  Q    And if you would look at paragraph 1, can you read

13  paragraph 1 starting with most of our biggest.

14  A    Most of our biggest titles are not acquired in fevered

15  auctions.  Our most successful authors tend to be writers we

16  build over time or acquire in routine ways, outreach, options,

17  limited submissions.  I'm speaking of people like Brad Thor or

18  David McCullough or Walter Isaacson or Doris Kearns Goodwin.

19  Q    Is this what you were referring to when you made a comment

20  in your email about which of your books is successful?

21  A    Yes.

22  Q    In the parenthetical when it says outreach, what does that

23  refer to?

24  A    Outreach is encouraging editors to go out and find writers

25  who they want to work with.

```
 1   Q    Is that one of the categories of exclusives?

 2   A    Yes.

 3   Q    And then options, I think we know, but can you say quickly

 4   what that is.

 5   A    Options are repeat authors whose next work we want to

 6   acquire.

 7   Q    Is that also an exclusive situation?

 8   A    It is.

 9        MR. FISHBEIN:  Thank you, Your Honor.

10        THE COURT:  Thank you.

11        You may step down, Mr. Karp.  Thank you very much for

12   your testimony.

13        The government may call its next witness.

14        MR. READ:  Your Honor, the government calls its next

15   witness Liate Stehlik by deposition.  This will be a video.

16   She's an editor at HarperCollins, specifically the Morrow Group

17   there.  The deposition will be about an hour and a half.

18   There's three minutes that are sealed.

19        THE COURT:  Is that at the end or the middle?

20        MR. READ:  I think we can do it either way, but I

21   would recommend at the end.

22        THE COURT:  Okay.

23        (The videotape was played.)

24        THE COURT:  I'm sorry, can you stop the video?

25        Is there a transcript of this testimony?  Maybe that
```

```
 1   would help.
 2            MR. READ:  Yes, Your Honor, there is.
 3            THE COURT:  Okay.
 4            MS. REDZIN:  I guess the court reporter is not taking
 5   notes at the moment.  Yes, there is, and we can hand up the
 6   transcript at this point.
 7            THE COURT:  Okay.  There seems to be some stuff in the
 8   binder that's not in the video transcript, but this is all
 9   going to be admitted?
10            MR. READ:  I'm sorry, Your Honor, I didn't hear.
11            THE COURT:  There's some stuff in the binder
12   transcript that's not in the video.  You are admitting the
13   video, though, so I shouldn't look at the stuff that's in the
14   binder evidence that's not on the video.
15            MR. READ:  Collier, can you help with this?
16            Maybe we will take a break, Your Honor, and I will
17   answer your question precisely.  If we could do that and get
18   this fixed, if that would be appropriate?
19            THE COURT:  So you want to take a break?
20            MR. READ:  A short break.
21            THE COURT:  Should we take our lunch break, it's
22   12:36, and come back at 1:30?
23            MR. READ:  Yes.
24            THE COURT:  Let's do that.  We will take our lunch
25   break at this time and come back at 1:30.
```

1          (A recess was taken at 12:36 p.m.)

2                          - - -

3                    C E R T I F I C A T E

4

5          I hereby certify that the foregoing is an

6    accurate transcription of the proceedings in the

7    above-entitled matter.

8

9

10   8/3/22                s/ Tammy Nestor
                           Tammy Nestor, RMR, CRR
11                         Official Court Reporter
                           333 Constitution Avenue NW
12                         Washington, D.C. 20001
                           tammy_nestor@dcd.uscourts
13

14

15

16

17

18

19

20

21

22

23

24

25

631

THE WITNESS: [1] 530/19

MR CANTOR: [1] 530/19
MR. CANTOR: [4] 529/19
529/21 530/16 530/24
MR. FISHBEIN: [36] 529/13
531/17 531/19 531/24 532/3
532/6 537/15 538/1 542/12
542/24 556/22 568/16
569/23 581/9 581/16 581/18
602/9 605/15 607/6 608/3
610/3 611/23 614/17 614/21
615/6 615/10 615/13 620/3
620/8 622/2 624/25 626/9
626/16 626/20 626/24 628/9
626/12
MR. KIM: [1] 585/12
MR. PETROCELLI: [1]
529/9
MR. READ: [11] 529/7
529/18 531/6 531/10 628/14
628/20 629/2 629/10 629/15
629/20 629/23
MR. VERNON: [30] 538/4
543/2 553/12 568/19 581/12
595/10 598/9 598/21 605/13
605/24 607/4 607/14 608/1
609/9 610/1 611/20 613/23
614/14 615/16 615/18 616/4
619/8 620/11 621/19 622/14
623/6 624/23 625/9 626/7
626/12
MS. REDZIN: [1] 629/4
THE COURT: [130] 529/2
529/8 529/12 529/16 529/20
530/14 530/17 530/22
530/25 531/9 531/11 531/18
531/22 532/1 532/5 532/7
532/10 532/12 537/17 538/3
538/5 542/14 543/1 543/3
545/7 553/13 554/22 555/3
555/5 556/4 556/24 557/3
568/18 568/20 574/13
574/21 574/25 575/7 575/13
575/20 575/24 576/6 577/1
577/9 579/12 579/18 581/11
581/13 581/15 581/17
585/13 585/20 585/23 586/1
586/5 586/13 586/16 587/1
587/5 587/21 588/4 588/15
589/24 591/10 591/16
591/19 592/5 592/7 593/3
593/11 593/17 593/21 594/3
594/9 594/21 595/9 595/11
598/7 598/11 598/16 598/19
602/10 605/14 605/16 606/1
607/5 607/7 607/16 608/2
608/4 610/2 610/4 611/19
611/22 611/24 613/22
614/19 615/3 615/8 615/11
615/14 615/17 615/24 616/5
619/10 620/5 620/14 621/10
621/25 622/8 622/15 623/8
624/24 625/1 625/11 626/8
626/10 626/15 626/18
626/23 628/10 628/19
628/22 628/24 629/3 629/7
629/11 629/19 629/21
629/24
THE COURTROOM
DEPUTY: [2] 529/3 598/17

532/11 545/8 553/14 554/25
555/4 556/6 556/25 562/16
569/24 574/17 574/24 575/3
575/12 575/16 575/22 576/4
577/8 579/13 585/19 585/22
585/25 586/2 586/9 586/15
586/18 587/3 587/15 587/23
588/7 588/21 590/14 591/11
591/18 591/22 592/6 592/14
593/4 593/12 593/18 593/23
594/7 594/13 595/3 598/14
602/11 613/25 626/14

$

$1 [1] 602/3
$1 million [1] 602/3
$1.1 [1] 621/3
$1.1 million [1] 621/3
$10,000 [1] 602/2
$150,000 [1] 543/16
$25,000 [1] 593/18
$250,000 [4] 533/10 541/9
543/16 602/6
$400,000 [1] 543/15
$42 [1] 565/14
$42 million [1] 565/14
$750,000 [2] 619/23 621/4
$875,000 [2] 538/11 539/2

'

'22 [2] 614/24 615/7

0

02886 [1] 526/3

1

1.6 billion [1] 545/15
10022 [1] 527/7
10036 [1] 527/4
11:01 [1] 598/15
12 [1] 542/8
128 [2] 562/22 562/24
12:36 [2] 629/22 630/1
13 [3] 608/17 608/20 610/8
131 [1] 611/25
14 [2] 614/2 614/15
15 [5] 598/11 609/23 610/7
610/9 613/24
150 [1] 593/17
154 [3] 581/5 581/10 581/14
16 [1] 530/8
17 [5] 562/19 562/22 563/1
599/4 613/24
18 [3] 568/3 607/11 619/14
180 [1] 563/1
1835 [1] 585/2
18th [1] 527/14
1999 [1] 526/19
1:30 [2] 629/22 629/25

2

2 million [1] 573/23
20 [3] 581/4 581/16 620/21
200 [1] 585/2
20001 [2] 527/18 630/12
20004 [1] 527/10
2008 [1] 584/3
2009 [1] 584/4
2010 [1] 566/15

2017 [1] 560/14
2018 [1] 537/20
2019 [5] 599/4 607/12
608/20 619/14 620/21
2020 [10] 578/24 579/7
579/20 580/20 581/7 581/22
605/22 610/14 617/8 625/13
2021 [1] 604/8
2022 [4] 526/6 562/19
615/24 615/25
20530 [1] 526/16
207 [3] 613/20 614/2 614/14
20s [1] 557/22
21 [4] 537/14 537/14 538/2
538/6
21-02886 [1] 526/3
22 [3] 562/22 563/1 630/10
25 [3] 581/7 593/6 625/13
250 [4] 547/2 549/11 556/11
590/12
250,000 [14] 536/9 536/25
537/1 546/4 547/1 547/12
547/25 548/13 549/1 549/2
577/12 577/17 603/1 603/2
2828 [1] 527/13
2886 [1] 529/4
29 [1] 604/8

3

30 percent [2] 594/24 595/1
30-year [1] 593/8
33 [1] 550/6
333 [2] 527/17 630/11
356 [1] 619/15
37 [1] 538/20
38 [1] 610/5

4

401 [1] 527/10
44 [1] 623/3
450 [1] 526/15

5

50 [4] 551/13 558/23 560/8
593/6
50 percent [4] 585/15 585/19
586/14 590/7
50,000 [1] 591/23
500,000 [1] 534/15
532 [1] 528/6
54 [4] 542/8 542/16 542/25
543/4
568 [1] 626/11
574 [1] 607/8
577 [3] 568/3 568/17 568/21
590 [1] 608/5
594 [1] 528/5
599 [1] 527/6

6

634 [1] 618/2
637 [1] 528/6
652 [1] 625/2
655 [2] 578/18 578/22
697 [1] 605/17

7

70 percent [2] 590/10 590/10
71 [1] 627/6

75,000 [1] 591/23
75201 [1] 527/14

8

8/3/22 [1] 630/10
85 percent [1] 590/6
875 [1] 539/10

9

90067 [1] 526/20
9708 [2] 569/21 569/23
9:30 [1] 526/7
9:32 [1] 529/1

A

a.m [3] 526/7 529/1 598/15
Abby [2] 527/2 529/11
able [5] 546/10 572/7 572/7
583/17 606/12
about [99] 530/7 531/14
532/19 534/16 534/17
536/16 537/2 537/5 538/9
540/7 540/8 540/8 540/15
540/24 541/16 541/25
544/11 544/15 545/10 547/5
549/3 550/4 553/1 553/24
554/12 556/13 556/23
556/24 556/25 557/1 557/23
558/23 559/7 559/9 560/13
560/15 561/19 562/4 563/10
563/19 564/12 566/1 567/1
568/13 568/24 571/16
571/18 571/21 573/9 574/1
574/4 576/19 576/20 577/3
580/16 580/21 582/17
584/21 586/10 586/13
587/14 587/16 587/22
589/12 589/13 589/21
590/19 592/8 592/18 594/9
594/17 596/1 596/3 596/10
597/6 597/18 598/1 598/12
599/6 601/5 601/17 602/15
603/5 603/8 603/19 604/11
608/9 616/24 617/1 617/6
617/23 617/24 618/13
618/15 620/24 626/20 627/3
627/20 628/17
above [15] 533/10 536/24
537/1 543/21 547/1 547/2
547/12 547/25 548/1 549/1
549/2 556/11 577/20 603/2
630/7
above-entitled [1] 630/7
Abrams [1] 602/12
absolutely [4] 597/1 619/6
621/15 626/6
academic [2] 548/5 549/4
access [1] 559/17
according [1] 626/5
account [1] 590/10
accurate [1] 630/6
accurately [1] 580/23
accused [1] 532/3
acknowledged [1] 562/6
acquire [12] 533/9 567/1
569/10 574/11 580/1 586/3
586/11 614/7 622/23 625/25
627/16 628/6
acquired [13] 536/18 566/19

acquired... [11] 573/16
573/19 585/16 585/16
586/11 587/3 591/23 591/25
596/2 596/10 627/14
acquires [3] 576/21 618/22
622/17
acquiring [4] 559/21 622/18
622/24 626/1
acquisition [3] 540/10 558/18
567/9
acquisitions [2] 584/5 627/10
acting [1] 580/4
Action [1] 526/3
acts [1] 582/14
actually [28] 534/15 549/5
550/16 550/22 556/18
563/10 564/5 565/20 565/23
568/8 568/10 569/8 572/7
572/8 572/10 573/12 573/17
574/7 584/2 587/17 587/20
590/15 590/16 590/23
592/16 597/18 597/19
618/13
addition [1] 530/12
address [4] 530/25 615/16
621/19 622/1
addressed [1] 562/11
addresses [1] 582/11
administration [1] 534/18
admissible [1] 615/5
admission [1] 614/15
admit [10] 529/24 605/13
607/4 608/1 610/1 611/21
614/14 620/12 624/23 626/7
admitted [14] 538/5 543/3
568/20 581/13 599/3 605/16
607/7 608/4 610/4 611/19
611/24 625/1 626/10 629/9
admitting [1] 629/12
adult [10] 545/18 545/21
545/23 546/1 546/8 546/12
556/19 557/19 557/20 579/9
advance [43] 533/10 537/11
538/9 541/21 541/22 543/14
543/15 546/4 547/21 549/16
564/7 566/14 566/21 569/8
569/12 570/9 571/4 574/20
574/21 576/13 576/14
576/17 576/18 577/19
577/19 578/11 590/2 590/4
590/20 592/19 592/21
593/15 596/6 596/7 596/16
596/24 602/3 602/4 602/8
602/9 602/20 604/11 611/15
advances [30] 533/20 536/9
541/9 547/12 548/13 549/11
566/13 572/3 572/9 573/5
577/11 577/16 583/7 583/13
583/17 583/21 589/25
590/10 590/12 590/12 591/8
592/11 593/8 594/11 601/18
602/13 603/2 609/14 609/20
627/4
advantage [1] 559/12
advantages [2] 535/11 561/3
advent [1] 566/6
affect [4] 536/1 565/3 584/16
596/24

affecting [1] 607/1
affects [3] 560/4 596/6
596/15
affiliated [4] 548/8 553/23
555/20 564/6
affiliating [1] 555/21
afraid [1] 624/2
after [12] 546/22 552/7 570/7
570/19 571/7 574/8 579/23
588/21 588/22 615/23
617/22 620/12
again [19] 533/4 533/16
534/21 536/24 537/10
539/24 546/25 547/16
547/21 549/5 556/25 561/17
561/24 562/12 571/9 581/1
598/16 600/25 606/22
against [8] 535/10 536/2
537/3 547/11 595/24 596/20
606/18 608/10
agencies [1] 575/18
agent [16] 538/24 539/1
544/2 544/3 545/4 546/23
564/25 582/14 583/25
596/17 604/12 618/25
623/13 625/18 625/24 626/4
agents [7] 574/9 584/12
584/13 618/15 621/21
621/23 622/20
aggressive [3] 559/25 560/1
560/2
ago [8] 555/1 561/23 564/16
589/22 614/23 615/1 615/12
616/2
agree [7] 550/7 576/9 602/21
614/6 622/8 624/2 624/7
agreed [1] 567/4
ahead [1] 620/16
air [1] 575/6
al [2] 526/6 529/5
Alec [1] 536/15
all [30] 530/1 530/11 540/5
541/6 553/16 558/4 561/19
570/15 571/10 572/2 572/8
579/6 580/2 582/7 584/20
585/20 585/22 588/1 588/19
590/14 594/25 598/19
600/11 602/13 604/6 621/4
623/19 624/8 626/2 629/8
allow [1] 617/17
almost [2] 580/23 622/17
already [4] 557/6 578/24
599/2 627/7
also [28] 534/1 545/3 546/9
546/16 547/9 551/21 556/11
557/16 564/23 572/21
572/21 577/3 577/23 582/13
582/14 585/8 588/7 601/17
604/5 605/6 612/18 613/6
615/22 616/7 620/13 622/21
622/24 628/7
Although [2] 575/16 612/17
always [5] 571/12 574/20
597/2 622/5 622/10
am [36] 531/20 531/20
531/24 532/1 533/4 537/22
540/14 540/15 542/12 555/4
563/11 566/12 568/10
568/13 568/16 569/18

affected [1] 607/1
580/8 582/21 583/1 584/13
586/9 586/21 597/6 598/9
600/8 602/12 603/4 608/7
616/5 620/9 621/10 622/12
amazing [2] 539/4 560/13
Amazon [33] 536/16 558/16
558/17 558/20 558/22 559/7
559/12 559/13 559/20 560/4
560/15 560/16 560/24
560/25 560/25 561/4 561/6
561/7 561/8 561/13 561/16
561/20 561/25 564/19 613/6
613/16 614/6 614/10 614/25
615/1 615/9 615/20 616/1
Amazon's [4] 559/9 559/21
613/8 613/12
Amazon-published [1] 560/4
AMERICA [2] 526/3 529/4
American [1] 557/12
among [3] 543/15 551/9
553/9
amount [7] 543/11 570/6
572/8 590/3 618/19 618/22
622/6
amounts [1] 543/12
analogous [1] 584/21
analogy [2] 550/7 550/18
analyzing [1] 612/2
Angeles [1] 526/20
animal [1] 551/23
announced [6] 565/11
573/22 579/23 581/24 584/4
617/22
another [14] 532/25 535/3
535/21 542/7 545/10 549/3
555/10 568/2 570/12 589/24
606/6 611/2 618/14 625/6
answer [6] 572/22 590/24
602/16 614/9 622/6 629/17
answering [1] 612/21
anticipated [12] 575/8 575/16
576/3 585/21 585/24 586/3
586/16 590/9 591/17 591/19
591/21 594/4
anticipating [2] 594/5 594/11
antitrust [3] 526/15 580/22
617/24
any [64] 529/16 533/12
534/10 535/11 535/23
536/11 537/2 538/3 540/17
541/20 543/1 544/18 546/6
547/14 548/19 549/10
551/18 554/16 554/18
554/20 554/23 555/7 556/4
556/9 556/15 560/3 561/12
565/2 565/17 566/9 566/21
566/23 568/10 568/18
569/11 570/22 576/17
577/19 577/25 578/10
578/11 580/2 580/21 581/11
583/5 583/7 583/10 583/13
583/20 584/1 588/11 593/25
597/2 600/6 605/14 607/5
608/2 610/2 611/22 616/19
617/3 624/24 626/8 627/3
anybody [4] 545/1 556/3
565/12 576/3 586/24 588/12
anyone [4] 565/6 587/4

anything [18] 540/24 550/4
555/16 556/25 559/7 559/9
560/9 565/7 586/7 586/10
593/4 593/5 593/19 593/24
597/18 597/20 601/6 602/15
anywhere [2] 564/22 591/23
appearances [3] 526/11
526/22 529/6
appreciate [2] 531/11 531/12
approach [3] 529/5 587/10
619/8
appropriate [1] 629/18
approval [2] 618/18 618/21
approve [1] 538/14
approved [2] 520/3 618/23
approving [1] 566/13
apt [1] 550/17
are [212] 529/14 529/16
530/1 530/2 530/4 530/20
531/14 531/16 531/17
532/10 532/18 533/19
533/20 535/10 535/15
535/17 535/19 535/21
535/23 536/2 536/11 536/14
536/15 537/16 541/2 542/8
543/12 544/17 544/18
544/19 544/20 545/13
545/14 545/22 545/22
545/23 546/2 546/6 547/6
547/7 547/9 548/4 548/4
547/8 548/8 548/9 548/10
548/10 548/15 549/5 549/6
549/8 549/9 550/8 550/11
550/19 550/21 551/8 551/10
551/10 551/14 551/22
551/24 552/1 552/15 552/17
552/23 553/4 553/9 553/23
554/18 556/2 556/7 557/1
559/7 559/8 559/14 559/16
560/1 560/2 560/3 560/5
560/9 561/1 560/12 562/5
565/18 565/21 567/8 569/19
571/1 571/23 572/3 572/7
572/7 572/10 573/7 573/8
574/4 574/5 574/14 575/16
575/18 576/13 576/18
577/21 578/2 578/2 578/4
578/4 578/7 578/13 581/21
582/1 582/17 583/16 584/24
584/25 585/16 585/16 586/2
586/11 586/17 586/22 587/2
587/8 587/12 587/17 587/18
587/19 587/20 587/20
587/25 588/9 588/15 588/19
588/22 589/11 589/23 590/1
590/7 590/10 591/14 591/16
591/19 591/22 591/22 592/8
592/15 593/1 593/2 593/15
594/5 594/8 594/11 594/25
594/25 595/4 595/5 595/6
595/7 595/17 595/22 596/1
596/5 596/7 596/10 596/20
597/3 598/19 598/24 599/12
600/9 600/10 600/12 600/13
600/20 600/25 601/10
601/13 602/1 602/3 602/7
602/11 602/13 602/19 603/1
603/2 603/23 604/1 604/4

