```
1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2

3     * * * * * * * * * * * * * * *    )
      THE UNITED STATES OF AMERICA,    )    Civil Action
4                                      )    No. 21-02886
                    Plaintiff,         )
5                                      )
          vs.                          )
6                                      )
      BERTELSMANN SE & CO. KGAA,       )    Washington, D.C.
7     et al.,                          )    August 4, 2022
                                       )    9:33 a.m.
8                   Defendants.        )    MORNING SESSION
                                       )
9     * * * * * * * * * * * * * * *    )

10

11                    TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE FLORENCE Y. PAN,
12                  UNITED STATES DISTRICT JUDGE

13

14    APPEARANCES:

15    FOR THE PLAINTIFF:       JOHN R. READ, ESQ.
                               IHAN KIM, ESQ.
16                             MELVIN A. SCHWARZ, I, ESQ.
                               JESSICA LEAL, ESQ.
17                             UNITED STATES DEPARTMENT OF JUSTICE
                               ANTITRUST DIVISION
18                             450 Fifth Street, Northwest
                               Washington, D.C. 20530
19

20    FOR THE DEFENDANTS       DANIEL M. PETROCELLI, ESQ.
      BERTELSMANN and         M. RANDALL OPPENHEIMER, ESQ.
21    PENGUIN RANDOM HOUSE:    MEGAN SMITH, ESQ.
                               O'MELVENY & MYERS, LLP
22                             1999 Avenue of the Stars
                               Eighth Floor
23                             Los Angeles, California 90067

24

25
```

1    <u>APPEARANCES, CONT'D:</u>

2

3    FOR THE DEFENDANTS        STEPHEN FISHBEIN, ESQ.
     VIACOMMCBS and            SHEARMAN & STERLING, LLP
     SIMON & SCHUSTER:         599 Lexington Avenue
4                              New York, New York 10022

5                              RYAN A. SHORES, ESQ.
                               SHEARMAN & STERLING, LLP
6                              401 Ninth Street, Northwest
                               Washington, D.C. 20004

7

8    REPORTED BY:              LISA EDWARDS, RDR, CRR
                               Official Court Reporter
9                              United States District Court for the
                                District of Columbia
10                             333 Constitution Avenue, Northwest
                               Room 6706
11                             Washington, D.C. 20001
                               (202) 354-3269
12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      I N D E X

 2
                              Direct    Cross    Redirect
 3

 4    WITNESSES FOR THE PLAINTIFF:

 5    Markus Dohle              718      802

 6

 7

 8    EXHIBITS RECEIVED IN EVIDENCE                    PAGE

 9
      Plaintiff's Exhibit No. 885                      729
10    Plaintiff's Exhibit Nos. 80, 80-A to 80-E        733
      Plaintiff's Exhibit No. 151                      744
11    Plaintiff's Exhibit No. 79                       753
      Plaintiff's Exhibit No. 983                      760
12    Plaintiff's Exhibit No. 412                      774
      Plaintiff's Exhibit No. 157                      785
13    Plaintiff's Exhibit No. 445                      792
      Plaintiff's Exhibit No. 87                       797
14

15    Defendants' Exhibit No. 76                       827

16

17

18

19

20

21

22

23

24

25
```

```
 1                 THE COURT:  Good morning.

 2                 MR. READ:  Good morning, your Honor.

 3                 MR. PETROCELLI:  Good morning, your Honor.

 4                 THE COURTROOM DEPUTY:  Your Honor, this is Civil

 5       Case No. 21-2886, the United States of America versus

 6       Bertelsmann, SE & Co., et al.

 7                 Will counsel please approach the podium to state

 8       their appearances for the record.

 9                 MR. READ:  Good morning, your Honor.  John Read

10       representing the United States.  With me at counsel table

11       are Jessica Leal, Mel Schwarz, Ihan Kim and our paralegal

12       helping us with technology, Jordan Masri.

13                 THE COURT:  Good morning.

14                 MR. PETROCELLI:  Good morning, your Honor.  Daniel

15       Petrocelli with Megan Smith and Randy Oppenheimer for

16       Defendants Bertelsmann and Penguin Random House.

17                 THE COURT:  Good morning, Mr. Petrocelli.

18                 MR. FISHBEIN:  Good morning, your Honor.  Stephen

19       Fishbein for ViacomCBS and Simon & Schuster.  And with me is

20       Ryan Shores.

21                 THE COURT:  Good morning.

22                 We're ready to resume the trial this morning.  Are

23       there any preliminary matters?

24                 MR. READ:  Not that I know of, your Honor.

25                 MR. PETROCELLI:  None, your Honor.
```

```
1              THE COURT:  I did want to check in about the
2    confidentiality order.  Is there an update on that?
3              MR. READ:  We will get you an update at the break.
4              THE COURT:  Thank you.
5              The Government may call its next witness.
6              MR. READ:  Yes.  That'll be Mr. Markus Dohle, CEO
7    of Penguin Random House.
8              (Thereupon, the witness entered the courtroom and
9    the following proceedings were had:)
10             THE COURT:  Good morning.  Could you remain
11   standing for a moment and raise your right hand.
12             MARKUS DOHLE, PLAINTIFF'S WITNESS, SWORN.
13             THE COURT:  You may be seated.
14             THE WITNESS:  Thank you, your Honor.
15                        DIRECT EXAMINATION
16   BY MR. READ:
17   Q.  Welcome, Mr. Dohle.
18             MR. READ:  Your Honor, I think we have preplaced
19   the binders for Mr. Dohle's examination.
20             THE COURT:  Yes.  Thank you.
21   BY MR. READ:
22   Q.  Mr. Dohle, you have in front of you two binders.  One
23   is -- contains your depositions and the other are some of
24   the exhibits we'll go through today.
25             So --
```

```
 1                    THE COURT REPORTER:  I'm sorry.  Could I have the
 2       witness state and spell his name for the record, please?
 3       BY MR. READ:
 4       Q.  Please state your full name for the record.
 5       A.  Markus Dohle.
 6       Q.  Mr. Dohle, I'd like to cover a few basic background
 7       facts with you first.  Okay?
 8       A.  Sure.
 9       Q.  Would you tell us your current title?
10       A.  Yes.  I'm the chief executive officer of Penguin Random
11       House globally and I'm also a member of the executive board
12       of Bertelsmann.
13       Q.  Thank you.
14                    I'm going to go just briefly through some of your
15       background.  Mr. Petrocelli may go through more of your
16       success and your career.  But I just wanted to ask you, were
17       you made the CEO of Random House in 2008?
18       A.  That's correct.
19       Q.  And then in 2013, with the merger of Penguin, you became
20       CEO of the Penguin Random House combined entity?
21       A.  Correct.
22       Q.  And you mentioned you're a member of the Bertelsmann
23       board.  Is that it?
24       A.  That's right.
25       Q.  And the board you're a member of is the executive board?
```

1    A.  The executive board of Bertelsmann.  Correct.

2    Q.  Yes.

3    A.  That's correct.

4    Q.  That's an operating board that sets strategy?

5    A.  Yes.  It's an operating board.  It sets the strategy and

6    it's also responsible for the implementation of the

7    strategy.

8    Q.  And you serve on that board with Mr. Thomas Rabe, the

9    CEO of Bertelsmann?

10   A.  Yes.  He's the chairman and CEO of Bertelsmann.

11   Q.  Maybe just a few more questions on your background.

12          You have worked with Bertelsmann your whole adult

13   life.  Correct?

14   A.  That's correct.  Almost 30 years.  I'm a lifer in the

15   company.

16   Q.  Good for you.

17          And Bertelsmann -- let's just spend a moment

18   describing it.  It's a diversified media company with

19   companies it owns in television and magazines and publishing

20   and music and other things?

21   A.   We call it an international diversified media services

22   and education company.  It operates in eight divisions.

23          And Penguin Random House is a very special one

24   because the whole company was built on books and started to

25   publish books almost 200 years ago and grew after the Second

```
 1   World War with book clubs in particular around the world.

 2   Q.  And the relationship between Penguin Random House and

 3   Bertelsmann is that Bertelsmann owns 100 percent of Penguin

 4   Random House?

 5   A.  That's correct.

 6   Q.  We have placed in that first notebook -- the first tab

 7   is an organization chart that -- it's actually a

 8   demonstrative.  We prepared it hopefully to help the Court

 9   as we talk about some of the names and some of the entities.

10   So I want to -- it's a demonstrative.  I want to go through

11   it and see if it's accurate.  Okay?

12   A.  Sure.

13              THE COURT:  Is that Binder 1?

14              MR. READ:  It's on Binder 1.  It's -- the tab is

15   "org chart."

16   BY MR. READ:

17   Q.  Mr. Dohle, this org chart was given to your attorneys on

18   Tuesday.  Have you had a chance to look at it?

19   A.  No, not in detail.

20   Q.  Well, we've simplified the org chart, given the

21   complexity.  I just want to go through a few items of people

22   we may talk about with you or with others and make sure we

23   have it accurate.  Okay?

24   A.  Sure.

25   Q.  You are --
```

```
 1              MR. MR. READ:  Well, first, your Honor, I would
 2    like to mark for identification this as PX -- I don't know
 3    your naming designation -- Demonstrative 1.  Would that be
 4    sufficient?
 5              THE COURT:  That's fine.  Well, you have it marked
 6    as PX 79.
 7              MR. READ:  Oh, we did?  No.  That's the next one.
 8              THE COURT:  Oh, that's the next one.
 9              MR. READ:  Yes.
10              THE COURT:  Thank you.  Demonstrative 1 is fine.
11    BY MR. READ:
12    Q.  So, Mr. Dohle, you're listed at the top of this
13    demonstrative as the CEO of Penguin Random House.  And
14    that's accurate?
15              THE COURT:  Can you show that to the public?
16              MR. READ:  Yes.
17    BY MR. READ:
18    Q.  That's correct.  Right?
19    A.  Yeah.  That's right.
20    Q.  And then it lists several direct reports to you.  I just
21    want to focus on a couple of them here that might appear
22    later.
23    A.  Sure.
24    Q.  Divya Sawhney is --
25              THE COURT REPORTER:  I'm sorry, counsel.  For the
```

Dohle - DIRECT - By Mr. Read

```
 1    record, can I please see what you're reading from?  The ELMO
 2    or a paper copy is fine.
 3              MR. READ:  Oh, sure.  Is that all right?
 4              MR. PETROCELLI:  It takes three people to use an
 5    ELMO, your Honor.
 6              THE COURT:  How many lawyers does it take?
 7              (Laughter.)
 8              MR. READ:  I remember when this was high-tech.  I
 9    never learned it.
10              THE COURT:  Please proceed.
11              MR. READ:  Yes.
12    BY MR. READ:
13    Q.  Mr. Dohle, underneath you in the center a little to the
14    left is Divya Sawhney.  Do you see her name?
15    A.  (Nods head in the affirmative.)
16    Q.  She's the global strategy and corporate development
17    officer for PRH?
18    A.  That's correct.
19    Q.  She reports directly to you.  We got that right.
20              And Manuel Sansigre is to the right.  And he's the
21    senior vice president of global mergers and acquisitions?
22    A.  Correct.  Yes.
23    Q.  And he reports directly to you?
24    A.  Correct.
25    Q.  And then I think just one other we'll address with you,
```

1   perhaps today, is on the left second row is Esther Guerra.

2   Do you see her name?

3   A.  Yes.

4   Q.  She's an executive assistant.  Correct?

5   A.  Yes.  She works for several executives, but also for me.

6   She reports directly to me.

7   Q.  And sometimes she forwards emails and -- for you.

8   Right?

9   A.  She works for several executives, but also for me.  And

10  she reports directly to me.

11  Q.  That's a yes?

12  A.  Yes.

13  Q.  And then we listed Madeline McIntosh as reporting to

14  you.  She's the head -- CEO of Penguin Random House U.S.

15  Correct?

16  A.  Correct.

17  Q.  And you have a number of other reports from other CEOs

18  of other countries that report to you as well?

19  A.  Ten more CEOs reporting to me around the world.

20  Correct.

21  Q.  And then reporting to Madeline McIntosh are in the next

22  row six presidents and publishers of different groups within

23  Penguin Random House.  Correct?  Do you see that?

24  A.  Correct.

25  Q.  And the first of those is Allison Dobson.  She's the

1    president of the publishing group at Penguin Random House?

2    A.  That's right.

3    Q.  What are some of the famous -- most well-known imprints

4    in the Penguin Publishing Group that Allison Dobson

5    oversees?

6    A.  There is Penguin Press; there is Viking; there is

7    Riverhead; there is Putnam; and Dutton.  So these are some

8    of the imprints within the Penguin Publishing Group, adult

9    publishing group.

10   Q.  And Bertelsmann acquired those imprints when it combined

11   Penguin and Random House in 2013?

12   A.  That's right.

13   Q.  And then next to her is Maya Mavjee.  She's the

14   president and publisher of the Knopf Doubleday Group?

15   A.  That's right.

16   Q.  What are some of the most significant imprints in that

17   group?

18   A.  It's of course Alfred A. Knopf, the very Alfred A. Knopf

19   imprint.  It's Vintage; it's Doubleday; it's Pantheon as

20   part of that group.  It's Nan Talese books, many other

21   imprints.

22   Q.  And those imprints were acquired by Bertelsmann in

23   previous acquisitions?

24   A.  When Bertelsmann acquired Random House in 1998, Knopf

25   and some of those imprints were part of that.  And Doubleday

1   Bertelsmann acquired in 1985, so it became part of the

2   community family of imprints back then in the mid-'80s.

3   Q.  Thank you.

4        And then to the right of Maya Mavjee is Gina

5   Centrello.  She's the president and publisher of the Random

6   House Group.  Correct?

7   A.  That's right.

8   Q.  And what are some of the most significant imprints

9   there?

10  A.  Of course the Random House imprint, the founding imprint

11  of Random House, 1923, Bennett Cerf.  There is Bantam Books;

12  there is Ballantine; One World.  Many, many others.

13  Q.  And you already -- I think you testified that

14  Bertelsmann acquired Random House earlier.  Right?

15  A.  That's correct.  In 1998.

16  Q.  And then Barbara Marcus to the right is the president

17  and publisher of Random House Children's Books?

18  A.  That's correct.

19  Q.  What are a couple of well-known imprints there?

20  A.  Well, there are Schwartz Books; there is the Random

21  House's children's imprint; there is Dial Press; there is --

22  there are many smaller imprints part of the Random House

23  Children's Books Group.

24  Q.  And then to just wrap this up, Jennifer Loja is the

25  president of the Penguin Young Readers Group and then Amanda

Dohle - DIRECT - By Mr. Read

1    D'Acierno is the president and publisher of the Penguin

2    Random House Audio Publishing Group.  Correct?

3    A.  That's correct.

4    Q.  And for Jennifer Loja, just a couple of the imprints in

5    her group?

6    A.  There is a Penguin Young Readers imprint; there is

7    Dutton Books For Young Readers; there is Putnam; sort of a

8    lot of brand names that also have smaller imprints.

9    Q.  Okay.  Now that we have a little better understanding of

10   Penguin Random House, let's go to the final line.  On the

11   final line, we see Nihar Malaviya, third to the right.

12   Right?  Correct?

13   A.  Correct.

14   Q.  He's here in the court today as a corporate

15   representative for Bertelsmann?

16   A.  For Penguin Random House?

17   Q.  For Penguin Random House.  Correct.  You're the

18   corporate representative for Bertelsmann.  Right?

19   A.  That's correct.

20   Q.  And Mr. Malaviya is the chief operating officer for

21   Penguin Random House U.S.?

22   A.  Yes.  And he has a dotted line to me and he's also a

23   member of the global executive committee.  So we work very

24   closely together.  He acts -- he reports directly to

25   Madeline, but he also does a lot globally for Penguin Random

```
 1    House on the operations side, the back-end side of the
 2    business.
 3    Q.  We're going to move on, but I -- is there anything
 4    inaccurate in this chart other than it doesn't include the
 5    whole universe of Penguin Random House and Bertelsmann
 6    relations?
 7    A.  No.  It's correct.
 8    Q.  I'd like to get one preliminary out of the way,
 9    Mr. Dohle.  And that is, this is a merger about the planned
10    purchase of Simon & Schuster.  So I just want to make sure
11    we have in the record an agreement to buy Simon & Schuster.
12    So if we could do that.
13    A.  That's right.
14    Q.  Would you turn in your binder, the big one, to one of
15    the latter tabs, No. 885.
16    A.  The same binder, right?
17    Q.  Right.  They should be in numerical order, so it's at
18    the end.
19    A.  0080.  And then?
20    Q.  It's near the end of your binder.  They're all in
21    numerical order.  885.
22              THE COURT:  It's the second-to-the-last tab.
23              THE WITNESS:  I'm on 885.
24    BY MR. READ:
25    Q.  We're just going to make sure we have this in the
```

1    record.  This is a copy, Mr. Dohle, of the purchase

2    agreement between ViacomCBS and Bertelsmann signed November

3    24, 2020.  Correct?

4    A.  That's right.

5    Q.  And your signature is on the next-to-the-last page of

6    this whole document?  Take your time.

7    A.  Yes.  That's my signature.

8    Q.  And Penguin Random House is a party to this agreement to

9    buy Simon & Schuster?

10   A.  Correct.

11             MR. READ:  Your Honor, I move to admit PX 885, the

12   purchase agreement.

13             THE COURT:  Any objection?

14             MR. PETROCELLI:  None, your Honor.

15             THE COURT:  That will be admitted.

16             (Whereupon, Plaintiff's Exhibit No. 885 was

17   entered into evidence.)

18   BY MR. READ:

19   Q.  Let's put this aside.  Again, I just wanted that for the

20   record.

21             Let me ask you a couple questions.  Before Viacom

22   bought [sic] Simon & Schuster for sale, Bertelsmann

23   discussed internally at the board level the idea of

24   acquiring Simon & Schuster.  Right?

25   A.  Can you ask that question?

Dohle - DIRECT - By Mr. Read

```
 1   Q.  Yeah.  Let me ask it again.

 2           Before Viacom put Simon & Schuster up for sale,

 3   did Bertelsmann have at its board level some meetings where

 4   it discussed the idea of buying Simon & Schuster?

 5   A.  Yes.  There were rumors about the sale of Simon &

 6   Schuster for many years, more than a decade.  Yes.

 7   Q.  And in those board meetings, as Bertelsmann considered

 8   the idea of buying Simon & Schuster, did it consider whether

 9   the market -- in the marketplace of publishing there were

10   barriers to entry?

11   A.  I remember documents that include that.

12   Q.  And did Bertelsmann consider whether the market was

13   structured as an oligopoly?

14   A.  I remember that being on a slide.  I disagree with it.

15   Q.  Well, let's turn to that slide.  This is going to be in

16   that same notebook, PX 80, 0080.  It should be about the

17   third tab.

18   A.  Yeah.  I'm on it.

19   Q.  Mr. Dohle, this document may be a little more unwieldy

20   than the others.  Here's why:  It's got parts that are in

21   German.  Right?  So what we have done is the parts that are

22   in German we have -- let me just tell you, this is a

23   document that's a cover and some attachments.  And so the

24   parts that are in German, we have tabs behind that for

25   English translation and then certifications of those
```

1    translations.  So, for example, the cover is partly in

2    German.  So Tab 80-A is the English translation and 80-B is

3    the translation certificate.

4    A.  I'm familiar with that from our depositions.

5    Q.  In the second, there's another attachment; and so

6    that's -- 80-C is the English version and 80-D is the

7    certificate.

8            And then the one we're going to spend time on is

9    the attachment that is an attachment in German that's 80-E,

10   with 80-F being the translation certificate.  Okay?  So as

11   we work through this kind of unwieldy document.

12   A.  Sure.

13   Q.  Let's turn first to Tab 80-A, the cover email as

14   translated, and see if we can identify the document.

15   A.  Yes.

16   Q.  And this document was set from -- sent from Esther

17   Guerra.  Correct?

18   A.  Correct.

19   Q.  And we established she's your executive assistant?

20   A.  Yes.

21   Q.  And it was sent on October 22nd, 2019?

22   A.  There was a typo in my name.  But that's fine.

23   Q.  We'll forgive her.

24            It was sent on October 22nd, 2019?

25   A.  Correct.

1    Q.  And it was sent to -- Divya Sawhney, among others, was

2    copied on it as the strategy officer?

3    A.  Correct.

4    Q.  It lists some attachments in this cover.  Do you see the

5    list of attachments?

6    A.  I do.

7    Q.  One of the attachments, the last one, is called in

8    German *Kapitalallokation*?

9    A.  Yeah.

10   Q.  I assume that's the English translation?  It looks

11   pretty close.

12   A.  Yeah.  It was not even translated here.  Yeah.

13   *Kapitalallokation*.

14   Q.  That's right.  It's not translated here.

15           MR. READ:  Your Honor, we move to admit -- well,

16   let me do it a little more.

17   BY MR. READ:

18   Q.  You received these materials on or around October 22nd,

19   2019?

20   A.  That's correct.

21   Q.  And this was all done for a board meeting in Germany in

22   later October?

23   A.  All the documents that we discussed basically at the

24   board meeting.

25           MR. READ:  Your Honor, we'd move to admit PX 80

Dohle - DIRECT - By Mr. Read

1    and then PX 80-A through 80-E.

2            THE COURT:  Any objection?

3            MR. PETROCELLI:  No.

4            THE COURT:  Those will be admitted.

5            (Whereupon, Plaintiff's Exhibit Nos. 80 and 80-A

6    through 80-E were entered into evidence.)

7    BY MR. READ:

8    Q.  You were present at the board meeting to which these

9    documents were created -- or for which these documents were

10   created?

11   A.  That's right.

12   Q.  Let's turn to 80-E, Tab 80-E, the capital allocation

13   presentation.

14            Are you there, Mr. Dohle?

15   A.  D?

16   Q.  80-E, as in elephant.

17   A.  Thank you.  Yeah.

18   Q.  This -- the purpose of this capital allocation

19   attachment to this board meeting in preparation for the

20   board meeting was to envision potential investment

21   opportunities that Bertelsmann might make.  Correct?

22   A.  Correct.

23   Q.  And let's turn -- so basically it was to cover the ideas

24   of:  How could Bertelsmann invest its money?  And there are

25   four ideas that are discussed in this presentation.

1    Correct?

2    A.  It's a high-level blue sky exercise to think about

3    future investments and capital allocation for those.

4    Correct.

5    Q.  Correct.

6         And one of the ideas was to discuss buying Simon &

7    Schuster?

8    A.  Correct.

9         MR. READ:  Your Honor, there have been some

10   redactions in this document.  If we may publish the next

11   slide, which is Slide 13.

12        THE COURT:  Yes.

13   BY MR. READ:

14   Q.  Would you turn to Slide 13, Mr. Dohle?

15   A.  Sure.

16   Q.  That's where we're going to spend our time.

17   A.  I'm on 13 now.

18   Q.  The title of this slide is PRH B1/B2.  What does the B1

19   and B2 stand for?

20   A.  Can you ask that question again, Mr. Read?

21   Q.  Are those Bertelsmann options, PRH B1/B2 at the top

22   title?

23   A.  Yeah.  It shows on the right-hand side a complete

24   acquisition and a partial acquisition.  So yeah.  That

25   resonates.

1    Q.  And the rest of the title is "Purchase of competitor

2    (here:  Simon & Schuster)" and then it goes on.

3              Do you see that?

4    A.  Yes.

5    Q.  And on the left hand --

6              THE COURT:  I'm sorry.  Mr. Read, there's a

7    discrepancy in my exhibits.  It just -- it looks different

8    in the binder than on the screen.  It's a different

9    document, though it has the same Bates --

10             MR. READ:  Let's make sure.  Is the Bates stamp

11   you're looking at 216, your Honor?

12             THE COURT:  It is.  But it looks like a different

13   document.

14             MR. READ:  At least on the public screen is a

15   redacted version.  I don't know if your Honor has seen that,

16   too.

17             THE COURT:  It just looks like a completely

18   different document.  Let me just pass this to you, Mr. Read.

19   Maybe I'm missing something.  I want to make sure.

20             MR. READ:  We had late-night binder issues.

21             THE COURT:  This is what I have in my binder with

22   the Bates stamp 216,  which looks different.

23             MR. READ:  There's a very different document.

24   Maybe it's on Slide 13.

25             THE COURT:  Thank you.

```
 1              MR. READ:  It could be.  It's a PowerPoint, your

 2      Honor.  So every page has the same Bates stamp on it.

 3              THE COURT:  Oh, I see.

 4              MR. READ:  So we may have been on the wrong page.

 5      BY MR. READ:

 6      Q.  So the title -- this is Slide 13 of the presentation, a

 7      PowerPoint.  Correct?

 8      A.  Correct.

 9      Q.  And the title is "Purchase of competitor (here:  Simon &

10      Schuster)"?

11      A.  Yes.

12      Q.  And on the left of this slide is the -- underneath

13      Classification of Projects, it says "Strategic thrust."

14              Do you see that?

15      A.  I do.

16      Q.  And to the right of that it says "Boosting core business

17      consolidation."

18              Do you see that?

19      A.  Correct.

20      Q.  And then below that, let's go to the market

21      characteristics.

22              Do you see market characteristics below

23      Classification of Projects?

24      A.  Yes.

25      Q.  And then to the right of that, there is -- let's go
```

1    straight to it.  There's a third one down that says

2    "structure."

3              Do you see that?

4    A.  Yes.

5    Q.  And then after that it's "Oligopoly in addition to

6    Penguin Random House only for our major trade publishers."

7              Do you see that line in this board document?

8    A.  Yes.

9    Q.  And then there's a footnote there, Footnote 2.

10             Do you see that?

11   A.  I do.

12   Q.  And if you look at the bottom of this slide, Footnote 2,

13   do you see it identifies four large U.S. publishers:

14   Hachette, HarperCollins, Macmillan and Simon & Schuster?

15   A.  Yes.

16   Q.  And those four with Penguin Random House would be the

17   Big 5 in the United States?

18   A.  That's what they are called.

19   Q.  Let me just ask you a couple questions related to this.

20             Would you agree that there's not many mid-sized

21   publishers left?

22   A.  Not really.  To give you some context, take Scholastic.

23   That company is as large as Macmillan and Hachette or larger

24   than some of the Big 5.  So I don't like that expression.

25   They are pretty large companies in the United States.

 1    Globally, Scholastic's revenue is about $1.4 billion.

 2    Q.  If a mid-sized publisher were to have testified that

 3    "There are not many of us left," would he be wrong?

 4    A.  How do you -- I don't know how to define a mid-sized

 5    publisher.

 6    Q.  Over 100 million in revenues.

 7    A.  On top of my head, there is Disney, Amazon, Callisto,

 8    Sourcebooks, ReaderLink, just to mention a few.

 9    Q.  And they all have over 100 million in book revenues?

10    A.  At least that's my understanding.  That's my

11    understanding.

12    Q.  These board materials were sent a week in advance of the

13    board meeting, were they not?

14    A.  Can you ask that question again?

15    Q.  Were these board materials sent about a week in advance

16    of the board meeting that you attended?

17    A.  That's correct.

18    Q.  And at this board meeting, your testimony is no one

19    discussed this oligopoly statement contained in the

20    materials?

21    A.  I don't remember it.  It was a very short board meeting.

22    The agenda shows that we had for this topic, for this whole

23    deck, 45 minutes.  I don't know how many slides; perhaps 40,

24    45.  I'm not even sure whether we discussed this slide back

25    then.

1              And certainly I disagree with the oligopoly

2       definition.

3       Q.  At the board meeting at this time, no one disputed in

4       the board materials this oligopoly statement?

5       A.  Not in advance of the meeting.  That's correct.

6       Q.  And not at the meeting?

7       A.  No.

8       Q.  And then below this statement, two lines down, it says

9       "barriers to entry."

10             Do you see that?

11      A.  Yes.

12      Q.  And the line continues:  "High (especially reputation,

13      sales)."

14             Do you see that?

15      A.  I do.

16      Q.  And the word "reputation" here is referring to the

17      reputation a publishing house has to have.  Right?  That a

18      publishing house has to earn?

19      A.  That's my understanding, that the author of the document

20      meant that.

21      Q.  And you would agree that a publishing house needs a good

22      reputation so that authors will want to sell the rights of

23      their books to the publishing house?

24      A.  The reputation of the editors and publishers is more

25      important than the reputation of the publishing house.

1    Q.  Right.

2    A.  That's my view.

3    Q.  A publisher without a good reputation for success will

4    find it challenging to attract the best authors?

5    A.  Authors select their editors and publishers more than

6    they select their publishing house because that's the reason

7    why they always -- often move with their editors when they

8    switch houses, if that makes sense.

9    Q.  You would agree that a publisher without a good

10   reputation for success will find it challenging to attract

11   the best authors?

12   A.  Reputation certainly helps.

13   Q.  It's an important aspect to the success of a publishing

14   house?

15   A.  It resonates with me.

16   Q.  I'm sorry?

17   A.  That resonates with me.

18   Q.  So we have the timing right, this board meeting where

19   Bertelsmann discussed buying Simon & Schuster occurred about

20   six months before Viacom publicly announced the sale of

21   Simon & Schuster.  Correct?

22   A.  Correct.

23   Q.  Let's put this exhibit aside for a second.  I just have

24   a couple of questions on this point.

25                In trying -- later, after the announcement by

```
 1   Viacom of the sale, in trying to acquire Simon & Schuster,
 2   you advocated that Bertelsmann be willing to pay a
 3   substantial premium over the next largest bidder.  Correct?
 4   A.  I wanted Bertelsmann to go to the highest level possible
 5   in order to get the asset.  Correct.
 6   Q.  And you thought it should be willing to pay a premium
 7   over the next highest bidder?
 8   A.  I didn't know where they were, the other bidders.  But I
 9   certainly only looked at us and advocated for the highest
10   possible bid that we could actually -- call it "afford."
11   Q.  And you thought paying a premium for Simon & Schuster
12   would be worth it?
13   A.  I don't remember that.  But I might have said it.
14   Q.  Penguin Random House is the largest book publisher in
15   the United States?
16   A.  That's correct.
17   Q.  And if Penguin Random House combines with Simon &
18   Schuster, it will cement Penguin Random House as number one
19   in the United States?
20   A.  It will increase our market share and bring it back, by
21   and large.  In 2013, we've lost a lot of market share.  So
22   it will refill the market share that we've lost in the
23   market.
24   Q.  Will it cement Penguin Random House as the number one in
25   the United States?
```

1    A.  It increases our market share.  Yes.

2    Q.  So yes, it does cement Penguin Random House as number

3    one in the United States?

4    A.  Correct.

5    Q.  Let's turn to another topic.  It relates to the

6    reputation and barriers to entry.  Okay?

7         Would you agree that starting a new publishing

8    business is very hard?

9    A.  We are establishing new imprints, small imprints from

10   scratch, every year.  So we do it regularly.  But I would

11   agree it's not easy.

12   Q.  Okay.  Let's talk about an independent publishing

13   company, not an imprint.

14        You would agree that a new startup, independent

15   publishing company, can face years of losses before turning

16   a profit?

17   A.  If they get lucky and their first publications are

18   successful, I wouldn't say that they necessarily make

19   losses.  But it could certainly be the case in the ramp-up

20   phase of a publishing house.

21   Q.  Well, let's follow up on that.

22        Would you turn to PX 151.

23        MR. READ:  There have been some redactions in this

24   document for confidentiality reasons.  Your Honor, may we,

25   when we get there, publish the redacted version?

Dohle - DIRECT - By Mr. Read

1           THE COURT:  Yes.

2           THE WITNESS:  I'm on 151, Mr. Read.

3   BY MR. READ:

4   Q.  Sure.  The cover email is from Madeline -- from you to

5   Madeline McIntosh.  Correct?

6   A.  Correct.

7   Q.  And this cover email is dated August 8, 2019?

8   A.  Yes.

9   Q.  And given the redactions, the document is entitled --

10  it's the proposed name of a new imprint books update.

11          Do you see that?

12  A.  I do.

13  Q.  And it attaches a document that -- called Penguin Random

14  House offer imprint presentation both in a PowerPoint and a

15  .pdf. format.

16          Do you see that?

17  A.  I do.

18  Q.  And you write to Ms. McIntosh:  Attached, please find

19  the presentation for the redacted imprint.  I guess these

20  are very famous public figures, right, that this imprint is

21  going to?

22  A.  That's correct.

23  Q.  And it says:  David has reviewed with Gina and we will

24  send to -- it's an individual who's associated with those

25  very famous public figures, correct -- later today?

1   A.  That's correct.

2   Q.  And Gina is Gina Centrello, who we talked about in the

3   org chart.  Right?

4   A.  Correct.

5   Q.  She's the president and publisher of Random House?

6   A.  Correct.

7           MR. READ:  Your Honor, I'd move to admit PX 151.

8           THE COURT:  Any objection?

9           MR. PETROCELLI:  The unredacted version will

10   remain under seal?

11          THE COURT:  Yes.

12          That will be admitted.

13          (Whereupon, Plaintiff's Exhibit No. 151 was

14   entered into evidence.)

15  BY MR. READ:

16  Q.  We're going to talk about the attachment, Mr. Dohle.

17  This attachment and document relates to an imprint you're

18  considering creating with a very famous public figure.

19  Correct?

20  A.  That's right.

21  Q.  More specifically, you wanted to help this famous public

22  figure to get started as a publisher?

23  A.  Correct.

24  Q.  Would you turn to the attached presentation?  And

25  specifically, Slide 4.

```
 1              Are you there, Mr. Dohle?
 2    A.  Yes, I am.
 3    Q.  And the title of this slide is "Content rights
 4    landscape"?
 5    A.  Correct.
 6    Q.  On the left-hand side, it has a little icon for author
 7    and agent.
 8              Do you see that?
 9    A.  Yes.
10    Q.  And underneath that, let's look at the second bullet,
11    where it's written:  Agents typically submit manuscripts to
12    multiple publishers, but sometimes make exclusive
13    submissions.
14              Do you see that?
15    A.  Yes.
16    Q.  And then the last bullet.  Let's make sure we've got
17    that.  It says:  Agent landscape fragmented, with a few big
18    agencies, but large number of smaller players along with
19    non-agent representatives?
20    A.  Yes.
21    Q.  On the right-hand side, do you see the publisher -- so
22    those were descriptions of authors and agents, were they
23    not?
24    A.  Correct.
25    Q.  On the right-hand side, do you see the publisher icon?
```

Dohle - DIRECT - By Mr. Read

```
 1    A.  Yes.

 2    Q.  And the second bullet under that says:  In most cases,

 3    publishers acquire rights in fast-moving competitive

 4    auctions.

 5              Do you see that?

 6    A.  Yes.

 7    Q.  Those acquisitions -- those acquisitions are fast-moving

 8    in that they can take place over just a few days or weeks.

 9    Right?

10    A.  Correct.

11    Q.  And in most cases, the publishers acquire those rights

12    in competitive auctions, is what it says.  Right?

13    A.  That's on the page.

14    Q.  The next bullet reads:  Publishers pay an advance to

15    agents in exchange for a bundle of rights.

16              Do you see that?

17    A.  I do.

18    Q.  And here on this slide, you're providing basic industry

19    facts to the executives working with this famous public

20    figure about the industry?

21    A.  Yes.  We try to educate them.

22    Q.  Would you turn to Slide 9 of this presentation.

23    A.  I am on Slide 9, Mr. Read.

24    Q.  The title of this is "Publishing is a portfolio business

25    with profitability driven by a small percentage of books."
```

```
 1              Do you see that?
 2    A.  I do.
 3    Q.  Sometimes you call the publishing business a portfolio
 4    business, don't you?
 5    A.  Yes.  We invest every year in thousands of ideas and
 6    dreams, and only a few make it to the top.  So I call it the
 7    Silicon Valley of media.  We are angel investors of our
 8    authors and their dreams, their stories.  That's how I call
 9    my editors and publishers:  angels.
10    Q.  And the idea is that by publishing a lot of titles, you
11    can manage risk better?
12    A.  Can you ask that question again, Mr. Read?  I didn't get
13    it.
14    Q.  The idea is that by publishing a lot of titles, you can
15    spread out and manage risk better?
16    A.  It's rather this idea of Silicon Valley, you see 35
17    percent are profitable; 50 on a contribution basis.  So
18    every book has that same likelihood of succeeding.
19    Q.  Part of the idea of having a portfolio business is being
20    able to spread the risk among a lot of bets?
21    A.  Yes.  That's statistically and mathematically not true,
22    but that's the idea.
23    Q.  And then the first row to the right on the right column,
24    it says:  Book profitability is primarily driven by revenues
25    generated and advance paid.
```

1          Do you see that?

2    A.  Yes, I do.

3    Q.  And advance is a cost that affects the profitability of

4    a book?

5    A.  It does.

6    Q.  And then below that, on the right-hand side, it says top

7    4 percent -- one more down:  Top 4 percent of profitability

8    titles drive 60 percent of profitability.

9          Do you see that?

10   A.  Yes.  That's how risky our business is.

11   Q.  Most of the money is in just a few books.  Correct?

12   A.  That's what it says, it means.

13   Q.  And that's the reality.  Right?

14   A.  Yeah.  It's the books that you don't pay a lot for and

15   become runaway bestsellers.

16   Q.  Well, let's unpack that a little bit.

17          The top 4 percent of profitability titles drive 60

18   percent of the profitability.

19   A.  Correct.

20   Q.  Those are the ones that sell the most?

21   A.  And cost the least.

22   Q.  They're the ones with the highest revenue?

23   A.  Correct.

24   Q.  And then in the last item on this page in that column,

25   it says:  In general, higher advance levels are correlated

Dohle - DIRECT - By Mr. Read

```
 1    with more book sales; however, there are always exceptions.
 2             Do you see that?
 3    A.  I do.
 4    Q.  You would agree that books that sell well are more
 5    likely to have received higher advances?
 6    A.  Books that sell -- can you ask that again?
 7    Q.  Would you agree -- maybe we'll see which way it goes --
 8    would you agree that books that sell well are more likely to
 9    have received higher advances?
10    A.  There is a correlation, but that does not flow through
11    to profitability necessarily.
12    Q.  Okay.  Well, let's just stop at the correlation.  Let's
13    make sure we get that.
14    A.  Correct.
15    Q.  So it is correct that books that sell well are more
16    likely to have received higher advances?
17    A.  There is a correlation.
18    Q.  Is it also true that those books that have received
19    higher advances are more likely to sell well?
20    A.  There is a wide range; and some big advances flop
21    completely and don't sell anything.  But there should be a
22    correlation.  I agree with that.
23    Q.  Yeah.  And there's risk in this, isn't there?  That's
24    why you need a portfolio?
25    A.  There is a lot of risk with each book.  Each book is
```

Dohle - DIRECT - By Mr. Read

1     unique and has a lot of risk.

2     Q.  Let's turn to Slide 10, if we may.  The title of this

3     slide is Overall New Imprint Profitability.

4            Do you see that?

5     A.  I do.

6     Q.  And the illustrative graph here divides time into three

7     segments:  an investment phase, a build phase and a

8     steadier-state phase.

9            Do you see that?

10    A.  I do.

11    Q.  And the idea here is you're teaching this famous public

12    figure and his staff the different phases a new imprint

13    would face if they were to choose to start one?

14    A.  It's illustrative.  But yes.

15    Q.  Yes.

16            And you chose illustratively to have the

17    investment phase be zero to three years?

18    A.  Yes.

19    Q.  And the idea there in the initial first three years is

20    that there can be initial losses because the books are not

21    yet published?

22    A.  Yes.

23    Q.  So the idea is, there's a time period where an imprint

24    or a new publishing house is acquiring books, waiting for

25    those books to be written, waiting for those books to be

1    printed, before it can ever start to recoup its investment

2    and make sales?

3    A.  Correct.

4    Q.  You would agree that when an existing publisher changes

5    their acquisition strategy, it can take two to three years

6    to see the results of that strategy?

7    A.  I can.

8    Q.  And the reason is again there's a lag time in changing

9    strategy and acquiring books and then seeing the results

10   because the books have to later be actually written and

11   printed and marketed and sold?

12   A.  That's right.

13   Q.  Let's put this exhibit aside and turn to PX 79.  It's a

14   little earlier in your tab.

15           MR. READ:  Let's put up a confidential version.

16   Do we have one?  Thank you.

17   BY MR. READ:

18   Q.  Do you have PX 79 in front of you, Mr. Dohle?

19   A.  I do.

20           MR. READ:  Again, there's some confidentiality

21   with this, so we've made some redactions, your Honor.

22           May we publish the redacted version?

23           THE COURT:  Yes.

24           MR. READ:  Did I move to admit the prior exhibit,

25   PX -- no.  I did.  Yes.

1    BY MR. READ:

2    Q.  This exhibit was -- the cover email was sent on

3    Saturday, September 14, 2019.  Correct?

4    A.  Correct.

5    Q.  And that's a little less than a month after the prior

6    presentation that we just discussed?

7    A.  Yes.

8    Q.  And this email was sent from Divya Sawhney, your chief

9    strategy operator, to several people.  Correct?

10   A.  Yes.

11   Q.  One of those is you?

12   A.  Yes.

13   Q.  And also included is Nihar Malaviya and Manuel Sansigre,

14   who we have discussed in the org chart.  Correct?

15   A.  Correct.

16   Q.  The title of this slide is Regroup Meeting.

17           Do you see that it's a regroup meeting?

18   A.  Yes.

19   Q.  And so the idea is that there's going to be an

20   additional presentation to these famous individuals?

21   A.  Correct.

22           MR. READ: Your Honor, I move to admit PX 79.

23           THE COURT:  Any objection?

24           MR. PETROCELLI:  No, your Honor.

25           THE COURT:  It'll be admitted.

