IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )     CV No. 21-2886
                                   )     Washington, D.C.
         vs.                       )     August 4, 2022
                                   )     2:00 p.m.
BERTELSMANN SE & CO. KGAA, ET AL., )
                                   )
            Defendants.            )     Afternoon Session
_____)
```

TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE FLORENCE Y. PAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          John R. Read
                            Ihan Kim
                            Melvin A. Schwarz, I
                            Jeffrey Vernon
                            Sara Licht
                            Lisa Scanlon
                            Meagan K. Bellshaw
                            U.S. DEPARTMENT OF JUSTICE
                            Antitrust Division
                            450 Fifth Street, NW
                            Washington, D.C. 20530
                            (202) 307-0468

```
APPEARANCES CONTINUED:

For Defendants
Bertelsmann
and Penguin Random House:        Daniel M. Petrocelli
                                 O'MELVENY & MYERS LLP
                                 1999 Avenue of the Stars
                                 8th Floor
                                 Los Angeles, CA 90067
                                 (310) 553-6700
                                 Email: dpetrocelli@omm.com

                                 Daniel L. Cantor
                                 Abby Rudzin
                                 O'MELVENY & MYERS LLP
                                 7 Times Square
                                 Times Square Tower
                                 New York, NY 10036
                                 (212) 326-2000
                                 Email: dcantor@omm.com


For Defendants
ViacomCBS
and Simon & Schuster:            Stephen Fishbein
                                 SHEARMAN & STERLING, LLP
                                 599 Lexington Avenue
                                 New York, NY 10022
                                 (212) 848-4000
                                 Email: sfishbein@shearman.com

                                 Ryan A. Shores
                                 SHEARMAN & STERLING LLP
                                 401 9th Street, NW
                                 Washington, D.C. 20004
                                 (202) 508-8058
                                 Email:
                                 ryan.shores@shearman.com

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249
Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

871

```
 1                            – – –

 2                        WITNESS INDEX

 3                            – – –

 4   WITNESSES           DIRECT CROSS REDIRECT RECROSS

 5   PLAINTIFF's:

 6   MARKUS DOHLE                872     881      904
     BRIAN TART          907     950     992
 7                            – – –

 8                       INDEX OF EXHIBITS

 9                            – – –

10   PLAINTIFF'S                          ADMITTED

11   136                                    906

12   PX320                                  924

13   PX324                                  925

14   PX326                                  927

15   PX39                                   929

16   PX328                                  932

17   PX197                                  935

18   161                                    937

19   PX41                                   938

20   PX332                                  942

21   PX54                                   945

22                            – – –

23                       INDEX OF EXHIBITS

24   DEFENDANT'S                          ADMITTED

25   406                                    993
```

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.
 3              The Court is back in session.  Please be seated,
 4    everyone, and come to order.
 5              THE COURT:  Good afternoon.
 6              Good afternoon, Mr. Dohle.
 7              THE WITNESS:  Good afternoon.
 8              THE COURT:  Mr. Petrocelli.
 9              MR. PETROCELLI:  Thank you, Your Honor.  Nice to
10    see you.
11              THE COURT:  You're still under oath, Mr. Dohle.
12              THE WITNESS:  Okay.
13                          - - -
14                         MARKUS DOHLE
15    Called as a witness on behalf of the Plaintiff,
16    having been previously duly sworn, resumed the stand and
17    testified further as follows:
18                   CROSS-EXAMINATION (CONTINUED)
19    BY MR. PETROCELLI:
20         Q    So I got a little off on a detour at the end of
21    the morning session.  I want to go back to the internal
22    bidding issue, okay?
23         A    Okay.
24         Q    So are you oriented there now?
25         A    Sure.
```

873

```
 1        Q    Okay.

 2             So Mr. Read asked you about your commitment to the

 3   agent and author community and I'd like to follow up on

 4   that.

 5             And there was some back and forth also about what

 6   would violate your commitment.  So just so we can be very

 7   clear on the record, your commitment to the agent and author

 8   community was exactly what?

 9        A    It is that if, in a competitive bidding situation

10   in an auction, there are only Penguin Random House and

11   Simon & Schuster imprints left in that auction, the auction

12   would not stop but continue so Simon & Schuster imprints

13   would be treated like an external bidder.

14        Q    And what would violate that commitment?

15        A    Taking that commitment away and treating

16   Simon & Schuster like an internal bidder would undo it and

17   violate it.

18        Q    And you indicated that it's not a legally binding

19   commitment, right?

20        A    Unfortunately not.

21        Q    Okay.

22             So is there any reason why you couldn't just

23   renege on it the day after this merger was cleared?

24        A    Oh, yes.

25        Q    What's the reason?
```

1      A      Well, my experience in almost 30 years in business

2  and in the publishing industry is if you grant your trusted

3  business partners, in this case, agents and authors, an

4  additional service, an additional, call it advantage, you

5  are unable -- practically unable to take it away.  It would

6  undermine that trustful relationship.  I think it would

7  damage our business in that agents and authors would not

8  appreciate it and would feel betrayed.

9          So if you grant a service, it is practically not

10  possible to take it away.

11      Q      Okay.

12          THE COURT:  Can I follow up on that?  What do you

13  think agents and authors would do if you reneged?

14          THE WITNESS:  The agent community would, of

15  course, argue against it because it is something that we

16  granted them, we gave it to them, like we gave them video

17  rights 50 years ago and we never got them back, like we

18  granted book sellers in the Depression to be able to send

19  books back 90 years ago and we could never take it back and

20  returns still exist in the industry, we talked about that,

21  it's one of the few industries on the planet that have such

22  a right, that has such a right.

23          There are so many examples for it.  So if you give

24  terms, whether it's to customers, better terms of business

25  or whether it's authors and agents, from my perspective, you

 1    better continue with that business practice.

 2          THE COURT:  Are there other examples you give are

 3    industry-wide practices, things like video rights and return

 4    rights, you would be the only publisher in the industry to

 5    do this.  And I don't think, correct me if I am wrong,

 6    agents are not going to take your money because you're doing

 7    this if you're the high bidders, they're still going to

 8    choose you.

 9          THE WITNESS:  If I undid it?

10          THE COURT:  Yes.

11          THE WITNESS:  The fact of the matter is that the

12    agents told me that their concern is rather perception than

13    based on data, number one.  Number two, I don't think that

14    for us, that external bidding rule has a material financial

15    impact because of the rareness of, in round robin auctions,

16    Penguin Random House and Simon & Schuster being the last

17    bidders.

18          I'm also considering it to broaden it for Penguin

19    Random House.  I think the notification happens very, very

20    rarely, the notification of agents on the Penguin Random

21    House side.  So what Ms. McIntosh and I are considering, no

22    decision yet, is to even broaden the opportunity, but no

23    decision yet.

24          I think it's a good decision for us without any

25    material financial impact.

```
1              But I agree with you that it's -- the comparisons
2    are like we do something or industry-wide, I don't know who
3    started the returns and perhaps others, you know, had to
4    also agree to it, but it's an industry-wide practice, you're
5    absolutely right.
6              THE COURT:  Go ahead, Mr. Petrocelli.
7              MR. PETROCELLI:  Thank you, Your Honor.
8    BY MR. PETROCELLI:
9       Q    So let's talk a little bit about your pursuit of
10   the Simon & Schuster transaction.
11      A    Mr. Petrocelli, also, we have in our plan for the
12   new company going forward for the next years, we would have
13   never thought about there is room for reducing author
14   commitments or whatnot.
15             Our plan is -- part of our business plan is to
16   increase our author investments.  So we would have never
17   thought like of any impact here in a way that would reduce.
18      Q    So in connection with the pursuit of the Simon &
19   Schuster transaction, just following up on what you just
20   said, was there ever any internal planning, calculations or
21   even discussions about reducing author compensation?
22      A    And even this external bidding or whatnot so
23   rarely, it didn't come to our minds so we were -- basically,
24   our projections are to grow the newly combined company and
25   not lose market share again.  We are basically paying
```

1   $2.2 billion to actually replace our lost market share in

2   this case.  And that includes, of course, if we want to

3   grow, we have to invest more into books in a very

4   competitive marketplace so our author commitments and author

5   costs are going up.

6       Q    So post-merger your plan is to continue to grow?

7       A    That is part of our, you know, official business

8   plan and investment proposal.

9       Q    Is that organic growth?

10      A    That's correct.

11      Q    Now, just briefly on the S&S, Simon & Schuster

12  transaction, how did you come about and how did you get

13  interested in recommending this to Bertelsmann?

14      A    There had been rumors for more than a decade that

15  one day CBS Viacom today, Paramount Global, would -- might

16  sell Simon & Schuster.  I remember 15 -- 10, 15 years ago

17  everyone thought Amazon would actually buy them.

18          So when we heard that there is an opportunity, I

19  immediately informed Bertelsmann and recommended to be in

20  the process and try to acquire Simon & Schuster.

21      Q    Now, I'd like to have you just briefly describe to

22  the Court your rationale for the transaction, but I want to

23  be careful here, because we have an agreement that we're not

24  going to get into the subject of efficiencies.

25      A    Okay.

1    Q    So that'll be for another day.  So you can save

2    that.  But just generally, what was your thinking behind

3    pursuing the transaction and recommending it to the company?

4    A    Sure.

5         I told Bertelsmann that I'm convinced that we are

6    the best home for the community of imprints of Simon &

7    Schuster, for the following reasons.

8         I was convinced, like I was convinced in the

9    Penguin Random House case, which is widely seen as a big

10   success also at Bertelsmann, that if we allow the Simon &

11   Schuster books, frontless books and the catalog, their rich

12   catalog, to be call it plugged into our market leading

13   supply chain that we've invested more than $250 million

14   into, it would make the books more available on the shelfs

15   in more sales outlets, domestically and internationally, and

16   it would result in higher sales, which retailers, authors,

17   via royalties, and readers would benefit from and ultimately

18   also Penguin Random House would benefit from that.

19        And then on top of that come economies of scale

20   that give us the opportunity to bid more for a book.

21   I'm not talking about efficiencies, only economies of scale

22   and still make a sufficient profit.

23   Q    Okay.  Thank you.

24        I think I just have one final topic I'd like to

25   ask you about.

1          You understand the government is asserting that

2    there's a market that consists of anticipated top selling

3    books which had further defines to mean books sold for

4    $250,000 advances or more.  You understand that?

5          A    I understand that.

6          Q    Okay.

7              Does Penguin Random House have any setup in its

8    company designed specifically to deal with that segment of

9    the advances?

10         A    No.

11         Q    Does it have any special editorial group or

12   designated editors to negotiate and acquire books at 250 and

13   above?

14         A    No.

15         Q    Does it have any specific editorial services for

16   that group?

17         A    No.

18         Q    Does it have any special marketing or public

19   relations group designed just to deal with larger advance

20   books?

21         A    No.

22         Q    Does it have any special sales processes or

23   procedures to deal with large advance books?

24         A    No.

25         Q    And by that I meant books 250 and above.

1        A      No, we don't.

2        Q      Okay.

3               And is their sales force, do they always know the

4    advances associated with a book?

5        A      No, not at all, we don't share advances with our

6    sales force.

7        Q      And is there any specific method of distribution

8    associated with books with advances of $250,000 or more?

9        A      No.

10       Q      And same would be true with printing, right?

11       A      Correct.

12       Q      Does the company have any kind of customer --

13   excuse me, not customer, but author reports or break-ups

14   dividing authors into categories that their advances are

15   $250,000 or above?

16       A      Not that I'm aware of.

17       Q      Are you aware of any $250,000 thresholds discussed

18   at trade shows or industry conventions?

19       A      No.

20       Q      When you look at market share data, have you ever

21   looked at shares for books acquired for more than $250,000

22   as opposed to those under 250,000?

23       A      No.

24       Q      Have you ever asked your team to prepare any

25   reporting that separates books acquired for 250,000 or more

```
 1    from books acquired for less?
 2         A    No, I haven't.
 3         Q    Have you ever provided reporting to your superiors
 4    at Bertelsmann, separating books acquired for 250,000 or
 5    more from books acquired for less?
 6         A    No.
 7              MR. PETROCELLI:  Thank you, Your Honor.
 8              THE COURT:  Thank you, Mr. Petrocelli.
 9              MR. PETROCELLI:  I pass the witness.
10              MR. READ:  May I proceed, Your Honor?
11              THE COURT:  Yes, you may.
12                        -  -  -
13                   REDIRECT EXAMINATION
14    BY MR. READ:
15         Q    Good afternoon, Mr. Dohle.
16         A    Hello, Mr. Read.
17         Q    I want to follow up on a couple of the printing
18    questions that Mr. Petrocelli asked you.
19         A    Sure.
20         Q    And let's go back to PX983 if we could.
21              It's the last one.
22         A    Thank you.
23         Q    Yeah, let me ask some preliminary questions before
24    we get into the document.
25         A    I have the document in front of me.
```

1    Q    Yeah.

2        At Bertelsmann, you were an advocate for the

3    investment by Bertelsmann into the printing assets, right?

4    A    That's correct.

5    Q    And one of the reasons is you want something to

6    show for that asset with regard to Penguin Random House

7    publishing?  You want there to be some benefit to Penguin

8    Random House publishing, that's why you advocated investing

9    into the printing assets?

10   A    I hope we would.

11   Q    Yeah.

12       And if you could look at the final bullet below

13   where we talked before, so it's above the next steps.

14   Do you see that?

15   A    I see that.

16   Q    And that bullet reads, "Penguin Random House is

17   willing to help with financial incentives to increase our

18   capacity and make it financially attractive to print Penguin

19   Random House's allocated units even if overall capacity goes

20   down."

21       Do you see that?

22   A    I do.

23   Q    So Penguin Random House was willing to work with,

24   invest with Berryville Graphics to work together like a

25   vertically integrated company?

```
 1        A     No.

 2        Q     Well, you were hoping to invest in Berryville

 3   Graphics to help them?

 4        A     I'm happy to give context.

 5              We -- it was a time here -- this is now '19, this

 6   is before COVID.

 7              So our contractual commitments were not fulfilled.

 8   They said, like, they have labor issues, no one comes in at

 9   the weekend and stuff.

10              And we were willing to give them, to help them

11   financially even and, say, like, hey, we know it's a tough

12   business, printing is a tough business, I was in it for many

13   years so I know it very well firsthand, and I also ran the

14   U.S. publishing printing companies.

15              We are willing to help.  We have done the same

16   with LSC and supported them with financial invest -- you

17   know, financial support and bonuses if they get the job

18   done.

19        Q     Let me re-ask the question and highlight what

20   I should have.

21              The effort to invest and help Berryville even with

22   all these labor shortages and other issues illustrates how

23   important having the printing capacity is for a publisher

24   like Penguin Random House?

25        A     That's correct, Mr. Read.
```

1    Q    In response to some of Mr. Petrocelli's final

2    questions about, are there tracking 250,000 and above

3    authors, you recall those questions, isn't it true that

4    Penguin Random House sometimes tracks key authors?

5    A    In which way?

6    Q    It sometimes discusses and categorizes authors as

7    key authors?

8    A    Might be, yes.

9    Q    Yeah.

10    And these are the kinds of authors Penguin Random

11    House wants to recruit?

12    A    I hope we have a lot of key authors, but we also

13    have dreams of authors that we would love to publish.

14    Q    So there is a concept of some authors being

15    important and wanting to recruit and cultivate?

16    A    If we have an opening and a chance to get

17    attractive authors on board, we immediately go in and try to

18    get them to Penguin Random House, sure.

19    Q    Yeah.  Attractive authors is a good word, right?

20    It signifies those authors that are particularly important

21    to Penguin Random House?

22    A    Authors that our editors would love to publish.

23    Q    Okay.

24    And so categorizing that idea of authors that

25    editors love to publish, that's something that Penguin

```
 1    Random House tries to do, tries to figure out that group?
 2         A    No.
 3         Q    No?
 4         A    On a Penguin Random House level?  That happens on
 5    an editorial level.
 6         Q    But it happens within the company?
 7         A    Editors have, I'm sure, dream authors that they
 8    would love to publish.
 9         Q    Let's go to one of the discussions you had with
10    Mr. Petrocelli.  He presented you a chart about sales over
11    time.  We don't need to look at the chart, but you walked
12    through it carefully of Penguin Random House's sales being
13    down a bit on share and others.
14         A    I don't like that chart, yeah.
15         Q    Okay, we won't show it to you.  No bad dreams.
16              That was a chart about retail sales.  Let's just
17    make sure we've got it, right?
18         A    Yeah.
19         Q    So it's about sales to Barnes & Noble and all
20    sorts, it's not about author acquisitions?
21         A    And consumer spending.
22         Q    Yeah.  It's not about top seller author
23    acquisitions and that kind of share?
24         A    Overall.
25         Q    I want to understand a little bit the kinds of
```

 1   books that are included in that data, okay?

 2          You said the data came from BookScan?

 3      A   Correct.

 4      Q   And let's talk a little bit about the kinds of

 5   books that are included in that BookScan data.

 6      A   Sure.

 7      Q   You're aware that that includes the sale of

 8   Bibles?  It includes the sale of Bibles, King James version,

 9   some of the new -- other versions of Bibles.  That's

10   included in that data?

11      A   Correct.

12      Q   I mean, it includes coloring books?

13      A   Yes.

14      Q   Dictionaries?

15      A   If they have an ISBN, sure.

16      Q   Encyclopedias?

17      A   That's my assumption.

18      Q   Magic trick books?

19      A   Can you repeat that.

20      Q   Magic books, magic trick books?

21      A   Yes.

22      Q   Calendars?

23      A   Yes.

24      Q   Puzzles?

25      A   Correct.

1      Q    Sudoku and crossword puzzle books?

2      A    Correct.

3      Q    Diaries, journals?

4      A    Do they have ISBNs?  Do they have like BookScan?

5 I don't know the answer to that question.

6      Q    Math workbooks?

7      A    Educational books?  I don't know the answer to

8 that question, Mr. Read.

9      Q    SAT or study aids?

10     A    Yes, we publish many.

11     Q    It includes back list books?

12     A    Correct.

13     Q    So books like Stephen King's *Carrie*, right?

14     A    Correct.

15     Q    It includes books that are out of copyright like

16 *Don Quixote*?

17     A    Yes.

18     Q    And so this is a measurement that's of something

19 different than what we're talking about at this trial,

20 right?

21     A    Yes, it's the books that are in demand and the

22 development of our share of those books in the marketplace.

23     Q    And does Penguin Random House ever measure its

24 share of *New York Times* bestsellers?

25     A    I think someone counts them in the industry, but

all bestsellers lists are so different from each other.  We

are looking at the *New York Times* bestseller list, correct,

we are looking at that.

Q     That's something you look at?

A     Oh, yeah.

Q     And Penguin Random House's share in that looks

very different, doesn't it?

A     I don't measure it.  I don't know.

Q     So as you observed Penguin Random House's share in

this big book market, that includes puzzles and coloring

books, work-for-hire books, right?

A     Yes.

Q     As you've considered that and measured that, has

Penguin Random House ever thought about lowering its retail

prices in order to stem those share losses?

A     Not to my knowledge.  I think we are very

competitive in our pricing.

Q     Right.  And so you've never pulled the lever of

retail price in order to solve the share issue?

A     I don't even think it would have resolved the

demand issue for our books.

       We also do coloring activity and we have a lot

of -- we have a publishing house that -- Dorling Kindersley,

they very rarely buy a book with an advance.  They actually

create their own intellectual property.  We also own the

1    Eric Carle, *Very Hungry Caterpillar* intellectual property.

2    So we are in many of those businesses that you just

3    mentioned like coloring activity.  We do that -- we've done

4    that for many years for Disney, and we are also in the

5    college work for hire, we are in our own development of the

6    intellectual property.  We are not only in the advance

7    business.

8         Q    Right.  From your perspective, it's a big business

9    and you have aspects working on color books, you'd like to

10   make more sales there, more sales of Eric Carle's book?

11        A    Sure.

12        Q    And what's going on in those areas can be

13   different than what's going on in the areas where you're

14   acquiring titles of books that hope to sell well?

15        A    Ceteris paribus from 2013 to 2019, there weren't

16   tectonic shifts.  So at least from a development

17   perspective, it shows that we have not been able to publish

18   enough books with enough demand.

19        Q    So we talked a little bit about the share falling

20   and not looking at price to solve it.

21        A    Correct.

22        Q    I want to follow up on some questions

23   Mr. Petrocelli asked you about subscription models, okay,

24   right.

25             And to level set, these are the Netflixes of

1  books, right, you pay 9.99 a month and you read all you can,

2  right?

3      A    Correct.

4      Q    And these are models that Penguin Random House

5  refuses to participate in?

6      A    That is correct.

7      Q    No books are found on Kindle Unlimited?

8      A    That is correct.

9      Q    But the small publishers choose to provide books

10 to Kindle Unlimited?

11     A    My understanding is that some publishers give them

12 some sort of very deep backlist books, very deep and slow

13 moving backlist books.  Others give them more.  We give them

14 nothing.

15     Q    And one of the reasons Penguin Random House is

16 withholding content from these subscription models is it

17 hopes to not have them grow and have the success of a

18 Netflix because you think that'll be bad for the industry?

19     A    We think it's going to destroy the publishing

20 industry.  And it will have a huge effect on author income

21 and, with that, on the diversity of stories that will be

22 published, and we have had multiple discussions with the

23 agent community and by and large they support that view.

24     Q    I just want make sure.  I know there's a lot of

25 things going on.  Penguin Random House withholds its

 1  contents from these subscription models to help prevent

 2  their growth?

 3       A    "To help prevent their growth."

 4            They are growing and if the end consumer goes

 5  there, we might participate, but we don't think it's good

 6  for writing and for writers.

 7       Q    What if I asked the question, does Penguin Random

 8  House not participate in those subscription models to slow

 9  their growth?

10       A    At least with us, they would have no growth,

11  correct.

12       Q    And some consumers like these models?

13       A    They exist, so -- yes.

14       Q    And Simon & Schuster participates in these models

15  to some degree?

16       A    Correct.

17       Q    And after the merger, you plan to pull Simon &

18  Schuster's books from those models?

19       A    I haven't made a decision and I'm going to think

20  about it and post closing.  I don't know to what extent they

21  participate.  So I'm going to look at it in detail once I'm

22  able to look at it and allowed and then I will make a

23  decision.

24       Q    Maybe one final question in this area.

25            Participating in those subscription models would

```
1    allow Penguin Random House to sell more copies of its books?

2         A     Correct, they are not reflected in BookScan or in

3    AAP, but it would allow us to sell more books if those

4    people who would use them actually in the subscription model

5    are those who wouldn't buy them anyway in retail.

6         Q     Let me turn to another set of questions

7    Mr. Petrocelli asked you.

8              I think the discussion was around how Amazon has

9    leveled the playing field for all the publishers.

10             Is your contention that the small publishers can

11   sell through Amazon just as well as Penguin Random House?

12        A     Yes.

13        Q     And you're not telling authors that, correct?

14        A     If an author asks me, I would tell the truth.

15        Q     The Penguin Random House pitch to the agent

16   community is that it's better able to sell their books than

17   the small publishers, even through an enterprise like

18   Amazon?

19        A     We are working on instruments and tools like

20   metadata, like search engine optimization, to sell more

21   books through Amazon.  We haven't -- there is -- it's not

22   measurable yet, especially not in our market share, perhaps

23   one day it will be.  It's early days.

24        Q     Let's just spend a moment on that.

25             Penguin Random House has hired a number of data
```

1    scientists to help in the sale -- with sales from Amazon,

2    right?

3         A    To help with how to manage the fact that an

4    algorithm sells our books or presents our books going

5    forward.  It is one of the many things they do.

6         Q    Right.

7              So Penguin Random House has hired data scientists

8    to try and figure out these algorithms so that its books get

9    better presented on Amazon than its competitors' books?

10        A    One of the many efforts that we pursue, correct.

11        Q    And Amazon -- I'm sorry, Penguin Random House pays

12   Amazon to improve its search results?

13        A    There is something that is available to our

14   publishers, it's called Amazon Marketing Services, AMS, and

15   all publishers can spend money and give it to Amazon to have

16   hopefully better search results.

17        Q    Sure.

18             And you're looking to uber-resource Amazon to be

19   successful with them because they're a major partner and

20   they sell a lot of books and you're channel agnostic and

21   just want to sell the books?

22        A    Mr. Read, April 1st, 2020, was the time when all

23   physical retail was shutting down and Amazon was the only

24   shop in town, and I said, like, hey, now it's 100 percent of

25   our market, there is no other outlet, we have to focus and

1    uber-resource.

2        Q    Let me phrase that different then.  You're still

3    working closely with Amazon as a major partner to sell as

4    many books through them as you can?

5        A    Yes, it's one of the areas where we did

6    zigzagging.  We were always a good retail partner with

7    Amazon, and not like other publishers.

8        Q    And you would agree these small publishers don't

9    have the -- haven't hired the data scientists that Penguin

10   Random House has to work with the algorithms at Amazon to

11   try to make those algorithms work for their books?

12       A    I think the entire industry understands that they

13   have to compliment their creativity with a little bit more

14   of a data-driven approach because of the fact that this

15   business shifts online, not digital, it shifts -- the

16   physical format, thank God, has prevailed, but ecommerce is

17   a very different way of selling books.  And I think the

18   entire industry acknowledges that.

19       Q    Did you testify with Mr. Petrocelli that you're

20   going to -- Penguin Random House, one of the rationales for

21   the deals, it's going to improve the discoverability of

22   Simon & Schuster books?

23       A    Yes, we think invisibility, discoverability and

24   availability of our books.  And we work on all these three

25   areas, correct.

1    Q    And so one of the rationales for the deal is your

2  belief that Penguin Random House can help the Simon &

3  Schuster books be more discoverable and sell better than

4  Penguin Random House is currently able to do?

5    A    Ultimately, yes.

6         I don't have evidence for that yet.  It's too

7  early.  I can't prove it.

8    Q    And so there is, in your mind, some

9  differentiating ability between Penguin Random House's

10 ability to sell books and other publishers' ability to sell

11 books.

12   A    It would be good to have a competitive advantage

13 one day.  So we are striving for it.  We built one in supply

14 chain.

15   Q    Let's dig in a little more to why the share of

16 Penguin Random House has been falling or not been growing.

17        Now, Hachette, Macmillan, HarperCollins and Simon

18 & Schuster's share has been growing under the -- according

19 to the charts you showed?

20   A    On the slide, it was actually 33 percent, 2013 and

21 the same number in 2019 on the slide.  So it was not

22 growing.  And granted, Scholastic was part of that control

23 group.

24        And what I said is that they haven't been growing

25 even though they had much more M&A activity during those six

```
 1   years than we had.

 2        Q    Let me rephrase that.

 3             So the control group, HarperCollins, Hachette,

 4   Macmillan, Simon & Schuster --

 5        A    And Scholastic.

 6        Q    -- and Scholastic, they were doing better over

 7   time than Penguin Random House.  That was the point of that

 8   slide, right?

 9        A    One of the many points.  Not the most important

10   one.

11        Q    And I'm going to save some of this for an

12   efficiencies discussion if we have that.

13             But I want to dig in a little bit to why that

14   share is falling.

15             Your belief is that after the Penguin Random

16   House -- after the merger of Penguin Random House, the

17   organization screwed up the product side?  Screwed up the

18   product side?

19             THE COURT:  I'm sorry, I don't understand that

20   question.

21   BY MR. READ:

22        Q    Your belief is that the reason Penguin Random

23   House's share didn't grow is that the book business was

24   mismanaged?

25        A    Given the fact that we have this market leading
```

```
1   sales and distribution services, control group, our
2   third-party distribution clients went up, my conclusion is
3   that we haven't been able to acquire and publish enough of
4   the books that readers want to buy.
5           So the problem with our market share development
6   has to be on the content side.
7      Q    And one of your conclusions is on the contents
8   side, it has been mismanaged?
9      A    Number one, for the most part of the last ten
10  years, I was the U.S. CEO of that business, so I take full
11  responsibility for everything that happens in the company
12  because I'm the global CEO, but I also -- you know, I also
13  take responsibility for the first years between '13 and '18
14  before Madam McIntosh took over.
15          I think we could become more aggressive, nimble,
16  agile, faster on the contents side in order to make sure we
17  acquire enough books that have enough demand to grow with
18  the market, correct.
19     Q    You think some of the consolidations that were
20  done by current management led to a loss of title count and
21  revenues?
22     A    I don't want to go back to the mass market
23  phenomenon.  I think we had that.  And what happened years
24  after the merger to resolve the overindexed genre fiction
25  footprint of Penguin, I think that everything that is
```

```
 1   important in publishing happens on an editorial and imprint
 2   level, and everything above that is not that important.
 3        Q    Let's present to you PX136.
 4             Can we get that circulated?
 5        A    Is it the same?
 6        Q    It's not in your binder.
 7             MR. READ:  We will not put these on the screen,
 8   Your Honor, because we have not resolved any -- whether
 9   there are confidentiality issues.
10   BY MR. READ:
11        Q    Let me know when you've had a chance to look
12   through these, please.
13             MR. PETROCELLI:  Your Honor, since this document
14   is not included with the exhibits --
15             THE COURT:  You have to come to the microphone.
16             MR. PETROCELLI:  Apologies.
17             Since this document was not included in the
18   exhibits to be shared for today's examination, we haven't
19   had a chance to review it for confidentiality, so I would
20   ask that it be not publicized at this moment until we can
21   discuss it, okay?
22             THE COURT:  That's fine, Mr. Petrocelli.  This
23   will remain under seal for the time being.
24             MR. PETROCELLI:  Thank you.
25             THE COURT:  But we can remain in open session?
```

```
 1            MR. READ:  I think we can do this in open session.
 2   BY MR. READ:
 3       Q    Mr. Dohle, these are five tweets from you around
 4   the time period of February 4th, 2021?
 5       A    I don't tweet but they are text messages.
 6       Q    I'm sorry, they are text messages, yes.
 7            THE COURT:  Okay.
 8            THE WITNESS:  I'm not a tweet.
 9       Q    No.  Thank you.
10            And these are texts to Divya Sawhney and
11   Nihar Malaviya, two people who report to you either by
12   dotted line or by direct reports?
13       A    That is correct.
14       Q    And the first text said, "TR has heard the Penguin
15   story many times."
16            Do you see that?
17       A    I do.
18       Q    And TR stands for Thomas Rabe?
19       A    Correct.
20       Q    And then you go on, "It's simple, we lost," and
21   then you have a number contribution -- well, first of all,
22   after the number, you have the word "Mio."  Do you see that?
23   M-I-O?
24       A    M-I-O?
25       Q    We lost?
```

1    A    We lost million.

2    Q    That's your word for million?

3    A    That stands for million.

4    Q    So "We lost X million contribution and then got

5    them back through efficiencies."  That's what you texted,

6    right?

7         And then you continue, "It's really poor what

8    happened.  He still portrays it as a success," right?

9    A    Correct.

10        THE COURT:  By contribution, does that mean sales

11   or revenues?

12        THE WITNESS:  No, contribution means -- it's sort

13   of a definition for a certain profit and it means

14   contribution is after you -- it's the profit after you pay

15   for your variable cost and it means you make contribution to

16   your fixed cost.

17        If you cover your variable and fixed cost, we call

18   it profit after full cost.  Contribution is profit after

19   variable cost.  So it's a definition of profit, not

20   revenues.

21   BY MR. READ:

22   Q    I'm going to skip the next couple sentences.

23   A    Thank you.

24   Q    Just out of respect.

25        Can you -- although, could you help the Court and

1    tell Judge Pan who the "her" is in that sentence.  It's

2    Madeline McIntosh, isn't it?

3         A    That's correct.

4         Q    And then the next text you send, a little over an

5    hour later, you write, "We really screwed it on the product

6    side post-merger."

7              Do you see that?

8         A    Correct.

9         Q    And you're talking about the Penguin Random House

10   merger?

11        A    I do, I think I explained it sufficiently before

12   what I mean.

13        Q    Yeah.

14             And on the products side, you're talking about

15   acquiring the books and publishing the books and getting the

16   books?

17        A    Correct, the creative side of the business.

18        Q    Then if you turn forward to the texts at 1:01

19   p.m., the Bates number is 600 if you prefer that way.

20   Do you have this?

21        A    I have it.

22        Q    And this is, again, a text to you to the same two

23   individuals, Ms. Sawhney and Mr. Nihar Malaviya.  Are you

24   there?

25        A    Correct.

```
 1        Q    And then you say, "We only discussed the risk that
 2   MMC and Gina created for us," right?
 3        A    Correct.
 4        Q    And MMC is Madeline McIntosh?
 5        A    Yes.
 6        Q    And Gina is Gina Centrello?
 7        A    Correct.
 8        Q    And you write, "We consolidated, and I couldn't
 9   stop it and didn't do enough downtown.  Back then, I still
10   thought," and then you have a call about one of these
11   individuals.
12             Do you see that?
13        A    Yes, I do, Mr. Read.
14        Q    And your point of your text there is that the
15   consolidations that had occurred had harmed Penguin Random
16   House's growth?
17        A    For a long time, I've had a different vision for
18   our organization, and I acknowledge that this is strong
19   language.  These are private text messages to my closest
20   collaborators in the company, and I display some passion and
21   frustration here about our development, about the
22   development of Penguin Random House and the fact that I
23   could not prevail with my opinion for many years how to
24   organize our company, so I couldn't convince my boss and
25   I couldn't convince Ms. McIntosh.
```

```
 1                And I had a clear opinion on it, so I apologize
 2   for the passionate language.
 3        Q    Let's -- I just want to spend maybe one more
 4   document a little more time on this reason why Penguin
 5   Random House's share hasn't been growing.
 6                THE COURT:  Can I ask, when you say consolidated,
 7   do you mean consolidated imprints?
 8                THE WITNESS:  No.  That's the point of what we
 9   might discuss later in the trial.
10                THE COURT:  Okay.
11                THE WITNESS:  It is more about how we are
12   organized above the imprints.
13                Everything that happens in publishing is about one
14   book at a time and one imprint at a time.  The rest is
15   overhead, and that includes me.  That is not so important,
16   and for a long time, I had a very clear opinion of what to
17   do, but it seems like I could not prevail.
18   BY MR. READ:
19        Q    Your point, Mr. Dohle, or your observation, is
20   that Penguin Random House has too many layers of management
21   in acquiring books?
22        A    Yes.
23        Q    And that has stunted its growth?  And that has
24   stunted its growth?
25        A    It certainly hasn't helped.
```

```
 1              But I want to go further.  We have also, like,
 2    some functions in publishing divisions has nothing to do
 3    with imprints, like production and other areas, finance
 4    departments that could be a little bit more centralized.
 5    But that goes into other areas.
 6              So it's not just sort of publishing layers, it's
 7    more than that, when I address my vision for the companies'
 8    organization above the imprints.
 9        Q    I'm going to do this lightly because if we have
10    to, we'll spend more time after the efficiencies.
11              Your observation is that, in contrast, Simon &
12    Schuster is super lean in how it acquires books?
13        A    They have done certainly better in the marketplace
14    than Penguin Random House has, so I think that it's good to
15    at least compare and benchmark how they do things and
16    potentially learn from them and adopt that.
17              MR. READ:  No further questions, Your Honor.
18              THE COURT:  Thank you.
19                         -  -  -
20                    RECROSS-EXAMINATION
21    BY MR. PETROCELLI:
22        Q    Just briefly and because the Judge asked about
23    consolidation, I wasn't sure if the answer was clear and
24    I know you don't want to get into efficiencies.
25              But did this consolidation debate that you had
```

```
 1   have anything to do with eliminating editors on reducing

 2   acquisitions of books?

 3        A    No.

 4        Q    Okay.  Thank you.

 5             THE COURT:  Thank you.

 6             THE WITNESS:  It's just an internal

 7   reorganization.

 8             THE COURT:  I understand.  Thank you.

 9             Anything else, Mr. Read?

10             MR. READ:  No.

11             THE COURT:  Thank you, Mr. Dohle.  Thank you for

12   your testimony.

13             THE WITNESS:  Do I leave everything here or do I

14   take it?

15             THE COURT:  It's up to your counsel.

16             Do you want that back?

17             THE WITNESS:  Thank you, Mr. Read.  I will put my

18   mask on and leave.

19             THE COURT:  Did you want to admit 136?

20             MR. READ:  Yes, Your Honor.  Thank you.

21             THE COURT:  It would be under seal.  Any

22   objection, Mr. Petrocelli?

23             MR. PETROCELLI:  I'm sorry?

24             THE COURT:  I'm asking if you object to the

25   admission of Exhibit 136 under seal?
```

1              MR. PETROCELLI:  That last document.  No,

2    Your Honor.

3              THE COURT:  That will be admitted.

4              Thank you, Ms. Calloway.

5                                   (Plaintiff's Exhibit 136
                                   received into evidence.)
6

7              THE COURT:  You can step down Mr. Dohle.  And the

8    government may call its next witness.

9              MR. READ:  Mr. Brian Tart, the publisher, head of

10   Viking.

11             THE COURT:  Okay.  Thank you.

12             MR. READ:  And Ms. Meagan Bellshaw will handle

13   that examination.

14             THE COURT:  Okay.

15             Is there going to be a binder?

16             MS. BELLSHAW:  Yes.  Sorry, Your Honor.

17             THE COURT:  Good afternoon.  If you could just

18   remain standing for a moment and raise your right hand.

19             COURTROOM DEPUTY:  Please raise your right hand.

20             (Witness is placed under oath.)

21             COURTROOM DEPUTY:  Thank you.

22             THE COURT:  Thank you.  You can be seated.  And

23   you can remove your mask if you wish.

24             MS. BELLSHAW:  Thank you, Your Honor.

25   Meagan Bellshaw for the United States.  May we proceed?

```
 1              THE COURT:  Yes.

