```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )      CV No. 21-2886
                                   )      Washington, D.C.
            vs.                    )      August 8, 2022
                                   )      9:30 a.m.
BERTELSMANN SE & CO. KGAA, ET AL., )
                                   )
            Defendants.            )      Morning Session
_____)


                 TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
                BEFORE THE HONORABLE FLORENCE Y. PAN
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:            John R. Read
                              Ihan Kim
                              Melvin A. Schwarz, I
                              Jeffrey Vernon
                              Sara Licht
                              Lisa Scanlon
                              Meagan K. Bellshaw
                              U.S. DEPARTMENT OF JUSTICE
                              Antitrust Division
                              450 Fifth Street, NW
                              Washington, D.C. 20530
                              (202) 307-0468
```

APPEARANCES CONTINUED:

For Defendants
Bertelsmann
and Penguin Random House:        Daniel M. Petrocelli
                                  O'MELVENY & MYERS LLP
                                  1999 Avenue of the Stars
                                  8th Floor
                                  Los Angeles, CA 90067
                                  (310) 553-6700
                                  Email: dpetrocelli@omm.com

                                  Daniel L. Cantor
                                  Abby Rudzin
                                  O'MELVENY & MYERS LLP
                                  7 Times Square
                                  Times Square Tower
                                  New York, NY 10036
                                  (212) 326-2000
                                  Email: dcantor@omm.com


For Defendants
ViacomCBS
and Simon & Schuster:            Stephen Fishbein
                                  SHEARMAN & STERLING, LLP
                                  599 Lexington Avenue
                                  New York, NY 10022
                                  (212) 848-4000
                                  Email: sfishbein@shearman.com

                                  Ryan A. Shores
                                  SHEARMAN & STERLING LLP
                                  401 9th Street, NW
                                  Washington, D.C. 20004
                                  (202) 508-8058
                                  Email:
                                  ryan.shores@shearman.com

Court Reporter:                   William P. Zaremba
                                  Registered Merit Reporter
                                  Certified Realtime Reporter
                                  Official Court Reporter
                                  E. Barrett Prettyman CH
                                  333 Constitution Avenue, NW
                                  Washington, D.C. 20001
                                  (202) 354-3249
Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                              - - -

                        INDEX OF EXHIBITS

                              - - -

PLAINTIFF'S                                      ADMITTED

PX80                                                1025

PX327                                               1037

PX336                                               1052

PX829                                               1081

DEPOSITION LINE 18 ON 48 TO LINE 1 ON 49            1122

831                                                 1167

                              - - -


                         WITNESS INDEX

                              - - -

WITNESSES              DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

BRIAN TART             1027          1050   1046
DONALD WEISBERG        1057   1088   1125   1123
DONALD WEISBERG        1137   1149   1134   1133
DONALD WEISBERG                      1174   1182
                              - - -

                        INDEX OF EXHIBITS

                              - - -

DEFENDANT'S                                      ADMITTED

217                                                 1096

408                                                 1102
```

```
1                    P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.

3              This Honorable Court is now in session;

4    the Honorable Judge Florence Y. Pan presiding.

5              Please be seated and come to order.

6              THE COURT:  Good morning.

7              COURTROOM DEPUTY:  Good morning, Your Honor.

8    This is civil Case No. 21-2886, United States of America

9    versus Bertelsmann SE & Co., et al.

10             Counsel please approach the podium to state their

11   appearances for the record.

12             MR. READ:  John Read for the United States.

13   With me is Meagan Bellshaw who will be handling the rest of

14   the Tart examination, and Ihan Kim who will handle the next

15   witness, the CEO of Macmillan.

16             THE COURT:  Thank you.  Good morning.

17             MR. FISHBEIN:  Good morning, Your Honor.

18             MR. PETROCELLI:  Good morning, Your Honor.

19   Daniel Petrocelli with Abby Rudzin for Bertelsmann and

20   Penguin Random House.

21             THE COURT:  Good morning.

22             MR. FISHBEIN:  Good morning, Your Honor.

23   Stephen Fishbein for ViacomCBS and Simon & Schuster.

24   With me is Ryan Shores.

25             THE COURT:  Good morning.
```

 1           All right.  So I received a communication to

 2   chambers that Mr. Tart has tested positive for COVID.  So

 3   I'm very sorry to hear that, and he is going to be

 4   testifying this morning by video as a result.

 5           And so, Mr. Tart, I hope that you're feeling okay

 6   and I appreciate you testifying despite your positive test.

 7           Are there any other --

 8           THE WITNESS:  Yes.  Thank you.  I feel okay.

 9           THE COURT:  Okay.  Thank you.

10           Are there any preliminary matters before we return

11   to his testimony?

12           MR. READ:  Just a few, Your Honor.

13           First, the stipulation can be signed.  All of the

14   third parties, we've reached out to them and there is no

15   objection.

16           THE COURT:  Thank you very much.  I'll sign that

17   during the break.

18           MR. READ:  Second, in the Dohle examination, we

19   admitted PX80.  In the notebook was A through F.  I think I

20   said we'd admit A through E.  F is the translation

21   certificate for the last exhibit.

22           THE COURT:  I see.

23           MR. READ:  So if I could amend the record, I have

24   the materials if Your Honor would like them.

25           THE COURT:  That's okay.  We'll admit A through F.

1     MR. READ:  Okay.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                              (Plaintiff's Exhibit PX80A through F
                                      received into evidence.)
2

3            MR. READ:  And then the last thing is I thought I

4    would tell you our plan for the next few days.

5            THE COURT:  Yes, I'd appreciate that.

6            MR. READ:  We're going to finish the examination

7    with Mr. Tart, we're going to call the CEO of Macmillan and

8    then we're going to put on our economic expert.

9            THE COURT:  Okay.

10           MR. READ:  Then tomorrow morning, we may have to

11   break up the examination of the economic expert because

12   we'll put on the CEO of HarperCollins and he has to appear

13   in the morning.

14           THE COURT:  Okay.

15           MR. READ:  And then we expect to play, after the

16   economic expert is done, the video of Christy Fletcher, the

17   agent, and then we'll rest.  So we should be done tomorrow.

18           THE COURT:  Okay.  Thank you for the roadmap.

19   That's a lot to accomplish by tomorrow.  You think you're

20   going to finish by tomorrow?

21           MR. READ:  I'm eternally optimistic.

22           THE COURT:  Okay.  Excellent.  That's a good

23   quality.

24           Mr. Petrocelli.

25           MR. PETROCELLI:  Yeah, along the same vein and
```

1  prompted by your observation at the end of the session on

2  Thursday about finishing on time, looking at the schedule,

3  Your Honor, DOJ so far has spent 14 hours and 8 minutes of

4  their 38 hours, we have spent 8 hours and 19 minutes of our

5  34 hours.

6          I think it's going to be a bit challenging to

7  finish on time, and I'm wondering if the Court can consider

8  holding session on Friday, this Friday.  If you're able to

9  do that, I think we can make it.

10         THE COURT:  I can't do it this Friday, but I could

11 do it next Friday.

12         MR. PETROCELLI:  Next Friday is closing argument.

13         THE COURT:  Well, I guess we could push that back

14 potentially to Monday.  I just can't do it this Friday.

15         MR. PETROCELLI:  Well, maybe we can revisit that

16 early next week and see where we are, not your availability

17 on this Friday, but whether we can make it to the finish

18 line or whether we need to push it over to that following

19 Monday for closing argument.

20         THE COURT:  Okay.  Let me just take a quick look.

21         It would give you a weekend to prepare.

22         MR. PETROCELLI:  Yes, that's true.

23         THE COURT:  So I could do it.  We could push to

24 Monday.  I have a 2:00 status conference, but I think that

25 could either be moved or we could just break while I do that

```
 1   and then come back.  So we could do this on Monday.
 2              MR. PETROCELLI:  Okay.
 3              THE COURT:  So if necessary, we could push it to
 4   Monday.
 5              MR. PETROCELLI:  Okay.  Thank you.
 6              THE COURT:  Okay.
 7              All right.  So if there's nothing further, we'll
 8   return to the testimony of Mr. Tart.  I think we're on
 9   redirect by Ms. Bellshaw.
10              Mr. Tart, I just want to remind you that you're
11   still under oath.  Do you understand?
12              THE WITNESS:  Yes.
13              THE COURT:  Okay.  Thank you.
14              MS. BELLSHAW:  Good morning, Your Honor.
15   Meagan Bellshaw for the United States.
16                          - - -
17   BRIAN TART, WITNESS FOR THE PLAINTIFF, HAVING BEEN
18   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
19   FOLLOWS:
20                  REDIRECT EXAMINATION (CONTINUED)
21                          - - -
22   BY MS. BELLSHAW:
23       Q    Good morning, Mr. Tart.
24       A    Good morning.
25       Q    Thank you for joining us by Zoom this morning.
```

```
1    I'm going to do my best to get you out of here quickly.
2            I have just a few questions -- or I have question
3    on just a few of the topics that Ms. Rudzin asked you about
4    last week.  I'm going to do my best to look at you sometimes
5    but your screen is over here.
6            Last week Ms. Rudzin asked you several questions
7    about Viking's competitors.  You would agree that you
8    compete most frequently in auctions with other members of
9    the Big 5; is that right?
10   A    You know, I often find out who wins the auctions
11   but I don't always know who's in it.  I would -- I know that
12   Simon & Schuster, Hachette, Macmillan, and HarperCollins are
13   often in the auctions that I'm in, but I also think they
14   aren't the only ones, but I just -- I don't always get that
15   information.
16   Q    Fair to say that it would be unusual for Viking to
17   compete in an auction without at least one member of the Big
18   5 present?
19   A    I think -- I would expect one to be there, yes.
20   Q    You testified in response to Ms. Rudzin's
21   questions about three instances where you lost books to
22   non-Big 5 publishers.  Do you recall that testimony?
23   A    I do.
24   Q    Including one book that you lost to Norton on a
25   preempt, right?
```

1    A    Yes.

2    Q    And that you lost to Norton on a preempt means

3    that Viking never submitted a bid for the Norton book; is

4    that right?

5    A    I believe so, yes.  I know we were talking about a

6    bid but I don't think we had the opportunity to make the

7    offer.

8    Q    You were deposed in this litigation in March of

9    2022, right?

10    A    Yes.

11    Q    And at that deposition, you recall that my

12    colleague from the Department of Justice asked you questions

13    about the publishers with whom Viking competes?

14    A    Yes.

15    Q    And do you recall that at that deposition, you

16    could not identify a single instance where Viking bid on a

17    book and lost the book to Norton?

18    A    Yes.

19    Q    Is it fair to say that at your deposition, you

20    couldn't think of a single book that Viking bid on and lost

21    to Norton because it doesn't happen very often?

22    A    I couldn't think of one at the time.  And I had

23    forgotten the instance where the book -- that book was

24    preempted.

25    Q    And fair that you couldn't think of any other

1    instances where Viking lost a bid to Norton because it

2    doesn't happen very often?

3        A    Yes.

4        Q    At your deposition, you also could not identify a

5    single instance where Viking made an offer and lost to a

6    non-Big 5 publisher; is that right?

7        A    Yes.

8        Q    And, again, you were able to identify some in

9    response to your counsel's questions, but fair to say it's

10   unusual for Viking to lose a book to a non-Big 5 publisher?

11       A    For the ones that I find out -- and we usually do

12   find out who wins the auction, yes.

13       Q    You testified last week that the Penguin Random

14   House bidding rule does not apply to best-bid auctions,

15   right?

16       A    Correct, yes.

17       Q    That exception that imprints can bid against each

18   other in a best-bid auction is not written down anywhere,

19   right?

20       A    I don't know if it is.

21       Q    You also testified that sometimes an auction will

22   start as a rounds auction and then the agent will decide to

23   call for best bids, right?

24       A    Yes.

25       Q    And I just wanted to clarify, in that instance,

```
1   Viking's best and final offer would be capped by whatever
2   the existing highest Penguin Random House bid was, right?
3        A    Just so I'm clear, if we're in a rounds auction
4   and they call for best bids, we can make a best bid based on
5   our individual valuation, meaning the imprints valuation of
6   the book.  I don't really -- I don't get what you mean by
7   capped.
8        Q    So if you're in a rounds auction where -- and the
9   agent calls for best bids and only Penguin Random House
10  imprints remain to bid in the next round, which is a
11  best-bids auction, you can match the other Penguin Random
12  House imprints but you cannot exceed the Penguin Random
13  House imprint bids; is that right?
14       A    That's not really my understanding of it.
15            You know, if we are -- we often don't know what
16  the other bids are from the other divisions at Penguin
17  Random House.  We would know what they are from the Penguin
18  Publishing Group.  And so you would have an opportunity
19  possibly to join the highest bid from the Penguin Publishing
20  Group.  But we don't often know what the other divisions are
21  doing, so it's -- it doesn't really extend beyond our own
22  division.
23       Q    Mr. Tart, you should have received a file of
24  documents in your email.  Did you receive that a few minutes
25  ago?
```

1    A    You know, I've been refreshing, but I haven't

2    received it.

3    Q    So there were two emails that were sent.  Have you

4    received either of them?

5    A    I have not.

6    Q    We may need to come back to that because I think

7    we're having technical difficulties and can't show the

8    witness.

9          THE COURT:  You can't share your screen and show

10    from here?

11          MS. BELLSHAW:  No, we've been unable to get on the

12    WiFi this morning so we're not able to join the Zoom to

13    share our screen.

14          THE COURT:  Okay.

15          MS. BELLSHAW:  So we may come back to that.

16          THE COURT:  Can we see if we can get the WiFi up

17    and running.

18          COURTROOM DEPUTY:  I'm going to send an email.

19          MS. BELLSHAW:  And we'll do our best to get back

20    on in the meantime.

21          THE COURT:  Okay.

22    BY MS. BELLSHAW:

23    Q    Mr. Tart, you mentioned two titles last week in

24    your testimony that you consider to be books that got away,

25    right?

```
 1        A    I can't think exactly which ones you're speaking
 2   of.
 3        Q    Marie Kondo's book, The Life-Changing Magic of
 4   Tidying Up and Where the Crawdads Sing?
 5        A    Yes.
 6        Q    Those books were both published by imprints of
 7   Penguin Random House, right?
 8        A    Yes, they were.
 9        Q    So while those books may have gotten away from
10   you, they didn't get away from Penguin Random House, right?
11        A    Yes.
12        Q    I'd like to ask you a few questions about
13   marketing.
14             And actually, if I can pause just one moment,
15   I think this may require a document.
16             THE COURT:  Okay.
17             MS. BELLSHAW:  I think we're going to ask
18   defendant's counsel to please share their screen.  They've
19   graciously offered to do that.
20             THE COURT:  Thank you very much.
21   BY MS. BELLSHAW:
22        Q    So if we could, we'll step back and take a look at
23   PX332, which was admitted into evidence last week.
24             And so, Mr. Tart, this is going to be shared on
25   your screen in just a moment.
```

```
 1        A     Okay.

 2        Q     Can you see the image?

 3        A     I can.

 4        Q     It may be a little bit small.

 5        A     Just went away, the image.

 6              MS. BELLSHAW:  Could we not publish this to the

 7     gallery, the version they have may not be redacted.

 8     Thank you.

 9     BY MS. BELLSHAW:

10        Q     So, Mr. Tart, looking back at this email, PX332,

11     we looked at this last week.  And the bottom email from

12     Ms. James to an agent -- sorry, if you could scroll down,

13     it's the very bottom email on this page.  Thank you.

14              Yes, right there.  Thank you.

15              The agent is laying out here the Penguin Random

16     House bidding rule to the agent, correct?

17        A     Yes.

18        Q     Ms. Agent does -- or Ms. James doesn't tell the

19     agent in her email about the exception for best-bids

20     auctions, right?

21        A     Yes.

22        Q     So Ms. James writes, "When it gets down to just

23     PRH bids, though, we can only match each other, we can't

24     further bid each other up."

25              So she never lets the agent know that even though
```

```
1   this auction is starting as a rounds auction, if the agent
2   decides to go to best bids, the Penguin Random House
3   imprints can bid against each other, correct?
4        A    She doesn't mention that, no.
5        Q    And if we could scroll up to the next email,
6   please, the agent writes back to Ms. James -- and in the
7   middle of her email the agent writes, "And I can confirm
8   there are non-PRH imprints in the mix.  I'm asking that this
9   next and final bid come in by 3:30 p.m. if that's possible."
10            The agent here is moving to a best-bids round;
11  is that correct?
12       A    Yes.
13       Q    And in doing so, she's confirming that there are
14  non-Penguin Random House imprints in the mix?
15       A    Yes.
16       Q    And if Penguin Random House imprints are allowed
17  to bid against each other in the best and final auction
18  round, there will be no need for the agent to reassure
19  Penguin that there are non-Penguin Random House imprints in
20  the mix before moving to a best-bid format, correct?
21       A    In this scenario, I believe it's essentially a
22  better best auction and she's confirming that there were
23  non-Penguin Random House imprints who were in the -- who
24  made the last bid, meaning the first bid.  And then,
25  therefore, by going to best bids, it's understood that we
```

```
 1    can make a bid even if the bidders in the first round who
 2    are not PRH bidders end up not bidding.
 3         Q    So if in the first round only Penguin Random House
 4    bidders had participated, you would not be able to
 5    participate in the next round?
 6         A    That is my understanding, yes.
 7         Q    Okay.  Thank you, Mr. Tart.
 8              I wanted to ask you a few questions about
 9    marketing.  You testified last week that Viking decides what
10    level of marketing support to provide a book about six weeks
11    before publication; is that right?
12         A    Yes.
13         Q    But is it correct that sometimes you do bring
14    marketing and publicity in to help when you're thinking
15    about how much to bid for a book?
16         A    Yes.
17         Q    If we could look at PX327, please?
18              THE COURT:  Can this be shown to the gallery?
19              MS. BELLSHAW:  Do you have redactions on your
20    version?
21              No.  My apologies, Your Honor.
22              THE COURT:  Okay.  Thank you.
23    BY MS. BELLSHAW:
24         Q    PX327 is an email chain with a top email dated
25    June 30th, 2020, from Wendy Wolf to you; is that right?
```

```
 1        A    Yes.
 2        Q    And this is an email regarding the auction for
 3   book 44 that we discussed last week?
 4        A    Yes.
 5             MS. BELLSHAW:  Your Honor, I move to admit PX327
 6   into evidence.
 7             THE COURT:  Any objections?
 8             MS. RUDZIN:  No objection.
 9             THE COURT:  327 will be admitted.
10                              (Plaintiff's Exhibit PX327
                                   received into evidence.)
11
12   BY MS. BELLSHAW:
13        Q    Looking at the email from Ms. Schulz to you on
14   June 15th, 2020, it is on the page with the Bates number
15   ending in 1077 at the top.
16             Thank you.
17             Ms. Schulz -- again, Ms. Schulz is the
18   editor-in-chief at Viking books, right?
19        A    Yes.
20        Q    And this email from Ms. Schulz to you appears to
21   be from early on in the auction process before Viking has
22   submitted any bid for book 44; is that right?
23        A    I believe so, yes.
24        Q    Ms. Schulz is forwarding you the initial P&L and
25   explaining why she thinks that Viking -- that, I'm sorry,
```

1    book 44 could be worth up to $700,000?

2        A    Yes.

3        Q    In explaining her valuation of book 44, Ms. Schulz

4    identifies a comparative title and writes, "Lindsey is

5    certain she could get that level of media attention and

6    ongoing audience for the author of book 44."  Lindsey refers

7    to Lindsey Prevette, Viking Books' director of publicity,

8    is that right?

9        A    Yes.

10       Q    Later, you forward the P&L for book 44 to your

11   boss Allison Dobson.  It's the email from Mr. Tart at -- on

12   June 16th at 10:17 a.m.  And you say to him -- you explain

13   to Ms. Dobson in your email, "There is great publicity

14   support for this."

15           Do you see that?

16       A    Yes.

17       Q    So is it fair to say that for book 44, you started

18   thinking about the level of publicity support to give book

19   44 early on before you even bid on the book?

20       A    Yes.

21       Q    Thank you.

22           Mr. Tart, I just ask you to check and see if you

23   have received the file that we sent this morning yet?

24       A    Yes, I did.  I have it.

25       Q    Great.  Thank you.

1    A    Thank you.

2    Q    You don't need to open anything right now but I

3  may ask you to open a document in a moment.

4    A    Okay.  Yep, it's here.

5    Q    Mr. Tart, you testified last week that a larger

6  advance doesn't indicate how well that a book will sell.

7  Do you recall that testimony?

8    A    Yes.

9    Q    And you gave some examples of a book that had

10  received a high advance and sold really well and then also

11  of a lower advance book that did well.  Do you recall that?

12    A    Yes.

13    Q    Now, acknowledging that there will always be some

14  outlier break-away hits or duds, you would agree that

15  generally high advance books as a group sell more copies

16  than lower advance books?

17    A    Looking at my list, I can see a wide range of

18  books that succeed with high advances and books that succeed

19  with low advances.

20         It's possible, probable, that if you put them all

21  together, you would sell more copies with the books that

22  have higher advances, but I -- at least for the Viking list,

23  I do see a range at the top of the list for me in terms of

24  which books are successful.

25    Q    And recognizing that, again, not every book will

```
 1    fall into these categories, you would agree that generally
 2    higher advance books correlate with higher sales than lower
 3    advance books, correct?
 4         A    We certainly acquire them that way.  And as you
 5    say, there are exceptions.  It doesn't always go according
 6    to plan.  I would think that, ultimately, that is the case,
 7    that the higher advance books would sell more, but I don't
 8    know I'd really spend time tracking them.
 9         Q    Mr. Tart, you testified in response to
10    Ms. Rudzin's questions that when estimating future book
11    sales in the P&L, you don't usually get it right.  Do you
12    recall that testimony?
13         A    Yes.
14         Q    And you described the predicted sales and the P&Ls
15    as a guess?
16         A    Yes.
17         Q    Is it fair to say it's an educated guess?
18         A    Yes, we do our best to get as close to it as we
19    can in terms of the comp being realistic.
20         Q    And the P&Ls are based on sales data from comp
21    titles whose success you believe you can emulate, right?
22         A    Yes.
23         Q    And you use your own experience and the experience
24    of your editors to select the comp titles to include in the
25    P&Ls?
```

1    A    Yes.

2    Q    And Viking uses comp titles to estimate future

3    sales in the P&Ls because those give Viking a view of the

4    market it is hoping to publish into, right?

5    A    I think the understanding is that it may be a view

6    of the market at this moment or when those books were

7    published, but it's not necessarily a view of the market in

8    two, three, how many years we're actually going to publish

9    the book.  We do understand that that is very difficult,

10    nearly impossible to predict.

11    Q    So when you prepare the P&Ls, they represent

12    Viking's best estimate of how well a book will sell based on

13    market conditions at the time the book is acquired, correct?

14    A    It takes in account a lot of factors.  Best

15    estimate or best guess is pretty close to me, you know,

16    describing the process.

17         But it is about the market that is existing or has

18    existed more than trying to predict the market in how many

19    years we're going to publish the book.

20    Q    And you submit these P&Ls to the finance

21    department at Penguin, right?

22    A    Yes.

23    Q    And if the advance is above $250,000, you also

24    submit them to your boss, the President of Penguin

25    Publishing Group?

```
1        A      Yes.

2        Q      Thank you.

3               MS. BELLSHAW:  No further questions.  Thank you,

4   Mr. Tart.

5               THE COURT:  Thank you.

6               THE WITNESS:  Thank you.

7               THE COURT:  I have a question for Mr. Tart.

8               Mr. Tart, I've heard, and it's my understanding,

9   that the attempted -- the anticipated top selling books

10  represent only 2 percent of the books that are actually

11  published.  And I was wondering if you could speak for a

12  minute about the other 98 percent of the books and what the

13  process is like to acquire the books with low advances, how

14  low do those advances go, where there's no competition.

15  I just want to get a general sense of the other books.

16              THE WITNESS:  Okay.

17              So by other books, is there a range, like an

18  advance range you're look at?

19              THE COURT:  Yeah, I guess, like, maybe you can

20  tell me below 100,000.  Just books that there's -- I guess

21  there's not competition for those books; is that right?

22  I'm just trying to understand what's going on with the other

23  98 percent.

24              THE WITNESS:  Well, for us, you know, we do have a

25  range of advance levels that we -- on our list every year.
```

1    I do think a balance of that is really important, meaning a

2    number of books that are in the seven-figure range, so

3    forth, and then a number of books somewhere in the middle,

4    and then some books in the five figures, low six figures,

5    that you're acquiring for -- oftentimes it's a number of

6    reasons.  One is it may not be that book that is going to be

7    a breakout book but you feel the writer has a book in him or

8    her that you want to invest in for the future.

9              So the *Fiona and Jane* example is a pretty good one

10   of that.  I didn't really think that a collection of short

11   stories would be as -- we could do as much with it as we

12   ended up doing.

13             So we have, I'd say, less than a quarter of our

14   list is in that range of low six figures to five-figure

15   books.  But we generally have a few on every list and we do

16   three lists a year.  So what is that?  About 20 books a

17   season.  So of those, we have a handful that would be

18   authors that were growing, books we're trying to set up in

19   the best possible way that aren't -- don't have big advances

20   to it.

21             And you can take some chances with those, you can

22   get really creative in terms of how you publish them,

23   I think, and so that's kind of why we do it.

24             THE COURT:  I see.

25             And so is it fair to say that there isn't really

```
 1   competition for books like that, that they're just authors
 2   that you're home growing?
 3              THE WITNESS:  It's -- there is often some
 4   competition but it's usually around that same level.
 5              And then for the kind of mid-five-figure books
 6   or -- there may be just one other publisher or two who are
 7   interested, if that.
 8              But people are -- generally see it at the same
 9   level so that's why the price doesn't go up.
10              THE COURT:  And can you talk a little bit about
11   those authors, like are they different to deal with?  Are
12   they -- I just imagine you have a broad range of authors and
13   author expectations.
14              THE WITNESS:  I don't really get -- no, I don't
15   think they're different to deal with.  I think they are
16   excited to be published.  I think they have ambitions and
17   aspersions just like the others on the list.  I think, you
18   know, it's -- they're looking for opportunities in the same
19   way.  If opportunities come and people start to think those
20   books could really do something, they are right there with
21   us to help support it, promote it as much as possible.  So
22   we have the same conversations with those authors as we do
23   with authors with bigger advances.  You know, we might not
24   get as many opportunities, but we're trying to do the same
25   thing.
```

1    THE COURT:  And do you have more leverage over

2    these authors?  For example, you can offer them less money.

3    Can you also not entertain things like bonuses and things

4    like that?  Front loaded royalties?

5    THE WITNESS:  Yeah, you know, sometimes that will

6    come up even if it's one other bidder, you know.

7    I usually -- I think I tried to make the point

8    that I usually have to decide about the other aspects, those

9    other deal points when the -- we still haven't yet bought

10   the book.  When there's leverage, the agent is saying, well,

11   there's somebody else who's interested -- who's close to

12   you, but if you give me this or that, then it's yours, and

13   that's usually when I'll negotiate to get the book.  And so,

14   you know, bonuses come up, even at the five-figure level.

15   You know, mostly when you make an offer at the

16   five-figure level and you're not going to get to six

17   figures, the agents, a lot of agents try to get there with

18   bonuses.  So we do talk about bonuses at that level.

19   THE COURT:  And how often in this kind of part of

20   the market is there competition, or how often are you just

21   picking your own people without competition?

22   THE WITNESS:  I think there's usually -- it's

23   unusual that we would be the only ones interested in a book.

24   I think that happens certainly.

25   But usually it's -- you know, we ultimately just

```
 1   don't often know how many people are interested in it.  Just
 2   the agents kind of tell us what they want to tell us in
 3   order to get the best deal they can.  So, you know, they'll
 4   say things like, well, I have interest but we'd like to go
 5   with you, or --
 6            So it kind of, sometimes it does end up being just
 7   a one-on-one negotiation with the agent at that level.  We
 8   just don't really know.  And I'm fine with that because if
 9   we want the book, we want the book, I want to get the deal.
10   At that level, I still think there's opportunity for success
11   so I'm happy to engage in those negotiations.
12            THE COURT:  Thank you.
13            Any questions based on my questioning?
14            MS. BELLSHAW:  No, Your Honor.  Thank you.
15            THE COURT:  Thank you.
16            Any questions from you, Ms. Rudzin?
17            MS. RUDZIN:  Yes.
18                        -  -  -
19                  RECROSS-EXAMINATION
20   BY MS. RUDZIN:
21       Q    Mr. Tart, just so we're clear, you just told the
22   Court that sometimes for lower advance books Viking might be
23   the only one interested.  Can that happen with higher
24   advance books, books that go for more than 250 as well?
25       A    It can, yes.
```

1    Q    And just so we're clear, the *Fiona and Jane*

2    example you gave where I think you testified last week that

3    it was low or mid-five-figure advance, do you recall how you

4    acquired that book?

5    A    It was, I believe, a two-book deal.  We bought a

6    collection of short stories and we bought a novel.

7         I can't remember the circumstances of whether or

8    not it was an auction, a best bid, but I know it was a

9    two-book deal.

10    Q    Do you know whether it was a competitive bid

11    situation?

12    A    I believe there was.

13    Q    So it's fair to say there is competition for books

14    that sell below six figures, correct?

15    A    Yes.

16    Q    Can you explain -- Ms. Bellshaw asked you about

17    the publicity support for book 44.  Can you explain the

18    difference between publicity and marketing?

19    A    Yes, publicity is where we engage with the media

20    to promote the book.

21         The costs with publicity are often around book

22    tours, or travel that might be -- we might have to send an

23    author to L.A. or Chicago or wherever for the publicity

24    appointment, but they aren't marketing costs, we're not

25    spending advertising costs on publicity.

1    Q    So in general, publicity is sort of free marketing

2  versus marketing the company pays for, right?

3    A    That's the way we think of it.

4         THE COURT:  I'm sorry, I didn't understand that.

5  Can you explain that?

6         THE WITNESS:  Yes.

7         THE COURT:  Free marketing.

8         THE WITNESS:  Yes, publicity is -- I'm sorry.

9         THE COURT:  I didn't understand the distinction

10 between free marketing.

11        THE WITNESS:  Okay.

12        So publicity is where we're using the media,

13 partnering with the media to spread the message of the book.

14        We don't pay to get on television shows.  We don't

15 pay to get on NPR.  We don't pay to -- for review attention,

16 things like that.  So we will pay for advertising.  We will

17 pay for digital programs, things like that.  But we consider

18 those different than publicity.  We make a distinction

19 between publicity and marketing.  We have a publicity

20 department and we have a marketing department.

21        THE COURT:  I see.  Thank you.

22        MS. RUDZIN:  If I could ask that Exhibit 332 be

23 shown to Mr. Tart but not made public, please.

24 BY MS. RUDZIN:

25    Q    Mr. Tart, Ms. Bellshaw asked you about this

```
 1   auction and I think you said that you recalled it was a
 2   better best auction, correct?
 3        A    Yes.
 4        Q    Just to be clear, Ms. Bellshaw didn't quite
 5   understand that your bid was not capped in the second round
 6   because there were non-PRH bidders in the first round,
 7   right?
 8              MS. BELLSHAW:  Objection; leading, Your Honor.
 9              THE COURT:  Sustained.
10              Also characterizing the other attorney, I don't
11   think is appropriate.
12              MS. RUDZIN:  Okay.
13   BY MS. RUDZIN:
14        Q    So why don't you tell us about what you told
15   Ms. Bellshaw about how the bidding rule worked in this
16   auction, please?
17              THE COURT:  I think that was clear ultimately.
18   Let's move on.
19              MS. RUDZIN:  Okay.
20   BY MS. RUDZIN:
21        Q    So I'll ask a different question then.
22              If the Random House division and Knopf division
23   had been participating in this auction, what would you have
24   known about their bids, if anything?
25        A    I most likely wouldn't have known about their
```

1    bids.  Just the Penguin bids.

2        Q    Would you have known if they were even in the

3    auction?

4        A    Not necessarily, no.

5        Q    And finally, Ms. Bellshaw asked you about who you

6    compete with in auctions and noted that Viking doesn't as

7    often lose to non-Big 5 imprints.  Who does Viking most

8    often lose to?

9        A    It's a wide range of imprints around publishing.

10            When I get that information, I really don't see a

11   consistent imprint that I'm losing to.

12       Q    Do you have a sense of how many books you lose to

13   other Penguin Random House imprints?

14       A    My feeling is that if -- we lose most often to

15   other Penguin Random House imprints.

16            MS. RUDZIN:  Thank you.  Nothing further.

17            THE COURT:  Thank you.

18            Any questions, Ms. Bellshaw?

19            MS. BELLSHAW:  Just a few, Your Honor.

20            THE COURT:  All right.

21                        - - -

22            FURTHER REDIRECT EXAMINATION

23   BY MS. BELLSHAW:

24       Q    Mr. Tart, I think you just said a moment ago that

25   if other Penguin Random House divisions were also bidding on

```
 1    a book, you wouldn't know what their bid was.

 2             Did I understand that correctly?

 3             MS. RUDZIN:  Objection.

 4             THE WITNESS:  Yes, in most circumstances --

 5             THE COURT:  I'm sorry.  What's the objection?

 6             MS. RUDZIN:  He said, "You wouldn't know."

 7             THE COURT:  He can answer the question then.

 8    Overruled.

 9             You may answer the question.

10             THE WITNESS:  In most circumstances, I don't know.

11    BY MS. BELLSHAW:

12        Q    But there are circumstances where you are

13    competing in an auction and other Penguin Random House

14    divisions are also competing in the auction where the

15    divisions discuss their bids among one another, correct?

16        A    Yes, there are times when they're discussed at the

17    division head level.  I never have those discussions.

18    I don't talk to the other publishers about it, neither do

19    the editors, but it does happen, you know, on the division

20    head level.

21        Q    And when it does happen at the division head

22    level, you are sometimes made aware of those conversations,

23    correct?

24        A    Yes.

25        Q    And sometimes the divisions at Penguin Random
```

```
 1   House will coordinate their bids when submitting them in an
 2   auction, correct?
 3        A    We coordinate our bids on the Penguin Publishing
 4   side, but I don't know about that on the Penguin Random
 5   House.
 6        Q    Mr. Tart, if you would look at the document that
 7   you received this morning marked PX336.
 8             Would you mind putting PX336 on the screen.
 9             THE COURT:  And that may not be shown to the
10   gallery?
11             MS. BELLSHAW:  If it's not redacted, it may not be
12   shown.  Apologies, Your Honor.
13             THE WITNESS:  Is it possible to see it -- there it
14   is.
15             MS. BELLSHAW:  Thank you.
16   BY MS. BELLSHAW:
17        Q    Mr. Tart, PX336 is an email chain with a top email
18   dated June 14th, 2018, from Georgia Bodnar to you;
19   is that right?
20        A    Yes.
21             MS. BELLSHAW:  Your Honor, I move to admit PX336.
22             THE COURT:  Any objections?
23             MS. RUDZIN:  No objection, Your Honor.
24             THE COURT:  That will be admitted.
25                                 (Plaintiff's Exhibit PX336
                                    received into evidence.)
```

BY MS. BELLSHAW:

Q    If you could look at the last email in the chain on PX336, it's an email from Casey Blue James to you and others at Penguin Random House.  Do you see that?

A    Yes.

Q    And Ms. James is providing you an update on a bid that the Penguin Publishing Group had submitted for the book referenced here in the email, correct?

A    Yes.

Q    And then in Ms. James' email, she identifies several other bidders for the book referenced in PX336, including Penguin -- offers to Penguin Publishing Group?

A    Yes.

Q    Knopf?

A    Yes.

Q    Knopf is a division of Penguin Random House, correct?

A    Yes.

Q    And then also RH.  Is it your understanding that that refers to Random House?

A    Yes.

Q    And Ms. James is informing you that Random House has dropped out of the auction?

A    Yes.

Q    And then she writes, "Crown, currently their

1    turn."  Crown is also a division of Penguin Random House,

2    correct?

3        A    Yes.

4        Q    Ms. James writes, "Basically the agent followed

5    the rules, but PRH is now the main driver of value here.

6    So we're agreeing to move up slowly."

7            Do you see that?

8        A    I do.

9        Q    "Crown intends to bid 890,000, up only 5K.  When

10   it comes back to us, which should happen right after Crown,

11   Allison suggests we also go up a mere 5K, to 895,000."

12           Did I read that correctly?

13       A    Yes.

14       Q    Ms. James goes on, "Then we'll find out from Knopf

15   at what level is comes to them and can continue to gauge."

16           Do you see that?

17       A    Yes.

18       Q    So it's fair to say that there are auctions where

19   the divisions of Penguin Random House coordinate the bids

20   that they're submitting for a particular book, correct?

21       A    It does happen, it happened in this instance.

22           MS. BELLSHAW:  Thank you.  No further questions,

23   Your Honor.

24           THE COURT:  All right.  Thank you.

25           Thank you, Mr. Tart.  I hope you feel better soon.

```
 1   And I appreciate you appearing by video despite being sick.

 2   Thank you very much for your testimony.

 3            THE WITNESS:  Thank you.

 4            THE COURT:  All right.  The government may call

 5   its next witness.

 6            MR. KIM:  Good morning Your Honor.  Ihan Kim for

 7   the United States.

 8            THE COURT:  Good morning.

 9            MR. KIM:  The United States calls Donald Weisberg

10   to the stand, please.

11            While we're waiting for Mr. Weisberg, I don't know

12   if there are any technical difficulties with the Zoom.

13            My apologies.  Is this better?

14            THE COURT:  Could you raise your right hand to be

15   sworn?

16            COURTROOM DEPUTY:  Raise your right hand.

17            (Witness is placed under oath.)

18            COURTROOM DEPUTY:  Thank you.

19            THE COURT:  You can be seated.

20            THE WITNESS:  Thank you.  Good morning.

21            MR. KIM:  All right.  Your Honor, we have the

22   exhibits prepared for Mr. Weisberg.

23            THE COURT:  I'm having trouble hearing you,

24   Mr. Kim.

25            MR. KIM:  My apologies.  Is this better?
```

```
 1                THE COURT:  Yes.

 2                MR. KIM:  We have some binders prepared for

 3    Mr. Weisberg.  Is it all right if we approach the bench?

 4                THE COURT:  Yes, of course.

 5                MR. KIM:  Your Honor, just one procedural note

 6    before we begin.

 7                Our questioning is going to involve some topics

 8    that relate to the current and future business plans of

 9    Macmillan Publishers and, for that reason, we propose

10    conducting a bifurcated examination today with one portion

11    being opened, including direct, cross, and redirect,

12    followed by a closed session with also direct, cross, and

13    redirect for those topics.  Is that acceptable?

14                THE COURT:  Yes, that's fine.

15                MR. KIM:  Great.  Thank you.

16                All right.  May I proceed, Your Honor?

17                THE COURT:  Yes.

18                MR. KIM:  Thank you.

19

20

21

22

23

24

25
```

```
 1                            - - -

 2   DONALD WEISBERG, WITNESS FOR THE PLAINTIFF, SWORN

 3                       DIRECT EXAMINATION

 4                            - - -

 5   BY MR. KIM:

 6        Q    Good morning, Mr. Weisberg.

 7        A    Good morning.

 8        Q    If it helps, you can take off your mask, if that's

 9   all right with you.

10        A    Thank you.

11        Q    Thank you.

12             Could you state your full name for the record,

13   please?

14        A    My name is Donald Weisberg.

15        Q    And what's your current title right now?

16        A    Current title is chief executive officer of

17   Macmillan Publishers.

18        Q    And how long have you had that position?

19        A    Soon to be two years.

20        Q    Okay.

21             And at a high level, could you describe your

22   responsibilities as CEO of Macmillan Publishers?

23        A    Yeah, I'm responsible for the Macmillan Publishers

24   English-speaking worldwide.  So it would be U.S., North

25   America, England, U.K., South Africa, Australia, India.
```

1    Q    And when you say you're responsible for those

2    areas, what do you mean by that responsibility?

3    A    All of the folks reporting to me, we're

4    responsible for publishing the books in those areas.

5    Q    Could you describe your prior positions at

6    Macmillan?

7    A    I was president of the Macmillan Publishing Group

8    U.S., and I assume you're going to ask the responsibility,

9    so I was primarily responsible for two areas, content and

10   sales.

11   Q    And when you talk about content, what do you mean

12   by that?

13   A    The books, buying and marketing and packaging the

14   books.

15   Q    And who did you report to then when you were

16   president of the U.S. part of Macmillan?

17   A    I reported to John Sargent, who's chief executive

18   officer.

19   Q    You succeeded Mr. Sargent as chief executive

20   officer?

21   A    I did.

22   Q    Could you give us a description of your work

23   history in publishing prior to joining Macmillan, please?

24   A    Sure.

25        I started in approximately 1974 working in a

1    bookstore in Yonkers, New York.  I did pretty much

2    everything you can do in a bookstore.  I ended up managing

3    the bookstore.

4         I left, came to Bantam Books at that time as a

5    telephone sales rep.  Bantam became Bantam Doubleday Dell.

6    Bantam Doubleday Dell became Random House.  I worked

7    numerous jobs, marketing, publishing, primarily sales.

8         I left in around 2007, took a year off, and then

9    came to Penguin and began working as their head of their

10   children's division.  Then Penguin was merged with Random

11   House and I did the same thing for what was then Penguin

12   Random House.

13        I left in -- approximately six, seven years ago,

14   six years ago, to do what I previously described at

15   Macmillan.

16   Q    Great.

17        And just to back up about some of those roles,

18   when you left Random House, what was your position then?

19   A    My title was Chief Operating Officer.  I don't

20   think I was actually -- I had all of the responsibilities

21   that a chief -- typical chief officer -- chief operating

22   officer has, but that was my title.

23   Q    And could you give us just a short overview of

24   what your responsibilities were then?

25   A    I'm sorry, which time?  When I left Random House?

1    Pick one.

2        Q    Yes, when you were Chief Operating Officer at

3    Random House could you give us an overview of those

4    responsibilities?

5        A    Yeah.

6             When I left?

7        Q    Yes.

8        A    To become -- I left without a job.

9        Q    Just during the time you were COO, what were your

10   responsibilities?

11       A    I had the sales department reporting to me.  I had

12   the warehouse reporting to me.  I had production reporting

13   to me, inventory, IT.

14            I had most of the functions that a COO has without

15   human resources and legal.

16       Q    And when you joined Penguin as -- to work in their

17   children's division, who owned Penguin at the time?

18       A    Who owned it.

19       Q    Yes?

20       A    Pearson.

21       Q    So that was prior to the merger between Penguin

22   and Random House?

23       A    Correct.

24       Q    Going back to Macmillan, how would you describe

25   Macmillan's business?

1   A   How would I -- I'm sorry, I don't understand the

2   question.

3   Q   Yeah, sure.

4       So Macmillan Publishers publishes what kinds of

5   books?

6   A   We publish commercial, nonfiction, fiction,

7   bestsellers, across the spectrum, but primarily commercial.

8   Q   And does Macmillan have an owner?

9   A   We're owned by -- yes, we're owned by the von

10  Holtzbrinck Group out of Stuttgart.

11  Q   And who owns the von Holtzbrinck Group?

12  A   Combined with Stefan von Holtzbrinck and

13  Christiane Schoeller are the two managing partners.  They're

14  the owners.

15  Q   Does Macmillan divide its U.S. publishing business

16  into imprints?

17  A   Yes.

18  Q   And could you list those for us, please?

19  A   Yeah, St. Martin's, Tor, Celadon, Flatiron, Holt,

20  Children's Group, the audio group, and I'm missing one.

21  Farrar, Straus.

22  Q   About how many books, new books does Macmillan

23  publish in any given year?

24  A   I use about a thousand is the number.

25  Q   And when -- just to make sure people are clear as

 1    far as terms that we might be using, is there a difference

 2    between a work and a title when referring to books?

 3        A    Yeah, a book can be published in a number of

 4    different formats so we count them both ways.

 5             So a typical book will also be a paperback, could

 6    be in two different versions of paperback, could be in

 7    audio.

 8             So a typical work would be four times versus a

 9    book once.

10        Q    So if a book is published in hard cover and

11    paperback in the same year, would that count -- are you

12    referring to those as two separate titles but one work?

13        A    We refer to them both.  I always get it mixed up,

14    the actual semantics, but we refer to them both.

15        Q    Does Macmillan provide any services to other

16    publishers?

17        A    Yeah, we distribute a number of smaller

18    publishers, one larger one.

19        Q    And when distributing on behalf of other

20    publishers, what sort of services are involved?

21        A    We offer them primarily sales -- warehousing is

22    the most important.  Sales, for the most part, is the other.

23        Q    Any other services that you're providing in

24    addition to those?

25        A    Not very much.

1    Q    I would just like to switch gears now and talk

2  about acquiring books.

3          First off, are you involved in Macmillan's process

4  for acquiring books?

5    A    I am.

6    Q    And could you describe your involvement in the

7  process?

8    A    Yeah, I ultimately approve books over a certain

9  level from an advance perspective.

10   Q    Okay.

11         And when you were president of Macmillan Trade

12 U.S., your prior position, were you involved in acquiring

13 books then?

14   A    Yes.

15   Q    And what was your involvement then?

16   A    My involvement was, I was involved in all the

17 books but at different level, we give latitude to publishers

18 to act on their own, either or I approve or I would go to

19 John Sargent and John Sargent would go to Stefan von

20 Holtzbrinck and he would approve, depending on the level of

21 advance.

22   Q    And as far as the criteria you used to determine

23 whether or not your approval was required in either of your

24 positions at Macmillan, what were those criteria?

25   A    There would be certain levels of dollars.

1    Q    Okay.

2         And when you talk about dollars, are you talking

3    about the amount of the advance?

4    A    Yes.

5         Understanding that, as an organization, we are not

6    totally formal.  So it changes sometimes between imprints,

7    it changes sometimes between days of the week.  We are

8    fairly loose about that.

9    Q    So without mentioning any specific numbers as far

10   as those dollar thresholds, could you walk us through the

11   different people involved in approving a potential

12   acquisition for a book just in terms of the steps in the

13   chain?

14   A    So assuming that a book comes in through an agent,

15   it usually goes to an editor, the editor determines whether

16   they're interested, what their level of passion and level of

17   interest is.  They usually take it to an editorial meeting.

18   At that editorial meeting are, in some cases, 50 people.

19   They talk about the book.  They decide as a group.  Now each

20   imprint is different.  So they may do it different ways.

21   And each auction has a life of its own, each -- so that also

22   creates differences.

23        But assuming it's a traditional, it goes through

24   the editorial meeting, then they get the salespeople

25   involved and they give their opinions, and then depending on

```
 1   level of the auction, they go through a process of approvals
 2   through the person who reports to me, Jon Yaged, who's the
 3   President, and the publisher who reports to him and
 4   ultimately at a certain level it gets to me and at a certain
 5   level it gets to Stefan.
 6       Q    Why are the salespeople involved in the process?
 7       A    I would say that the salespeople are involved in
 8   most of the process.  We'd like for the sales, because we'd
 9   like to get a sense of what expectations the sales
10   department has in terms of advance -- in terms of
11   distribution levels.
12       Q    And when you're talking about distribution levels,
13   what do you mean by that?
14       A    What they can get out in the marketplace.
15            But just to back up for a second, when everything
16   works perfectly and, you know, that's a portion of the time,
17   when everything works perfectly, then the whole company is
18   behind a book and the earlier you can get as many people
19   involved and passionate about it, the more success you're
20   more likely to have.
21       Q    Thinking about the rationale for these different
22   levels of approvals you need, why do you have these
23   different approval levels as the amount of the advance goes
24   up?
25       A    I think it's -- I think some of it is history,
```

1    some of it's tradition, and some -- and a lot of it is --

2    it's a business of gambling and so the more people you have

3    that feel great about a book and feel passionate about where

4    you are from the beginning of that book, the better chance

5    you have to succeed.

6        Q    And what are the consequences of a book not

7    succeeding at different advance levels?

8        A    Well, a lot of the books don't succeed.

9            The consequences are all over the place in terms

10   of the level of advance you pay, in terms of the write-off

11   you have, in terms of the energy, as a company, you put

12   behind something that doesn't work and the emotion that goes

13   into that and the disappointment.

14           I mean, every -- it's a business of passion and

15   everybody is really invested.

16       Q    As far as the books with larger advances that you

17   have to approve compared to smaller advances that are

18   approved at lower levels, is there a difference as far as

19   consequences for Macmillan if a book is not successful as

20   you described it?

21       A    Yes.

22       Q    And what would those consequences -- those

23   differences be?

24       A    It's -- obviously has an impact on the bottom line

25   if you're unearned advances are too large.

1    It's a number of different factors.  It's psyche,

2 it's emotion, it's P&L, it's all of the things that go into

3 what we are as a business.

4    So when you fail, everybody feels it.  When you

5 fail large, everybody feels it a little more.

6    Q    So I'd like shift gears again and talk a little

7 bit about the sales and marketing process for books.

8    If I heard you correctly from a few minutes ago,

9 you were part of selling books earlier in your career?

10    A    Yes.

11    Q    And you've been involved in marketing of books at

12 different points in your career as well?

13    A    Yes.

14    Q    And is overseeing sales and marketing part of your

15 current duties as CEO?

16    A    Yes.

17    Q    Can you describe the different ways that Macmillan

18 publicizes and markets its books?

19    A    It's changing over time.  Obviously, on social

20 media and TikTok, all of the different ways you can market a

21 book virally, that's changed a lot in the future.

22    But essentially what we're trying to do is

23 understand from a very early part who the market is, at the

24 time we acquire a book, who the audience is, and then every

25 device possible to find that audience.  And as time has gone

```
 1   on, finding them earlier and earlier because presales and

 2   demand is a huge factor today, much more so than it is

 3   particularly with the e-books and the marketplace changing.

 4          There's no one set of tools for a book.  It's

 5   getting our customers excited about it.  It's getting our

 6   consumers excited about it at the earliest possible stage.

 7   It's literally trying to move everybody in the direction of

 8   passion, of being passionate about a particular book,

 9   whether it's fiction or nonfiction, more so on fiction than

10   nonfiction.

11          So the beautiful part about our business is

12   there's no one answer for any book.  Every book is unique,

13   every book is individual, and we treat them -- we do our

14   best to treat them as such.

15   Q    When talking about the toolbox that you have, what

16   are some of the different tools in your toolbox that you use

17   to promote and sell these books?

18   A    I'm not the greatest person to ask that.  I'm not

19   in the day to day anymore.  But I mentioned TikTok, which

20   you can't control, because it's -- what's the word I'm

21   looking for.  It needs to happen on its own naturally.

22          We have all sort of online newsletters.  We still

23   do advertising.  It's all across the board.

24          Publicity for nonfiction is still the single most

25   important tool you have.  So getting an author on a talk
```

```
 1  show, getting an -- we still do author tours.  We still --
 2  this is the business of one-to-one word of mouth.  It's
 3  never been anything else and it's still not, just the
 4  devices have changed.
 5      Q    Out of your roughly thousand books a year that you
 6  publish, how do you decide which books receive what
 7  attention from your sales and marketing efforts?
 8      A    Again, it's varied.  There's so many different
 9  ways.  But the read is obviously critical, the author is
10  always -- I mean, at the end of the day, we're a company
11  that is only as good as our authors are.
12           And whether it's an author which we believe is
13  somebody we can build over a long career or it's a one shot
14  publicity, I mean, everyone is different.  So it's really --
15  it's one of the reasons why it's so difficult to explain.
16      Q    Do your sales expectations -- let me start that
17  question over again.
18           Does your expectations of how well a book will
19  sell determine when you're bidding on the book come into
20  play at all when determining how to devote publicity and
21  marketing efforts once the book is out?
22      A    Sure, yes.
23      Q    And how does that come into play?
24      A    Well, I think if you make a major -- we're a
25  certain-sized company and we have -- you know, this is a
```

1070

```
 1   business of risk, so if you make enough big bets and they
 2   fail, you're going to have a problem.
 3            So we want to make sure we make the right bets,
 4   and that's why we try to bring as many people as possible
 5   into the process.  Sometimes you don't have that luxury,
 6   sometimes these things happen real quickly.  So if you fail
 7   on your big bets, you know, that means others are going to
 8   have to work to offset that, and that's hard.  So you want
 9   to make sure that certain some of your big bets, some of
10   your big risks pay off.
11       Q    And when talking about big bets in the context of
12   advances, how does that -- how do those two terms
13   interrelate with each other?
14       A    Well, since -- I want to answer this correctly.
15            I have eight divisions, seven acquiring divisions.
16   So each one of them are making bets simultaneously, bets,
17   taking risks, acquiring content.
18            And so there's a number of them going on
19   simultaneously.  Sometimes it's determined by the advance
20   you pay, sometimes it's determined by the passion you have
21   for the books.  So we may buy a book for less money but
22   because everybody in house reads it and loves it, it becomes
23   a big book.  So it's not always defined by the same
24   criteria.
25       Q    When trying to make these sort of priorities as
```

```
 1    far as your sales, marketing and publicity efforts, are
 2    there any particular terms you use to identify those titles?
 3         A    I'm sorry, I don't understand the question.
 4         Q    Are there any particular -- is there sort of a
 5    term that you use to -- as a shorthand for identifying the
 6    books that you really want to put a priority on?
 7         A    I'm sorry, lead titles, there are lead titles
 8    versus -- we don't have any -- there's not really a term
 9    that comes to my mind because each one of the publishers are
10    different.  And so, believe it or not, the semantics change
11    even within house.
12              So nothing comes to mind.
13         Q    But lead titles is a term that's used by Macmillan
14    every now and then?
15         A    Yeah, because you always have a hierarchy within
16    your list.  It happens naturally.  It's the first title you
17    present at sales conferences, it's the last title you
18    present at sales conferences, it's the first title from an
19    imprint.  They take a life of their own on as they go
20    through the process.
21              THE COURT:  How do you define lead title?
22              THE WITNESS:  I'm sorry.
23              THE COURT:  How would you define lead title?
24              THE WITNESS:  Top of the list.
25              I mean, so if we spend a lot of money on a book
```

```
 1   and it's a book that everybody loves, it becomes a lead
 2   title.  But that's not defined by the fact that we might
 3   spend a lot of money on it.  It might be a title that we
 4   bought for not a lot of money but because person after
 5   person that has read it has raved about it and it becomes a
 6   lead title.
 7              THE COURT:  It's the ones that you're marketing --
 8              THE WITNESS:  More aggressively.
 9              THE COURT:  More aggressively.  And how many are
10   lead titles?
11              THE WITNESS:  So I have seven divisions with
12   books, they each have at least one every month that they're
13   focused on.
14              So, but it can change.  It depends on the
15   schedule.
16   BY MR. KIM:
17        Q    Mr. Weisberg, would you like --
18        A    Not yet but it's starting to look good.
19              MR. KIM:  Your Honor, may I approach?
20              THE COURT:  Please go ahead.
21   BY MR. KIM:
22        Q    Changing gears a little bit, I'd like to talk
23   about self-publishing.  And when trying to acquire a book,
24   does a prospect that an author could self-publish that book
25   factor into your acquisition process at all?
```

1    A    Not terribly often.  I mean, if at all, because if

2  we're seeing it, then usually the author has decided they

3  want to publish.

4            So primarily not much.

5    Q    What's your basis for thinking that if an author

6  has decided to not self-publish if you are seeing it at

7  Macmillan?

8    A    I grew up in the publishing industry.  I think

9  most people want to be published.

10            There are authors that have the ability and the

11  capability but self-publishing takes an enormous amount of

12  work.

13            And I have to tell you, from somebody who's never

14  written a book and never published the book, it feels to me

15  like it's an enormous amount of work to write a book.

16            So to want to write a book and do all of the other

17  things that a company does is enormous amount of work.  So

18  it takes a unique kind of individual to do it on a grand --

19  on a really great scale.

20    Q    And when talking about those other things that a

21  publisher like Macmillan provides to an author, you know,

22  what are some of those additional services?

23    A    We warehouse, we ship, we sell, we invoice, we

24  bill, we credit, we do customer service, we manufacture.

25  It's an enormous amount to take on yourself and write a book

1    at the same time.  There are certain people in the world who

2    can do everything and they're incredible and more power to

3    them.

4        Q    And just to be clear, when talking about books

5    with larger advances, let's just say over 100- or $200,000,

6    is self-publishing ever something that factors into how much

7    Macmillan will offer for that book?

8        A    I don't -- it's not -- we offer based on what we

9    think the value of the book is versus -- or what we need to

10   pay to have that author on our list.  There are many

11   different reasons that go into those divisions -- decisions.

12           I don't remember self-publishing being part of,

13   personally, my decision, but I can't speak for all other

14   people that are involved.

15       Q    So you mentioned just a few minutes ago that only

16   a few people really have the ability to not just write the

17   book but to handle all those other tasks.  We heard the name

18   Brandon Sanderson be mentioned a few times during the course

19   of this trial.  Are you familiar with Brandon Sanderson?

20       A    I am.

21       Q    And could you describe him for us?

22       A    He's an incredibly great selling, terrific science

23   fiction and fantasy writer.  He's prolific and he writes

24   many books.

25           We publish him and we publish him on the adult

1  side.  And he also has published his own books

2  simultaneous -- you know, at the same time.

3          He's one of those people that can do everything.

4      Q    And does -- do you know if Mr. Sanderson publishes

5  with any other publishers other than Macmillan?

6      A    He does, off the top of my head -- I know he

7  publishes with Penguin Random House in the young adult

8  section.

9      Q    And the types of books he publishes with Macmillan

10 versus the types of book he's publishes with Penguin Random

11 House --

12     A    He does adult books at Tor, and the young adult on

13 the Random House size at the children's museum.

14     Q    And just to remind us, Tor is?

15     A    Tor is our science fiction and fantasy imprint

16 that -- at Macmillan.  It's always known as Tom Doherty

17 Associates, goes by both names.

18     Q    Are you familiar with Mr. Sanderson's kickstarter

19 campaign from earlier this year?

20     A    Somewhat, yeah.

21     Q    And as far as, you know, the ability of someone to

22 mount a successful self-publishing kickstarter, that appears

23 to be -- how would you describe the rarity of that compared

24 to what other authors might be able to do?

25          MR. FISHBEIN:  Objection; leading.

```
1              MR. KIM:  I'm happy to rephrase.

2              THE COURT:  Yeah, go ahead.

3   BY MR. KIM:

4       Q    Let me ask just first when you described

5   Mr. Sanderson as one -- as rare in terms of his ability to

6   take on the tasks involved in self-publishing, why did you

7   describe him that way?

8       A    It's just rare that somebody has the ability to do

9   everything that he does and write these incredibly

10  successful novels, and it's just -- it's a feat.

11      Q    With those self-published books that Mr. Sanderson

12  is putting into the marketplace, is Macmillan assisting at

13  all with those?

14             Is Macmillan assisting at all with the books that

15  Mr. Sanderson is self-publishing?

16      A    Not that I'm aware of.  I can't speak to the

17  conversations that the author has with the agent, with the

18  editor.  But we're not financially involved.

19      Q    And as far as Mr. Sanderson's just history

20  publishing with Macmillan, could you describe that briefly,

21  please?

22             THE COURT:  I'm sorry, can I just ask, if he's

23  self-mixing are those e-books or are they actually physical

24  books?

25             THE WITNESS:  No, he's doing it all.  He's
```

 1    actually self-publishing e-books and printing and

 2    warehousing and employing people.  He's doing the soup to

 3    nuts.

 4              THE COURT:  But wouldn't he have to engage

 5    somebody like Macmillan to do the warehousing?

 6              THE WITNESS:  No, he's doing it all himself.

 7    That's what makes it so incredible.

 8              THE COURT:  Okay.  Thank you.

 9              MR. KIM:  May I proceed, Your Honor?

10              THE COURT:  Yes.

11              MR. KIM:  Thank you.

12    BY MR. KIM:

13         Q    Could you describe briefly Mr. Sanderson's history

14    of publishing with Macmillan?

15         A    To the best of my ability, he started off as

16    working with Robert Jordan, who is this incredibly

17    successful author of this series called *The Wheel of Time*,

18    and he picked up writing with him mid-stream and then he

19    wrote the books as they went on at the end, and they become

20    enormously successful and then he became an enormously

21    successful writer to himself, and I think he's one of two or

22    three of the best-selling science fiction fantasy writers of

23    today.

24         Q    Is Mr. Sanderson still publishing with Macmillan?

25         A    Yes.

1078

1    Q    Has he published any books with Macmillan

2  recently?

3    A    Yes.

4    Q    And is Macmillan planning on -- does Macmillan

5  currently have a schedule to publish any upcoming books by

6  Mr. Sanderson?

7    A    Yes.  Hopefully as many as he wants.

8    Q    Changing gears a little bit again, just like to

9  talk about how Macmillan compares to other publishers.

10  We've heard the term Big 5 used in this courtroom.  Are you

11  familiar with that term?

12    A    Yes.

13    Q    And do you consider Macmillan to be one of the

14  Big 5 publishers?

15    A    Yes.

16    Q    Is there any one publisher Macmillan believes it

17  competes against most often when it comes to acquiring

18  books?

19    A    Yes.

20    Q    And who would that be?

21    A    Penguin Random House.

22    Q    And any reason why it would be Penguin Random

23  House?

24    A    They're the largest and they publish across the

25  board so we find them more often than not in pretty much

1  every auction.

2      Q    Does Macmillan track its -- any sort of measures

3  of market share that it has compared to other publishers?

4      A    We look at BookScan, which provides data.  But we

5  look at it much more casually, I think, than most, it's not

6  necessarily an arbiter of success for us.

7      Q    And when looking at BookScan information, first

8  off, could you just give us an overview of the type of

9  information that's captured in BookScan?

10     A    Yeah, it's primarily physical book sales, digital

11 are harder to get.  So it's primarily physical, and it

12 measures the data from, I think, somewhere around 80 percent

13 of the retail marketplace.  So it's a good indicator of your

14 books getting out there.

15     Q    When tracking Macmillan's performance, any

16 particular competitors you focus on?

17     A    Probably the one that we focus most closely on

18 from just a motivational perspective would be Hachette

19 because they're the closest in size to us.  So, you know,

20 when we get closer, it gets more exciting, not that it, at

21 the end of the day, makes that much of a difference, it's

22 just fun.

23     Q    If we were to try and rank the Big 5 in terms of

24 order of size, is there a place where you would put

25 Macmillan that order rankling?

1080

```
1      A    Today, we would be fifth.  There was a moment when
2  we were fourth, I think last year.
3           But most of what Macmillan -- Macmillan's
4  philosophy for the most part is organic growth.  Whereas
5  most of our competition are making acquisitions so they --
6  last year, two of them made acquisitions or at least two of
7  them made acquisitions, so we -- we're usually just a little
8  bit below them.
9      Q    And when talking about being at fourth last year
10 compared to being fifth now, who would have been -- who
11 would -- would you have traded places essentially between
12 four and five last year to this year?
13     A    Yeah, that would be Hachette.  We had an
14 incredible year last year, not as good a year this year.
15 That's what makes the difference.
16     Q    And was Hachette involved in any acquisitions last
17 year that also changed its position?
18     A    Yes, they acquired Workman.
19     Q    Mr. Weisberg, if we could turn in your binder to a
20 document that's marked PX829.
21          And if we could keep this off the public screens
22 due to the business information that's in here, please.
23          We should have it on your monitor as well, sir.
24 Do you see that?
25          829?
```

```
 1        A    Yep.

 2        Q    Mr. Weisberg, do you remember -- do you know what

 3   this document is?

 4        A    I do.

 5        Q    Could you describe it just generally for us.

 6        A    It's a document that we created that tracks key

 7   performance indicators throughout our business.  We

 8   primarily do this for our office in Stuttgart gart.

 9        Q    And is this -- and key performance indicators is

10   sometimes abbreviated KPI?

11        A    Yeah.  And green is good and red isn't.

12        Q    And this is for the end of the year 2021?

13        A    Yes.

14             MR. KIM:  Your Honor, the United States moves

15   PX829 into evidence.

16             THE COURT:  Any objection?

17             MR. FISHBEIN:  No objection, Your Honor.

18             THE COURT:  That will be admitted.

19                                  (Plaintiff's Exhibit PX829
                                        received into evidence.)
20

21   BY MR. KIM:

22        Q    All right.  Mr. Weisberg, I would just like to,

23   for present purposes, look on the second page of this

24   document, please, the second of two.  Could you let me know

25   when you're there?
```

1    A    Yep.

2    Q    And I don't want to focus on the specific numbers

3  right now, but just the different indicators that are listed

4  on the left-hand side of the page.  About a third of the way

5  down, there's a listed category, competitive metrics.

6  Do you see that?

7    A    Yes.

8    Q    And then underneath that are different line items,

9  BookScan share of Big 5 revenue for -- with these five lines

10  of different members of the Big 5.  Do you see those?

11    A    Yes.

12    Q    And what are those percentages given trying to

13  track?

14    A    A sense of where we are in terms of the Big 5.

15  In terms of our major competitors, what market share we

16  have.

17    Q    And so the percentages that are tracked over in

18  the YTD actual December 2021 column, if we were to add those

19  up, that should equal 100?

20    A    Yeah, pretty close.

21    Q    And so this -- these metrics are only tracking

22  competition against the Big 5 and not non-Big 5 publishers?

23    A    Yes.

24    Q    Then looking further down the page towards the

25  bottom, there's a box -- or excuse me, a category for

 1    competitors' half-year financials.  Do you see that?

 2        A    Yes.

 3        Q    And what are you trying to track there with that

 4    information?

 5        A    It's an effort to look at them from a profit

 6    perspective, with the best of information we have available.

 7    We take it with a grain of salt.

 8        Q    And when talking about them, it's only the Big 5

 9    publisher -- the other Big 5 publishers that you're tracking

10    in that category?

11        A    Yeah, and primarily because they're public

12    companies, we can see what we can see.

13        Q    Thank you.  You can go ahead and put that document

14    aside.

15             THE COURT:  Is now a good time for a break,

16    Mr. Kim?

17             MR. KIM:  Yes, it is, Your Honor.

18             THE COURT:  All right.  Let's take 15 minutes at

19    this time.

20             Could you please not talk to anybody about your

21    testimony during the break.  Don't talk to anybody about

22    your testimony during the break.

23             Okay.  Thank you.  We'll take 15 minutes.

24             COURTROOM DEPUTY:  All rise.

25             THE WITNESS:  May I stay here?

```
 1              THE COURT:  You can step down and take a break.

 2              THE WITNESS:  Okay.

 3              COURTROOM DEPUTY:  The Court stands in recess.

 4              (Recess from 10:58 a.m. to 11:18 a.m.)

 5              COURTROOM DEPUTY:  All rise.

 6              The Court is back in session.  Please be seated

 7    and come to order.

 8              THE COURT:  Good morning, again.

 9              MR. KIM:  Good morning, Your Honor.

10              THE COURT:  You're still under oath.

11              You may proceed.

12              MR. KIM:  Thank you, Your Honor.

13    BY MR. KIM:

14        Q    All right.  Mr. Weisberg, I'd like it turn to the

15    proposed merger between Penguin Random House and Simon &

16    Schuster.

17              First off, when Viacom put Simon & Schuster up for

18    sale, did Macmillan put in a bid to acquire Simon &

19    Schuster?

20        A    No.

21        Q    And if I could just ask you to speak up a little

22    bit or move the microphone closer?

23        A    No.

24        Q    Okay.  Thank you.

25              Now, just turning to the implications of the
```

```
 1   merger and how it might affect Macmillan -- well, first I'd
 2   like to talk about author advances.
 3            Do you believe that competition for acquiring
 4   books will be affected by Penguin Random House acquiring
 5   Simon & Schuster?
 6        A    I do.
 7        Q    And in what way?
 8        A    I think less competition is going to change the
 9   dynamic.
10        Q    And when you talk about less competition, what are
11   you referring to?
12        A    Well, two of the major players becoming one.
13        Q    And when talking about the dynamic that's being
14   changed, what are you referring to there?
15        A    The prices for the advances, the type of
16   competition, new auction, I think it will have an impact
17   across the board.
18        Q    And what sort of impacts are you thinking about
19   when talking about those impacts on competition?
20        A    I think that the ultimate advances will change
21   over time.
22        Q    And change in what way?
23        A    My guess is less competition will make the
24   long-term probably bring the advance levels down.
25        Q    And what's your -- what's the reasoning behind
```

1   your thought that advances will go down?

2        A    Less competition.  It's simple as that.

3        Q    Is that based on any of your experiences in the

4   publishing industry?

5        A    No, it's just gut.

6        Q    Now, keeping in mind we're still in open court, as

7   far as effects on Macmillan's relationships with agents, do

8   you think those relationships might be affected if Penguin

9   Random House combines with Simon & Schuster?

10       A    I don't know -- I don't know the answer to that

11  regarding our relationships, but the fact that Penguin

12  Random House, Simon & Schuster will be considerably larger

13  as an entity, I imagine the relationships will change.

14  I just don't know how.

15       Q    And in what other -- are there any ways that those

16  relationships could change that you're concerned about?

17       A    I think inherently when you have a company of the

18  magnitude of what's being proposed, I think inevitably it

19  has to change.

20       Q    And change in --

21       A    If I'm a smaller agent and I'm selling a book and

22  there's one player that's incredibly bigger than everybody

23  else, I think -- I think that will have an impact.  I think

24  they'll have to change their behavior to deal with that.

25       Q    And how might that change in behavior affect

1    Macmillan?

2        A    I think it will potentially makes it harder for us

3    to acquire books.

4            I don't know this.  We're dealing in a speculative

5    world, but that would be my conjecture.

6        Q    When thinking about the Penguin Random House

7    combination compared to earlier mergers you've been involved

8    in, how do they -- are there any ways to compare them in

9    terms of the scale of the companies that are combining?

10           MR. FISHBEIN:  Objection.  I'm not sure.  Maybe

11   you misspoke.  Are you talking about the two numbers or you

12   wanted to compare the price?

13           MR. KIM:  Oh, no.  Sorry.

14           THE COURT:  Just rephrase.

15           MR. KIM:  Yes, more than happy to rephrase,

16   Your Honor.

17   BY MR. KIM:

18       Q    When thinking about the Penguin Random House/Simon

19   & Schuster combination, is there a way to think about the

20   scale of that combination compared to earlier mergers that

21   you've experienced in the publishing industry?

22       A    When Penguin Random House merged, they were one of

23   two players in the business.  Now, they're the one player in

24   the business and they're merging with the third player in

25   the business.

```
 1              And it's just as -- you know, it's so large at
 2   this point that it's intimidating.
 3       Q    And as far as it being intimidating, what does
 4   that mean as far as how you have to think about prospects
 5   going forward?
 6       A    It means that pretty much in almost every
 7   situation if they want to pay enough, they can get any book.
 8       Q    Does Macmillan have plans to change how it bids
 9   for books if Penguin Random House acquires Simon & Schuster?
10       A    No, not today.
11       Q    If Penguin Random House acquires Simon & Schuster,
12   does Macmillan plan on changing the number of books that it
13   acquires?
14       A    There are no plans today.
15            MR. KIM:  Your Honor, for the public session of
16   Mr. Weisberg's testimony, those are all the questions I have
17   for this time.  I'll pass the witness for the public cross.
18            THE COURT:  All right.  Thank you.
19            MR. FISHBEIN:  Thank you.
20                         -  -  -
21                    CROSS-EXAMINATION
22   BY MR. FISHBEIN:
23       Q    Mr. Weisberg, I'm Stephen Fishbein.  I represent
24   ViacomCBS and Simon & Schuster.
25       A    Nice to meet you.
```

1    Q    Nice to meet you.

2         And we've never met before; is that correct?

3    A    That's correct.

4    Q    Mr. Weisberg, you mentioned that you were No. 5

5    within the Big 5, but you'd agree that Macmillan is a strong

6    player in an overall competitive book market, correct?

7    A    Yes.

8    Q    And your publishing is very high quality, right?

9    A    I hope so, yes.

10   Q    And I'm going to give you a chance to brag a

11   little bit.  You mentioned some of your imprints.  In fact,

12   you have some of the finest imprints in the industry, isn't

13   that fair?

14   A    I think so.

15   Q    So like you mentioned Farrar, Straus and Giroux.

16   Isn't that one of the very best literary fiction imprints?

17   A    Literary fiction and nonfiction.

18   Q    Okay.  Just to give it some concrete indicia, how

19   many Nobel prizes, do you know, have authors from FSG won?

20   A    I don't have that number off the top of my head.

21   Q    Would it surprise you if I said it was 25?

22   A    No.

23   Q    And you mentioned Flatiron, that's relatively new,

24   right, last 8 years or so?

25   A    Yes.

```
1        Q    You've got to answer audibly.

2             And would it surprise you if I said that your

3    website indicates that it's had 72 New York Times

4    bestsellers in the last eight years?

5        A    Yes, probably right.

6        Q    Probably right?  Okay?

7        A    If it says so on the website, I buy it, yeah.

8        Q    The one you didn't mention is Oprah Winfrey.

9    Don't you have an affiliation with her?

10       A    We do.

11       Q    What is that?

12       A    She has an imprint within Flatiron.

13       Q    An imprint within Flatiron.  If I can ask you to

14   speak up just a little bit, maybe put the mic closer.

15            Oprah has a lot of influence in selling books,

16   doesn't she?

17       A    Yes.

18       Q    So she has like a book club, right?

19       A    Yes.

20       Q    And if she puts the book on the book club, that's

21   a big push for sales, right?

22       A    Yes.

23       Q    So having her have an imprint is an attraction to

24   authors; isn't that true?

25       A    Yes.
```

1    Q    So Macmillan's high quality publishing, that's

2    yielded strong financial results for you, fair?

3    A    Yes.

4    Q    Would it be fair to say that in the past two years

5    for Macmillan were record breaking years of unprecedented

6    growth and profit?

7    A    Yes.

8    Q    And would also be fair to characterize that during

9    the past two years, Macmillan has achieved financial results

10   that are nothing short of spectacular?

11   A    Yes.

12        I really don't know how -- they're pretty good.

13   Q    I'm not going to hide the ball.  You issued a

14   press release back in May, right?

15   A    Yes.

16   Q    Those are the terms you used to describe the

17   business, right?

18   A    Yes.

19   Q    And you have a very positive outlook for sales and

20   profits in 2022; isn't that fair?

21   A    Yes, though less so over the last few weeks and

22   months.

23   Q    Okay.  But --

24   A    But, yes.

25   Q    Okay.

1          Now, your goal is to grow your market share

2   among -- well, let me -- the government showed you some

3   figures for your market share within the Big 5.  Do you

4   remember that?

5          A    Yes.

6          Q    And your goal is to grow that market share within

7   the Big 5, correct?

8          A    Yes.

9          Q    And also overall in the market, right?

10         A    Yes.

11         Q    And let me show you, if we could, if you could

12  turn back to that exhibit that the government showed you,

13  it's Plaintiff's Exhibit A29.  So I think it's in the binder

14  that they showed you.

15              And this is again non-public.

16              And if you could go to the second page, I want to

17  just ask you a couple questions, just make sure I understood

18  it.

19              So this is for the year 2021, your key performance

20  indicators, correct?

21         A    Yes.

22         Q    And there's some comparisons to the prior year,

23  right?

24         A    Yes.

25         Q    And so there's a column, for example, that says,

1  YTD actual 2020?

2      A    Yes.

3      Q    And so is that the comparison between 2021 and

4  2020?

5      A    Yes.

6      Q    And so the government was asking you about the

7  competitive metrics where it shows share of Big 5 revenue

8  among the various Penguin Random House, HarperCollins, Simon

9  & Schuster Hachette, and Macmillan; is that right?

10     A    Yes.

11     Q    And so if you look over to the right, there's a

12 column that's called variance to last year.  Do you see

13 that?

14     A    Yes.

15     Q    And by the way, these figures, these are based on

16 BookScan, right?

17     A    Correct.

18         MR. FISHBEIN:  And, Your Honor, I've discussed

19 this with Macmillan counsel.  So certain things based on

20 BookScan, we're going to go ahead and talk about the

21 figures.

22 BY MR. FISHBEIN:

23     Q    So the variant shows what the difference was

24 between 2020 and 2021, right?

25     A    Yes.

1    Q    And so there are two companies with negative

2    numbers.  Which companies lost market share within the Big 5

3    between 2020 and 2021?

4    A    PRH and S&S.

5    Q    And the others all gained, right?

6    A    Yes.

7    Q    If you look further down, it says, "Current EBIT

8    and EBITDA."  Do you see that?

9    A    Yes.

10    Q    These figures I'm not going to say out loud,

11    Mr. Weisberg, but the year-to-date December 2021, that is

12    your profit for 2021, correct?

13    A    Yes.

14    Q    And it's a six-digit number that ends up in a 2,

15    right?

16    A    Yes.

17    Q    And then for 2020, it's a five-digit number that

18    ends up in a 4, right?  If I'm reading it right.

19    A    One of us isn't, but --

20    Q    I just want to make sure I'm looking at the right

21    number.  It's in the year-to-date actual 2020 column?

22    A    Oh, I see what you're saying.

23    Q    EBITDA is a five-digit number that ends up in a 4,

24    right?

25    A    Yes.

1    Q    And then variance to last year, that's the
2    percentage increase in your profits over the prior year,
3    right?
4    A    Yes.
5    Q    And that's a number with a decimal that ends .7,
6    correct?
7    A    Yes.
8    Q    So that's what you meant by the supremely positive
9    profits, right?
10    A    Uh-huh, yes.
11    Q    Now, this issue about growing market share in the
12    Big 5, that's something that was important to Macmillan and
13    featured in various management presentations, right?
14    A    Yes.
15    Q    And if I could show you a defense exhibit --
16         MR. FISHBEIN:  And, Your Honor, we have some
17    binders which I will pass up to you and the witness.
18    Q    If you could look at Defense Exhibit 217, it's tab
19    2.
20    A    Yes.
21    Q    And this is a confidential document, although
22    certain figures are not, and I will read those out loud,
23    Your Honor.
24         Do you recognize this, Mr. Weisberg?
25    A    I do.

```
 1        Q    What is it?

 2        A    It's a presentation, a monthly executive --

 3   monthly meeting we have where we present to our senior

 4   management.

 5        Q    And when you present to senior management, you try

 6   to pick the information that's most relevant for the

 7   company, right?

 8        A    Sometimes.

 9        Q    I'm sorry?

10        A    Sometimes.

11        Q    Okay.  Well, I'll ask you about some of them.

12             Your Honor, the defense offers Defense Exhibit

13   217?

14             THE COURT:  Any objection?

15             MR. KIM:  No objection.

16             THE COURT:  That will be admitted.

17                                 (Defendant's Exhibit 217
                                   received into evidence.)
18

19   BY MR. FISHBEIN:

20        Q    Mr. Weisberg, this was a presentation made in

21   October of 2021, correct?

22        A    Yes.

23        Q    And if you turn to page 3, do you see the section

24   on Macmillan Market Share?

25        A    Yes.
```

1    Q    And I am I right that you felt it was important

2    that senior management understand that Macmillan in 2021 had

3    grown its market share of the Big 5 from about 10.4 percent

4    to 12.2 percent?

5    A    Yes.

6    Q    And that was something that you wanted to let --

7    make sure everybody knew about, right?

8    A    Yes.

9    Q    And then if you turn to page 5, there's a summary

10   of sales and market update.  Do you see that?

11   A    Yes.

12   Q    And the only point under market is "year to date,

13   we have taken approximately 2 percent of market share from

14   the other Big 5 publishers."  Do you see that?

15   A    Yes.

16   Q    And, again, that was important for your management

17   to know, right?

18   A    Yes.

19   Q    And, you know, sometimes we use the term Big 5 and

20   it makes it seem like that there's only one entity.  But the

21   fact is the Big 5 compete against each other, right?

22   A    Yes.

23   Q    And you compete strongly against the other Big 5;

24   is that fair?

25   A    Yes.

1    Q    And you're going to continue to try to claw every

2    percentage of market share that you can at their expense,

3    right?

4    A    Yes.

5    Q    Now, in order to grow market share, you need to

6    invest in book acquisitions, correct?

7    A    Yes.

8    Q    And is it true that you plan to spend more on

9    author advances in the coming years than you do now?

10    A    I think from a budgeting process, yes.  I don't

11    know that's going to turn out to be accurate, but --

12    Q    Right, we can never know.  But when I say plan --

13    A    Yes.

14    Q    -- what you're projecting in planning your

15    budgets?

16    A    Sure.

17    Q    Is that correct?

18    A    Yes.

19    Q    Now, one way to grow share is to compete for

20    successful authors who are publishing at other houses,

21    right?

22    A    Yes.

23    Q    In other words, hasn't it happened that Macmillan

24    has gone after --

25    A    Sure.

```
 1        Q     -- or otherwise acquired an author who was with
 2   another publishing house?
 3        A     Yes.
 4        Q     And you've done that successfully, right?
 5        A     Yes.
 6        Q     Numerous times?
 7        A     Okay, yes.  Off the top of my head, I don't know
 8   what numerous times means, but, yes, we have.
 9        Q     Okay.  We'll go over one example.  Who is
10   Nora Roberts?
11        A     She's a best selling commercial fiction writer.
12        Q     And do you know --
13        A     -- and publisher.
14        Q     Do you know approximately how many of her books
15   are in print?
16        A     Hundreds.
17        Q     I'm sorry?
18        A     Hundreds.
19        Q     Hundreds.
20              No, no, I mean, how many units?  What's the unit
21   sales?
22        A     Millions and millions.
23        Q     Right.  Would it surprise you if on your website
24   you said that she has more than 500 million copies of her
25   books in print?
```

```
 1        A    Wouldn't surprise me.

 2        Q    Now, she used to be at another publishing house,

 3   right?

 4        A    Yes.

 5        Q    Where was that?

 6        A    Penguin Random House.

 7        Q    And she came over while you were at Macmillan,

 8   right?

 9        A    That is correct.

10        Q    And in 2020, as I understand it, Macmillan

11   committed to pay Nora Roberts for a multiple book deal over

12   $30 million in that one year, 2020, correct?

13        A    Yes, sounds correct.

14        Q    And then in 2021, you committed to pay her over

15   $10 million?

16        A    Sounds correct.

17        Q    So a big author, right?

18        A    Big author.

19        Q    Now, I do want to ask you about those thresholds

20   that you mentioned where you get -- need approvals for

21   various advance levels.  And I understand we're not going to

22   make that public, but in your binder in the front flap --

23        A    Which?  This?  I see --

24        Q    There's --

25        A    It says A, B, C.
```

1101

```
 1        Q    There's a defense exhibit -- exactly -- 408.
 2             MR. FISHBEIN:  Your Honor, for identification,
 3    it's is our Rosetta Stone decoder, which you should have as
 4    well, it's Defense Exhibit 408.
 5             THE COURT:  Yes.
 6    BY MR. FISHBEIN:
 7        Q    So, Mr. Weisberg, what I'll do is ask you to refer
 8    to that instead of saying the number out loud.
 9             So for the editors, to what level can they approve
10    without the president or somebody else signing off?
11        A    Varying degrees less than letter A.
12        Q    Okay?
13        A    A or less.
14        Q    A or less.
15             And does it -- so what you're saying is there's no
16    single number among the editors?
17        A    Different publishers have a little bit different
18    criteria.  As I mentioned before, we're not terribly a
19    formal --
20        Q    Understand.
21        A    -- company so some people have a little more
22    latitude than others.
23        Q    Okay.  But some of them can approve up to letter
24    A?
25        A    Yes.
```

1102

```
 1      Q     Okay.

 2            And then what about you said, is it the president

 3  or the CEO that's at the next level?

 4      A     President.

 5            I'm CEO and John Yaged is the president.

 6      Q     And up to what level can -- at what level does the

 7  president have to approve?

 8      A     B and a little above.

 9      Q     Okay.

10            And then is there a level that you have to get

11  approval from Germany?

12      A     C.

13      Q     That's C.

14            MR. FISHBEIN:  Your Honor, I'd offer Defense

15  Exhibit 408 just for the purpose of having those numbers in

16  the record.

17            THE COURT:  That's fine.

18            MR. KIM:  No objection.

19            THE COURT:  That will be admitted.

20                              (Defendant's Exhibit 408
                                received into evidence.)
21

22  BY MR. FISHBEIN:

23      Q     Why is it that you set that highest level for

24  Germany?

25            What's the point of that?
```

1    A    Number one, he would like approval on the money

2   that's going out at that level and that's a negotiated

3   level.

4         Number two, it's prudent to get more people

5   involved because you're making such critical decisions.

6    Q    Now, Mr. Weisberg, you've achieved the success

7   that we've talked about.  You've achieved that success in

8   what you said was competitive market, correct?

9    A    Yes.

10    Q    And Macmillan competes, as you said, against the

11  other Big 5, right?

12    A    Yes.

13    Q    But they also compete against many of the

14  mid-sized and smaller publishers; isn't that true?

15    A    Yes.

16    Q    I'm sorry, I didn't hear that?

17    A    Yes.

18    Q    And so to take an example, are you familiar with

19  Scholastic?

20    A    I am.

21    Q    Who are they?

22    A    Scholastic is the largest children's publisher,

23  but also does book fairs, book clubs and educational

24  publishing so they're in a lot of different areas of the

25  children's marketplace.

```
 1        Q    And are you especially familiar with them because
 2   I think you said you were in charge of Penguin's children's
 3   division, right?
 4        A    Yes.
 5        Q    And so I want to ask you about Macmillan and
 6   currently.
 7             Is it true that Macmillan competes with Scholastic
 8   regularly currently?
 9        A    I would imagine, yes.
10        Q    I mean, they're a presence in the marketplace,
11   right?
12        A    Sure.
13        Q    And they acquire books for advances above 250,000?
14        A    Yeah.  I don't know that, but, yes, I assume so.
15        Q    Would you say that Scholastic is a very large
16   player in children's and, in some cases, larger than the Big
17   5?
18        A    I don't understand the question.
19        Q    Let me direct you to your deposition.  You have it
20   in back of you, there's a tab.
21        A    Yep.
22        Q    And if you could just look at page 83, lines 8 to
23   11.
24             Do you have it there?  Just want to make sure you
25   have your deposition.
```

```
 1        A    Yes.
 2        Q    Okay.  And if you look on page 83, do you see
 3   there was a question, "When I'm referring to the Big 5, I'm
 4   referring to the Big 5 that we talked about earlier."
 5             And then you said, "Answer:  But Scholastic is a
 6   very large player in children's, in some cases larger than
 7   the Big 5."
 8             Do you see that?
 9        A    So when everybody talks about the Big 5 --
10        Q    But let me just ask you, do you see that testimony
11   there?
12        A    I do.
13        Q    Did you give that testimony?
14        A    Yes.
15        Q    And was that accurate?
16        A    Yes.
17        Q    What did you mean by that?
18        A    The Big 5 tends to talk about adult and children.
19   When you're talking about just children, Scholastic is as
20   big a player as some of the Big 5.
21        Q    So at least with children, you can arguably say
22   it's the Big 6.
23        A    Yes.
24        Q    Now, Macmillan also views Amazon as a competitor,
25   correct?
```

1    A    Yes.

2    Q    And would it be fair to say that Amazon's presence

3    in the market has ebbed and flowed to some degree, it's

4    changed over time?

5    A    Yes.

6    Q    So back in 2019, is it correct, a few years ago,

7    that Macmillan viewed Amazon as a formidable competitor for

8    the acquisition of high advance works; is that fair?

9    A    Define -- I don't know that I would say the word

10   "formidable."  They were definitely a player, but formidable

11   as in the other Big 5, Big 4, no.

12   Q    Okay.

13        If you could again look at your deposition, and

14   I'm going to direct you to page 96, and just tell me when

15   you're there.

16   A    I'm there.

17   Q    Lines 18 to 23.  And you were asked the following

18   question and gave the following answer.

19        "Question:  In 2019, Macmillan viewed Amazon as a

20   formidable competitor for the acquisition of high advance

21   works, correct?"

22   A    I said yes.

23   Q    "Answer:  Yes."

24        You did say that?

25   A    Yes.

1    Q    And you thought that was true at the time?

2    A    Yeah, I think our definitions of the word

3    formidable are probably different but, yes, I did say that.

4    Q    So in the last couple of years, like in the last

5    year so, have you seen Amazon in high value auctions?

6    A    Not to my knowledge.

7    Q    I'm sorry?

8    A    Not to my knowledge.

9    Q    Okay.

10        But you're aware that they do have the resources,

11   if they want to, to acquire high level books, right?

12   A    Absolutely, yes.

13   Q    And, in fact, you fear that Amazon can again

14   become a formidable competitor at any given moment; isn't

15   that fair?

16   A    Yes.

17   Q    And that's because they could expand, right, they

18   could change what they're doing now?

19   A    Right.  Yes.

20   Q    We talked about self-publishing a little bit.

21   And you mentioned it's challenging to self-publish certain

22   books, right?  I think that's what you said, right?

23   You said it's a lot of work?

24   A    It's a lot of work, yeah.

25   Q    But let's distinguish between the Brandon

1   Sanderson, which we'll come to a minute.

2           Don't a lot of people self-publish through Amazon?

3   A    Yes.

4   Q    And Amazon has a platform where you basically load

5   up what you wrote and then they distribute it for you

6   electronically right?

7   A    Yes.

8   Q    As an e-book, right?

9   A    Yes.

10  Q    And you would agree with me that's not a lot of

11  work, other than writing a book?

12  A    It's not a lot of work to do.  It may not -- to do

13  it right, I think it's a lot of work.

14  Q    Okay.  But the point is, you were talking about

15  warehouses and things of that nature and physical

16  distribution, that doesn't apply if -- do you know the name

17  of Amazon's self-publishing platform?

18  A    Yes.  Just not at this time.

19  Q    Kindle Unlimited or something, or some Kindle?

20  A    They have a bunch of different imprints.

21  Q    I may have misspoke.

22          But Amazon has a platform where you can load a

23  book and then get it distributed electronically, right?

24  A    Yes.

25  Q    And that doesn't involve warehouses or anything

```
1    else?
2         A    No.
3         Q    To your knowledge, aren't there thousands of
4    people every year that self-publish books that way?
5         A    Yes.
6         Q    So now let's talk about -- well, let me ask you
7    this.  Would you agree that self-publishing is especially
8    attractive for authors who have a built-in following?
9         A    I think so.
10             Yes.
11        Q    When I say a built-in following or built-in
12   audience, you mentioned social media, right?
13        A    Yeah.
14        Q    And that's changed a lot in the industry recently,
15   hasn't it?
16        A    Yeah.
17        Q    In other words, there are personalities who are
18   Internet influencers or have a big TikTok following, right?
19        A    Sure.
20        Q    That can be very helpful in selling books?
21        A    Absolutely.
22        Q    That's one of the things you look at, right, when
23   you're looking at acquiring an author, right?
24        A    Yes.
25        Q    Just wait for me to finish before you answer.
```

1110

```
 1        A     Sorry.
 2        Q     And would you say that self-publishing is
 3   especially attractive to those people with the social media
 4   following?
 5        A     Yes.
 6        Q     And that's because they don't need the marketing
 7   publicity apparatus of a major publisher, they can do it
 8   themselves through social media?
 9        A     Yes.
10        Q     And would you agree that those type of authors,
11   meaning the ones with the built-in audience, are also
12   authors who would command a high advance if they went to a
13   traditional publisher like Macmillan or PRH?
14        A     That's a broad brush.  I'm not sure that that's
15   the -- totally the answer.
16              But a -- yeah -- yes.
17        Q     I guess I'd like to get a clean answer from you.
18   Do you agree with that or not?  In other words, do you agree
19   that authors with a built-in audience for whom
20   self-publishing is attractive, would you agree that those
21   are the kind of authors that would command a high advance if
22   they went to a traditional pleasure?
23        A     Define the size of built-in audience.
24        Q     I'm sorry?
25        A     Define the size of built-in audience.
```

```
 1        Q    Okay.  Well, I can -- can you look at your
 2   deposition at page 202?
 3        A    Yeah.  202.
 4        Q    202 at the top, lines 2 to 7.
 5             And you were asked the following question and gave
 6   the following answer.
 7             "Those type of authors, like Brian Sanderson, who
 8   have a built-in audience, are also the type of authors that
 9   would command a high advance if they went to a traditional
10   publisher like Macmillan or Penguin Random House, correct?"
11             And you said, "Yes, yes."
12        A    Yes.
13        Q    Do you see that?
14             And did you understand the question then when you
15   answered it?
16        A    I think so but it was a very broad answer.
17        Q    Okay.
18             So all I'm saying is that, you know, advances --
19   in other words, one of the things you look at in figuring
20   how much to pay is whether somebody has a social media
21   following like that, right?
22        A    Yes.
23        Q    And you're willing to pay more if they have a
24   significant following?
25        A    Yes.
```

1    Q    And those are the same people for whom

2    self-publishing is attractive?

3    A    Yes.

4    Q    Now, Mr. Sanderson, I'm not going to go over the

5    whole story again, but I take it that when -- for the books

6    he publishes at Macmillan, his advances are over 250,000,

7    right?

8    A    I think so.

9    Q    Do you not know?  You don't know what his advances

10   are in particular?

11   A    We publish a lot of different looks by Brandon,

12   but I don't know that every one of his --

13   Q    Some of them are?

14   A    Some of them, yes.

15   Q    And I mean, you said that he was highly

16   successful, right?

17   A    Yes.

18   Q    Now, do you know how much he raised on Kickstarter

19   in his self-publishing campaign?

20   A    I know it's a lot.  I don't know what the current

21   number is.

22   Q    Right.  Okay.

23        Were you aware that it was in the vicinity of

24   $40 million?

25   A    Yeah, yes.

1    Q    Now, let me ask you something.  Like two years

2    ago, would you have predicted that Brandon Anderson could go

3    to Kickstarter and raise $40 million to issue a series of

4    hard copy and e-books?

5    A    I don't mean to sound -- but I tend not to predict

6    those things, but, no.

7    Q    Okay.  It was kind of surprising?

8    A    Yes.

9    Q    Okay.  So would you agree that that's an example

10   that the market changes?

11   A    Yes.

12   Q    You can't predict everything in book publishing,

13   right?

14   A    No.

15   Q    You cannot predict what the next source of, you

16   know, titles is going to be, right?

17   A    Correct.

18   Q    The government asked you a little bit about

19   marketing and I just have a couple questions about that.

20        You mentioned some methods, like TikTok,

21   newsletters, advertising, and publicity tours, right.

22        Now, do you do that -- do you do that for a range

23   of books?

24   A    Yes.

25   Q    Of your books?

1       Is there any like dollar cut-off of advance where

2  you say we're only going to be that above this advance

3  level, we won't do it below?

4       A    No, not that I'm aware of.

5       Q    I think you said the factors are the read, which I

6  take it means the impression it makes on you when you read

7  it; is that right?

8       A    Yes.

9       Q    And the author, your impression of the author?

10      A    Yep.

11      Q    And would another factor be kind of the cultural

12 moment that you're releasing the book into?

13      A    Could be.

14      Q    So those are the factors that drive how you get

15 behind a book for marketing?

16      A    Plus more, yes, I'm sure.

17      Q    Those are among them?

18      A    But -- yeah.

19      Q    And if there's a low advance book and those

20 factors are there, you're going to get behind it, right?

21      A    Yes.

22      Q    And there's no cut-off of 100,000, 2-, 3-, 4-,

23 where you say we're not doing it below that cut-off?

24      A    No.

25           THE COURT:  Can I just ask you, do those books

```
 1    tend to have higher advances?
 2              THE WITNESS:  I'm sorry?
 3              THE COURT:  The books that you do get behind for
 4    marketing do they tend to have higher advances?
 5              THE WITNESS:  I think if you looked at them
 6    statistically, yes.
 7    BY MR. FISHBEIN:
 8         Q    Obviously there's plenty with lower advances that
 9    you get behind?
10         A    Yes.
11         Q    And they're probably also ones with high advances
12    that you don't do as much marketing, for example, if the
13    person has a big social media following.
14              Let me ask this.  I'll clarify.
15         A    Yeah, I'm not --
16         Q    For TikTok, I think you said you don't do that,
17    right?
18         A    It's not that we don't do that.  But TikTok is
19    a -- takes -- usually takes a force of its own.
20         Q    Right.
21         A    It usually happens because people who are on
22    TikTok love the book and talk to each other.
23         Q    Right.
24         A    So it's much more a natural -- it's harder to try
25    to create that.
```

1    Q    Yeah.  In other words, Macmillan doesn't have to

2    spend a lot of money to get notoriety on TikTok if the

3    author already has a big TikTok following; is that fair?

4    A    That's fair.

5    Q    Now, you talked about some views on -- you talked

6    about some views on the merger.  And isn't one of your

7    concerns, Mr. Weisberg, that as a result of the merger, that

8    you will have to compete with a larger, more formidable

9    competitor?

10   A    Is that a concern?  I'm sorry.

11   Q    Is that a concern of yours?

12   A    Yes.

13   Q    But you think you could do it, right?

14   A    I hope so, yeah.

15   Q    And specifically, I think -- well, let me just ask

16   you.  Would you agree that the merged -- in your view, the

17   merged company could get better terms with respect to

18   distribution?

19   A    I believe so, yes.

20   Q    And what does that mean, better distribution

21   terms?

22   A    I think a company the size of what's being

23   proposed will try to benefit from its scale with customers,

24   with vendors, yeah.

25   Q    So let me break that up.

1           By customers, you don't mean the people who read

2    the books, you mean people like Amazon?

3        A    Correct.

4        Q    Independent book stores that distribute them,

5    right?

6        A    Correct.

7        Q    So we'll talk about Amazon first.

8             How would scale, how would that advantage, the

9    merged entity, in getting terms with Amazon?

10       A    I don't know how, I just know that it's

11   possible -- it's a conversation.

12       Q    Well, I think you said it was something you're

13   concerned about, right?

14       A    Definitely.

15       Q    So are you concerned that Amazon will favor

16   Penguin Random House Simon & Schuster in terms of promotion

17   and distribution and discoverability?

18       A    Yes.

19       Q    And that would be obviously a benefit to the Simon

20   & Schuster Penguin Random House authors who got the benefit

21   of that, right?

22       A    I would imagine.

23       Q    And then what about at the independent book

24   retailers.  What does it mean that the combined entity scale

25   would give them an advantage with the independent sellers?

1   A   I think there's inherent advantage if you walk in

2   and you represent 60 percent or 50 percent of their

3   bestselling titles, you can attempt to leverage benefits.

4   Q   And is some of that leverage, things like getting

5   book placement on shelves --

6   A   Could be.

7   Q   -- and advertising in a store?

8   A   Yeah.

9   Q   And again that would benefit the Simon & Schuster

10  Penguin Random House authors?

11  A   Potentially, sure.

12  Q   I'm sorry, you've got to --

13  A   Yes.

14  Q   And you're also concerned, aren't you,

15  Mr. Weisberg, that the combined entity would have resources

16  such that they could outbid you in auctions?

17  A   Yes.

18  Q   Now, you said, and tell me if I'm misquoting you,

19  I just wrote it down as you were writing, I think with

20  respect to the advances, you said that it was your guess and

21  just your gut that they might go down, right?

22  A   Yes.

23  Q   So you don't -- you haven't performed any type of

24  quantitative or qualitative analysis to support that, right?

25  A   No.

1        Q    And you haven't modeled the impact of the merger

2   to author advances?

3        A    No.

4        Q    So really it's just -- it's speculation;

5   is that fair?

6        A    Yes.

7        Q    And then with respect to the agents, you mentioned

8   that it could have an effect with agents, right, the merger?

9        A    Sure.

10       Q    But you don't know what that effect will be?

11       A    I don't.

12       Q    I guess if we wanted to get a better idea of that,

13  we could ask the agents, right?

14       A    Yes.

15       Q    Now, to the extent that you're guessing or

16  speculating about what might happen with advances,

17  you understand that not all book acquisitions are auctions,

18  right?

19       A    Correct.

20       Q    In other words, you can have an exclusive where

21  it's a returning author and you're just negotiating with

22  them, right?

23       A    Yes.

24       Q    You can go out and approach an author and just do

25  a project you and them, correct?

1120

```
 1        A      Yes.
 2        Q      So, you know, there can be a single submission
 3   where the author or agent just submits to you, right?
 4        A      Could be, yes.
 5        Q      And would you agree with me that, you know, to the
 6   extent that you're guessing or speculating that advances
 7   could go down, you will agree with me that that would not
 8   apply to situations like these exclusives where there's not
 9   direct head-to-head competition between publishers?
10        A      I don't know that.
11        Q      You don't know that?
12        A      I could agree with you but I don't know that.
13        Q      Right, because it's all kind of --
14        A      It's all speculative.
15        Q      It's all speculative.
16               But to the extent you're speculating, wouldn't you
17   agree that methods of acquisition like direct outreach and
18   bilateral negotiations, you're not speculating that author
19   advances will be impacted one way or the other for those?
20        A      When I said that I thought author advances would
21   go down, I was talking across the board as a general.  I
22   wasn't talking specifically as an auction or as direct
23   solicitation.  I was just talking in general.
24        Q      Could you just, Mr. Weisberg, just take one more
25   look at your deposition, it's page 48.
```

```
 1              And I'm going to read you the question and answer
 2   from line 18 on 48 to line 1 on 49.
 3        A    Sorry, it's taking me a second.
 4        Q    Just tell me when you're there.
 5        A    48 and 49?
 6        Q    Yeah.
 7              So starting on 48, line 18, "Question:  So in the
 8   methods of acquisition of direct outreach and bilateral
 9   negotiations, Macmillan does not speculate that the author
10   advances will be impacted one way or another for those
11   methods of acquisition as a result of the merger between
12   Penguin Random House and Simon & Schuster, correct?"
13              "Answer:  Correct."
14        A    Correct.
15        Q    Did you give that testimony?
16        A    Yes.
17        Q    Was it true?
18        A    Both things that's we just talked about can be
19   true.
20        Q    Was your testimony --
21        A    Yes.
22              MR. FISHBEIN:  Your Honor, I would offer that in
23   evidence as well as a prior inconsistent statement under
24   oath.
25              THE COURT:  Any objection?
```

1    MR. KIM:  No objection, Your Honor.

2    THE COURT:  Okay.  That will be admitted.

3                              (Plaintiff's Exhibit Deposition
                               Line 18 on 48 to line 1 on 49
4                              received into evidence.)

5

6    MR. FISHBEIN:  That is all I have for the open

7    section.

8    THE COURT:  Okay.  Thank you.

9    Can I just follow up on that last line of

10   questioning?

11   THE WITNESS:  Yes, Your Honor.

12   THE COURT:  If there's an exclusive negotiation, a

13   bilateral negotiation, is the publisher's negotiating

14   position influenced by its perception of whether there's

15   demand for that book from other publishers, and therefore,

16   would you have a higher -- be willing to pay more in a

17   bilateral negotiation if there's more competition generally?

18   THE WITNESS:  Yes, I believe that to be the case.

19   I believe that if you're bidding -- if I'm bidding

20   directly with somebody and I think is it is going to go on

21   the open market, I might try to preempt getting there by

22   offering more money.

23   THE COURT:  Okay.

24   And so if there's less competition, you would

25   offer less, thereby potentially --

```
 1              THE WITNESS:  I'm not sure that we would think of
 2   it in that way.  I think we think of it in terms of value of
 3   what we think we can sell and what the author is worth and
 4   all of the other things that go on with that.
 5              But if we're direct -- negotiating directly, the
 6   objective is to keep it off the marketplace.
 7              THE COURT:  I see.
 8              THE WITNESS:  Whatever that takes.
 9              THE COURT:  Whatever it takes to keep it off the
10   marketplace.
11              THE WITNESS:  Right.
12              THE COURT:  I understand.  Thank you.
13              MR. FISHBEIN:  May I, Your Honor?
14              THE COURT:  You may.
15                          - - -
16                   FURTHER RECROSS-EXAMINATION
17   BY MR. FISHBEIN:
18       Q    So you just referred to that in a direct
19   negotiation.
20              By the way, that's often with a returning author,
21   right?  In other words, somebody you've already published?
22       A    Yeah, that's a big part of it, yeah.
23       Q    A big part of it?
24       A    Yeah.
25       Q    So you're happy -- in that scenario, you're
```

1    generally happy with them, right?

2        A    Uh-huh.

3        Q    And they're generally happy with you?

4        A    Yes.

5        Q    And isn't what you're really trying to do is reach

6    an agreement based on what the author thinks the value is

7    and what you think the value is?

8        A    Yes.

9        Q    I think that's what you just referred to, right?

10       A    Yeah.

11       Q    You do things like compare, see what the last book

12   was sold and see how that did and make an estimate for the

13   new one so you come up with your own value, right?

14       A    Yes.

15       Q    Wouldn't the primary driver of what you agree to

16   in that situation be your view of the value of the book?

17       A    Our value of the book but also a value of the

18   author.  The author is an incredibly important part of this.

19       Q    Right.

20       A    And if we're negotiating with an author and we

21   want the author long term, we may pay more because we want

22   the author long term.

23       Q    Right.

24       A    So I don't think it's any one thing.

25       Q    Okay.  But certainly two important factors are

```
 1    your own view of the value of the book and the author's view
 2    of the value of the book?
 3         A    Yes.
 4              MR. FISHBEIN:  Thank you.
 5              THE COURT:  Thank you.
 6              Any redirect?
 7              MR. KIM:  Thank you, Your Honor.
 8              May I proceed, Your Honor?
 9              THE COURT:  You may.
10              MR. KIM:  Thank you.
11                           -  -  -
12                      REDIRECT EXAMINATION
13    BY MR. KIM:
14         Q    Mr. Weisberg, when talking about self-publishing,
15    you have authors currently published at Macmillan that have
16    large social media followings?
17         A    Yes.
18         Q    Could you give examples of some of those, please?
19         A    Well, Brandon we talked about.  There's a bunch of
20    authors.  Louise Penny on the St. Martin's side.  A whole
21    bunch of authors.
22         Q    And they are publishing with you instead of
23    self-publishing, do I have that right?
24         A    Yes.
25         Q    When talking about Mr. Sanderson, are there any
```

1  other authors that Macmillan works with that has similar

2  sort of scale of a self-publishing effort?

3      A    Not that I'm aware of.

4      Q    And what makes Mr. Sanderson different in that

5  way?

6      A    The willingness and the creativity and the

7  brilliance to do it all himself.  He's one of a kind.

8      Q    When talking about the willingness, what are you

9  talking about there?

10     A    The willingness to actually start a distribution

11 company.  It's building an entire business while you're

12 writing multiple books a year.

13     Q    Skip over and talk about Amazon.  Mr. Fishbein had

14 asked you several questions about your view of Amazon in

15 2019.  How has your view changed since 2019 with respect to

16 Amazon as a competitor when it comes to Amazon as a

17 publisher that's acquiring books?

18     A    They've become much more low key as a publisher,

19 but, keep in mind, Amazon is our biggest customer so for the

20 most part we treat them as our biggest customer, one of our

21 biggest customers.

22     Q    When you talk about Amazon being more low key,

23 what do you mean by that?

24     A    It means I haven't heard their name come up in

25 auctions very often.

1    Q    And you said, I'm sorry, please?

2    A    Recently.

3    Q    Any particular reasons that you think -- that

4  you've been able to observe about Amazon's strategy when it

5  comes to books and acquiring books?

6    A    I think they focused on the self-publishing.  They

7  focused on different areas of publishing, but they're not

8  going after, from what I can see, the big authors.

9    Q    And when talking about big authors, how are you

10 thinking about that sense of scale when we're talking about

11 big?

12   A    I don't think about it in terms of numbers, but

13 then -- for a moment in time, 2019, they seemed like they

14 were going to start to aggressively pursue competition with

15 publishing.  They backed off that, or seemingly backed off.

16   Q    And to go back to BookScan, just -- and the

17 relative shares of Macmillan versus other book publishers,

18 first off, as far as BookScan goes, is it just the Big 5

19 that BookScan measures as far as retail sales?

20   A    No, I think they measure others.  I think we broke

21 it down to that.

22   Q    And why do you only break it out to the Big 5 as

23 far as your tracking?

24   A    Because those are the people we tend to compete

25 with on a regular basis, particularly in terms of author

1    acquisition.

2        Q    But if you wanted to, to track it, those numbers

3    would be available for going further down that list?

4        A    I think so.

5        Q    When it comes -- jumping -- apologies for jumping

6    around a little bit here.

7             When it comes to losing authors to Penguin Random

8    House, have you lost significant authors to Penguin Random

9    House?

10       A    Yes.

11       Q    And could you give examples of some of those.  We

12   don't need to go into numbers or any contractual deals?

13       A    The one that comes to mind is Lisa Scottoline.

14       Q    Do you remember about when that happened?

15       A    It's got to be about three years ago.

16       Q    And do you remember which imprint at Penguin

17   Random House she went to?

18       A    I think it was Putman.

19       Q    And do you remember which imprint at Macmillan

20   that she left from?

21       A    St. Martin's.

22            MR. KIM:  Your Honor, those conclude my questions

23   for the open session.  We're happy to start up -- transition

24   over to the closed session.

25            THE COURT:  I have some questions.

1    MR. KIM:  Yes.

2    THE COURT:  Okay.

3    So, Mr. Weisberg, there's been talk in this trial

4    about how the anticipated top selling books are only 2

5    percent of the books that are published and they account for

6    70 percent of the advances.  So I'm kind of interested in

7    the other 98 percent of the books that account for 30

8    percent of the advances and if there are differences in the

9    way those books are acquired.  Can you talk a little bit

10    about those books?

11    THE WITNESS:  The difference is primarily in the

12    financial level.

13    But we're at auctions every day.  And if you look

14    at my particular imprints that I'm responsible for at

15    Macmillan, you take Tor, which is the science fiction and

16    fantasy, they're very rarely involved in large auctions.

17    Their whole business is built on building and developing

18    authors.

19    We have an e-book division called Tor.com, which

20    focuses on developing authors from novella to short story to

21    novel to breakout work.  So -- and if you look at each of

22    the different divisions, they all do it a little bit

23    differently and they compete a little differently.

24    So most of the books we buy are not the big mega

25    price books.  They're most of the time -- they're books that

1  we pay a reasonable sum of money that we hope to -- it's --

2  specifically it's different on fiction and nonfiction, but

3  using fiction as an example, we buy an author and hopefully,

4  you know, we're looking for a five books out so that the

5  author grows with us and develops with us.

6         So it's a different business.  The fact that we're

7  spending so much time on the 2 percent of the business,

8  because we don't even talk -- we have a -- you know,

9  backlist part of the business, romance, classics, all of the

10  things that we do on an everyday basis represent a lot of

11  our income.

12         THE COURT:  I see.

13         And so you're saying these are sort of a different

14  set of authors, more ones that you're developing and

15  investing in?

16         THE WITNESS:  Well -- or we can develop and invest

17  in an author from a higher level too, but, yes.

18         THE COURT:  But are you discovering them, is that

19  the difference?

20         THE WITNESS:  Discovering is a strong word.

21  I mean, we're investing in them.

22         At the end of the day, as a publisher, all we're

23  about is about our authors.  We're a mechanism for the

24  authors to get their words out into the world.  And there

25  are lots of just different ways to do it.  And fiction is

1    very different than nonfiction.  Children's is very

2    different than adult.

3              THE COURT:  And would you make any generalizations

4    about the types of authors who are in the top 2 percent

5    versus the other 98 percent?

6              THE WITNESS:  They're mostly celebrities.  As best

7    a generalization as I can make.  Going back to what we

8    talked before, they're people with real high platforms,

9    large platforms.

10             And it's different between, again, different

11   between nonfiction and fiction, because in nonfiction,

12   you're investing in somebody who is going to go out and do

13   research for three years.  So you're paying them to actually

14   do the work in advance, whereas a novel, most of the time,

15   you're receiving the novel fully -- ready to be edited and

16   ready to be worked with.  So it's very different.

17             THE COURT:  I see.

18             And do you think it's less competitive for the

19   other 98 percent of books versus the top 2?

20             THE WITNESS:  No.

21             THE COURT:  No.

22             THE WITNESS:  No, I think in some cases, it's just

23   as competitive.  I don't think there's anybody, any editor

24   that you'd meet that doesn't want to find that future story

25   that they worked on.

1       I used an example before, Louise Penny.  We're

2   working on Louise Penny's nineteenth book with us.  When she

3   started out, nobody necessarily knew who she was and the

4   editor who bought her had that vision of breaking her out

5   into the world and together they did something incredible

6   with a lot of help from a lot of different people.

7       THE COURT:  And when the editor identified her,

8   were there other people competing for her?

9       THE WITNESS:  Sometimes.  And sometimes not.

10  Sometimes they just -- you know, the other people reject

11  authors.  I mean, you know, one of the old stories is that

12  *The Hunt for Red October* was rejected by everybody before

13  Naval Institute Press decided to buy it and then it became

14  *The Hunt for Red October*.  So there are always stories like

15  that.

16      THE COURT:  Okay.  And then, sorry, last question.

17      So I've heard testimony in this trial about

18  special terms that some people can negotiate, bonuses and

19  front loading, and there was testimony about like a glam

20  budget for one author.  So are those things that you see

21  more commonly in the anticipated top selling books or is

22  that across the entire --

23      THE WITNESS:  That's the top end.

24      THE COURT:  That's top tier.  Okay.  Thank you.

25      Any questions based on my questions?

```
 1              MR. KIM:  No, Your Honor.

 2              MR. FISHBEIN:  I do, Your Honor.

 3              THE COURT:  Okay.

 4                        -  -  -

 5                   FURTHER RECROSS-EXAMINATION

 6    BY MR. FISHBEIN:

 7         Q    Mr. Weisberg, the Judge was just asking some

 8    questions and she used the term anticipated top seller.  Is

 9    that a category that you have in Macmillan?

10         A    No.

11         Q    And you were referring to certain, I think you

12    said, mega sellers, did I get that right.  Mega sellers,

13    celebrities?

14         A    Possibly.  Celebrities, I know I said.

15         Q    Are there books in the 100- to 500,000 advance

16    range that are not celebrities?

17         A    Sure.

18         Q    That's not a particularly high advance for

19    Macmillan, is it?

20         A    No.

21         Q    So when you're talking to the Judge about --

22         A    Well, let me take that back.

23              100 to $500 -- 100- to 500,000 is a large advance,

24    I would take that back.

25         Q    But that includes books that are not by
```

```
1   celebrities?

2        A    Correct.

3        Q    That are not the blockbusters that you referred

4   to?

5        A    Yes.

6        Q    That could be a first-time author?

7        A    Could be.

8             MR. FISHBEIN:  Thank you.

9             MR. KIM:  May I follow up, Your Honor?

10            THE COURT:  Yes.

11                           -  -  -

12                FURTHER REDIRECT EXAMINATION

13  BY MR. KIM:

14       Q    Mr. Weisberg, when talking about those books with

15  advances between $100- and $500,000, did those include books

16  where Macmillan has expectations that they're going to sell

17  particularly well?

18       A    Sure.

19       Q    And did those have -- do those types of books

20  include works that Macmillan thinks are going to be

21  important for their literary or social value?

22       A    Absolutely.

23            As I said to you before in the situation of Tor,

24  that could be the top of their list.

25       Q    And are those books that Macmillan will -- may
```

1  identify as ones that it considers lead titles or otherwise

2  put efforts behind them?

3      A    Could be.

4          MR. KIM:  All right.  Thank you.  No more

5  questions, Your Honor.

6          THE COURT:  Okay.  Thank you.

7          And my last question is, the advances correlate to

8  what you think the book is going to sell so --

9          THE WITNESS:  Not always.

10          THE COURT:  You're paying for -- not always.

11          THE WITNESS:  I mean, there are teams -- I mean,

12  if we're in a -- if we're in an auction and the auction ends

13  earlier, that's great, and sometimes the auction will end

14  and we're paying more for a book that we might not think

15  might benefit us at the time of publication but we think the

16  author is somebody we want to publish forever and we think

17  down the road will be special so we'll spend extra.

18          I mean, it's hard for me to make statements about

19  this that are accurate in every case because every auction

20  is different.

21          THE COURT:  Right, absolutely.

22          THE WITNESS:  And every author is different.

23          THE COURT:  But generally speaking, though, don't

24  you use a P&L --

25          THE WITNESS:  Yeah.

1    THE COURT:  -- to project the sales and decide

2   what the advance is going to be?

3    THE WITNESS:  Yeah.

4    THE COURT:  That's what I've been hearing from

5   everybody?

6    THE WITNESS:  The whole concept of P&L is an

7   interesting concept.  But generally speaking, yes.

8    THE COURT:  So there could be other factors but

9   expected sales is generally a big part?

10    THE WITNESS:  Yeah.

11    THE COURT:  Okay.  Thank you.

12    Any questions based on my questioning?

13    MR. KIM:  No, Your Honor.

14    MR. FISHBEIN:  No, none at all.

15    THE COURT:  Okay.  Thank you.

16    At this time, we're going to ask members of the

17   public to clear the courtroom so we can go into a closed

18   session.

19    And how long do we expect that to take, Mr. Kim.

20    MR. KIM:  I believe about 10 to 15 minutes,

21   Your Honor.

22    THE COURT:  Okay.

23    Including the cross and everything?

24    MR. FISHBEIN:  Yeah, I don't think.  It depends

25   what he says, but I will probably have 15, 20 minutes.

1137

```
 1            THE COURT:  Okay.
 2            So what I propose to do is go into closed session
 3    and then take our lunch break and resume at 2:00 so folks
 4    don't have to wait around and come back.
 5            So we'll excuse everybody and we'll be back in
 6    open session at 2:00.  Thank you.
 7            (Closed, sealed session)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



1139



1140



1141







1144











1149



1150









1154



1155



1156



1157



1158







1161



1162



1163



1164



1165





1167



1168



1169







1172







1175



1176





1178





1180





1182



1183



1    ████████████████████    ████████████

2        ███████████████████████████████████████████████

3    ████████████

4            (Proceedings concluded at 1:08 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__August 8, 2022_____     

William P. Zaremba, RMR, CRR

1186

BY MR. FISHBEIN:
**[13]** 1088/22 1093/22
1096/19 1101/6
1102/22 1115/7
1123/17 1133/6 1149/3
1159/21 1166/5
1167/21 1182/17
**BY MR. KIM: [15]**
1057/5 1072/16
1072/21 1076/3
1077/12 1081/21
1084/13 1087/17
1125/13 1134/13
1137/18 1140/9
1145/18 1174/3 1182/1
**BY MS. BELLSHAW:**
**[10]** 1027/22 1032/22
1033/21 1034/9
1036/23 1037/12
1050/23 1051/11
1052/16 1053/1
**BY MS. RUDZIN: [4]**
1046/20 1048/24
1049/13 1049/20
**COURTROOM**
**DEPUTY: [9]** 1022/2
1022/7 1032/18
1055/16 1055/18
1083/24 1084/3 1084/5
1184/1
**MR. FISHBEIN: [23]**
1022/17 1022/22
1075/25 1081/17
1087/10 1088/19
1093/18 1095/16
1101/2 1102/14
1121/22 1122/6
1123/13 1125/4 1133/2
1134/8 1136/14
1136/24 1137/12
1167/14 1182/11
1182/14 1183/17
**MR. KIM: [42]** 1055/6
1055/9 1055/21
1055/25 1056/2 1056/5
1056/15 1056/18
1072/19 1076/1 1077/9
1077/11 1081/14
1083/17 1084/9
1084/12 1087/13
1087/15 1088/15
1096/15 1102/18
1122/1 1125/7 1125/10
1128/22 1129/1 1133/1
1134/9 1135/4 1136/13
1136/20 1137/15
1145/16 1148/22
1167/17 1173/15
1173/19 1173/22
1181/25 1182/8
1182/10 1183/19
**MR. PETROCELLI: [7]**
1022/18 1025/25
1026/12 1026/15
1026/22 1027/2 1027/5
**MR. READ: [11]**
1022/12 1023/12

1024/1 1025/3 1025/6
1025/10 1025/15
1025/21 1137/11
**MS. BELLSHAW: [16]**
1027/14 1032/11
1032/15 1032/19
1033/17 1034/6
1036/19 1037/5 1042/3
1046/14 1049/8
1050/19 1052/11
1052/15 1052/21
1054/22
**MS. RUDZIN: [9]**
1037/8 1046/17
1048/22 1049/12
1049/19 1050/16
1051/3 1051/6 1052/23
**THE COURT: [156]**
1022/6 1022/16
1022/21 1022/25
1023/9 1023/16
1023/22 1023/25
1025/5 1025/9 1025/14
1025/18 1025/22
1026/10 1026/13
1026/20 1026/23
1027/3 1027/6 1027/13
1032/9 1032/14
1032/16 1032/21
1033/16 1033/20
1036/18 1036/22
1037/7 1037/9 1042/5
1042/7 1042/19
1043/24 1044/10
1045/1 1045/19
1046/12 1046/15
1048/4 1048/7 1048/9
1048/21 1049/9
1049/17 1050/17
1050/20 1051/5 1051/7
1052/9 1052/22
1052/24 1054/24
1055/4 1055/8 1055/14
1055/19 1055/23
1056/1 1056/4 1056/14
1056/17 1071/21
1071/23 1072/7 1072/9
1072/20 1076/2
1076/22 1077/4 1077/8
1077/10 1081/16
1081/18 1083/15
1083/18 1084/1 1084/8
1084/10 1087/14
1088/18 1096/14
1096/16 1101/5
1102/17 1102/19
1114/25 1115/3
1121/25 1122/2 1122/8
1122/12 1122/23
1123/7 1123/9 1123/12
1123/14 1125/5 1125/9
1128/25 1129/2
1130/12 1130/18
1131/3 1131/17
1131/21 1132/7
1132/16 1132/24
1133/3 1134/10 1135/6

1135/23 1136/1 1136/4
1136/8 1136/11
1136/15 1136/22
1137/1 1137/8 1137/13
1140/7 1144/9 1145/12
1145/15 1145/17
1148/24 1157/24
1158/4 1158/18
1158/23 1159/1 1159/3
1159/8 1159/10
1159/14 1159/20
1166/3 1167/16
1167/18 1171/23
1172/5 1172/8 1172/11
1172/24 1173/8
1173/14 1173/18
1173/21 1181/24
1182/12 1183/18
1183/20
**THE WITNESS: [66]**
1023/8 1027/12 1042/6
1042/16 1042/24
1044/3 1044/14 1045/5
1045/22 1048/6 1048/8
1048/11 1051/4
1051/10 1052/13
1053/3 1055/20
1071/22 1071/24
1072/8 1072/11
1076/25 1077/6
1083/25 1084/2 1115/2
1115/5 1122/11
1122/18 1123/1 1123/8
1123/11 1129/11
1130/16 1130/20
1131/6 1131/20
1131/22 1132/9
1132/23 1135/9
1135/11 1135/22
1135/25 1136/3 1136/6
1136/10 1140/8
1144/15 1145/13
1158/3 1158/5 1158/20
1158/25 1159/2 1159/9
1159/13 1159/19
1166/4 1172/1 1172/7
1172/10 1172/12
1173/2 1173/9 1182/9

**$**

**$10 [1]** 1100/15
**$100 [1]** 1134/15
**$200,000 [1]** 1074/5
**$250,000 [1]** 1041/23
**$30 [1]** 1100/12
**$40 [2]** 1112/24 1113/3
**$40 million [1]** 1112/24
**$500 [1]** 1133/23
**$500,000 [1]** 1134/15
**$700,000 [1]** 1038/1

**.**

**.7 [1]** 1095/5

**0**

**0468 [1]** 1019/18

**1** [3] 1026/24
1137/3 1137/6
**10 [1]** 1136/20
**10.4 [1]** 1097/3
**100 [5]** 1074/5 1082/19
1133/15 1133/23
1133/23
**100,000 [2]** 1042/20
1114/22
**10022 [1]** 1020/14
**10036 [1]** 1020/9
**1077 [1]** 1037/15
**10:17 [1]** 1038/12
**10:58 [1]** 1084/4
**11 [1]** 1104/23
**11:18 [1]** 1084/4
**12.2 [1]** 1097/4
**14 [1]** 1026/3
**14th [1]** 1052/18
**15 [4]** 1083/18 1083/23
1136/20 1136/25
**15th [1]** 1037/14
**16th [1]** 1038/12
**18 [4]** 1106/17 1121/2
1121/7 1122/3
**19 [1]** 1026/4
**1974 [1]** 1058/25
**1999 [1]** 1020/4
**1:08 [1]** 1184/4

**2**

**20 [2]** 1043/16 1136/25
**2000 [1]** 1020/10
**20001 [1]** 1020/23
**20004 [1]** 1020/18
**2007 [1]** 1059/8
**2018 [1]** 1052/18
**2019 [5]** 1106/6
1106/19 1126/15
1126/15 1127/13
**202 [6]** 1019/18
1020/18 1020/24
1111/2 1111/3 1111/4
**2020 [10]** 1036/25
1037/14 1093/1 1093/4
1093/24 1094/3
1094/17 1094/21
1100/10 1100/12
**2021 [11]** 1081/12
1082/18 1092/19
1093/3 1093/24 1094/3
1094/11 1094/12
1096/21 1097/2
1100/14
**2022 [4]** 1019/5 1029/9
1091/20 1185/7
**20530 [1]** 1019/18
**21-2886 [2]** 1019/4
1022/8
**212 [2]** 1020/10
1020/15
**217 [3]** 1095/18
1096/13 1096/17
**23 [1]** 1106/17
**25 [1]** 1089/21
**250 [1]** 1046/24
**250,000 [2]** 1104/13
1112/6
**2886 [2]** 1019/4 1022/8

1137/3 1137/6

**3**

**30 [1]** 1129/7
**307-0468 [1]** 1019/18
**30th [1]** 1036/25
**310 [1]** 1020/5
**3249 [1]** 1020/24
**326-2000 [1]** 1020/10
**327 [1]** 1037/9
**332 [1]** 1048/22
**333 [1]** 1020/23
**34 [1]** 1026/5
**354-3249 [1]** 1020/24
**38 [1]** 1026/4
**3:30 [1]** 1035/9

**4**

**4000 [1]** 1020/15
**401 [1]** 1020/17
**408 [4]** 1101/1 1101/4
1102/15 1102/20
**44 [9]** 1037/3 1037/22
1038/1 1038/3 1038/6
1038/10 1038/17
1038/19 1047/17
**450 [1]** 1019/17
**48 [5]** 1120/25 1121/2
1121/5 1121/7 1122/3
**49 [3]** 1121/2 1121/5
1122/3

**5**

**50 [2]** 1064/18 1118/2
**500 [1]** 1099/24
**500,000 [2]** 1133/15
1133/23
**508-8058 [1]** 1020/18
**553-6700 [1]** 1020/5
**599 [1]** 1020/14
**5K [1]** 1054/9 1054/11

**6**

**60 [1]** 1118/2
**6700 [1]** 1020/5

**7**

**70 [1]** 1129/6
**72 [1]** 1090/3

**8**

**80 [1]** 1079/12
**8058 [1]** 1020/18
**829 [1]** 1080/25
**83 [2]** 1104/22 1105/2
**848-4000 [1]** 1020/15
**890,000 [1]** 1054/9
**895,000 [1]** 1054/11
**8th [1]** 1020/4

**9**

**90067 [1]** 1020/5
**96 [1]** 1106/14
**98 [5]** 1042/12 1042/23
1129/7 1131/5 1131/19
**9:30 [1]** 1019/6
**9th [1]** 1020/17

**A**

A29 [1] 1092/13
abbreviated [1]
1081/10
Abby [2] 1020/7
1022/19
ability [6] 1073/10
1074/16 1075/21
1076/5 1076/8 1077/15
able [6] 1026/8 1030/8
1032/12 1036/4
1075/24 1127/4
about [121] 1026/2
1028/3 1028/7 1028/21
1029/5 1029/13
1033/12 1034/19
1036/8 1036/10
1036/15 1038/18
1041/17 1042/12
1043/16 1044/10
1045/8 1045/18
1047/16 1048/25
1049/14 1049/15
1049/24 1049/25
1050/5 1051/18 1052/4
1058/11 1059/17
1061/22 1061/24
1063/2 1064/2 1064/3
1064/8 1064/19
1065/12 1065/19
1065/21 1066/3 1066/3
1067/7 1068/5 1068/6
1068/8 1068/11
1068/15 1070/11
1072/5 1072/23
1073/20 1074/4 1078/9
1080/9 1082/4 1083/8
1083/20 1083/21
1085/2 1085/10
1085/13 1085/18
1085/19 1086/16
1087/6 1087/11
1087/18 1087/19
1088/4 1093/6 1093/20
1095/11 1096/11
1097/3 1097/7 1100/19
1102/2 1103/7 1104/5
1105/4 1105/9 1105/18
1105/19 1107/20
1108/14 1109/6
1113/18 1113/19
1116/5 1116/6 1117/7
1117/13 1117/23
1119/16 1121/18
1125/14 1125/19
1125/25 1126/8 1126/9
1126/13 1126/14
1126/22 1127/4 1127/9
1127/10 1127/10
1127/12 1128/14
1128/15 1129/4
1129/10 1130/23
1130/23 1131/4
1132/17 1132/19
1133/21 1134/14
1135/18 1136/20
above [5] 1041/23
1102/8 1104/13 1114/2

above-titled [1] 1185/4
absolutely [4] 1107/12
1109/21 1134/22
1135/21
acceptable [1] 1056/13
accomplish [1]
1025/19
according [1] 1040/5
account [3] 1041/14
1129/5 1129/7
accurate [1] 1098/11
1105/15 1135/19
achieved [3] 1091/9
1103/6 1103/7
acknowledging [1]
1039/13
acquire [8] 1040/4
1042/13 1067/24
1072/23 1084/18
1087/3 1104/13
1107/11
acquired [5] 1041/13
1047/4 1080/18 1099/1
1129/9
acquires [1] 1088/9
1088/11 1088/13
acquiring [12] 1043/5
1063/2 1063/4 1063/12
1070/15 1070/17
1078/17 1085/3 1085/4
1109/23 1126/17
1127/5
acquisition [8]
1064/12 1072/25
1106/8 1106/20
1120/17 1121/8
1121/11 1128/1
acquisitions [6]
1080/5 1080/6 1080/7
1080/16 1098/6
1119/17
across [6] 1061/7
1068/23 1078/24
1085/17 1120/21
1132/22
act [1] 1063/18
actual [4] 1062/14
1082/18 1093/1
1094/21
actually [8] 1033/14
1041/8 1042/10
1059/20 1076/23
1077/1 1126/10
1131/13
add [1] 1082/18
addition [1] 1062/24
additional [1] 1073/22
admit [4] 1023/20
1023/25 1037/5
1052/21
admitted [10] 1021/4
1021/21 1023/19
1033/23 1037/9
1052/24 1081/18
1096/16 1102/19
1122/2
adult [6] 1074/25

1075/12 1105/18
1131/2
advance [37] 1039/6
1039/10 1039/11
1039/15 1039/16
1040/2 1040/3 1040/7
1041/23 1042/18
1042/25 1046/22
1046/24 1047/3 1063/9
1063/21 1064/3
1065/10 1065/23
1066/7 1066/10
1070/19 1085/24
1100/21 1106/8
1106/20 1110/12
1110/21 1111/9 1114/1
1114/2 1114/19
1131/14 1133/15
1133/18 1133/23
1136/2
advances [36] 1039/18
1039/19 1039/22
1042/13 1042/14
1043/19 1044/23
1066/16 1066/17
1066/25 1070/12
1074/5 1085/2 1085/15
1085/20 1086/1 1098/9
1104/13 1111/18
1112/6 1112/9 1115/1
1115/4 1115/8 1115/11
1118/20 1119/2
1119/16 1120/6
1120/19 1120/20
1121/10 1129/6 1129/8
1134/15 1135/7
advantage [3] 1117/8
1117/25 1118/1
advertising [5]
1047/25 1048/16
1068/23 1113/21
1118/7
affect [2] 1085/1
1086/25
affected [2] 1085/4
1086/8
affiliation [1] 1090/9
Africa [1] 1057/25
after [5] 1025/15
1054/10 1072/4
1098/24 1127/8
again [15] 1030/8
1037/17 1039/25
1067/6 1069/8 1069/17
1078/8 1084/8 1092/15
1097/16 1106/13
1107/13 1112/5 1118/9
1131/10
against [9] 1030/17
1035/3 1035/17
1078/17 1082/22
1097/21 1097/23
1103/10 1103/13
agent [21] 1025/17
1030/22 1031/9
1034/12 1034/15
1034/16 1034/18

1035/1 1035/6 1035/7
1035/10 1035/18
1045/10 1046/7 1054/4
1064/14 1076/17
1086/21 1120/3
agents [7] 1045/17
1045/17 1046/2 1086/7
1119/7 1119/8 1119/13
aggressively [3]
1072/8 1072/9 1127/14
ago [9] 1031/25
1050/24 1059/13
1059/14 1067/8
1074/15 1106/6 1113/2
1128/15
agree [17] 1028/7
1039/14 1040/1 1089/5
1108/10 1109/7
1110/10 1110/18
1110/18 1110/20
1113/9 1116/16 1120/5
1120/7 1120/12
1120/17 1124/15
agreeing [1] 1054/6
agreement [1] 1124/6
ahead [4] 1072/20
1076/2 1083/13
1093/20
aided [1] 1020/25
al [2] 1019/6 1022/9
all [51] 1022/2 1023/1
1023/13 1027/7
1039/20 1050/20
1054/24 1055/4
1055/21 1056/3
1056/16 1057/9 1058/3
1059/20 1063/16
1066/9 1067/2 1067/20
1068/22 1068/23
1069/20 1072/25
1073/1 1073/16
1074/13 1074/17
1076/13 1076/14
1076/25 1077/6
1081/22 1083/18
1083/24 1084/5
1084/14 1088/16
1088/18 1094/5
1111/18 1119/17
1120/13 1120/14
1120/15 1122/6 1123/4
1126/7 1129/22 1130/9
1130/22 1135/4
1136/14
all right [2] 1056/3
1057/9
Allison [2] 1038/11
1054/11
allowed [1] 1035/16
almost [1] 1088/6
along [1] 1025/25
already [2] 1116/3
1123/21
also [27] 1028/13
1030/4 1030/21
1039/10 1041/23
1045/3 1049/10

1050/25 1051/14
1053/19 1054/1
1054/11 1056/12
1062/5 1064/21 1075/1
1080/17 1091/8 1092/9
1103/13 1103/23
1105/24 1110/11
1111/8 1115/11
1118/14 1124/17
although [1] 1095/21
always [12] 1028/11
1028/14 1039/13
1040/5 1062/13
1069/10 1070/23
1071/15 1075/16
1132/14 1135/9
1135/10
am [4] 1063/5 1074/20
1097/1 1103/20
Amazon [18] 1105/24
1106/7 1106/19 1107/5
1107/13 1108/2 1108/4
1108/22 1117/2 1117/7
1117/9 1117/10
1126/13 1126/14
1126/16 1126/16
1126/19 1126/22
Amazon's [3] 1106/2
1108/17 1127/4
ambitions [1] 1044/16
amend [1] 1023/23
AMERICA [3] 1019/3
1022/8 1057/25
among [5] 1051/15
1092/2 1093/8 1101/16
1114/17
amount [6] 1064/3
1065/23 1073/11
1073/15 1073/17
1073/25
analysis [1] 1118/24
Anderson [1] 1113/2
Angeles [1] 1020/5
another [5] 1051/15
1099/2 1100/2 1114/11
1121/10
answer [16] 1051/7
1051/9 1068/12
1070/14 1086/10
1090/1 1105/5 1106/18
1106/23 1109/25
1110/15 1110/17
1111/6 1111/16 1121/1
1121/13
answered [1] 1111/15
anticipated [1] 1042/9
1129/4 1132/21 1133/8
Antitrust [1] 1019/17
any [45] 1023/7
1023/10 1029/25
1037/7 1037/22
1046/13 1046/16
1050/18 1052/22
1055/12 1061/23
1062/15 1062/23
1064/9 1068/12 1071/2
1074/1 1071/8 1075/5
1078/1 1078/5 1078/16

1188

**A**

**any... [23]** 1078/22
1079/2 1079/15
1080/16 1081/16
1086/3 1086/15 1087/8
1088/7 1096/14
1107/14 1114/1
1118/23 1121/25
1124/24 1125/6
1125/25 1127/3
1128/12 1131/3
1131/23 1132/25
1136/12
**anybody [3]** 1083/20
1083/21 1131/23
**anymore [1]** 1068/19
**anything [4]** 1039/2
1049/24 1069/3
1108/25
**anywhere [1]** 1030/18
**apologies [5]** 1036/21
1052/12 1055/13
1055/25 1128/5
**apparatus [1]** 1110/7
**appear [1]** 1025/12
**appearances [3]**
1019/12 1019/19
1022/11
**appearing [1]** 1055/1
**appears [2]** 1037/20
1075/22
**apply [3]** 1030/14
1108/16 1120/8
**appointment [1]**
1047/24
**appreciate [3]** 1023/6
1025/5 1055/1
**approach [4]** 1022/10
1056/3 1072/19
1119/24
**appropriate [1]**
1049/11
**approval [4]** 1063/23
1065/23 1102/11
1103/1
**approvals [3]** 1065/1
1065/22 1100/20
**approve [7]** 1063/8
1063/18 1063/20
1066/17 1101/9
1101/23 1102/7
**approved [1]** 1066/18
**approving [1]** 1064/11
**approximately [4]**
1058/25 1059/13
1097/13 1099/14
**arbiter [1]** 1079/6
**are [141]** 1023/7
1023/10 1026/16
1028/12 1031/15
1031/16 1031/17
1031/20 1035/8
1035/13 1035/16
1035/19 1036/2
1039/24 1040/5
1040/20 1042/10
1043/2 1044/6 1044/8
1044/11 1044/11

1045/20 1046/1
1047/21 1051/12
1051/12 1051/14
1051/16 1051/22
1054/18 1055/12
1061/13 1061/25
1062/11 1062/20
1063/3 1064/2 1064/5
1064/7 1064/18 1065/6
1065/7 1066/4 1066/6
1066/9 1066/17
1066/25 1067/3
1068/16 1069/11
1070/7 1070/16 1071/1
1071/4 1071/7 1071/9
1072/9 1073/6 1073/10
1073/22 1074/1
1074/10 1074/14
1074/19 1075/18
1076/23 1076/23
1078/10 1079/11
1080/5 1082/3 1082/8
1082/12 1082/14
1082/17 1082/21
1083/3 1085/10
1085/14 1085/18
1086/15 1087/8 1087/9
1087/11 1088/14
1088/16 1091/10
1091/16 1093/15
1094/1 1095/22
1098/20 1099/15
1103/18 1103/21
1104/1 1107/3 1109/17
1109/17 1110/11
1110/21 1111/8 1112/1
1112/6 1112/10
1112/13 1114/5
1114/14 1114/17
1114/20 1115/21
1117/15 1119/17
1124/25 1125/22
1125/25 1126/8 1127/9
1127/24 1129/4 1129/5
1129/8 1129/9 1129/24
1130/13 1130/18
1130/25 1131/4
1132/14 1132/20
1133/15 1133/16
1133/25 1134/3
1134/20 1134/25
1135/11 1135/19
**areas [5]** 1058/2
1058/4 1058/9 1103/24
1127/7
**aren't [5]** 1028/14
1043/19 1047/24
1109/3 1118/14
**aren't you [1]** 1118/14
**arguably [1]** 1105/21
**argument [2]** 1026/12
1026/19
**around [7]** 1044/4
1047/21 1050/9 1059/8
1079/12 1128/6 1137/4
**as [112]** 1023/4
1027/18 1030/22

1040/15 1040/18
1040/18 1043/11
1043/11 1043/11
1044/21 1044/21
1044/22 1044/24
1046/24 1050/6
1057/22 1058/19
1059/4 1059/9 1060/16
1061/25 1062/1
1062/12 1063/22
1063/22 1064/5 1064/9
1064/10 1064/19
1065/18 1065/23
1066/11 1066/16
1066/16 1066/18
1066/18 1066/19
1067/3 1067/12
1067/15 1067/25
1068/14 1069/11
1069/11 1070/4 1070/4
1070/25 1071/1 1071/5
1071/19 1075/16
1075/21 1075/21
1076/5 1076/5 1076/19
1076/19 1077/15
1077/19 1078/7 1078/7
1080/14 1080/23
1086/2 1086/6 1086/7
1086/13 1088/1 1088/3
1088/3 1088/4 1088/4
1100/10 1101/3
1101/18 1103/10
1105/19 1105/20
1105/24 1106/7
1106/11 1106/19
1108/8 1115/12 1116/7
1118/19 1120/21
1120/22 1120/22
1121/11 1121/23
1121/23 1126/16
1126/16 1126/18
1126/20 1127/18
1127/18 1127/19
1127/19 1127/22
1127/23 1130/3
1130/22 1131/6 1131/7
1131/23 1134/23
1135/1
**aside [1]** 1083/14
**ask [26]** 1033/12
1033/17 1036/8
1038/22 1039/3
1048/22 1049/21
1058/8 1068/18 1076/4
1076/22 1084/21
1090/13 1092/17
1096/11 1100/19
1101/7 1104/5 1105/10
1109/6 1113/1 1114/25
1115/14 1116/15
1119/13 1136/16
**asked [10]** 1028/3
1028/6 1029/12
1047/16 1048/25
1050/5 1106/17 1111/5
1113/18 1126/14
**asking [3]** 1035/8

aspects [1] 1045/8
**aspersions [1]**
1044/17
**assisting [2]** 1076/12
1076/14
**Associates [1]** 1075/17
**assume [2]** 1058/8
1104/14
**assuming [2]** 1064/14
1064/23
**attempt [1]** 1118/3
**attempted [1]** 1042/9
**attention [3]** 1038/5
1048/15 1069/7
**attorney [1]** 1049/10
**attraction [1]** 1090/23
**attractive [4]** 1109/8
1110/3 1110/20 1112/2
**auction [33]** 1028/17
1030/12 1030/18
1030/21 1030/22
1031/3 1031/8 1031/11
1035/1 1035/1 1035/17
1035/22 1037/2
1037/21 1047/8 1049/1
1049/2 1049/16
1049/23 1050/3
1051/15 1051/14
1052/2 1053/23
1064/21 1065/1 1079/1
1085/16 1120/22
1135/12 1135/12
1135/13 1135/19
**auctions [13]** 1028/8
1028/10 1028/13
1030/14 1034/20
1050/6 1054/18 1107/5
1118/16 1119/17
1126/25 1129/13
1129/16
**audibly [1]** 1090/1
**audience [9]** 1038/6
1067/24 1067/25
1109/12 1110/11
1110/19 1110/23
1110/25 1111/8
**audio [2]** 1061/20
1062/7
**August [2]** 1019/5
1185/7
**Australia [1]** 1057/25
**author [46]** 1038/6
1044/13 1047/23
1068/25 1069/1 1069/9
1069/12 1072/24
1073/2 1073/5 1073/21
1074/10 1076/17
1077/17 1085/2 1098/9
1099/1 1100/17
1100/18 1109/23
1114/9 1114/9 1116/3
1119/2 1119/21
1119/24 1120/3
1120/18 1120/20
1121/9 1123/3 1123/20
1124/6 1124/18
1124/20 1124/20

1127/25 1130/3 1130/5
1130/17 1132/20
1134/6 1135/16
1135/22
**author's [1]** 1125/1
**authors [37]** 1043/18
1044/1 1044/11
1044/12 1044/22
1044/23 1045/2
1069/11 1073/10
1075/24 1089/19
1090/24 1098/20
1109/8 1110/10
1110/12 1110/19
1110/21 1111/7 1111/8
1117/20 1118/10
1125/15 1125/20
1125/21 1126/1 1127/8
1127/9 1128/7 1128/8
1129/18 1129/20
1130/14 1130/23
1130/24 1131/4
1132/11
**availability [1]** 1026/16
**available [2]** 1083/6
1128/3
**Avenue [3]** 1020/4
1020/14 1020/23
**aware [6]** 1051/22
1076/16 1107/10
1112/23 1114/4 1126/3
**away [5]** 1032/24
1033/9 1033/10 1034/5
1039/14

**B**

**back [23]** 1026/13
1027/1 1032/6 1032/15
1032/19 1033/22
1034/10 1035/6
1054/10 1059/17
1060/24 1065/15
1084/6 1091/14
1092/12 1104/20
1106/6 1127/16 1131/7
1133/22 1133/24
1137/4 1137/5
**backed [2]** 1127/15
1127/15
**backlist [1]** 1130/9
**balance [1]** 1043/1
**ball [1]** 1091/13
**Bantam [4]** 1059/4
1059/5 1059/5 1059/6
**Barrett [1]** 1020/22
**based [11]** 1031/4
1040/20 1041/12
1046/13 1074/8 1086/3
1093/15 1093/19
1124/6 1132/25
1136/12
**basically [2]** 1054/4
1108/4
**basis [3]** 1073/5
1127/25 1130/10
**Bates [1]** 1037/14
**be [103]** 1022/5

be... [102] 1022/13
1023/3 1023/13
1025/17 1026/6
1026/25 1028/16
1028/19 1031/1
1032/24 1033/24
1034/4 1034/7 1035/18
1036/4 1036/18 1037/9
1037/21 1038/1
1039/13 1041/5 1043/6
1043/6 1043/11
1043/17 1044/6
1044/16 1045/23
1046/22 1047/22
1048/22 1049/4 1052/9
1052/11 1052/24
1055/14 1055/19
1057/19 1057/24
1062/1 1062/3 1062/5
1062/6 1062/6 1062/8
1063/25 1066/23
1072/3 1073/9 1074/4
1074/18 1075/23
1075/24 1078/13
1078/20 1078/22
1079/18 1080/1
1080/13 1081/18
1084/6 1085/4 1086/8
1086/12 1087/5 1091/4
1091/8 1096/16
1098/11 1100/2
1102/19 1106/2
1109/20 1113/16
1114/2 1114/11
1114/13 1117/19
1118/6 1119/10 1120/2
1120/4 1120/19
1121/10 1121/18
1122/2 1122/16
1122/18 1124/16
1128/3 1128/15
1131/15 1131/16
1134/6 1134/7 1134/20
1134/24 1135/3
1135/17 1136/2 1136/8
1137/5
**beautiful [1]** 1068/11
**became [4]** 1059/5
1059/6 1077/20
1132/13
**because [28]** 1025/11
1029/21 1030/1 1032/6
1041/3 1046/8 1049/6
1065/8 1068/1 1068/20
1070/22 1071/9
1071/15 1072/4 1073/1
1079/19 1083/11
1103/5 1104/1 1107/17
1110/6 1115/21
1120/13 1124/21
1127/24 1130/8
1131/11 1135/19
**become [4]** 1060/8
1077/19 1107/14
1126/18
**becomes [3]** 1070/22
1072/1 1072/5

**becoming [1]** 1067/11
**been [11]** 1027/17
1032/1 1032/11
1049/23 1067/11
1069/3 1080/10 1087/7
1127/4 1129/3 1136/4
**before [14]** 1019/10
1023/10 1035/20
1036/11 1037/21
1038/19 1056/6 1089/2
1101/18 1109/25
1131/8 1132/1 1132/12
1134/23
**began [1]** 1059/9
**begin [1]** 1056/6
**beginning [1]** 1066/4
**behalf [1]** 1062/19
**behavior [2]** 1086/24
1086/25
**behind [8]** 1065/18
1066/12 1085/25
1114/15 1114/20
1115/3 1115/9 1135/2
**being [13]** 1040/19
1046/6 1055/1 1056/11
1068/8 1074/12 1080/9
1080/10 1085/13
1086/18 1088/3
1116/22 1126/22
**believe [13]** 1029/5
1035/21 1037/23
1040/21 1047/5
1047/12 1069/12
1071/10 1085/3
1116/19 1122/18
1122/19 1136/20
**believes [1]** 1078/16
**Bellshaw [10]** 1019/16
1022/13 1027/9
1027/15 1047/16
1048/25 1049/4
1049/15 1050/5
1050/18
**below [5]** 1042/20
1047/14 1080/8 1114/3
1114/23
**bench [2]** 1019/9
1056/3
**benefit [5]** 1116/23
1117/19 1117/20
1118/9 1135/15
**benefits [1]** 1118/3
**BERTELSMANN [4]**
1019/6 1020/2 1022/9
1022/19
**best [33]** 1028/1
1028/4 1030/14
1030/18 1030/23
1031/1 1031/4 1031/4
1031/9 1031/11
1032/19 1034/19
1035/2 1035/10
1035/17 1035/20
1035/22 1035/25
1040/18 1041/12
1041/14 1041/15
1043/19 1046/3 1047/8
1049/2 1068/14

1083/6 1089/16
1099/11 1131/6
**best-bid [3]** 1030/14
1030/18 1035/20
**best-bids [3]** 1031/11
1034/19 1035/10
**best-selling [1]**
1077/22
**bestsellers [2]** 1061/7
1090/4
**bestselling [1]** 1118/3
**bets [7]** 1070/1 1070/3
1070/7 1070/9 1070/11
1070/16 1070/16
**better [9]** 1035/22
1049/2 1054/25
1055/13 1055/25
1066/4 1116/17
1116/20 1119/12
**between [18]** 1047/18
1048/10 1048/19
1060/21 1062/2 1064/6
1064/7 1080/11
1084/15 1093/3
1093/24 1094/3
1107/25 1120/9
1121/11 1131/10
1131/11 1134/15
**beyond [1]** 1031/21
**bid [30]** 1029/3 1029/6
1029/16 1029/20
1030/1 1030/14
1030/17 1030/18
1031/2 1031/4 1031/10
1031/19 1034/24
1035/3 1035/9 1035/17
1035/20 1035/24
1035/24 1036/1
1036/15 1037/22
1038/19 1047/8
1047/10 1049/5 1051/1
1053/6 1054/9 1084/18
**bidder [1]** 1045/6
**bidders [5]** 1036/1
1036/2 1036/4 1049/6
1053/11
**bidding [8]** 1030/14
1034/16 1036/2
1049/15 1050/25
1069/19 1122/19
1122/19
**bids [19]** 1030/23
1031/4 1031/9 1031/11
1031/13 1031/16
1034/19 1034/23
1035/2 1035/10
1035/25 1049/24
1050/1 1050/1 1051/15
1052/1 1052/3 1054/19
1088/8
**bifurcated [1]** 1056/10
**big [61]** 1028/9
1028/17 1028/22
1030/6 1030/10
1043/19 1050/7 1070/1
1070/7 1070/9 1070/9
1070/11 1070/23

1079/23 1082/9
1082/10 1082/14
1082/22 1082/22
1083/8 1083/9 1089/5
1090/21 1092/3 1092/7
1093/7 1094/2 1095/12
1097/3 1097/14
1097/19 1097/21
1097/23 1100/17
1100/18 1103/11
1104/16 1105/3 1105/4
1105/7 1105/9 1105/18
1105/20 1105/20
1105/22 1106/11
1106/11 1109/18
1115/13 1116/3
1123/22 1123/23
1127/8 1127/9 1127/11
1127/18 1127/22
1129/24 1136/9
**Big 5 [1]** 1078/14
**bigger [2]** 1044/23
1086/22
**biggest [3]** 1126/19
1126/20 1126/21
**bilateral [4]** 1120/18
1121/8 1122/13
1122/17
**bill [1]** 1073/24
**binder [3]** 1080/19
1092/13 1100/22
**binders [2]** 1056/2
1095/17
**bit [16]** 1026/6 1034/4
1044/10 1067/7
1072/22 1078/8 1080/8
1084/22 1089/11
1090/14 1101/17
1107/20 1113/18
1128/6 1129/9 1129/22
**blockbusters [1]**
1134/3
**Blue [1]** 1053/3
**board [4]** 1068/23
1078/25 1085/17
1120/21
**Bodnar [1]** 1052/18
**bonuses [5]** 1045/3
1045/14 1045/18
1045/18 1132/18
**book [120]** 1028/24
1029/3 1029/17
1029/17 1029/20
1029/23 1029/23
1030/10 1031/6 1033/3
1036/10 1036/15
1037/3 1037/22 1038/1
1038/3 1038/6 1038/10
1038/17 1038/18
1038/19 1039/6 1039/9
1039/11 1039/25
1040/10 1041/9
1041/12 1041/13
1041/19 1043/6 1043/7
1043/7 1045/10
1045/13 1045/23
1046/9 1046/9 1047/4

1047/9 1047/11
1047/20 1047/21
1048/13 1051/1 1053/7
1053/11 1054/20
1062/3 1062/5 1062/9
1062/10 1064/12
1064/14 1064/19
1065/18 1066/3 1066/4
1066/6 1066/19
1067/21 1067/24
1068/4 1068/8 1068/12
1068/12 1068/13
1069/18 1069/19
1069/21 1070/21
1070/23 1071/25
1072/1 1072/23
1072/24 1073/14
1073/14 1073/15
1073/16 1073/25
1074/7 1074/9 1074/17
1075/10 1079/10
1086/21 1088/7 1089/6
1090/18 1090/20
1090/20 1098/6
1100/11 1103/23
1103/23 1108/8
1108/11 1108/23
1113/12 1114/12
1114/15 1114/19
1115/22 1117/4
1117/23 1118/5
1119/17 1122/15
1124/11 1124/16
1124/17 1125/1 1125/2
1127/17 1129/19
1132/2 1135/8 1135/14
**books [118]** 1028/21
1032/24 1033/6 1033/9
1037/18 1039/15
1039/16 1039/18
1039/18 1039/21
1039/24 1040/2 1040/3
1040/7 1041/6 1042/9
1042/10 1042/12
1042/13 1042/15
1042/17 1042/20
1042/21 1043/2 1043/3
1043/4 1043/15
1043/16 1043/18
1044/1 1044/5 1044/20
1046/22 1046/24
1046/24 1047/13
1050/12 1058/4
1058/13 1058/14
1059/4 1061/5 1061/22
1061/22 1062/2 1063/2
1063/4 1063/8 1063/13
1063/17 1066/8
1066/16 1067/7 1067/9
1067/11 1067/18
1068/3 1068/17 1069/5
1069/6 1070/21 1071/6
1072/12 1074/4
1074/24 1075/1 1075/9
1075/12 1076/11
1076/14 1076/23
1076/24 1077/1
1077/19 1078/1 1078/5

**B**

books... **[42]** 1078/18
1079/14 1085/4 1087/3
1088/9 1088/12
1090/15 1099/14
1099/25 1104/13
1107/11 1107/22
1109/4 1109/20 1112/5
1113/4 1113/23
1113/25 1114/25
1115/3 1117/2 1126/12
1126/17 1127/5 1127/5
1129/4 1129/5 1129/7
1129/9 1129/10
1129/24 1129/25
1129/25 1130/4
1131/19 1132/21
1133/15 1133/25
1134/14 1134/15
1134/19 1134/25
**Books' [1]** 1038/7
**BookScan [9]** 1079/4
1079/7 1079/9 1082/9
1093/16 1093/20
1127/16 1127/18
1127/19
**bookstore [3]** 1059/1
1059/2 1059/3
**boss [2]** 1038/11
1041/24
**both [6]** 1033/6 1062/4
1062/13 1062/14
1075/17 1121/18
**bottom [4]** 1034/11
1034/13 1066/24
1082/25
**bought [5]** 1045/9
1047/5 1047/6 1072/4
1132/4
**box [1]** 1082/25
**brag [1]** 1089/10
**Brandon [6]** 1074/18
1074/19 1107/25
1112/11 1113/2
1125/19
**break [11]** 1023/17
1025/11 1026/25
1039/14 1083/15
1083/21 1083/22
1084/1 1116/25
1127/22 1137/3
**break-away [1]**
1039/14
**breaking [2]** 1091/5
1132/4
**breakout [2]** 1043/7
1129/21
**BRIAN [2]** 1027/17
1111/7
**briefly [2]** 1076/20
1077/13
**brilliance [1]** 1126/7
**bring [3]** 1036/13
1070/4 1085/24
**broad [3]** 1044/12
1110/14 1111/16
**broke [1]** 1127/20
**brush [1]** 1110/14

budget **[1]** 1113/7
**budgeting [1]** 1098/10
**budgets [1]** 1098/15
**build [1]** 1069/13
**building [2]** 1126/11
1129/17
**built [9]** 1109/8
1109/11 1109/11
1110/11 1110/19
1110/23 1110/25
1111/8 1129/17
**built-in [8]** 1109/8
1109/11 1109/11
1110/11 1110/19
1110/23 1110/25
1111/8
**bunch [3]** 1108/20
1125/19 1125/21
**business [20]** 1056/8
1060/25 1061/15
1066/2 1066/14 1067/3
1068/11 1069/2 1070/1
1080/22 1081/7
1087/23 1087/24
1087/25 1091/17
1126/11 1129/17
1130/6 1130/7 1130/9
**buy [5]** 1070/21 1090/7
1129/24 1130/3
1132/13
**buying [1]** 1058/13

**C**

**CA [1]** 1020/5
**call [4]** 1025/7 1030/23
1031/4 1055/4
**called [3]** 1077/17
1093/12 1129/19
**calls [2]** 1031/9 1055/9
**came [3]** 1059/4
1059/9 1100/7
**campaign [2]** 1075/19
1112/19
**can [80]** 1023/13
1026/7 1026/9 1026/15
1026/17 1030/17
1031/4 1031/11
1032/16 1032/16
1033/14 1034/2 1034/3
1034/23 1035/3 1035/7
1036/1 1036/18
1039/17 1040/19
1040/21 1042/19
1043/21 1043/21
1044/10 1045/2 1045/3
1046/3 1046/23
1046/25 1047/16
1047/17 1048/5 1051/7
1054/15 1055/19
1057/8 1059/2 1062/3
1065/14 1065/18
1067/17 1067/20
1069/13 1072/14
1074/2 1075/3 1076/22
1083/12 1083/12
1083/13 1084/1 1088/7
1090/13 1098/2
1098/12 1101/9

1105/21 1107/13
1108/22 1109/20
1110/7 1111/1 1111/1
1114/25 1118/3
1119/20 1119/24
1120/2 1121/18 1122/9
1123/3 1127/8 1129/9
1130/16 1131/7
1132/18 1136/17
**can't [11]** 1026/10
1026/14 1032/7 1032/9
1033/1 1034/23 1047/7
1068/20 1074/13
1076/16 1113/12
**cannot [2]** 1031/12
1113/15
**Cantor [1]** 1020/7
**capability [1]** 1073/11
**capped [3]** 1031/1
1031/7 1049/5
**captured [1]** 1079/9
**career [3]** 1067/9
1067/12 1069/13
**case [4]** 1022/8 1040/6
1122/18 1135/19
**cases [4]** 1064/18
1104/16 1105/6
1131/22
**Casey [1]** 1053/3
**casually [1]** 1079/5
**categories [1]** 1040/1
**category [4]** 1082/5
1082/25 1083/10
1133/9
**Celadon [1]** 1061/19
**celebrities [5]** 1131/6
1133/13 1133/14
1133/16 1134/1
**CEO [7]** 1022/15
1025/7 1025/12
1057/22 1067/15
1102/3 1102/5
**certain [12]** 1038/5
1063/8 1063/25 1065/4
1065/4 1069/25 1070/9
1074/1 1093/19
1095/22 1107/21
1133/11
**certain-sized [1]**
1069/25
**certainly [3]** 1040/4
1045/24 1124/25
**certificate [1]** 1023/21
**Certified [1]** 1020/21
**certify [1]** 1185/2
**CH [1]** 1020/22
**chain [4]** 1036/24
1052/17 1053/2
1064/13
**challenging [2]** 1026/6
1107/21
**chambers [1]** 1023/2
**chance [2]** 1066/4
1089/10
**chances [1]** 1043/21
**change [13]** 1071/10
1072/14 1085/8

1086/13 1086/16
1086/19 1086/20
1086/24 1086/25
1088/8 1107/18
**changed [7]** 1067/21
1069/4 1080/17
1085/14 1106/4
1109/14 1126/15
**changes [3]** 1064/6
1064/7 1113/10
**changing [6]** 1033/3
1067/19 1068/3
1072/22 1078/8
1088/12
**characterize [1]**
1091/8
**characterizing [1]**
1049/10
**charge [1]** 1104/2
**check [1]** 1038/22
**Chicago [1]** 1047/23
**chief [9]** 1037/18
1057/16 1058/17
1058/19 1059/19
1059/21 1059/21
1059/21 1060/2
**children [3]** 1105/18
1105/19 1105/21
**children's [10]**
1059/10 1060/17
1061/20 1075/13
1103/22 1103/25
1104/2 1104/16 1105/6
1131/1
**Christiane [1]** 1061/13
**Christy [1]** 1025/16
**circumstances [4]**
1047/7 1051/4 1051/10
1051/12
**civil [1]** 1022/8
**clarify [2]** 1030/25
1115/14
**classics [1]** 1130/9
**claw [1]** 1098/1
**clean [1]** 1110/17
**clear [8]** 1031/3
1046/21 1047/1 1049/4
1049/17 1061/25
1074/4 1136/17
**close [4]** 1040/18
1041/15 1045/11
1082/20
**closed [5]** 1056/12
1128/24 1136/17
1137/2 1137/7
**closely [1]** 1079/17
**closer [3]** 1079/20
1084/22 1090/14
**closest [1]** 1079/19
**closing [2]** 1026/12
1026/19
**club [2]** 1090/18
1090/20
**clubs [1]** 1103/23
**CO [2]** 1019/6 1022/9
**colleague [1]** 1029/12
**collection [2]** 1043/10

**COLUMBIA [1]** 1019/1
**column [4]** 1082/18
1092/25 1093/12
1094/21
**combination [3]**
1087/7 1087/19
1087/20
**combined [3]** 1061/12
1117/24 1118/15
**combines [1]** 1086/9
**combining [1]** 1087/9
**come [15]** 1022/5
1027/1 1032/6 1032/15
1035/9 1044/19 1045/6
1045/14 1069/19
1069/23 1084/7 1108/1
1124/13 1126/24
1137/4
**comes [11]** 1054/10
1054/15 1064/14
1071/9 1071/12
1078/17 1126/16
1127/5 1128/5 1128/7
1128/13
**coming [1]** 1098/9
**command [3]** 1110/12
1110/21 1111/9
**commercial [3]** 1061/6
1061/7 1099/11
**committed [2]** 1100/11
1100/14
**commonly [1]** 1132/21
**communication [1]**
1023/1
**comp [4]** 1040/19
1040/20 1040/24
1041/2
**companies [4]** 1083/12
1087/9 1094/1 1094/2
**company [12]** 1048/2
1065/17 1066/11
1069/10 1069/25
1073/17 1086/17
1096/7 1101/21
1116/17 1116/22
1126/11
**comparative [1]**
1038/4
**compare [3]** 1087/8
1087/12 1124/11
**compared [6]** 1066/17
1075/23 1079/3
1080/10 1087/7
1087/20
**compares [1]** 1078/9
**comparison [1]** 1093/3
**comparisons [1]**
1092/22
**compete [10]** 1028/8
1028/17 1050/6
1097/21 1097/23
1098/19 1103/13
1116/8 1127/24
1129/23
**competes [4]** 1029/13
1078/17 1103/10
1104/7

**C**

**competing [3]** 1051/13
1051/14 1132/8
**competition [20]**
1042/14 1042/21
1044/1 1044/4 1045/20
1045/21 1047/13
1080/5 1082/22 1085/3
1085/8 1085/10
1085/16 1085/19
1085/23 1086/2 1120/9
1122/17 1122/24
1127/14
**competitive [7]**
1047/10 1082/5 1089/6
1093/7 1103/8 1131/18
1131/23
**competitor [6]** 1105/24
1106/7 1106/20
1107/14 1116/9
1126/16
**competitors [3]** 1028/7
1079/16 1082/15
**competitors' [1]**
1083/1
**computer [1]** 1020/25
**computer-aided [1]**
1020/25
**concept [2]** 1136/6
1136/7
**concern [2]** 1116/10
1116/11
**concerned [4]** 1086/16
1117/13 1117/15
1118/14
**concerns [1]** 1116/7
**conclude [1]** 1128/22
**concluded [1]** 1184/4
**concrete [1]** 1089/18
**conditions [1]** 1041/13
**conducting [1]**
1056/10
**conference [1]**
1026/24
**conferences [2]**
1071/17 1071/18
**confidential [1]**
1095/21
**confirm [1]** 1035/7
**confirming [2]** 1035/13
1035/22
**conjecture [1]** 1087/5
**consequences [4]**
1066/6 1066/9 1066/19
1066/22
**consider [4]** 1026/7
1032/24 1048/17
1078/13
**considerably [1]**
1086/12
**considers [1]** 1135/1
**consistent [1]** 1050/11
**Constitution [1]**
1020/23
**consumers [1]** 1068/6
**content [3]** 1058/9
1058/11 1070/17
**context [1]** 1070/11

**continue [2]** 1034/1
1098/1
**CONTINUED [2]**
1020/1 1027/20
**contractual [1]**
1128/12
**control [1]** 1068/20
**conversation [1]**
1117/11
**conversations [3]**
1044/22 1051/22
1076/17
**COO [2]** 1060/9
1060/14
**coordinate [3]** 1052/1
1052/3 1054/19
**copies [1]** 1039/15
1039/21 1099/24
**copy [1]** 1113/4
**correct [48]** 1030/16
1034/16 1035/3
1035/11 1035/20
1036/13 1040/3
1041/13 1047/14
1049/2 1051/15
1051/23 1052/2 1053/8
1053/17 1054/2
1054/20 1060/23
1089/2 1089/3 1089/6
1092/7 1092/20
1093/17 1094/12
1095/6 1096/21 1098/6
1098/17 1100/9
1100/12 1100/13
1100/16 1103/8
1105/25 1106/6
1106/21 1111/10
1113/17 1117/3 1117/6
1119/19 1119/25
1121/12 1121/13
1121/14 1134/2 1185/3
**correctly [4]** 1051/2
1054/12 1067/8
1070/14
**correlate [2]** 1040/2
1135/7
**costs [3]** 1047/21
1047/24 1047/25
**could [75]** 1023/23
1026/10 1026/13
1026/23 1026/23
1026/25 1026/25
1027/1 1027/3 1029/16
1030/4 1033/22 1034/6
1034/12 1035/5
1036/17 1038/1 1038/5
1042/11 1043/11
1044/20 1048/22
1053/2 1055/14
1057/12 1057/21
1058/5 1058/22
1059/23 1060/3
1061/18 1062/5 1062/6
1063/6 1064/10
1072/24 1074/21
1076/20 1077/13
1079/8 1080/19
1080/21 1081/5

1084/21 1086/16
1092/11 1092/11
1092/16 1095/15
1095/18 1104/22
1106/13 1107/17
1107/18 1113/2
1114/13 1116/13
1116/17 1118/6
1118/16 1119/8
1119/13 1120/4 1120/7
1120/12 1120/24
1125/18 1128/11
1134/6 1134/7 1134/24
1135/3 1136/8
**couldn't [3]** 1029/20
1029/22 1029/25
**counsel [3]** 1022/10
1033/18 1093/19
**counsel's [1]** 1030/9
**count [2]** 1062/4
1062/11
**couple [3]** 1092/17
1107/4 1113/19
**course [2]** 1056/4
1074/18
**court [9]** 1019/1
1020/20 1020/22
1022/3 1026/7 1046/22
1084/3 1084/6 1086/6
**courtroom [1]** 1078/10
1136/17
**cover [1]** 1062/10
**COVID [1]** 1023/2
**Crawdads [1]** 1033/4
**create [1]** 1115/25
**created [1]** 1081/6
**creates [1]** 1064/22
**creative [1]** 1043/22
**creativity [1]** 1126/6
**credit [1]** 1073/24
**criteria [1]** 1063/22
1063/24 1070/24
1101/18
**critical [1]** 1069/9
1103/5
**cross [6]** 1021/14
1056/11 1056/12
1088/17 1088/21
1136/23
**CROSS-EXAMINATION
[1]** 1088/21
**Crown [4]** 1053/25
1054/1 1054/9 1054/10
**CRR [2]** 1185/2 1185/8
**cultural [1]** 1114/11
**current [6]** 1056/8
1057/15 1057/16
1067/15 1094/7
1112/20
**currently [5]** 1053/25
1078/5 1104/6 1104/8
1125/15
**customer [1]** 1073/24
1126/19 1126/20
**customers [4]** 1068/5
1116/23 1117/1
1126/21

1114/23
**cut-off [3]** 1114/1
1114/22 1114/23
**CV [1]** 1019/4

**D**

**D.C [4]** 1019/5 1019/18
1020/18 1020/23
**Daniel [3]** 1020/3
1020/7 1022/19
**Daniel Petrocelli [1]**
1022/19
**data [3]** 1040/20
1079/4 1079/12
**date [4]** 1094/11
1094/21 1097/12
1185/7
**dated [1]** 1036/24
1052/18
**day [6]** 1068/19
1068/19 1069/10
1079/21 1129/13
1130/22
**days [2]** 1025/4 1064/7
**dcantor [1]** 1020/10
**deal [9]** 1044/11
1044/15 1045/9 1046/3
1046/9 1047/5 1047/9
1086/24 1100/11
**dealing [1]** 1087/4
**deals [1]** 1128/12
**December [2]** 1082/18
1094/11
**decide [5]** 1030/22
1045/8 1064/19 1069/6
1136/1
**decided [3]** 1073/2
1073/6 1132/13
**decides [1]** 1035/2
1036/9
**decimal [1]** 1095/5
**decision [1]** 1074/13
**decisions [2]** 1074/11
1103/5
**decoder [1]** 1101/3
**defendant's [4]**
1021/21 1033/18
1096/17 1102/20
**Defendants [3]** 1019/7
1020/2 1020/12
**defense [7]** 1095/15
1095/18 1096/12
1096/12 1101/1 1101/4
1102/14
**Defense Exhibit [2]**
1096/12 1101/4
**Defense Exhibit 217
[1]** 1095/18
**define [5]** 1071/21
1071/23 1106/9
1110/23 1110/25
**defined [2]** 1070/23
1072/2
**definitely [2]** 1106/10
1117/14
**definitions [1]** 1107/2
**degree [1]** 1106/3

**degrees [1]** 1101/11
**Dell [2]** 1059/5 1059/6
**demand [2]** 1068/2
1122/15
**department [7]**
1019/16 1029/12
1041/21 1048/20
1048/20 1060/11
1065/10
**depending [2]** 1063/20
1064/25
**depends [2]** 1072/14
1136/24
**deposed [1]** 1029/8
**deposition [10]**
1029/11 1029/15
1029/19 1030/4
1104/19 1104/25
1106/13 1111/2
1120/25 1122/3
**describe [12]** 1057/21
1058/5 1060/24 1063/6
1067/17 1074/21
1075/23 1076/7
1076/20 1077/13
1081/5 1091/16
**described [4]** 1040/14
1059/14 1066/20
1076/4
**describing [1]** 1041/16
**description [1]**
1058/22
**despite [2]** 1023/6
1055/1
**determine [2]** 1063/22
1069/19
**determined [2]**
1070/19 1070/20
**determines [1]**
1064/15
**determining [1]**
1069/20
**develop [1]** 1130/16
**developing [3]**
1129/17 1129/20
1130/14
**develops [1]** 1130/5
**device [1]** 1067/25
**devices [1]** 1069/4
**devote [1]** 1069/20
**did [22]** 1031/24
1038/24 1039/11
1051/2 1054/12
1058/15 1058/21
1059/1 1059/11 1076/6
1084/18 1105/13
1105/17 1106/24
1107/3 1111/14
1121/15 1124/12
1132/5 1133/12
1134/15 1134/19
**did you [3]** 1031/24
1058/15 1076/6
**didn't [7]** 1033/10
1043/10 1048/4 1048/9
1049/4 1090/8 1103/16
**difference [8]** 1047/18
1062/1 1066/18

**difference... [5]**
1079/21 1080/15
1093/23 1129/11
1130/19

**differences [3]**
1064/22 1066/23
1129/8

**different [46]** 1044/11
1044/15 1048/18
1049/21 1062/4 1062/6
1063/17 1064/11
1064/20 1064/20
1065/21 1065/23
1066/7 1067/1 1067/12
1067/17 1067/20
1068/16 1069/8
1069/14 1071/10
1074/11 1082/3 1082/8
1082/10 1101/17
1101/17 1103/24
1107/3 1108/20
1112/11 1126/4 1127/7
1129/22 1130/2 1130/6
1130/13 1130/25
1131/1 1131/2 1131/10
1131/10 1131/16
1132/6 1135/20
1135/22

**differently [2]** 1129/23
1129/23

**difficult [2]** 1041/9
1069/15

**difficulties [2]** 1032/7
1055/12

**digit [3]** 1094/14
1094/17 1094/23

**digital [2]** 1048/17
1079/10

**direct [12]** 1021/14
1056/11 1056/12
1057/3 1104/19
1106/14 1120/9
1120/17 1120/22
1121/8 1123/5 1123/14

**direction [1]** 1068/7

**directly [2]** 1122/20
1123/5

**director [1]** 1038/7

**disappointment [1]**
1066/13

**discoverability [1]**
1117/17

**discovering [2]**
1130/18 1130/20

**discuss [1]** 1051/15

**discussed [3]** 1037/3
1051/16 1093/18

**discussions [1]**
1051/17

**distinction [2]** 1048/9
1048/18

**distinguish [1]**
1107/25

**distribute [3]** 1062/17
1108/5 1117/4

**distributed [1]** 1108/23

**distributing [1]**

**distribution [7]**
1065/11 1065/12
1108/16 1116/18
1116/20 1117/17
1126/10

**DISTRICT [3]** 1019/1
1019/1 1019/10

**divide [1]** 1061/15

**division [13]** 1019/17
1031/22 1049/22
1049/22 1051/17
1051/19 1051/21
1053/16 1054/1
1059/10 1060/17
1104/3 1129/19

**divisions [12]** 1031/16
1031/20 1050/25
1051/14 1051/15
1051/25 1054/19
1070/15 1070/15
1072/11 1074/11
1129/22

**do [143]** 1026/9
1026/10 1026/11
1026/14 1026/23
1026/25 1027/1
1027/11 1028/1 1028/4
1028/22 1028/23
1029/15 1030/11
1032/19 1033/19
1036/13 1036/19
1038/15 1039/7
1039/11 1039/23
1040/11 1040/18
1041/9 1042/14
1042/24 1043/1
1043/11 1043/15
1043/23 1044/20
1044/22 1044/24
1045/1 1045/18 1047/3
1047/10 1050/12
1051/18 1053/4 1054/7
1054/8 1054/16 1058/2
1058/11 1059/2
1059/14 1064/20
1065/13 1065/22
1067/22 1068/13
1068/23 1069/1 1069/6
1069/16 1070/12
1071/21 1073/16
1073/18 1073/24
1074/2 1075/3 1075/4
1075/24 1076/8 1077/5
1078/13 1080/24
1081/2 1081/2 1081/4
1081/8 1082/6 1082/10
1083/1 1085/3 1085/6
1086/7 1087/8 1089/19
1090/10 1092/3
1093/12 1094/8
1095/24 1095/25
1096/23 1097/10
1097/14 1098/9
1099/12 1099/14
1100/19 1101/7
1104/24 1105/2 1105/8
1105/10 1105/12

**1108/12 1108/16**
1110/7 1110/18
1110/18 1111/13
1112/9 1112/18
1113/22 1113/22
1113/22 1113/22
1114/3 1114/25 1115/3
1115/4 1115/12
1115/16 1115/18
1116/13 1119/24
1124/5 1124/11
1125/23 1126/7
1126/23 1127/22
1128/14 1128/16
1128/19 1129/22
1130/10 1130/25
1131/12 1131/14
1131/18 1133/2
1134/19 1136/19
1137/2

**do you [15]** 1028/22
1029/15 1039/7
1039/11 1040/11
1047/3 1069/6 1071/21
1078/13 1092/3
1110/18 1110/18
1112/9 1113/22
1127/22

**Do you believe [1]**
1085/3

**do you have [5]**
1036/19 1045/1
1050/12 1065/22
1104/24

**do you know [7]**
1075/4 1081/2 1089/19
1099/12 1099/14
1108/16 1112/18

**Do you recognize [1]**
1095/24

**do you remember [4]**
1081/2 1128/14
1128/16 1128/19

**do you see [16]**
1038/15 1053/4 1054/7
1054/16 1080/24
1082/6 1082/10 1083/1
1093/12 1094/8
1096/23 1097/10
1097/14 1105/2 1105/8
1111/13

**Do you understand [1]**
1027/11

**Dobson [2]** 1038/11
1038/13

**document [9]** 1033/15
1039/3 1052/6 1080/20
1081/3 1081/6 1081/24
1083/13 1095/21

**documents [1]**
1031/24

**does [31]** 1030/14
1034/18 1046/6 1050/7
1051/19 1051/21
1054/21 1061/8
1061/15 1061/22
1062/15 1069/18

**1072/24 1073/17**
1075/4 1075/6 1075/12
1076/9 1078/4 1079/2
1088/3 1088/8 1088/12
1101/15 1102/6
1103/23 1116/20
1117/24 1121/9

**doesn't [15]** 1029/21
1030/2 1031/21
1034/18 1035/4 1039/6
1040/5 1044/9 1050/6
1066/12 1090/16
1108/16 1108/25
1116/1 1131/24

**Doherty [1]** 1075/16

**Dohle [1]** 1023/18

**doing [8]** 1031/21
1035/13 1043/12
1076/25 1077/2 1077/6
1113/14 1114/23

**DOJ [1]** 1026/3

**dollar [2]** 1064/10
1114/1

**dollars [2]** 1063/25
1064/2

**don't [73]** 1028/11
1028/14 1029/6
1030/20 1031/6 1031/6
1031/15 1031/20
1039/2 1040/7 1040/11
1043/19 1044/14
1044/14 1046/1 1046/8
1048/14 1048/14
1048/15 1049/10
1049/14 1050/10
1051/10 1051/18
1052/4 1055/11
1059/19 1061/1 1066/8
1070/5 1071/3 1071/8
1074/8 1074/12 1082/2
1083/21 1086/10
1086/10 1086/14
1087/4 1089/20 1090/9
1091/12 1098/10
1099/7 1104/14
1104/18 1106/9 1108/2
1110/6 1112/9 1112/12
1112/20 1113/5
1115/12 1115/16
1115/18 1117/1
1117/10 1118/23
1119/10 1119/11
1120/10 1120/11
1120/12 1124/24
1127/12 1128/12
1130/8 1131/23
1135/23 1136/24
1137/4

**Donald [3]** 1055/9
1057/2 1057/14

**done [3]** 1025/16
1025/17 1099/4

**Doubleday [2]** 1059/5
1059/6

**down [16]** 1030/18
1034/12 1034/22
1082/5 1082/24 1084/1

**1084/24 1086/1 1094/7**
1118/19 1118/21
1120/7 1120/21
1127/21 1128/3
1135/17

**dpetrocelli [1]** 1020/6

**drive [1]** 1114/14

**driver [2]** 1054/5
1124/15

**dropped [1]** 1053/23

**duds [1]** 1039/14

**due [1]** 1080/22

**during [6]** 1023/17
1060/9 1074/18
1083/21 1083/22
1091/8

**duties [1]** 1067/15

**dynamic [2]** 1085/9
1085/13

**E**

**e-book [2]** 1108/8
1129/19

**e-books [4]** 1068/3
1076/23 1077/1 1113/4

**each [15]** 1030/17
1034/23 1034/24
1035/3 1035/17
1064/19 1064/21
1064/21 1070/13
1070/16 1071/9
1072/12 1097/21
1115/22 1129/21

**earlier [9]** 1065/18
1067/9 1068/1 1068/1
1075/19 1087/7
1087/20 1105/4
1135/13

**earliest [1]** 1068/6

**early [4]** 1026/16
1037/21 1038/19
1067/23

**ebbed [1]** 1106/3

**EBIT [1]** 1094/7

**EBITDA [2]** 1094/8
1094/23

**economic [3]** 1025/8
1025/11 1025/16

**edited [1]** 1131/15

**editor [7]** 1037/18
1064/15 1064/15
1076/18 1131/23
1132/4 1132/7

**editorial [3]** 1064/17
1064/18 1064/24

**editors [4]** 1040/24
1051/19 1101/9
1101/16

**educated [1]** 1040/17

**educational [1]**
1103/23

**effect [2]** 1119/8
1119/10

**effects [1]** 1086/7

**effort [2]** 1083/5
1126/2

**efforts [1]** 1069/7
1069/21 1071/1 1135/2

**eight [2]** 1070/15 1090/4
**either [4]** 1026/25 1032/4 1063/18 1063/23
**electronically [2]** 1108/6 1108/23
**else [5]** 1045/11 1069/3 1086/23 1101/10 1109/1
**email [25]** 1020/6 1020/10 1020/15 1020/19 1031/24 1032/18 1034/10 1034/11 1034/13 1034/19 1035/5 1035/7 1036/24 1036/24 1037/2 1037/13 1037/20 1038/11 1038/13 1052/17 1052/17 1053/2 1053/3 1053/8 1053/10
**emails [1]** 1032/3
**emotion [2]** 1066/12 1067/2
**employing [1]** 1077/2
**emulate [1]** 1040/21
**end [10]** 1026/1 1036/2 1046/6 1069/10 1077/19 1079/21 1081/12 1130/22 1132/23 1135/13
**ended [2]** 1043/12 1059/2
**ending [1]** 1037/15
**ends [5]** 1094/14 1094/18 1094/23 1095/5 1135/12
**energy [1]** 1066/11
**engage [3]** 1046/11 1047/19 1077/4
**England [1]** 1057/25
**English [1]** 1057/24
**English-speaking [1]** 1057/24
**enormous [4]** 1073/11 1073/15 1073/17 1073/25
**enormously [2]** 1077/20 1077/20
**enough [2]** 1070/1 1088/7
**entertain [1]** 1045/3
**entire [2]** 1126/11 1132/22
**entity [5]** 1086/13 1097/20 1117/9 1117/24 1118/15
**equal [1]** 1082/19
**especially [3]** 1104/1 1109/7 1110/3
**essentially [3]** 1035/21 1067/22 1080/11
**estimate [4]** 1041/2 1041/12 1041/15 1124/12
**estimating [1]** 1040/10

**eternally [1]** 1025/21
**even [8]** 1034/25 1036/1 1038/19 1045/6 1045/14 1050/2 1071/11 1130/8
**ever [1]** 1074/6
**every [18]** 1039/25 1042/25 1043/15 1066/14 1067/24 1068/12 1068/13 1071/14 1072/12 1079/1 1088/6 1098/1 1109/4 1112/12 1129/13 1135/19 1135/19 1135/22
**everybody [12]** 1066/15 1067/4 1067/5 1068/7 1070/22 1072/1 1086/22 1097/7 1105/9 1132/12 1136/5 1137/5
**everyday [1]** 1130/10
**everyone [1]** 1069/14
**everything [8]** 1059/2 1065/15 1065/17 1074/2 1075/3 1076/9 1113/12 1136/23
**evidence [11]** 1025/1 1033/23 1037/6 1037/10 1052/25 1081/15 1081/19 1096/17 1102/20 1121/23 1122/4
**exactly [2]** 1033/1 1101/1
**examination [14]** 1022/14 1023/18 1025/6 1025/11 1027/20 1046/19 1050/22 1056/10 1057/3 1088/21 1123/16 1125/12 1133/5 1134/12
**example [10]** 1043/9 1045/2 1047/2 1092/25 1099/9 1103/18 1113/9 1115/12 1130/3 1132/1
**examples [3]** 1039/9 1125/18 1128/11
**exceed [1]** 1031/12
**Excellent [1]** 1025/22
**exception [2]** 1030/17 1034/19
**exceptions [1]** 1040/5
**excited [3]** 1044/16 1068/5 1068/6
**exciting [1]** 1079/20
**exclusive [2]** 1119/20 1122/12
**exclusives [1]** 1120/8
**excuse [1]** 1082/25 1137/5
**executive [4]** 1057/16 1058/17 1058/19 1096/2
**exhibit [17]** 1023/21 1025/1 1037/10 1048/22 1052/25

1092/13 1095/15
1095/18 1096/12
1096/17 1101/1 1101/4
1102/15 1102/20
1122/3
**exhibits [3]** 1021/2 1021/19 1055/22
**existed [1]** 1041/18
**existing [2]** 1031/2 1041/17
**expand [1]** 1107/17
**expect [3]** 1025/15 1028/19 1136/19
**expectations [5]** 1044/13 1065/9 1069/16 1069/18 1134/16
**expected [1]** 1136/9
**expense [1]** 1098/2
**experience [2]** 1040/23 1040/23
**experienced [1]** 1087/21
**experiences [1]** 1086/3
**expert [5]** 1025/8 1025/11 1025/16
**explain [5]** 1038/12 1047/16 1047/17 1048/5 1069/15
**explaining [2]** 1037/25 1038/3
**extend [1]** 1031/21
**extent [3]** 1119/15 1120/6 1120/16
**extra [1]** 1135/17

**F**

**fact [6]** 1072/2 1086/11 1089/11 1097/21 1107/13 1130/6
**factor [3]** 1068/2 1072/25 1114/11
**factors [8]** 1041/14 1067/1 1074/6 1114/5 1114/14 1114/20 1124/25 1136/8
**fail [4]** 1067/4 1067/5 1070/2 1070/6
**fair [21]** 1028/16 1029/19 1029/25 1030/9 1038/17 1040/17 1043/25 1047/13 1054/18 1089/13 1091/2 1091/4 1091/8 1091/20 1097/24 1106/2 1106/8 1107/15 1116/3 1116/4 1119/5
**fairly [1]** 1064/8
**fairs [1]** 1103/23
**fall [1]** 1040/1
**familiar [5]** 1074/19 1075/18 1078/11 1103/18 1104/1
**fantasy [4]** 1074/23 1075/15 1077/22 1129/16

1063/22 1064/9
1066/16 1066/18
1071/1 1075/21
1076/19 1086/7 1088/3
1088/4 1127/18
1127/19 1127/23
**Farrar [2]** 1061/21 1089/15
**favor [1]** 1117/15
**fear [1]** 1107/13
**feat [1]** 1076/10
**featured [1]** 1095/13
**feel [5]** 1023/8 1043/7 1054/25 1066/3 1066/3
**feeling [2]** 1023/5 1050/14
**feels [3]** 1067/4 1067/5 1073/14
**felt [1]** 1097/1
**few [15]** 1023/12 1025/4 1028/2 1028/3 1031/24 1033/12 1036/8 1043/15 1050/19 1067/8 1074/15 1074/16 1074/18 1091/21 1106/6
**fiction [14]** 1061/6 1068/9 1068/9 1074/23 1075/15 1077/22 1089/16 1089/17 1099/11 1129/15 1130/2 1130/3 1130/25 1131/11
**fifth [3]** 1019/17 1080/1 1080/10
**figure [6]** 1043/2 1043/14 1044/5 1045/14 1045/16 1047/3
**figures [10]** 1043/4 1043/4 1043/14 1045/17 1047/14 1092/3 1093/15 1093/21 1094/10 1095/22
**figuring [1]** 1111/19
**file [2]** 1031/23 1038/23
**final [3]** 1031/1 1035/9 1035/17
**finally [1]** 1050/5
**finance [1]** 1041/20
**financial [3]** 1091/2 1091/9 1129/12
**financially [1]** 1076/18
**financials [1]** 1083/1
**find [7]** 1028/10 1030/11 1030/12 1054/14 1067/25 1078/25 1131/24
**finding [1]** 1068/1
**fine [3]** 1046/8 1056/14 1102/17
**finest [1]** 1089/12
**finish [5]** 1025/6 1025/20 1026/7

**finishing [1]** 1026/2
**Fiona [1]** 1043/9 1047/1
**first [15]** 1023/13 1035/24 1036/1 1036/3 1049/6 1063/3 1071/16 1071/18 1076/4 1079/7 1084/17 1085/1 1117/7 1127/18 1134/6
**first-time [1]** 1134/6
**Fishbein [4]** 1020/13 1022/23 1088/23 1126/13
**five [11]** 1043/4 1043/14 1044/5 1045/14 1045/16 1047/3 1080/12 1082/9 1094/17 1094/23 1130/4
**five-digit [2]** 1094/17 1094/23
**five-figure [3]** 1043/14 1045/14 1045/16
**flap [1]** 1100/22
**Flatiron [4]** 1061/19 1089/23 1090/12 1090/13
**Fletcher [1]** 1025/16
**Floor [1]** 1020/4
**FLORENCE [2]** 1019/10 1022/4
**flowed [1]** 1106/3
**focus [3]** 1079/16 1079/17 1082/2
**focused [3]** 1072/13 1127/6 1127/7
**focuses [1]** 1129/20
**folks [2]** 1058/3 1137/3
**follow [2]** 1122/9 1134/9
**followed [2]** 1054/4 1056/12
**following [13]** 1026/18 1106/17 1106/18 1109/8 1109/11 1109/18 1110/4 1111/5 1111/6 1111/21 1111/24 1115/13 1116/3
**followings [1]** 1125/16
**FOLLOWS [1]** 1027/19
**force [1]** 1115/19
**foregoing [1]** 1185/3
**forever [1]** 1135/16
**forgotten [1]** 1029/23
**formal [2]** 1064/6 1101/19
**format [1]** 1035/20
**formats [1]** 1062/4
**formidable [7]** 1106/7 1106/10 1106/10 1106/20 1107/3 1107/14 1116/8
**forth [1]** 1043/3
**forward [2]** 1038/10 1088/5
**forwarding [1]** 1037/24

1194

**F**

four [2] 1062/8
1080/12
fourth [2] 1080/2
1080/9
free [3] 1048/1 1048/7
1048/10
frequently [1] 1028/8
Friday [7] 1026/8
1026/8 1026/10
1026/11 1026/12
1026/14 1026/17
front [3] 1045/4
1100/22 1132/19
FSG [1] 1089/19
full [1] 1057/12
fully [1] 1131/15
fun [1] 1079/22
functions [1] 1060/14
further [13] 1027/7
1027/18 1034/24
1042/3 1050/16
1050/22 1054/22
1082/24 1094/7
1123/16 1128/3 1133/5
1134/12
future [6] 1040/10
1041/2 1043/8 1056/8
1067/21 1131/24

**G**

gained [1] 1094/5
gallery [3] 1034/7
1036/18 1052/10
gambling [1] 1066/2
gart [1] 1081/8
gauge [1] 1054/15
gave [4] 1039/9 1047/2
1106/18 1111/5
gears [4] 1063/1
1067/6 1072/22 1078/8
general [4] 1042/15
1048/1 1120/21
1120/23
generalization [1]
1131/7
generalizations [1]
1131/3
generally [11] 1039/15
1040/1 1043/15 1044/8
1081/5 1122/17 1124/1
1124/3 1135/23 1136/7
1136/9
Georgia [1] 1052/18
Germany [2] 1102/11
1102/24
get [44] 1028/1
1028/14 1031/6
1032/11 1032/16
1032/19 1033/10
1038/5 1040/11
1040/18 1042/15
1043/22 1044/14
1044/24 1045/13
1045/16 1045/17
1046/3 1046/9 1048/14
1048/15 1050/10
1062/13 1064/24

1065/18 1079/11
1079/20 1088/7
1100/20 1102/10
1103/4 1108/23
1110/17 1114/14
1114/20 1115/3 1115/9
1116/2 1116/17
1119/12 1130/24
1133/12
gets [4] 1034/22
1065/4 1065/5 1079/20
getting [8] 1068/5
1068/5 1068/25 1069/1
1079/14 1117/9 1118/4
1125/18 1128/11
given [3] 1061/23
1082/12 1107/14
glam [1] 1132/19
go [33] 1035/2 1040/5
1042/14 1044/9 1046/4
1046/24 1054/11
1063/18 1063/19
1065/1 1067/2 1071/19
1072/20 1074/11
1076/2 1083/13 1086/1
1092/16 1093/20
1099/9 1112/4 1113/2
1118/21 1119/24
1120/7 1120/21
1122/20 1123/4
1127/16 1128/12
1131/12 1136/17
1137/2
go ahead [3] 1072/20
1076/2 1083/13
goal [2] 1092/1 1092/6
goes [7] 1054/14
1064/15 1064/23
1065/23 1066/12
1075/17 1127/18
going [50] 1023/3
1025/6 1025/7 1025/8
1025/20 1026/6 1028/1
1028/4 1032/18
1033/17 1033/24
1035/25 1041/8
1041/19 1042/22
1043/6 1045/16 1056/7
1058/8 1060/24 1070/2
1070/7 1070/18 1085/8
1088/5 1089/10
1091/13 1093/20
1094/10 1098/1
1098/11 1100/21
1103/2 1106/14 1112/4
1113/16 1114/2
1114/20 1121/1

1127/14 1128/3 1131/7
1131/12 1134/16
1134/20 1135/8 1136/2
1136/16
gone [2] 1067/25
1098/24
good [27] 1022/6
1022/7 1022/16
1022/17 1022/18
1022/21 1022/22
1022/25 1025/22
1027/14 1027/23
1027/24 1043/9 1055/6
1055/8 1055/20 1057/6
1057/7 1069/11
1072/18 1079/13
1080/14 1081/11
1083/15 1084/8 1084/9
1091/12
Good morning [13]
1022/6 1022/16
1022/17 1022/21
1022/22 1022/25
1027/14 1027/23
1027/24 1055/8
1055/20 1057/6 1057/7
got [5] 1032/24 1090/1
1117/20 1118/12
1128/15
gotten [1] 1033/9
government [5] 1055/4
1092/2 1092/12 1093/6
1113/18
graciously [1] 1033/19
grain [1] 1083/7
grand [1] 1073/22
great [8] 1038/13
1038/25 1056/15
1059/16 1066/3
1073/19 1074/22
1135/13
greatest [1] 1068/18
green [1] 1081/11
grew [1] 1073/8
group [12] 1031/18
1031/20 1039/15
1041/25 1053/7
1053/12 1058/7
1061/10 1061/11
1061/20 1061/20
1064/19
grow [4] 1092/1 1092/6
1098/5 1098/19
growing [3] 1043/18
1044/2 1095/11
grown [1] 1097/3
grows [1] 1130/5
growth [2] 1080/4
1091/6
guess [10] 1026/13
1040/15 1040/17
1041/15 1042/19
1042/20 1085/23
1110/17 1118/20
1119/12
guessing [2] 1119/15
1120/6

**H**

Hachette [5] 1028/12
1079/18 1080/13
1080/16 1093/9
had [17] 1029/6
1029/22 1036/4 1039/9
1049/23 1053/7
1057/18 1059/20
1060/11 1060/11
1060/12 1060/14
1080/13 1090/3 1097/2
1126/13 1132/4
half [1] 1083/1
half-year [1] 1083/1
hand [3] 1055/14
1055/16 1082/4
handful [1] 1043/17
handle [2] 1022/14
1074/17
handling [1] 1022/13
happen [10] 1029/21
1030/2 1046/23
1051/19 1051/21
1054/10 1054/21
1068/21 1070/6
1119/16
happened [3] 1054/21
1098/23 1128/14
happens [3] 1045/24
1071/16 1115/21
happy [7] 1046/11
1076/1 1087/15
1123/25 1124/1 1124/3
1128/23
hard [4] 1062/10
1070/8 1113/4 1135/18
harder [3] 1079/11
1087/2 1115/24
HarperCollins [3]
1025/12 1028/12
1093/8
has [38] 1023/2
1025/12 1026/3
1037/21 1041/17
1043/7 1053/23
1059/22 1060/14
1064/21 1065/10
1066/24 1067/25
1072/5 1072/5 1073/2
1073/6 1075/1 1076/8
1076/17 1078/1 1079/3
1086/19 1090/12
1090/15 1090/18
1091/9 1098/24
1099/24 1106/3 1108/4
1108/22 1111/20
1115/13 1116/3 1126/1
1126/15 1134/16
hasn't [2] 1098/23
1109/15
have [126] 1023/23
1025/10 1026/4
1026/24 1028/2 1028/2
1031/18 1031/23
1032/3 1032/5 1033/9
1034/7 1036/19

1039/22 1042/7
1042/24 1043/13
1043/15 1043/17
1043/19 1044/12
1044/16 1044/22
1045/1 1045/8 1046/4
1047/22 1048/19
1048/20 1049/23
1049/25 1050/2
1050/12 1051/17
1055/21 1056/2
1057/18 1061/8
1065/20 1065/22
1066/2 1066/5 1066/11
1066/17 1068/15
1068/22 1068/25
1069/4 1069/25 1070/2
1070/5 1070/8 1070/15
1070/20 1071/8
1071/15 1072/11
1072/12 1073/10
1073/13 1074/10
1074/16 1077/4 1078/5
1080/10 1080/11
1080/23 1082/16
1083/6 1085/16
1086/17 1086/23
1086/24 1088/4 1088/8
1088/16 1089/12
1089/19 1089/20
1090/9 1090/23
1091/19 1095/16
1096/3 1097/13 1099/8
1101/3 1101/7
1101/21 1102/7
1102/10 1104/19
1104/24 1104/25
1107/5 1107/10
1108/20 1108/21
1109/8 1109/18 1111/8
1111/23 1113/2
1113/19 1115/1 1115/4
1116/1 1116/8 1118/15
1119/8 1119/20 1122/6
1122/16 1125/15
1125/15 1125/23
1128/8 1128/25
1129/19 1130/8 1133/9
1134/19 1136/25
1137/4
haven't [5] 1032/1
1045/9 1118/23 1119/1
1126/24
having [5] 1027/17
1032/7 1055/23
1090/23 1102/15
he [24] 1023/3 1025/12
1051/6 1051/7 1063/20
1074/23 1075/1 1075/6
1075/6 1075/9 1075/12
1076/9 1077/4 1077/15
1077/18 1077/18
1077/20 1078/1 1078/7
1103/1 1112/6 1112/15
1112/18 1136/25
He said [1] 1051/6
he's [11] 1074/22

**he's... [10]** 1074/23
1075/3 1075/10
1076/22 1076/25
1076/25 1077/2 1077/6
1077/21 1126/7
**head [9]** 1051/17
1051/20 1051/21
1059/9 1075/6 1089/20
1099/7 1120/9 1120/9
**hear [2]** 1023/3
1103/16
**heard [6]** 1042/8
1067/8 1074/17
1078/10 1126/24
1132/17
**hearing [2]** 1055/23
1136/4
**help [3]** 1036/14
1044/21 1132/6
**helpful [1]** 1057/8
**helps [1]** 1057/8
**her [13]** 1034/19
1035/7 1038/3 1043/8
1090/9 1090/23
1099/14 1099/24
1100/14 1132/4 1132/4
1132/7 1132/8
**here [11]** 1028/1
1028/5 1032/10
1034/15 1035/10
1039/4 1053/8 1054/5
1080/22 1083/25
1128/6
**hide [1]** 1091/13
**hierarchy [1]** 1071/15
**high [16]** 1039/10
1039/15 1039/18
1057/21 1089/8 1091/1
1106/8 1106/20 1107/5
1107/11 1110/12
1110/21 1111/9
1115/11 1131/8
1133/18
**higher [9]** 1039/22
1040/2 1040/2 1040/7
1046/23 1115/1 1115/4
1122/16 1130/17
**highest [3]** 1031/2
1031/19 1102/23
**highly [1]** 1112/15
**him [8]** 1038/12 1043/7
1065/3 1074/21
1074/25 1074/25
1076/7 1077/18
**himself [3]** 1077/6
1077/21 1126/7
**his [7]** 1023/11 1075/1
1076/5 1112/6 1112/9
1112/12 1112/19
**history [4]** 1058/23
1065/25 1076/19
1077/13
**hits [1]** 1039/14
**holding [1]** 1026/8
**Holt [1]** 1061/19
**Holtzbrinck [4]**
1061/10 1061/11

**home [1]** 1044/2
**Honor [49]** 1022/7
1022/17 1022/18
1022/22 1023/12
1023/24 1026/3
1027/14 1036/21
1037/5 1046/14 1049/8
1050/19 1052/12
1052/21 1052/23
1054/23 1055/6
1055/21 1056/5
1056/16 1072/19
1077/9 1081/14
1081/17 1083/17
1084/9 1084/12
1087/16 1088/15
1093/18 1095/16
1095/23 1096/12
1101/2 1102/14
1121/22 1122/1
1122/11 1123/13
1125/7 1125/8 1128/22
1133/1 1133/2 1134/9
1135/5 1136/13
1136/21
**HONORABLE [3]**
1019/10 1022/3 1022/4
**hope [5]** 1023/5
1054/25 1089/9
1116/14 1130/1
**hopefully [2]** 1078/7
1130/3
**hoping [1]** 1041/4
**hours [4]** 1026/3
1026/4 1026/4 1026/5
**house [65]** 1020/3
1022/20 1030/14
1031/2 1031/9 1031/12
1031/13 1031/17
1033/7 1033/10
1034/16 1035/2
1035/14 1035/16
1035/19 1035/23
1036/3 1049/22
1050/13 1050/15
1050/25 1051/13
1052/1 1052/5 1053/4
1053/16 1053/20
1053/22 1054/1
1054/19 1059/6
1059/11 1059/12
1059/18 1059/25
1060/3 1060/22
1070/22 1071/11
1075/7 1075/11
1075/13 1078/21
1078/23 1084/15
1085/4 1086/9 1086/12
1087/6 1087/18
1087/22 1088/9
1088/11 1093/8 1099/2
1100/2 1100/6 1111/10
1117/16 1117/20
1118/10 1121/12
1128/8 1128/9 1128/17
**House/Simon [1]**
1087/18

**how [50]** 1036/15
1039/6 1041/8 1041/12
1041/18 1042/13
1043/22 1045/19
1045/20 1046/1 1047/3
1049/15 1050/12
1057/18 1060/24
1061/1 1061/22 1069/6
1069/18 1069/20
1069/23 1070/12
1070/12 1071/21
1071/23 1072/9 1074/6
1075/23 1078/9 1085/1
1086/14 1086/25
1087/8 1088/4 1088/8
1089/18 1091/12
1099/14 1099/20
1111/20 1112/18
1114/14 1117/8 1117/8
1117/10 1124/12
1126/15 1127/9 1129/4
1136/19
**huge [1]** 1068/2
**huh [2]** 1095/10 1124/2
**human [1]** 1060/15
**Hundreds [3]** 1099/16
1099/18 1099/19
**Hunt [2]** 1132/12
1132/14

**I**

**I am [3]** 1063/5
1074/20 1103/20
**I assume [2]** 1058/8
1104/14
**I believe [7]** 1029/5
1035/21 1047/5
1047/12 1122/18
1122/19 1136/20
**I can [6]** 1034/3 1035/7
1039/17 1111/1 1127/8
1131/7
**I can't [3]** 1026/10
1074/13 1076/16
**I did [3]** 1038/24
1058/21 1059/1
**I didn't [2]** 1043/10
1103/16
**I don't [18]** 1028/11
1028/14 1029/6 1031/6
1031/6 1040/7 1044/14
1044/14 1049/10
1051/18 1059/19
1074/8 1074/12
1119/11 1124/24
1127/12 1131/23
1136/24
**I don't have [1]**
1089/20
**I guess [5]** 1026/13
1042/19 1042/20
1110/17 1119/12
**I have [14]** 1023/23
1028/2 1028/2 1032/5
1038/24 1042/7 1046/4
1070/15 1072/11
1073/13 1088/16

1128/25
**I haven't [2]** 1032/1
1126/24
**I hope [4]** 1023/5
1054/25 1089/9
1116/14
**I just [11]** 1026/14
1027/10 1028/14
1030/25 1038/22
1042/15 1044/12
1086/14 1094/20
1113/19 1117/10
**I know [6]** 1028/11
1029/5 1047/8 1075/6
1112/20 1133/14
**I mean [12]** 1069/10
1069/14 1071/25
1073/1 1099/20
1104/10 1112/15
1130/21 1132/11
1135/11 1135/11
1135/18
**I think [58]** 1023/19
1026/6 1026/9 1026/24
1027/8 1028/19 1032/6
1033/15 1033/17
1041/5 1043/23
1044/15 1044/16
1044/17 1045/7
1045/22 1045/24
1047/2 1049/1 1049/17
1050/24 1065/25
1065/25 1069/24
1073/8 1077/21 1079/5
1079/12 1080/2 1085/8
1085/16 1085/20
1086/17 1086/18
1086/23 1086/23
1086/23 1087/2
1098/10 1107/2
1107/22 1108/13
1114/5 1115/5 1115/16
1116/15 1116/22
1118/1 1118/19
1122/20 1123/2 1124/9
1127/6 1127/20
1127/20 1128/18
1131/22 1133/11
**I thought [2]** 1025/3
1120/20
**I understand [2]**
1100/10 1100/21
**I want [4]** 1046/9
1070/14 1092/16
1104/5
**I was [3]** 1042/11
1059/20 1120/23
**I will [2]** 1095/17
1095/22
**I worked [1]** 1059/6
**I'd [10]** 1025/5 1033/12
1040/8 1043/13 1067/6
1072/22 1084/14
1085/1 1102/14
1110/17
**I'll [7]** 1023/16 1045/13
1049/21 1088/17

1101/7
1115/14
**I'm [67]** 1023/3
1025/21 1026/7 1028/1
1028/4 1028/13 1031/3
1032/18 1035/8
1037/25 1042/22
1046/8 1046/11 1048/4
1048/8 1050/11 1051/5
1055/23 1057/23
1059/25 1061/1
1061/20 1068/18
1068/18 1068/20
1071/3 1071/7 1071/22
1076/1 1076/16
1076/22 1086/21
1086/21 1087/10
1088/23 1089/10
1091/13 1094/10
1094/18 1094/20
1096/9 1099/17 1102/5
1103/16 1105/3 1105/3
1106/14 1106/16
1107/7 1110/14
1110/24 1111/18
1112/4 1114/4 1114/16
1115/2 1115/15
1116/10 1118/12
1118/18 1121/1
1122/19 1123/1 1126/3
1127/1 1129/6 1129/14
**I'm going [5]** 1028/1
1028/4 1032/18
1089/10 1106/14
**I'm just [1]** 1042/22
**I'm not [5]** 1068/18
1068/18 1094/10
1110/14 1115/15
**I'm not sure [2]**
1087/10 1123/1
**I'm sorry [17]** 1037/25
1048/4 1048/8 1059/25
1061/1 1071/3 1071/7
1071/22 1076/22
1096/9 1099/17
1103/16 1107/7
1110/24 1116/10
1118/12 1127/1
**I'm sure [1]** 1114/16
**I've [5]** 1032/1 1042/8
1093/18 1132/17
1136/4
**idea [1]** 1119/12
**identification [1]**
1101/2
**identified [1]** 1132/7
**identifies [1]** 1038/4
1053/10
**identify [5]** 1029/16
1030/4 1030/8 1071/2
1135/1
**identifying [1]** 1071/5
**Ihan [3]** 1019/13
1022/14 1055/6
**image [2]** 1034/2
1034/5
**imagine [4]** 1044/12
1086/13 1104/9

1196

**I**

imagine... [1]  1117/22
impact [4]  1066/24
1085/16 1086/23
1119/1
impacted [1]  1120/9
1121/10
impacts [2]  1085/18
1085/19
implications [1]
1084/25
important [9]  1043/1
1062/22 1068/25
1095/12 1097/1
1097/16 1124/18
1124/25 1134/21
impossible [1]  1041/10
impression [2]  1114/6
1114/9
imprint [10]  1031/13
1050/11 1064/20
1071/19 1075/15
1090/12 1090/13
1090/23 1128/16
1128/19
imprints [22]  1030/17
1031/5 1031/10
1031/12 1033/6 1035/3
1035/8 1035/14
1035/16 1035/19
1035/23 1050/7 1050/9
1050/13 1050/15
1061/16 1064/6
1089/11 1089/12
1089/16 1108/20
1129/14
include [3]  1040/24
1134/15 1134/20
includes [1]  1133/25
including [4]  1028/24
1053/12 1056/11
1136/23
income [1]  1130/11
inconsistent [1]
1121/23
increase [1]  1095/2
incredible [4]  1074/2
1077/7 1080/14 1132/5
incredibly [5]  1074/22
1076/9 1077/16
1086/22 1124/18
independent [3]
1117/4 1117/23
1117/25
INDEX [3]  1021/2
1021/12 1021/19
India [1]  1057/25
indicate [1]  1039/6
indicates [1]  1090/3
indicator [1]  1079/13
indicators [4]  1081/7
1081/9 1082/3 1092/20
indicia [1]  1089/18
individual [3]  1031/5
1068/13 1073/18
industry [5]  1073/8
1086/4 1087/21
1089/12 1109/14

influence [1]  1090/15
influenced [1]  1122/14
influencers [1]
1109/18
information [8]
1028/15 1050/10
1079/7 1079/9 1080/22
1083/4 1083/6 1096/6
informing [1]  1053/22
inherent [1]  1118/1
inherently [1]  1086/17
initial [1]  1037/24
instance [5]  1029/16
1029/23 1030/5
1030/25 1054/21
instances [2]  1028/21
1030/1
instead [1]  1101/8
1125/22
Institute [1]  1132/13
intends [1]  1054/9
interest [2]  1046/4
1064/17
interested [7]  1044/7
1045/11 1045/23
1046/1 1046/23
1064/16 1129/6
interesting [1]  1136/7
Internet [1]  1109/18
interrelate [1]  1070/13
intimidating [2]  1088/2
1088/3
inventory [1]  1060/19
invest [3]  1043/8
1098/6 1130/16
invested [1]  1066/15
investing [3]  1130/15
1130/21 1131/12
invoice [1]  1073/23
involve [2]  1056/7
1108/25
involved [17]  1062/20
1063/3 1063/12
1063/16 1064/11
1064/25 1065/6 1065/7
1065/19 1067/11
1074/14 1076/6
1076/18 1080/16
1087/7 1103/5 1129/16
involvement [3]  1063/6
1063/15 1063/16
is [239]
is that correct [2]
1035/11 1089/2
is that fair [4]  1097/24
1106/8 1116/3 1119/5
is that right [5]  1028/9
1030/6 1036/25 1038/8
1052/19
is there [10]  1042/17
1045/20 1062/1
1066/18 1071/4
1078/16 1079/24
1087/19 1102/10
1114/1
isn't [11]  1043/25
1081/11 1089/12

1091/20 1094/19
1103/14 1107/14
1116/6 1124/5
issue [2]  1095/11
1113/3
issued [1]  1091/13
it [209]
it would be [3]
1028/16 1057/24
1078/22
it's [123]  1026/6
1030/9 1031/21
1034/13 1035/21
1035/25 1038/11
1039/4 1039/20
1040/17 1041/7 1042/8
1043/5 1044/3 1044/4
1044/18 1045/6
1045/12 1045/22
1045/25 1047/13
1050/9 1052/11 1053/3
1054/18 1064/23
1065/25 1066/1 1066/2
1066/14 1066/24
1067/1 1067/1 1067/2
1067/2 1067/2 1067/19
1068/4 1068/5 1068/7
1068/9 1068/20
1068/23 1069/2 1069/3
1069/8 1069/12
1069/13 1069/14
1069/15 1069/15
1070/19 1070/20
1070/23 1071/16
1071/17 1071/18
1072/1 1072/7 1072/18
1073/15 1073/25
1074/8 1075/16 1076/8
1076/10 1076/10
1079/5 1079/10
1079/11 1079/13
1079/21 1081/6 1083/5
1083/8 1086/2 1086/5
1088/1 1088/1 1088/2
1090/3 1092/13
1092/13 1094/14
1094/17 1094/21
1095/18 1096/2 1101/3
1101/4 1103/4 1105/22
1106/3 1107/21
1107/23 1107/24
1108/12 1108/13
1112/20 1115/18
1115/24 1115/24
1117/10 1117/11
1119/4 1119/4 1119/21
1120/13 1120/14
1120/15 1120/25
1121/3 1124/24
1126/11 1128/15
1130/1 1130/2 1130/6
1131/10 1131/16
1131/18 1131/22
1135/18
items [1]  1082/8
its [11]  1055/5 1061/15
1064/21 1067/18

1080/17 1097/3
1115/19 1116/23
1122/14

**J**

James [9]  1034/12
1034/18 1034/22
1035/6 1053/3 1053/6
1053/22 1054/4
1054/14
James' [1]  1053/10
Jane [2]  1043/9 1047/1
Jeffrey [1]  1019/14
job [1]  1060/8
jobs [1]  1059/7
John [6]  1019/13
1022/12 1058/17
1063/19 1063/19
1102/5
join [2]  1031/19
1032/12
joined [1]  1060/16
joining [1]  1027/25
1058/23
Jon [1]  1065/2
Jordan [1]  1077/16
JUDGE [4]  1019/10
1022/4 1133/7 1133/21
jumping [2]  1128/5
1128/5
June [4]  1036/25
1037/14 1038/12
1052/18
just [104]  1023/12
1026/14 1026/20
1026/25 1027/10
1028/2 1028/3 1028/14
1030/25 1031/3
1033/14 1033/25
1034/5 1034/22
1038/22 1042/15
1042/20 1042/22
1044/1 1044/6 1044/12
1044/17 1045/20
1045/25 1046/1 1046/6
1046/8 1046/21
1046/21 1047/1 1049/4
1050/1 1050/19
1050/24 1056/5
1059/17 1059/23
1060/9 1061/25 1063/1
1064/12 1065/15
1069/3 1074/4 1074/5
1074/15 1074/16
1075/14 1076/4 1076/8
1076/10 1076/19
1076/22 1078/8 1079/8
1079/18 1079/22
1080/7 1081/5 1081/22
1082/3 1084/21
1084/25 1086/5
1086/14 1087/14
1088/1 1089/18
1090/14 1092/17
1092/17 1094/20
1102/15 1104/22
1104/24 1105/10

1105/19 1106/14
1108/18 1109/25
1113/19 1114/25
1116/15 1117/10
1118/19 1118/21
1119/4 1119/21
1119/24 1120/3
1120/23 1120/24
1120/24 1121/4
1121/18 1122/9
1123/18 1124/9
1127/16 1127/18
1130/25 1131/22
1132/10 1133/7
JUSTICE [2]  1019/16
1029/12

**K**

keep [4]  1080/21
1123/6 1123/9 1126/19
keeping [1]  1086/6
key [5]  1081/6 1081/9
1092/19 1126/18
1126/22
KGAA [1]  1019/6
kickstarter [4]  1075/18
1075/22 1112/18
1113/3
Kim [6]  1019/13
1022/14 1055/6
1055/24 1083/16
1136/19
kind [12]  1043/23
1044/5 1045/19 1046/2
1046/6 1073/18
1110/21 1113/7
1114/11 1120/13
1126/7 1129/6
Kindle [2]  1108/19
1108/19
kinds [1]  1061/4
knew [2]  1097/7
1132/3
Knopf [4]  1049/22
1053/14 1053/16
1054/14
know [81]  1028/10
1028/11 1028/11
1029/5 1030/20
1031/15 1031/15
1031/17 1031/20
1032/1 1034/25 1040/8
1041/15 1042/24
1044/18 1044/23
1045/5 1045/6 1045/14
1045/15 1045/25
1046/1 1046/3 1046/8
1047/8 1047/10 1051/1
1051/6 1051/10
1051/19 1052/4
1055/11 1065/16
1069/25 1070/7
1073/21 1075/2 1075/4
1075/6 1075/21
1079/19 1081/2
1081/24 1086/10
1086/10 1086/14
1087/4 1088/1 1089/19

## K

**know... [32]** 1091/12
1097/17 1097/19
1098/11 1098/12
1099/7 1099/12
1099/14 1104/14
1106/9 1108/16
1111/18 1112/9 1112/9
1112/12 1112/18
1112/20 1112/20
1113/16 1117/10
1117/10 1119/10
1120/2 1120/5 1120/10
1120/11 1120/12
1130/4 1130/8 1132/10
1132/11 1133/14
**knowledge [3]** 1107/6
1107/8 1109/3
**known [4]** 1049/24
1049/25 1050/2
1075/16
**Kondo's [1]** 1033/3
**KPI [1]** 1081/10

## L

**L.A [1]** 1047/23
**large [9]** 1066/25
1067/5 1088/1 1104/15
1105/6 1125/16
1129/16 1131/9
1133/23
**larger [8]** 1039/5
1062/18 1066/16
1074/5 1086/12
1104/16 1105/6 1116/8
**largest [2]** 1078/24
1103/22
**last [32]** 1023/21
1025/3 1028/4 1028/6
1030/13 1032/23
1033/23 1034/11
1035/24 1036/9 1037/3
1039/5 1047/2 1053/2
1071/17 1080/2 1080/6
1080/9 1080/12
1080/14 1080/16
1089/24 1090/4
1091/21 1093/12
1095/1 1107/4 1107/4
1122/9 1124/11
1132/16 1135/7
**Later [1]** 1038/10
**latitude [2]** 1063/17
1101/22
**laying [1]** 1034/15
**lead [9]** 1071/7 1071/7
1071/13 1071/21
1071/23 1072/1 1072/6
1072/10 1135/1
**leading [2]** 1049/8
1075/25
**least [5]** 1028/17
1039/22 1072/12
1080/6 1105/21
**left [9]** 1059/4 1059/8
1059/13 1059/18
1059/25 1060/6 1060/8
1082/4 1128/20

**legal [1]** 1060/15
**less [14]** 1043/13
1045/2 1070/21 1085/8
1085/10 1085/23
1086/2 1091/21
1101/11 1101/13
1101/14 1122/24
1122/25 1131/18
**let [15]** 1026/20
1069/16 1076/4
1081/24 1092/2
1092/11 1097/6
1104/19 1105/10
1109/6 1113/1 1115/14
1116/15 1116/25
1133/22
**let's [5]** 1049/18
1074/5 1083/18
1107/25 1109/6
**lets [1]** 1034/25
**letter [2]** 1101/11
1101/23
**level [36]** 1036/10
1038/5 1038/18 1044/4
1044/9 1045/14
1045/16 1045/18
1046/7 1046/10
1051/17 1051/20
1051/22 1054/15
1057/21 1063/9
1063/17 1063/20
1064/16 1064/16
1065/1 1065/4 1065/5
1066/10 1101/9 1102/3
1102/6 1102/6 1102/10
1102/23 1103/2 1103/3
1107/11 1114/3
1129/12 1130/17
**levels [10]** 1042/25
1063/25 1065/11
1065/12 1065/22
1065/23 1066/7
1066/18 1085/24
1100/21
**leverage [4]** 1045/1
1045/10 1118/3 1118/4
**Lexington [1]** 1020/14
**Licht [1]** 1019/15
**life [3]** 1033/3 1064/21
1071/19
**Life-Changing [1]**
1033/3
**like [48]** 1023/24
1033/12 1042/13
1042/17 1042/19
1044/1 1044/11
1044/17 1045/3 1045/4
1046/4 1046/4 1048/16
1048/17 1063/1 1065/8
1065/9 1067/6 1072/17
1072/22 1073/15
1073/21 1077/5 1078/8
1081/22 1084/14
1085/2 1089/15
1090/18 1097/20
1103/1 1107/4 1110/13
1110/17 1111/7

1113/1 1113/20 1114/1
1117/2 1118/4 1120/8
1120/17 1124/11
1127/13 1132/14
1132/19
**likely [2]** 1049/25
1065/20
**Lindsey [3]** 1038/4
1038/6 1038/7
**line [9]** 1026/18
1066/24 1082/8 1121/2
1121/2 1121/7 1122/3
1122/3 1122/9
**lines [4]** 1082/9
1104/22 1106/17
1111/4
**Lisa [2]** 1019/15
1128/13
**list [13]** 1039/17
1039/22 1039/23
1042/25 1043/14
1043/15 1044/17
1061/18 1071/16
1071/24 1074/10
1128/3 1134/24
**listed [2]** 1082/3
1082/5
**lists [1]** 1043/16
**literally [1]** 1068/7
**literary [3]** 1089/16
1089/17 1134/21
**litigation [1]** 1029/8
**little [19]** 1034/4
1044/10 1067/5 1067/6
1072/22 1078/8 1080/7
1084/21 1089/11
1090/14 1101/17
1101/21 1102/8
1107/20 1113/18
1128/6 1129/9 1129/22
1129/23
**LLP [4]** 1020/3 1020/8
1020/13 1020/17
**load [2]** 1108/4
1108/22
**loaded [1]** 1045/4
**loading [1]** 1132/19
**long [6]** 1057/18
1069/13 1085/24
1124/21 1124/22
1136/19
**long-term [1]** 1085/24
**look [24]** 1026/20
1028/4 1033/22
1036/17 1042/18
1052/6 1053/2 1072/18
1079/4 1079/5 1081/23
1083/5 1093/11 1094/7
1095/18 1104/22
1105/2 1106/13
1109/22 1111/1
1111/19 1120/25
1129/13 1129/21
**looked [2]** 1034/11
1115/5
**looking [11]** 1026/2
1034/10 1037/13

1068/21 1079/7
1082/24 1094/20
1109/23 1130/4
**looks [1]** 1112/11
**loose [1]** 1064/8
**Los [1]** 1020/5
**lose [5]** 1030/10
1050/7 1050/8 1050/12
1050/14
**losing [2]** 1050/11
1128/7
**lost [9]** 1028/21
1028/24 1029/2
1029/17 1029/20
1030/1 1030/5 1094/2
1128/8
**lot [24]** 1025/19
1041/14 1045/17
1066/1 1066/8 1067/21
1071/25 1072/3 1072/4
1090/15 1103/24
1107/23 1107/24
1108/2 1108/10
1108/12 1108/13
1109/14 1112/11
1112/20 1116/2
1130/10 1132/6 1132/6
**lots [1]** 1130/25
**loud [3]** 1094/10
1095/22 1101/8
**Louise [3]** 1125/20
1132/1 1132/2
**love [1]** 1115/22
**loves [2]** 1070/22
1072/1
**low [9]** 1039/19
1042/13 1042/14
1043/4 1043/14 1047/3
1114/19 1126/18
1126/22
**lower [6]** 1039/11
1039/16 1040/2
1046/22 1066/18
1115/8
**Ls [6]** 1040/14 1040/20
1040/25 1041/3
1041/11 1041/20
**lunch [1]** 1137/3
**luxury [1]** 1070/5

## M

**Macmillan [81]**
1022/15 1025/7
1028/12 1056/9
1057/17 1057/22
1057/23 1058/6 1058/7
1058/16 1058/23
1059/15 1060/24
1061/4 1061/8 1061/15
1061/22 1062/15
1063/11 1063/24
1066/19 1067/17
1071/13 1073/7
1073/21 1074/7 1075/5
1075/9 1075/16
1076/12 1076/14
1076/20 1077/5

1078/1 1078/4 1078/4
1078/9 1078/13
1078/16 1079/2
1079/25 1080/3
1084/18 1085/1 1087/1
1088/8 1088/12 1089/5
1091/5 1091/9 1093/9
1093/19 1095/12
1096/24 1097/2
1098/23 1100/7
1100/10 1103/10
1104/5 1104/7 1105/24
1106/7 1106/19
1110/13 1111/10
1112/6 1116/1 1121/9
1125/15 1126/1
1127/17 1128/19
1129/15 1133/9
1133/19 1134/16
1134/20 1134/25
**Macmillan's [6]**
1060/25 1063/3
1079/15 1080/3 1086/7
1091/1
**made [7]** 1030/5
1035/24 1048/23
1051/22 1080/6 1080/7
1096/20
**Magic [1]** 1033/3
**magnitude [1]** 1086/18
**main [1]** 1054/5
**major [4]** 1069/24
1082/15 1085/12
1110/7
**make [25]** 1026/9
1026/17 1029/6 1031/4
1036/1 1045/7 1045/15
1048/18 1061/25
1069/24 1070/1 1070/3
1070/3 1070/9 1070/25
1085/23 1092/17
1094/20 1097/7
1100/22 1104/24
1124/12 1131/3 1131/7
1135/18
**makes [7]** 1077/7
1079/21 1080/15
1087/2 1097/20 1114/6
1126/4
**making [3]** 1070/16
1080/5 1103/5
**management [5]**
1095/13 1096/4 1096/5
1097/2 1097/16
**managing [2]** 1059/2
1061/13
**manufacture [1]**
1073/24
**many [17]** 1041/8
1041/18 1044/24
1046/1 1050/12
1061/22 1065/18
1069/8 1070/4 1072/9
1074/10 1074/24
1078/7 1089/19
1099/14 1099/20
1103/13

**March [1]** 1029/8
**Marie [1]** 1033/3
**marked [2]** 1052/7
1080/20
**market [29]** 1041/4
1041/6 1041/7 1041/13
1041/17 1041/18
1045/20 1067/20
1067/23 1079/3
1082/15 1089/6 1092/1
1092/3 1092/6 1092/9
1094/2 1095/11
1096/24 1097/3
1097/10 1097/12
1097/13 1098/2 1098/5
1103/8 1106/3 1113/10
1122/21
**marketing [26]**
1033/13 1036/9
1036/10 1036/14
1047/18 1047/24
1048/1 1048/2 1048/7
1048/10 1048/19
1048/20 1058/13
1059/7 1067/7 1067/11
1067/14 1069/7
1069/21 1071/1 1072/7
1110/6 1113/19
1114/15 1115/4
1115/12
**marketplace [8]**
1065/14 1068/3
1076/12 1079/13
1103/25 1104/10
1123/6 1123/10
**markets [1]** 1067/14
**Martin's [3]** 1061/19
1125/20 1128/21
**mask [1]** 1057/8
**match [2]** 1031/11
1034/23
**materials [1]** 1023/24
**matter [1]** 1185/4
**matters [1]** 1023/10
**may [32]** 1025/10
1032/6 1032/15 1033/9
1033/15 1034/4 1034/7
1039/3 1041/5 1043/6
1044/6 1051/9 1052/9
1052/11 1055/4
1056/16 1064/20
1070/21 1072/19
1077/9 1083/25
1084/11 1091/14
1108/12 1108/21
1123/13 1123/14
1124/21 1125/8 1125/9
1134/9 1134/25
**maybe [4]** 1026/15
1042/19 1087/10
1090/14
**me [38]** 1022/13
1022/24 1026/20
1039/23 1041/15
1042/20 1045/12
1058/3 1060/11
1060/12 1060/13

1073/14 1076/4
1081/24 1082/25
1092/2 1092/11 1100/1
1104/19 1105/10
1106/14 1108/10
1109/6 1109/25 1113/1
1115/14 1116/15
1116/25 1118/18
1120/5 1120/7 1121/3
1121/4 1133/22
1135/18
**Meagan [3]** 1019/16
1022/13 1027/15
**Meagan Bellshaw [1]**
1027/15
**mean [25]** 1031/6
1058/2 1058/11
1065/13 1066/14
1069/10 1069/14
1071/25 1073/1 1088/4
1099/20 1104/10
1105/17 1112/15
1113/5 1116/20 1117/1
1117/2 1117/24
1126/23 1130/21
1132/11 1135/11
1135/11 1135/18
**meaning [4]** 1031/5
1035/24 1043/1
1110/11
**means [6]** 1029/2
1070/7 1088/6 1099/8
1114/6 1126/24
**meant [1]** 1095/8
**meantime [1]** 1032/20
**measure [1]** 1127/20
**measures [3]** 1079/2
1079/12 1127/19
**mechanical [1]**
1020/24
**mechanism [1]**
1130/23
**media [11]** 1038/5
1047/19 1048/12
1048/13 1067/20
1109/12 1110/3 1110/8
1111/20 1115/13
1125/16
**meet [3]** 1088/25
1089/1 1131/24
**meeting [4]** 1064/17
1064/18 1064/24
1096/3
**mega [3]** 1129/24
1133/12 1133/12
**Melvin [1]** 1019/14
**member [1]** 1028/17
**members [3]** 1028/8
1082/10 1136/16
**mention [2]** 1035/4
1090/8
**mentioned [14]**
1032/23 1068/19
1074/15 1074/18
1089/4 1089/11
1089/15 1089/23
1100/20 1101/18

1113/20 1119/7
**mentioning [1]** 1064/9
**mere [1]** 1054/11
**merged [5]** 1059/10
1087/22 1116/16
1116/17 1117/9
**merger [8]** 1060/21
1084/15 1085/1 1116/6
1116/7 1119/1 1119/8
1121/11
**mergers [2]** 1087/7
1087/20
**merging [1]** 1087/24
**Merit [1]** 1020/21
**message [1]** 1048/13
**met [1]** 1089/2
**methods [4]** 1113/20
1120/17 1121/8
1121/11
**metrics [3]** 1082/5
1082/21 1093/7
**mic [1]** 1090/14
**microphone [1]**
1084/22
**mid [4]** 1044/5 1047/3
1077/18 1103/14
**mid-five-figure [2]**
1044/5 1047/3
**mid-sized [1]** 1103/14
**mid-stream [1]**
1077/18
**middle [2]** 1035/7
1043/3
**might [16]** 1044/23
1046/22 1047/22
1047/22 1062/1 1072/2
1072/3 1075/24 1085/1
1086/8 1086/25
1118/21 1119/16
1122/21 1135/14
1135/15
**million [5]** 1099/24
1100/12 1100/15
1112/24 1113/3
**millions [2]** 1099/22
1099/22
**mind [6]** 1052/8 1071/9
1071/12 1086/6
1126/19 1128/13
**minute [2]** 1042/12
1108/1
**minutes [9]** 1026/3
1026/4 1031/24 1067/8
1074/15 1083/18
1083/23 1136/20
1136/25
**misquoting [1]**
1118/18
**missing [1]** 1061/20
**misspoke [2]** 1087/11
1108/21
**mix [3]** 1035/8 1035/14
1035/20
**mixed [1]** 1062/13
**mixing [1]** 1076/23
**modeled [1]** 1119/1
**moment [9]** 1033/14

1050/24 1080/1
1107/14 1114/12
1127/13
**Monday [5]** 1026/14
1026/19 1026/24
1027/1 1027/4
**money [9]** 1045/2
1070/21 1071/25
1072/3 1072/4 1103/1
1116/2 1122/22 1133/1
**monitor [1]** 1080/23
**month [1]** 1072/12
**monthly [2]** 1096/2
1096/3
**months [1]** 1091/22
**more [38]** 1039/15
1039/21 1040/7
1041/18 1045/1
1046/24 1065/19
1065/20 1066/2 1067/5
1068/2 1068/9 1072/8
1072/9 1074/2 1078/25
1079/5 1079/20
1087/15 1098/8
1099/24 1101/21
1103/4 1111/23
1114/16 1115/24
1116/8 1120/24
1122/16 1122/17
1122/22 1124/21
1126/18 1126/22
1130/14 1132/21
1135/4 1135/14
**morning [26]** 1019/7
1022/6 1022/7 1022/16
1022/17 1022/18
1022/21 1022/22
1022/25 1023/4
1025/10 1025/13
1027/14 1027/23
1027/24 1027/25
1032/12 1038/23
1052/7 1055/6 1055/8
1055/20 1057/6 1057/7
1084/8 1084/9
**most [23]** 1028/8
1049/25 1050/7
1050/14 1051/4
1051/10 1060/14
1062/22 1062/22
1065/8 1068/24 1073/9
1078/17 1079/5
1079/17 1080/3 1080/4
1080/5 1096/6 1126/20
1129/24 1129/25
1131/14
**mostly [2]** 1045/15
1131/6
**motivational [1]**
1079/18
**mount [1]** 1075/22
**mouth [1]** 1069/2
**move [6]** 1037/5
1049/18 1052/21
1054/6 1068/7 1084/22
**moved [1]** 1026/25
**moves [1]** 1081/14

**moving [2]** 1035/10
1035/20
**Mr [3]** 1055/22 1058/19
1116/7
**Mr. [64]** 1023/2 1023/5
1025/7 1025/24 1027/8
1027/10 1027/23
1031/23 1032/23
1033/24 1034/10
1036/7 1038/11
1038/22 1039/5 1040/9
1042/4 1042/7 1042/8
1046/21 1048/23
1048/25 1050/24
1052/6 1052/17
1054/25 1055/11
1055/24 1056/3 1057/6
1072/17 1075/4
1075/18 1076/5
1076/11 1076/15
1076/19 1077/13
1077/24 1078/6
1080/19 1081/2
1081/22 1083/16
1084/14 1088/16
1088/23 1089/4
1094/11 1095/24
1096/20 1101/7 1103/6
1112/4 1118/15
1120/24 1125/14
1125/25 1126/4
1126/13 1129/3 1133/7
1134/14 1136/19
**Mr. Fishbein [1]**
1126/13
**Mr. Kim [3]** 1055/24
1083/16 1136/19
**Mr. Petrocelli [1]**
1025/24
**Mr. Sanderson [9]**
1075/4 1076/5 1076/11
1076/15 1077/24
1078/6 1112/4 1125/25
1126/4
**Mr. Sanderson's [3]**
1075/18 1076/19
1077/13
**Mr. Tart [25]** 1023/2
1023/5 1025/7 1027/8
1027/10 1027/23
1031/23 1032/23
1033/24 1034/10
1036/7 1038/11
1038/22 1039/5 1040/9
1042/4 1042/7 1042/8
1046/21 1048/23
1048/25 1050/24
1052/6 1052/17
1054/25
**Mr. Weisberg [21]**
1055/11 1056/3 1057/6
1072/17 1080/19
1081/2 1081/22
1084/14 1088/23
1089/4 1094/11
1095/24 1096/20
1101/7 1103/6 1118/15
1120/24 1125/14

**Mr. Weisberg... [3]**
1129/3 1133/7 1134/14
**Mr. Weisberg's [1]**
1088/16
**Ms. [29]** 1027/9 1028/3
1028/6 1028/20
1034/12 1034/18
1034/18 1034/22
1035/6 1037/13
1037/17 1037/17
1037/20 1037/24
1038/3 1038/13
1040/10 1046/16
1047/16 1048/25
1049/4 1049/15 1050/5
1050/18 1053/6
1053/10 1053/22
1054/4 1054/14
**Ms. Agent [1]** 1034/18
**Ms. Bellshaw [7]**
1027/9 1047/16
1048/25 1049/4
1049/15 1050/5
1050/18
**Ms. Dobson [1]**
1038/13
**Ms. James [8]** 1034/12
1034/18 1034/22
1035/6 1053/6 1053/22
1054/4 1054/14
**Ms. James' [1]**
1053/10
**Ms. Rudzin [3]** 1028/3
1028/6 1046/16
**Ms. Rudzin's [2]**
1028/20 1040/10
**Ms. Schulz [6]** 1037/13
1037/17 1037/17
1037/20 1037/24
1038/3
**much [21]** 1023/16
1033/20 1036/15
1043/11 1044/21
1055/2 1059/1 1062/25
1068/2 1073/4 1074/6
1078/25 1079/5
1079/21 1088/6
1111/20 1112/18
1115/12 1115/24
1126/18 1130/7
**multiple [2]** 1100/11
1126/12
**museum [1]** 1075/13
**my [31]** 1028/1 1028/4
1029/11 1031/14
1036/6 1036/21
1039/17 1042/8
1046/13 1050/14
1055/13 1055/25
1057/14 1059/19
1059/22 1063/16
1071/9 1074/13 1075/6
1077/15 1085/23
1087/5 1089/20 1099/7
1107/6 1107/8 1128/22
1129/14 1132/25
1135/7 1136/12

**N**

**name [5]** 1057/12
1057/14 1074/17
1108/16 1126/24
**names [1]** 1075/17
**natural [1]** 1115/24
**naturally [2]** 1068/21
1071/16
**nature [1]** 1108/15
**Naval [1]** 1132/13
**nearly [1]** 1041/10
**necessarily [4]** 1041/7
1050/4 1079/6 1132/3
**necessary [1]** 1027/3
**need [10]** 1026/18
1032/6 1035/18 1039/2
1065/22 1074/9 1098/5
1100/20 1110/6
1128/12
**needs [1]** 1068/21
**negative [1]** 1094/1
**negotiate [2]** 1045/13
1132/18
**negotiated [1]** 1103/2
**negotiating [4]**
1119/21 1122/13
1123/5 1124/20
**negotiation [5]** 1046/7
1122/12 1122/13
1122/17 1123/19
**negotiations [3]**
1046/11 1120/18
1121/9
**neither [1]** 1051/18
**never [8]** 1029/3
1034/25 1051/17
1069/3 1073/13
1073/14 1089/2
1098/12
**new [8]** 1020/9
1020/14 1059/1
1061/22 1085/16
1089/23 1090/3
1124/13
**New York [2]** 1059/1
1090/3
**newsletters [2]**
1068/22 1113/21
**next [12]** 1022/14
1025/4 1026/11
1026/12 1026/16
1031/10 1035/5 1035/9
1036/5 1055/5 1102/3
1113/15
**Nice [2]** 1088/25
1089/1
**nineteenth [1]** 1132/2
**no [53]** 1019/4 1022/8
1023/14 1032/11
1035/4 1035/18
1036/21 1037/8 1042/3
1042/14 1044/14
1046/14 1050/4
1052/23 1054/22
1068/4 1068/12

1020/8

1081/17 1084/20
1084/23 1086/5
1087/13 1088/10
1088/14 1089/4
1089/22 1096/15
1099/20 1099/20
1101/15 1102/18
1106/11 1109/2 1113/6
1113/14 1114/4
1114/22 1114/24
1118/25 1119/3 1122/1
1127/20 1131/20
1131/21 1131/22
1133/1 1133/10
1133/20 1135/4
1136/13 1136/14
**Nobel [1]** 1089/19
**nobody [1]** 1132/3
**non [11]** 1028/22
1030/6 1030/10 1035/8
1035/14 1035/19
1035/23 1049/6 1050/7
1082/22 1092/15
**non-Big [5]** 1028/22
1030/6 1030/10 1050/7
1082/22
**non-Penguin [3]**
1035/14 1035/19
1035/23
**non-PRH [2]** 1035/8
1049/6
**non-public [1]** 1092/15
**none [1]** 1136/14
**nonfiction [9]** 1061/6
1068/9 1068/10
1068/24 1089/17
1130/2 1131/1 1131/11
1131/11
**Nora [2]** 1099/10
1100/11
**Nora Roberts [1]**
1099/10
**North [1]** 1057/24
**Norton [6]** 1028/24
1029/2 1029/3 1029/17
1029/21 1030/1
**not [94]** 1026/16
1029/16 1030/4
1030/14 1030/18
1031/14 1032/5
1032/12 1034/6 1034/7
1036/2 1036/2 1036/4
1039/25 1041/7
1042/21 1043/6
1044/23 1045/3
1045/16 1047/8
1047/24 1048/23
1049/5 1050/4 1052/9
1052/11 1052/11
1062/25 1063/23
1064/5 1066/6 1066/19
1068/18 1068/18
1069/3 1070/23 1071/8
1071/10 1072/2 1072/4
1072/18 1073/1 1073/4
1073/6 1074/8 1074/16
1076/16 1076/18

1079/20 1080/14
1082/22 1083/20
1087/10 1088/10
1091/13 1094/10
1095/22 1100/21
1101/18 1107/6 1107/8
1108/10 1108/12
1108/12 1108/18
1110/14 1110/18
1112/4 1112/9 1113/5
1114/4 1114/23
1115/15 1115/18
1119/17 1120/7 1120/8
1120/18 1121/9 1123/1
1126/3 1127/7 1129/24
1132/9 1133/16
1133/18 1133/25
1134/3 1135/9 1135/10
1135/14
**note [1]** 1056/5
**notebook [1]** 1023/19
**noted [1]** 1050/6
**nothing [4]** 1027/7
1050/16 1071/12
1091/10
**notoriety [1]** 1116/2
**novel [4]** 1047/6
1129/21 1131/14
1131/15
**novella [1]** 1129/20
**novels [1]** 1076/10
**now [32]** 1022/3
1039/2 1039/13 1054/5
1057/15 1063/1
1064/19 1071/14
1080/10 1082/3
1083/15 1084/25
1086/6 1087/23 1092/1
1095/11 1098/5 1098/9
1098/19 1100/2
1100/19 1103/6
1105/24 1107/18
1109/6 1112/4 1112/18
1113/1 1113/22 1116/5
1118/18 1119/15
**NPR [1]** 1048/15
**number [21]** 1037/14
1043/2 1043/3 1043/5
1061/24 1062/3
1062/17 1067/1
1070/18 1088/12
1089/20 1094/14
1094/17 1094/21
1094/23 1095/5 1101/8
1101/16 1103/1 1103/4
1112/21
**numbers [8]** 1064/9
1082/2 1087/11 1094/2
1102/15 1127/12
1128/2 1128/12
**numerous [3]** 1059/7
1099/6 1099/8
**nuts [1]** 1077/3
**NW [3]** 1019/17
1020/17 1020/23
**NY [2]** 1020/9 1020/14

**O'MELVENY [2]**
1020/3 1020/8
**oath [4]** 1027/11
1055/17 1084/10
1121/24
**objection [15]** 1023/15
1037/8 1049/8 1051/3
1051/5 1052/23
1075/25 1081/16
1081/17 1087/10
1096/14 1096/15
1102/18 1121/25
1122/1
**objections [2]** 1037/7
1052/22
**objective [1]** 1123/6
**observation [1]** 1026/1
**observe [1]** 1127/4
**obviously [5]** 1066/24
1067/19 1069/9 1115/8
1117/19
**October [3]** 1096/21
1132/12 1132/14
**off [21]** 1057/8 1059/8
1063/3 1066/10
1070/10 1075/6
1077/15 1079/8
1080/21 1084/17
1089/20 1099/7
1101/10 1114/1
1114/22 1114/23
1123/6 1123/9 1127/15
1127/15 1127/18
**offer [11]** 1029/7
1030/5 1031/1 1045/2
1045/15 1062/21
1074/7 1074/8 1102/14
1121/22 1122/25
**offered [1]** 1033/19
**offering [1]** 1122/22
**offers [2]** 1053/12
1096/12
**office [1]** 1081/8
**officer [7]** 1057/16
1058/18 1058/20
1059/19 1059/21
1059/22 1060/2
**Official [1]** 1020/22
**offset [1]** 1070/8
**often [19]** 1028/10
1028/13 1029/21
1030/2 1031/15
1031/20 1044/3
1045/19 1045/20
1046/1 1047/21 1050/7
1050/8 1050/14 1073/1
1078/17 1078/25
1123/20 1126/25
**oftentimes [1]** 1043/5
**Oh [2]** 1087/13
1094/22
**okay [65]** 1023/5
1023/8 1023/9 1023/25
1024/1 1025/9 1025/14
1025/18 1025/22
1026/20 1027/2 1027/5
1027/6 1027/13

**O**

okay... [51] 1032/14
1032/21 1033/16
1034/1 1036/7 1036/22
1039/4 1042/16
1048/11 1049/12
1049/19 1057/20
1063/10 1064/1 1077/8
1083/23 1084/2
1084/24 1089/18
1090/6 1091/23
1091/25 1096/11
1099/7 1099/9 1101/12
1101/23 1102/1 1102/9
1105/2 1106/12 1107/9
1108/14 1111/1
1111/17 1112/22
1113/7 1113/9 1122/2
1122/8 1122/23
1124/25 1129/2
1132/16 1132/24
1133/3 1135/6 1136/11
1136/15 1136/22
1137/1
old [1] 1132/11
omm.com [2] 1020/6
1020/10
once [2] 1062/9
1069/21
one [61] 1028/17
1028/19 1028/24
1029/22 1033/14
1043/6 1043/9 1044/6
1045/6 1046/7 1046/7
1046/23 1051/15
1056/5 1056/10 1060/1
1061/20 1062/12
1062/18 1062/18
1068/4 1068/12 1069/2
1069/2 1069/13
1069/15 1070/16
1071/9 1072/12 1075/3
1076/5 1077/21
1078/13 1078/16
1079/17 1085/12
1086/22 1087/22
1087/23 1089/16
1090/8 1094/19
1097/20 1098/19
1099/9 1100/12 1103/1
1109/22 1111/19
1112/12 1116/6
1120/19 1120/24
1121/10 1124/13
1124/24 1126/7
1126/20 1128/13
1132/11 1132/20
ones [9] 1028/14
1030/11 1033/1
1045/23 1072/7
1110/11 1115/11
1130/14 1135/1
ongoing [1] 1038/6
online [1] 1068/22
only [17] 1028/14
1031/9 1034/23 1036/3
1042/10 1045/23
1046/23 1054/9

1082/21 1083/8
1097/12 1097/20
1114/2 1127/22 1129/4
open [7] 1039/2 1039/3
1086/6 1122/6 1122/21
1128/23 1137/6
opened [1] 1056/11
operating [3] 1059/19
1059/21 1060/2
opinions [1] 1064/25
opportunities [3]
1044/18 1044/19
1044/24
opportunity [3] 1029/6
1031/18 1046/10
Oprah [1] 1090/8
1090/15
optimistic [1] 1025/21
order [6] 1022/5
1046/3 1079/24
1079/25 1084/7 1098/5
organic [1] 1080/4
organization [1]
1064/5
other [69] 1023/7
1028/8 1029/25
1030/18 1031/11
1031/16 1031/16
1031/20 1034/23
1034/24 1035/3
1035/17 1042/12
1042/15 1042/17
1042/22 1044/6 1045/6
1045/8 1045/9 1049/10
1050/13 1050/15
1050/25 1051/13
1051/18 1053/11
1062/9 1062/19
1062/22 1062/23
1070/13 1073/16
1073/20 1074/13
1074/17 1075/5 1075/5
1075/24 1078/9 1079/3
1083/9 1086/15
1097/14 1097/21
1097/23 1098/20
1098/23 1103/11
1106/11 1108/11
1109/17 1110/18
1111/19 1115/22
1116/1 1119/20
1120/19 1122/15
1123/4 1123/21 1126/1
1127/17 1129/7 1131/5
1131/19 1132/8
1132/10 1136/8
others [6] 1044/17
1053/4 1070/7 1094/5
1101/22 1127/20
otherwise [2] 1099/1
1135/1
our [34] 1025/4 1025/8
1026/4 1031/5 1031/21
1032/13 1032/19
1040/18 1042/25
1043/13 1052/3 1056/7
1068/5 1068/5 1068/11

1074/10 1075/15
1080/5 1081/7 1081/8
1082/15 1086/11
1096/3 1101/3 1107/2
1124/17 1126/19
1126/20 1126/20
1130/11 1130/23
1137/3
out [25] 1023/14
1028/1 1028/10
1030/11 1030/12
1034/15 1053/23
1054/14 1061/10
1065/14 1069/5
1069/21 1079/14
1094/10 1095/22
1098/11 1101/8 1103/2
1119/24 1127/22
1130/4 1130/24
1131/12 1132/3 1132/4
outbid [1] 1118/16
outlier [1] 1039/14
outlook [1] 1091/19
outreach [2] 1120/17
1121/8
over [23] 1026/18
1028/5 1045/1 1063/8
1066/9 1067/19
1069/13 1069/17
1074/5 1082/17
1085/21 1091/21
1093/11 1095/2 1099/9
1100/7 1100/11
1100/14 1106/4 1112/4
1112/6 1126/13
1128/24
overall [2] 1089/6
1092/9
Overruled [1] 1051/8
overseeing [1]
1067/14
overview [3] 1059/23
1060/3 1079/8
own [11] 1031/21
1040/23 1045/21
1063/18 1064/21
1068/21 1071/19
1075/1 1115/19
1124/13 1125/1
owned [4] 1060/17
1060/18 1061/9 1061/9
owner [1] 1061/8
owners [1] 1061/14
owns [1] 1061/11

**P**

p.m [2] 1035/9 1184/4
packaging [1] 1058/13
page [13] 1034/13
1037/14 1081/23
1082/4 1082/24
1092/16 1096/23
1097/9 1104/22 1105/2
1106/14 1111/2
1120/25
PAN [2] 1019/10
1022/4

1062/6 1062/11
part [15] 1045/19
1058/16 1062/22
1067/9 1067/14
1067/23 1068/11
1074/12 1080/4
1123/22 1123/23
1124/18 1126/20
1130/9 1136/9
participate [1] 1036/5
participated [1] 1036/4
participating [1]
1049/23
particular [8] 1054/20
1068/8 1071/2 1071/4
1079/16 1112/10
1127/3 1129/14
particularly [4] 1068/3
1127/25 1133/18
1134/17
parties [1] 1023/14
partnering [1] 1048/13
partners [1] 1061/13
pass [2] 1088/17
1095/17
passion [4] 1064/16
1066/14 1068/8
1070/20
passionate [3] 1065/19
1066/3 1068/8
past [2] 1091/4 1091/9
pause [1] 1033/14
pay [17] 1048/14
1048/15 1048/15
1048/16 1048/17
1066/10 1070/10
1070/20 1074/10
1088/7 1100/11
1100/14 1111/20
1111/23 1122/16
1124/21 1130/1
paying [3] 1131/13
1135/10 1135/14
pays [1] 1048/2
Pearson [1] 1060/20
Penguin [66] 1020/3
1022/20 1030/13
1031/2 1031/9 1031/11
1031/12 1031/16
1031/17 1031/19
1033/7 1033/10
1034/15 1035/2
1035/14 1035/16
1035/19 1035/19
1035/23 1036/3
1041/21 1041/24
1050/1 1050/13
1050/15 1050/25
1051/13 1051/25
1052/3 1052/4 1053/4
1053/7 1053/12
1053/12 1053/16
1054/1 1054/19 1059/9
1059/10 1059/11
1060/16 1060/17
1060/21 1075/7
1075/10 1078/21

1085/4 1086/8 1086/11
1087/6 1087/18
1087/22 1088/9
1088/11 1093/8 1100/6
1111/10 1117/16
1117/20 1118/10
1121/12 1128/7 1128/8
1128/16
Penguin's [1] 1104/2
Penny [2] 1125/20
1132/1
Penny's [1] 1132/2
people [31] 1044/8
1044/19 1045/21
1046/1 1061/25
1064/11 1064/18
1065/18 1066/2 1070/4
1073/9 1074/1 1074/14
1074/16 1075/3 1077/2
1101/21 1103/4 1108/2
1109/4 1110/3 1112/1
1115/21 1117/1 1117/2
1127/24 1131/8 1132/6
1132/8 1132/10
1132/18
percent [17] 1042/10
1042/12 1042/23
1079/12 1097/3 1097/4
1097/13 1118/2 1118/2
1129/5 1129/6 1129/7
1129/8 1130/7 1131/4
1131/5 1131/19
percentage [2] 1095/2
1098/2
percentages [2]
1082/12 1082/17
perception [1] 1122/14
perfectly [2] 1065/16
1065/17
performance [4]
1079/15 1081/7 1081/9
1092/19
performed [1] 1118/23
person [5] 1065/2
1068/18 1072/4 1072/5
1115/13
personalities [1]
1109/17
personally [1] 1074/13
perspective [3] 1063/9
1079/18 1083/6
Petrocelli [3] 1020/3
1022/19 1025/24
philosophy [1] 1080/4
physical [4] 1076/23
1079/10 1079/11
1108/15
pick [2] 1060/1 1096/6
picked [1] 1077/18
picking [1] 1045/21
place [2] 1066/9
1079/24
placed [1] 1055/17
placement [1] 1118/5
places [1] 1080/11
Plaintiff [4] 1019/4
1019/13 1027/17

**P**

Plaintiff... [1]  1057/2
**PLAINTIFF'S [8]**
1021/4 1021/15 1025/1
1037/10 1052/25
1081/19 1092/13
1122/3
**Plaintiff's Exhibit [1]**
1092/13
**plan [5]**  1025/4 1040/6
1088/12 1098/8
1098/12
**planning [2]**  1078/4
1098/14
**plans [3]**  1056/8
1088/8 1088/14
**platform [3]**  1108/4
1108/17 1108/22
**platforms [2]**  1131/8
1131/9
**play [3]**  1025/15
1069/20 1069/23
**player [8]**  1086/22
1087/23 1087/24
1089/6 1104/16 1105/6
1105/20 1106/10
**players [2]**  1085/12
1087/23
**please [19]**  1022/5
1022/10 1033/18
1035/6 1036/17
1048/23 1049/16
1055/10 1057/13
1058/23 1061/18
1072/20 1076/21
1080/22 1081/24
1083/20 1084/6
1125/18 1127/1
**pleasure [1]**  1110/22
**plenty [1]**  1115/8
**Plus [1]**  1114/16
**podium [1]**  1022/10
**point [5]**  1045/7 1088/2
1097/12 1102/25
1108/14
**points [2]**  1045/9
1067/12
**portion [2]**  1056/10
1065/16
**position [5]**  1057/18
1059/18 1063/12
1080/17 1122/14
**positions [2]**  1058/5
1063/24
**positive [4]**  1023/2
1023/6 1091/19 1095/8
**possible [9]**  1035/9
1039/20 1043/19
1044/21 1052/13
1067/25 1068/6 1070/4
1117/11
**possibly [2]**  1031/19
1133/14
**potential [1]**  1064/11
**potentially [4]**  1026/14
1087/2 1118/11
1122/25
**power [1]**  1074/2

**predict [5]**  1041/16
1041/18 1113/5
1113/12 1113/15
**predicted [2]**  1040/14
1113/2
**preempt [2]**  1028/25
1029/2 1122/21
**preempted [1]**  1029/24
**preliminary [1]**
1023/10
**prepare [2]**  1026/21
1041/11
**prepared [2]**  1055/22
1056/2
**presales [1]**  1068/1
**presence [2]**  1104/10
1106/2
**present [6]**  1028/18
1071/17 1071/18
1081/23 1096/3 1096/5
**presentation [2]**
1096/2 1096/20
**presentations [1]**
1095/13
**president [10]**  1041/24
1058/7 1058/16
1063/11 1065/3
1101/10 1102/2 1102/4
1102/5 1102/7
**presiding [1]**  1022/4
**press [2]**  1091/14
1132/13
**pretty [7]**  1041/15
1043/9 1059/1 1078/25
1082/20 1088/6
1091/12
**Prettyman [1]**  1020/2
**Prevette [1]**  1038/7
**previously [2]**  1027/18
1059/14
**PRH [7]**  1034/23
1035/8 1036/2 1049/6
1054/5 1094/4 1110/13
**price [3]**  1044/9
1087/12 1129/25
**prices [1]**  1085/15
**primarily [10]**  1058/9
1059/7 1061/7 1062/21
1073/4 1079/10
1079/11 1081/8
1083/11 1129/11
**primary [1]**  1124/15
**print [2]**  1099/15
1099/25
**printing [1]**  1077/1
**prior [7]**  1058/5
1058/23 1060/21
1063/12 1092/22
1095/2 1121/23
**priorities [1]**  1070/25
**priority [1]**  1071/6
**prizes [1]**  1089/19
**probable [1]**  1039/20
**probably [7]**  1079/17
1085/24 1090/5 1090/6
1107/3 1115/11
1136/25
**problem [1]**  1070/2

**proceed [4]**  1056/16
1077/9 1084/11 1125/8
**proceedings [4]**
1019/9 1020/24 1184/4
1185/4
**process [13]**  1037/21
1041/16 1042/13
1063/3 1063/7 1065/1
1065/6 1065/8 1067/7
1070/5 1071/20
1072/25 1098/10
**produced [1]**  1020/25
**production [1]**
1060/12
**profit [3]**  1083/5
1091/6 1094/12
**profits [3]**  1091/20
1095/2 1095/9
**programs [1]**  1048/17
**project [2]**  1119/25
1136/1
**projecting [1]**  1098/14
**prolific [1]**  1074/23
**promote [3]**  1044/21
1047/20 1068/17
**promotion [1]**  1117/16
**prompted [1]**  1026/1
**propose [2]**  1056/9
1137/2
**proposed [3]**  1084/15
1086/18 1116/23
**prospect [1]**  1072/24
**prospects [1]**  1088/4
**provide [1]**  1036/10
1062/15
**provides [2]**  1073/21
1079/4
**providing [2]**  1053/6
1062/23
**prudent [1]**  1103/4
**psyche [1]**  1067/1
**public [8]**  1048/23
1080/21 1083/11
1088/15 1088/17
1092/15 1100/22
1136/17
**publication [2]**
1036/11 1135/15
**publicity [22]**  1036/14
1038/7 1038/13
1038/18 1047/17
1047/18 1047/19
1047/21 1047/23
1047/25 1048/1 1048/8
1048/12 1048/18
1048/19 1048/19
1068/24 1069/14
1069/20 1071/1 1110/7
1113/21
**publicizes [1]**  1067/18
**publish [20]**  1034/6
1041/4 1041/8 1041/19
1043/22 1061/6
1061/23 1069/6
1072/24 1073/3 1073/6
1074/25 1074/25
1078/5 1078/24

**proceedural [3]**  1104/9
1112/11 1135/16
**published [14]**  1033/6
1041/7 1042/11
1044/16 1062/3
1062/10 1073/9
1073/14 1075/1
1076/11 1078/1
1123/21 1125/15
1129/5
**publisher [15]**  1030/6
1030/10 1044/6 1065/3
1073/21 1078/16
1083/9 1099/13
1103/22 1110/7
1110/13 1111/10
1126/17 1126/18
1130/22
**publisher's [1]**
1122/13
**publishers [25]**
1028/22 1029/13
1051/18 1056/9
1057/17 1057/22
1057/23 1061/4
1062/16 1062/18
1062/20 1063/17
1071/9 1075/5 1078/9
1078/14 1079/3
1082/22 1083/9
1097/14 1101/17
1103/14 1120/9
1122/15 1127/17
**publishes [6]**  1061/4
1075/4 1075/7 1075/9
1075/10 1112/6
**publishing [47]**
1031/18 1031/19
1041/25 1050/9 1052/3
1053/7 1053/12 1058/4
1058/7 1058/23 1059/7
1061/15 1072/23
1073/8 1073/11 1074/6
1074/12 1075/22
1076/6 1076/15
1076/20 1077/1
1077/14 1077/24
1086/4 1087/21 1089/8
1091/1 1098/20 1099/2
1100/2 1103/24
1107/20 1108/17
1109/7 1110/2 1110/20
1112/2 1112/19
1113/12 1125/14
1125/22 1125/23
1126/2 1127/6 1127/7
1127/15
**purpose [1]**  1102/15
**purposes [1]**  1081/23
**pursue [1]**  1127/14
**push [5]**  1026/13
1026/18 1026/23
1027/3 1090/21
**put [11]**  1025/8
1025/12 1039/20
1066/11 1071/6
1079/24 1083/13
1084/17 1084/18

**Putman [1]**  1128/18
**puts [1]**  1090/20
**putting [2]**  1052/8
1076/12
**PX327 [4]**  1036/17
1036/24 1037/5
1037/10
**PX332 [2]**  1033/23
1034/10
**PX336 [7]**  1052/7
1052/8 1052/17
1052/21 1052/25
1053/3 1053/11
**PX80 [1]**  1023/19
**PX80A [1]**  1025/1
**PX829 [3]**  1080/20
1081/15 1081/19

**Q**

**qualitative [1]**  1118/24
**quality [3]**  1025/23
1089/8 1091/1
**quantitative [1]**
1118/24
**quarter [1]**  1043/13
**question [18]**  1028/2
1042/7 1049/21 1051/7
1051/9 1061/2 1069/17
1071/3 1104/18 1105/3
1106/18 1106/19
1111/5 1111/14 1121/1
1121/7 1132/16 1135/7
**questioning [4]**
1046/13 1056/7
1122/10 1136/12
**questions [24]**  1028/2
1028/6 1028/21
1029/12 1030/9
1033/12 1036/8
1040/10 1042/3
1046/13 1046/16
1050/16 1054/22
1088/16 1092/17
1113/19 1126/14
1128/22 1128/25
1132/25 1132/25
1133/8 1135/5 1136/12
**quick [1]**  1026/20
**quickly [2]**  1028/1
1070/6
**quite [1]**  1049/4

**R**

**raise [3]**  1055/14
1055/16 1113/3
**raised [1]**  1112/18
**Random [61]**  1020/3
1022/20 1030/13
1031/2 1031/9 1031/11
1031/12 1031/17
1033/7 1033/10
1034/15 1035/2
1035/14 1035/16
1035/19 1035/23
1036/3 1049/22
1050/13 1050/15
1050/25 1051/13

**R**

**Random... [39]**
1051/25 1052/4 1053/4
1053/16 1053/20
1053/22 1054/1
1054/19 1059/6
1059/10 1059/12
1059/18 1059/25
1060/3 1060/22 1075/7
1075/10 1075/13
1078/21 1078/22
1084/15 1085/4 1086/9
1086/12 1087/6
1087/18 1087/22
1088/9 1088/11 1093/8
1100/6 1111/10
1117/16 1117/20
1118/10 1121/12
1128/7 1128/8 1128/17
**range [11]** 1039/17
1039/23 1042/17
1042/18 1042/25
1043/2 1043/14
1044/12 1050/9
1113/22 1133/16
**rank [1]** 1079/23
**rankling [1]** 1079/25
**rare [2]** 1076/5 1076/8
**rarely [1]** 1129/16
**rarity [1]** 1075/23
**rationale [1]** 1065/2
**raved [1]** 1072/5
**reach [1]** 1124/5
**reached [1]** 1023/14
**read [10]** 1019/13
1022/12 1054/12
1069/9 1072/5 1095/22
1114/5 1114/6 1117/1
1121/1
**reading [1]** 1094/18
**reads [1]** 1070/22
**ready [2]** 1131/15
1131/16
**real [2]** 1070/6 1131/8
**realistic [1]** 1040/19
**really [22]** 1031/6
1031/14 1031/21
1039/10 1040/8 1043/1
1043/10 1043/22
1043/25 1044/14
1044/20 1046/8
1050/10 1066/15
1069/14 1071/6 1071/8
1073/19 1074/16
1091/12 1119/4 1124/5
**Realtime [1]** 1020/21
**reason [2]** 1056/9
1078/22
**reasonable [1]** 1130/1
**reasoning [1]** 1085/25
**reasons [4]** 1043/6
1069/15 1074/11
1127/3
**reassure [1]** 1035/18
**recall [7]** 1028/22
1029/11 1029/15
1039/7 1039/11
1040/12 1047/3

**recalled [1]** 1049/24
**receive [2]** 1031/24
1069/6
**received [14]** 1023/1
1025/1 1031/23 1032/2
1032/4 1037/10
1038/23 1039/10
1052/7 1052/25
1081/19 1096/17
1102/20 1122/4
**receiving [1]** 1131/15
**recently [3]** 1078/2
1109/14 1127/2
**recess [1]** 1084/3
1084/4
**recognize [1]** 1095/24
**recognizing [1]**
1039/25
**record [6]** 1022/11
1023/23 1057/12
1091/5 1102/16 1185/3
**recorded [1]** 1020/24
**RECROSS [4]** 1021/14
1046/19 1123/16
1133/5
**RECROSS-EXAMINATI ON [3]** 1046/19
1123/16 1133/5
**red [3]** 1081/11
1132/12 1132/14
**redacted [2]** 1034/7
1052/11
**redactions [1]** 1036/19
**redirect [9]** 1021/14
1027/9 1027/20
1050/22 1056/11
1056/13 1125/6
1125/12 1134/12
**refer [3]** 1062/13
1062/14 1101/7
**referenced [2]** 1053/8
1053/11
**referred [3]** 1123/18
1124/9 1134/3
**referring [7]** 1062/2
1062/12 1085/11
1085/14 1105/3 1105/4
1133/11
**refers [2]** 1038/6
1053/20
**refreshing [1]** 1032/1
**regarding [1]** 1037/2
1086/11
**Registered [1]** 1020/21
**regular [1]** 1127/25
**regularly [1]** 1104/8
**reject [1]** 1132/10
**rejected [1]** 1132/12
**relate [1]** 1056/8
**relationships [1]**
1086/7 1086/8 1086/11
1086/13 1086/16
**relative [1]** 1127/17
**relatively [1]** 1089/23
**release [1]** 1091/14
**releasing [1]** 1114/12
**relevant [1]** 1096/6
**remain [1]** 1031/10

**remember [7]** 1031/14
1074/12 1081/2 1092/4
1128/14 1128/16
1128/19
**remind [1]** 1027/10
1075/14
**rep [1]** 1059/5
**rephrase [3]** 1076/1
1087/14 1087/15
**report [1]** 1058/15
**reported [1]** 1058/17
**Reporter [4]** 1020/20
1020/21 1020/21
1020/22
**reporting [4]** 1058/3
1060/11 1060/12
1060/12
**reports [2]** 1065/2
1065/3
**represent [5]** 1041/11
1042/10 1088/23
1118/2 1130/10
**require [1]** 1033/15
**required [1]** 1063/23
**research [1]** 1131/13
**resources [3]** 1060/15
1107/10 1118/15
**respect [4]** 1116/17
1118/20 1119/7
1126/15
**response [2]** 1028/20
1030/9 1040/9
**responsibilities [5]**
1057/22 1059/20
1059/24 1060/4
1060/10
**responsibility [2]**
1058/2 1058/8
**responsible [5]**
1057/23 1058/1 1058/4
1058/9 1129/14
**rest [2]** 1022/13
1025/17
**result [3]** 1023/4
1116/7 1121/11
**results [2]** 1091/2
1091/9
**resume [1]** 1137/3
**RESUMED [1]** 1027/18
**retail [2]** 1079/13
1127/19
**retailers [1]** 1117/24
**return [2]** 1023/10
1027/8
**returning [2]** 1119/21
1123/20
**revenue [2]** 1082/9
1093/7
**review [1]** 1048/15
**revisit [1]** 1026/15
**RH [1]** 1053/19
**right [136]** 1023/1
1027/7 1028/9 1028/25
1029/4 1029/9 1030/6
1030/15 1030/19
1030/23 1031/2
1031/13 1032/25
1033/7 1033/10

1036/11 1036/25
1037/18 1037/22
1038/8 1039/2 1040/11
1040/21 1041/4
1041/21 1042/21
1044/20 1048/2 1049/7
1050/20 1052/19
1054/10 1054/24
1055/4 1055/14
1055/16 1055/21
1056/3 1056/16 1057/9
1057/15 1070/3
1081/22 1082/3
1083/18 1084/14
1088/18 1089/8
1089/24 1090/5 1090/6
1090/18 1090/21
1091/14 1091/17
1092/9 1092/23 1093/9
1093/11 1093/16
1093/24 1094/5
1094/15 1094/18
1094/20 1094/20
1094/24 1095/3 1095/9
1095/13 1096/7 1097/1
1097/7 1097/17
1097/21 1098/3
1098/12 1098/21
1099/4 1099/23 1100/3
1100/8 1100/17
1103/11 1104/3
1104/11 1107/11
1107/17 1107/19
1107/22 1107/22
1108/6 1108/8 1108/13
1108/23 1109/12
1109/18 1109/22
1109/23 1111/21
1112/7 1112/16
1112/22 1113/13
1113/16 1113/21
1114/7 1114/20
1115/17 1115/20
1115/23 1116/13
1117/5 1117/13
1117/21 1118/21
1118/24 1119/8
1119/13 1119/18
1119/22 1120/3
1120/13 1123/11
1123/21 1124/1 1124/9
1124/13 1124/19
1124/23 1125/23
1133/12 1135/4
1135/21
**rise [3]** 1022/2 1083/24
1084/5
**risk [1]** 1070/1
**risks [2]** 1070/10
1070/17
**RMR [2]** 1185/2 1185/8
**road [1]** 1135/17
**roadmap [1]** 1025/18
**Robert [1]** 1077/16
**Roberts [2]** 1099/10
1100/11
**roles [1]** 1059/17

**romance [1]** 1130/9
**Rosetta [1]** 1101/3
**roughly [1]** 1069/5
**round [8]** 1031/10
1035/10 1035/18
1036/1 1036/3 1036/5
1049/5 1049/6
**rounds [4]** 1030/22
1031/3 1031/8 1035/1
**royalties [1]** 1045/4
**Rudzin [5]** 1020/7
1022/19 1028/3 1028/6
1036/16
**Rudzin's [2]** 1028/20
1040/10
**rule [3]** 1030/14
1034/16 1049/15
**rules [1]** 1054/5
**running [1]** 1032/17
**Ryan [2]** 1020/16
1022/24
**ryan.shores [1]**
1020/19

**S**

**said [27]** 1023/20
1049/1 1050/24 1051/6
1089/21 1090/2
1099/24 1102/2 1103/8
1103/10 1104/2 1105/5
1106/22 1107/22
1107/23 1111/11
1112/15 1114/5
1115/16 1117/12
1118/18 1118/20
1120/20 1127/1
1133/12 1133/14
1134/23
**sale [1]** 1084/18
**sales [28]** 1040/2
1040/11 1040/14
1040/20 1041/3
1058/10 1059/5 1059/7
1060/11 1062/21
1062/22 1065/8 1065/9
1067/7 1067/14 1069/7
1069/16 1071/1
1071/17 1071/18
1079/10 1090/21
1091/19 1097/10
1099/21 1127/19
1136/1 1136/9
**salespeople [3]**
1064/24 1065/6 1065/7
**salt [1]** 1083/7
**same [12]** 1025/25
1044/4 1044/8 1044/18
1044/22 1044/24
1059/11 1062/11
1070/23 1074/1 1075/2
1112/1
**Sanderson [13]**
1074/18 1074/19
1075/4 1076/5 1076/11
1076/15 1077/24
1078/6 1108/1 1111/7
1112/4 1125/25 1126/4
**Sanderson's [3]**

**S**

**Sanderson's... [3]** 1075/18 1076/19 1077/13
**Sara [1]** 1019/15
**Sargent [4]** 1058/17 1058/19 1063/19 1063/19
**say [28]** 1028/16 1029/19 1030/9 1038/12 1038/17 1040/5 1040/17 1043/13 1043/25 1046/4 1047/13 1054/18 1058/1 1065/7 1074/5 1091/4 1094/10 1098/12 1104/15 1105/21 1106/2 1106/9 1106/24 1107/3 1109/11 1110/2 1114/2 1114/23
**saying [6]** 1045/10 1094/22 1101/8 1101/15 1111/18 1130/13
**says [5]** 1090/7 1092/25 1094/7 1100/25 1136/25
**scale [8]** 1073/19 1087/9 1087/20 1116/23 1117/8 1117/24 1126/2 1127/10
**Scanlon [1]** 1019/15
**scenario [2]** 1035/21 1123/25
**schedule [3]** 1026/2 1072/15 1078/5
**Schoeller [1]** 1061/13
**Scholastic [6]** 1103/19 1103/22 1104/7 1104/15 1105/5 1105/19
**Schulz [6]** 1037/13 1037/17 1037/17 1037/20 1037/24 1038/3
**Schuster [18]** 1020/13 1022/23 1028/12 1084/16 1084/17 1084/19 1085/5 1086/9 1086/12 1087/19 1088/9 1088/11 1088/24 1093/9 1117/16 1117/20 1118/9 1121/12
**Schwarz [1]** 1019/14
**science [4]** 1074/22 1075/15 1077/22 1129/15
**Scottoline [1]** 1128/13
**screen [6]** 1028/5 1032/9 1032/13 1033/18 1033/25 1052/8
**screens [1]** 1080/21
**scroll [2]** 1034/12 1035/5

**sealed [1]** 1137/7
**season [1]** 1043/17
**seated [3]** 1022/5 1055/19 1084/6
**second [7]** 1023/18 1049/5 1065/15 1081/23 1081/24 1092/16 1121/3
**section [3]** 1075/8 1096/23 1122/7
**see [40]** 1023/22 1026/16 1032/16 1034/2 1038/15 1038/22 1039/17 1039/23 1043/24 1044/8 1048/21 1050/10 1052/13 1053/4 1054/7 1054/16 1080/24 1082/6 1082/10 1083/1 1083/12 1083/12 1093/12 1094/8 1094/22 1096/23 1097/10 1097/14 1100/23 1105/2 1105/8 1105/10 1111/13 1123/7 1124/11 1124/12 1127/8 1130/12 1131/17 1132/20
**seeing [2]** 1073/2 1073/6
**seem [1]** 1097/20
**seemed [1]** 1127/13
**seemingly [1]** 1127/15
**seen [1]** 1107/5
**select [1]** 1040/24
**self [26]** 1072/23 1072/24 1073/6 1073/11 1074/6 1074/12 1075/22 1076/6 1076/11 1076/15 1076/23 1077/1 1107/20 1107/21 1108/2 1108/17 1109/4 1109/7 1110/2 1110/20 1112/2 1112/19 1125/14 1125/23 1126/2 1127/6
**self-mixing [1]** 1076/23
**self-publish [5]** 1072/24 1073/6 1107/21 1108/2 1109/4
**self-published [1]** 1076/11
**self-publishing [19]** 1072/23 1073/11 1074/6 1074/12 1075/22 1076/6 1076/15 1077/1 1107/20 1108/17 1109/7 1110/7 1110/2 1110/20 1112/2 1112/19 1125/14 1125/23 1126/2 1127/6
**sell [12]** 1039/6

1040/7 1041/12 1047/14 1068/17 1069/19 1073/23 1123/3 1134/16 1135/8
**seller [1]** 1133/8
**sellers [3]** 1117/25 1133/12 1133/12
**selling [10]** 1042/9 1067/9 1074/22 1077/22 1086/21 1090/15 1099/11 1109/20 1129/4 1132/21
**semantics [2]** 1062/14 1071/10
**send [2]** 1032/18 1047/22
**senior [3]** 1096/3 1096/5 1097/2
**sense [5]** 1042/15 1050/12 1065/9 1082/14 1127/10
**sent [2]** 1032/3 1038/23
**separate [1]** 1062/12
**series [2]** 1077/17 1113/3
**service [1]** 1073/24
**services [4]** 1062/15 1062/20 1062/23 1073/22
**session [13]** 1019/7 1022/3 1026/1 1026/8 1056/12 1084/6 1088/15 1128/23 1128/24 1136/18 1137/2 1137/6 1137/7
**set [4]** 1043/18 1068/4 1102/23 1130/14
**seven [4]** 1043/2 1059/13 1070/15 1072/11
**seven-figure [1]** 1043/2
**several [3]** 1028/6 1053/11 1126/14
**sfishbein [1]** 1020/15
**share [18]** 1032/9 1032/13 1033/18 1079/3 1082/9 1082/15 1092/1 1092/3 1092/6 1093/7 1094/2 1095/11 1096/24 1097/3 1097/13 1098/2 1098/5 1098/19
**shared [1]** 1033/24
**shares [1]** 1127/17
**she [1]** 1034/25 1035/4 1037/25 1038/5 1053/10 1053/25 1090/12 1090/16 1090/18 1090/20 1099/24 1100/2 1100/7 1128/17 1128/20 1132/2 1132/3 1133/8
**she's [3]** 1035/13 1035/22 1099/11

1020/13 1020/17
**shearman.com [2]** 1020/15 1020/19
**shelves [1]** 1118/5
**shift [1]** 1067/1
**ship [1]** 1073/23
**Shores [2]** 1020/16 1022/24
**short [5]** 1043/10 1047/6 1059/23 1091/10 1129/20
**shorthand [1]** 1071/5
**shot [1]** 1069/13
**should [6]** 1025/17 1031/23 1054/10 1080/23 1082/19 1101/3
**show [5]** 1032/7 1032/9 1069/1 1092/11 1095/15
**showed [3]** 1092/2 1092/12 1092/14
**shown [4]** 1036/18 1048/23 1052/9 1052/12
**shows [3]** 1048/14 1093/7 1093/23
**sick [1]** 1055/1
**side [4]** 1052/4 1075/1 1082/4 1125/20
**sign [1]** 1023/16
**signed [1]** 1023/13
**significant [2]** 1111/24 1128/8
**signing [1]** 1101/10
**similar [1]** 1126/1
**Simon [18]** 1020/13 1022/23 1028/12 1084/15 1084/17 1084/18 1085/5 1086/9 1086/12 1087/18 1088/9 1088/11 1088/24 1093/8 1117/16 1117/19 1118/9 1121/12
**simple [1]** 1086/2
**simultaneous [1]** 1075/2
**simultaneously [2]** 1070/16 1070/19
**since [2]** 1070/14 1126/15
**Sing [1]** 1033/4
**single [6]** 1029/16 1029/20 1030/5 1068/24 1101/16 1120/2
**sir [1]** 1080/23
**situation [4]** 1047/11 1088/7 1124/16 1134/23
**situations [1]** 1120/8
**six [8]** 1030/16 1043/4 1043/14 1045/16 1047/14 1059/13 1059/14 1094/14
**six-digit [1]** 1094/14

1075/13
1079/19 1079/24 1110/23 1110/25 1116/22
**sized [2]** 1069/25 1103/14
**Skip [1]** 1126/13
**slowly [1]** 1054/6
**small [1]** 1034/4
**smaller [4]** 1062/17 1066/17 1086/21 1103/14
**so [183]**
**So I think [1]** 1092/13
**So it's [7]** 1047/13 1069/14 1070/23 1079/11 1079/13 1130/6 1131/16
**so this [1]** 1082/21
**So this is [1]** 1092/19
**So we're [1]** 1054/6
**social [8]** 1067/19 1109/12 1110/3 1110/8 1111/20 1115/13 1125/16 1134/21
**sold [2]** 1039/10 1124/12
**solicitation [1]** 1120/23
**some [43]** 1030/8 1039/9 1039/13 1043/4 1043/21 1044/3 1056/2 1056/7 1059/17 1064/18 1065/25 1066/1 1066/1 1068/16 1070/9 1070/9 1073/22 1089/11 1089/12 1089/18 1092/2 1092/12 1095/16 1096/11 1101/21 1101/23 1104/16 1105/6 1105/20 1106/3 1108/19 1112/13 1112/14 1113/20 1116/5 1116/6 1118/4 1125/18 1128/11 1128/25 1131/22 1132/18 1133/7
**somebody [11]** 1045/11 1069/13 1073/13 1076/8 1077/5 1101/10 1111/20 1122/20 1123/21 1131/12 1135/16
**someone [1]** 1075/21
**something [9]** 1044/20 1066/12 1074/6 1095/12 1097/6 1108/19 1113/1 1117/12 1132/5
**sometimes [22]** 1028/4 1030/21 1036/13 1045/5 1046/6 1046/22 1051/22 1051/25 1064/6 1064/7 1070/5 1070/6 1070/19 1070/20 1081/10 1096/8 1096/10

**S**

**sometimes... [5]**
1097/19 1132/9 1132/9
1132/10 1135/13
**Somewhat [1]** 1075/20
**somewhere [2]** 1043/3
1079/12
**soon [2]** 1054/25
1057/19
**sorry [25]** 1023/3
1034/12 1037/25
1048/4 1048/8 1051/5
1059/25 1061/1 1071/3
1071/7 1071/22
1076/22 1087/13
1096/9 1099/17
1103/16 1107/7 110/1
1110/24 1115/2
1116/10 1118/12
1121/3 1127/1 1132/16
**sort [9]** 1048/1 1062/20
1068/22 1070/25
1071/4 1079/2 1085/18
1126/2 1130/13
**sound [1]** 1113/5
**sounds [2]** 1100/13
1100/16
**soup [1]** 1077/2
**source [1]** 1113/15
**South [1]** 1057/25
**speak [5]** 1042/11
1074/13 1076/16
1084/21 1090/14
**speaking [4]** 1033/1
1057/24 1135/23
1136/7
**special [2]** 1132/18
1135/17
**specific [2]** 1064/9
1082/2
**specifically [3]**
1116/15 1120/22
1130/2
**spectacular [1]**
1091/10
**spectrum [1]** 1061/9
**speculate [1]** 1121/9
**speculating [4]**
1119/16 1120/6
1120/16 1120/18
**speculation [1]** 1119/4
**speculative [3]** 1087/4
1120/14 1120/15
**spend [6]** 1040/8
1071/25 1072/3 1098/8
1116/2 1135/17
**spending [2]** 1047/25
1130/7
**spent [2]** 1026/3
1026/4
**spread [1]** 1048/13
**Square [2]** 1020/8
1020/9
**St [3]** 1061/19 1125/20
1128/21
**stage [1]** 1068/6
**stand [2]** 1027/18
1055/10

**stands [1]** 1084/2
**Stars [1]** 1020/4
**start [6]** 1030/22
1044/19 1069/16
1126/10 1127/14
1128/23
**started [4]** 1038/17
1058/25 1077/15
1132/3
**starting [3]** 1035/1
1072/18 1121/7
**state [2]** 1022/10
1057/12
**statement [1]** 1121/23
**statements [1]**
1135/18
**STATES [9]** 1019/1
1019/3 1019/10 1022/8
1022/12 1027/15
1055/7 1055/9 1081/14
**statistically [1]** 1115/6
**status [1]** 1026/24
**stay [1]** 1083/25
**Stefan [3]** 1061/12
1063/19 1065/5
**stenography [1]**
1020/24
**step [2]** 1033/22
1084/1
**Stephen [3]** 1020/13
1022/23 1088/23
**Stephen Fishbein [1]**
1022/23
**steps [1]** 1064/12
**STERLING [2]** 1020/13
1020/17
**still [11]** 1027/11
1045/9 1046/10
1068/22 1068/24
1069/1 1069/1 1069/3
1077/24 1084/10
1086/6
**stipulation [1]** 1023/13
**Stone [1]** 1101/3
**store [1]** 1118/7
**stores [1]** 1117/4
**stories [4]** 1043/11
1047/6 1132/11
1132/14
**story [3]** 1112/5
1129/20 1131/24
**strategy [1]** 1127/4
**Straus [2]** 1061/21
1089/15
**stream [1]** 1077/18
**Street [2]** 1019/17
1020/17
**strong [3]** 1089/5
1091/2 1130/20
**strongly [1]** 1097/23
**Stuttgart [2]** 1061/10
1081/8
**submission [1]** 1120/2
**submit [2]** 1041/20
1041/24
**submits [1]** 1120/3
**submitted [3]** 1029/3
1037/22 1053/7

**stands [2]** 1041/2
1054/20
**succeed [2]** 1039/18
1039/18 1066/5 1066/8
**succeeded [1]** 1058/19
**succeeding [1]** 1066/7
**success [6]** 1040/21
1046/10 1065/19
1079/6 1103/6 1103/7
**successful [9]** 1039/24
1066/19 1075/22
1076/10 1077/17
1077/20 1077/21
1098/20 1112/16
**successfully [1]**
1099/4
**such [3]** 1068/14
1103/5 1118/16
**suggests [1]** 1054/11
**sum [1]** 1130/1
**summary [1]** 1097/9
**support [6]** 1036/10
1038/14 1038/18
1044/21 1047/17
1118/24
**supremely [1]** 1095/8
**sure [22]** 1058/24
1061/3 1061/25
1069/22 1070/3 1070/9
1087/10 1092/17
1094/20 1097/7
1098/16 1098/25
1104/12 1104/24
1109/19 1110/14
1114/16 1118/11
1119/9 1123/1 1133/17
1134/18
**surprise [4]** 1089/21
1090/2 1099/23 1100/1
**surprising [1]** 1113/7
**Sustained [1]** 1049/9
**switch [1]** 1063/1
**sworn [3]** 1027/18
1055/15 1057/2

**T**

**tab [2]** 1095/18
1104/20
**take [21]** 1026/20
1033/22 1043/21
1057/8 1064/17
1071/19 1073/25
1076/6 1083/7 1083/18
1083/23 1084/1
1103/18 1112/5 1114/6
1120/24 1129/15
1133/22 1133/24
1136/19 1137/3
**taken [1]** 1097/13
**takes [7]** 1041/14
1073/11 1073/18
1115/19 1115/19
1123/8 1123/9
**taking [2]** 1070/17
1121/3
**talk [25]** 1044/10
1045/18 1051/18
1058/11 1063/1 1064/2

1068/25 1072/22
1078/9 1083/20
1083/21 1085/2
1085/10 1093/20
1105/18 1109/6
1115/22 1117/7
1126/13 1126/22
1129/3 1129/9 1130/8
**talked [8]** 1103/7
1105/4 1107/20 1116/5
1116/5 1121/18
1125/19 1131/8
**talking [25]** 1029/5
1064/2 1065/12
1068/15 1070/11
1073/20 1074/4 1080/9
1083/8 1085/13
1085/19 1087/11
1105/19 1108/14
1120/21 1120/22
1120/23 1125/14
1125/25 1126/8 1126/9
1127/9 1127/10
1133/21 1134/14
**talks [1]** 1105/9
**Tart [27]** 1022/14
1023/2 1023/5 1025/7
1027/8 1027/10
1027/17 1027/23
1031/23 1032/23
1033/24 1034/10
1036/7 1038/11
1038/22 1039/5 1040/9
1042/4 1042/7 1042/8
1046/21 1048/23
1048/25 1050/24
1052/6 1052/17
1054/25
**tasks [2]** 1074/17
1076/6
**teams [1]** 1135/11
**technical [2]** 1032/7
1055/12
**telephone [1]** 1059/5
**television [1]** 1048/14
**tell [10]** 1025/4
1034/18 1042/20
1046/2 1046/2 1049/14
1073/13 1106/14
1118/18 1121/4
**tend [4]** 1113/5 1115/1
1115/4 1127/24
**tends [1]** 1105/18
**term [10]** 1071/5
1071/8 1071/13
1078/10 1078/11
1085/24 1097/19
1124/21 1124/22
1133/8
**terms [26]** 1039/23
1040/19 1043/22
1062/1 1064/12
1065/10 1065/10
1066/9 1066/10
1066/11 1070/12
1071/2 1076/5 1079/23
1082/14 1082/15

1116/17 1116/21
1117/9 1117/16 1123/2
1127/12 1127/25
1132/18
**terribly [2]** 1073/1
1101/18
**terrific [1]** 1074/22
**test [1]** 1023/6
**tested [1]** 1023/2
**testified [8]** 1027/18
1028/20 1030/13
1030/21 1036/9 1039/5
1040/9 1047/2
**testifying [2]** 1023/4
1023/6
**testimony [16]**
1023/11 1027/8
1028/22 1032/24
1039/7 1040/12 1055/2
1083/21 1083/22
1088/16 1105/10
1105/13 1121/15
1121/20 1132/17
1132/19
**than [22]** 1039/16
1040/2 1041/18
1043/13 1046/24
1048/18 1068/2 1068/9
1075/5 1078/25 1079/5
1086/22 1087/15
1098/9 1099/24
1101/11 1101/22
1104/16 1105/6
1108/11 1131/1 1131/2
**Thank [61]** 1022/16
1023/8 1023/9 1023/16
1025/18 1027/5
1027/13 1027/25
1033/20 1034/8
1034/13 1034/14
1036/7 1036/22
1037/16 1038/21
1038/25 1039/1 1042/2
1042/3 1042/5 1042/6
1046/12 1046/14
1046/15 1048/21
1050/16 1050/17
1052/15 1054/22
1054/24 1054/25
1055/2 1055/3 1055/18
1055/20 1056/15
1056/18 1057/10
1057/11 1077/8
1077/11 1083/13
1083/23 1084/12
1088/19 1122/8
1123/12 1125/4 1125/5
1125/7 1125/10
1132/24 1134/8 1135/4
1135/6 1136/11
1136/15 1137/6
**Thank you [57]** 1023/8
1023/9 1023/16
1025/18 1027/5
1027/13 1027/25
1033/20 1034/8

**T**

**Thank you... [48]**
1034/13 1034/14
1036/7 1036/22
1037/16 1038/21
1038/25 1042/2 1042/3
1042/5 1042/6 1046/12
1046/14 1048/21
1050/16 1050/17
1052/15 1054/22
1054/24 1054/25
1055/2 1055/3 1055/18
1055/20 1056/15
1056/18 1057/10
1057/11 1077/8
1077/11 1083/13
1083/23 1084/12
1084/24 1088/18
1088/19 1122/8
1123/12 1125/4 1125/5
1125/7 1125/10 1134/8
1135/4 1135/6 1136/11
1136/15 1137/6

**that [519]**

**that's [61]** 1023/25
1025/19 1025/22
1026/22 1031/14
1035/9 1043/23 1044/9
1045/13 1048/3
1056/14 1057/8
1065/16 1067/21
1070/4 1070/8 1071/13
1072/2 1077/7 1079/9
1080/15 1080/20
1080/22 1085/13
1086/22 1089/3
1089/23 1090/20
1091/1 1093/12 1095/1
1095/5 1095/8 1095/12
1096/6 1098/11 1102/3
1102/13 1102/17
1103/2 1103/2 1107/17
1107/22 1108/10
1109/14 1109/22
1110/6 1110/14
1110/14 1113/9 1116/4
1121/18 1123/20
1123/22 1124/9
1126/17 1132/23
1132/24 1133/18
1135/13 1136/4

**their [24]** 1022/10
1026/4 1033/18
1049/24 1049/25
1051/1 1051/15 1052/1
1053/25 1059/9 1059/9
1060/16 1063/18
1064/16 1064/25
1071/19 1086/24
1098/2 1118/2 1126/24
1129/17 1130/24
1134/21 1134/24

**them [45]** 1023/14
1023/24 1032/4
1039/20 1040/4 1040/8
1041/24 1043/22
1045/2 1052/1 1054/15
1062/4 1062/13

1068/1 1068/13
1068/14 1070/16
1070/18 1074/3
1078/25 1080/6 1080/7
1080/8 1083/5 1083/8
1087/8 1096/11
1101/23 1104/1
1112/13 1112/14
1114/17 1115/5 1117/4
1117/25 1119/22
1119/25 1124/1
1126/20 1130/18
1130/21 1131/13
1135/2

**themselves [1]** 1110/8

**then [53]** 1025/3
1025/8 1025/10
1025/15 1025/17
1027/1 1030/22
1035/24 1039/10
1043/3 1043/4 1044/5
1045/12 1049/21
1051/7 1053/10
1053/19 1053/25
1054/14 1058/15
1059/8 1059/10
1059/11 1059/18
1059/24 1063/13
1063/15 1064/24
1064/25 1065/17
1067/24 1071/14
1073/2 1077/18
1077/20 1082/8
1082/24 1094/17
1095/1 1097/9 1100/14
1102/2 1102/10 1105/5
1108/5 1108/23
1111/14 1117/23
1119/7 1127/13
1132/13 1132/16
1137/3

**there [74]** 1023/7
1023/10 1023/14
1028/19 1032/3
1034/14 1035/8
1035/13 1035/18
1035/19 1035/22
1038/13 1039/13
1040/5 1042/17
1043/25 1044/3 1044/6
1044/20 1045/17
1045/20 1047/12
1047/13 1049/6
1051/12 1051/16
1052/13 1054/18
1055/12 1062/1
1063/25 1066/18
1071/2 1071/4 1071/4
1071/7 1073/10 1074/1
1074/10 1078/16
1079/14 1079/24
1080/1 1081/25 1083/3
1085/14 1086/15
1087/8 1087/19
1088/14 1094/1
1102/10 1104/24
1105/3 1105/11

1109/3 1109/17 1114/1
1114/20 1120/2 1121/4
1122/21 1125/25
1126/9 1129/8 1130/24
1132/8 1132/14
1132/19 1133/15
1135/11 1136/8

**there's [37]** 1027/7
1042/14 1042/20
1042/21 1045/10
1045/11 1045/22
1046/10 1068/4
1068/12 1069/8
1070/18 1071/8 1082/5
1082/25 1086/22
1092/22 1092/25
1093/11 1097/9
1097/20 1100/24
1101/1 1101/15
1104/20 1114/19
1114/22 1115/8 1118/1
1120/8 1122/12
1122/14 1122/17
1122/24 1125/19
1129/3 1131/23

**thereby [1]** 1122/25

**therefore [2]** 1035/25
1122/15

**these [16]** 1040/1
1041/20 1045/2
1065/21 1065/22
1068/17 1070/6
1070/25 1076/9 1082/9
1082/21 1093/15
1093/15 1094/10
1120/8 1130/13

**they [73]** 1028/13
1031/4 1031/17 1033/8
1033/10 1034/7
1041/11 1044/11
1044/12 1044/15
1044/16 1044/20
1046/2 1046/3 1047/24
1050/2 1064/17
1064/19 1064/19
1064/20 1064/24
1064/25 1065/1
1065/14 1070/1
1071/19 1071/19
1072/12 1073/2
1076/23 1077/19
1077/19 1078/24
1080/5 1080/18 1087/8
1087/22 1088/7 1088/7
1092/14 1101/9
1103/13 1103/21
1104/13 1106/10
1107/10 1107/11
1107/17 1107/17
1108/5 1108/20 1110/6
1110/7 1110/12
1110/22 1111/9
1111/23 1115/4
1118/16 1118/21
1125/22 1127/6 1127/6
1127/13 1127/13
1127/15 1127/20

1129/23 1131/25
1132/5 1132/10

**they'll [2]** 1046/3
1086/24

**they're [27]** 1044/1
1044/15 1044/18
1051/16 1054/20
1061/13 1064/16
1072/12 1074/2
1078/24 1079/19
1083/11 1087/23
1087/24 1091/12
1103/24 1104/10
1107/18 1115/11
1124/3 1127/7 1129/16
1129/25 1129/25
1131/6 1131/8 1134/16

**They've [2]** 1033/18
1126/18

**thing [4]** 1025/3
1044/25 1059/11
1124/24

**things [20]** 1045/3
1045/3 1046/4 1048/16
1048/17 1067/2 1070/6
1073/17 1073/20
1093/19 1108/15
1109/22 1111/19
1113/6 1118/4 1121/18
1123/4 1124/11
1130/10 1132/20

**think [101]** 1023/19
1025/19 1026/6 1026/9
1026/24 1027/8
1028/13 1028/19
1029/6 1029/20
1029/22 1029/25
1032/6 1033/1 1033/15
1033/17 1040/6 1041/5
1043/1 1043/10
1043/23 1044/15
1044/15 1044/16
1044/17 1044/19
1045/7 1045/22
1045/24 1046/10
1047/2 1048/3 1049/1
1049/11 1049/17
1050/24 1059/20
1065/25 1065/25
1069/24 1073/8 1074/9
1077/21 1079/5
1079/12 1080/2 1085/8
1085/16 1085/20
1086/8 1086/17
1086/18 1086/23
1086/23 1086/23
1087/2 1087/19 1088/4
1089/14 1092/13
1098/10 1104/2 1107/2
1107/22 1108/13
1109/9 1111/16 1112/8
1114/5 1115/5 1115/16
1116/13 1116/15
1116/22 1117/12
1118/1 1118/19
1122/20 1123/1 1123/2
1123/2 1123/3 1124/7

1127/6 1127/12
1127/20 1127/20
1128/4 1128/18
1131/18 1131/22
1131/23 1133/11
1135/8 1135/14
1135/15 1135/16
1136/24

**thinking [8]** 1036/14
1038/18 1065/21
1073/5 1085/18 1087/6
1087/18 1127/10

**thinks [3]** 1037/25
1124/6 1134/20

**third [3]** 1023/14
1082/4 1087/24

**this [73]** 1022/3 1022/8
1023/4 1026/8 1026/10
1026/14 1026/17
1027/1 1027/25 1029/8
1032/12 1033/15
1033/24 1034/6
1034/10 1034/11
1034/13 1035/1 1035/8
1035/21 1036/18
1037/2 1037/20
1038/14 1038/23
1041/6 1045/12
1045/19 1048/25
1049/15 1049/23
1052/7 1054/21
1055/13 1055/25
1069/2 1069/25
1070/14 1074/19
1075/19 1077/16
1077/17 1078/10
1080/12 1080/14
1080/21 1081/3 1081/8
1081/9 1081/12
1081/23 1082/21
1083/19 1087/4 1088/2
1088/17 1092/15
1092/19 1093/19
1095/11 1095/21
1095/24 1096/20
1100/23 1108/18
1109/7 1114/2 1115/14
1124/18 1129/3
1132/17 1135/19
1136/16

**This is [1]** 1022/8
**those [74]** 1033/6
1033/9 1041/3 1041/6
1042/14 1042/21
1043/17 1043/21
1044/11 1044/19
1044/22 1045/8
1046/11 1048/18
1051/17 1051/22
1056/13 1058/1 1058/4
1059/17 1060/3
1061/18 1062/12
1062/24 1063/24
1064/10 1066/22
1066/22 1070/12
1071/2 1073/20
1073/22 1074/11

**T**

those... **[41]** 1074/17
1075/3 1076/11
1076/13 1076/23
1082/10 1082/12
1082/18 1085/19
1086/8 1086/15
1088/16 1091/16
1095/22 1100/19
1102/15 1110/3
1110/10 1110/20
1111/7 1112/1 1113/6
1114/14 1114/17
1114/19 1114/25
1120/19 1121/10
1125/18 1127/24
1128/2 1128/11
1128/22 1129/9
1129/10 1132/20
1134/14 1134/15
1134/19 1134/19
1134/25
**though [4]** 1034/23
1034/25 1091/21
1135/23
**thought [4]** 1025/3
1086/1 1107/1 1120/20
**thousand [2]** 1061/24
1069/5
**thousands [1]** 1109/3
**three [6]** 1028/21
1041/8 1043/16
1077/22 1128/15
1131/13
**thresholds [2]** 1064/10
1100/19
**through [12]** 1023/19
1023/20 1023/25
1025/1 1064/10
1064/14 1064/23
1065/1 1065/2 1071/20
1108/2 1110/8
**throughout [1]** 1081/7
**Thursday [1]** 1026/2
**Tidying [1]** 1033/4
**tier [1]** 1132/24
**TikTok [9]** 1067/20
1068/19 1109/18
1113/20 1115/16
1115/18 1115/22
1116/2 1116/3
**time [30]** 1026/2
1026/7 1029/22 1040/8
1041/13 1059/4
1059/25 1060/9
1060/17 1065/16
1067/19 1067/24
1067/25 1074/1 1075/2
1077/17 1083/15
1083/19 1085/21
1088/17 1106/4 1107/1
1108/18 1127/13
1129/25 1130/7
1131/14 1134/6
1135/15 1136/16
**times [8]** 1020/8
1020/9 1051/16 1062/8
1074/18 1090/3 1099/6

**title [14]** 1038/4
1057/15 1057/16
1059/19 1059/22
1062/2 1071/16
1071/17 1071/18
1071/21 1071/23
1072/2 1072/3 1072/6
**titled [1]** 1185/4
**titles [13]** 1032/23
1040/21 1040/24
1041/2 1062/12 1071/2
1071/7 1071/7 1071/13
1072/10 1113/16
1118/3 1135/1
**today [6]** 1056/10
1068/2 1077/23 1080/1
1088/10 1088/14
**together [2]** 1039/21
1132/5
**told [2]** 1046/21
1049/14
**Tom [1]** 1075/16
**tomorrow [4]** 1025/10
1025/17 1025/19
1025/20
**too [2]** 1066/25
1130/17
**took [1]** 1059/8
**tool [1]** 1068/25
**toolbox [2]** 1068/15
1068/16
**tools [2]** 1068/4
1068/16
**top [18]** 1036/24
1037/15 1039/23
1042/9 1052/17
1071/24 1075/6
1089/20 1099/7 1111/4
1129/4 1131/4 1131/19
1132/21 1132/23
1132/24 1133/8
1134/24
**topics [3]** 1028/3
1056/7 1056/13
**Tor [6]** 1061/19
1075/12 1075/14
1075/15 1129/15
1134/23
**Tor.com [1]** 1129/19
**totally [2]** 1064/6
1110/15
**tours [3]** 1047/22
1069/1 1113/21
**towards [1]** 1082/24
**Tower [1]** 1020/9
**track [4]** 1079/2
1082/13 1083/3 1128/2
**tracked [1]** 1082/17
**tracking [5]** 1040/8
1079/15 1082/21
1083/9 1127/23
**tracks [1]** 1081/6
**Trade [1]** 1063/11
**traded [1]** 1080/11
**tradition [1]** 1066/1
**traditional [4]** 1064/23
1110/13 1110/22

**transcript [3]** 1019/9
1020/24 1185/3
**transcription [1]**
1020/25
**transition [1]** 1128/23
**translation [1]** 1023/20
**travel [1]** 1047/22
**treat [3]** 1068/13
1068/14 1126/20
**trial [4]** 1019/9 1074/19
1129/3 1132/17
**tried [1]** 1045/7
**trouble [1]** 1055/23
**true [8]** 1026/22
1090/24 1098/8
1103/14 1104/7 1107/1
1121/17 1121/19
**try [8]** 1045/17 1070/4
1079/23 1096/5 1098/1
1115/24 1116/23
1122/21
**trying [11]** 1041/18
1042/22 1043/18
1044/24 1067/22
1068/7 1070/25
1072/23 1082/12
1083/3 1124/5
**turn [7]** 1054/1
1080/19 1084/14
1092/12 1096/23
1097/9 1098/11
**turning [1]** 1084/25
**two [25]** 1032/3
1032/23 1041/8 1044/6
1047/5 1047/9 1057/19
1058/9 1061/13 1062/6
1062/12 1070/12
1077/21 1080/6 1080/6
1081/24 1085/12
1087/11 1087/23
1091/4 1091/9 1094/1
1103/4 1113/1 1124/25
**two-book [2]** 1047/5
1047/9
**type [6]** 1079/8
1085/15 1110/10
1111/7 1111/8 1118/23
**types [4]** 1075/9
1075/10 1131/4
1134/19
**typical [3]** 1059/21
1062/5 1062/8

**U**

**U.K [1]** 1057/25
**U.S [6]** 1019/16
1057/24 1058/8
1058/16 1061/15
1063/12
**Uh [2]** 1095/10 1124/2
**Uh-huh [2]** 1095/10
1124/2
**ultimate [1]** 1085/20
**ultimately [5]** 1040/6
1045/25 1049/17
1063/8 1065/4
**unable [1]** 1032/11

**under... [5]** 1055/16
1055/17 1084/10
1097/12 1121/23
**underneath [1]** 1082/8
**understand [18]**
1027/11 1041/9
1042/22 1048/4 1048/9
1049/5 1051/2 1061/1
1067/23 1071/3 1097/2
1100/10 1100/21
1101/20 1104/18
1111/14 1119/17
1123/12
**understanding [6]**
1031/14 1036/6 1041/5
1042/8 1053/19 1064/5
**understood [2]**
1035/25 1092/17
**unearned [1]** 1066/25
**unique [2]** 1068/12
1073/18
**unit [1]** 1099/20
**UNITED [9]** 1019/1
1019/3 1019/10 1022/8
1022/12 1027/15
1055/7 1055/9 1081/14
**United States [3]**
1022/12 1027/15
1081/14
**units [1]** 1099/20
**Unlimited [1]** 1108/19
**unprecedented [1]**
1091/5
**unusual [3]** 1028/16
1030/10 1045/23
**up [40]** 1025/11
1032/16 1033/4
1034/24 1035/5 1036/2
1038/1 1043/12
1043/18 1044/9 1045/6
1045/14 1046/6 1054/6
1054/9 1054/11 1059/2
1059/17 1062/13
1065/15 1065/24
1073/8 1077/18
1082/19 1084/17
1084/21 1090/14
1094/14 1094/18
1094/23 1095/17
1101/23 1102/6 1108/5
1116/25 1122/9
1124/13 1126/24
1128/23 1134/9
**upcoming [1]** 1078/5
**update [2]** 1053/6
1053/7
**us [24]** 1027/25
1042/24 1044/21
1046/2 1046/2 1049/14
1054/10 1058/22
1059/23 1060/3
1061/18 1064/10
1074/21 1075/14
1079/6 1079/8 1079/19
1081/5 1087/2 1094/19
1130/5 1130/5 1132/2
1135/15
**use [7]** 1040/23

1124 1068/16
1071/2 1071/5 1097/19
1135/24
**used [7]** 1063/22
1071/13 1078/10
1091/16 1100/2 1132/1
1133/8
**uses [1]** 1041/2
**using [3]** 1048/12
1062/1 1130/3
**usually [14]** 1030/11
1040/11 1044/4 1045/7
1045/8 1045/13
1045/22 1045/25
1064/15 1064/17
1073/2 1080/7 1115/19
1115/21

**V**

**valuation [3]** 1031/5
1031/5 1038/3
**value [13]** 1054/5
1074/9 1107/5 1123/2
1124/6 1124/7 1124/13
1124/16 1124/17
1124/17 1125/1 1125/2
1134/21
**variance [2]** 1093/22
1095/1
**variant [1]** 1093/23
**varied [1]** 1069/8
**various [3]** 1093/8
1095/13 1100/21
**Varying [1]** 1101/11
**vein [1]** 1025/25
**vendors [1]** 1116/24
**Vernon [1]** 1019/14
**version [2]** 1034/7
1036/20
**versions [1]** 1062/6
**versus [9]** 1022/9
1048/2 1062/8 1071/8
1074/9 1075/10
1127/17 1131/5
1131/19
**very [22]** 1023/3
1023/16 1029/21
1030/2 1033/20
1034/13 1041/9 1055/2
1062/25 1067/23
1089/8 1089/16
1091/19 1104/15
1105/6 1109/20
1111/16 1126/25
1129/16 1131/1 1131/1
1131/16
**Viacom [1]** 1084/17
**ViacomCBS [3]**
1020/12 1022/23
1088/24
**vicinity [1]** 1112/23
**video [3]** 1023/4
1025/16 1055/1
**view [9]** 1041/3 1041/5
1041/7 1116/16
1124/16 1125/1 1125/1
1126/14 1126/15
**viewed [2]** 1106/7

**V**

**viewed... [1]** 1106/19
**views [3]** 1105/24
1116/5 1116/6
**Viking [19]** 1028/16
1029/3 1029/13
1029/16 1029/20
1030/1 1030/5 1030/10
1036/9 1037/18
1037/21 1037/25
1038/7 1039/22 1041/2
1041/3 1046/22 1050/6
1050/7
**Viking's [3]** 1028/7
1031/1 1041/12
**virally [1]** 1067/21
**vision [1]** 1132/4
**von [4]** 1061/9 1061/11
1061/12 1063/19
**vs [1]** 1019/5

**W**

**wait [2]** 1109/25
1137/4
**waiting [1]** 1055/11
**walk [2]** 1064/10
1118/1
**want [26]** 1027/10
1042/15 1043/8 1046/2
1046/9 1046/9 1046/9
1070/3 1070/8 1070/14
1071/6 1073/3 1073/9
1073/16 1082/2 1088/7
1092/16 1094/20
1100/19 1104/5
1104/24 1107/11
1124/21 1124/21
1131/24 1135/16
**wanted [6]** 1030/25
1036/8 1087/12 1097/6
1119/12 1128/2
**wants [1]** 1078/7
**warehouse [2]**
1060/12 1073/23
**warehouses [2]**
1108/15 1108/25
**warehousing [3]**
1062/21 1077/2 1077/5
**was [60]** 1023/19
1029/23 1031/2
1033/23 1042/11
1047/3 1047/5 1047/8
1047/8 1047/10
1047/12 1049/1 1049/5
1049/17 1051/1 1058/7
1058/9 1059/10
1059/11 1059/18
1059/19 1059/20
1059/22 1060/21
1063/15 1063/16
1063/16 1063/23
1080/1 1080/16
1089/21 1093/6
1093/23 1095/12
1096/20 1097/1 1097/6
1097/16 1099/1 1100/5
1103/8 1105/3 1105/15
1107/1 1111/16

1113/7 1117/12
1118/20 1120/21
1120/23 1121/17
1121/20 1124/12
1128/18 1132/3
1132/12 1132/19
1133/7
**Washington [4]** 1019/5
1019/18 1020/18
1020/23
**wasn't [1]** 1120/22
**way [18]** 1040/4
1043/19 1044/19
1048/3 1076/7 1082/4
1085/7 1085/22
1087/19 1093/15
1098/19 1109/4
1120/19 1121/10
1123/2 1123/20 1126/5
1129/9
**ways [8]** 1062/4
1064/20 1067/17
1067/20 1069/9
1086/15 1087/8
1130/25
**we [193]**
**we believe [1]** 1069/12
**we will [1]** 1048/16
**we'd [4]** 1023/20
1046/4 1065/8 1065/8
**we'll [14]** 1023/25
1025/12 1025/17
1027/7 1032/19
1033/22 1054/14
1083/23 1099/9 1108/1
1117/7 1135/17 1137/5
1137/5
**we're [49]** 1025/6
1025/7 1025/8 1027/8
1031/3 1032/7 1032/12
1033/17 1041/8
1041/19 1043/18
1044/24 1046/21
1047/1 1047/24
1048/12 1054/6
1055/11 1058/3 1061/9
1061/9 1067/22
1069/10 1069/24
1073/2 1076/18 1080/7
1086/6 1087/4 1093/20
1100/21 1101/18
1114/2 1114/23 1123/5
1124/20 1127/10
1128/23 1129/13
1130/4 1130/6 1130/21
1130/22 1130/23
1132/1 1135/12
1135/12 1135/14
1136/16
**we've [5]** 1023/14
1032/11 1078/10
1089/2 1103/7
**website [3]** 1090/3
1090/7 1099/23
**week [12]** 1026/16
1028/4 1028/6 1030/13
1032/23 1033/23

1039/5 1047/2 1064/7
**weekend [1]** 1026/21
**weeks [2]** 1036/10
1091/21
**Weisberg [26]** 1055/9
1055/11 1055/22
1056/3 1057/2 1057/6
1057/14 1072/17
1080/19 1081/2
1081/22 1084/14
1088/23 1089/4
1094/11 1095/24
1096/20 1101/7 1103/6
1116/7 1118/15
1120/24 1125/14
1129/3 1133/7 1134/14
**Weisberg's [1]**
1088/16
**well [30]** 1026/13
1026/15 1039/6
1039/10 1039/11
1041/12 1042/24
1045/10 1046/4
1046/24 1066/8
1067/12 1069/18
1069/24 1070/14
1080/23 1085/1
1085/12 1092/2
1096/11 1101/4 1109/6
1111/1 1116/15
1117/12 1121/23
1125/19 1130/16
1133/22 1134/17
**Wendy [1]** 1036/25
**went [6]** 1034/5
1077/19 1110/12
1110/22 1111/9
1128/17
**were [40]** 1029/5
1029/8 1030/8 1032/3
1032/3 1033/6 1033/8
1035/22 1035/23
1041/6 1043/18 1049/6
1050/2 1050/25
1058/15 1059/24
1060/2 1060/9 1060/9
1063/11 1063/12
1063/24 1067/9
1079/23 1080/2
1082/18 1087/22
1089/4 1091/5 1100/7
1104/2 1106/10
1106/17 1108/14
1111/5 1112/23
1118/19 1127/14
1132/8 1133/11
**what [96]** 1031/6
1031/15 1031/17
1031/20 1036/9
1042/12 1043/16
1046/2 1049/14
1049/23 1051/1
1054/15 1058/2
1058/11 1059/11
1059/14 1059/18
1059/24 1060/9 1061/4
1062/20 1063/15

1065/9 1065/13
1065/14 1066/6
1066/22 1067/3
1067/22 1068/15
1069/6 1073/22 1074/8
1074/9 1075/24 1077/7
1080/3 1080/15 1081/2
1082/12 1082/15
1083/3 1083/12 1085/7
1085/10 1085/14
1085/18 1085/22
1086/15 1088/3
1090/11 1093/23
1094/22 1095/8 1096/1
1098/14 1099/8 1101/7
1101/9 1101/15 1101/2/
1102/6 1102/6 1103/8
1105/17 1107/18
1107/22 1108/5 1112/9
1112/20 1113/15
1116/20 1117/23
1117/24 1119/10
1119/16 1123/3 1123/3
1124/5 1124/6 1124/7
1124/9 1124/11
1124/15 1126/4 1126/8
1126/23 1127/8 1131/7
1135/8 1136/2 1136/4
1136/25 1137/2
**what's [11]** 1042/22
1051/5 1057/15
1068/20 1073/5
1085/25 1085/25
1086/18 1099/20
1102/25 1116/22
**whatever [3]** 1031/1
1123/8 1123/9
**Wheel [1]** 1077/17
**when [85]** 1034/22
1036/14 1040/10
1041/6 1041/11 1045/9
1045/10 1045/13
1045/15 1050/10
1051/16 1051/21
1052/1 1054/9 1058/1
1058/11 1058/15
1059/18 1059/25
1060/2 1060/6 1060/16
1061/25 1062/2
1062/19 1063/11
1064/2 1065/12
1065/15 1065/17
1067/4 1067/4 1068/15
1069/19 1069/20
1070/11 1070/25
1072/23 1073/20
1074/4 1076/4 1078/17
1079/7 1079/15
1079/20 1080/1 1080/9
1081/25 1083/8
1084/17 1085/10
1085/13 1085/19
1086/17 1087/6
1087/18 1087/22
1096/5 1098/12 1105/3
1105/9 1105/19
1106/14 1109/11

1112/5 1114/6 1120/20
1121/4 1125/14
1125/25 1126/8
1126/16 1126/22
1127/4 1127/9 1127/10
1128/5 1128/7 1128/14
1132/2 1132/7 1133/21
1134/14
**where [30]** 1026/14
1028/21 1029/16
1029/23 1030/1 1030/5
1031/8 1033/4 1042/14
1047/2 1047/19
1048/12 1051/12
1051/14 1054/14
1066/3 1079/24
1082/14 1093/7 1096/3
1100/5 1100/20 1108/4
1108/22 1114/1
1114/23 1119/20
1120/3 1120/8 1134/16
**whereas [2]** 1080/4
1131/14
**wherever [1]** 1047/23
**whether [10]** 1026/17
1026/18 1047/7
1047/10 1063/23
1064/15 1068/9
1069/12 1111/20
1122/14
**which [20]** 1031/10
1033/1 1033/23
1039/24 1054/10
1059/25 1068/19
1069/6 1069/12 1079/4
1094/2 1095/17
1100/23 1101/3 1108/1
1114/5 1128/16
1128/19 1129/15
1129/19
**while [5]** 1026/25
1033/9 1055/11 1100/7
1126/11
**who [38]** 1022/13
1022/14 1028/10
1030/12 1035/23
1035/23 1036/1 1044/6
1050/5 1050/7 1058/15
1060/17 1060/18
1061/11 1065/2 1065/3
1067/23 1067/24
1074/1 1077/16
1078/20 1080/10
1080/10 1098/20
1099/1 1099/9 1103/21
1109/8 1109/17
1110/12 1111/7
1115/21 1117/1
1117/20 1131/4
1131/12 1132/3 1132/4
**who's [6]** 1028/11
1045/11 1045/11
1058/17 1065/2
1073/13
**whole [5]** 1065/17
1125/5 1125/20
1129/17 1136/6

**whom [3]** 1029/13 1110/19 1112/1
**whose [1]** 1040/21
**why [12]** 1037/25 1043/23 1044/9 1049/14 1065/6 1065/22 1069/15 1070/4 1076/6 1078/22 1102/23 1127/22
**wide [2]** 1039/17 1050/9
**WiFi [2]** 1032/12 1032/16
**will [44]** 1022/13 1022/14 1030/21 1030/22 1035/18 1037/9 1039/6 1039/13 1039/25 1041/12 1045/5 1048/16 1048/16 1052/1 1052/24 1062/5 1069/18 1074/7 1081/18 1085/4 1085/16 1085/20 1085/23 1086/1 1086/12 1086/13 1086/23 1087/2 1095/17 1095/22 1096/16 1102/19 1116/8 1116/23 1117/15 1119/10 1120/7 1120/19 1121/10 1122/2 1134/23 1135/13 1135/17 1136/25
**William [3]** 1020/20 1185/2 1185/8
**willing [2]** 1111/23 1122/16
**willingness [3]** 1126/6 1126/8 1126/10
**Winfrey [1]** 1090/8
**wins [2]** 1028/10 1030/12
**within [8]** 1071/11 1071/15 1089/5 1090/12 1090/13 1092/3 1092/6 1094/2
**without [6]** 1028/17 1045/21 1060/8 1060/14 1064/9 1101/10
**witness [9]** 1021/12 1022/15 1027/17 1032/8 1055/5 1055/17 1057/2 1088/17 1095/17
**WITNESSES [1]** 1021/14
**Wolf [1]** 1036/25
**won [1]** 1089/19
**won't [1]** 1114/3
**wondering [2]** 1026/7 1042/11
**word [5]** 1068/20 1069/2 1106/9 1107/2 1130/20

**words [8]** 1098/23 1109/17 1110/18 1111/19 1116/1 1119/20 1123/21 1130/24
**work [17]** 1058/22 1060/16 1062/2 1062/8 1062/12 1066/12 1070/8 1073/12 1073/15 1073/17 1107/23 1107/24 1108/11 1108/12 1108/13 1129/21 1131/14
**worked [4]** 1049/15 1059/6 1131/16 1131/25
**working [4]** 1058/25 1059/9 1077/16 1132/2
**Workman [1]** 1080/18
**works [6]** 1065/16 1065/17 1106/8 1106/21 1126/1 1134/20
**world [4]** 1074/1 1087/5 1130/24 1132/5
**worldwide [1]** 1057/24
**worth [2]** 1038/1 1123/3
**would [88]** 1023/24 1025/4 1026/21 1028/7 1028/11 1028/16 1028/19 1031/1 1031/17 1031/18 1036/4 1039/14 1039/21 1040/1 1040/6 1040/7 1043/11 1043/17 1045/23 1049/23 1050/2 1052/6 1052/8 1057/24 1060/24 1061/1 1062/8 1062/11 1063/1 1063/18 1063/19 1063/20 1063/25 1065/7 1066/22 1071/23 1072/17 1075/23 1078/20 1078/22 1079/18 1079/24 1080/1 1080/10 1080/11 1080/11 1080/13 1081/22 1087/5 1089/21 1090/2 1091/4 1091/8 1099/23 1103/1 1104/9 1104/15 1106/2 1106/9 1108/10 1109/7 1110/2 1110/10 1110/12 1110/20 1110/21 1111/9 1113/2 1113/9 1114/11 1116/16 1117/8 1117/8 1117/19 1117/22 1117/25 1118/9 1118/15 1120/5 1120/7 1120/20 1121/22 1122/16 1122/24 1123/1 1128/3 1131/3 1133/24

**wouldn't [7]** 1051/1 1051/6 1077/4 1100/1 1120/16 1124/15
**write [6]** 1066/10 1073/15 1073/16 1073/25 1074/16 1076/9
**write-off [1]** 1066/10
**writer [4]** 1043/7 1074/23 1077/21 1099/11
**writers [1]** 1077/22
**writes [7]** 1034/22 1035/6 1035/7 1038/4 1053/25 1054/4 1074/23
**writing [4]** 1077/18 1108/11 1118/19 1126/12
**written [2]** 1030/18 1073/14
**wrote [3]** 1077/19 1108/5 1118/19

**Y**

**Yaged [2]** 1065/2 1102/5
**yeah [42]** 1025/25 1042/19 1045/5 1057/23 1060/5 1061/3 1061/19 1062/3 1062/17 1063/8 1071/15 1075/20 1076/2 1079/10 1080/13 1081/11 1082/20 1083/11 1090/7 1104/14 1107/2 1107/24 1109/13 1109/16 1110/16 1111/3 1112/25 1114/18 1115/15 1116/1 1116/14 1116/24 1118/8 1121/6 1123/22 1123/22 1123/24 1124/10 1135/25 1136/3 1136/10 1136/24
**year [31]** 1042/25 1043/16 1059/8 1061/23 1062/11 1069/5 1075/19 1080/2 1080/6 1080/9 1080/12 1080/12 1080/14 1080/14 1080/14 1080/14 1080/17 1081/12 1083/1 1092/19 1092/22 1093/12 1094/11 1094/21 1095/1 1095/2 1097/12 1100/12 1107/5 1109/4 1126/12
**years [16]** 1041/8 1041/19 1057/19 1059/13 1059/14 1089/24 1090/4 1091/4 1091/5 1091/9 1098/9 1106/6 1107/4 1113/1

**Yep [5]** 1039/4 1081/1 1082/1 1104/21 1114/10
**yes [229]**
**yet [3]** 1038/23 1045/9 1072/18
**yielded [1]** 1091/2
**Yonkers [1]** 1059/1
**York [4]** 1020/9 1020/14 1059/1 1090/3
**you [580]**
**you know [3]** 1042/24 1073/21 1097/19
**You said [1]** 1107/23
**you understand [1]** 1119/17
**you'd [2]** 1089/5 1131/24
**you're [56]** 1023/5 1025/19 1026/8 1027/10 1031/8 1033/1 1036/14 1042/18 1043/5 1044/2 1045/16 1058/1 1058/8 1062/23 1065/12 1065/19 1066/19 1069/19 1070/2 1072/7 1081/25 1083/9 1084/10 1086/16 1094/22 1098/1 1098/14 1101/15 1103/5 1105/19 1106/15 1107/10 1109/23 1111/23 1114/12 1114/20 1117/12 1118/14 1119/15 1119/21 1120/6 1120/16 1120/18 1121/4 1122/19 1123/25 1123/25 1124/5 1126/11 1130/13 1130/14 1131/12 1131/13 1131/15 1133/21 1135/10
**you've [10]** 1067/11 1087/7 1087/21 1090/1 1099/4 1103/6 1103/7 1118/12 1123/21 1127/4
**young [2]** 1075/7 1075/12
**your [142]** 1022/7 1022/17 1022/18 1022/22 1023/6 1023/12 1023/24 1026/1 1026/3 1026/16 1027/14 1028/5 1029/19 1030/4 1030/9 1031/24 1032/9 1032/24 1033/25 1036/19 1036/21 1037/5 1038/10 1038/13 1040/23 1040/24 1041/24 1045/21 1046/14 1049/5 1049/8 1050/19

1052/12 1052/21 1052/23 1053/19 1054/23 1055/2 1055/6 1055/14 1055/16 1055/21 1056/5 1056/16 1057/8 1057/12 1057/15 1057/21 1058/5 1058/22 1059/18 1059/24 1060/9 1063/6 1063/12 1063/15 1063/23 1063/23 1067/9 1067/12 1067/14 1068/16 1069/5 1069/7 1069/16 1069/18 1070/7 1070/9 1070/10 1071/1 1071/16 1072/19 1072/25 1073/5 1077/9 1079/13 1080/19 1080/23 1081/14 1081/17 1083/17 1083/20 1083/22 1084/9 1084/12 1085/25 1086/1 1086/3 1087/16 1088/15 1089/8 1089/11 1090/2 1092/1 1092/1 1092/3 1092/6 1092/19 1093/18 1094/12 1095/2 1095/16 1095/23 1096/12 1097/16 1098/14 1099/23 1100/22 1101/2 1102/14 1104/19 1104/25 1106/13 1109/3 1111/1 1113/25 1114/9 1116/6 1116/16 1118/20 1118/21 1120/25 1121/20 1121/22 1122/1 1122/11 1123/13 1124/13 1124/16 1125/1 1125/7 1125/8 1126/14 1126/15 1127/23 1128/22 1133/1 1133/2 1134/9 1135/5 1136/13 1136/21
**Your Honor [49]** 1022/7 1022/17 1022/18 1022/22 1023/12 1023/24 1026/3 1027/14 1036/21 1037/5 1046/14 1049/8 1050/19 1052/12 1052/23 1054/23 1055/6 1055/21 1056/5 1056/16 1072/19 1077/9 1081/14 1081/17 1083/17 1084/9 1084/12 1087/16 1088/15 1093/18 1095/16 1095/23 1096/12 1101/2 1102/14

**Y**

**Your Honor... [13]**
1121/22 1122/1
1122/11 1123/13
1125/7 1125/8 1128/22
1133/1 1133/2 1134/9
1135/5 1136/13
1136/21
**yours [2]** 1045/12
1116/11
**yourself [1]** 1073/25
**YTD [2]** 1082/18
1093/1

**Z**

**Zaremba [3]** 1020/20
1185/2 1185/8
**Zoom [3]** 1027/25
1032/12 1055/12