633

are... [21] 605/19 606/22
609/24 611/14 612/3 612/7
612/10 613/21 614/3 614/10
614/10 615/25 618/3 620/9
621/24 622/3 623/20 627/14
628/5 628/18 629/12
area [2] 558/2 571/13
aren't [1] 600/22
arguable [1] 618/6
around [4] 549/18 550/2
579/23 584/3
as [65] 531/23 532/15
532/23 534/10 534/16 535/1
535/6 537/9 539/1 539/17
539/21 539/21 540/15 541/2
542/16 544/8 548/4 549/22
550/14 551/5 555/25 556/3
558/20 558/21 558/22
559/21 560/8 562/12 563/19
563/25 567/23 567/23
572/23 573/16 573/16
575/24 576/2 576/24 578/5
578/6 578/16 580/4 580/9
581/6 582/14 582/25 583/1
586/6 586/13 586/14 591/13
593/7 600/5 600/22 600/22
601/13 604/10 608/25
614/15 615/7 619/13 620/8
620/8 620/19 621/17
as-is [2] 575/24 578/6
aside [2] 574/21 601/8
ask [51] 533/4 538/9 544/15
552/25 554/22 563/22
564/12 571/16 571/17
572/11 574/9 574/13 574/13
574/18 574/22 574/25
575/17 576/11 576/23
580/20 585/13 588/5 596/1
596/10 597/6 598/23 599/9
600/17 601/7 602/1 604/4
604/20 606/3 608/16 609/23
610/7 612/20 613/19 617/6
618/1 618/14 618/18 619/5
620/1 620/18 622/6 622/20
623/1 623/10 625/4 625/16
asked [16] 544/11 545/4
553/1 554/7 563/4 564/8
571/21 580/16 595/15
597/11 599/6 603/8 603/19
608/7 608/9 621/13
asking [9] 560/15 571/18
575/18 575/23 586/2 595/4
599/15 599/15 627/3
aspect [1] 594/19
aspects [1] 614/11
asserted [1] 530/5
assessment [3] 535/1 541/2
566/3
associated [4] 535/16 535/19
535/23 554/16
assuming [1] 530/20
assumption [1] 576/4
assurances [1] 589/2
Astra [3] 556/16 556/16
612/22
astrophysicist [1] 541/14
Atria [2] 564/19 609/11
attachment [1] 549/7

attenuated [1] 536/1
attractiveness [1] 536/1
auction [19] 534/12 542/22
548/2 556/10 569/8 576/1
577/6 595/1 595/15 596/3
596/3 596/23 603/21 614/22
615/1 616/2 625/22 625/24
626/4
auctions [20] 537/2 537/2
556/9 561/19 561/20 586/4
586/6 594/22 594/25 595/16
602/21 602/22 612/19
613/16 614/10 614/25 615/9
615/20 616/1 627/15
audio [17] 567/5 567/12
567/12 567/15 567/23
622/18 622/21 622/24
623/14 623/20 624/10
624/12 624/19 624/20
625/22 626/1 626/4
audiobook [2] 567/18 567/21
August [2] 526/6 605/22
August 5 [1] 605/22
author [44] 533/17 533/22
534/14 534/15 542/9 542/22
544/6 544/18 549/12 557/14
560/5 564/5 564/15 565/8
566/9 571/23 572/13 573/20
574/19 575/2 575/14 577/5
577/15 582/25 587/9 588/22
589/10 589/12 589/12
589/15 594/2 594/16 597/2
599/24 604/11 604/23
607/22 616/16 616/17
616/20 616/21 619/17
619/22 620/24
author's [2] 539/5 604/17
authoritatively [1] 590/15
authorized [1] 622/10
authors [52] 536/11 536/12
536/22 542/2 542/4 544/18
544/19 546/6 546/8 546/12
546/15 546/22 547/8 550/15
550/16 550/19 551/6 551/8
551/11 551/14 552/2 552/4
555/18 558/18 559/9 559/22
561/12 566/14 567/2 567/5
567/13 572/3 572/10 583/5
583/8 584/17 584/18 584/22
584/23 585/7 587/8 587/17
588/5 589/3 591/1 602/14
616/10 616/11 616/24 617/3
627/15 628/5
authors' [1] 547/10
Avenue [2] 526/19 527/6
527/17 579/14 630/11
award [5] 535/5 535/14
535/15 541/5 559/3
award-winning [5] 535/5
535/14 535/15 541/5 559/3
awards [4] 535/15 535/17
535/18 535/20
aware [4] 535/21 555/4
565/18 565/19
away [3] 531/24 592/25
623/20

B

back [21] 543/21 544/13
550/17 551/3 563/5 563/14

57/15 571/2 580/20
582/15 585/1 590/20 598/17
602/18 608/7 615/25 621/11
621/12 626/2 629/22 629/25
backed [2] 556/17 556/17
backlist [3] 594/9 594/10
594/12
badly [2] 583/25 584/6
bail [1] 600/20
Baldacci [1] 533/1
band [1] 591/24
baseball [2] 550/4 550/7
563/22 563/24 566/13 584/7
basically [4] 548/10 558/6
590/18 590/21
Bates [2] 569/20 619/15
be [83] 529/22 530/12
530/21 534/2 535/13 538/5
543/3 543/15 544/19 545/3
551/22 560/7 564/8 565/11
566/9 568/2 568/20 571/11
571/12 573/6 574/11 574/19
575/3 575/17 576/10 576/19
577/6 581/13 583/17 583/20
584/18 586/17 586/20
588/13 590/16 591/2 591/16
592/2 592/9 592/12 592/12
593/11 593/17 593/18
593/18 594/2 594/3 594/5
594/5 595/6 595/16 595/23
597/17 598/18 599/13
600/14 601/1 601/2 601/21
602/5 603/2 604/14 605/16
606/12 607/7 608/4 610/4
611/24 612/11 612/14 613/3
613/12 615/19 622/4 622/7
624/17 626/10 627/15
628/15 628/17 629/7 629/9
629/18
beat [1] 621/2
became [2] 566/7 592/2
because [46] 530/7 542/5
544/4 544/7 544/8 550/11
551/9 551/10 559/12 559/19
561/6 564/9 567/18 571/23
572/9 574/10 575/4 576/24
578/1 580/6 580/12 583/18
583/23 585/17 586/21 587/1
587/15 587/17 588/1 588/1
588/3 588/6 588/12 588/17
589/11 589/11 589/18 591/3
591/13 592/11 594/11
594/16 595/7 598/7 614/22
624/11
become [5] 556/13 565/19
565/21 591/6 618/11
becomes [1] 536/6
been [24] 531/6 531/12
532/3 532/14 544/24 545/5
545/10 550/23 551/12
551/12 554/24 557/5 559/25
561/2 565/22 570/7 573/20
573/24 579/17 582/8 587/7
587/18 593/8 599/2
before [14] 526/9 529/17
563/5 569/10 570/7 573/20
585/13 589/4 603/19 616/17
616/21 620/5 620/9 621/12

begin [1] 585/14
begins [1] 592/23
being [7] 530/5 537/23 543/7
572/24 580/3 585/5 590/11
believe [18] 529/18 531/6
531/7 551/21 554/17 565/9
567/18 567/21 583/4 583/18
588/24 589/5 591/1 591/25
600/5 608/17 616/18 617/10
believe's [1] 599/2
below [8] 536/25 547/1 549/1
577/12 577/16 577/21 594/3
603/1
Ben [1] 534/11
BENCH [1] 526/9
Benjamin [2] 548/21 610/18
BERTELSMANN [6] 526/6
526/18 527/2 529/5 529/10
585/1
best [35] 534/14 534/14
536/7 544/23 546/8 546/12
553/9 555/1 555/13 555/14
556/13 557/14 559/17
559/18 559/20 560/19
560/19 561/1 561/9 561/14
565/7 565/8 566/9 572/12
573/20 573/24 579/16 586/3
586/7 587/17 588/11 592/2
592/2 594/7 616/18
better [6] 531/23 531/23
555/23 567/20 588/2 588/16
between [11] 537/19 542/17
553/16 557/20 558/13 581/6
589/25 590/9 606/25 607/23
627/4
beyond [2] 591/20 597/18
bid [15] 538/10 539/1 539/10
547/18 548/24 549/1 549/14
569/8 595/24 596/11 596/12
608/9 621/3 621/23 625/25
bidder [2] 601/21 604/25
bidders [7] 579/25 601/18
601/20 601/23 603/21
603/24 605/9
bidding [13] 547/22 594/22
596/8 596/20 600/9 600/14
601/2 604/16 607/18 610/19
619/16 623/3 625/6
bids [2] 586/7 601/10
big [32] 540/15 540/15
540/17 540/21 542/1 542/5
549/21 549/22 550/7 551/9
551/15 551/16 551/24 552/1
554/16 563/7 572/3 572/9
586/23 587/1 587/13 594/6
602/25 603/6 609/14 609/20
611/6 612/3 612/7 612/10
612/15 618/13
biggest [2] 627/13 627/14
billion [1] 545/15
Billy [1] 529/15
binder [12] 568/3 598/23
604/1 608/8 608/16 608/17
609/23 613/20 623/1 629/8
629/11 629/14
bit [7] 533/5 548/9 554/12
571/17 572/4 601/7 611/18
Black [1] 553/15

**B**

blacked [2] 538/17 582/11
blind [1] 573/6
blockbuster [1] 533/2
blockbusters [2] 554/23 556/5
Bloomsbury [2] 557/11 602/13
Blue [1] 549/12
body [1] 547/6
Bones [1] 573/12
bonus [2] 597/8 597/14
book [140] 533/14 533/15 533/17 533/22 533/24 534/7 534/17 535/20 536/6 536/16 536/18 537/11 537/14 537/23 538/10 539/1 539/8 539/18 541/11 541/15 541/16 541/18 541/24 542/9 543/9 543/17 547/15 547/15 547/19 548/5 548/21 548/22 549/12 549/13 549/13 550/22 550/24 550/25 551/2 551/2 551/20 551/20 551/23 553/15 554/15 555/1 555/12 556/11 556/18 559/13 559/14 560/12 560/14 560/19 560/21 560/23 560/25 561/1 561/5 561/6 561/8 567/9 567/19 567/20 567/22 568/14 569/5 569/10 570/20 573/8 573/11 573/13 573/17 573/17 573/19 573/21 573/21 574/3 574/6 574/11 575/1 575/4 575/20 576/2 576/19 576/20 576/21 576/23 576/24 577/24 578/2 578/10 579/3 579/14 585/2 587/9 587/13 588/11 588/19 589/10 589/19 592/18 592/22 593/5 593/14 593/17 593/19 595/20 596/17 596/23 600/14 601/2 601/14 601/22 604/12 604/16 605/9 606/19 607/18 608/15 610/16 610/22 611/6 612/4 614/7 616/13 616/19 618/7 618/19 619/16 619/23 620/24 621/4 623/3 623/14 623/19 624/2 625/7 625/18 625/25
books [121] 532/21 533/3 533/3 533/3 533/10 534/4 534/15 536/8 539/25 540/4 540/10 540/18 541/6 541/8 543/9 543/16 545/14 545/22 545/22 545/23 545/23 546/3 546/7 546/9 546/9 546/15 546/16 546/18 546/18 547/10 547/11 548/13 548/19 549/9 549/11 552/11 553/16 553/22 553/24 554/5 554/13 555/22 555/23 556/7 558/18 558/21 558/22 559/22 560/4 560/9 560/24 561/5 561/15 565/20 567/1 571/22 573/5 573/9 574/14 574/21 575/9 575/14 576/3 577/11 577/16 583/19

585/15 585/20 585/21
585/22 585/24 586/3 586/11
586/14 586/14 586/16
589/13 589/14 589/15 590/1
590/6 590/9 590/11 590/11
590/19 590/22 591/5 591/6
591/8 591/16 591/19 591/22
591/24 591/25 593/1 594/10
594/14 594/19 595/6 595/8
595/17 596/1 596/10 596/15
596/24 602/2 603/17 612/10
616/7 618/22 618/25 621/3
622/17 622/20 622/23 627/4
627/20
booming [1] 531/21
boss [1] 597/17
both [6] 536/5 536/19 560/24
565/10 571/3 611/14
bottom [12] 530/4 539/14
543/6 543/11 569/15 600/19
606/4 623/10 623/16 624/1
624/5 625/16
bought [2] 556/20 580/9
Brad [1] 627/17
Brandon [2] 565/9 616/11
break [10] 587/13 598/8
598/9 598/11 598/13 629/16
629/19 629/20 629/21
629/25
briefing [1] 545/17
briefly [3] 554/3 615/16
621/19
briefs [1] 550/1
broad [5] 533/3 541/6 555/20
588/17 591/24
broke [1] 550/23
Bruce [1] 587/3
Bryan [1] 593/15
budget [5] 572/15 575/11
575/23 576/8 578/16
budgets [1] 575/17
build [3] 591/1 619/22 627/16
building [2] 600/21 600/23
bunch [1] 549/21
business [15] 547/8 549/3
549/6 549/8 549/9 549/19
552/18 554/1 587/7 592/13
592/14 592/24 593/2 593/5
593/13
buy [5] 567/15 594/19 611/6
617/17 622/20
buyer [1] 618/7
buying [2] 559/17 622/21
buzz [1] 588/19

**C**

cachet [1] 574/19
calculated [4] 612/24 613/2
613/8 613/11
calculation [1] 570/9
calculations [2] 602/25 613/3
California [2] 526/20 547/7
call [3] 604/23 606/11 628/13
called [11] 545/18 547/3
549/12 555/2 557/18 557/19
557/25 573/17 579/15 586/3
615/16
calls [1] 628/14
calmest [1] 587/17

carried [5] 547/18 568/14
campaign [3] 616/17 616/22
617/4
campaigns [1] 616/8
can [65] 530/3 531/1 531/2
531/4 531/19 531/22 531/23
531/25 532/23 533/12
533/16 535/12 537/2 538/8
538/9 541/11 543/6 543/7
543/12 544/8 547/14 548/19
554/3 554/22 555/22 557/9
558/9 558/10 563/22 564/25
565/6 571/9 573/2 574/13
574/22 574/22 574/24
574/25 575/1 577/1 581/13
588/2 588/11 588/15 588/18
588/19 596/3 596/17 598/23
601/7 601/14 601/18 602/2
602/3 602/9 604/10 612/8
617/10 619/22 627/12 628/3
628/20 628/24 629/5 629/15
can't [5] 547/24 575/4 575/13
589/2 589/18
Canada [1] 580/13
Cantor [2] 527/2 529/11
529/19
capable [1] 572/10
care [3] 548/22 571/23
587/21
cared [1] 589/12
career [4] 544/25 584/2
593/9 594/1
Carolyn [1] 537/19
Carrie [1] 592/5
carry [1] 560/23
Carson [1] 534/11
case [13] 529/4 540/20
545/17 562/6 562/12 563/14
601/20 602/24 603/15 612/6
613/11 619/5 621/14
cases [2] 591/12 600/16
Cassandra [1] 546/11
catch [1] 594/14
categories [6] 540/19 541/7
545/21 547/7 558/24 628/1
category [6] 541/11 545/18
546/2 546/9 557/19 565/9
celebrities [1] 535/23
CEO [4] 579/11 580/4
597/11 618/11
certain [4] 570/7 574/23
602/14 618/19
certainly [5] 544/20 576/22
584/10 597/12 617/24
certify [1] 630/5
cetera [1] 531/15
chain [10] 537/19 542/16
581/6 604/7 605/21 607/11
607/18 608/19 619/13
620/21
Chairlift [1] 579/15
champion [1] 572/24
chance [2] 589/10 601/21
chances [2] 588/16 600/22
change [4] 531/4 563/13
563/17 601/7
changed [8] 552/11 559/22
563/10 566/15 566/16
566/17 615/4 615/23

check [1] 582/16
Cheiffetz [2] 610/25 611/14
chief [1] 606/8
child's [1] 545/24
children's [6] 545/14 545/16
545/20 545/21 545/25
556/19
Chinese [1] 556/18
choice [1] 551/9
choose [2] 554/10 555/22
chose [7] 542/4 544/6 544/23
549/19 553/24 561/13 577/5
Chris [3] 623/16 624/2
624/10
Christie [1] 529/23
chronology [1] 581/22
Cindy [1] 552/23
circumstances [2] 577/14
601/1
cited [1] 590/18
citizen [1] 584/24
civil [2] 526/3 529/4
claim [1] 535/12
Clare [2] 546/11 552/5
clarifications [1] 544/15
clause [1] 578/6
clear [2] 600/2 619/4
clearly [1] 530/4
close [1] 531/20
CO [2] 526/6 529/5
Coates [1] 553/16
colleague [1] 582/5
colleagues [2] 587/24 599/23
Colleen [9] 560/6 560/6
560/18 560/24 561/8 561/12
564/18 572/14 591/7
collegiality [1] 599/18
Collier [2] 526/14 629/15
COLUMBIA [1] 526/1
combination [1] 566/23
combined [2] 566/22 597/24
come [17] 536/15 550/16
552/18 556/14 571/16
576/10 578/8 588/16 589/5
589/6 591/6 592/25 598/18
614/19 620/6 629/22 629/25
comedian [1] 534/2
comes [2] 588/8 616/24
coming [2] 539/15 579/16
comment [1] 627/19
commented [1] 539/25
commission [1] 554/6
commit [2] 574/13 574/23
commitment [1] 585/1
committed [2] 584/22 585/6
common [2] 576/8 591/4
communicate [1] 581/1
community [1] 583/25
companies [7] 550/14 552/16
552/17 556/18 558/12
558/13 566/22
company [18] 532/20 541/4
552/22 556/16 565/21
565/23 570/7 576/23 578/9
584/20 584/21 584/25 585/3
585/4 585/5 585/8 591/2
597/24
compelling [3] 544/5 577/4

635

**C**

compelling... [1] 577/7
compete [11] 533/9 540/10 541/8 546/3 547/11 548/12 552/11 558/17 602/2 602/3 612/18
competed [6] 534/11 536/8 537/3 548/20 549/10 556/10
competes [4] 532/21 609/20 612/15 614/6
competing [5] 533/14 535/10 536/2 559/8 599/14
competition [9] 532/19 563/17 563/19 563/25 566/5 599/18 600/6 600/8 603/6
competitive [6] 561/3 586/5 586/6 586/17 586/20 596/2
competitively [1] 586/4
competitor [7] 532/24 532/25 535/1 535/3 541/3 555/25 556/2
competitors [3] 540/6 602/8 602/19
complete [1] 611/15
completely [4] 573/10 575/5 594/13 618/12
concluded [2] 612/7 612/9
conduct [1] 547/9
confidence [1] 565/22
confidential [1] 537/15
confounded [1] 589/20
confronted [1] 562/5
connected [1] 549/8
connection [3] 529/24 589/7 616/19
considered [2] 543/7 593/14
consisted [1] 594/10
consistent [2] 612/14 615/2
Constitution [2] 527/17 630/11
consummated [1] 597/14
Cont [1] 527/1
content [1] 530/21
context [1] 562/9
continue [2] 531/1 583/19
contract [4] 564/7 564/8 575/21 597/10
contradicted [1] 622/4
contributed [1] 570/6
control [4] 575/4 588/10 589/19 589/23
conveyed [1] 544/5
convince [1] 625/25
coordinate [2] 566/25 567/8
copies [3] 534/16 560/12 573/23
core [1] 593/2
corporate [1] 584/24
correct [74] 537/24 537/25 539/15 540/21 549/19 549/20 551/25 552/3 563/8 563/15 564/20 574/16 595/21 595/24 596/8 596/9 596/18 596/21 596/25 597/9 597/15 597/25 599/4 602/4 602/5 602/8 602/20 603/3 604/8 606/20 606/21 606/23 606/24 607/2 607/3 607/19 607/20 609/1 609/2 612/5

**D**

D.C [5] 526/6 526/16 527/10 527/18 630/12
Dallas [1] 527/14
Dan [1] 529/11
dangerous [1] 588/14

612/25 613/1 613/9 613/13 613/14 613/17 614/7 616/8 616/9 616/14 617/8 618/10 618/23 619/2 620/22 620/25 621/8 622/7 622/21 622/25 623/4 623/5 623/14 623/15 623/22 625/7 625/8 625/14 625/15 626/1 626/5
correctly [12] 599/25 600/23 605/1 607/24 608/18 611/8 611/12 614/12 621/5 623/21 624/9 624/21
correlated [2] 595/2 595/16
correlation [5] 589/25 590/8 590/13 592/10 592/12
correspond [1] 574/20
corresponded [1] 578/23
cost [3] 570/20 592/15 592/20
costs [1] 570/8
could [25] 531/7 531/9 537/13 537/13 544/3 545/5 554/8 559/14 560/15 564/8 564/9 564/10 574/19 577/25 578/18 580/23 581/4 593/18 593/18 596/23 606/11 617/9 622/6 627/6 629/17
couldn't [2] 566/23 574/15
counsel [5] 529/5 599/6 608/7 608/9 618/15
count [3] 558/2 583/10 603/8
counted [3] 530/8 585/25 586/9
country [2] 554/14 560/6
counts [2] 557/6 583/14
couple [6] 556/15 558/5 564/16 585/13 587/5 589/12
courses [1] 547/9
court [14] 526/1 527/17 530/4 533/8 569/22 598/17 609/8 614/18 617/15 620/4 620/6 626/17 629/4 630/11
courtroom [1] 580/19
cover [3] 540/18 540/19 540/19
create [4] 559/14 588/19 592/19 600/2
created [1] 557/17
creating [1] 555/22
creative [1] 597/21
credibility [1] 588/14
credit [2] 589/1 589/1
CROSS [2] 528/2 532/16
crossed [1] 561/3
Crown [5] 555/12 604/24 605/6 606/18 606/22
CRR [2] 527/16 630/10
cultural [1] 560/7
culture [3] 584/20 585/8
currently [6] 560/5 563/24 564/24 564/25 572/13 597/2
cutoff [1] 602/6

**D.C [5]** — see D.C above

Daniel [3] 526/9 527/2
529/9 529/19
data [1] 591/19
date [2] 581/21 613/22
dated [9] 599/3 604/7 605/22 607/11 608/20 610/14 619/14 620/21 625/13
Dave [2] 573/18 574/1
David [3] 533/1 551/11 627/18
Davis [5] 538/18 538/19 538/20 539/15 623/11
Dawn [5] 538/18 538/18 538/20 539/15 623/11
day [3] 559/20 579/23 581/24
dcd.uscourts [1] 630/12
dcd.uscourts.gov [1] 527/18
deal [5] 543/7 543/9 623/21 624/20 624/20
Dean [1] 561/14
Dear [1] 582/5
decade [1] 555/15
decide [3] 569/10 574/7 575/5
decided [1] 541/24
deciding [1] 607/22
decision [2] 539/3 578/5
decrease [4] 583/7 583/10 583/13 583/17
Defendant [1] 526/7
Defendant's [1] 538/6
DEFENDANTS [3] 526/17 527/2 527/5
defendants' [17] 528/16 537/14 538/1 542/7 542/24 543/4 581/4 581/9 581/14 598/23 608/16 609/23 610/5 611/25 612/6 612/9 627/6
defense [1] 575/10
defer [2] 595/3 599/22
define [1] 593/3
definitely [2] 539/23 583/6
deGrasse [2] 541/12 541/23
delighted [2] 582/21 583/3
deliver [1] 589/18
demand [2] 574/15 575/13
demarcates [1] 576/18
Department [3] 526/14 580/21 617/14
depends [5] 530/14 588/9 589/22 589/23 624/11
deposition [13] 529/22 530/6 530/17 562/6 562/12 580/16 580/17 613/19 614/24 615/23 615/24 628/15 628/17
depositions [1] 563/14
describe [1] 582/6
describing [1] 599/12
description [1] 532/23
design [1] 567/20
detail [2] 531/15 582/6
develop [1] 567/19
developing [1] 577/7
developments [3] 560/3 560/16 565/2
dictates [1] 578/12
did [62] 534/11 534/19