```
 1                    (Whereupon, Plaintiff's Exhibit No. 79 was entered

 2       into evidence.)

 3       BY MR. READ:

 4       Q.  And again, you were looking to help these public figures

 5       get started in publishing?  That's the purpose for these

 6       presentations in this slide -- in these presentations?

 7       A.  To be involved with the imprint [indiscernible] that

 8       would be run by us in the day-to-day business.

 9                    THE COURT REPORTER:  Could you repeat your answer,

10       sir?

11                    THE WITNESS:  We wanted them to involved in the

12       imprints, but we would run it for them, basically.

13       BY MR. READ:

14       Q.  Would you turn to Slide 7, please, of this presentation.

15       A.  I'm on 7.

16       Q.  The slide is entitled "Considerations on key takeaways,

17       potential routes to build enterprise value."

18                    Do you see that?

19       A.  I do.

20       Q.  And on the left-hand side, you see just below that

21       "potential routes."  Right?

22       A.  Yes.

23       Q.  And a little below that you see something that looks

24       like a decision tree.  For A, you can create; and it says

25       "Create an imprint" or "Create a company."
```

Dohle - DIRECT - By Mr. Read

1          Do you see that?

2    A.  I do.

3    Q.  Let's look at that second row about creating a company.

4    Okay?

5    A.  Yes.

6    Q.  The line under it reads:  Company will always have a

7    higher cost structure than an imprint and will take a longer

8    time to achieve profitability.

9          Do you see that?

10   A.  I do.

11   Q.  And company there is a publishing company?  That's what

12   we're talking about?

13   A.  Yes.

14   Q.  And below that, it reads:  No history of companies

15   starting from scratch achieving profitability in a three- to

16   five-year time period.

17         Do you see that?

18   A.  That's on the page.

19   Q.  And that was the information conveyed, the background

20   information about the industry conveyed to these famous

21   public figures?

22   A.  We did.

23   Q.  To the right of what we've been reading, it says under

24   Assessment For This Area:  Not a viable option.

25         Correct?

Dohle - DIRECT - By Mr. Read

1    A.  For those figures we mean, because they thought like

2    they come to an enterprise value headline much faster.  So

3    they were overestimating it, I guess.

4    Q.  Let's make sure we understand.

5            You recommended to these public figures against

6    starting a publishing company even with Penguin Random

7    House's help?

8    A.  Because of their goals.  Yes.

9    Q.  And part of the information you conveyed was that there

10   was three to five years of -- that no publishing company had

11   achieved -- had a history of profitability even in a three-

12   to five-year time period?

13   A.  It needs some incubation, some financing to build a

14   publishing company.  I think that goes across all

15   industries.

16   Q.  Correct.

17           There's been some mention in this trial about the

18   new publishing company Spiegel & Grau.  You've heard of

19   them.  Right?

20   A.  Yes.

21   Q.  And you know Ms. Spiegel and Ms. Grau?

22   A.  Very well.  Indeed.

23   Q.  They used to work at Penguin Random House?

24   A.  For a very long time.  For decades.

25   Q.  And they had an imprint at Penguin Random House?

1    A.  They did.

2    Q.  What was the name of that imprint?

3    A.  Spiegel & Grau.

4    Q.  And that imprint was shuttered?

5    A.  Before that they ran Riverhead for a long time, just for

6    context.

7    Q.  The Spiegel & Grau imprint was shuttered by Penguin

8    Random House?

9    A.  That's correct.

10   Q.  The rationale was it wasn't profitable enough even with

11   Penguin Random House's resources and muscle behind it?

12   A.  Correct.  I disagreed with the decision and tried to

13   move that imprint and Cindy and Julie into another

14   publishing group at Penguin Random House, but I did not

15   succeed.

16   Q.  Cindy is Cindy Spiegel?

17   A.  And Julie Grau.

18   Q.  Julie Grau.

19        So you disagreed with it, but the decision was

20   made to shutter their imprint because it wasn't profitable

21   enough?

22   A.  That is my understanding, that that was the rationale.

23   Q.  And now they've started their own business?

24   A.  That's correct.

25   Q.  And they have no backlist?

1    A.  Correct.

2    Q.  They do have a successful book.  One.  Right?

3    A.  Yeah.  They are buying -- they're very competitively --

4    they started very competitively buying bigger books and

5    smaller ones, and I'm sure they're going to succeed.

6    Q.  You don't know if they're turning a profit yet, do you?

7    A.  No.  Of course not.

8    Q.  And there's no guarantee of their success?

9    A.  No.

10   Q.  And you can't testify that these two editors that were

11   let go for running an imprint that wasn't profitable enough

12   are a significant competitive threat to Penguin Random

13   House?

14   A.  First of all, part of their business was also One World.

15   They actually started it, which was were successful.  So I

16   disagree even with the assessment that they didn't have a

17   profitable business.

18        But putting that aside, I very much believe in

19   them given their reputation as editors and publishers in the

20   industry.  I'm sure they are going to succeed.  And they

21   have good financing, I guess, because they are buying big

22   books.

23   Q.  Let's turn to another topic, Mr. Dohle.  Let's talk

24   about printing for a second.

25   A.  Sure.

```
1    Q.  Okay?

2    A.  Sure.

3    Q.  It's been difficult for publishers to print their books

4    in a timely fashion over the last couple of years.  Correct?

5    A.  Oh, yeah.  The book market has been growing 20 percent.

6    Q.  And on several occasions over the last couple of years,

7    even Penguin Random House has encountered printing capacity

8    issues for its one-color books?

9    A.  That is correct.  We have -- we had to move publishing

10   dates and we had out-of-stocks.  Correct.

11   Q.  I think the record's clear from before, but just so

12   we've got it, one-color books are black-and-white books?

13   A.  Correct, Mr. Read.

14   Q.  And even Penguin Random House has not been able to avoid

15   some books going out of stock because of these printing

16   capacity issues?

17   A.  That's right.

18   Q.  And the publication of several titles in the fall of

19   2020 were moved later in time because of the unavailability

20   of printing capacity?

21   A.  That's right.

22   Q.  And the fall of 2020 is an important release time

23   generally because you can make sales for the Christmas

24   holiday season?

25   A.  Very important.
```

1    Q.  Would you agree that a significant portion of sales that

2    are lost due to a book being out of stock are lost forever?

3    A.  Whether it's significant or not depends on whether it's

4    a long seller or a short seller.  But some of that sales is

5    lost forever.

6    Q.  So let's just make sure we're clear.  When a book's out

7    of stock, there are sales that are lost forever for that

8    book?

9    A.  That's right.

10   Q.  Please turn to PX 983 in your tab.  It's the last one in

11   the notebook.

12          Are you there, Mr. Dohle?

13   A.  Yes, I am.

14   Q.  And again, there have been some redactions of this for

15   confidentiality.  But --

16          MR. READ:  May we publish this to the courtroom,

17   your Honor?

18          THE COURT:  You may.

19   BY MR. READ:

20   Q.  PX 983 is an email sent by Sue Malone Barber to you and

21   others.  Is that correct?

22   A.  Correct.

23   Q.  The subject line is:  Meeting recap, 4-25 BVG PRH fall

24   planning update.

25          Do you see that?

```
 1    A.  Yes.

 2    Q.  What does BVG stand for?

 3    A.  It stands for Berryville Graphics, which is part of the

 4    Bertelsmann Printing Group.

 5              THE COURT REPORTER:  Could you repeat the name of

 6    the company, please?

 7              THE WITNESS:  Berryville Graphics.  Berryville.

 8    It's an hour from here.  And it's the old Doubleday printing

 9    company that we acquired with Doubleday in the 1980s.

10    Berryville Graphics, part of the Bertelsmann Printing Group.

11              MR. READ:  Your Honor, I move to admit PX 983.

12              THE COURT:  Any objection?

13              MR. PETROCELLI:  No.

14              THE COURT:  That will be admitted.

15              (Whereupon, Plaintiff's Exhibit No. 983 was

16    entered into evidence.)

17    BY MR. READ:

18    Q.  Mr. Dohle, you don't know of any other publisher besides

19    Penguin Random House who has a printing group in its

20    corporate family?

21    A.  In the U.S., that's correct.

22    Q.  And Penguin Random House has a huge -- has a significant

23    competitive advantage in attracting authors by having a

24    printer in the corporate family, doesn't it?

25    A.  Well, the printing group has been a competitive
```

```
 1    disadvantage for Penguin Random House in recent years.  But
 2    I see that line here in the minutes, and printing is part of
 3    supply chain.  And it could be an advantage.
 4    Q.  Well, let's spend a moment and back that up and make
 5    sure we've got it.
 6              Looking at the document -- and I think you're
 7    looking at the third bolded area down the page that starts
 8    with:  Markus reiterated the importance of, and strategic
 9    advantage of, acting like a vertically integrated company.
10              Right?  Is that part of what you're looking at?
11    A.  Yes.
12    Q.  And what do you mean in the publishing industry -- how
13    does a vertically integrated company work when you're
14    talking about a printer and a publisher?
15    A.  Sure.  We have dozens of printers for black-and-white,
16    one-color, in North America and even beyond.  But most of
17    our volume is being printed in North America.
18              Our four-color work, so illustrated books and
19    children's books, picture books, are mainly printed in
20    China, but also in Europe.  And we have dozens of suppliers.
21    We call it a multivendor strategy.  And printing companies
22    have multi-publishing house, multi-client strategies.
23    Q.  In a vertically integrated company with a printer and a
24    publisher, the printer can work with the publisher to help
25    supply their needs and make sure that they have the
```

1    capabilities -- the books they need to keep in stock.

2    Right?  That's the advantage?

3    A.  It's an arm's-length relationship with them.  We have a

4    contract like other publishers, too.  But what I'm

5    addressing here is they have become a disadvantage because

6    they have not for years fulfilled their contractual

7    obligation with us, and I'm obviously frustrated.  If you

8    read the whole thing, the whole minutes, I'm very frustrated

9    with them.  And -- period.

10    Q.  Let's make sure we're level-set.

11         Bertelsmann owns both this Berryville Graphics

12    enterprise and the printing?

13    A.  And more printers.

14    Q.  And more printers.  100 percent owner?

15    A.  Correct.

16    Q.  It's 100 percent owner of Penguin Random House?

17    A.  Correct.

18    Q.  And you would like the printing to support the

19    publishing?

20    A.  I would like them to fulfill their contractual

21    obligations, to not run out of stock.  That's correct.

22    Q.  In the second bullet, under what we just read in bold,

23    it says:  "We are the only publisher with a printer in the

24    family, and that is a huge competitive advantage in

25    attracting authors (our ability to get books and supply the

1    market better than anyone else)."

2              Do you see that?

3    A.  I do.

4    Q.  And that's accurate?

5    A.  We've -- I've never seen an author pitch that includes

6    printing as an argument to come to us.  But what I'm doing

7    here, I'm addressing to the executives of the printing

8    group, which I ran once myself before Penguin Random House

9    and Random House, that they should do their job as

10   contractually committed.

11   Q.  And do you believe if Penguin Random House can get the

12   printing group to work closely with the publishing group,

13   that can help Penguin Random House attract authors by

14   persuading them that Penguin Random House will be able to

15   get the books into stock?

16   A.  That was what is on the page.

17   Q.  Right.

18              And you would not be surprised if there are other

19   publishers in this country who are concerned that they may

20   be at a competitive disadvantage in acquiring authors

21   because they cannot get the necessary printing at a fair

22   price or at all?

23   A.  If I may, two things:  Around 30 percent of our

24   one-color hard-cover entry paperback volume is being printed

25   with Bertelsmann in the United States.

```
1              LSC is the largest supplier for us.  And every

2     printer can work very closely with publishing houses.  And

3     printing books is part of the supply chain.  So having that

4     system part of the supply chain distribution system is

5     important.  And I have that history in printing.  So it's an

6     arm's-length relationship that we have.

7              The only advantage, Mr. Read, that we have is we

8     have the same shareholder.  And what I did is I lobbied and

9     pitched to Bertelsmann to invest into Berryville and the

10    other printing companies of Bertelsmann.  I also pitched to

11    Bertelsmann to reopen the then shut-down capacity of

12    Quad/Graphics because I wanted to keep that capacity in the

13    market even though we didn't have a contract with Quad.  So

14    we have the same shareholder.

15             And Bertelsmann agreed to acquire Quad and to

16    invest over the next five years some $75 million into more

17    capacity for one-color in the United States.

18    Q.  And you're a corporate representative of that common

19    shareholder.  Right?  You're on the board of that common

20    shareholder, Bertelsmann?

21    A.  That is correct.

22    Q.  Let me ask you this.  Let me go back.  You would agree

23    it's a genuine concern that other publishers have that they

24    may be at a disadvantage in acquiring authors because

25    they're not as able to acquire the printing they need at a
```

```
1    fair price or at all?

2    A.  I can see that.  And they certainly would have been able

3    to acquire Quad.  I think we acquired it for $15 million or

4    whatnot.  But actually, I lobbied to reopen the shut-down

5    capacity for everyone in the market without having even a

6    contract with Quad/Graphics.

7    Q.  Mr. Dohle, let's turn to a different topic.  I want to

8    talk about the commitment you've made to treat the bids from

9    Simon & Schuster imprints and auctions and how you're going

10   to treat them after the merger.  Okay?

11   A.  Sure.  Sure.

12   Q.  You would agree that you can reorganize Penguin Random

13   House and Simon & Schuster soon after the merger closes?

14   A.  I made a commitment to the agent community in my letter

15   that I would keep the ecosystem of Simon & Schuster imprints

16   together.  So I have made a commitment on that topic that we

17   keep that ecosystem and history of imprints together.

18   Q.  You can combine imprints after you close?  You have that

19   ability?

20   A.  On the Simon & Schuster side?

21   Q.  On either side.

22   A.  Well, that would violate my commitment that I made to

23   the agent and author community.

24   Q.  And you've committed not to close any imprints?

25   A.  No.
```

Dohle - DIRECT - By Mr. Read

1    Q.  You have not made that commitment?

2    A.  Correct.

3            THE COURT:  So how would that violate your

4    commitment?

5            THE WITNESS:  You mean the closing of imprints?

6            THE COURT:  I'm sorry.  I thought he asked you:

7    You can combine imprints?

8            You said that would violate your commitment.

9            And then he said:  Did you make that commitment?

10           And you said no.

11           THE WITNESS:  I think what Mr. Read then asked

12   was:  Can you close imprints?

13           And I said yes.  The commitment that I made to the

14   agent community was that I would keep Simon & Schuster --

15   the ecosystem of imprints together and would not move

16   imprints around to Random House and combine imprints with

17   Penguin Random House.  That's part of my letter, if I recall

18   correctly, from February 2022.

19   BY MR. READ:

20   Q.  It's a normal course of business to combine imprints?

21   A.  When imprints cannot -- if we think they cannot become

22   profitable -- and that happens -- what happens then is in

23   most cases that we bring the backlist and the

24   to-be-published frontlist, and hopefully the editors, under

25   the roof of another imprint.

```
 1              I'll give you an example.  When we said that
 2    Gotham shouldn't be an imprint anymore, we brought the
 3    backlist and the frontlist and some of the editors to -- I
 4    think it was Viking at the time.  So the books continued to
 5    live, but the imprint name is gone.
 6    Q.  In the past, Penguin Random House has consolidated
 7    different imprints and publishing groups.  Right?
 8    A.  That's correct.
 9    Q.  For example, the Crown Group was combined with...?
10    A.  Random House.
11    Q.  And Penguin Putnam was combined with -- was it Berkley?
12    A.  Berkley NAL.  Correct.
13    Q.  And sometimes -- well, you've had discussions about
14    combining the children's imprints at Penguin Random House
15    and Simon & Schuster?
16    A.  We are talking about divisions with a community of
17    imprints that we might bring together into one community of
18    imprints.  But the imprints is, of course -- the imprints
19    are the driving factor of our business.
20              But yes.  There were discussions about how we
21    organize our children's imprints -- I think we have some 35
22    children's imprints -- and how they are going to be
23    organized in the future.  Yes.
24    Q.  I want to go back to the Crown consolidation with Random
25    House and just make sure I understand it there.
```

Dohle - DIRECT - By Mr. Read

1              Crown was reorganized at one point in time, so it

2       was less focused on fiction and more focused on nonfiction.

3       Do you recall that?

4       A.  That's right.

5       Q.  So it's -- the genre and focus of that imprint were

6       changed?

7       A.  Correct.

8       Q.  And editors were moved from Crown that had previously

9       done fiction into another imprint that --

10      A.  The fiction editors moved to Random House, Ballantine,

11      Bantam and other imprints.  Correct.

12      Q.  So imprints can be specialized, and that specialty can

13      change.  Right?

14      A.  Yes.

15      Q.  And your commitment to the agent community doesn't

16      prevent you from changing the focus of imprints so that they

17      are more complementary and less overlapping each other.

18      Correct?

19      A.  Correct.

20      Q.  Let's talk a little more directly about acquisitions in

21      the commitment.

22      A.  Sure.

23      Q.  Is your promise -- yes or no -- essentially to have

24      Penguin Random House continue what it is already doing with

25      regard to acquisitions?

```
1    A.  It goes beyond.

2    Q.  It goes beyond.  Right.  Because today, you stop

3    internal bidding when there's no outside bidder?

4    A.  At Penguin Random House today.  And with Simon &

5    Schuster, we will be going beyond that.  We will treat them

6    as an external bidder.

7    Q.  Let's talk about the logic of your policy today.  Okay?

8    A.  Sure.

9    Q.  The reason that you stop the bidding today when there's

10   no outside bidder is because Penguin Random House has

11   already won the auction?

12   A.  Correct.

13   Q.  So if there's two Penguin Random House imprints, as long

14   as there's a third one, you keep bidding.  The outside one

15   drops out.  And then you stop the bidding because the two

16   Penguin Random House imprints have already won the auction?

17   A.  We count on the agent to notify us that we are the last

18   ones.  Correct.

19   Q.  And that's logical and makes business sense today?

20   A.  I don't know how often it happens.  But yes.

21   Q.  So this will be new to have Penguin Random House and a

22   company it owns, Simon & Schuster, continue to bid against

23   itself even when there's no other bidder and it's already

24   won the auction?

25   A.  That's correct.
```

Dohle - DIRECT - By Mr. Read

1     Q.  The reason you made this commitment was you had heard

2     that agents still had concern about -- concerns about

3     Penguin Random House and Simon & Schuster coming together?

4     A.  Correct.

5     Q.  You would agree that Bertelsmann has no legal obligation

6     to continue this commitment after the merger closes?

7     A.  Unfortunately, we couldn't find a legally binding way of

8     doing it.

9     Q.  If Bertelsmann were to ever sell Penguin Random House

10    and Simon & Schuster, the new owner would have no legal

11    commitment?

12    A.  That's my understanding.

13    Q.  And you have an employment contract with Bertelsmann,

14    don't you?

15    A.  I do.

16    Q.  And it lasts -- it expires in a few years?  We can just

17    do it rough.

18    A.  It does.

19    Q.  And there's no legal constraint on the future CEO to

20    continue this commitment you've made?

21    A.  Correct.

22    Q.  Today -- let's talk about a slightly different way to

23    acquire books.  Today, if an agent is negotiating with

24    Simon & Schuster and Simon & Schuster offers that agent and

25    that author too little, that agent can threaten to go to

Dohle - DIRECT - By Mr. Read

1     Penguin Random House for a better offer.  Right?

2     A.  Correct.

3     Q.  After the merger, if the agent is negotiating with

4     Simon & Schuster and Simon & Schuster offers too little, is

5     it your testimony that it will be just as effective that

6     that agent can threaten to go to a Penguin Random House

7     imprint to get a better offer?

8     A.  Yes, it is.  At Penguin Random House, our publishers and

9     editors see their colleagues as some of their fiercest

10    competitors today.

11    Q.  Your commitment to the public was related to auctions.

12    Correct?

13    A.  Yes, which is a small, small sliver of the overall deals

14    we do, especially the expensive deals we do.

15    Q.  It did not cover negotiations one on one with authors,

16    did it?

17    A.  We are going to keep that external, too.  So if an

18    author wants to move an existing author [sic] from Penguin

19    Random House to Simon & Schuster or the other way around,

20    they can certainly do that in the future.  That's my

21    understanding.

22    Q.  So before this commitment applied to auctions, and now

23    it applies to negotiations as well?

24    A.  We want to keep them as external and independent as

25    possible.

1    Q.  Let's go to a slightly different topic.

2         If author advances are significantly reduced by

3    this merger or any other reason, that would have a negative

4    impact on the diversity of stories that will be published?

5    A.  I've said that many, many times publicly in the context

6    of the industry moving to an all-access business model, and

7    I've given speeches and interviews about it.  Correct.

8    Q.  Correct.  So regardless of the reason, if author

9    advances are significantly reduced, that will have a

10   negative impact on the diversity of stories that will be

11   published?

12   A.  Correct.  And tectonic shifts in business model would

13   certainly allow for that.

14   Q.  And there is a correlation between author income and the

15   diversity of stories being published?

16   A.  If you add the word "significant," I support that.

17   Q.  And you would agree that reduced author income means

18   fewer authors will be able to make a living from writing?

19   A.  I didn't get that, Mr. Read.

20   Q.  You would agree that reduced author income means fewer

21   authors will be able to make a living from writing stories?

22   A.  Adding the word "significant," I support that.

23   Q.  And you would agree that reduced author income will have

24   an impact on the output of books?

25   A.  Correct.  If it's significantly reduced, yes.

```
 1    Q.  Let's turn to another slightly different topic.  I want
 2    to -- let's just turn to tab -- PX 412.
 3    A.  The same binder, Mr. Read?
 4    Q.  Same binder.  412.
 5    A.  Sure.  I found it.
 6    Q.  And PX 412 is an email that you composed and initially
 7    sent to yourself and some family members?
 8    A.  That's right.
 9    Q.  And it's dated January 14, 2019?
10    A.  That's right.
11    Q.  And it's an email you are composing and considering
12    sending to Mr. Rabe.  Right?
13    A.  Who is my boss.  Correct.
14    Q.  In it, you are expressing your thoughts about your
15    future with Bertelsmann and Penguin Random House?
16    A.  That's right.
17    Q.  And you are writing up some of your successes for
18    Mr. Rabe.  Correct?
19    A.  I gave him a little bit of the history.  Correct.
20            MR. READ:  PX 412, your Honor, has some
21    redactions.  May I publish the document to the public with
22    those redactions?
23            THE COURT:  You may.
24            MR. READ:  And I move to admit PX 412.
25            THE COURT:  Any objection?
```

```
 1                MR. PETROCELLI:  No, your Honor.

 2                THE COURT:  It'll be admitted.

 3                (Whereupon, Plaintiff's Exhibit No. 412 was

 4      entered into evidence.)

 5      BY MR. READ:

 6      Q.  Let's start with -- since it's a draft, it's a little

 7      hard to see the paragraph breaks.  There is in the third

 8      paragraph kind of what should be the start of a fourth

 9      paragraph.

10                Do you see it says:  The first phase, 2008-2012,

11      was marked by a cultural, commercial and financial

12      transformation of Random House?  Do you see that?

13      A.  I do.

14      Q.  And then below that, the last two lines of that

15      paragraph, let's just read the first of those last

16      sentences.  It says:  "A series of decisions followed, from

17      halving digital royalty rates from 50 percent to 25 percent

18      to the (initial) rejection of the Apple-introduced agency

19      model for e-books, making us a witness instead of a

20      defendant in the U.S. Department of Justice (DOJ) lawsuits

21      against the five other major publishers and Apple."

22                Do you see that?

23      A.  Yes.

24      Q.  And so one of the things is, you were taking credit for

25      not getting sued in that Apple e-books case.  Correct?
```

```
1    A.  I do.

2    Q.  Well done.

3    A.  Thank you.

4    Q.  Well done.  I give you credit for that.  Well done.

5              And then before that, in that same sentence, you

6    talk about e-book royalty rates were halved.  They used to

7    be 50 percent and are now 25 percent.

8              Do you see that?

9    A.  Yes.

10   Q.  And there exists today a few authors who were

11   grandfathered in and who still get 50 percent royalty on

12   e-books.  Correct?

13   A.  Correct.

14   Q.  But now the rate is generally 25 percent?

15   A.  That's right.

16   Q.  And you were taking some credit here for lowering that

17   royalty rate on e-books?

18   A.  Random House was basically a pioneer in trying to entice

19   authors and agents to give them e-book rights.  It goes back

20   to 1998, when Bertelsmann and Random House and Barnes &

21   Noble started together the Rocket e-Book.  So there was no

22   device, really, for e-books.  You had to download them on

23   your computer.

24             So we basically experimented with different

25   business models and tried to entice authors and agents to
```

 1    give us e-books rights.  It was 50 percent for some.  Then

 2    we went to a royalty rate on wholesale prices after that, 50

 3    percent.

 4              And then I think the entire media industry

 5    basically went to -- for other media categories, too, to a

 6    75/25, 25 of net receipt.  And so the book industry also did

 7    in a way.

 8              And, yes, those 50 percent were grandfathered.

 9    There was a lot of testing and experimenting going on,

10    especially at Random House ventures, as we call it.

11    Q.  Let's make sure we got some of -- at least the basic

12    facts.

13              So initially, in e-books, there were some authors

14    who were getting 50 percent royalty for their e-books?

15    A.  Correct.  And they still get it, as you mentioned.

16    Q.  Under the grandfather provisions.

17              But now, authors are not getting that.  They're

18    getting 25 percent as e-book royalties.  Correct?

19    A.  That is correct.  But the question is:  What is the

20    denominator of the 25 and 50 percent?  Those are different

21    denominators.

22    Q.  And you are taking some credit, at least in this email

23    to your family as you form your thoughts, of having that

24    e-book royalty rate being reduced?

25    A.  If you interpret that that way, I can agree with that.

```
 1    Q.  Now, I want to talk about a related -- or another change

 2    in authors.  Today, Penguin Random House most commonly pays

 3    authors the advance in four installments.  Correct?

 4    A.  Correct.

 5    Q.  And those are paid out over time?

 6    A.  Correct.

 7    Q.  About 25 percent at each time period?

 8    A.  Yes.

 9    Q.  And it waits from the initial signing to the acceptance

10    of the --

11    A.  Delivery and acceptance, publication.

12    Q.  -- to publication?

13    A.  Subsequent formats.

14    Q.  And subsequent formats.

15            So that can be a period of years over which the

16    advance is paid.  Right?

17    A.  In some cases, it is.  Danielle Steel publishes eight

18    books a year with us, so it goes faster for some, but it can

19    take years.  Correct.

20    Q.  Right.  For a nonfiction writer who has to do some

21    research, it can take years to go and get all those payouts?

22    A.  Correct.

23    Q.  And isn't it true that there was a period of time where

24    authors got their advances in three installments instead of

25    four?
```

 1    A.  I don't recall whether that was our rule.  What I do

 2    know is that some of our big authors get it even in two

 3    installments.  And I'm -- and I don't know, Mr. Read,

 4    whether it changed from thirds to quarters as a rule.

 5    Q.  Let's go to the next full paragraph of this document.

 6    It says:  "The second phase (2012-2016) was about becoming

 7    Penguin Random House."

 8          Do you see that?

 9    A.  I do.

10    Q.  And then below that, there is a sentence that reads:

11    "The value creation of Penguin Random House merger is

12    between" -- and we're going to make confidential the exact

13    amounts of the value creation -- "including world market

14    leader premium."

15          Do you see that?

16    A.  I do.

17    Q.  And so you were again thinking of some credit in the

18    value creation of Penguin Random House, which you should.

19    Right?

20    A.  Yes.

21    Q.  I wanted to focus on this idea of world market leader

22    premium that you wrote.

23          Do you see that?

24    A.  Yes.

25    Q.  Is there a premium for being a market leader?

 1   A.  I would agree with that in enterprise value.

 2           I give you an example.  We did ten years ago, or

 3   11, when we were still Random House and already the market

 4   leader, we did an external valuation of Random House.  And

 5   we did the same exercise again last year.  And the

 6   valuation, external valuation, of Penguin Random House,

 7   Bertelsmann's book business globally, went significantly up,

 8   also because Penguin Random House, yeah, is present on all

 9   continents and publishes great books.  So that's what it

10   means.  It has a premium in valuation.

11   Q.  And that enterprise value premium is because the market

12   leader can be perceived as having the ability to generate

13   greater profits?

14   A.  That's not what I mean with the premium.  It is that the

15   brand Penguin Random House is so strong.  Random House was

16   strong already.  With Penguin, it became even stronger.

17   People pay a premium independent from the underlying KPIs.

18   That's what it really means.

19   Q.  So the enterprise value if somebody were to purchase

20   Penguin Random House would be greater, right, because it's a

21   market leader?

22   A.  Yes.

23   Q.  And that --

24           THE COURT:  Sorry.  What is a KPI?

25           THE WITNESS:  Key performance indicators, meaning

```
 1    revenue and profit.

 2    BY MR. READ:

 3    Q.  And the enterprise value being larger can come because

 4    there's a potential for more profits by being market leader?

 5    A.  That's a matter of size globally in the end of the day.

 6    Yes.

 7    Q.  And that can come from two ways, either better at

 8    pricing or better at lower costs?

 9    A.  A market leader should have some economies of scale if

10    they do a good job.

11    Q.  And that economies of scale is a lowering of costs?

12    A.  Yes.

13    Q.  And another way to lower costs is to not have to pay

14    authors as much?  Yes or no.

15    A.  Theoretically, yes.

16    Q.  In the next sentence, it says:  "In these years,

17    2012-2016," we're referring to, "we have chosen to run our

18    business in order to optimize shareholder profit and cash

19    flow (versus market share and sales)."

20              Do you see that?

21    A.  I do.

22    Q.  And in optimizing profit and cash flow, you were not

23    prioritizing market share growth.  Correct?

24    A.  Yeah.  I've been frustrated with our market share

25    development.  And at least, despite the fact that we've lost
```

1    market share, we could achieve our goals in terms of cash

2    flow and profitability.

3    Q.  So you've been very successful on profitability.

4    Correct?

5    A.  Correct.

6    Q.  And on market share, you'd like to do better?

7    A.  Much better.

8    Q.  And the priority at this time, 2012 to 2016, had been to

9    focus on cash flow for dividends to your shareholders and

10   profits?

11   A.  I would have loved to gain market share, but we lost

12   market share almost of the size of Simon & Schuster since

13   the merger.

14   Q.  And the focus, the priority, was to get cash flow for

15   dividends to your shareholders then, Pearson and

16   Bertelsmann, and profitability?

17   A.  What I mean here is that we did not achieve our sales

18   revenue and market share goals, but at least we delivered

19   what our shareholders expected from us.

20   Q.  So the output was a little less, but the profits were

21   good?

22   A.  The whole industry got more profitable during that time

23   because of the shift to online and e-commerce.  Correct.

24   Q.  And you ran the business in a way to prioritize profits

25   over share growth?

Dohle - DIRECT - By Mr. Read

1    A.  I'm looking back here.  I ran the business in order to

2    actually increase my market share, which hopefully would

3    have resulted in more cash flow.  But we could not achieve

4    that goal.

5    Q.  Well, why do you have in this sentence "in order to

6    optimize shareholders' profit and cash flow versus market

7    share and sales"?  Why did you put the word "versus" there?

8    A.  I don't know.

9    Q.  Did you make a choice to prioritize profits and cash

10   flow over market share growth?

11   A.  I didn't, Mr. Read.  I always want to grow at least with

12   the market.  But we lost significant market share.

13   Q.  So why did you write this when you're talking about your

14   successes?

15   A.  What I'm saying is that we delivered on profit and cash

16   flow.  And I'm honestly unhappy with our revenue and market

17   share development.  Why I used "versus," this letter was

18   never sent.  It was only sent to me.  I don't recall.

19   Q.  Let's go to a different topic, Mr. Dohle.  Let's talk

20   about Amazon.

21              THE COURT:  Before you do that, why don't we take

22   our morning break.  It seems like a good time to do that.

23              MR. READ:  It's a perfect time.

24              THE COURT:  So let's take 15 minutes at this time.

25              Mr. Dohle, please don't talk about your testimony

```
 1    during the break with anybody.

 2              THE WITNESS:  Thank you for reminding me.

 3              (Thereupon a recess was taken, after which the

 4    following proceedings were had:)

 5              THE COURT:  Good morning again.

 6              You may proceed, Mr. Read.

 7              MR. READ:  Thank you, your Honor.

 8    BY MR. READ:

 9    Q.  Mr. Dohle, we had said that we're going to change to a

10    new topic:  Amazon.

11    A.  All right.

12    Q.  This combination of Penguin Random House and Simon &

13    Schuster does not serve as a countermeasure to Amazon.

14    Correct?

15    A.  Correct.

16    Q.  And acquiring Simon & Schuster will not give Penguin

17    Random House any ability to negotiate better terms against

18    Amazon?

19    A.  No.  Not at all.

20    Q.  Would you turn to PX 157.

21              MR. READ: Your Honor, there have been some

22    redactions for confidentiality, I think, on this one -- or

23    maybe not.  No redactions.

24              THE COURT:  Okay.

25              MR. READ:  So if we may put it up on the screen.
```

Dohle - DIRECT - By Mr. Read

```
 1    BY MR. READ:

 2    Q.  Are you there at 157, Mr. Dohle?

 3    A.  I am.

 4    Q.  This is an email you wrote and sent on April 1st, 2020?

 5    A.  Yes.

 6    Q.  Not on April Fool's, though?

 7    A.  My April Fool's blog.  Yeah.

 8    Q.  It's entitled Markus's GEC blog?

 9    A.  Yes.

10    Q.  And this is -- you sent it to your global executive

11    committee?

12    A.  That is correct.

13    Q.  Would you tell the Court what constitutes the global

14    executive committee at Penguin Random House?

15    A.  It is a body, a governance body, of my direct reports,

16    the 11 CEOs globally that report to me and the group service

17    functions, like CFO and strategy and communications and

18    legal.  We saw them, you know, before on the slide.  It's

19    some 17 people on that board.  And with me, we are 18, I

20    think.