 2              MS. BELLSHAW:  Thank you.

 3              THE COURT:  Good afternoon.

 4                        - - -

 5   BRIAN TART, WITNESS FOR THE PLAINTIFF, SWORN

 6                    DIRECT EXAMINATION

 7                        - - -

 8   BY MS. BELLSHAW:

 9        Q    Good afternoon, Mr. Tart.

10        A    Good afternoon.

11        Q    Can you please state your name for the record?

12        A    Brian Tart.

13        Q    Mr. Tart, you're the president and publisher of

14   Viking Penguin; is that correct?

15        A    Yes.

16        Q    And Viking Penguin is a group at Penguin Random

17   House that consists of several different imprints?

18        A    Yes.

19        Q    Viking Penguin is comprised of Viking Books,

20   Penguin Books, Penguin Classics, Pamela Dorman Books,

21   Penguin Life, and The Open Field?

22        A    Yes.

23        Q    And Viking Penguin is part of the Penguin

24   Publishing Group; is that right?

25        A    Yes.
```

1    Q    And Penguin Publishing Group is a division within

2  Penguin Random House?

3    A    Yes.

4    Q    And you report to Allison Dobson, the President of

5  Penguin Publishing Group?

6    A    Yes.

7    Q    And you have been president and publisher of

8  Viking Penguin since 2020?

9    A    I was the publisher of Viking in 2015 and then

10  made the publisher of Penguin Books in 2020.  So Viking and

11  Penguin in 2022 -- I mean, in 2020.

12    Q    So starting in -- just to make sure I have this

13  clear.  Starting in 2015, you were the president and

14  publisher of Viking Books which is an imprint at Penguin

15  Random House?

16    A    Yes.

17    Q    And then in 2020, you also became president and

18  publisher of Penguin Books?

19    A    Yes.

20    Q    And so together that's Viking Penguin?

21    A    Yes.

22    Q    And then you started as an editor at Dutton in

23  1998?

24    A    At Penguin at the time, yes.

25    Q    And did Penguin become Dutton?

1      A      I had started my career in publishing in 1992 at

2  Bantam Books but I moved to Dutton in 1998, which was part

3  of Penguin.

4      Q      So you've been -- is it right that you've been a

5  member of different publishing entities within the Penguin

6  group for about 24 years?

7      A      Yes.  I was with Penguin from 1998 until the

8  merger, 2013, I think that was.

9             And then I was still at Dutton until 2015 and then

10  I moved to Viking.

11      Q      As president and publisher of Viking Penguin, you

12  were responsible for overseeing editorial, marketing, and

13  publicity for all of the books published by Viking Penguin;

14  is that right?

15      A      Yes.

16      Q      The Viking Penguin website, which I assume you're

17  familiar with, describes Viking Penguin as a legendary

18  imprint that was founded in 1925 with a distinguished list

19  of extraordinary writers.  Do you agree with that

20  description of Viking?

21      A      Yes.

22      Q      At Viking, you publish around 70 new hard cover

23  books a year?

24      A      It's more like 60.  I aspire to 70, but I don't

25  often get there, or I haven't published that number in the

 1   last couple of years.  It's more like 60.

 2        Q    Is it right that about half of those books are

 3   fiction books?

 4        A    Again, that's my aspiration.  That's kind of how I

 5   like to balance the list, but I don't -- it doesn't always

 6   end up that way.

 7        Q    Can you tell me some of the fiction authors and

 8   books that Viking has worked with recently?

 9        A    Sure.

10             We publish Amor Towles, author of *The Lincoln*

11   *Highway* and *The Gentleman in Moscow* and his first book, *The*

12   *Rule of Civility*.  We've published this year NoViolet

13   Bulawayo's book *Glory*, which just got long listed for the

14   Booker Prize, which is great.

15             We're the publisher of Matt Haig, *The Midnight*

16   *Library*, Jojo Moyes, her books, *Giver of Stars* was the last

17   one.

18             I can happily go on.

19        Q    Thank you.

20             If you aspire to publish about half of your books

21   as fiction books, is that correct, that the other half you

22   aspire to publish is nonfiction books?

23        A    Yes.

24        Q    And can you tell me some of the nonfiction authors

25   and books that Viking has worked with recently?

```
 1        A    Sure.

 2             Adam Grant, he -- we just published his book,

 3   Think Again.  Vaclav Smil, we just published his book, he's

 4   an academic, about How the World Really Works, which is

 5   done -- has done really well for us.

 6             We've published some history, Blood and Ruins by

 7   Richard Overy.  Generally publish history, biography and

 8   kind of wide range of narrative nonfiction.

 9        Q    Now, turning to Penguin Books, Penguin Books is a

10   paperback book publisher?

11        A    Not exclusively.  Sometimes they'll do -- we'll do

12   hard covers in Penguin Books.  Sometimes paper overboards,

13   which is kind of a hybrid paperback but it's mostly a

14   paperback publisher.

15        Q    Penguin Book publishes some paperback originals --

16   or some originals every year; is that right?

17        A    Yes.

18        Q    But Penguin Books is primarily a backlist

19   publisher?

20        A    We have a robust, big backlist, but we do keep the

21   frontlist active and we put a lot of time into those -- the

22   new books that we publish as paperback originals.

23        Q    Backlists are books that are at least a year past

24   their publication or initial sales date; is that right?

25        A    That's the way that I think of it at Viking
```

912

 1  Penguin.  It can change from, I think, house to house, but

 2  that's the way that we -- that I view it, at Penguin Viking.

 3      Q    And once books move from Viking's frontlist; am I

 4  correct that they go to the Penguin Books' backlist?

 5      A    Yes.

 6      Q    And so books actually -- strike that.

 7           And I think you described the Penguin Books

 8  backlist as robust.  Is it correct that the Penguin Books

 9  backlist has approximately 2500 active titles currently in

10  print being sold?

11      A    Yes, that's number that I think about with the

12  backlist.  I think that's right.

13      Q    And having a large backlist is an important way to

14  make money in publishing, right?

15      A    I spend a lot of time as a frontlist publisher

16  without a backlist.  When I was at Dutton, it was just the

17  frontlist without a backlist.  And then those first couple

18  years at Viking, I didn't have a backlist either.

19           So I place great importance on it because it

20  provides a certain stability.  You can count on, or you

21  think you can count on certain sales coming out of the

22  backlist that you can't always count on from a frontlist.

23  So I really myself appreciate having a backlist.  Not a lot

24  of people focus on the backlist.  Everyone's really

25  interested in the new book, the thing that's being talked

1    about in the media and things like that.

2           But I think a backlist is important.

3       Q    And I think you may have mentioned this in your

4    answer, but that's because having a large backlist helps

5    provide a stable source of revenue?

6       A    If you have a backlist that people want to read,

7    that you can refresh, that you can -- that is valuable, that

8    you can keep those books selling, yes, I look at it as a

9    good way of gaining revenue and having some stability to

10   your imprint.

11      Q    And would you agree that the backlist revenues

12   make up more than half of Viking Penguin's combined annual

13   revenues?

14      A    I think if you're including all of the Penguin

15   backlist in that, it is -- yes, it's likely that it's more

16   than half.

17      Q    And you consider Penguin's backlist when thinking

18   about acquiring new books for Viking, correct?

19      A    I'm very proud of the Penguin backlist.  I think

20   it's a real selling point.  I think authors want to be

21   published there.  And so, yes, I like to talk about it a

22   lot, I like to invite writers to join us and be published by

23   Penguin one day.  So I think of it as a prestige imprint

24   that authors hopefully will want to be a part of.

25      Q    And part of your strategy in acquiring books for

```
 1   Viking is to look for books that will continue to sell well

 2   on the Penguin Books backlist, right?

 3        A    Yes, I'm looking to build a future backlist

 4   through my Viking hard covers that eventually will go into

 5   Penguin paperbacks.

 6        Q    I'd like to ask you a few questions about how

 7   Viking buys the books that it publishes.

 8             One method that Viking uses is to bid on the

 9   rights to a particular book in an auction process, right?

10        A    Yes.

11        Q    And when Viking is bidding on a book at auction,

12   part of your role is to work with the editor to shape

13   Viking's approach to acquiring a book; is that fair?

14        A    Yes, we work with the editor, also with other

15   people in my group, the associate publisher, talking to

16   marketing and publicity, certainly the editors in chief,

17   so it's kind of a wide group of people that talk about these

18   acquisitions.  But I'm part of it, yes.

19        Q    And you're responsible for approving the level of

20   advance that Viking will bid for a particular book?

21        A    Yes.

22        Q    And you're personally authorized to approve

23   advances up to $250,000?

24        A    Yes.

25        Q    And then above $250,000, you need approval from a
```

```
 1    higher level Penguin Random House executive?
 2         A    I get approval from Allison Dobson.
 3         Q    And she's your boss?
 4         A    Yes.
 5         Q    When deciding what advance to offer an author for
 6    a particular book, Viking will put together a profit and
 7    loss statement or P&L; is that correct?
 8         A    Yes.
 9         Q    And the P&Ls include an estimate of anticipated
10    future sales for the book?
11         A    They include -- we put in numbers that are based
12    on a comparative title that we feel is close to the book
13    that we're trying to buy, that we think is -- either has an
14    editorial affinity or the author has a similar kind of
15    author platform or it's a category that is similar to the
16    one we're trying to publish like.
17              So once we find that, then we take those sales
18    figures, or the approximation of those, and put them into
19    the P&L, right.
20         Q    So you take the sales figure from the comparative
21    title and put them into the P&L?
22         A    Yeah, it's kind of like a guidepost.  It's kind of
23    directional.  We're guessing in X amount of years that we're
24    going to be publishing this book, what the numbers are going
25    to be.  So the way we look at is trying to find a
```

1    comparative title that's close to it that we think is going

2    to justify that.

3        Q    And then the anticipated sales in the P&L are used

4    to help determine the appropriate level of advance to offer

5    the author, right?

6        A    The sales, the comparative sales that we put in

7    are then calculated and we get out of that a suggested

8    advance.

9        Q    The higher the projected sales in the P&L, the

10   higher the advance Penguin Random House is willing to offer

11   to an author, correct?

12       A    The P&L also has, you know, a number of other

13   imports, like the cost of publishing and stuff like that.

14   It calculates shipping and printing and marketing and other

15   costs that are involved.

16            And so the -- what we get out of that is a

17   suggested advance, taking in those costs, based on the sales

18   and then we get a suggested advance.

19       Q    And generally speaking, higher the projected sales

20   correspond to higher advances, correct?

21       A    That does affect the advance, yes.

22       Q    And you would agree with me that the higher the

23   advance that Penguin Random House pays an author, the more

24   risk there is to Penguin Random House in buying the book,

25   right?

 1      A    Certainly, when you pay a higher advance, you have
 2 to sell -- you know, sell more books to justify that.
 3           But it's -- you know, I don't know how much
 4 I think of that in terms of risk because, you know, we're
 5 really just trying to buy the book and if we really believe
 6 in the book, we'll take an acceptable amount of risk to do
 7 that.
 8           So I think I understand the question correctly,
 9 so, you know, in that, there is risk involved as the advance
10 goes up, but it's -- for me, I don't really think of it as
11 getting -- as that being riskier than pretty much most of
12 the deals that I do.
13      Q    So the higher advance levels require a book to
14 achieve bigger sales levels, right?
15      A    Yes, the higher the sales equate to a higher
16 advance in the P&L.
17      Q    And the bigger the sales number, the harder it is
18 to meet, right?
19      A    You know, the more sales that you're trying to
20 get, yes, I guess it could be -- it could make it more
21 difficult.
22      Q    And so you would agree that because the numbers
23 are bigger, there is more risk involved in offering an
24 author a larger advance, right?
25      A    Yes, I can see that.

1          THE COURT:  I'm sorry, doesn't it depend on how

2   well you estimate?  Because if you're very spot on, then the

3   risk is not greater at any price level if your estimates of

4   how much you're going to sell are accurate.

5          THE WITNESS:  Honestly, we're very rarely spot on

6   with those estimations.

7          THE COURT:  Okay.  Do you tend to skew too high or

8   too low or is it just random?

9          THE WITNESS:  It is a really wide range.

10         THE COURT:  Okay.

11         THE WITNESS:  So we use the acquisition P&L for

12   all the acquisitions.  But down the road, we don't refer to

13   it again because of that.

14   BY MS. BELLSHAW:

15      Q    It's fair to say that if the P&Ls were not at

16   least somewhat reliable, you wouldn't continue to use them

17   for all of your acquisitions, right?

18      A    We continue to use it for acquisitions, but in

19   terms of when we're actually publishing the book and so

20   forth, we're not referring back to the acquisition P&L

21   often, if at all.

22      Q    Turning to negotiations with authors and their

23   agents, you have a standard set of royalty rates that you

24   offer, correct?

25      A    We do --

1    Q    I don't mean to interrupt you, but I'm going to

2    ask you not to say any of the specific numbers out loud just

3    for confidentiality reasons.

4    A    Right.  Thank you for that.

5         We offer royalty rates.  Sometimes they're

6    negotiable, not all of them, for me, at Viking Penguin.

7    I don't think all of them are negotiable.

8         So -- but, yes, we offer a kind of set rate.

9    Q    You have a standard set of royalty rates, correct?

10   A    I guess I'm thinking of the hard cover royalty

11   rate as not necessarily standard because that can be

12   negotiable.

13   Q    Even if it can be negotiated in some cases, you

14   have a standard starting point for your royalty rates,

15   correct?

16   A    We often start at the same place, yes.

17   Q    And so you very occasionally offer an increased

18   royalty rate for your hard cover books correct?

19   A    Yes.

20   Q    But you don't offer variations on royalty rates

21   for other forms of books, correct?

22   A    Correct.

23   Q    And agents don't often ask you to deviate from the

24   standard royalty terms during book negotiations?

25   A    I think that the hard cover rate is in play.

```
 1    I think that does get negotiated.  But the others, no.

 2         Q    But you would agree with me that even if the hard

 3    cover rate is sometimes in play, it is not often the subject

 4    of negotiation with agents?

 5         A    Often?  It comes up, and when it comes up, I'm not

 6    surprised.  But it doesn't come up every time.

 7         Q    You would agree that agents and authors want to

 8    work with publishers that have a track record of

 9    successfully publishing books, right?

10         A    Yes, I think agents and authors want to be part of

11    a list that they admire.

12         Q    And Viking has a track record of successfully

13    publishing books?

14         A    Yes.

15         Q    And Viking it also known for publishing award

16    winning books; is that right?

17         A    Yes.

18         Q    Viking's reputation for publishing award winning

19    books helps it to acquire new books and new authors, right?

20         A    I like to think so.  Certainly I'm not alone in

21    that, but I do think it helps.

22         Q    And you would agree that literary agents want to

23    sell to publishers like Viking who can win awards and be

24    nominated for awards?

25         A    I think certain agents it matters, certain authors
```

 1    it matters.  Certainly it doesn't matter to everybody, but

 2    for some it does.

 3        Q    And awards can help generate the sales of books,

 4    right?

 5        A    I've seen that happen, yes.

 6        Q    In addition to auctions, Viking also acquires some

 7    of its books through preempts, right?

 8        A    Yes.

 9        Q    And you would consider a preempt to be a

10    competitive situation?

11        A    Yes.

12        Q    When you make a preempt offer, you don't know if

13    other publishers are also submitting bids, right?

14        A    No, we don't know.

15        Q    Viking also acquires rights to books through

16    exclusive submissions?

17        A    Yes.

18        Q    Viking acquires less than 10 percent of its books

19    via exclusive offers, right?

20        A    Yes, for new authors, authors that we haven't

21    worked with before, and authors who haven't been sent out

22    widely.  I think for that 10 percent, I mean, those are

23    authors that agents come to us and say, I think you'd be the

24    right publisher for this.  So why don't we try and do a

25    one-on-one negotiation and see if we can come to a deal

 1   because to me you're the right person.  So that happens

 2   roughly around 10 percent of the time or less.

 3       Q    And setting aside contract options, would you

 4   agree that exclusive offers account for less than 10 percent

 5   of the time in terms of overall acquisitions at Viking?

 6       A    You know, sometimes books go out -- are sent out

 7   widely and it ends up that we're the ones who are interested

 8   or most interested and that turns into a one-on-one

 9   negotiation.  So that certainly happens, which would raise

10   that percentage up.

11           But that would be the other one-on-one kind of

12   negotiation that we would do.

13       Q    And thinking about exclusive offers is when the

14   agent comes to you, rather than sending out books more

15   widely, that is less common, right, for overall

16   acquisitions?

17       A    For when an agent decides we're the publisher they

18   want to work with so here's an exclusive look, yes.  That's

19   what I think is under 10 percent, around 10 percent.

20       Q    And if an agent brings an exclusive opportunity to

21   you but Viking and agent can't negotiate an agreement as

22   part of those discussions, the agent can always take the

23   book to other publishers, right?

24       A    Yes.

25       Q    Mr. Tart, during the next part of this exam,

1    I'm going to ask you a questions about some specific books

2    and auctions that Viking has bid on.  To protect

3    confidentiality, I'm going to ask that you not say the names

4    of any authors or book titles out loud, and we're also going

5    to avoid other identifying information and agent's names,

6    okay?

7        A    Okay.

8        Q    In the front pocket of your binder, you should

9    find a list of authors and book titles next to a number.

10   I'm going to refer to the books and authors in my questions

11   by the number that is listed there on the chart.  So if

12   you're ever confused about what book I'm talking about or

13   what author I'm talking about, you can let me go and take a

14   look at your chart.

15       A    Okay.

16       Q    So let's start with book 44.

17       A    Okay.

18       Q    If you could take a look at your binder, tab

19   marked PX320.  Just let me know when you have it.

20       A    Okay.  I have it.

21       Q    PX320 is an email chain with a top email dated

22   June 23rd, 2020, from Wendy Wolf to you and others at

23   Penguin Random House about an auction for book 44.

24   Is that right?

25       A    Yes.

```
 1        Q    And Ms. Wolf is an executive editor at Viking?

 2        A    Yes.

 3             MS. BELLSHAW:  Your Honor, I move to admit PX320.

 4             THE COURT:  Any objection?

 5             MS. RUDZIN:  No objection, Your Honor.

 6             THE COURT:  That will be admitted.

 7             MS. BELLSHAW:  Permission to publish a redacted

 8   version to the public.

 9             THE COURT:  Yes.

10                                 (Plaintiff's Exhibit PX320
                                     received into evidence.)
11

12   BY MS. BELLSHAW:

13        Q    Mr. Tart, you were involved in Viking's bid for

14   book 44, right?

15        A    Yes.

16        Q    The auction for book 44 began as a rounds auction;

17   is that right?

18        A    Yes.

19        Q    And a rounds auction contains multiple rounds of

20   bidding, correct?

21        A    Correct.

22        Q    In each round publishers take turns submitting

23   bids?

24        A    Yes.

25        Q    And then the rounds continue as long as the
```

1    participants are still bidding?

2        A    Yes.

3        Q    Looking at the last page of PX320, Viking

4    submitted its first bid for book 44 for $250,000, right?

5        A    Yes.

6        Q    If you could please turn to PX324.

7             PX324 is an email chain with a top email dated

8    June 29th, 2020, from Ms. Wolf to you and others at Penguin

9    Random House discussing the auction for book 44; is that

10   right?

11       A    Yes.

12            MS. BELLSHAW:  Your Honor, I move to admit PX324.

13            THE COURT:  Any objection?

14            MS. RUDZIN:  No objection.

15            THE COURT:  That will be admitted.

16            MS. BELLSHAW:  Permission to publish the redacted

17   version?

18            THE COURT:  Yes.

19                                 (Plaintiff's Exhibit PX324
                                    received into evidence.)
20

21   BY MS. BELLSHAW:

22       Q    Looking at the first email in the chain, Ms. Wolf

23   wrote, "It's down to us versus one house, from two imprints,

24   which I'm assuming is some S&S configuration, probably

25   including Atria."

```
1              You understand S&S here to refer to Simon &
2    Schuster, correct?
3         A    Yes.
4         Q    And Atria is a Simon & Schuster imprint?
5         A    Yes.
6         Q    Do you recall this auction began with several
7    bidders?
8         A    I can't remember from this if -- where it started
9    or how many bidders was in at that point.
10        Q    According to Ms. Wolf's email, at this point, only
11   Viking and one other bidder are still in the running for
12   book 44, right?
13        A    Yes, that would indicate that there were other
14   bidders at the beginning of the auction.
15        Q    And Ms. Wolf believes that the other bidders still
16   in the running for book 44 is Simon & Schuster?
17        A    She believes that, yes.
18        Q    And in response to Ms. Wolf's email, you write
19   back, "I say, $500,000."
20             Viking increased its bid to $500,000 at this
21   point; is that correct?
22        A    Yes, we made a $500,000 offer.
23        Q    Mr. Tart, if you would please -- I'm sorry?
24             Oh, I thought I interrupted you.
25        A    Oh.  No.
```

1    Q    If you would please turn to PX326.

2         PX326 is an email chain with a top email dated

3    June 30th, 2020, from Ms. Wolf to you regarding the auction

4    for book 44 again; is that right?

5    A    Yes.

6         MS. BELLSHAW:  Your Honor, I move to admit PX326

7    into evidence.

8         THE COURT:  Any objection?

9         MS. RUDZIN:  No objection.

10        THE COURT:  It will be admitted.

11                              (Plaintiff's Exhibit 326
                                received into evidence.)
12

13        MS. BELLSHAW:  Permission to publish a redacted

14   version?

15        THE COURT:  Yes.

16   BY MS. BELLSHAW:

17   Q    In the email exchanges between you and Ms. Wolf in

18   PX326, Ms. Wolf is keeping you updated on several additional

19   rounds of bidding for book 44; is that right?  And you

20   should feel free to take a look at the email if you need to.

21   A    Yes, she's keeping me -- telling me what's going

22   on in the auction.

23   Q    And part of what she's telling you about the

24   auction for book 44 is that there have been several rounds

25   of bidding, correct?

1        A        Yes.

2        Q        And in each round, Viking raised its bid for book

3    44?

4        A        Yes.

5        Q        If you turn to the third page of PX326, and the

6    top email is from you and you write, "We should really push

7    him to go to best bids now if they come back at $650,000."

8                  The "him" there is referring to the agent running

9    the auction?

10       A        Yes.

11       Q        And prior to this email, at this point, Viking has

12   bid $625,000 for book 44, right?

13       A        Yes.

14       Q        And at this point, you're suggesting that Ms. Wolf

15   push the agent to end the round bidding and go to best bids

16   instead, right?

17       A        Yes, I'm saying she should suggest that to the

18   agent.

19       Q        And if you look at the email on the top of the

20   second page of PX326 from Ms. Wolf to you at 11:08 a.m.,

21   Ms. Wolf writes, "Best bids by 5:00 p.m."  So the agent has

22   agreed to go to best bids?

23       A        The agent decided it was time for best bids, yes.

24       Q        Later down -- a few sentences later, Ms. Wolf

25   writes, "Since the other house is, or at least was, a house

```
 1    bid of two, I'm presuming it's S&S/Atria and S&S has

 2    political best seller chops like no other right now."

 3              Ms. Wolf is telling you again that she thinks your

 4    competition for book 44 is Simon & Schuster?

 5        A    She thinks that, yes.

 6        Q    Turning to the first page.  You respond to

 7    Ms. Wolf's email and write, "Maybe $775,000 gives us a

 8    shot."

 9              Do you see that?

10        A    I do.

11        Q    And Viking did submit its best and final offer for

12    book 44 for $775,000?

13        A    Yes, we did.

14        Q    If you would please turn to tab 39 in your binder.

15              PX39 is an email dated July 6th, 2020, from

16    Allison Dobson to others at Penguin Random House, copying

17    you, regarding book 44; is that right?

18        A    Yes.

19              MS. BELLSHAW:  Your Honor, I move to admit PX39.

20              THE COURT:  Any objection?

21              MS. RUDZIN:  No objection.

22              THE COURT:  That'll be admitted.

23                                    (Plaintiff's Exhibit 39
                                       received into evidence.)
24

25              MS. BELLSHAW:  Permission to publish a redacted
```

```
 1   version, Your Honor?
 2            THE COURT:  Yes.
 3   BY MS. BELLSHAW:
 4       Q    In the bottom email of PX39, Ms. Wolf writes that
 5   "In the auction for book 44, PRH prevailed over a house bid
 6   from Nan Graham and Dawn Davis at S&S."
 7            Nan Graham and Dawn Davis at the time were editors
 8   at Simon & Schuster, right?
 9       A    I think they were -- they were publishers and
10   editors but, yes.
11       Q    At Simon & Schuster?
12       A    At, yes, Simon & Schuster.
13       Q    You write in response, "We got this one and over
14   stiff competition."
15            Viking ultimately had to increase its bid for book
16   44 from an initial offer of $250,000 to $775,000, right?
17       A    That was our final bid, yes.  Our first bid and
18   our final bid.
19            THE COURT:  Is now a good time to take a break?
20            MS. BELLSHAW:  Yes.  Thank you, Your Honor.
21            THE COURT:  Okay.  Thank you.
22            These are very gripping negotiations.  Just
23   reading the emails, I'm feeling a little anticipation.
24   Did they win?
25            Okay.  Anyway, let's take our break, 15 minutes.
```

```
 1                COURTROOM DEPUTY:  All rise.  The court stands in
 2    recess.
 3                (Recess from 3:31 p.m. to 3:53 p.m.)
 4                COURTROOM DEPUTY:  All rise.
 5                The Court is back in session.  Please be seated
 6    and come to order.
 7                THE COURT:  Good afternoon.
 8                COURTROOM DEPUTY:  Good afternoon, Your Honor.
 9                MS. BELLSHAW:  Good afternoon, Your Honor.
10                THE COURT:  Mr. Tart, you're still under oath.
11                You may proceed.
12                MS. BELLSHAW:  Thank you.
13    BY MS. BELLSHAW:
14        Q    Mr. Tart, Viking sometimes offers bonuses to
15    authors when trying to acquire a book; is that right?
16        A    Yes.
17        Q    And a bonus is an additional payment on ton of an
18    advance?
19        A    Yes, I think of it as an additional advance.
20        Q    Bonuses are different from advances, though,
21    because they're not guaranteed payments, right?
22        A    Correct.
23        Q    When negotiating for a book, there are certain
24    rights that Viking must acquire before it will agree to buy
25    the book, right?
```

1        A       At Viking Penguin, I try and buy print rights,

2  book rights and audio rights.  I think that's very important

3  to what we do.  So I always try and buy all those rights.

4        Q       And you would not buy a book that does not include

5  audio rights, correct?

6        A       For me, no, I think it's very important to have

7  those rights.

8        Q       And you've turned down multiple large projects

9  since at least 2015 because the agent wouldn't include audio

10 rights, correct?

11       A       I don't know about the time of that, honestly, but

12 I don't think I would have bid on a book without audio

13 rights.

14       Q       I'll ask you to look at tab PX328 in your binder.

15               And please let me know when you're there.

16       A       Yes.

17       Q       PX328 is an email chain with a top email dated

18 August 14th, 2020, from Patrick Nolan to you; is that right?

19       A       Yes.

20               MS. BELLSHAW:  Your Honor, I move to admit PX328.

21               THE COURT:  Any objection?

22               MS. RUDZIN:  No objection.

23               THE COURT:  That will be admitted.

24                                 (Plaintiff's Exhibit 328
                                   received into evidence.)
25

1          MS. BELLSHAW:  Your Honor, may we publish a

2   redacted version?

3          THE COURT:  Yes.

4   BY MS. BELLSHAW:

5     Q    Mr. Nolan is a publisher with Penguin Books; is

6   that right?

7     A    He is the publisher of Penguin Books, yes.

8     Q    Now, on the bottom of the first page of PX328 and

9   going on to the second page, there's an email from you to

10  Mr. Nolan dated August 14th, 2020, where you're discussing

11  audio rights as part of your book negotiations.

12         Do you see that?

13    A    Yes.

14    Q    I'd like to direct your attention to the second

15  paragraph of that email, starting with "For at least the

16  last five years."

17         In that paragraph, you write, "For at least the

18  last five years, but more likely the last ten years, we have

19  bought everything with audio."

20         And you're referring to audio rights there?

21    A    Yes, audio rights.

22    Q    Further down in the paragraph, you wrote, "We have

23  to get those rights."  Again, referring to audio rights,

24  correct?

25    A    Yes.

1    Q    A sentence later you write, "We have walked away

2    from much bigger deals because of it.  Remember when Amazon

3    was offering seven figures on audio before books were sold

4    to publishers, we turned down big book after big book until

5    agents realized we would not play in an auction without

6    audio."

7         Did I read that correctly?

8    A    Yes.

9    Q    "And now they always sell us audio."

10        You're referring to agents there, correct?

11   A    Yes.

12   Q    And now agents always sell you audio?

13   A    Or if they don't want to sell us audio, then I

14   wouldn't bid on it.

15   Q    You can set that aside.  Thank you.

16        Would you please turn to tab 197 in your binder.

17   I'd like to ask you a few questions about book 29.  And if

18   you need a remainder of which book that is, please refer to

19   your chart.

20   A    Can you remind me what tab?

21   Q    197.

22   A    Thank you.

23   Q    PX197 is an email chain with the top email dated

24   October 6th 2020, from you to Casey Blue James and others at

25   Penguin Random House 'is that right?

```
 1        A     Yes.

 2              MS. BELLSHAW:  Your Honor, I move admit PX197.

 3              THE COURT:  Any objection?

 4              MS. RUDZIN:  No objection.

 5              THE COURT:  That will be admitted.

 6              MS. BELLSHAW:  Permission to publish a redacted

 7    version?

 8              THE COURT:  You may.

 9                                    (Plaintiff's Exhibit 197
                                       received into evidence.)
10

11    BY MS. BELLSHAW:

12        Q     Mr. Tart, Ms. James works in the office of the

13    president of Penguin Publishing Group; is that right?

14        A     Yes.

15        Q     When more than one imprint in Penguin Publishing

16    Group is interested in bidding on a particular book, your

17    understanding is that Ms. James' job is to coordinate with

18    those imprints; is that right?

19        A     Yes, she takes care of the house bid for us.

20        Q     A house bid is when multiple imprints from the

21    same division bid on a book together at the same price?

22        A     It is for the Penguin Publishing Group.  When it's

23    more than one imprint within that group, we assemble a house

24    bid, and so it's one bid coming from that group which the

25    number of imprints can vary as to who's in that auction or
```

```
 1   not, but that's how we handle it.

 2       Q    And then if the house bid is the winning bid, the

 3   author will decide which imprint he or she wants to work

 4   with?

 5       A    Yes.

 6       Q    Looking at PX --

 7            THE COURT:  I'm sorry, how often does it happen

 8   that you have a house bid?

 9            THE WITNESS:  Pretty regularly, yeah.  It's not

10   uncommon.

11            THE COURT:  Okay.

12   BY MS. BELLSHAW:

13       Q    Looking at PX197, Ms. James' email in the middle

14   of the page, she writes, "PP had been thinking of offering

15   300,000 to get the meeting."

16            Do you see that?

17       A    Yes.

18       Q    You understand that PP here refers to Penguin

19   Press?

20       A    Yes.

21       Q    And Penguin Press is another Penguin Publishing

22   Group imprint?

23       A    Yes.

24       Q    In the auction for book 29, Penguin Press and

25   Viking submitted an initial house bid together, correct?
```

```
 1        A    Correct.

 2        Q    And the initial house bid for book 29 was

 3   $300,000?

 4        A    Yes.

 5        Q    Would you please turn to tab 161.

 6        A    Got it.

 7        Q    PX161 is an email chain with a top email dated

 8   October 13th, 2020, from you to Casey Blue James and others

 9   at -- and Allison Dobson at Penguin Random House regarding

10   book 29; is that right?

11        A    Yes.

12             MS. BELLSHAW:  Your Honor, I move to admit PX161.

13             THE COURT:  Any objection?

14             MS. RUDZIN:  No objection.

15             THE COURT:  161 will be admitted.

16                                  (Plaintiff's Exhibit 161
                                     received into evidence.)
17

18             MS. BELLSHAW:  Permission to publish a redacted

19   version, Your Honor.

20             THE COURT:  You may.

21   BY MS. BELLSHAW:

22        Q    Looking at the email from Andrea Schulz to you in

23   the middle of the page, Ms. Schulz is the editor in chief at

24   Viking?

25        A    Correct.
```

1      Q    Ms. Schulz wrote, "We made a bid to get the

2   meeting of $300,000.  We discovered that the high bid of

3   that round was $450,000 from Scribner."

4           Scribner is a Simon & Schuster imprint, correct?

5      A    Yes.

6      Q    Aside from Simon & Schuster, the only other

7   bidders for book 29 that are identified in this email are

8   Penguin Random House imprints; is that correct?

9      A    Yes, those are the only imprints discussed in the

10  email.

11     Q    And Ms. Schulz is informing you that Simon &

12  Schuster has the highest bid at $450,000 for book 29?

13     A    Yes.

14     Q    If you would please turn to the tab marked PX41.

15          PX41 is an email chain with a top email dated

16  October 14, 2020, from Casey Blue James to you and others at

17  Penguin Random House regarding the auction for book 29,

18  right?

19     A    Yes.

20          MS. BELLSHAW:  Your Honor, I move to admit PX41.

21          THE COURT:  Any objection?

22          MS. RUDZIN:  No objection.

23          THE COURT:  That will be admitted.

24                                    (Plaintiff's Exhibit 41
                                      received into evidence.)
25

1          MS. BELLSHAW:  Permission to publish a redacted

2    version, Your Honor?

3          THE COURT:  Yes.

4    BY MS. BELLSHAW:

5     Q    Viking submitted a best bid for book 29 for

6    $550,000, correct?

7     A    Yes.

8     Q    And Penguin Press submitted its own best bid for

9    $700,000, according to the email?

10    A    Yes.

11    Q    So Viking's bid for $550,000 was $250,000 higher

12    than its initial bid; is that correct?

13    A    Yes.  Yes.

14    Q    And Penguin Press went up $400,000, right?

15    A    Yes.

16    Q    Thank you.  You can set that aside.

17         THE COURT:  I'm sorry, I thought that you would

18    submit one number for both groups, but this looks like two

19    numbers.

20         THE WITNESS:  It is.

21         It is.

22         This happens also where even though we're not

23    competitive on the advance, we still want the agent to know

24    that we were thinking of the book higher than we initially

25    offered.  So sometimes publishers will put in a bid knowing

```
 1    that it might not be competitive on the advance level but

 2    because they want the agent to know, I wasn't thinking of

 3    this at $300,000, I was actually thinking of it at 550-.

 4              THE COURT:  I see.  Okay.

 5    BY MS. BELLSHAW:

 6       Q    When two imprints at the Penguin Publishing Group

 7    are submitting a bid for the same book, there's no

 8    requirement that they bid the same amount; is that right?

 9       A    I'm sorry, can you say that again.

10       Q    When two separate imprints at the Penguin

11    Publishing Group are bidding for the same book like we saw

12    with book 29, there's no requirement that they both submit

13    the same amount for the advance, correct?

14       A    Correct.

15       Q    But you can choose to submit a house bid for the

16    same amount together, correct?

17       A    Yes.  And sometimes you'll defer to the other --

18    to the higher bid and not place your bid.  And sometimes

19    you'll stretch to match that bid which will make it a house

20    bid, or sometimes you'll do what we did here which was bring

21    in your lower bid just so they know.

22              THE COURT:  Does each imprint have its own budget

23    or what's the limit on what they can bid?

24              THE WITNESS:  Overall budget for advances or --

25              THE COURT:  Yeah, for each imprint, because given
```

```
 1   that they have the same parent company, it seems that Viking
 2   could have gotten approval for 700- if Penguin rested.
 3               THE WITNESS:  Yes.
 4               I could have but I didn't see it, I didn't
 5   think -- I felt the book was valued at this level and I
 6   didn't want to push farther.
 7               Possible the editor wanted to.  That happens
 8   often.  But, you know, as much as we want books, we have to
 9   be able to walk away at a certain level.  So we do it
10   sometimes.  Just because another imprint wants to pay more
11   doesn't mean that I'm convinced that we should.
12               THE COURT:  But you don't have a set budget, like
13   you can't go above this amount for the year or anything like
14   that?
15               THE WITNESS:  No, I don't have a budget like that.
16               THE COURT:  Okay.  Thank you.
17   BY MS. BELLSHAW:
18        Q    Mr. Tart, I'd like to ask you a few more questions
19   about options where multiple Penguin Random House imprints
20   are participating in the auction.
21               As we've seen and as you told Your Honor, it's not
22   unusual for more than one Penguin Random House imprint to
23   participate in a single auction, right?
24        A    Right.
25        Q    And Penguin Random House has rules governing when
```

1      imprints can compete against one another?

2          A    Yes.

3          Q    If you would please turn to tab 332, PX332.

4               PX332 is an email chain with a top email dated

5      October 26th, 2020, from Allison Lorentzen to you and Andrea

6      Schulz; is that right?

7          A    Yes.

8          Q    And Ms. Lorentzen is an executive editor at

9      Viking?

10         A    Yes.

11              MS. BELLSHAW:  Your Honor, I move to admit PX332.

12              THE COURT:  Any objection?

13              MS. RUDZIN:  No objection.

14              THE COURT:  332 will be admitted.

15                                    (Plaintiff's Exhibit 332
                                       received into evidence.)
16

17              MS. BELLSHAW:  Permission to publish a redacted

18      version?

19              THE COURT:  Yes.

20      BY MS. BELLSHAW:

21         Q    Mr. Tart, I'd like to direct your attention to the

22      bottom email in PX332 from Ms. James.  Ms. James is sending

23      an email to an agent whose name I'm not going to say for

24      confidentiality reasons.  And it appears she is submitting

25      bids to an agent on behalf of Viking and another Penguin

1    Publishing Group imprint; is that right?

2        A    Yes.

3        Q    Ms. James explains to the agents in her email,

4    "You are likely already quite familiar with the Penguin

5    Random House bidding rule, but I always like to reiterate it

6    in advance just in case.  As long as there's a third non-PRH

7    party still in the auction, Penguin and the other PRH U.S.

8    divisions can bid against each other.

9            "When it gets down to just PRH bids, though, we

10   can only match each other.  We can't further bid each other

11   up."

12           You understand PRH in Ms. James' email to refer to

13   Penguin Random House?

14       A    Yes.

15       Q    And Ms. James' explanation to this agent of the

16   Penguin Random House bidding rule is consistent with your

17   understanding of that rule?

18       A    It is.

19       Q    When Viking bids on a book at auction, you have

20   your editors ask whether there are any other Penguin Random

21   House imprints bidding as well, correct?

22       A    We usually ask if there's any other Penguin

23   imprints.  So, because we have to do a house bid, if it's

24   the other Penguin Publishing Group imprints.

25       Q    In your experience when agents provide information

```
 1   about whether there are Penguin Publishing Group imprints
 2   bidding, they tell you the truth?
 3        A    Yes.
 4        Q    In your experience, agents are generally
 5   trustworthy in communicating about their auctions or other
 6   competitive processes?
 7        A    Yes.
 8        Q    I'd like to turn now from competition among the
 9   imprints at -- to competition among the divisions at Penguin
10   Random House.
11             Multiple divisions within Penguin Random House can
12   also choose to bid against one another for the same book,
13   correct?
14        A    Yes.
15        Q    And just so that we're talking about the same
16   thing, the adult divisions at Penguin Random House are
17   Penguin Publishing Group, which is your division; Random
18   House, and Knopf Doubleday; is that correct?
19        A    Yes.
20             I'm in the Penguin Publishing Group.  I don't run
21   the Penguin Publishing Group.
22        Q    Yes.  Thank you.  Viking Books is part of the
23   Penguin Publishing Group?
24        A    Yes.
25        Q    Penguin Random House has rules limiting how and
```

```
 1   when those divisions can compete against one another for the
 2   same book, right?
 3       A    In that there needs to be an external bidder for
 4   us to bid against each other.
 5       Q    If you would please turn to PX54.
 6            PX54 is an email with a top email from Ms. Dobson
 7   to you and others at Penguin Random House dated April 14th,
 8   2020, correct?
 9       A    Yes.
10            MS. BELLSHAW:  Your Honor, I move to admit PX54
11   into evidence.
12            THE COURT:  Any objection?
13            MS. RUDZIN:  No objection.
14            THE COURT:  54 will be admitted.
15
16                                     (Plaintiff's Exhibit 54
                                       received into evidence.)
17            MS. BELLSHAW:  Permission to publish a redacted
18   version?
19            THE COURT:  You may.
20   BY MS. BELLSHAW:
21       Q    Now, if you could refer to your chart briefly,
22   I know there are multiple books referenced in this email.
23   I'm going to be asking you questions about book 76.  Okay.
24            In the second paragraph of your email to
25   Ms. Dobson at the bottom, you're describing Viking's
```

```
 1    discussions with the author of book 76; is that right?

 2        A    Yes.

 3        Q    And Viking had a contract option to buy the

 4    author's next novel, right?

 5        A    Yes.

 6        Q    Meaning that Viking had a contractual right to

 7    make the first offer for book 76?

 8        A    We have in our contracts usually an option clause,

 9    which means if we publish the book, we get a right to offer

10    on the next book exclusively.

11        Q    And the author for book 76 had previously

12    published books with Viking?