538/15 538/25 541/23 544/6 546/19 546/22 547/18 547/20 548/24 549/14 549/25 554/10 562/13 564/14 564/14 566/21 571/16 573/2 573/15 576/12 577/16 579/6 579/25 581/1 581/3 582/11 582/20 582/22 583/4 583/21 584/8 585/20 589/22 595/18 599/24 600/23 600/24 603/16 605/1 607/24 611/8 611/12 612/6 612/9 613/16 614/12 616/13 616/17 616/21 621/5 623/21 624/9 624/21 625/24 626/3 626/4
didn't [9] 544/8 551/2 562/17 580/25 587/21 592/3 609/14 621/4 629/10
diet [1] 547/15
difference [2] 616/2 618/13
differences [1] 587/14
different [18] 530/9 533/21 545/20 555/16 559/10 561/10 573/11 575/9 578/10 585/23 596/2 601/1 602/1 603/1 618/12 619/7 621/16 622/11
differently [1] 587/11
digitally [1] 592/22
digits [1] 571/14
direct [7] 528/2 534/3 539/25 552/25 558/16 579/2 615/19
direction [2] 562/10 593/9
directly [3] 566/11 598/5 602/4
disagree [3] 602/6 602/7 602/18
disappointed [2] 534/4 534/9
discourage [2] 600/15 600/16
discuss [1] 618/6
discussed [6] 537/23 567/24 597/20 598/6 610/20 613/6
discussion [3] 541/25 562/4 621/21
disintermediatation [1] 566/8
disintermediate [1] 566/10
disproportionately [1] 594/10
dispute [5] 603/3 603/4 612/12 613/3 613/12
disputed [1] 622/5
distracted [1] 560/17
distribute [3] 554/5 554/8 554/13
distributing [2] 553/24 570/20
distribution [4] 553/21 553/25 560/3 588/17
distributor [2] 554/13 558/21
DISTRICT [3] 526/1 526/1 526/10
divided [1] 543/15
division [3] 526/15 624/10 624/11
do [154] 531/4 531/4 531/9 533/7 533/21 534/5 534/24 535/10 537/20 539/14 539/19 540/1 540/2 540/18 540/24 541/25 542/16

636

**D**

do... [137]  542/21 543/25
545/11 545/13 545/13
546/16 547/5 548/14 549/10
550/4 550/7 551/2 553/2
553/7 553/11 553/21 553/21
554/7 555/25 557/5 558/2
558/3 558/7 558/7 558/19
561/19 562/11 562/19 563/4
563/11 563/19 564/10
564/25 565/15 566/14
566/19 566/25 567/12
567/14 567/15 567/16 568/3
569/1 569/7 569/7 569/7
569/7 569/10 569/11 569/17
570/2 570/13 570/15 570/22
570/25 571/24 572/24 573/4
574/10 574/25 576/8 577/7
577/11 577/11 577/17
577/17 577/21 577/23
577/25 578/1 578/13 578/24
579/4 581/6 582/10 582/15
582/17 583/7 583/10 583/20
584/15 586/1 586/3 586/10
586/16 587/9 587/10 587/19
589/5 589/17 590/18 591/25
592/15 592/16 592/20 593/3
594/11 594/21 594/24 598/2
598/7 599/10 599/20 600/2
601/18 602/18 602/24
603/10 606/11 607/10
608/10 609/14 610/25 611/6
613/16 614/9 614/21 614/24
615/3 615/8 615/20 615/25
619/4 619/23 620/6 621/23
621/25 623/11 623/17
623/23 624/3 624/13 624/17
627/4 628/20 629/17 629/24
document [9]  537/15 562/15
569/1 601/8 603/16 619/12
620/1 620/18 626/20
documents [13]  530/2 530/8
530/15 530/20 530/21 599/6
619/9 620/8 621/13 621/17
621/22 622/12 622/13
does [33]  530/25 533/9
536/1 536/3 539/7 540/10
541/8 543/19 545/25 545/25
546/3 547/11 548/12 551/16
551/17 553/25 558/17
562/14 563/16 564/22 570/5
570/9 570/18 572/15 572/22
578/8 589/5 589/6 591/10
596/23 597/17 622/23
627/22
doesn't [14]  544/9 558/4
559/16 573/6 574/17 574/20
576/10 589/16 592/20
593/24 614/23 615/1 618/25
621/23
Dohle [2]  597/19 598/4
doing [1]  581/21
dollar [2]  571/22 618/19
dollars [8]  549/18 574/5
574/10 574/14 574/23 593/6
593/7 593/14
don't [50]  529/18 531/4
541/20 542/21 543/25
547/16 549/6 550/9 550/13

**E**

e-book [1]  567/22
each [3]  558/14 578/10
599/14
earlier [1]  562/6
early [2]  557/22 591/14
earn [2]  576/14 590/20
easy [1]  533/7
economists [1]  595/4
ecosystem [1]  618/7
edit [3]  530/22 530/24 531/3
edited [2]  579/13 589/14
editions [2]  592/19 592/21
editor [15]  539/15 542/20
576/20 579/10 580/4 583/1
584/11 589/6 589/8 592/1
601/14 606/6 606/8 611/2
628/16
editors [12]  558/5 558/7
558/23 578/1 583/23 599/22
600/9 600/14 601/1 601/15
618/18 627/24
educated [1]  618/12
effect [5]  540/20 566/21
566/23 600/6 619/5
efficiency [1]  601/6
Eighth [1]  526/19
either [5]  550/1 570/23
578/12 594/16 628/20
elaborate [2]  571/17 571/25
elation [1]  582/8
electric [1]  594/18

else [12]  531/9 545/1 556/3
564/22 574/15 586/25 587/4
592/12 592/17 597/4 601/6
602/15
else's [1]  575/9
email [75]  537/19 538/16
538/22 539/24 542/16
543/18 543/21 543/22
578/17 580/7 581/6 582/11
590/25 592/21 599/3 604/7
604/7 604/16 604/17 604/20
605/9 605/21 605/21 606/3
606/9 606/18 606/25 607/11
607/11 607/18 607/19
607/21 607/22 608/19
608/19 608/22 609/3 609/3
609/19 610/11 610/11
610/16 610/24 610/24
611/10 611/14 617/7 617/13
617/19 618/5 618/10 619/4
619/13 619/14 619/16
619/17 619/20 620/20
620/20 620/25 621/2 623/3
623/11 623/16 623/23 624/1
624/7 624/13 625/6 625/13
625/18 626/5 627/5 627/9
627/20
emails [4]  530/2 534/3
575/25 617/6
embraced [1]  573/14
employees [2]  566/25 582/8
encouraging [1]  627/24
end [5]  541/23 594/12
619/15 628/19 628/21
endorses [1]  536/6
ends [4]  560/11 569/21
569/23 619/15
energy [1]  588/1
enough [7]  546/10 586/24
596/8 596/17 618/25 621/23
625/24
enterprise [1]  600/3
entertaining [1]  545/2
enthusiastic [1]  599/23
entire [2]  544/25 565/23
entirely [1]  580/24
entitled [1]  630/7
entrants [3]  554/21 555/7
556/15
entrepreneurial [1]  597/22
episodes [1]  610/19
equanimity [1]  588/8
especially [1]  600/22
Esquire [14]  526/12 526/12
526/13 526/13 526/14
526/17 526/18 527/2 527/2
527/5 527/8 527/9 527/12
527/12
establish [1]  550/3
established [2]  588/4 599/23
estimations [2]  569/5 574/4
et [3]  526/6 529/5 531/15
et al [1]  529/5
et cetera [1]  531/15
even [9]  559/2 559/16 560/7
577/19 578/11 593/6 601/14
601/22 622/5
events [1]  588/9

every [6]  559/20 576/20
576/21 576/24 591/11 597/1
everybody [3]  575/9 575/15
612/18
everyone [1]  588/23
everywhere [1]  558/9
evidence [15]  538/6 543/4
568/21 578/24 581/14
590/25 605/17 607/8 608/5
610/5 611/25 625/2 626/11
627/7 629/14
evolve [1]  563/19
exactly [3]  547/24 549/7
571/25
examination [5]  532/16 553/1
595/12 603/19 627/1
examined [1]  532/14
example [6]  541/11 551/6
572/11 574/25 590/9 601/13
examples [12]  533/12 534/10
546/6 547/14 548/19 549/10
550/21 551/18 557/9 565/17
573/3 604/1
Excellent [1]  579/18
exchange [1]  578/17
exclusive [3]  596/12 602/22
628/7
exclusively [1]  589/9
exclusives [1]  628/1
excuse [1]  552/10
executive [1]  542/20
exhibit [17]  537/13 537/14
538/2 542/7 542/8 542/16
542/25 568/2 568/3 568/17
578/15 578/18 581/5 581/10
620/9 622/3 627/6
Exhibit 154 [2]  581/5 581/10
Exhibit 54 [2]  542/8 542/25
Exhibit 577 [1]  568/17
exhibits [6]  528/8 528/16
529/24 575/10 577/3 577/4
existing [2]  557/5 557/9
expand [2]  557/6 558/2
expanded [3]  557/10 557/13
557/17
expect [7]  574/14 574/18
574/22 594/21 594/24
595/23 597/24
expectation [2]  576/13 590/3
601/25
expectations [1]  592/11
expenses [2]  570/20 571/7
expensive [1]  573/19
experience [9]  534/17 540/22
558/8 563/22 563/24 566/13
584/8 588/8 590/5
experiences [2]  576/22 584/1
expert [5]  602/24 612/6
612/9 613/2 613/11
explain [2]  554/3 572/1
exploded [1]  573/22
express [1]  546/19
expressing [1]  582/8
extension [1]  567/21
extent [1]  599/13
extra [1]  578/2

**F**

face [1]  583/22
fact [4]  567/23 574/9 576/20 612/14
factor [3]  570/9 572/9 577/5
factors [6]  575/25 578/4 578/4 578/7 589/23 596/15
fair [41]  562/8 563/13 576/4 576/15 597/7 597/23 598/5 599/14 600/12 600/14 601/3 601/11 601/15 601/23 603/6 603/12 603/17 603/18 603/21 603/25 604/18 605/4 605/7 605/11 605/22 606/7 607/12 609/12 609/17 609/21 611/16 612/4 613/4 613/5 613/6 614/5 617/4 617/19 618/20 619/18 622/18
fairly [1]  591/4
faith [1]  541/17
fall [4]  551/23 572/23 573/4 573/4
false [1]  588/12
familiar [2]  548/4 548/15
famous [3]  573/8 587/10 587/17
Fan [1]  537/4
fantasy [3]  556/20 559/1 565/8
far [2]  539/21 620/8
farm [5]  549/23 550/8 550/11 550/12 550/14
Farrar [2]  535/4 535/7
fast [3]  551/4 578/10 578/11
favor [1]  620/7
February [6]  562/19 613/24 613/24 614/24 615/7 615/24
February 15 [1]  613/24
February 17 [2]  562/19 613/24
feel [4]  531/20 531/22 576/22 619/21
feeling [1]  582/17
fell [1]  573/10
felt [2]  561/6 564/9
fevered [1]  627/14
few [4]  544/9 552/18 561/23 564/16
fewer [2]  602/7 602/19
Fiber [4]  547/17 547/18 608/13 608/23
fiction [18]  532/25 533/2 535/5 535/10 541/5 556/20 557/13 557/17 557/20 558/25 559/1 559/3 559/4 559/6 565/8 580/9 580/14 619/21
Fifth [1]  526/15
figure [9]  534/23 541/22 547/24 561/18 569/11 573/5 575/7 592/10 593/22
figures [9]  533/15 537/12 555/20 555/21 562/1 568/10 570/23 592/1 602/14
final [1]  539/4
finally [1]  594/21
financial [1]  549/7
financially [1]  556/17

find [2]  526/8 558/1
558/10 558/11 580/10 614/9 614/24 615/8 615/20 615/25 627/24
fine [2]  587/19 600/8
finish [1]  592/4
firms [1]  612/24
first [21]  530/10 538/8 539/12 540/24 543/6 550/24 552/2 555/1 560/12 571/10 579/6 584/20 587/13 591/8 606/18 610/17 615/21 617/7 617/10 619/12 624/5
Fishbein [18]  527/5 528/6 529/14 532/12 577/2 601/9 603/5 603/8 603/16 610/20 612/21 613/6 613/15 617/22 620/5 621/25 622/8 626/18
five [3]  530/2 573/5 592/1
fixed [4]  570/7 570/19 571/7 629/18
Flatiron [1]  535/21 535/25 557/18
Fletcher [1]  529/23
flip [1]  568/23
Floor [2]  526/19 527/14
FLORENCE [1]  526/9
flow [2]  530/17 530/19
flows [2]  530/6 530/12
Flynn [1]  555/14
focus [4]  540/17 540/21 604/20 606/3
focused [2]  580/5 580/6
Focusing [1]  607/21
follow [3]  545/23 577/1 595/14
following [6]  529/1 530/11 535/13 536/5 566/11 572/19
followings [2]  555/20 555/21
follows [1]  532/15
fool [1]  575/3
foot [1]  587/12
force [5]  573/10 573/14 594/16 619/1 621/23
foregoing [1]  630/5
forever [1]  551/4
forged [1]  600/4
forget [1]  610/16
former [2]  536/15 552/23 555/11
forthcoming [1]  579/14
forward [2]  566/4 620/10
found [2]  580/3 611/5
foundation [1]  550/4
foundational [1]  550/25
founders [1]  553/4
four [2]  565/12 612/19
fourth [2]  539/18 604/20
Fox [1]  555/2
Foxx [2]  533/23 534/7
free [1]  564/25
freedom [1]  597/22
freeze [1]  584/5
frequently [4]  574/9 609/20 611/15 612/3
Frerich [4]  542/17 543/18 543/22 543/22
frustrated [2]  534/4 534/9
FSG [6]  535/4 535/7 535/19

full [1]  573/24
funny [4]  533/25 534/2 587/15 593/4
further [3]  532/14 596/8 626/13

**G**

gallery [2]  532/2 607/24
galvanizing [1]  594/18
game [1]  601/24
gears [1]  566/12
general [11]  533/20 536/24 541/20 547/21 558/24 561/17 561/24 571/13 576/12 602/7 602/19
generally [7]  534/21 537/10 546/25 549/16 563/17 580/8 622/23
generation [1]  553/9
generous [3]  550/13 587/23 587/24
genre [1]  540/17
genres [1]  540/18
get [23]  531/14 544/13 550/12 550/12 554/14 567/12 567/12 573/8 575/1 575/1 580/17 581/18 587/12 587/12 588/2 590/8 592/7 595/18 604/5 613/16 613/21 616/14 629/17
gets [1]  575/15
getting [5]  532/1 556/7 560/2 578/16 589/10
giant [1]  545/15
Gillian [1]  555/14
Girl [1]  555/13
girls [5]  565/20 565/22 616/13 616/15 617/1
Giroux [2]  535/4 535/7
give [16]  532/23 541/11 541/20 547/14 548/19 557/9 565/21 570/5 571/10 573/2 581/18 604/5 613/21 618/18 618/21 624/1
given [3]  539/3 559/11 580/2
gives [2]  559/12 585/9
giving [3]  571/9 571/13 627/9
Gladwell [1]  533/1
glam [6]  575/11 575/17 575/23 576/8 578/6 578/16
glamorous [1]  576/11
go [27]  533/7 537/8 538/16 539/12 549/19 551/14 558/1 559/13 563/4 564/15 565/6 566/10 578/4 580/24 586/23 589/16 596/23 597/4 602/18 604/2 619/5 619/22 620/12 620/16 621/4 621/14 627/24
goal [1]  571/11
goals [1]  570/22
goes [7]  563/13 583/8 583/11 597/9 597/23 598/4 620/10
going [39]  529/22 531/24 532/18 533/4 533/19 533/20 537/22 540/14 540/15 541/23 542/9 542/12 551/22 566/3 566/12 568/2 568/10 568/16 574/5 576/14 576/18

583/17 584/4 585/1 587/9 589/11 594/5 594/5 597/3 597/6 608/7 616/5 622/12 625/21 629/9
gone [6]  550/17 555/13 557/19 566/18 593/7 593/9
good [28]  529/2 529/3 529/8 529/9 529/12 529/13 529/16 532/2 532/8 532/9 544/9 558/5 565/19 572/7 576/20 582/17 584/18 584/24 585/8 595/10 598/16 600/22 601/5 616/13 616/15 616/16 617/1 619/21
Goodwin [1]  627/18
got [11]  529/23 560/17 569/18 582/15 589/8 593/5 593/12 598/14 604/13 604/23 617/12
government [8]  529/22 531/1 531/2 534/3 539/24 578/21 628/13 628/14
government's [4]  602/24 613/2 613/11 613/20
grade [1]  545/22
Graham [2]  623/23 624/13
Grau [10]  552/20 552/21 552/22 552/23 553/4 553/8 553/17 554/8 554/20 554/22
great [4]  535/4 535/14 550/14 590/14
greater [1]  601/21
greatest [1]  590/23
Grey [1]  560/8
gross [5]  570/2 570/6 570/10 570/23 571/5
group [3]  579/9 605/3 628/16
grow [1]  583/19
growth [2]  545/24 583/18
guarantee [1]  574/9
guess [6]  550/1 578/16 593/15 595/5 595/8 629/4
guidance [1]  577/20
guidelines [1]  627/9

**H**

Hachette [14]  532/20 532/20 532/23 533/9 533/15 534/8 534/10 534/20 540/8 540/12 557/16 564/23 573/13 624/18
had [47]  533/25 534/16 539/25 540/14 542/4 544/15 549/12 550/22 550/23 551/24 552/2 553/14 554/25 556/22 560/23 561/4 562/7 562/9 564/5 564/10 564/11 566/23 573/15 573/19 573/20 579/13 580/2 580/2 584/2 588/21 588/22 589/12 589/13 589/14 590/11 592/1 594/10 600/3 605/24 611/11 615/11 616/1 616/7 618/11 617/3 621/15
hadn't [2]  617/23 617/24
half [2]  590/19 628/17
hand [1]  629/5
hands [2]  580/10 587/19
happen [5]  551/16 551/17

H
happen... [3] 559/16 572/23
591/10
happened [4] 539/1 561/22
584/3 622/22
happens [6] 580/19 591/11
591/11 591/18 594/20
594/20
happy [1] 598/9
hard [4] 576/24 578/9 578/11
589/18
harder [1] 588/2
harm [3] 583/5 618/6 618/6
Harper [1] 624/18
HarperCollins [3] 540/7
540/11 628/16
Harry [1] 557/11
Harvard [5] 549/3 549/6
549/7 549/19 603/10
Harwood [1] 527/13
has [32] 531/12 535/25
536/5 536/8 552/10 552/10
552/13 555/16 555/19 556/4
556/12 557/16 557/18
559/21 559/22 560/24 561/2
572/19 574/19 585/1 585/4
589/10 589/20 594/10
594/24 596/11 597/19 600/6
615/4 622/9 622/22 626/12
hasn't [1] 556/14
hate [1] 624/1
have [180] 530/22 530/24
531/3 531/4 531/6 532/3
532/25 535/3 535/6 535/11
535/12 536/19 539/18 540/7
540/8 540/14 541/6 542/1
542/4 544/8 544/8 545/4
545/5 545/10 545/16 545/17
546/7 546/9 547/3 547/4
547/7 547/13 549/21 549/22
549/24 550/16 551/6 551/9
551/12 552/17 553/8 553/10
553/11 553/14 553/25
554/22 554/23 555/20 556/6
556/9 556/10 556/12 556/18
557/5 557/13 557/14 558/10
558/23 558/23 558/23
558/24 558/25 559/1 559/1
559/2 559/4 559/4 559/5
559/15 559/17 559/25
560/10 561/4 561/13 562/14
562/20 562/21 563/2 563/10
565/19 566/11 566/14
566/15 566/16 566/17
566/18 566/21 567/4 567/24
569/14 569/17 570/11
570/19 570/22 571/5 571/15
572/3 572/4 572/5 572/6
572/15 573/23 574/8 576/10
577/20 580/17 582/6 582/8
582/11 583/7 583/10 583/13
583/18 583/20 583/23 584/2
584/15 585/25 586/9 587/5
587/7 587/7 587/18 588/1
588/17 588/21 588/22 589/4
589/16 589/20 590/15
590/22 590/24 592/17 593/7
593/7 593/8 593/9 593/25

597/22 597/24 598/7 599/23
600/8 602/22 606/13 607/14
608/7 608/15 612/2 612/17
612/17 614/21 614/23
615/22 616/19 618/25 619/6
619/21 619/25 621/4 621/15
621/21 621/23 622/10 623/6
624/2 624/17 624/19 624/20
625/9 625/24 626/20
haven't [9] 583/16 590/16
597/18 598/1 598/6 612/24
613/8 613/10 617/3
having [4] 532/14 555/13
585/4 624/12
Hay [8] 547/3 547/11 548/3
603/9 608/10 608/25 609/17
609/20
he [55] 533/25 533/25 534/1
534/13 534/14 534/16
541/13 541/24 550/22 551/1
551/1 551/3 562/14 564/7
564/7 564/8 564/9 564/9
564/10 564/10 564/11
565/11 565/11 565/13
573/18 573/23 576/21 580/6
580/7 587/4 589/9 589/10
589/10 589/11 589/13
589/14 591/7 597/19 614/22
615/8 615/11 615/20 615/25
616/1 616/17 616/21 621/13
621/20 622/6 622/10 623/19
625/21 626/2 626/3 626/21
he's [15] 533/25 544/24
551/12 565/9 579/17 580/12
587/23 589/8 589/17 615/6
615/7 615/10 615/11 620/10
625/21
head [1] 579/9
health [1] 548/22
hear [6] 531/19 531/22
531/25 549/25 577/16
629/10
heard [16] 543/23 544/3
545/17 547/3 549/22 551/1
564/11 564/12 564/13 566/7
573/12 574/8 584/13 589/4
592/17 594/24
hearsay [3] 530/1 530/13
531/3
help [5] 555/23 567/20
606/11 629/1 629/15
helping [1] 572/10
her [20] 529/24 537/5 537/5
539/18 539/21 539/23 545/4
545/7 551/23 555/23 560/6
560/9 560/11 560/25 573/21
573/21 604/21 606/9 608/22
624/1
here [8] 539/7 543/8 550/4
557/13 562/16 582/12
617/11 625/5
here's [1] 589/24
hereby [1] 630/5
hesitating [1] 586/21
high [14] 533/2 535/9 537/12
547/17 547/18 586/11
590/12 591/11 596/8 596/17
608/12 608/13 608/23

high-priced [1] 586/11
higher [11] 547/24 593/11
601/14 601/14 601/18
601/22 601/22 602/8 602/9
602/19 611/15
highest [1] 572/15
highlighted [1] 606/13
highly [2] 552/23 564/5
hilarious [2] 575/12 575/13
Hilary [1] 607/23
him [9] 550/23 578/17 579/2
582/25 583/2 589/16 622/6
624/11 626/21
hired [1] 558/10
hiring [1] 558/14
his [25] 533/14 534/15
534/16 534/17 534/18
541/16 544/24 550/24
561/15 564/8 565/9 565/12
579/14 579/16 580/4 580/15
582/13 582/13 582/14
587/24 589/17 613/3 622/6
624/11 626/3
hit [1] 557/21
hold [7] 533/19 562/25
562/25 562/25 579/7 591/4
606/12
Holt [1] 535/5
home [2] 535/4 539/4
honor [46] 529/3 529/9
529/13 529/18 530/1 530/3
530/7 530/8 530/13 530/20
531/6 531/19 532/6 537/16
538/1 542/12 542/24 544/11
556/22 568/19 581/9 581/16
598/10 598/21 599/22
605/24 607/6 607/14 608/3
611/20 615/6 615/16 616/4
619/8 620/11 621/19 622/3
623/7 625/9 626/12 626/21
628/9 628/14 629/2 629/10
629/16
HONORABLE [1] 526/9
hoops [1] 577/15
Hoover [10] 560/6 560/6
560/18 560/24 561/12
564/18 566/2 572/12 572/14
591/7
Hoover's [1] 561/8
hope [1] 623/20
hopes [1] 592/1
hoping [1] 594/8
horror [1] 561/15
hot [3] 560/18 560/18 577/6
hottest [1] 560/5
Houghton [1] 584/4
hour [1] 628/17
hourly [1] 559/19
hours [1] 589/9
house [50] 526/18 527/3
529/10 534/5 540/1 540/3
540/11 547/3 547/11 548/3
552/24 553/5 553/19 553/20
555/11 556/16 565/10
566/19 567/9 576/1 579/3
580/5 580/6 580/10 580/13
581/25 582/2 582/9 583/4
584/16 584/23 594/24