21    Q.  These are your leaders at Penguin Random House?

22    A.  Yes.  And my direct reports.  Correct.

23              MR. READ:  Your Honor, I move to admit PX 157.

24              THE COURT:  Any objection?

25              MR. PETROCELLI:  No, your Honor.
```

```
 1                    THE COURT:  It will be admitted.
 2                    (Whereupon, Plaintiff's Exhibit No. 157 was
 3       entered into evidence.)
 4       BY MR. READ:
 5       Q.  You begin this email or blog stating:  Uber-resource
 6       your most important priorities.
 7                    Do you see that?
 8       A.  I do.
 9       Q.  And you end that with an exclamation point?
10       A.  Correct.
11       Q.  And I think later in this document, you say this is a
12       mantra you learned early in your career?
13       A.  Yes.  I'm an engineer by education.  So yes.
14       Q.  Let's talk about what your most important priorities are
15       and uber-resourcing them, then.
16                    The last sentence of the second paragraph, if we
17       can find that, says Amazon was becoming --
18                    MR. READ:  Jordan, actually, maybe it's the
19       paragraph -- the last sentence above that.  You've got it
20       exactly right, Jordan.  It's actually -- let's go one
21       paragraph up.  It's -- I count the uber-resource as a
22       paragraph.  I apologize.  It's my fault.
23       BY MR. READ:
24       Q.  So it's the paragraph that starts:  This is a mindset
25       and mantra.  There's where we're going to go.
```

1          And we're going to go to the last sentence of that

2     paragraph, where it reads:  Thus, Amazon was becoming the

3     most important priority in terms of our book sales besides

4     preserving the diversity of booksellers and ensuring a

5     competitive marketplace for books in the future.

6          Do you see that?

7     A.  Yes.

8     Q.  And what you're doing here is you're starting to

9     encourage your executives to provide Amazon with the highest

10    service levels.  Right?

11    A.  Correct.  First of all, I encourage them to read the

12    book, and I recommend it highly to everyone here:  *The*

13    *Theory of Constraints*.

14    Q.  Thank you.

15         And in the next paragraph, the second-to-the-last

16    sentence, you tell -- you write to your team, your

17    executives:  "Large publishers are our (main) competitors

18    and Amazon is (mainly) our customer in all book formats."

19         Do you see that?

20    A.  Yes, I do.  And I like two times putting "main" into

21    parentheses.

22         MR. READ:  Your Honor, may we publish it to the

23    gallery?

24         THE COURT:  You may.

25

1    BY MR. READ:

2    Q.  The main competitor of Penguin Random House is not

3    Amazon.  That's what you're telling your executives?

4    A.  Well, I'm saying large publishers are our competitors,

5    and in parentheses "main."

6    Q.  So the main competitors for Penguin Random House are the

7    large publishers?

8    A.  If I wanted to say that, I -- why would I actually add

9    the parentheses?  What I'm saying is, large publishers are

10   all competitors.  And in parentheses, yes, a main.  And

11   Amazon is our customer.  Our largest, you know.  It was

12   mainly our customer.  So that's what I am saying.

13   Q.  Right.  You wanted your executives to know that Amazon

14   is more of a customer than a competitor?

15   A.  They are a lot of things.  But the most important role

16   is to be a customer.

17   Q.  And the large publishers are the competitors they should

18   focus on?

19   A.  If you want to interpret it that way, that's fine.  The

20   whole industry is our competitor and Amazon is our

21   advertiser, is our competitor in self-publishing, in

22   traditional publishing, but it's mainly our customer.

23   That's correct.  That's the biggest part.

24   Q.  And the main publishers -- the large publishers I can

25   interpret you telling your executives are the competitors

1   that they should mainly be focused on?

2   A.  I hope they focus on the entire competition for books.

3   But large publishers we encounter very often, given their

4   size.  Correct.

5   Q.  In the end, this document -- the point is, you do not

6   want to fight Amazon in any way, shape or form?

7   A.  Where do I say that?

8   Q.  I'm just asking you the question.  You do not want to

9   fight Amazon in any way, shape or form?

10  A.  Amazon as a customer, I always wanted to have a very

11  good relationship and very good interfaces with.  They are

12  by far globally our largest customer and also in the United

13  States.  I never fight my customers.

14          On the publishing side, we compete with them.  And

15  yeah.  They get a lot of advertising dollars from us, too.

16  Q.  Let's turn to self-publishing.  I'd like to ask a few

17  questions there.

18          You would agree that self-published books have

19  very limited sales?

20  A.  Self-publishing is a hundreds and hundreds of millions

21  of dollars business in the United States.  Given the number

22  of books that are self-published, on average, it's pretty

23  low.

24  Q.  So for most authors, self-published books have very

25  limited sales?  For most authors?

1    A.  For most authors?

2    Q.  Yeah.

3    A.  For most authors, sales are low.

4    Q.  And self-published books provide -- tend to provide

5    authors with very limited income?

6    A.  If you are not Brandon Sanderson, Colleen Hoover and

7    many, many others who make a lot of money in

8    self-publishing, given the millions of books that are being

9    self-published, most of them don't sell.  Correct.

10    Q.  Well, you would agree the best authors don't choose

11    self-publishing because they like the advances that

12    publishers like Penguin Random House provide?

13    A.  I just mentioned a few big, big authors, including the

14    largest author in 2022, Colleen Hoover, who actually

15    self-publishes books.  But she also publishes books in the

16    traditional way with publishers.

17    Q.  Let me try that question again.

18          The best authors don't choose self-publishing

19    because they like the advance that publishers like Penguin

20    Random House provide?

21    A.  If you think they are not the best authors, that's

22    correct.

23    Q.  The best authors also choose to sell their books to

24    Penguin Random House instead of self-publishing because they

25    enjoy the services that Penguin Random House brings on the

1    creative side, such as editing and cover design.  Correct?

2    A.  That is correct.

3    Q.  And the best authors enjoy Penguin Random House's

4    ability to reach members and Penguin Random House's

5    marketing and other services?

6    A.  Most traditional authors continue to be published

7    traditionally.  And that is correct.

8    Q.  Your experience is that self-published books tend to be

9    lower quality with a lower price point?

10   A.  Yes.  Most of them are.  Correct.

11   Q.  And you would agree that self-publishing presents only a

12   limited competitive threat to publishers like Penguin Random

13   House?

14   A.  Today, it doesn't bring me up at night anymore.  There

15   was a time ten years ago when it was considered a big

16   threat.  Today, the biggest threat is all-access models for

17   books.  Correct.

18   Q.  Let me make sure I've got that.

19            So earlier in time, self-publishing was a greater

20   threat than it is today.  That threat from self-publishing

21   has receded?

22   A.  Their growth has slowed down a little bit, you know, the

23   self-publishing growth as far as I understand it.  There was

24   a time when a lot of traditionally published authors,

25   especially in the genre fiction, romance category, chose to

1    pursue the self-publishing route.  And that was some ten

2    years ago.  And that has not continued at the same pace.

3    Correct.

4    Q.  So ten years ago, self-publishing was more likely to

5    keep you up at night than it is today?

6    A.  That's right.

7    Q.  Let's take one document on this, PX 445.  Would you turn

8    there, please?

9    A.  The number again, Mr. Read?

10   Q.  445.

11   A.  Same binder?  Yes.  I have it.  I'm on it, Mr. Read.

12   Q.  These are the minutes of a Bertelsmann's supervisory

13   board meeting?

14   A.  Correct.

15   Q.  This is the board meeting that was convened on November

16   5th, 2020?

17   A.  Correct.

18   Q.  Just a few weeks before the final offer was made to

19   secure Simon & Schuster.  Right?

20   A.  That's right.

21   Q.  These are the minutes that were drafted later on

22   December 17th, 2020?

23   A.  After we signed the contract.  Correct.

24              MR. READ:  Your Honor, I'd move to admit PX 445.

25              THE COURT:  Any objection?

Dohle - DIRECT - By Mr. Read

```
 1                    MR. PETROCELLI:  No, your Honor.

 2                    THE COURT:  That will be admitted.

 3                    (Whereupon, Plaintiff's Exhibit No. 445 was

 4         entered into evidence.)

 5                    MR. READ:  And this is a significantly redacted

 6         document, but if we could put it on the public screen for

 7         the portion that's not?

 8                    THE COURT:  Yes.

 9         BY MR. READ:

10         Q.  Would you turn to Page 3 of this -- of these minutes.

11         By the way, this is a board meeting you were present at.

12         Right?

13         A.  I think it was all virtual because of COVID.  But I

14         attended it virtually from New York.

15         Q.  Okay.  You attended from New York virtually.

16                    And then so we're going to focus on the unredacted

17         portion on Page 3, where you're asked some questions.  Okay?

18         A.  Okay.

19         Q.  The paragraph begins, "With respect to the planned

20         acquisition."  It's the third paragraph.  Are you there,

21         Mr. Dohle, together?

22         A.  Yes.  I see it.

23         Q.  "Mr. Levy asked whether the acquisition would not cause

24         an increase in the existing cluster risk relating to

25         Amazon."
```

1          Do you see that?

2     A.  Yes.

3     Q.  And what does the word "cluster risk" refer to there?

4     Is that a German expression?

5     A.  It means that, given the size of Amazon as a customer

6     globally, whether it would increase -- call it our

7     dependency on Amazon, given the fact that Simon & Schuster

8     also, I assume Amazon is the largest customer of them as

9     well, so we would increase our volume with Amazon globally

10    significantly, and whether that dependency would result in

11    additional risks.

12    Q.  And you told them it would not?

13    A.  Correct.

14    Q.  And then a little deeper into this paragraph -- it may

15    be a little hard to find -- it says:  "He saw little danger

16    in Amazon's self-publishing activities since Penguin Random

17    House operated on a different quality level."

18          Do you see that?

19    A.  I do.

20    Q.  And so you were telling the board that you didn't fear

21    Amazon's self-publishing activities because it operated on a

22    different quality level?

23    A.  "And limited risk" is absolutely fair.

24    Q.  And you agree today that self-published books operate on

25    a different quality level?

1    A.  And that it's a limited risk.  Correct.

2    Q.  Let's talk about some competitors to Penguin Random

3    House.

4    A.  Sure.

5    Q.  And maybe let's ground you in your observations.

6         You have authority to approve -- well, if an

7    advance exceeds $2 million, it needs your permission before

8    the offer can be made.  Right?

9    A.  For the U.S., that is the threshold when I sign off.

10   Correct.  $2 million.

11   Q.  And so your role, given that threshold, is more limited

12   in acquiring books than some of the editors that are more

13   day-to-day involved?

14   A.  Correct.  I love to be involved, but it's limited, given

15   the threshold.

16   Q.  So let's ask when you're involved.

17        When you're involved, most of Penguin Random

18   House's losses in acquiring books are to the other Big 5

19   publishers?

20   A.  Given their size -- I don't track it; but given their

21   size, I would say -- I would say that's correct.

22   Q.  And because of their size, that gives you a sense of how

23   often you think you're running up against them in acquiring

24   books?

25   A.  I mean, their collective size in the marketplace, I

1    think we encounter them more often than the rest of the

2    market.

3    Q.  Right.  Given their collective size and share, that

4    gives you a sense of how often you think you're running up

5    against them?

6    A.  And the sense is that it's more often at that level than

7    the rest of the market.  Correct.

8    Q.  Right.  At a lower level, you might see more of the rest

9    of the market.  Correct?

10    A.  That's correct.

11    Q.  You cannot name any instance in which you were involved

12    where Penguin Random House lost a book to Disney?

13    A.  To...?

14    Q.  To Disney.

15    A.  No, I don't.

16    Q.  And you cannot name any instance in which you were

17    involved where Penguin Random House lost a book to Abrams?

18    A.  That is correct.  At that level, I don't recall any.

19    Q.  And you cannot name any instance in which you were

20    involved where Penguin Random House lost a book to

21    Scholastic?

22    A.  At that level, that's correct.

23    Q.  You cannot recall any instance where you were involved

24    where Penguin Random House -- well, you cannot recall any

25    instance where Penguin Random House lost an author to a

```
1    non-Big 5 with an advance over 2 million?

2    A.  We just recently lost after my deposition on that topic,

3    for example.  It was not really an auction, but we lost a

4    book of a celebrity, Britney Spears in that case, to another

5    big house.

6              And if I may, very often --

7    Q.  Can I just make sure?  So you're talking about a loss to

8    a Big 5 publisher?

9    A.  That is correct.

10   Q.  I just wanted to focus on smaller publishers.  But I've

11   got your testimony.  That's fine.

12   A.  I'm sorry.

13   Q.  Let me turn to a different topic, if I may.  And I don't

14   know if -- how much longer we're going to need to go.  Let's

15   turn to PX 87.

16             MR. READ:  This document has some redactions, your

17   Honor, but may we publish the redacted version to the

18   public?

19             THE COURT:  You may.

20             THE WITNESS:  I see it, Mr. Read.

21   BY MR. READ:

22   Q.  Thank you.

23             It's -- this is an email you sent on Saturday,

24   August 16, 2020?

25   A.  I did.
```

Dohle - DIRECT - By Mr. Read

1    Q.  And you sent it to Madeline McIntosh?

2    A.  Correct.

3    Q.  And it attaches a document called PRH U.S. agenda for

4    2020?

5    A.  Yes.

6    Q.  And on this --

7            MR. READ: Your Honor, I'd move to admit PX 87.

8            THE COURT:  Any objection?

9            MR. PETROCELLI:  No.

10            THE COURT:  That will be admitted.

11            (Whereupon, Plaintiff's Exhibit No. 87 was entered

12    into evidence.)

13    BY MR. READ:

14    Q.  So Item 1 on the cover says, "As we have discussed,

15    profitable market share growth continues to be the --

16    capitalize "the" -- "key metric for our owners and for us."

17            Do you see that?

18    A.  Yes.

19    Q.  And you talked earlier about KPIs, key performance

20    indicators?

21    A.  Yeah.  You have to stop the loss of market share.  Most

22    important.

23    Q.  And so that market share growth is extremely important

24    to you and Bertelsmann?

25    A.  Organic market share growth.  Yes.

1    Q.  And you've been discussing this with Ms. McIntosh

2    multiple times?

3    A.  Many times.

4    Q.  So you're now focused more on growth and less on cash

5    flow?

6    A.  No.  I say profitable market share growth.  So of course

7    we want to make contribution with that growth; and with

8    that, add to our cash flows.

9    Q.  So let's turn to the attachment entitled "PRH (U.S.)

10   priorities for the next two to three years."  Do you have

11   that?

12   A.  I do, Mr. Read.

13   Q.  The first item at the top says "1," in bold:  "Increase

14   our market share, outperform the market, profitable market

15   share growth."

16            That's the goal, right?

17   A.  Absolutely.

18   Q.  And then the second -- I want to talk about the second

19   bullet in bold:  "Content, acquisition, focus and

20   involvement."

21            Do you see that?

22   A.  Yes.

23   Q.  And then under that, there's an underlined word

24   "hypothesis."  Do you see that?  "U.S. market share loss

25   comes from publishing"?

1    A.  Yes.

2    Q.  And then -- so you're working on a remedy to -- where

3    the market share loss is coming from.  Right?

4    A.  Correct.

5    Q.  And the next line, the dash has -- and this is -- you're

6    sending this to Madeline McIntosh.  Right?

7    A.  Yes.

8    Q.  It says, "More deep involvement with content

9    acquisitions:  Team meetings for acquisitions greater than

10   250/500 K dollars to get more content (increase appetite for

11   risk a notch)."

12            Do you see that?

13   A.  I do.

14   Q.  And what you're doing is you're asking or directing

15   Madeline McIntosh to personally get more involved in content

16   acquisitions?

17   A.  Correct.  The level before was like 1 million, I think,

18   her official signoff.  And I encouraged her, given the

19   importance of getting the books that are in demand with end

20   consumers, to top the market share loss, to get more

21   involved.

22   Q.  And you're telling her to get -- and your hope is that

23   her involvement would increase the appetite for risk in

24   acquiring books.  Right?

25   A.  We want to encourage our editors to buy the books that

```
1    they are passionate about.

2    Q.  And not be so risk averse?

3    A.  To increase their risk appetite.

4    Q.  And be a little more aggressive?

5    A.  Sure.

6    Q.  And you wanted Ms. McIntosh more personally involved at

7    advance levels of 250,000 and advance levels of 500,000?

8    A.  Yes.  That clearly sends a signal into the organization.

9    Q.  And you wanted Penguin Random House to acquire more

10   books in the 250,000 and 500,000 advance range?

11   A.  I randomly used those numbers.  I would love for her to

12   get involved in every book acquisition over 100,000.

13   Q.  My observation, Mr. Dohle, is you do very little

14   randomly.

15            Let me ask this question:  Ms. McIntosh's

16   involvement at 250,000 in acquiring more books with more

17   appetite for risk would help Penguin Random House grow its

18   share?

19   A.  Yes.  We want to pay more for acquisitions in order to

20   get the books and stop the market share drain and publish

21   more books that are in demand and that readers like.

22   Q.  And you wanted her to focus on -- this is an area for

23   her to focus -- 250,000, 500,000, get personally involved

24   with teams and be more aggressive?

25   A.  Go for it.  Pay more.
```

Dohle - DIRECT - By Mr. Read

1    Q.  Because it would make a difference in the market share

2    for Penguin Random House if she were to do that?

3    A.  If we buy more books, I would hope so, that they sell.

4    Q.  And there's enough books in that segment that it can

5    make a difference for the market share of Penguin Random

6    House?

7    A.  Sure.

8    Q.  We've been talking about Penguin Random House wanting to

9    grow share and as a result increasing its appetite for risk

10   a bit.

11         That means that you want Penguin Random House to

12   be paying a little more in advances to win books?

13   A.  Or even much more.  And it also says:  Involve me.  Use

14   me.  I love that stuff.  I love to negotiate and to win

15   books and negotiate with agents and support our editors in

16   the negotiation strategies to get the books to Penguin

17   Random House.  I love that.

18   Q.  One way to grow market share is to be more aggressive in

19   bidding for content from authors.  Correct?

20   A.  Correct.

21   Q.  Another way to grow share is to acquire a company with a

22   lot of market share.  Correct?

23   A.  That is correct.

24   Q.  Early in this testimony, we discussed Penguin Random

25   House cementing its position as the number one publisher in

 1    the U.S. with this merger.

 2                Do you remember that testimony?

 3    A.  I do.

 4    Q.  After this merger, Penguin Random House U.S. will not

 5    have as strong a need to grow share.  Correct?

 6    A.  I think it doesn't speak to our performance that we are

 7    paying almost $2.2 billion to refill our lost market share

 8    for the most part.  That shouldn't have happened.  And in

 9    the future, we want to grow at least with the market.  And

10    that's sufficient.

11    Q.  Let me try that question again.

12                After this merger, Penguin Random House U.S. will

13    not have as strong a need to grow share?  Yes or no.

14    A.  Yes.  Growing with the market is enough.

15    Q.  Let me make sure I got that.

16                After this merger, Penguin Random House will not

17    have as strong a need to grow its share?

18    A.  Yes.

19                MR. READ:  No further questions, your Honor.  I

20    pass the witness, your Honor.

21                THE COURT:  Thank you.

22                Mr. Petrocelli?

23                          CROSS-EXAMINATION

24    BY MR. PETROCELLI:

25    Q.  Mr. Dohle, did you -- I'm going to take you back to that

1    comment Mr. Read made that you do nothing randomly, no pun

2    intended.

3    A.  Everything is random in publishing.  That's why we have

4    that name.  So the founder thought:  Everything is random.

5    Success is random.  Bestsellers are random.  So that's why

6    we are the Random House.

7    Q.  And that is the real origin of the name Random.

8    Correct?

9    A.  Correct.

10    Q.  Okay.

11    A.  It's a creative business.

12    Q.  Well, did you pick 250/500,000 because it represented

13    something associated with the anticipated top selling books?

14    A.  At that point and until this lawsuit, I hadn't ever

15    heard about that term.

16    Q.  Okay.  So I want to start from the beginning.  But

17    something caught my attention when you were answering

18    questions and you were talking about what you perceived to

19    be the biggest threat to publishing today.  And you

20    referenced "all access."

21          Can you explain what that is and why that is a

22    threat in your view?

23    A.  Sure.  I'm happy to.  And I try to be concise.

24          There are a lot of all-access models in media.  We

25    all know about NetFlix; we all know about Spotify and other

1    media categories.  And we also know what it has done to some

2    industries.  The music industry has lost in the digital

3    transformation approximately 50 percent of its overall

4    revenue pool.

5           And with all-access now, it's growing a little

6    bit.

7    Q.  Well, what is all-access?

8    A.  All-access is basically a subscription model.  You pay a

9    monthly, you know, subscription fee, call it 9.99, and then

10   you have access to the entire catalog, the entire content,

11   all music, frontlist and backlist music.

12   Q.  I'm talking about in the book industry.

13   A.  In the book industry, we had two sort of attempts in the

14   last ten years to establish all-access models in the

15   industry.  One was with e-books ten years ago, around ten

16   years ago, which resulted in a few startups like Oyster and

17   Scribd and others.  Scribd still exists.

18          And it resulted in Amazon for competitive reasons

19   starting Kindle Unlimited, which is their subscription

20   model.  They are an all-access model.  And it has thrived in

21   the industry.

22          Then in the last years, basically, we had another

23   all-access model development for digital downloads, for

24   digital audio books.  And around the world, many companies

25   established the all-access models, subscription models, for

1    digital audio books.

2        I think it's the biggest threat to the industry

3    and especially to author income and author royalties and

4    also author advances, because if this industry goes

5    all-access, in this industry if we can get access to all

6    books in digital formats by paying 9.99 a month, and in the

7    family accounts all family members get it for free, it will

8    have a tectonic influence on the revenue pool of the

9    industry, on author advances ultimately and on author

10   royalties and author income.

11       And I think that will have an impact on the

12   diversity of stories that will be published.

13   Q.  Does --

14   A.  There is no need to do it.  We provide as publishers

15   between 10 and 30 hours of entertainment for a very

16   reasonable price in Á La Carte.  And all-access would have a

17   huge impact.

18       One of the most important reasons, if I can add

19   that, your Honor, 20 percent, around 20 to 25 percent of the

20   readers, the heavy readers, account for 80 percent of the

21   revenue pool of the industry of what consumers spend on

22   books.  It's the really dedicated readers.

23       If they got all-access, the revenue pool of the

24   industry is going to be very small.  Physical retail will be

25   gone -- see music -- within two to three years.  And we will

1    be dependent on a few Silicon Valley or Swedish internet

2    companies that will actually provide all-access, and authors

3    are going to lose.

4    Q.  Does Penguin Random House participate in any such

5    all-access programs?

6    A.  Not at all.  And we go even further when we sell rights

7    internationally.  Even like in international markets, we

8    don't let those rights to become part of all-access.  We

9    think it's the biggest threat for author income.

10   Q.  Okay.  So let me go back to the beginning.

11             What is the mission of Penguin Random House?

12   A.  Well, we have a clear larger purpose, a clear "why."

13   And that is that we want to create the future of books and

14   reading, reading in long form, for generations to come.

15             And that generations to come is really important

16   for us.  So the children's books segment is really, really

17   important for us.  We know that reading in long form and

18   immersing yourself into complex stories and characters

19   creates empathy and human values in young people.

20             And we take our societal assignment as publishers

21   really, really seriously.  We think that book matters --

22   books matter.  And reading matters in our society.  And we

23   call our business culture and commerce, in that order.

24   Q.  You indicated you've been with Bertelsmann your entire

25   career and with Penguin Random House or its predecessors

1    going back to 2008.  Is that right?

2    A.  That's right.

3    Q.  Before we get into your work, what do you do outside of

4    work?  Do you have any interests?

5    A.  Yes.  I have a family and I love sport.  But that's

6    outside.

7            But I also am very engaged as an active citizen.

8    Active citizenship is important for me in how I grew up and

9    was raised in the '70s and '80s.  And it's also important

10   for Bertelsmann.  So I serve on a lot of nonprofit boards

11   and I'm very engaged in our community, small and large.

12   Q.  What are some of the boards you serve on or associations

13   with which you're affiliated?

14   A.  Very quickly, I'm a board member of Pan America, the

15   organization that fights for freedom of expression and

16   protects authors and journalists, which becomes not only

17   international, but also domestically more and more important

18   and also celebrates literature.  I'm the executive vice

19   president of Pan America.

20           I am a board member of the National Book

21   Foundation that also gives the National Book Awards and

22   promotes reading and literature across the country, across

23   the United States, with all their programs that they

24   provide.

25           I've been a board member of the Association of

1    American Publishers for many, many years and served as the

2    chairman.  They are for some years -- they of course fight

3    for copyright and, here on the Hill, lobbying to protect

4    authors and copyright and the creators of intellectual

5    properties -- property.

6            I am a board member of the Atlantic Council here

7    in D.C., you know, a think tank that becomes more and more

8    important.  Again, the Transatlantic community, of course,

9    given the war in Europe, is becoming more important.  I'm on

10   the international advisory board there.

11           I'm a member of the Council on Foreign Relations

12   and I'm also serving on the Bertelsmann Foundation here in

13   North America, which is based here in D.C.

14           THE COURT REPORTER:  Excuse me.  Did you say

15   "wall" in Europe?

16           THE WITNESS:  "War."  Well, hopefully, we don't

17   get a wall again.  I grew up on the one side of it, on the

18   better side.

19   BY MR. PETROCELLI:

20   Q.  Mr. Dohle, who owns Bertelsmann?

21   A.  81 percent of Bertelsmann is being owned by the

22   nonprofit Bertelsmann Foundation and 19 percent by the

23   founding family in their sixth generation.

24   Q.  What is the Bertelsmann Foundation?

25   A.  The Bertelsmann Foundation is the largest nonprofit

1    operating foundation in Europe.  That's what it is.

2    Q.  What does it do?

3    A.  It was founded 45 years ago.  The founders always

4    thought an active citizenship and giving back to society,

5    which they did with their publishing, of course, but in 1977

6    they decided to donate their wealth, 81 percent of it, back

7    to society.  And they call Bertelsmann an institution for

8    society, which it actually is.

9         They wanted to tackle the mega challenges back

10   then already.  And they created the foundation that tackles

11   from the get-go demographic change, healthcare for all,

12   education, immigration, labor markets and inequality.  More

13   recently, they also get very engaged in environmental

14   issues, climate change.  So they are still on the mega

15   challenges that we face today.

16   Q.  And you say they had an office here in Washington?

17   A.  They have an office here in Washington.

18        And they don't give money, your Honor.  They are

19   an operating foundation.  They are a think tank.  And what

20   they do is they try to help public institutions and

21   governments to make better decisions based on data to tackle

22   those mega challenges of our time and generation.

23   Q.  With the profits that Bertelsmann earns, what is its

24   policy regarding investments in its flagship book business?

25   A.  We are a diversified company.  The profits are

Dohle - CROSS - By Mr. Petrocelli

1    reinvested in their eight divisions.

2            And I always say we have unlimited -- we have

3    unlimited access to cash flow to invest into our business.

4    I've never seen them limit us in any way, shape or form in

5    terms of investments.

6    Q.  What kind of significant investments has Bertelsmann

7    made in the U.S. publishing -- its U.S. publishing business,

8    let's say, over the last 10 or 15 years?

9    A.  Sure.  So first of all, they encourage us -- it's a

10   content company -- they encourage us to invest into content

11   in order to at least grow with our -- the markets, you know,

12   grow with the markets that we operate in.

13           So content, most important.  It drives everything.

14   It's the only revenue- and profit-generating object of this

15   business.  So they encourage us to invest into it, number

16   one.

17           Number two --

18   Q.  Before you go to number two, on the subject of content,

19   can you estimate, let's say, in 2021 how much in author

20   advances and royalties you paid out by Penguin Random House

21   worldwide and in the U.S.?

22   A.  Yeah.  I track those numbers, Mr. Petrocelli.  It was

23   around -- a little bit more than a billion dollars globally,

24   two-thirds roughly in the U.S.  And that reflects also the

25   size of our U.S. market.

1          It's a little bit more in terms of author costs

2     that we have here.  Advances are really high in the U.S.

3     market.  And with that [indiscernible] --

4          THE COURT REPORTER:  Sorry.  I missed that.

5          THE WITNESS:  I said ballpark, two-thirds of that

6     in the U.S. in terms of author costs.  And that reflects the

7     market size.  It's a little bit more than that, given the

8     market we operate in here in the U.S.

9     BY MR. PETROCELLI:

10    Q.  Okay.

11    A.  So -- and 2021, we also in the U.S. had an all-time high

12    in terms of new author commitments, meaning acquisitions of

13    books, and the advance commitments that we go into by

14    signing those contracts.  Actually, you know, it was for

15    Penguin Random House an all-time high around $650 million

16    last year.

17    Q.  Okay.  I got you.  I cut off.  You were going to go to

18    number two.  First was content.

19    A.  Number two, very quickly, they encourage us also to

20    invest heavily into reaching readers around the world.  So

21    publishing is about supporting creators, supporting authors

22    and to perfect the story and the product, meaning the book,

23    before we launch it into the world.  And it's about reaching

24    the largest audience for the author with sales and

25    distribution and all the back office that is involved in it.

1    So it's creativity and reach.  That's what publishing in

2    essence is about.  So they encourage us to invest heavily

3    into reaching the largest readership globally for our books,

4    number two.

5            Number three, if the opportunity comes along, they

6    also encourage us to increase the community of imprints, the

7    community of small- and medium-sized publishing houses that

8    we operate around the world.  In the U.S., almost 100;

9    globally, more than 300.  So if a merger and acquisitions

10   opportunity come along, they also support us to look into it

11   and perhaps acquire that.

12   Q.  I want to go back to the supply chain.

13           How much has been invested in the supply chain for

14   Penguin Random House in the last 10 or 15 years?

15   A.  Let me focus on the U.S.  We have a lot of supply

16   chain --

17   Q.  Just the U.S.

18   A.  Sure.  We've invested more than $250 million into

19   upgrading and, you know, into getting -- into getting books

20   to readers in the United States and more than 150 million

21   since the merger with Penguin.

22   Q.  And what are the -- can you just briefly explain what

23   improvements have been made and how it's enhanced the

24   delivery of books?

25   A.  Sure.  So I try to be concise.

1    I had a life -- a long life, eight years -- in

2    distribution.  So it's actually -- it goes to the core of

3    where I started my career in books.  And I'm very excited

4    about it.  But let me be very short here.

5    So what we've done in essence is we've invested

6    into speed, into speed, the speed of distribution and

7    replenishment of our books.  And you do that by establishing

8    more warehouses in the country.  That helps.  Right?

9    Because it reduces the distance.  We have a West Coast

10   facility now, distribution center, and ten years ago we only

11   had an East Coast and Midwest facility.  You invest in

12   warehouse technology to have a faster turnaround time of

13   your authors.  You invest into seven-days-a-week delivery

14   for your customers to actually increase the speed.

15   So several investments.  You invest into freight,

16   because you deliver in smaller chunks.  And what it does, it

17   makes the whole chain more efficient for retailers and for

18   us.

19   And the best news is, it always makes sure that

20   the books are on the shelves.  And readers can only buy

21   books if they are on the shelves, of course.  So it's good

22   for readers; it's good for retailers; it's good for

23   revenues; it's good for authors; and ultimately for us.

24   Q.  What is a return rate and how has your enhanced supply

25   chain affected return rates?

1    A.  Yeah.  That was one of the ideas back then, to reduce

2    return rates.

3         So if you speed up your supply chain -- and that

4    results in -- and your replenishment time, you can actually

5    deliver books in 48 hours, countrywide.  What it does is it

6    takes out inventory out of the whole chain.  So booksellers

7    don't have that much cash in inventory because they can

8    order more quickly and they get it so quickly back on the

9    shelves.  That makes retailers more -- much stronger

10   financially and more sustainable.

11        And that was the idea back then.  We wanted to

12   support physical retail and keep those stores open and

13   strengthen them financially.

14        It also reduces the return rate because there's

15   less inventory in the chain.  Right?  And if books don't

16   sell, you get fewer books back.  And that is good for

17   retailers; that's goods for publishers.  It makes everything

18   more efficient and profitable.

19   Q.  You know, I did -- my apologies -- skip a brief

20   description of your career.  So if you could just briefly

21   describe it.  You mentioned you were in printing.  Maybe you

22   could just tell the judge what areas of the publishing

23   business you've worked in.

24   A.  So in five sentences, I've basically worked in the

25   entire value chain of books in the almost 30 years at

1    Bertelsmann.  And I did it in reverse.  So I started with

2    sales and distribution for eight years.  I ran distribution

3    centers, even, and the interface to retailers, you know,

4    which I -- yeah -- which I had a long life in.  That was

5    eight years, the first eight years.

6         Then I moved a step back in the value chain of

7    books.  So before you distribute books and sell books, you

8    have to produce them and to print and bind them.  So I ran

9    printing companies for Bertelsmann around the world,

10   including the United States, for six years.

11        And then I went another step back in the value

12   chain of books and Bertelsmann decided to send me to

13   New York to become part of the content acquisition, the

14   book-making, the publishing of the books.  Before you print

15   them, you have to acquire them.

16        So -- and that's what I've done for 14 years-plus,

17   Random House and Penguin Random House.

18   Q.  Does Bertelsmann impose a budget on what Penguin Random

19   House can spend on acquiring books in a year?

20   A.  As much as we want.  I've never -- we have unlimited

21   access to cash.

22   Q.  Does Bertelsmann have to sign off on any book deals?

23   A.  There is a governance threshold.  Mine is 2 million.  We

24   talked about that.  Bertelsmann's is 75 million.  I've never

25   had to ask them to sign off.

1    Q.  Do you impose a budget on the U.S. operating company run

2    by Madeline McIntosh?

3    A.  No.  I want her to invest more.

4    Q.  And you were asked questions about your approval level,

5    which is $2 million and above.

6             Have you ever turned down a request to approve a

7    book at your level?

8    A.  It's not the CEO's job to value a book.  The answer is

9    no.  The editors do.

10   Q.  You were asked questions about printing.  I'd like to go

11   back to that.  There was a back-and-forth you had about

12   whether printing gives Penguin Random House a competitive

13   advantage, and Mr. Read showed you that document.

14             Do you recall that?

15   A.  I do.

16   Q.  I think that was Exhibit 983.

17             I just wanted the record to be clear.  Do you

18   think there's any advantage that Penguin Random House has

19   because its parent company owns a printing company?

20   A.  The only advantage that I see is that I can convince

21   Bertelsmann, given their important publishing business in

22   the United States, to invest more into printing to help us

23   keep our books in stock.  I was quite successful in

24   convincing Bertelsmann to almost green-light $100 million

25   into printing capacity equipment and acquiring Quad.

1    Q.  And have you -- have those investments in printing been

2    made by the Bertelsmann Printing Group?

3    A.  There is an investment plan for the existing companies

4    of about 75 million and we are -- it's a five-year plan.

5    And then there is the acquisition of Quad.  That was also

6    part of it.

7         And as I said, we print 30 percent of our hard

8    covers and trade paperbacks with Bertelsmann.  So the entire

9    industry benefits from them.  And because of us, the Quad

10   plants were reopened again.

11   Q.  In your --

12        THE COURT:  May I ask, why don't you publish more

13   of your books within Bertelsmann?

14        THE WITNESS:  You mean print, right?

15        THE COURT:  Print.  Yes.  Print.

16        THE WITNESS:  So actually, five years ago, it was

17   40 percent.  We're just not able to fulfill the commitments.

18   And so the volume has been declining over many, many years

19   with them.  And we've always said it's very important to

20   have a multivendor strategy for us and it's very important

21   for them to print for a lot of publishing houses in order to

22   flatten out the capacity load of their machines throughout

23   the year.

24   BY MR. PETROCELLI:

25   Q.  In your experience, has the Bertelsmann Printing Group

 1    given Penguin Random House a priority or preference when it

 2    comes to printing?

 3    A.  No.  I've been frustrated with them because of their

 4    underperformance.

 5    Q.  Okay.  I wanted to talk a little bit about the 2013

 6    merger.

 7    A.  Sure.

 8    Q.  But I thought it might be helpful first if you could

 9    just kind of go back in time and tell us sort of the key

10    milestones in Penguin Random House's growth in the U.S.

11    starting with Bertelsmann's first appearance in the U.S.

12    publishing business.

13    A.  As I said this morning, 1977, Bantam.  1985, '86,

14    Doubleday Dell -- it became Bantam Doubleday Dell.  1998,

15    Random House.  The groups became Random House together.

16    2013, Penguin Random House.

17    Q.  And you became the U.S. CEO in 2008.  Correct?

18    A.  Of Random House in 2008.  The global CEO of Random

19    House.  Correct.

20    Q.  And you then were instrumental in recommending and

21    supporting the merger with Penguin?

22    A.  I was responsible for it.  I ran the project.

23    Q.  And what was your rationale for that merger?

24    A.  The same as it is here with Simon & Schuster:  We were

25    convinced that, given our investments in supply chain, back

Dohle - CROSS - By Mr. Petrocelli

1    then already into speed, into in-stock rates, into faster

2    replenishment, we were convinced -- and it's widely

3    acknowledged in the retail community -- that we could sell

4    more of the Penguin books by giving their imprints access to

5    the, by far, best sales and supply chain network in the

6    country.

7            On the creative side, if I may add that, I always

8    said:  This is the most boring merger of all time, quote.

9    The only thing we are doing is we are bringing two

10   communities of imprints, Random House and Penguin,

11   communities of imprints, into one.  And they continue to act

12   editorially, creatively and entrepreneurially independent.

13   We are just a larger community of imprints.  We keep the

14   creative side always untouched.  It's business as usual.

15   Q.  Now, with respect to the structure of that deal, the

16   owner of Penguin was Pearson Company.  Right?

17   A.  Correct.

18   Q.  And so the two of you, Bertelsmann and Pearson, co-owned

19   Penguin Random House for a number of years.  Right?

20   A.  Yeah.  This is not the place to explain why it was a

21   noncash deal.  So there were reasons for that, for another

22   time.  But it was a noncash deal.

23           So they valued their respective businesses

24   globally and then they settled actually in that case without

25   me.  I had to recuse myself because I became the CEO.  They

```
 1    settled on a split of shares.  And Bertelsmann owned 53
 2    percent of the company, Penguin Random House, the newly
 3    founded company, and Pearson 47.  So Bertelsmann would be
 4    the majority and fully consolidate the business and Pearson
 5    became a quasi-financial investor.
 6    Q.  Ultimately, was Pearson bought out?
 7    A.  Yeah.  Very happy with that.  Bertelsmann bought out
 8    Pearson.  It makes the governance easier for me as CEO.
 9            And in two steps:  In 2018, Bertelsmann brought 22
10    percent.  So it became 75 versus 25 percent Pearson.
11            And just after the COVID pandemic hit, in April
12    2020, Bertelsmann acquired the remaining 25 percent of
13    Penguin Random House.  And now we are 100 percent
14    Bertelsmann again.
15    Q.  Based on your experience with that merger and running
16    the company thereafter, did the 2013 merger between Penguin
17    and Random House result in a reduction in titles published
18    by the company?
19    A.  No.  Not at all.
20    Q.  Was there a reduction in titles that occurred at some
21    point after that merger?
22    A.  Yes, there was.
23    Q.  What was the source of it?
24    A.  The source were market forces.  I think that we've heard
25    about during this week already.
```

1          And very quickly, it was a time when genre

2     fiction, especially romance and science fiction to a certain

3     extent, mystery, suspense novels, but romance is a very good

4     example, many of those heavy readers of romance novels at

5     that time switched to self-published stories.  A very

6     different price point.  99 cents, 1.99, away from what we

7     call mass-market trade paperbacks.

8     Q.  Now, what is a mass-market trade paperback?

9     A.  The mass-market trade paperback is the sort of

10    small-format mass-market book, as we call it, like it is a

11    trade paperback, but a smaller format.  It has been

12    declining for the last 25 years, forever.

13         But we had a step change in '14, '15, around '14,

14    '15, with this trend that so many consumers went away from

15    mass-market books into electronic e-books in particular and

16    self-published books.

17         And that resulted -- that movement of consumers

18    who moved on from mass-market books, that resulted in

19    retailers dedicating less and less shelf space.  Some of

20    them would list out, would not really carry anymore, like

21    Walmart at the time, mass-market books, especially big-box

22    retailers.  So less and less shelf space.  No distribution

23    for those books anymore because of shrinking shelf space.

24    And again, it was a step change.

25         So we had -- we had to adjust that.  Penguin,

1    especially Berkley NAL, was traditionally, traditionally,

2    overindexed in that business, and we had to adjust that.

3    Q.  And was that a trend that affected the industry in

4    general?

5    A.  Very much so.  All publishers.  I think we've even heard

6    about this week already.  And it was happening years after

7    the merger, sort of '15, '16, '17, for the most part.

8    Q.  Did you close any imprints as a result of the merger?

9    A.  No.  We never touch creative because of an acquisition

10   or increasing the number of imprints in our community.  The

11   answer is no.

12   Q.  Is it not correct that some 32 imprints were closed

13   after 2013?

14   A.  I've heard that number, around 30.  It's interesting

15   what happens in ten years.  I explained this morning what

16   happens.  Normally, backlist, frontlist, and editors move

17   on.

18          We also opened, started, almost the same number of

19   imprints exactly in the last ten-ish years or nine-ish years

20   since the merger.  So we were more than 90 imprints on July

21   1st, 2013.  And today, we are also more than 90 imprints in

22   the United States.

23          So that also shows that we invest into startups,

24   into new imprints, every year.

25   Q.  And --

1    A.  More than 30 imprints were opened.

2    Q.  In connection with the 2013 merger, did you make any

3    plans in advances of the merger to reduce author

4    compensation?

5    A.  No.  Not at all.

6    Q.  And did you direct the company in any way, shape or form

7    to reduce author compensation after the merger?

8    A.  No.

9    Q.  Talking about now competition, you were asked a number

10   of questions about that by Mr. Read.

11            First of all, is it part of your responsibilities

12   to track competition with other publishers?

13   A.  Very much so.  Yes.

14   Q.  Do you track it downstream?

15   A.  Only market shares, consumer market shares and retail

16   market shares.  And I'm quite competitive about that.  Yes.

17   Yes, I do.

18   Q.  Do you track upstream?  By "upstream," I mean with

19   respect to the acquisition of books.

20   A.  No.

21   Q.  Are you aware of any industry publications that provide

22   market share information regarding the acquisition of books?

23   A.  No.  A few deals are being publicized in *Publishers*

24   *Weekly* and then there is this Publishers Marketplace

25   anecdotal reporting of some deals.  But we don't track that.

1    Q.  You don't --

2    A.  No one really tracks analytically sort of upstream

3    shares or whatnot.  We all look into:  What are the books

4    that are in demand?

5    Q.  So let's focus, then, on downstream.

6            What are the main sources of information that you

7    track and rely on for assessing downstream competition in

8    market shares?

9    A.  There are two main sources.  Both have their advantages

10   and their flaws.  One is being done by the Association of

11   American Publishers.  I'm a board member, as I said.  It's

12   called AAP StatShot.

13           And how it works is it -- let me go directly to

14   annual data.  More than 2,000 publishers report their

15   billing, their revenue, the books they sell into retail for

16   that given year across all formats and across all channels.

17   Q.  By "all channels," does that mean -- what does that

18   mean, beyond booksellers?

19   A.  Educational channels, special markets like gas stations,

20   Williams-Sonoma, whatnot.

21   Q.  Libraries?

22   A.  Of course libraries, you know, which is of course an

23   important societal assignment for publishers and especially

24   for us at Penguin Random House.  We take that very seriously

25   for the reading culture.