13        A    Yes.

14        Q    And so the option at issue in this email is from

15    that contract on the author's previous novels?

16        A    Yes.

17        Q    If Viking couldn't reach a deal for book 76 within

18    some window of time, the author had the right to offer the

19    books to other publishers, right?

20        A    Yes.

21        Q    You write in your email to Ms. Dobson, "We offered

22    $150,000 for the new novel and they turned us down and are

23    going out widely with it."

24             So Viking offered $150,000 for book 76, correct?

25        A    Yes, it's untitled, but I'm assuming that, yes,
```

1    that's what we did.

2         Q    Viking offered $150,000 for the new novel by the

3    author referenced on the chart for book 76?

4         A    Yes.

5         Q    But the author rejected Viking's offer for the new

6    novel in favor of shopping it around to other buyers,

7    correct?

8         A    Yes.

9         Q    You write to Ms. Dobson in the next sentence, "We

10    would like to invoke the PRH policy/rule/process where other

11    imprints can bid on this but not more than our $150,000."

12              Do you see that?

13         A    Yes.

14         Q    Looking at the email that Ms. Dobson writes to you

15    in response in the second paragraph, she writes, "The PRH

16    rule is that if an agent next goes exclusively to a PRH

17    division, they would have to live within our bid," meaning

18    that if the agent for book 76 next brought it to a Penguin

19    Random House division, that division could not bid more than

20    $150,000 for the book?

21         A    Yes.

22         Q    Ms. Dobson goes on to write, "However, if he takes

23    it to an action: -- I think he means auction?

24         A    I think so, too.

25         Q    "If he takes it to an auction, within the auction

1    situation with competitive bidders, by the rule, Knopf or

2    Random House could bid to the level of the market."

3            And I think that RH is for Random House.  Would

4    you agree?

5        A    Would I agree that RH is for Random House?

6        Q    Yes.

7        A    Yes.

8        Q    Both Knopf and Random House, as we just discussed,

9    are divisions of Penguin Random House?

10        A    Yes.

11        Q    So under the rule as Ms. Dobson describes it, if

12    an imprint's bid on an option is rejected, no other imprint

13    may bid more for that book unless the agent also submits the

14    book to at least one non-Penguin Random House bidder,

15    correct?

16        A    Yes.  I think of it as an extension of our overall

17    bidding policy that there has to be another external bidder

18    in order to go up.

19        Q    Ms. Dobson continues a few sentences later, "That

20    said, there are some books where there are bad feelings and

21    we just ask the other divisions to back off."

22            Did I read that correctly?

23        A    Yes.

24        Q    So if there are hard feelings, one imprint can ask

25    the rest of Penguin Random House not to bid on the author's

1   work?

2       A    I don't know.  That's not a situation that really

3   has ever come up with me.  So I don't really have a specific

4   example of it.

5           MS. BELLSHAW:  Thank you, Mr. Tart.

6           The United States passes the witness.

7           THE COURT:  Thank you.

8           Can I just ask, in this particular situation,

9   would you enter the auction and bid 150-?

10          THE WITNESS:  We did bid 150-.

11          THE COURT:  Okay.

12          THE WITNESS:  We did bid 150- and they turned us

13  down.

14          THE COURT:  But then can you enter the auction in

15  case someone else enters the bid at 150- or would you not do

16  that?

17          THE WITNESS:  I wanted the book at 150- so if I

18  thought that could get me the book at 150-, I would do that.

19          THE COURT:  Okay.

20          THE WITNESS:  It didn't seem to be an opportunity

21  for me to do that, but, yeah.

22          THE COURT:  You mean they didn't invite you to the

23  auction.

24          THE WITNESS:  Yeah.

25          THE COURT:  I see.  Thank you.

1              MS. RUDZIN:  Good afternoon, Your Honor.

2    Abby Rudzin from O'Melveny & Myers.

3              THE COURT:  Good afternoon.

4              MS. RUDZIN:  Hello, Mr. Tart.  Actually, we also

5    have a Captain Crunch decoder ring, if I could hand that up,

6    please.

7              Okay.

8              THE COURT:  Is there a binder that goes with this?

9              MS. RUDZIN:  No.

10             THE COURT:  Okay.  Just --

11             MS. RUDZIN:  It justs allows him to talk about it

12   first.

13                        -  -  -

14                   CROSS-EXAMINATION

15   BY MS. RUDZIN:

16        Q    I'd like to start with just a few followups to

17   what Ms. Bellshaw was talking to you about.  She asked you

18   about if the advance is higher, the risk is higher?

19        A    Uh-huh.

20        Q    That isn't always true, correct?

21        A    You know, I think I was just thinking about, as

22   the advance is higher, it could be -- you have to sell more

23   copies to justify that advance and that may be more

24   difficult, but it's entirely dependent on the book.

25        Q    Well, let me put it this way.  A $2 million

```
 1   advance from Ms. Obama's next book is presumably less risky

 2   than a $2 million advance for a no-name's first collection

 3   of short stories, correct?

 4        A    Correct.

 5        Q    And Ms. Bellshaw also asked you some questions

 6   about book 44, the auction for book 44.  Just so the record

 7   is clear, did you at any time during the auction know that

 8   Simon & Schuster was in the auction?

 9        A    No.

10        Q    Would it have made a difference to how you bid?

11        A    No.

12        Q    Ms. Bellshaw asked you whether you consider the

13   backlist when thinking about your advance, and you explained

14   that it's prestige that maybe you could pitch to the author,

15   right?

16        A    Uh-huh.

17        Q    Does the revenue you get on the backlist help you

18   decide what advance to offer?

19        A    No.

20             I'm thinking about the book.  The value that I

21   would need to be able to acquire the book.  I'm not thinking

22   about where that money would come from.

23        Q    Is A backlist the only way to have revenue to be

24   able to offer advances?

25        A    No, certainly -- no, there are plenty of other
```

1    ways.

2         Q     If you could turn to PX328, please.

3               This is the email about your explanation on

4    insisting on audio rights; correct?

5         A     Yes.

6         Q     If you could please look at the first paragraph of

7    the email that Ms. Bellshaw read and read from "the audio

8    book benefits" through the end of the paragraph.

9         A     Yes.

10              "The audio book benefits entirely from the book's

11   publicity, marketing, packaging, positioning, editing, et

12   cetera.  All things I know you know.  But maybe you haven't

13   thought that through.

14              "We can't give up 40 percent of the market for

15   this book.  The outside audio players do almost zero

16   marketing, certainly nothing approaching our marketing and

17   publicity, they get a free ride."

18        Q     And is this still consistent with your view today

19   about why you insist on audio rights?

20        A     Yes.

21        Q     You told the Judge that Penguin pretty regularly

22   does house bids.  Why is that?

23        A     I think agents send their submissions out to a

24   number of publishers and we act independently on what we're

25   interested to buy.  Sometimes we'll come up on the same

1    proposals or manuscripts that we want to buy.

2         Q    In other words, it's routine for imprints within

3    the Penguin Group to compete against each other, correct?

4         A    Yes.

5         Q    And that obviously is true of imprints in the

6    Random House division and Knopf Doubleday division as well,

7    correct?

8         A    Yes.

9         Q    The difference is, though, there's --

10              THE COURT:  Should you be leading this witness?

11              MS. RUDZIN:  I didn't mean to be.  I'm sorry.

12   I'll rephrase.

13   BY MS. RUDZIN:

14        Q    If we could just go back to the beginning a little

15   bit and if you just tell us how long you've been in

16   publishing.

17        A    I've been in publishing, it will be 30 years next

18   month.

19        Q    So you've been acquiring and editing books for

20   almost 30 years now?

21        A    The first two years mostly copying and filing, but

22   after that, yes, acquiring and editing.

23        Q    Acquiring and editing books for 28 years.  Can you

24   tell us maybe over that long career, what your favorite book

25   is that you've personally acquired and edited?

954

```
 1        A     It's a very tricky question, but I'm very proud of
 2   a book, A New Earth by Eckhart Tolle that I edited and
 3   published back in 2005, found it to be foundational text, a
 4   book that matters to a lot of people and will continue.
 5   It's -- I think it's a book that's changed lives and will
 6   continue.  I think it's something that people will be
 7   reading for a long time, so I'm every proud of that one.
 8        Q     And you mentioned Viking acquires about 60 books a
 9   year.  How many books -- strike that.
10             You mentioned that Viking publishes about 60 books
11   a year.  How many books does Viking acquire each year?
12        A     Well, since we have to acquire books in order to
13   publish them and since sometimes the books we acquire do not
14   deliver on time, sometimes they don't deliver at all, I
15   usually want to acquire more books in a year than I publish.
16   So around 70 or more.  In fact, the first book I bought when
17   I was at Viking in 2015, I'm still waiting to be delivered.
18        Q     And I'd like to turn to the acquisition process
19   itself since you're the first actual acquiring editor we've
20   heard from.  From your perspective, can you just tell us
21   generally what are the different ways Viking acquires books?
22        A     For the most part, it's one-on-one negotiations.
23   That can happen through an option that we have or agent who
24   comes to us exclusively because they want us to be the
25   publisher or a book that's been sent out widely that we end
```

1    up in a one-on-one negotiation.

2         And then the other -- and then we can acquire book

3    through an auction or through a preempt, by preempting the

4    auction.

5         Q    Backing up for a minute, who decides whether

6    Viking even has the opportunity to bid on a book?

7         A    The agent.

8         Q    Does Viking end up offering on every book that is

9    submitted to it?

10        A    No.

11        Q    Do you like acquiring books through one-on-one

12   negotiations?

13        A    I find it very difficult.  I think you are

14   basically bidding against the author's expectations and the

15   agent's expectations.

16        I find it very -- I find it hard to convince them

17   otherwise.  There's no other bidder, there's no other market

18   inputs, you know there's competition out there, and

19   so I think those are some of the hardest deals to put

20   together.

21        Q    What about when negotiating to keep a repeat

22   author, how do those usually go?

23        A    Those can be very tricky.  And the trickiest ones

24   are when an author has had great success with a book or

25   success with a book because oftentimes the agent is looking

1   to have a deal that is based on or close to those numbers

2   for that book, but, you know, a previous success does not

3   always mean future success, and so those become -- some of

4   my costliest mistakes have happened in that.

5       Q    I hate to do this to you but if you can give us an

6   example of one of your big mistake, and I'd caution you to

7   not name the book or the author if you're going to give the

8   advance amount?

9       A    Yes.

10          Author B and title B was one of our -- was a great

11  success for Viking.  We sold more than 3 million copies of

12  the book.  We loved working with the author, felt it was

13  very identifiable with our imprint.

14          Looking forward to the next book idea.  The author

15  sent in the next book idea, which we all really liked,

16  thought it was really strong, you know, really looking

17  forward to continuing the relationship.

18          But the agent had expectations that were much

19  higher than our expectations for it.  I was thinking about

20  trying to do a deal around $2 million and the agent really

21  wasn't budging from $5 million, so I thought it was

22  important to do the deal.  I thought if it went out widely,

23  we could lose it.  I didn't want to do that.  So I agreed to

24  the $5 million deal.

25          We published the book and it didn't perform all

1    that well.  We sold about 100,000 copies or so, which is

2    pretty good, but it doesn't justify a million dollars

3    advance.

4        Q    And how was the agent able to get you to pay

5    5 million if you were thinking of paying 2 million?

6        A    I didn't want to lose the author.  I felt it would

7    look bad for Viking if we had such a great success with the

8    book and we didn't even try to continue to work with the

9    author.  I thought, you know, I think it's -- the imprint

10   can take a hit if a big author leaves.  People wonder why

11   they couldn't keep the author, why they couldn't make these

12   things work.

13       Q    Do you ever go ahead and say, okay, the author can

14   walk away?

15       A    You know, sometimes I just can't reach the

16   expectations.  And when that happens, the author can take it

17   out widely and often will leave.

18       Q    Can you give us an example, again, without naming

19   the author and the advance?

20       A    Yes, this would be author G and this author was a

21   house author.

22            We published a number of books with this author.

23   We had great success with title G.  And because of that

24   great success, we went into a new contract.  We spent $2

25   million on that.  It underperformed.  We sold around 50,000

1    copies.  But we still wanted to continue with the author

2    because we really liked working with him.  You know, some

3    books work, some books don't.

4            And so we bid but closer to the book that sold

5    around 50,000 copies.  The author and the agent wanted more,

6    thought they could get more, so in this case, I didn't think

7    I could move up so they went out widely with it and they

8    ended up selling the book to another publisher for 50

9    percent more than I was looking to pay, so I lost -- the

10   author did leave.

11       Q    And in a situation like that, has it ever been the

12   reverse where Viking takes an author from another house?

13       A    Yes, I brought Elizabeth George, she's a crime

14   writer, over from HarperCollins, she writes the Inspector

15   Lynley series.  It was a PBS television series.  I followed

16   her career for a long time, I really wanted to work with

17   her.

18           The agent knew that and came to me when he didn't

19   think HarperCollins thought they could grow her audience

20   anymore.  So asked me if I thought I could, I thought I

21   could, I gave an offer that was more than what he had been

22   offered.  So she came to me and I've worked with her ever

23   since, five books in, very successfully.

24       Q    When you're in that one-on-one negotiation, are

25   you thinking about competition?

1    A    Absolutely.  I'm thinking the competition is

2  there, you know, it's -- I think it's been a pretty robust

3  market for -- in terms of advances, so I always think about

4  the competition.

5    Q    Are you thinking about Simon & Schuster?

6    A    No, I'm not thinking specifically about any

7  publisher.  I'm just thinking about the competitive market

8  for books.

9    Q    You explained you could take a book by preempt

10  which we've heard a lot about.  If Viking attempts to

11  preempt a book and the preempt offer is rejected, does

12  Viking go to the auction to try to get the book anyway?

13    A    You could.  You can go into the auction, but

14  I wouldn't bid more than I offered as a preempt.

15    Q    And that's just a policy you have?

16    A    That's just the way I feel about it.  I don't

17  think -- you know, if I give a pre-empt, I'm asking the

18  author and agent to take it at that amount, and if they

19  think that's not my highest amount, why would they ever take

20  it.  So I have to be consistent when I make a pre-empt

21  offer.

22    Q    And in that case, does Viking ever win the auction

23  for less than it offered as a pre-empt?

24    A    If I go -- if I were to go into an auction?  That

25  can happen, yes.

1    Q    You also participate in auctions, correct?

2    A    Yes.

3    Q    What kind of auctions does Viking buy books in?

4    A    Pretty much every auction that agents set up.  It

5    could be a rounds auction, it could be also a round robin

6    auction, it could be a best bid auction, it can be a better

7    best auction, it can be a combination of all three all at

8    the same time.  It happens.

9    Q    What type of auction do you see more frequently?

10    A    I don't track it, so I don't really know.  But I

11    would assume it's better, best, best bid auctions.

12    Q    Let's take those one at a time.

13         What's a best bids option?

14    A    So that's a one-time only bid.  You have one

15    chance to buy the book.  Then the agent is not going to come

16    back to you to refine the offer.  That's your opportunity to

17    buy it.  So it's just a one round bid.

18    Q    And do you like those because they get over

19    faster?

20    A    No, I don't like those.  I think they're very

21    difficult.  It's very difficult to value that.

22         You know, you're kind of valuing it in the dark.

23    You don't know about any other bids.  You don't know all

24    that much information.  So it's hard.

25    Q    Can you give us an example where you think you

```
 1   missed the mark in a best bids auction and maybe lost a book
 2   to a non-peer agent imprint, let's say, and again, please
 3   don't say the author out loud.
 4        A    Yes, author E and title E was a manuscript that I
 5   read that I loved.  It was kind of speculative fantasy
 6   fiction.  I thought it was brilliant, start of a great
 7   career.  It was going to be a trilogy and so I put together
 8   a bid of $825,000 for three books to buy it.  I thought that
 9   was a great bid considering only one of the books was
10   written and there was some work to be done.  But it showed a
11   lot of promise.
12             And I went to the auction and I lost the auction
13   to a bid that was over $2 million.
14        Q    Do you know who made that bid over $2 million?
15        A    It was Flatiron from Macmillan.
16        Q    Macmillan, you said?
17        A    Macmillan, yes.
18        Q    What's a better best auction?
19        A    So it starts off as a best bid auction but then
20   there's another round.  So oftentimes that second round is a
21   round you have to compete to get into, meaning not everybody
22   goes through to the second round, but it's a two-round
23   auction.
24        Q    Do you have an understanding of why the agent
25   wouldn't let everyone into the second round?  Isn't more
```

```
1   bidders better?
2       A    I think what they're doing is trying to make the
3   first bid as aggressive as possible so that there's as high
4   of an initial bid as possible and the way to do that is to
5   say, if you're not high enough, you won't be invited to make
6   a second bid.
7       Q    Did the agents always enforce that kind of
8   narrowing of the field in the second round?
9       A    No, there's some leeway there for sure.  They'll
10  say, I'm only allowing three bidders in, but if the bid come
11  in and they want to include another bid, they'll just say,
12  I'm allowing four bids in.
13      Q    Talking about the difference between a single
14  round best bid auction and a two round better best bid
15  auction, do you always know in advance which kind you're in?
16      A    No, I think the rules change pretty regularly.
17  And so sometimes you think you're in a best bid option and
18  then it's going to turn into a better best auction, or
19  sometimes you think you're in a rounds auction and then
20  there's a call for best bids, one final bid out of a rounds
21  auction.  So things do change.
22      Q    In those best bid auctions or better best bid
23  auctions, does the PRH rule about requiring an external
24  bidder have any application?
25      A    Not in a best bid auction.
```

1    Q    And that's because even if the agent expects only
2  PRH imprints to bid, every imprint is still allowed to go
3  ahead and put its best bid in?
4    A    Yes.
5    Q    Does Viking ever do round robin auctions?
6    A    Yes, we do.
7    Q    And how do those work?
8    A    They're usually set up in two ways.  One is a
9  round will start and then you'll find out what the highest
10 bidder was of that round and then you'll have to beat that
11 in the following round.  Or it goes publisher by publisher,
12 and someone bids X and then the next publisher bids Y, so on
13 and so on until everyone has bid and then it goes to the
14 next round and starts at that high bid.
15   Q    When you say publisher by publisher, do you mean
16 publishing house or publisher persons such as yourself?
17   A    It would be on the imprint level.
18   Q    So it goes imprint by imprint?
19   A    Yes.
20   Q    In all of these different auction formats, does
21 Viking win only if it ultimately offers the highest advance?
22   A    No, sometimes you can win as an underbidder.
23   Q    Why would the author choose an imprint that's
24 offering a lower advance?
25   A    Sometimes they want to work with a certain editor,

1    sometimes they want to be on a certain list, sometimes it

2    can be about other things that the publisher might be

3    bringing, but it's not always about the advance.

4        Q    If the agent tells you that there are a lot of

5    bidders in the auction, does that affect how you value the

6    book?

7        A    I try not to let it affect how I value the overall

8    book, but it could affect how I bid in the auction.  And it

9    is a factor, something that we take into account.  But I try

10   not to be too reactive to that just because you can't verify

11   it, you don't know how many people are actually going to

12   show up, you don't know if they are as passionate about it

13   as you are.  There's lots of things you have to assume in

14   that and it's -- so it makes it hard.

15       Q    What happens if you learn that there aren't that

16   many bidders?

17       A    Well, I can't get complacent then either because,

18   you know, we always say it only just takes one bidder, one

19   committed bidder to outbid you.

20            So if you think there aren't going to be a lot of

21   bidders and you try and lower your offer, you really could

22   set yourself up for being outbid by somebody for a book that

23   you really want.

24            It's also unlikely we know that there's going to

25   be few bidders, agents don't often tell us that.

1    Q    Ms. Bellshaw asked you earlier if you thought

2 agents were trustworthy.  Do you recall that?

3    A    Yes.

4    Q    And -- but if there are only a few bidders, you

5 think the agent is trustworthy, wouldn't she tell you that?

6    A    You know, I think we all accept that the agents

7 are trying to get the best deal for their authors and that

8 they're going to make decisions, changing auction rules,

9 giving us information, withholding some information, that

10 they feel is in the best interest of their author.  So we

11 are -- or I accept that.  I don't think that's being

12 dishonest.

13    Q    Do you know who you are bidding against during an

14 auction?

15    A    Very rarely.  You know, do we know the other --

16 what imprints are bidding against us in an auction, almost

17 never.

18    Q    How would you learn?

19    A    The agent would tell us.

20    Q    How are communications with the agent about

21 negotiating and bidding usually handled?

22    A    We encourage editors to do it by phone because

23 it's a relationship business between the editor and the

24 agent and you can learn things over the phone much better

25 than you can over email.

1          And it's also an opportunity for the editor to

2    pitch themselves to find out maybe there's one special thing

3    we need to do in order to win the auction.  So we always

4    encourage a call.

5          Q    Does Viking hold meetings to discuss the book

6    proposals that you're considering?

7          A    Yes, we have weekly editorial meetings.

8          Q    What happens at those meetings?

9          A    We discuss acquisitions, passes, you know, books

10   we're going to pass on, things like that.

11         Q    Do you keep minutes from the meetings?

12         A    We do.

13         Q    Do those minutes list all the books that Viking

14   has won and lost since the last meeting?

15         A    They would include a number of the books that we

16   talked about at the meeting but not all of them.  We

17   wouldn't include books that we've signed a non-disclosure

18   agreements about.  Sometimes agents don't make you sign a

19   non-disclosure agreement, but they ask you to keep a project

20   confidential, so that wouldn't appear on the minutes as

21   well.

22         Some repeat authors, that's kind of like house

23   business, doesn't make it to the editorial meetings, so

24   those might not be on that list either.

25         Q    So a submission that isn't discussed at a meeting

1    isn't going to be in the meeting minutes, right?

2         A    Right.

3         Q    Stepping back, how do you value a book you're

4    considering acquiring?

5         A    It is as much an art as a science.  It always

6    starts with the editors' enthusiasm.  It comes from the

7    editor.  They read a book, they get excited by it, they

8    bring it -- ask other people to read it, that excitement

9    kind of grows.  That's really where it starts.  And from

10   there, we will run a P&L.

11        Q    And you discussed with Ms. --

12             (Cellular telephone interruption)

13             THE COURT:  We have a rule of no electronics in

14   the gallery.

15             GALLERY VOICE:  I'm sorry.

16             THE COURT:  Okay.  Thank you.

17   BY MS. RUDZIN:

18        Q    You discussed with Ms. Bellshaw that the first

19   thing you put in the P&L is an estimate of how many copies

20   you can sell, right?

21        A    Yes.

22        Q    And as you discussed with the Judge, you don't

23   usually get it right, right?

24        A    Correct, it's really a guess.

25        Q    I assume you often overestimate how well you sell

 1   a book?

 2       A     We can, yes.

 3       Q     So this time I'll ask you for a more positive

 4   example.

 5             Can you give us an example where you understated

 6   how well you would sell a book?

 7       A     Yes, this is a happier example.

 8             When we were acquiring the next book from

 9   Matt Haig, we were basing it on the success of his previous

10   book, *How to Stop Time*.  And at that point, it had sold

11   around 20- or 25,000 copies.  So we put that into the P&L,

12   we thought that would be what we could do.  We made an

13   offer -- we made an offer for the book based on those

14   numbers.  And the book went on -- it is just about to sell

15   its 3 millionth copy in a couple months.  So we wildly

16   underestimated that one.

17       Q     You also mentioned that another input in the P&L

18   is the cost of selling the books, right?

19       A     Yes.

20       Q     How do costs, if at all, how do they impact the

21   advance range suggested by the P&L?

22       A     Generally, the higher the cost would mean the

23   lower the profit.

24       Q     If the costs included in the P&L were lower, would

25   that have any impact on the advance amount suggested by the

1  P&L?

2      A    Yes, it would give us a higher advance where we

3  could still make a profit.

4      Q    Are you limited in offering an advance that's

5  suggested by the P&L?

6      A    So after we run the P&L and we look at the

7  suggested advance that is on the P&L, we always talk about

8  it, is this the right number, do we think this is going to

9  take it, is this just wishful thinking that we want to buy

10 the book at this level and are we going to be able to do it.

11     So we do look at it and then we start to talk

12 about, is this going to be enough to buy the book.

13     Q    And are there any factors you would consider in

14 trying to go beyond the P&L?

15     A    Yes.  You know, is this a start of a writing

16 career I want to be a part of, is there a long-term

17 relationship that we can build here that I want to stretch

18 for, is it a category that's growing?  Is it like a book

19 that we just had great success with?  Is it a book that can

20 win awards?  Is there a prestige to publishing this?

21 There's a lot of factors that can go into that.

22     Q    How do you weigh all those different factors and

23 decide how much to stretch beyond the P&L?

24     A    It comes back down to kind of a gut feeling that

25 you have when you put it all together.  Can we sketch for

 1   this?  Do we really want this book?

 2           I think what we really figure out is this a book

 3   that we have to publish, and if it is, then we'll find a way

 4   to stretch.

 5       Q    In your experience, is it common for different

 6   imprints to value the same book differently?

 7       A    Yes.

 8       Q    And why is that?

 9       A    Again, editor enthusiasm, imprint profile.

10           I'm a believer that certain books wouldn't do as

11   well in one imprint as in another.  I think we are distinct.

12   I think we offer different things, and so certain books can

13   do really well at one imprint but maybe not do as well in

14   another.  So that's kind of how I feel about publishing.

15       Q    Can you give us an example of a book that you

16   didn't think would necessarily do well at Viking but maybe

17   did better somewhere else?

18       A    This is a particularly painful example, yes.  But

19   we read a manuscript called *Where the Crawdads Sing*.  We

20   talked about it, we didn't think it was going to be a big

21   book, we didn't even make a bid on it.  My colleagues at

22   Putnam published it and they've made a success out of it.

23       Q    We know what happened.

24           I know it's painful but you can give us one other

25   example of a book you let get away?

1        A    This is my personal example.

2             I had in *The Life-Changing Magic of Tidying Up* by

3    Marie Kondo.  I didn't know what to make of it.  And I

4    didn't even make a bid on that book.  And ultimately that's

5    kind of changed the world in some way and sold millions of

6    copies in the process.

7        Q    Were those books anticipated top sellers?

8        A    Not to me.

9        Q    How did it make you feel when those books turned

10   out to be huge after you had thought they weren't worth

11   anything?

12       A    I felt terrible.  I felt like I wasn't doing my

13   job.

14            But, you know, there's a kind of gallows humor

15   around editors about this.  We do talk about the books that

16   got away.  Not really the books that got away, the books we

17   didn't even try for that were big successes.  So it's kind

18   of a club you get initiated into over time, and every editor

19   has a story like it.

20       Q    Switching gears, whom do you consider to be

21   Viking's competitors?

22       A    Because we're a broad based imprint and general

23   interest, I think most publishers are competitors of mine.

24   I think that within Penguin Random House and I think of that

25   outside of Penguin Random House.

1    Q    Does Viking compete with imprints from Macmillan,

2  for example?

3    A    Yes.  We'll complete with Houghton, Farrar, Straus

4   & Giroux.

5    Q    Are there any particular imprints at HarperCollins

6  that Viking competes with?

7    A    We compete with William Morrow and Ecco.

8    Q    And what about at Hachette?

9    A    Little, Brown.

10    Q    Does Viking compete with imprints from Simon &

11  Schuster?

12    A    Yes, Scribner.

13    Q    While we're on this topic, do you see Scribner or

14  Simon & Schuster more generally as a more important

15  competitor?

16    A    No, I don't single them out.  I think of the broad

17  group of publishers as all being competitive with me.

18    Q    Does Viking compete with any smaller publishers?

19    A    Yes, they would be different for fiction and

20  nonfiction, but I believe we do.

21    Q    So let's start with fiction.  What are some small

22  publishers you see as competitors for fiction?

23    A    I think Grove is a really interesting publisher.

24  I admire their list a lot.  What they do specifically with

25  literally fiction is great.  And so I consider them

1    competitors, as well as Gray Wolf, an award winning

2    publisher, also really strong literary fiction.

3         Q    What about in nonfiction?

4         A    I compete with Norton.  I think they have a

5    similar profile to Viking Penguin in that they're very

6    academic focus.  So I do think of them as competition.

7              And then on the wellness self-help side, I compete

8    with Hay House.

9         Q    Can you give us an example of a book you lost to

10   Norton?

11        A    We were interested -- just checking here -- we

12   were interested in a book by Elizabeth Hinton, a Yale

13   University professor.  She was writing a book on race in

14   America, history of race in America, it was brilliant, we

15   were very excited about it.  We were not the only ones.

16   There was a lot of excitement around that book.  And Norton

17   ended up pre-empting it for $2-.

18        Q    And do you think that was more than 250- per book?

19        A    Yes.

20        Q    Do you have any losses of examples to Hay House?

21        A    Yes.  Author H, and who was the author of H1,

22   which was a big success for us.  We did really well with

23   this book, we were looking to do -- to continue with her.

24   She delivered a proposal for a new book ten years after the

25   success of this book, maybe more.  But we were excited by

1    it.  We made an offer of 750- for it.  The agent turned it

2    down and went out widely with it and Hay House bought it for

3    a million dollars, plus a profit-sharing deal.

4         Q    Any other books you think you've recently lost to

5    Hay House?

6         A    There was a recent wellness title, this is title

7    I -- I'm sorry, author I, title I.  We bid 175- in the

8    auction and they won it at 250-.

9         Q    Hay House paid?

10        A    Yes.

11        Q    Thank you.

12             You mentioned that Viking competes with other

13   Random House imprints.  Can you explain how that works if

14   the imprints are in a different division?

15        A    Yes.  From the other divisions, we would treat

16   them as any other bidder.  You know, we still would need an

17   outside bidder to be part of an auction, but we would treat

18   them as an outside bidder unlike the Penguin Publishing

19   Group where we would put together a house bid.

20        Q    Can you give us an example of a book Viking

21   recently lost to a Penguin Random House imprint outside

22   Penguin?

23        A    Yes, this would be author D and title D.

24             This was one of those best bid auctions, meaning

25   like there was only one bid, they weren't coming back to us.

1    We were really excited about this.  Loved the book.  We made

2    an offer of 1.250.  I thought for sure that was a winning

3    bid, but we lost it to Knopf at 1.5.

4         Q    And because that was a single round best bids, the

5    external bidding rule you mentioned wouldn't apply, correct?

6         A    Correct.

7         Q    You told Ms. Bellshaw that in a rounds auction if

8    it gets down to just PRH imprints, then you can't bid each

9    other up, right?

10        A    Correct.

11        Q    How often does that happen in your experience?

12        A    Not often because what happens is agents just call

13   for best bids, and then they get an extra round out of it.

14        Q    And when they're calling for best bids at the end

15   of a rounds auction, it doesn't matter about whether they

16   think only PRH imprints are going to show up in that last

17   best bids round?

18        A    Right, we're allowed to bid.

19        Q    When acquiring books does the advance level of

20   $250,000 for a book have any significance to you?

21        A    No.

22        Q    Does the advance level for a book indicate how

23   well it will sell?

24        A    No, it doesn't.

25             For example, in 2021, my best -- my most

1    profitable book in 2021 is -- was *The Lincoln Highway*.  The

2    advance for that was more than $2 million.

3        Q    Who's the author on that one?

4        A    Amor Towles.

5        Q    Okay.

6        A    And in 2020, my most profitable book was *The*

7    *Midnight Library*, Matt Haig, and the advance for that was

8    under $200,000.

9        Q    Is that an anomaly?

10       A    No, it happens.  If you were to look at my 2020

11   list, of the top most profitable books on my 2020 list,

12   three of them would have advances in the seven figures, two

13   of them would have advances of 150- or below.

14       Q    How does Viking decide the level of marketing

15   support a book will receive?

16       A    We decide on the basis of how the book is setting

17   up, is it looking to be successful, is there potential that

18   we're going to be able to turn this into a successful

19   publication.

20       Q    When does Viking make that decision?

21       A    So I try and make it as late as possible, often

22   six weeks before we're about to publish a book.

23       Q    And why is that?

24       A    There are three reasons.  One is because I want to

25   know if we're publishing into a moment.  Is this -- is there

1    something happening in the culture that's going to help me

2    lift this book up.

3          The other is, are there new marking tools and new

4    ways to reach audiences.  The pace of change in marketing so

5    extreme right now it's overwhelming.  And what I think is

6    going to help me sell a book or reach an audience today is

7    not the same from three months ago or certainly six months

8    ago.  There's new things that we're learning, new tools that

9    we're trying.  So I want to use the ones that are most

10   relevant at that point.

11         And then the other part I have a lot of feedback

12   that I get through the process of setting up a book.  I hear

13   from my salespeople, I hear from the media, I hear from

14   foreign publishers, I know if a book is sold to TV, movies,

15   things like that.  All of that informs the way I'm going to

16   publish the book and how I'm going to position it.  So the

17   closer I make the marketing decisions to publication, the

18   better.

19       Q    Does the level of advance determine the amount of

20   marketing support a book gets?

21       A    No, not for me, because normally we've done --

22   we've contracted for these books years before, or at least a

23   year before but mostly years before, and so, you know, these

24   other things that -- these are -- it's not on my mind.

25         I do know the advances, and so it's not completely

1    separate by any stretch, but I keep advances confidential,

2    and so my marketing staff and my publicity staff, they don't

3    know what we pay for books.

4        Q    Can you give us an example of a book that you

5    didn't pay a high advance for but you ended up putting a lot

6    of marking support behind it?

7        A    Yes, we had a book called *Fiona and Jane* by Jean

8    Chen Ho.  This was a collection of stories.  We bought a

9    collection of stories and we bought a novel, but we were

10   publishing the collection of stories first, mid-5-figure

11   advance for that.

12           And honestly, we all thought, you know, it's very

13   hard to make a success out of short stories.  It's not an

14   easy thing to do.  Our expectations were pretty modest for

15   it.

16           I brought the book to our sales conference, our

17   sales team went absolutely nuts over the book.  They read

18   it, they were like, we can do a lot with this, this is a big

19   book; and we listened to them and we changed how we were

20   positioning it, we put her on a pre pub tour, virtual tour.

21   We used the galley at trade shows.  We spent a lot of time

22   being creative about what we could do marketing-wise and so

23   forth.  We thought of it as a bigger book because of these

24   inputs we were getting from the sales group and because

25   people were really responding to it.

1          So we published the book.  Seven, eight months

2    later now, we've sold around 17,000 copies, which for a

3    collection of short stories, I think is really great,

4    definitely double what I thought we would do.  And I think

5    when we publish it in paperback at the end of the year, it's

6    going to be a real success.  We turned it into a great story

7    for her career.

8          Q    Even though it started out as a five figure

9    advance?

10         A    Correct.

11              THE COURT:  Can I go back to something you said

12   before?

13              You said in your 2020 list of the most profitable,

14   three had advances in the seven figures and two were below

15   150-?

16              THE WITNESS:  Yes.

17              THE COURT:  How big was the list, what was in

18   between?

19              THE WITNESS:  I think the first two books were

20   seven-figure deals, and then the third most profitable,

21   I think, was 150-.  And then another seven-figure deal and

22   then the fifth most profitable was 100-.

23              THE COURT:  So how big is this list?

24              THE WITNESS:  Oh, I'm sorry, we published 60

25   books -- 59 or 60 books that year.