Filed 12/09/22 Page 113 of 126

high-priced

603/20 603/24 605/4 605/6
605/11 606/22 607/1 607/23
608/10 608/25 609/17
609/20 617/17 621/7
houses [1] 572/23
how [30] 530/14 531/12
535/15 535/17 536/4 537/2
543/13 549/3 552/14 553/21
555/17 566/17 569/5 570/9
574/5 576/8 580/5 580/13
584/15 589/19 589/25
590/13 591/10 592/8 592/10
593/3 601/17 612/2 621/21
627/4
huge [3] 536/5 559/12
572/19
humility [1] 589/21
humorous [1] 543/10
humorously [1] 580/15
hundred [2] 593/13 593/20
hundreds [1] 591/24
hurt [2] 584/6 584/9

I
I'll [2] 544/22 609/9
I'm [32] 543/22 551/4 556/4
560/17 562/23 563/3 568/9
577/1 581/15 588/25 589/4
590/3 590/8 592/7 592/10
593/21 601/24 604/6 606/14
609/9 609/25 610/10 611/20
612/7 620/5 623/13 624/2
625/5 625/21 627/17 628/24
629/10
I've [2] 569/18 587/15
I-N-D-E-X [1] 527/20
idea [8] 533/25 555/24
571/10 588/11 602/7 602/19
611/11 621/22
identical [1] 604/25
identification [1] 619/12
identified [1] 620/2
identifies [1] 608/25
ignorant [1] 580/24
Ihan [1] 526/12
illustrative [1] 533/12
imagine [2] 580/8 580/14
immediately [1] 584/3
impeach [2] 621/20 621/24
impeaching [2] 621/12
621/17
impeachment [4] 614/15
620/11 620/15 622/3
implies [1] 593/21
importance [1] 553/2
important [3] 539/5 559/18
600/1
importantly [1] 530/8
imprint [12] 535/16 535/21
535/25 538/21 556/19
556/19 557/17 557/25
558/25 559/1 611/3 621/7
imprints [12] 535/6 555/22
558/24 558/24 599/13
600/21 600/23 601/2 605/10
606/23 607/1 612/21
inadmissible [2] 530/20
530/21
Inaudible [4] 579/12 614/17

**I**

Inaudible... [2] 620/3 626/16
incident [1] 566/3
inclined [1] 580/8
include [3] 546/1 625/22 626/4
including [2] 541/5 623/14
income [5] 570/12 570/24 571/5 571/7 571/11
inconsistent [3] 614/23 615/14 615/21
increase [1] 558/2
independent [13] 548/10 554/24 560/19 560/19 560/20 560/23 561/1 561/5 561/6 561/9 575/5 592/18 597/21
indicated [1] 593/8
indirectly [1] 598/5
industry [4] 553/8 557/6 564/1 590/5
information [1] 568/13
informed [1] 584/1
infrastructure [1] 572/4
Ingram [7] 553/23 553/24 554/11 554/12 554/12 554/13 554/16
initiative [1] 600/3
Ink [1] 538/20
innovate [1] 555/19
inspirational [1] 534/16
instances [4] 530/9 603/19 603/20 603/23
instant [1] 536/7
instead [3] 531/8 546/24 548/23
intelligently [1] 557/19
intended [1] 544/15
intensity [1] 578/12
intensive [1] 576/19
interest [2] 546/20 577/6
interested [6] 533/24 541/18 541/19 544/19 587/2 590/4
interesting [4] 531/22 574/7 587/5 624/18
internal [4] 577/20 599/18 600/6 600/8
internally [1] 570/22
international [2] 559/3 559/6
internet [3] 565/2 566/7 566/10
interruption [6] 569/22 609/8 614/18 617/15 620/4 626/17
interview [1] 598/2
introducing [1] 621/13
invest [1] 585/9
investment [1] 558/6
involved [3] 558/1 582/25 583/1
ironic [2] 580/8 580/15
ironically [1] 580/14
irony [1] 580/8
Irving [10] 575/22 578/16 578/24 581/1 581/7 582/10 582/13 582/24 583/3 617/8
Irving's [1] 579/10
is [347] 529/4 529/21 529/22 530/4 530/10 531/3 532/20 534/13 535/1 535/4 535/7

537/5 537/13 538/3 538/11
538/18 538/21 538/22
538/23 539/15 539/18
539/21 540/3 540/17 540/21
541/2 541/4 541/13 542/8
542/19 542/22 543/25 544/1
544/21 544/22 545/2 545/7
545/14 545/15 545/16
545/20 545/21 546/4 546/11
546/11 546/12 546/15
548/17 549/3 552/2 552/7
552/20 552/21 552/22
553/15 553/19 554/4 554/12
554/12 554/13 554/16 555/8
555/10 555/15 555/19 556/16
556/16 556/17 557/11
557/18 557/20 558/4 558/13
558/20 558/22 559/7 559/9
559/18 560/6 560/6 560/12
560/13 560/18 560/20
560/20 560/22 560/22 561/2
561/5 561/14 562/7 563/7
563/7 563/13 563/16 563/18
563/25 564/4 564/19 565/5
565/6 565/7 565/9 565/20
566/3 567/17 567/18 567/21
567/22 567/22 567/23
567/24 568/3 568/5 568/13
568/23 569/1 569/3 570/6
571/7 571/11 572/8 572/12
572/12 572/18 573/6 573/6
574/7 575/5 575/9 575/24
576/2 576/8 576/13 576/15
576/17 577/19 578/6 578/9
578/9 578/10 578/11 578/16
578/20 578/23 579/16 580/7
580/8 580/9 581/15 582/5
582/6 583/16 583/19 584/1
584/20 584/21 584/21
584/22 584/23 585/5 585/6
585/23 586/5 586/21 587/1
587/9 587/10 587/11 587/19
588/12 588/21 589/1 589/25
590/13 590/24 590/25 591/3
591/4 591/12 592/10 593/4
593/23 594/8 594/16 594/18
595/1 595/2 595/20 596/7
596/8 596/8 596/12 596/16
596/18 596/21 596/24 597/1
597/9 597/13 597/14 597/24
598/5 598/24 599/3 599/4
599/7 599/14 600/14 601/2
601/11 601/15 601/20
601/23 602/4 602/8 602/11
602/20 603/3 603/6 603/11
603/17 603/21 603/24 604/7
604/8 604/17 604/17 605/3
605/3 605/4 605/6 605/6
605/11 605/21 605/22
605/22 606/6 606/6 606/9
606/19 606/23 607/1 607/10
607/12 607/18 607/19
607/22 608/17 608/19
608/20 608/23 609/1 609/4
609/6 609/11 609/12 609/20
610/7 610/11 610/11 610/12
610/14 610/17 610/20
610/22 610/24 611/2 611/16
611/19 612/4 612/12 612/15

613/8 613/13 614/7 615/5
615/14 615/21 616/8 616/11
617/4 617/8 617/11 617/19
617/23 618/5 618/8 618/10
618/10 618/15 618/19
618/23 619/2 619/3 619/14
619/16 619/17 619/17
619/21 620/20 620/21
620/21 620/24 620/25 621/7
621/7 621/12 621/20 621/22
622/18 622/21 622/24 623/3
623/3 623/13 623/14 623/19
624/10 624/19 625/6 625/7
625/13 625/13 625/18
625/22 626/1 626/2 626/5
627/10 627/19 627/20
627/24 628/1 628/4 628/7
628/8 628/19 628/25 629/2
629/4 629/5 629/8 630/5
Isaacson [1] 627/18
isn't [3] 559/13 575/22 597/12
issues [1] 580/22
it [179] 530/14 530/19
530/25 531/14 531/23
531/24 532/2 533/14 533/18
533/21 533/25 534/2 534/23
536/3 536/6 537/5 537/5
537/7 537/12 537/12 539/7
539/10 539/17 539/17
541/15 541/16 541/16
541/22 542/22 543/9 543/15
544/2 544/6 544/8 544/9
547/15 547/17 547/23
547/23 547/23 547/25
548/24 549/2 549/8 550/1
550/24 551/2 551/2 551/21
552/13 554/6 555/2 555/17
556/10 556/13 558/4 558/4
559/10 560/1 560/11 560/14
561/18 562/3 562/16 562/21
563/2 563/13 564/10 564/16
565/25 567/20 567/20
568/20 568/23 568/23
569/15 569/17 569/20
569/23 571/11 571/12 573/5
573/6 573/14 573/17 573/18
573/21 573/21 574/1 574/1
574/2 574/10 574/17 574/17
574/18 574/19 574/19
574/19 576/10 577/25 578/8
578/17 578/20 578/21
578/25 579/16 579/17
579/23 579/23 580/5 582/6
582/6 582/13 582/16 582/23
583/25 584/6 584/12 584/18
587/25 588/3 588/4 588/6
588/24 589/5 589/6 589/13
589/16 590/6 590/6 590/13
590/17 591/11 591/11 592/3
592/9 592/10 592/19 593/18
593/18 593/24 594/7 594/17
594/19 595/4 595/5 596/17
597/11 598/1 598/6 598/14
599/15 599/17 600/15
600/16 600/20 602/6 604/13
606/13 607/15 608/12 611/5
613/23 614/23 615/19

617/23 619/1 619/4 621/21
622/4 623/7 624/17 624/17
627/22 628/8 628/20
it's [89] 531/22 531/23 532/2
537/14 538/17 538/17 542/7
550/13 550/17 550/25
552/15 555/23 556/13
557/20 558/6 559/4 559/19
559/19 560/13 562/14
562/16 563/1 563/1 564/2
564/2 565/20 565/22 565/22
568/2 568/24 569/4 570/7
572/14 573/1 573/24 575/19
575/20 576/10 577/6 578/18
578/20 578/20 578/24
579/16 581/4 582/1 582/7
585/2 585/8 585/8 586/1
586/18 586/19 587/1 588/24
588/25 589/18 591/24 592/3
592/4 592/14 593/4 594/3
594/4 594/4 594/5 595/8
597/7 597/10 597/12 597/23
599/2 600/12 601/5 601/5
602/14 606/9 606/11 613/20
613/23 614/6 616/2 616/15
619/13 620/11 620/14 622/5
627/5 629/21
its [5] 555/17 584/22 584/23
628/13 628/14
itself [2] 529/25 555/17

**J**

Jamie [2] 533/23 534/7
Janet [1] 582/14
Jeffrey [1] 526/13
Jiayang [1] 537/4
job [1] 598/2
John [10] 526/12 529/7
575/22 578/24 579/10 581/7
582/13 582/24 583/3 624/16
joke [1] 617/20
JONATHAN [2] 528/4 532/13
joyride [1] 587/20
judge [7] 526/10 554/3
571/18 571/21 576/12
595/14 627/3
judge's [1] 572/22
judgment [1] 590/4
Julia [1] 610/25
Julie [1] 552/22
July [2] 604/8 615/25
July 29 [1] 604/8
jump [1] 577/15
June [2] 607/11 625/13
June 18 [1] 607/11
June 25 [1] 625/13
just [78] 530/19 531/9 533/20
534/21 536/24 537/10
543/11 543/23 544/3 544/9
546/14 546/25 550/17
552/25 553/15 554/3 554/25
556/7 556/24 558/20 561/17
561/24 563/2 564/10 566/1
566/9 569/20 571/4 571/10
572/23 573/22 574/19 575/7
576/3 576/24 578/1 578/2
578/15 580/2 585/13 585/20
586/5 586/6 586/7 587/5
587/11 587/12 587/19 589/8

**J**

just... [29] 590/8 591/17
592/7 592/10 593/1 593/22
593/24 594/3 594/14 594/15
595/7 595/19 597/13 599/2
599/17 600/10 601/5 602/14
604/10 604/14 604/23
606/17 607/10 615/11
619/13 620/6 620/20 621/10
622/6
Justice [3] 526/14 580/22
617/14

**K**

KARP [39] 528/4 531/18
532/8 532/13 533/4 533/16
537/19 542/8 543/6 544/6
544/13 548/4 556/21 557/5
559/7 559/21 565/15 566/12
566/25 568/24 571/15
572/11 574/4 579/20 581/6
581/21 583/7 584/15 585/11
585/15 598/23 599/3 609/12
619/14 621/12 622/9 626/13
627/3 628/11
Karyn [1] 607/23
Kearns [1] 627/18
keep [1] 536/22
keeps [1] 594/16
Kelley [1] 526/14
Kennedy [2] 605/21 605/22
Keto [4] 547/17 547/19
608/13 608/23
KGAA [1] 526/6
Kickstarter [12] 565/6 565/11
565/13 565/17 565/17
565/25 566/1 616/7 616/17
616/22 616/24 617/4
Kickstarter-like [1] 565/17
Kim [1] 526/12
kind [10] 541/15 543/9 553/7
571/23 575/3 575/19 588/7
597/21 619/21 619/22
King [1] 587/21
knew [1] 539/17
Knopf [2] 550/22 551/1
know [71] 534/24 540/14
540/24 545/11 547/5 548/9
549/6 550/4 553/21 556/6
556/11 556/22 556/25 557/1
557/21 558/4 558/9 559/16
563/25 566/7 569/1 569/14
573/5 573/7 574/2 574/17
576/18 576/22 576/24 577/6
577/24 577/25 579/25 582/3
584/7 586/15 586/22 587/15
587/16 588/13 588/24
589/14 590/2 590/24 592/3
592/15 592/17 593/1 593/6
594/15 594/23 596/16
598/24 602/12 602/12
602/13 604/4 605/19 609/14
609/24 613/20 618/3 619/6
620/8 621/11 621/14 623/19
624/16 626/2 626/3 628/3
knowing [1] 602/23
knowledge [4] 550/6 580/21
616/18 616/24
known [6] 548/4 553/10

**L**

labor [1] 536/17
landscape [3] 552/10 552/11
552/15
large [1] 555/20
larger [3] 584/25 601/17
618/6
largest [3] 556/18 579/3
595/20
last [17] 552/18 552/18
556/15 561/22 561/23
573/18 573/23 579/15 589/8
591/7 594/9 595/14 603/21
603/24 604/21 610/17
613/23
late [3] 531/7 557/21 574/7
later [2] 529/21 618/10
latitude [1] 583/23
launched [1] 554/25
Laura [2] 573/18 574/1
laureates [1] 535/14
law [1] 580/24
lead [1] 601/18
Leah [1] 604/21
learn [1] 538/25
least [6] 530/8 584/11 585/19
594/22 600/15 616/10
leave [1] 617/3
left [4] 532/18 580/11 584/11
584/11
legal [1] 551/19
less [2] 586/1 618/22
let [52] 534/24 537/13 540/17
540/9 540/24 542/7 545/10
552/25 558/16 568/2 572/11
580/20 585/13 595/14 596/1
596/10 597/5 597/13 598/24
599/9 600/17 601/7 602/1
602/18 604/4 604/4 604/10
604/20 605/19 606/3 608/16
609/23 609/24 610/7 611/18
612/20 613/19 613/20 617/6
618/1 618/3 618/14 618/18
619/12 620/1 620/18 621/19
623/1 623/10 624/16 625/4
625/16
let's [9] 531/14 568/8 580/19
596/5 598/11 599/17 604/2
604/11 629/24
letter [2] 582/5 582/7
level [15] 537/10 538/9 539/8
549/16 556/11 576/17
576/18 577/19 577/19
578/11 580/21 590/2 595/2
605/1 612/19
levels [8] 533/10 566/14
566/21 602/8 602/9 602/20
604/11 611/16
leverage [2] 588/5 588/6
Lewis [4] 544/22 544/24
550/21 550/22
Lexington [1] 527/6
Liar's [1] 550/24
Liate [1] 628/15
Libby [1] 619/20
life [2] 573/21 580/9

lifestyle [1] 580/9
light [1] 583/17
like [38] 530/3 531/20 531/22
531/25 532/2 532/20 550/8
551/11 554/23 558/1 560/2
560/8 565/17 567/5 574/22
575/2 575/25 576/8 576/17
585/17 588/24 588/25 589/1
590/7 590/9 590/12 591/7
592/5 592/9 594/4 594/23
596/12 598/2 601/25 607/19
624/16 626/13 627/17
likely [8] 567/8 586/17
586/19 586/20 591/15
591/16 595/6 595/18
limited [1] 627/17
limits [1] 599/12
Lindsey [1] 619/20
line [6] 530/4 542/21 562/22
570/2 570/12 606/9
lines [4] 563/1 614/2 614/15
615/21
list [14] 559/18 559/19
559/20 560/19 560/20
560/20 561/1 561/9 573/24
593/21 594/1 594/2 620/9
622/3
listed [3] 549/21 607/19
619/17
listen [1] 580/25
literary [9] 533/3 535/9
535/10 538/24 539/1 574/9
582/14 583/25 584/12
literature [1] 559/2
litigation [1] 613/19
little [7] 531/23 533/5 548/9
554/12 571/17 601/7 611/18
live [1] 531/2
LLP [5] 526/18 527/3 527/6
527/9 527/13
locked [1] 574/11
long [6] 535/12 553/10
560/10 585/1 585/9 587/7
look [22] 530/3 531/15
537/14 539/7 543/6 543/11
543/21 558/9 559/19 562/14
562/19 569/14 578/18 581/4
591/24 595/3 599/9 600/17
617/9 620/18 627/12 629/13
looked [3] 590/17 603/14
621/11
looking [3] 569/18 569/24
593/16
looks [1] 590/7
Los [1] 526/20
lose [4] 534/19 540/4 540/5
540/5
losing [2] 534/4 534/7
loss [1] 569/4
losses [4] 603/9 603/9
603/11 603/13
lost [8] 533/15 534/20 539/18
539/25 561/16 603/17
608/22 610/22
lot [34] 532/25 533/1 544/10
550/15 550/16 553/14
556/12 558/23 571/24 572/2
572/2 572/10 573/9 574/19
577/6 577/23 580/16 586/10

lifestyle [1] 580/9
light [1] 583/17
like [38] 530/3 531/20 531/22
… 591/22 592/15 592/15
592/19 592/20 592/22
593/14 594/13 598/7 619/3
619/4 624/17
loud [2] 531/23 606/19
love [9] 544/23 545/3 550/15
572/23 573/4 573/4 573/6
573/10 623/19
Lovely [1] 573/12
low [5] 593/15 593/21 594/1
594/2 619/22
lower [2] 583/21 590/20
loyal [2] 551/10 551/12
luck [1] 589/22
lunch [2] 629/21 629/24
Lynch [2] 623/17 624/10

**M**

M-A-A-S-S [1] 557/15
Maas [1] 557/15
Macmillan [13] 534/24 535/1
535/3 535/21 536/8 536/12
537/3 539/8 540/8 540/12
557/18 565/10 624/18
made [12] 534/21 537/11
541/21 547/1 560/18 561/15
561/25 574/4 583/13 583/16
588/6 627/19
magazines [1] 558/11
Maguire [5] 608/19 609/4
610/11 611/10 611/14
mail [1] 592/21
major [7] 540/6 545/21 562/7
564/6 566/5 586/23 612/19
majors [1] 550/13
make [23] 536/22 550/3
555/23 564/9 564/10 567/20
569/5 569/8 569/20 574/15
575/3 576/5 582/17 587/25
588/11 588/12 589/2 590/19
591/5 591/5 596/7 596/16
597/13
makes [2] 530/25 559/9
making [5] 566/13 576/21
588/13 589/17 596/5
Malcolm [1] 533/1
manners [1] 536/17
many [14] 535/6 535/6
536/10 540/19 545/4 551/22
554/14 554/14 554/17 556/7
591/25 600/9 603/23 614/11
March [7] 578/24 579/7
579/7 579/20 580/20 608/20
617/7
March 13 [1] 608/20
March 5 [4] 578/24 579/7
579/20 580/20
Marcus [1] 607/23
margin [9] 570/3 570/6
570/10 570/23 570/24 571/5
571/5 571/7 571/11
mark [2] 619/12 620/19
market [15] 563/16 563/16
563/18 563/20 584/8 590/11
592/8 592/9 594/23 595/2
595/16 602/25 612/24 613/8
613/12
marketing [24] 536/1 541/25
542/1 542/5 544/4 544/7