```
 1                Now -- but they just report their revenues.  And
 2     that's the most holistic.  If 2,000 publishers, more than
 3     2,000 publishers in the United States, report their
 4     revenues, then it is actually the most holistic database
 5     that you can have.  And then AAP makes some adjustments and
 6     so on for self-publishing.  So it is accepted as -- there
 7     are flaws, but it is accepted as the most holistic database
 8     to measure market share.
 9     Q.  And it includes physical e-books and audio?
10     A.  Sure.  Yes.
11     Q.  And all formats of physical?
12     A.  (No audible response.)
13     Q.  What's the other source?
14                THE COURT REPORTER:  Sorry.  I didn't hear an
15     answer.
16                THE WITNESS:  Yes, it does.
17                MR. PETROCELLI:  Thank you.
18     BY MR. PETROCELLI:
19     Q.  What is the other source of market share data for the
20     downstream market?
21     A.  The other source is BookScan.  And BookScan reports
22     weekly and consumer sales across many channels.  So it
23     basically reports books that are being sold through the
24     register to end consumers.  And it only tracks print,
25     physical books.  And it tracks around 70 to 75 percent of
```

1        the physical sales.

2                Amazon actually reports to BookScan as the largest

3        bookseller in America and also the chains, of course, Barnes

4        & Noble, Books-A-Million and also the independent

5        bookstores.

6        Q.  You need to slow down.  You need to slow down, because

7        I'm having trouble hearing what --

8        A.  So since it's 70 percent, your Honor, of 70 to 75

9        percent of print, if you multiply those two numbers, it

10       reflects 50 percent of the book market.  Right?  75 percent

11       of our books are print books that we sell in America, around

12       75.  And it tracks 70 percent of those print sales.  So it's

13       around 50 percent of the overall market, but a very relevant

14       one.

15       Q.  What is your market share under the AAP StatShot

16       information?

17       A.  Ballpark, 15 percent.

18       Q.  And what is it under BookScan?

19       A.  A little bit more than 20, 21.

20       Q.  You indicated in answering some of Mr. Read's questions

21       that you were losing market share and have been losing

22       market share.  Is that true?

23       A.  Correct.

24       Q.  Okay.  So I want to talk about that.

25                MR. PETROCELLI:  Let me actually do this by

 1    showing a document that's in the binder, your Honor.  And it

 2    is exhibit -- Defendants' Exhibit 76.  And this is a

 3    confidential document.  Is that right?  That particular

 4    slide is not, I'm told.  Okay.

 5    BY MR. PETROCELLI:

 6    Q.  Do you have that in front of you?  You have the slide in

 7    front of you, right, from that exhibit?  Okay.  And so

 8    you'll see that this is from a presentation dated December

 9    2019.

10    A.  Correct.

11    Q.  And what was the purpose of this presentation?

12    A.  To look at our market share development since the merger

13    between Penguin and Random House in, you know, the retail

14    consumer marketplace.

15    Q.  Okay.

16         MR. PETROCELLI:  Your Honor, I would ask that

17    Defendants' Exhibit 76 be admitted into evidence.

18         THE COURT:  Any objection?

19         MR. READ:  No objection, your Honor.

20         THE COURT:  It will be admitted.

21         (Whereupon, Defendants' Exhibit No. 76 was entered

22    into evidence.)

23    BY MR. PETROCELLI:

24    Q.  Can you turn to Slide 1, I believe it is?  Do you have

25    that in front of you?

```
 1                    MR. PETROCELLI:  Can we put it on the monitor?
 2          Next page, please.
 3                    THE WITNESS:  Next.
 4                    MR. PETROCELLI:  Keep going.  There you go.
 5          BY MR. PETROCELLI:
 6          Q.  Okay.  So let's go over this slide.  This has to do with
 7          your lost market share?
 8          A.  Yeah.  It unfortunately has.
 9          Q.  And the timeframe here is 2013 through 2019.  Is that
10          right?
11          A.  Correct.
12          Q.  And you'll see a number of lines.  And starting with the
13          bottom line, it has "clients" next to it.  What is that?
14          A.  Okay.  Very quickly, the client development is our --
15          those are our third-party distribution clients.  The clients
16          are publishers that we distribute and sell in the
17          marketplace.  So they use the same wonderful distribution
18          and sales network that we've established over the years.
19          Q.  So to be sure, these clients are using Penguin Random
20          House's supply chain.  Right?
21          A.  Our wonderful supply chain.  They've grown
22          significantly, you know.  You see the 200 million here.
23          Above is the Penguin Random House development in the
24          dotted --
25          Q.  I'm not there.  Yes.  I'm going to do this.
```

```
 1                      So the clients --

 2      A.  Excuse me.

 3      Q.  -- the clients show growth from 2013 to 2019.  Right?

 4      A.  Correct.

 5      Q.  Okay.  Now, the next line up, the solid line, says PRH

 6      U.S.  What is that?

 7      A.  That is our PRH U.S. core business of our company, a

 8      little bit more than $2 billion here.  We can see in 2013 we

 9      were 2.3 billion and in 2019 also 2.3 billion.  2.290 it

10      starts, actually, in 2013.  So we could unfortunately not

11      increase our revenues.

12      Q.  What is the dotted line?

13      A.  The dotted line is a simulation.  And it basically

14      indicates if we had grown with the market.

15              And then on the right-hand side is another dotted

16      line bucket.  We would have grown around 400 million during

17      that timeframe to 2.7 billion.  If we had been able to grow

18      with the market, the company would be $400 million roughly

19      larger than it actually was.

20      Q.  Okay.  Let's go up to the next line, so the one that

21      says the Big 5.

22              Do you see that?

23      A.  Yeah.

24      Q.  Now, first of all, what is included in the line for the

25      Big 5?
```

1    A.  Yeah.  We are not in that bucket.  What we did here,

2    because of their size, we included Hachette, Macmillan,

3    HarperCollins, Simon & Schuster and we added Scholastic into

4    that line.  I remember it back then.  We discussed I think

5    market share numbers of course on a weekly and monthly

6    basis.  But this was a longer period of time, and we are not

7    in that.

8              So they had grown their revenues from 3 billion, I

9    guess, to 3.7 billion.  Those five companies.

10   Q.  And what's the next line up under All Others?

11   A.  All Others are -- is the rest of the market outside of

12   the Big 6, if I may, excluding Scholastic, which is again a

13   $1.4 billion company, larger than some of the Big 5.

14             THE COURT:  I'm sorry.  I thought you said

15   Scholastic for this was included with the Big 5.

16             THE WITNESS:  It is Big 5, but not -- we are out.

17   We are separate.  And the Big 5 means the Big 4, if you

18   will, plus Scholastic.

19   BY MR. PETROCELLI:

20   Q.  I was asking you about All Others.  Is that everybody

21   other than the five in the Big 5 and Penguin Random House?

22   A.  That is correct.  It's the rest of the market --

23   Q.  Okay.

24   A.  -- which basically grew their revenues and end consumer

25   sales by 1 billion.  This is BookScan, so it's really end

```
 1    consumer sales.
 2              MR. PETROCELLI:  Pam, can I just now focus on the
 3    market share box on the right?
 4              THE WITNESS:  You also see at the top, if I may,
 5    Mr. Petrocelli, the overall market, your Honor, grew from 9
 6    billion to more than 11 billion.  What a great market the
 7    book market is.  It's always growing.  So 9 billion to 11
 8    billion.  That's 2 billion.  And, of course, more than 20
 9    percent.
10              And in the last two years, 2020 and 2021, the book
11    market in the U.S. grew again by 20 percent.  So it was like
12    a hockey stick during COVID.  The industry is thriving.
13    BY MR. PETROCELLI:
14    Q.  And did you --
15    A.  That's also the reason for some supply chain issues
16    globally and locally and for some printing issues.  That
17    business is growing so quick.
18    Q.  In the last two years, did Penguin Random House keep up
19    with the market?
20    A.  Unfortunately, not.  So we lost a little bit more.  It
21    slowed down, our losses.  And we are heavily investing.
22    2021:  Record commitments, new advance commitments for the
23    future.
24              But yeah.  You know, we are still in turnaround
25    phase.
```

1    Q.  And can we just take a look at the summary box, the

2    market share?

3    A.  Yeah.

4    Q.  That recaps the different growth levels.  Right?

5    A.  It does.

6    Q.  So Penguin Random House went from a 25 percent market

7    share down to a 21 percent market share.  Is that right?

8    A.  Ballpark, yes.

9    Q.  Now, what does this tell you who you lost that market

10   share to?

11   A.  Well, since the other big companies here, Big 5,

12   including Scholastic, they were 33, then went down.  So it's

13   sort of up and down, which is creative volatility.  They're

14   still at 33 percent.

15           But that includes -- that includes many

16   acquisitions that these companies have done.  For example,

17   HarperCollins bought Harlequin, a big global publisher, 400

18   million in revenue at the time.  That's what I recall, 400

19   million.  So their acquisitions.

20           We have not really acquired.  In the U.S., two

21   very small companies.

22           But the 33 percent includes their nonorganic

23   acquisitions.  But they could keep their market share all in

24   all.

25           The market share that we lost went to clients and

1    "all others."  Clients are also "all others," smaller

2    publishers.  So that's some 43 percent in 2019, if I see

3    that correctly.

4           And in the last two years, that fragmentation of

5    the market towards "all others," away from the big

6    publishing houses in consumer demand and sales, have

7    actually accelerated again last year.  50 percent of the

8    revenue.  And books basically that were being sold in

9    America were sold by smaller publishers.

10   Q.  What in your estimation based on your analysis and your

11   experience --

12          THE COURT:  I'm sorry.  I didn't catch that.  50

13   percent of the revenue last year was from smaller

14   publishers?

15          THE WITNESS:  Yeah.  This is 2019.  So it's

16   actually 38 percent plus 5 percent plus Scholastic.  I have

17   put now Scholastic into that bucket, away from the Big 5.

18   By let's say it's 43 percent here outside of the Big 6,

19   including Scholastic.  That was 2019.

20          During COVID, your Honor -- I was just giving you

21   the 2021 numbers -- the trend has continued.  Smaller

22   publishers have outperformed the large houses.  And in 2021,

23   around 50 percent of the books sold in America were sold by

24   publishers outside of the Big 5.

25

```
 1    BY MR. PETROCELLI:

 2    Q.  And what's the reason for that, based on your analysis

 3    of the market over the last ten or so years?

 4    A.  This trend has been going on for a long time.  And it

 5    started even before 2013.  And the main reason for the

 6    industry fragmenting is the shift to online and e-commerce,

 7    the shift to online and e-commerce.

 8              Every second book in America, ballpark, is being

 9    sold via e-commerce.

10    Q.  You mean 50 percent?

11    A.  50, five zero.  It has leveled the playing field in the

12    marketplace between larger houses and smaller houses.

13    Q.  How so?

14    A.  First of all, Amazon today -- amazon.com has 50 million

15    books available.  Five zero million books available.

16              A bookstore, a good indy, a good independent

17    bookstore, has around 50,000 different books available, SKUs

18    as we call it, 60,000 titles available.  Amazon has 50

19    million.