```
 1              THE COURT:  Oh, okay.
 2              So when you say of your 2020 list, the most
 3   profitable, three had advances in the seven figures, two
 4   below 150-, then 55 had advances between 150- and seven
 5   figures?
 6              THE WITNESS:  No.  I meant the very top.  I meant
 7   the top five most published -- most profitable books on that
 8   list, of which there are probably 60 books on that list.
 9              THE COURT:  Okay, so of the top five --
10              THE WITNESS:  Correct.
11              THE COURT:  -- three had advances of seven figures
12   and two were below 150-?
13              THE WITNESS:  Yes.
14              THE COURT:  Okay.  Thank you.
15   BY MS. RUDZIN:
16       Q    Unfortunately I'm going to ask you to give an
17   example of the other way, where you had a high advance book
18   and you didn't put marketing support behind it very much.
19       A    This is author C, title C.  This is a book I
20   loved, it's a thriller, I fell for it completely, has a
21   great twist at the ending, really excited about publishing
22   it.  We spent $900,000 to acquire it.  Again, brought it to
23   my salespeople.  And I didn't get the reaction I was
24   expecting, nobody was talking to me about the twist at the
25   end and it was because they couldn't get there because it
```

 1    wasn't page turning which is the worst thing you can hear

 2    about a thriller.

 3             And so we tried all sort of things.  We thought

 4    well, maybe it's not a thriller, maybe it's domestic

 5    suspense.  Maybe it's not domestic suspense.  Maybe it's a

 6    book about female friendship.  We just tried different ways

 7    to get people to just keep reading the book.

 8             But it didn't happen.  And by the time I published

 9    it, I didn't have a lot of partnerships with book stores,

10    I didn't get a lot of media, all those imprints that I was

11    getting books like *Fiona and Jane* and other successes,

12    I wasn't getting on this.

13             So while I thought -- I was hoping I could sell

14    around 200,000 copies of this book, I ended up selling about

15    20,000.

16    Q    But you paid a $900,000 advance so why didn't you

17    just put more money into marketing to try to recoup that

18    advance?

19    A    Because it wouldn't have made a difference.

20    I couldn't -- it would have been, you know, throwing good

21    money after bad, to be honest.  I just -- I don't find that

22    marketing money can create a success.  I think it can

23    amplify it.  I think you can find new audiences with it.

24    I think you can make a book much, much bigger with marketing

25    for sure, but it's -- I find it very difficult to create

1    success out of whole cloth just through marketing.  And I

2    would have done it if I could have paid for it, if I could

3    have turned this into a success, I would have done it, but

4    I couldn't.

5        Q    Is it fair to say by the time you're making the

6    decision about marketing of the book, the advance is a sunk

7    cost?

8        A    I think that's fair to say.

9            THE COURT:  So when you do your P&L to decide what

10   advance to offer, I've heard other evidence in this case,

11   that that includes -- the costs include like a variable cost

12   for marketing.

13           THE WITNESS:  Yeah, that's in the P&L.

14           THE COURT:  Yeah.  Which means that the marketing

15   is going up and down depending on how much -- the marketing

16   budget in the P&L is going up and down depending on what you

17   think the sales are going to be.  But you're saying that's

18   fake, it's not real, the marketing budget isn't really

19   what's in the P&L.

20           THE WITNESS:  I don't go over go back to that

21   original P&L to decide my marketing budget.

22           THE COURT:  Interesting.

23           THE WITNESS:  Mainly because --

24           THE COURT:  The P&L is really fake.  Am I wrong?

25           THE WITNESS:  No.

1          THE COURT:  Okay.

2          THE WITNESS:  No.

3          I mean, it's what we do.  And I can't dismiss it

4   entirely, but in the art and science of publishing, it's --

5   you know.

6          THE COURT:  Okay.

7          THE WITNESS:  We get a lot wrong with the P&L.

8          MS. RUDZIN:  May I proceed, Your Honor?

9          THE COURT:  You may proceed.

10          MS. RUDZIN:  Thank you.

11   BY MS. RUDZIN:

12   Q    Just quickly when you talk about marketing, is

13   that corporate marketing or is there a Viking specific

14   marketing department?

15   A    Penguin Random House has a big, great corporate

16   marketing department but Viking Penguin has its own

17   marketing department, most imprints have their own marketing

18   department.

19          And in our marketing department, we are title

20   specific.  So while we get market research, audience

21   affinities, data analytics from the corporate marketing

22   group, which is incredibly helpful, they don't really touch

23   the titles like we do so we come up with the creative, we

24   come up with the marketing all around the titles within our

25   own imprint.

1    Q    And to the Court's question about the marketing

2    spend in the P&L, we've also heard that sometimes imprints

3    give a marketing plan to the agent as part of the bid for

4    the book, right?

5    A    Yes.

6    Q    What does that have to do with how you actually

7    end up marketing the book?

8    A    Very little.

9         It's really an expression of how much we love the

10   book and how creative we can be.

11        But usually we're sending those out years in

12   advance of actually publishing the book.  So they're pretty

13   obsolete by the time we publish.

14   Q    Quickly, this case is about books that go for

15   $250,000 advance or more.  Is that a high level advance to

16   you?

17   A    Not -- no.  I don't consider 250- a high level

18   advance.  You know, I consider seven figures mid- --

19   multiple seven figures being a high level advance.

20   Q    So a book that you think is really going to sell

21   well is getting seven figures, right?

22   A    I mean, not always, but more so than I would think

23   250,000.

24   Q    Are the negotiations over a book that will cost

25   more than $250,000 different than a book that ends up

1  costing less than $250,000?

2      A    No.

3      Q    What about a book that you're paying an advance of

4  $8 million for?

5      A    Yes, that is a different level of what you're

6  negotiating.  That is a very -- it's very rare to be up

7  around that level, but when you are, you're negotiating a

8  different kind of beast.

9      Q    And is there a threshold or a line where it tips

10  from being just a nice, ordinary, we think it might do well

11  book and a we really think this is going to fly book?

12      A    In terms of the advance?

13      Q    Yes.

14      A    No.

15      Q    Does Viking give the same editorial support to a

16  book if it goes for less than 250,000 than a book that goes

17  for more than 250,000?

18      A    No.

19      Q    Is the sales support the same or dependent on the

20  advance level in any way?

21      A    Yes, the sales support is the same.

22      Q    Does Viking have different printing and

23  distribution services for books that go for more than

24  $250,000?

25      A    No.

1      Q    Would your answer to any of those questions change

2  if the figure was $100,000?

3      A    No.

4      Q    What about $350,000?

5      A    No.

6      Q    Is there any advance threshold at which Viking

7  treats books differently?

8      A    No.

9      Q    Just to be clear --

10         THE COURT:  I thought you just said 8 million.

11         THE WITNESS:  Oh -- there is -- yes, there is a

12  several million copy -- advance level would make me think.

13  BY MS. RUDZIN:

14     Q    Well, just to be clear, the printing,

15  distribution, editorial services, those aren't different

16  based on the advance even for an $8 million book, right?

17     A    Right.

18     Q    They're printed on the same paper and same

19  printer?

20     A    Yes.

21         THE COURT:  Can I just ask about this, because

22  I've seen other evidence in this case, other email chains

23  with other deals where things did make a difference, like a

24  budget for glam, like makeup, wardrobe, negotiating about

25  royalty rates, taking a book as is.  I mean, that must kick

1   in at some level -- and I just think of the advance as some

2   way of identifying the books that are the most desirable.

3   It's like sort of a rough way of calculating that.  Don't

4   those things come in at some level when they wouldn't for a

5   book that's less desirable?

6              THE WITNESS:  My experience is they come in on a

7   certain -- for certain kinds of books, like celebrity books,

8   you know, you talk about glam, you don't ever talk about

9   glam with fiction really or certain other kinds of books

10  that you're doing, it's really a specific kind of book that

11  you would be negotiating that.  So I don't really consider

12  it so much advance based as I do kind of type of book.

13             THE COURT:  What about the royalty rates and the

14  as is, like something that everybody wants, don't you throw

15  in things like this?

16             THE WITNESS:  Yeah, I don't -- I'm not sure what

17  "as is" means.

18             THE COURT:  It was another email chain I saw where

19  they said one editor would just take it as is, like they're

20  not going to change it, they're going to give the author --

21             THE WITNESS:  The manuscript.

22             THE COURT:  -- make the author have their way with

23  it.

24             THE WITNESS:  That's pretty rare.

25             THE COURT:  Yeah.

1                    THE WITNESS:  It hasn't really come up with me.

2                    THE COURT:  And what about negotiating royalty

3     rates?

4                    THE WITNESS:  Yes, that will happen.  You know, as

5     I said, it's usually hard cover, which we'll negotiate.

6     Very rarely, if ever, will I negotiate the other royalty

7     rates, but if it were to happen, it would be at that very,

8     very top tier advance level.

9                    THE COURT:  Okay.

10                   So when you're negotiating royalty rates, around

11    what advance level are you doing that?

12                   THE WITNESS:  For the hard cover royalty rates,

13    I -- pretty much any level.

14                   THE COURT:  Any level?

15                   THE WITNESS:  I might not give it or I might give

16    it -- usually agents use some leverage when they're asking

17    for that.  They haven't yet accepted your offer and they'll

18    say, I'd love to accept this but if you give me to a 15

19    percent hard cover rate, you know, then I might do it.

20                   THE COURT:  And so when would you give it and when

21    would you not?  How would you decide?

22                   THE WITNESS:  If I think it's going to determine

23    if I get the book or not, like if I think, oh, if I give

24    this, they're going to agree to the book, then I would give

25    them.

```
 1              THE COURT:  So the more desirable books.

 2              THE WITNESS:  More desirable?

 3              Well, the books that I -- yeah, I guess.

 4              THE COURT:  The more important books.

 5              THE WITNESS:  The books that I want to buy that

 6    I think are really important for us to buy in our list.

 7              And if I think the agent would give it to me if I

 8    give them that term.

 9              THE COURT:  Right.

10              But is that ultimately driven by competition for

11    the book?

12              THE WITNESS:  Yeah.  Yes, it is.

13              THE COURT:  Okay.

14              THE WITNESS:  Yes.

15              THE COURT:  Thank you.

16              Go ahead.

17    BY MS. RUDZIN:

18       Q    I just want to clean one thing up, Mr. Tart,

19    because we might have been talking past each other.

20              Does Viking give the same editorial support to

21    books without regard to the advance level?

22       A    Yes.

23       Q    Okay.  So it does not have different editorial

24    support for a book that goes for more than $250,000, right?

25       A    No.
```

1          Q      Thank you.

2                 So back to where we were just ending, are you

3    saying a book that gets only $100,000 advance is going to be

4    or can be treated the same way and perform the same way as a

5    book that gets a million-dollar advance?

6          A      Yes.

7                 You know, I published a book, book A in title A,

8    which had a million-dollar advance.  We set this up really

9    well.  We had a book club for it, it was a debut, but we put

10   a lot behind it.  And we turned it into a *New York Times*

11   best seller.  And really were selling the book week in and

12   week out.  It became, I think, just a great success.  Four

13   weeks after that book, we had a similar book, same kind of

14   book that we were publishing, this time by author F and

15   title F.  We paid $100,000 for this week.

16                We also had a book club picked for this book.  It

17   also hit the *New York Times* best seller list in its first

18   week out.  Both of those were debuts.

19                It also had almost eerily similar week to week

20   sales as the other book that I'm talking about.

21                And over a year later, if you look at the sales,

22   they're almost exactly the same, hundreds of thousands of

23   copies sold of these two books.

24                And if you look at the marketing, we did the exact

25   same thing.  We spent the same marketing on it because we

```
 1   were reaching the same audience, too.
 2           The only difference really was one book we spent a
 3   million dollars to acquire and the other book we spent
 4   $100,000 to acquire.
 5       Q    Just a few quick last questions on the advance.
 6           Based on your experience, what's been happening to
 7   advances over the course of your career?
 8       A    My experience is that they've only gone up.
 9       Q    And is that true after the merger between Penguin
10   Random House?
11       A    Yes.
12       Q    And based on that experience, do you think Penguin
13   Random House acquiring Simon & Schuster will impact the
14   advances that authors receive?
15       A    I think advances are just going to continue to go
16   up.
17       Q    Does Viking plan to offer lower advances if
18   Penguin Random House acquires Simon & Schuster?
19       A    No.
20       Q    Why not?
21       A    Because I don't think I'd be able to buy the books
22   if I did.
23       Q    Well, what happens if Viking doesn't offer a high
24   enough advance for a book?
25       A    Most likely we would lose the book, and that won't
```

```
 1   change when Penguin Random House buys Simon & Schuster.
 2             MS. RUDZIN:  Thank you very much, Mr. Tart.
 3             THE COURT:  Thank you.  Ms. Bellshaw.
 4             MS. BELLSHAW:  Thank you, Your Honor.
 5                            -  -  -
 6                    REDIRECT EXAMINATION
 7   BY MS. BELLSHAW:
 8      Q    Mr. Tart, I just have a few questions to follow up
 9   on answers that you gave in response to some of your
10   counsel's questions.
11             You testified a little bit about the competition
12   that you see from small --
13             THE COURT:  I'm so sorry.  I lost track of the
14   time.  It's 5:09.  I think we need to stop.  Do you have a
15   lot?
16             MS. BELLSHAW:  I have a fair amount.
17             THE COURT:  Okay.  Then I think we should break
18   for the day.  I'm sorry, I just lost track of the time.
19             MS. BELLSHAW:  Okay.
20             THE COURT:  And we need you to come back tomorrow
21   at 9:30.
22             THE WITNESS:  Okay.
23             THE COURT:  And don't talk about your testimony
24   between now and then with anybody, okay.
25             THE WITNESS:  Yes.
```

```
 1              THE COURT:  Thank you.  So we're going to break
 2   for the day.
 3              Are there any issues that we need to address
 4   before we break for the day?
 5              MS. RUDZIN:  Can I just ask Your Honor before we
 6   break, the decoder I gave you, can we go ahead and mark that
 7   as Defendant Exhibit 406 and admit it into evidence.
 8              THE COURT:  Sure.  Any objection?
 9              MS. BELLSHAW:  No objection, Your Honor.
10              THE COURT:  All right.  406 will be admitted.
11   Thank you.
12                                    (Defendant's Exhibit 406
                                       received into evidence.)
13
14              THE COURT:  Anything else?
15              I see Mr. Read coming.
16              MR. READ:  Your Honor asked me at the beginning of
17   the day about the stipulation.
18              THE COURT:  Yes.
19              MR. READ:  I have an answer.
20              THE COURT:  Okay.
21              MR. READ:  Everybody has signed off except for one
22   third party that we're trying to get ahold of and see if
23   they're in agreement and we think we can do that this
24   weekend, so we think Monday morning we'll have consent from
25   all the third parties.
```

```
 1              THE COURT:  So I can still hold off because you

 2    don't need to use that yet.

 3              MR. READ:  That's right.  We just haven't

 4    finalized it.

 5              For Your Honor's purposes for scheduling, from the

 6    plaintiff's perspective, we're moving along.  We expect, we

 7    think we can call our last witness by Tuesday.

 8              THE COURT:  Okay.  Thank you.

 9              I wanted to check in with the parties just about

10    the time that's being used.  And I, of course, credit the

11    parties keeping track of their chess clock times.  But I

12    feel like I'm putting in, like, six and a half hours a day

13    but like the hours that you're logging are significantly

14    below that and I'm not sure why.  I just want to make sure

15    that we're not going to need more trial time because the

16    chess clocks are not going to add up to the amount of time

17    that we're actually spending in court.

18              MR. READ:  That is not my anticipation,

19    Your Honor.  We'll soon be on the defense's side of the case

20    so.

21              THE COURT:  So you don't think you're going to use

22    up your whole chess clock.

23              MR. READ:  I think we're going to be able to rest,

24    call our last witness Tuesday.  That person may carry over.

25              THE COURT:  So you're ahead of what you expected?
```

```
 1              MR. READ:  Yeah.

 2              THE COURT:  Okay.  Thank you.

 3              MR. READ:  And that's partly because we've

 4    deferred some of those efficiencies discussions and we'll

 5    see how those play out.

 6              THE COURT:  Okay.

 7              MR. READ:  Okay.

 8              THE COURT:  I'd like some notice of when we're

 9    going to do efficiency so I can prepare.  I just want to

10    read all the cases, et cetera.  Do we know when that's going

11    to be?

12              MR. PETROCELLI:  I anticipate it would be at the

13    beginning of the following week, not next week, as we're

14    starting our case on Wednesday, so I would expect, like, you

15    know, Tuesday, Monday, Tuesday.

16              THE COURT:  Okay.  So we have plenty of time on

17    that.

18              MR. PETROCELLI:  Yeah.

19              THE COURT:  Thank you.

20              All right.  Thank you.  So we're going to break

21    for the day.  Everybody have a good night.  Thank you very

22    much.  Mr. Tart, you can step down.