641

**M**

marketing... [18]  544/9
571/18 571/21 572/15 574/5
574/10 574/14 574/23
576/19 577/4 577/7 577/11
577/17 577/21 577/24 578/5
578/13 589/17
marketplace [1]  569/6
markets [1]  555/17
Markus [1]  597/19
Marsh [2]  527/12 529/15
Martha [1]  551/19
Mary [4]  545/2 545/5 550/21
551/5
massive [1]  602/13
matter [4]  530/5 585/6 615/4
630/7
matters [2]  529/17 599/18
maximum [3]  618/23 619/1
621/23
may [21]  532/6 532/12 560/7
590/16 595/10 605/25 606/1
607/15 607/16 615/6 615/16
619/8 619/25 623/6 623/8
625/10 625/11 626/22
626/23 628/11 628/13
maybe [6]  589/5 591/12
594/7 594/25 628/25 629/16
McCullough [2]  551/12
627/18
McGillis [1]  536/15
me [86]  529/14 531/19
531/25 534/24 537/13 540/7
540/9 540/24 542/7 543/19
544/12 545/10 552/10
552/25 553/16 556/13
558/16 561/2 561/10 562/10
563/2 568/2 569/14 570/5
571/1 572/11 573/18 573/23
577/16 580/6 580/16 580/20
580/24 584/13 585/13 586/2
589/20 590/19 591/7 595/5
595/5 595/14 596/1 596/10
597/5 597/13 598/24 599/9
600/17 601/7 601/25 602/1
602/18 604/4 604/4 604/5
604/10 604/20 605/19 606/3
608/16 609/23 609/24 610/7
611/18 612/20 613/19
613/20 613/21 614/6 615/2
617/6 618/1 618/3 618/14
618/18 619/12 620/1 620/18
621/19 623/1 623/10 624/16
624/17 625/4 625/16
mean [20]  550/15 557/16
573/2 573/8 580/12 582/22
582/23 583/1 584/10 585/20
586/22 589/20 592/24
593/12 593/19 593/24
593/25 594/18 614/5 616/2
meaning [1]  596/2
means [2]  585/17 593/24
meant [1]  621/20
media [3]  558/10 572/5
585/4
meeting [2]  544/5 588/23
meetings [2]  588/22 588/22
Megan [2]  526/18 529/11
Melvin [1]  526/13

memoir [1]  554/17
memory [1]  621/21
mentality [1]  601/4
mention [5]  538/18 542/9
548/17 568/10 618/6
mentioned [17]  535/7 544/17
550/19 550/20 551/5 551/14
551/24 554/20 554/23
557/24 558/16 564/18 566/2
566/2 578/15 609/6 612/20
mentors [2]  539/5 539/6
Mercy [1]  553/15
merely [1]  622/12
merger [12]  583/8 583/11
583/14 583/17 584/16 597/8
597/13 597/17 597/23 598/4
617/6 618/7
merges [1]  567/9
Meyers [1]  526/18
Michael [6]  527/9 529/15
544/22 544/24 550/21
550/22
Michelle [1]  555/12
microphone [4]  531/20
614/19 620/6 626/19
mid [3]  534/23 547/23
547/23
middle [2]  545/22 628/19
middle-grade [1]  545/22
midlist [11]  591/5 591/16
593/1 593/3 593/4 593/5
593/11 593/17 593/21
593/23 594/4
Mifflin [1]  584/4
might [4]  571/15 604/21
606/13 615/19
mile [1]  578/3
million [9]  539/9 539/10
549/18 560/12 565/14
571/22 573/23 602/3 621/3
million-dollar [1]  571/22
mind [5]  535/11 536/15
547/6 555/13 583/18
mind-set [1]  583/18
mine [1]  578/20
minute [2]  596/4 604/5
minutes [2]  598/11 628/18
mispronounce [1]  604/21
mistake [1]  563/1
Mitchell [2]  527/9 529/15
Molly [3]  555/10 555/10
555/19
moment [1]  629/5
moments [1]  549/24
money [14]  564/9 564/11
565/7 570/6 571/23 573/9
576/23 590/19 590/22 591/5
591/5 592/16 592/20 593/14
monitor [1]  606/13
months [5]  564/16 592/20
618/10 618/11 618/13
more [47]  530/8 531/14
540/21 541/9 546/4 548/13
559/5 559/18 560/2 561/10
563/11 564/2 564/2 564/9
564/11 567/8 576/12 576/13
576/19 577/7 579/8 579/9
580/8 583/19 584/11 586/1
586/10 586/17 586/19

member [1]  534/24
591/14 595/6 595/6 595/7
595/17 595/17 599/18
599/23 600/21 601/5 601/20
602/2 602/15 607/10
morning [14]  526/7 529/2
529/3 529/8 529/9 529/12
529/13 529/16 529/17 531/2
532/8 532/9 595/10 598/16
Morrow [1]  628/16
Mossman [2]  527/12 529/15
most [17]  539/5 560/13
573/19 587/16 590/22 591/2
594/18 595/24 612/10
612/15 612/18 619/6 621/14
622/10 627/13 627/14
627/15
mostly [1]  544/4 559/4
mother [1]  537/5
mountain [1]  587/18
mouth [4]  592/16 592/23
594/17 594/18
move [5]  531/24 562/17
616/4 620/12 622/14
moved [2]  536/12 546/7
movement [1]  558/13
moves [8]  605/13 607/4
608/1 610/1 611/21 614/14
624/23 626/7
movie [1]  533/13
movies [1]  575/19
MR [3]  528/5 528/6 614/5
Mr. [73]  529/8 531/13 531/18
532/8 532/12 533/4 533/16
537/19 541/23 542/8 543/6
544/6 544/13 548/4 552/5
553/1 556/21 557/5 559/7
559/21 565/15 566/12
566/25 568/24 571/15
572/11 574/4 577/2 578/16
579/20 580/16 581/1 581/6
581/21 582/10 583/7 584/15
585/11 585/14 585/15 597/2
598/4 598/7 598/20 598/23
599/3 601/9 603/5 603/8
603/16 609/12 610/20
612/21 613/6 613/15 615/15
616/21 617/8 617/22 619/14
620/5 620/9 621/10 621/12
621/25 622/8 622/9 622/9
626/13 626/14 626/18 627/1
628/11
Mr. deGrasse [1]  541/23
Mr. Dohle [1]  598/4
Mr. Fishbein [15]  532/12
577/2 601/9 603/5 603/8
603/16 610/20 612/21 613/6
613/15 617/22 620/5 621/25
622/8 626/18
Mr. Irving [4]  578/16 581/1
582/10 617/8
Mr. Karp [37]  531/18 532/8
533/4 533/16 537/19 542/8
543/6 544/6 544/13 548/4
556/21 557/5 559/7 559/21
565/15 566/12 566/25
568/24 571/15 572/11 574/4
579/20 580/16 581/21 583/7
584/15 585/11 585/15

621/12 622/9 626/13 627/3
628/11
Mr. Read [2]  529/8 531/13
Mr. Sanderson [1]  616/21
Mr. Vernon [11]  553/1
580/16 585/14 597/2 598/7
598/20 615/15 620/9 621/10
622/9 626/14
Mr. Westerfeld [1]  552/5
Ms [2]  605/22 606/6
Ms. [19]  543/18 543/22
543/22 553/7 553/8 566/2
572/12 605/21 606/3 607/11
608/19 609/4 610/11 611/10
611/14 611/14 620/21
623/23 624/13
Ms. Cheiffetz [1]  611/14
Ms. Frerich [3]  543/18
543/22 543/22
Ms. Graham [2]  623/23
624/13
Ms. Grau [1]  553/8
Ms. Hoover [2]  566/2 572/12
Ms. Kennedy [1]  605/21
Ms. Maguire [5]  608/19
609/4 610/11 611/10 611/14
Ms. Painton [1]  606/3
Ms. Reidy [2]  607/11 620/21
Ms. Spiegel [1]  553/7
much [20]  537/6 543/13
546/2 548/22 558/4 573/16
574/5 587/21 589/20 589/22
589/23 590/20 594/1 598/1
601/4 611/11 617/23 617/24
626/15 628/11
multiple [2]  540/4 595/7
must [3]  592/9 592/12
626/18
my [26]  529/21 531/21
555/13 559/18 563/1 563/5
563/10 575/1 576/22 580/24
582/8 582/16 589/21 590/25
593/8 597/12 598/2 602/16
602/18 603/19 612/8 616/18
617/20 621/20 624/19 627/5
Myers [2]  527/3 529/19
myself [3]  580/10 587/16
618/12
Mysteries [1]  579/14

**N**

name [19]  533/16 533/19
538/18 542/9 542/21 542/22
543/23 543/25 543/25
545/11 556/3 560/6 565/9
604/11 604/17 604/21
606/19 610/17 610/17
named [1]  548/21
naming [1]  538/22
national [1]  535/20
naturally [1]  580/7
nature [2]  549/7 594/16
nearly [1]  585/2
necessary [1]  619/23
need [2]  531/18 558/2
negative [1]  571/11
negotiating [2]  575/8 586/22
negotiation [3]  575/9 586/8
596/12

N

negotiations [1] 602/22
Nehisi [1] 553/15
Neil [1] 541/12
nestor [5] 527/16 527/18
630/10 630/10 630/12
network [1] 588/17
neuroscientist [1] 564/6
never [10] 532/3 573/13
573/20 576/24 585/25 586/9
586/24 587/4 594/15 622/17
new [29] 527/4 527/4 527/7
527/7 536/17 537/4 546/18
549/13 552/15 552/17
553/15 554/20 555/1 555/7
556/3 556/15 556/16 557/1
557/12 557/13 557/19 558/1
559/18 565/7 573/24 575/1
575/4 584/5 600/4
newsletters [1] 572/6
next [4] 539/12 628/5 628/13
628/14
Nicholas [1] 533/2
night [6] 565/19 589/8
616/13 616/15 616/16 617/1
nine [1] 592/20
Ninth [1] 527/10
no [47] 526/3 538/4 540/5
540/23 543/2 546/25 551/9
554/19 555/8 567/3 567/7
567/11 568/1 568/19 569/20
572/17 575/22 575/24
576/20 577/23 578/9 578/14
579/13 580/2 581/12 583/9
583/12 583/15 593/18 594/1
596/11 596/11 602/22
605/15 607/6 608/3 610/3
611/11 611/23 616/23
624/19 624/20 624/20
624/20 624/25 626/9 626/12
No. [2] 529/4 600/17
No. 21-2886 [1] 529/4
No. 7 [1] 600/17
Noam [1] 536/16
Nobel [2] 535/14 535/20
nobody [1] 593/25
non [13] 540/15 540/17
540/21 542/1 542/5 549/21
549/22 550/7 551/16 596/3
602/25 603/6 612/3
non-auction [1] 596/3
non-Big [12] 540/15 540/17
540/21 542/1 542/5 549/21
549/22 550/7 551/16 602/25
603/6 612/3
noncompetitive [2] 585/17
596/3
nonfiction [9] 533/1 535/5
540/21 543/17 544/23
557/14 557/25 558/25 559/3
north [3] 527/13 534/15
547/23
Northwest [2] 526/15 527/10
Norton [22] 540/24 541/4
541/8 541/24 544/4 544/7
544/17 544/18 544/18
544/24 545/8 545/10 550/23
551/3 551/6 551/8 551/10
551/11 551/21 602/12 603/9

not [72] 530/19 531/23
533/19 534/12 537/22 540/5
542/8 546/10 550/10 551/24
552/1 558/21 562/7 563/7
568/8 568/10 572/2 572/8
573/18 575/15 575/20 576/3
576/10 578/16 578/20 583/6
584/13 586/5 586/6 586/7
589/10 590/15 591/8 592/3
594/5 596/20 597/6 597/19
598/2 599/16 600/14 601/2
601/5 601/24 602/18 603/4
603/16 604/11 608/15
609/19 611/15 612/2 612/11
614/9 614/24 615/8 615/14
615/25 616/2 617/17 619/25
620/9 622/3 622/23 623/13
623/21 625/24 627/14 629/4
629/8 629/12 629/14
notes [1] 629/5
nothing [1] 564/10
novel [3] 543/16 560/11
589/9
novelist [2] 541/5 561/14
novels [3] 555/15 565/12
573/15
November [6] 537/20 581/7
581/21 599/4 619/14 620/21
November 11 [1] 599/4
November 18 [1] 619/14
November 20 [1] 620/21
November 2018 [1] 537/20
November 25 [1] 581/7
November 5 [1] 581/21
now [33] 540/7 549/21 560/1
563/4 563/11 565/20 570/22
572/14 572/21 576/12 582/1
582/3 585/4 589/21 592/8
593/11 593/14 593/17
594/24 596/10 598/3 598/9
610/7 614/9 614/9 614/24
615/7 615/10 615/11 615/25
616/1 618/1 618/18
nowhere [1] 591/6
number [12] 534/14 557/14
559/11 570/11 571/9 585/23
586/24 597/7 599/10 601/17
618/5 619/15
numbers [4] 541/20 546/25
570/5 593/7
nurturing [1] 584/22
Nussbaum [1] 551/19
NW [2] 527/17 630/11

O

O'Melveny [3] 526/18 527/3
529/19
oath [3] 532/10 532/14
579/16
Obama's [1] 555/12
object [1] 602/9
objection [24] 538/3 538/4
543/1 543/2 553/12 568/18
581/11 581/12 605/14
605/15 607/5 608/2 610/2
610/3 611/22 611/23 614/8
614/22 616/5 622/13 624/24
624/25 626/8 626/9
objections [3] 529/23 530/1

obviously [6] 534/1 536/5
557/17 559/11 570/11
624/11
occur [2] 564/14 564/14
Ocean [1] 549/12
October [2] 579/17 610/14
October 5 [1] 610/14
off [4] 532/18 549/6 550/12
587/19
offer [27] 534/21 534/23
537/11 538/1 541/21 542/24
543/20 546/23 561/15
561/18 561/25 567/5 568/16
569/9 576/2 578/6 578/6
581/9 596/5 596/7 596/7
596/16 596/17 596/24 600/7
604/24 618/19
offered [5] 530/5 546/21
546/22 549/17 597/11
offering [4] 555/18 559/9
565/12 620/10
offerings [1] 557/7
offers [5] 536/22 536/24
547/1 601/10 619/3
office [1] 557/12
Official [2] 527/17 630/11
offload [1] 572/7
often [9] 572/23 573/7 574/2
574/7 576/8 576/10 591/10
600/8 612/18
oftentimes [1] 548/9
Oh [7] 533/18 539/9 554/19
560/17 579/1 604/3 606/14
okay [57] 531/19 532/5
537/17 538/14 538/25 539/7
539/14 540/15 540/16
542/10 543/11 543/19
544/14 544/16 546/25
547/18 550/3 552/10 555/5
557/3 563/3 563/13 564/14
565/24 568/11 568/12
569/16 571/9 571/15 571/19
576/6 577/20 578/22 579/2
580/18 582/1 582/4 586/13
594/5 595/9 596/13 598/3
602/1 602/24 604/15 605/20
606/15 617/11 617/12
617/12 622/15 623/2 625/5
626/24 628/22 629/3 629/7
old [1] 560/14
older [1] 557/20
omnipresent [1] 614/11
once [3] 566/6 593/1 593/1
one [66] 534/14 534/15
535/4 537/4 539/6 542/8
543/12 544/22 545/11
545/16 545/21 546/11
546/11 548/17 550/1 552/20
555/3 555/4 555/14 556/17
557/14 559/15 561/3 566/23
573/15 573/16 573/17
575/10 575/25 575/25 577/3
577/4 578/20 578/23 579/13
579/16 584/11 584/11 586/8
586/8 589/14 589/14 593/9
594/6 596/6 596/11 596/15
598/24 601/20 603/9 603/10
603/17 607/10 610/19 611/3

616/10 616/10 617/10 622/4
622/9 626/20 628/1
ones [6] 554/23 571/2
587/25 591/16 603/13
603/13
online [6] 536/6 547/8 547/9
556/12 558/11 566/6
only [7] 540/3 560/20 564/16
576/2 586/21 593/9 619/3
operating [5] 570/12 570/24
571/5 571/7 571/10
opinion [4] 536/2 563/10
563/13 590/25
opinions [1] 563/19
opportunity [1] 585/9
Oprah [5] 535/25 536/5
539/5 539/17 539/23
option [1] 596/12
options [5] 539/4 585/17
627/16 628/3 628/5
Orange [1] 553/14
Orbit [1] 557/18
order [2] 531/4 598/18
organized [1] 531/12
other [53] 531/8 532/19
535/6 535/14 535/18 540/3
540/9 540/11 540/18 544/18
546/12 551/6 551/9 551/14
554/20 555/7 555/16 556/15
558/10 558/12 558/14
559/10 561/12 561/12
564/12 564/13 565/17
566/24 566/25 567/4 567/8
567/25 573/16 573/17
586/14 586/14 586/19 587/2
587/24 595/15 596/11
596/18 596/20 597/20
599/14 600/23 601/15
601/22 603/23 604/1 612/19
614/11 616/13
others [2] 531/25 534/10
otherwise [1] 533/16
our [24] 539/4 540/5 546/8
567/19 567/21 569/5 570/19
570/20 581/24 583/23 585/6
590/16 590/23 590/23
591/13 591/14 593/2 614/11
624/10 627/13 627/14
627/15 629/21 629/24
ours [1] 604/25
ourselves [5] 614/10 614/25
615/9 615/20 616/1
out [26] 530/4 537/22 538/17
550/23 556/14 560/7 560/14
569/11 575/8 579/16 580/3
582/11 586/24 588/9 589/23
590/6 591/2 591/6 592/10
592/21 594/15 594/19
600/20 606/19 611/5 627/24
outcome [1] 582/21
outcry [1] 584/5
outlined [1] 586/12
outreach [3] 627/16 627/22
627/23
over [22] 533/14 536/9
537/12 542/5 544/7 545/15
549/11 551/12 558/23
559/22 561/4 565/13 573/23

643

O

over... [9]  590/12 591/1
591/3 591/17 594/14 603/11
603/14 615/4 627/16
Overruled [2]  553/13 602/10
own [5]  572/4 572/5 572/5
572/6 576/22
owned [2]  554/18 585/8

P

p.m [1]  630/1
pack [1]  601/4
package [1]  568/13
page [26]  528/8 528/16
538/8 538/12 538/17 539/12
539/12 543/6 562/22 562/24
563/1 569/14 570/2 580/7
582/4 582/16 599/9 599/12
613/20 613/25 614/2 614/14
623/10 623/16 624/5 625/16
pages [1]  568/24
paid [7]  572/24 574/1 589/25
590/22 591/8 593/6 621/15
Painton [2]  606/3 606/6
PAN [1]  526/9
paperback [2]  560/13 567/22
paragraph [8]  539/8 543/12
599/10 600/12 600/25 618/5
627/12 627/13
paraphrase [1]  606/17
paraphrasing [2]  623/13
625/21
parenthetical [2]  600/1
627/22
parents [1]  580/24
part [10]  557/18 562/12
584/25 585/5 590/16 592/24
600/2 605/3 605/6 623/21
participate [2]  595/18 624/19
participation [1]  595/16
particular [5]  535/11 535/23
540/17 574/6 576/17
particularly [2]  550/13 551/3
partly [1]  620/11
parts [1]  558/10
party [2]  553/25 614/15
pass [1]  585/12
passion [1]  578/8
path [1]  600/3
pay [21]  543/14 546/10
569/12 572/9 573/5 573/9
576/13 589/11 590/6 590/20
609/14 611/11 619/1 619/2
619/6 619/7 621/16 621/24
622/5 622/10 622/11
paying [3]  571/23 572/3
602/13
pays [1]  572/16
PENGUIN [39]  526/18 527/3
529/10 534/5 540/1 540/3
540/11 552/23 553/5 553/19
553/20 555/11 565/10
566/19 567/9 579/3 580/5
580/6 580/10 580/13 581/25
582/1 582/9 583/4 584/16
584/23 594/23 595/20
595/23 597/8 603/20 603/24
605/3 605/6 605/10 606/22
607/1 617/17 621/7

people [20]  544/25 557/21
558/11 558/14 559/11
559/13 559/16 564/13
564/13 572/5 575/17 587/2
589/19 590/5 593/15 594/17
594/19 600/3 619/4 627/17
per [2]  619/23 621/4
percent [9]  585/15 585/19
586/14 590/6 590/7 590/10
590/10 594/24 595/1
percentage [3]  570/15 586/2
590/20
perform [1]  569/5
performance [1]  595/15
performed [1]  591/17
performer [1]  534/1
period [4]  584/7 584/8
603/11 603/14
permissible [1]  620/14
person [5]  538/17 538/18
538/23 544/1 579/14
personal [2]  578/8 589/7
personally [1]  576/22
perspective [1]  560/11
Petrocelli [2]  526/17 529/10
phenomenon [1]  560/7
phenomenons [1]  591/6
philosopher [1]  551/19
phone [2]  589/9 606/11
phrase [2]  566/7 599/15
picking [1]  602/15
picture [1]  545/22
piece [1]  537/6
pitch [1]  536/2
place [2]  588/14 618/12
Plaintiff [2]  526/4 526/12
PLAINTIFF'S [10]  528/8
568/3 568/16 568/21 578/18
605/17 607/8 608/5 625/2
626/11
plan [8]  544/5 544/9 574/11
577/4 577/7 578/5 583/16
589/17
plans [6]  577/11 577/17
577/21 577/24 583/7 583/10
play [5]  531/1 531/7 531/14
585/2 592/18
played [1]  628/23
playing [1]  529/22
plays [1]  592/8
please [8]  529/5 572/1
598/12 598/18 605/19
607/10 614/20 624/5
pleasure [1]  587/23
plus [1]  533/15
podium [1]  529/6
point [10]  560/23 582/25
595/14 598/8 599/17 608/25
616/3 617/25 622/12 629/6
Poker [1]  550/24
political [1]  551/2
popular [2]  533/13 566/7
Portfolio [2]  606/19 606/22
portions [1]  529/25
position [6]  579/6 603/3
603/4 612/11 613/3 613/12
positive [3]  570/11 571/11
571/22
possible [2]  566/9 586/18

possibly [2]  593/22
post [2]  536/16 583/14
potential [2]  555/25 556/2
Potter [1]  557/11
power [4]  618/25 621/21
621/22 625/24
powerful [1]  537/6
Powers [4]  541/6 544/17
550/21 551/5
PPG [2]  604/25 605/3
practical [2]  533/3 557/24
precarious [1]  592/14
precaution [1]  604/10
precisely [1]  629/17
predicate [1]  530/9
preempt [2]  596/6 596/8
preemptive [1]  586/7
preempts [1]  596/5
preliminary [1]  529/16
preorders [1]  556/12
prepared [4]  605/24 607/14
623/6 625/9
presence [1]  595/1
present [1]  595/6
presentation [1]  531/12
presently [1]  615/8
press [7]  548/15 548/20
548/23 549/4 610/23 611/4
611/5
presses [6]  548/9 548/11
548/12 548/17 551/22 611/6
pretrial [1]  550/1
pretty [1]  576/11
prevail [1]  534/12
previous [1]  620/25
previously [4]  532/14 536/19
553/5 600/5
PRH [1]  624/18
priced [1]  586/11
Princeton [7]  548/15 548/20
548/23 610/22 610/23 611/5
611/16
print [4]  550/25 567/12
567/15 567/24
prior [3]  553/11 585/18
599/24
privately [1]  585/8
prizes [2]  535/20 535/20
probably [1]  588/5
problem [2]  530/6 588/21
proceed [2]  532/12 595/10
proceedings [2]  529/1 630/6
process [11]  569/7 574/4
574/8 575/8 579/20 579/21
580/2 580/22 581/22 587/11
589/21
produce [1]  567/20
produced [1]  570/7
producers [1]  575/5
product [1]  567/18
products [1]  559/12
professional [1]  590/5
profile [1]  588/18
profit [5]  569/4 570/19
590/23
profitable [3]  576/21 590/7
591/2
programs [1]  542/1
project [2]  578/9 600/21

promise [3]  575/4 588/12
588/13
promises [2]  589/17 589/18
promoting [1]  547/10
promotion [1]  565/3
proportion [2]  586/14 594/22
proposal [1]  543/13
proposed [1]  584/15
prospect [1]  566/9
prospectively [1]  566/4
provide [1]  590/23
provision [1]  597/10
public [6]  542/13 555/20
555/23 605/25 607/15 623/7
publication [1]  617/2
publicists [1]  572/5
publicizes [1]  555/17
publish [28]  533/14 534/11
535/13 537/7 541/4 541/5
544/24 545/4 545/5 546/16
548/22 549/13 550/15
550/16 551/15 551/16 564/9
564/22 573/8 583/19 585/22
587/13 590/19 591/3 595/17
597/2 623/20 625/10
published [27]  536/19 546/15
550/23 550/24 551/1 551/20
551/20 551/22 552/2 553/17
554/22 555/12 555/13 556/4
556/6 559/5 559/5 560/4
560/24 564/19 564/19
565/10 568/14 573/22
580/13 593/19 616/19
publisher [31]  538/20 540/3
547/5 547/11 545/14 547/3
547/6 549/9 551/21 555/11
555/12 555/19 556/20
557/11 558/5 558/21 558/21
558/22 559/21 577/5 579/4
579/8 588/11 589/6 593/25
595/20 595/24 609/7 609/11
611/3 624/10
publisher's [1]  595/1
publishers [46]  532/19 535/5
539/4 540/9 540/11 548/5
548/8 549/21 549/22 550/8
550/20 552/11 552/24 553/9
554/5 554/14 554/16 555/17
557/5 557/9 558/8 559/8
559/10 561/4 566/5 567/1
567/4 567/8 567/25 573/9
580/11 591/4 591/13 593/23
594/22 596/11 596/18
596/21 602/2 603/1 603/6
612/3 612/7 612/10 612/19
618/21
publishers' [1]  595/15
publishes [3]  564/23 564/23
566/2
publishing [32]  541/4 550/6
550/14 551/23 552/7 552/10
552/16 552/17 553/8 557/6
558/12 558/13 560/5 562/4
562/7 562/11 563/7 563/25
564/1 564/15 565/3 565/18
566/4 572/23 576/1 585/2
589/21 595/6 595/7 605/3
614/11 618/7