20              The second point is that --

21              THE COURT:  For our transcript, when you said

22    SKUs, you meant S-C-U, not S-K-E-W?

23    BY MR. PETROCELLI:

24    Q.  What does SKU stand for?

25    A.  Like --
```

```
1    Q.  Stock keeping units?  Is that what you meant when you
2    said SKUs?
3    A.  It's not units; it's titles.
4    Q.  I think her Honor asked what the SKU stands for.
5    A.  That's how we sort of just call it sometimes, sort of
6    a --
7              THE COURT:  Is it S-K-U?
8              THE WITNESS:  Can someone help me?
9              THE COURT:  How do you --
10             THE WITNESS:  I don't even know how we spell it.
11             MR. PETROCELLI:  Your Honor, I think it's S-K-U.
12             THE COURT:  That's fine.  I just wanted to know
13   for our transcript.
14             THE WITNESS:  It's -- we can settle on "titles."
15   I shouldn't have used that word.
16   BY MR. PETROCELLI:
17   Q.  So let's get back on track, okay?
18   A.  The second point is that it is not a human being
19   involved, a bookseller.  An algorithm decides what is being
20   presented and made visible and discoverable for an end
21   consumer online.  It makes a huge difference.
22             THE COURT:  You mean at Amazon?
23             THE WITNESS:  At Amazon and other outlets for
24   e-commerce like Apple and Google and barnesandnoble.com.
25   And so it's not only Amazon.  Amazon is of course by far the
```

1    largest e-commerce player in books, and it started as a

2    bookstore almost 30 years ago.  But there are still a few

3    others, even though it's perhaps 20 percent of the

4    e-commerce.

5          So it's an algorithm that decides.  So in the

6    past, with our, you know, great sales force, we basically

7    had a lot of influence on which books are being presented,

8    frontlist and backlist in bookstores.  And smaller

9    publishers might have been here and there underrepresented.

10   But today, in this market, where e-commerce dominates, the

11   algorithm dominates, it has completely leveled the playing

12   field.  That is number two.

13         So especially from a backlist perspective, the

14   large publishers, if you follow BookScan, large publishers

15   have lost backlist market share.  Why?  Because all the

16   backlists of the world that has ever existed is now being

17   made available on Amazon when in the past we had perhaps a

18   good share of a bookstore in terms of our backlist and

19   smaller publishers had a smaller share.

20         So they have -- they have gained frontlist market

21   share, but they've also gained backlist market share.  And

22   that has made them much stronger financially.

23         Return rates is another thing in e-commerce.  You

24   can --

25

1    BY MR. PETROCELLI:

2    Q.  Can I stop you right there?  How has online delivery of

3    books assisted smaller publishers efficiency-wise?

4    A.  Sure.  So we know that in the end of the day, Amazon is

5    a supply chain machine.  Right?  So they are super

6    efficient.  And since we also are interested in efficiencies

7    and efficient delivery, we work very well with them on that

8    interface.

9              As we can see, our distribution clients, they

10   greatly benefit from that, gaining their share by 25 percent

11   from 4 to 5 percent in the marketplace in these eight years

12   or six years or -- six years, seven years.

13             So Amazon is a supply chain machine.  Very

14   efficient.  Very low return rates.  Roughly 5 percent when

15   the industry collectively 15 years ago was perhaps at 30

16   percent.

17             The growth of Amazon has actually reduced the

18   return rates.  And it's not only the freight and the

19   handling of the product that costs money; unfortunately,

20   many of the books that are being sent back can't be sold

21   anymore and are going to be destroyed.  We actually donate

22   millions of books every year, but that has limits.

23             So the print paper, binding, everything is

24   actually involved in that.  So it's a very, very important

25   level for profitability.

1            And the shift to online has made publishers more

2       profitable and leveled the playing field.  So the risk

3       assessment for smaller publishers has become much more

4       favorable over the last decade.  And we can see that, and

5       them being very competitive and gaining retail and end

6       consumer market share as we speak.

7       Q.  Does that have any impact on smaller publishers' ability

8       to pay author advances?

9       A.  I'm sure it has.

10      Q.  In what way?

11      A.  If you know that 50 percent of your business is at a

12      maximum return rate of 5 percent and it's a very important

13      factor of your risk assessment, and if you know that your

14      books are being featured side by side, frontlist and

15      backlist, with all publishers, and an algorithm decides

16      which book is being made visible for an end consumer,

17      presented to an end consumer, it makes you financially

18      stronger.  And I'm sure you are more willing to invest into

19      content and to take your risk a notch up.

20      Q.  Your what?

21      A.  Your advance a notch up.

22      Q.  Let me turn to another subject that Mr. Read asked you

23      about, and that is the internal competition that goes on in

24      the company.

25      A.  Okay.

1    Q.  So just to clarify, the practice has been for some time

2    that the imprints can compete against one another across

3    divisions.  True?

4    A.  Signature service to the industry at Penguin Random

5    House for decades.

6    Q.  Okay.  And the limitation on that is when there is an

7    auction and an agent discloses that there's no other

8    external bidder, then the internal bidding at Penguin Random

9    House stops.  Right?

10   A.  Correct.

11   Q.  Okay.  Why do you allow these imprints to compete

12   against one another?

13   A.  The essence of publishing, the foundation of this

14   business, is that every book idea finds the most passionate

15   editor with the largest vision for the book.  And the

16   largest vision for the book, the biggest passion for the

17   book, has a high correlation to the advance the author --

18   the editor wants to pay for the book.  And with that,

19   hopefully, also in more sales.

20          The essence of publishing is that every author

21   finds the most comfortable home publishing imprint, the

22   team, the editor of course, but then also the publishing

23   team, the publisher, the imprints, marketing and publicity

24   staff.  So we want to make sure to provide the perfect

25   match.  I call it the perfect match in publishing.

1    Everything is bottom up.  It's one book at a time.  So the

2    perfect match is between book idea and editor and author and

3    imprint.  And internal bidding makes that possible and

4    supports that idea.

5    Q.  And within each imprint, can you give the Court a

6    description of the types of positions that each imprint has

7    besides the editor?

8    A.  Sure.  There is the publisher; there is --

9    Q.  What's the difference between the publisher and an

10   editor?

11   A.  The acquiring editor is the acquiring editor who edits

12   the books.

13        The publisher in many cases still edits books but

14   also, you know, runs sort of a group of and supervises a

15   group of editors and helps with everything and is also

16   responsible for the entire process, which includes then

17   copy-editing, of course, art and design, the interior design

18   of the book, the jacket design of the book, setting the pub

19   date and then together with production setting the first

20   print run of the book.

21        So publisher:  Responsible for the whole thing.

22   Editor:  Underneath responsible for of course perfecting the

23   product in collaboration with the author.

24        You have -- in imprints, normally you have some

25   publicity staff.  You have dedicated publicity and marketing

1    people.  And yeah.  They need to be very close to the books

2    and the authors, too.  That's it.

3    Q.  So just a brief detour here, but sort of the timeline of

4    a book, right?  You win the bid, hopefully.  The book is

5    being written with the editor and publisher involvement.

6    Right?  And then once that manuscript is done, what then

7    happens?

8    A.  Yeah.  When you win a book, very often the book is not

9    through being written, as we know.  The book idea, there

10   might be an outline, a chapter or a manuscript.  So it

11   depends on -- you know, every book is unique, like its own

12   startup.  It never existed.

13          And then comes of course first of all, you know,

14   acceptance and delivery.  So you finalize the manuscript and

15   it goes into copy-editing.  Then the interior design starts

16   of the book.  We want to make it beautiful inside.  We try

17   to, you know -- we try to create the most compelling jacket

18   for it, you know.  You develop a marketing and publicity

19   plan.

20   Q.  Let me stop you there.

21          You develop a marketing and publicity plan before

22   the book is sold?

23   A.  Yes.

24   Q.  And let's go back a step.  When the book is being

25   negotiated and you're trying to win the book, we've heard

1    that companies, including Penguin Random House, have a

2    profit-and-loss projection that they make.  Right?

3    A.  Yeah.

4    Q.  Where --

5    A.  We call it the book P&L, the acquisition P&L.  Correct.

6    Q.  On that acquisition P&L, there's a projection of the

7    number of units sold.  Right?

8    A.  And the corresponding revenues.

9          MR. READ:  I was going to object to leading, but

10   it went by fast.

11         MR. PETROCELLI:  I don't think this is

12   controversial, but I'm trying to speed it up.  But I'll try

13   not to lead.

14   BY MR. PETROCELLI:

15   Q.  Does the P&L contain any kind of provision for marketing

16   and publicity?

17   A.  At Penguin Random House we put for every book a 2

18   percent cost, you know, of marketing into our book P&L,

19   which means 2 percent of the revenue, the anticipated

20   revenue, the projected revenue.  So it's basically 2 percent

21   of that projected revenue is the so-called acquisition

22   P&L -- call it "budget" -- in terms of marketing.

23   Q.  Is 2 percent used for all books regardless of advance

24   level?

25   A.  That's correct.

 1    Q.  Okay.

 2              THE COURT:  But that changes, then, depending on

 3    how much you pay for the book.  It's more marketing for

 4    books with higher advance?

 5              THE WITNESS:  It's more for books with higher

 6    projected revenues.  It is not 2 percent of the advance;

 7    it's 2 percent of the projected revenues of that book.

 8              THE COURT:  I see.  But the advances are

 9    correlated with the projected revenues?

10              THE WITNESS:  Correct.

11              THE COURT:  Okay.  Thank you.

12    BY MR. PETROCELLI:

13    Q.  And after the book goes through the process of being

14    edited and the design and all of that, when does -- you were

15    saying the marketing plan was being prepared.  When does the

16    company start to try to sell the book?  And in particular,

17    do they try to sell it before it's actually available?

18    A.  Sure.  We sell it in months before it's available.  We

19    sell it into bookstores, to booksellers, months before it's

20    available.

21    Q.  Months?

22    A.  Months before the publication date.

23    Q.  And during -- and then it has to be printed and bound

24    and delivered.  Right?

25    A.  Correct.

1    Q.  When during that process does a company find out if the

2    book is going to be well received?

3    A.  Yeah.  Only after a publication date, when end consumers

4    either, you know, decide to buy it or not.  And as we know,

5    there is the return right.  We are not really selling books;

6    we are providing booksellers with books, and they can send

7    it back and get full credit for it.

8            So we only know once the book is on sale whether

9    end consumers decide to choose it.

10   Q.  Are there any other ways in which you find out if in

11   advance of the book being made, for example, it's going to

12   be popular?

13   A.  You know, we try to sort of think about certain, is

14   there buzz?  Is there word of mouth?  Are people excited

15   about the story internally?  And have we heard externally?

16   We have advance reading copies for booksellers.  Is there

17   buzz around it?

18   Q.  Slow down a little bit.  What are advance reading

19   copies?

20   A.  So we -- for some books, we actually produce the

21   so-called ARCs, advance reading copies, and we send them to

22   booksellers, to bloggers, to journalists.  And so the editor

23   would write a letter, an accompanying letter, and present

24   that book.

25           And we hope that booksellers love it and create

Dohle - CROSS - By Mr. Petrocelli

 1    buzz with their customers and also that media and bloggers

 2    and -- you know, would discuss it and like it, too.

 3                THE COURT:  Is now a good time for a break,

 4    Mr. Petrocelli?

 5                MR. PETROCELLI:  Yes.

 6                THE COURT:  Let's take our lunch break at this

 7    time.  And we'll resume again at 2:00.

 8                Please don't talk about your testimony, Mr. Dohle.

 9                THE WITNESS:  Sure.  Sure.  I won't.

10                THE COURT:  Thank you.

11                (Thereupon, a luncheon recess was taken, after

12    which the following proceedings were had:)

13                (Morning session concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

1                              **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10                   Dated this 4th day of August, 2022.

11

12              <u>/s/ Lisa Edwards, RDR, CRR</u>
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

847

## $

**$100** [1] - 816:24
**$15** [1] - 765:3
**$250** [1] - 812:18
**$400** [1] - 829:18
**$650** [1] - 811:15
**$75** [1] - 764:16

## '

**'14** [2] - 821:13
**'15** [3] - 821:13, 821:14, 822:7
**'16** [1] - 822:7
**'17** [1] - 822:7
**'70s** [1] - 807:9
**'80s** [1] - 807:9
**'86** [1] - 818:13

## /

**/s** [1] - 846:12

## 0

**0080** [2] - 728:19, 730:16

## 1

**1** [9] - 721:13, 721:14, 722:3, 722:10, 797:14, 798:13, 799:17, 827:24, 830:25
**1.4** [2] - 738:1, 830:13
**1.99** [1] - 821:6
**10** [4] - 750:2, 805:15, 810:8, 812:14
**100** [7] - 721:3, 738:6, 738:9, 762:14, 762:16, 812:8, 820:13
**100,000** [1] - 800:12
**10022** [1] - 715:4
**11** [4] - 779:3, 784:16, 831:6, 831:7
**13** [5] - 734:11, 734:14, 734:17, 735:24, 736:6
**14** [3] - 752:3, 773:9, 815:16
**15** [5] - 782:24, 810:8, 812:14, 826:17, 837:15

**150** [1] - 812:20
**151** [5] - 716:10, 742:22, 743:2, 744:7, 744:13
**157** [5] - 716:12, 783:20, 784:2, 784:23, 785:2
**16** [1] - 796:24
**17** [1] - 784:19
**17th** [1] - 791:22
**18** [1] - 784:19
**19** [1] - 808:22
**1923** [1] - 726:11
**1977** [2] - 809:5, 818:13
**1980s** [1] - 760:9
**1985** [2] - 726:1, 818:13
**1998** [4] - 725:24, 726:15, 775:20, 818:14
**1999** [1] - 714:22
**1st** [2] - 784:4, 822:21

## 2

**2** [15] - 737:9, 737:12, 794:7, 794:10, 796:1, 815:23, 816:5, 829:8, 831:8, 842:17, 842:19, 842:20, 842:23, 843:6, 843:7
**2,000** [3] - 824:14, 825:2, 825:3
**2.2** [1] - 802:7
**2.290** [1] - 829:9
**2.3** [2] - 829:9
**2.7** [1] - 829:17
**20** [7] - 758:5, 805:19, 826:19, 831:8, 831:11, 836:3
**200** [2] - 720:25, 828:22
**20001** [2] - 715:11, 846:14
**20004** [1] - 715:6
**2008** [4] - 719:17, 807:1, 818:17, 818:18
**2008-2012** [1] - 774:10
**2012** [1] - 781:8
**2012-2016** [2] - 778:6, 780:17
**2013** [14] - 719:19, 725:11, 741:21, 818:5, 818:16, 820:16, 822:13,

**822:21, 823:2, 828:9, 829:3, 829:8, 829:10, 834:5
**2016** [1] - 781:8
**2018** [1] - 820:9
**2019** [13] - 731:21, 731:24, 732:19, 743:7, 752:3, 773:9, 827:9, 828:9, 829:3, 829:9, 833:2, 833:15, 833:19
**202** [2] - 715:11, 846:15
**2020** [10] - 729:3, 758:19, 758:22, 784:4, 791:16, 791:22, 796:24, 797:4, 820:12, 831:10
**2021** [6] - 810:19, 811:11, 831:10, 831:22, 833:21, 833:22
**2022** [4] - 714:7, 766:18, 789:14, 846:10
**20530** [1] - 714:18
**21** [2] - 826:19, 832:7
**21-02886** [1] - 714:4
**21-2886** [1] - 717:5
**216** [1] - 735:11, 735:22
**22** [1] - 820:9
**22nd** [3] - 731:21, 731:24, 732:18
**24** [1] - 729:3
**25** [13] - 774:17, 775:7, 775:14, 776:6, 776:18, 776:20, 777:7, 805:19, 820:10, 820:12, 821:12, 832:6, 837:10
**250,000** [4] - 800:7, 800:10, 800:16, 800:23
**250/500** [1] - 799:10
**250/500,000** [1] - 803:12
**2:00** [1] - 845:7

## 3

**3** [3] - 792:10, 792:17, 830:8
**3.7** [1] - 830:9
**30** [9] - 720:14, 763:23, 805:15, 814:25, 817:7, 822:14, 823:1, 836:2, 837:15

**300** [1] - 812:9
**32** [1] - 822:12
**33** [3] - 832:12, 832:14, 832:22
**333** [2] - 715:10, 846:14
**35** [2] - 747:16, 767:21
**354-3269** [2] - 715:11, 846:15
**38** [1] - 833:16

## 4

**4** [7] - 714:7, 744:25, 748:7, 748:17, 830:17, 837:11
**4-25** [1] - 759:23
**40** [2] - 738:23, 817:17
**400** [3] - 829:16, 832:17, 832:18
**401** [1] - 715:6
**412** [7] - 716:12, 773:2, 773:4, 773:6, 773:20, 773:24, 774:3
**43** [2] - 833:2, 833:18
**445** [5] - 716:13, 791:7, 791:10, 791:24, 792:3
**45** [3] - 738:23, 738:24, 809:3
**450** [1] - 714:18
**47** [1] - 820:3
**48** [1] - 814:5
**4th** [1] - 846:10

## 5

**5** [19] - 737:17, 737:24, 794:18, 796:1, 796:8, 829:21, 829:25, 830:13, 830:15, 830:16, 830:17, 830:21, 832:11, 833:16, 833:17, 833:24, 837:11, 837:14, 838:12
**50** [20] - 747:17, 774:17, 775:7, 775:11, 776:1, 776:2, 776:8, 776:14, 776:20, 804:3, 833:7, 833:12, 833:23, 834:10, 834:11, 834:14, 834:18, 838:11

**50,000** [1] - 834:17
**500,000** [3] - 800:7, 800:10, 800:23
**53** [1] - 820:1
**599** [1] - 715:3
**5th** [1] - 791:16

## 6

**6** [2] - 830:12, 833:18
**60** [2] - 748:8, 748:17
**60,000** [1] - 834:18
**6706** [1] - 715:10

## 7

**7** [2] - 753:14, 753:15
**70** [4] - 825:25, 826:8, 826:12
**718** [1] - 716:5
**729** [1] - 716:9
**733** [1] - 716:10
**744** [1] - 716:10
**75** [7] - 815:24, 817:4, 820:10, 825:25, 826:8, 826:10, 826:12
**75/25** [1] - 776:6
**753** [1] - 716:11
**76** [4] - 716:15, 827:2, 827:17, 827:21
**760** [1] - 716:11
**774** [1] - 716:12
**785** [1] - 716:12
**79** [6] - 716:11, 722:6, 751:13, 751:18, 752:22, 753:1
**792** [1] - 716:13
**797** [1] - 716:13

## 8

**8** [1] - 743:7
**80** [5] - 716:10, 730:16, 732:25, 733:5, 805:20
**80-A** [5] - 716:10, 731:2, 731:13, 733:1, 733:5
**80-B** [1] - 731:2
**80-C** [1] - 731:6
**80-D** [1] - 731:6
**80-E** [7] - 716:10, 731:9, 733:1, 733:6, 733:12, 733:16
**80-F** [1] - 731:2
**802** [1] - 716:5
**81** [2] - 808:21, 809:6

848

**827** [1] - 716:15
**87** [4] - 716:13,
796:15, 797:7, 797:11
**885** [6] - 716:9,
728:15, 728:21,
728:23, 729:11,
729:16

## 9

**9** [4] - 746:22,
746:23, 831:5, 831:7
**9.99** [2] - 804:9,
805:6
**90** [2] - 822:20,
822:21
**90067** [1] - 714:23
**983** [6] - 716:11,
759:10, 759:20,
760:11, 760:15,
816:16
**99** [1] - 821:6
**9:33** [1] - 714:7

## A

**a.m** [1] - 714:7
**AAP** [3] - 824:12,
825:5, 826:15
**ability** [7] - 762:25,
765:19, 779:12,
783:17, 790:4, 838:7,
846:7
**able** [9] - 747:20,
758:14, 763:14,
764:25, 765:2,
772:18, 772:21,
817:17, 829:17
**Abrams** [1] - 795:17
**absolutely** [2] -
793:23, 798:17
**accelerated** [1] -
833:7
**acceptance** [3] -
777:9, 777:11, 841:14
**accepted** [2] - 825:6,
825:7
**access** [22] - 772:6,
790:16, 803:20,
803:24, 804:5, 804:7,
804:8, 804:10,
804:14, 804:20,
804:23, 804:25,
805:5, 805:16,
805:23, 806:2, 806:5,
806:8, 810:3, 815:21,
819:4
**accompanying** [1] -
844:23

**account** [1] - 805:20
**accounts** [1] - 805:7
**accurate** [5] -
721:11, 721:23,
722:14, 763:4, 846:4
**achieve** [4] - 754:8,
781:1, 781:17, 782:3
**achieved** [1] -
755:11
**achieving** [1] -
754:15
**acknowledged** [1] -
819:3
**acquire** [11] - 741:1,
746:3, 746:11,
764:15, 764:25,
765:3, 770:23, 800:9,
801:21, 812:11,
815:15
**acquired** [9] -
725:10, 725:22,
725:24, 726:1,
726:14, 760:9, 765:3,
820:12, 832:20
**acquiring** [15] -
729:24, 750:24,
751:9, 763:20,
764:24, 783:16,
794:12, 794:18,
794:23, 799:24,
800:16, 815:19,
816:25, 840:11
**acquisition** [15] -
734:24, 751:5,
792:20, 792:23,
798:19, 800:12,
815:13, 817:5, 822:9,
823:19, 823:22,
842:5, 842:6, 842:21
**acquisitions** [15] -
723:21, 725:23,
746:7, 768:20,
768:25, 799:9,
799:16, 800:19,
811:12, 812:9,
832:16, 832:19,
832:23
**act** [1] - 819:11
**acting** [1] - 761:9
**Action** [1] - 714:3
**active** [3] - 807:7,
807:8, 809:4
**activities** [2] -
793:16, 793:21
**acts** [1] - 727:24
**add** [5] - 772:16,
787:8, 798:8, 805:18,
819:7
**added** [1] - 830:3
**adding** [1] - 772:22

**addition** [1] - 737:5
**additional** [2] -
752:20, 793:11
**address** [1] - 723:25
**addressing** [2] -
762:5, 763:7
**adjust** [2] - 821:25,
822:2
**adjustments** [1] -
825:5
**admit** [11] - 729:11,
732:15, 732:25,
744:7, 751:24,
752:22, 760:11,
773:24, 784:23,
791:24, 797:7
**admitted** [11] -
729:15, 733:4,
744:12, 752:25,
760:14, 774:2, 785:1,
792:2, 797:10,
827:17, 827:20
**adult** [2] - 720:12,
725:8
**advance** [26] -
738:12, 738:15,
739:5, 746:14,
747:25, 748:3,
748:25, 777:3,
777:16, 789:19,
794:7, 796:1, 800:7,
800:10, 811:13,
831:22, 838:21,
839:17, 842:23,
843:4, 843:6, 844:11,
844:16, 844:18,
844:21
**advances** [17] -
749:5, 749:9, 749:16,
749:19, 749:20,
772:2, 772:9, 777:24,
789:11, 801:12,
805:4, 805:9, 810:20,
811:2, 823:3, 838:8,
843:8
**advantage** [9] -
760:23, 761:3, 761:9,
762:2, 762:24, 764:7,
816:13, 816:18,
816:20
**advantages** [1] -
824:9
**advertiser** [1] -
787:21
**advertising** [1] -
788:15
**advisory** [1] - 808:10
**advocated** [2] -
741:2, 741:9
**affected** [2] - 813:25,

822:3
**affects** [1] - 748:3
**affiliated** [1] - 807:13
**afford** [1] - 741:10
**agencies** [1] -
745:18
**agency** [1] - 774:18
**agenda** [2] - 738:22,
797:3
**agent** [14] - 745:7,
745:17, 745:19,
765:14, 765:23,
766:14, 768:15,
769:17, 770:23,
770:24, 770:25,
771:3, 771:6, 839:7
**agents** [7] - 745:11,
745:22, 746:15,
770:2, 775:19,
775:25, 801:15
**aggressive** [3] -
800:4, 800:24, 801:18
**ago** [12] - 720:25,
779:2, 790:15, 791:2,
791:4, 804:15,
804:16, 809:3,
813:10, 817:16,
836:2, 837:15
**agree** [24] - 737:20,
739:21, 740:9, 742:7,
742:11, 742:14,
749:4, 749:7, 749:8,
749:22, 751:4, 759:1,
764:22, 765:12,
770:5, 772:17,
772:20, 772:23,
776:25, 779:1,
788:18, 789:10,
790:11, 793:24
**agreed** [1] - 764:15
**agreement** [4] -
728:11, 729:2, 729:8,
729:12
**al** [2] - 714:7, 717:6
**Alfred** [2] - 725:18
**algorithm** [4] -
835:19, 836:5,
836:11, 838:15
**all-access** [16] -
772:6, 790:16,
803:24, 804:5, 804:7,
804:8, 804:14,
804:20, 804:23,
804:25, 805:5,
805:16, 805:23,
806:2, 806:5, 806:8
**all-time** [2] - 811:11,
811:15
**Allison** [2] - 724:25,
725:4

**allocation** [3] -
733:12, 733:18, 734:3
**allow** [2] - 772:13,
839:11
**almost** [9] - 720:14,
720:25, 781:12,
802:7, 812:8, 814:25,
816:24, 822:18, 836:2
**Amanda** [1] - 726:25
**Amazon** [33] - 738:7,
782:20, 783:10,
783:13, 783:18,
785:17, 786:2, 786:9,
786:18, 787:3,
787:11, 787:13,
787:20, 788:6, 788:9,
788:10, 792:25,
793:5, 793:7, 793:8,
793:9, 804:18, 826:2,
834:14, 834:18,
835:22, 835:23,
835:25, 836:17,
837:4, 837:13, 837:17
**Amazon's** [2] -
793:16, 793:21
**amazon.com** [1] -
834:14
**AMERICA** [1] - 714:3
**America** [11] - 717:5,
761:16, 761:17,
807:14, 807:19,
808:13, 826:3,
826:11, 833:9,
833:23, 834:8
**American** [2] - 808:1,
824:11
**amounts** [1] - 778:13
**analysis** [2] - 833:10,
834:2
**analytically** [1] -
824:2
**anecdotal** [1] -
823:25
**angel** [1] - 747:7
**Angeles** [1] - 714:23
**angels** [1] - 747:9
**announced** [1] -
740:20
**announcement** [1] -
740:25
**annual** [1] - 824:14
**answer** [4] - 753:9,
816:8, 822:11, 825:15
**answering** [2] -
803:17, 826:20
**anticipated** [1] -
803:13, 842:19
**ANTITRUST** [1] -
714:17
**apologies** [1] -

849

814:19
**apologize** [1] -
785:22
**appear** [1] - 722:21
**appearance** [1] -
818:11
**APPEARANCES** [1] -
715:1
**appearances** [2] -
714:14, 717:8
**appetite** [5] - 799:10,
799:23, 800:3,
800:17, 801:9
**Apple** [4] - 774:18,
774:21, 774:25,
835:24
**Apple-introduced**
[1] - 774:18
**applied** [1] - 771:22
**applies** [1] - 771:23
**approach** [1] - 717:7
**approval** [1] - 816:4
**approve** [2] - 794:6,
816:6
**April** [4] - 784:4,
784:6, 784:7, 820:11
**ARCs** [1] - 844:21
**Area** [1] - 754:24
**area** [2] - 761:7,
800:22
**areas** [1] - 814:22
**argument** [1] - 763:6
**arm's** [2] - 762:3,
764:6
**arm's-length** [2] -
762:3, 764:6
**art** [1] - 840:17
**aside** [4] - 729:19,
740:23, 751:13,
757:18
**aspect** [1] - 740:13
**assessing** [1] -
824:7
**Assessment** [1] -
754:24
**assessment** [3] -
757:16, 838:3, 838:13
**asset** [1] - 741:5
**assignment** [2] -
806:20, 824:23
**assistant** [2] - 724:4,
731:19
**assisted** [1] - 837:3
**associated** [2] -
743:24, 803:13
**Association** [2] -
807:25, 824:10
**associations** [1] -
807:12
**assume** [2] - 732:10,

793:8
**Atlantic** [1] - 808:6
**attached** [2] -
743:18, 744:24
**attaches** [2] -
743:13, 797:3
**attachment** [7] -
731:5, 731:9, 733:19,
744:16, 744:17, 798:9
**attachments** [4] -
730:23, 732:4, 732:5,
732:7
**attempts** [1] - 804:13
**attended** [3] -
738:16, 792:14,
792:15
**attention** [1] - 803:17
**attorneys** [1] -
721:17
**attract** [3] - 740:4,
740:10, 763:13
**attracting** [2] -
760:23, 762:25
**auction** [5] - 769:11,
769:16, 769:24,
796:3, 839:7
**auctions** [5] - 746:4,
746:12, 765:9,
771:11, 771:22
**audible** [1] - 825:12
**audience** [1] -
811:24
**Audio** [1] - 727:2
**audio** [3] - 804:24,
805:1, 825:9
**August** [4] - 714:7,
743:7, 796:24, 846:10
**author** [34] - 739:19,
745:6, 763:5, 765:23,
770:25, 771:18,
772:2, 772:8, 772:14,
772:17, 772:20,
772:23, 789:14,
795:25, 805:3, 805:4,
805:9, 805:10, 806:9,
810:19, 811:1, 811:6,
811:12, 811:24,
823:3, 823:7, 838:8,
839:17, 839:20,
840:2, 840:23
**authority** [1] - 794:6
**authors** [45] -
739:22, 740:4, 740:5,
740:11, 745:22,
747:8, 760:23,
762:25, 763:13,
763:20, 764:24,
771:15, 772:18,
772:21, 775:10,
775:19, 775:25,

776:13, 776:17,
777:2, 777:3, 777:24,
778:2, 780:14,
788:24, 788:25,
789:1, 789:3, 789:5,
789:10, 789:13,
789:18, 789:21,
789:23, 790:3, 790:6,
790:24, 801:19,
806:2, 807:16, 808:4,
811:21, 813:13,
813:23, 841:2
**available** [8] -
834:15, 834:17,
834:18, 836:17,
843:17, 843:18,
843:20
**Avenue** [4] - 714:22,
715:3, 715:10, 846:14
**average** [1] - 788:22
**averse** [1] - 800:2
**avoid** [1] - 758:14
**Awards** [1] - 807:21
**aware** [1] - 823:21

---

## B

**B1** [1] - 734:18
**B1/B2** [2] - 734:18,
734:21
**B2** [1] - 734:19
**back-forth** [1] -
816:11
**back-end** [1] - 728:1
**background** [4] -
719:6, 719:15,
720:11, 754:19
**backlist** [11] -
756:25, 766:23,
767:3, 804:11,
822:16, 836:8,
836:13, 836:15,
836:18, 836:21,
838:15
**backlists** [1] -
836:16
**Ballantine** [2] -
726:12, 768:10
**ballpark** [4] - 811:5,
826:17, 832:8, 834:8
**Bantam** [4] - 726:11,
768:11, 818:13,
818:14
**Barbara** [1] - 726:16
**Barber** [1] - 759:20
**Barnes** [2] - 775:20,
826:3
**barnesandnoble.
com** [1] - 835:24

**barriers** [3] - 730:10,
739:9, 742:6
**based** [5] - 808:13,
809:21, 820:15,
833:10, 834:2
**basic** [3] - 719:6,
746:18, 776:11
**basis** [2] - 747:17,
830:6
**Bates** [4] - 735:9,
735:10, 735:22, 736:2
**beautiful** [1] - 841:16
**became** [7] - 719:19,
726:1, 779:16,
818:14, 818:15,
818:17, 819:25,
820:5, 820:10
**become** [6] - 748:15,
762:5, 766:21, 806:8,
815:13, 838:3
**becomes** [2] -
807:16, 808:7
**becoming** [4] -
778:6, 785:17, 786:2,
808:9
**BEFORE** [1] - 714:11
**begin** [1] - 785:5
**beginning** [2] -
803:16, 806:10
**begins** [1] - 792:19
**behind** [2] - 730:24,
756:11
**below** [9] - 736:20,
736:22, 739:8, 748:6,
753:20, 753:23,
754:14, 774:14,
778:10
**BENCH** [1] - 714:11
**benefit** [1] - 837:10
**benefits** [1] - 817:9
**Bennett** [1] - 726:11
**Berkley** [3] - 767:11,
767:12, 822:1
**Berryville** [6] - 760:3,
760:7, 760:10,
762:11, 764:9
**BERTELSMANN** [2]
- 714:6, 714:20
**Bertelsmann** [75] -
717:6, 717:16,
719:12, 719:22,
720:1, 720:9, 720:10,
720:12, 720:17,
721:3, 725:10,
725:22, 725:24,
726:1, 726:14,
727:15, 727:18,
728:5, 729:2, 729:22,
730:3, 730:7, 730:12,
733:21, 733:24,

734:21, 740:19,
741:2, 741:4, 760:4,
760:10, 762:11,
763:25, 764:9,
764:10, 764:11,
764:15, 764:20,
770:5, 770:9, 770:13,
773:15, 775:20,
781:16, 797:24,
806:24, 807:10,
808:12, 808:20,
808:21, 808:22,
808:24, 808:25,
809:7, 809:23, 810:6,
815:1, 815:9, 815:12,
815:18, 815:22,
816:21, 816:24,
817:2, 817:8, 817:13,
817:25, 819:18,
820:1, 820:3, 820:7,
820:9, 820:12, 820:14
**Bertelsmann's** [4] -
779:7, 791:12,
815:24, 818:11
**best** [10] - 740:4,
740:11, 789:10,
789:18, 789:21,
789:23, 790:3,
813:19, 819:5, 846:7
**bestsellers** [2] -
748:15, 803:5
**bets** [1] - 747:20
**better** [13] - 727:9,
747:11, 747:15,
763:1, 771:1, 771:7,
780:7, 780:8, 781:6,
781:7, 783:17,
808:18, 809:21
**between** [10] - 721:2,
729:2, 772:14,
778:12, 805:15,
820:16, 827:13,
834:12, 840:2, 840:9
**beyond** [5] - 761:16,
769:1, 769:2, 769:5,
824:18
**bid** [3] - 741:10,
769:22, 841:4
**bidder** [7] - 741:3,
741:7, 769:3, 769:6,
769:10, 769:23, 839:8
**bidders** [1] - 741:8
**bidding** [7] - 769:3,
769:9, 769:14,
769:15, 801:19,
839:8, 840:3
**bids** [1] - 765:8
**Big** [18] - 737:17,
737:24, 794:18,
796:1, 796:8, 829:21,

850

829:25, 830:12, 830:13, 830:15, 830:16, 830:17, 830:21, 832:11, 833:17, 833:18, 833:24

**big** [13] - 728:14, 745:17, 749:20, 757:21, 778:2, 789:13, 790:15, 796:5, 821:21, 832:11, 832:17, 833:5

**big-box** [1] - 821:21

**bigger** [1] - 757:4

**biggest** [6] - 787:23, 790:16, 803:19, 805:2, 806:9, 839:16

**billing** [1] - 824:15

**billion** [16] - 738:1, 802:7, 810:23, 829:8, 829:9, 829:17, 830:8, 830:9, 830:13, 830:25, 831:6, 831:7, 831:8

**bind** [1] - 815:8

**Binder** [2] - 721:13, 721:14

**binder** [10] - 728:14, 728:16, 728:20, 735:8, 735:20, 735:21, 773:3, 773:4, 791:11, 827:1

**binders** [2] - 718:19, 718:22

**binding** [2] - 770:7, 837:23

**bit** [13] - 748:16, 773:19, 790:22, 801:10, 804:6, 810:23, 811:1, 811:7, 818:5, 826:19, 829:8, 831:20, 844:18

**black** [2] - 758:12, 761:15

**black-and-white** [2] - 758:12, 761:15

**blog** [3] - 784:7, 784:8, 785:5

**bloggers** [2] - 844:22, 845:1

**blue** [1] - 734:2

**board** [38] - 719:11, 719:23, 719:25, 720:1, 720:4, 720:5, 720:8, 729:23, 730:3, 730:7, 732:21, 732:24, 733:8, 733:19, 733:20, 737:7, 738:12, 738:13, 738:15,

738:16, 738:18, 738:21, 739:3, 739:4, 740:18, 764:19, 784:19, 791:13, 791:15, 792:11, 793:20, 807:14, 807:20, 807:25, 808:6, 808:10, 824:11

**boards** [2] - 807:10, 807:12

**body** [2] - 784:15

**bold** [3] - 762:22, 798:13, 798:19

**bolded** [1] - 761:7

**Book** [3] - 775:21, 807:20, 807:21

**book** [73] - 721:1, 738:9, 741:14, 747:18, 747:24, 748:4, 749:1, 749:25, 757:2, 758:5, 759:2, 759:8, 775:6, 775:19, 776:6, 776:18, 776:24, 779:7, 786:3, 786:12, 786:18, 795:12, 795:17, 795:20, 796:4, 800:12, 804:12, 804:13, 806:21, 809:24, 811:22, 815:14, 815:22, 816:7, 816:8, 821:10, 826:10, 831:7, 831:10, 834:8, 838:16, 839:14, 839:15, 839:16, 839:17, 839:18, 840:1, 840:2, 840:18, 840:20, 841:4, 841:8, 841:9, 841:11, 841:16, 841:22, 841:24, 841:25, 842:5, 842:17, 842:18, 843:3, 843:7, 843:13, 843:16, 844:2, 844:8, 844:11, 844:24

**book's** [1] - 759:6

**book-making** [1] - 815:14

**Books** [6] - 726:11, 726:17, 726:20, 726:23, 727:7, 826:4

**books** [139] - 720:24, 720:25, 725:20, 739:23, 743:10, 746:25, 748:11, 748:14, 749:4, 749:6, 749:8, 749:15, 749:18, 750:20,

750:24, 750:25, 751:9, 751:10, 757:4, 757:22, 758:3, 758:8, 758:12, 758:15, 761:18, 761:19, 762:1, 762:25, 763:15, 764:3, 767:4, 770:23, 772:24, 774:19, 774:25, 775:12, 775:17, 775:22, 776:1, 776:13, 776:14, 777:18, 779:9, 786:5, 788:2, 788:18, 788:22, 788:24, 789:4, 789:8, 789:15, 789:23, 790:8, 790:17, 793:24, 794:12, 794:18, 794:24, 799:19, 799:24, 799:25, 800:10, 800:16, 800:20, 800:21, 801:3, 801:4, 801:12, 801:15, 801:16, 803:13, 804:15, 804:24, 805:1, 805:6, 805:22, 806:13, 806:16, 806:22, 811:13, 812:3, 812:19, 812:24, 813:3, 813:7, 813:20, 813:21, 814:5, 814:15, 814:16, 814:25, 815:7, 815:12, 815:14, 815:19, 816:23, 817:13, 819:4, 821:15, 821:16, 821:18, 821:21, 821:23, 823:19, 823:22, 824:3, 824:15, 825:9, 825:23, 825:25, 826:11, 833:8, 833:23, 834:15, 834:17, 836:1, 836:7, 837:3, 837:20, 837:22, 838:14, 840:12, 840:13, 841:1, 842:23, 843:4, 843:5, 844:5, 844:6, 844:20