23              COURTROOM DEPUTY:  Your Honor, tomorrow at 9:30.

24    So tomorrow is Friday, so you're sitting.

25              THE COURT:  Oh, I completely forgot it's Friday.
```

1    I'll see you on Monday.  We're not sitting on Friday.  Thank
2    you, Ms. Calloway, for clarifying.  I'll see everybody on
3    Monday at 9:30.  Thank you.
4              COURTROOM DEPUTY:  All rise.
5              THE COURT:  So that's Monday for you.  Sorry.
6              COURTROOM DEPUTY:  All rise.
7              The Court is adjourned till Monday morning.
8              (Proceedings concluded at 5:13 p.m.)

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__August 4, 2022_____    

**BY MR. PETROCELLI:**
**[3]** 872/19 876/8
904/21
**BY MR. READ: [6]**
881/14 896/21 898/10
899/2 900/21 903/18
**BY MS. BELLSHAW:**
**[17]** 907/8 918/14
924/12 925/21 927/16
930/3 931/13 933/4
935/11 936/12 937/21
939/4 940/5 941/17
942/20 945/20 992/7
**BY MS. RUDZIN: [7]**
950/15 953/13 967/17
980/15 983/11 986/13
989/17
**COURTROOM**
**DEPUTY: [9]** 872/2
906/19 906/21 931/1
931/4 931/8 995/23
996/4 996/6
**GALLERY VOICE: [1]**
967/15
**MR. PETROCELLI:**
**[11]** 872/9 876/7 881/7
881/9 898/13 898/16
898/24 905/23 906/1
995/12 995/18
**MR. READ: [17]**
881/10 898/7 899/1
904/17 905/10 905/20
906/9 906/12 993/16
993/19 993/21 994/3
994/18 994/23 995/1
995/3 995/7
**MS. BELLSHAW: [31]**
906/16 906/24 907/2
924/3 924/7 925/12
925/16 927/6 927/13
929/19 929/25 930/20
931/9 931/12 932/20
933/1 935/2 935/6
937/12 937/18 938/20
939/1 942/11 942/17
945/10 945/17 949/5
992/4 992/16 992/19
993/9
**MS. RUDZIN: [19]**
924/5 925/14 927/9
929/21 932/22 935/4
937/14 938/22 942/13
945/13 950/1 950/4
950/9 950/11 953/11
983/8 983/10 992/2
993/5
**THE COURT: [141]**
872/7 872/12 874/14
875/9 875/11 899/8
900/12 903/8 903/11
905/6 905/13 905/17
918/5 918/9 918/11
936/9 939/20 940/24
941/3 941/15 949/10
949/12 949/17 949/20
949/24 979/16 979/19

980/13 982/13 982/20
982/23 982/25 983/2
983/7 986/11 987/6
987/16 987/21 987/24
988/1 988/4 988/12
988/15 988/22 989/2
989/5 989/12 989/14
992/22 992/25

**$**

**$100,000 [4]** 986/2
990/3 990/15 991/4
**$150,000 [5]** 946/22
946/24 947/2 947/11
947/20
**$2 [8]** 950/25 951/2
956/20 957/24 961/13
961/14 973/17 976/2
**$2.2 [1]** 877/1
**$2.2 billion [1]** 877/1
**$200,000 [1]** 976/8
**$250 [1]** 878/13
**$250,000 [16]** 879/4
880/8 880/15 880/17
880/21 914/23 914/25
925/4 930/16 939/11
975/20 984/15 984/25
985/1 985/24 989/24
**$300,000 [3]** 937/3
938/2 940/3
**$350,000 [1]** 986/4
**$400,000 [1]** 939/14
**$450,000 [2]** 938/3
938/12
**$5 [2]** 956/21 956/24
**$500,000 [3]** 926/19
926/20 926/22
**$550,000 [2]** 939/6
939/11
**$625,000 [1]** 928/12
**$650,000 [1]** 928/7
**$700,000 [1]** 939/9
**$775,000 [3]** 929/7
929/12 930/16
**$8 [2]** 985/4 986/16
**$825,000 [1]** 961/8
**$900,000 [2]** 980/22
981/16

**'**

**'13 [1]** 897/13
**'18 [1]** 897/13
**'19 [1]** 883/5
**'is [1]** 934/25
**'is that right [1]** 934/25

**0**

**0468 [1]** 869/18

**1**

**1.250 [1]** 975/2
**1.5 [1]** 975/3
**10 [7]** 877/16 921/18
921/22 922/2 922/4
922/19 922/19
**100 [2]** 893/24 979/22
**100,000 [1]** 957/1
**10022 [1]** 870/14

**11:08 [1]** 928/20
**136 [3]** 905/19 905/25
906/5
**13th [1]** 937/8
**14 [1]** 938/16
**14th [3]** 932/18 933/10
945/7
**15 [4]** 877/16 877/16
930/25 988/18
**150 [12]** 949/9 949/10
949/12 949/15 949/17
949/18 976/13 979/15
979/21 980/4 980/4
980/12
**161 [3]** 937/5 937/15
937/16
**17,000 [1]** 979/2
**175 [1]** 974/7
**1925 [1]** 909/18
**197 [3]** 934/16 934/21
935/9
**1992 [1]** 909/1
**1998 [3]** 908/23 909/2
909/7
**1999 [1]** 870/4
**1:01 [1]** 901/18
**1st [1]** 893/22

**2**

**20 [1]** 968/11
**20,000 [1]** 981/15
**200,000 [1]** 981/14
**2000 [1]** 870/10
**20001 [1]** 870/23
**20004 [1]** 870/18
**2005 [1]** 954/3
**2013 [3]** 889/15 895/20
909/8
**2015 [5]** 908/9 908/13
909/9 932/9 954/17
**2019 [2]** 889/15 895/21
**202 [3]** 869/18 870/18
870/24
**2020 [21]** 893/22 908/8
908/10 908/11 908/17
923/22 925/8 927/3
929/15 932/18 933/10
942/5 945/8 976/6
976/10 976/11 979/13
980/2
**2021 [3]** 899/4 975/25
976/1
**2022 [3]** 869/5 908/11
997/7
**20530 [1]** 869/18
**21-2886 [1]** 869/4
**212 [2]** 870/10 870/15
**23rd [1]** 923/22
**24 [1]** 909/6
**25,000 [1]** 968/11
**250 [5]** 879/12 879/25
973/18 974/8 984/17
**250,000 [7]** 880/22
880/25 881/4 884/2
984/23 985/16 985/17
**2500 [1]** 912/9

**28 [1]** 953/23
**2886 [1]** 869/4
**29 [9]** 934/17 936/24
937/2 937/10 938/7
938/12 938/17 939/5
940/12
**29th [1]** 925/8
**2:00 [1]** 869/6

**3**

**30 [3]** 874/1 953/17
953/20
**300,000 [1]** 936/15
**307-0468 [1]** 869/18
**30th [1]** 927/3
**310 [1]** 870/5
**3249 [1]** 870/24
**326 [1]** 927/11
**326-2000 [1]** 870/10
**328 [1]** 932/24
**33 [1]** 895/20
**332 [3]** 942/3 942/14
942/15
**333 [1]** 870/23
**354-3249 [1]** 870/24
**39 [2]** 929/14 929/23
**3:31 [1]** 931/3
**3:53 [1]** 931/3

**4**

**40 [1]** 952/14
**4000 [1]** 870/15
**401 [1]** 870/17
**406 [3]** 993/7 993/10
993/12
**41 [1]** 938/24
**44 [20]** 923/16 923/23
924/14 924/16 925/4
925/9 926/12 926/16
927/4 927/19 927/24
928/3 928/12 929/4
929/12 929/17 930/5
930/16 951/6 951/6
**450 [1]** 869/17
**4th [1]** 899/4

**5**

**5 million [1]** 957/5
**50 [2]** 874/17 958/8
**50,000 [2]** 957/25
958/5
**508-8058 [1]** 870/18
**54 [2]** 945/14 945/16
**55 [1]** 980/4
**550 [1]** 940/3
**553-6700 [1]** 870/5
**59 [1]** 979/25
**599 [1]** 870/14
**5:00 [1]** 928/21
**5:09 [1]** 992/14
**5:13 [1]** 996/8

**6**

**60 [7]** 909/24 910/1
954/8 954/10 979/24
979/25 980/8
**600 [1]** 901/19
**6700 [1]** 870/5

**7**

**70 [3]** 909/22 909/24
954/16
**700 [1]** 941/2
**750 [1]** 974/1
**76 [8]** 945/23 946/1
946/7 946/11 946/17
946/24 947/3 947/18

**8**

**8058 [1]** 870/18
**848-4000 [1]** 870/15
**8th [1]** 870/4

**9**

**9.99 [1]** 890/1
**90 [1]** 874/19
**90067 [1]** 870/5
**9:30 [3]** 992/21 995/23
996/3
**9th [1]** 870/17

**A**

**a.m [1]** 928/20
**AAP [1]** 892/3
**Abby [2]** 870/7 950/2
**Abby Rudzin [1]** 950/2
**ability [3]** 895/9 895/10
895/10
**able [14]** 874/18
889/17 891/22 892/16
895/4 897/3 941/9
951/21 951/24 957/4
969/10 976/18 991/21
994/23
**about [120]** 873/2
873/5 874/20 876/9
876/13 876/21 877/12
878/21 878/25 884/2
885/10 885/16 885/19
885/20 885/22 886/4
887/19 888/14 889/19
889/23 891/20 901/9
901/14 902/10 902/21
902/21 903/11 903/13
904/22 909/6 910/2
910/20 911/4 912/11
913/1 913/18 913/21
914/6 914/17 922/13
923/1 923/12 923/12
923/13 923/23 927/23
932/11 934/17 941/19
944/1 944/5 944/15
945/23 950/11 950/17
950/18 950/21 951/6
951/13 951/20 951/22
952/3 952/19 954/8
954/10 955/21 956/19
957/1 958/25 959/3
959/5 959/6 959/7
959/10 959/16 960/23
962/13 962/23 964/2
964/3 964/12 965/20
966/16 966/18 968/14
969/7 969/12 970/14
970/20 971/15 971/15
972/8 973/3 973/15

**about... [26]** 975/1
975/15 976/22 978/22
980/21 980/24 981/2
981/6 981/14 982/6
983/12 984/1 984/14
985/3 986/4 986/21
986/24 987/8 987/8
987/13 988/2 990/20
992/11 992/23 993/17
994/9
**above [11]** 879/13
879/25 880/15 882/13
884/2 898/2 903/12
904/8 914/25 941/13
997/4
**above-titled [1]** 997/4
**absolutely [3]** 876/5
959/1 978/17
**academic [2]** 911/4
973/6
**accept [3]** 965/6
965/11 988/18
**acceptable [1]** 917/6
**accepted [1]** 988/17
**according [3]** 895/18
926/10 939/9
**account [2]** 922/4
964/9
**accurate [1]** 918/4
**achieve [1]** 917/14
**acknowledge [1]**
902/18
**acknowledges [1]**
894/18
**acquire [16]** 877/20
879/12 897/3 897/17
920/19 931/15 931/24
951/21 954/11 954/12
954/13 954/15 955/2
980/22 991/3 991/4
**acquired [6]** 880/21
880/25 881/1 881/4
881/5 953/25
**acquires [7]** 904/12
921/6 921/15 921/18
954/8 954/21 991/18
**acquiring [15]** 889/14
901/15 903/21 913/18
913/25 914/13 953/19
953/22 953/23 954/19
955/11 967/4 968/8
975/19 991/13
**acquisition [3]** 918/11
918/20 954/18
**acquisitions [10]**
885/20 885/23 905/2
914/18 918/12 918/17
918/18 922/5 922/16
966/9
**act [1]** 952/24
**action [1]** 947/23
**active [2]** 911/21 912/9
**activity [3]** 888/22
889/3 895/25
**actual [1]** 954/19
**actually [13]** 877/1
877/17 888/24 892/4

940/3 950/4 964/11
984/6 984/12 994/17
**actually -- strike [1]**
912/6
**Adam [1]** 911/2
**add [1]** 994/16
**addition [1]** 921/6
**additional [5]** 874/4
874/4 927/18 931/17
931/19
**address [2]** 904/7
993/3
**adjourned [1]** 996/7
**admire [2]** 920/11
972/24
**admission [1]** 905/25
**admit [12]** 905/19
924/3 925/12 927/6
929/19 932/20 935/2
937/12 938/20 942/11
945/10 993/7
**admitted [14]** 871/10
871/24 906/3 924/6
925/15 927/10 929/22
932/23 935/5 937/15
938/23 942/14 945/14
993/10
**adopt [1]** 904/16
**adult [1]** 944/16
**advance [77]** 879/19
879/23 888/24 889/6
914/20 915/5 916/4
916/8 916/10 916/17
916/18 916/21 916/23
917/1 917/9 917/13
917/16 917/24 931/18
931/19 939/23 940/1
940/13 943/6 950/18
950/22 950/23 951/1
951/2 951/13 951/18
956/8 957/3 957/19
962/15 963/21 963/24
964/3 968/21 968/25
969/2 969/4 969/7
975/19 975/22 976/2
976/7 977/19 978/5
978/11 979/9 980/17
981/16 981/18 982/6
982/10 984/12 984/15
984/15 984/18 984/19
985/3 985/12 985/20
986/6 986/12 986/16
987/1 987/12 988/8
988/11 989/21 990/3
990/5 990/8 991/5
991/24
**advances [24]** 879/4
879/9 880/4 880/5
880/8 880/14 914/23
916/20 931/20 940/24
951/24 959/3 976/12
976/13 977/25 978/1
979/14 980/3 980/4
980/11 991/7 991/14
991/15 991/17
**advantage [2]** 874/4
895/12

**advocate [1]** 882/8
**advocated [1]** 882/8
**affect [4]** 916/21 964/5
964/7 964/8
**affinities [1]** 983/21
**affinity [1]** 915/14
**after [19]** 873/23
891/17 896/15 896/16
897/24 899/22 900/14
900/14 900/18 900/18
904/10 934/4 953/22
969/6 971/10 973/24
981/21 990/13 991/9
**afternoon [14]** 869/7
872/5 872/6 872/7
881/15 906/17 907/3
907/9 907/10 931/7
931/8 931/9 950/1
950/3
**again [13]** 876/25
901/22 910/4 911/3
918/13 927/4 929/3
933/23 940/9 957/18
961/2 970/9 980/22
**against [10]** 874/15
942/1 943/8 944/12
945/1 945/4 953/3
955/14 965/13 965/16
**agent [45]** 873/3 873/7
874/14 890/23 892/15
922/14 922/17 922/20
922/21 922/22 928/8
928/15 928/18 928/21
928/23 932/9 939/23
940/2 942/23 942/25
943/15 947/16 947/18
948/13 954/23 955/7
955/25 956/18 956/20
957/4 958/5 958/18
959/18 960/15 961/2
961/24 963/1 964/4
965/5 965/19 965/20
965/24 974/1 984/3
989/7
**agent's [2]** 923/5
955/15
**agents [30]** 874/3
874/7 874/13 874/25
875/6 875/12 875/20
918/23 919/23 920/4
920/7 920/10 920/22
920/25 921/23 934/5
934/10 934/12 943/3
943/25 944/4 952/23
960/4 962/7 964/25
965/2 965/6 966/18
975/12 988/16
**aggressive [2]** 897/15
962/3
**agile [1]** 897/16
**agnostic [1]** 893/20
**ago [5]** 874/17 874/19
877/16 977/7 977/8
**agree [15]** 876/1 876/4
894/8 909/19 913/11
916/22 917/22 920/2
920/7 920/22 922/4
931/24 948/4 948/5

**agreed [2]** 928/22
956/23
**agreement [4]** 877/23
922/21 966/19 993/23
**agreements [1]** 966/18
**ahead [6]** 876/6 957/13
963/3 989/16 993/6
994/25
**ahold [1]** 993/22
**aided [1]** 870/25
**aids [1]** 887/9
**AL [1]** 869/6
**algorithm [1]** 893/4
**algorithms [3]** 893/8
894/10 894/11
**all [47]** 872/2 880/5
883/22 885/19 888/1
890/1 892/9 893/15
893/22 894/24 899/21
909/13 913/14 918/12
918/17 918/21 919/6
919/7 931/1 931/4
932/3 952/12 954/14
956/15 956/25 960/7
960/7 960/23 963/20
965/6 966/13 966/16
968/20 969/22 969/25
972/17 977/15 978/12
981/3 981/10 983/24
993/10 993/25 995/10
995/20 996/4 996/6
**Allison [5]** 908/4 915/2
929/16 937/9 942/5
**allocated [1]** 882/19
**allow [3]** 878/10 892/1
892/3
**allowed [3]** 891/22
963/2 975/18
**allowing [2]** 962/10
962/12
**allows [1]** 950/11
**almost [6]** 874/1
952/15 953/20 965/16
990/19 990/22
**alone [1]** 920/20
**along [1]** 994/6
**already [1]** 943/4
**also [37]** 873/5 875/18
876/4 876/11 878/10
878/18 883/13 884/12
888/22 888/25 889/4
897/12 897/12 904/1
908/17 914/14 916/12
920/15 921/6 921/13
921/15 923/4 939/22
944/12 948/13 950/4
951/5 960/1 960/5
964/24 966/1 968/17
973/2 984/2 990/16
990/17 990/19
**although [1]** 900/25
**always [20]** 880/3
894/6 910/5 912/22
922/22 932/3 934/9
934/12 943/5 950/20
956/3 959/3 962/7
962/15 964/3 964/18

965/3 967/5 969/7
984/22
**am [3]** 875/5 912/3
982/24
**Amazon [17]** 877/17
892/8 892/11 892/18
892/21 893/1 893/9
893/11 893/12 893/14
893/15 893/18 893/23
894/3 894/7 894/10
934/2
**AMERICA [3]** 869/3
973/14 973/14
**among [1]** 944/8 944/9
**Amor [2]** 910/10 976/4
**amount [3]** 915/23
917/6 940/8 940/13
940/16 941/13 956/8
959/18 959/19 968/25
977/19 992/16 994/16
**amplify [1]** 981/23
**AMS [1]** 893/14
**analytics [1]** 983/21
**Andrea [2]** 937/22
942/5
**Angeles [1]** 870/5
**annual [1]** 913/12
**anomaly [1]** 976/9
**another [18]** 878/1
892/6 936/21 941/10
942/1 942/25 944/12
945/1 945/17 958/8
958/12 961/20 962/11
968/17 970/11 970/14
979/21 987/18
**answer [6]** 887/5 887/7
904/23 913/4 986/1
993/19
**answers [1]** 992/9
**anticipate [1]** 995/12
**anticipated [4]** 879/2
915/9 916/3 971/7
**anticipation [2]** 930/23
**Antitrust [1]** 869/17
**any [50]** 873/22 875/24
876/17 876/20 879/7
879/11 879/15 879/18
879/22 880/7 880/12
880/17 880/24 898/8
905/21 918/3 919/22
923/4 924/4 925/13
927/8 929/20 932/21
935/3 937/13 938/21
942/12 943/20 943/22
945/12 951/7 959/6
960/23 962/24 968/25
969/13 972/5 972/18
973/20 974/4 974/16
975/20 978/1 985/20
986/1 986/6 988/13
988/14 993/3 993/8
**anybody [1]** 992/24
**anymore [1]** 958/20
**anything [5]** 905/1
905/9 941/13 971/11
993/14
**anyway [3]** 892/5

1000

**A**

anyway... [2] 930/25
959/12
**Apologies [1]** 898/16
**apologize [1]** 903/1
**appear [1]** 966/20
**APPEARANCES [2]**
869/12 869/19
**appears [1]** 942/24
**application [1]** 962/24
**apply [1]** 975/5
**appreciate [2]** 874/8
912/23
**approach [2]** 894/14
914/13
**approaching [1]**
952/16
**appropriate [1]** 916/4
**approval [3]** 914/25
915/2 941/2
**approve [1]** 914/22
**approving [1]** 914/19
**approximately [1]**
912/9
**approximation [1]**
915/18
**April [2]** 893/22 945/7
**are [127]** 872/24
873/10 874/5 874/23
875/2 875/2 875/6
875/21 876/2 876/24
876/25 877/5 878/5
880/14 880/17 883/15
884/2 884/10 884/20
886/1 886/5 887/15
887/21 888/1 888/2
888/3 888/16 889/2
889/4 889/5 889/6
889/25 890/4 890/7
891/4 892/2 892/5
892/19 895/13 898/9
899/3 899/5 899/6
899/10 901/23 902/19
903/11 910/2 911/23
911/23 915/11 915/24
916/3 916/7 916/15
917/23 918/4 919/7
921/13 921/22 922/6
922/7 925/1 926/11
930/22 931/20 931/23
938/7 938/7 938/9
940/7 940/11 941/20
943/4 943/20 944/1
944/4 944/16 945/22
946/22 948/9 948/20
948/20 948/24 951/25
954/21 955/13 955/19
955/24 958/24 959/5
964/4 964/11 964/12
964/13 965/4 965/7
965/11 965/13 965/16
965/20 969/4 969/10
969/13 970/1 971/23
972/5 972/21 974/14
975/16 976/24 977/3
977/9 977/24 980/8
982/17 983/19 984/24
985/7 987/2 988/11

993/3 994/13 994/16
**area [1]** 891/24
**areas [6]** 889/12
889/13 894/5 894/25
904/3 904/5
**aren't [3]** 964/15
964/20 986/15
**argue [1]** 874/15
**around [18]** 892/8
899/3 909/22 922/2
922/19 947/6 954/16
956/20 957/25 958/5
968/11 971/15 973/16
979/2 981/14 983/24
985/7 988/10
**art [2]** 967/5 983/4
**as [87]** 872/15 872/17
878/9 880/22 884/6
888/9 888/13 892/11
892/11 894/3 894/3
894/4 900/8 908/22
909/11 909/17 910/21
911/22 912/8 912/15
913/8 913/23 917/9
917/10 917/11 919/11
922/21 924/16 924/25
924/25 931/19 933/11
935/25 941/8 941/8
941/21 941/21 943/6
943/6 943/21 948/8
948/11 948/16 950/21
953/6 959/14 959/23
961/19 962/3 962/3
962/3 962/4 963/16
963/22 964/12 964/13
966/20 967/5 967/5
967/22 970/10 970/11
970/13 972/14 972/17
972/22 973/1 973/1
973/6 974/16 974/18
976/21 976/21 978/23
979/8 984/3 986/25
987/1 987/12 987/14
987/17 987/19 988/4
990/4 990/20 993/7
995/13
**aside [4]** 922/3 934/15
938/6 939/16
**ask [24]** 878/25 881/23
883/19 888/20 903/6
914/6 919/2 919/23
923/1 923/3 932/14
934/17 941/18 943/20
943/22 948/21 948/24
949/8 966/19 967/8
968/3 980/16 986/21
993/5
**asked [13]** 873/2
880/24 881/18 889/23
891/7 892/7 904/22
950/17 951/5 951/12
958/20 965/1 993/16
**asking [4]** 905/24
945/23 959/17 988/16
**asks [1]** 892/14
**aspects [1]** 889/9
**aspiration [1]** 910/4

aspir... [2]  908/24
910/20 910/22
**assemble [1]** 935/23
**asserting [1]** 879/1
**asset [1]** 882/6
**assets [2]** 882/3 882/9
**associate [1]** 914/15
**associated [2]** 880/4
880/8
**assume [4]** 909/16
960/11 964/13 967/25
**assuming [2]** 925/24
946/25
**assumption [1]** 886/17
**Atria [3]** 925/25 926/4
929/1
**attempts [1]** 959/10
**attention [2]** 933/14
942/21
**attractive [3]** 882/18
884/17 884/19
**auction [69]** 873/10
873/11 873/11 914/9
914/11 923/23 924/16
924/16 924/19 925/9
926/6 926/14 927/3
927/22 927/24 928/9
930/5 934/5 935/25
936/24 938/17 941/20
941/23 943/7 943/19
947/23 947/25 947/25
949/9 949/14 949/23
951/6 951/7 951/8
955/3 955/4 959/12
959/13 959/22 959/24
960/4 960/5 960/6
960/6 960/7 960/9
960/1 961/12 961/12
961/18 961/19 961/23
962/14 962/15 962/18
962/19 962/21 962/25
963/20 964/5 964/8
965/8 965/14 965/16
966/3 974/8 974/17
975/7 975/15
**auctions [11]** 875/15
921/6 923/2 944/5
960/1 960/3 960/11
962/22 962/23 963/5
974/24
**audience [4]** 958/19
977/6 983/20 991/1
**audiences [2]** 977/4
981/23
**audio [19]** 932/2 932/5
932/9 932/12 933/11
933/19 933/20 933/21
933/23 934/3 934/6
934/9 934/12 934/13
952/4 952/7 952/10
952/15 952/19
**August [4]** 869/5
932/18 933/10 997/7
**author [63]** 873/3
873/7 876/13 876/16
876/21 877/4 877/4
880/13 885/20 885/22
890/20 892/14 910/10

916/5 916/11 916/23
917/24 923/13 936/3
946/1 946/11 946/18
947/3 947/5 951/14
955/22 955/24 956/7
956/10 956/12 956/14
957/6 957/9 957/10
957/11 957/13 957/16
957/19 957/20 957/20
957/21 957/22 958/1
958/5 958/10 958/12
959/18 961/3 961/4
963/23 965/10 973/21
973/21 974/7 974/23
976/3 980/19 987/20
987/22 990/14
**author's [4]** 946/4
946/15 948/25 955/14
**authorized [1]** 914/22
**authors [41]** 874/3
874/7 874/13 874/25
878/16 880/14 884/3
884/4 884/6 884/7
884/10 884/12 884/13
884/14 884/17 884/19
884/20 884/22 884/24
885/7 892/13 910/7
910/24 913/20 913/24
918/22 920/7 920/10
920/19 920/25 921/20
921/20 921/21 921/23
923/4 923/9 923/10
931/15 965/7 966/22
991/14
**availability [1]** 894/24
**available [2]** 878/14
893/13
**Avenue [3]** 870/4
870/14 870/23
**avoid [1]** 923/5
**award [3]** 920/15
920/18 973/1
**awards [4]** 920/23
920/24 921/3 969/20
**aware [3]** 880/16
880/17 886/7
**away [9]** 873/15 874/5
874/10 934/1 941/9
957/14 970/25 971/16
971/16

**B**

**back [27]** 872/3 872/21
873/5 874/17 874/19
874/19 881/20 887/11
897/22 900/5 902/9
905/16 918/20 926/19
928/7 931/5 948/21
953/14 954/3 960/16
967/3 969/24 974/25
979/11 982/20 990/2
992/20
**Backing [1]** 955/5
**backlist [27]** 890/12
890/13 911/18 911/20
912/4 912/8 912/9
912/12 912/13 912/16

916/5 916/11 916/23
917/24 923/13 936/3
912/23 912/24 913/2
913/4 913/6 913/11
913/13 913/16 913/17
913/19 913/21 913/22
914/2 914/3 951/13
951/17 951/23
**Backlists [1]** 911/23
**bad [5]** 885/15 890/18
948/20 957/7 981/21
**balance [1]** 910/5
**Bantam [1]** 909/2
**Barnes [1]** 885/19
**Barrett [1]** 870/22
**based [10]** 875/13
915/11 916/17 956/1
968/13 971/22 986/16
987/12 991/6 991/12
**basically [1]** 876/23
876/25 955/14
**basing [1]** 968/9
**basis [1]** 976/16
**Bates [1]** 901/19
**be [117]** 872/3 873/6
873/13 874/18 875/4
877/19 877/23 878/1
878/12 880/10 882/7
884/8 889/12 890/18
890/21 892/23 893/18
895/3 895/12 897/6
898/18 898/20 904/4
905/21 906/3 906/15
906/22 913/20 913/22
913/24 915/24 915/25
917/20 919/11 919/13
920/10 920/23 921/9
921/23 922/11 924/6
925/15 927/10 929/22
931/5 932/23 935/5
937/15 938/23 940/1
941/9 942/14 945/3
945/14 945/23 948/17
949/20 950/22 950/23
951/21 951/23 953/10
953/11 953/17 954/3
954/6 954/17 954/24
955/23 957/20 959/20
960/5 960/5 960/6
960/6 960/7 961/7
961/10 962/5 963/17
964/1 964/2 964/2
964/10 964/20 964/25
966/24 967/1 968/12
969/10 969/12 969/16
970/20 971/10 971/20
972/19 974/17 974/23
976/17 976/18 979/6
981/21 982/17 984/10
985/6 986/9 986/14
987/11 988/7 990/3
990/4 991/21 993/10
994/19 994/23 995/11
995/12
**beast [1]** 985/8
**beat [1]** 963/10 00
**became [2]** 908/17
990/12
**because [53]** 874/15
875/6 875/15 877/23

**because... [49]** 890/18 893/19 894/14 897/12 898/8 904/9 904/22 912/19 913/4 917/4 917/22 918/2 918/13 919/11 922/1 931/21 932/9 934/2 940/2 940/25 941/10 943/23 954/24 955/25 957/23 958/2 960/18 963/1 964/10 964/17 965/22 971/22 975/4 975/12 976/24 977/21 978/23 978/24 980/25 980/25 981/19 982/23 986/21 989/19 990/25 991/21 994/1 994/15 995/3

**become [3]** 897/15 908/25 956/3

**been [26]** 872/16 877/14 889/17 895/16 895/16 895/18 895/24 897/3 897/8 903/5 908/7 909/4 909/4 921/21 927/24 936/14 953/15 953/17 953/19 954/25 958/11 958/21 959/2 981/20 989/19 991/6

**before [16]** 869/10 881/23 882/13 883/6 897/14 901/11 921/21 931/24 934/3 976/22 977/22 977/23 977/23 979/12 993/4 993/5

**began [2]** 924/16 926/6

**beginning [4]** 926/14 953/14 993/16 995/13

**behalf [2]** 872/15 942/25

**behind [4]** 878/2 978/6 980/18 990/10

**being [14]** 875/16 884/14 885/12 898/23 912/10 912/25 917/11 964/22 965/11 972/17 978/22 984/19 985/10 994/10

**belief [3]** 895/2 896/15 896/22

**believe [2]** 917/5 972/20

**believer [1]** 970/10

**believes [2]** 926/15 926/17

**Bellshaw [11]** 869/16 906/12 906/25 950/17 951/5 951/12 952/7 965/1 967/18 975/7 992/3

**below [6]** 882/12 976/13 979/14 980/4 980/12 994/14

**BENCH [1]** 869/9

**benchmark [1]** 904/15

**benefit [3]** 878/17 878/18 882/7

benefits [2] 952/10

**Berryville [1]** 882/24 883/2 883/21

**BERTELSMANN [9]** 869/6 870/2 877/13 877/19 878/5 878/10 881/4 882/2 882/3

**best [37]** 878/6 928/7 928/15 928/21 928/22 928/23 929/2 929/11 939/5 939/8 960/6 960/7 960/11 960/11 960/13 961/1 961/18 961/19 962/14 962/14 962/17 962/18 962/20 962/22 962/22 962/25 963/3 965/7 965/10 974/24 975/4 975/13 975/14 975/17 975/25 990/11 990/17

**bestseller [1]** 888/2

**bestsellers [2]** 887/24 888/1

**betrayed [1]** 874/8

**better [18]** 874/24 875/1 892/16 893/9 893/16 895/3 896/6 904/13 960/6 960/11 961/18 962/1 962/14 962/18 962/22 965/24 970/17 977/18

**between [9]** 895/9 897/13 927/17 962/13 965/23 979/18 980/4 991/9 992/24

**beyond [2]** 969/14 969/23

**Bibles [3]** 886/8 886/8 886/9

**bid [100]** 878/20 914/8 914/20 923/2 924/13 925/4 926/20 928/2 928/12 929/1 930/5 930/15 930/17 930/17 930/18 932/12 934/14 935/19 935/20 935/21 935/24 935/24 936/2 936/2 936/8 936/25 937/2 938/1 938/2 938/12 939/5 939/8 939/11 939/12 939/25 940/7 940/8 940/15 940/18 940/18 940/19 940/20 940/21 940/23 943/8 943/10 943/23 944/12 945/4 947/11 947/17 947/19 948/2 948/12 948/13 948/25 949/9 949/10 949/12 949/15 951/10 955/6 958/4 959/14 960/6 960/11 960/14 960/17 961/8 961/9 961/13 961/14 961/19 962/3 962/4 962/6 962/10 962/11 962/14 962/14 962/17 962/20 962/22

963/3 963/13 963/14 964/8 970/21 971/4 974/7 974/19 974/24 974/25 975/3 975/8 975/18 984/3

**bidder [14]** 873/13 873/16 926/11 945/3 948/14 948/17 955/17 962/24 963/10 964/18 964/19 974/16 974/17 974/18

**bidders [15]** 875/7 875/17 926/7 926/9 926/14 926/15 938/7 948/1 962/1 962/10 964/5 964/16 964/21 964/25 965/4

**bidding [22]** 872/22 873/9 875/14 876/22 914/11 924/20 925/1 927/19 927/25 928/15 935/16 940/11 943/5 943/16 943/21 944/2 948/17 955/14 965/13 965/16 965/21 975/5

**bids [22]** 921/13 924/23 928/7 928/15 928/21 928/22 928/23 942/25 943/9 943/19 952/22 960/13 960/23 961/1 962/12 962/20 963/12 963/12 975/4 975/13 975/14 975/17 975/17

**big [15]** 878/9 888/10 889/8 911/20 934/4 934/4 956/6 957/10 970/20 971/17 973/22 978/18 979/17 979/23 983/15

**bigger [6]** 917/14 917/17 917/23 934/2 978/23 981/24

**billion [1]** 877/1

**binder [8]** 898/6 906/15 923/8 923/18 929/14 932/14 934/16 950/8

**binding [1]** 873/18

**biography [1]** 911/7

**bit [10]** 876/9 885/13 885/25 886/4 889/19 894/13 896/13 904/4 953/15 992/11

**Blood [1]** 911/6

**Blue [3]** 934/24 937/8 938/16

**board [1]** 884/17

**bonus [1]** 931/17

**bonuses [3]** 883/17 931/14 931/20

**book [226]**

**book's [1]** 952/10

**Booker [1]** 910/14

**books [182]**

**Books' [1]** 912/4

**BookScan [4]** 886/2 886/5 887/4 892/2

**both [4]** 939/18 940/12 948/8 990/18

**bottom [4]** 930/4 933/8 942/22 945/25

**bought [5]** 933/19 954/16 974/2 978/8 978/9

**break [8]** 880/13 930/19 930/25 992/17 993/1 993/4 993/6 995/20

**break-ups [1]** 880/13

**Brian [3]** 906/9 907/5 907/12

**briefly [4]** 877/11 877/21 904/22 945/21

**brilliant [2]** 961/6 973/14

**bring [2]** 940/20 967/8

**bringing [1]** 964/3

**brings [1]** 922/20

**broad [2]** 971/22 972/16

**broaden [2]** 875/18 875/22

**brought [4]** 947/18 958/13 978/16 980/22

**Brown [1]** 972/9

**budget [8]** 940/22 940/24 941/12 941/15 982/16 982/18 982/21 986/24

**budging [1]** 956/21

**build [2]** 914/3 969/17

**built [1]** 895/13

**Bulawayo's [1]** 910/13

**bullet [2]** 882/12 882/16

**business [17]** 874/1 874/3 874/7 874/24 875/1 876/15 877/7 883/12 883/12 889/7 889/8 894/15 896/23 897/10 901/17 965/23 966/23

**businesses [1]** 889/2

**buy [22]** 877/17 888/24 892/5 897/4 915/13 917/5 931/24 932/1 932/3 932/4 946/3 952/25 953/1 960/3 960/15 960/17 961/8 969/9 969/12 989/5 989/6 991/21

**buyers [1]** 947/6

**buying [1]** 916/24

**buys [2]** 914/7 992/1

## C

**CA [1]** 870/5

**calculated [1]** 916/7

**calculates [1]** 916/14

**calculating [1]** 987/3

**calculations [1]** 876/20

**Calendars [1]** 886/22

**call [10]** 874/4 878/12 900/17 902/10 906/8

**called [4]** 872/15 893/14 970/19 978/7

**calling [1]** 975/14

**Calloway [2]** 906/4 996/2

**came [3]** 886/2 958/18 958/22

**can [103]** 873/6 874/12 878/1 886/19 889/12 890/1 892/10 893/15 894/4 895/2 898/4 898/20 898/25 899/1 900/25 903/6 906/7 906/22 906/23 907/11 910/7 910/18 910/24 912/1 912/20 912/21 913/7 913/7 913/8 917/25 919/11 919/13 920/23 921/3 921/25 922/22 923/13 934/15 934/20 935/25 939/16 940/9 940/15 940/23 942/1 943/8 943/10 944/11 945/1 947/11 948/24 949/8 949/14 953/23 954/20 954/23 955/2 955/23 956/5 957/10 957/13 957/16 957/18 959/13 959/25 960/6 960/7 960/25 963/22 964/2 965/24 965/25 967/20 968/2 968/5 969/17 969/19 969/21 970/12 970/15 970/24 973/9 974/13 974/20 978/4 978/18 979/11 981/1 981/22 981/22 981/23 981/24 984/10 986/20 990/4 993/5 993/6 993/23 994/1 994/7 995/9 995/22

**can't [12]** 895/7 912/22 922/21 926/8 941/13 943/10 952/14 957/15 964/10 964/17 975/8 983/3

**Cantor [1]** 870/7

**capacity [2]** 882/18 882/19 883/23

**Captain [1]** 950/5

**care [1]** 935/19

**career [7]** 909/1 953/24 958/16 961/7 969/16 979/7 991/7

**careful [1]** 877/23

**carefully [1]** 885/12

**Carle [1]** 889/1

**Carle's [1]** 889/10

**Carrie [1]** 887/13

**carry [1]** 994/24

**case [12]** 874/3 877/2 878/9 943/6 949/15 958/6 959/22 982/10 984/14 986/22 994/19 995/14

cases [2] 919/13
995/10
Casey [3] 934/24 937/8
938/16
catalog [2] 878/11
878/12
categories [1] 880/14
categorizes [1] 884/6
categorizing [1]
884/24
category [2] 915/15
969/18
Caterpillar [1] 889/1
caution [1] 956/6
CBS [1] 877/15
celebrity [1] 987/7
Cellular [1] 967/12
centralized [1] 904/4
Centrello [1] 902/6
CEO [2] 897/10 897/12
certain [14] 900/13
912/20 912/21 920/25
920/25 931/23 941/9
963/25 964/1 970/10
970/12 987/7 987/7
987/9
certainly [10] 903/25
904/13 914/16 917/1
920/20 921/1 922/9
951/25 952/16 977/7
Certified [1] 870/21
certify [1] 997/2
cetera [2] 952/12
995/10
Ceteris [1] 889/15
CH [1] 870/22
chain [12] 878/13
895/14 923/21 925/7
925/22 927/2 932/17
934/23 937/3 938/15
942/4 987/18
chains [1] 986/22
chance [4] 884/16
898/11 898/19 960/15
change [7] 912/1
962/16 962/21 977/4
986/1 987/20 992/1
changed [3] 954/5
971/5 978/19
changing [2] 965/8
971/2
channel [1] 893/20
chart [9] 885/10 885/11
885/14 885/16 923/11
923/14 934/19 945/21
947/3
charts [1] 895/19
check [1] 994/9
checking [1] 971/11
Chen [1] 978/8
chess [3] 994/11
994/16 994/22
chief [2] 914/16 937/23
choose [5] 875/8 890/9
940/15 944/12 963/23
chops [1] 929/2
circulated [1] 898/4

clarifying [1] 996/2
Classics [1] 907/20
clause [1] 946/8
clean [1] 989/18
clear [8] 873/7 903/1
903/16 904/23 908/13
951/7 986/9 986/14
cleared [1] 873/23
clients [1] 897/2
clock [2] 994/11
994/22
clocks [1] 994/16
close [3] 915/12 916/1
956/1
closely [1] 894/3
closer [2] 958/4 977/17
closest [1] 902/19
closing [1] 891/20
cloth [1] 982/1
club [3] 971/18 990/9
990/16
CO [1] 869/6
collaborators [1]
902/20
colleagues [1] 970/21
collection [5] 951/2
978/8 978/9 978/10
979/3
college [1] 889/5
color [1] 889/9
coloring [4] 886/12
888/10 888/22 889/3
COLUMBIA [1] 869/1
combination [1] 960/7
combined [2] 876/24
913/12
come [21] 872/4
876/23 877/12 878/19
898/15 920/6 921/23
921/25 928/7 931/6
949/3 951/22 952/25
960/15 962/10 983/23
983/24 987/4 987/6
988/1 992/20
comes [7] 883/8 920/5
920/5 922/14 954/24
967/6 969/24
coming [4] 912/21
935/24 974/25 993/15
commitment [6] 873/2
873/6 873/7 873/14
873/15 873/19
commitments [3]
876/14 877/4 883/7
committed [1] 964/19
common [2] 922/15
970/5
communicating [1]
944/5
communications [1]
965/20
community [6] 873/3
873/8 874/14 878/6
890/23 892/16
companies [1] 883/14
companies' [1] 904/7
company [11] 876/12

880/12 882/25 885/6
897/11 902/20 902/24
941/1
comparative [4]
915/12 915/20 916/1
916/6
compare [1] 904/15
comparisons [1] 876/1
compensation [1]
876/21
compete [10] 942/1
945/1 953/3 961/21
972/1 972/7 972/10
972/18 973/4 973/7
competes [2] 972/6
974/12
competition [1] 929/4
930/14 944/8 944/9
955/18 958/25 959/1
959/4 973/6 989/10
992/11
competitive [1] 873/9
877/4 888/17 895/12
921/10 939/23 940/1
944/6 948/1 959/7
972/17
competitor [1] 972/15
competitors [4] 971/21
971/23 972/22 973/1
competitors' [1] 893/9
complacent [1] 964/17
complete [1] 972/3
completely [3] 977/25
980/20 995/25
compliment [1] 894/13
comprised [1] 907/19
computer [1] 870/25
computer-aided [1]
870/25
concept [1] 884/14
concern [1] 875/12
concluded [1] 996/8
conclusion [1] 897/2
conclusions [1] 897/7
conference [1] 978/16
confidential [2] 966/20
978/1
confidentiality [5]
898/9 898/19 919/3
923/3 942/24
configuration [1]
925/24
confused [1] 923/12
connection [1] 876/18
consent [1] 993/24
consider [9] 913/17
921/9 951/12 969/13
971/20 972/25 984/17
984/18 987/11
considered [1] 888/13
considering [5] 875/18
875/21 961/9 966/6
967/4
consistent [3] 943/16
952/18 959/20
consists [2] 879/2
907/17

903/6 903/7
consolidation [2]
904/23 904/25
consolidations [2]
897/19 902/15
Constitution [1]
870/23
consumer [2] 885/21
891/4
consumers [1] 891/12
contains [1] 924/19
content [2] 890/16
897/6
contention [1] 892/10
contents [3] 891/1
897/7 897/16
context [1] 883/4
continue [14] 873/12
875/1 877/6 900/7
914/1 918/16 918/18
924/25 954/4 954/6
957/8 958/1 973/23
991/15
CONTINUED [2] 870/1
872/18
continues [1] 948/19
continuing [1] 956/17
contract [4] 922/3
946/3 946/15 957/24
contracted [1] 977/22
contracts [1] 946/8
contractual [2] 883/7
946/6
contrast [1] 904/11
contribution [7]
899/21 900/4 900/10
900/12 900/14 900/15
900/18
control [3] 895/22
896/3 897/1
conventions [1]
880/18
convince [3] 902/24
902/25 955/16
convinced [4] 878/5
878/8 878/8 941/11
coordinate [1] 935/17
copies [12] 892/1
950/23 956/11 957/1
958/1 958/5 967/19
968/11 971/6 979/2
981/14 990/23
copy [2] 968/15 986/12
copying [1] 929/16
953/21
copyright [1] 887/15
corporate [3] 983/13
983/15 983/21
correct [87] 875/5
877/10 880/11 882/4
883/25 886/3 886/11
886/25 887/2 887/12
887/14 888/2 889/21
890/3 890/6 890/8
891/11 891/16 892/2
892/13 893/10 894/25
897/18 899/13 899/19

901/3 901/8
901/17 901/25 902/3
902/7 907/14 910/21
912/4 912/8 913/18
915/7 916/11 916/20
918/24 919/9 919/15
919/18 919/21 919/22
924/20 924/21 926/2
926/21 927/25 931/22
932/5 932/10 933/24
934/10 936/25 937/1
937/25 938/4 938/8
939/6 939/12 940/13
940/14 940/16 943/21
944/13 944/18 945/8
946/24 947/7 948/15
950/20 951/3 951/4
952/4 953/3 953/7
960/1 967/24 975/5
975/6 975/10 979/10
980/10 997/3
correctly [3] 917/8
934/7 948/22
correspond [1] 916/20
cost [11] 900/15
900/16 900/17 900/18
900/19 916/13 968/18
968/22 982/7 982/11
984/24
costing [1] 985/1
costliest [1] 956/4
costs [6] 877/5 916/15
916/17 968/20 968/24
982/11
could [44] 874/19
881/20 882/12 897/15
900/25 902/23 903/17
904/4 906/17 917/20
917/20 923/18 925/6
941/2 941/4 945/21
947/19 948/2 949/18
950/5 950/22 951/14
952/2 952/6 953/14
956/23 958/6 958/7
958/19 958/20 958/21
959/9 959/13 960/5
960/5 960/6 964/8
964/21 968/12 969/3
978/22 981/13 982/2
982/2
couldn't [10] 873/22
902/8 902/24 902/25
946/17 957/11 957/11
980/25 981/20 982/4
counsel [1] 905/15
counsel's [1] 992/10
count [2] 897/20
912/20 912/21 912/22
counts [1] 883/23
couple [5] 881/17
900/22 910/1 912/17
968/15
course [4] 874/15
877/2 991/7 994/10
court [10] 869/1
870/20 870/22 872/3
877/22 900/25 931/1
931/5 994/11 996/7

**Court's [1]** 984/1
**cover [9]** 900/17
909/22 919/10 919/18
919/25 920/3 988/5
988/12 988/19
**covers [2]** 911/12
914/4
**COVID [1]** 883/6
**Crawdads [1]** 970/19
**create [3]** 888/25
981/22 981/25