**P**

Pulitzer [1] 535/20
pure [1] 585/2
purposes [2] 619/12 620/15
pursue [1] 567/23
pursued [1] 561/13
pursuing [1] 600/21
push [1] 588/2
pushed [2] 573/13 626/2
put [8] 560/11 563/23 575/6
578/5 579/23 580/3 586/23
594/19
putting [2] 574/21 588/13
PX568 [2] 625/4 626/7
PX574 [2] 605/19 607/4
PX590 [2] 607/10 608/1
PX634 [1] 618/1
PX652 [2] 623/1 624/23
PX655 [2] 617/10 617/11
PX697 [3] 604/4 604/6
605/13
PX984 [1] 619/13
PX985 [1] 620/19

**Q**

quality [3] 533/2 535/9
578/12
quantitative [1] 612/2
queen [1] 572/19
question [22] 530/2 530/10
544/11 545/16 552/25
556/23 563/4 563/5 589/24
590/14 590/24 594/9 596/1
599/7 602/1 602/16 602/18
612/8 614/5 615/22 618/14
629/17
questioning [1] 530/7
questions [16] 530/9 530/11
553/1 562/9 572/22 585/13
587/6 601/9 603/5 612/21
613/15 617/21 618/15
620/12 626/13 626/20
quickly [3] 533/7 617/6 628/3
quite [6] 530/4 534/19 572/4
580/23 583/25 584/20
quote [1] 604/24

**R**

race [2] 534/18 548/21
Rachel [2] 527/12 529/15
radiating [1] 578/9
raise [2] 565/6 588/18
raised [1] 565/13
RANDOM [40] 526/18 527/3
529/10 534/5 540/1 540/3
540/11 552/24 553/5 553/19
553/20 555/11 565/10
566/19 567/9 579/3 580/5
580/6 580/10 580/13 581/25
582/2 582/9 583/4 584/16
584/23 594/23 595/20
595/23 597/8 603/20 603/24
605/4 605/6 605/10 606/22
607/1 607/23 617/17 621/7
range [13] 533/3 534/21
536/24 537/10 541/6 541/20
541/21 547/21 547/21
561/17 561/24 571/10
577/19

ranges [1] 563/20
rarely [2] 574/24 614/6
rate [1] 560/9
rates [1] 567/5
rather [1] 598/2
react [1] 583/25
reacted [1] 574/2
reaction [1] 534/7
reactions [1] 574/8
read [25] 526/12 529/7 529/8
531/13 537/22 544/3 559/4
589/12 589/19 594/19
599/17 599/24 600/23 605/1
607/24 608/15 611/8 611/12
614/12 617/1 621/5 623/21
624/9 624/21 627/12
Read's [1] 614/5
readers [2] 574/8 592/19
readers' [1] 592/21
reading [3] 530/21 620/10
621/12
ready [4] 531/16 598/19
604/5 605/19
real [1] 580/9
realize [1] 588/8
realized [1] 591/14
really [24] 537/6 544/8
550/14 558/5 566/6 566/6
572/22 573/4 573/6 577/15
578/1 578/8 585/6 586/22
588/6 589/2 589/5 591/20
591/25 592/16 592/24 598/1
604/3 618/11
realtime [1] 559/19
reason [7] 557/10 560/22
577/25 586/21 587/1 591/12
601/20
reasonable [2] 576/14
601/25
Rebel [3] 565/20 616/15
617/1
rebellion [1] 583/22
recall [3] 549/10 566/19
584/10
receive [3] 597/6 597/7
597/14
received [11] 538/6 543/4
568/21 581/14 605/17 607/8
608/5 610/5 611/25 625/2
626/11
recent [7] 549/24 552/12
560/3 560/16 564/17 565/2
612/20
recently [8] 536/17 536/18
536/18 537/2 556/10 556/19
564/5 573/15
recess [2] 598/15 630/1
recognize [3] 542/16 568/4
581/6
recommend [1] 628/21
record [11] 529/6 553/2
553/7 553/11 556/24 557/2
587/10 599/2 615/3 619/13
620/20
RECROSS [2] 528/2 627/1
redacted [6] 537/16 542/13
605/24 607/14 623/6 625/9
REDIRECT [2] 528/2 595/12
Redmond [1] 607/23

referring [1] 632/20
627/23
referred [2] 549/22 571/22
616/7 626/21
referring [3] 535/19 609/17
627/19
reflect [2] 570/18 592/11
reflects [5] 570/19 590/2
590/3 590/4 615/3
refused [1] 560/23
regarded [2] 552/23 564/6
regardless [1] 572/24
regularly [2] 546/5 559/20
regulatory [2] 580/22 597/19
Reidy [3] 537/20 607/11
620/21
reinforce [1] 622/12
relates [3] 604/16 607/18
610/16
relating [5] 565/2 565/3
619/16 623/3 625/6
relationship [6] 537/5 585/18
597/1 599/24 600/4 627/4
relationships [1] 588/18
relatively [1] 557/1 593/15
relaxed [1] 587/18
released [1] 564/8
remain [1] 597/20
remark [2] 580/15 600/1
remember [22] 534/5 540/1
547/24 553/2 562/11 565/15
571/24 572/25 578/25 579/1
579/4 591/12 591/15 593/9
593/12 593/13 601/18
603/10 608/10 615/19 617/7
627/5
remembered [1] 584/12
remembering [1] 615/19
remind [1] 604/10
repeat [1] 628/5
report [1] 598/4
REPORTED [1] 527/16
reporter [13] 527/17 533/8
536/16 536/17 569/22 609/8
614/18 617/15 620/4 620/6
626/17 629/4 630/11
reports [1] 609/11
represent [2] 543/19 570/5
represented [1] 575/18
reputation [1] 535/12
responded [1] 582/20
responding [1] 580/15
response [5] 601/9 603/5
613/15 617/21 618/14
responsible [1] 576/23
restart [3] 612/8 625/22
626/4
resulted [1] 565/23
results [2] 583/20 588/3
resume [2] 531/16 532/6
retail [1] 553/22
revenue [2] 545/15 590/24
review [4] 549/3 549/19
575/5 597/19
reviewed [1] 575/1
Richard [4] 541/6 544/17
550/21 551/5
right [63] 530/22 540/9
542/11 543/24 546/15 550/3

546/19 546/21 549/4 561/19
562/16 563/9 568/13 570/15
571/8 572/14 575/14 575/15
575/16 576/3 587/1 587/3
588/20 590/14 590/18
590/21 595/18 596/22 598/2
598/19 599/7 604/6 606/10
608/14 608/20 608/23 609/4
610/12 610/14 610/15
610/20 610/21 610/22 611/2
612/22 612/23 614/9 614/9
614/24 615/7 615/10 615/13
616/11 617/5 617/22 617/23
618/8 618/16 622/24 625/19
625/22 625/23 626/6 627/10
rights [15] 551/23 567/5
567/12 567/13 567/15
567/15 622/18 622/21
622/24 623/14 623/20
624/12 625/22 626/1 626/5
rising [1] 593/8
risk [1] 597/3
RMR [2] 527/16 630/10
Roach [4] 545/2 545/5
550/21 551/5
robin [1] 586/6
role [4] 589/21 591/13
592/18 597/24
romance [1] 558/25
roughly [3] 594/22 595/18
613/24
round [1] 586/6
routine [1] 627/16
royalty [1] 567/5
rubicon [2] 561/2 561/9
Rudzin [2] 527/2 529/11
Ruha [3] 548/21 610/17
610/18
rule [5] 530/14 531/3 578/10
624/20 624/20
ruling [1] 530/18
runner [2] 612/3 612/10
runners [1] 612/7
Ryan [2] 527/8 529/15

**S**

safe [1] 604/14
said [34] 530/11 544/8
561/10 562/5 562/7 562/9
563/10 564/18 566/1 571/22
572/11 572/21 572/22 579/2
582/21 582/24 585/15
595/17 595/19 601/10
612/17 612/18 613/16
614/23 615/20 615/25
617/13 617/21 621/12
621/13 621/20 622/9 622/10
627/5
salaries [1] 570/20
sale [8] 579/20 579/24 580/3
580/8 581/22 581/24 591/17
617/22
sales [5] 573/10 573/14
590/23 591/20 592/11
same [21] 538/16 540/19
545/20 551/11 560/8 562/12
567/22 580/7 581/24 586/13
586/14 588/23 597/21
600/14 601/2 605/1 620/24
620/24 621/3 622/12 625/7

Sanderson [3] 565/9 616/11
616/21
Sarah [1] 557/14
satisfying [1] 580/9
saw [5] 561/8 575/10 575/25
577/4 591/13
say [29] 531/11 535/15
535/18 539/7 542/21 543/12
543/18 543/25 545/16
545/25 563/13 566/23
571/15 575/16 577/20
579/15 580/23 582/20
594/23 597/7 597/20 597/23
599/22 600/12 609/17 614/5
614/25 619/20 628/3
saying [12] 553/4 586/10
588/19 594/7 600/12 600/25
609/19 611/15 615/6 615/7
615/10 615/11
says [19] 530/10 539/17
542/22 561/2 569/15 570/2
570/12 582/16 588/23
599/17 600/20 606/9 608/22
615/8 616/1 617/19 617/20
624/1 627/22
scale [1] 560/8
scenario [2] 619/5 621/14
scenarios [1] 596/2
Scholastic [14] 545/11
545/14 545/25 546/3 546/7
546/10 546/17 546/19
546/23 551/24 552/4 552/8
602/12 603/9
school [3] 549/6 549/8
580/24
SCHUSTER [77] 527/6
529/14 532/21 533/9 535/2
536/8 536/11 536/20 538/10
538/21 538/25 540/10 541/8
541/18 542/20 543/13
544/19 546/3 546/6 546/15
546/19 547/11 547/18
548/12 549/10 551/11
553/25 556/1 557/23 558/17
560/25 563/8 567/10 570/22
572/12 572/16 573/15 579/6
579/8 579/21 580/1 581/23
582/7 584/16 584/17 584/18
584/21 585/16 597/9 599/13
600/13 601/2 601/10 603/17
603/21 603/24 605/10 606/6
606/18 607/1 609/19 611/2
612/4 612/11 612/15 614/6
616/16 616/21 617/3 617/4
617/18 618/22 619/1 622/17
622/20 622/23 625/25
Schwarz [1] 526/13
science [6] 541/16 545/3
556/20 557/17 559/1 565/8
scientist [1] 566/3
Scott [1] 546/13
screen [1] 617/12
SE [2] 526/6 529/5
sealed [1] 628/18
searching [2] 559/11 559/14
seated [1] 598/18
second [17] 538/8 538/12
538/16 539/7 581/18 582/4

607/22 610/24 613/21 620/1
620/18 621/2 625/16
see [30] 537/20 539/14
539/19 542/21 561/19 563/4
563/11 570/2 570/13 570/15
582/10 582/15 582/18
589/24 594/21 599/10
599/20 606/11 609/15
610/25 613/16 619/23
621/17 621/25 623/11
623/17 623/23 624/3 624/14
624/18
seed [1] 592/16
seeing [1] 563/11
seem [5] 587/21 590/18
595/5 614/23 615/2
seems [7] 560/1 588/4 590/6
592/9 601/25 602/5 629/7
seen [3] 556/9 560/10 617/3
self [12] 562/4 562/7 562/11
563/7 563/25 564/9 564/15
564/23 565/3 566/2 566/4
616/19
self-publish [1] 564/9
self-published [1] 616/19
self-publishes [2] 564/23
566/2
self-publishing [8] 562/4
562/7 562/11 563/7 563/25
564/15 565/3 566/4
sell [10] 560/12 566/10
574/15 574/18 574/22 585/5
594/14 594/14 594/14 627/4
seller [11] 536/7 555/1
556/13 559/17 559/19
559/20 560/19 561/1 561/9
573/24 588/12
sellers [10] 560/20 560/21
560/23 561/5 561/6 588/18
592/2 592/3 592/18 592/22
sellers' [1] 561/1
selling [27] 534/14 534/14
546/8 546/12 555/14 557/14
560/9 561/14 565/7 565/8
566/9 572/12 573/20 575/9
575/14 576/3 577/25 579/21
582/1 585/21 585/24 586/3
586/16 587/17 590/9 591/19
594/4
seminal [1] 589/15
send [1] 582/11
sense [4] 530/25 566/14
590/8 592/7
sensibility [1] 589/7
sent [5] 543/21 543/22 580/6
582/7 582/13
sentence [2] 539/14 539/21
series [3] 530/2 562/9 565/20
service [1] 554/17
session [2] 526/7 598/17
set [3] 557/12 583/18 601/8
setting [1] 571/4
seven [6] 533/15 537/12
541/22 561/14 562/1 602/14
seven-figure [2] 541/22
561/18
several [2] 539/25 603/11
Shades [1] 560/8

613/12
shared [1] 589/7
shares [4] 595/16 602/25
612/24 613/2
she [36] 536/6 539/3 542/19
545/3 548/23 551/20 555/11
555/12 555/19 560/7 560/18
564/22 564/23 564/23
564/25 564/25 571/21
572/15 572/19 573/20
573/20 573/22 576/21
589/16 604/23 606/17
608/25 609/6 609/11 609/11
609/14 611/5 616/17 623/13
624/1 624/16
she's [17] 539/17 542/20
543/9 551/21 555/13 555/21
560/18 564/18 564/19
564/25 572/19 606/8 609/17
609/19 611/2 611/3 628/16
Shearman [3] 527/6 527/9
527/13
Shiber [1] 617/16
shop [1] 596/17
Shores [2] 527/8 529/15
short [1] 629/20
shots [1] 602/15
should [8] 588/16 598/8
599/13 600/14 600/25 601/2
606/12 629/21
shouldn't [1] 629/13
show [10] 537/13 539/18
542/7 542/12 568/2 575/2
603/16 605/25 607/15 623/7
showed [4] 534/3 539/24
578/21 602/25
showing [2] 537/16 578/2
shown [3] 578/15 578/17
600/3
sic [2] 599/6 599/7
side [1] 563/23
sign [3] 574/3 583/24 583/24
Signal [1] 611/3
signed [1] 556/12
significant [6] 560/22 561/15
564/7 584/11 597/8 597/14
significantly [3] 579/9 601/14
601/22
SIMON [78] 527/6 529/14
532/21 533/9 535/2 536/8
536/11 536/19 538/10
538/21 538/25 540/10 541/8
541/18 542/20 543/13
544/19 546/3 546/6 546/15
546/19 547/11 547/18
548/12 549/10 551/11
553/25 555/25 555/23
557/25 558/17 560/25 563/7
567/10 570/22 572/12
572/15 573/15 579/6 579/8
579/21 580/1 581/23 582/7
584/15 584/16 584/18
584/21 585/16 597/9 599/13
600/13 601/1 601/10 603/16
603/20 603/23 605/10 606/6
606/18 607/1 609/19 611/2
612/3 612/11 612/15 614/6
616/16 616/21 617/3 617/4

622/20 622/23 625/25
since [2] 554/23 566/15
singer [1] 533/13
siren [1] 551/1
site [1] 565/6
situation [5] 586/17 586/20
596/20 608/9 628/7
situations [4] 542/4 596/11
600/13 601/13
six [7] 534/23 547/23 547/24
579/17 618/10 618/11
618/13
sixth [1] 573/21
slightly [1] 597/5
slow [2] 533/4 609/9
smaller [6] 550/20 551/21
554/5 598/24 608/8 608/16
smart [1] 555/24
Smith [2] 526/18 529/11
so [105] 529/18 530/10
530/10 530/11 530/14
530/22 531/1 531/4 531/6
531/18 534/2 535/12 536/4
537/15 538/25 539/10
539/24 540/9 545/23 546/2
546/11 547/18 550/17
552/14 553/4 553/7 554/7
554/20 555/3 555/22 557/20
560/1 560/18 560/18 560/22
561/2 561/8 562/14 563/13
563/22 563/24 564/8 566/1
568/11 568/13 571/4 572/2
572/7 572/11 572/19 573/2
573/7 574/12 574/13 575/18
576/1 576/24 577/5 577/25
578/4 582/1 586/2 586/3
586/13 586/24 587/3 587/5
587/7 587/24 588/4 588/16
589/22 589/22 589/24
591/14 591/19 592/3 593/3
593/11 593/17 594/19
595/23 595/25 596/20 600/5
600/8 600/12 602/6 602/15
609/19 611/14 614/23 617/3
617/23 618/13 618/25
619/22 621/4 621/10 621/22
622/12 624/11 625/24
629/13 629/19
so-called [1] 586/3
social [1] 572/5
soft [1] 578/11
softly [1] 532/4
sold [10] 533/14 534/15
573/23 582/8 585/4 586/17
586/20 590/1 590/3 590/11
some [41] 531/7 532/1
532/19 534/3 536/14 540/9
540/14 541/25 548/8 549/8
550/20 551/14 552/17 553/1
557/9 560/11 562/4 571/17
571/17 573/2 586/23 587/20
591/17 592/2 592/9 592/12
595/2 598/8 599/6 599/12
600/10 600/13 600/16 601/1
601/13 603/13 603/20 604/2
608/25 629/7 629/11
somebody [4] 545/3 582/10
587/11 613/10

someone [2] 587/9 587/10
something [15] 531/9 559/2 560/8 567/24 571/16 576/2 577/3 582/15 583/22 584/12 594/3 597/11 615/22 621/20 622/4
sometimes [15] 531/20 545/17 558/11 571/22 572/9 574/18 578/1 586/22 587/16 587/25 588/2 601/5 618/18 618/22 622/20
somewhere [1] 597/4
song [1] 551/1
sorry [19] 533/6 543/22 551/4 556/4 560/17 562/23 568/9 577/1 581/15 588/25 606/14 607/21 609/9 611/20 612/8 620/5 621/10 628/24 629/10
sort [3] 557/21 567/5 586/6
sounds [2] 532/2 576/14
source [1] 590/23
spark [1] 589/7
Sparks [1] 533/2
speak [3] 531/25 533/7 620/6
speaking [3] 532/3 626/21 627/17
specialize [1] 547/6
specialty [1] 535/8
specific [8] 533/19 541/20 546/25 571/9 571/13 576/17 597/7 606/19
specifically [1] 628/16
spend [3] 576/23 577/7 592/18
spending [1] 593/13
spent [1] 589/9
Spiegel [10] 552/20 552/21 552/22 552/23 553/4 553/7 553/17 554/8 554/20 554/22
spirit [1] 547/6
spoke [1] 553/23
spreadsheet [1] 568/23
Spring [1] 568/5
Springsteen [1] 587/4
spun [2] 549/6 562/10
square [2] 527/3 541/17
staff [1] 583/23
stand [1] 614/25
standard [2] 575/20 597/10
star [1] 533/13
Stars [1] 526/19
start [7] 529/17 532/18 544/22 592/3 596/5 617/4 619/22
started [9] 555/9 555/10 556/7 556/18 557/24 565/25 594/1 594/15 621/13
starting [1] 627/13
starts [3] 543/23 568/24 582/5
state [1] 529/6
statement [1] 569/4
statements [1] 530/4
states [17] 526/1 526/3 526/10 526/14 529/4 529/7 605/9 605/13 606/25 607/4

static [2] 610/18 624/14
624/23 626/7 626/12
static [1] 563/16
statistics [1] 590/18
status [1] 559/21
stay [2] 541/24 550/19
stayed [2] 551/3 551/6
staying [2] 551/8 551/10
Stehlik [1] 628/15
step [1] 628/11
Stephanie [1] 542/17
Stephen [2] 527/5 529/13
Sterling [3] 527/6 527/9 527/13
Stern [3] 555/10 555/10 555/19
Steven [1] 587/21
Stevenson's [1] 553/15
stick [1] 580/19
still [9] 532/10 544/17 546/16 550/25 580/12 582/23 582/25 583/1 615/5
stop [1] 628/24
stores [2] 553/22 554/15
stores' [1] 560/19
stories [6] 565/19 565/21 573/9 616/15 616/16 617/1
Storm [1] 568/5
story [2] 534/16 573/12
straight [1] 566/10
strategic [1] 618/7
Strategy [1] 549/12
stratospheric [1] 591/8
Straus [2] 535/4 535/7
Street [3] 526/15 527/10 527/13
strong [9] 532/25 535/3 546/2 547/8 547/9 589/25 590/13 592/10 616/2
studied [1] 590/15
study [3] 612/2 612/6 612/9
stuff [3] 629/7 629/11 629/13
subject [7] 542/21 581/2 604/17 606/9 607/19 608/22 619/17
subjective [1] 601/10
subjects [1] 611/18
submission [1] 599/24
submissions [1] 595/7 600/20 627/17
submitting [1] 584/13
subsequent [2] 562/12 584/10
subsequently [3] 551/15 565/19 581/1
substance [1] 614/16
substantial [2] 529/25 530/7
success [4] 553/14 588/9 588/25 589/1
successes [1] 553/11
successful [4] 549/9 565/22 627/15 627/20
successfully [1] 550/23
such [4] 536/5 539/3 580/9 587/23
suggest [1] 556/13
superb [1] 541/4
supporters [1] 539/5
supporting [1] 624/11

supposed [2] 578/14
sure [8] 550/3 569/20 573/4 577/18 582/17 589/4 597/13 602/12
surgeon [1] 534/17
surprise [1] 544/6
suspense [2] 555/14 561/14
sustain [2] 616/5 622/13
switch [4] 558/16 566/12 597/5 611/18
sworn [1] 532/14