**Books-A-Million** [1] - 826:4

**BookScan** [6] - 825:21, 826:2, 826:18, 830:25, 836:14

**bookseller** [2] - 826:3, 835:19

**booksellers** [8] - 786:4, 814:6, 824:18, 843:19, 844:6, 844:16, 844:22, 844:25

**bookstore** [4] - 834:16, 834:17, 836:2, 836:18

**bookstores** [3] - 826:5, 836:8, 843:19

**boosting** [1] - 736:16

**boring** [1] - 819:8

**boss** [1] - 773:13

**bottom** [2] - 737:12, 828:13, 840:1

**bought** [4] - 729:22, 820:6, 820:7, 832:17

**bound** [1] - 843:23

**box** [3] - 821:21, 831:3, 832:1

**brand** [2] - 727:8, 779:15

**Brandon** [1] - 789:6

**break** [5] - 718:3, 782:22, 783:1, 845:3, 845:6

**breaks** [1] - 774:7

**brief** [2] - 814:19, 841:3

**briefly** [3] - 719:14, 812:22, 814:20

**bring** [4] - 741:20, 766:23, 767:17, 790:14

**bringing** [1] - 819:9

**brings** [1] - 789:25

**Britney** [1] - 796:4

**brought** [2] - 767:2, 820:9

**bucket** [3] - 829:16, 830:1, 833:17

**budget** [3] - 815:18, 816:1, 842:22

**build** [3] - 750:7, 753:17, 755:13

**built** [1] - 720:24

**bullet** [6] - 745:10, 745:16, 746:2, 746:14, 762:22, 798:19

**bundle** [1] - 746:15

**business** [39] - 728:2, 736:16, 742:8, 746:24, 747:3, 747:4, 747:19, 748:10, 753:8, 756:23, 757:14, 757:17, 766:20, 767:19, 769:19, 772:6, 772:12, 775:25,

779:7, 780:18, 781:24, 782:1, 788:21, 803:11, 806:23, 809:24, 810:3, 810:7, 810:15, 814:23, 816:21, 818:12, 819:14, 820:4, 822:2, 829:7, 831:17, 838:11, 839:14

**businesses** [1] - 819:23

**buy** [6] - 728:11, 729:9, 799:25, 801:3, 813:20, 844:4

**buying** [7] - 730:4, 730:8, 734:6, 740:19, 757:3, 757:4, 757:21

**buzz** [3] - 844:14, 844:17, 845:1

**BVG** [2] - 759:23, 760:2

**BY** [49] - 715:8, 718:16, 718:21, 719:3, 721:16, 722:11, 722:17, 723:12, 728:24, 729:18, 732:17, 733:7, 734:13, 736:5, 743:3, 744:15, 751:17, 752:1, 753:3, 753:13, 759:19, 760:17, 766:19, 774:5, 780:2, 783:8, 784:1, 785:4, 785:23, 787:1, 792:9, 796:21, 797:13, 802:24, 808:19, 811:9, 817:24, 825:18, 827:5, 827:23, 828:5, 830:19, 831:13, 834:1, 834:23, 835:16, 837:1, 842:14, 843:12

**C**

**California** [1] - 714:23

**Callisto** [1] - 738:7

**cannot** [8] - 763:21, 766:21, 795:11, 795:16, 795:19, 795:23, 795:24

**capabilities** [1] - 762:1

**capacity** [9] - 758:7, 758:16, 758:20, 764:11, 764:12, 764:17, 765:5,

851

816:25, 817:22
**capital** [3] - 733:12, 733:18, 734:3
**capitalize** [1] - 797:16
**career** [5] - 719:16, 785:12, 806:25, 813:3, 814:20
**carry** [1] - 821:20
**Carte** [1] - 805:16
**case** [4] - 742:19, 774:25, 796:4, 819:24
**Case** [1] - 717:5
**cases** [5] - 746:2, 746:11, 766:23, 777:17, 840:13
**cash** [14] - 780:18, 780:22, 781:1, 781:9, 781:14, 782:3, 782:6, 782:9, 782:15, 798:4, 798:8, 810:3, 814:7, 815:21
**catalog** [1] - 804:10
**catch** [1] - 833:12
**categories** [2] - 776:5, 804:1
**category** [1] - 790:25
**caught** [1] - 803:17
**celebrates** [1] - 807:18
**celebrity** [1] - 796:4
**cement** [3] - 741:18, 741:24, 742:2
**cementing** [1] - 801:25
**center** [2] - 723:13, 813:10
**centers** [1] - 815:3
**Centrello** [2] - 726:5, 744:2
**cents** [1] - 821:6
**CEO** [12] - 718:6, 719:17, 719:20, 720:9, 720:10, 722:13, 724:14, 770:19, 818:17, 818:18, 819:25, 820:8
**CEO's** [1] - 816:8
**CEOs** [3] - 724:17, 724:19, 784:16
**Cerf** [1] - 726:11
**certain** [2] - 821:2, 844:13
**certainly** [7] - 739:1, 740:12, 741:9, 742:19, 765:2, 771:20, 772:13
**certificate** [3] - 731:3, 731:7, 731:10
**CERTIFICATE** [1] -

846:1
**certifications** [1] - 730:25
**certify** [1] - 846:4
**CFO** [1] - 784:17
**chain** [21] - 761:3, 764:3, 764:4, 812:12, 812:13, 812:16, 813:17, 813:25, 814:3, 814:6, 814:15, 814:25, 815:6, 815:12, 818:25, 819:5, 828:20, 828:21, 831:15, 837:5, 837:13
**chains** [1] - 826:3
**chairman** [2] - 720:10, 808:2
**challenges** [3] - 809:9, 809:15, 809:22
**challenging** [2] - 740:4, 740:10
**chance** [1] - 721:18
**change** [7] - 768:13, 777:1, 783:9, 809:11, 809:14, 821:13, 821:24
**changed** [2] - 768:6, 778:4
**changes** [2] - 751:4, 843:2
**changing** [2] - 751:8, 768:16
**channels** [4] - 824:16, 824:17, 824:19, 825:22
**chapter** [1] - 841:10
**characteristics** [2] - 736:21, 736:22
**characters** [1] - 806:18
**chart** [7] - 721:7, 721:15, 721:17, 721:20, 728:4, 744:3, 752:14
**check** [1] - 718:1
**chief** [3] - 719:10, 727:20, 752:8
**Children's** [2] - 726:17, 726:23
**children's** [6] - 726:21, 761:19, 767:14, 767:21, 767:22, 806:16
**China** [1] - 761:20
**choice** [1] - 782:9
**choose** [5] - 750:13, 789:10, 789:18, 789:23, 844:9
**chose** [2] - 750:16,

790:25
**chosen** [1] - 780:17
**Christmas** [1] - 758:23
**chunks** [1] - 813:16
**Cindy** [3] - 756:13, 756:16
**citizen** [1] - 807:7
**citizenship** [2] - 807:8, 809:4
**Civil** [2] - 714:3, 717:4
**clarify** [1] - 839:1
**Classification** [2] - 736:13, 736:23
**clear** [5] - 758:11, 759:6, 806:12, 816:17
**clearly** [1] - 800:8
**client** [2] - 761:22, 828:14
**clients** [9] - 828:13, 828:15, 828:19, 829:1, 829:3, 832:25, 833:1, 837:9
**climate** [1] - 809:14
**close** [6] - 732:11, 765:18, 765:24, 766:12, 822:8, 841:1
**closed** [1] - 822:12
**closely** [3] - 727:24, 763:12, 764:2
**closes** [2] - 765:13, 770:6
**closing** [1] - 766:5
**clubs** [1] - 721:1
**cluster** [2] - 792:24, 793:3
**co** [1] - 819:18
**CO** [1] - 714:6
**Co** [1] - 717:6
**co-owned** [1] - 819:18
**Coast** [2] - 813:9, 813:11
**collaboration** [1] - 840:23
**colleagues** [1] - 771:9
**collective** [2] - 794:25, 795:3
**collectively** [1] - 837:15
**Colleen** [2] - 789:6, 789:14
**color** [6] - 758:8, 758:12, 761:16, 761:18, 763:24, 764:17
**COLUMBIA** [1] - 714:1

**Columbia** [2] - 715:9, 846:13
**column** [2] - 747:23, 748:24
**combination** [1] - 783:12
**combine** [4] - 765:18, 766:7, 766:16, 766:20
**combined** [4] - 719:20, 725:10, 767:9, 767:11
**combines** [1] - 741:17
**combining** [1] - 767:14
**comfortable** [1] - 839:21
**coming** [2] - 770:3, 799:3
**comment** [1] - 803:1
**commerce** [10] - 781:23, 806:23, 834:6, 834:7, 834:9, 835:24, 836:1, 836:4, 836:10, 836:23
**commercial** [1] - 774:11
**commitment** [17] - 765:8, 765:14, 765:16, 765:22, 766:1, 766:4, 766:8, 766:9, 766:13, 768:15, 768:21, 770:1, 770:6, 770:10, 770:20, 771:11, 771:22
**commitments** [5] - 811:12, 811:13, 817:17, 831:22
**committed** [2] - 763:10, 765:24
**committee** [3] - 727:23, 784:11, 784:14
**common** [2] - 764:18, 764:19
**commonly** [1] - 777:2
**communications** [1] - 784:17
**communities** [2] - 819:10, 819:11
**community** [14] - 726:2, 765:14, 765:23, 766:14, 767:16, 767:17, 768:15, 807:11, 808:8, 812:6, 812:7, 819:3, 819:13, 822:10

**companies** [14] - 720:19, 737:25, 754:14, 761:21, 764:10, 804:24, 806:2, 815:9, 817:3, 830:9, 832:11, 832:16, 832:21, 842:1
**Company** [1] - 819:16
**company** [39] - 720:15, 720:18, 720:22, 720:24, 737:23, 742:13, 742:15, 753:25, 754:3, 754:6, 754:11, 755:6, 755:10, 755:14, 755:18, 760:6, 760:9, 761:9, 761:13, 761:23, 769:22, 801:21, 809:25, 810:10, 816:1, 816:19, 820:2, 820:3, 820:16, 820:18, 823:6, 829:7, 829:18, 830:13, 838:24, 843:16, 844:1
**compelling** [1] - 841:17
**compensation** [2] - 823:4, 823:7
**compete** [3] - 788:14, 839:2, 839:11
**competition** [5] - 788:2, 823:9, 823:12, 824:7, 838:23
**competitive** [13] - 746:3, 746:12, 757:12, 760:23, 760:25, 762:24, 763:20, 786:5, 790:12, 804:18, 816:12, 823:16, 838:5
**competitively** [2] - 757:3, 757:4
**competitor** [6] - 735:1, 736:9, 787:2, 787:14, 787:20, 787:21
**competitors** [8] - 771:10, 786:17, 787:4, 787:6, 787:10, 787:17, 787:25, 794:2
**complementary** [1] - 768:17
**complete** [2] - 734:23, 846:6
**completely** [3] - 735:17, 749:21, 836:11
**complex** [1] - 806:18

**complexity** [1] - 721:21
**composed** [1] - 773:6
**composing** [1] - 773:11
**computer** [1] - 775:23
**concern** [2] - 764:23, 770:2
**concerned** [1] - 763:19
**concerns** [1] - 770:2
**concise** [2] - 803:23, 812:25
**concluded** [1] - 845:13
**confidential** [3] - 751:15, 778:12, 827:3
**confidentiality** [5] - 718:2, 742:24, 751:20, 759:15, 783:22
**connection** [1] - 823:2
**consider** [2] - 730:8, 730:12
**considerations** [1] - 753:16
**considered** [2] - 730:7, 790:15
**considering** [2] - 744:18, 773:11
**consolidate** [1] - 820:4
**consolidated** [1] - 767:6
**consolidation** [2] - 736:17, 767:24
**constitutes** [2] - 784:13, 846:4
**Constitution** [2] - 715:10, 846:14
**constraint** [1] - 770:19
**Constraints** [1] - 786:13
**consumer** [10] - 823:15, 825:22, 827:14, 830:24, 831:1, 833:6, 835:21, 838:6, 838:16, 838:17
**consumers** [7] - 799:20, 805:21, 821:14, 821:17, 825:24, 844:3, 844:9
**CONT'D** [1] - 715:1
**contain** [1] - 842:15
**contained** [1] - 738:19

**contains** [1] - 718:23
**content** [14] - 745:3, 798:19, 799:8, 799:10, 799:15, 801:19, 804:10, 810:10, 810:13, 810:18, 811:18, 815:13, 838:19
**context** [3] - 737:22, 756:6, 772:5
**continents** [1] - 779:9
**continue** [6] - 768:24, 769:22, 770:6, 770:20, 790:6, 819:11
**continued** [3] - 767:4, 791:2, 833:21
**continues** [2] - 739:12, 797:15
**contract** [5] - 762:4, 764:13, 765:6, 770:13, 791:23
**contracts** [1] - 811:14
**contractual** [2] - 762:6, 762:20
**contractually** [1] - 763:10
**contribution** [2] - 747:17, 798:7
**controversial** [1] - 842:12
**convened** [1] - 791:15
**conveyed** [3] - 754:19, 754:20, 755:9
**convince** [1] - 816:20
**convinced** [2] - 818:25, 819:2
**convincing** [1] - 816:24
**copied** [1] - 732:2
**copies** [3] - 844:16, 844:19, 844:21
**copy** [4] - 723:2, 729:1, 840:17, 841:15
**copy-editing** [2] - 840:17, 841:15
**copyright** [2] - 808:3, 808:4
**core** [3] - 736:16, 813:2, 829:7
**corporate** [6] - 723:16, 727:14, 727:18, 760:20, 760:24, 764:18
**correct** [182] - 719:18, 719:21,

720:1, 720:3, 720:13, 720:14, 721:5, 722:18, 723:18, 723:22, 723:24, 724:4, 724:15, 724:16, 724:20, 724:23, 724:24, 726:6, 726:15, 726:18, 727:2, 727:3, 727:12, 727:13, 727:17, 727:19, 728:7, 729:3, 729:10, 731:17, 731:18, 731:25, 732:3, 732:20, 733:21, 733:22, 734:1, 734:4, 734:5, 734:8, 736:7, 736:8, 736:19, 738:17, 739:5, 740:21, 740:22, 741:3, 741:5, 741:16, 742:4, 743:5, 743:6, 743:22, 743:25, 744:1, 744:4, 744:6, 744:19, 744:23, 745:5, 745:24, 746:10, 748:11, 748:19, 748:23, 749:14, 749:15, 751:3, 752:3, 752:4, 752:9, 752:14, 752:15, 752:21, 754:25, 755:16, 756:9, 756:12, 756:24, 757:1, 758:4, 758:9, 758:10, 758:13, 759:21, 759:22, 760:21, 762:15, 762:17, 762:21, 764:21, 766:2, 767:8, 767:12, 768:7, 768:11, 768:18, 768:19, 769:12, 769:18, 769:25, 770:4, 770:21, 771:2, 771:12, 772:7, 772:8, 772:12, 772:25, 773:13, 773:18, 773:19, 774:25, 775:12, 775:13, 776:15, 776:18, 776:19, 777:3, 777:4, 777:6, 777:19, 777:22, 780:23, 781:4, 781:5, 781:23, 783:14, 783:15, 784:12, 784:22, 785:10, 786:11, 787:23, 788:4, 789:9, 789:22, 790:1, 790:2,

790:7, 790:10, 790:17, 791:3, 791:14, 791:17, 791:23, 793:13, 794:1, 794:10, 794:14, 794:21, 795:7, 795:9, 795:10, 795:18, 795:22, 796:9, 797:2, 799:4, 799:17, 801:19, 801:20, 801:22, 801:23, 802:5, 803:8, 803:9, 818:17, 818:19, 819:17, 822:12, 826:23, 827:10, 828:11, 829:4, 830:22, 839:10, 842:5, 842:25, 843:10, 843:25
**correctly** [2] - 766:18, 833:3
**correlated** [2] - 748:25, 843:9
**correlation** [6] - 749:10, 749:12, 749:17, 749:22, 772:14, 839:17
**corresponding** [1] - 842:8
**cost** [4] - 748:3, 748:21, 754:7, 842:18
**costs** [6] - 780:8, 780:11, 780:13, 811:1, 811:6, 837:19
**Council** [1] - 808:6, 808:11
**counsel** [3] - 717:7, 717:10, 722:25
**count** [2] - 769:17, 785:21
**countermeasure** [1] - 783:13
**countries** [1] - 724:18
**country** [4] - 763:19, 807:22, 813:8, 819:6
**countrywide** [1] - 814:5
**couple** [8] - 722:21, 726:19, 727:4, 729:21, 737:19, 740:24, 758:4, 758:6
**course** [20] - 725:18, 726:10, 757:7, 766:20, 767:18, 798:6, 808:2, 808:8, 809:5, 813:21, 824:22, 826:3, 830:5, 831:8, 835:25,

839:22, 840:17, 840:22, 841:13
**court** [1] - 727:14
**Court** [7] - 715:8, 715:9, 721:8, 784:13, 840:5, 846:12, 846:13
**COURT** [82] - 714:1, 717:1, 717:13, 717:17, 717:21, 718:1, 718:4, 718:10, 718:13, 718:20, 719:1, 721:13, 722:5, 722:8, 722:10, 722:15, 722:25, 723:6, 723:10, 728:22, 729:13, 729:15, 733:2, 733:4, 734:12, 735:6, 735:12, 735:17, 735:21, 735:25, 736:3, 743:1, 744:8, 744:11, 751:23, 752:23, 752:25, 753:9, 759:18, 760:5, 760:12, 760:14, 766:3, 766:6, 773:23, 773:25, 774:2, 779:24, 782:21, 782:24, 783:5, 783:24, 784:24, 785:1, 786:24, 791:25, 792:2, 792:8, 796:19, 797:8, 797:10, 802:21, 808:14, 811:4, 817:12, 817:15, 825:14, 827:18, 827:20, 830:14, 833:12, 834:21, 835:7, 835:9, 835:12, 835:22, 843:2, 843:8, 843:11, 845:3, 845:6, 845:10
**courtroom** [2] - 718:8, 759:16
**COURTROOM** [1] - 717:4
**cover** [13] - 719:6, 730:23, 731:1, 731:13, 732:4, 733:23, 743:4, 743:7, 752:2, 763:24, 771:15, 790:1, 797:14
**covers** [1] - 817:8
**COVID** [4] - 792:13, 820:11, 831:12, 833:20
**create** [6] - 753:24, 753:25, 806:13, 841:17, 844:25

853

**created** [3] - 733:9, 733:10, 809:10
**creates** [1] - 806:19
**creating** [2] - 744:18, 754:3
**creation** [3] - 778:11, 778:13, 778:18
**creative** [2] - 790:1, 803:11, 819:7, 819:14, 822:9, 832:13
**creatively** [1] - 819:12
**creativity** [1] - 812:1
**creators** [2] - 808:4, 811:21
**credit** [6] - 774:24, 775:4, 775:16, 776:22, 778:17, 844:7
**CROSS** [1] - 802:23
**Cross** [1] - 716:2
**CROSS-EXAMINATION** [1] - 802:23
**Crown** [4] - 767:9, 767:24, 768:1, 768:8
**CRR** [3] - 715:8, 846:3, 846:12
**cultural** [1] - 774:11
**culture** [2] - 806:23, 824:25
**current** [1] - 719:9
**customer** [10] - 786:18, 787:11, 787:12, 787:14, 787:16, 787:22, 788:10, 788:12, 793:5, 793:8
**customers** [3] - 788:13, 813:14, 845:1
**cut** [1] - 811:17

**D**

**D'Acierno** [1] - 727:1
**D.C** [7] - 714:6, 714:18, 715:6, 715:11, 808:7, 808:13, 846:14
**danger** [1] - 793:15
**Daniel** [1] - 717:14
**DANIEL** [1] - 714:20
**Danielle** [1] - 777:17
**dash** [1] - 799:5
**data** [3] - 809:21, 824:14, 825:19
**database** [2] - 825:4, 825:7
**date** [3] - 840:19, 843:22, 844:3

**Dated** [1] - 846:10
**dated** [3] - 743:7, 773:9, 827:8
**dates** [1] - 758:10
**David** [1] - 743:23
**day-to-day** [2] - 753:8, 794:13
**days** [2] - 746:8, 813:13
**deal** [3] - 819:15, 819:21, 819:22
**deals** [5] - 771:13, 771:14, 815:22, 823:23, 823:25
**decade** [2] - 730:6, 838:4
**decades** [2] - 755:24, 839:5
**December** [2] - 791:22, 827:8
**decide** [2] - 844:4, 844:9
**decided** [2] - 809:6, 815:12
**decides** [3] - 835:19, 836:5, 838:15
**decision** [3] - 753:24, 756:12, 756:19
**decisions** [2] - 774:16, 809:21
**deck** [1] - 738:23
**declining** [2] - 817:18, 821:12
**dedicated** [2] - 805:22, 840:25
**dedicating** [1] - 821:19
**deep** [1] - 799:8
**deeper** [1] - 793:14
**defendant** [1] - 774:20
**Defendants** [2] - 714:8, 717:16
**DEFENDANTS** [2] - 714:20, 715:2
**Defendants'** [4] - 716:15, 827:2, 827:17, 827:21
**define** [1] - 738:4
**definition** [1] - 739:2
**deliver** [2] - 813:16, 814:5
**delivered** [3] - 781:18, 782:15, 843:24
**delivery** [6] - 777:11, 812:24, 813:13, 837:2, 837:7, 841:14
**Dell** [2] - 818:14

**demand** [4] - 799:19, 800:21, 824:4, 833:6
**demographic** [1] - 809:11
**demonstrative** [3] - 721:8, 721:10, 722:13
**Demonstrative** [2] - 722:3, 722:10
**denominator** [1] - 776:20
**denominators** [1] - 776:21
**DEPARTMENT** [1] - 714:17
**Department** [1] - 774:20
**dependency** [2] - 793:7, 793:10
**dependent** [1] - 806:1
**deposition** [1] - 796:2
**depositions** [2] - 718:23, 731:4
**DEPUTY** [1] - 717:4
**describe** [1] - 814:21
**describing** [1] - 720:18
**description** [2] - 814:20, 840:6
**descriptions** [1] - 745:22
**design** [6] - 790:1, 840:17, 840:18, 841:15, 843:14
**designation** [1] - 722:3
**despite** [1] - 780:25
**destroyed** [1] - 837:21
**detail** [1] - 721:19
**detour** [1] - 841:3
**develop** [2] - 841:18, 841:21
**development** [7] - 723:16, 780:25, 782:17, 804:23, 827:12, 828:14, 828:23
**device** [1] - 775:22
**Dial** [1] - 726:21
**difference** [4] - 801:1, 801:5, 835:21, 840:9
**different** [23] - 724:22, 735:7, 735:8, 735:12, 735:18, 735:22, 735:23, 750:12, 765:7, 767:7, 770:22, 772:1, 773:1,

775:24, 776:20, 782:19, 793:17, 793:22, 793:25, 796:13, 821:6, 832:4, 834:17
**difficult** [1] - 758:3
**digital** [6] - 774:17, 804:2, 804:23, 804:24, 805:1, 805:6
**Direct** [1] - 716:2
**direct** [4] - 722:20, 784:15, 784:22, 823:6
**DIRECT** [1] - 718:15
**directing** [1] - 799:14
**directly** [7] - 723:19, 723:23, 724:6, 724:10, 727:24, 768:20, 824:13
**disadvantage** [4] - 761:1, 762:5, 763:20, 764:24
**disagree** [3] - 730:14, 739:1, 757:16
**disagreed** [2] - 756:12, 756:19
**discloses** [1] - 839:7
**discoverable** [1] - 835:20
**discrepancy** [1] - 735:7
**discuss** [2] - 734:6, 845:2
**discussed** [12] - 729:23, 730:4, 732:23, 733:25, 738:19, 738:24, 740:19, 752:6, 752:14, 797:14, 801:24, 830:4
**discussing** [1] - 798:1
**discussions** [2] - 767:13, 767:20
**Disney** [2] - 738:7, 795:12, 795:14
**disputed** [1] - 739:3
**distance** [1] - 813:9
**distribute** [2] - 815:7, 828:16
**distribution** [11] - 764:4, 811:25, 813:2, 813:6, 813:10, 815:2, 821:22, 828:15, 828:17, 837:9
**District** [3] - 715:9, 715:9, 846:13
**DISTRICT** [3] - 714:1, 714:1, 714:12
**district** [1] - 846:13
**diversified** [3] -

720:18, 720:21, 809:25
**diversity** [5] - 772:4, 772:10, 772:15, 786:4, 805:12
**dividends** [2] - 781:9, 781:15
**divides** [1] - 750:6
**DIVISION** [1] - 714:17
**divisions** [4] - 720:22, 767:16, 810:1, 839:3
**Divya** [4] - 722:24, 723:14, 732:1, 752:8
**Dobson** [2] - 724:25, 725:4
**document** [29] - 729:6, 730:19, 730:23, 731:11, 731:14, 731:16, 734:10, 735:9, 735:13, 735:18, 735:23, 737:7, 739:19, 742:24, 743:9, 743:13, 744:17, 761:6, 773:21, 778:5, 785:11, 788:5, 791:7, 792:6, 796:16, 797:3, 816:13, 827:1, 827:3
**documents** [4] - 730:11, 732:23, 733:9
**DOHLE** [1] - 718:12
**Dohle** [30] - 716:5, 718:6, 718:17, 718:22, 719:5, 719:6, 721:17, 722:12, 723:13, 728:9, 729:1, 730:19, 733:14, 734:14, 744:16, 745:1, 751:18, 757:23, 759:12, 760:18, 765:7, 782:19, 782:25, 783:9, 784:2, 792:21, 800:13, 802:25, 808:20, 845:8
**Dohle's** [1] - 718:19
**DOJ** [1] - 774:20
**dollars** [4] - 788:15, 788:21, 799:10, 810:23
**domestically** [1] - 807:17
**dominates** [2] - 836:10, 836:11
**donate** [2] - 809:6, 837:21
**done** [12] - 730:21,

732:21, 768:9, 775:2, 775:4, 804:1, 813:5, 815:16, 824:10, 832:16, 841:6

**dotted** [5] - 727:22, 828:24, 829:12, 829:13, 829:15

**Doubleday** [7] - 725:14, 725:19, 725:25, 760:8, 760:9, 818:14

**down** [15] - 737:1, 739:8, 748:7, 761:7, 764:11, 765:4, 790:22, 816:6, 826:6, 831:21, 832:7, 832:12, 832:13, 844:18

**download** [1] - 775:22

**downloads** [1] - 804:23

**downstream** [4] - 823:14, 824:5, 824:7, 825:20

**dozens** [2] - 761:15, 761:20

**draft** [1] - 774:6

**drafted** [1] - 791:21

**drain** [1] - 800:20

**dreams** [2] - 747:6, 747:8

**drive** [2] - 748:8, 748:17

**driven** [2] - 746:25, 747:24

**drives** [1] - 810:13

**driving** [1] - 767:19

**drops** [1] - 769:15

**due** [1] - 759:2

**during** [8] - 781:22, 783:1, 820:25, 829:16, 831:12, 833:20, 843:23, 844:1

**Dutton** [2] - 725:7, 727:7

---

**E**

**e-book** [5] - 775:6, 775:19, 775:21, 776:18, 776:24

**e-books** [11] - 774:19, 774:25, 775:12, 775:17, 775:22, 776:1, 776:13, 776:14, 804:15, 821:15, 825:9

**e-commerce** [9] -

781:23, 834:6, 834:7, 834:9, 835:24, 836:1, 836:4, 836:10, 836:23

**early** [2] - 785:12, 801:24

**earn** [1] - 739:18

**earns** [1] - 809:23

**easier** [1] - 820:8

**East** [1] - 813:11

**easy** [1] - 742:11

**economies** [2] - 780:9, 780:11

**ecosystem** [3] - 765:15, 765:17, 766:15

**edited** [1] - 843:14

**editing** [3] - 790:1, 840:17, 841:15

**editor** [11] - 839:15, 839:18, 839:22, 840:2, 840:7, 840:10, 840:11, 840:22, 841:5, 844:22

**editorially** [1] - 819:12

**editors** [17] - 739:24, 740:5, 740:7, 747:9, 757:10, 757:19, 766:24, 767:3, 768:8, 768:10, 771:9, 794:12, 799:25, 801:15, 816:9, 822:16, 840:15

**edits** [2] - 840:11, 840:13

**educate** [1] - 746:21

**education** [3] - 720:22, 785:13, 809:12

**educational** [1] - 824:19

**Edwards** [1] - 846:12

**EDWARDS** [2] - 715:8, 846:3

**effective** [1] - 771:5

**efficiencies** [1] - 837:6

**efficiency** [1] - 837:3

**efficiency-wise** [1] - 837:3

**efficient** [5] - 813:17, 814:18, 837:6, 837:7, 837:14

**eight** [8] - 720:22, 777:17, 810:1, 813:1, 815:2, 815:5, 837:11

**Eighth** [1] - 714:22

**either** [3] - 765:21, 780:7, 844:4

**electronic** [1] -

821:15

**elephant** [1] - 733:16

**ELMO** [2] - 723:1, 723:5

**else)** [1] - 763:1

**email** [12] - 731:13, 743:4, 743:7, 752:2, 752:8, 759:20, 773:6, 773:11, 776:22, 784:4, 785:5, 796:23

**emails** [1] - 724:7

**empathy** [1] - 806:19

**employment** [1] - 770:13

**encounter** [2] - 788:3, 795:1

**encountered** [1] - 758:7

**encourage** [9] - 786:9, 786:11, 799:25, 810:9, 810:10, 810:15, 811:19, 812:2, 812:6

**encouraged** [1] - 799:18

**end** [17] - 728:1, 728:18, 728:20, 780:5, 785:9, 788:5, 799:19, 825:24, 830:24, 830:25, 835:20, 837:4, 838:5, 838:16, 838:17, 844:3, 844:9

**engaged** [3] - 807:7, 807:11, 809:13

**engineer** [1] - 785:13

**English** [4] - 730:25, 731:2, 731:6, 732:10

**enhanced** [2] - 812:23, 813:24

**enjoy** [2] - 789:25, 790:3

**ensuring** [1] - 786:4

**entered** [11] - 718:8, 729:17, 733:6, 744:14, 753:1, 760:16, 774:4, 785:3, 792:4, 797:11, 827:21

**enterprise** [7] - 753:17, 755:2, 762:12, 779:1, 779:11, 779:19, 780:3

**entertainment** [1] - 805:15

**entice** [2] - 775:18, 775:25

**entire** [8] - 776:4, 788:2, 804:10, 806:24, 814:25, 817:8, 840:16

**entities** [1] - 721:9

**entitled** [4] - 743:9, 753:16, 784:8, 798:9

**entity** [1] - 719:20

**entrepreneurially** [1] - 819:12

**entry** [4] - 730:10, 739:9, 742:6, 763:24

**environmental** [1] - 809:13

**envision** [1] - 733:20

**equipment** [1] - 816:25

**especially** [10] - 739:12, 771:14, 776:10, 790:25, 805:3, 821:2, 821:21, 822:1, 824:23, 836:13

**ESQ** [9] - 714:15, 714:15, 714:16, 714:16, 714:20, 714:20, 714:21, 715:2, 715:5

**essence** [4] - 812:2, 813:5, 839:13, 839:20

**essentially** [1] - 768:23

**establish** [1] - 804:14

**established** [3] - 731:19, 804:25, 828:18

**establishing** [2] - 742:9, 813:7

**Esther** [2] - 724:1, 731:16

**estimate** [1] - 810:19

**estimation** [1] - 833:10

**et** [2] - 714:7, 717:6

**Europe** [4] - 761:20, 808:9, 808:15, 809:1

**EVIDENCE** [1] - 716:8

**evidence** [11] - 729:17, 733:6, 744:14, 753:2, 760:16, 774:4, 785:3, 792:4, 797:12, 827:17, 827:22

**exact** [1] - 778:12

**exactly** [2] - 785:20, 822:19

**EXAMINATION** [2] - 718:15, 802:23

**examination** [1] - 718:19

**example** [8] - 731:1, 767:1, 767:9, 779:2, 796:3, 821:4, 832:16,

844:11

**exceeds** [1] - 794:7

**exceptions** [1] - 749:1

**exchange** [1] - 746:15

**excited** [2] - 813:3, 844:14

**exclamation** [1] - 785:9

**excluding** [1] - 830:12

**exclusive** [1] - 745:12

**excuse** [2] - 808:14, 829:2

**executive** [10] - 719:10, 719:13, 719:25, 720:1, 724:4, 727:23, 731:19, 784:10, 784:14, 807:18

**executives** [9] - 724:5, 724:9, 746:19, 763:7, 786:9, 786:17, 787:3, 787:13, 787:25

**exercise** [2] - 734:2, 779:5

**exhibit** [6] - 740:23, 751:13, 751:24, 752:2, 827:2, 827:7

**Exhibit** [23] - 716:9, 716:10, 716:10, 716:11, 716:11, 716:12, 716:12, 716:13, 716:13, 716:15, 729:16, 733:5, 744:13, 753:1, 760:15, 774:3, 785:2, 792:3, 797:11, 816:16, 827:2, 827:17, 827:21

**EXHIBITS** [1] - 716:8

**exhibits** [2] - 718:24, 735:7

**existed** [2] - 836:16, 841:12

**existing** [4] - 751:4, 771:18, 792:24, 817:3

**exists** [2] - 775:10, 804:17

**expected** [1] - 781:19

**expensive** [1] - 771:14

**experience** [4] - 790:8, 817:25, 820:15, 833:11

**experimented** [1] - 775:24

855

**experimenting** [1] - 776:9

**expires** [1] - 770:16

**explain** [3] - 803:21, 812:22, 819:20

**explained** [1] - 822:15

**expressing** [1] - 773:14

**expression** [3] - 737:24, 793:4, 807:15

**extent** [1] - 821:3

**external** [6] - 769:6, 771:17, 771:24, 779:4, 779:6, 839:8

**externally** [1] - 844:15

**extremely** [1] - 797:23

**F**

**face** [3] - 742:15, 750:13, 809:15

**facility** [2] - 813:10, 813:11

**fact** [2] - 780:25, 793:7

**factor** [2] - 767:19, 838:13

**facts** [3] - 719:7, 746:19, 776:12

**fair** [3] - 763:21, 765:1, 793:23

**fall** [3] - 758:18, 758:22, 759:23

**familiar** [1] - 731:4

**family** [10] - 726:2, 760:20, 760:24, 762:24, 773:7, 776:23, 805:7, 807:5, 808:23

**famous** [9] - 725:3, 743:20, 743:25, 744:18, 744:21, 746:19, 750:11, 752:20, 754:20

**far** [4] - 788:12, 790:23, 819:5, 835:25

**fashion** [1] - 758:4

**fast** [3] - 746:3, 746:7, 842:10

**fast-moving** [2] - 746:3, 746:7

**faster** [4] - 755:2, 777:18, 813:12, 819:1

**fault** [1] - 785:22

**favorable** [1] - 838:4

**fear** [1] - 793:20

**featured** [1] - 838:14

**February** [1] - 766:18

**fee** [1] - 804:9

**few** [17] - 719:6, 720:11, 721:21, 738:8, 745:17, 746:8, 747:6, 748:11, 770:16, 775:10, 788:16, 789:13, 791:18, 804:16, 806:1, 823:23, 836:2

**fewer** [3] - 772:18, 772:20, 814:16

**fiction** [6] - 768:2, 768:9, 768:10, 790:25, 821:2

**field** [3] - 834:11, 836:12, 838:2

**fiercest** [1] - 771:9

**Fifth** [1] - 714:18

**fight** [4] - 788:6, 788:9, 788:13, 808:2

**fights** [1] - 807:15

**figure** [4] - 744:18, 744:22, 746:20, 750:12

**figures** [6] - 743:20, 743:25, 753:4, 754:21, 755:1, 755:5

**final** [3] - 727:10, 727:11, 791:18

**finalize** [1] - 841:14

**financial** [2] - 774:11, 820:5

**financially** [4] - 814:10, 814:13, 836:22, 838:17

**financing** [2] - 755:13, 757:21

**fine** [7] - 722:5, 722:10, 723:2, 731:22, 787:19, 796:11, 835:12

**first** [24] - 719:7, 721:6, 722:1, 724:25, 731:13, 742:17, 747:23, 750:19, 757:14, 774:10, 774:15, 786:11, 798:13, 810:9, 811:18, 815:5, 818:8, 818:11, 823:11, 829:24, 834:14, 840:19, 841:13

**FISHBEIN** [2] - 715:2, 717:18

**Fishbein** [1] - 717:19

**five** [12] - 754:16, 755:10, 755:12, 764:16, 774:21,

814:24, 817:4, 817:16, 830:9, 830:21, 834:11, 834:15

**five-year** [3] - 754:16, 755:12, 817:4

**flagship** [1] - 809:24

**flatten** [1] - 817:22

**flaws** [2] - 824:10, 825:7

**Floor** [1] - 714:22

**flop** [1] - 749:20

**FLORENCE** [1] - 714:11

**flow** [12] - 749:10, 780:19, 780:22, 781:2, 781:9, 781:14, 782:3, 782:6, 782:10, 782:16, 798:5, 810:3

**flows** [1] - 798:8

**focus** [10] - 722:21, 768:5, 768:16, 778:21, 781:9, 781:14, 787:18, 788:2, 792:16, 796:10, 798:19, 800:22, 800:23, 812:15, 824:5, 831:2

**focused** [4] - 768:2, 788:1, 798:4

**follow** [2] - 742:21, 836:14

**followed** [1] - 774:16

**following** [3] - 718:9, 783:4, 845:12

**Fool's** [2] - 784:6, 784:7

**footnote** [1] - 737:9

**Footnote** [2] - 737:9, 737:12

**FOR** [5] - 714:1, 714:15, 714:20, 715:2, 716:4

**force** [1] - 836:6

**forces** [1] - 820:24

**foregoing** [1] - 846:4

**Foreign** [1] - 808:11

**forever** [4] - 759:2, 759:5, 759:7, 821:12

**forgive** [1] - 731:23

**form** [7] - 776:23, 788:6, 788:9, 806:14, 806:17, 810:4, 823:6

**format** [3] - 743:15, 821:10, 821:11

**formats** [6] - 777:13, 777:14, 786:18, 805:6, 824:16, 825:11

**forth** [1] - 816:11

**forwards** [1] - 724:7

**Foundation** [5] - 807:21, 808:12, 808:22, 808:24, 808:25

**foundation** [4] - 809:1, 809:10, 809:19, 839:13

**founded** [2] - 809:3, 820:3

**founder** [1] - 803:4

**founders** [1] - 809:3

**founding** [2] - 726:10, 808:23

**four** [6] - 733:25, 737:13, 737:16, 761:18, 777:3, 777:25

**four-color** [1] - 761:18

**fourth** [1] - 774:8

**fragmentation** [1] - 833:4

**fragmented** [1] - 745:17

**fragmenting** [1] - 834:6

**free** [1] - 805:7

**freedom** [1] - 807:15

**freight** [2] - 813:15, 837:18

**front** [5] - 718:22, 751:18, 827:6, 827:7, 827:25

**frontlist** [7] - 766:24, 767:3, 804:11, 822:16, 836:8, 836:20, 838:14

**frustrated** [4] - 762:7, 762:8, 780:24, 818:3

**fulfill** [2] - 762:20, 817:17

**fulfilled** [1] - 762:6

**full** [4] - 719:4, 778:5, 844:7, 846:5

**fully** [1] - 820:4

**functions** [1] - 784:17

**future** [9] - 734:3, 767:23, 770:19, 771:20, 773:15, 786:5, 802:9, 806:13, 831:23

**G**

**gain** [1] - 781:11

**gained** [2] - 836:20, 836:21

**gaining** [2] - 837:10,

838:5

**gallery** [1] - 786:23

**gas** [1] - 824:19

**GEC** [1] - 784:8

**general** [2] - 748:25, 822:4

**generally** [2] - 758:23, 775:14

**generate** [1] - 779:12

**generated** [1] - 747:25

**generating** [1] - 810:14

**generation** [2] - 808:23, 809:22

**generations** [2] - 806:14, 806:15

**genre** [2] - 768:5, 790:25, 821:1

**genuine** [1] - 764:23

**German** [7] - 730:21, 730:22, 730:24, 731:2, 731:9, 732:8, 793:4

**Germany** [1] - 732:21

**get-go** [1] - 809:11

**Gina** [4] - 726:4, 743:23, 744:2

**given** [22] - 721:17, 721:20, 743:9, 757:19, 772:7, 788:3, 788:21, 789:8, 793:5, 793:7, 794:11, 794:14, 794:20, 795:3, 799:18, 808:9, 811:7, 816:21, 818:1, 818:25, 824:16

**global** [7] - 723:16, 723:21, 727:23, 784:10, 784:13, 818:18, 832:17

**globally** [14] - 719:11, 727:25, 738:1, 779:7, 780:5, 784:16, 788:12, 793:6, 793:9, 810:23, 812:3, 812:9, 819:24, 831:16

**goal** [2] - 782:4, 798:16

**goals** [3] - 755:8, 781:1, 781:18

**goods** [1] - 814:17

**Google** [1] - 835:24

**Gotham** [1] - 767:2

**governance** [3] - 784:15, 815:23, 820:8

**Government** [1] - 718:5

856

**governments** [1] - 809:21

**grandfather** [1] - 776:16

**grandfathered** [2] - 775:11, 776:8

**graph** [1] - 750:6

**Graphics** [4] - 760:3, 760:7, 760:10, 762:11

**Grau** [6] - 755:18, 755:21, 756:3, 756:7, 756:17, 756:18

**great** [3] - 779:9, 831:6, 836:6

**greater** [4] - 779:13, 779:20, 790:19, 799:9

**greatly** [1] - 837:10

**green** [1] - 816:24

**green-light** [1] - 816:24

**grew** [6] - 720:25, 807:8, 808:17, 830:24, 831:5, 831:11

**ground** [1] - 794:5

**group** [14] - 725:1, 725:9, 725:17, 725:20, 727:5, 756:14, 760:19, 760:25, 763:8, 763:12, 784:16, 840:14, 840:15

**Group** [12] - 725:4, 725:8, 725:14, 726:6, 726:23, 726:25, 727:2, 760:4, 760:10, 767:9, 817:2, 817:25

**groups** [3] - 724:22, 767:7, 818:15

**grow** [12] - 782:11, 800:17, 801:9, 801:18, 801:21, 802:5, 802:9, 802:13, 802:17, 810:11, 810:12, 829:17

**growing** [5] - 758:5, 802:14, 804:5, 831:7, 831:17

**grown** [4] - 828:21, 829:14, 829:16, 830:8

**growth** [16] - 780:23, 781:25, 782:10, 790:22, 790:23, 797:15, 797:23, 797:25, 798:4, 798:6, 798:7, 798:15, 818:10, 829:3, 832:4, 837:17

**guarantee** [1] - 757:8

**Guerra** [2] - 724:1, 731:17

**guess** [4] - 743:19, 755:3, 757:21, 830:9

## H

**Hachette** [3] - 737:14, 737:23, 830:2

**halved** [1] - 775:6

**halving** [1] - 774:17

**hand** [9] - 718:11, 734:23, 735:5, 745:6, 745:21, 745:25, 748:6, 753:20, 829:15

**handling** [1] - 837:19

**happy** [2] - 803:23, 820:7

**hard** [5] - 742:8, 763:24, 774:7, 793:15, 817:7

**hard-cover** [1] - 763:24

**Harlequin** [1] - 832:17

**HarperCollins** [3] - 737:14, 830:3, 832:17

**head** [3] - 723:15, 724:14, 738:7

**headline** [1] - 755:2

**healthcare** [1] - 809:11

**hear** [1] - 825:14

**heard** [8] - 755:18, 770:1, 803:15, 820:24, 822:5, 822:14, 841:25, 844:15

**hearing** [1] - 826:7

**heavily** [3] - 811:20, 812:2, 831:21

**heavy** [2] - 805:20, 821:4

**help** [10] - 721:8, 744:21, 753:4, 755:7, 761:24, 763:13, 800:17, 809:20, 816:22, 835:8

**helpful** [1] - 818:8

**helping** [1] - 717:12

**helps** [3] - 740:12, 813:8, 840:15

**hereby** [1] - 846:3

**high** [7] - 723:8, 734:2, 739:12, 811:2, 811:11, 811:15, 839:17

**high-level** [1] - 734:2

**high-tech** [1] - 723:8

**higher** [8] - 748:25, 749:5, 749:9, 749:16,

749:19, 754:7, 843:4, 843:5

**highest** [5] - 741:4, 741:7, 741:9, 748:22, 786:9

**highly** [1] - 786:12

**Hill** [1] - 808:3

**history** [5] - 754:14, 755:11, 764:5, 765:17, 773:19

**hit** [1] - 820:11

**hockey** [1] - 831:12

**holiday** [1] - 758:24

**holistic** [3] - 825:2, 825:4, 825:7

**home** [1] - 839:21

**honestly** [1] - 782:16

**Honor** [50] - 717:2, 717:3, 717:4, 717:9, 717:14, 717:18, 717:24, 717:25, 718:14, 718:18, 722:1, 723:5, 729:11, 729:14, 732:15, 732:25, 734:9, 735:11, 735:15, 736:2, 742:24, 744:7, 751:21, 752:22, 752:24, 759:17, 760:11, 773:20, 774:1, 783:7, 783:21, 784:23, 784:25, 786:22, 791:24, 792:1, 796:17, 797:7, 802:19, 802:20, 805:19, 809:18, 826:8, 827:1, 827:16, 827:19, 831:5, 833:20, 835:4, 835:11

**HONORABLE** [1] - 714:11

**Hoover** [2] - 789:6, 789:14

**hope** [4] - 788:2, 799:22, 801:3, 844:25

**hopefully** [6] - 721:8, 766:24, 782:2, 808:16, 839:19, 841:4

**hour** [1] - 760:8

**hours** [2] - 805:15, 814:5

**House** [151] - 717:16, 718:7, 719:11, 719:17, 719:20, 720:23, 721:2, 721:4, 722:13, 724:14, 724:23, 725:1, 725:11, 725:24, 726:6, 726:10, 726:11, 726:14,

726:17, 726:22, 727:2, 727:10, 727:16, 727:17, 727:21, 728:1, 728:5, 729:8, 737:6, 737:16, 741:14, 741:17, 741:18, 741:24, 742:2, 743:14, 744:5, 755:23, 755:25, 756:8, 756:14, 757:13, 758:7, 758:14, 760:19, 760:22, 761:1, 762:16, 763:8, 763:9, 763:11, 763:13, 763:14, 765:13, 766:16, 766:17, 767:6, 767:10, 767:14, 767:25, 768:10, 768:24, 769:4, 769:10, 769:13, 769:16, 769:21, 770:3, 770:9, 771:1, 771:6, 771:8, 771:19, 773:15, 774:12, 775:18, 775:20, 776:10, 777:2, 778:7, 778:11, 778:18, 779:3, 779:4, 779:6, 779:8, 779:15, 779:20, 783:12, 783:17, 784:14, 784:21, 787:2, 787:6, 789:12, 789:20, 789:24, 789:25, 790:13, 793:17, 794:3, 795:12, 795:17, 795:20, 795:24, 795:25, 800:9, 800:17, 801:2, 801:6, 801:8, 801:11, 801:17, 801:25, 802:4, 802:12, 802:16, 803:6, 806:4, 806:11, 806:25, 810:20, 811:15, 812:14, 815:17, 815:19, 816:12, 816:18, 818:1, 818:15, 818:16, 818:18, 818:19, 819:10, 819:19, 820:2, 820:13, 820:17, 824:24, 827:13, 828:23, 830:21, 831:18, 832:6, 839:5, 839:9, 842:1, 842:17