**created [1]** 902/2
**creative [4]** 901/17
978/22 983/23 984/10
**creativity [1]** 894/13
**credit [1]** 994/10
**crime [1]** 958/13
**CROSS [3]** 871/4
872/18 950/14
**CROSS-EXAMINATION
[2]** 872/18 950/14
**crossword [1]** 887/1
**CRR [1]** 997/2
**Crunch [1]** 950/5
**cultivate [1]** 884/15
**culture [1]** 977/1
**current [1]** 897/20
**currently [2]** 895/4
912/9
**customer [2]** 880/12
880/13
**customers [1]** 874/24
**CV [1]** 869/4

**D**

**D.C [4]** 869/5 869/18
870/18 870/23
**damage [1]** 874/7
**Daniel [2]** 870/3 870/7
**dark [1]** 960/22
**data [11]** 875/13
880/20 886/1 886/2
886/5 886/10 892/25
893/7 894/9 894/14
983/21
**data-driven [1]** 894/14
**date [2]** 911/24 997/7
**dated [11]** 923/21
925/7 927/2 929/15
932/17 933/10 934/23
937/7 938/15 942/4
945/7
**Davis [2]** 930/6 930/7
**Dawn [2]** 930/6 930/7
**day [12]** 873/23 877/15
878/1 892/23 895/13
913/23 992/18 993/2
993/4 993/17 994/12
995/21
**days [1]** 892/23
**dcantor [1]** 870/10
**deal [13]** 879/8 879/19
879/23 895/1 921/25
946/17 956/11 956/20
956/22 956/24 965/7
974/3 979/21
**deals [6]** 894/21

979/20 986/23
**debate [1]** 904/25
**debut [1]** 990/9
**debuts [1]** 990/18
**decade [1]** 877/14
**decide [8]** 936/3
951/18 969/23 976/14
976/16 982/9 982/21
988/21
**decided [1]** 928/23
**decides [2]** 922/17
955/5
**deciding [1]** 915/5
**decision [7]** 875/22
875/23 875/24 891/19
891/23 976/20 982/6
**decisions [2]** 965/8
977/17
**decoder [2]** 950/5
993/6
**deep [2]** 890/12 890/12
**Defendant [1]** 993/7
**DEFENDANT'S [2]**
871/24 993/12
**Defendants [3]** 869/7
870/2 870/12
**defense's [1]** 994/19
**defer [1]** 940/17
**deferred [1]** 995/4
**defines [1]** 879/3
**definitely [1]** 979/4
**definition [2]** 900/13
900/19
**degree [1]** 891/15
**deliver [2]** 954/14
954/14
**delivered [2]** 954/17
973/24
**demand [4]** 887/21
888/21 889/18 897/17
**department [6]** 869/16
983/14 983/16 983/17
983/18 983/19
**departments [1]** 904/4
**depend [1]** 918/1
**dependent [2]** 950/24
985/19
**depending [2]** 982/15
982/16
**Depression [1]** 874/18
**describe [1]** 877/21
**described [1]** 912/7
**describes [2]** 909/17
948/11
**describing [1]** 945/25
**description [1]** 909/20
**designated [1]** 879/12
**designed [2]** 879/8
879/19
**desirable [4]** 982/2
987/5 989/1 989/2
**destroy [1]** 890/19
**detail [1]** 891/21
**determine [3]** 916/4
977/19 988/22
**detour [1]** 872/20
**development [6]**

897/5 902/21 902/22
**deviate [1]** 919/23
**Diaries [1]** 887/3
**Dictionaries [1]** 886/14
**did [25]** 877/12 877/12
894/5 894/19 904/25
905/19 908/25 929/11
929/13 930/24 934/7
940/20 947/1 948/22
949/10 949/12 951/7
958/10 962/7 970/17
971/9 973/22 986/23
990/24 991/22
**Did they [1]** 930/24
**did you [3]** 877/12
877/12 951/7
**didn't [29]** 876/23
896/23 902/9 912/18
941/4 941/4 941/6
949/20 949/22 953/11
956/23 956/25 957/6
957/8 958/6 958/18
970/16 970/20 970/21
971/3 971/4 971/17
978/5 980/18 980/23
981/8 981/9 981/10
981/16
**difference [6]** 951/10
953/9 962/13 981/19
986/23 991/2
**different [24]** 887/19
888/1 888/7 889/13
894/2 894/17 902/17
907/17 909/5 931/20
954/21 963/20 969/22
970/5 970/12 972/19
974/14 981/6 984/25
985/5 985/8 985/22
986/15 989/23
**differentiating [1]**
895/9
**differently [2]** 970/6
986/7
**difficult [6]** 917/21
950/24 955/13 960/21
960/21 981/25
**dig [2]** 895/15 896/13
**digital [1]** 894/15
**direct [5]** 871/4 899/12
907/6 933/14 942/21
**directional [1]** 915/23
**disclosure [2]** 966/17
966/19
**discoverability [2]**
894/21 894/23
**discoverable [1]** 895/3
**discovered [1]** 938/2
**discuss [4]** 898/21
903/9 966/5 966/9
**discussed [8]** 880/17
902/1 938/9 948/8
966/25 967/11 967/18
967/22
**discusses [1]** 884/6
**discussing [2]** 925/9
933/10
**discussion [2]** 892/8

**discussions [6]** 876/21
885/9 890/22 922/22
946/1 995/4
**dishonest [1]** 965/12
**dismiss [1]** 983/3
**Disney [1]** 889/4
**display [1]** 902/20
**distinct [1]** 970/11
**distinguished [1]**
909/18
**distribution [5]** 880/7
897/1 897/2 985/23
986/15
**DISTRICT [3]** 869/1
869/1 869/10
**diversity [1]** 890/21
**dividing [1]** 880/14
**division [10]** 869/17
908/1 935/21 944/17
947/17 947/19 947/19
953/6 953/6 974/14
**divisions [9]** 904/2
943/8 944/9 944/11
944/16 945/1 948/9
948/21 974/15
**Divya [1]** 899/10
**do [125]** 874/12 874/13
875/5 876/2 880/3
882/14 882/21 882/22
885/1 887/4 887/4
888/22 889/3 893/5
895/4 899/1 899/16
899/17 899/22 901/7
901/11 901/20 902/9
902/12 902/13 903/7
903/17 904/2 904/9
904/15 905/1 905/13
905/13 905/16 909/19
911/11 911/11 911/20
916/7 917/12 918/7
918/25 920/21 921/24
922/12 926/6 929/9
929/10 932/3 933/12
936/16 940/20 941/9
943/23 947/12 949/15
949/18 949/21 952/15
954/13 955/11 955/22
956/5 956/20 956/22
956/23 957/13 960/9
960/18 961/14 961/24
962/4 962/15 962/21
963/5 963/6 963/7
963/15 965/2 965/13
965/15 965/22 966/3
966/11 966/12 966/13
967/3 968/12 968/20
968/20 968/9 969/10
969/11 969/22 970/1
970/10 970/13 970/13
970/16 971/15 971/20
972/13 972/20 972/24
973/6 973/18 973/20
973/23 977/25 978/14
978/18 978/22 979/4
982/9 983/3 983/23
984/6 985/10 987/12
988/19 991/12 992/14

**discussions [6]** 876/21 (continued)
**do you [11]** 909/19
918/7 926/6 955/11
960/18 962/15 965/2
966/11 967/3 969/22
971/20
**Do you have [4]**
901/20 961/24 973/20
992/14
**do you see [12]** 882/14
882/21 899/16 899/22
901/7 902/12 929/9
933/12 936/16 947/12
960/9 972/13
**Dobson [12]** 908/4
915/2 929/16 937/9
945/6 945/25 946/21
947/9 947/14 947/22
948/11 948/19
**document [6]** 881/24
881/25 898/13 898/17
903/4 906/1
**does [43]** 879/7 879/11
879/15 879/18 879/22
880/12 887/23 891/7
900/10 916/21 920/1
921/2 932/4 936/7
940/22 951/17 952/22
954/11 955/8 956/2
959/11 959/22 960/3
962/23 963/5 963/20
964/5 966/5 972/1
972/10 972/18 975/11
975/19 975/22 976/14
976/20 977/19 984/6
985/15 985/22 989/20
989/23 991/17
**doesn't [11]** 888/7
910/5 918/1 920/6
921/1 941/11 957/2
966/23 975/15 975/24
991/23
**Dohle [8]** 872/6 872/11
872/14 881/15 899/3
903/19 905/11 906/7
**doing [6]** 875/6 896/6
962/2 971/12 987/10
988/11
**dollar [2]** 990/5 990/8
**dollars [3]** 957/2 974/3
991/3
**domestic [2]** 981/4
981/5
**domestically [1]**
878/15
**Don [1]** 887/16
**don't [70]** 875/5 875/13
876/2 880/1 880/5
885/11 885/14 887/5
887/7 888/8 888/8
888/20 891/5 891/20
894/8 895/6 896/19
897/22 899/5 904/24
909/24 910/5 917/3
917/10 918/12 919/1
919/7 919/20 919/23
921/12 921/14 921/24
932/11 932/12 934/13

1004

## D

don't... [35] 941/12
941/15 944/20 949/2
949/3 954/14 958/3
959/16 960/10 960/10
960/20 960/23 960/23
961/3 964/11 964/12
964/25 965/11 966/18
967/22 972/16 978/2
981/21 982/20 983/22
984/17 987/3 987/8
987/11 987/14 987/16
991/21 992/23 994/2
994/21
done [11] 883/15
883/18 889/3 897/20
904/13 911/5 911/5
961/10 977/21 982/2
982/3
Dorling [1] 888/23
Dorman [1] 907/20
dotted [1] 899/12
double [1] 979/4
Doubleday [2] 944/18
953/6
down [19] 882/20
885/13 893/23 906/7
918/12 925/23 928/24
932/8 933/22 934/4
943/9 946/22 949/13
969/24 974/2 975/8
982/15 982/16 995/22
downtown [1] 902/9
dpetrocelli [1] 870/6
dream [1] 885/7
dreams [2] 884/13
885/15
driven [2] 894/14
989/10
duly [1] 872/16
during [5] 895/25
919/24 922/25 951/7
965/13
Dutton [5] 908/22
908/25 909/2 909/9
912/16

## E

each [13] 888/1 924/22
928/2 940/22 940/25
943/8 943/10 943/10
945/4 953/3 954/11
975/8 989/19
earlier [1] 965/1
early [2] 892/23 895/7
Earth [1] 954/2
easy [1] 978/14
Ecco [1] 972/7
Eckhart [1] 954/2
ecommerce [1] 894/16
economies [2] 878/19
878/21
edited [2] 953/25 954/2
editing [4] 952/11
953/19 953/22 953/23
editor [15] 908/22
914/12 914/14 924/1
937/23 941/7 942/8

966/1 967/7 970/9
971/18 987/19
editorial [12] 879/11
879/15 885/5 898/1
909/12 915/14 966/7
966/23 985/15 986/15
989/20 989/23
editors [11] 879/12
884/22 884/25 885/7
905/1 914/16 930/7
930/10 943/20 965/22
971/15
editors' [1] 967/6
Educational [1] 887/7
eerily [1] 990/19
effect [1] 890/20
efficiencies [7] 877/24
878/21 896/12 900/5
904/10 904/24 995/4
efficiency [1] 995/9
effort [1] 883/21
efforts [1] 893/10
eight [1] 979/1
either [5] 899/11
912/18 915/13 964/17
966/24
electronics [1] 967/13
eliminating [1] 905/1
Elizabeth [2] 958/13
973/12
else [4] 905/9 949/15
970/17 993/14
email [54] 870/6
870/10 870/15 870/19
923/21 923/21 925/7
925/7 925/22 926/10
926/18 927/2 927/2
927/17 927/20 928/6
928/11 928/19 929/7
929/15 930/4 932/17
932/17 933/9 933/15
934/23 934/23 936/13
937/7 937/7 937/22
938/7 938/10 938/15
938/15 939/9 942/4
942/4 942/22 942/23
943/3 943/12 945/6
945/6 945/22 945/24
946/14 946/21 947/14
952/3 952/7 965/25
986/22 987/18
emails [1] 930/23
empt [3] 959/17 959/20
959/23
empting [1] 973/17
encourage [2] 965/22
966/4
Encyclopedias [1]
886/16
end [11] 872/20 891/4
910/6 928/15 952/8
954/25 955/8 975/14
979/5 980/25 984/7
ended [4] 958/8 973/17
978/5 981/14
ending [2] 980/21
990/2

enforce [1] 962/7
engine [1] 892/20
enough [9] 889/18
889/18 897/3 897/17
897/17 902/9 962/5
969/12 991/24
enter [2] 949/9 949/14
enterprise [1] 892/17
enters [1] 949/15
enthusiasm [2] 967/6
970/9
entire [2] 894/12
894/18
entirely [3] 950/24
952/10 983/4
entities [1] 909/5
equate [1] 917/15
Eric [2] 889/1 889/10
especially [1] 892/22
estimate [3] 915/9
918/2 967/19
estimates [1] 918/3
estimations [1] 918/6
et [3] 869/6 952/11
995/10
et cetera [1] 995/10
even [20] 875/22
876/21 876/22 882/19
883/11 883/21 888/20
892/17 895/25 919/13
920/2 939/22 955/6
957/8 963/1 970/21
971/4 971/17 979/8
986/16
eventually [1] 914/4
ever [16] 876/20
880/20 880/24 881/3
887/23 888/14 923/12
949/3 957/13 958/11
958/22 959/19 959/22
963/5 987/8 988/6
every [7] 911/16 920/6
954/7 955/8 960/4
963/2 971/18
everybody [6] 921/1
961/21 987/14 993/21
995/21 996/2
everyone [4] 872/4
877/17 961/25 963/13
Everyone's [1] 912/24
everything [6] 897/11
897/25 898/2 903/13
905/13 933/19
evidence [18] 895/6
906/5 924/10 925/19
927/7 927/11 929/23
932/24 935/9 937/16
938/24 942/15 945/11
945/16 982/10 986/22
993/7 993/12
exact [1] 990/24
exactly [2] 873/8
990/22
exam [1] 922/25
examination [8]
872/18 881/13 898/18
920/24 906/13 907/6

example [17] 949/4
956/6 957/18 960/25
968/4 968/5 968/7
970/15 970/18 970/25
971/1 972/2 973/9
974/20 975/25 978/4
980/17
examples [3] 874/23
875/2 973/20
except [1] 993/21
exchanges [1] 927/17
excited [5] 967/7
973/15 973/25 975/1
980/21
excitement [2] 967/8
973/16
exclusive [6] 921/16
921/19 922/4 922/13
922/18 922/20
exclusively [4] 911/11
946/10 947/16 954/24
excuse [1] 880/13
executive [3] 915/1
924/1 942/8
Exhibit [14] 905/25
906/5 924/10 925/19
927/11 929/23 932/24
935/9 937/16 938/24
942/15 945/16 993/7
993/12
exhibits [4] 871/8
871/23 898/14 898/18
exist [2] 874/20 891/13
expect [2] 994/6
995/14
expectations [6]
955/14 955/15 956/18
956/19 957/16 978/14
expected [1] 994/25
expecting [1] 980/24
expects [1] 963/1
experience [9] 874/1
943/25 944/4 970/5
975/11 987/6 991/6
991/8 991/12
explain [1] 974/13
explained [3] 901/11
951/13 959/9
explains [1] 943/3
explanation [2] 943/15
952/3
expression [1] 984/9
extension [1] 948/16
extent [1] 891/20
external [7] 873/13
875/14 876/22 945/3
948/17 962/23 975/5
extra [1] 975/13
extraordinary [1]
909/19
extreme [1] 977/5

## F

fact [6] 875/11 893/3
894/14 896/25 902/22
954/16
factor [1] 964/9

factors [3] 969/13
969/21 969/22
fair [5] 914/13 918/15
982/5 982/8 992/16
fake [2] 982/18 982/24
falling [3] 889/19
895/16 896/14
familiar [2] 909/17
943/4
fantasy [1] 961/5
Farrar [1] 972/3
farther [1] 941/6
faster [2] 897/16
960/19
favor [1] 947/6
favorite [1] 953/24
February [1] 899/4
feedback [1] 977/11
feel [8] 874/8 915/12
927/20 959/16 965/10
970/14 971/9 994/12
feeling [2] 930/23
969/24
feelings [2] 948/22
948/24
fell [1] 980/20
felt [5] 941/5 956/12
957/6 971/12 971/12
female [1] 981/6
few [11] 874/21 914/6
928/24 934/17 941/18
948/19 950/16 964/25
965/4 991/5 992/8
fiction [11] 897/24
910/3 910/7 910/21
961/6 972/19 972/21
972/22 972/25 973/2
987/9
field [3] 892/9 907/21
962/8
fifth [2] 869/17 979/22
figure [9] 885/1 893/8
915/20 970/2 978/10
979/8 979/20 979/21
986/2
figures [10] 915/18
934/3 976/12 979/14
980/3 980/5 980/11
984/18 984/19 984/21
filing [1] 953/21
final [5] 878/24 882/12
884/1 891/24 929/11
930/17 930/18 962/20
finalized [1] 994/4
finance [1] 904/3
financial [5] 875/14
875/25 882/17 883/16
883/17
financially [2] 882/18
883/11
find [12] 915/17 915/25
923/9 955/13 955/16
955/16 963/9 966/2
970/3 981/21 981/23
981/25
fine [1] 898/22
Fiona [2] 978/7 981/11
first [22] 897/13 915/14

1005

**F**

first... [20] 899/21
910/11 912/17 925/4
925/22 929/6 930/17
933/8 946/7 950/12
951/2 952/6 953/21
954/16 954/19 962/3
967/18 978/10 979/19
990/17
firsthand [1] 883/13
Fishbein [1] 870/13
five [7] 899/3 933/16
933/18 958/23 979/8
980/7 980/9
fixed [2] 900/16 900/17
Flatiron [1] 961/15
Floor [1] 870/4
FLORENCE [1] 869/10
fly [1] 985/11
focus [3] 893/25
912/24 973/6
follow [5] 873/3 874/12
881/17 889/22 992/8
followed [1] 958/15
following [4] 876/19
878/7 963/11 995/13
follows [1] 872/17
followups [1] 950/16
footprint [2] 897/25
force [2] 880/3 880/6
foregoing [1] 997/3
foreign [1] 977/14
forgot [1] 995/25
format [1] 894/16
formats [1] 963/20
forms [1] 919/21
forth [3] 873/5 918/20
978/23
forward [5] 876/12
893/5 901/18 956/14
956/17
found [2] 890/7 954/3
foundational [1] 954/3
founded [1] 909/18
four [2] 962/12 990/12
free [2] 927/20 952/17
frequently [1] 960/9
Friday [3] 995/24
995/25 996/1
friendship [1] 981/6
front [2] 881/25 923/8
frontless [1] 878/11
frontlist [5] 911/21
912/3 912/15 912/17
912/22
frustration [1] 902/21
fulfilled [1] 883/7
full [2] 897/10 900/18
functions [1] 904/2
further [6] 872/17
879/3 904/1 904/17
933/22 943/10
future [2] 914/3 915/10
956/3

**G**

gaining [1] 913/9
gallery [1] 967/14

galley [1] 978/20
gallows [1] 971/14
gave [5] 874/16 874/16
958/21 992/9 993/6
gears [1] 971/20
general [1] 971/22
generally [7] 878/2
911/7 916/19 944/4
954/21 968/22 972/14
generate [1] 921/3
genre [1] 897/24
Gentleman [1] 910/11
George [1] 958/13
get [44] 877/12 877/24
881/24 883/17 884/16
884/18 893/8 898/4
904/24 909/25 915/2
916/7 916/16 916/18
917/20 920/1 933/23
936/15 938/1 946/9
949/18 951/17 952/17
957/4 958/6 959/12
960/18 961/21 964/17
965/7 967/7 967/23
970/25 971/18 975/13
977/12 980/23 980/25
981/7 981/10 983/7
983/20 988/23 993/22
gets [5] 943/9 975/8
977/20 990/3 990/5
getting [6] 901/15
917/11 978/24 981/11
981/12 984/21
Gina [3] 902/2 902/6
902/6
Giroux [1] 972/4
give [35] 874/23 875/2
878/20 883/4 883/10
890/11 890/13 890/13
893/15 952/14 956/5
956/7 957/18 959/17
960/25 968/5 969/2
970/15 970/24 973/9
974/20 978/4 980/16
984/3 985/15 987/20
988/15 988/15 988/18
988/20 988/23 988/24
989/7 989/8 989/20
given [2] 896/25
940/25
Giver [1] 910/16
gives [1] 929/7
giving [1] 965/9
glam [3] 986/24 987/8
987/9
global [2] 877/15
897/12
Glory [1] 910/13
go [36] 872/21 876/6
881/20 884/17 885/9
897/22 899/20 904/1
910/18 912/4 914/4
922/6 923/13 928/17
928/15 928/22 941/13
948/18 953/14 955/22
957/13 959/12 959/13
959/24 959/24 963/2
969/14 969/21 979/11

galley [1] 978/20
985/23 989/16 991/15
993/6
go ahead [3] 876/6
957/13 989/16
God [1] 894/16
goes [14] 882/19 891/4
904/5 917/10 947/16
947/22 950/8 961/22
963/11 963/13 963/18
985/16 985/16 989/24
going [73] 875/6 875/7
876/12 877/5 877/24
889/12 889/13 890/19
890/25 891/19 891/21
893/4 894/20 894/21
896/11 900/22 904/9
906/15 915/24 915/24
916/1 918/4 919/1
923/1 923/3 923/4
923/10 927/21 933/9
942/23 945/23 946/23
956/7 960/15 961/7
962/18 964/11 964/20
964/24 965/8 966/10
967/1 969/8 969/10
969/12 970/20 975/16
976/18 977/1 977/6
977/15 977/16 979/6
980/16 982/15 982/16
982/17 984/20 985/11
987/20 987/20 988/22
988/24 990/3 991/15
993/1 994/15 994/16
994/21 994/23 995/9
995/10 995/20
gone [1] 991/8
good [24] 872/5 872/6
872/7 875/24 881/15
884/19 891/5 894/6
895/12 904/14 906/17
907/3 907/9 907/10
913/9 930/19 931/7
931/8 931/9 950/1
950/3 957/2 981/20
995/21
got [9] 872/20 874/17
885/17 900/4 910/13
930/13 937/6 971/16
971/16
gotten [1] 941/2
governing [1] 941/25
government [2] 879/1
906/8
Graham [2] 930/6
930/7
grant [3] 874/2 874/9
911/2
granted [3] 874/16
874/18 895/22
Graphics [2] 882/24
883/3
Gray [1] 973/1
great [16] 910/14
912/19 955/24 956/10
957/7 957/23 957/24
961/6 961/9 969/19
972/25 979/3 979/6

greater [1] 918/3
gripping [1] 930/22
group [34] 879/11
879/16 879/19 885/1
895/23 896/3 897/1
907/16 907/24 908/1
908/5 909/6 914/15
914/17 935/13 935/16
935/22 935/23 935/24
936/22 940/6 940/11
943/1 943/24 944/1
944/17 944/20 944/21
944/23 953/3 972/17
974/19 978/24 983/22
groups [1] 939/18
Grove [1] 972/23
grow [7] 876/24 877/3
877/6 890/17 896/23
897/17 958/19
growing [7] 891/4
895/16 895/18 895/22
895/24 903/5 969/18
grows [1] 967/9
growth [8] 877/9 891/2
891/3 891/9 891/10
902/16 903/23 903/24
guaranteed [1] 931/21
guess [4] 917/20
919/10 967/24 989/3
guessing [1] 915/23
guidepost [1] 915/22
gut [1] 969/24

**H**

H1 [1] 973/21
Hachette [3] 895/17
896/3 972/8
had [43] 876/3 877/14
879/3 885/9 890/22
895/25 896/1 897/23
898/11 898/19 902/15
902/15 902/17 903/1
903/16 904/25 909/1
930/15 936/14 946/3
946/6 946/11 946/18
955/24 956/18 957/7
957/23 958/21 968/10
969/19 971/2 971/10
978/7 979/14 980/3
980/4 980/11 980/17
990/8 990/9 990/13
990/16 990/19
Haig [3] 910/15 968/9
976/7
half [6] 910/2 910/20
910/21 913/12 913/16
994/12
hand [3] 906/18 906/19
950/5
handle [2] 906/12
936/1
handled [1] 965/21
happen [8] 921/5 936/7
954/23 959/25 975/11
981/8 988/4 988/7
happened [4] 897/23
900/8 956/4 970/23

happening [2] 977/1
991/6
happens [17] 875/19
885/4 885/6 897/11
898/1 903/13 922/1
922/9 939/22 941/7
957/16 960/8 964/15
966/8 975/12 976/10
991/23
happier [1] 968/7
happily [1] 910/18
happy [1] 883/4
hard [15] 909/22
911/12 914/4 919/10
919/18 919/25 920/2
948/24 955/16 960/24
964/14 978/13 988/5
988/12 988/19
harder [1] 917/17
hardest [1] 955/19
harmed [1] 942/15
HarperCollins [5]
895/17 896/3 958/14
958/19 972/5
has [45] 874/22 875/14
888/13 892/8 892/25
893/7 894/10 894/16
895/16 895/18 897/6
897/8 899/14 903/20
903/23 903/23 904/2
904/14 910/8 910/25
911/5 912/9 915/13
915/14 916/12 920/12
923/2 928/11 928/21
929/1 932/12 941/25
944/25 948/17 949/3
955/6 955/24 958/11
963/13 966/14 971/19
980/20 983/15 983/16
993/21
hasn't [3] 903/5 903/25
988/1
hate [1] 956/5
have [137]
haven't [13] 881/2
891/19 892/21 894/9
895/24 897/3 898/18
909/25 921/20 921/21
952/12 988/17 994/3
having [6] 872/16
883/23 912/13 912/23
913/4 913/9
Hay [5] 973/8 973/20
974/2 974/5 974/9
he [10] 885/10 900/8
911/2 933/7 936/3
947/22 947/23 947/25
958/18 958/21
he didn't [1] 958/18
he's [1] 911/3
head [1] 906/9
hear [4] 977/12 977/13
977/13 981/1
heard [6] 877/18
899/14 954/20 959/10
982/10 984/2
Hello [2] 881/16 950/4
help [17] 882/17 883/3

**help... [15]** 883/10
883/15 883/21 891/1
891/3 893/1 893/3
895/2 900/25 916/4
921/3 951/17 973/7
977/1 977/6
**helped [1]** 903/25
**helpful [1]** 983/22
**helps [3]** 913/4 920/19
920/21
**her [10]** 901/1 910/16
943/3 958/16 958/17
958/19 958/22 973/23
978/20 979/7
**here [10]** 876/17
877/23 883/5 902/21
905/13 926/1 936/18
940/20 969/17 973/11
**here's [1]** 922/18
**hey [2]** 883/11 893/24
**high [12]** 875/7 918/7
938/2 962/3 962/5
963/14 978/5 980/17
984/15 984/17 984/19
991/23
**higher [20]** 878/16
915/1 916/9 916/10
916/19 916/20 916/22
917/1 917/13 917/15
917/15 939/11 939/24
940/18 950/18 950/18
950/22 956/19 968/22
969/2
**highest [4]** 938/12
959/19 963/9 963/21
**highlight [1]** 883/19
**Highway [2]** 910/11
976/1
**him [4]** 928/7 928/8
950/11 958/2
**Hinton [1]** 973/12
**hire [2]** 888/11 889/5
**hired [3]** 892/25 893/7
894/9
**his [4]** 910/11 911/2
911/3 968/9
**history [3]** 911/6 911/7
973/14
**hit [2]** 957/10 990/17
**Ho [1]** 978/8
**hold [2]** 966/5 994/1
**home [1]** 878/6
**honest [1]** 981/21
**honestly [3]** 918/5
932/11 978/12
**Honor [38]** 872/9 876/7
881/7 881/10 898/8
898/13 904/17 905/20
906/2 906/16 906/24
924/3 924/5 925/12
927/6 929/19 930/1
930/20 931/8 931/9
932/20 933/1 935/2
937/12 937/19 938/20
939/2 941/21 942/11
945/10 950/1 983/8
992/4 993/5 993/9

**Honor's [1]** 994/5
**HONORABLE [1]**
869/10
**hope [3]** 882/10 884/12
889/14
**hopefully [2]** 893/16
913/24
**hopes [1]** 890/17
**hoping [2]** 883/2
981/13
**Houghton [1]** 972/3
**hour [1]** 901/5
**hours [2]** 994/12
994/13
**house [116]** 870/3
873/10 875/16 875/19
875/21 878/9 878/18
879/7 882/6 882/8
882/16 882/23 883/24
884/4 884/11 884/18
884/21 885/1 885/4
887/23 888/14 888/23
890/4 890/15 890/25
891/8 892/1 892/11
892/15 892/25 893/7
893/11 894/10 894/20
895/2 895/4 895/16
896/7 896/16 896/16
901/9 902/22 903/20
904/14 907/17 908/2
908/15 912/1 912/1
915/1 916/10 916/23
916/24 923/23 925/9
925/23 928/25 928/25
929/16 930/5 934/25
935/19 935/20 935/23
936/2 936/8 936/25
937/2 937/9 938/8
938/17 940/15 940/19
941/19 941/22 941/25
943/5 943/13 943/16
943/21 943/23 944/10
944/11 944/16 944/18
944/25 945/7 947/19
948/2 948/3 948/5
948/8 948/9 948/14
948/25 952/22 953/6
957/21 958/12 963/16
966/22 971/24 971/25
973/8 973/20 974/2
974/5 974/9 974/13
974/19 974/21 983/15
991/10 991/13 991/18
992/1
**House's [8]** 882/19
885/12 888/6 888/9
895/9 896/23 902/16
903/5
**how [58]** 877/12
877/12 883/22 892/8
893/3 902/23 903/11
904/12 904/15 910/4
911/4 914/6 917/3
918/1 918/4 926/9
936/1 936/7 944/25
951/10 953/15 954/9
954/11 951/22 957/4

964/8 964/11 965/18
965/20 967/3 967/19
967/25 968/6 968/10
968/20 968/20 969/22
969/23 970/14 971/9
974/13 975/11 975/22
976/14 976/16 977/16
978/19 979/17 979/23
982/15 984/6 984/9
984/10 988/21 995/5
**However [1]** 947/22
**huge [2]** 890/20 971/10
**huh [2]** 950/19 951/16
**humor [1]** 971/14
**hundreds [1]** 990/22
**Hungry [1]** 889/1
**hybrid [1]** 911/13

**I**

**I also [3]** 883/13
897/12 897/12
**I apologize [1]** 903/1
**I assume [2]** 909/16
967/25
**I believe [1]** 972/20
**I can [4]** 910/18 917/25
994/1 995/9
**I can't [3]** 895/7 964/17
983/3
**I couldn't [5]** 902/8
902/24 902/25 981/20
982/4
**I didn't [2]** 980/23
981/10
**I didn't know [1]** 971/3
**I didn't see [1]** 941/4
**I don't [23]** 875/5
875/13 885/14 888/8
888/20 899/5 909/24
910/5 917/10 919/7
932/12 944/20 949/3
959/16 960/10 960/10
960/20 965/11 972/16
984/17 987/11 987/16
991/21
**I don't have [2]** 895/6
941/15
**I gave [1]** 958/21
**I guess [3]** 917/20
919/10 989/3
**I have [8]** 881/25
901/21 908/12 923/20
959/20 977/11 992/16
993/19
**I haven't [2]** 891/19
909/25
**I hope [2]** 882/10
884/12
**I just [8]** 878/24 903/3
957/15 981/21 987/1
989/18 992/18 994/14
**I know [7]** 883/13
890/24 904/24 945/22
952/12 970/24 977/14
**I mean [7]** 886/12
901/12 908/11 921/22
983/3 984/22 985/25

**I should [1]** 883/20
**I think [75]** 874/6
875/19 875/24 878/24
887/25 888/16 892/8
894/12 894/17 897/15
897/23 897/25 899/1
901/11 909/8 911/25
912/1 912/7 912/11
912/12 913/2 913/3
913/14 913/19 913/20
917/4 919/25 920/1
920/10 920/25 921/22
921/23 922/19 930/9
931/19 932/2 932/6
947/23 948/3 948/16
950/21 952/23 954/5
954/6 955/13 957/9
959/2 960/20 962/2
962/16 965/6 970/2
970/11 970/12 971/23
971/24 971/24 972/16
972/23 973/4 977/5
979/3 979/4 979/19
979/21 981/22 981/23
981/24 982/8 989/6
990/12 991/15 992/14
992/17 994/23
**I thought [12]** 926/24
939/17 956/21 956/22
957/9 958/20 961/6
961/8 975/2 979/4
981/13 986/10
**I told [1]** 878/5
**I understand [3]** 879/5
905/8 917/8
**I want [11]** 877/22
881/17 885/25 889/22
896/13 904/1 969/16
969/17 976/24 977/9
989/5
**I wanted [1]** 949/17
**I was [12]** 878/8 878/8
883/12 897/10 908/9
909/9 950/21 956/19
958/9 980/23 981/10
981/13
**I wasn't [1]** 981/12
**I went [1]** 961/12
**I will [1]** 891/22
**I wouldn't [1]** 959/14
**I'd [15]** 873/3 877/21
878/24 914/6 933/14
934/17 941/18 942/21
944/8 950/16 954/18
956/6 988/18 991/21
995/8
**I'll [5]** 932/14 953/12
968/3 996/1 996/2
**I'm [70]** 875/18 878/5
878/21 880/16 883/4
885/7 891/19 891/21
891/21 893/11 896/11
896/19 897/12 899/6
899/8 900/22 904/9
905/23 905/24 913/19
914/3 914/18 918/1
919/1 919/10 920/5

923/10 923/12 923/13
925/24 926/23 928/17
929/1 930/23 936/7
939/17 940/9 941/11
942/23 944/20 945/23
946/25 951/20 951/21
953/11 954/1 954/7
954/17 959/1 959/6
959/7 959/17 962/10
962/12 967/15 970/10
974/7 977/15 977/16
979/24 980/16 987/16
990/20 992/13 992/18
994/12 994/14
**I'm going [10]** 891/19
891/21 896/11 919/1
923/1 923/10 945/23
977/15 977/16 980/16
**I'm just [1]** 959/7
**I'm not [7]** 878/21
899/8 920/5 920/20
942/23 951/21 959/6
**I'm not sure [1]** 987/16
**I'm sorry [11]** 899/6
905/23 918/1 926/23
939/17 940/9 953/11
967/15 974/7 979/24
992/18
**I'm sure [1]** 885/7
**I'm thinking [1]** 951/20
**I've [6]** 902/17 921/5
953/17 958/22 982/10
986/22
**idea [3]** 884/24 956/14
956/15
**identifiable [1]** 956/13
**identified [1]** 938/7
**identifying [2]** 923/5
987/2
**Ihan [1]** 869/13
**illustrates [1]** 883/22
**immediately [2]** 877/19
884/17
**impact [6]** 875/15
875/25 876/17 968/20
968/25 991/13
**importance [1]** 912/19
**important [15]** 883/23
884/15 884/20 896/9
898/1 898/2 903/15
912/13 913/2 932/2
932/6 956/22 972/14
989/4 989/6
**imports [1]** 916/13
**imprint [33]** 898/1
903/14 908/14 909/18
913/10 913/23 926/4
935/15 935/23 936/3
936/22 938/4 940/22
940/25 941/10 941/22
943/1 948/12 948/24
956/13 957/9 961/2
963/2 963/17 963/18
963/18 963/23 970/9
970/11 970/13 971/22
974/21 983/25
**imprint's [1]** 948/12

**I**

**imprints [39]** 873/11
873/12 878/6 903/7
903/12 904/3 904/8
907/17 925/23 935/18
935/20 935/25 938/8
938/9 940/6 940/10
941/19 942/1 943/21
943/23 943/24 944/1
944/9 947/11 953/2
953/5 963/2 965/16
970/6 972/1 972/5
972/10 974/13 974/14
975/8 975/16 981/10
983/17 984/2

**improve [2]** 893/12
894/21

**incentives [1]** 882/17

**include [8]** 915/9
915/11 932/4 932/9
962/11 966/15 966/17
982/11

**included [6]** 886/1
886/5 886/10 898/14
898/17 968/24

**includes [9]** 877/2
886/7 886/8 886/12
887/11 887/15 888/10
903/15 982/11

**including [2]** 913/14
925/25

**income [1]** 890/20

**increase [3]** 876/16
882/17 930/15

**increased [2]** 919/17
926/20

**incredibly [1]** 983/22

**independently [1]**
952/24

**INDEX [3]** 871/2 871/8
871/23

**indicate [2]** 926/13
975/22

**indicated [1]** 873/18

**individuals [2]** 901/23
902/11

**industries [1]** 874/21

**industry [12]** 874/2
874/20 875/3 875/4
876/2 876/4 880/18
887/25 890/18 890/20
894/12 894/18

**industry-wide [3]**
875/3 876/2 876/4

**information [5]** 923/5
943/25 960/24 965/9
965/9

**informed [1]** 877/19

**informing [1]** 938/11

**informs [1]** 977/15

**initial [6]** 911/24
930/16 936/25 937/2
939/12 962/4

**initially [1]** 939/24

**initiated [1]** 971/18

**input [1]** 968/17

**inputs [2]** 955/18
978/24

**insisting [1]** 952/4

**Inspector [1]** 958/14

**instead [1]** 928/16

**instruments [1]** 892/19

**integrated [1]** 882/25

**intellectual [3]** 888/25
889/1 889/6

**interest [1]** 965/10
971/23

**interested [8]** 877/13
912/25 922/7 922/8
935/16 952/25 973/11
973/12

**interesting [2]** 972/23
982/22

**internal [4]** 872/21
873/16 876/20 905/6

**internationally [1]**
878/15

**interrupt [1]** 919/1

**interrupted [1]** 926/24

**interruption [1]** 917/17

**invest [5]** 877/3 882/24
883/2 883/16 883/21

**invested [1]** 878/13

**investing [1]** 882/8

**investment [2]** 877/8
882/3

**investments [1]**
876/16

**invisibility [1]** 894/23

**invite [2]** 913/22
949/22

**invited [1]** 962/5

**invoke [1]** 947/10

**involved [4]** 916/15
917/9 917/23 924/13

**is [306]**

**is that correct [5]**
907/14 915/7 926/21
938/8 939/12

**is that fair [1]** 914/13

**Is that right [1]** 923/24

**is there [11]** 873/22
880/7 906/15 950/8
969/16 969/20 976/17
976/25 983/13 985/9
986/6

**ISBN [1]** 886/15

**ISBNs [1]** 887/4

**isn't [7]** 884/3 901/2
950/20 961/25 966/25
967/1 982/18

**issue [4]** 872/22
888/19 888/21 946/14

**issues [4]** 883/8
883/22 898/9 993/3

**it [329]**

**it would be [4]** 895/12
905/21 963/17 995/12

**it's [107]** 873/18
874/21 874/24 874/25
875/24 876/1 876/4
881/21 882/13 883/11
885/19 885/20 885/22
887/21 889/8 890/19
891/5 892/16 892/21

**892/24** 893/13 893/16
894/5 894/21 895/6
898/6 899/20 900/7
900/12 900/14 900/19
901/1 904/6 904/6
904/14 905/6 905/15
909/24 910/1 911/13
913/15 913/15 913/20
914/17 915/15 915/22
915/22 917/3 917/10
918/15 925/23 929/1
932/6 935/22 935/24
936/9 941/21 943/23
946/25 950/24 951/14
953/2 954/1 954/5
954/5 954/6 954/22
957/9 959/2 959/2
960/11 960/17 960/21
960/24 961/22 962/18
964/3 964/14 964/24
965/23 966/1 967/24
970/24 971/17 977/5
977/24 977/25 978/12
978/13 979/5 980/20
981/4 981/4 981/5
981/5 981/25 982/18
983/3 983/4 984/9
985/6 987/3 987/10
988/5 988/22 992/14
995/25

**it's likely [1]** 913/15

**its [25]** 879/7 887/23
888/14 890/25 892/1
893/8 893/9 893/12
903/23 903/24 906/8
921/7 921/18 925/4
926/20 928/2 929/11
930/15 939/8 939/12
940/22 963/3 968/15
983/16 990/17

**itself [1]** 954/19

**J**

**James [8]** 886/8
934/24 935/12 937/8
938/16 942/22 942/22
943/3

**James' [4]** 935/17
936/13 943/12 943/15

**Jane [2]** 978/7 981/11

**Jean [1]** 978/7

**Jeffrey [1]** 869/14

**job [3]** 883/17 935/17
971/13

**John [1]** 869/13

**join [1]** 913/22

**Jojo [1]** 910/16

**journals [1]** 887/3

**JUDGE [5]** 869/10
901/1 904/22 952/21
967/22

**Judge Pan [1]** 901/1

**July [1]** 929/15

**June [3]** 923/22 925/8
927/3

**just [85]** 873/6 873/22
876/19 876/19 877/11
877/21 878/2 878/24

**890/24** 892/11 892/24
893/21 900/24 903/3
904/6 904/22 905/6
906/17 908/12 910/13
911/2 911/3 912/16
917/5 918/8 919/2
923/19 930/22 940/21
941/10 943/6 943/9
944/15 948/8 948/21
949/8 950/10 950/16
950/21 951/6 953/14
953/15 954/20 957/15
959/7 959/15 959/16
960/17 962/11 964/10
964/18 968/14 969/9
969/19 973/11 975/8
975/12 981/6 981/7
981/17 981/21 982/1
983/12 985/10 986/9
986/10 986/14 986/21
987/1 987/19 989/18
990/2 990/12 991/5
991/15 992/8 992/18
993/5 994/3 994/9
994/24

**JUSTICE [1]** 869/16

**justify [4]** 916/2 917/2
950/23 957/2

**justs [1]** 950/11

**K**

**keep [8]** 911/20 913/8
955/21 957/11 966/11
966/19 978/1 981/7

**keeping [3]** 927/18
927/21 994/11

**key [3]** 884/4 884/7
884/12

**KGAA [1]** 869/6

**kick [1]** 986/25

**Kim [1]** 869/13

**kind [27]** 880/12
885/23 910/4 911/8
911/13 914/17 915/14
915/22 915/22 919/8
922/11 960/3 960/22
961/5 962/7 962/15
966/22 967/9 969/24
970/14 971/5 971/14
971/17 985/8 987/10
987/12 990/13

**Kindersley [1]** 888/23

**Kindle [2]** 890/7
890/10

**kinds [5]** 884/10
885/25 886/4 987/7
987/9

**King [1]** 886/8

**King's [1]** 887/13

**knew [1]** 958/18

**Knopf [5]** 944/18 948/1
948/8 953/6 975/3

**know [82]** 876/2 876/3
877/7 880/3 883/11
883/13 883/17 887/5
887/7 888/8 890/24
891/20 897/12 898/11

**890/24** 892/11 892/14
893/21 900/24 900/3
904/6 904/22 905/6
906/17 908/12 910/13
911/2 911/3 912/16
917/5 918/8 919/2
923/19 930/22 940/21
941/10 943/6 943/9
944/15 948/8 948/21
949/8 950/10 950/16
950/21 951/6 953/14
953/15 954/20 957/15
959/7 959/15 959/16
960/17 962/11 964/10
964/18 968/14 968/9
969/19 973/11 975/8
975/12 981/6 981/7
981/17 981/21 982/1
983/12 985/10 986/9
986/10 986/14 986/21
987/1 987/19 989/18
990/2 990/12 991/5
991/15 992/8 992/18
993/5 994/3 994/9
994/24

**knowing [1]** 939/25

**knowledge [1]** 888/16

**known [1]** 920/15

**Kondo [1]** 971/3

**L**

**labor [2]** 883/8 883/22

**language [2]** 902/19
903/2

**large [5]** 879/23 890/23
912/13 913/4 932/8

**larger [2]** 879/19
917/24

**last [15]** 875/16 881/21
897/9 906/1 910/1
910/16 925/3 933/16
933/18 933/18 966/14
975/16 991/5 994/7
994/24

**late [1]** 976/21

**later [8]** 901/5 903/9
928/24 928/24 934/1
948/19 979/2 990/21

**layers [2]** 903/20 904/6

**leading [3]** 878/12
896/25 953/10

**lean [1]** 904/12

**learn [4]** 904/16 964/15
965/18 965/24

**learning [1]** 977/8

**least [11]** 889/16
891/10 904/15 911/23
918/16 928/25 932/9
933/15 933/17 948/14
977/22

**leave [4]** 905/13 905/18
957/17 958/10

**leaves [1]** 957/10

**led [1]** 897/20

**leeway [1]** 962/9

**left [1]** 873/11

**legally [1]** 873/18

**legendary [1]** 909/17

**less [11]** 881/1 881/15
921/18 922/2 922/4

1008