**T**
Ta [1] 553/15
Ta-Nehisi [1] 553/15
tab [12] 537/14 542/8 568/3 581/4 581/15 581/16 598/24 608/17 609/23 610/7 610/8 627/6
take [16] 531/15 544/10 554/5 558/4 561/5 576/1 578/18 596/17 598/8 598/9 598/11 602/6 629/16 629/19 629/21 629/24
taken [2] 598/15 630/1
takes [2] 558/4 571/23
taking [6] 566/1 588/24 588/25 588/25 589/1 629/4
talent [4] 558/6 558/7 575/18 591/14
talented [1] 534/1
talents [1] 586/23
Talia [1] 604/24
talk [7] 586/24 587/13 592/17 596/3 598/12 604/10 626/18
talked [9] 540/7 540/8 540/8 587/4 589/13 597/18 601/17 603/5 618/15
talking [6] 545/10 551/4 559/8 589/8 592/8 594/17
tammy [5] 527/16 527/18 630/10 630/10 630/12
target [1] 571/5
targets [2] 570/23 571/1
tautology [1] 595/8
teaching [1] 547/8
team [5] 531/13 544/5 544/9 550/11 550/12
teams [3] 549/23 550/8 550/15
teens [1] 557/21
television [1] 539/18
tell [10] 533/16 533/21 538/9 543/7 554/12 563/2 571/1 576/12 584/13 590/15
telling [2] 532/18 588/15
ten [1] 589/22
tend [3] 533/7 575/17 627/15
tends [1] 574/17
term [4] 575/15 575/20 575/24 585/10
terms [14] 543/13 555/17 558/14 559/5 560/3 563/17 566/4 567/1 567/4 567/9 569/7 571/17 587/22 603/1
testified [3] 532/15 600/5 614/22
testimony [21] 529/22 529/23 529/25 529/25 530/6 530/12

supposed [2] 578/14
554/7 558/17 579/4 592/25 597/12 598/12 612/14 615/18 621/18 628/12 628/25
Texas [1] 527/14
than [25] 540/11 545/20 559/5 559/10 559/18 561/11 561/12 564/2 580/9 584/11 586/10 586/17 586/19 589/21 597/20 599/18 600/21 601/6 601/15 601/22 602/3 602/15 603/2 618/23 619/7
thank [16] 531/13 542/14 576/6 577/9 579/18 581/17 585/11 595/9 598/21 599/22 626/13 626/14 626/15 628/9 628/10 628/11
Thankfully [1] 575/22
thanks [1] 624/16
that [599] 529/21 529/24 530/12 530/17 530/19 531/3 531/4 531/5 531/11 531/25 532/20 533/12 533/15 533/22 533/24 534/5 534/12 534/19 534/20 534/22 535/12 535/13 535/18 535/24 536/1 536/6 536/11 536/15 537/8 537/9 537/11 537/11 537/20 537/22 537/23 537/23 538/5 538/14 538/16 538/23 539/3 539/8 539/19 539/21 539/25 540/1 540/17 540/19 540/20 540/17 541/11 541/18 541/21 541/24 542/16 543/3 543/7 543/19 543/21 543/22 544/1 544/6 544/13 544/15 544/19 544/19 544/21 545/20 545/25 545/25 546/2 546/7 546/15 546/18 546/19 546/23 547/14 547/22 548/1 548/2 548/17 548/17 548/22 549/3 549/14 549/16 549/25 550/2 550/7 550/7 550/19 550/19 551/4 551/6 551/11 551/14 551/15 551/16 551/17 552/3 552/7 552/17 553/2 553/4 553/19 554/4 554/7 554/17 555/10 555/22 555/16 559/16 559/17 559/20 559/22 560/4 560/13 560/13 560/20 560/20 560/22 561/2 561/3 561/5 561/9 561/9 561/10 561/10 561/16 561/22 561/25 562/2 562/6 562/7 562/7 562/9 562/10 562/10 562/22 562/25 563/11 563/23 564/4 564/8 564/9 564/11 564/11 564/11 564/14 564/14 564/14 564/19 565/3 565/11 565/15 565/16 565/18 566/8 566/21 566/23 566/23 567/5 567/16 567/17

that... [420]   567/18 567/21
567/22 567/23 567/24
567/24 568/13 568/14 569/1
570/2 570/2 570/5 570/12
570/13 570/16 570/18
570/19 570/19 571/23
571/24 571/24 572/8 572/11
572/15 572/18 572/23
573/12 573/13 573/13
573/17 573/22 574/2 574/14
574/15 574/21 575/2 575/3
575/4 575/13 575/15 575/19
576/1 576/8 576/9 576/10
576/11 576/12 576/13
576/14 576/15 576/18
576/21 576/22 577/1 577/4
577/5 577/16 578/2 578/4
578/8 578/12 578/19 579/2
579/3 579/4 579/16 579/21
579/22 579/25 580/3 580/4
580/5 580/20 580/23 581/13
581/19 581/21 581/22
581/24 581/24 582/1 582/5
582/5 582/7 582/8 582/10
582/12 582/18 582/22
582/25 583/3 583/4 583/5
583/16 583/16 583/19
583/22 583/24 584/1 584/1
584/4 584/8 584/12 584/22
584/25 585/1 585/4 585/5
585/5 585/15 586/10 586/10
586/12 586/18 586/20
586/24 587/16 588/1 588/2
588/4 588/7 588/8 588/8
588/9 588/11 588/12 588/13
588/15 589/4 589/5 589/10
589/13 589/20 589/22
589/23 590/1 590/2 590/6
590/8 590/11 590/15 590/16
590/16 590/17 590/19
590/24 591/1 591/4 591/5
591/6 591/8 591/10 591/15
591/17 591/22 591/25 592/1
592/15 592/16 592/18
592/24 592/25 593/5 593/13
593/23 593/24 594/10
594/11 594/15 594/17
594/25 595/2 595/4 595/4
595/5 595/18 595/24 596/1
596/3 596/6 596/7 596/7
596/8 596/10 596/12 596/15
596/16 596/16 596/16
596/18 596/20 596/21
596/23 596/24 596/24 597/1
597/3 597/9 597/10 597/14
597/20 597/21 597/22
597/23 597/24 598/5 599/4
599/7 599/10 599/14 599/15
599/20 599/25 600/1 600/5
600/10 600/12 600/13
600/14 600/23 600/25 601/3
601/4 601/8 601/10 601/10
601/11 601/15 601/18
601/20 601/21 601/23
601/24 601/24 601/24 602/4
602/5 602/7 602/8 602/12
602/19 602/20 602/25

602/25 603/6 603/8 603/10
603/6 603/10 603/12 603/14
603/17 603/21 603/25 604/8
604/18 604/23 604/24 605/1
605/4 605/6 605/11 605/16
605/22 605/25 606/6 606/9
606/11 606/18 606/19
606/20 606/23 606/25 607/1
607/7 607/12 607/18 607/19
607/24 608/4 608/10 608/17
608/20 608/23 609/1 609/4
609/12 609/15 609/19
609/20 610/4 610/12 610/14
610/19 610/19 610/20
610/22 610/25 611/2 611/6
611/8 611/11 611/12 611/15
611/16 611/19 611/24 612/4
612/7 612/9 612/11 612/12
612/12 612/14 612/15
612/15 612/18 612/22
612/25 613/3 613/6 613/8
613/13 613/13 613/16
613/16 613/22 613/24 614/6
614/7 614/12 614/22 614/24
614/25 615/1 615/3 615/5
615/14 615/16 615/19
615/21 615/22 616/7 616/8
616/11 616/14 616/20 617/4
617/8 617/19 617/22 617/23
617/25 618/8 618/10 618/16
618/19 618/23 618/23 619/1
619/2 619/3 619/18 619/23
620/1 620/21 620/25 621/5
621/7 621/11 621/19 621/22
622/1 622/5 622/9 622/10
622/12 622/18 622/21
622/22 622/24 623/4 623/11
623/13 623/14 623/17
623/20 623/21 623/24 624/3
624/9 624/14 624/19 624/21
625/7 625/13 625/18 625/21
625/22 626/1 626/2 626/5
626/10 626/21 627/10
627/22 628/1 628/4 628/7
628/18 628/19 628/25
629/17 629/18 629/24 630/5
that's [61]   537/23 538/12
555/4 557/19 559/15 568/11
569/2 569/24 571/8 571/25
574/14 575/12 575/15 576/2
576/4 580/13 586/7 586/19
587/15 588/16 589/16
590/14 590/21 591/18
592/22 593/15 595/19
595/19 596/6 596/22 598/3
600/10 601/20 602/16
603/18 606/15 606/21
606/24 611/9 612/17 612/17
613/1 613/5 617/5 617/19
617/20 619/7 620/14 621/14
621/15 621/24 622/2 622/7
622/11 625/1 626/6 627/6
629/8 629/12 629/13 629/14
their [39]   530/22 530/24
535/7 535/15 536/1 542/2
544/4 545/15 547/8 547/10
549/7 549/13 553/9 553/21
553/24 555/1 556/24 557/1
557/6 557/21 559/17 572/4

587/9 587/12 587/12 587/13
588/16 588/18 594/23 595/2
600/10 613/2 614/9 619/5
621/14
them [66]   530/3 530/12
534/24 535/10 536/2 536/19
540/5 540/5 540/15 540/25
541/2 546/10 546/11 546/21
547/5 549/11 550/17 550/20
551/2 552/20 553/10 553/23
554/8 554/15 554/17 555/22
556/10 558/9 558/10 558/11
559/12 565/12 569/10 572/4
572/24 573/16 578/1 584/6
584/9 584/14 585/9 586/23
587/20 588/15 590/7 590/20
591/3 592/2 592/21 594/24
595/1 597/3 599/15 599/16
600/9 600/10 604/2 616/10
618/21 619/5 620/10 620/10
620/12 621/13 621/23 626/2
themselves [1]   588/13
then [34]   530/6 530/11
530/12 530/21 531/2 536/12
538/16 542/22 543/23
545/22 545/23 550/17
551/20 557/16 560/1 561/19
566/1 570/12 573/10 575/24
576/25 582/15 582/20
594/20 599/22 606/17
608/25 611/10 615/25
618/12 623/23 624/5 624/13
628/3
theorist [2]   551/19 601/24
theory [1]   559/15
there [93]   529/16 533/13
535/23 536/11 537/4 538/9
538/17 540/17 540/20
541/25 544/18 544/20
545/22 545/22 545/23 546/6
546/14 547/15 548/21
550/19 551/3 551/14 552/2
552/15 558/13 559/7 559/9
559/13 560/3 561/12 562/4
563/3 565/2 565/7 569/22
570/11 573/8 575/10 575/24
576/13 576/17 577/3 577/19
578/9 578/11 584/5 585/23
586/24 590/25 591/3 591/22
591/25 592/9 592/12 592/15
593/19 594/20 597/1 598/25
600/9 600/13 600/20 600/25
601/13 601/21 602/1 602/3
602/7 602/11 602/19 603/23
604/1 604/5 604/6 606/25
609/8 609/24 609/25 610/10
613/21 613/21 614/3 614/18
617/7 617/15 618/3 620/4
626/17 628/17 628/25 629/2
629/5 629/7
there's [36]   530/7 535/18
537/22 538/17 539/14
543/18 543/23 556/11
557/16 569/20 570/2 570/12
570/15 571/4 582/4 588/7
588/7 591/4 593/21 597/2
601/4 601/21 609/3 610/24
614/8 615/22 618/13 619/4

624/13 625/18 628/18
629/11
therein [1]   530/5
these [22]   531/7 546/14
550/14 565/21 569/7 572/3
572/9 575/8 575/17 577/23
586/23 591/7 592/21 595/7
616/24 620/8 621/13 621/17
621/22 622/3 622/11 622/13
they [187]   529/24 530/4
530/19 530/20 530/22
530/24 531/14 532/25 535/3
535/3 535/6 535/11 535/12
535/12 535/13 537/1 539/10
540/18 540/19 541/2 541/4
541/5 541/6 544/4 545/13
545/13 545/14 546/2 546/16
546/16 547/2 547/6 547/6
547/7 547/7 547/9 548/8
548/10 548/10 549/5 549/5
549/6 549/8 549/9 549/19
550/15 550/24 551/9 551/10
551/10 551/15 551/24 552/1
552/2 552/7 553/5 553/9
553/11 553/14 553/19
553/20 553/21 553/23
553/24 554/10 554/13
554/14 554/17 554/17
554/18 554/23 554/25
554/25 555/22 556/2 556/6
556/7 556/12 556/18 556/19
557/1 557/12 557/13 557/14
557/17 558/19 558/23
558/23 558/23 558/24
558/25 558/25 559/1 559/4
559/13 559/14 559/14
559/16 559/17 559/25
559/25 560/1 560/1 560/2
561/10 565/12 566/16
572/6 572/7 572/24 573/13
574/13 574/14 574/15
574/18 574/19 574/21
574/22 574/24 574/25 575/6
575/17 575/18 576/1 578/1
578/2 578/2 583/24 584/4
584/24 584/25 586/20
586/24 587/10 587/12
587/18 587/18 587/19
587/20 588/1 588/1 588/2
588/2 588/5 588/6 588/16
589/13 591/13 591/17
591/19 591/20 592/2 593/2
593/9 594/1 594/11 594/14
594/15 594/15 594/25
594/25 595/22 597/3 602/13
603/2 609/14 611/6 611/11
611/15 612/22 614/10
614/10 619/22 621/3 621/24
622/4 622/5 622/9 622/10
622/11 624/19 624/20
627/25
thing [13]   538/8 550/13
560/13 573/18 573/23 576/9
588/23 589/20 591/7 593/2
602/11 619/3 622/4
things [7]   574/22 575/2
580/14 586/7 588/19 592/15

T

things... [1] 596/6
think [99] 533/12 537/2
537/16 539/24 544/22 545/2
545/15 550/13 550/17
550/20 551/5 555/8 557/15
558/22 559/3 559/4 560/15
562/5 562/14 562/16 564/2
564/2 564/18 565/16 566/6
566/18 568/23 569/18
571/15 571/21 572/21 576/4
578/15 580/23 582/10
583/22 583/24 584/11
584/12 584/18 584/25 585/5
585/9 586/1 586/6 586/10
586/13 586/16 586/18
586/18 586/19 587/2 589/4
589/22 590/21 591/3 593/25
594/4 594/7 595/4 595/14
595/17 595/19 595/25 599/6
600/10 600/22 601/4 601/24
603/10 603/14 606/13
608/12 609/6 612/20 612/22
613/15 613/20 613/23 615/3
615/5 615/14 615/21 616/13
616/15 616/19 617/21
618/14 619/21 620/14 622/2
622/5 622/6 622/8 622/9
622/10 622/11 628/3 628/20
thinking [3] 544/11 592/25
626/3
Thinkingdom [1] 556/17
thinks [2] 587/9 589/10
third [2] 553/25 604/25
this [128] 529/3 529/17
530/25 531/2 531/3 531/16
534/7 534/17 537/15 537/19
538/10 539/1 539/3 539/8
539/15 539/18 540/20 542/8
542/8 543/12 544/6 547/18
551/23 560/11 560/12
560/20 562/20 560/23 562/6
563/14 564/15 564/16
565/16 568/4 568/5 568/10
568/13 569/11 571/16
572/21 572/22 574/7 575/1
577/21 577/21 578/10
578/23 579/2 580/16 580/20
581/6 581/15 582/17 583/8
583/10 584/21 589/4 589/15
590/25 592/25 593/16
597/18 599/7 599/12 599/17
600/12 600/25 602/24
603/15 604/7 604/16 605/9
605/9 605/21 606/25 607/10
607/19 608/19 609/6 609/19
610/11 610/16 610/22 611/3
611/14 612/6 613/11 614/21
615/3 615/4 615/5 615/21
615/24 616/18 617/13
617/19 617/22 618/5 618/10
619/4 619/16 619/21 619/21
620/19 620/20 620/24
621/11 621/17 621/20 622/8
623/3 623/14 623/19 624/2
625/6 625/6 625/18 625/24
626/5 627/9 627/19 628/15
628/25 629/6 629/8 629/15
629/18 629/25

those [36] 530/7 536/14
536/22 536/24 546/20
546/22 547/7 548/7 550/21
551/8 551/18 552/2 553/16
555/21 555/23 566/22
570/23 586/11 587/14
588/19 589/2 589/18 591/12
596/15 596/24 599/23
602/21 603/11 603/13
603/13 612/24 617/9 618/11
618/13 618/25 619/3
though [1] 553/11 580/20
629/13
thought [12] 534/2 561/11
564/3 564/10 580/2 580/11
582/16 584/3 598/1 617/13
617/23 617/24
thoughts [1] 534/18
thousand [3] 593/6 593/7
593/13
thousands [1] 591/24
threat [7] 561/10 562/7 563/7
563/11 564/2 596/23 597/1
threatened [2] 561/6 564/15
three [11] 552/18 568/24
589/14 599/17 603/14
603/17 605/9 606/25 612/20
615/21 628/18
three-way [1] 606/25
through [15] 545/4 561/4
577/15 583/8 583/11 585/16
585/17 597/9 597/17 597/23
598/4 604/2 614/2 614/15
620/12
throughout [2] 554/14 593/8
thumbs [1] 532/1
tie [3] 606/9 606/11 606/25
TikTok [2] 572/19 572/20
time [35] 531/16 534/16
538/20 546/14 550/2 553/10
559/22 560/10 561/22
561/23 572/2 572/2 572/3
572/8 573/7 573/8 577/7
579/25 580/20 582/22
582/24 583/5 584/7 584/8
584/13 587/7 588/24 591/1
591/3 592/19 594/14 600/10
615/4 627/16 629/25
times [11] 527/3 536/10
536/17 545/4 555/1 559/18
565/7 573/24 575/1 575/4
577/23
title [8] 537/22 537/23 542/9
557/6 558/2 583/10 583/14
604/12
titles [1] 627/14
today [6] 529/21 531/5
544/23 563/24 575/2 597/22
together [3] 529/10 578/5
600/9
told [4] 573/18 573/23 583/3
591/7
too [7] 532/4 587/21 587/24
600/9 601/4 613/21 624/20
took [1] 546/23
top [36] 538/16 575/8 575/14
576/22 576/16 585/21 585/24
586/16 587/18 590/9 591/19

604/7 604/17 605/9 605/21
607/11 607/21 607/22
608/19 608/22 609/3 610/11
610/24 611/10 619/14
619/17 619/20 620/20 621/2
622/6 624/13 625/13
topics [3] 558/16 597/5 601/7
total [2] 543/15 587/20
tough [1] 539/3
Towards [1] 539/14
track [6] 553/2 553/7 553/11
556/24 557/1 587/10
trade [5] 560/12 579/3 579/9
595/20 617/2
tradition [1] 535/14
traditional [1] 561/4
trajectory [1] 545/24
transaction [3] 581/2 583/4
583/5
transcript [7] 526/9 562/19
621/11 628/25 629/6 629/8
629/12
transcription [1] 630/6
translated [1] 559/6
translation [1] 559/2
treat [1] 597/3
treating [1] 584/23
tremendous [1] 561/9
tremendously [1] 534/1
trepidatious [1] 586/9
trial [2] 526/9 529/17
tried [1] 603/8
Trouborst [1] 604/21
true [1] 573/1
Trump [1] 534/17
truth [2] 530/5 591/4
try [6] 533/4 576/14 583/21
600/20 604/11 609/9
trying [1] 541/17 557/21
587/11 575/7 585/5 587/11
587/12 587/13 587/25 590/8
592/7 592/10 593/22 596/7
600/2 600/2 621/24
turn [28] 532/20 534/24
538/8 540/7 540/9 540/24
545/10 560/7 582/4 591/2
598/23 599/9 604/4 605/19
607/10 608/7 608/16 609/23
610/7 613/19 618/1 620/1
623/1 623/10 624/5 625/4
625/16 627/6
TV [2] 536/6 575/5
tweet [1] 530/10
tweets [2] 530/2 531/15
twice [1] 573/16
Twilight [1] 560/8
two [36] 536/15 539/4
541/17 543/9 543/9 543/16
546/8 546/14 552/18 552/23
555/1 566/22 573/15 588/21
588/22 589/9 600/21 600/23
603/8 603/9 603/21 603/24
605/10 607/1 614/22 615/1
615/11 616/2 616/7 616/10
616/24 618/5 619/8 620/8
621/3 626/20
two-book [1] 543/9
type [1] 538/22

U

U.S [1] 580/12
UK [2] 557/12 580/12
ultimately [3] 590/1 591/2
600/6
under [4] 532/10 557/23
564/7 577/14 579/15 593/19
underestimated [1] 558/22
understand [10] 531/23
539/22 544/1 546/14 554/7
566/8 571/4 575/7 578/17
597/13
understanding [4] 529/21
542/1 558/20 624/19
understood [1] 591/11
unfortunately [1] 593/24
UNITED [15] 526/1 526/3
526/10 526/14 529/4 529/7
605/13 607/4 608/1 610/1
611/20 614/14 624/23 626/7
626/12
universities [1] 548/8
university [11] 548/10 548/12
548/15 548/17 548/20
548/23 551/22 564/6 610/23
611/5 611/6
unless [2] 533/16 575/14
unlike [1] 560/9
unpredictable [1] 594/13
unsuccessful [1] 545/6
until [1] 563/24
up [27] 532/1 538/16 541/23
556/12 557/12 560/23
562/16 566/18 574/3 576/10
577/1 577/24 579/24 580/3
583/24 593/7 594/12 595/14
606/18 612/3 612/7 612/10
614/19 617/12 618/19 624/2
629/5
upon [3] 588/9 589/23
624/12
upstart [1] 552/22
upwards [1] 591/23
us [23] 532/19 532/23
541/11 543/7 546/9 547/14
548/19 548/23 550/16
551/12 551/12 551/20
554/12 557/9 560/11 564/7
564/10 571/10 572/10 574/9
585/4 585/5 624/12
use [43] 533/20 569/11 574/5
588/6 593/23 601/5
used [2] 571/18 575/18
using [1] 594/1
usually [3] 550/11 589/5
589/6

V

vague [1] 621/20
validate [1] 591/13
value [1] 601/14
values [1] 601/21
various [1] 559/8
VCBS [2] 569/20 569/23
Vernon [13] 526/13 528/5
553/1 580/16 585/14 597/2
598/7 598/20 615/15 620/9
621/10 622/9 626/14