**HOUSE** [1] - 714:21

**house** [11] - 739:17, 739:18, 739:21,

739:23, 739:25, 740:6, 740:14, 742:20, 750:24, 761:22, 796:5

**House's** [8] - 726:21, 755:7, 756:11, 790:3, 790:4, 794:18, 818:10, 828:20

**houses** [8] - 740:8, 764:2, 812:7, 817:21, 833:6, 833:22, 834:12

**huge** [4] - 760:22, 762:24, 805:17, 835:21

**human** [2] - 806:19, 835:18

**hundreds** [2] - 788:20

**hypothesis** [1] - 798:24

## I

**icon** [1] - 745:6, 745:25

**idea** [18] - 729:23, 730:4, 730:8, 747:10, 747:14, 747:16, 747:19, 747:22, 750:11, 750:19, 750:23, 752:19, 778:21, 814:11, 839:14, 840:2, 840:4, 841:9

**ideas** [5] - 733:23, 733:25, 734:6, 747:5, 814:1

**identification** [1] - 722:2

**identifies** [1] - 737:13

**identify** [1] - 731:14

**Ihan** [1] - 717:11

**IHAN** [1] - 714:15

**illustrated** [1] - 761:18

**illustrative** [2] - 750:6, 750:14

**illustratively** [1] - 750:16

**immersing** [1] - 806:18

**immigration** [1] - 809:12

**impact** [6] - 772:4, 772:10, 772:24, 805:11, 805:17, 838:7

**implementation** [1] - 720:6

857

**importance** [2] - 761:8, 799:19
**important** [26] - 739:25, 740:13, 758:22, 758:25, 764:5, 785:6, 785:14, 786:3, 787:15, 797:22, 797:23, 805:18, 806:15, 806:17, 807:8, 807:9, 807:17, 808:8, 808:9, 810:13, 816:21, 817:19, 817:20, 824:23, 837:24, 838:12
**impose** [2] - 815:18, 816:1
**Imprint** [1] - 750:3
**imprint** [33] - 725:19, 726:10, 726:21, 727:6, 742:13, 743:10, 743:14, 743:19, 743:20, 744:17, 750:12, 750:23, 753:7, 753:25, 754:7, 755:25, 756:2, 756:4, 756:7, 756:13, 756:20, 757:11, 766:25, 767:2, 767:5, 768:5, 768:9, 771:7, 839:21, 840:3, 840:5, 840:6
**imprints** [59] - 725:3, 725:8, 725:10, 725:16, 725:21, 725:22, 725:25, 726:2, 726:8, 726:19, 726:22, 727:4, 727:8, 742:9, 753:12, 765:9, 765:15, 765:17, 765:18, 765:24, 766:5, 766:7, 766:12, 766:15, 766:16, 766:20, 766:21, 767:7, 767:14, 767:17, 767:18, 767:21, 767:22, 768:11, 768:12, 768:16, 769:13, 769:16, 812:6, 819:4, 819:10, 819:11, 819:13, 822:8, 822:10, 822:12, 822:19, 822:20, 822:21, 822:24, 823:1, 839:2, 839:11, 839:23, 840:24
**improvements** [1] - 812:23

**IN** [1] - 716:8
**in-stock** [1] - 819:1
**inaccurate** [1] - 728:4
**include** [2] - 728:4, 730:11
**included** [4] - 752:13, 829:24, 830:2, 830:15
**includes** [6] - 763:5, 825:9, 832:15, 832:22, 840:16
**including** [6] - 778:13, 789:13, 815:10, 832:12, 833:19, 842:1
**income** [8] - 772:14, 772:17, 772:20, 772:23, 789:5, 805:3, 805:10, 806:9
**increase** [12] - 741:20, 782:2, 792:24, 793:6, 793:9, 798:13, 799:10, 799:23, 800:3, 812:6, 813:14, 829:11
**increases** [1] - 742:1
**increasing** [2] - 801:9, 822:10
**incubation** [1] - 755:13
**indeed** [1] - 755:22
**independent** [7] - 742:12, 742:14, 771:24, 779:17, 819:12, 826:4, 834:16
**indicated** [2] - 806:24, 826:20
**indicates** [1] - 829:14
**indicators** [2] - 779:25, 797:20
**indiscernible** [2] - 753:7, 811:3
**individual** [1] - 743:24
**individuals** [1] - 752:20
**industries** [2] - 755:15, 804:2
**industry** [28] - 746:18, 746:20, 754:20, 757:20, 761:12, 772:6, 776:4, 776:6, 781:22, 787:20, 804:2, 804:12, 804:13, 804:15, 804:21, 805:2, 805:4, 805:5, 805:9, 805:21,

805:24, 817:9, 822:3, 823:21, 831:12, 834:6, 837:15, 839:4
**indy** [1] - 834:16
**inequality** [1] - 809:12
**influence** [2] - 805:8, 836:7
**information** [6] - 754:19, 754:20, 755:9, 823:22, 824:6, 826:16
**initial** [4] - 750:19, 750:20, 774:18, 777:9
**inside** [1] - 841:16
**installments** [3] - 777:3, 777:24, 778:3
**instance** [5] - 795:11, 795:16, 795:19, 795:23, 795:25
**instead** [3] - 774:19, 777:24, 789:24
**institution** [1] - 809:7
**institutions** [1] - 809:20
**instrumental** [1] - 818:20
**integrated** [3] - 761:9, 761:13, 761:23
**intellectual** [1] - 808:4
**intended** [1] - 803:2
**interested** [1] - 837:6
**interesting** [1] - 822:14
**interests** [1] - 807:4
**interface** [2] - 815:3, 837:8
**interfaces** [1] - 788:11
**interior** [2] - 840:17, 841:15
**internal** [4] - 769:3, 838:23, 839:8, 840:3
**internally** [2] - 729:23, 844:15
**international** [4] - 720:21, 806:7, 807:17, 808:10
**internationally** [1] - 806:7
**internet** [1] - 806:1
**interpret** [3] - 776:25, 787:19, 787:25
**interviews** [1] - 772:7
**introduced** [1] -

774:18
**inventory** [3] - 814:6, 814:7, 814:15
**invest** [16] - 733:24, 747:5, 764:9, 764:16, 810:3, 810:10, 810:15, 811:20, 812:2, 813:11, 813:13, 813:15, 816:3, 816:22, 822:23, 838:18
**invested** [3] - 812:13, 812:18, 813:5
**investing** [1] - 831:21
**investment** [5] - 733:20, 750:7, 750:17, 751:1, 817:3
**investments** [7] - 734:3, 809:24, 810:5, 810:6, 813:15, 817:1, 818:25
**investor** [1] - 820:5
**investors** [1] - 747:7
**involve** [1] - 801:13
**involved** [18] - 753:7, 753:11, 794:13, 794:14, 794:16, 794:17, 795:11, 795:17, 795:20, 795:23, 799:15, 799:21, 800:6, 800:12, 800:23, 811:25, 835:19, 837:24
**involvement** [5] - 798:20, 799:8, 799:23, 800:16, 841:5
**ish** [2] - 822:19
**issues** [6] - 735:20, 758:8, 758:16, 809:14, 831:15, 831:16
**it'll** [2] - 752:25, 774:2
**item** [2] - 748:24, 798:13
**Item** [1] - 797:14
**items** [1] - 721:21
**itself** [1] - 769:23

**J**

**jacket** [2] - 840:18, 841:17
**January** [1] - 773:9
**Jennifer** [2] - 726:24, 727:4
**JESSICA** [1] - 714:16

**Jessica** [1] - 717:11
**job** [3] - 763:9, 780:10, 816:8
**JOHN** [1] - 714:15
**John** [1] - 717:9
**Jordan** [3] - 717:12, 785:18, 785:20
**journalists** [2] - 807:16, 844:22
**judge** [1] - 814:22
**JUDGE** [1] - 714:12
**Julie** [3] - 756:13, 756:17, 756:18
**July** [1] - 822:20
**Justice** [1] - 774:20
**JUSTICE** [1] - 714:17

**K**

**Kapitalallokation** [2] - 732:8, 732:13
**keep** [15] - 762:1, 764:12, 765:15, 765:17, 766:14, 769:14, 771:17, 771:24, 791:5, 814:12, 816:23, 819:13, 828:4, 831:18, 832:23
**keeping** [1] - 835:1
**key** [5] - 753:16, 779:25, 797:16, 797:19, 818:9
**kGAA** [1] - 714:6
**Kim** [1] - 717:11
**KIM** [1] - 714:15
**kind** [5] - 731:11, 774:8, 810:6, 818:9, 842:15
**Kindle** [1] - 804:19
**Knopf** [4] - 725:14, 725:18, 725:24
**known** [2] - 725:3, 726:19
**KPI** [1] - 779:24
**KPIs** [2] - 779:17, 797:19

**L**

**labor** [1] - 809:12
**lag** [1] - 751:8
**landscape** [2] - 745:4, 745:17
**large** [16] - 737:13, 737:23, 737:25, 741:21, 745:18, 786:17, 787:4, 787:7,

858

787:9, 787:17, 787:24, 788:3, 807:11, 833:22, 836:14

**larger** [7] - 737:23, 780:3, 806:12, 819:13, 829:19, 830:13, 834:12

**largest** [14] - 741:3, 741:14, 764:1, 787:11, 788:12, 789:14, 793:8, 808:25, 811:24, 812:3, 826:2, 836:1, 839:15, 839:16

**last** [30] - 728:22, 729:5, 732:7, 745:16, 748:24, 758:4, 758:6, 759:10, 769:17, 774:14, 774:15, 779:5, 785:16, 785:19, 786:1, 786:15, 804:14, 804:22, 810:8, 811:16, 812:14, 821:12, 822:19, 831:10, 831:18, 833:4, 833:7, 833:13, 834:3, 838:4

**lasts** [1] - 770:16
**late** [1] - 735:20
**late-night** [1] - 735:20
**latter** [1] - 728:15
**Laughter** [1] - 723:7
**launch** [1] - 811:23
**lawsuit** [1] - 803:14
**lawsuits** [1] - 774:20
**lawyers** [1] - 723:6
**lead** [1] - 842:13
**leader** [8] - 778:14, 778:21, 778:25, 779:4, 779:12, 779:21, 780:4, 780:9
**leaders** [1] - 784:21
**leading** [1] - 842:9
**Leal** [1] - 717:11
**LEAL** [1] - 714:16
**learned** [2] - 723:9, 785:12
**least** [10] - 735:14, 738:10, 748:21, 776:11, 776:22, 780:25, 781:18, 782:11, 802:9, 810:11
**left** [8] - 723:14, 724:1, 735:5, 736:12, 737:21, 738:3, 745:6, 753:20
**left-hand** [2] - 745:6,

753:20

**legal** [4] - 770:5, 770:10, 770:19, 784:18
**legally** [1] - 770:7
**length** [2] - 762:3, 764:6
**less** [10] - 752:5, 768:2, 768:17, 781:20, 798:4, 814:15, 821:19, 821:22
**letter** [1] - 765:14, 766:17, 782:17, 844:23
**level** [17] - 729:23, 730:3, 734:2, 741:4, 762:10, 793:17, 793:22, 793:25, 795:6, 795:8, 795:18, 795:22, 799:17, 816:4, 816:7, 837:25, 842:24
**level-set** [1] - 762:10
**leveled** [3] - 834:11, 836:11, 838:2
**levels** [5] - 748:25, 786:10, 800:7, 832:4
**Levy** [1] - 792:23
**Lexington** [1] - 715:3
**libraries** [2] - 824:21, 824:22
**life** [4] - 720:13, 813:1, 815:4
**lifer** [1] - 720:14
**light** [1] - 816:24
**likelihood** [1] - 747:18
**likely** [5] - 749:5, 749:8, 749:16, 749:19, 791:4
**limit** [1] - 810:4
**limitation** [1] - 839:6
**limited** [8] - 788:19, 788:25, 789:5, 790:12, 793:23, 794:1, 794:11, 794:14
**limits** [1] - 837:22
**line** [19] - 727:10, 727:11, 727:22, 737:7, 739:12, 754:6, 759:23, 761:2, 799:5, 828:13, 829:5, 829:12, 829:13, 829:16, 829:20, 829:24, 830:4, 830:10
**lines** [3] - 739:8, 774:14, 828:12
**LISA** [2] - 715:8, 846:3

**Lisa** [1] - 846:12
**list** [2] - 732:5, 821:20
**listed** [2] - 722:12, 724:13
**lists** [2] - 722:20, 732:4
**literature** [2] - 807:18, 807:22
**live** [1] - 767:5
**living** [2] - 772:18, 772:21
**LLP** [1] - 714:21, 715:3, 715:5
**load** [1] - 817:22
**lobbied** [2] - 764:8, 765:4
**lobbying** [1] - 808:3
**locally** [1] - 831:16
**logic** [1] - 769:7
**logical** [1] - 769:19
**Loja** [2] - 726:24, 727:4
**look** [8] - 721:18, 737:12, 745:10, 754:3, 812:10, 824:3, 827:12, 832:1
**looked** [1] - 741:9
**looking** [6] - 735:11, 753:4, 761:6, 761:7, 761:10, 782:1
**looks** [6] - 732:10, 735:7, 735:12, 735:17, 735:22, 753:23
**Los** [1] - 714:23
**lose** [1] - 806:3
**losing** [2] - 826:21
**loss** [6] - 796:7, 797:21, 798:24, 799:3, 799:20, 842:2
**losses** [5] - 742:15, 742:19, 750:20, 794:18, 831:21
**lost** [22] - 741:21, 741:22, 759:2, 759:5, 759:7, 780:25, 781:11, 782:12, 795:12, 795:17, 795:20, 795:25, 796:2, 796:3, 802:7, 804:2, 828:7, 831:20, 832:9, 832:25, 836:15
**love** [7] - 794:14, 800:11, 801:14, 801:17, 807:5, 844:25
**loved** [1] - 781:11
**low** [3] - 788:23, 789:3, 837:14
**lower** [5] - 780:8,

780:13, 790:9, 795:8
**lowering** [2] - 775:16, 780:11
**LSC** [1] - 764:1
**lucky** [1] - 742:17
**lunch** [1] - 845:6
**luncheon** [1] - 845:11

**M**

**machine** [2] - 837:5, 837:13
**machines** [1] - 817:22
**Macmillan** [3] - 737:14, 737:23, 830:2
**Madeline** [9] - 724:13, 724:21, 727:25, 743:4, 743:5, 797:1, 799:6, 799:15, 816:2
**magazines** [1] - 720:19
**main** [10] - 786:17, 786:20, 787:2, 787:5, 787:6, 787:10, 787:24, 824:6, 824:9, 834:5
**major** [2] - 737:6, 774:21
**majority** [1] - 820:4
**Malaviya** [3] - 727:11, 727:20, 752:13
**Malone** [1] - 759:20
**manage** [2] - 747:11, 747:15
**mantra** [1] - 785:12, 785:25
**Manuel** [2] - 723:20, 752:13
**manuscript** [3] - 841:6, 841:10, 841:14
**manuscripts** [1] - 745:11
**Marcus** [1] - 726:16
**mark** [1] - 722:2
**marked** [2] - 722:5, 774:11
**market** [108] - 730:9, 730:12, 736:20, 736:22, 741:20, 741:21, 741:22, 741:23, 742:1, 758:5, 763:1, 764:13, 765:5, 778:13, 778:21, 778:25, 779:3, 779:11, 779:21,

780:4, 780:9, 780:19, 780:23, 780:24, 781:1, 781:6, 781:11, 781:12, 781:18, 782:2, 782:6, 782:10, 782:12, 782:16, 795:2, 795:7, 795:9, 797:15, 797:21, 797:23, 797:25, 798:6, 798:14, 798:24, 799:3, 799:20, 800:20, 801:1, 801:5, 801:18, 801:22, 802:7, 802:9, 802:14, 810:25, 811:3, 811:7, 811:8, 820:24, 821:7, 821:8, 821:9, 821:10, 821:15, 821:18, 821:21, 823:15, 823:16, 823:22, 824:8, 825:8, 825:19, 825:20, 826:10, 826:13, 826:15, 826:21, 826:22, 827:12, 828:7, 829:14, 829:18, 830:5, 830:11, 830:22, 831:3, 831:5, 831:6, 831:7, 831:11, 831:19, 832:2, 832:6, 832:7, 832:9, 832:23, 832:25, 833:5, 834:3, 836:10, 836:15, 836:20, 836:21, 838:6
**marketed** [1] - 751:11
**marketing** [10] - 790:5, 839:23, 840:25, 841:18, 841:21, 842:15, 842:18, 842:22, 843:3, 843:15
**marketplace** [7] - 730:9, 786:5, 794:25, 827:14, 828:17, 834:12, 837:13
**Marketplace** [1] - 823:24
**markets** [5] - 806:7, 809:12, 810:11, 810:12, 824:19
**MARKUS** [1] - 718:12
**Markus** [4] - 716:5, 718:6, 719:5, 761:8
**Markus's** [1] - 784:8
**Masri** [1] - 717:12
**mass** [7] - 821:7, 821:8, 821:9, 821:10,

821:15, 821:18, 821:21

**mass-market** [7] - 821:7, 821:8, 821:9, 821:10, 821:15, 821:18, 821:21

**match** [3] - 839:25, 840:2

**materials** [5] - 732:18, 738:12, 738:15, 738:20, 739:4

**mathematically** [1] - 747:21

**matter** [2] - 780:5, 806:22

**matters** [3] - 717:23, 806:21, 806:22

**Mavjee** [2] - 725:13, 726:4

**maximum** [1] - 838:12

**Maya** [2] - 725:13, 726:4

**McIntosh** [10] - 724:13, 724:21, 743:5, 743:18, 797:1, 798:1, 799:6, 799:15, 800:6, 816:2

**McIntosh's** [1] - 800:15

**mean** [12] - 755:1, 761:12, 766:5, 779:14, 781:17, 794:25, 817:14, 823:18, 824:17, 824:18, 834:10, 835:22

**meaning** [3] - 779:25, 811:12, 811:22

**means** [9] - 748:12, 772:17, 772:20, 779:10, 779:18, 793:5, 801:11, 830:17, 842:19

**meant** [3] - 739:20, 834:22, 835:1

**measure** [1] - 825:8

**media** [8] - 720:18, 720:21, 747:7, 776:4, 776:5, 803:24, 804:1, 845:1

**medium** [1] - 812:7

**medium-sized** [1] - 812:7

**meeting** [18] - 732:21, 732:24, 733:8, 733:19, 733:20, 738:13, 738:16, 738:18,

738:21, 739:3, 739:5, 739:6, 740:18, 752:17, 759:23, 791:13, 791:15, 792:11

**Meeting** [1] - 752:16

**meetings** [3] - 730:3, 730:7, 799:9

**mega** [3] - 809:9, 809:14, 809:22

**Megan** [1] - 717:15

**MEGAN** [1] - 714:21

**Mel** [1] - 717:11

**MELVIN** [1] - 714:16

**member** [10] - 719:11, 719:22, 719:25, 727:23, 807:14, 807:20, 807:25, 808:6, 808:11, 824:11

**members** [4] - 773:7, 790:4, 805:7

**mention** [2] - 738:8, 755:17

**mentioned** [4] - 719:22, 776:15, 789:13, 814:21

**merger** [29] - 719:19, 728:9, 765:10, 765:13, 770:6, 771:3, 772:3, 778:11, 781:13, 802:1, 802:4, 802:12, 802:16, 812:9, 812:21, 818:6, 818:21, 818:23, 819:8, 820:15, 820:16, 820:21, 822:7, 822:8, 822:20, 823:2, 823:3, 823:7, 827:12

**mergers** [1] - 723:21

**metric** [1] - 797:16

**mid** [3] - 737:20, 738:2, 738:4

**mid-'80s** [1] - 726:2

**mid-sized** [3] - 737:20, 738:2, 738:4

**Midwest** [1] - 813:11

**might** [8] - 722:21, 733:21, 741:13, 767:17, 795:8, 818:8, 836:9, 841:10

**milestones** [1] - 818:10

**Million** [1] - 826:4

**million** [24] - 738:6, 738:9, 764:16, 765:3, 794:7, 794:10, 796:1, 799:17, 811:15, 812:18, 812:20,

815:23, 815:24, 816:5, 816:24, 817:4, 828:22, 829:16, 829:18, 832:18, 832:19, 834:14, 834:15, 834:19

**millions** [3] - 788:20, 789:8, 837:22

**mindset** [1] - 785:24

**mine** [1] - 815:23

**minutes** [7] - 738:23, 761:2, 762:8, 782:24, 791:12, 791:21, 792:10

**missed** [1] - 811:4

**missing** [1] - 735:19

**mission** [1] - 806:11

**model** [7] - 772:6, 772:12, 774:19, 804:8, 804:20, 804:23, 804:14, 804:25

**moment** [3] - 718:11, 720:17, 761:4

**money** [5] - 733:24, 748:11, 789:7, 809:18, 837:19

**monitor** [1] - 828:1

**month** [2] - 752:5, 805:6

**monthly** [1] - 804:9, 830:5

**months** [5] - 740:20, 843:18, 843:19, 843:21, 843:22

**morning** [15] - 717:1, 717:2, 717:3, 717:9, 717:13, 717:14, 717:17, 717:18, 717:21, 717:22, 718:10, 782:22, 783:5, 818:13, 822:15

**MORNING** [1] - 714:8

**Morning** [1] - 845:13

**most** [34] - 725:3, 725:16, 726:8, 746:2, 746:11, 748:11, 748:20, 761:16, 766:23, 777:2, 785:6, 785:14, 786:3, 787:15, 788:24, 788:25, 789:1, 789:3, 789:9, 790:6, 790:10, 794:17, 797:21, 802:8, 805:18, 810:13, 819:8, 822:7, 825:2, 825:4, 825:7, 839:14, 839:21,

841:17

**mouth** [1] - 844:14

**move** [18] - 728:3, 729:11, 732:15, 732:25, 740:7, 744:7, 751:24, 752:22, 756:13, 758:9, 760:11, 766:15, 771:18, 773:24, 784:23, 791:24, 797:7, 822:16

**moved** [5] - 758:19, 768:8, 768:10, 815:6, 821:18

**movement** [1] - 821:17

**moving** [3] - 746:3, 746:7, 772:6

**MR** [120] - 717:2, 717:3, 717:9, 717:14, 717:18, 717:24, 717:25, 718:3, 718:6, 718:16, 718:18, 718:21, 719:3, 721:14, 721:16, 722:1, 722:7, 722:9, 722:11, 722:16, 722:17, 723:3, 723:4, 723:8, 723:11, 723:12, 728:24, 729:11, 729:14, 729:18, 732:15, 732:17, 732:25, 733:3, 733:7, 734:9, 734:13, 735:10, 735:14, 735:20, 735:23, 736:1, 736:4, 736:5, 742:23, 743:3, 744:7, 744:9, 744:15, 751:15, 751:17, 751:20, 751:24, 752:1, 752:22, 752:24, 753:3, 753:13, 759:16, 759:19, 760:11, 760:13, 760:17, 766:19, 773:20, 773:24, 774:1, 774:5, 780:2, 782:23, 783:7, 783:8, 783:21, 783:25, 784:1, 784:23, 784:25, 785:4, 785:18, 785:23, 786:22, 787:1, 791:24, 792:1, 792:5, 792:9, 796:16, 796:21, 797:7, 797:9, 797:13, 802:19, 802:24, 808:19, 811:9, 817:24,

825:17, 825:18, 826:25, 827:5, 827:16, 827:19, 827:23, 828:1, 828:4, 828:5, 830:19, 831:2, 831:13, 834:1, 834:23, 835:11, 835:16, 837:1, 842:9, 842:11, 842:14, 843:12, 845:5

**multi** [2] - 761:22

**multi-client** [1] - 761:22

**multi-publishing** [1] - 761:22

**multiple** [2] - 745:12, 798:2

**multiply** [1] - 826:9

**multivendor** [2] - 761:21, 817:20

**muscle** [1] - 756:11

**music** [5] - 720:20, 804:2, 804:11, 805:25

**MYERS** [1] - 714:21

**mystery** [1] - 821:3

# N

**NAL** [2] - 767:12, 822:1

**name** [14] - 719:2, 719:4, 723:14, 724:2, 731:22, 743:10, 756:2, 760:5, 767:5, 795:11, 795:16, 795:19, 803:4, 803:7

**names** [2] - 721:9, 727:8

**naming** [1] - 722:3

**Nan** [1] - 725:20

**National** [2] - 807:20, 807:21

**near** [1] - 728:20

**necessarily** [2] - 742:18, 749:11

**necessary** [1] - 763:21

**need** [11] - 749:24, 762:1, 764:25, 796:14, 802:5, 802:13, 802:17, 805:14, 826:6, 841:1

**needs** [4] - 739:21, 755:13, 761:25, 794:7

**negative** [2] - 772:3, 772:10

**negotiate** [3] - 783:17, 801:14, 801:15

**negotiated** [1] - 841:25
**negotiating** [2] - 770:23, 771:3
**negotiation** [1] - 801:16
**negotiations** [2] - 771:15, 771:23
**net** [1] - 776:6
**NetFlix** [1] - 803:25
**network** [2] - 819:5, 828:18
**never** [9] - 723:9, 763:5, 782:18, 788:13, 810:4, 815:20, 815:24, 822:9, 841:12
**New** [6] - 715:4, 750:3, 792:14, 792:15, 815:13
**new** [13] - 742:7, 742:9, 742:14, 743:10, 750:12, 750:24, 755:18, 769:21, 770:10, 783:10, 811:12, 822:24, 831:22
**newly** [1] - 820:2
**news** [1] - 813:19
**next** [22] - 718:5, 722:7, 722:8, 724:21, 725:13, 729:5, 734:10, 741:3, 741:7, 746:14, 764:16, 778:5, 780:16, 786:15, 798:10, 799:5, 828:2, 828:3, 828:13, 829:5, 829:20, 830:10
**next-to-the-last** [1] - 729:5
**night** [3] - 735:20, 790:14, 791:5
**Nihar** [2] - 727:11, 752:13
**nine** [1] - 822:19
**nine-ish** [1] - 822:19
**Ninth** [1] - 715:6
**Noble** [2] - 775:21, 826:4
**non** [2] - 745:19, 796:1
**non-agent** [1] - 745:19
**non-Big** [1] - 796:1
**noncash** [2] - 819:21, 819:22
**none** [2] - 717:25, 729:14
**nonfiction** [2] -

768:2, 777:20
**nonorganic** [1] - 832:22
**nonprofit** [3] - 807:10, 808:22, 808:25
**normal** [1] - 766:20
**normally** [2] - 822:16, 840:24
**North** [3] - 761:16, 761:17, 808:13
**Northwest** [4] - 714:18, 715:6, 715:10, 846:14
**Nos** [2] - 716:10, 733:5
**notch** [2] - 838:19, 838:21
**notch)** [1] - 799:11
**notebook** [3] - 721:6, 730:16, 759:11
**notes** [1] - 846:5
**nothing** [1] - 803:1
**notify** [1] - 769:17
**novels** [2] - 821:3, 821:4
**November** [2] - 729:2, 791:15
**number** [23] - 724:17, 741:18, 741:24, 742:2, 745:18, 788:21, 791:9, 801:25, 810:15, 810:17, 810:18, 811:18, 811:19, 812:4, 812:5, 819:19, 822:10, 822:14, 822:18, 823:9, 828:12, 836:12, 842:7
**numbers** [5] - 800:11, 810:22, 826:9, 830:5, 833:21
**numerical** [2] - 728:17, 728:21

**O**

**O'MELVENY** [1] - 714:21
**object** [2] - 810:14, 842:9
**objection** [11] - 729:13, 733:2, 744:8, 752:23, 760:12, 773:25, 784:24, 791:25, 797:8, 827:18, 827:19
**obligation** [2] -

762:7, 770:5
**obligations** [1] - 762:21
**observation** [1] - 800:13
**observations** [1] - 794:5
**obviously** [1] - 762:7
**occasions** [1] - 758:6
**occurred** [2] - 740:19, 820:20
**October** [4] - 731:21, 731:24, 732:18, 732:22
**OF** [4] - 714:1, 714:3, 714:11, 714:17
**offer** [5] - 743:14, 771:1, 771:7, 791:18, 794:8
**offers** [2] - 770:24, 771:4
**office** [3] - 809:16, 809:17, 811:25
**officer** [4] - 719:10, 723:17, 727:20, 732:2
**Official** [1] - 715:8
**official** [2] - 799:18, 846:12
**often** [9] - 740:7, 769:20, 788:3, 794:23, 795:1, 795:4, 795:6, 796:6, 841:8
**old** [1] - 760:8
**oligopoly** [5] - 730:13, 737:5, 738:19, 739:1, 739:4
**once** [3] - 763:8, 841:6, 844:8
**one** [54] - 718:22, 720:23, 722:7, 722:8, 723:25, 728:8, 728:14, 731:8, 732:7, 734:6, 737:1, 738:18, 739:3, 741:18, 741:24, 742:3, 748:7, 750:13, 751:16, 752:11, 757:2, 758:8, 758:12, 759:10, 761:16, 763:24, 764:17, 767:17, 768:1, 769:14, 771:15, 774:24, 783:22, 785:20, 791:7, 801:18, 801:25, 804:15, 805:18, 808:17, 810:16, 814:1, 819:11, 824:2, 824:10, 826:14,

829:20, 839:2, 839:12, 840:1
**One** [2] - 726:12, 757:14
**one-color** [5] - 758:8, 758:12, 761:16, 763:24, 764:17
**ones** [4] - 748:20, 748:22, 757:5, 769:18
**online** [6] - 781:23, 834:6, 834:7, 835:21, 837:2, 838:1
**open** [1] - 814:12
**opened** [2] - 822:18, 823:1
**operate** [4] - 793:24, 810:12, 811:8, 812:8
**operated** [2] - 793:17, 793:21
**operates** [1] - 720:22
**operating** [6] - 720:4, 720:5, 727:20, 809:1, 809:19, 816:1
**operations** [1] - 728:1
**operator** [1] - 752:9
**OPPENHEIMER** [1] - 714:20
**Oppenheimer** [1] - 717:15
**opportunities** [1] - 733:21
**opportunity** [2] - 812:5, 812:10
**optimize** [2] - 780:18, 782:6
**optimizing** [1] - 780:22
**option** [1] - 754:24
**options** [1] - 734:21
**order** [12] - 718:2, 728:17, 728:21, 741:5, 780:18, 782:1, 782:5, 800:19, 806:23, 810:11, 814:8, 817:21
**org** [5] - 721:15, 721:17, 721:20, 744:3, 752:14
**organic** [1] - 797:25
**organization** [3] - 721:7, 800:8, 807:15
**organize** [1] - 767:21
**organized** [1] - 767:23
**origin** [1] - 803:7
**out-of-stocks** [1] - 758:10
**outlets** [1] - 835:23

**outline** [1] - 841:10
**outperform** [1] - 798:14
**outperformed** [1] - 833:22
**output** [2] - 772:24, 781:20
**outside** [8] - 769:3, 769:10, 769:14, 807:3, 807:6, 830:11, 833:18, 833:24
**Overall** [1] - 750:3
**overall** [4] - 771:13, 804:3, 826:13, 831:5
**overestimating** [1] - 755:3
**overindexed** [1] - 822:2
**overlapping** [1] - 768:17
**oversees** [1] - 725:5
**own** [2] - 756:23, 841:11
**owned** [3] - 808:21, 819:18, 820:1
**owner** [4] - 762:14, 762:16, 770:10, 819:16
**owners** [1] - 797:16
**owns** [6] - 720:19, 721:3, 762:11, 769:22, 808:20, 816:19
**Oyster** [1] - 804:16

**P**

**P&L** [6] - 842:5, 842:6, 842:15, 842:18, 842:22
**pace** [1] - 791:2
**PAGE** [1] - 716:8
**page** [9] - 729:5, 736:2, 736:4, 746:13, 748:24, 754:18, 761:7, 763:16, 828:2
**Page** [2] - 792:10, 792:17
**paid** [4] - 747:25, 777:5, 777:16, 810:20
**Pam** [1] - 831:2
**Pan** [2] - 807:14, 807:19
**PAN** [1] - 714:11
**pandemic** [1] - 820:11
**Pantheon** [1] - 725:19
**paper** [2] - 723:2,

861

837:23
**paperback** [4] -
763:24, 821:8, 821:9,
821:11
**paperbacks** [2] -
817:8, 821:7
**paragraph** [15] -
774:7, 774:8, 774:9,
774:15, 778:5,
785:16, 785:19,
785:21, 785:22,
785:24, 786:2,
786:15, 792:19,
792:20, 793:14
**paralegal** [1] -
717:11
**parent** [1] - 816:19
**parentheses** [4] -
786:21, 787:5, 787:9,
787:10
**part** [21] - 725:20,
725:25, 726:1,
726:22, 747:19,
755:9, 757:14, 760:3,
760:10, 761:2,
761:10, 764:3, 764:4,
766:17, 787:23,
802:8, 806:8, 815:13,
817:6, 822:7, 823:11
**partial** [1] - 734:24
**participate** [1] -
806:4
**particular** [4] -
721:1, 821:15, 827:3,
843:16
**partly** [1] - 731:1
**parts** [3] - 730:20,
730:21, 730:24
**party** [2] - 729:8,
828:15
**pass** [2] - 735:18,
802:20
**passion** [1] - 839:16
**passionate** [2] -
800:1, 839:14
**past** [3] - 767:6,
836:6, 836:17
**pay** [7] - 741:2,
741:6, 746:14,
748:14, 779:17,
780:13, 800:19,
800:25, 804:8, 838:8,
839:18, 843:3
**paying** [4] - 741:11,
801:12, 802:7, 805:6
**payouts** [1] - 777:21
**pays** [1] - 777:2
**pdf** [1] - 743:15
**Pearson** [8] - 781:15,
819:16, 819:18,

820:3, 820:4, 820:6,
820:8, 820:10
**Penguin** [144] -
717:16, 718:7,
719:10, 719:19,
719:20, 720:23,
721:2, 721:3, 722:13,
724:14, 724:23,
725:1, 725:4, 725:6,
725:8, 725:11,
726:25, 727:1, 727:6,
727:10, 727:16,
727:17, 727:21,
727:25, 728:5, 729:8,
737:6, 737:16,
741:14, 741:17,
741:18, 741:24,
742:2, 743:13, 755:6,
755:23, 755:25,
756:7, 756:11,
756:14, 757:12,
758:7, 758:14,
760:19, 760:22,
761:1, 762:16, 763:8,
763:11, 763:13,
763:14, 765:12,
766:17, 767:6,
767:11, 767:14,
768:24, 769:4,
769:10, 769:13,
769:16, 769:21,
770:3, 770:9, 771:1,
771:6, 771:8, 771:18,
773:15, 777:2, 778:7,
778:11, 778:18,
779:6, 779:8, 779:15,
779:16, 779:20,
783:12, 783:16,
784:14, 784:21,
787:2, 787:6, 789:12,
789:19, 789:24,
789:25, 790:3, 790:4,
790:12, 793:16,
794:2, 794:17,
795:12, 795:17,
795:20, 795:24,
795:25, 800:9,
800:17, 801:2, 801:5,
801:8, 801:11,
801:16, 801:24,
802:4, 802:12,
802:16, 806:4,
806:11, 806:25,
810:20, 811:15,
812:14, 812:21,
815:17, 815:18,
816:12, 816:18,
818:1, 818:10,
818:16, 818:21,
819:4, 819:10,
819:16, 819:19,

820:2, 820:13,
820:16, 821:25,
824:24, 827:13,
828:19, 828:23,
830:21, 831:18,
832:6, 839:4, 839:8,
842:1, 842:17
**PENGUIN** [1] -
714:21
**people** [8] - 721:21,
723:4, 752:9, 779:17,
784:19, 806:19,
841:1, 844:14
**perceived** [2] -
779:12, 803:18
**percent** [73] - 721:3,
747:17, 748:7, 748:8,
748:17, 748:18,
758:5, 762:14,
762:16, 763:23,
774:17, 775:7,
775:11, 775:14,
776:1, 776:3, 776:8,
776:14, 776:18,
776:20, 777:7, 804:3,
805:19, 805:20,
808:21, 808:22,
809:6, 817:7, 817:17,
820:2, 820:10,
820:12, 820:13,
825:25, 826:8, 826:9,
826:10, 826:12,
826:13, 826:17,
831:9, 831:11, 832:6,
832:7, 832:14,
832:22, 833:2, 833:7,
833:13, 833:16,
833:18, 833:23,
834:10, 836:3,
837:10, 837:11,
837:14, 837:16,
838:11, 838:12,
842:18, 842:19,
842:20, 842:23,
843:6, 843:7
**percentage** [1] -
746:25
**perfect** [5] - 782:23,
811:22, 839:24,
839:25, 840:2
**perfecting** [1] -
840:22
**performance** [3] -
779:25, 797:19, 802:6
**perhaps** [6] - 724:1,
738:23, 812:11,
836:3, 836:17, 837:15
**period** [8] - 750:23,
754:16, 755:12,
762:9, 777:7, 777:15,

777:23, 830:6
**permission** [1] -
794:7
**personally** [3] -
799:15, 800:6, 800:23
**perspective** [1] -
836:13
**persuading** [1] -
763:14
**PETROCELLI** [39] -
714:20, 717:3,
717:14, 717:25,
723:4, 729:14, 733:3,
744:9, 752:24,
760:13, 774:1,
784:25, 792:1, 797:9,
802:24, 808:19,
811:9, 817:24,
825:17, 825:18,
826:25, 827:5,
827:16, 827:23,
828:1, 828:4, 828:5,
830:19, 831:2,
831:13, 834:1,
834:23, 835:11,
835:16, 837:1,
842:11, 842:14,
843:12, 845:5
**Petrocelli** [7] -
717:15, 717:17,
719:15, 802:22,
810:22, 831:5, 845:4
**phase** [8] - 742:20,
750:7, 750:8, 750:17,
774:10, 778:6, 831:25
**phases** [1] - 750:12
**physical** [6] -
805:24, 814:12,
825:9, 825:11,
825:25, 826:1
**pick** [1] - 803:12
**picture** [1] - 761:19
**pioneer** [1] - 775:18
**pitch** [1] - 763:5
**pitched** [2] - 764:9,
764:10
**place** [2] - 746:8,
819:20
**placed** [1] - 721:6
**Plaintiff** [1] - 714:4
**PLAINTIFF** [2] -
714:15, 716:4
**Plaintiff's** [18] -
716:9, 716:10,
716:10, 716:11,
716:11, 716:12,
716:12, 716:13,
716:13, 729:16,
733:5, 744:13, 753:1,
760:15, 774:3, 785:2,

792:3, 797:11
**PLAINTIFF'S** [1] -
718:12
**plan** [5] - 817:3,
817:4, 841:19,
841:21, 843:15
**planned** [2] - 728:9,
792:19
**planning** [1] - 759:24
**plans** [1] - 823:3
**plants** [1] - 817:10
**player** [1] - 836:1
**players** [1] - 745:18
**playing** [3] - 834:11,
836:11, 838:2
**plus** [4] - 815:16,
830:18, 833:16
**podium** [1] - 717:7
**point** [10] - 740:24,
768:1, 785:9, 788:5,
790:9, 803:14,
820:21, 821:6,
834:20, 835:18
**policy** [2] - 769:7,
809:24
**pool** [4] - 804:4,
805:8, 805:21, 805:23
**popular** [1] - 844:12
**portfolio** [4] -
746:24, 747:3,
747:19, 749:24
**portion** [3] - 759:1,
792:7, 792:17
**position** [1] - 801:25
**positions** [1] - 840:6
**possible** [4] - 741:4,
741:10, 771:25, 840:3
**potential** [4] -
733:20, 753:17,
753:21, 780:4
**PowerPoint** [3] -
736:1, 736:7, 743:14
**practice** [1] - 839:1
**predecessors** [1] -
806:25
**preference** [1] -
818:1
**preliminary** [2] -
717:23, 728:8
**premium** [10] -
741:3, 741:6, 741:11,
778:14, 778:22,
778:25, 779:10,
779:11, 779:14,
779:17
**preparation** [1] -
733:19
**prepared** [2] - 721:8,
843:15
**preplaced** [1] -

862

718:18
**present** [4] - 733:8, 779:8, 792:11, 844:23
**presentation** [12] - 733:13, 733:25, 736:6, 743:14, 743:19, 744:24, 746:22, 752:6, 752:20, 753:14, 827:8, 827:11
**presentations** [2] - 753:6
**presented** [3] - 835:20, 836:7, 838:17
**presents** [1] - 790:11
**preserving** [1] - 786:4
**president** [9] - 723:21, 725:1, 725:14, 726:5, 726:16, 726:25, 727:1, 744:5, 807:19
**presidents** [1] - 724:22
**Press** [2] - 725:6, 726:21
**pretty** [3] - 732:11, 737:25, 788:22
**prevent** [1] - 768:16
**previous** [1] - 725:23
**previously** [1] - 768:8
**PRH** [8] - 723:17, 734:18, 734:21, 759:23, 797:3, 798:9, 829:5, 829:7
**price** [5] - 763:22, 765:1, 790:9, 805:16, 821:6
**prices** [1] - 776:2
**pricing** [1] - 780:8
**primarily** [1] - 747:24
**print** [14] - 758:3, 815:8, 815:14, 817:7, 817:14, 817:15, 817:21, 825:24, 826:9, 826:11, 826:12, 837:23, 840:20
**printed** [6] - 751:1, 751:11, 761:17, 761:19, 763:24, 843:23
**printer** [6] - 760:24, 761:14, 761:23, 761:24, 762:23, 764:2
**printers** [3] - 761:15, 762:13, 762:14
**printing** [29] - 757:24, 758:7,

758:15, 758:20, 760:8, 760:19, 760:25, 761:2, 761:21, 762:12, 762:18, 763:6, 763:7, 763:12, 763:21, 764:3, 764:5, 764:10, 764:25, 814:21, 815:9, 816:10, 816:12, 816:19, 816:22, 816:25, 817:1, 818:2, 831:16
**Printing** [4] - 760:4, 760:10, 817:2, 817:25
**priorities** [3] - 785:6, 785:14, 798:10
**prioritize** [2] - 781:24, 782:9
**prioritizing** [1] - 780:23
**priority** [4] - 781:8, 781:14, 786:3, 818:1
**proceed** [2] - 723:10, 783:6
**proceedings** [4] - 718:9, 783:4, 845:12, 846:6
**process** [2] - 840:16, 843:13, 844:1
**produce** [2] - 815:8, 844:20
**produced** [1] - 846:6
**product** [3] - 811:22, 837:19, 840:23
**production** [1] - 840:19
**profit** [9] - 742:16, 757:6, 780:1, 780:18, 780:22, 782:6, 782:15, 810:14, 842:2
**profit-and-loss** [1] - 842:2
**profit-generating** [1] - 810:14
**profitability** [15] - 746:25, 747:24, 748:3, 748:7, 748:8, 748:17, 748:18, 749:11, 754:8, 754:15, 755:11, 781:2, 781:3, 781:16, 837:25
**Profitability** [1] - 750:3
**profitable** [12] - 747:17, 756:10, 756:20, 757:11, 757:17, 766:22, 781:22, 797:15, 798:6, 798:14,

814:18, 838:2
**profits** [8] - 779:13, 780:4, 781:10, 781:20, 781:24, 782:9, 809:23, 809:25
**programs** [2] - 806:5, 807:23
**project** [1] - 818:22
**projected** [5] - 842:20, 842:21, 843:6, 843:7, 843:9
**projection** [2] - 842:2, 842:6
**Projects** [2] - 736:13, 736:23
**promise** [1] - 768:23
**promotes** [1] - 807:22
**properties** [1] - 808:5
**property** [1] - 808:5
**proposed** [1] - 743:10
**protect** [1] - 808:3
**protects** [1] - 807:16
**provide** [10] - 786:9, 789:4, 789:12, 789:20, 805:14, 806:2, 807:24, 823:21, 839:24
**providing** [2] - 746:18, 844:6
**provision** [1] - 842:15
**provisions** [1] - 776:16
**pub** [1] - 840:18
**public** [16] - 722:15, 735:14, 743:20, 743:25, 744:18, 744:21, 746:19, 750:11, 753:4, 754:21, 755:5, 771:11, 773:21, 792:6, 796:18, 809:20
**publication** [5] - 758:18, 777:11, 777:12, 843:22, 844:3
**publications** [2] - 742:17, 823:21
**publicity** [6] - 839:23, 840:25, 841:18, 841:21, 842:16
**publicized** [1] - 823:23
**publicly** [2] - 740:20, 772:5
**publish** [10] - 720:25, 734:10,

742:25, 751:22, 759:16, 773:21, 786:22, 796:17, 800:20, 817:12
**published** [18] - 750:21, 766:24, 772:4, 772:11, 772:15, 788:18, 788:22, 788:24, 789:4, 789:9, 790:6, 790:8, 790:24, 793:24, 805:12, 820:17, 821:5, 821:16
**publisher** [28] - 725:14, 726:5, 726:17, 727:1, 738:2, 738:5, 740:3, 740:9, 741:14, 744:5, 744:22, 745:21, 745:25, 751:4, 760:18, 761:14, 761:24, 762:23, 796:8, 801:25, 832:17, 839:23, 840:8, 840:9, 840:13, 840:21, 841:5
**Publishers** [4] - 808:1, 823:23, 823:24, 824:11
**publishers** [55] - 724:22, 737:6, 737:13, 737:21, 739:24, 740:5, 745:12, 746:3, 746:11, 746:14, 747:9, 757:19, 758:3, 762:4, 763:19, 764:23, 771:8, 774:21, 786:17, 787:4, 787:7, 787:9, 787:17, 787:24, 788:3, 789:12, 789:16, 789:19, 790:12, 794:19, 796:10, 805:14, 806:20, 814:17, 822:5, 823:12, 824:14, 824:23, 825:2, 825:3, 828:16, 833:2, 833:9, 833:14, 833:22, 833:24, 836:9, 836:14, 836:19, 837:3, 838:1, 838:3, 838:15
**publishers'** [1] - 838:7
**publishes** [4] - 777:17, 779:9, 789:15
**publishing** [72] - 720:19, 725:1, 725:9,

730:9, 739:17, 739:18, 739:21, 739:23, 739:25, 740:6, 740:13, 742:7, 742:12, 742:15, 742:20, 746:24, 747:3, 747:10, 747:14, 750:24, 753:5, 754:11, 755:6, 755:10, 755:14, 755:18, 756:14, 758:9, 761:12, 761:22, 762:19, 763:12, 764:2, 767:7, 787:21, 787:22, 788:14, 788:16, 788:20, 789:8, 789:11, 789:18, 789:24, 790:11, 790:19, 790:20, 790:23, 791:1, 791:4, 793:16, 793:21, 798:25, 803:3, 803:19, 809:5, 810:7, 811:21, 812:1, 812:7, 814:22, 815:14, 816:21, 817:21, 818:12, 825:6, 833:6, 839:13, 839:20, 839:21, 839:22, 839:25