**L**

**less... [6]** 922/15 951/1 959/23 985/1 985/16 987/5
**let [13]** 881/23 883/19 892/6 894/2 896/2 898/11 923/13 923/19 932/15 950/25 961/25 964/7 970/25
**let's [14]** 876/9 881/20 885/9 885/16 886/4 892/24 895/15 898/3 903/3 923/16 930/25 960/12 961/2 972/21
**level [32]** 885/4 885/5 889/25 898/2 914/19 915/1 916/4 918/3 940/1 941/5 941/9 948/2 963/17 969/10 975/19 975/22 976/14 977/19 984/15 984/17 984/19 985/5 985/7 985/20 986/12 987/1 987/4 988/8 988/11 988/13 988/14 989/21
**leveled [1]** 892/9
**levels [2]** 917/13 917/14
**lever [1]** 888/18
**leverage [1]** 988/16
**Lexington [1]** 870/14
**Library [2]** 910/16 976/7
**Licht [1]** 869/15
**Life [2]** 907/21 971/2
**Life-Changing [1]** 971/2
**lift [1]** 977/2
**lightly [1]** 904/9
**like [86]** 873/3 873/13 873/16 874/16 874/17 875/3 876/2 876/17 877/21 878/8 878/24 882/24 883/8 883/11 883/24 885/14 887/4 887/13 887/15 889/3 889/9 891/12 892/17 892/19 892/20 893/24 894/7 903/17 904/1 904/3 909/24 910/1 910/5 913/1 913/21 913/22 914/6 915/16 915/22 916/13 916/13 920/20 920/23 929/2 933/14 934/17 939/18 940/11 941/12 941/13 941/15 941/18 942/21 943/5 944/8 947/10 950/16 954/18 955/11 958/11 960/18 960/20 966/10 966/22 969/18 971/12 971/19 974/25 977/15 978/18 981/11 982/11 983/23 986/23 986/24 987/3 987/7 987/14 987/15 987/19 988/23 994/12 994/12 994/13 995/8 995/14

**likely [4]** 913/15 933/18 943/4 991/25
**limit [1]** 940/23
**limited [1]** 969/4
**limiting [1]** 944/25
**Lincoln [2]** 910/10 976/1
**line [2]** 899/12 985/9
**Lisa [1]** 869/15
**list [20]** 887/11 888/2 909/18 910/5 920/11 923/9 964/1 966/13 966/24 972/24 976/11 976/11 979/13 979/17 979/23 980/2 980/8 980/8 989/6 990/17
**listed [2]** 910/13 923/11
**listened [1]** 978/19
**lists [1]** 888/1
**literally [1]** 972/25
**literary [2]** 920/22 973/2
**little [16]** 872/20 876/9 885/25 886/4 889/19 894/13 895/15 896/13 901/4 903/4 904/4 930/23 953/14 972/9 984/8 992/11
**live [1]** 947/17
**lives [1]** 954/5
**LLP [4]** 870/3 870/8 870/13 870/17
**logging [1]** 994/13
**long [10]** 902/17 903/16 910/13 924/25 943/6 953/15 953/24 954/7 958/16 969/16
**long-term [1]** 969/16
**look [23]** 880/20 882/12 885/11 888/4 891/21 891/22 898/11 913/8 914/1 915/25 922/18 923/14 923/18 927/20 928/19 932/14 952/6 957/7 969/6 969/11 976/10 990/21 990/24
**looked [1]** 880/21
**looking [17]** 888/2 888/3 889/20 893/18 914/3 925/3 925/22 936/6 936/13 937/22 947/14 955/25 956/14 956/16 958/9 973/23 976/17
**looks [2]** 888/6 939/18
**Lorentzen [2]** 942/5 942/8
**Los [1]** 870/5
**lose [4]** 876/25 956/23 957/6 991/25
**loss [2]** 897/20 915/7
**losses [2]** 888/15 973/20
**lost [15]** 877/1 899/20 899/25 900/1 900/4

966/14 973/9 974/4 974/21 975/3 992/13 992/18
**lot [25]** 884/12 888/22 890/24 893/20 911/21 912/15 912/23 913/22 954/4 959/10 961/11 964/4 964/20 969/21 972/24 973/16 977/11 978/5 978/18 978/21 981/9 981/10 983/7 990/10 992/15
**lots [1]** 964/13
**loud [3]** 919/2 923/4 961/3
**love [6]** 884/13 884/22 884/25 885/8 984/9 988/18
**loved [4]** 956/12 961/5 975/1 980/20
**low [1]** 918/8
**lower [6]** 940/21 963/24 964/21 968/23 968/24 991/17
**lowering [1]** 888/14
**Ls [2]** 915/9 918/15
**LSC [1]** 883/16
**Lynley [1]** 958/15

**M**

**M-I-O [2]** 899/23 899/24
**Macmillan [6]** 895/17 896/4 961/15 961/16 961/17 972/11
**Madam [1]** 897/14
**made [12]** 891/19 908/10 926/22 938/1 951/10 961/14 968/12 968/13 970/22 974/1 975/1 981/19
**Madeline [2]** 901/2 904/4
**magic [4]** 886/18 886/20 886/20 971/2
**Mainly [1]** 982/23
**major [2]** 893/19 894/3
**make [38]** 878/14 878/22 882/18 885/17 889/10 890/24 891/22 894/11 897/16 900/15 908/12 912/14 913/12 917/20 921/12 940/19 946/7 957/11 959/20 962/2 962/5 965/8 966/18 966/23 969/3 970/21 971/3 971/4 971/9 976/20 976/21 977/17 978/13 981/24 986/12 986/23 987/22 994/14
**makes [1]** 964/14
**makeup [1]** 986/24
**making [1]** 982/5
**Malaviya [2]** 899/11 901/23
**manage [1]** 893/3

897/20 903/20
**manuscript [3]** 961/4 970/19 987/21
**manuscripts [1]** 953/1
**many [18]** 874/23 883/12 887/10 889/2 889/4 893/5 893/10 894/4 896/9 899/15 902/23 903/20 926/9 954/9 954/11 964/11 964/16 967/19
**Marie [1]** 971/3
**mark [2]** 961/1 993/6
**marked [2]** 923/19 938/14
**market [18]** 876/25 877/1 878/12 879/2 880/20 888/10 892/22 893/25 896/25 897/5 897/18 897/22 948/2 952/14 955/17 959/3 959/7 983/20
**market share [5]** 876/25 877/1 880/20 892/22 897/5
**marketing [39]** 879/18 893/14 909/12 914/16 916/14 952/11 952/16 952/16 976/14 977/4 977/17 977/20 978/22 978/22 980/18 981/17 981/22 981/24 982/1 982/6 982/12 982/14 982/15 982/18 982/21 983/12 983/13 983/14 983/16 983/17 983/17 983/19 983/21 983/24 984/1 984/3 984/7 990/24 990/25
**marketing-wise [1]** 978/22
**marketplace [3]** 877/4 887/22 904/13
**marking [2]** 977/3 978/6
**MARKUS [1]** 872/14
**mask [2]** 905/18 906/23
**mass [1]** 897/22
**match [2]** 940/19 943/10
**material [2]** 875/14 875/25
**Math [1]** 887/6
**Matt [3]** 910/15 968/9 976/7
**Matt Haig [1]** 968/9
**matter [4]** 875/11 921/1 975/15 997/4
**matters [3]** 920/25 921/1 954/4
**may [15]** 881/10 881/11 906/8 906/25 913/3 931/11 933/1 935/8 937/20 945/19 948/13 950/23 983/8 993/9 994/24

**maybe [15]** 891/24 903/3 929/7 951/14 952/12 953/24 961/1 966/2 970/13 970/16 973/25 981/4 981/4 981/5 981/5
**McIntosh [5]** 875/21 897/14 901/2 902/4 902/25
**me [44]** 875/5 875/12 880/13 881/23 881/25 883/19 892/6 892/14 894/2 896/2 898/11 903/15 910/7 910/24 916/22 917/10 919/6 920/2 922/1 923/13 923/19 927/21 927/21 932/6 932/15 934/20 949/3 949/18 949/21 950/25 958/18 958/20 958/22 971/8 972/17 977/1 977/6 977/21 980/24 986/12 988/1 988/18 989/7 993/16
**Meagan [3]** 869/16 906/12 906/25
**Meagan Bellshaw [1]** 906/25
**mean [17]** 879/3 886/12 900/10 901/12 903/7 908/11 919/1 921/22 941/11 949/22 953/11 956/3 963/15 968/22 983/3 984/22 986/25
**meaning [4]** 946/6 947/17 961/21 974/24
**means [7]** 900/12 900/13 900/15 946/9 947/23 982/14 987/17
**meant [3]** 879/25 980/6 980/6
**measurable [1]** 892/22
**measure [2]** 887/23 888/8
**measured [1]** 888/13
**measurement [1]** 887/18
**mechanical [1]** 870/24
**media [3]** 913/17 977/13 981/10
**meet [1]** 917/18
**meeting [6]** 936/15 938/2 966/14 966/16 966/25 967/1
**meetings [5]** 966/5 966/7 966/8 966/11 966/23
**Melvin [1]** 869/14
**member [1]** 909/5
**mentioned [7]** 889/3 913/3 954/8 954/10 968/17 974/12 975/5
**merger [9]** 873/23 877/6 891/17 896/16 897/24 901/6 901/10 909/8 991/9
**Merit [1]** 870/21

messages [3] 899/5
899/6 902/19
metadata [1] 892/20
method [2] 880/7
914/8
microphone [1] 898/15
mid [2] 978/10 984/18
mid-5-figure [1] 978/10
middle [2] 936/13
937/23
Midnight [2] 910/15
976/7
might [12] 877/15
884/8 891/5 903/9
940/1 964/2 966/24
985/10 988/15 988/15
988/19 989/19
million [26] 878/13
900/1 900/2 900/3
900/4 950/25 951/2
956/11 956/20 956/21
956/24 957/2 957/5
957/5 957/25 961/13
961/14 974/3 976/2
985/4 986/10 986/12
986/16 990/5 990/8
991/3
million-dollar [2] 990/5
990/8
millions [1] 971/5
millionth [1] 968/15
mind [2] 895/8 977/24
minds [1] 876/23
mine [1] 971/23
minute [1] 955/5
minutes [5] 930/25
966/11 966/13 966/20
967/1
Mio [1] 899/22
mismanaged [2]
896/24 897/8
missed [1] 961/1
mistake [1] 956/6
mistakes [1] 956/4
MMC [2] 902/2 902/4
model [1] 892/4
models [9] 889/23
890/4 890/16 891/1
891/8 891/12 891/14
891/18 891/25
modest [1] 978/14
moment [4] 892/24
898/20 906/18 976/25
Monday [6] 993/24
995/15 996/1 996/3
996/5 996/7
money [7] 875/6
893/15 912/14 951/22
981/17 981/21 981/22
month [2] 890/1
953/18
months [4] 968/15
977/7 977/7 979/1
more [76] 877/3 877/14
878/13 878/14 878/15
878/20 879/4 880/8
880/21 880/25 881/5

892/1 892/3 892/20
894/13 895/3 895/15
895/25 897/15 903/3
903/4 903/11 904/4
904/7 904/10 909/24
910/1 913/12 913/15
916/23 917/2 917/19
917/20 917/23 922/14
933/18 935/15 935/23
941/10 941/18 941/22
947/11 947/19 948/13
950/22 950/23 954/15
954/16 956/11 958/5
958/6 958/9 958/21
959/14 960/9 961/25
968/3 972/14 972/14
973/18 973/25 976/2
981/17 984/15 984/22
984/25 985/17 985/23
989/1 989/2 989/4
989/24 994/15
morning [3] 872/21
993/24 996/7
Morrow [1] 972/7
Moscow [1] 910/11
most [19] 896/9 897/9
917/11 922/8 954/22
971/23 975/25 976/6
976/11 977/9 979/13
979/20 979/22 980/2
980/7 980/7 983/17
987/2 991/25
mostly [3] 911/13
953/21 977/23
move [12] 912/3 924/3
925/12 927/6 929/19
932/20 935/2 937/12
938/20 942/11 945/10
958/7
moved [2] 909/2
909/10
movies [1] 977/14
moving [2] 890/13
994/6
Moyes [1] 910/16
Mr [1] 905/17
Mr. [47] 872/6 872/8
872/11 873/2 876/6
876/11 881/8 881/15
881/16 881/18 883/25
884/1 885/10 887/8
889/23 892/7 893/22
894/19 898/22 899/3
901/23 902/13 903/19
905/9 905/11 905/22
906/7 906/9 907/9
907/13 922/25 924/13
926/23 931/10 931/14
933/5 933/10 935/12
941/18 942/21 949/5
950/4 989/18 992/2
992/8 993/15 995/22
Mr. Brian [1] 906/9
Mr. Dohle [7] 872/6
872/11 881/15 899/3
903/19 905/11 906/7
Mr. Nihar [1] 901/23

Mr. Nolan [2] 931/23
933/10
Mr. Petrocelli [11]
872/8 876/6 876/11
881/8 881/18 885/10
889/23 892/7 894/19
898/22 905/22
Mr. Petrocelli's [1]
884/1
Mr. Read [8] 873/2
881/16 883/25 887/8
893/22 902/13 905/9
993/15
Mr. Tart [16] 907/9
907/13 922/25 924/13
926/23 931/10 931/14
935/12 941/18 942/21
949/5 950/4 989/18
992/2 992/8 995/22
Ms [2] 942/8 967/11
Ms. [50] 875/21 901/23
902/25 906/4 906/12
924/1 925/8 925/22
926/10 926/15 926/18
927/3 927/17 927/18
928/14 928/20 928/21
928/24 929/3 929/7
930/4 935/12 935/17
936/13 937/23 938/1
938/11 942/22 942/22
943/3 943/12 943/15
945/6 945/25 946/21
947/9 947/14 947/22
948/11 948/19 950/17
951/1 951/5 951/12
952/7 965/1 967/18
975/7 992/3 996/2
Ms. Bellshaw [8]
950/17 951/5 951/12
952/7 965/1 967/18
975/7 992/3
Ms. Calloway [2] 906/4
996/2
Ms. Dobson [8] 945/6
945/25 946/21 947/9
947/14 947/22 948/11
948/19
Ms. James [4] 935/12
942/22 942/22 943/3
Ms. James' [4] 935/17
936/13 943/12 943/15
Ms. McIntosh [2]
875/21 902/25
Ms. Meagan [1] 906/12
Ms. Obama's [1] 951/1
Ms. Sawhney [1]
901/23
Ms. Schulz [3] 937/23
938/1 938/11
Ms. Wolf [13] 924/1
925/8 925/22 926/15
927/3 927/17 927/18
928/14 928/20 928/21
928/24 929/3 930/4
Ms. Wolf's [3] 926/10
926/18 929/7
much [21] 895/25
917/3 917/11 918/4

mm [2] 903/22 941/8
933/10
mom [2] 951/17 951/24
960/4 960/24 965/24
967/5 969/23 980/18
981/24 981/24 982/15
984/9 987/12 988/13
992/2 995/22
multiple [8] 890/22
924/19 932/8 935/20
941/19 944/11 945/22
984/19
must [2] 931/24 986/25
my [35] 874/1 874/25
886/17 888/16 890/11
897/2 902/19 902/23
902/24 904/7 905/17
909/1 910/4 914/4
914/15 923/10 956/4
959/19 970/21 971/1
971/12 975/25 975/25
976/6 976/10 976/11
977/13 977/24 978/2
978/2 980/23 982/21
987/6 991/8 994/18
MYERS [3] 870/3 870/8
950/2
myself [1] 912/23

N

name [3] 907/11
942/23 956/7
name's [1] 951/2
names [2] 923/3 923/5
naming [1] 957/18
Nan [2] 930/6 930/7
narrative [1] 911/8
narrowing [1] 962/8
necessarily [2] 919/11
970/16
need [12] 885/11
914/25 927/20 934/18
951/21 966/3 974/16
992/14 992/20 993/3
994/2 994/15
needs [1] 945/3
negotiable [3] 919/6
919/7 919/12
negotiate [4] 879/12
922/21 988/5 988/6
negotiated [2] 919/13
920/1
negotiating [9] 931/23
955/21 965/21 985/6
985/7 986/24 987/11
988/2 988/10
negotiation [6] 920/4
921/25 922/9 922/12
955/1 958/24
negotiations [7]
918/22 919/24 930/22
933/11 954/22 955/12
984/24
Netflix [1] 890/18
Netflixes [1] 889/25
never [6] 874/17
874/19 876/13 876/16
888/18 965/17
new [26] 870/9 870/14
876/12 886/9 887/24

888/5 889/10 889/22
909/22 911/22
912/25 913/18 920/19
920/19 921/20 946/22
947/2 947/5 954/2
957/24 973/24 977/3
977/3 977/8 977/8
981/23 990/10 990/17
New York [3] 887/24
888/2 990/17
newly [1] 876/24
next [20] 876/12
882/13 900/22 901/4
906/8 922/25 923/9
946/4 946/10 947/9
947/16 947/18 951/1
953/17 956/14 956/15
963/12 963/14 968/8
995/13
nice [2] 872/9 985/10
night [1] 995/21
Nihar [2] 899/11
901/23
Nihar Malaviya [1]
899/11
nimble [1] 897/15
no [84] 869/4 875/21
875/22 879/10 879/14
879/17 879/21 879/24
880/1 880/5 880/9
880/19 880/23 881/2
881/6 883/1 883/8
885/2 885/3 885/15
890/7 891/10 893/25
899/9 900/12 903/8
904/17 905/3 905/10
906/1 920/1 921/14
924/5 925/14 926/25
927/9 929/2 929/21
932/6 932/22 935/4
937/14 938/22 940/7
940/12 941/15 942/13
945/13 948/12 950/9
951/2 951/9 951/11
951/19 951/25 951/25
955/10 955/17 955/17
959/6 960/20 962/9
962/16 963/22 967/13
972/16 975/21 975/24
976/10 977/21 980/6
982/25 983/2 984/17
985/2 985/14 985/18
985/25 986/3 986/5
986/8 989/25 991/19
993/9
no-name's [1] 951/2
Noble [1] 885/19
nobody [1] 980/24
Nolan [3] 932/18 933/5
933/10
nominated [1] 920/24
non [5] 943/6 948/14
961/2 966/17 966/19
non-disclosure [2]
966/17 966/19
non-peer [1] 961/2
non-Penguin [1]
948/14
non-PRH [1] 943/6

**N**

969/8
**nonfiction [5]** 910/22 910/24 911/8 972/20 973/3
**normally [1]** 977/21
**Norton [3]** 973/4 973/10 973/16
**not [114]** 873/12 873/18 873/20 874/7 874/9 875/6 876/25 877/23 878/21 880/5 880/13 880/16 883/7 885/20 885/22 888/16 889/6 889/17 889/20 890/17 891/8 892/2 892/13 892/21 892/22 894/7 894/15 895/16 895/21 896/9 898/2 898/6 898/7 898/8 898/14 898/17 898/20 899/8 900/19 902/23 903/15 903/17 904/6 911/11 912/23 918/3 918/15 918/20 919/2 919/6 919/11 920/3 931/21 932/4 932/4 934/5 936/1 936/9 939/22 940/1 940/18 941/21 942/23 947/11 947/19 948/25 949/2 949/15 951/21 954/13 956/2 956/7 959/6 959/19 960/15 961/21 962/5 962/25 964/3 964/7 964/10 966/16 966/24 970/13 971/8 971/16 973/15 975/12 977/7 977/21 977/24 977/25 978/13 981/4 981/5 982/18 984/17 984/22 987/16 987/20 988/15 988/21 988/23 989/23 991/20 994/14 994/15 994/16 994/18 995/13 996/1
**nothing [3]** 890/14 904/2 952/16
**notice [1]** 995/8
**notification [2]** 875/19 875/20
**novel [5]** 946/4 946/22 947/2 947/6 978/9
**novels [1]** 946/15
**NoViolet [1]** 910/12
**now [19]** 872/24 877/11 877/21 883/5 893/24 895/17 911/9 928/7 929/2 930/19 933/8 934/9 934/12 944/8 945/21 953/20 977/5 979/2 992/24
**number [20]** 875/13 875/13 892/25 895/21 897/9 899/21 899/22 901/19 909/25 912/11 916/12 917/17 923/9 923/11 935/25 939/18

**numbers [1]** 915/11 915/24 917/22 919/2 939/19 956/1 968/14
**nuts [1]** 978/17
**NW [3]** 869/17 870/17 870/23
**NY [2]** 870/9 870/14

**O**

**O'MELVENY [3]** 870/3 870/8 950/2
**oath [3]** 872/11 906/20 931/10
**Obama's [1]** 951/1
**object [1]** 905/24
**objection [23]** 905/22 924/4 924/5 925/13 925/14 927/8 927/9 929/20 929/21 932/21 932/22 935/3 935/4 937/13 937/14 938/21 938/22 942/12 942/13 945/12 945/13 993/8 993/9
**observation [2]** 903/19 904/11
**observed [1]** 888/9
**obsolete [1]** 984/13
**obviously [1]** 953/5
**occasionally [1]** 919/17
**occurred [1]** 902/15
**October [4]** 934/24 937/8 938/16 942/5
**off [5]** 872/20 948/21 961/19 993/21 994/1
**offer [32]** 915/5 916/4 916/10 918/24 919/5 919/8 919/17 919/20 921/12 926/22 929/11 930/16 946/7 946/9 946/18 947/5 951/18 951/24 958/21 959/11 959/21 960/16 964/21 968/13 968/13 970/12 974/1 975/2 982/10 988/17 991/17 991/23
**offered [7]** 939/25 946/21 946/24 947/2 958/22 959/14 959/23
**offering [6]** 917/23 934/3 936/14 955/8 963/24 969/4
**offers [5]** 921/19 922/4 922/13 931/14 963/21
**office [1]** 935/12
**official [2]** 870/22 877/7
**often [14]** 909/25 918/21 919/16 919/23 920/3 920/5 936/7 941/8 957/17 964/25 967/25 971/15 975/12 976/21
**oftentimes [2]** 955/25 961/20

926/24 926/25 979/24 980/1 986/11 988/23 995/25
**okay [58]** 872/12 872/22 872/23 873/1 873/21 874/11 877/25 878/23 879/6 880/2 884/23 885/15 886/1 889/23 898/21 899/7 903/10 905/4 906/11 906/14 918/7 918/10 923/6 923/7 923/15 923/17 923/20 930/21 930/25 936/11 940/4 941/16 945/23 949/11 949/19 950/7 950/10 957/13 967/16 976/5 980/1 980/9 980/14 983/1 983/6 988/9 989/13 989/23 992/17 992/19 992/22 994/22 993/20 994/8 995/7 995/16
**omm.com [2]** 870/6 870/10
**once [3]** 891/21 912/3 915/17
**one [82]** 874/21 875/13 877/15 878/24 881/21 882/5 883/8 885/9 890/15 891/24 892/23 893/5 893/10 894/5 894/20 895/1 895/13 895/13 896/9 896/10 897/7 897/9 902/10 903/3 903/13 903/14 910/17 913/23 914/8 915/16 921/25 921/25 922/8 922/8 922/11 922/11 925/23 926/11 930/13 935/15 935/23 935/24 939/18 941/22 942/1 944/12 945/1 948/14 948/24 954/7 954/22 954/22 955/1 955/1 955/11 955/11 955/6 956/10 958/24 958/24 960/12 960/14 960/14 960/17 961/9 962/20 963/8 964/18 964/16 966/2 968/16 970/11 970/13 970/24 974/24 974/25 976/3 976/24 987/19 989/18 991/2 993/21
**one-time [1]** 960/14
**ones [4]** 922/7 955/23 973/15 977/9
**online [1]** 894/15
**only [24]** 873/10 875/4 878/21 889/6 893/23 902/1 926/10 938/6 938/9 943/10 951/23 960/14 961/9 962/10 963/1 963/21 964/18 969/4 973/15 974/25 975/16 990/3 991/2

**open [3]** 898/25 899/1 907/21
**opening [1]** 884/16
**opinion [3]** 902/23 903/1 903/16
**opportunity [8]** 875/22 877/18 878/20 922/20 949/20 955/6 960/16 966/1
**opposed [1]** 880/22
**optimization [1]** 892/20
**option [7]** 946/3 946/8 946/14 948/12 954/23 960/13 962/17
**options [2]** 922/3 941/19
**order [8]** 872/4 888/15 888/19 897/16 931/6 948/18 954/12 966/3
**ordinary [1]** 985/10
**organic [1]** 877/9
**organization [3]** 896/17 902/18 904/8
**organize [1]** 902/24
**organized [1]** 903/12
**oriented [1]** 872/24
**original [1]** 982/21
**originals [3]** 911/15 911/16 911/22
**other [69]** 875/2 883/22 886/9 888/1 893/25 894/7 895/10 904/3 904/5 910/21 914/14 916/12 916/14 919/21 921/13 922/11 922/23 923/5 926/11 926/13 926/15 928/25 929/2 938/6 940/17 943/7 943/8 943/10 943/10 943/20 943/22 943/24 944/5 945/4 946/19 947/6 947/10 948/12 948/21 951/25 953/2 953/3 955/2 955/17 955/17 960/23 964/2 965/15 967/8 970/24 974/4 974/12 974/15 974/16 975/9 977/3 977/11 977/20 980/17 981/11 982/10 986/22 986/22 986/23 987/9 988/6 989/19 990/20 991/3
**others [11]** 876/3 885/13 890/13 920/1 923/22 925/8 929/16 934/24 937/8 938/16 945/7
**otherwise [1]** 955/17
**our [51]** 874/7 876/11 876/15 876/15 876/16 876/23 876/24 877/1 877/4 877/7 878/12 880/5 882/17 883/7 884/22 887/22 888/17 888/21 889/5 892/22

893/25 894/24 897/1 897/5 902/18 902/21 902/24 930/17 930/17 930/18 930/25 946/8 947/11 947/17 948/16 952/16 956/10 956/13 956/19 978/14 978/16 978/16 983/19 983/24 989/6 994/7 994/24 995/14
**out [37]** 885/1 887/15 893/8 900/24 912/21 916/7 916/16 919/2 921/21 922/6 922/6 922/14 923/4 946/23 952/23 954/25 955/18 956/22 957/17 958/7 961/3 962/20 963/9 966/2 970/2 970/22 971/10 972/16 974/2 975/13 978/13 979/8 982/1 984/11 990/12 990/18 995/5
**outbid [2]** 964/19 964/22
**outlet [1]** 893/25
**outlets [1]** 878/15
**outside [5]** 952/15 971/25 974/17 974/18 974/21
**over [20]** 885/10 896/6 897/14 901/4 930/5 930/13 953/24 958/14 960/18 961/13 961/14 965/24 965/25 971/18 978/17 982/20 984/24 990/21 991/7 994/24
**overall [7]** 882/19 885/24 922/5 922/15 940/24 948/16 964/7
**overboards [1]** 911/12
**overestimate [1]** 967/25
**overhead [1]** 903/15
**overindexed [1]** 897/24
**overseeing [1]** 909/12
**overwhelming [1]** 977/5
**Overy [1]** 911/7
**own [8]** 888/25 888/25 889/5 939/8 940/22 983/16 983/17 983/25

**P**

**p.m [6]** 869/6 901/19 928/21 931/3 931/3 996/8
**pace [1]** 977/4
**packaging [1]** 952/11
**page [9]** 925/3 928/5 928/20 929/6 933/8 933/9 936/14 937/23 981/1
**paid [4]** 974/9 981/16 982/2 990/15
**painful [2]** 970/18

**painful... [1]** 970/24
**Pamela [1]** 907/20
**PAN [2]** 869/10 901/1
**paper [2]** 911/12
986/18
**paperback [6]** 911/10
911/13 911/14 911/15
911/22 979/5
**paperbacks [1]** 914/5
**paragraph [7]** 933/15
933/17 933/22 945/24
947/15 952/6 952/8
**Paramount [1]** 877/15
**parent [1]** 941/1
**paribus [1]** 889/15
**part [21]** 876/15 877/7
895/22 897/9 907/23
909/2 913/24 913/25
914/12 914/18 920/10
922/22 922/25 927/23
933/11 944/22 954/22
969/16 974/17 977/11
984/3
**participants [1]** 925/1
**participate [6]** 890/5
891/5 891/8 891/21
941/23 960/1
**participates [1]** 891/14
**participating [1]**
891/25 941/20
**particular [6]** 914/9
914/20 915/6 935/16
949/8 972/5
**particularly [2]** 884/20
970/18
**parties [3]** 993/25
994/9 994/11
**partly [1]** 995/3
**partner [3]** 893/19
894/3 894/6
**partners [1]** 874/3
**partnerships [1]** 981/9
**party [3]** 897/2 943/7
993/22
**pass [2]** 881/9 966/10
**passes [2]** 949/6 966/9
**passion [1]** 902/20
**passionate [2]** 903/2
964/12
**past [2]** 911/23 989/19
**Patrick [1]** 932/18
**pay [8]** 890/1 900/14
917/1 941/10 957/4
958/9 978/3 978/5
**paying [3]** 876/25
957/5 985/3
**payment [1]** 931/17
**payments [1]** 931/21
**pays [2]** 893/11 916/23
**PBS [1]** 958/15
**peer [1]** 961/2
**Penguin [161]**
**Penguin's [2]** 913/12
913/17
**people [13]** 892/4
899/11 912/24 913/6
914/15 914/17 954/4

967/8 978/25 981/7
**per [1]** 973/18
**percent [11]** 893/24
895/20 921/18 921/22
922/2 922/4 922/19
922/19 952/14 958/9
988/19
**percentage [1]** 922/10
**perception [1]** 875/12
**perform [2]** 956/25
990/4
**perhaps [2]** 876/3
892/22
**period [1]** 899/4
**Permission [9]** 924/7
925/16 927/13 929/25
935/6 937/18 939/1
942/17 945/17
**person [2]** 922/1
994/24
**personal [1]** 971/1
**personally [2]** 914/22
953/25
**persons [1]** 963/16
**perspective [5]** 874/25
889/8 889/17 954/20
994/6
**Petrocelli [12]** 870/3
872/8 876/6 876/11
881/8 881/18 885/10
889/23 892/7 894/19
898/22 905/22
**Petrocelli's [1]** 884/1
**phenomenon [1]**
897/23
**phone [2]** 965/22
965/24
**phrase [1]** 894/2
**physical [2]** 893/23
894/16
**picked [1]** 990/16
**pitch [3]** 892/15 951/14
966/2
**place [3]** 912/19
919/16 940/18
**placed [1]** 906/20
**Plaintiff [4]** 869/4
869/13 872/15 907/5
**plaintiff's [14]** 871/5
871/10 906/5 924/10
925/19 927/11 929/23
932/24 935/9 937/16
938/24 942/15 945/16
994/6
**plan [8]** 876/11 876/15
876/15 877/6 877/8
891/17 984/3 991/17
**planet [1]** 874/21
**planning [1]** 876/20
**platform [1]** 915/15
**play [4]** 919/25 920/3
934/5 995/5
**players [1]** 952/15
**playing [1]** 892/9
**please [20]** 872/3
898/12 906/19 907/11
925/6 926/23 927/1

934/16 934/18 937/5
938/14 942/3 945/5
950/6 952/2 952/6
961/2
**plenty [2]** 951/25
995/16
**plugged [1]** 878/12
**plus [1]** 974/3
**pocket [1]** 923/8
**point [13]** 896/7 902/14
903/8 903/19 913/20
919/14 926/9 926/10
926/21 928/11 928/14
968/10 977/10
**points [1]** 896/9
**policy [3]** 947/10
948/17 959/15
**policy/rule/process [1]**
947/10
**political [1]** 929/2
**poor [1]** 900/7
**portrays [1]** 900/8
**position [1]** 977/16
**positioning [2]** 952/11
978/20
**positive [1]** 968/3
**possible [5]** 874/10
941/7 962/3 962/4
976/21
**post [3]** 877/6 891/20
901/6
**post-merger [2]** 877/6
901/6
**potential [1]** 976/17
**potentially [1]** 904/16
**PP [2]** 936/14 936/18
**practically [2]** 874/5
874/9
**practice [2]** 875/1
876/4
**practices [1]** 875/3
**pre [5]** 959/17 959/20
959/23 973/17 978/20
**pre-empt [1]** 959/17
959/20 959/23
**pre-empting [1]** 973/17
**preempt [7]** 921/9
921/12 955/3 959/9
959/11 959/11 959/14
**preempting [1]** 955/3
**preempts [1]** 921/7
**prefer [1]** 901/19
**preliminary [1]** 881/23
**prepare [2]** 880/24
995/9
**present [1]** 898/3
**presented [2]** 885/10
893/9
**presents [1]** 893/4
**president [7]** 907/13
908/4 908/7 908/13
908/17 909/11 935/13
**Press [5]** 936/19
936/21 936/24 939/8
939/14
**prestige [3]** 913/23
951/14 969/20

**presumably [1]** 929/5
**presuming [1]** 929/1
**pretty [11]** 917/11
936/9 952/21 957/2
959/2 960/4 962/16
978/14 984/12 987/24
988/13
**Prettyman [1]** 870/22
**prevail [2]** 902/23
903/17
**prevailed [2]** 894/16
930/5
**prevent [1]** 891/1
891/3
**previous [3]** 946/15
956/2 968/9
**previously [2]** 872/16
946/11
**PRH [12]** 930/5 943/6
943/7 943/9 943/12
947/10 947/15 947/16
962/23 963/2 975/8
975/16
**price [4]** 888/19 889/20
918/3 935/21
**prices [1]** 888/15
**pricing [1]** 888/17
**primarily [1]** 911/18
**print [3]** 882/18 912/10
932/1
**printed [1]** 986/18
**printer [1]** 986/19
**printing [10]** 880/10
881/17 882/3 882/9
883/12 883/14 883/23
916/14 985/22 986/14
**prior [1]** 928/11
**private [1]** 902/19
**Prize [1]** 910/14
**probably [2]** 925/24
980/8
**problem [1]** 897/5
**procedures [1]** 879/23
**proceed [5]** 881/10
906/25 931/11 983/8
983/9
**proceedings [4]** 869/9
870/24 996/8 997/4
**process [6]** 877/20
914/9 947/10 954/18
971/6 977/12
**processes [2]** 879/22
944/6
**produced [1]** 870/25
**product [3]** 896/17
896/18 901/5
**production [1]** 904/3
**products [1]** 901/14
**professor [1]** 973/13
**profile [2]** 970/9 973/5
**profit [10]** 878/22
900/13 900/14 900/18
900/18 900/19 915/6
968/23 969/3 974/3
**profit-sharing [1]**
974/3
**profitable [8]** 976/1
976/6 976/11 979/13

**presumably [1]** 929/5 972/22 980/3
980/7
**project [1]** 966/19
**projected [2]** 916/9
916/19
**projections [1]** 876/24
**projects [1]** 932/8
**promise [1]** 961/11
**property [3]** 888/25
889/1 889/6
**proposal [2]** 877/8
973/24
**proposals [2]** 953/1
966/6
**protect [1]** 923/2
**proud [3]** 913/19 954/1
954/7
**prove [1]** 895/7
**provide [3]** 890/9
913/5 943/25
**provided [1]** 881/3
**provides [1]** 912/20
**pub [1]** 978/20
**public [2]** 879/18 924/8
976/19 977/17
**publication [3]** 911/24
976/19 977/17
**publicity [5]** 909/13
914/16 952/11 952/17
978/2
**publicized [1]** 898/20
**publish [32]** 884/13
884/22 884/25 885/8
887/10 889/17 897/3
909/22 910/10 910/20
910/22 911/7 911/22
915/16 924/7 925/16
927/13 929/25 933/1
935/6 937/18 939/1
942/17 945/17 946/9
954/13 954/15 957/3
976/22 977/16 979/5
984/13
**published [19]** 890/22
909/13 909/25 910/12
911/2 911/3 911/6
913/21 913/22 946/12
954/3 956/25 957/22
970/22 979/1 979/24
980/7 981/8 990/7
**publisher [32]** 875/4
883/23 906/9 907/13
908/7 908/9 908/10
908/14 908/18 909/11
910/15 911/10 911/19
911/19 912/15 914/15
921/24 922/17 933/5
933/7 954/25 958/8
959/7 963/11 963/11
963/12 963/15 963/15
963/16 964/2 972/23
973/2
**publishers [24]** 890/9
890/11 892/9 892/10
892/17 893/14 893/15
894/7 894/8 920/8
920/23 921/13 922/23
924/22 930/9 934/4
939/25 946/19 952/2

**P**

publishers... [5] 971/23 972/17 972/18 972/22 977/14

publishers' [1] 895/10

publishes [3] 911/15 914/7 954/10

publishing [49] 874/2 882/7 882/8 883/14 888/23 890/19 898/1 901/15 903/13 904/2 904/6 907/24 908/1 908/5 909/1 909/5 912/14 915/24 916/13 918/19 920/9 920/13 920/15 920/18 935/13 935/15 935/22 936/21 940/6 940/11 943/1 943/24 944/1 944/17 944/20 944/21 944/23 953/16 953/17 963/16 969/20 970/14 974/18 976/25 978/10 980/21 983/4 984/12 990/14

pull [1] 891/17

pulled [1] 888/18

purposes [1] 994/5

pursue [1] 893/10

pursuing [1] 878/3

pursuit [2] 876/9 876/18

push [3] 928/6 928/15 941/6

put [21] 898/7 905/17 911/21 915/6 915/11 915/18 915/21 916/6 939/25 950/25 955/19 961/7 963/3 967/19 968/11 969/25 974/19 978/20 980/18 981/17 990/9

Putnam [1] 970/22

putting [2] 978/5 994/12

puzzle [1] 887/1

puzzles [2] 886/24 888/10

PX [1] 936/6

PX136 [1] 898/3

PX161 [2] 937/7 937/12

PX197 [3] 934/23 935/2 936/13

PX320 [5] 923/19 923/21 924/3 924/10 925/3

PX324 [4] 925/6 925/7 925/12 925/19

PX326 [6] 927/1 927/2 927/6 927/18 928/5 928/20

PX328 [5] 932/14 932/17 932/20 933/8 952/2

PX332 [4] 942/3 942/4 942/11 942/22

PX39 [2] 929/15 929/19 930/4

PX41 [3] 938/14 938/15

**Q**

question [9] 883/19 887/5 887/8 891/7 891/24 896/20 917/8 954/1 984/1

questions [18] 881/18 881/23 884/2 884/3 889/22 892/6 904/17 914/6 923/1 923/10 934/17 941/18 945/23 951/5 986/1 991/5 992/8 992/10

quick [1] 991/5

quickly [2] 983/12 984/14

quite [1] 943/4

Quixote [1] 887/16

**R**

Rabe [1] 899/18

race [2] 973/13 973/14

raise [3] 906/18 906/19 922/9

raised [1] 928/2

ran [1] 883/13

random [97] 870/3 873/10 875/16 875/19 875/20 878/9 878/18 879/7 882/6 882/8 882/16 882/19 882/23 883/24 884/4 884/10 884/18 884/21 885/1 885/4 885/12 887/23 888/6 888/9 888/14 890/4 890/15 890/25 891/7 892/1 892/11 892/15 892/25 893/7 893/11 894/10 894/20 895/2 895/4 895/9 895/16 896/7 896/15 896/16 896/22 901/9 902/15 902/22 903/5 903/20 904/14 907/16 908/2 908/15 915/1 916/10 916/23 916/24 918/8 923/23 925/9 929/16 934/25 937/9 938/8 938/17 941/19 941/22 941/25 943/5 943/13 943/16 943/20 944/10 944/11 944/16 944/17 944/25 945/7 947/19 948/2 948/3 948/5 948/8 948/9 948/14 948/25 953/6 971/24 971/25 974/13 974/21 983/15 991/10 991/13 991/18 992/1

range [3] 911/8 918/9 968/21

rare [2] 985/6 987/24

rarely [6] 875/20 876/23 888/24 918/5

rareness [1] 875/15

rate [6] 919/8 919/11 919/18 919/25 920/3 988/19

rates [11] 918/23 919/5 919/9 919/14 919/20 986/25 987/13 988/3 988/7 988/10 988/12

rather [2] 875/12 922/14

rationale [1] 877/22

rationales [2] 894/20 895/1

re [1] 883/19

re-ask [1] 883/19

reach [4] 946/17 957/15 977/4 977/6

reaching [1] 991/1

reaction [1] 980/23

reactive [1] 964/10

read [22] 869/13 873/2 881/16 883/25 887/8 890/1 893/22 902/13 905/9 905/17 913/6 934/7 948/22 952/7 952/7 961/5 967/7 967/8 970/19 978/17 993/15 995/10

readers [2] 878/17 897/4

reading [3] 930/23 954/7 981/7

reads [1] 882/16

real [3] 913/20 979/6 982/18

realized [1] 934/5

really [49] 900/7 901/5 911/4 911/5 912/23 912/24 917/5 917/5 917/10 918/9 928/6 949/2 949/3 956/15 956/16 956/16 956/20 958/2 958/16 960/10 964/21 964/23 967/9 967/24 970/1 970/2 970/13 971/16 972/23 973/2 973/22 975/1 978/25 979/3 980/21 982/18 982/24 983/22 984/9 984/20 985/11 987/9 987/10 987/11 988/1 989/6 990/8 990/11 991/2

Realtime [1] 870/21

reason [4] 873/22 873/25 896/22 903/4

reasons [6] 878/7 882/5 890/15 919/3 942/24 976/24

recall [3] 884/3 926/6 965/2

receive [2] 976/15 991/14

received [12] 906/5 924/10 925/19 927/11 929/23 932/24 935/9 937/16 938/24 942/15

recent [1] 974/6

recently [4] 910/8 910/25 974/4 974/21

recess [2] 931/2 931/3

recommended [1] 877/19

recommending [2] 877/13 878/3

record [6] 873/7 907/11 920/8 920/12 951/6 997/3

recorded [1] 870/24

recoup [1] 981/17

RECROSS [2] 871/4 904/20

RECROSS-EXAMINATI ON [1] 904/20

recruit [2] 884/11 884/15

redacted [10] 924/7 925/16 927/13 929/25 933/2 935/6 937/18 939/1 942/17 945/17

REDIRECT [3] 871/4 881/13 992/6

reduce [1] 876/17

reducing [3] 876/13 876/21 905/1

refer [6] 918/12 923/10 926/1 934/18 943/12 945/21

referenced [2] 945/22 947/3

referring [5] 918/20 928/8 933/20 933/23 934/10

refers [1] 936/18

refine [1] 960/16

reflected [1] 892/2

refresh [1] 913/7

refuses [1] 890/5

regard [2] 882/6 989/21

regarding [4] 927/3 929/17 937/9 938/17

Registered [1] 870/21

regularly [3] 936/9 952/21 962/16

reiterate [1] 943/5

rejected [3] 947/5 948/12 959/11

relations [1] 879/19

relationship [4] 874/6 956/17 965/23 969/17

relevant [1] 977/10

reliable [1] 918/16

remain [3] 898/23 898/25 906/18

remainder [1] 934/18

remember [3] 877/16 926/8 934/2

remind [1] 934/20

remove [1] 906/23

renege [1] 873/23

reneged [1] 874/13

reorganization [1] 905/7

repeat [3] 886/19 955/21 966/22

rephrase [2] 896/2 953/12

replace [1] 877/1

report [2] 899/11 908/4

Reporter [4] 870/20 870/21 870/21 870/22

reporting [2] 880/25 881/3

reports [2] 880/13 899/12

reputation [1] 920/18

require [1] 917/13

requirement [2] 940/8 940/12

requiring [1] 962/23

research [1] 983/20

resolve [1] 897/24

resolved [2] 888/20 898/8

resource [2] 893/18 894/1

respect [1] 900/24

respond [1] 929/6

responding [1] 978/25

response [5] 884/1 926/18 930/13 947/15 992/9

responsibility [2] 897/11 897/13

responsible [2] 909/12 914/19

rest [3] 903/14 948/25 994/23

rested [1] 941/2

result [1] 878/16

results [2] 893/12 893/16

resumed [1] 872/16

retail [6] 885/16 888/14 888/19 892/5 893/23 894/6

retailers [1] 878/16

return [1] 875/3

returns [2] 874/20 876/3

revenue [4] 913/5 913/9 951/17 951/21

revenues [5] 897/21 900/11 900/20 913/11 913/13

reverse [1] 958/12

review [1] 898/19

RH [2] 948/3 948/5

rich [1] 878/11

Richard [1] 911/7

ride [1] 952/17

right [110] 873/19 874/22 874/22 876/5 880/10 882/3 884/19 885/17 887/13 887/20 888/11 888/18 889/8 889/24 890/1 890/2 893/2 893/6 896/8 900/6 900/8 902/2 906/18 906/19 907/24 909/4 910/14 910/2

1013

**R**

right... [82] 911/16 911/24 912/12 912/14 914/2 914/9 915/19 916/5 916/25 917/14 917/18 917/24 918/17 919/4 920/9 920/16 920/19 921/4 921/7 921/13 921/19 921/24 922/1 922/15 922/23 923/24 924/14 924/17 925/4 925/10 926/12 927/4 927/19 928/12 928/16 929/2 929/17 930/8 930/16 931/15 931/21 931/25 932/18 933/6 934/25 935/13 935/18 937/10 938/18 939/14 940/8 941/23 941/24 942/6 943/1 945/2 946/1 946/4 946/6 946/9 946/18 946/19 951/15 967/1 967/2 967/20 967/23 967/23 968/18 969/8 975/9 975/18 977/5 984/4 984/21 986/16 986/17 989/9 989/24 993/10 994/3 995/20
rights [21] 874/17 875/3 875/4 914/9 921/15 931/24 932/1 932/2 932/2 932/3 932/5 932/7 932/10 932/13 933/11 933/20 933/21 933/23 933/23 952/4 952/19
ring [1] 950/5
rise [5] 872/2 931/1 931/4 996/4 996/6
risk [8] 902/1 916/24 917/4 917/6 917/9 917/23 918/3 950/18
riskier [1] 917/11
risky [1] 951/1
RMR [1] 997/2
road [1] 918/12
robin [3] 875/15 960/5 963/5
robust [3] 911/20 912/8 959/2
role [1] 914/12
room [1] 876/13
rough [1] 987/3
roughly [1] 922/2
round [24] 875/15 924/22 928/2 928/15 938/3 960/5 960/17 961/20 961/20 961/21 961/22 961/22 961/25 962/8 962/14 962/14 963/5 963/9 963/10 963/11 963/14 975/4 975/13 975/17
rounds [12] 924/16 924/19 924/19 924/25 927/19 927/24 960/5 962/19 962/20 975/7

routine [1] 953/2
royalties [1] 878/17
royalty [14] 918/23 919/5 919/9 919/10 919/14 919/18 919/20 919/24 986/25 987/13 988/2 988/6 988/10 988/12
Rudzin [2] 870/7 950/2
Ruins [1] 911/6
rule [12] 875/14 910/12 943/5 943/16 943/17 947/10 947/16 948/1 948/11 962/23 967/13 975/5
rules [4] 941/25 944/25 962/16 965/8
rumors [1] 877/14
run [3] 944/20 967/10 969/6
running [3] 926/11 926/16 928/8
Ryan [1] 870/16
ryan.shores [1] 870/19

**S**

S/Atria [1] 929/1
said [13] 876/20 883/8 886/2 893/24 895/24 899/14 948/20 961/16 979/11 979/13 986/10 987/19 988/5
sale [3] 886/7 886/8 893/1