648

649

**V**

version [6] 537/16 542/13
605/25 607/15 623/6 625/10
versus [1] 529/4
very [39] 533/25 534/9 537/6
541/19 545/2 545/2 546/2
546/2 546/11 547/8 547/9
548/22 549/9 550/23 552/23
554/3 554/3 557/18 559/25
564/5 565/22 579/16 587/11
588/14 589/18 600/1 600/19
603/1 608/22 609/3 613/23
617/23 617/24 619/20 622/2
624/1 624/17 626/15 628/11
VIACOMCBS [2] 527/6
529/14
video [11] 529/23 530/23
530/24 531/1 531/3 628/15
628/24 629/8 629/12 629/13
629/14
videos [2] 531/7 531/8
videotape [1] 628/23
view [13] 532/24 551/8
555/25 559/18 560/4 563/25
565/3 566/14 566/17 566/21
584/1 584/15 615/4
views [1] 583/20
virtually [2] 544/24 604/24
vision [1] 558/5
vividly [1] 579/1
voice [1] 531/21
vs [1] 526/5

**W**

walk [1] 623/20
Walter [1] 627/18
want [34] 529/24 531/11
533/7 533/21 538/8 546/14
550/3 550/12 550/12 558/1
558/8 563/4 563/22 564/12
568/23 569/12 569/20
570/11 571/12 571/16
574/10 577/15 578/1 583/23
583/24 592/25 594/2 619/7
621/16 621/25 622/11
627/25 628/5 629/19
wanted [9] 537/6 546/7
548/22 549/13 565/12
565/13 571/15 571/25
580/24
wants [3] 531/1 565/1 589/16
wardrobe [1] 575/11
warehousing [1] 570/21
was [176] 532/14 533/13
533/14 533/18 533/22
533/25 534/1 534/7 534/9
534/9 534/14 534/17 534/23
536/17 536/18 537/4 537/12
537/5 537/10 537/12 537/17
537/23 538/20 539/3 539/5
539/8 539/17 539/23 540/20
541/15 541/16 541/16
541/18 541/21 541/22
541/25 543/7 543/7 543/9
543/13 544/2 544/5 544/11
544/18 546/14 547/15
547/15 547/17 547/21
547/23 547/23 547/23
547/25 548/21 549/1 549/2

551/4 551/21 555/1 555/2
551/11 555/11 555/14
556/11 560/15 560/25 561/9
561/9 561/18 561/22 561/23
561/24 561/24 562/4 562/7
564/7 564/16 564/16 565/15
565/16 569/22 571/18
572/21 573/12 573/13
573/16 573/17 573/17
573/17 573/18 573/21
573/22 574/1 575/10 575/24
576/1 577/3 577/5 579/3
579/8 579/8 579/10 579/15
579/20 579/21 579/23
579/23 580/4 580/5 580/15
580/21 580/23 581/22
581/24 581/24 582/16 584/5
584/12 589/8 589/14 592/1
593/5 593/14 593/19 597/10
597/11 598/15 599/15
599/15 600/1 600/1 600/2
600/2 604/24 604/25 604/25
606/18 606/25 608/12 609/8
610/19 611/5 613/23 614/18
614/22 615/1 615/20 615/24
616/10 616/11 616/13
616/16 616/18 616/21 617/7
617/10 617/13 617/15
617/22 617/22 618/12 619/1
620/4 621/21 621/24 624/11
626/3 626/17 627/3 627/9
628/23 630/1
Washington [6] 526/6 526/16
527/10 527/18 536/15
630/12
wasn't [3] 574/1 580/3
597/11
wasting [1] 600/10
watch [1] 557/23
way [26] 533/21 548/9 549/8
551/11 551/15 553/21
559/24 563/16 564/9 564/11
566/24 567/22 569/11
570/15 574/2 583/5 583/19
586/19 590/17 594/7 596/19
602/22 606/25 608/15 621/4
628/20
ways [1] 627/16
we [189] 529/17 531/1 531/6
531/7 531/16 531/17 531/18
532/18 532/18 533/7 533/13
533/15 533/19 533/20 534/2
534/11 534/11 534/20
536/23 537/6 537/13 537/16
540/5 540/5 540/7 540/8
540/8 540/19 542/8 543/12
544/13 544/17 544/23 545/3
545/15 545/10 545/16 546/10
546/21 547/13 547/20
548/14 548/22 549/13
550/15 551/22 554/5 556/10
557/24 558/10 558/11 559/2
559/5 560/5 560/9 560/15
561/15 561/16 562/3 564/5
566/7 567/14 567/16 567/16
567/20 567/20 567/21 569/4
569/10 569/10 570/11

571/22 572/3 572/7 572/9
573/4 573/4 573/5 573/7
573/7 573/8 573/15 573/19
573/22 573/22 574/1 574/2
574/7 574/7 574/8 574/10
574/10 574/11 574/24 575/4
577/21 577/21 579/23 580/2
580/3 580/17 582/8 582/10
583/18 583/18 583/22
585/22 586/3 586/11 587/3
588/12 589/11 589/18
590/15 590/16 590/19
590/20 590/22 591/8 591/12
591/13 592/8 592/15 592/18
592/19 592/21 592/21
593/19 594/19 596/3 597/2
597/20 597/21 597/22 598/6
598/7 599/22 600/6 600/8
601/17 603/14 604/10
605/24 605/25 606/13
606/19 607/14 607/15
608/22 609/6 612/18 614/9
614/24 615/8 615/20 615/24
615/25 616/19 617/9 617/10
619/7 619/22 619/25 620/18
621/2 621/4 621/16 623/6
623/19 623/20 625/9 625/10
626/2 626/13 627/15 628/3
628/5 628/20 629/5 629/16
629/17 629/21 629/24
We've [1] 529/23
weakness [1] 590/16
weather [3] 588/25 589/1
589/2
week [1] 603/17
weeks [5] 561/23 614/22
615/1 615/12 616/2
well [43] 531/12 533/25
534/11 535/6 535/12 537/9
539/3 541/12 544/22 548/1
549/5 550/11 551/3 552/15
554/17 557/11 557/16
557/24 558/9 559/25 561/23
564/5 566/16 567/23 570/11
574/15 574/18 574/22
583/18 584/13 584/20
584/23 586/5 587/9 588/4
591/11 592/14 594/12 595/3
597/3 602/11 602/14 619/3
well-established [1] 588/4
went [10] 537/9 544/4
546/18 546/19 551/1 551/3
552/7 565/11 604/23 621/10
were [47] 532/18 533/13
533/24 534/4 536/11 536/24
537/1 539/4 546/10 547/1
547/2 547/22 553/5 553/16
553/19 553/20 559/25 562/5
563/4 578/15 578/17 579/11
579/23 579/25 580/3 582/24
583/3 584/4 587/25 591/7
591/14 591/20 591/20
591/25 599/12 602/24
603/11 603/13 603/13
603/21 603/24 605/10
612/21 612/22 626/21 627/9
627/19
weren't [1] 560/1

what [100] 534/7 535/1
535/7 535/19 537/10 538/9
538/22 538/25 539/1 539/8
540/18 541/2 541/15 541/20
543/7 543/12 543/12 543/19
543/25 544/3 545/13 546/22
547/5 547/21 548/4 548/7
549/16 553/7 554/3 554/12
557/23 558/2 558/20 559/14
559/16 559/24 561/2 561/19
561/24 561/24 563/25
564/12 564/25 565/5 566/1
566/3 567/4 569/1 569/3
569/11 569/14 569/24 570/5
570/18 571/1 571/13 571/25
573/2 574/1 575/5 577/14
577/24 578/4 578/4 578/7
578/12 579/6 580/19 580/21
582/5 582/6 582/20 583/20
584/3 584/7 584/8 584/21
586/2 589/11 589/12 591/18
591/20 594/3 594/9 595/19
600/2 600/6 612/17 613/25
617/19 617/20 619/7 621/12
621/16 621/24 622/11 626/3
627/19 627/22 628/4
what's [5] 558/1 572/24
590/12 613/22 619/6
whatever [5] 557/10 586/5
587/19 594/20 621/22
whatnot [1] 545/18
when [70] 530/25 531/14
531/20 535/13 535/15
535/18 536/2 536/6 545/16
545/25 546/10 546/14
550/11 552/7 553/19 553/20
559/7 559/13 561/8 561/22
563/2 564/14 564/14 565/15
566/22 567/12 569/7 569/8
571/18 572/3 573/12 573/22
574/2 574/4 574/11 574/12
574/13 576/18 576/23
577/15 577/23 579/20
579/21 580/4 581/22 582/24
583/3 584/4 585/15 587/3
587/8 592/1 593/4 593/10
593/12 596/5 597/11 598/19
598/24 604/4 605/19 609/24
612/3 612/21 613/20 618/3
626/21 627/3 627/19 627/22
where [35] 530/9 532/18
537/3 539/1 539/25 541/23
542/4 546/4 547/8 548/19
549/10 549/25 555/12 558/7
558/7 565/6 569/18 577/20
577/20 578/23 580/7 592/3
592/4 592/22 596/11 603/16
604/16 610/11 616/25
617/13 618/5 619/13 620/20
624/7 627/9
whether [11] 545/5 556/6
562/11 566/14 578/5 578/6
578/6 590/22 592/17 620/10
624/18
which [35] 534/4 538/20
555/8 555/14 556/16 556/17
557/11 557/18 557/20 563/7
565/6 565/20 567/1 568/3

which... [21] 571/1 577/5 579/14 580/7 581/15 585/9 590/3 591/4 598/24 599/13 600/13 600/20 601/1 601/13 603/20 603/23 605/3 608/9 608/17 610/7 627/20
while [3] 544/17 581/21 593/1
who [63] 533/22 534/13 534/19 536/12 536/14 536/16 536/17 536/17 537/8 538/18 538/22 539/21 541/2 541/13 542/19 544/1 544/5 544/21 544/22 545/2 545/7 545/13 546/6 546/11 548/2 550/16 552/11 552/17 552/21 554/10 554/12 555/9 555/20 557/10 561/12 561/13 562/2 564/13 565/12 566/2 572/12 574/19 575/17 578/16 579/25 579/25 582/11 582/14 582/24 587/9 587/10 587/11 587/25 593/15 597/17 599/22 599/23 600/3 601/21 602/2 602/3 619/17 627/25
who's [3] 536/18 538/18 582/13
whole [1] 565/21
wholeheartedly [2] 584/22 585/6
wholesale [1] 554/13
whom [1] 540/3
whose [1] 628/5
why [17] 533/24 550/10 560/22 564/4 566/8 567/17 572/9 572/18 583/16 583/16 584/19 588/16 589/16 591/12 594/19 615/22 626/3
wife [1] 582/13
will [41] 530/17 530/19 531/15 533/21 535/13 538/5 543/3 544/13 551/15 567/4 568/20 569/5 576/1 577/24 581/13 581/18 584/16 585/6 585/12 590/15 595/3 599/22 601/21 605/16 606/17 607/7 607/10 608/4 610/4 616/4 617/7 619/22 620/12 620/18 622/14 626/10 628/15 628/17 629/10 629/16 629/24
William [1] 527/12
willing [3] 579/15 619/1 621/24
wind [1] 577/24
Winfrey [2] 535/25 536/5
winner [1] 609/1
winning [6] 535/5 535/14 535/15 541/5 559/3 594/25
wins [2] 612/4 612/11
wish [2] 579/13 613/10
within [1] 538/21
without [8] 538/22 567/15 571/9 571/13 622/17 622/20 622/24 625/25
witness [4] 528/2 585/12 628/13 628/15

won [6] 539/8 539/10 548/2 562/2 562/3 576/1
won't [3] 538/18 577/22 606/19
wondered [1] 587/16
wondering [2] 556/24 620/9
word [5] 592/16 592/22 593/23 594/17 594/18
words [3] 535/18 540/18 594/1
work [10] 544/23 546/12 567/19 567/19 567/21 572/8 576/24 599/16 627/25 628/5
worked [8] 585/4 587/8 589/13
working [4] 531/7 539/17 579/17 587/8
works [2] 533/2 535/9
World [1] 553/16
worries [1] 576/20
worst [2] 619/5 621/14
would [73] 529/5 530/3 530/12 530/20 530/22 530/24 532/20 534/2 538/1 543/15 544/19 544/23 545/3 545/3 550/15 556/3 565/11 575/3 575/16 576/2 580/1 583/5 583/20 583/22 583/25 584/18 586/20 588/13 592/2 593/11 593/17 593/25 594/2 594/3 594/11 595/4 595/5 595/16 595/23 597/6 597/7 597/14 597/17 597/20 597/21 597/24 598/2 598/2 598/4 599/15 600/15 600/16 611/24 612/11 612/14 613/10 614/5 614/19 615/22 617/17 619/6 621/15 622/4 622/7 623/19 623/20 624/16 624/17 626/13 627/12 628/21 629/1 629/18
wouldn't [6] 561/5 566/8 592/12 603/2 613/3 613/12
wow [2] 609/14 611/10
write [3] 607/22 621/2 624/7
writer [8] 535/13 535/13 537/4 543/10 545/3 548/21 587/24 600/4
writers [5] 544/23 567/19 587/24 627/15 627/24
writes [11] 539/3 580/7 604/23 606/17 609/14 611/5 611/10 623/13 623/19 624/16 625/21
writing [2] 537/6 541/16
written [2] 546/9 546/9
wrong [2] 573/7 615/19
wrote [8] 530/10 536/16 573/21 579/2 580/4 582/11 608/17 615/18

### X

X-A-N-D-O [1] 555/8

### Y

YA [1] 557/20
yeah [11] 562/21 568/6 568/7 569/18 578/23 592/6 592/7 593/12 601/4 606/16

year [9] 545/15 554/25 560/12 565/16 573/25 591/12 592/20 593/8 611/6
years [14] 545/4 550/6 551/13 552/12 552/18 552/19 556/15 561/4 579/17 584/10 585/2 589/22 603/11 603/14
yes [188] 529/20 530/16 531/10 531/17 532/7 532/11 532/22 533/11 534/6 534/25 535/22 536/13 536/21 536/23 537/4 537/21 538/13 539/11 539/13 539/16 539/20 540/13 541/1 541/10 542/3 542/6 542/18 542/23 545/12 545/19 546/8 546/16 547/13 548/6 548/16 548/18 548/25 549/5 549/5 549/12 549/15 550/5 551/7 552/5 552/6 552/9 553/3 553/6 553/23 554/2 554/9 556/2 556/16 557/8 558/15 559/11 559/23 560/5 560/17 561/14 561/21 563/1 563/6 563/12 563/21 564/21 565/4 566/16 566/20 567/14 568/15 568/25 569/2 569/13 570/4 570/14 570/17 571/6 571/20 573/1 574/18 574/24 575/13 576/16 577/8 577/13 579/5 581/8 582/19 582/21 583/1 583/1 583/2 583/22 584/3 595/11 595/19 595/25 596/14 596/19 597/16 598/1 598/1 599/1 599/5 599/8 599/11 599/19 599/21 600/1 600/18 600/24 601/12 601/16 601/19 602/21 603/7 603/22 604/9 604/19 604/22 605/2 605/5 605/8 605/12 605/23 606/5 607/13 607/25 608/11 608/21 608/24 609/5 609/13 609/16 609/18 609/22 610/13 611/1 611/3 611/9 611/13 611/17 612/17 613/7 613/18 614/4 614/13 614/21 615/8 615/17 616/5 616/12 617/10 617/20 618/4 618/9 618/17 618/21 618/21 618/24 619/10 619/19 619/24 620/23 621/1 621/6 621/9 622/19 622/22 623/8 623/12 623/18 623/25 624/4 624/6 624/10 624/15 624/22 625/17 625/20 627/8 627/11 627/21 628/2 629/2 629/5 629/23
yesterday [11] 541/25 557/24 562/4 571/18 572/21 599/7 601/9 601/17 609/6 618/15 621/20
yet [5] 556/7 556/14 590/6 596/11 596/12
York [14] 527/4 527/4 527/7 527/7 536/17 537/4 555/1 557/12 557/13 559/18 565/7 573/24 575/1 575/4

530/4 551/25 530/3
530/10 530/11 531/3 531/4 531/4 531/9 531/13 531/19 532/10 532/12 532/18 532/23 533/4 533/7 533/12 533/16 533/16 533/21 533/24 534/3 534/4 534/5 534/19 534/21 534/24 535/7 535/10 535/15 535/18 535/19 535/21 536/2 536/22 537/2 537/3 537/11 537/13 537/13 537/19 537/20 538/8 538/9 538/9 538/14 538/16 539/1 539/7 539/10 539/12 539/14 539/19 539/21 539/24 539/25 539/25 540/1 540/4 540/14 540/24 541/11 541/21 542/4 542/5 542/7 542/14 542/16 542/17 542/21 543/6 543/7 543/11 543/18 543/18 543/21 543/21 543/22 543/25 544/3 544/3 544/6 544/7 544/8 544/11 544/17 545/11 545/16 545/23 545/25 546/7 546/22 547/1 547/3 547/5 547/14 547/16 547/22 548/4 548/9 548/15 548/17 548/19 548/19 548/24 549/10 549/14 549/16 549/21 549/22 549/25 550/4 550/7 550/11 550/11 550/12 550/19 550/20 551/5 551/14 551/24 552/2 552/7 552/25 553/1 553/2 553/4 553/21 554/3 554/7 554/8 554/20 554/23 555/25 556/3 556/9 557/9 557/21 558/1 558/2 558/4 558/7 558/7 558/8 558/9 558/9 558/10 558/16 559/7 559/9 559/13 561/19 562/5 562/5 562/5 562/6 562/11 562/11 562/14 562/19 562/19 562/23 563/4 563/4 563/10 563/10 563/22 563/23 563/24 564/12 564/12 564/18 565/15 565/18 566/1 566/2 566/2 566/7 566/11 566/14 566/19 566/25 567/1 567/4 567/4 567/8 567/12 567/12 567/15 567/23 567/24 568/2 568/4 568/14 569/1 569/7 569/7 569/8 569/11 569/12 569/14 569/19 569/17 569/18 570/2 570/13 570/15 570/22 571/5 571/9 571/15 571/17 571/17 571/18 571/21 571/22 571/24 572/11 572/12 572/21 572/22 572/24 573/2 573/2 573/5 573/7 574/2 574/2 574/5 574/12 574/13 574/15 574/17 574/22 574/22 574/25 575/1 575/3 575/13 575/14 575/16 576/2 576/6 576/8 576/9 576/10 576/12 576/12 576/13 576/18 576/18 576/22

### W
won [6] 539/8 539/10 548/2 562/2 562/3 576/1

**Y**

you... [321]  576/23 576/24
576/24 577/6 577/7 577/9
577/11 577/15 577/15
577/16 577/17 577/20
577/20 577/23 577/24
577/25 577/25 578/12
578/15 578/15 578/17
578/18 578/21 578/23
578/24 579/2 579/2 579/4
579/6 579/11 579/18 579/25
580/5 580/20 580/23 581/1
581/4 581/6 581/7 581/17
581/18 581/21 582/1 582/4
582/5 582/10 582/11 582/15
582/15 582/17 582/17
582/18 582/20 582/20
582/22 582/24 582/24 583/1
583/3 583/3 583/4 583/7
583/10 583/13 583/16
583/16 583/20 583/20 584/1
584/7 584/15 585/11 585/14
585/15 585/20 586/1 586/2
586/13 586/16 586/22
586/22 586/23 586/23 587/2
587/6 587/7 587/7 587/8
587/13 587/15 587/16
587/19 588/8 588/13 588/15
588/15 588/16 588/17
588/17 588/18 588/19
588/19 588/21 588/22
588/22 588/23 588/24 589/2
589/4 589/14 589/25 590/15
590/18 591/1 591/3 591/5
591/5 591/14 591/17 591/20
592/3 592/3 592/4 592/12
592/15 592/17 592/24
592/25 593/1 593/3 593/5
593/6 594/4 594/5 594/8
594/11 594/15 594/21
594/23 594/24 595/4 595/5
595/6 595/7 595/9 595/15
595/17 595/17 595/17
595/23 595/24 596/1 596/5
596/7 596/7 596/10 596/16
596/16 596/16 596/20
596/24 597/3 597/6 597/6
597/7 597/14 597/23 598/3
598/4 598/7 598/14 598/19
598/21 598/23 598/24 599/3
599/6 599/9 599/9 599/10
599/12 599/12 599/20
599/22 600/12 600/15
600/17 600/22 600/24
600/25 601/7 601/7 601/9
601/18 602/1 602/6 602/7
602/11 602/12 602/13
602/18 602/21 603/2 603/5
603/8 603/10 603/16 603/19
604/4 604/4 604/7 604/10
604/20 605/19 606/1 606/3
606/11 607/16 607/21
607/22 608/7 608/9 608/9
608/10 608/16 609/11
609/15 609/23 609/24 610/7
610/19 610/22 610/25 612/2
612/11 612/20 612/20
612/21 612/24 613/2 613/6
613/8 613/12 613/15 613/16
614/19 616/7 617/3 617/6
617/7 617/13 617/13 617/21
617/23 618/1 618/3 618/6
618/6 618/14 618/15 618/18
618/18 618/23 619/5 619/6
619/6 619/20 619/23 620/1
620/5 620/18 621/2 621/12
621/14 621/15 621/15
621/25 623/1 623/8 623/10
623/11 623/17 623/23 624/3
624/7 624/7 624/8 624/14
624/16 624/17 625/4 625/11
625/13 625/16 626/14
626/15 626/18 626/21
626/23 627/3 627/4 627/5
627/6 627/9 627/12 627/12
627/19 627/19 628/3 628/9
628/10 628/11 628/11
628/24 629/12 629/15
629/19
you've [2]  586/12 617/12
young [8]  545/18 545/21
545/23 546/1 546/8 546/12
557/20 565/21
your [107]  529/3 529/6 529/9
529/13 529/18 530/1 530/3
530/7 530/8 530/13 530/20
531/3 531/4 531/6 531/19
532/6 532/24 534/7 535/1
535/11 536/2 537/14 537/16
538/1 539/15 540/21 541/2
542/1 542/12 542/24 544/11
550/6 550/6 551/8 552/25
554/7 556/22 557/23 558/2
558/16 558/20 560/4 562/14
563/13 563/19 563/22
563/24 563/25 565/3 566/3
566/13 566/17 566/21 568/3
568/19 578/5 578/20 580/21
581/9 581/16 584/2 584/7
588/9 589/1 589/23 590/3
592/11 597/17 598/9 598/12
598/21 599/6 600/22 602/15
602/16 604/1 605/24 606/13
607/6 607/14 608/3 611/20
612/14 615/6 615/16 616/4
616/24 619/8 619/20 620/11
621/2 621/19 622/3 623/1
623/7 625/9 626/12 626/21
627/20 627/20 628/9 628/12
628/14 629/2 629/10 629/16
629/17
yours [1]  569/18

**Z**

Z-A-N-D-O [1]  555/8
Zando [7]  555/8 555/9
555/16 555/25 556/4 556/9
612/22