**Publishing** [3] - 725:4, 725:8, 727:2
**pun** [1] - 803:1
**purchase** [6] - 728:10, 729:1, 729:12, 735:1, 736:9, 779:19
**purpose** [4] - 733:18, 753:5, 806:12, 827:11
**pursue** [1] - 791:1
**put** [11] - 729:19, 730:2, 740:23, 751:13, 751:15, 782:7, 783:25, 792:6, 828:1, 833:17, 842:17
**Putnam** [3] - 725:7, 727:7, 767:11
**putting** [2] - 757:18, 786:20
**PX** [25] - 722:2, 722:6, 729:11, 730:16, 732:25, 733:1, 742:22, 744:7, 751:13, 751:18, 751:25, 752:22, 759:10, 759:20, 760:11, 773:2, 773:6, 773:20, 773:24, 783:20, 784:23,

791:7, 791:24,
796:15, 797:7

## Q

**Quad** [6] - 764:13,
764:15, 765:3,
816:25, 817:5, 817:9
**Quad/Graphics** [2] -
764:12, 765:6
**quality** [4] - 790:9,
793:17, 793:22,
793:25
**quarters** [1] - 778:4
**quasi** [1] - 820:5
**quasi-financial** [1] -
820:5
**questions** [12] -
720:11, 729:21,
737:19, 740:24,
788:17, 792:17,
802:19, 803:18,
816:4, 816:10,
823:10, 826:20
**quick** [1] - 831:17
**quickly** [6] - 807:14,
811:19, 814:8, 821:1,
828:14
**quite** [2] - 816:23,
823:16
**quote** [1] - 819:8

## R

**Rabe** [3] - 720:8,
773:12, 773:18
**raise** [1] - 718:11
**raised** [1] - 807:9
**ramp** [1] - 742:19
**ramp-up** [1] - 742:19
**ran** [7] - 756:5,
763:8, 781:24, 782:1,
815:2, 815:8, 818:22
**RANDALL** [1] -
714:20
**RANDOM** [1] -
714:21
**Random** [160] -
717:16, 718:7,
719:10, 719:17,
719:20, 720:23,
721:2, 721:4, 722:13,
724:14, 724:23,
725:1, 725:11,
725:24, 726:5,
726:10, 726:11,
726:14, 726:17,
726:20, 726:22,
727:2, 727:10,

727:16, 727:17,
727:21, 727:25,
728:5, 729:8, 737:6,
737:16, 741:14,
741:17, 741:18,
741:24, 742:2,
743:13, 744:5, 755:6,
755:23, 755:25,
756:8, 756:11,
756:14, 757:12,
758:7, 758:14,
760:19, 760:22,
761:1, 762:16, 763:8,
763:9, 763:11,
763:13, 763:14,
765:12, 766:16,
766:17, 767:6,
767:10, 767:14,
767:24, 768:10,
768:24, 769:4,
769:10, 769:13,
769:16, 769:21,
770:3, 770:9, 771:1,
771:6, 771:8, 771:19,
773:15, 774:12,
775:18, 775:20,
776:10, 777:2, 778:7,
778:11, 778:18,
779:3, 779:4, 779:6,
779:8, 779:15,
779:20, 783:12,
783:17, 784:14,
784:21, 787:2, 787:6,
789:12, 789:20,
789:24, 789:25,
790:3, 790:4, 790:12,
793:16, 794:2,
794:17, 795:12,
795:17, 795:20,
795:24, 795:25,
800:9, 800:17, 801:2,
801:5, 801:8, 801:11,
801:17, 801:24,
802:4, 802:12,
802:16, 803:6, 803:7,
806:4, 806:11,
806:25, 810:20,
811:15, 812:14,
815:17, 815:18,
816:12, 816:18,
818:1, 818:10,
818:15, 818:16,
818:18, 819:10,
819:19, 820:2,
820:13, 820:17,
824:24, 827:13,
828:19, 828:23,
830:21, 831:18,
832:6, 839:4, 839:8,
842:1, 842:17
**random** [4] - 803:3,

803:4, 803:5
**randomly** [3] -
800:11, 800:14, 803:1
**Randy** [1] - 717:15
**range** [2] - 749:20,
800:10
**rate** [7] - 775:14,
775:17, 776:2,
776:24, 813:24,
814:14, 838:12
**rates** [8] - 774:17,
775:6, 813:25, 814:2,
819:1, 836:23,
837:14, 837:18
**rather** [1] - 747:16
**rationale** [3] -
756:10, 756:22,
818:23
**RDR** [3] - 715:8,
846:3, 846:12
**reach** [2] - 790:4,
812:1
**reaching** [3] -
811:20, 811:23, 812:3
**Read** [1] - 717:9
**READ** [81] - 714:15,
717:2, 717:9, 717:24,
718:3, 718:6, 718:16,
718:18, 718:21,
719:3, 721:14,
721:16, 722:1, 722:7,
722:9, 722:11,
722:16, 722:17,
722:3, 723:8, 723:11,
723:12, 728:24,
729:11, 729:18,
732:15, 732:17,
732:25, 733:7, 734:9,
734:13, 735:10,
735:14, 735:20,
735:23, 736:1, 736:4,
736:5, 742:23, 743:3,
744:7, 744:15,
751:15, 751:17,
751:20, 751:24,
752:1, 752:22, 753:3,
753:13, 759:16,
759:19, 760:11,
760:17, 766:19,
773:20, 773:24,
774:5, 780:2, 782:23,
783:7, 783:8, 783:21,
783:25, 784:1,
784:23, 785:4,
785:18, 785:23,
786:22, 787:1,
791:24, 792:5, 792:9,
796:16, 796:21,
797:7, 797:13,
802:19, 827:19, 842:9

**read** [26] - 734:20,
735:6, 735:18, 743:2,
746:23, 747:12,
758:13, 762:8,
762:22, 764:7,
766:11, 772:19,
773:3, 774:15, 778:3,
782:11, 783:6,
786:11, 791:9,
791:11, 796:20,
798:12, 803:1,
816:13, 823:10,
838:22
**read's** [1] - 826:20
**ReaderLink** [1] -
738:8
**Readers** [3] - 726:25,
727:6, 727:7
**readers** [9] - 800:21,
805:20, 805:22,
811:20, 812:20,
813:20, 813:22, 821:4
**readership** [1] -
812:3
**reading** [11] - 723:1,
754:23, 806:14,
806:17, 806:22,
807:22, 824:25,
844:16, 844:18,
844:21
**reads** [5] - 746:14,
754:6, 754:14,
778:10, 786:2
**ready** [1] - 717:22
**real** [1] - 803:7
**reality** [1] - 748:13
**really** [16] - 737:22,
775:22, 779:18,
796:3, 805:22,
806:15, 806:16,
806:21, 811:2,
821:20, 824:2,
830:25, 832:20, 844:5
**reason** [9] - 740:6,
751:8, 769:9, 770:1,
772:3, 772:8, 831:15,
834:2, 834:5
**reasonable** [1] -
805:16
**reasons** [4] - 742:24,
804:18, 805:18,
819:21
**recap** [1] - 759:23
**recaps** [1] - 832:4
**receded** [1] - 790:21
**receipt** [1] - 776:6
**RECEIVED** [1] -
716:8
**received** [6] -
732:18, 749:5, 749:9,

749:16, 749:18, 844:2
**recent** [1] - 761:1
**recently** [2] - 796:2,
809:13
**recess** [2] - 783:3,
845:11
**recommend** [1] -
786:12
**recommended** [1] -
755:5
**recommending** [1] -
818:20
**record** [9] - 717:8,
719:2, 719:4, 723:1,
728:11, 729:1,
729:20, 816:17,
831:22
**record's** [1] - 758:11
**recoup** [1] - 751:1
**recuse** [1] - 819:25
**redacted** [6] -
735:15, 742:25,
743:19, 751:22,
792:5, 796:17
**redactions** [10] -
734:10, 742:23,
743:9, 751:21,
759:14, 773:21,
773:22, 783:22,
783:23, 796:16
**Redirect** [1] - 716:2
**reduce** [3] - 814:1,
823:3, 823:7
**reduced** [8] - 772:2,
772:9, 772:17,
772:20, 772:23,
772:25, 776:24,
837:17
**reduces** [2] - 813:9,
814:14
**reduction** [2] -
820:17, 820:20
**refer** [1] - 793:3
**referenced** [1] -
803:20
**referring** [2] -
739:16, 780:17
**refill** [2] - 741:22,
802:7
**reflects** [3] - 810:24,
811:6, 826:10
**regard** [1] - 768:25
**regarding** [2] -
809:24, 823:22
**regardless** [2] -
772:8, 842:23
**register** [1] - 825:24
**Regroup** [1] - 752:16
**regroup** [1] - 752:17
**regularly** [1] - 742:10

864

**reinvested** [1] - 810:1

**reiterated** [1] - 761:8

**rejection** [1] - 774:18

**related** [3] - 737:19, 771:11, 777:1

**relates** [2] - 742:5, 744:17

**relating** [1] - 792:24

**relations** [1] - 728:6

**Relations** [1] - 808:11

**relationship** [4] - 721:2, 762:3, 764:6, 788:11

**release** [1] - 758:22

**relevant** [1] - 826:13

**rely** [1] - 824:7

**remain** [2] - 718:10, 744:10

**remaining** [1] - 820:12

**remedy** [1] - 799:2

**remember** [7] - 723:8, 730:11, 730:14, 738:21, 741:13, 802:2, 830:4

**reminding** [1] - 783:2

**reopen** [2] - 764:11, 765:4

**reopened** [1] - 817:10

**reorganize** [1] - 765:12

**reorganized** [1] - 768:1

**repeat** [2] - 753:9, 760:5

**replenishment** [3] - 813:7, 814:4, 819:2

**report** [5] - 724:18, 784:16, 824:14, 825:1, 825:3

**REPORTED** [1] - 715:8

**REPORTER** [7] - 719:1, 722:25, 753:9, 760:5, 808:14, 811:4, 825:14

**Reporter** [2] - 715:8, 846:12

**reporting** [4] - 724:13, 724:19, 724:21, 823:25

**reports** [12] - 722:20, 723:19, 723:23, 724:6, 724:10, 724:17, 727:24, 784:15, 784:22,

825:21, 825:23, 826:2

**representative** [3] - 727:15, 727:18, 764:18

**representatives** [1] - 745:19

**represented** [1] - 803:12

**representing** [1] - 717:10

**reputation** [11] - 739:12, 739:16, 739:17, 739:22, 739:24, 739:25, 740:3, 740:10, 740:12, 742:6, 757:19

**request** [1] - 816:6

**research** [1] - 777:21

**resonates** [3] - 734:25, 740:15, 740:17

**resource** [2] - 785:5, 785:21

**resources** [1] - 756:11

**resourcing** [1] - 785:15

**respect** [3] - 792:19, 819:15, 823:19

**respective** [1] - 819:23

**response** [1] - 825:12

**responsibilities** [1] - 823:11

**responsible** [5] - 720:6, 818:22, 840:16, 840:21, 840:22

**rest** [6] - 735:1, 795:1, 795:7, 795:8, 830:11, 830:22

**result** [4] - 793:10, 801:9, 820:17, 822:8

**resulted** [5] - 782:3, 804:16, 804:18, 821:17, 821:18

**results** [3] - 751:6, 751:9, 814:4

**resume** [2] - 717:22, 845:7

**retail** [7] - 805:24, 814:12, 819:3, 823:15, 824:15, 827:13, 838:5

**retailers** [7] - 813:17, 813:22, 814:9, 814:17, 815:3, 821:19, 821:22

**return** [9] - 813:24,

813:25, 814:2, 814:14, 836:23, 837:14, 837:18, 838:12, 844:5

**revenue** [18] - 738:1, 748:22, 780:1, 781:18, 782:16, 804:4, 805:8, 805:21, 805:23, 810:14, 824:15, 832:18, 833:8, 833:13, 842:19, 842:20, 842:21

**revenues** [13] - 738:6, 738:9, 747:24, 813:23, 825:1, 825:4, 829:11, 830:8, 830:24, 842:8, 843:6, 843:7, 843:9

**reverse** [1] - 815:1

**reviewed** [1] - 743:23

**right-hand** [5] - 734:23, 745:21, 745:25, 748:6, 829:15

**rights** [9] - 739:22, 745:3, 746:3, 746:11, 746:15, 775:19, 776:1, 806:6, 806:8

**risk** [19] - 747:11, 747:15, 747:20, 749:23, 749:25, 750:1, 792:24, 793:3, 793:23, 794:1, 799:11, 799:23, 800:2, 800:3, 800:17, 801:9, 838:2, 838:13, 838:19

**risks** [1] - 793:11

**risky** [1] - 748:10

**Riverhead** [2] - 725:7, 756:5

**Rocket** [1] - 775:21

**role** [2] - 787:15, 794:11

**romance** [4] - 790:25, 821:2, 821:3, 821:4

**roof** [1] - 766:25

**Room** [1] - 715:10

**rough** [1] - 770:17

**roughly** [3] - 810:24, 829:18, 837:14

**route** [1] - 791:1

**routes** [2] - 753:17, 753:21

**row** [4] - 724:1, 724:22, 747:23, 754:3

**royalties** [4] - 776:18, 805:3,

805:10, 810:20

**royalty** [7] - 774:17, 775:6, 775:11, 775:17, 776:2, 776:14, 776:24

**rule** [2] - 778:1, 778:4

**rumors** [1] - 730:5

**run** [6] - 753:8, 753:12, 762:21, 780:17, 816:1, 840:20

**runaway** [1] - 748:15

**running** [4] - 757:11, 794:23, 795:4, 820:15

**runs** [1] - 840:14

**RYAN** [1] - 715:5

**Ryan** [1] - 717:20

## S

**S-K-U** [1] - 835:11

**sale** [6] - 729:22, 730:2, 730:5, 740:20, 741:1, 844:8

**sales** [24] - 749:1, 751:2, 758:23, 759:1, 759:4, 759:7, 781:17, 782:7, 786:3, 788:19, 788:25, 789:3, 811:24, 815:2, 819:5, 825:22, 826:1, 826:12, 828:18, 830:25, 831:1, 833:6, 836:6, 839:19

**sales)** [2] - 739:13, 780:19

**Sanderson** [1] - 789:6

**Sansigre** [2] - 723:20, 752:13

**Saturday** [2] - 752:3, 796:23

**saw** [2] - 784:18, 793:15

**Sawhney** [4] - 722:24, 723:14, 732:1, 752:8

**scale** [2] - 780:9, 780:11

**Scholastic** [10] - 737:22, 795:21, 830:3, 830:12, 830:15, 830:18, 832:12, 833:16, 833:17, 833:19

**Scholastic's** [1] - 738:1

**SCHUSTER** [1] - 715:3

**Schuster** [41] - 717:19, 728:10, 728:11, 729:9, 729:22, 729:24, 730:2, 730:4, 730:6, 730:8, 734:7, 735:2, 736:10, 737:14, 740:19, 740:21, 741:1, 741:11, 741:18, 765:9, 765:13, 765:15, 765:20, 766:14, 767:15, 769:5, 769:22, 770:3, 770:10, 770:24, 771:4, 771:19, 781:12, 783:13, 783:16, 791:19, 793:7, 818:24, 830:3

**Schwartz** [1] - 726:20

**Schwarz** [1] - 717:11

**SCHWARZ** [1] - 714:16

**science** [1] - 821:2

**scratch** [2] - 742:10, 754:15

**screen** [4] - 735:8, 735:14, 783:25, 792:6

**Scribd** [2] - 804:17

**SCU** [1] - 834:22

**SE** [2] - 714:6, 717:6

**seal** [1] - 744:10

**season** [1] - 758:24

**seated** [1] - 718:13

**second** [17] - 724:1, 728:22, 731:5, 740:23, 745:10, 746:2, 754:3, 757:24, 762:22, 778:6, 785:16, 786:15, 798:18, 834:8, 834:20, 835:18

**Second** [1] - 720:25

**second-to-the-last** [2] - 728:22, 786:15

**secure** [1] - 791:19

**see** [81] - 721:11, 723:1, 723:14, 724:2, 724:23, 727:11, 731:14, 732:4, 735:3, 736:3, 736:14, 736:18, 736:22, 737:3, 737:7, 737:10, 737:13, 739:10, 739:14, 743:11, 743:16, 745:8, 745:14, 745:21, 745:25, 746:5, 746:16, 747:1,

865

747:16, 748:1, 748:9, 749:2, 749:7, 750:4, 750:9, 751:6, 752:17, 753:18, 753:20, 753:23, 754:1, 754:9, 754:17, 759:25, 761:2, 763:2, 765:2, 771:9, 774:7, 774:10, 774:12, 774:22, 775:8, 778:8, 778:15, 778:23, 780:20, 785:7, 786:6, 786:19, 792:22, 793:1, 793:18, 795:8, 796:20, 797:17, 798:21, 798:24, 799:12, 805:25, 816:20, 827:8, 828:12, 828:22, 829:8, 829:22, 831:4, 833:2, 837:9, 838:4, 843:8

**seeing** [1] - 751:9
**segment** [2] - 801:4, 806:16
**segments** [1] - 750:7
**select** [2] - 740:5, 740:6
**self** [26] - 787:21, 788:16, 788:18, 788:20, 788:22, 788:24, 789:4, 789:8, 789:9, 789:11, 789:15, 789:18, 789:24, 790:8, 790:11, 790:19, 790:20, 790:23, 791:1, 791:4, 793:16, 793:21, 793:24, 821:5, 821:16, 825:6
**self-published** [9] - 788:18, 788:22, 788:24, 789:4, 789:9, 790:8, 793:24, 821:5, 821:16
**self-publishes** [1] - 789:15
**self-publishing** [16] - 787:21, 788:16, 788:20, 789:8, 789:11, 789:18, 789:24, 790:11, 790:19, 790:20, 790:23, 791:1, 791:4, 793:16, 793:21, 825:6
**sell** [23] - 739:22, 748:20, 749:4, 749:6, 749:8, 749:15, 749:19, 749:21, 770:9, 789:9, 789:23,

801:3, 806:6, 814:16, 815:7, 819:3, 824:15, 826:11, 828:16, 843:16, 843:17, 843:18, 843:19
**seller** [2] - 759:4
**selling** [2] - 803:13, 844:5
**send** [4] - 743:24, 815:12, 844:6, 844:21
**sending** [2] - 773:12, 799:6
**sends** [1] - 800:8
**senior** [1] - 723:21
**sense** [5] - 740:8, 769:19, 794:22, 795:4, 795:6
**sent** [17] - 731:16, 731:21, 731:24, 732:1, 738:12, 738:15, 752:2, 752:8, 759:20, 773:7, 784:4, 784:10, 796:23, 797:1, 837:20
**sentence** [8] - 775:5, 778:10, 780:16, 782:5, 785:16, 785:19, 786:1, 786:16
**sentences** [2] - 774:16, 814:24
**separate** [1] - 830:17
**September** [1] - 752:3
**series** [1] - 774:16
**seriously** [2] - 806:21, 824:24
**serve** [4] - 720:8, 783:13, 807:10, 807:12
**served** [1] - 808:1
**service** [3] - 784:16, 786:10, 839:4
**services** [2] - 720:21, 789:25, 790:5
**serving** [1] - 808:12
**SESSION** [1] - 714:8
**session** [1] - 845:13
**set** [2] - 731:16, 762:10
**sets** [2] - 720:4, 720:5
**setting** [2] - 840:18, 840:19
**settle** [1] - 835:14
**settled** [2] - 819:24, 820:1
**seven** [2] - 813:13, 837:12
**seven-days-a-week**

[1] - 813:13
**several** [7] - 722:20, 724:5, 724:9, 752:9, 758:6, 758:18, 813:15
**shape** [4] - 788:6, 788:9, 810:4, 823:6
**share** [64] - 741:20, 741:21, 741:22, 742:1, 780:19, 780:23, 780:24, 781:1, 781:6, 781:11, 781:12, 781:18, 781:25, 782:2, 782:7, 782:10, 782:12, 782:17, 795:3, 797:15, 797:21, 797:23, 797:25, 798:6, 798:14, 798:15, 798:24, 799:3, 799:20, 800:18, 800:20, 801:1, 801:5, 801:9, 801:18, 801:21, 801:22, 802:5, 802:7, 802:13, 802:17, 823:22, 825:8, 825:19, 826:15, 826:21, 826:22, 827:12, 828:7, 830:5, 831:3, 832:2, 832:7, 832:10, 832:23, 832:25, 836:15, 836:18, 836:19, 836:21, 837:10, 838:6
**shareholder** [5] - 764:8, 764:14, 764:19, 764:20, 780:18
**shareholders** [3] - 781:9, 781:15, 781:19
**shareholders'** [1] - 782:6
**shares** [6] - 820:1, 823:15, 823:16, 824:3, 824:8
**SHEARMAN** [2] - 715:3, 715:5
**shelf** [3] - 821:19, 821:22, 821:23
**shelves** [3] - 813:20, 813:21, 814:9
**shift** [4] - 781:23, 834:6, 834:7, 838:1
**shifts** [1] - 772:12
**SHORES** [1] - 715:5
**Shores** [1] - 717:20
**short** [3] - 738:21, 759:4, 813:4
**show** [2] - 722:15, 829:3

**showed** [1] - 816:13
**showing** [1] - 827:1
**shows** [3] - 734:23, 738:22, 822:23
**shrinking** [1] - 821:23
**shut** [2] - 764:11, 765:4
**shut-down** [2] - 764:11, 765:4
**shutter** [1] - 756:20
**shuttered** [2] - 756:4, 756:7
**sic** [2] - 729:22, 771:18
**side** [19] - 728:1, 734:23, 745:6, 745:21, 745:25, 748:6, 753:20, 765:20, 765:21, 788:14, 790:1, 808:17, 808:18, 819:7, 819:14, 829:15, 838:14
**sign** [3] - 794:9, 815:22, 815:25
**signal** [1] - 800:8
**signature** [3] - 729:5, 729:7, 839:4
**signed** [2] - 729:2, 791:23
**significant** [10] - 725:16, 726:8, 757:12, 759:1, 759:3, 760:22, 772:16, 772:22, 782:12, 810:6
**significantly** [7] - 772:2, 772:9, 772:25, 779:7, 792:5, 793:10, 828:22
**signing** [2] - 777:9, 811:14
**signoff** [1] - 799:18
**Silicon** [3] - 747:7, 747:16, 806:1
**Simon** [41] - 717:19, 728:10, 728:11, 729:9, 729:22, 729:24, 730:2, 730:4, 730:5, 730:8, 734:6, 735:2, 736:9, 737:14, 740:19, 740:21, 741:1, 741:11, 741:17, 765:9, 765:13, 765:15, 765:20, 766:14, 767:15, 769:4, 769:22, 770:3, 770:10, 770:24, 771:4, 771:19,

781:12, 783:12, 783:16, 791:19, 793:7, 818:24, 830:3
**SIMON** [1] - 715:3
**simplified** [1] - 721:20
**simulation** [1] - 829:13
**six** [3] - 724:22, 740:20, 815:10, 837:12
**sixth** [1] - 808:23
**size** [12] - 780:5, 781:12, 788:4, 793:5, 794:20, 794:21, 794:22, 794:25, 795:3, 810:25, 811:7, 830:2
**sized** [4] - 737:20, 738:2, 738:4, 812:7
**SKEW** [1] - 834:22
**skip** [1] - 814:19
**SKU** [3] - 834:24, 835:4, 835:7
**SKUs** [3] - 834:17, 834:22, 835:25
**sky** [1] - 734:2
**slide** [17] - 730:14, 730:15, 734:11, 734:18, 736:12, 737:12, 738:24, 745:3, 746:18, 750:3, 752:16, 753:6, 753:16, 784:18, 827:4, 827:6, 828:6
**Slide** [3] - 734:11, 734:14, 735:24, 736:6, 744:25, 746:22, 746:23, 750:2, 753:14, 827:24
**slides** [1] - 738:23
**slightly** [3] - 770:22, 772:1, 773:1
**sliver** [1] - 771:13
**slow** [2] - 826:6, 844:18
**slowed** [2] - 790:22, 831:21
**small** [9] - 742:9, 746:25, 771:13, 805:24, 807:11, 812:7, 821:10, 832:21
**small-format** [1] - 821:10
**smaller** [18] - 726:22, 727:8, 745:18, 757:5, 796:10, 813:16, 821:11, 833:1, 833:9, 833:13, 833:21, 834:12, 836:8,

866

836:19, 837:3, 838:3,
838:7
  **SMITH** [1] - 714:21
  **Smith** [1] - 717:15
  **so-called** [2] -
842:21, 844:21
  **societal** [2] - 806:20,
824:23
  **society** [4] - 806:22,
809:4, 809:7, 809:8
  **sold** [10] - 751:11,
825:23, 833:8, 833:9,
833:23, 834:9,
837:20, 841:22, 842:7
  **solid** [1] - 829:5
  **someone** [1] - 835:8
  **sometimes** [5] -
724:7, 745:12, 747:3,
767:13, 835:5
  **Sonoma** [1] - 824:20
  **soon** [1] - 765:13
  **sorry** [11] - 719:1,
722:25, 735:6,
740:16, 766:6,
779:24, 796:12,
811:4, 825:14,
830:14, 833:12
  **sort** [12] - 727:7,
804:13, 818:9, 821:9,
822:7, 824:2, 832:13,
835:5, 840:14, 841:3,
844:13
  **source** [5] - 820:23,
820:24, 825:13,
825:19, 825:21
  **Sourcebooks** [1] -
738:8
  **sources** [2] - 824:6,
824:9
  **space** [3] - 821:19,
821:22, 821:23
  **Spears** [1] - 796:4
  **special** [2] - 720:23,
824:19
  **specialized** [1] -
768:12
  **specialty** [1] - 768:12
  **specifically** [2] -
744:21, 744:25
  **speeches** [1] - 772:7
  **speed** [7] - 813:6,
813:14, 814:3, 819:1,
842:12
  **spell** [2] - 719:2,
835:10
  **spend** [6] - 720:17,
731:8, 734:16, 761:4,
805:21, 815:19
  **Spiegel** [5] - 755:18,
755:21, 756:3, 756:7,

756:16
  **split** [1] - 820:1
  **sport** [1] - 807:5
  **Spotify** [1] - 803:25
  **spread** [2] - 747:15,
747:20
  **staff** [3] - 750:12,
839:24, 840:25
  **stamp** [1] - 735:10,
735:22, 736:2
  **stand** [3] - 734:19,
760:2, 834:24
  **standing** [1] - 718:11
  **stands** [2] - 760:3,
835:4
  **Stars** [1] - 714:22
  **start** [6] - 750:13,
751:1, 774:6, 774:8,
803:16, 843:16
  **started** [12] - 720:24,
744:22, 753:5,
756:23, 757:4,
757:15, 775:21,
813:3, 815:1, 822:18,
834:5, 836:1
  **starting** [7] - 742:7,
754:15, 755:6, 786:8,
804:19, 818:11,
828:12
  **starts** [4] - 761:7,
785:24, 829:10,
841:15
  **startup** [2] - 742:14,
841:12
  **startups** [2] - 804:16,
822:23
  **state** [4] - 717:7,
719:2, 719:4, 750:8
  **statement** [3] -
738:19, 739:4, 739:8
  **States** [20] - 715:9,
717:5, 717:10,
737:17, 737:25,
741:15, 741:19,
741:25, 742:3,
763:25, 764:17,
788:13, 788:21,
807:23, 812:20,
815:10, 816:22,
822:22, 825:3, 846:13
  **STATES** [4] - 714:1,
714:3, 714:12, 714:17
  **stating** [1] - 785:5
  **stations** [1] - 824:19
  **statistically** [1] -
747:21
  **StatShot** [2] -
824:12, 826:15
  **steadier** [1] - 750:8
  **steadier-state** [1] -

750:8
  **Steel** [1] - 777:17
  **stenographic** [1] -
846:5
  **step** [5] - 815:6,
815:11, 821:13,
821:24, 841:24
  **Stephen** [1] - 717:18
  **STEPHEN** [1] - 715:2
  **steps** [1] - 820:9
  **STERLING** [2] -
715:3, 715:5
  **stick** [1] - 831:12
  **still** [10] - 770:2,
775:11, 776:15,
779:3, 804:17,
809:14, 831:24,
832:14, 836:2, 840:13
  **Stock** [1] - 835:1
  **stock** [8] - 758:15,
759:2, 759:7, 762:1,
762:21, 763:15,
816:23, 819:1
  **stocks** [1] - 758:10
  **stop** [8] - 749:12,
769:2, 769:9, 769:15,
797:21, 800:20,
837:2, 841:20
  **stops** [1] - 839:9
  **stores** [1] - 814:12
  **stories** [8] - 747:8,
772:4, 772:10,
772:15, 772:21,
805:12, 806:18, 821:5
  **story** [2] - 811:22,
844:15
  **straight** [1] - 737:1
  **strategic** [1] - 761:8
  **Strategic** [1] -
736:13
  **strategies** [2] -
761:22, 801:16
  **strategy** [12] - 720:4,
720:5, 720:7, 723:16,
732:2, 751:5, 751:6,
751:9, 752:9, 761:21,
784:17, 817:20
  **Street** [2] - 714:18,
715:6
  **strengthen** [1] -
814:13
  **strong** [5] - 779:15,
779:16, 802:5,
802:13, 802:17
  **stronger** [4] -
779:16, 814:9,
836:22, 838:18
  **structure** [2] - 737:2,
754:7, 819:15
  **structured** [1] -

730:13
  **stuff** [1] - 801:14
  **subject** [3] - 759:23,
810:18, 838:22
  **submissions** [1] -
745:13
  **submit** [1] - 745:11
  **subscription** [4] -
804:8, 804:9, 804:19,
804:25
  **subsequent** [2] -
777:13, 777:14
  **substantial** [1] -
741:3
  **succeed** [3] -
756:15, 757:5, 757:20
  **succeeding** [1] -
747:18
  **success** [6] - 719:16,
740:3, 740:10,
740:13, 757:8, 803:5
  **successes** [2] -
773:17, 782:14
  **successful** [5] -
742:18, 757:2,
757:15, 781:3, 816:23
  **Sue** [1] - 759:20
  **sued** [1] - 774:25
  **sufficient** [2] - 722:4,
802:10
  **summary** [1] - 832:1
  **super** [1] - 837:5
  **supervises** [1] -
840:14
  **supervisory** [1] -
791:12
  **supplier** [1] - 764:1
  **suppliers** [1] -
761:20
  **supply** [17] - 761:3,
761:25, 762:25,
764:3, 764:4, 812:12,
812:13, 812:15,
813:24, 814:3,
818:25, 819:5,
828:20, 828:21,
831:15, 837:5, 837:13
  **support** [6] - 762:18,
772:16, 772:22,
801:15, 812:10,
814:12
  **supporting** [3] -
811:21, 818:21
  **supports** [1] - 840:4
  **surprised** [1] -
763:18
  **suspense** [1] - 821:3
  **sustainable** [1] -
814:10
  **Swedish** [1] - 806:1

  **switch** [1] - 740:8
  **switched** [1] - 821:5
  **SWORN** [1] - 718:12
  **system** [2] - 764:4

| T |

  **tab** [7] - 721:6,
721:14, 728:22,
730:17, 751:14,
759:10, 773:2
  **Tab** [1] - 731:2,
731:13, 733:12
  **table** [1] - 717:10
  **tabs** [2] - 728:15,
730:24
  **tackle** [2] - 809:9,
809:21
  **tackles** [1] - 809:10
  **takeaways** [1] -
753:16
  **Talese** [1] - 725:20
  **tank** [2] - 808:7,
809:19
  **teaching** [1] - 750:11
  **team** [4] - 786:16,
799:9, 839:22, 839:23
  **teams** [1] - 800:24
  **tech** [1] - 723:8
  **technology** [2] -
717:12, 813:12
  **tectonic** [2] - 772:12,
805:8
  **television** [1] -
720:19
  **ten** [12] - 724:19,
779:2, 790:15, 791:1,
791:4, 804:14,
804:15, 813:10,
822:15, 822:19, 834:3
  **ten-ish** [1] - 822:19
  **tend** [2] - 789:4,
790:8
  **term** [1] - 803:15
  **terms** [9] - 781:1,
783:17, 786:3, 810:5,
811:1, 811:6, 811:12,
836:18, 842:22
  **testified** [2] - 726:13,
738:2
  **testify** [1] - 757:10
  **testimony** [7] -
738:18, 771:5,
782:25, 796:11,
801:24, 802:2, 845:8
  **testing** [1] - 776:9
  **that'll** [1] - 718:6
  **THE** [115] - 714:1,
714:3, 714:11,

867

714:15, 714:20, 715:2, 716:4, 717:1, 717:4, 717:13, 717:17, 717:21, 718:1, 718:4, 718:10, 718:13, 718:14, 718:20, 719:1, 721:13, 722:5, 722:8, 722:10, 722:15, 722:25, 723:6, 723:10, 728:22, 728:23, 729:13, 729:15, 733:2, 733:4, 734:12, 735:6, 735:12, 735:17, 735:21, 735:25, 736:3, 743:1, 743:2, 744:8, 744:11, 751:23, 752:23, 752:25, 753:9, 753:11, 759:18, 760:5, 760:7, 760:12, 760:14, 766:3, 766:5, 766:6, 766:11, 773:23, 773:25, 774:2, 779:24, 779:25, 782:21, 782:24, 783:2, 783:5, 783:24, 784:24, 785:1, 786:24, 791:25, 792:2, 792:8, 796:19, 796:20, 797:8, 797:10, 802:21, 808:14, 808:16, 811:4, 811:5, 817:12, 817:14, 817:15, 817:16, 825:14, 825:16, 827:18, 827:20, 828:3, 830:14, 830:16, 831:4, 833:12, 833:15, 834:21, 835:7, 835:8, 835:9, 835:10, 835:12, 835:14, 835:22, 835:23, 843:2, 843:5, 843:8, 843:10, 843:11, 845:3, 845:6, 845:9, 845:10

**theoretically** [1] - 780:15

**Theory** [1] - 786:13

**thereafter** [1] - 820:16

**Thereupon** [3] - 718:8, 783:3, 845:11

**they've** [3] - 756:23, 828:21, 836:21

**thinking** [1] - 778:17

**third** [8] - 727:11, 730:17, 737:1, 761:7, 769:14, 774:7, 792:20, 828:15

**third-party** [1] - 828:15

**thirds** [3] - 778:4, 810:24, 811:5

**Thomas** [1] - 720:8

**thoughts** [2] - 773:14, 776:23

**thousands** [1] - 747:5

**threat** [10] - 757:12, 790:12, 790:16, 790:20, 803:19, 803:22, 805:2, 806:9

**threaten** [2] - 770:25, 771:6

**three** [12] - 723:4, 750:6, 750:17, 750:19, 751:5, 754:15, 755:10, 755:11, 777:24, 798:10, 805:25, 812:5

**threshold** [4] - 794:9, 794:11, 794:15, 815:23

**thrived** [1] - 804:20

**thriving** [1] - 831:12

**throughout** [1] - 817:22

**thrust** [1] - 736:13

**timeframe** [2] - 828:9, 829:17

**timeline** [1] - 841:3

**timely** [1] - 758:4

**timing** [1] - 740:18

**title** [10] - 719:9, 734:18, 734:22, 735:1, 736:6, 736:9, 745:3, 746:24, 750:2, 752:16

**titles** [10] - 747:10, 747:14, 748:8, 748:17, 758:18, 820:17, 820:20, 834:18, 835:3, 835:14

**to-be-published** [1] - 766:24

**to..** [1] - 795:13

**today** [24] - 718:24, 724:1, 727:14, 743:25, 769:2, 769:4, 769:7, 769:9, 769:19, 770:22, 770:23, 771:10, 775:10, 777:2, 790:14, 790:16, 790:20, 791:5, 793:24,

803:19, 809:15, 822:21, 834:14, 836:10

**together** [10] - 727:24, 765:16, 765:17, 766:15, 767:17, 770:3, 775:21, 792:21, 818:15, 840:19

**top** [11] - 722:12, 734:21, 738:7, 747:6, 748:6, 748:7, 748:17, 798:13, 799:20, 803:13, 831:4

**topic** [11] - 738:22, 742:5, 757:23, 765:7, 765:16, 772:1, 773:1, 782:19, 783:10, 796:2, 796:13

**touch** [1] - 822:9

**towards** [1] - 833:5

**track** [8] - 794:20, 810:22, 823:12, 823:14, 823:18, 823:25, 824:7, 835:17

**tracks** [4] - 824:2, 825:24, 825:25, 826:12

**trade** [6] - 737:6, 817:8, 821:7, 821:8, 821:9, 821:11

**traditional** [3] - 787:22, 789:16, 790:6

**traditionally** [4] - 790:7, 790:24, 822:1

**Transatlantic** [1] - 808:8

**TRANSCRIPT** [1] - 714:11

**transcript** [4] - 834:21, 835:13, 846:5, 846:6

**transformation** [2] - 774:12, 804:3

**translated** [3] - 731:14, 732:12, 732:14

**translation** [5] - 730:25, 731:2, 731:3, 731:10, 732:10

**translations** [1] - 731:1

**treat** [3] - 765:8, 765:10, 769:5

**tree** [1] - 753:24

**trend** [4] - 821:14, 822:3, 833:21, 834:4

**TRIAL** [1] - 714:11

**trial** [2] - 717:22, 755:17

**tried** [2] - 756:12, 775:25

**trouble** [1] - 826:7

**true** [7] - 747:21, 749:18, 777:23, 826:22, 839:3, 846:4, 846:5

**try** [12] - 746:21, 789:17, 802:11, 803:23, 809:20, 812:25, 841:16, 841:17, 842:12, 843:16, 843:17, 844:13

**trying** [5] - 740:25, 741:1, 775:18, 841:25, 842:12

**Tuesday** [1] - 721:18

**turn** [27] - 728:14, 730:15, 731:13, 733:12, 733:23, 734:14, 742:5, 742:22, 744:24, 746:22, 750:2, 751:13, 753:14, 757:23, 759:10, 765:7, 773:1, 773:2, 783:20, 788:16, 791:7, 792:10, 796:13, 796:15, 798:9, 827:24, 838:22

**turnaround** [2] - 813:12, 831:24

**turned** [1] - 816:6

**turning** [2] - 742:15, 757:6

**two** [31] - 718:22, 739:8, 751:5, 757:10, 763:23, 769:13, 769:15, 774:14, 778:2, 780:7, 786:20, 798:10, 804:13, 805:25, 810:17, 810:18, 810:24, 811:5, 811:19, 812:4, 819:9, 819:18, 820:9, 824:9, 826:9, 831:10, 831:18, 832:20, 833:4, 836:12

**two-thirds** [2] - 810:24, 811:5

**types** [1] - 840:6

**typically** [1] - 745:11

**typo** [1] - 731:22

## U

**U.S** [32] - 724:14, 727:21, 737:13,

760:21, 774:20, 794:9, 797:3, 798:9, 798:24, 802:1, 802:4, 802:12, 810:7, 810:21, 810:24, 810:25, 811:2, 811:6, 811:8, 811:11, 812:8, 812:15, 812:17, 816:1, 818:10, 818:11, 818:17, 829:6, 829:7, 831:11, 832:20

**Uber** [1] - 785:5

**uber** [2] - 785:15, 785:21

**Uber-resource** [1] - 785:5

**uber-resource** [1] - 785:21

**uber-resourcing** [1] - 785:15

**ultimately** [3] - 805:9, 813:23, 820:6

**unavailability** [1] - 758:19

**under** [11] - 744:10, 746:2, 754:6, 754:23, 762:22, 766:24, 776:16, 798:23, 826:15, 826:18, 830:10

**underlined** [1] - 798:23

**underlying** [1] - 779:17

**underneath** [4] - 723:13, 736:12, 745:10, 840:22

**underperformance** [1] - 818:4

**underrepresented** [1] - 836:9

**unfortunately** [5] - 770:7, 828:8, 829:10, 831:20, 837:19

**unhappy** [1] - 782:16

**unique** [2] - 750:1, 841:11

**United** [19] - 717:5, 717:10, 737:17, 737:25, 741:15, 741:19, 741:25, 742:3, 763:25, 764:17, 788:12, 788:21, 807:23, 812:20, 815:10, 816:22, 822:22, 825:3, 846:13

**united** [1] - 715:9

**UNITED** [4] - 714:1,

714:3, 714:12, 714:17
**units** [3] - 835:1, 835:3, 842:7
**universe** [1] - 728:5
**Unlimited** [1] - 804:19
**unlimited** [3] - 810:2, 810:3, 815:20
**unpack** [1] - 748:16
**unredacted** [2] - 744:9, 792:16
**untouched** [1] - 819:14
**unwieldy** [2] - 730:19, 731:11
**up** [26] - 726:24, 730:2, 742:19, 742:21, 751:15, 761:4, 773:17, 779:7, 783:25, 785:21, 790:14, 791:5, 794:23, 795:4, 807:8, 808:17, 814:3, 829:5, 829:20, 830:10, 831:18, 832:13, 838:19, 838:21, 840:1, 842:12
**update** [4] - 718:2, 718:3, 743:10, 759:24
**upgrading** [1] - 812:19
**upstream** [3] - 823:18, 824:2
**usual** [1] - 819:14

**V**

**Valley** [3] - 747:7, 747:16, 806:1
**valuation** [4] - 779:4, 779:6, 779:10
**value** [13] - 753:17, 755:2, 778:11, 778:13, 778:18, 779:1, 779:11, 779:19, 780:3, 814:25, 815:6, 815:11, 816:8
**valued** [1] - 819:23
**values** [1] - 806:19
**ventures** [1] - 776:10
**version** [7] - 731:6, 735:15, 742:25, 744:9, 751:15, 751:22, 796:17
**versus** [6] - 717:5, 780:19, 782:6, 782:7, 782:17, 820:10
**vertically** [3] - 761:9,

761:13, 761:23
**via** [1] - 834:9
**viable** [1] - 754:24
**Viacom** [4] - 729:21, 730:2, 740:20, 741:1
**ViacomCBS** [2] - 717:19, 729:2
**VIACOMMCBS** [1] - 715:3
**vice** [2] - 723:21, 807:18
**view** [2] - 740:2, 803:22
**Viking** [2] - 725:6, 767:4
**Vintage** [1] - 725:19
**violate** [3] - 765:22, 766:3, 766:8
**virtual** [1] - 792:13
**virtually** [2] - 792:14, 792:15
**visible** [2] - 835:20, 838:16
**vision** [2] - 839:15, 839:16
**volatility** [1] - 832:13
**volume** [4] - 761:17, 763:24, 793:9, 817:18
**vs** [1] - 714:5

**W**

**waiting** [2] - 750:24, 750:25
**waits** [1] - 777:9
**wall** [2] - 808:15, 808:17
**Walmart** [1] - 821:21
**wants** [2] - 771:18, 839:18
**war** [2] - 808:9, 808:16
**War** [1] - 721:1
**warehouse** [1] - 813:12
**warehouses** [1] - 813:8
**Washington** [7] - 714:6, 714:18, 715:6, 715:11, 809:16, 809:17, 846:14
**ways** [2] - 780:7, 844:10
**wealth** [1] - 809:6
**week** [5] - 738:12, 738:15, 813:13, 820:25, 822:6
**weekly** [2] - 825:22, 830:5

**Weekly** [1] - 823:24
**weeks** [2] - 746:8, 791:18
**welcome** [1] - 718:17
**well-known** [2] - 725:3, 726:19
**West** [1] - 813:9
**whatnot** [2] - 765:4, 824:3, 824:20
**white** [2] - 758:12, 761:15
**whole** [12] - 720:12, 720:24, 728:5, 729:6, 738:22, 762:8, 781:22, 787:20, 813:17, 814:6, 840:21
**wholesale** [1] - 776:2
**wide** [1] - 749:20
**widely** [1] - 819:2
**Williams** [1] - 824:20
**Williams-Sonoma** [1] - 824:20
**willing** [3] - 741:2, 741:6, 838:18
**win** [5] - 801:12, 801:14, 841:4, 841:8, 841:25
**wise** [1] - 837:3
**with..** [1] - 767:9
**witness** [5] - 718:5, 718:8, 719:2, 774:19, 802:20
**WITNESS** [27] - 718:12, 718:14, 728:23, 743:2, 753:11, 760:7, 766:5, 766:11, 779:25, 783:2, 796:20, 808:16, 811:5, 817:14, 817:16, 825:16, 828:3, 830:16, 831:4, 833:15, 835:8, 835:10, 835:14, 835:23, 843:5, 843:10, 845:9
**WITNESSES** [1] - 716:4
**won** [3] - 769:11, 769:16, 769:24
**wonderful** [2] - 828:17, 828:21
**word** [8] - 739:16, 772:16, 772:22, 782:7, 793:3, 798:23, 835:15, 844:14
**works** [3] - 724:5, 724:9, 824:13
**World** [3] - 721:1, 726:12, 757:14

**world** [10] - 721:1, 724:19, 778:13, 778:21, 804:24, 811:20, 811:23, 812:8, 815:9, 836:16
**worldwide** [1] - 810:21
**worth** [1] - 741:12
**wrap** [1] - 726:24
**write** [4] - 743:18, 782:13, 786:16, 844:23
**writer** [1] - 777:20
**writing** [3] - 772:18, 772:21, 773:17
**written** [5] - 745:11, 750:25, 751:10, 841:5, 841:9
**wrote** [2] - 778:22, 784:4

**Y**

**year** [15] - 742:10, 747:5, 754:16, 755:12, 777:18, 779:5, 811:16, 815:19, 817:4, 817:23, 822:24, 824:16, 833:7, 833:13, 837:22
**years** [60] - 720:14, 720:25, 730:6, 742:15, 750:17, 750:19, 751:5, 755:10, 758:4, 758:6, 761:1, 762:6, 764:16, 770:16, 777:15, 777:19, 777:21, 779:2, 780:16, 790:15, 791:2, 791:4, 798:10, 804:14, 804:15, 804:16, 804:22, 805:25, 808:1, 808:2, 809:3, 810:8, 812:14, 813:1, 813:10, 814:25, 815:2, 815:5, 815:10, 815:16, 817:16, 817:18, 819:19, 821:12, 822:6, 822:15, 822:19, 828:18, 831:10, 831:18, 833:4, 834:3, 836:2, 837:11, 837:12, 837:15
**years-plus** [1] - 815:16
**York** [5] - 715:4, 792:14, 792:15,

815:13
**young** [1] - 806:19
**Young** [3] - 726:25, 727:6, 727:7
**yourself** [2] - 773:7, 806:18

**Z**

**zero** [3] - 750:17, 834:11, 834:15

**Á**

**Á** [1] - 805:16