sales [38] 878/15 878/16 879/22 880/3 880/6 885/10 885/12 885/16 885/19 889/10 889/10 893/1 897/1 900/10 911/24 912/21 915/10 915/17 915/20 916/3 916/6 916/6 916/9 916/17 916/19 917/14 917/15 917/17 917/19 921/3 978/16 978/17 978/24 982/17 985/19 985/21 990/20 990/21
salespeople [2] 977/13 980/23
same [34] 880/10 883/15 895/21 898/5 901/22 919/16 935/21 935/21 940/7 940/8 940/11 940/13 940/16 941/1 944/12 944/15 945/2 952/25 960/8 970/6 977/7 985/15 985/19 985/21 986/18 986/18 989/20 990/4 990/4 990/13 990/22 990/25 990/25 991/1
Sara [1] 869/15
SAT [1] 887/9
save [2] 878/1 896/11
saw [2] 940/11 987/18
Sawhney [2] 899/10

say [22] 883/11 902/1 903/6 918/15 919/12 921/23 923/3 926/19 940/9 942/23 957/13 961/2 961/3 962/5 962/10 962/11 963/15 964/18 980/2 982/5 982/8 988/18
saying [3] 928/17 982/17 990/3
scale [2] 878/19 878/21
Scanlon [1] 869/15
scheduling [1] 994/5
Scholastic [3] 895/22 896/5 896/6
Schulz [5] 937/22 937/23 938/1 938/11 942/6
Schuster [34] 870/13 873/11 873/12 873/16 875/16 876/10 876/19 877/11 877/16 877/20 878/7 878/11 891/14 894/22 895/3 896/4 904/12 926/2 926/4 926/16 929/4 930/8 930/11 930/12 938/4 938/6 938/12 951/8 959/5 972/11 972/14 991/13 991/18 992/1
Schuster's [2] 891/18 895/18
Schwarz [1] 869/14
science [2] 967/5 983/4
scientists [3] 893/1 893/7 894/9
screen [1] 898/7
screwed [3] 896/17 896/17 901/5
Scribner [4] 938/3 938/4 972/12 972/13
SE [1] 869/6
seal [3] 898/23 905/21 905/25
search [3] 892/20 893/12 893/16
seated [3] 872/3 906/22 931/5
second [10] 928/20 933/9 933/14 945/24 947/15 961/20 961/22 961/25 962/6 962/8
see [26] 872/10 882/14 882/15 882/21 899/16 899/22 901/7 902/12 917/25 921/25 929/9 933/12 936/16 940/4 941/4 947/12 949/25 960/9 972/13 972/22 992/12 993/15 993/22 995/5 996/1 996/2
seem [1] 949/20
seems [2] 903/17 941/1
seen [4] 878/9 921/5

segment [1] 879/8
self [1] 973/7
self-help [1] 973/7
sell [30] 877/16 889/14 892/1 892/3 892/11 892/16 892/20 893/20 893/21 894/3 895/3 895/10 895/10 914/1 917/2 917/2 918/4 920/23 934/9 934/12 934/13 950/22 967/20 967/25 968/6 968/14 975/23 977/6 981/13 984/20
seller [4] 885/22 929/2 990/11 990/17
sellers [2] 874/18 971/7
selling [8] 879/2 894/17 913/8 913/20 958/8 968/18 981/14 990/11
sells [1] 893/4
send [3] 874/18 901/4 952/23
sending [3] 922/14 942/22 984/11
sent [4] 921/21 922/6 954/25 956/15
sentence [3] 901/1 934/1 947/9
sentences [3] 900/22 928/24 948/19
separate [2] 940/10 978/1
separates [1] 880/25
separating [1] 881/4
series [2] 958/15 958/15
service [2] 874/4 874/9
services [5] 879/15 893/14 897/1 985/23 986/15
session [6] 869/7 872/3 872/21 898/25 899/1 931/5
set [12] 889/25 892/6 918/23 919/8 919/9 934/15 939/16 941/12 960/4 963/8 964/22 990/8
setting [3] 922/3 976/16 977/12
setup [1] 879/7
seven [12] 934/3 976/12 979/1 979/14 979/20 979/21 980/3 980/4 980/11 984/18 984/19 984/21
seven-figure [2] 979/20 979/21
several [5] 907/17 926/6 927/18 927/24 986/12
sfishbein [1] 870/15
shape [1] 914/12
share [20] 876/25

885/13 885/23 887/22 887/24 888/6 888/9 888/15 888/19 889/19 892/22 895/15 895/18 896/14 896/23 897/5 903/5
shared [1] 898/18
shares [1] 880/21
sharing [1] 974/3
she [15] 926/17 928/17 929/3 929/5 935/19 936/3 936/14 942/24 947/15 950/17 958/14 958/22 965/5 973/13 973/24
she's [4] 915/3 927/21 927/23 958/13
SHEARMAN [2] 870/13 870/17
shearman.com [2] 870/15 870/19
shelfs [1] 878/14
shifts [3] 889/16 894/15 894/15
shipping [1] 916/14
shop [1] 893/24
shopping [1] 947/6
Shores [1] 870/16
short [3] 951/3 978/13 979/3
shortages [1] 883/22
shot [1] 929/8
should [8] 883/20 923/8 927/20 928/6 928/17 941/11 953/10 992/17
show [4] 882/6 885/15 964/12 975/16
showed [2] 895/19 961/10
shows [3] 880/18 889/17 978/21
shutting [1] 893/23
side [11] 875/21 896/17 896/18 897/6 897/8 897/16 901/6 901/14 901/17 973/7 994/19
sign [1] 966/18
signed [2] 966/17 993/21
significance [1] 975/20
significantly [1] 994/13
signifies [1] 884/20
similar [5] 915/14 915/15 973/5 990/13 990/19
Simon [36] 870/13 873/11 873/12 873/16 875/16 876/10 876/18 877/11 877/16 877/20 878/6 878/10 891/14 891/17 894/22 895/2 895/17 896/4 904/11 921/8 926/4 926/16 929/4 930/8 930/11

**Simon... [11]** 930/12 938/4 938/6 938/11 951/8 959/5 972/10 972/14 991/13 991/18 992/1

**simple [1]** 899/20

**since [10]** 898/13 898/17 908/8 928/25 932/9 954/12 954/13 954/19 958/23 966/14

**Sing [1]** 970/19

**single [4]** 941/23 962/13 972/16 975/4

**sitting [2]** 995/24 996/1

**situation [6]** 873/9 921/10 948/1 949/2 949/8 958/11

**six [4]** 895/25 976/22 977/7 994/12

**sketch [1]** 969/25

**skew [1]** 918/7

**skip [1]** 900/22

**slide [3]** 895/20 895/21 896/8

**slow [2]** 890/12 891/8

**small [6]** 890/9 892/10 892/17 894/8 972/21 992/12

**smaller [1]** 972/18

**Smil [1]** 911/3

**so [190]**

**so I think [4]** 904/14 913/23 917/8 955/19

**so it's [4]** 882/13 900/19 914/17 960/24

**so this is [1]** 887/18

**So this time [1]** 968/3

**sold [12]** 879/3 912/10 934/3 956/11 957/1 957/25 958/4 968/10 971/5 977/14 979/2 990/23

**solve [2]** 888/19 889/20

**some [47]** 873/5 881/23 882/7 884/1 884/14 886/9 889/22 890/11 890/12 891/12 891/15 895/8 896/11 897/19 902/20 904/2 910/7 910/24 911/6 911/15 911/16 913/9 919/13 921/2 921/6 923/1 925/24 946/18 948/20 951/5 955/19 956/3 958/2 958/3 961/10 962/9 965/9 966/22 971/5 972/21 987/1 987/1 987/4 988/16 992/9 995/4 995/8

**somebody [1]** 964/22

**someone [3]** 887/25 949/15 963/12

**something [12]** 874/15 876/2 882/5 884/25 887/18 888/4 893/13

**sometimes [25]** 884/4 884/6 911/11 911/12 919/5 920/3 922/6 931/14 939/25 940/17 940/18 940/20 941/10 952/25 954/13 954/14 957/15 962/17 962/19 963/22 963/25 964/1 964/1 966/18 984/2

**somewhat [1]** 918/16

**somewhere [1]** 970/17

**soon [1]** 994/19

**sorry [17]** 893/11 896/19 899/6 905/23 906/16 918/1 926/23 936/7 939/17 940/9 953/11 967/15 974/7 979/24 992/13 992/18 996/5

**sort [5]** 890/12 900/12 904/6 981/3 987/3

**sorts [1]** 885/20

**source [1]** 913/5

**speaking [1]** 916/19

**special [4]** 879/11 879/18 879/22 966/2

**specific [8]** 879/15 880/7 919/2 923/1 949/3 983/13 983/20 987/10

**specifically [3]** 879/8 959/6 972/24

**speculative [1]** 961/5

**spend [6]** 892/24 893/15 903/3 904/10 912/15 984/2

**spending [2]** 885/21 994/17

**spent [5]** 957/24 978/21 980/22 990/25 991/2 991/3

**spot [2]** 918/2 918/5

**Square [2]** 870/8 870/9

**stability [2]** 912/20 913/9

**stable [1]** 913/5

**staff [2]** 978/2 978/2

**stand [1]** 872/16

**standard [5]** 918/23 919/9 919/11 919/14 919/24

**standing [1]** 906/18

**stands [3]** 899/18 900/3 931/1

**Stars [2]** 870/4 910/16

**start [8]** 919/16 923/16 950/16 961/6 963/9 969/11 969/15 972/21

**started [5]** 876/3 908/22 909/1 926/8 979/8

**starting [5]** 908/12 908/13 919/14 933/15 995/14

**starts [4]** 961/19 963/14 967/6 967/9

**state [1]** 907/2

**statement [1]** 915/7

**STATES [5]** 869/1 869/3 869/10 906/25 949/6

**stem [1]** 888/15

**stenography [1]** 870/24

**step [2]** 906/7 995/22

**Stephen [2]** 870/13 887/13

**Stephen King's [1]** 887/13

**Stepping [1]** 967/3

**steps [1]** 882/13

**STERLING [2]** 870/13 870/17

**stiff [1]** 930/14

**still [21]** 872/11 874/20 875/7 878/22 894/2 900/8 902/9 909/9 925/1 926/11 926/15 931/10 939/23 943/7 952/18 954/17 958/1 963/2 969/3 974/16 994/1

**stipulation [1]** 993/17

**stop [4]** 873/12 902/9 968/10 992/14

**stores [1]** 981/9

**stories [7]** 890/21 951/3 978/8 978/9 978/10 978/13 979/3

**story [3]** 899/15 971/19 979/6

**strategy [1]** 913/25

**Straus [1]** 972/3

**Street [2]** 869/17 870/17

**stretch [5]** 940/19 969/17 969/23 970/4 978/1

**strike [2]** 912/6 954/9

**striving [1]** 895/13

**strong [3]** 902/18 956/16 973/2

**study [1]** 887/9

**stuff [2]** 883/9 916/13

**stunted [2]** 903/23 903/24

**subject [2]** 877/24 920/3

**submission [1]** 966/25

**submissions [2]** 921/16 952/23

**submit [4]** 929/11 939/18 940/12 940/15

**submits [1]** 948/13

**submitted [5]** 925/4 936/25 939/5 939/8 955/9

**submitting [4]** 921/13 924/22 940/7 942/24

**subscription [6]** 889/23 890/16 891/1 891/8 891/25 892/4

**success [22]** 878/10 877/10 900/8 955/24

**successes [2]** 971/17 981/11

**successful [3]** 893/19 976/17 976/18

**successfully [3]** 920/9 920/12 958/23

**such [4]** 874/21 874/22 957/7 963/16

**Sudoku [1]** 887/1

**sufficient [1]** 878/22

**sufficiently [1]** 901/11

**suggest [1]** 916/17

**suggested [7]** 916/7 916/17 916/18 968/21 968/25 969/5 969/7

**suggesting [1]** 928/14

**sunk [1]** 982/6

**super [1]** 904/12

**superiors [1]** 881/3

**supply [2]** 878/13 895/13

**support [11]** 883/17 890/23 976/15 977/20 978/6 980/18 985/15 985/19 985/21 989/20 989/24

**supported [1]** 883/16

**sure [23]** 872/25 878/4 881/19 884/18 885/7 885/17 886/6 886/15 889/11 890/24 893/17 897/16 904/23 908/12 910/9 911/1 962/9 975/2 981/25 987/16 993/8 994/14 994/14

**surprised [1]** 920/6

**suspense [2]** 981/5 981/5

**Switching [1]** 971/20

**sworn [2]** 872/16 907/5

**T**

**tab [8]** 923/18 929/14 932/14 934/16 934/20 937/5 938/14 942/3

**take [26]** 874/5 874/10 874/19 875/6 897/10 897/13 905/14 915/17 915/20 917/6 922/22 923/13 923/18 924/22 927/20 930/19 930/25 957/10 957/16 959/9 959/18 959/19 960/12 964/9 969/9 987/19

**takes [5]** 935/19 947/22 947/25 958/12 964/18

**taking [3]** 873/15 916/17 986/25

**talk [12]** 876/9 886/4 913/21 914/17 950/11 969/7 969/11 971/15

**state [2]** 987/8 987/8 992/23

**talked [6]** 874/20 882/13 889/19 912/25 966/16 970/20

**talking [13]** 878/21 887/19 901/9 901/14 914/15 923/12 923/13 944/15 950/17 962/13 980/24 989/19 990/20

**Tart [19]** 906/9 907/5 907/9 907/12 907/13 922/25 924/13 926/23 931/10 931/14 935/12 941/18 942/21 949/5 950/4 989/18 992/2 992/8 995/22

**team [2]** 880/24 978/17

**tectonic [1]** 889/16

**telephone [1]** 967/12

**television [1]** 958/15

**tell [11]** 892/14 901/1 910/7 910/24 944/2 953/15 953/24 954/20 964/25 965/5 965/19

**telling [4]** 892/13 927/21 927/23 929/3

**tells [1]** 964/4

**ten [3]** 897/9 933/18 973/24

**tend [1]** 918/7

**term [2]** 969/16 989/8

**terms [8]** 874/24 874/24 917/4 918/19 919/24 922/5 959/3 985/12

**terrible [1]** 971/12

**testified [2]** 872/17 992/11

**testify [1]** 894/19

**testimony [2]** 905/12 992/23

**text [8]** 899/5 899/6 899/14 901/4 901/22 902/14 902/19 954/3

**texted [1]** 900/5

**texts [2]** 899/10 901/18

**than [46]** 875/12 877/14 878/13 880/21 887/19 889/13 892/16 893/9 895/3 896/1 896/7 904/7 904/14 913/12 913/16 917/11 921/18 922/4 922/14 935/15 935/23 939/12 939/24 941/22 947/11 947/19 951/2 954/15 956/11 956/19 958/9 958/21 959/14 959/23 965/25 973/18 976/2 984/22 984/25 984/25 985/1 985/16 985/16 985/17 985/23 989/24

**thank [15]** 872/9 876/7 878/23 881/7 881/8 881/22 894/16 898/24 899/9 900/23 904/18 905/4 905/5 905/8

thank... [41] 905/11 905/11 905/17 905/20 906/4 906/11 906/21 906/22 906/24 907/2 910/19 919/4 930/20 930/21 931/12 934/15 934/22 939/16 941/16 944/22 949/5 949/7 949/25 967/16 974/11 980/14 983/10 989/15 990/1 992/2 992/3 992/4 993/1 993/11 994/8 995/2 995/19 995/20 995/21 996/1 996/3

**Thank you [50]** 876/7 878/23 881/7 881/8 881/22 898/24 899/9 900/23 904/18 905/4 905/5 905/8 905/11 905/11 905/20 906/4 906/11 906/21 906/22 906/24 907/2 910/19 919/4 930/20 930/21 931/12 934/15 939/16 941/16 944/22 949/5 949/7 949/25 967/16 974/11 980/14 983/10 989/15 990/1 992/2 992/3 992/4 993/1 993/11 994/8 995/2 995/19 995/20 995/21 996/3

**that [569]**
**that'll [3]** 878/1 890/18 929/22

**that's [56]** 877/10 882/4 882/8 883/25 884/25 886/9 886/17 887/18 888/4 898/22 900/2 900/5 901/3 903/8 908/20 910/4 910/4 911/25 912/12 912/11 912/12 912/25 913/4 916/1 922/18 932/2 936/1 947/1 949/2 954/5 954/25 959/15 959/16 959/19 960/14 960/16 963/1 963/23 965/11 966/22 967/9 969/4 969/18 970/14 971/4 977/1 982/8 982/13 982/17 987/5 987/24 994/3 994/10 995/3 995/10 996/5
**That's your [1]** 900/2
**their [21]** 875/12 878/11 880/3 880/14 888/25 891/2 891/3 891/9 892/16 894/11 894/13 911/24 918/22 944/5 952/23 965/7 965/10 972/24 983/17 987/22 994/11
**them [39]** 874/16 874/16 874/16 874/17

883/10 883/16 884/18 887/25 890/11 890/13 890/13 890/17 892/4 892/5 893/19 894/4 900/5 904/16 915/18 915/21 918/16 919/6 919/7 954/13 955/16 966/16 972/16 972/25 973/6 974/16 974/18 976/12 976/13 978/19 988/25 989/8
**themselves [1]** 966/2
**then [53]** 878/19 891/22 894/2 899/20 899/21 900/4 900/7 901/4 901/18 902/1 902/9 902/10 908/9 908/17 908/22 909/9 909/9 912/17 914/25 915/17 916/3 916/7 916/18 918/2 924/25 934/13 936/2 949/14 955/2 955/2 960/15 961/19 962/18 962/19 963/9 963/10 963/12 963/13 964/17 969/11 970/3 973/7 975/8 975/13 977/11 979/20 979/21 979/22 980/4 988/19 988/24 992/17 992/24
**there [76]** 872/24 873/5 873/10 873/22 874/23 875/2 876/13 876/20 877/14 877/18 880/7 882/7 884/2 884/14 889/10 889/15 891/5 892/21 893/13 893/25 895/8 898/9 901/24 902/14 906/15 909/25 913/21 916/24 917/9 917/23 923/11 926/13 927/24 928/8 931/23 932/15 933/20 934/10 943/20 944/1 945/3 945/22 948/17 948/20 948/20 948/24 950/8 951/25 955/18 959/2 961/10 962/9 964/4 964/15 964/20 965/4 967/10 969/13 969/16 969/20 972/5 973/16 974/6 974/25 976/17 976/24 976/25 977/3 980/8 980/25 983/13 985/9 986/6 986/11 986/11 993/3
**there's [21]** 879/2 890/24 933/9 940/7 940/12 943/6 943/22 953/9 955/17 955/17 955/18 961/20 962/3 962/9 962/20 964/13 964/24 966/2 969/21 971/14 977/8
**these [26]** 883/22 884/10 889/25 890/4

891/14 893/8 894/8 894/24 898/7 898/12 899/3 899/10 902/10 902/19 914/17 930/22 957/11 963/20 977/22 977/23 977/24 978/23 990/23
**they [87]** 880/3 883/8 883/8 883/17 885/7 886/15 887/4 887/4 888/24 888/24 890/23 891/4 891/10 891/13 891/20 892/2 893/5 893/20 894/12 895/24 895/25 896/6 899/5 899/6 904/13 904/15 912/4 915/11 920/11 922/17 928/7 930/9 930/9 930/24 934/9 934/13 940/7 940/8 940/12 940/21 940/23 941/1 944/2 946/22 947/17 949/12 949/22 952/17 954/14 954/24 957/11 957/11 958/6 958/7 958/7 958/19 959/18 959/19 960/18 962/11 963/25 964/1 964/12 965/10 966/15 966/19 967/7 967/7 967/7 968/20 971/10 972/19 972/24 973/4 974/8 974/25 975/13 975/15 978/2 978/17 978/18 980/25 983/22 987/4 987/6 987/19 988/17
**they'll [4]** 911/11 962/9 962/11 988/17
**they're [18]** 875/7 893/19 919/5 931/21 960/20 962/2 963/8 965/8 973/5 975/14 984/12 986/18 987/19 987/20 988/16 988/24 990/22 993/23
**they've [2]** 970/22 991/8
**thing [8]** 912/25 944/16 966/2 967/19 978/14 981/1 989/18 990/25
**things [20]** 875/3 890/25 893/5 904/15 913/1 952/12 957/12 962/21 964/2 964/13 965/24 966/10 970/12 977/8 977/15 977/24 981/3 986/23 987/4 987/15
**think [134]**
**thinking [20]** 878/2 913/17 919/10 922/13 936/14 939/24 940/2 940/3 950/21 951/13 951/20 951/21 956/19 957/5 958/25 959/1 959/5 959/6 959/7

**thinks [2]** 929/3 929/5
**third [6]** 897/2 928/5 943/6 979/20 993/22 993/25
**third-party [1]** 897/2
**this [110]** 873/23 874/3 875/5 875/7 876/22 877/2 877/13 883/5 883/5 887/18 887/19 888/10 891/24 894/14 896/11 896/25 898/13 898/17 898/20 898/22 899/1 901/20 901/22 902/18 903/4 904/9 904/25 908/12 910/12 913/3 915/24 921/24 922/25 926/6 926/8 926/10 926/20 928/11 928/11 928/14 930/13 938/7 939/18 939/22 940/3 941/3 941/13 943/15 945/22 946/14 947/11 949/8 950/8 950/25 952/3 952/15 952/18 953/10 956/5 957/20 957/20 957/22 958/6 968/3 968/7 969/8 969/8 969/9 969/10 969/12 969/15 969/20 970/1 970/1 970/2 970/18 971/1 971/15 972/13 973/23 973/25 974/6 974/23 974/24 975/1 976/18 976/25 977/2 978/8 978/18 978/18 978/23 980/19 980/19 981/12 981/14 982/3 982/10 984/4 985/11 986/21 986/22 987/15 988/18 988/24 990/4 990/14 990/15 990/16 993/23
**Thomas [1]** 899/18
**those [56]** 880/22 884/3 884/20 887/22 888/15 889/2 889/12 891/8 891/18 891/25 892/3 892/5 894/11 895/25 910/2 911/21 912/17 913/8 915/17 915/16 916/17 918/6 921/22 922/22 932/3 932/7 933/23 935/18 938/9 945/1 955/19 955/22 955/23 956/1 956/3 960/12 960/18 960/20 962/22 963/7 966/8 966/13 966/24 968/13 969/22 971/7 971/9 974/24 981/10 984/11 986/1 986/15 987/4 990/18 995/4 995/5
**though [6]** 895/25 931/20 939/22 943/9 953/9 979/8
**thought [29]** 876/13

**thinks [2]** 929/3 929/5 ...
**902/10 926/24 939/17 949/18 952/13 956/16 956/21 956/22 957/9 958/6 958/19 958/20 958/20 961/6 961/8 965/1 968/12 971/10 975/2 978/12 978/23 979/4 981/3 981/13 986/10
**thousands [1]** 990/22
**three [10]** 894/24 960/7 961/8 962/10 976/12 976/24 977/7 979/14 980/3 980/11
**threshold [2]** 985/9 986/6
**thresholds [1]** 880/17
**thriller [3]** 980/20 981/2 981/4
**through [19]** 885/12 892/11 892/17 892/21 894/4 898/12 900/5 914/4 921/7 921/15 952/8 952/13 954/23 955/3 955/3 955/11 961/22 977/12 982/1
**throw [1]** 987/14
**throwing [1]** 981/20
**Tidying [1]** 971/2
**tier [1]** 988/8
**till [1]** 996/7
**time [44]** 883/5 885/11 893/22 896/7 898/23 899/4 902/17 903/4 903/14 903/14 903/16 904/10 908/24 911/21 912/15 920/6 922/2 922/5 928/23 930/7 930/19 932/11 946/18 951/7 954/7 954/14 958/16 960/8 960/12 960/14 968/3 968/10 971/18 978/21 981/8 982/5 984/13 990/14 992/14 992/18 994/10 994/15 994/16 995/16
**times [8]** 870/8 870/9 887/24 888/2 899/15 990/10 990/17 994/11
**tips [1]** 985/9
**title [15]** 897/20 915/12 915/21 916/1 956/10 957/23 961/4 974/6 974/6 974/7 974/23 980/19 983/19 990/7 990/15
**titled [1]** 997/4
**titles [6]** 889/14 912/9 923/4 923/9 983/23 983/24
**today [3]** 877/15 952/18 977/6
**today's [1]** 898/18
**together [10]** 882/24 908/20 915/6 935/21 936/25 940/16 955/20 961/7 969/25 974/19

**T**

told [5] 875/12 878/5
941/21 952/21 975/7
Tolle [1] 954/2
tomorrow [3] 992/20
995/23 995/24
ton [1] 931/17
too [7] 895/6 903/20
918/7 918/8 947/24
964/10 991/1
took [1] 897/14
tools [3] 892/19 977/3
977/8
top [20] 878/19 879/2
885/22 923/21 925/7
927/2 928/6 928/19
932/17 934/23 937/7
938/15 942/4 945/6
971/7 976/11 980/6
980/7 980/9 988/8
topic [2] 878/24 972/13
touch [1] 983/22
tough [1] 883/11
883/12
tour [2] 978/20 978/20
Tower [1] 870/9
Towles [2] 910/10
976/4
town [1] 893/24
TR [2] 899/14 899/18
track [6] 920/8 920/12
960/10 992/13 992/18
994/11
tracking [1] 884/2
tracks [1] 884/4
trade [2] 880/18 978/21
transaction [5] 876/10
876/19 877/12 877/22
878/3
transcript [3] 869/9
870/24 997/3
transcription [1]
870/25
treat [2] 974/15 974/17
treated [2] 873/13
990/4
treating [1] 873/15
treats [1] 986/7
trial [4] 869/9 887/19
903/9 994/15
trick [2] 886/18 886/20
trickiest [1] 955/23
tricky [2] 954/1 955/23
tried [2] 981/3 981/6
tries [2] 885/1 885/1
trilogy [1] 961/7
true [5] 880/10 884/3
950/20 953/5 991/9
trusted [1] 874/2
trustful [1] 874/6
trustworthy [3] 944/5
965/2 965/5
truth [2] 892/14 944/2
try [15] 877/20 884/17
893/8 894/11 921/24
932/1 932/3 957/8
959/12 964/7 964/9
964/21 971/17 976/21

trying [12] 915/13
915/16 915/25 917/5
917/19 931/15 956/20
962/2 965/7 969/14
977/9 993/22
Tuesday [4] 994/7
994/24 995/15 995/15
turn [16] 892/6 901/18
925/6 927/1 928/5
929/14 934/16 937/5
938/14 942/3 944/8
945/5 952/2 954/18
962/18 976/18
turned [9] 932/8 934/4
946/22 949/12 971/9
974/1 979/6 982/3
990/10
turning [4] 911/9
918/22 929/6 981/1
turns [2] 922/8 924/22
TV [1] 977/14
tweet [2] 899/5 899/8
tweets [1] 899/3
twist [2] 980/21 980/24
two [18] 875/13 899/11
901/22 925/23 929/1
939/18 940/6 940/10
953/21 961/22 962/14
963/8 976/12 979/14
979/19 980/3 980/12
990/23
two-round [1] 961/22
type [2] 960/9 987/12

**U**

U.S [4] 869/16 883/14
897/10 943/7
uber [2] 893/18 894/1
uber-resource [2]
893/18 894/1
Uh [2] 950/19 951/16
Uh-huh [2] 950/19
951/16
ultimately [6] 878/17
895/5 930/15 963/21
971/4 989/10
unable [2] 874/5 874/5
uncommon [1] 936/10
under [11] 872/11
880/22 895/18 898/23
905/21 905/25 906/20
922/19 931/10 948/11
976/8
underbidder [1]
963/22
underestimated [1]
968/16
undermine [1] 874/6
underperformed [1]
957/25
understand [10] 879/1
879/4 879/5 885/25
896/19 905/8 917/8
926/1 936/18 943/12
understanding [4]
980/11 935/17 943/17
961/24

understands [1]
894/12
understated [1] 968/5
undid [1] 875/9
undo [1] 873/16
Unfortunately [2]
873/20 980/16
UNITED [5] 869/1
869/3 869/10 906/25
949/6
United States [2]
906/25 949/6
units [1] 882/19
University [1] 973/13
unless [1] 948/13
unlike [1] 974/18
unlikely [1] 964/24
Unlimited [2] 890/7
890/10
until [5] 898/20 909/7
909/9 934/4 963/13
untitled [1] 946/25
unusual [1] 941/22
up [59] 873/3 874/12
876/19 877/5 881/17
889/22 896/17 896/17
897/2 905/15 910/6
913/12 914/23 917/10
920/5 920/5 920/6
922/7 922/10 939/14
943/11 948/18 949/3
950/5 952/14 952/25
955/1 955/5 955/8
957/8 958/8 960/4
963/8 964/12 964/22
971/2 973/17 975/9
975/16 976/17 977/2
977/12 978/5 981/14
982/15 982/16 983/23
983/24 984/7 984/25
985/6 988/1 989/18
990/8 991/8 991/16
992/8 994/16 994/22
updated [1] 927/18
ups [1] 880/13
us [39] 875/14 875/24
878/20 891/10 892/3
902/2 911/5 913/22
921/23 925/23 929/7
934/9 934/13 935/19
945/4 946/22 949/12
953/15 953/24 954/20
954/24 954/24 956/5
957/18 960/25 964/25
965/9 965/16 965/19
968/5 969/2 970/15
970/24 973/9 973/22
974/20 974/25 978/4
989/6
use [8] 892/4 918/11
918/16 918/18 977/9
988/16 994/2 994/21
used [3] 916/3 978/21
994/10
uses [1] 914/8
usually [10] 943/22
946/8 954/15 955/22
963/8 965/21 967/23

**V**

Vaclav [1] 911/3
valuable [1] 913/7
value [2] 951/20
960/21 964/5 964/7
967/3 970/6
valued [1] 941/5
valuing [1] 960/22
variable [4] 900/15
900/17 900/19 982/11
variations [1] 919/20
vary [1] 935/25
verify [1] 964/10
Vernon [1] 869/14
version [11] 886/8
924/8 925/17 927/14
930/1 933/2 935/7
937/19 939/2 942/18
945/18
versions [1] 886/9
versus [1] 925/23
vertically [1] 882/25
very [44] 873/6 875/19
875/19 877/3 883/13
888/7 888/16 888/24
889/1 890/12 890/12
894/17 903/16 913/19
918/2 918/5 919/17
930/22 932/2 932/6
954/1 954/1 955/13
955/16 955/23 956/13
958/23 960/20 960/21
965/15 973/5 973/15
978/12 980/6 980/18
981/25 984/8 985/6
985/6 988/6 988/7
988/8 992/2 995/21
via [2] 878/17 921/19
Viacom [1] 871/15
ViacomCBS [1] 870/12
video [2] 874/16 875/3
view [3] 890/23 912/2
952/18
Viking [103] 906/10
907/14 907/16 907/19
907/19 907/23 908/8
908/9 908/10 908/14
908/20 909/10 909/11
909/13 909/16 909/17
909/20 909/22 910/8
910/25 911/25 912/2
912/18 913/12 913/18
914/1 914/4 914/7
914/8 914/11 914/20
915/6 919/6 920/12
920/15 920/23 921/6
921/15 921/18 922/5
922/21 923/2 924/1
925/3 926/11 926/20
928/2 928/11 929/11
930/15 931/14 931/24
932/1 936/25 937/24
939/5 941/1 942/9
942/25 943/19 944/22
946/3 946/6 946/12
946/17 946/24 947/2

**V**
954/10 954/11
954/17 954/21 955/6
955/8 956/11 957/7
958/12 959/10 959/12
959/22 960/3 963/5
963/21 966/5 966/13
970/16 972/1 972/6
972/10 972/18 973/5
974/12 974/20 976/14
976/20 983/13 983/16
985/15 985/22 986/6
989/20 991/17 991/23
Viking's [8] 912/3
914/13 920/18 924/13
939/11 945/25 947/5
971/21
violate [3] 873/6
873/14 873/17
virtual [1] 978/20
vision [2] 902/17 904/7
vs [1] 869/5

**W**

waiting [1] 954/17
walk [2] 941/9 957/14
walked [2] 885/11
934/1
want [49] 872/21 877/2
877/22 881/17 882/5
882/7 885/25 889/22
890/24 893/21 896/13
897/4 897/22 903/3
904/1 904/24 905/16
905/19 913/6 913/20
913/24 920/7 920/10
920/22 922/18 934/13
939/23 940/2 941/6
941/8 953/1 954/15
954/24 956/23 957/6
962/11 963/25 964/1
964/23 969/9 969/16
969/17 970/1 976/24
977/9 989/5 989/18
994/14 995/9
wanted [6] 941/7
949/17 958/1 958/5
958/16 994/9
wanting [1] 884/15
wants [4] 884/11 936/3
941/10 987/14
wardrobe [1] 986/24
was [98] 873/5 873/8
873/23 876/20 878/2
878/8 878/8 882/23
883/5 883/12 885/16
892/8 893/22 893/23
893/23 895/20 895/21
895/22 896/7 896/23
897/10 898/17 904/23
908/9 909/2 909/7
909/8 909/9 909/18
910/16 912/16 912/16
926/9 928/23 928/25
930/17 934/3 937/2
938/3 939/11 940/3
940/20 941/5 950/17
950/21 951/8 954/17
956/10 956/10 956/12

1017

**was... [48]** 956/16 956/19 956/21 957/4 957/20 958/9 958/15 958/21 961/4 961/5 961/6 961/7 961/9 961/9 961/10 961/13 961/15 963/10 970/20 973/13 973/14 973/16 973/18 973/21 973/22 974/6 974/24 974/25 975/2 975/4 976/1 976/2 976/6 976/7 978/8 979/17 979/17 979/21 979/22 980/23 980/24 980/25 981/10 981/13 986/2 987/18 990/9 991/2

**Washington [4]** 869/5 869/18 870/18 870/23

**wasn't [6]** 904/23 940/2 956/21 971/12 981/1 981/12

**way [24]** 876/17 884/5 894/17 901/19 910/6 911/25 912/2 912/13 913/9 915/25 950/25 951/23 959/16 962/4 970/3 971/5 977/15 980/17 985/20 987/2 987/3 987/22 990/4 990/4

**ways [5]** 952/1 954/21 963/8 977/4 981/6

**we [330]**

**we will [1]** 967/10

**we'll [10]** 904/10 911/11 917/6 952/25 970/3 972/3 988/5 993/24 994/19 995/4

**we're [37]** 877/23 887/19 910/15 915/13 915/16 915/23 915/23 917/4 918/5 918/19 918/20 922/7 922/17 923/4 939/22 944/15 952/24 966/10 971/22 972/13 975/18 976/18 976/22 976/25 977/8 977/9 984/11 993/1 993/22 994/6 994/15 994/17 994/23 995/8 995/13 995/20 996/1

**we've [14]** 878/13 885/17 889/3 910/12 911/6 941/21 954/19 959/10 966/17 977/21 977/22 979/2 984/2 995/3

**website [1]** 909/16

**Wednesday [1]** 995/14

**week [8]** 990/11 990/12 990/15 990/18 990/19 990/19 995/13 995/13

**weekend [2]** 883/9 993/24

**weekly [1]** 966/7

---

**weeks [2]** 976/22 990/13

**weigh [1]** 969/22

**well [32]** 874/1 883/2 883/13 889/14 892/11 899/21 911/5 914/1 918/2 943/21 950/25 953/6 954/12 957/1 964/17 966/21 967/25 968/6 970/11 970/13 970/13 970/16 973/1 973/22 975/23 981/4 984/21 985/10 986/14 989/3 990/9 991/23

**wellness [2]** 973/7 974/6

**Wendy [1]** 923/22

**went [9]** 897/2 939/14 956/22 957/24 958/7 961/12 968/14 974/2 978/17

**were [50]** 876/23 882/2 883/2 883/7 883/10 894/6 896/6 897/19 908/13 909/12 918/15 924/13 926/13 930/7 930/9 930/9 934/3 939/24 956/18 957/5 959/24 965/2 968/8 968/9 968/24 971/7 971/17 973/11 973/12 973/15 973/15 973/23 973/25 975/1 976/10 978/9 978/14 978/18 978/19 978/24 978/25 979/14 979/19 980/12 988/7 990/2 990/11 990/14 990/18 991/1

**weren't [3]** 889/15 971/10 974/25

**what [71]** 873/5 873/8 873/14 874/12 875/21 876/19 878/2 883/19 887/19 891/7 891/20 895/24 897/23 900/5 900/7 901/12 903/8 903/16 915/5 915/24 916/16 922/19 923/12 923/13 927/23 932/3 934/20 940/20 940/23 947/1 950/17 951/18 952/24 953/24 954/21 955/21 958/21 960/3 960/9 962/2 963/9 964/15 965/16 966/8 968/12 970/2 970/23 971/3 972/8 972/21 972/24 973/9 975/12 977/5 978/3 978/22 979/4 979/17 982/9 982/16 983/3 984/6 985/3 985/5 986/4 987/13 987/16 988/2 988/11 991/23 994/25

**what's [9]** 873/25 889/12 889/13 927/21 940/23 960/13 961/18 982/19 991/6

---

**whatnot [2]** 876/3 876/22

**when [59]** 877/18 880/20 893/22 898/11 903/6 904/7 912/16 913/17 914/11 915/5 917/1 918/19 920/5 921/12 922/13 922/17 923/19 931/15 931/23 932/15 934/2 935/15 935/20 935/22 940/6 940/10 941/25 943/9 943/19 943/25 945/1 951/13 954/16 955/21 955/24 957/16 958/18 958/24 959/20 963/15 968/8 969/25 971/9 975/14 975/19 976/20 979/5 980/2 982/9 983/12 985/7 987/4 988/10 988/16 988/20 988/20 992/1 995/8 995/10

**where [22]** 882/13 889/13 894/5 926/8 933/10 939/22 941/19 947/10 948/20 951/22 958/12 960/25 967/9 968/5 969/2 970/19 974/19 980/17 985/9 986/23 987/18 990/2

**whether [8]** 874/24 874/25 898/8 943/20 944/1 951/12 955/5 975/15

**which [33]** 878/9 878/16 879/3 884/5 908/14 909/2 909/16 910/13 910/14 911/4 911/13 922/9 925/24 934/18 935/24 936/3 940/19 940/20 944/17 946/9 956/15 957/1 959/10 962/15 973/22 979/2 980/8 981/1 982/14 983/22 986/6 988/5 990/8

**while [3]** 972/13 981/13 983/20

**who [13]** 876/2 892/4 892/5 899/11 901/1 920/23 921/21 922/7 954/23 955/5 961/14 965/13 973/21

**who's [2]** 935/25 976/3

**whole [2]** 982/1 994/22

**whom [1]** 971/20

**whose [1]** 942/23

**why [18]** 873/22 882/8 895/15 896/13 903/4 921/24 952/19 952/22 957/10 957/11 959/19 961/24 963/23 970/8 976/23 981/16 991/20 994/14

**wide [6]** 875/3 876/2 876/4 911/8 914/17 918/9

---

**will... [10]** 921/22 922/7 922/15 946/23 954/25 956/22 957/17 958/7 974/2

**wildly [1]** 968/15

**will [41]** 890/20 890/21 891/22 892/23 898/7 898/23 905/17 906/3 906/12 913/24 914/1 914/4 914/20 915/6 924/6 925/15 927/10 931/24 932/23 935/5 936/3 937/15 938/23 939/25 940/19 942/14 945/14 953/17 954/4 954/5 954/6 957/17 963/9 967/10 975/23 976/15 984/24 988/4 988/6 991/13 993/10

**William [3]** 870/20 972/7 997/2

**willing [5]** 882/17 882/23 883/10 883/15 916/10

**win [7]** 920/23 930/24 959/22 963/21 963/22 966/3 969/20

**window [1]** 946/18

**winning [5]** 920/16 920/18 936/2 973/1 975/2

**wise [1]** 978/22

**wish [1]** 906/23

**wishful [1]** 969/9

**withholding [2]** 890/16 965/9

**withholds [1]** 890/25

**within [11]** 885/6 908/1 909/5 935/23 944/11 946/17 947/17 947/25 953/2 971/24 983/24

**without [7]** 875/24 912/16 912/17 932/12 934/5 957/18 989/21

**witness [10]** 871/2 872/15 881/9 906/8 906/20 907/5 949/6 953/10 994/7 994/24

**WITNESSES [1]** 871/4

**Wolf [15]** 923/22 924/1 925/8 925/22 926/15 927/3 927/17 927/18 928/14 928/20 928/21 928/24 929/3 930/4 973/1

**Wolf's [3]** 926/10 926/18 929/7

**won [2]** 966/14 974/8

**won't [3]** 885/15 962/5 991/25

**wonder [1]** 957/10

**word [3]** 884/19 899/22 900/2

**words [1]** 953/2

**work [20]** 882/23 882/24 888/11 889/5 894/10 894/11 894/24 914/12 914/14 920/8

---

**workbooks [1]** 887/6

**worked [4]** 910/8 910/25 921/21 958/22

**working [5]** 889/9 892/19 894/3 956/12 958/2

**works [3]** 911/4 935/12 974/13

**world [2]** 911/4 971/5

**worst [1]** 981/1

**worth [1]** 971/10

**would [112]** 873/6 873/12 873/13 873/14 873/16 874/5 874/6 874/7 874/8 874/13 874/14 875/4 876/12 876/16 876/17 877/15 877/17 878/14 878/16 878/17 878/18 880/10 882/10 884/13 884/22 885/8 888/20 891/10 891/25 892/3 892/4 892/14 894/8 895/12 898/19 905/21 911/11 916/22 917/22 920/2 920/7 920/22 921/9 922/3 922/9 922/11 922/12 926/13 926/23 927/1 929/14 932/4 932/12 934/5 934/16 937/5 938/14 939/17 942/3 945/5 947/10 947/1 948/3 948/5 949/9 949/15 949/18 951/10 951/21 951/22 957/6 957/20 959/19 960/11 963/17 963/23 965/18 965/19 966/15 968/6 968/12 968/22 968/24 969/2 969/13 970/16 972/19 974/15 974/16 974/17 974/19 974/23 976/12 976/13 979/4 981/20 982/2 982/3 984/22 986/1 986/12 987/11 987/19 988/7 988/20 989/7 988/21 988/24 989/7 991/25 995/12 995/14

**wouldn't [13]** 892/5 918/16 932/9 934/14 959/14 961/25 965/5 966/17 966/20 970/10 975/5 981/19 987/4

**write [11]** 901/5 902/8 926/18 928/6 929/7 930/13 933/17 934/1 946/21 947/9 947/22

**writer [1]** 958/14

**writers [3]** 891/6 909/19 913/22

**writes [7]** 928/21 928/25 930/4 936/14 947/14 947/15 958/14

**W**

**writing [3]** 891/6
969/15 973/13
**written [1]** 961/10
**wrong [3]** 875/5
982/24 983/7
**wrote [3]** 925/23
933/22 938/1

**Y**

**Yale [1]** 973/12
**yeah [23]** 881/23 882/1
882/11 884/9 884/19
885/14 885/18 885/22
888/5 901/13 915/22
936/9 940/25 949/21
949/24 982/13 982/14
987/16 987/25 989/3
989/12 995/1 995/18
**year [13]** 909/23
910/12 911/16 911/23
941/13 954/9 954/11
954/11 954/15 977/23
979/5 979/25 990/21
**years [27]** 874/1
874/17 874/19 876/12
877/16 883/13 889/4
896/1 897/10 897/13
897/23 902/23 909/6
910/1 912/18 915/23
933/16 933/18 933/18
953/17 953/20 953/21
953/23 973/24 977/22
977/23 984/11
**yes [212]**
**yet [6]** 875/22 875/23
892/22 895/6 988/17
994/2
**York [6]** 870/9 870/14
887/24 888/2 990/10
990/17
**you [515]**
**You understand [3]**
879/4 926/1 943/12
**you'd [2]** 889/9 921/23
**you'll [5]** 940/17
940/19 940/20 963/9
963/10
**you're [51]** 872/11
875/6 875/7 876/4
886/7 889/13 892/13
893/18 893/20 894/2
894/19 901/9 901/14
907/13 909/16 913/14
914/19 914/22 917/19
918/2 918/4 922/1
923/12 928/14 931/10
932/15 933/10 933/20
934/10 945/25 954/19
956/7 958/24 960/22
962/5 962/15 962/17
962/19 966/6 967/3
982/5 982/17 985/3
985/5 985/7 987/10
988/10 994/13 994/21
994/25 995/24
**you've [10]** 888/13
888/18 898/11 909/4

953/19 953/25 974/4
**your [125]** 872/9 873/2
873/6 873/7 874/2
875/6 876/7 876/9
877/6 877/22 878/2
880/24 881/3 881/7
881/10 889/8 892/10
895/1 895/8 896/15
896/22 897/7 898/6
898/8 898/13 900/2
900/15 900/16 900/17
902/14 902/14 903/19
903/19 904/11 904/17
905/12 905/15 905/20
906/2 906/16 906/18
906/19 906/23 906/24
907/11 910/20 913/3
913/10 913/25 914/12
915/3 918/3 918/17
919/14 919/18 923/8
923/14 923/18 924/3
924/5 925/12 927/6
929/3 929/14 929/19
930/1 930/20 931/8
931/9 932/14 932/20
933/1 933/11 933/14
934/16 934/19 935/2
935/16 937/12 937/19
938/20 939/2 940/18
940/21 941/21 942/11
942/21 943/16 943/20
943/25 944/4 944/17
945/10 945/21 945/24
946/21 950/1 951/13
952/3 952/18 953/24
954/20 956/6 960/16
964/21 970/5 975/11
979/13 980/2 982/9
983/8 986/1 988/17
991/6 991/7 992/4
992/9 992/23 993/5
993/9 993/16 994/5
994/19 994/22 995/23
**Your Honor [35]** 876/7
881/7 881/10 898/13
904/17 905/20 906/2
906/16 906/24 924/3
924/5 925/12 927/6
929/19 930/1 930/20
931/8 931/9 932/20
933/1 935/2 937/12
937/19 938/20 939/2
941/21 945/10 950/1
983/8 992/4 993/5
993/9 993/16 994/19
995/23
**Your Honor's [1]** 994/5
**yourself [2]** 963/16
964/22

**Z**

**Zaremba [2]** 870/20
997/2
**zero [1]** 952/15
**zigzagging [1]** 894/6