```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3   THE UNITED STATES OF AMERICA,      Civil Action
                                        No. 21-02886
 4                  Plaintiff(s),

 5            vs.

 6   BERTELSMANN SE & CO. KGAA,         Washington, D.C.
     et al,                             August 9, 2022
 7                                      9:31 a.m.
                    Defendant(s).       MORNING SESSION
 8   ------------------------------------------------------------

 9                    TRANSCRIPT OF BENCH TRIAL
                 BEFORE THE HONORABLE FLORENCE Y. PAN
10                 UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF:        John R. Read, Esquire
                               Ihan Kim, Esquire
13                             Meagan Bellshaw, Esquire
                               Bennett Matelson, Esquire
14                             Jeffrey Vernon, Esquire
                               United States Department of Justice
15                             Antitrust Division
                               450 Fifth Street, Northwest
16                             Washington, D.C. 20530

17
     FOR THE DEFENDANTS        Daniel M. Petrocelli, Esquire
18   BERTELSMANN and           Megan Smith, Esquire
     PENGUIN RANDOM HOUSE:     M. Randall Oppenheimer, Esquire
19                             O'Melveny & Meyers, LLP
                               1999 Avenue of the Stars
20                             Eighth Floor
                               Los Angeles, California 90067
21

22

23

24

25
```

```
1    APPEARANCES (Cont.)

2

     FOR THE DEFENDANTS        Stephen Fishbein, Esquire
3    VIACOMCBS and             Shearman & Sterling, LLP
     SIMON & SCHUSTER:         599 Lexington Avenue
4                              New York, New York 10022

5

                               Daniel Chozick, Esquire
6                              Ryan A. Shores, Esquire
                               Michael Mitchell, Esquire
7                              Shearman & Sterling, LLP
                               401 Ninth Street, Northwest
8                              Washington, D.C. 20004

9

10

     REPORTED BY:              Tammy Nestor, RMR, CRR
11                             Official Court Reporter
                               333 Constitution Avenue NW
12                             Washington, D.C. 20001
                               tammy_nestor@dcd.uscourts.gov
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I-N-D-E-X

 2
    WITNESS                  DIRECT   CROSS   REDIRECT   RECROSS
 3
 4  BRIAN MURRAY (OPEN SESSION)

 5     BY MR. MATELSON       1362              1428

 6     BY MR. FISHBEIN                1385

 7  BRIAN MURRAY (CLOSED SESSION)

 8     BY MR. MATELSON       1438

 9     BY MR. FISHBEIN                1450

10  NICHOLAS HILL

11     BY MR. STEVENSON      1470

12

13  PLAINTIFF'S EXHIBITS                      PAGE

14     0967                                   1483

15     0968                                   1486

16     0977                                   1482

17  DEFENDANT'S EXHIBITS                      PAGE

18     25                                     1464

19     105                                    1389

20     143                                    1425

21     279                                    1402

22     299                                    1411

23     327                                    1417

24

25
```

```
 1   The following proceedings began at 9:31 a.m.:
 2              THE COURT:  Good morning.
 3              THE COURTROOM DEPUTY:  Good morning, Your Honor.  This
 4   is civil case No. 21-2886, United States of America versus
 5   Bertelsmann SE and Co., et al.
 6              Would counsel please approach the podium to state
 7   their appearances for the record.
 8              MR. READ:  John Read for the United States.  With me
 9   at counsel table are Ben Matelson, Ihan Kim, and Megan
10   Bellshaw.
11              THE COURT:  Good morning.
12              MR. PETROCELLI:  Good morning, Your Honor.  Daniel
13   Petrocelli with Randy Oppenheimer, Scott Voelz, and Megan Smith
14   for defendants Bertelsmann and Penguin Random House.
15              THE COURT:  Good morning.
16              MR. FISHBEIN:  Good morning, Your Honor.  Stephen
17   Fishbein for ViacomCBS and Simon & Schuster.  And with me are
18   Michael Mitchell and Daniel Chozick.
19              THE COURT:  Good morning.
20              Are there any preliminary matters before we start this
21   morning?
22              MR. READ:  I don't think so, Your Honor, other than,
23   with your indulgence, we plan to call out of order the CEO of
24   HarperCollins, Brian Murray, and when he's done, resume the
25   testimony of Dr. Hill.
```

```
 1              THE COURT:  That's fine.  You can call your witness.

 2              MR. MATELSON:  Good morning.  Ben Matelson for the

 3    United States.

 4              THE COURT:  Good morning, Mr. Matelson.

 5              MR. MATELSON:  Good morning.  The United States calls

 6    Brian Murray.

 7              THE COURT:  All right.  You can step right up here,

 8    sir.  Good morning.  If you could remain standing for a moment

 9    and raise your right land.

10                        BRIAN MURRAY

11    Having been first duly sworn on oath, was examined and

12    testified as follows:

13              THE COURT:  You may be seated.

14              MR. MATELSON:  Your Honor, as we get started, with the

15    permission of the Court, we intend to bifurcate the testimony

16    of Mr. Murray as we did yesterday due to competitively

17    sensitive testimony we expect to elicit about future business

18    plans and strategies as well as negotiations that HarperCollins

19    has with suppliers and customers.

20              THE COURT:  That's fine.

21              MR. MATELSON:  Thank you very much.

22              THE COURT:  Mr. Murray, you can remove your mask if

23    you like.  It's up to you.

24              THE WITNESS:  Thank you.

25              MR. MATELSON:  May I proceed, Your Honor?
```

```
 1              THE COURT:  You may.

 2                          DIRECT EXAMINATION

 3   BY MR. MATELSON:

 4   Q    Good morning.

 5   A    Good morning.

 6   Q    Would you state your name for the record, please.

 7   A    Brian Murray.

 8   Q    And, Mr. Murray, where are you employed?

 9   A    At HarperCollins in New York.

10   Q    And what is your title?

11   A    I'm the chief executive officer.

12   Q    How long have you been with HarperCollins?

13   A    About 25 years.

14   Q    And what positions did you hold with HarperCollins before

15   you became the CEO?

16   A    I was group president.  Before that, I was the chief

17   executive officer of our Australia, New Zealand business.  And

18   before that, I had a business strategy role within the general

19   books group in New York.

20   Q    You mentioned group president.  What was the group that

21   you were president of?

22   A    I was responsible for about half the company's worldwide

23   operations when I was group president, so, yeah, about half the

24   revenues.

25   Q    All right.  And in what year did you become the CEO?
```

1   A    2008.

2   Q    And can you outline your responsibilities as the CEO of

3   HarperCollins?

4   A    Sure.  I am responsible for working with all our leaders

5   around the world to develop and execute growth plans.  We

6   have -- we publish in over 20 countries and we publish in over

7   16 languages.  And together with my leadership team, you know,

8   we are focused on finding ways to grow our publishing business.

9   And I am involved in all the day-to-day activities and managing

10  that big publishing organization.

11  Q    And then just focusing on the U.S. publishing business,

12  can you just describe for us how that business is organized?

13  A    Sure.  We have a general books group which has -- it's

14  sort of a division.  It has three different publishers and

15  presidents that are responsible for building our general books

16  group.  We have a children's division that's separate from

17  that.  And then we have a Christian publishing company as well.

18  Q    All right.  And is Harlequin also part of the

19  HarperCollins?

20  A    Harlequin is headquartered and run out of Canada, but it

21  publishes significant business into the U.S. as well.

22  Q    All right.  And if you could just give us maybe a

23  thumbnail sketch of the types of books that each of those

24  groups publishes starting with the general books group.

25  A    Sure.  The general books group publishes books for

1    consumers, for readers of all types, very much broad-based

2    general interest titles, fiction, nonfiction, cooking,

3    lifestyle, you know, a very, very broad base of books that you

4    would find in a Barnes & Noble or a local independent store.

5    It's a very, very broad-based general interest publishing

6    business.

7    Q    All right.  And then in the children's publishing group?

8    A    Yeah.  The children's business for us is a lot of fiction,

9    some picture books.  We focus on teen, young adult, middle

10   grade, and some board books.  And, yeah, it's a great business.

11   We don't do education.  It's really, again, books that you

12   would find for sale in a Barnes & Noble or independent book

13   stores.

14   Q    All right.  And then moving on to the Christian books

15   business, can you give us an overview of that?

16   A    Sure.  Our Christian business is an evangelical Christian

17   publishing company.  It really focuses on publishing for that

18   audience.  It's a very large audience in the United States.

19   But over the recent years, they have broadened a little bit

20   doing what we call more kind of what we call American

21   heartlands, American values type publishing.

22        Those businesses are all run out of Nashville and Grand

23   Rapids, Michigan, so very much a middle of the country

24   sensibility, and they publish for that audience.

25   Q    All right.  And then Harlequin, if you could give us an

```
 1   overview of Harlequin?
 2   A    Sure.  Harlequin is one of the best well-known book brands
 3   in the world.  It's known for publishing series romance.  Those
 4   are the, you know, the books that, you know, you might have
 5   seen in Walmarts or Targets or grocery stores.  Very
 6   commercial, targeted to women.
 7        And then, like I said, that's very much a global brand.
 8   We publish out of Toronto and London for a global audience, and
 9   that brand is known very much all around the world.
10   Q    And then I think with respect to the general books group,
11   I think you mentioned that there are three sort of subdivisions
12   within that.
13   A    Correct.
14   Q    What are those?
15   A    There's kind of the Harper group of imprints.  There is a
16   Morrow group of imprints.  These are kind of management
17   structures.  And then there's a Harper One group of imprints.
18   Q    Do the heads of those three groups report to you?
19   A    They do.
20   Q    We heard earlier in this trial from a HarperCollins'
21   executive Liate Stehlik.  Where does she fit into the
22   organization?
23   A    She runs our Morrow group, which is one of the larger
24   groups within HarperCollins.
25   Q    And do the heads of the Harper Christian and Harper
```

1    children's and Harlequin groups also report to you?

2    A    They do.

3    Q    And moving on to acquisitions of books, what is your role,

4    if any, in the acquisition of books for HarperCollins?

5    A    So, you know, every year we work -- I work together with

6    my direct reports to determine what the right publishing

7    program would be, where we are going to grow.

8         And then during the course of the year, I approve the size

9    of the bids that they are going to be making on a kind of

10   day-to-day basis.

11   Q    All right.  And I don't want to mention any numbers in the

12   public session, but is there -- are there certain steps in the

13   approval process that require your personal approval?

14   A    Yes.

15   Q    And can you just give us, again without mentioning

16   numbers, what are the steps that require your approval?

17   A    What are the steps?

18   Q    The steps.

19   A    You mean the process they go through?

20   Q    Yes.

21   A    So our, you know, our editors and our publishers would, if

22   they are interested in a book, they will review the book, talk

23   to our sales team.  They will come up with, you know, a

24   projection of what we think that book could sell.  And

25   eventually that book, if it's an expensive book, will find its

```
1    way to me.
2         And I may have a discussion, you know, with the publisher
3    and president of that division if it's above a certain level,
4    and I would approve it or we would have a discussion about
5    whether to go forward or not.
6    Q    And just to clarify, is your approval required to make an
7    offer at a particular dollar level?
8    A    Correct, yes.  Basically to make an offer, that's right.
9    Q    So we will get into the numbers in closed session.
10   A    Sure.
11             THE COURT:  Can I ask a question quickly?
12             Have you been involved at the lower levels of this
13   process as an editor or sort of a publisher at the lower
14   levels?
15             THE WITNESS:  I have not been an editor, no.  I have
16   come up the business side.
17             THE COURT:  Okay.
18             THE WITNESS:  And when I ran our business in Australia
19   and New Zealand, I was involved in all of the decisions there.
20             And when I was in the general books group, I was
21   involved in all of the decisions in that division.  But in my
22   CEO role, I am not in the -- you know, in the -- you know, in
23   the actual, you know, going talking to agents about, you
24   know --
25             THE COURT:  Right.
```

```
 1              THE WITNESS:  -- where are we on this.  My presidents
 2    and publishers are involved in that.
 3              THE COURT:  Okay.  So have you never done that part of
 4    the job, just the actual negotiating and bidding?
 5              THE WITNESS:  Yes.  I am involved in approving.
 6    There's the occasional one where I may be involved, but that's
 7    not the standard practice.
 8              THE COURT:  I see.  Thank you.
 9    BY MR. MATELSON:
10    Q    Just to follow up, do you try to keep yourself informed
11    about the books that are being acquired by your various
12    divisions?
13    A    Yes.
14    Q    Okay.  And that's -- how do you keep yourself informed?
15    A    Well, I mean, I am meeting with and talking with my team
16    all the time.  There's -- you know, any given day, there could
17    be a number of books that we are bidding on that are above that
18    level.  And then, you know, we are constantly, you know,
19    forecasting, looking at our business, and trying to figure out,
20    you know, how to adjust course and how to grow our business.
21         So there's a lot of -- I mean, there's a lot of
22    conversation about how are we tracking against our plans.
23    Q    Now, going back to the personal approval of offers at a
24    certain level, how long has that requirement for your personal
25    approval been in place?
```

```
 1    A     A very long time.

 2    Q     And did you introduce that requirement?

 3    A     I think it was there before I became CEO, yeah.

 4    Q     Okay.  Why is there a requirement to have your personal

 5    approval to make certain offers?

 6    A     There's limited capital.  And in our plan, you know, we

 7    are held accountable for delivering revenues.  There's only so

 8    much capital that can be spent on acquiring books.

 9          And we also want to make sure that we are delivering on

10    our profit goals.  So if you misallocate the capital or you

11    overspend too frequently, it becomes, you know, we are unable

12    to hit our Targets.  So those approvals come back to me, and I

13    will either give the approval or refuse the approval.

14    Q     Just in general, can you talk about how the sort of

15    financial risks that you are talking about differ or how they

16    compare for books that are at your approval level or above

17    versus ones that are below your level?

18    A     Sure.  The more that you commit in an advance on a

19    particular project, the greater the risk of failure.  And so,

20    you know, you can only take so many big bets in the course of a

21    year.  And so that's a big part of our discussion is, you know,

22    how many bets are we taking.  Are we taking enough or are we

23    taking too many.

24          And then we want to make sure that we don't have all our

25    bets in one area.  We don't want to have all our bets in
```

```
1   fiction or all our bets in nonfiction.  We want to make sure
2   that there's an appropriate kind of almost allocation of where
3   our risk is so that if things change, you know, we are not
4   going to be hurt by that.
5   Q    I'm trying to understand sort of what types of costs there
6   are, what types of costs HarperCollins incurs to acquire a new
7   book and then bring it all the way to market.  Can you give us
8   an overview of that?
9   A    Yes.  Obviously there is the amount of money you commit as
10  a guarantee.  That's what we call that, an advance.  There's a
11  fair amount of time that our team spends developing that book.
12  They don't come to us often -- sometimes we don't even have a
13  manuscript.  We might have a table of contents.  We might have
14  a sample chapter.  There's a significant amount of time my
15  creative teams will spend to bring that idea or manuscript to
16  fruition.
17       And then there's, you know, there's marketing required to
18  get the word out.  We have people who are dedicated to market
19  the book, to publicize the book.
20       And then we have, you know, two large sales teams in the
21  United States, one for the Christian division, one for our
22  general books and children's division.  And the sales team
23  spends a significant amount of time trying to generate orders.
24       So there's a tremendous amount of, you know, time and
25  expense.  And, of course, we have to print, produce the books.
```

```
 1   So, you know, the bigger the book is, the bigger the risk is on
 2   the inventory and the printing and the logistics of getting
 3   those books out to the various customers.  So there's quite a
 4   bit of expense involved in bringing an idea to readers.
 5   Q    Has HarperCollins ever tried to calculate how much
 6   employee work -- how many hours of employee work goes into a
 7   book?
 8   A    Yeah, we did it some time ago.  I did it when I was in
 9   Australia.  I did it when I was in the U.S.  You know, rough
10   time, it averages out to about 2,000 hours for every book.
11   That's taking our creative people who publish books and seeing
12   how many books they do, looking at the number of people, and
13   just doing the math.
14        So roughly, you know, we kind of think about the amount of
15   time and overhead of our own employees in terms of how much
16   they spend bringing a book to market.  It's about 2,000 hours.
17   And, yeah, sometimes if an author writes a book a year and they
18   are a professional writer, they may be spending 2,000 hours.
19   It could vary widely if it's a short book or a long book, but,
20   you know, we spend about the same amount of time as authors may
21   spend, you know, creating their work.
22   Q    And in general, is there any relationship between the
23   sales you project for an acquisition and the advance level that
24   you offer to authors?
25   A    Yes.  So when we run our projections, you know, we have an
```

```
1  editor's perspective on what we think a book can sell based on
2  their vision, and then we also have input from our sales team
3  and we have public information from BookScan that gives us
4  comparable titles.
5      And all of these inputs go into a title projection, and
6  that generates, you know, a way to figure out what we might be
7  able to pay for a particular project.
8  Q   And then once you have a sales projection for a book, what
9  kinds of tools are available to sell the book to meet those
10 projections that you have set?
11 A   When we are actually -- when the book is made and we are
12 going to market?
13 Q   Yes.
14 A   Well, we have relationships with, you know, almost every
15 book seller in the United States as well as with distributors.
16 You know, we ship books all across the country to get them out.
17 And then we have publicists who have relationships with
18 television and radio producers.  We have digital marketers who
19 are active on all the social media platforms.  And we have
20 traditional marketers who help us try to get the word out.  And
21 then we have, as I mentioned, the two large sales teams, which
22 is a part of our -- you know, I think it's a very important
23 part of what we do is to generate interest and buzz with the
24 book sellers to give that book the greatest potential to
25 achieve the sales we have in our title P&L.
```

```
 1   Q    And do the sales goals you set for a book influence at all
 2   the level of marketing and publicity that you do for that book?
 3   A    Yes.  You know, my publishers and presidents are all --
 4   their incentives are all aligned around hitting their goals.
 5        And, you know, if they have asked me for a large advance,
 6   you know, there's a lot of risk riding on those big books.
 7   There's less risk riding on the small books.  And so, you know,
 8   for them to achieve their results and to participate in the
 9   incentive plans, we have created alignment around trying to
10   make sure that the likelihood of those books hitting their full
11   potential are met.
12   Q    I think you referred to this a moment ago with respect to
13   printing, but I just wanted to clarify.  When you are expecting
14   to sell -- or when you are -- yeah, when you are expecting to
15   sell more copies of a given book, do you also print more
16   advanced copies of the book to sell?
17   A    Yes, we may.  Yeah, advanced copies are a tool that are
18   used for certain books to get early buzz, to give them to
19   reviewers or book sellers or social media influencers.  So
20   that's one of the tools that we have.
21   Q    Okay.  And just more generally, in terms of the number of
22   copies you print, is there a relationship between the sales you
23   project --
24   A    Yes.
25   Q    -- and the number of books you print to be able to
```

1    distribute?

2    A    Yes.  If expectations are big, we are going to print more

3    books.  We would -- yes.

4    Q    Let me ask you a little bit about competition for author

5    content.  And just based on your experience, is there a

6    publisher that you -- that HarperCollins competes with most

7    frequently for general trade book author content?

8    A    That would be Penguin Random House.

9    Q    And then after Penguin Random House, who would you say

10   would be the next most significant competitors?

11   A    Simon & Schuster.

12   Q    And then do you consider Hachette and Macmillan also to be

13   competitors?

14   A    Yes.

15   Q    And why would you -- when you mention PRH first and

16   Simon & Schuster second, why do you rank them that way?

17   A    Penguin Random House is very large.  They are maybe three

18   times larger or a little more than HarperCollins.  So they are

19   very active in all the bidding.  I mean, they are almost

20   always -- you know, there could be multiple editors or imprints

21   or divisions bidding on books.  So they are always there.  And

22   Simon & Schuster, you know, we've found them to be aggressive,

23   and often we are going head to head with them as well.

24         THE COURT:  I'm sorry, you said that Penguin Random

25   House is three times larger --

```
 1              THE WITNESS:  Yes.

 2              THE COURT:  -- than HarperCollins?

 3              By what measure?

 4              THE WITNESS:  I think if you look at market share of,

 5   you know, general trade books, and I have been told by our book

 6   sellers as well that they are three to three and a half times

 7   larger.

 8   BY MR. MATELSON:

 9   Q    So just to clarify that, are there certain divisions at

10   HarperCollins you consider to be not in the category of general

11   trade books?

12   A    A lot of the series romance, the Harlequin, that business,

13   series romance, we are not competing with Penguin Random House.

14        Our Christian business does compete with them a little

15   bit, but we publish, like I said, for evangelical Christians,

16   we publish a lot of Bibles, we publish a lot of Christian

17   theologians.  We have a dedicated Christian sales force.

18        So we are really in kind of a little bit of a different

19   business.  We do go head to head sometimes with them but more

20   on what I call the heartland values, kind of Christian-lite

21   books.  But the vast majority of our Christian business, you

22   know, is not usually published by New York City based

23   publishers.

24   Q    Thinking about books that sell for higher advance levels,

25   so let's say the level of your approval or above, what does a
```

```
1    publisher need to have to successfully compete for those
2    kind -- for acquiring those kinds of books?
3    A    I mean, it's -- first of all, you have to have significant
4    capital because these are big bets, and if they go wrong, you
5    can lose a fair amount of money, quite a bit of money.
6         You have to have a, you know, expertise and a reputation.
7    It helps if you have published authors that are publishing to
8    the similar readers, you know, so you can point to similar
9    books that maybe you published one, two, or three years ago
10   that were successful.
11        And so when you are pitching for a new project, you can
12   demonstrate that your team is very capable, and you can talk
13   about what made those previous books successful.
14        It's very important to have, you know, broad sales
15   distribution and to have, you know, great partnerships with
16   your printers so that if something starts to really sell
17   quickly, that you are able to get books printed, you know, as
18   fast as possible so that you don't go out of stock.
19        There's a lot of -- there's a lot to it.  There's a lot of
20   expertise and a track record, I think, that are very important
21   for an author to sign with an author (sic).  If you can
22   demonstrate all of those capabilities and you have the capital
23   and the team, you know, you have a good shot.
24             THE COURT:  I'm sorry, can I just go back for a moment
25   to what you said about the general trade book market.
```

```
 1              THE WITNESS:  Sure.

 2              THE COURT:  And you said that Penguin Random House is

 3    three to three and a half times your size in that particular

 4    part of the market.

 5              THE WITNESS:  Correct.

 6              THE COURT:  What about Simon & Schuster, do you think

 7    they are bigger than you or smaller than you in general trade

 8    books?

 9              THE WITNESS:  I think it depends on the year.

10    Sometimes we are a little bigger, and sometimes they are a

11    little bigger.  It's very similar size.

12              THE COURT:  I see.  Thank you.

13    BY MR. MATELSON:

14    Q    All right.  So going back to -- I think the first thing

15    you said had to do with capital.  I just wanted to ask, is the

16    revenue you get from your backlist a factor in being able to

17    compete for these higher advance books?

18    A    Yes.  The size of a publisher's backlist is critical to

19    their financial stability and your ability to take these big

20    risks with new projects, with new authors.

21         If you don't -- because it's almost like an annuity.  Once

22    books are successful, sometimes children's books will be three

23    generations, people have been buying them over and over again,

24    and so that backlist catalog is really, really important to pay

25    for the overhead of your publishing teams and then also to take
```

 1   the risks on the new books.

 2        So without a backlist, you know, I think it's very hard to

 3   compete with these big books.

 4   Q    And then I think you also mentioned the sales force.  Why

 5   is having your own sales force relevant to competing for these

 6   higher advance books?

 7   A    You know, you want to be able to penetrate the entire

 8   American market in order to get your authors' books on the best

 9   seller list.  And there could be, you know, three to four

10   hundred critical independent book sellers that report to the

11   New York Times.  And all of our authors want to be New York

12   Times best sellers.  So having the reach across the country is

13   important to get those books appropriately stocked and promoted

14   at independent book stores.

15        They are also, the book stores, the independent book

16   stores and some of the chains, are also really important

17   gatekeepers for their local communities and their local

18   readership.  So you really want to get them excited about a new

19   author or a new book so that they will hand-sell it to their

20   customers.

21        If you don't have your own sales force, what happens is,

22   you know, a book becomes one of thousands in the bag.  You

23   know, there's a saying about how many -- a sales rep for a

24   publisher would talk about how big their bag is.  That's how

25   many books are they selling to an independent book seller, you

```
1    know, in a season.

2         And at HarperCollins, we have -- you know, we just have

3    our books that we are selling, and that's it.  We don't have

4    clients or other third parties.  So our bag is small, and our

5    sales reps can be very focused.

6         If you outsource your sales team, you now could be one of

7    thousands of books in a bag that you are trying to sell, so the

8    likelihood of that book getting the same attention and

9    hand-selling, I think, goes down.

10   Q    I believe you also mentioned reputation or track record.

11   What's the relevance of that?

12   A    You know, authors want to be part of a publishing company

13   where their literary heros have been published.  The reputation

14   of a publishing company -- I mean, we are over 200 years old.

15   When authors, prospective authors, or authors come to

16   HarperCollins for the first time, they come and they see -- and

17   we really promote in our office space these literary giants

18   that we have published in our 200-year history.

19        And you can't underestimate the impact of a prospective

20   author thinking they could be published by the same house that

21   published Mark Twain, for example.  It does matter.

22   Q    And then I think one of the factors you mentioned was a

23   printer or having access to a printer.  Can you just explain a

24   little bit more about why that's relevant?

25   A    Sure.  When books hit and they become successful in the
```

```
1    marketplace, you know, after week one or after something
2    happens later on, if there's some major publicity or something
3    happens in the news, often we scramble to print more copies to
4    get them out to the book sellers as fast as possible.
5         And having really good relationships with your printers so
6    that they can give us press time immediately and then ship them
7    out to our book sellers becomes a core capability.
8         If you don't have that relationship, your books could be
9    out of stock for a long time while there's demand.  And so
10   being able to respond quickly and replace inventory when
11   there's tremendous interest in a book is very, very important.
12   Q    We have heard during this trial about some recent
13   publishing startups.  I think one that's been mentioned in
14   court is Zando.  There have been a few others.  Are you
15   familiar with these companies?
16   A    I have heard of them, yes.
17   Q    Okay.  How would you assess the ability of startups to
18   compete for books at the higher advance levels compared to a
19   major publisher like HarperCollins?
20   A    I think it would be very difficult as a general rule.
21   They might be able to buy one or two, but I think as a general
22   rule, it would be very, very difficult.
23   Q    Why do you say it would be difficult?
24   A    Because of the risk profile of placing big bets.  Most of
25   the bets don't pay off, and I think you would need a lot of
```

```
 1   capital.  In our experience, even when we start imprints within
 2   HarperCollins, new imprints, it can take more than five years
 3   before you are profitable.  And even at the five-year point,
 4   you haven't recouped all the investments of the previous four
 5   years.
 6        So it's just a long time to become profitable because
 7   there's no backlist.  And so they can certainly buy a book or
 8   two, but in the main, I don't think they are a competitor.
 9   Q    I want to change gears and ask a few questions about the
10   2020 bidding for Simon & Schuster.
11        When Simon & Schuster was put up for sale in 2020, did
12   News Corp. participate in the bidding?
13   A    Yes.
14   Q    And what role, if any, did you have?
15   A    My job with my team was to determine a go-forward plan, if
16   we bought Simon & Schuster, how would we bring the two
17   companies together, and to come up with a plan and how we would
18   go to market, and also to work on developing what we thought
19   the business was worth in order to make a recommendation on
20   what the News Corporation board should do or could do.
21   Q    All right.  And then, again, I will save the specific
22   numbers for the closed session, but did -- and News Corp. is
23   your parent company?
24   A    Correct.
25   Q    And did they submit a bid for Simon & Schuster?
```

```
1    A      They did.

2    Q      And did you later learn of the winning bid for Simon &

3    Schuster?

4    A      Yes.

5    Q      To your understanding, was the News Corp. bid close to

6    beating out the Bertelsmann bid for Simon & Schuster?

7    A      It was not close.

8    Q      And when you learned the purchase price that Bertelsmann

9    paid, what was your reaction to it?

10   A      I was shocked.

11   Q      And why was that your reaction?

12   A      We had -- you know, we had data on comparable multiples of

13   publishing M&A activity over the last ten years or so, and it

14   was far outside that range.

15   Q      Would that same price have made sense for HarperCollins

16   from your perspective?

17   A      It's really a News Corp. board question, but I did not

18   recommend -- I would not have recommended that.  But really the

19   board is the one who decides how to allocate their capital.

20   Q      Understood.  What was your thinking about why you would

21   not have recommended that same price?

22   A      We've probably done five or so acquisitions, and we tend

23   to be very disciplined in our financial modeling.  And so we

24   could not find a way to have a return at that price.

25   Q      All right.
```

 1          MR. MATELSON:  Your Honor, I have now reached the end

 2    of the questions I wanted to ask in public session.

 3          THE COURT:  Okay.

 4          MR. MATELSON:  And I will pause to allow defense

 5    counsel to proceed with cross-examination of public topics.

 6          THE COURT:  That's fine.  Thank you.

 7          I just had a couple of questions.

 8          In terms of your budget for acquiring books, is that

 9    determined by how profitable you were last year or do you get

10    some capital from your parent company or what limits your

11    ability to spend money on books?

12          THE WITNESS:  So each year we put forward a plan.  And

13    in that plan, the amount of spending for new books is in that

14    plan.  And we need to have a plan that we try to grow faster

15    than the market.  That's one of our aspirations.

16          And we look at the number of books, you know, that we

17    may be doing.  We may be growing the number of books.  And we

18    have to make sure we have enough kind of fire power to buy

19    books.  And yet I still need to hit other metrics.

20          This is where the balancing comes in.  I still need to

21    have profits.  I can't ask just overspend for books to buy

22    revenue and not have profit or cash happen as well.  So there's

23    a little bit of a financial model where we fine-tune how fast

24    do we think we can grow and still achieve, you know, profits

25    and then deliver cash to our parent company.

1          We self-finance.  We don't need capital from our

2    parent company for day-to-day operations.  But if we are doing

3    an acquisition, we might -- you know, how we source capital

4    then is a parent company decision.

5          THE COURT:  So your projections of how much you are

6    going to spend are very much correlated to how much you have

7    made?

8          THE WITNESS:  How much we have made and how confident

9    we are about the future.

10         THE COURT:  And the backlist, what's going to happen?

11         THE WITNESS:  The backlist is a key element because

12   that generates guaranteed revenues, profits, and cash, and then

13   we reinvest that in new works.

14         THE COURT:  Thank you.

15         My other question was, you said that your sales force

16   only sells for your own books.

17         THE WITNESS:  Correct.

18         THE COURT:  And there seem to be other people in the

19   industry who sell for smaller publishers.  Have you made -- and

20   I guess they get paid to do that?

21         THE WITNESS:  Correct.

22         THE COURT:  Have you made the decision not to do that

23   because it's better for your books or --

24         THE WITNESS:  Yes, that has been our decision.

25         THE COURT:  I understand.  Thank you.

```
 1              Any questions based on my questions?

 2              MR. MATELSON:  Nothing from me, Your Honor.  Thank

 3    you.

 4              THE COURT:  All right.  Thank you.

 5                       CROSS EXAMINATION

 6    BY MR. FISHBEIN:

 7    Q    Good morning, Mr. Murray.

 8    A    Good morning.

 9    Q    Mr. Murray, if this verger goes through, the Penguin

10    Random House, Simon & Schuster merger, you intend to compete as

11    hard as you can, don't you?

12    A    We intend to compete, yes.

13    Q    Do you plan to hold back in competing with Penguin Random

14    House, Simon & Schuster if the merger goes through?

15    A    No, I don't intend to hold back.  No.

16    Q    And you said that you supervise your publishers and

17    editors, right?

18    A    Correct.

19    Q    And they are the ones that are doing bidding, correct?

20    A    Yes.

21    Q    And so will you instruct them, if the merger goes through,

22    to hold back in the amount that they bid in auctions?

23    A    I guess it depends on what happens.  It's hard for me to

24    say.  It's hard for me to say.

25    Q    But as you sit here now, do you have any plans to instruct
```

```
 1   your staff to bid less than they otherwise would if there is a
 2   merger?
 3   A    No.
 4   Q    And does that apply also to exclusive negotiations where
 5   you are negotiating with, for example, a repeat author?
 6   A    No.
 7   Q    In other words, do you have any plans now post merger to
 8   tell your editors and publishers, hey, bid less, offer less in
 9   an exclusive?
10   A    No.  We have not changed anything because we don't know if
11   the merger is going through so...
12   Q    Now, you acquired another publisher in 2021.  That was HMH
13   correct?
14   A    Correct.
15   Q    And at the time, they were one of the largest independent
16   publishers, is that right?
17   A    Yes.
18   Q    And so leading up to that acquisition, did you discuss
19   internally at HarperCollins that that deal would allow you to
20   bid less in auctions for works?
21   A    No.
22   Q    Did you discuss that that deal would allow you to offer
23   less to authors in exclusive negotiations?
24   A    No.
25   Q    And as a result of your acquisition of HMH, has
```

```
 1   HarperCollins, in fact, lowered advances to authors because of
 2   that merger?
 3   A     No.
 4   Q     Now, you said you wanted HarperCollins to acquire Simon &
 5   Schuster, right?
 6   A     Yes.  That was my -- yes.
 7   Q     And you were disappointed when you were unable to acquire
 8   Simon & Schuster, right?
 9   A     Yes.
10   Q     And if this deal gets blocked, HarperCollins would still
11   be interested in acquiring Simon & Schuster, is that right?
12   A     Yes.
13   Q     And you understand that if HarperCollins acquired Simon &
14   Schuster, what's known as the Big 5 would then be four, right?
15   A     Yes.
16   Q     And do you believe that consolidation from five to four is
17   by itself anticompetitive?
18   A     No.
19   Q     Do you believe that a merger between HarperCollins and
20   Simon & Schuster would result in lower advances to authors?
21   A     No.
22   Q     Now, let me ask you about the market shares, because isn't
23   it true that certainly in all book sales, HarperCollins is
24   second to Penguin Random House, correct?
25   A     I think last year, yes, yeah.
```

1    Q    Okay.  Well, you measure market share yourself internally,

2    right?

3    A    We do.

4    Q    And so what is like, for example, U.S. general books?  Is

5    that trade books?

6    A    U.S. general books would be, yeah, that would our general

7    books group as well as our children's division.

8    Q    Are those trade books?

9    A    Yes.

10   Q    Okay.  If you could -- I want to show you some exhibits.

11        Mr. Murray, just while those are being passed out, there's

12   a binder, and I am going to refer to exhibits by exhibit number

13   and also by the tab number that is in your binder there.

14        So if you go to tab 10, Defense Exhibit 105, do you

15   recognize that?

16   A    Yes.

17   Q    What is it?

18   A    Pardon?

19   Q    What is it?

20   A    This was our budget book for our fiscal year 2021.

21   Q    What is a budget book?

22   A    It is the annual plan that we put together.

23   Q    And what is it used for?

24   A    It's used to develop our publishing plan and our business

25   plan for the following year.

```
 1   Q     Do you have anything to do with putting together budget
 2   books?
 3   A     Yes.
 4   Q     What is your role?
 5   A     I would oversee the building of the plan, the book, and
 6   then it would be presented to our parent company.
 7              MR. FISHBEIN:  Your Honor, I offer Defense
 8   Exhibit 105.
 9              THE COURT:  Any objection?
10              MR. MATELSON:  No objection.
11              THE COURT:  105 will be admitted.
12              (Defendant's 105 received in evidence.)
13   BY MR. FISHBEIN:
14   Q     If you turn, Mr. Murray, to slide 63, please, U.S. general
15   books, and you see there's a chart, market share 2019?
16   A     Yes.
17   Q     And there, at least, Penguin Random House is --
18   A     Page 63?
19   Q     Yeah.
20   A     Yeah.  Okay.
21   Q     By that measure, Penguin Random House is about double
22   HarperCollins, is that right?
23   A     Yes.  But that includes our Christian business.  All
24   right.  So if you subtract the Christian business and if you
25   subtract Harlequin, that's where I am getting the three times.
```

Q    Okay.  But for your internal purposes, you include those
in your general book category, right?

A    No, not really.  I mean, this chart does, but -- the chart
does.

Q    The title of the page is U.S. general books, right?

A    Yes.

Q    And then there's a market share, and that includes
Christian and Harlequin?

A    Yes.

Q    Okay.  There was testimony by the expert called by the
government in this case that reflected a market share for
Penguin Random House.  This is trade frontlist and backlist for
2020 of Penguin Random House at around 27 percent and
HarperCollins around 13.8.  Again, about two to one.  Do you
dispute that as a market share for trade frontlist and backlist
sales 2020?

A    I don't know.  I don't know the expert's data.  I have no
idea.

Q    Okay.  And I think you said -- well, let me ask you.  You
have about 125 imprints, is that right?

A    Yes.

Q    How many titles per year does HarperCollins do?

A    It would be about 10,000 or so globally.

          THE COURT:  I'm sorry, can I just ask a question?

          When people talk about trade books, does that include

```
 1   Christian?

 2            THE WITNESS:  No.

 3            THE COURT:  So like BookScan or anyone, they wouldn't

 4   include that?

 5            THE WITNESS:  No.  So we have an $80 million Bible

 6   business.  Yeah, so there's books our Christian division does

 7   that would never be sold in a book store.

 8            THE COURT:  I see.

 9            THE WITNESS:  And then there's a Christian book stores

10   channel that's a large channel where they only sell Christian

11   content, and that's a completely different channel.  So

12   BookScan will pick up Christian sales if they are sold through

13   Barnes & Noble or Amazon, but it misses a very large part of

14   the Christian business.

15            THE COURT:  I see.

16            THE WITNESS:  So, yeah, the data is not perfect.

17            THE COURT:  I see.  Thank you.

18   BY MR. FISHBEIN:

19   Q    But part of your Christian publishing is trade, isn't it?

20   A    Some is, yes.

21   Q    In other words, you include in Christian what you would

22   refer to as inspirational content?

23   A    Yes.

24   Q    That could be nonfiction or even fiction books with a

25   Christian theme?
```

```
 1   A      Correct.

 2   Q      And those are trade books, right?

 3   A      They are.

 4   Q      Now, you mentioned some attributes of some of the major

 5   publishing companies in terms of editorial, marketing,

 6   distribution, et cetera.  Do you remember that?

 7   A      Yes.

 8   Q      And I think you mentioned track record as well, right?

 9   A      Yes.

10   Q      Now, you believe that you can compete with Penguin Random

11   House on all those levels, right?

12   A      Yeah, yes.

13   Q      In other words, you are just as good at editorial as any

14   major publisher, right?

15   A      I think so.

16   Q      And your marketing is as good as any major publisher,

17   right?

18   A      Yes.

19   Q      And your track record is as good as any major publisher?

20   A      Yes.

21   Q      So when you say, going forward you are going to compete

22   with Penguin Random House and others, you have the tools to do

23   that, right?

24   A      We do.

25   Q      Now, on distribution, does HarperCollins do its own
```

1    distribution?

2    A     We do some but not all.

3    Q     Okay.  What percentage do you not do?

4    A     We have outsourced pick, pack, and ship operation to our

5    printer.  I don't know the exact percentage.

6    Q     I mean, is it a trivial percentage, or is it a significant

7    percentage?

8    A     No, it would be a significant percentage.

9    Q     So a significant percentage of your distribution is done

10   by a third party?

11   A     Correct.

12   Q     And that third party is whom?

13   A     It's Lakeside.

14   Q     Lakeside or LSC?

15   A     Yes.

16   Q     Does Lakeside or LSC offer that service to other

17   publishers?

18   A     Yes.

19   Q     In addition to Lakeside and LSC, there are companies like

20   Ingram that also do third party distribution, right?

21   A     Correct.

22   Q     Do you feel like you are at a disadvantage against other

23   publishers because you outsource your distribution?

24   A     We only outsource the pick, pack, and storage.  All of the

25   IT, all of the credit collections, all of the strategic

```
1    elements we retain.  It's just the labor and the actual racking
2    in the warehouse.  So, no, I don't feel that I am at a
3    disadvantage.
4    Q    But to be clear, you haven't had to invest in warehouses,
5    right?
6    A    Not recently, no.
7    Q    In other words, to the extent that you outsource, they are
8    taking care of the warehouse operations, not you, right?
9    A    Again, we have a warehouse -- we own and operate a
10   warehouse in Buffalo which today does our Harlequin business,
11   it does a little bit of Christian business, and we do all our
12   own returns processing.  We are in a major investment right now
13   in London for a brand-new facility after four years, so it's
14   mixed.
15   Q    Listen carefully.  For your outsource distribution
16   business, do you have warehouses for that?
17   A    Yes.
18   Q    So what does the third party do?
19   A    We have multiple warehouses.
20   Q    What does the third party distributor do for you,
21   Mr. Murray?
22   A    They do the picking and the packing.  The labor in the
23   warehouse, they do that.
24   Q    Okay.  So to the extent that employees are required to
25   pack, to ship, and to do other things associated with a
```

1    warehouse, HarperCollins does not employ those people, right?

2    A    Not the Lakeside employees, correct.

3    Q    Right.  So Lakeside does that for you, right?

4    A    Yes.

5    Q    And other publishers could also take advantage of that

6    service from Lakeside, right?

7    A    Yes.

8    Q    And do you feel like you are at a disadvantage because you

9    use Lakeside for those services instead of doing it yourself?

10   A    No.

11   Q    Would you agree with me, Mr. Murray, that HarperCollins is

12   a strong competitor in the U.S. publishing industry?

13   A    Yes.

14   Q    Now, do you personally get involved in setting budgets

15   like marketing budgets for specific books?

16   A    No.

17   Q    Do you know how the editors do it?

18   A    I know what the general guidelines are.  I am not involved

19   in the title-by-title marketing, no.

20   Q    So do the general guidelines include any line of

21   demarcation above which you are supposed to market and below

22   which you don't have to put an effort into marketing?

23   A    No.

24   Q    And certainly a $250,000 advance, for example, does not

25   separate the amount of marketing that you are going to do on a

```
1   book, is that fair?

2   A    You know what, you would have to -- I am not the right

3   person to answer that.

4   Q    To your knowledge, as the person who gives guidance, have

5   you ever given guidance that you should treat a book for

6   300,000 advance different from a book for 200,000 advance?

7   A    No.  Again, I'm not involved in the title-level marketing

8   decisions.

9   Q    Isn't it fair to say, Mr. Murray, that in your guidance,

10  you tell your editors and publishers that they should promote

11  all of your books?

12  A    It's up to them.  I mean, they get a pool of money, and

13  they have to decide how to allocate that money across the books

14  so...

15  Q    You mentioned that you put capital at risk, right; you

16  want to get a return, right?

17  A    Correct.

18  Q    And you are a businessman, right?

19  A    Yeah.

20  Q    Doesn't it stand to reason that you should try to make all

21  your books successful?

22  A    No.

23  Q    No?

24  A    No.

25  Q    Okay.
```

```
1    A     My team has a -- they have to decide how to allocate their

2    resources.

3    Q     So your testimony is that you pay advances for some books

4    that you don't want to be successful?

5    A     No.

6    Q     Okay.  You mentioned some terms, and I just wasn't sure

7    what you meant.  You said big books and big risks.  Is there a

8    policy at HarperCollins that defines what a big book is or a

9    big risk?

10   A     No.

11   Q     And certainly there's no guidance, formal or informal,

12   that separates big books and big risks at an advance level of

13   $250,000, right?

14   A     Sorry, say that again.

15   Q     In other words, there's no guidance either in writing or

16   informal that says a book above a $250,000 advance is a big

17   risk or a big book?

18   A     No.

19   Q     It's subjective, right?

20   A     Yes.

21   Q     And while we are talking about risk, I mean, there are

22   some books with larger advances that are not so risky, for

23   example, a repeat author who you have a track record with and

24   you have some confidence as to what the sales of their next

25   book is going to be, right?
```

```
 1   A     Some are less risky than others, but it's hard -- I just
 2   have to say it depends.
 3   Q     It depends on a lot of factors, right?
 4   A     Yeah.
 5   Q     And one of those factors, for example, is whether it's a
 6   repeat author with a track record?
 7   A     In fiction, yes.  Nonfiction, less so.
 8   Q     Okay.  But in fiction, if you have a series and you know
 9   how the first four in the series did, the fifth is probably
10   less risky, right?
11   A     Correct.
12   Q     And those advances could be in the millions, right?
13   A     They could be, yes.
14   Q     And then there could be a lower advance book that's a
15   first-time author, nonfiction that is risky, right?
16   A     Yes.
17   Q     Mr. Murray, HarperCollins has been very aggressive in
18   acquiring book rights from authors in recent years, is that
19   true?
20   A     Yes.
21   Q     And, in fact, you have stated publicly that HarperCollins
22   will be very aggressive in buying books, right?
23   A     Yes.
24   Q     And did you want the market to know that HarperCollins was
25   out there and bidding aggressively?
```

```
 1   A     Yes.
 2   Q     And when you say very aggressive, that means that you have
 3   been increasing title output, right?
 4   A     Yes.
 5   Q     And also increasing the amount of money that you spend
 6   acquiring new authors, right?
 7   A     Yes.
 8   Q     And that includes authors with advances above 250,000,
 9   right?
10   A     Yes.
11   Q     Would it be fair to say that you are trying to sign up the
12   best books that you see in the marketplace?
13   A     Yes.
14   Q     And that strategy that you have announced publicly about
15   being aggressive, is that contingent at all on whether the
16   Penguin Random House, Simon & Schuster merger goes through?
17   A     I don't know.
18   Q     I'm sorry?
19   A     I don't know.  I can't speculate what's going to happen in
20   the future.
21   Q     Okay.  But as you sit here now, do you plan to vary that
22   strategy depending on whether the merger goes through?
23   A     I don't know.
24   Q     Well, would it be fair to say that even if the merger goes
25   through, your strategy of being very aggressive will continue?
```

```
1    A    It's very hard to say.

2    Q    You gave a deposition in this case, right?

3    A    Yes.

4    Q    Could you look in the back of your binder.  There's a tab

5    with your deposition, if you could look at page 32.  And when

6    you are there, let me know and I will direct you to the lines.

7    A    32?

8    Q    Yes.

9    A    Yep.

10   Q    So looking at lines 14 to 18, were you asked the following

11   question and gave the following answer?

12        Question, in other words, even if that merger goes

13   through, your strategy that we have been talking about, about

14   being aggressive acquiring rights from authors, that will

15   continue, is that right?

16        Answer, yes.

17        Did you give that answer to that question?

18   A    Yes.

19   Q    Was it truthful?

20   A    I have to see what else I said here.

21   Q    Please do.

22        MR. FISHBEIN:  Your Honor, I would offer lines 14

23   through 18 page 32 in evidence as a prior inconsistent

24   statement under oath.

25        THE COURT:  Any objection?
```

```
 1            THE WITNESS:  Okay.  Yes.

 2            THE COURT:  Just a moment.

 3            MR. MATELSON:  I'm sorry.  We don't object.

 4            THE COURT:  That will be admitted.

 5   BY MR. FISHBEIN:

 6   Q    It was truthful, right, Mr. Murray?

 7   A    Yes.

 8   Q    Now, you said that you constantly, as part of your job,

 9   prepare projections and think about the future growth of the

10   company, is that right?

11   A    Yes.

12   Q    And do you review those projections?

13        We are going to leave that.  If you want to keep reading

14   it, let me know, but I am ready to move on.

15   A    No.  I am just missing the context.  Go ahead.

16   Q    Do you review those projections with anybody more senior

17   than you?

18   A    Which projections?

19   Q    About the future financial performance of HarperCollins.

20   A    Let's see.  We do review them with our CFO.

21   Q    Okay.  Sir, your CFO meaning the CFO of HarperCollins?

22   A    No, the CFO of News Corporation.

23   Q    The parent company?

24   A    Yeah, the parent company.

25   Q    If you could take a look at Defense Exhibit 279.  It's
```

```
1   tab 2 in your binder.  Do you recognize this document?

2   A    Yes.

3   Q    What is it?

4   A    This was a strategy update.  We tend to do them every

5   January.

6   Q    What year?

7   A    '22.

8   Q    2022?

9   A    Yes.

10  Q    And were you involved in the preparation of this document?

11  A    Yes.

12  Q    Were you involved in presenting this document to someone?

13  A    Yes.

14  Q    Who did you present it to?

15  A    My boss Robert Thompson as well as the parent company CFO.

16  Q    So you presented it to the CEO and CFO of News Corp, is

17  that right?

18  A    Correct.

19           MR. FISHBEIN:  Your Honor, defense offers Defense

20  Exhibit 279.

21           THE COURT:  Any objection?

22           MR. OPPENHEIMER:  No objection.

23           THE COURT:  It will be admitted.

24           (Defendant's 279 received in evidence.)

25
```

```
 1   BY MR. FISHBEIN:

 2   Q    If you could turn with me, Mr. Murray, to slide 25.

 3            MR. FISHBEIN:  And I am not going to ask Mr. Murray to

 4   state any specific numbers.  And we have got a code, our

 5   Rosetta Stone code thing, which is in the front flap of

 6   everybody's notebook.

 7   BY MR. FISHBEIN:

 8   Q    I will explain, Mr. Murray, how we are going to use that

 9   when we get to it.

10        Do you see that this slide is titled, investing in author

11   advances to drive organic growth?

12   A    Yes.

13   Q    By the way, this presentation was put together after the

14   announcement of the Simon & Schuster and Penguin Random House

15   merger, correct?

16   A    Correct.

17            THE COURT:  What's the Bates number on that?

18            MR. FISHBEIN:  It's slide 25, and it's Bates number

19   ending in 3214.

20            THE COURT:  Thank you.

21            MR. FISHBEIN:  Let me know, Your Honor, if you have

22   any trouble finding it.

23            THE COURT:  I've got it.  Thank you.

24   BY MR. FISHBEIN:

25   Q    It's called, investing in author advances to drive organic
```

1   growth, right?

2   A     Yes.

3   Q     Right below that, it says, organically growing trade

4   publishing output.  Do you see that?

5   A     Yes.

6   Q     By organic, what does that mean?

7   A     Not through acquisitions of companies.

8   Q     And, in fact, if you look at the note at the bottom left,

9   it says excludes HMH acquisition, right?

10  A     Yes.

11  Q     So this takes out any growth that's just by virtue of an

12  M&A transaction, right?

13  A     Correct.

14  Q     All right.  And then on the left side, there's some bars

15  under the title trade, title count.  Do you know what that

16  represents?

17  A     Yes.

18  Q     What is that?

19  A     That would be original works of trade titles.

20  Q     Okay.  And on the bottom of each bar, you see the first

21  one says FY 20?  Do you see that?

22  A     Yes.

23  Q     And that's your fiscal year 2020, right?

24  A     Correct.

25  Q     And then the next one is fiscal year 2021, et cetera,

```
 1  through fiscal year 2024, right?

 2  A    Yes.

 3  Q    And so if I'm reading it right, the number at the top of

 4  the first bar, which is a number that ends with 39, do you see

 5  that?

 6  A    Yes.

 7  Q    I don't want to read out the number, but it's a number

 8  that ends in 39.

 9  A    Yes.

10  Q    And that's the number of new titles in fiscal year 2020,

11  right?

12  A    Yes.

13  Q    And then you have a projection, because this was done in

14  2022, all the way through fiscal year 2024, right?

15  A    Yes.

16  Q    And for fiscal year 2024, it's the number at the top that

17  ends in 18, right?

18  A    Yes.

19  Q    And have you calculated what percent growth you were

20  projecting?

21  A    Growth in what?

22  Q    In title count.

23  A    Bullet point says about -- yes.

24  Q    Okay.  I thought we had discussed -- anyway, it doesn't

25  matter.
```

```
 1        If you look at DX409 -- excuse me.  If you look in the
 2   cover flap of your binder, we have a sheet that will allow you
 3   to identify a percentage without saying it out loud.  Do you
 4   see that?
 5   A    Yes.
 6        MR. FISHBEIN:  That's been marked as Defense
 7   Exhibit 409 which, Your Honor, I would offer solely for the
 8   purpose of knowing what he's referring to in terms of the
 9   numbers in his testimony.
10        THE COURT:  Okay.  That's fine.
11   BY MR. FISHBEIN:
12   Q    So, Mr. Murray, on Exhibit 409, can you identify the
13   letter associated with the percentage growth of title count?
14   A    We said approximately A.
15   Q    Okay.  Now, title advance spend, what does that reflect?
16   A    That would reflect the amount of money in our plans going
17   forward for new projects.
18   Q    And it's advances, right?
19   A    Correct.
20   Q    So that's advances for new books going forward, right?
21   A    Yes.
22   Q    And it's just the advance; it's not the royalties, right?
23   A    Right.
24   Q    So same thing, it goes from fiscal year 2020 through
25   fiscal year 2024, correct?
```

```
 1   A     Yes.
 2   Q     And just so we are clear, for fiscal year 2020, the amount
 3   of committed advance is a number that ends in 7?
 4   A     Yes.
 5   Q     And for fiscal year 2024, the projection is -- it's a
 6   number that ends in 8, right?
 7   A     Yes.
 8   Q     And if you look at -- if you know, if you look at Defense
 9   Exhibit 409, approximately what percentage increase is that for
10   the advance spend?
11   A     I don't know.  I would have to do the math.
12   Q     So you haven't done that?
13   A     No.
14   Q     So if we wanted to do it, obviously we would take the
15   difference between 2024 and '20, right, and we would calculate
16   that as a percentage of fiscal year 2020, right?
17   A     Yes.
18   Q     Okay.  Now, when you -- just give me a second.
19         When you made this presentation to your bosses at News
20   Corp., did you caveat it in any way to the effect that author
21   advances could go down if the Penguin Random House, Simon &
22   Schuster merger went through?
23   A     No.
24   Q     And, in fact, Mr. Murray, have you ever discussed with any
25   of your colleagues at HarperCollins that author advances could
```

```
1    decrease as a result of the Penguin Random House, Simon &
2    Schuster merger?
3    A     No.
4    Q     Have you ever discussed with anyone at News Corp. -- have
5    you ever discussed with anyone at News Corp. that author
6    advances could decrease as a result of the Penguin Random
7    House, Simon & Schuster merger?
8    A     No.
9    Q     Has HarperCollins reduced any budget or projection of its
10   future author advances based on the Penguin Random House,
11   Simon & Schuster merger?
12   A     No.
13   Q     Now, you have been in the industry for a while, right?
14   And so do you have a sense over the last ten years
15   directionally as to whether advances for authors have gone up
16   or down or stayed the same?
17   A     In the aggregate, it's hard for me to know.  I think right
18   now, it's the -- consumer spending is what's really -- to me
19   that's been the biggest change is, during the pandemic, the
20   consumer spending on books has dramatically ramped up.
21   Q     So I am asking you about advances, not consumer spending.
22   And I am asking about the last ten years as opposed to just the
23   last two years.  Do you have a view as to whether advances have
24   gone up or down?
25   A     I don't, no.
```

```
1   Q    If you could look at your deposition, page 50, it's in the
2   back there.  Tell me when you're there.
3   A    Page 50.  Okay.
4   Q    So page 50, line 17, were you asked the following question
5   and gave the following answer:
6        Based on your experience in the publishing industry,
7   Mr. Murray, have you noticed any trend in author advances over
8   the last ten years in terms of whether it increased or
9   decreased?
10       Answer, no, they have been increasing.
11       Do you see that?
12  A    Yes.
13  Q    Did you give that testimony at your deposition?
14  A    Yes.
15       MR. FISHBEIN:  Your Honor, I would offer that as a
16  prior inconsistent statement under oath.
17       THE COURT:  Any objection?
18       MR. MATELSON:  Objection --
19       MR. FISHBEIN:  He said he didn't know.
20       THE COURT:  I am going to overrule the objection.
21  That's admitted.
22  BY MR. FISHBEIN:
23  Q    You are also aware, Mr. Murray, that during that same,
24  ten-year period, there has been consolidation in the publishing
25  industry, correct?
```

1    A    Yes.

2    Q    So you believe that advances to authors have been

3    increasing notwithstanding consolidation in the industry,

4    right?

5    A    Yes.  I guess I'm just getting confused when you are

6    talking about advances in aggregate and when you are talking

7    about advances on a title level.  I think that's kind of part

8    of the discrepancies, but anyway sorry.

9    Q    Okay.  But --

10   A    I'm just telling you it's hard for me to know what's going

11   on over ten years.

12   Q    Do you believe that advances in the aggregate have been

13   increasing during this ten-year period that there's been

14   consolidation?

15   A    Again, it's hard for me to know.

16   Q    So if you could look at your deposition transcript,

17   page 51.

18   A    Yes.

19   Q    Tell me when you're there.

20   A    51, yep.

21   Q    And looking at lines 10 through 17 -- 19, you were asked:

22        Are you aware that there's been consolidation in the

23   publishing industry in the last ten years?

24        Answer, yes.

25        And you believe that author advances have increased

```
 1  notwithstanding that consolidation, is that right?

 2       Answer, yes.

 3       Did you give that testimony?

 4  A    Yes.

 5  Q    Let me show you another exhibit, Mr. Murray.  If you can

 6  look at Defense Exhibit 299, which is tab 3 in your binder.  Do

 7  you recognize that document?

 8  A    Yes.

 9  Q    What is it?

10  A    It's the News Corp. 10-K.

11  Q    So that's a securities filing by your parent corporation,

12  correct?

13  A    Correct.

14  Q    And in it there's a description of HarperCollins'

15  business, right?

16  A    Yes.

17       MR. FISHBEIN:  Your Honor, I offer Defense

18  Exhibit 299.

19       THE COURT:  Any objection?

20       MR. MATELSON:  No objection.

21       THE COURT:  That will be admitted.

22       (Defendant's 299 received in evidence.)

23  BY MR. FISHBEIN:

24  Q    Mr. Murray, do you know how the description of

25  HarperCollins' business in this 10-K is written?
```

1   A    I believe my CFO at HarperCollins works with the parent

2   company to draft that.

3   Q    Okay.  So the CFO of HarperCollins is involved in the

4   description of HarperCollins' business in the 10-K, right?

5   A    Yes.

6   Q    And do you meet with the CFO regularly --

7   A    Yes.

8   Q    -- about HarperCollins' business?

9   A    Yes.

10  Q    And do you also meet with News Corp. regularly about

11  HarperCollins' business?

12  A    Yes.

13  Q    And you understand that filings with the SEC are supposed

14  to be accurate, right?

15  A    Yes.

16  Q    So if you can go with me to page 9 of the 10-K, tell me

17  when you are there.

18  A    Yep.

19  Q    And do you see there's a paragraph at the top that starts,

20  the book publishing business?

21  A    Yes.

22  Q    And let me ask you first, the book publishing business,

23  does that refer to HarperCollins?

24  A    Yes.

25  Q    Does News Corp. have any other book publishing business

```
 1   apart from HarperCollins?
 2   A     No.
 3   Q     This is a description of HarperCollins, right?
 4   A     Yes.
 5   Q     It says, the book publishing business operates in a highly
 6   competitive market that is quickly changing and continues to
 7   see technological innovations.
 8         Do you see that?
 9   A     Yes.
10   Q     And do you agree that HarperCollins operates in a highly
11   competitive market?
12   A     Yes.
13   Q     Do you agree that the highly competitive market in which
14   HarperCollins operates is quickly changing?
15   A     Yes.
16   Q     Do you agree that the book publishing market continues to
17   see technological innovations?
18   A     Yes.
19   Q     What are they, by the way, the technological innovations?
20   A     Social media is having a big impact on the business.
21   Digital audio continues to grow.  There's two examples.
22   Q     Social media, you are referring, for example, to TikTok
23   influencers?
24   A     Correct.
25   Q     And so those -- that would be the ability to sell a lot of
```

```
 1   books through TikTok followings, right?

 2   A    Correct.

 3   Q    And so if a HarperCollins author has a big TikTok

 4   following, does HarperCollins incur any expense when the author

 5   puts out on TikTok that a new book is coming out?

 6   A    No.

 7   Q    So that's kind of a built-in marketing, right?

 8   A    Yes.

 9   Q    And do you pay advances to some of your TikTok authors

10   more than 250,000?

11   A    I don't know.

12   Q    Have you ever heard the term BookTok influencer?

13   A    Yes.

14   Q    What is that?

15   A    Someone who's on TikTok and reviews and promotes books

16   that they love.

17   Q    Fair to say that they are quite influential these days,

18   right?

19   A    Some of them have been, yes.

20   Q    And that wasn't true ten years ago, right?

21   A    Correct.

22   Q    Now, if we continue with the 10-K, the next sentence says,

23   HarperCollins competes with other large publishers such as

24   Penguin Random House, Simon & Schuster, and Hachette Livre.

25        Do you see that?
```

```
1    A     Yes.
2    Q     And that's some of the other large publishers.  Would you
3    agree that you also compete with Macmillan?
4    A     Yes.
5    Q     And I think you said -- Simon & Schuster is listed there.
6    And would you also agree that you compete with Scholastic?
7    A     Yes.
8    Q     And would you characterize them as a major publisher?
9    A     Children's publisher, yes.
10   Q     Major children's publisher, fair?
11   A     Yes.
12   Q     And then the sentence continues, as well as with numerous
13   smaller publishers for the right to works by well-known authors
14   and public personalities.
15         Do you see that?
16   A     Yes.
17   Q     Do you agree that HarperCollins competes with numerous
18   smaller publishers for the rights to works by well-know authors
19   and public personalities?
20   A     Yes.
21   Q     So an example of that would be Norton, right?
22   A     It could be.
23   Q     Are you familiar with Norton?
24   A     Yes.
25   Q     They are a smaller to medium-sized publisher, right?
```

```
1   A    Correct.

2   Q    And you compete with them, right?

3   A    Yeah, yes.

4   Q    Okay.  And then continuing the sentence, it says,

5   competition could also come from new entrants as barriers to

6   entry in book publishing are low.

7        Do you see that?

8   A    Yes.

9   Q    And do you agree that that is a correct statement?

10  A    Yes.

11  Q    Now, Amazon is a book publisher as well as a distributor,

12  right?

13  A    Yes.

14  Q    In fact, Amazon is the biggest book distributor in the

15  United States, right?

16  A    Yes.

17  Q    Does Amazon, in your view, use its strength in book

18  distribution as part of its marketing pitch to authors to use

19  their publishing services?

20  A    Yes.

21  Q    How?

22  A    They will talk about their ability to make the

23  Amazon-published books very visible on the Amazon website.

24  Q    Can you explain to the court what the significance of that

25  is?  Why is that part of their pitch?
```

```
 1   A     Well, I mean, obviously if you have visibility on Amazon,
 2   the possibility of sales on Amazon goes up.
 3   Q     And Amazon is a big retail outlet for books, right?
 4   A     Correct.
 5   Q     A huge amount of books are sold on Amazon, correct?
 6   A     Yes.
 7   Q     And so do you believe that Amazon uses as a competitive
 8   advantage the fact that it can prioritize its own published
 9   books when people search on Amazon?
10   A     Yes.
11   Q     And that's a competitive advantage that they have, right?
12   A     Yes.
13   Q     If you could look with me at another exhibit, this one
14   is 327, it's your tab 5, and tell me what that is.
15   A     Okay.
16   Q     What is that document?
17   A     This was a budget plan for fiscal 2020.
18   Q     And is this another budget that you participated in?
19   A     Yes.
20         MR. FISHBEIN:  Your Honor, I offer Defense
21   Exhibit 327.
22         THE COURT:  Any objection?
23         MR. MATELSON:  No objection.
24         THE COURT:  That will be admitted.
25         (Defendant's 327 received in evidence.)
```

```
 1              MR. FISHBEIN:  This is confidential.  So I would ask
 2    that the monitors not show the page I am going to refer the
 3    witness to.
 4    BY MR. FISHBEIN:
 5    Q    But, Mr. Murray, if you could look at slide 12 and tell me
 6    when you're there.
 7    A    Yes.
 8    Q    The title of the slide is, changing competitive landscape,
 9    right?
10    A    Yes.
11    Q    And here you detail -- and, again, this was presented to
12    your bosses, right?
13    A    Correct.
14    Q    So you told your bosses about retail environment, right?
15    A    Yes.
16    Q    And then competitors, correct?
17    A    Yes.
18    Q    And those are competitors in book publishing, right?
19    A    Yes.
20    Q    And so you list three competitors here, right?
21    A    Yes.
22    Q    One is Penguin Random House, correct?
23    A    Yes.
24    Q    One is a publisher that is active outside the United
25    States, right?
```

```
 1   A    Correct.
 2   Q    And the other, who is the other publisher that you list as
 3   a competitor?
 4   A    Sorry, say that again.
 5   Q    Who is the other publisher that you list as a competitor?
 6   A    Amazon.
 7   Q    And it says, Amazon continues to expand publishing
 8   operations.
 9        So what do you understand that to mean, that when you
10   present it to your bosses about competitors, you said that
11   Amazon continues to expand publishing operations?
12   A    Well, this was 2019, I think, when we -- it would have
13   been early 2019.  I'm not sure when this was prepared.  It was
14   some time ago.
15   Q    Okay.  What did you mean when you were telling your bosses
16   about the competitors that Amazon continues to expand
17   publishing operations?
18   A    They had launched some imprints where they were acquiring
19   English language rights to some of the, you know, foreign
20   language -- they were expanding their direct publishing, I
21   think, at the time.
22   Q    Right.  And that included getting rights from major
23   authors, correct?
24   A    Yes.
25   Q    And you said this was some time ago, but doesn't Amazon
```

```
1    continue to compete with HarperCollins, for example, in the
2    romance genres?
3    A    Yes.
4    Q    I'm sorry, the answer was?
5    A    They compete in romance, yes.
6    Q    It's broader than romance.  Are you familiar with the
7    category called genre fiction?
8    A    Yes.
9    Q    And that would include romance, science fiction, fantasy,
10   westerns, mystery, correct?
11   A    Yes.
12   Q    And would you agree that to this day, Amazon is a major
13   problem for HarperCollins, a major competitor?
14   A    Certainly on the romance front.
15   Q    You agree with that?
16   A    Yeah.
17   Q    Let me ask you just a couple of questions about --
18        MR. FISHBEIN:  Your Honor, I'm sorry.  I need one
19   second.  I am trying to separate what's for the public session
20   and what's for the not public session.
21   BY MR. FISHBEIN:
22   Q    Okay.  So in connection with your bid for Simon &
23   Schuster, did HarperCollins do any analysis around the issue of
24   synergies?
25   A    Yes.
```

1   Q    And you were asked some questions by the government about

2   the purchase price and your reaction to it.  Do you remember

3   that?

4   A    Yes.

5   Q    By the way, are you experienced in M&A transactions?

6   A    Yes.

7   Q    Have you been involved in a number of them over your time?

8   A    Yes.

9   Q    Was part of your background that you were a business

10  consultant?

11  A    Yes.

12  Q    And would you agree that the price that makes sense to pay

13  for an asset can vary depending on who's purchasing it?

14  A    Yes.

15  Q    And the reason for that is because different purchasers

16  can achieve different levels of efficiencies with the asset

17  they purchase, is that one reason?

18  A    Could be, yes.

19  Q    So in other words, your own internal calculation of

20  synergies can affect what makes sense for you in terms of how

21  much you are going to offer for the asset, right?

22  A    Yes.

23  Q    And so when you were looking at Simon & Schuster, you did

24  your own synergies analysis, right?

25  A    Correct.

1    Q    Did you have any -- you, Mr. Murray, were you involved in

2    that in any way?

3    A    Yes.

4    Q    What was your role?

5    A    I oversaw all of the analytical work that was done to try

6    to develop a price.

7    Q    What was the process that was used to determine -- and I

8    am not going to ask you to say out loud the synergies number.

9    I just wanted to ask about the process.

10        What was the process that was used?

11   A    It's both top down and bottom up.  So in some cases, you

12   know, we can easily understand what kind of costs, additional

13   costs, HarperCollins might have to incur to absorb parts of a

14   target company.

15       So, for example, in the UK and Australia, it's very easy

16   for us to figure out what our costs would be.  We already

17   distribute Simon & Schuster in the UK and Australia, so that's

18   a very easy calculation for us.

19       And then in the United States, you know, we can look at

20   our own staffing models.  And we know how many titles Simon &

21   Schuster is publishing.  We can make estimates about what kind

22   of publishing staff we think we would need.  And then in the

23   back office in the support areas, we are able to, again,

24   determine what incremental costs would be required for us to

25   support that volume of business.

```
1    Q    Did you have an internal team at HarperCollins that worked
2    on the synergies analysis?
3    A    Yes.
4    Q    Did you also have external advisers?
5    A    No.
6    Q    So it was just internal?
7    A    Yes.
8    Q    Okay.  And just very roughly, how many people were
9    involved in this exercise?
10   A    You know, I -- maybe 15.
11   Q    And over what period of time did they conduct the
12   synergies analysis?
13   A    I think we have done it every other year for ten years
14   so...
15   Q    On Simon & Schuster?
16   A    Yes.
17   Q    Okay.  So a lot of work went into it, fair?
18   A    Yeah.
19   Q    And focusing on the U.S., what are -- you mentioned some
20   of them.  You mentioned back office was one area, right?
21   A    Correct.
22   Q    You mentioned employees was an area, right?
23   A    Yes.
24   Q    Did you look at real estate savings in the United States?
25   A    We did.
```

```
1    Q    Okay.  Are there any other areas, real estate, employees,

2    back office, anything else that you looked at that contributed

3    to your synergies analysis?

4    A    No.  It was all of -- no, that sounds about right.

5    Q    Okay.  If you could look at Defense Exhibit 143, please.

6    It's tab 8.

7              MR. FISHBEIN:  And, again, this is a confidential

8    document, Your Honor, so we won't publish it.

9              THE WITNESS:  Tab 8?

10   BY MR. FISHBEIN:

11   Q    Yes.

12   A    Okay.

13   Q    Do you recognize this?

14   A    Yes.

15   Q    What is it?

16   A    At the top, it looks like -- I mean, it's a long email

17   chain.  So at the top, it's from Charlie Redmayne to me.

18   Q    Is this an email chain in which you give a recommendation

19   to the CEO of HarperCollins relating to the Simon & Schuster

20   purchase, potential purchase?

21   A    It's from me to the CEO of News Corporation.

22   Q    And it relates to the Simon & Schuster -- potential

23   Simon & Schuster acquisition, right?

24   A    Yes.

25             MR. FISHBEIN:  Your Honor, I would offer Defense
```

```
1   Exhibit 143.
2            THE COURT:  Any objection?
3            MR. MATELSON:  No objection.
4            THE COURT:  That will be admitted.
5            (Defendant's 143 received in evidence.)
6   BY MR. FISHBEIN:
7   Q    Mr. Murray, if you can look at your email on November 7,
8   at 8:41 a.m, it's on the second page.  Do you see it?
9   A    Yes.
10  Q    Okay.  And in the second paragraph, I don't want you to
11  read out the figure, but there's a sentence that says HC --
12  it's the second sentence, I believe.  It says, HC at, and then
13  there's a figure in millions.  Do you see that?
14  A    Yes.
15  Q    S&S at, and then there's a figure.  Do you see that?
16  A    Yes.
17  Q    And then it says, full synergies of, and there's a figure.
18  And then it says, over time.  Do you see that?
19  A    Yes.
20  Q    So there's a number between the phrase full synergies of
21  and over time.  Do you see it?
22  A    Yes.
23  Q    What does that represent?
24           THE COURT:  Can you tell me where you are?
25           MR. FISHBEIN:  Sure.  It's Defense Exhibit 143,
```

```
1    page 2.
2             THE COURT:  Okay.  Where on the exhibit are you?
3             MR. FISHBEIN:  So it's the second paragraph that
4    starts, future EBITDA, and then it's the second sentence where
5    there's a number for full synergies in the second line.  Do you
6    see it, Your Honor?
7             THE COURT:  Okay.  Thank you.
8    BY MR. FISHBEIN:
9    Q    What does that number reflect, Mr. Murray?
10   A    That would have been the cost synergies anticipated of a
11   Simon & Schuster and HarperCollins merger.
12   Q    Okay.  That was the result of the work that you just
13   described?
14   A    Correct, yeah.
15   Q    And then later down, I think it's the one, two, three,
16   four, fifth paragraph, do you see one that says, synergy risks
17   are minimal?  Do you see that?
18   A    Yes.
19   Q    Did you believe that, at the time, that the synergies you
20   calculated, the risks were minimal?
21   A    Yes.
22   Q    By that, what do you mean that the risks were minimal, the
23   risk of what?
24   A    Achieving those synergies.
25   Q    So in other words, the risk that you would not actually
```

```
 1   achieve those synergies, correct?
 2   A    Right.
 3   Q    Have you calculated synergies in other deals?
 4   A    Yes.
 5   Q    Do you have kind of like sort of a baseline to go off of
 6   to figure out what synergies are possible?
 7   A    Yes.
 8   Q    Based on that experience, when you wrote to the CEO of
 9   News Corp., you believed your figure -- you had confidence in
10   it, right?
11   A    Correct.
12   Q    You had mentioned Bibles before.  And can I just make sure
13   I understand.  Like, we talk about frontlist and backlist
14   sometimes, right?
15   A    Yes.
16   Q    So like a Bible that was obviously written a long time ago
17   and has been in print for a long time, that's not part of the
18   frontlist, right?
19   A    How much time do you have?  They republish Bibles all the
20   time.  So the Bibles are constantly being refreshed with -- it
21   could be new translations, new forwards.  They're gifts.
22   There's new covers.  Bibles do -- we do have a frontlist for
23   Bibles.
24   Q    Would you say, though, most of your Bible sales are
25   frontlist, backlist, do you know?
```

```
 1   A     Backlist.

 2   Q     Backlist.  Okay.

 3           MR. FISHBEIN:  Your Honor, if I could just have one

 4   minute again because I'm trying to separate out the public from

 5   the private.

 6           THE COURT:  Why don't we take our morning break.

 7           MR. FISHBEIN:  I appreciate it, Your Honor.

 8           THE COURT:  We will take a 15-minute break at this

 9   time.

10           And, Mr. Murray, please don't talk about your

11   testimony with anybody during the break.

12           (A recess was taken at 10:59 a.m.)

13           THE COURT:  All right.  Good morning again.

14           MR. FISHBEIN:  I have nothing further for now, Your

15   Honor --

16           THE COURT:  All right.  Thank you.

17           MR. FISHBEIN:  -- until the closed session.

18           THE COURT:  Yes.  I understand.

19           Any direct for the open session?

20           MR. MATELSON:  Yes.  May I proceed?

21           THE COURT:  Yes.

22                          REDIRECT EXAMINATION

23   BY MR. MATELSON:

24   Q    Just a few additional questions, Mr. Murray, to follow up

25   on the cross.
```

```
 1          Can I ask you to turn again to tab 2 in your binder.  It
 2    was DX279.
 3    Q    If you look at page 25, there was a bar chart or two bar
 4    charts there.  Do you recall that?
 5    A    Yes.
 6    Q    All right.  Do you have that in front of you?
 7          I just wanted to ask you a few questions about the data.
 8    Is the data for title count showing a U.S. title count?
 9    A    I believe that's global.
10    Q    And how many countries does HarperCollins operate in?
11    A    Over 20.
12    Q    And then the same thing, same question with respect to the
13    advance spend.  Is that also global?
14    A    Also global.
15    Q    And then if you take a look at the advance spend chart on
16    the right and look at the year-over-year growth that was
17    projected for fiscal '22 to fiscal '23, how does that growth
18    rate compare to the growth rate from previous years?
19    A    It's moderated.
20    Q    And then if you also look at 23 -- I'm sorry, when you say
21    moderated, what do you mean by that?
22    A    The growth rate has slowed significantly.
23    Q    All right.  And how would the rate of growth for '23,
24    fiscal '23 to fiscal '24, compare to the previous years?
25    A    It's also a slower growth rate.
```

```
 1   Q    And the growth that you are projecting for HarperCollins
 2   in the future, is that -- are you projecting that would replace
 3   the volume of output that Simon & Schuster has today?
 4   A    No.
 5   Q    And then has HarperCollins changed its thinking at all on
 6   future growth rates or projections since DX279 was created?
 7   A    Yes.  Again, the biggest driver is consumer spending.
 8   That's -- we have had tremendous growth, and that growth has
 9   been moderating.  And so, you know, we are evaluating the rate
10   of growth.
11   Q    I think I want to get into more specifics in the closed
12   session, so I won't ask about that further right now.
13        You were asked about whether or not advances had been
14   increasing over the last ten years.
15        First, do you know whether the merger between Penguin and
16   Random House in 2013 had any impact on advances in the industry
17   one way or the other?
18   A    I don't know.
19   Q    I believe you were trying to clarify a point with
20   Mr. Fishbein about the advance levels and what you were
21   thinking.  Can you explain what you were trying to clarify?
22   A    Yes.  Sometimes advances, and maybe I misheard, but
23   sometimes they can refer to individual projects, whether the
24   advances go up or down or whether it's an aggregate for
25   HarperCollins or whether it's an aggregate for the industry.
```

1    So sometimes, I wasn't quite sure what the question was.

2    Q    You were also asked about a recent acquisition of the HMH

3    trade book business.  I was wondering if you could compare sort

4    of the relative size of that business to the size of Simon &

5    Schuster's trade business?

6    A    Yeah.  It's about probably a little less than a quarter of

7    the size.

8    Q    You were also shown an annual report written by News

9    Corporation.  And there was a statement, I think you were

10   shown, about, well, competition and barriers to entry.  Do you

11   recall that?

12   A    (Nodding head.)

13   Q    Was the annual report addressing at all the market that we

14   are discussing in this trial sort of the higher advance trade

15   books?

16   A    No.  I believe it was written by my CFO with regard to the

17   entire HarperCollins global business.

18   Q    You were also asked a few questions about synergies that

19   you projected in 2020 for a potential merger acquisition

20   between Simon & Schuster.

21        As part of that exercise, did you project any revenue

22   synergies that would accrue to HarperCollins?

23   A    We did not.

24   Q    And do you typically include revenue synergies in merger

25   projections?

```
1   A     We do not.

2   Q     What is the rationale?  Why don't you do that?

3   A     It's very difficult to size them, and we try to focus on

4   the cost side of the equation because, you know, we are very

5   certain when we size synergies we know what we can do on the

6   cost side.  And then if we have revenue opportunities, that's

7   just -- that's great.  But we don't count on them in our

8   financial modeling.

9   Q     Do you model a change in the -- or an improvement in the

10  return rates of books in your synergies analysis?

11  A     I don't believe we did with Simon & Schuster, no.

12  Q     Have you looked at or updated the Synergies analysis for

13  Simon & Schuster since the fall of 2020?

14  A     No.

15  Q     All right.  So would you have any knowledge of whether

16  Simon & Schuster's cost structure may have changed since then?

17  A     No.

18  Q     I believe you were also asked a little bit about Amazon

19  Publishing.  And I think you were shown a 2020 budget document

20  on that.  Do you recall that?

21  A     Yes.

22  Q     And can you just clarify, when does the fiscal year begin

23  and end for HarperCollins?

24  A     It begins July 1 and ends June 30, and we just began

25  physical year '23 this past month.
```

```
1    Q    So the budget for fiscal year 2020 would be set when

2    approximately?

3    A    In 2019.

4    Q    All right.  And since that document was written, do you

5    have an assessment of -- what is your current assessment of

6    Amazon Publishing as a competitor for general trade books,

7    particularly, I guess, at the higher advance levels that we are

8    talking about in this case?

9    A    They have not been a competitor for big books.

10   Q    And what's your basis for saying that?

11   A    We've not come up against them in any auctions.  I am not

12   aware of any times we have lost any books to Amazon or that

13   they have even been bidding for big books.

14         THE COURT:  When you say big books, how are you

15   defining that?

16         THE WITNESS:  You know, basically when it comes up to

17   my threshold, those are the ones I would be aware of.

18         MR. MATELSON:  Your Honor, I think I have concluded

19   with my public redirect.  Unless there are other questions, I

20   am happy to move into closed session at this point.

21         THE COURT:  I have a couple of questions.

22         There were some questions posed to you about your

23   decision to offer bigger advances and that you publicized that

24   you were going to do that.  And I was just wondering, why would

25   you publicize that?  Why wouldn't you just go into the auction,
```

1     spend more, and win more books?

2          THE WITNESS:  At the time, we saw this amazing

3     increase in consumer spending in books as the pandemic hit, and

4     we wanted to put everyone on notice in the industry, the

5     agents, prospective authors, that we were being aggressive

6     during this time.

7          Some other publishers during the pandemic, I believe,

8     pulled back a little bit, and we were going in the opposite

9     direction.  We felt that with the pie of spending, the amount

10    of money consumers were spending in the U.S. growing that much,

11    it was a terrific time to be expanding organically.  So there's

12    no better way than to make a statement like that to get the

13    message out to all the agents in the industry.

14          THE COURT:  And you sort of have a budget that you

15    have projected that you are going to spend on advances each

16    year.  If the overall level of advances went down because of

17    this merger or otherwise, what would you do?  Would you just

18    spend below your budget, or would you just use your budget and

19    acquire more books than you otherwise would have?  How would

20    that affect your budgeting?

21          THE WITNESS:  It's so hard to say.  It's -- so when we

22    do a budget, the budget is detailed for the next fiscal year.

23    And it's, you know, almost title by title.  And so we know

24    exactly what our fiscal '23 plans are.  And when we get out to

25    '24 and '25, there's a lot of estimating that's going on.

1          So we take a view on what do we think -- how fast is

2    the market going to grow.  Our job is to grow faster than the

3    market and to develop a plan to do that.

4          And so, you know, some of the outcomes of that are,

5    again, cash, the amount of money we are going to spend on

6    infrastructure, the amount of money we are going to spend on

7    author advances.  It has to be -- our model, when you get to

8    the outer years, has to be internally consistent.  It has to

9    make sense.

10          THE COURT:  Even for next year, say, you are in a year

11    and it turns out you are acquiring the books you wanted and

12    paying less than you thought you would have had to because all

13    the advances have come down, what would you do with that excess

14    money?

15          THE WITNESS:  Oh, again, I mean, it's hard for me to

16    say, because it's not like we are going to know that we are --

17    we are not going to know, oh, we got these 50 books for less

18    money than we otherwise would have.  I don't know if I would

19    know that in a quarter or two, you know, after an advance,

20    after a possible merger.

21          It would take time for us to see, how is our business

22    performing, what kind of flow-through from our revenues are we

23    getting in profits, and then also cash because your profits

24    don't always translate into cash.  It just depends on the mix

25    of your books.

```
1              So it's not a -- there's not a, I'm going to know at a

2    certain point in time how am I going to change how I run the

3    business or how would I reallocate the cash flow that comes out

4    of the business.

5              THE COURT:  So you are not getting sort of realtime

6    reports back, we are winning these and we are prepared to offer

7    X, but we only had to pay Y and make decisions midyear?

8              THE WITNESS:  No.

9              THE COURT:  You wait until the end of the year and

10   decide for next year?

11             THE WITNESS:  Yeah.  Auctions are going fast and

12   furious.  It's not really until you get to the end of the year

13   when you total up and say how did we do, did we do better, did

14   we do worse.  Often it can be the difference of two or three

15   books totally changes the financial performance of the company.

16             It's often hard to generalize about what we are going

17   to do, you know, in the future.  But our plan, we always try to

18   have a plan where we are going to grow faster than the market,

19   and we figure out, how are we going to do it, in which areas,

20   where do we feel like we have opportunity.  And we usually put

21   more money into those areas to try to grow the business.

22             THE COURT:  I see.  Thank you.

23             Any questions based on my questioning?

24             MR. MATELSON:  Nothing from me, Your Honor.

25             MR. FISHBEIN:  No, Your Honor.
```

```
1            THE COURT:  All right.  Thank you.

2            We are now going to go into a closed session.  So I'm

3    going to ask members of the public to please clear the

4    courtroom.

5            How long do we expect this to go, Mr. Matelson?

6            MR. MATELSON:  From my questioning on direct, I would

7    estimate less than 15 minutes.

8            THE COURT:  Mr. Fishbein, approximately the same, so

9    maybe half an hour of closed session?

10           MR. FISHBEIN:  I was thinking it would be more like a

11   half hour, but I may be surprised at the scope.  I just don't

12   know.

13           THE COURT:  So I guess we have a target of going back

14   to an open session by about 12:15.  Is that about right?

15           MR. MATELSON:  That's fine with me.

16           THE COURT:  Thank you.

17           I will ask the members of the public to leave at this

18   time, and we will try to open up at 12:15.

19           (The courtroom was cleared and the following was heard

20   during a closed session.)

21   
22   
23   
24   
25   
```

































































```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
```

11          (The following was heard in open court.)

12          THE COURT:  And the government can call its next

13   witness.  Are we going back to Dr. Hill?

14          Let's recall Dr. Hill.

15          Good afternoon, Dr. Hill.

16          Let's swear him again.

17                    NICHOLAS HILL

18   Having been first duly sworn on oath, was examined and

19   testified as follows:

20          THE COURT:  Thank you.  Welcome back.  You can be

21   seated.

22          THE WITNESS:  Thank you.

23          MR. STEVENSON:  Your Honor, may we approach with

24   binders?

25          THE COURT:  Yes.  They are new binders?

1          MR. STEVENSON:  For the witness.

2          THE COURT:  Okay.  Thank you.

3          MR. STEVENSON:  They are the same binders.

4          THE COURT:  Good.  You scared me there for a minute.

5          MR. STEVENSON:  What's that?

6          THE COURT:  You scared me there for a minute.

7          You may proceed when you are ready, Mr. Stevenson.

8          MR. STEVENSON:  Thank you.

9                    DIRECT EXAMINATION (Resumed)

10  BY MR. STEVENSON:

11  Q    Good afternoon, Dr. Hill.

12  A    Good afternoon.

13  Q    Do you recall yesterday the Court asked a couple questions

14  about your $250,000 threshold?

15  A    I do.

16  Q    Could you please provide a little more insight into what

17  role the $250,000 threshold plays in your analysis?

18  A    So, Your Honor, it's the cutoff I'm using to identify

19  anticipated top sellers.  I'm thinking of there's this group of

20  these general interest books that have a potential for high

21  sales, and 250,000 is how I am identifying them in the data.

22  And then I also looked at other thresholds in the vicinity.

23  Q    Do you also recall yesterday the court asked a couple

24  questions about how margins interact with your model?

25  A    I do.

```
 1   Q    Does the profit margin of a publisher tell you on average
 2   the differences between the first and second bidders in an
 3   auction?
 4   A    It's a measure of how competitive the competition is, Your
 5   Honor, so it can give you a sense of how much competition there
 6   was for books on average.
 7   Q    How does the model take that information to determine the
 8   distance between the second and third bidders?
 9   A    So the model is using that distance to make an estimate of
10   the distance between the second and third bidder and, thus, the
11   effect of the merger on competition.
12   Q    I would like to move on --
13        THE COURT:  I'm sorry, can I just ask, so your
14   variable margin numbers, are they an average of all the
15   variable margins of all the books, or are they individual in
16   each auction?
17        THE WITNESS:  They are averaged across the title level
18   P&Ls, Your Honor.
19        THE COURT:  Okay.  I'm sorry.  Go ahead.
20   BY MR. STEVENSON:
21   Q    And by title level of the analysis, you mean all the
22   anticipated top selling P&Ls?
23   A    Yes, sorry.
24        THE COURT:  So for each publishing company of
25   anticipated top sellers, you looked at their variable profit
```

 1  margin and you used the same one across all auctions?

 2        THE WITNESS:  So I calculated for Penguin Random

 3  House, Your Honor, and for Simon & Schuster because they are

 4  the ones for which I had the detailed P&L level data.

 5        And then in the case of the model, you use one margin

 6  to calibrate the model.  So you can put in the Penguin Random

 7  House margin for Penguin Random House, and then the model would

 8  predict margins for other publishers, you can put in the Simon

 9  & Schuster margin, and then the model will predict margins for

10  others, or you can use a blended average of two margins.

11        THE COURT:  How does it predict the other bidders'

12  margins?

13        THE WITNESS:  So it uses the observed market shares,

14  the margin for one publisher, and then the model of

15  competition, which is a second score auction model, and then

16  predicts margins for other publishers.

17        And if you recall, Your Honor, I talked about you can

18  use the predicted margins compared to the actual margins to see

19  how well the model is fitting.  And that's what you would do.

20  If you calibrated the model using Penguin Random House's

21  margin, then you would -- the model would predict Simon &

22  Schuster's margin, and you can compare that margin to the

23  observed margin for Simon & Schuster.

24        THE COURT:  And the estimates are based on market

25  share?

1          THE WITNESS:  It's based on the market shares and also

2     on the model of competition in the model.

3          THE COURT:  Okay.  I hope you don't mind my asking

4     this.  So when you did the market shares for HarperCollins, did

5     you include Christian books and romance novels in their market

6     share number?

7          THE WITNESS:  So here I used all anticipated top

8     sellers of general trade books.  Things like an edition of the

9     Bible that had 250,000 in sales, it would not have been

10    included because it would be outside the general trade books.

11    But otherwise, all of HarperCollins' books for which they paid

12    more than -- $250,000 or more would be included.

13         THE COURT:  Okay.  So anything over -- but you said

14    general trade books.  Does that include any Christian books

15    that are not the Bible?

16         THE WITNESS:  Yes.  There are -- I was going to say

17    general interest Christian books, but books that -- I think the

18    previous witness was -- Mr. Murray was talking about some

19    books, some Christian books, appeal to a broader audience, and

20    then there are some that are sold exclusively through Christian

21    book stores.

22         THE COURT:  But you included both the Christian book

23    stores and the general audience Christian books, just not

24    Bibles?

25         THE WITNESS:  I believe so.  I believe if the advance

```
 1   was above 250,000.  I would have to check the backup to be
 2   sure.
 3              THE COURT:  Okay.  And then for the romance books, you
 4   included the Harlequin books if the advances were over 250?
 5              THE WITNESS:  That's my understanding, yes.  I would
 6   have to check to be absolutely sure.
 7              THE COURT:  Okay.  Thank you.
 8              Go ahead, Mr. Stevenson.
 9   BY MR. STEVENSON:
10   Q    Dr. Hill, did you include Baker Publishing in your market
11   share calculations?
12   A    Yes, I did.
13   Q    What is your understanding of the genres that Baker
14   Publishing publishes?
15   A    Baker focuses on Christian books.
16   Q    I would like to focus now on mitigating factors which we
17   previewed at tiny bit yesterday.
18   A    Sure.
19   Q    What are mitigating factors in the context of the -- in
20   the context of your economic analysis of a merger?
21   A    So, Your Honor, mitigating factors are things that could
22   offset an otherwise anticompetitive effect from a merger.
23   Q    What mitigating factors did you consider in your analysis
24   of this merger?
25   A    So there are four.  If we could advance one more slide,
```

1    please.

2         So the first will be entry and expansion, Your Honor.

3    Then I will talk a little bit about the role of literary

4    agents.  Then we will talk about the Penguin Random House

5    bidding promise.  And then efficiencies is the fourth.

6    Q    And I would ask you to save for today any efficiencies

7    testimony.  I think we will cover that in rebuttal if

8    necessary.

9    A    Okay.

10   Q    What were your overall conclusions regarding mitigating

11   factors in the context of this merger?

12        MR. FISHBEIN:  Your Honor, can just I ask, I think the

13   gallery is not seeing the public version.

14        THE COURT:  Okay.  Thank you, Mr. Fishbein.

15        THE COURTROOM DEPUTY:  It's on.

16        THE COURT:  Okay.

17        THE WITNESS:  So my general conclusions were that the

18   mitigating factors are unlikely to mitigate the anticompetitive

19   effect of the transaction.

20   BY MR. STEVENSON:

21   Q    Let's start by discussing entry and expansion.  What would

22   entry and expansion look like in this context?

23   A    So expansion could be an existing publisher of anticipated

24   top sellers competing more aggressively as a result of the

25   merger, and entry could be the appearance of a new publisher

```
 1    who enters into publishing and competes for anticipated top

 2    sellers.

 3    Q    At a high level, why are entry and expansion unlikely to

 4    offset the anticompetitive effects of the merger?

 5    A    At high level, I think there are significant barriers to

 6    entry and expansion.  And I think some of the existing

 7    competitors may not have an incentive to aggressively expand.

 8    And so yeah.

 9    Q    Let's start with the barriers to entry and expansion.  Did

10    you observe any general evidence regarding barriers to entry

11    and expansion in the market for anticipated top sellers?

12    A    Yes.  If you could please advance one more slide.

13         These are some quotes from the parties talking about the

14    existence of entry barriers.  I think the second of the three

15    quotes here, Your Honor, high barriers to entry, no successful

16    startups in the last decade, sort of summarizes the general

17    tenor.

18    Q    Did you observe any other general evidence outside of the

19    merging party statements?

20    A    Yeah.  If we can advance one more slide, please.

21         Here are some additional quotes, Your Honor.  And the one

22    that I would highlight is the one at the very top.  The

23    originator of the quote says, in 45 years in the business, I

24    haven't seen a single company set out to compete in this

25    general trade world and achieve it.  No one has succeeded in
```

```
 1   creating a publisher -- a publishing entity that is competitive
 2   with the Big 5.
 3   Q    What are the barriers to entry and expansion in the market
 4   for anticipated top sellers?
 5   A    If we can advance one more slide, you will see a list of
 6   them.
 7        One is the ability to manage risk.  One is breadth of
 8   marketing.  One is breadth of distribution.  And one is
 9   reputation.
10   Q    We will get to the others in a couple minutes.  Let's
11   start with risk.  Why is the ability to manage risk a barrier
12   to entry and expansion in the market for anticipated top
13   sellers?
14   A    Your Honor, I think you heard Mr. Murray testify about the
15   riskiness of these larger books that are anticipated to have
16   high sales and the challenges in financially bearing that risk.
17   Q    Have you seen any evidence that larger publishers are able
18   to manage this risk?
19   A    Yes.  If you could advance one more slide, please.
20        This is some evidence from two larger publishers including
21   Penguin Random House.
22        And the quotes here, Your Honor, are talking about the
23   ability to manage that risk.  And I would direct you in
24   particular to the first quote on the left.  By publishing a lot
25   of tiles, you can manage your risk because you are not
```

1    dependent on a few.  When there's a very risky asset, the more

2    of the risky asset you hold, the more you can mitigate the risk

3    on average.

4    Q    Do large publishers do anything else to manage the

5    riskiness of anticipated top sellers?

6    A    Yes.  If you could please advance one more slide.

7         I think there was some testimony about this earlier today

8    as well.  The Big 5 tend to have very large backlists that they

9    can use to reduce their risk.  And so here I would focus on the

10   very bottom here.  I mean, to build a backlist the size of any

11   of the Big 5, I don't think it's possible or conceivable that

12   any publisher starting now could do it in a hundred years.  It

13   just takes these massive publishing entities, you know, or

14   these agglomerations of backlists.

15        I think that's informative.

16        And the second quote down as well, the fact that we have

17   the largest and richest backlist in the industry is what gives

18   us the latitude to take risks with new acquisitions every day.

19        So these very large backlists form a basis for taking

20   risks on the frontlist, Your Honor.

21   Q    In addition to the riskiness of anticipated top sellers,

22   you mentioned the marketing demands.  Why is that a barrier to

23   entry?

24   A    The ability to effectively market a book to reach a broad

25   audience of consumers and let the consumers know that this book

1    is available for purchase is something that the Big 5 do better

2    than other publishers.

3    Q    Have you seen any evidence of that?

4    A    Sure.  If you advance one more slide, please.  Thank you.

5         So here you have again some evidence on this point, Your

6    Honor.  And I will direct you to the one at the top.  So for

7    print books that are new books, why is it the case that the

8    Big 5 publishers have a leg up on some of the competition in

9    making sure that those books become best sellers.

10        And the answer is, because they can coordinate publicity

11   and distribution and marketing at the time of release.

12   Q    You also mentioned distribution as another barrier to

13   entry and expansion.  Why is that?

14   A    So if the marketing of the book has created excitement

15   about the book, it's important that the book be available in a

16   wide variety of outlets for consumers to purchase it.

17   Q    Have you observed any evidence of distribution posing a

18   barrier to entry and expansion?

19   A    Sure.  If you advance one more slide here.

20        I think here the second quote is perhaps the most

21   revealing.  We have strong relationships with retailers.  We

22   have programs in place with major retailers to promote certain

23   of our books that I believe are more -- are stronger than those

24   that smaller publishers who are -- who don't have their -- have

25   big successes as often.

1        There's a good deal of qualitative evidence about the idea

2    that distribution is stronger for the Big 5 than for others.

3    Q    Do all Big 5 publishers manage their own distribution?

4    A    Not fully, no.

5    Q    Which ones do not?

6    A    Four of the five, I believe, handle all their distribution

7    functions.  I think you heard testimony from Mr. Murray that

8    HarperCollins does not do all of its own distribution.  It does

9    manage sales and some other parts, but it outsources part of

10   that distribution.

11   Q    Why do you view distribution as a barrier to entry and

12   expansion when HarperCollins, the second largest publisher in

13   of your market, outsources some of its distribution function?

14   A    So I think the testimony from HarperCollins is that they

15   view the sales function, which is part of distribution, as

16   being crucial.  This ability to reach all types of retailers,

17   the independent book stores that Mr. Murray spoke about, you

18   know, to have your book in the airport book store, just to have

19   a wide range of options for acquiring that book.

20   Q    Why can't smaller publishers just contract with a Big 5

21   publisher to get the benefits of a great distribution network?

22   A    Many smaller publishers do contract with a Big 5, Your

23   Honor.  I believe their view, if you look at the qualitative

24   evidence, is that that puts a surcharge on top of their costs

25   that the Big 5 don't typically bear.

```
 1   Q    Finally, you mentioned reputation as a barrier to entry

 2   and expansion.  Why is that?

 3   A    So I think of reputation as having two parts.  One is that

 4   authors would like to have a publisher who has a reputation for

 5   successfully publishing books that have a lot of sales to a

 6   general audience, and two, I think we have heard testimony from

 7   a number of entities saying that authors also are attracted by

 8   the prestige of some of the imprints of the Big 5.

 9   Q    Have you seen any evidence on that point?

10   A    Sure.  So this slide here is summarizing some evidence on

11   those points, Your Honor.  And I think the quote at the bottom

12   here from a literary agent talking about the longevity and

13   success is an important consideration for authors is a useful

14   one.

15   Q    I would like to ask a few questions now about non-Big 5

16   publishers in particular.

17        What did you conclude about these publishers -- or excuse

18   me, the likelihood that these publishers would expand to

19   mitigate the anticompetitive effects of the merger?

20   A    I think it's low.

21   Q    Why is that?

22   A    We have talked, Your Honor, about some of the barriers

23   expansion that the non-Big 5 face, and I also think that the

24   quantitative evidence shows that they have had a small market

25   share over time and that that share hasn't changed
```

1   significantly.

2   Q    You mentioned quantitative evidence about their

3   competitiveness today and over time.  Could you share that with

4   us, please.

5   A    Sure.  If you could please advance one more slide.

6        So this, Your Honor, is a chart looking at the market

7   shares of the Big 5 publishers and the non-Big 5 publishers for

8   various advance amounts.  So we have the Big 5 publishers in

9   blue and we have all of the non-Big 5 publishers in green.

10       And you can see that, Your Honor, if you cut the --

11  however you cut the advance levels here, the share of the

12  non-Big 5 publishers is 10 percent or less collectively.

13  Q    You mentioned that hasn't changed over time.  What

14  evidence have you seen of that?

15  A    If you could advance one more slide, please.

16       Dr. Snyder identified in his report a group of non-Big 5

17  publishers that he argued had expanded from 2019 to 2021.  So

18  this chart here is looking at the left at the market share

19  growth of those publishers, non-Big 5 publishers, and then on

20  the right looking at the change in market share of other

21  non-Big 5 publishers.  And you can see that the expansions and

22  the shrinkages essentially cancel one another out.

23  Q    What does that mean about the aggregate growth of the

24  non-Big 5?

25  A    It's essentially flat.

```
 1              MR. STEVENSON:  Your Honor, this figure is a
 2    recreation of PX0977.  I move to admit PX0977.
 3              THE COURT:  Any objection?
 4              MR. OPPENHEIMER:  No objection.
 5              THE COURT:  That will be admitted.
 6              (Plaintiff's 0977 received in evidence.)
 7    BY MR. STEVENSON:
 8    Q    How does the non-Big 5's share change over time compare to
 9    the merging parties'?
10    A    If we advance one more slide, there's a slide summarizing
11    this.
12         So on the left, we have the change over time in Penguin
13    Random House's share, and it's somewhere between two and two
14    and a half percent.  Simon & Schuster is flat.  And the
15    non-Big 5 are essentially flat.  Penguin Random House from 2019
16    to 2021 saw a small amount of growth.  The non-Big 5's share,
17    collective share, did not change materially.
18              MR. STEVENSON:  Your Honor, this is a recreation of
19    PX0967.  I move to admit PX0967.
20              THE COURT:  Any objection?
21              MR. OPPENHEIMER:  No objection.
22              THE COURT:  That will be admitted.
23              (Plaintiff's 0967 received in evidence.)
24    BY MR. STEVENSON:
25    Q    In addition to this quantitative evidence, did you observe
```

1    any qualitative evidence regarding the competitive significance

2    of non-Big 5 publishers?

3    A    Sure.  If you could advance one more slide, please.

4         This is a slide summarizing some evidence on the question

5    of how often the smaller publishers compete for anticipated top

6    sellers.  And I think it's consistent with what we see in the

7    market shares, that the non-Big 5 publishers do compete but

8    rarely.

9    Q    Did you consider any expansion plans of small publishers

10   in your analysis or the lack thereof?

11   A    I did.

12   Q    What evidence did you observe on that?

13   A    So if we advance one more slide, please.

14        Your Honor, on this slide and on the following slide, this

15   is evidence from publishers.  I am not sure which version you

16   are seeing, Your Honor, but I think in your binder you have a

17   version with the names of publishers included.

18        This is a group of publishers discussing whether they are

19   likely to expand.  And so there's four publishers talking about

20   it on this slide, and then -- this is slide 78, Your Honor, if

21   you are looking in the binder.  And then slide 79 also

22   summarizes four other publishers.

23             THE COURT:  Thank you.

24   BY MR. STEVENSON:

25   Q    We have been discussing entry and expansion at a

```
 1   relatively general level.  Did you observe any recent examples
 2   of attempted entry?
 3   A    Yes.
 4   Q    What example?
 5   A    Amazon's attempt to enter into publishing.
 6   Q    Why is Amazon's attempt at entry relevant to your analysis
 7   of this merger?
 8   A    I think Amazon's attempted entry is useful, Your Honor, to
 9   understand some of the barriers to entry given that Amazon is a
10   large and successful organization.
11   Q    Have you observed any qualitative evidence regarding
12   Amazon's attempted entry?
13   A    Sure.  If you advance one more slide, please.
14        You will see some quotes here from third parties, and you
15   heard some testimony from Mr. Murray, Your Honor, about this
16   earlier.
17        So I direct you here in particular to the upper left.  I
18   don't know of any examples of Amazon competing with Penguin
19   Random House in auctions to acquire books.  It would be fair to
20   say that I don't know any examples of auctions where Amazon has
21   competed with us in the auction.
22        I think these are indicative of how successful Amazon has
23   been in competing for anticipated top sellers.
24            MR. STEVENSON:  Could we please take down this slide
25   for a moment just for a confidentiality issue.
```

```
 1              Thank you.
 2   BY MR. STEVENSON:
 3   Q    What other evidence have you observed regarding Amazon's
 4   attempting entry?
 5   A    I have also analyzed Amazon's market share in the market
 6   for anticipated top sellers.
 7        And if we could advance one more slide, we will see a
 8   summary of that evidence.
 9        And I won't speak to the specifics, but, Your Honor, I
10   think you can see here that Amazon's share in the market for
11   anticipated top sellers is not high.
12              MR. STEVENSON:  Your Honor, this figure is a
13   recreation of PX0968.  I move to admit PX0968.
14              THE COURT:  Any objection?
15              MR. OPPENHEIMER:  No objection.
16              MR. STEVENSON:  It's one of two figures in the
17   exhibit, just to clarify.  I would like to admit the entire
18   exhibit.  It's the full exhibit is in your binder.
19              MR. OPPENHEIMER:  That's fine, Your Honor.
20              THE COURT:  All right.  That's admitted.
21              MR. STEVENSON:  Apologies.  It's just a stamping
22   issue.
23              (Plaintiff's 0968 received in evidence.)
24   BY MR. STEVENSON:
25   Q    I would like to ask a couple questions now about the
```

1   remaining Big 5 expanding to mitigate the anticompetitive

2   effect of the merger.  Did you consider the possibility that

3   that might happen?

4   A    I did.

5   Q    And what did you conclude?

6   A    I don't think it's likely that they will have the

7   incentive to expand in response to an anticompetitive effect.

8   Q    Why not?

9   A    I think here it's helpful to think through the various

10  acquisition mechanisms, Your Honor.  If we start by thinking

11  about a rounds auction, you heard testimony, for example, from

12  Mr. Pietsch and also from Mr. Karp that at an auction, the

13  publishers are bidding in a rounds auction up to their

14  valuation.  The transaction is not likely to change their

15  valuations of the books they are competing for, so it's

16  unlikely in a rounds setting that there is going to be a

17  significant change in incentives for the other Big 5

18  publishers.

19  Q    How about other acquisition types?

20  A    So it varies again acquisition type by acquisition type.

21       Your Honor, we discussed yesterday in a best bids type

22  framework the effect is that a publisher is balancing the

23  probability of winning against the margin if it wins.  For the

24  parties, by removing the head-to-head competition, they can

25  significantly change the probability of winning and lead them

1    to bid less aggressively.

2         Other publishers won't have that, what we would call a

3    first order effect.  There may be an additional effect that

4    they recognize over time that the parties are bidding less

5    aggressive -- or, sorry, the merged firm is bidding less

6    aggressively, but they are unlikely to have an incentive to bid

7    more aggressively.

8         THE COURT:  I'm sorry.  So over time, they are not

9    going to bid more aggressively to compete with the combined

10   entity?

11        THE WITNESS:  Right.  So there -- this is a common

12   feature in some economic models, Your Honor.  If you recognize

13   that competition has been softened but you are less likely to

14   lose an auction for a particular book on average, then your

15   incentive is to take some of that as a higher probability of

16   winning and take some of it as a higher margin if you win.  So

17   you take a little bit of both, and that means you bid a little

18   bit less aggressively than you did prior to the merger.

19   BY MR. STEVENSON:

20   Q    How might other Big 5 publishers' incentives be -- excuse

21   me.

22        How might the incentives of other Big 5 publishers be

23   affected in negotiations with authors?

24   A    The effect in negotiations will likely be similar to that

25   in best bids.  In a negotiation, the concern is that the book

1    may go into the open market or go to another publisher.  If

2    there is a perception -- for the parties, there is a

3    recognition that a direct competitor has been removed and is

4    not competing head to head with us.  The non-Big 5 -- sorry,

5    the other members of the Big 5 don't have that direct effect.

6        But there can be a second order effect where they

7    recognize that competition has softened because the merged firm

8    bids less aggressively.  So they may be unchanged or they may

9    have a small diminution in their aggressiveness.

10   Q    At a high level, what is your understanding of

11   Dr. Snyder's arguments regarding entry and expansion?

12   A    I believe that Dr. Snyder believes that there aren't --

13   that entry is relatively easy into the market for anticipated

14   top sellers and that there have been recent examples of entry

15   that underline that.

16   Q    Let's break that down.  Do you agree with Dr. Snyder's

17   argument that entry and expansion are easy?

18   A    I don't believe so, Your Honor.  I think there are

19   significant barriers to entry and expansion.

20   Q    Do you agree with Dr. Snyder that examples of recent entry

21   show that there are limited barriers to entry and expansion?

22   A    I think, Your Honor, there hasn't been evidence of

23   significant entry and expansion by the non-Big 5 over the past

24   three years.  And I think there's qualitative evidence that the

25   non-Big 5 face significant barriers to entry and expansion.

```
1              MR. STEVENSON:  I have about 10 to 15 minutes left.  I
2    am mindful of the time.  I could wrap up, but it's up to you.
3              THE COURT:  We usually stop at 1:00 so --
4              MR. STEVENSON:  Okay.  I'm sorry.
5              THE COURT:  Did you consider whether other Big 5
6    publishers might merge themselves and consolidate?
7              THE WITNESS:  I did not analyze that, Your Honor.
8              THE COURT:  Is that a factor?
9              THE WITNESS:  Typically what the -- when looking at a
10   particular merger, one thinks about what would happen if this
11   merger occurred, because subsequent mergers may themselves be
12   subject to evaluation or challenges and maybe -- it's
13   relatively speculative for me to guess there might be a merger
14   between HarperCollins and Hachette, which that's complete
15   speculation.  I have no knowledge of such a merger, just to be
16   clear.
17   BY MR. STEVENSON:
18   Q    Dr. Hill, I would like to focus on literary agents for a
19   moment.
20   A    Sure.
21   Q    Did you consider the role that literary agents play in
22   your analysis of this merger?
23   A    I did.
24   Q    What do you understand to be the role of literary agents?
25   A    I think Mr. King gave some very good testimony on the role
```

```
 1   of literary agents, the ways they can help an author to find a
 2   publisher for a manuscript or an idea.
 3   Q    Did Dr. Snyder make any arguments regarding literary
 4   agents?
 5   A    He did.
 6   Q    What is your understanding of those arguments?
 7   A    My understanding is his argument is that littery agents
 8   will make it unlikely that there will be harm from the
 9   transaction post merger.
10   Q    Do you agree with that argument?
11   A    I don't.
12   Q    Why not?
13   A    I don't think that literary agents -- their agents are a
14   feature in many different markets, Your Honor, and -- or,
15   sorry, agents are a feature in many different markets, and they
16   don't have a magic wand.  They have experience in negotiations,
17   and they use the leverage created by competition to get better
18   terms.  And if there's a significant reduction in competition,
19   they can't fix that.
20   Q    Have you seen any evidence suggesting that this would be
21   the case?
22   A    When you say this would be the case.
23   Q    Oh, yeah, any evidence that literary agents would be
24   unable to mitigate the anticompetitive effect of the merger.
25   A    Yeah.  I think there's two broad buckets of evidence on
```

1    that, Your Honor.

2        One is that today publishers are earning a significant

3    margin.  If literary agents had a magic wand, then I would

4    expect to see publishers not earning a margin.

5        And then second, there are examples of competitions where

6    the publishers were willing to pay more than they eventually

7    did.  And, again, if agents were so good at preventing any harm

8    to authors, I wouldn't expect to see that.

9    Q    Would you please share an example with us of that

10    happening?

11    A    Sure.  If you can advance one more slide, please.

12        So, Your Honor, this is an example from a Simon & Schuster

13    acquisition.  And you can see in the first -- and the block of

14    text here is going forward in time from top to bottom.  So an

15    editor writes, I think if we make a bold preempt offer, we can

16    keep it out of a competitive environment.  At auction I can see

17    this going for well above a million.  For our preempt, I would

18    like to get approval up to 750,000, but try to get it for

19    500,000.  But open to other strategies.

20        And then the publisher writes, approved to offer up to

21    500,000, so I think start at 350,000 world.  But happy to

22    discuss the other strategies.

23        And the author ended up accepting the offer for 350,000.

24        And the editor writes, thanks again for setting the right

25    price and keeping me from overspending.

1    So here's an example where the publisher was willing to

2  spend more, but the agent wasn't able to extract all of that

3  value.

4  Q    Dr. Hill, did you review Jennifer Rudolph Walsh's report

5  in this case?

6  A    I did.

7  Q    What is your understanding of Ms. Walsh's arguments

8  regarding literary agents?

9  A    There was some variation, but I believe Ms. Walsh's

10  arguments are similar to Dr. Snyder's.

11  Q    Would you please tell us your opinions are of those

12  arguments?

13  A    They are the same as my opinions with regard to

14  Dr. Snyder, that I don't think literary agents are likely to

15  significantly mitigate the anticompetitive harm.

16  Q    You mentioned that the Penguin Random House bidding

17  promise was a mitigating factor you considered.

18  A    Correct.

19  Q    I would like to ask a couple questions about that.

20    What is your understanding of the substance of Penguin

21  Random House's promise with regard to Simon & Schuster?

22  A    So if we could advance one more slide, there's a slide

23  summarizing some of what I understand to be the key terms.

24    And I think at a high level, Your Honor, the second bullet

25  here is sort of summarizing it.  The idea that post merger

```
 1   Simon & Schuster imprints will continue to bid as an external
 2   bidder with the caveat on the third bullet that there's some
 3   level at which competing bids from Simon & Schuster and Penguin
 4   Random House will be subject to review by the CEO.
 5   Q    What did you conclude about the likelihood of this promise
 6   to mitigate the anticompetitive effects of the merger?
 7   A    I think it's unlikely to mitigate the anticompetitive
 8   effects.
 9   Q    Why do you think the promise is unlikely to mitigate the
10   anticompetitive effects?
11   A    If we could advance one more slide, please, I think
12   there's four reasons.
13        One is that it's a unilateral promises, Your Honor, that
14   can be revoked.
15        Two is, even if the promise remains in effect, there are
16   other methods that the merged firm could take to reduce
17   competition.
18        Three, today we observed that imprints can and do
19   coordinate before and during acquisitions which could
20   circumvent the bidding promise.
21        And then fourth, there may not be an effect in some
22   acquisition settings.
23        My understanding -- sorry, go ahead.
24   Q    Let's start with the first issue, that it's a unilateral
25   promise.  Have you seen evidence that the merged firm would
```

```
 1   have an incentive to limit bidding between Penguin Random House
 2   and Simon & Schuster imprints after the merger?
 3   A     Sure.  If you could advance one more slide, please.
 4         This is some testimony from a president of one of the
 5   Penguin Random House imprints talking about this question of,
 6   why today, if there's only two -- of the only imprints left in
 7   a rounds auction are Penguin Random House imprints, why are
 8   they not allowed to compete against one another further?
 9         And I think the last answer here says, because ultimately
10   we are the same company so, frankly, we would just be driving
11   up the price of an auction amongst ourselves.
12         So this is summarizing the incentive to try to limit
13   competition when the competition is just down to Penguin Random
14   House imprints.
15   Q     Have you seen any other evidence of this incentive?
16   A     Yeah.  If you could please advance one more slide.
17         This is a discussion or a quote from a non-Big 5 publisher
18   saying, I have seen the press releases put out by Mark Dohle
19   and how they are going to keep the imprints bidding against
20   each other, but I know if I were leading that company, I would
21   never allow that.  I don't know why a CEO of a company would
22   allow multiple imprints to bid against each other.
23         I think this again speaks to the incentive of why a
24   publisher can have an incentive to limit its competition
25   between imprints.
```

1   Q    You mentioned that the merged firm would have other ways

2   to reduce competition between its imprints.  Could you give us

3   an example of how that might happen?

4   A    Sure.  There's this incentive, Your Honor, to limit the

5   competition, and it could be realized in a number of ways.

6        So if you advance one more slide here, this is a

7   discussion of some reorganization of imprints particularly

8   focused on Crown.  And if we look at the top left bullet, the

9   highlighted section says, of course, there will be less

10  internal competition with the focused editorial profiles in our

11  three divisions.

12       So one thing that the merged firm could do, Your Honor, is

13  reorganize imprints so that they don't overlap and compete with

14  each other as closely, so particularly imprints of Penguin

15  Random House and Simon & Schuster.

16  Q    And just to clarify, the example you just walked through

17  is the Random House and Crown integration, is that right?

18  A    Correct.

19  Q    You also mentioned that there's evidence that imprints

20  today coordinate during auctions and that they might do that in

21  the future.  What evidence have you seen of that?

22  A    So if we could please advance one more slide.

23       Here we are just seeing some examples, Your Honor, of the

24  way this typically works is in a bidding auction.  So the

25  second one here, for example, we are going to -- we, Penguin

```
1    Publishing, are going to coordinate with the Random House side.
2    Everyone has agreed to 1.1 million.  Okay.
3         So these are settings where, either before or during an
4    auction, imprints inside of PRH can completely legally
5    coordinate with one another to agree not to compete fully.  And
6    so post merger, the Penguin Random House imprints and the
7    Simon & Schuster imprints as part of one corporate family could
8    similarly coordinate.
9         And then I would also direct Your Honor just to the last
10   bullet here, or the last quote at the bottom, of course, we
11   would never poach another PRH author.  PRH editor is a really
12   good colleague.  She would never try and poach from you guys.
13        So, again, even if there was a limit on the bidding
14   promise, established authors who are up for renegotiation would
15   lose the benefit of the head-to-head competition between
16   Penguin Random House and Simon & Schuster.
17   Q    That leads to the next question I was going to ask.  I
18   think you mentioned that the promise may not affect certain
19   acquisition types.  What are you thinking about there?
20   A    So my understanding is the bidding promise applies to
21   rounds auctions.  The testimony on this wasn't entirely clear
22   to me.  But that's the format in which I think it applies.  And
23   in other formats like best bids or negotiations, the idea is
24   not necessarily that you get to a situation where you know that
25   there are just Penguin Random House imprints left, but rather,
```

1    you recognize that a significant head-to-head competition --

2    source of competition has left.

3        So, for example, in a negotiation, you recognize that the

4    external threats if the author walks away from negotiation are

5    lower, and so you have less incentive to price aggressively --

6    or sorry, to offer an aggressive advance amount.

7    Q    We are almost finished, Dr. Hill, but before we wrap up, I

8    would like to ask that, taking into account all the evidence we

9    discussed yesterday and today and the analysis you have done,

10   would you please summarize your overall conclusions of the

11   likely effect on competition of the acquisition of Simon &

12   Schuster by Penguin Random House?

13   A    Yes.  My conclusion, Your Honor, is the transaction is

14   likely to significantly reduce competition in the market for

15   anticipated top sellers and that that reduction in competition

16   is likely to harm authors.

17            MR. STEVENSON:  Your Honor, I have no further

18   questions, and I pass the witness.

19            THE COURT:  All right.  Thank you.

20            Let's take our lunch break now then.  We will take an

21   hour and resume at 2:00.

22            I will ask the witness to please not talk about his

23   testimony during the lunch break with anybody.

24            THE WITNESS:  Yes, Your Honor.

25            THE COURT:  Have a nice lunch.

```
 1              (A recess was taken at 1:02 p.m.)

 2                           – – –

 3                    C E R T I F I C A T E

 4

 5         I hereby certify that the foregoing is an

 6   accurate transcription of the proceedings in the

 7   above-entitled matter.

 8

 9

10   8/9/22                    s/ Tammy Nestor
                               Tammy Nestor, RMR, CRR
11                             Official Court Reporter
                               333 Constitution Avenue NW
12                             Washington, D.C. 20001
                               tammy_nestor@dcd.uscourts
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1500

MR. FISHBEIN: [34]
1360/16 1389/7 1400/22
1402/19 1403/3 1403/18
1403/21 1406/6 1409/15
1409/19 1411/17 1417/20
1418/1 1420/18 1424/7
1424/25 1425/25 1426/3
1428/3 1428/7 1428/14
1428/17 1436/25 1437/10
1438/1 1442/24 1443/3
1443/22 1458/19 1464/15
1465/18 1465/22 1467/11
1475/12
MR. MATELSON: [26]
1361/2 1361/5 1361/14
1361/21 1361/25 1383/1
1383/4 1385/2 1389/10
1401/3 1409/18 1411/20
1417/23 1425/3 1428/20
1433/18 1436/24 1437/6
1437/15 1437/24 1438/5
1447/22 1448/10 1450/5
1464/17 1469/2
MR. OPPENHEIMER: [5]
1402/22 1483/4 1483/21
1486/15 1486/19
MR. PETROCELLI: [1]
1360/12
MR. READ: [2] 1360/8
1360/22
MR. STEVENSON: [14]
1469/23 1470/1 1470/3
1470/5 1470/8 1483/1
1483/18 1485/24 1486/12
1486/16 1486/21 1490/1
1490/4 1498/17
THE COURT: [155] 1360/2
1360/11 1360/15 1360/19
1361/1 1361/4 1361/7
1361/13 1361/20 1361/22
1362/1 1367/11 1367/17
1367/25 1368/3 1368/8
1374/24 1375/2 1376/24
1377/2 1377/6 1377/12
1383/3 1383/6 1384/5
1384/10 1384/14 1384/18
1384/22 1384/25 1385/4
1389/9 1389/11 1390/24
1391/3 1391/8 1391/15
1391/17 1400/25 1401/2
1401/4 1402/21 1402/23
1403/17 1403/20 1403/23
1406/10 1409/17 1409/20
1411/19 1411/21 1417/22
1417/24 1425/2 1425/4
1425/24 1426/2 1426/7
1428/6 1428/8 1428/13
1428/16 1428/18 1428/21
1433/14 1433/21 1434/14
1435/10 1436/5 1436/9
1436/22 1437/1 1437/8
1437/13 1437/16 1437/21
1437/25 1438/2 1440/16
1440/19 1440/22 1441/11
1443/2 1443/4 1443/23
1444/14 1444/22 1447/21
1447/23 1448/9 1450/7
1454/13 1454/20 1455/11

1455/14 1455/20 1455/23
1455/25 1456/2 1456/4
1456/6 1458/20 1459/5
1459/8 1463/22 1464/16
1464/18 1465/17 1465/21
1465/23 1467/13 1467/18
1467/21 1467/23 1468/3
1468/5 1468/8 1468/10
1468/15 1468/19 1468/23
1468/25 1469/5 1469/8
1469/12 1469/20 1469/25
1470/2 1470/4 1470/6
1471/13 1471/19 1471/24
1472/11 1472/24 1473/3
1473/13 1473/22 1474/3
1474/7 1475/14 1475/16
1483/3 1483/5 1483/20
1483/22 1484/23 1486/14
1486/20 1488/8 1490/3
1490/5 1490/8 1498/19
1498/25
THE COURTROOM
DEPUTY: [2] 1360/3
1475/15
THE WITNESS: [71]
1361/24 1367/15 1367/18
1368/1 1368/5 1375/1
1375/4 1377/1 1377/5
1377/9 1383/12 1384/8
1384/11 1384/17 1384/21
1384/24 1391/2 1391/5
1391/9 1391/16 1401/1
1424/9 1433/16 1434/2
1434/21 1435/15 1436/8
1436/11 1440/18 1440/20
1440/24 1444/16 1448/5
1454/14 1454/23 1455/13
1455/16 1455/18 1455/20
1456/1 1456/3 1456/5
1458/23 1459/7 1463/23
1467/17 1467/20 1467/22
1467/25 1468/4 1468/6
1468/9 1468/11 1468/16
1468/20 1468/24 1469/7
1469/22 1471/17 1472/2
1472/13 1473/1 1473/7
1473/16 1473/25 1474/5
1475/17 1488/11 1490/7
1490/9 1498/24

$
$250,000 [6] 1395/24
1397/13 1397/16 1470/14
1470/17 1473/12
$80 [1] 1391/5
$80 million [1] 1391/5

'
'20 [1] 1407/15
'22 [2] 1402/7 1429/17
'23 [5] 1429/17 1429/23
1429/24 1432/25 1434/24
'24 [2] 1429/24 1434/25
'25 [1] 1434/25

0
02886 [1] 1357/3
0967 [1] 1483/23
0968 [1] 1486/23
0977 [1] 1483/6

1.1 million [1] 1497/2
10 [3] 1388/14 1410/21
1490/1
10 percent [1] 1482/12
10,000 [1] 1390/23
10-K [5] 1411/10 1411/25
1412/4 1412/16 1414/22
10022 [1] 1358/4
105 [4] 1388/14 1389/8
1389/11 1389/12
10:59 [1] 1428/12
12 [1] 1418/5
125 [1] 1390/20
12:15 [2] 1437/14 1437/18
13.8 [1] 1390/14
14 [2] 1400/10 1400/22
143 [4] 1424/5 1425/1
1425/5 1425/25
15 [3] 1423/10 1437/7
1490/1
15-minute [1] 1428/8
16 [1] 1363/7
17 [2] 1409/4 1410/21
18 [3] 1400/10 1400/23
1405/17
19 [1] 1410/21
1999 [1] 1357/19
1:00 so [1] 1490/3
1:02 [1] 1499/1

2
2,000 [3] 1371/10 1371/16
1371/18
20 [3] 1363/6 1404/21
1429/11
200 [1] 1379/14
200,000 [1] 1396/6
200-year [1] 1379/18
20001 [2] 1358/12 1499/12
20004 [1] 1358/8
2008 [1] 1363/1
2013 [1] 1430/16
2019 [6] 1389/15 1419/12
1419/13 1433/3 1482/17
1483/15
2020 [14] 1381/10 1381/11
1390/13 1390/16 1404/23
1405/10 1406/24 1407/2
1407/16 1417/17 1431/19
1432/13 1432/19 1433/1
2021 [5] 1386/12 1388/20
1404/25 1482/17 1483/16
2022 [3] 1357/6 1402/8
1405/14
2024 [6] 1405/1 1405/14
1405/16 1406/25 1407/5
1407/15
20530 [1] 1357/16
21-02886 [1] 1357/3
22 [1] 1499/10
23 [1] 1429/20
25 [4] 1362/13 1403/2
1403/18 1429/3
250 [1] 1474/4
250,000 [5] 1399/8 1414/10
1470/21 1473/9 1474/1
27 percent [1] 1390/13
279 [3] 1401/25 1402/20

2886 [1] 1360/4
299 [3] 1411/6 1411/18
1411/22
2:00 [1] 1498/21

3
30 [1] 1432/24
300,000 [1] 1396/6
32 [3] 1400/5 1400/7
1400/23
3214 [1] 1403/19
327 [3] 1417/14 1417/21
1417/25
333 [2] 1358/11 1499/11
350,000 [2] 1492/21 1492/23
39 [2] 1405/4 1405/8

4
401 [1] 1358/7
409 [3] 1406/7 1406/12
1407/9
45 [1] 1476/23
450 [1] 1357/15

5
5's [2] 1483/8 1483/16
50 [4] 1409/1 1409/3 1409/4
1435/17
500,000 [2] 1492/19 1492/21
51 [2] 1410/17 1410/20
599 [1] 1358/3

6
63 [2] 1389/14 1389/18

7
750,000 [1] 1492/18
78 [1] 1484/20
79 [1] 1484/21

8
8/9/22 [1] 1499/10
8:41 a.m [1] 1425/8

9
90067 [1] 1357/20
9:31 [2] 1357/7 1360/1

A
a.m [4] 1357/7 1360/1
1425/8 1428/12
ability [10] 1377/19 1380/17
1383/11 1413/25 1416/22
1477/7 1477/11 1477/23
1478/24 1480/16
able [10] 1372/7 1373/25
1376/11 1377/16 1378/7
1380/10 1380/21 1422/23
1477/17 1493/2
about [102] 1361/17 1362/13
1362/22 1362/23 1367/4
1367/23 1368/11 1368/22
1369/14 1369/15 1371/10
1371/14 1371/16 1371/20
1374/4 1375/24 1376/13
1376/25 1377/6 1378/18
1378/23 1378/24 1379/24
1380/12 1381/9 1382/20
1384/9 1387/22 1389/21

about... [73]  1390/14
1390/20 1390/23 1390/25
1397/21 1399/14 1400/13
1400/13 1401/9 1401/19
1405/23 1408/21 1408/22
1410/6 1410/7 1412/8
1412/10 1416/22 1418/14
1419/10 1419/16 1420/17
1421/1 1422/9 1422/21
1424/4 1427/13 1428/10
1429/7 1430/12 1430/13
1430/20 1431/2 1431/6
1431/10 1431/18 1432/18
1433/8 1433/22 1436/16
1437/14 1437/14 1470/14
1470/24 1472/17 1473/18
1475/3 1475/4 1476/13
1477/14 1477/22 1478/7
1479/15 1480/1 1480/17
1481/12 1481/15 1481/17
1481/22 1482/2 1482/23
1484/19 1485/15 1486/25
1487/11 1487/19 1490/1
1490/10 1493/19 1494/5
1495/5 1497/19 1498/22
above [10]  1367/3 1368/17
1369/16 1375/25 1395/21
1397/16 1399/8 1474/1
1492/17 1499/7
above-entitled [1] 1499/7
absolutely [1] 1474/6
absorb [1] 1422/13
accepting [1] 1492/23
access [1] 1379/23
account [1] 1498/8
accountable [1] 1369/7
accrue [1] 1431/22
accurate [2] 1412/14 1499/6
achieve [6]  1372/25 1373/8
1383/24 1421/16 1427/1
1476/25
Achieving [1] 1426/24
acquire [5] 1370/6 1387/4
1387/7 1434/19 1485/19
acquired [3] 1368/11
1386/12 1387/13
acquiring [10] 1369/8 1376/2
1383/8 1387/11 1398/18
1399/6 1400/14 1419/18
1435/11 1480/19
acquisition [17] 1366/4
1371/23 1384/3 1386/18
1386/25 1404/9 1424/23
1431/2 1431/19 1487/10
1487/19 1487/20 1487/20
1492/13 1494/22 1497/19
1498/11
acquisitions [5] 1366/3
1382/22 1404/7 1478/18
1494/19
across [5] 1372/16 1378/12
1396/13 1471/17 1472/1
Action [1] 1357/3
active [3] 1372/19 1374/19
1418/24
activities [1] 1363/9
activity [1] 1382/13
actual [4] 1367/23 1368/4

actually [2] 1372/11 1426/25
addition [3] 1393/19 1478/21
1483/25
additional [4] 1422/12
1428/24 1476/21 1488/3
addressing [1] 1431/13
adjust [1] 1368/20
admit [4] 1483/2 1483/19
1486/13 1486/17
admitted [10] 1389/11
1401/4 1402/23 1409/21
1411/21 1417/24 1425/4
1483/5 1483/22 1486/20
adult [1] 1364/9
advance [50] 1369/18
1370/10 1371/23 1373/5
1375/24 1377/17 1378/6
1380/18 1395/24 1396/6
1396/6 1397/12 1397/16
1398/14 1406/15 1406/22
1407/3 1407/10 1429/13
1429/15 1430/20 1431/14
1433/7 1435/19 1473/25
1474/25 1476/12 1476/20
1477/5 1477/19 1478/6
1479/4 1479/19 1482/5
1482/8 1482/11 1482/15
1483/10 1484/3 1484/13
1485/13 1486/7 1492/11
1493/22 1494/11 1495/3
1495/16 1496/6 1496/22
1498/6
advanced [2] 1373/16
1373/17
advances [34] 1387/1
1387/20 1397/3 1397/22
1398/12 1399/8 1403/11
1403/25 1406/18 1406/20
1407/21 1407/25 1408/6
1408/10 1408/15 1408/21
1408/23 1409/7 1410/2
1410/6 1410/7 1410/12
1410/25 1414/9 1430/13
1430/16 1430/22 1430/24
1433/23 1434/15 1434/16
1435/7 1435/13 1474/4
advantage [3] 1395/5 1417/8
1417/11
advisers [1] 1423/4
affect [3] 1421/20 1434/20
1497/18
affected [1] 1488/23
after [8] 1374/9 1380/1
1380/1 1394/13 1403/13
1435/19 1435/20 1495/2
afternoon [3] 1469/15
1470/11 1470/12
again [26] 1364/11 1366/15
1377/23 1381/21 1390/14
1394/9 1396/7 1397/14
1410/15 1418/11 1419/4
1422/23 1424/7 1428/4
1428/13 1429/1 1430/7
1435/5 1435/15 1469/16
1479/5 1487/20 1492/7
1492/24 1495/23 1497/13
against [7] 1368/22 1393/22
1433/11 1487/23 1495/8

agent [2] 1481/12 1493/2
agents [18] 1434/5 1434/5
1434/13 1475/4 1490/18
1490/21 1490/24 1491/1
1491/4 1491/7 1491/13
1491/13 1491/15 1491/23
1492/3 1492/7 1493/8
1493/14
agglomerations [1] 1478/14
aggregate [6] 1408/17
1410/6 1410/12 1430/24
1430/25 1482/23
aggressive [10] 1374/22
1398/17 1398/22 1399/2
1399/15 1399/25 1400/14
1434/5 1488/5 1498/6
aggressively [10] 1398/25
1475/24 1476/7 1488/1
1488/6 1488/7 1488/9
1488/18 1489/8 1498/5
aggressiveness [1] 1489/9
ago [7]  1371/8 1373/12
1376/9 1414/20 1419/14
1419/25 1427/16
agree [15] 1395/11 1413/10
1413/13 1413/16 1415/3
1415/6 1415/17 1416/9
1420/12 1420/15 1421/12
1489/16 1489/20 1491/10
1497/5
agreed [1] 1497/2
ahead [4] 1401/15 1471/19
1474/8 1494/23
airport [1] 1480/18
al [2]  1357/6 1360/5
aligned [1] 1373/4
alignment [1] 1373/9
all [77]  1361/7 1362/25
1363/4 1363/9 1363/18
1363/22 1364/1 1364/7
1364/14 1364/22 1364/25
1365/9 1366/11 1367/19
1367/21 1368/16 1369/24
1369/25 1370/1 1370/7
1372/5 1372/16 1372/19
1373/1 1373/3 1373/4
1374/19 1376/3 1376/22
1377/14 1378/11 1381/4
1381/21 1382/25 1385/4
1387/23 1389/23 1392/11
1393/2 1393/24 1393/25
1393/25 1394/11 1396/11
1396/20 1399/15 1404/14
1405/14 1422/5 1424/4
1427/19 1428/13 1428/16
1429/6 1429/23 1430/5
1431/13 1432/15 1433/4
1434/13 1435/12 1437/1
1471/14 1471/15 1471/21
1472/1 1473/7 1473/11
1480/3 1480/6 1480/8
1480/16 1482/9 1486/20
1493/2 1498/8 1498/19
allocate [3] 1382/19 1396/13
1397/1
allocation [1] 1370/2
allow [6]  1383/4 1386/19
1386/22 1406/2 1495/21

allowed [1] 1495/8
almost [6]  1370/2 1372/14
1374/19 1377/21 1434/23
1498/7
already [1] 1422/16
also [43]  1363/18 1366/1
1369/9 1372/2 1373/15
1374/12 1377/25 1378/4
1378/15 1378/16 1379/10
1381/18 1386/4 1388/13
1393/20 1395/5 1399/5
1409/23 1412/10 1415/3
1415/6 1416/5 1423/4
1429/15 1429/14 1429/20
1429/25 1431/2 1431/8
1431/18 1432/18 1435/23
1470/22 1470/23 1473/1
1479/12 1481/7 1481/23
1484/21 1486/5 1487/12
1496/19 1497/9
always [4]  1374/20 1374/21
1435/24 1436/17
am [25]  1363/4 1363/9
1367/22 1368/5 1368/15
1388/12 1389/25 1394/2
1395/18 1396/2 1401/14
1401/15 1403/3 1408/21
1408/22 1409/20 1418/2
1420/19 1422/8 1433/11
1433/20 1436/2 1470/21
1484/15 1490/2
amazing [1] 1434/2
Amazon [25]  1391/13
1416/11 1416/14 1416/17
1416/23 1416/23 1417/1
1417/2 1417/3 1417/5
1417/7 1417/9 1419/6
1419/7 1419/11 1419/16
1419/25 1420/12 1432/18
1433/6 1433/12 1485/9
1485/18 1485/20 1485/22
Amazon's [7]  1485/5 1485/6
1485/8 1485/12 1486/3
1486/5 1486/10
Amazon-published [1]
1416/23
AMERICA [2]  1357/3 1360/4
American [3]  1364/20
1364/21 1378/8
amongst [1]  1495/11
amount [20]  1370/9 1370/11
1370/14 1370/23 1370/24
1371/14 1371/20 1376/5
1383/13 1385/22 1395/25
1399/5 1406/16 1407/2
1417/5 1434/9 1435/5
1435/6 1483/16 1498/6
amounts [1]  1482/8
analysis [15]  1420/23
1421/24 1423/2 1423/12
1424/3 1432/10 1432/12
1470/17 1471/21 1474/20
1474/23 1484/10 1485/6
1490/22 1498/9
analytical [1]  1422/5
analyze [1]  1490/7
analyzed [1]  1486/5
Angeles [1]  1357/20

1501

announced [1] 1399/14
announcement [1] 1403/14
annual [3] 1388/22 1431/8
1431/13
annuity [1] 1377/21
another [10] 1386/12 1411/5
1417/13 1417/18 1479/12
1482/22 1489/1 1495/8
1497/5 1497/11
answer [11] 1396/3 1400/11
1400/16 1400/17 1409/5
1409/10 1410/24 1411/2
1420/4 1479/10 1495/9
anticipated [19] 1426/10
1470/19 1471/22 1471/25
1473/7 1475/23 1476/1
1476/11 1477/4 1477/12
1477/15 1478/5 1478/21
1484/5 1485/23 1486/6
1486/11 1489/13 1498/15
anticompetitive [12] 1387/17
1474/22 1475/18 1476/4
1481/19 1487/1 1487/7
1491/24 1493/15 1494/6
1494/7 1494/10
Antitrust [1] 1357/15
any [65] 1360/20 1366/4
1366/11 1368/16 1371/22
1381/14 1385/1 1385/25
1386/7 1389/9 1392/13
1392/16 1392/19 1395/20
1400/25 1402/21 1403/4
1403/22 1404/11 1407/20
1407/24 1408/9 1409/7
1409/17 1411/19 1412/25
1414/4 1417/22 1420/23
1422/1 1422/2 1424/1
1425/2 1428/19 1430/16
1431/21 1432/15 1433/11
1433/12 1433/12 1436/23
1473/14 1475/6 1476/10
1476/18 1477/17 1478/10
1478/12 1479/3 1479/17
1481/9 1483/3 1483/20
1484/1 1484/9 1485/1
1485/11 1485/18 1485/20
1486/14 1491/3 1491/20
1491/23 1492/7 1495/15
anybody [3] 1401/16 1428/11
1498/23
anyone [3] 1391/3 1408/4
1408/5
anything [5] 1386/10 1389/1
1424/2 1473/13 1478/4
anyway [2] 1405/24 1410/8
apart [1] 1413/1
Apologies [1] 1486/21
appeal [1] 1473/19
appearance [1] 1475/25
appearances [3] 1357/11
1357/22 1360/7
applies [2] 1497/20 1497/22
apply [1] 1386/4
appreciate [1] 1428/7
approach [2] 1360/6 1469/23
appropriate [1] 1370/2
appropriately [1] 1378/13
approval [12] 1366/13

1366/13 1366/16 1367/2
1368/23 1368/25 1369/5
1369/13 1369/13 1369/16
1375/25 1492/18
approvals [1] 1369/12
approve [2] 1366/8 1367/4
approved [1] 1492/20
approving [1] 1368/5
approximately [4] 1406/14
1407/9 1433/2 1437/8
are [232] 1360/9 1360/17
1360/20 1362/8 1363/8
1363/15 1364/22 1365/4
1365/11 1365/14 1365/16
1366/7 1366/9 1366/12
1366/16 1366/17 1366/22
1368/1 1368/2 1368/11
1368/17 1368/17 1368/18
1368/22 1369/7 1369/9
1369/11 1369/15 1369/16
1369/17 1369/22 1369/22
1369/22 1370/3 1370/6
1370/18 1371/18 1372/9
1372/11 1372/11 1372/19
1373/3 1373/4 1373/11
1373/13 1373/14 1373/14
1373/17 1373/17 1374/2
1374/2 1374/17 1374/18
1374/19 1374/21 1374/23
1375/6 1375/9 1375/13
1375/18 1376/4 1376/7
1376/11 1376/17 1376/20
1377/7 1377/10 1377/10
1377/22 1378/15 1378/16
1378/25 1379/3 1379/7
1379/14 1380/14 1381/3
1381/8 1384/2 1384/5
1384/6 1384/9 1385/19
1385/19 1386/5 1388/8
1388/11 1391/12 1392/2
1392/3 1392/13 1392/21
1393/19 1393/22 1394/7
1394/12 1394/24 1395/8
1395/18 1395/21 1395/25
1396/18 1397/21 1397/21
1397/22 1398/1 1399/11
1400/6 1401/13 1403/8
1407/2 1409/23 1410/5
1410/6 1410/22 1412/13
1412/17 1413/19 1413/22
1414/17 1415/23 1415/25
1416/6 1417/5 1418/18
1420/6 1421/5 1421/21
1422/23 1423/19 1424/1
1425/24 1426/2 1426/17
1427/6 1427/20 1427/24
1430/1 1430/2 1430/9
1431/14 1432/4 1433/7
1433/14 1433/17 1433/19
1434/15 1434/24 1435/4
1435/5 1435/6 1435/10
1435/11 1435/16 1435/16
1435/17 1435/22 1436/5
1436/6 1436/6 1436/11
1436/16 1436/18 1436/19
1437/2 1469/13 1469/25
1470/3 1470/7 1471/14
1471/15 1471/17 1472/3
1472/24 1473/15 1473/16

1474/1 1474/21 1475/18
1476/3 1476/5 1476/13
1476/21 1477/3 1477/15
1477/17 1477/22 1477/25
1479/7 1479/23 1479/23
1479/24 1481/7 1483/15
1484/16 1484/18 1484/21
1485/22 1487/13 1487/15
1488/4 1488/6 1488/8
1488/13 1489/17 1489/18
1489/21 1491/13 1491/15
1492/2 1492/5 1493/10
1493/11 1493/13 1493/14
1494/15 1495/7 1495/7
1495/10 1495/19 1496/23
1496/25 1497/1 1497/3
1497/14 1497/19 1497/25
1498/4 1498/7
area [3] 1369/25 1423/20
1423/22
areas [4] 1422/23 1424/1
1436/19 1436/21
aren't [1] 1489/12
argued [1] 1482/17
argument [3] 1489/17 1491/7
1491/10
arguments [6] 1489/11
1491/3 1491/6 1493/7
1493/10 1493/12
around [7] 1363/5 1365/9
1373/4 1373/9 1390/13
1390/14 1420/23
as [84] 1361/12 1361/14
1361/16 1361/18 1361/18
1363/2 1363/17 1363/21
1367/13 1370/9 1371/20
1372/15 1372/15 1372/21
1374/23 1375/6 1376/17
1376/18 1380/4 1380/4
1380/20 1380/21 1383/22
1385/10 1385/11 1385/25
1386/25 1387/14 1388/7
1388/7 1390/15 1391/22
1392/8 1392/13 1392/13
1392/16 1392/16 1392/19
1392/19 1396/4 1397/24
1399/21 1400/23 1401/8
1402/15 1402/15 1406/6
1407/16 1408/1 1408/6
1408/15 1408/22 1408/23
1409/15 1414/23 1415/8
1415/12 1415/12 1416/5
1416/11 1416/11 1416/18
1417/7 1419/2 1419/5
1431/21 1433/6 1434/3
1469/19 1475/24 1478/8
1478/16 1479/12 1479/25
1480/11 1480/15 1481/1
1481/3 1488/15 1488/16
1493/13 1494/1 1496/14
1497/7
ask [29] 1367/11 1374/4
1377/15 1381/9 1383/2
1383/21 1387/22 1390/19
1390/24 1403/3 1412/22
1418/1 1420/17 1422/8
1422/9 1429/1 1429/7
1430/12 1437/3 1437/17

1475/12
1481/15 1486/25 1493/19
1497/17 1498/8 1498/22
asked [11] 1373/5 1400/10
1409/4 1410/21 1421/1
1430/13 1431/2 1431/18
1432/18 1470/13 1470/23
asking [3] 1408/21 1408/22
1473/3
aspirations [1] 1383/15
assess [1] 1380/17
assessment [2] 1433/5
1433/5
asset [5] 1421/13 1421/16
1421/21 1478/1 1478/2
associated [2] 1394/25
1406/13
attempt [2] 1485/5 1485/6
attempted [3] 1485/2 1485/8
1485/12
attempting [1] 1486/4
attention [1] 1379/8
attracted [1] 1481/7
attributes [1] 1392/4
auction [14] 1433/25 1471/3
1471/16 1472/15 1485/21
1487/11 1487/12 1487/13
1488/14 1492/16 1495/7
1495/11 1496/24 1497/4
auctions [9] 1385/22 1386/20
1433/11 1436/11 1472/1
1485/19 1485/20 1496/20
1497/21
audience [8] 1364/18
1364/18 1364/24 1365/8
1473/19 1473/23 1478/25
1481/6
audio [1] 1413/21
August [1] 1357/6
Australia [5] 1362/17
1367/18 1371/9 1422/15
1422/17
author [26] 1371/17 1374/4
1374/7 1376/21 1376/21
1378/19 1379/20 1386/5
1397/23 1398/6 1398/15
1403/10 1403/25 1407/20
1407/25 1408/5 1408/10
1409/7 1410/25 1414/3
1414/4 1435/7 1491/1
1492/23 1497/11 1498/4
authors [31] 1371/20
1371/24 1376/7 1377/20
1378/11 1379/12 1379/15
1379/15 1379/15 1386/23
1387/1 1387/20 1398/18
1399/6 1399/8 1400/14
1408/15 1410/2 1414/9
1415/13 1415/18 1416/18
1419/23 1434/5 1481/4
1481/7 1481/13 1488/23
1492/8 1497/14 1498/16
authors' [1] 1378/8
available [3] 1372/9 1479/1
1479/15
Avenue [4] 1357/19 1358/3
1358/11 1499/11
average [6] 1471/1 1471/6
1471/14 1472/10 1478/3

**A**

average... [1] 1488/14
averaged [1] 1471/17
averages [1] 1371/10
aware [4] 1409/23 1410/22
1433/12 1433/17
away [1] 1498/4

**B**

back [17] 1368/23 1369/12
1376/24 1377/14 1385/13
1385/15 1385/22 1400/4
1409/2 1422/23 1423/20
1424/2 1434/8 1436/6
1437/13 1469/13 1469/20
background [1] 1421/9
backlist [15] 1377/16
1377/18 1377/24 1378/2
1381/7 1384/10 1384/11
1390/12 1390/15 1427/13
1427/25 1428/1 1428/2
1478/10 1478/17
backlists [3] 1478/8 1478/14
1478/19
backup [1] 1474/1
bag [4] 1378/22 1378/24
1379/4 1379/7
Baker [3] 1474/10 1474/13
1474/15
balancing [2] 1383/20
1487/22
bar [4] 1404/20 1405/4
1429/3 1429/3
Barnes [3] 1364/4 1364/12
1391/13
barrier [6] 1477/11 1478/22
1479/12 1479/18 1480/11
1481/1
barriers [13] 1416/5 1431/10
1476/5 1476/9 1476/10
1476/14 1476/15 1477/3
1481/22 1485/9 1489/19
1489/21 1489/25
bars [1] 1404/14
base [1] 1364/3
based [12] 1364/1 1364/5
1372/1 1374/5 1375/22
1385/1 1408/10 1409/6
1427/8 1436/23 1472/24
1473/1
baseline [1] 1427/5
basically [2] 1367/8 1433/16
basis [3] 1366/10 1433/10
1478/19
Bates [2] 1403/17 1403/18
be [107] 1361/13 1366/7
1366/9 1368/6 1368/17
1369/8 1370/4 1371/13
1372/6 1373/25 1374/8
1374/10 1374/12 1374/20
1374/22 1375/10 1377/22
1378/7 1378/9 1378/11
1379/5 1379/6 1379/12
1379/20 1380/8 1380/20
1380/21 1380/22 1380/23
1382/23 1383/17 1383/17
1384/18 1387/11 1387/14
1388/6 1389/6 1389/11
1390/23 1391/7 1391/24

1397/3 1397/25 1398/12 1398/13
1398/14 1398/22 1399/11
1399/24 1401/4 1402/23
1404/19 1411/21 1412/14
1413/25 1415/21 1415/22
1417/24 1421/18 1422/16
1422/24 1425/4 1427/21
1433/1 1433/17 1434/11
1435/7 1435/8 1436/14
1437/10 1437/11 1469/20
1473/10 1473/12 1474/1
1474/6 1475/2 1475/23
1475/25 1479/15 1483/5
1483/22 1485/19 1487/16
1488/3 1488/20 1488/22
1488/24 1489/6 1489/8
1490/11 1490/13 1490/15
1490/24 1491/8 1491/20
1491/22 1491/23 1493/23
1494/4 1494/14 1494/21
1495/10 1496/5 1496/9
bear [1] 1480/25
bearing [1] 1477/16
beating [1] 1382/6
became [2] 1362/15 1369/3
because [26] 1376/4 1377/21
1380/24 1381/6 1384/11
1384/23 1386/10 1387/1
1387/22 1393/23 1395/8
1405/13 1421/15 1428/4
1432/4 1434/16 1435/12
1435/16 1435/23 1472/3
1473/10 1477/25 1479/10
1489/7 1490/11 1495/9
become [4] 1362/25 1379/25
1381/6 1479/9
becomes [3] 1369/11
1378/22 1380/2
been [40] 1361/11 1362/12
1367/12 1367/15 1368/25
1375/5 1377/23 1379/13
1380/13 1380/14 1384/24
1398/17 1399/3 1400/13
1406/6 1408/13 1408/19
1409/10 1409/24 1410/2
1410/12 1410/13 1410/22
1414/19 1419/13 1421/7
1426/10 1427/17 1430/9
1430/13 1433/9 1433/13
1469/18 1473/9 1484/25
1485/23 1488/13 1489/3
1489/14 1489/22
before [11] 1357/9 1360/20
1362/14 1362/16 1362/18
1369/3 1381/3 1427/12
1494/19 1497/3 1498/7
began [2] 1360/1 1432/24
begin [1] 1432/22
begins [1] 1432/24
being [10] 1368/11 1377/16
1380/10 1388/11 1399/15
1399/25 1400/14 1427/20
1434/5 1480/16
believe [25] 1379/10 1387/16
1387/19 1392/10 1410/2
1410/12 1410/25 1412/1
1417/7 1425/12 1426/19
1429/9 1430/19 1431/16

1461/8 1472/5 1473/4
1473/25 1473/25 1479/23
1480/6 1480/23 1489/12
1489/18 1493/9
believed [1] 1427/9
believes [1] 1489/12
Bellshaw [2] 1357/13
1360/10
below [4] 1369/17 1395/21
1404/3 1434/18
Ben [2] 1360/9 1361/2
BENCH [1] 1357/9
benefit [1] 1497/15
benefits [1] 1480/21
Bennett [1] 1357/13
BERTELSMANN [6] 1357/6
1357/18 1360/5 1360/14
1382/6 1382/8
best [8] 1365/2 1378/8
1378/12 1399/12 1479/9
1487/21 1488/25 1497/23
bets [8] 1369/20 1369/22
1369/25 1369/25 1370/1
1376/4 1380/24 1380/25
better [5] 1384/23 1434/12
1436/13 1479/1 1491/17
between [16] 1371/22
1373/22 1387/19 1407/15
1425/20 1430/15 1431/20
1471/2 1471/8 1471/10
1483/13 1490/14 1495/1
1495/25 1496/2 1497/15
Bible [5] 1391/5 1427/16
1427/24 1473/9 1473/15
Bibles [7] 1375/16 1427/12
1427/19 1427/20 1427/22
1427/23 1473/24
bid [15] 1381/25 1382/2
1382/5 1382/6 1385/22
1386/1 1386/8 1386/20
1420/22 1488/1 1488/6
1488/9 1488/17 1494/1
1495/22
bidder [2] 1471/10 1494/2
bidders [2] 1471/2 1471/8
bidders' [1] 1472/11
bidding [20] 1368/4 1368/17
1374/19 1374/21 1381/10
1381/12 1385/19 1398/25
1433/13 1475/5 1487/13
1488/4 1488/5 1493/16
1494/20 1495/1 1495/19
1496/24 1497/13 1497/20
bids [6] 1366/9 1487/21
1488/25 1489/8 1494/3
1497/23
bifurcate [1] 1361/15
big [63] 1363/10 1369/20
1369/21 1373/6 1374/2
1376/4 1377/19 1378/3
1378/24 1380/24 1387/14
1397/7 1397/7 1397/8
1397/9 1397/12 1397/12
1397/16 1397/17 1413/20
1414/3 1417/3 1433/9
1433/13 1433/14 1477/2
1478/8 1478/11 1479/1
1479/8 1479/25 1480/2
1480/3 1480/20 1480/22

1473/25 1473/25 1479/23
1473/15 1473/25 1479/20
1480/6 1480/18 1489/9
1489/15 1493/9
Big 5 [1] 1479/8
bigger [6] 1371/1 1371/1
1377/7 1377/10 1377/11
1433/23
biggest [3] 1408/19 1416/14
1430/7
binder [10] 1388/12 1388/13
1400/4 1402/1 1406/2
1411/6 1429/1 1484/16
1484/21 1486/18
binders [3] 1469/24 1469/25
1470/3
bit [15] 1364/19 1371/4
1374/4 1375/15 1375/18
1376/5 1379/24 1383/23
1394/11 1432/18 1434/8
1474/17 1475/3 1488/17
1488/18
blended [1] 1472/10
block [1] 1492/13
blocked [1] 1387/10
blue [1] 1482/9
board [4] 1364/10 1381/20
1382/17 1382/19
bold [1] 1492/15
book [86] 1364/12 1365/2
1366/22 1366/22 1366/24
1366/25 1366/25 1370/7
1370/11 1370/19 1370/19
1371/1 1371/7 1371/10
1371/16 1371/17 1371/19
1371/19 1372/1 1372/8
1372/9 1372/11 1372/15
1372/24 1372/24 1373/1
1373/2 1373/15 1373/16
1373/19 1374/7 1375/5
1376/25 1378/10 1378/14
1378/15 1378/15 1378/19
1378/22 1378/25 1379/8
1380/4 1380/7 1380/11
1381/7 1387/23 1388/20
1388/21 1389/5 1390/2
1391/7 1391/9 1396/1
1396/5 1396/6 1397/8
1397/16 1397/17 1397/25
1398/14 1398/18 1412/20
1412/22 1412/25 1413/5
1413/16 1414/5 1416/6
1416/11 1416/14 1416/17
1418/18 1431/3 1473/21
1473/22 1478/24 1478/25
1479/14 1479/15 1479/15
1480/17 1480/18 1480/18
1480/19 1488/14 1488/25
books [135] 1362/19 1363/13
1363/15 1363/23 1363/24
1363/25 1363/25 1364/3
1364/9 1364/10 1364/11
1364/14 1365/4 1365/10

1504

**B**

books... [121] 1366/3 1366/4
1367/20 1368/11 1368/17
1369/8 1369/16 1370/22
1370/25 1371/3 1371/11
1371/12 1372/16 1373/6
1373/7 1373/10 1373/18
1373/25 1374/3 1374/21
1375/5 1375/11 1375/21
1375/24 1376/2 1376/9
1376/13 1376/17 1377/8
1377/17 1377/22 1377/22
1378/1 1378/3 1378/6
1378/8 1378/13 1378/25
1379/3 1379/7 1379/25
1380/8 1380/18 1383/8
1383/11 1383/13 1383/16
1383/17 1383/19 1383/21
1384/16 1384/23 1388/4
1388/5 1388/6 1388/7
1388/8 1389/2 1389/15
1390/5 1390/25 1391/6
1391/24 1392/2 1395/15
1396/11 1396/13 1396/21
1397/3 1397/7 1397/12
1397/22 1398/22 1399/12
1406/20 1408/20 1414/1
1414/15 1416/23 1417/3
1417/5 1417/9 1431/15
1432/10 1433/6 1433/9
1433/12 1433/13 1433/14
1434/1 1434/3 1434/19
1435/11 1435/17 1435/25
1436/15 1470/20 1471/6
1471/15 1473/5 1473/8
1473/10 1473/11 1473/14
1473/14 1473/17 1473/17
1473/19 1473/19 1473/23
1474/3 1474/4 1474/15
1477/15 1479/7 1479/7
1479/9 1479/23 1481/5
1485/19 1487/15
BookScan [3] 1372/3 1391/3
1391/12
BookTok [1] 1414/12
boss [1] 1402/15
bosses [5] 1407/19 1418/12
1418/14 1419/10 1419/15
both [3] 1422/11 1473/22
1488/17
bottom [7] 1404/8 1404/20
1422/11 1478/10 1481/11
1492/14 1497/10
bought [1] 1381/16
brand [3] 1365/7 1365/9
1394/13
brand-new [1] 1394/13
brands [1] 1365/2
breadth [2] 1477/7 1477/8
break [6] 1428/6 1428/8
1428/11 1489/16 1498/20
1498/23
BRIAN [6] 1359/4 1359/7
1360/24 1361/6 1361/10
1362/7
bring [3] 1370/7 1370/15
1381/16
bringing [2] 1371/4 1371/16
broad [6] 1364/1 1364/3

broad-based [2] 1364/1
1364/5
broadened [1] 1364/19
broader [2] 1420/6 1473/19
buckets [1] 1491/25
budget [14] 1383/8 1388/20
1388/21 1389/1 1408/9
1417/17 1417/18 1432/19
1433/1 1434/14 1434/18
1434/18 1434/22 1434/22
budgeting [1] 1434/20
budgets [2] 1395/14 1395/15
Buffalo [1] 1394/10
build [1] 1478/10
building [2] 1363/15 1389/5
built [1] 1414/7
built-in [1] 1414/7
bullet [5] 1405/23 1493/24
1494/2 1496/8 1497/10
business [50] 1361/17
1362/17 1362/18 1363/8
1363/11 1363/12 1363/21
1364/6 1364/8 1364/10
1364/15 1364/16 1367/16
1367/18 1368/19 1368/20
1375/12 1375/14 1375/19
1375/21 1381/19 1388/24
1389/23 1389/24 1391/6
1391/14 1394/10 1394/11
1394/16 1411/15 1411/25
1412/4 1412/8 1412/11
1412/20 1412/22 1412/25
1413/5 1413/20 1421/9
1422/25 1431/3 1431/4
1431/5 1431/17 1435/21
1436/3 1436/4 1436/21
1476/23
businesses [1] 1364/22
businessman [1] 1396/18
buy [4] 1380/21 1381/7
1383/18 1383/21
buying [2] 1377/23 1398/22
buzz [2] 1372/23 1373/18

**C**

calculate [2] 1371/5 1407/15
calculated [4] 1405/19
1426/20 1427/3 1472/2
calculation [2] 1421/19
1422/18
calculations [1] 1474/11
calibrate [1] 1472/6
calibrated [1] 1472/20
California [1] 1357/20
call [8] 1360/23 1361/1
1364/20 1364/20 1370/10
1375/20 1469/12 1488/2
called [3] 1390/10 1403/25
1420/7
calls [1] 1361/5
can [78] 1361/1 1361/7
1361/22 1363/2 1363/12
1364/15 1366/15 1367/11
1369/8 1369/14 1369/20
1370/7 1372/1 1376/5
1376/8 1376/11 1376/12
1376/21 1376/24 1379/5
1379/23 1380/6 1381/2

1390/24 1392/10 1406/12
1411/5 1412/16 1416/24
1417/8 1421/13 1421/16
1421/20 1422/12 1422/19
1422/21 1425/7 1425/24
1427/12 1429/1 1430/21
1430/23 1432/5 1432/22
1436/14 1469/12 1469/20
1471/5 1471/13 1472/6
1472/8 1472/10 1472/17
1472/22 1475/12 1476/20
1477/5 1477/25 1478/2
1478/9 1479/10 1482/10
1482/21 1486/10 1487/24
1489/6 1491/1 1492/11
1492/13 1492/15 1492/16
1494/14 1494/18 1495/24
1497/4
can't [5] 1379/19 1383/21
1399/19 1480/20 1491/19
Canada [1] 1363/20
cancel [1] 1482/22
capabilities [1] 1376/22
capability [1] 1380/7
capable [1] 1376/12
capital [12] 1369/6 1369/8
1369/10 1376/4 1376/22
1377/15 1381/1 1382/19
1383/10 1384/1 1384/3
1396/15
care [1] 1394/8
carefully [1] 1394/15
case [9] 1360/4 1390/11
1400/2 1433/8 1472/5
1479/7 1491/21 1491/22
1493/5
cases [1] 1422/11
cash [7] 1383/22 1383/25
1384/12 1435/5 1435/23
1435/24 1436/3
catalog [1] 1377/24
category [3] 1375/10 1390/2
1420/7
caveat [2] 1407/20 1494/2
CEO [12] 1360/23 1362/15
1362/25 1363/2 1367/22
1369/3 1402/16 1424/19
1424/21 1427/8 1494/4
1495/21
certain [10] 1366/12 1367/3
1368/24 1369/5 1373/18
1375/9 1432/5 1436/2
1479/22 1497/18
certainly [5] 1381/7 1387/23
1395/24 1397/11 1420/14
certify [1] 1499/5
cetera [2] 1392/6 1404/25
CFO [10] 1401/20 1401/21
1401/21 1401/22 1402/15
1402/16 1412/1 1412/3
1412/6 1431/16
chain [2] 1424/17 1424/18
chains [1] 1378/16
challenges [2] 1477/16
1490/12
change [12] 1370/3 1381/9
1408/19 1432/9 1462/2
1482/20 1483/8 1483/12

changed [5] 1386/10 1430/5
1432/16 1481/25 1482/13
changes [1] 1436/15
changing [3] 1413/6 1413/14
1418/8
channel [3] 1391/10 1391/10
1391/11
chapter [1] 1370/14
characterize [1] 1415/8
Charlie [1] 1424/17
chart [7] 1389/15 1390/3
1390/3 1429/3 1429/15
1482/6 1482/18
charts [1] 1429/4
check [2] 1474/1 1474/6
chief [2] 1362/11 1362/16
children's [9] 1363/16 1364/7
1364/8 1366/1 1370/22
1377/22 1388/7 1415/9
1415/10
Chozick [2] 1358/5 1360/18
Christian [32] 1363/17
1364/14 1364/16 1364/16
1365/25 1370/21 1375/14
1375/16 1375/17 1375/20
1375/21 1389/23 1389/24
1390/8 1391/1 1391/6
1391/9 1391/10 1391/12
1391/14 1391/19 1391/21
1391/25 1394/11 1473/5
1473/14 1473/17 1473/19
1473/20 1473/22 1473/23
1474/15
Christian-lite [1] 1375/20
Christians [1] 1375/15
circumvent [1] 1494/20
City [1] 1375/22
civil [2] 1357/3 1360/4
clarify [8] 1367/6 1373/13
1375/9 1430/19 1430/21
1432/22 1486/17 1496/16
clear [5] 1394/4 1407/2
1437/3 1490/16 1497/21
cleared [1] 1437/19
clients [1] 1379/4
close [2] 1382/5 1382/7
closed [9] 1359/7 1367/9
1381/22 1428/17 1430/11
1433/20 1437/2 1437/9
1437/20
closely [1] 1496/14
CO [2] 1357/6 1360/5
code [2] 1403/4 1403/5
colleague [1] 1497/12
colleagues [1] 1407/25
collections [1] 1393/25
collective [1] 1483/17
collectively [1] 1482/12
COLUMBIA [1] 1357/1
combined [1] 1488/9
come [10] 1366/23 1367/16
1369/12 1370/12 1379/15
1379/16 1381/17 1416/5
1433/11 1435/13
comes [3] 1383/20 1433/16
1436/3
coming [1] 1414/5

C

commercial [1] 1365/6
commit [2] 1369/18 1370/9
committed [1] 1407/3
common [1] 1488/11
communities [1] 1378/17
companies [5] 1380/15 1381/17 1392/5 1393/19 1404/7
company [22] 1363/17 1364/17 1379/12 1379/14 1381/23 1383/10 1383/25 1384/2 1384/4 1389/6 1401/10 1401/23 1401/24 1402/15 1412/2 1422/14 1436/15 1471/24 1476/24 1495/10 1495/20 1495/21
company's [1] 1362/22
comparable [2] 1372/4 1382/12
compare [6] 1369/16 1429/18 1429/24 1431/3 1472/22 1483/8
compared [2] 1380/18 1472/18
compete [21] 1375/14 1376/1 1377/17 1378/3 1380/18 1385/10 1385/12 1392/10 1392/21 1415/3 1415/6 1416/2 1420/1 1420/5 1476/24 1484/5 1484/7 1488/9 1495/8 1496/13 1497/5
competed [1] 1485/21
competes [4] 1374/6 1414/23 1415/17 1476/1
competing [9] 1375/13 1378/5 1385/13 1475/24 1485/18 1485/23 1487/15 1489/4 1494/3
competition [27] 1374/4 1416/5 1431/10 1471/4 1471/5 1471/11 1472/15 1473/2 1479/8 1487/24 1488/13 1489/7 1491/17 1491/18 1494/17 1495/13 1495/13 1495/24 1496/2 1496/5 1496/10 1497/15 1498/1 1498/2 1498/11 1498/14 1498/15
competitions [1] 1492/5
competitive [10] 1413/6 1413/11 1413/13 1417/7 1417/11 1418/8 1471/4 1477/1 1484/1 1492/16
competitively [1] 1361/16
competitiveness [1] 1482/3
competitor [8] 1381/8 1395/12 1419/3 1419/5 1420/13 1433/6 1433/9 1489/3
competitors [8] 1374/10 1374/13 1418/16 1418/18 1418/20 1419/10 1419/16 1476/7
complete [1] 1490/14
completely [2] 1391/11 1497/4
conceivable [1] 1478/11
concern [1] 1488/25
conclude [3] 1481/17 1487/5 1494/5
concluded [1] 1433/18
conclusion [1] 1498/13
conclusions [3] 1475/10 1475/17 1498/10
conduct [1] 1423/11
confidence [2] 1397/24 1427/9
confident [1] 1384/8
confidential [2] 1418/1 1424/7
confidentiality [1] 1485/25
confused [1] 1410/5
connection [1] 1420/22
consider [7] 1374/12 1375/10 1474/23 1484/9 1487/2 1490/5 1490/21
consideration [1] 1481/13
considered [1] 1493/17
consistent [2] 1435/8 1484/6
consolidate [1] 1490/6
consolidation [6] 1387/16 1409/24 1410/3 1410/14 1410/22 1411/1
constantly [3] 1368/18 1401/8 1427/20
Constitution [2] 1358/11 1499/11
consultant [1] 1421/10
consumer [5] 1408/18 1408/20 1408/21 1430/7 1434/3
consumers [5] 1364/1 1434/10 1478/25 1478/25 1479/16
Cont [1] 1358/1
content [4] 1374/5 1374/7 1391/11 1391/22
contents [1] 1370/13
context [5] 1401/15 1474/19 1474/20 1475/11 1475/22
contingent [1] 1399/15
continue [5] 1399/25 1400/15 1414/22 1420/1 1494/1
continues [7] 1413/6 1413/16 1413/21 1415/12 1419/7 1419/11 1419/16
continuing [1] 1416/4
contract [2] 1480/20 1480/22
contributed [1] 1424/2
conversation [1] 1368/22
cooking [1] 1364/2
coordinate [6] 1479/10 1494/19 1496/20 1497/1 1497/5 1497/8
copies [5] 1373/15 1373/16 1373/17 1373/22 1380/3
core [1] 1380/7
Corp [12] 1381/12 1381/22 1382/5 1382/17 1402/16 1407/20 1408/4 1408/5 1411/10 1412/10 1412/25 1427/9
corporate [1] 1497/7
corporation [5] 1381/20 1401/22 1411/11 1424/21 1431/9
correct [47] 1365/13 1367/8 1377/5 1381/24 1384/17 1384/21 1385/18 1385/19 1386/13 1386/14 1387/24 1392/1 1393/11 1393/21 1395/2 1396/17 1398/11 1402/18 1403/15 1403/16 1404/13 1404/24 1406/19 1406/25 1409/25 1411/12 1411/13 1413/24 1414/2 1414/21 1416/1 1416/9 1417/4 1417/5 1418/13 1418/16 1418/22 1419/1 1419/23 1420/10 1421/25 1423/21 1426/14 1427/1 1427/11 1493/18 1496/18
correlated [1] 1384/6
cost [4] 1426/10 1432/4 1432/6 1432/16
costs [7] 1370/5 1370/6 1422/12 1422/13 1422/16 1422/24 1480/24
could [64] 1361/8 1363/22 1364/25 1366/24 1368/16 1371/19 1374/20 1378/9 1379/6 1379/20 1380/8 1381/20 1382/24 1388/10 1391/24 1395/5 1398/12 1398/13 1398/14 1400/4 1400/5 1401/25 1403/2 1407/21 1407/25 1408/6 1409/1 1410/16 1415/22 1416/5 1417/13 1418/5 1421/18 1424/5 1427/21 1428/3 1431/3 1470/16 1474/21 1474/25 1475/23 1475/25 1476/12 1477/19 1478/6 1478/12 1482/3 1482/5 1482/15 1484/3 1485/24 1486/7 1490/2 1493/22 1494/11 1494/16 1494/19 1495/3 1495/16 1496/2 1496/5 1496/12 1496/22 1497/7
counsel [3] 1360/6 1360/9 1383/5
count [6] 1404/15 1405/22 1406/13 1429/8 1429/8 1432/7
countries [2] 1363/6 1429/10
country [3] 1364/23 1372/16 1378/12
couple [8] 1383/7 1420/17 1433/21 1470/13 1470/23 1477/10 1486/25 1493/19
course [6] 1366/8 1368/20 1369/20 1370/25 1496/9 1497/10
court [9] 1357/1 1358/11 1361/15 1380/14 1416/24 1469/11 1470/13 1470/23 1499/11
courtroom [2] 1437/4 1437/19
cover [2] 1406/2 1475/7
covers [1] 1427/22
created [4] 1373/9 1430/6 1479/14 1491/17
creating [2] 1371/21 1477/1
creative [2] 1370/15 1371/11
credit [1] 1393/25
critical [2] 1377/18 1378/10
cross [4] 1359/2 1383/5 1385/5 1428/25
cross-examination [1] 1383/5
Crown [2] 1496/8 1496/17
CRR [2] 1358/10 1499/10
crucial [1] 1480/16
current [1] 1433/5
customers [3] 1361/19 1371/3 1378/20
cut [2] 1482/10 1482/11
cutoff [1] 1470/18

D

D.C [5] 1357/6 1357/16 1358/8 1358/12 1499/12
Daniel [4] 1357/17 1358/5 1360/12 1360/18
data [7] 1382/12 1390/17 1391/16 1429/7 1429/8 1470/21 1472/4
day [9] 1363/9 1363/9 1366/10 1366/10 1368/16 1384/2 1384/2 1420/12 1478/18
days [1] 1414/17
dcd.uscourts [1] 1499/12
dcd.uscourts.gov [1] 1358/12
deal [4] 1386/19 1386/22 1387/10 1480/1
deals [1] 1427/3
decade [1] 1476/16
decide [3] 1396/13 1397/1 1436/10
decides [1] 1382/19
decision [4] 1384/4 1384/22 1384/24 1433/23
decisions [4] 1367/19 1367/21 1396/8 1436/7
decrease [2] 1408/1 1408/6
decreased [1] 1409/9
dedicated [2] 1370/18 1375/17
Defendant [1] 1357/7
DEFENDANT'S [6] 1359/17 1389/12 1402/24 1411/22 1417/25 1425/5
defendants [3] 1357/17 1358/2 1360/14
defense [14] 1383/4 1388/14 1389/7 1401/25 1402/19 1402/19 1406/6 1407/8 1411/6 1411/17 1417/20 1424/5 1424/25 1425/25
defines [1] 1397/8
defining [1] 1433/15
deliver [1] 1383/25
delivering [2] 1369/7 1369/9
demand [1] 1380/9
demands [1] 1478/22
demarcation [1] 1395/21
demonstrate [2] 1376/12 1376/22
Department [1] 1357/14
dependent [1] 1478/1
depending [2] 1399/22 1421/13
depends [5] 1377/9 1385/23

depends... [3] 1398/2 1398/3 1435/24
deposition [5] 1400/2 1400/5 1409/1 1409/13 1410/16
describe [1] 1363/12
described [1] 1426/13
description [4] 1411/14 1411/24 1412/4 1413/3
detail [1] 1418/11
detailed [2] 1434/22 1472/4
determine [5] 1366/6 1381/15 1422/7 1422/24 1471/7
determined [1] 1383/9
develop [4] 1363/5 1388/24 1422/6 1435/3
developing [2] 1370/11 1381/18
did [67] 1361/16 1362/14 1362/25 1369/2 1371/8 1371/8 1371/9 1381/11 1381/14 1381/22 1381/25 1382/1 1382/2 1382/17 1386/18 1386/22 1398/9 1398/24 1400/17 1402/14 1407/20 1409/13 1411/3 1419/15 1420/23 1421/23 1423/11 1423/24 1423/25 1426/19 1431/21 1431/23 1432/11 1436/13 1436/13 1436/13 1473/4 1473/4 1474/10 1474/12 1474/23 1476/9 1476/18 1481/17 1483/17 1483/25 1484/9 1484/11 1484/12 1485/1 1487/2 1487/4 1487/5 1488/18 1490/5 1490/7 1490/21 1490/23 1491/3 1491/5 1492/7 1493/4 1493/6 1494/5
didn't [1] 1409/19
differ [1] 1369/15
difference [2] 1407/15 1436/14
differences [1] 1471/2
different [8] 1363/14 1375/18 1391/11 1396/6 1421/15 1421/16 1491/14 1491/15
difficult [3] 1380/20 1380/22 1380/23 1432/3
digital [2] 1372/18 1413/21
diminution [1] 1489/9
direct [14] 1359/2 1362/2 1366/6 1400/6 1419/20 1428/19 1437/6 1470/9 1477/23 1479/6 1485/17 1489/3 1489/5 1497/9
direction [1] 1434/9
directionally [1] 1408/15
disadvantage [3] 1393/22 1394/3 1395/8
disappointed [1] 1387/7
disciplined [1] 1382/23
discrepancies [1] 1410/8
discuss [3] 1386/18 1386/22 1492/22
discussed [6] 1405/24

1407/24 1408/6 1487/1 1487/21 1498/9
discussing [4] 1431/14 1475/21 1484/18 1484/25
discussion [5] 1367/2 1367/4 1369/21 1495/17 1496/7
dispute [1] 1390/15
distance [3] 1471/8 1471/9 1471/10
distribute [2] 1374/1 1422/17
distribution [22] 1376/15 1392/6 1392/25 1393/1 1393/9 1393/20 1393/23 1394/15 1416/18 1477/8 1479/11 1479/12 1479/17 1480/2 1480/3 1480/6 1480/8 1480/10 1480/11 1480/13 1480/15 1480/21
distributor [3] 1394/20 1416/11 1416/14
distributors [1] 1372/15
DISTRICT [3] 1357/1 1357/1 1357/10
division [9] 1357/15 1363/14 1363/16 1367/3 1367/21 1370/21 1370/22 1388/7 1391/6
divisions [4] 1368/12 1374/21 1375/9 1496/11
do [158] 1364/11 1365/18 1365/19 1365/25 1366/2 1368/10 1368/14 1371/12 1372/23 1373/1 1373/2 1373/15 1374/12 1374/16 1375/19 1377/6 1377/15 1380/23 1381/20 1381/20 1383/9 1383/24 1384/20 1384/22 1385/13 1385/25 1386/7 1387/16 1387/19 1388/3 1388/14 1389/1 1389/1 1390/14 1390/22 1392/6 1392/22 1392/24 1392/25 1393/2 1393/3 1393/3 1393/20 1393/22 1394/11 1394/16 1394/18 1394/20 1394/22 1394/23 1394/25 1395/8 1395/14 1395/17 1395/17 1395/20 1395/25 1399/21 1400/21 1401/12 1401/16 1401/20 1402/1 1402/4 1403/10 1404/4 1404/15 1404/21 1405/4 1406/3 1407/11 1407/14 1408/14 1408/23 1409/11 1410/12 1411/6 1411/24 1412/6 1412/10 1412/19 1413/8 1413/10 1413/13 1413/16 1414/9 1414/25 1415/15 1415/17 1416/7 1416/9 1417/7 1419/9 1420/23 1421/2 1424/13 1425/8 1425/13 1425/15 1425/18 1425/21 1426/5 1426/16 1426/17 1426/22 1427/5 1427/19 1427/22 1427/22 1427/25 1429/4 1429/6 1429/21 1430/15 1431/10 1431/24 1432/1 1432/2 1432/5

1432/24 1433/4 1433/24 1434/17 1434/22 1435/1 1435/3 1435/13 1436/13 1436/13 1436/14 1436/17 1436/19 1436/20 1437/5 1470/13 1470/15 1470/23 1470/25 1472/19 1478/4 1478/4 1478/12 1479/1 1480/3 1480/5 1480/8 1480/11 1480/22 1484/7 1489/16 1489/20 1490/24 1491/10 1494/9 1494/18 1496/12 1496/20
document [8] 1402/1 1402/10 1402/12 1411/7 1417/16 1424/8 1432/19 1433/4
does [38] 1365/21 1375/14 1375/25 1379/21 1386/4 1390/3 1390/4 1390/22 1390/25 1391/6 1392/25 1393/16 1394/10 1394/11 1394/18 1394/20 1395/1 1395/3 1395/24 1404/6 1406/15 1412/23 1412/25 1414/4 1416/17 1425/23 1426/9 1429/10 1429/17 1432/22 1471/1 1471/7 1472/11 1473/14 1480/8 1480/8 1482/23 1483/8
doesn't [3] 1396/20 1405/24 1419/25
Dohle [1] 1495/18
doing [6] 1364/20 1371/13 1383/17 1384/2 1385/19 1395/9
dollar [1] 1367/7
don't [57] 1360/22 1364/11 1366/11 1369/24 1369/25 1370/12 1370/12 1376/18 1377/21 1378/21 1379/3 1380/8 1380/25 1381/8 1384/1 1385/11 1385/15 1386/10 1390/17 1390/17 1393/5 1394/2 1395/22 1397/4 1399/17 1399/19 1399/23 1401/3 1405/7 1407/11 1408/25 1414/11 1425/10 1428/6 1428/10 1430/18 1432/2 1432/7 1432/11 1435/18 1435/24 1437/11 1473/3 1478/11 1479/24 1480/25 1485/18 1485/20 1487/6 1489/5 1489/18 1491/11 1491/13 1491/16 1493/14 1495/21 1496/13
done [9] 1360/24 1368/3 1382/22 1393/9 1405/13 1407/12 1422/5 1423/13 1498/9
double [1] 1389/21
down [13] 1379/9 1407/21 1408/16 1408/24 1422/11 1426/15 1430/24 1434/16 1435/13 1478/16 1485/24 1489/16 1495/13
Dr. [17] 1360/25 1469/13 1469/14 1469/15 1470/11

1472/25 1473/24 1488/21 1489/11 1489/16 1489/20 1490/18 1491/3 1493/4 1493/10 1493/14 1498/7
Dr. Hill [9] 1360/25 1469/13 1469/14 1469/15 1470/11 1474/10 1490/18 1493/4 1498/7
Dr. Snyder [5] 1482/16 1489/12 1489/20 1491/3 1493/14
Dr. Snyder's [3] 1489/11 1489/16 1493/10
draft [1] 1412/2
dramatically [1] 1408/20
drive [2] 1403/11 1403/25
driver [1] 1430/7
driving [1] 1495/10
due [1] 1361/16
duly [2] 1361/11 1469/18
during [13] 1366/8 1380/12 1408/19 1409/23 1410/13 1428/11 1434/6 1434/7 1437/20 1494/19 1496/20 1497/3 1498/23
DX279 [2] 1429/2 1430/6
DX409 [1] 1406/1

E
each [9] 1363/23 1383/12 1404/20 1434/15 1471/16 1471/24 1495/20 1495/22 1496/14
earlier [3] 1365/20 1478/7 1485/16
early [2] 1373/18 1419/13
earning [1] 1492/2 1492/4
easily [1] 1422/12
easy [4] 1422/15 1422/18 1489/13 1489/17
EBITDA [1] 1426/4
economic [2] 1474/20 1488/12
edition [1] 1473/8
editor [5] 1367/13 1367/15 1492/15 1492/24 1497/11
editor's [1] 1372/1
editorial [3] 1392/5 1392/13 1496/10
editors [6] 1366/21 1374/20 1385/17 1386/8 1395/17 1396/10
education [1] 1364/11
effect [16] 1407/20 1471/11 1474/22 1475/19 1487/2 1487/7 1487/22 1488/3 1488/3 1488/24 1489/5 1489/6 1491/24 1494/15 1494/21 1498/11
effectively [1] 1478/24
effects [5] 1476/4 1481/19 1494/6 1494/8 1494/10
efficiencies [3] 1421/16 1475/5 1475/6
effort [1] 1395/22
Eighth [1] 1357/20
either [3] 1369/13 1397/15 1497/3
element [1] 1384/11
elements [1] 1394/1

# E

elicit [1] 1361/17
else [3] 1400/20 1424/2
 1478/4
email [3] 1424/16 1424/18
 1425/7
employ [1] 1395/1
employed [1] 1362/8
employee [2] 1371/6 1371/6
employees [5] 1371/15
 1394/24 1395/2 1423/22
 1424/1
end [4] 1383/1 1432/23
 1436/9 1436/12
ended [1] 1492/23
ending [1] 1403/19
ends [6] 1405/4 1405/8
 1405/17 1407/3 1407/6
 1432/24
English [1] 1419/19
enough [2] 1369/22 1383/18
enter [1] 1485/5
enters [1] 1476/1
entire [3] 1378/7 1431/17
 1486/17
entirely [1] 1497/21
entities [2] 1478/13 1481/7
entitled [1] 1499/7
entity [2] 1477/1 1488/10
entrants [1] 1416/5
entry [35] 1416/6 1431/10
 1475/2 1475/21 1475/22
 1475/25 1476/3 1476/6
 1476/9 1476/10 1476/14
 1476/15 1477/3 1477/12
 1478/23 1479/13 1479/18
 1480/11 1481/1 1484/25
 1485/2 1485/6 1485/8
 1485/9 1485/12 1486/4
 1489/11 1489/13 1489/14
 1489/17 1489/19 1489/20
 1489/21 1489/24 1489/25
environment [2] 1418/14
 1492/16
equation [1] 1432/4
Esquire [12] 1357/12
 1357/12 1357/13 1357/13
 1357/14 1357/17 1357/18
 1357/18 1358/2 1358/5
 1358/6 1358/6
essentially [3] 1482/22
 1482/25 1483/15
established [1] 1497/14
estate [2] 1423/24 1424/1
estimate [2] 1437/7 1471/9
estimates [2] 1422/21
 1472/24
estimating [1] 1434/25
et [4] 1357/6 1360/5 1392/6
 1404/25
et al [1] 1360/5
et cetera [2] 1392/6 1404/25
evaluating [1] 1430/9
evaluation [1] 1490/12
evangelical [2] 1364/16
 1375/15
even [10] 1370/12 1381/1
 1381/3 1391/24 1399/24
 1400/12 1433/13 1435/10

eventually [2] 1366/25
 1492/6
ever [6] 1371/5 1396/5
 1407/24 1408/4 1408/5
 1414/12
every [6] 1366/5 1371/10
 1372/14 1402/4 1423/13
 1478/18
everybody's [1] 1403/6
everyone [2] 1434/4 1497/2
evidence [41] 1389/12
 1400/23 1402/24 1411/22
 1417/25 1425/5 1476/10
 1476/18 1477/17 1477/20
 1479/3 1479/5 1479/17
 1480/1 1480/24 1481/9
 1481/10 1481/24 1482/2
 1482/14 1483/6 1483/23
 1483/25 1484/1 1484/4
 1484/12 1484/15 1485/11
 1486/3 1486/8 1486/23
 1489/22 1489/24 1491/20
 1491/23 1491/25 1494/25
 1495/15 1496/19 1496/21
 1498/8
exact [1] 1393/5
exactly [1] 1434/24
examination [5] 1362/2
 1383/5 1385/5 1428/22
 1470/9
examined [2] 1361/11
 1469/18
example [19] 1379/21 1386/5
 1388/4 1395/24 1397/23
 1398/5 1413/22 1415/21
 1420/1 1422/15 1485/4
 1487/11 1492/9 1492/12
 1493/1 1496/3 1496/16
 1496/25 1498/3
examples [8] 1413/21 1485/1
 1485/18 1485/20 1489/14
 1489/20 1492/5 1496/23
excess [1] 1435/13
excited [1] 1378/18
excitement [1] 1479/14
excludes [1] 1404/9
exclusive [3] 1386/4 1386/9
 1386/23
exclusively [1] 1473/20
excuse [3] 1406/1 1481/17
 1488/20
execute [1] 1363/5
executive [3] 1362/11
 1362/17 1365/21
exercise [2] 1423/9 1431/21
exhibit [20] 1388/12 1388/14
 1389/8 1401/25 1402/20
 1406/7 1406/12 1407/9
 1411/5 1411/6 1411/18
 1417/13 1417/21 1424/5
 1425/1 1425/25 1426/2
 1486/17 1486/18 1486/18
Exhibit 105 [1] 1389/8
Exhibit 143 [1] 1425/1
Exhibit 299 [1] 1411/18
Exhibit 327 [1] 1417/21
Exhibit 409 [1] 1406/7
exhibits [4] 1359/13 1359/17

existence [1] 1476/14
existing [2] 1475/23 1476/6
expand [7] 1419/7 1419/11
 1419/16 1476/7 1481/18
 1484/19 1487/7
expanded [1] 1482/17
expanding [3] 1419/20
 1434/11 1487/1
expansion [23] 1475/2
 1475/21 1475/22 1475/23
 1476/3 1476/6 1476/9
 1476/11 1477/3 1477/12
 1479/13 1479/18 1480/12
 1481/2 1481/23 1484/9
 1484/25 1489/11 1489/17
 1489/19 1489/21 1489/23
 1489/25
expansions [1] 1482/21
expect [4] 1361/17 1437/5
 1492/4 1492/8
expectations [1] 1374/2
expecting [2] 1373/13
 1373/14
expense [3] 1370/25 1371/4
 1414/4
expensive [1] 1366/25
experience [5] 1374/5 1381/1
 1409/6 1427/8 1491/16
experienced [1] 1421/5
expert [1] 1390/10
expert's [1] 1390/17
expertise [2] 1376/6 1376/20
explain [4] 1379/23 1403/8
 1416/24 1430/21
extent [2] 1394/7 1394/24
external [1] 1423/4 1494/1
 1498/4
extract [1] 1493/2

# F

face [2] 1481/23 1489/25
facility [1] 1394/13
fact [7] 1387/1 1398/21
 1404/8 1407/24 1416/14
 1417/8 1478/16
factor [3] 1377/16 1490/8
 1493/17
factors [9] 1379/22 1398/3
 1398/5 1474/16 1474/19
 1474/21 1474/23 1475/11
 1475/18
failure [1] 1369/19
fair [10] 1370/11 1376/5
 1396/1 1396/9 1399/11
 1399/24 1414/17 1415/10
 1423/17 1485/19
fall [1] 1432/13
familiar [3] 1380/15 1415/23
 1420/6
family [1] 1497/7
fantasy [1] 1420/9
far [1] 1382/14
fast [5] 1376/18 1380/4
 1383/23 1435/1 1436/11
faster [3] 1383/14 1435/2
 1436/18
feature [3] 1488/12 1491/14
 1491/15
feel [4] 1393/22 1394/2

felt [1] 1434/9
few [7] 1380/14 1381/9
 1428/24 1429/7 1431/18
 1478/1 1481/15
fiction [8] 1364/2 1364/8
 1370/1 1391/24 1398/7
 1398/8 1420/7 1420/9
fifth [3] 1357/15 1398/9
 1426/16
figure [12] 1368/19 1372/6
 1422/16 1425/11 1425/13
 1425/15 1425/17 1427/6
 1427/9 1436/19 1483/1
 1486/12
figures [1] 1486/16
filing [1] 1411/11
filings [1] 1412/13
Finally [1] 1481/1
finance [1] 1384/2
financial [7] 1369/15 1377/19
 1382/23 1383/23 1401/19
 1432/8 1436/15
financially [1] 1477/16
find [5] 1364/4 1364/12
 1366/25 1382/24 1491/1
finding [2] 1363/8 1403/22
fine [7] 1361/1 1361/20
 1383/6 1383/23 1406/10
 1437/15 1486/19
fine-tune [1] 1383/23
finished [1] 1498/7
fire [1] 1383/18
firm [6] 1488/5 1489/7
 1494/16 1494/25 1496/1
 1496/12
first [18] 1361/11 1374/15
 1376/3 1377/14 1379/16
 1398/9 1398/15 1404/20
 1405/4 1412/22 1430/15
 1469/18 1471/2 1475/2
 1477/24 1488/3 1492/13
 1494/24
first-time [1] 1398/15
fiscal [21] 1388/20 1404/23
 1404/25 1405/1 1405/10
 1405/14 1405/16 1406/24
 1406/25 1407/2 1407/5
 1407/16 1417/17 1429/17
 1429/17 1429/24 1429/24
 1432/22 1433/1 1434/22
 1434/24
Fishbein [7] 1358/2 1359/6
 1359/9 1360/17 1430/20
 1437/8 1475/14
fit [1] 1365/21
fitting [1] 1472/19
five [5] 1381/2 1381/3
 1382/22 1387/16 1480/6
five-year [1] 1381/3
fix [1] 1491/19
flap [2] 1403/5 1406/2
flat [3] 1482/25 1483/14
 1483/15
Floor [1] 1357/20
FLORENCE [1] 1357/9
flow [2] 1435/22 1436/3
flow-through [1] 1435/22
focus [3] 1364/9 1432/3

**F**

focus... [3] 1474/16 1478/9 1490/18
focused [4] 1363/8 1379/5 1496/8 1496/10
focuses [2] 1364/17 1474/15
focusing [2] 1363/11 1423/19
follow [2] 1368/10 1428/24
following [10] 1360/1 1388/25 1400/10 1400/11 1409/4 1409/5 1414/4 1437/19 1469/11 1484/14
followings [1] 1414/1
follows [2] 1361/12 1469/19
force [5] 1375/17 1378/4 1378/5 1378/21 1384/15
forecasting [1] 1368/19
foregoing [1] 1499/5
foreign [1] 1419/19
form [1] 1478/19
formal [1] 1397/11
format [1] 1497/22
formats [1] 1497/23
forward [7] 1367/5 1381/15 1383/12 1392/21 1406/17 1406/20 1492/14
forwards [1] 1427/21
found [1] 1374/22
four [12] 1378/9 1381/4 1387/14 1387/16 1394/13 1398/9 1426/16 1474/25 1480/6 1484/19 1484/22 1494/12
fourth [2] 1475/5 1494/21
framework [1] 1487/22
frankly [1] 1495/10
frequently [2] 1369/11 1374/7
front [3] 1403/5 1420/14 1429/6
frontlist [7] 1390/12 1390/15 1427/13 1427/18 1427/22 1427/25 1478/20
fruition [1] 1370/16
full [5] 1373/10 1425/17 1425/20 1426/5 1486/18
fully [2] 1480/4 1497/5
function [2] 1480/13 1480/15
functions [1] 1480/7
furious [1] 1436/12
further [4] 1428/14 1430/12 1495/8 1498/17
future [11] 1361/17 1384/9 1399/20 1401/9 1401/19 1408/10 1426/4 1430/2 1430/6 1436/17 1496/21
FY [1] 1404/21

**G**

gallery [1] 1475/13
gatekeepers [1] 1378/17
gave [4] 1400/2 1400/11 1409/5 1490/25
gears [1] 1381/9
general [41] 1362/18 1363/13 1363/15 1363/24 1363/25 1364/2 1364/5 1365/10 1367/20 1369/14 1370/22 1371/22 1374/7

generalize [1] 1436/16
generally [1] 1373/21
generate [2] 1370/23 1372/23
generates [2] 1372/6 1384/12
generations [1] 1377/23
genre [1] 1420/7
genres [2] 1420/2 1474/13
get [29] 1361/14 1367/9 1370/18 1372/16 1372/20 1373/18 1376/17 1377/16 1378/8 1378/13 1378/18 1380/4 1383/9 1384/20 1395/14 1396/12 1396/16 1403/9 1430/11 1434/12 1434/24 1435/7 1436/12 1477/10 1480/21 1491/17 1492/18 1492/18 1497/24
gets [1] 1387/10
getting [7] 1371/2 1379/8 1389/25 1410/5 1419/22 1435/23 1436/5
giants [1] 1379/17
gifts [1] 1427/21
give [16] 1363/22 1364/15 1364/25 1366/15 1369/13 1370/7 1372/24 1373/18 1380/6 1400/17 1407/18 1409/13 1411/3 1424/18 1471/5 1496/2
given [4] 1368/16 1373/15 1396/5 1485/9
gives [3] 1372/3 1396/4 1478/17
global [6] 1365/7 1365/8 1429/9 1429/13 1429/14 1431/17
globally [1] 1390/23
go [23] 1366/19 1367/5 1372/5 1375/19 1376/4 1376/18 1376/24 1381/15 1381/18 1388/14 1401/15 1407/21 1412/16 1427/5 1430/24 1433/25 1437/2 1437/5 1471/19 1474/8 1489/1 1489/1 1494/23
go-forward [1] 1381/15
goals [3] 1369/10 1373/1 1373/4
goes [11] 1371/6 1379/9 1385/9 1385/14 1385/21 1399/16 1399/22 1399/24 1400/12 1406/24 1417/2
going [56] 1366/7 1366/9 1367/23 1368/23 1370/4 1372/12 1374/2 1374/23 1377/14 1384/6 1384/10 1386/11 1388/12 1392/21

1399/19 1401/13 1403/3 1403/8 1406/16 1406/20 1409/20 1410/10 1418/2 1421/21 1422/8 1433/24 1434/8 1434/15 1434/25 1435/2 1435/5 1435/6 1435/16 1435/17 1436/1 1436/2 1436/11 1436/16 1436/18 1436/19 1436/22 1437/3 1437/13 1469/13 1473/16 1487/16 1488/9 1492/14 1492/17 1495/19 1496/25 1497/1 1497/17
gone [2] 1400/15 1408/24
good [29] 1360/2 1360/3 1360/11 1360/12 1360/15 1360/16 1360/19 1361/2 1361/4 1361/5 1361/8 1362/4 1362/5 1376/23 1380/5 1385/7 1385/8 1392/13 1392/16 1392/19 1428/13 1469/15 1470/4 1470/11 1470/12 1480/1 1490/25 1492/7 1497/17
got [3] 1403/4 1403/23 1435/17
government [3] 1390/11 1421/1 1469/12
grade [1] 1364/10
Grand [1] 1364/22
great [4] 1364/10 1376/15 1432/7 1480/21
greater [1] 1369/19
greatest [1] 1372/24
green [1] 1482/9
grocery [1] 1365/5
group [20] 1362/16 1362/19 1362/20 1362/20 1362/23 1363/13 1363/16 1363/24 1363/25 1364/7 1365/10 1365/15 1365/16 1365/17 1365/23 1367/20 1388/7 1470/19 1482/16 1484/18
groups [4] 1363/24 1365/18 1365/24 1366/1
grow [10] 1363/8 1366/7 1368/20 1383/14 1383/24 1413/21 1435/2 1435/2 1436/18 1436/21
growing [3] 1383/17 1404/3 1434/10
growth [22] 1363/5 1401/9 1403/11 1404/1 1404/11 1405/19 1405/21 1406/13 1429/16 1429/17 1429/18 1429/22 1429/23 1429/25 1430/1 1430/6 1430/8 1430/8 1430/10 1482/19 1482/23 1483/16
guarantee [1] 1370/10
guaranteed [1] 1384/12
guess [6] 1384/20 1385/23 1410/5 1433/7 1437/13 1490/13
guidance [5] 1396/4 1396/5 1396/9 1397/11 1397/15
guidelines [2] 1395/18 1395/20

**H**

Hachette [3] 1374/12 1414/24 1490/14
had [20] 1362/18 1377/15 1382/12 1382/12 1383/7 1394/4 1405/24 1419/18 1427/9 1427/12 1430/8 1430/13 1430/16 1435/12 1436/7 1472/4 1473/9 1481/24 1482/17 1492/3
half [7] 1362/22 1362/23 1375/6 1377/3 1437/9 1437/11 1483/14
hand [2] 1378/19 1379/9
hand-sell [1] 1378/19
hand-selling [1] 1379/9
handle [1] 1480/6
happen [6] 1383/22 1384/10 1399/19 1487/3 1490/10 1496/3
happening [1] 1492/10
happens [4] 1378/21 1380/2 1380/3 1385/23
happy [2] 1433/20 1492/21
hard [6] 1378/2 1385/11 1385/23 1385/24 1398/1 1400/1 1408/17 1410/10 1410/15 1434/21 1435/15 1436/16
Harlequin [11] 1363/18 1363/20 1364/25 1365/1 1365/2 1366/1 1375/12 1389/25 1390/8 1394/10 1474/4
harm [4] 1491/8 1492/7 1493/15 1498/16
Harper [4] 1365/15 1365/17 1365/25 1366/25
HarperCollins [71] 1360/24 1361/18 1362/9 1362/12 1362/14 1363/3 1363/19 1365/24 1366/4 1370/6 1371/5 1374/6 1374/18 1375/2 1375/10 1379/2 1379/16 1380/19 1381/2 1382/15 1386/19 1387/1 1387/4 1387/10 1387/13 1387/19 1387/23 1389/22 1390/14 1390/22 1392/25 1395/1 1395/11 1397/8 1398/17 1398/21 1398/24 1401/19 1401/21 1407/25 1408/9 1412/1 1412/3 1412/23 1413/1 1413/3 1413/10 1413/14 1414/3 1414/4 1414/23 1415/17 1420/1 1420/13 1420/23 1422/13 1423/1 1424/19 1426/11 1429/10 1430/1 1430/5 1430/25 1431/17 1431/22 1432/23 1473/4 1480/8 1480/12 1480/14 1490/14
HarperCollins' [7] 1365/20 1411/14 1411/25 1412/4 1412/8 1412/11 1473/11
has [31] 1361/19 1363/13 1363/14 1368/24 1371/5

has... [26]  1384/24 1386/25
1397/1 1398/17 1408/9
1408/20 1409/24 1414/3
1427/17 1429/22 1430/3
1430/5 1430/8 1435/7
1435/8 1435/8 1476/25
1479/14 1481/4 1485/20
1485/22 1488/13 1489/3
1489/7 1497/2 1498/2
hasn't [3]  1481/25 1482/13
1489/22
have [216]  1362/12 1363/6
1363/13 1363/16 1363/17
1364/19 1365/4 1367/2
1367/4 1367/12 1367/15
1367/15 1368/3 1369/4
1369/24 1369/25 1370/12
1370/13 1370/13 1370/18
1370/20 1370/25 1371/25
1372/2 1372/3 1372/8
1372/10 1372/14 1372/17
1372/17 1372/18 1372/19
1372/21 1372/25 1373/5
1373/9 1373/20 1375/5
1375/17 1376/1 1376/3
1376/3 1376/6 1376/6
1376/7 1376/14 1376/15
1376/22 1376/23 1377/23
1378/21 1379/2 1379/2
1379/3 1379/13 1379/18
1380/8 1380/12 1380/14
1380/16 1381/14 1382/15
1382/18 1382/21 1382/24
1383/1 1383/14 1383/18
1383/18 1383/21 1383/22
1384/6 1384/8 1384/19
1384/22 1385/25 1386/7
1386/10 1389/1 1390/17
1390/20 1391/5 1392/22
1393/4 1394/9 1394/16
1394/19 1395/22 1396/2
1396/4 1396/13 1397/1
1397/23 1397/24 1398/2
1398/8 1398/21 1399/2
1399/14 1400/13 1400/20
1403/4 1403/21 1405/13
1405/19 1406/2 1407/11
1407/24 1408/4 1408/4
1408/13 1408/14 1408/15
1408/23 1408/23 1409/7
1409/10 1410/2 1410/12
1410/25 1412/25 1414/12
1414/19 1417/1 1417/11
1419/12 1421/7 1422/1
1422/13 1423/1 1423/4
1423/13 1426/10 1427/3
1427/5 1427/19 1427/22
1428/3 1428/14 1429/6
1430/8 1432/6 1432/12
1432/15 1432/16 1433/5
1433/9 1433/12 1433/13
1433/18 1433/21 1434/14
1434/15 1434/19 1435/12
1435/13 1435/18 1436/18
1436/20 1437/13 1470/20
1473/9 1474/1 1474/6
1476/7 1477/15 1477/17
1478/8 1478/16 1479/3

1479/21 1479/22 1479/24
1479/24 1480/18 1480/18
1481/4 1481/5 1481/6
1481/9 1481/22 1481/24
1482/8 1482/9 1482/14
1483/12 1484/16 1484/25
1485/11 1486/3 1486/5
1487/6 1488/2 1488/6
1489/5 1489/9 1489/14
1490/1 1490/15 1491/16
1491/16 1491/20 1494/25
1495/1 1495/15 1495/18
1495/24 1496/1 1496/21
1498/5 1498/9 1498/17
1498/25
haven't [4]  1381/4 1394/4
1407/12 1476/24
having [8]  1361/11 1378/5
1378/12 1379/23 1380/5
1413/20 1469/18 1481/3
HC [2]  1425/11 1425/12
he [4]  1409/19 1409/19
1482/17 1491/5
he's [2]  1360/24 1406/8
head [13]  1374/23 1374/23
1375/19 1375/19 1431/12
1487/24 1487/24 1489/4
1489/4 1497/15 1497/15
1498/1 1498/1
headquartered [1]  1363/20
heads [2]  1365/18 1365/25
heard [11]  1365/20 1380/12
1380/16 1414/12 1437/19
1469/11 1477/14 1480/7
1481/6 1485/15 1487/11
heartland [1]  1375/20
heartlands [1]  1364/21
held [1]  1369/7
help [2]  1372/20 1491/1
helpful [1]  1487/9
helps [1]  1376/7
here [30]  1361/7 1385/25
1399/21 1400/20 1418/11
1418/20 1473/7 1476/15
1476/21 1477/22 1478/9
1478/10 1479/5 1479/19
1479/20 1481/10 1481/12
1482/11 1482/18 1485/14
1485/17 1486/10 1487/9
1492/14 1493/25 1495/9
1496/6 1496/23 1496/25
1497/10
here's [1]  1493/1
hereby [1]  1499/5
heros [1]  1379/13
hey [1]  1386/8
high [8]  1470/20 1476/3
1476/5 1476/15 1477/16
1486/11 1489/10 1493/24
higher [8]  1375/24 1377/17
1378/6 1380/18 1431/14
1433/7 1488/15 1488/16
highlight [1]  1476/22
highlighted [1]  1496/9
highly [3]  1413/5 1413/10
1413/13
HILL [11]  1359/10 1360/25
1469/13 1469/14 1469/15

1490/18 1493/4 1498/7
him [1]  1469/16
his [4]  1406/9 1482/16
1491/7 1498/22
history [1]  1379/18
hit [4]  1369/12 1379/25
1383/19 1434/3
hitting [2]  1373/4 1373/10
HMH [4]  1386/12 1386/25
1404/9 1431/2
hold [5]  1362/14 1385/13
1385/15 1385/22 1478/2
Honor [74]  1360/3 1360/12
1360/16 1360/22 1361/14
1361/25 1383/1 1385/2
1389/7 1400/22 1402/19
1403/21 1406/7 1409/15
1411/17 1417/20 1420/18
1424/8 1424/25 1426/6
1428/3 1428/7 1428/15
1433/18 1436/24 1436/25
1469/23 1470/18 1471/5
1471/18 1472/3 1472/17
1474/7 1475/2 1475/12
1476/15 1476/21 1477/14
1477/22 1478/20 1479/6
1480/23 1481/11 1481/22
1482/6 1482/10 1483/1
1483/18 1484/14 1484/16
1484/20 1485/8 1485/15
1486/9 1486/12 1486/19
1487/10 1487/21 1488/12
1489/18 1489/22 1490/7
1491/14 1492/1 1492/12
1493/24 1494/13 1496/4
1496/12 1496/23 1497/9
1498/13 1498/17 1498/24
HONORABLE [1]  1357/9
hope [1]  1473/3
hour [3]  1437/9 1437/11
1498/21
hours [4]  1371/6 1371/10
1371/16 1371/18
house [47]  1357/18 1360/14
1374/8 1374/9 1374/17
1374/25 1375/13 1377/2
1379/20 1385/10 1385/14
1387/24 1389/17 1389/21
1390/12 1390/13 1392/11
1392/22 1399/16 1403/14
1407/21 1408/1 1408/7
1408/10 1414/24 1418/22
1430/16 1472/3 1472/7
1472/7 1475/4 1477/21
1483/15 1485/19 1493/16
1494/4 1495/1 1495/5
1495/7 1495/14 1496/16
1496/17 1497/1 1497/6
1497/16 1497/25 1498/12
House's [3]  1472/20 1483/13
1493/21
how [68]  1362/12 1363/12
1368/14 1368/20 1368/20
1368/22 1368/24 1369/14
1369/15 1369/22 1371/5
1371/6 1371/12 1371/15
1378/23 1378/24 1378/24
1380/17 1381/16 1381/17

1383/23
1384/3 1384/5 1384/6
1384/8 1384/8 1390/22
1395/17 1396/13 1397/1
1398/9 1403/8 1411/24
1416/21 1421/20 1422/20
1423/8 1427/19 1429/10
1429/17 1429/23 1433/14
1434/19 1435/1 1435/21
1436/2 1436/2 1436/3
1436/13 1436/19 1437/5
1470/21 1470/24 1471/4
1471/5 1471/7 1472/11
1472/19 1483/8 1484/5
1485/22 1487/19 1488/20
1488/22 1495/19 1496/3
however [1]  1482/11
huge [1]  1417/5
hundred [2]  1378/10 1478/12
hurt [1]  1370/4

I
I'm [24]  1362/11 1370/5
1374/24 1376/24 1390/24
1396/7 1399/18 1401/3
1405/3 1410/5 1410/10
1419/13 1420/4 1420/18
1428/4 1429/20 1436/1
1437/2 1470/18 1470/19
1471/13 1471/19 1488/8
1490/4
I've [1]  1403/23
I-N-D-E-X [1]  1358/15
idea [7]  1370/15 1371/4
1390/18 1480/1 1491/2
1493/25 1497/23
identified [1]  1482/16
identify [3]  1406/3 1406/12
1470/18
identifying [1]  1470/21
Ihan [2]  1357/12 1360/9
immediately [1]  1380/6
impact [3]  1379/19 1413/20
1430/16
important [9]  1372/22
1376/14 1376/20 1377/24
1378/13 1378/16 1380/11
1479/15 1481/13
imprints [28]  1365/15
1365/16 1365/17 1374/20
1381/1 1381/2 1390/20
1419/18 1481/8 1494/1
1494/18 1495/2 1495/5
1495/6 1495/7 1495/14
1495/19 1495/22 1495/25
1496/2 1496/7 1496/13
1496/14 1496/19 1497/4
1497/6 1497/7 1497/25
improvement [1]  1432/9
incentive [12]  1373/9 1476/7
1487/7 1488/6 1488/15
1495/1 1495/12 1495/15
1495/23 1495/24 1496/4
1498/5
incentives [4]  1373/4
1487/17 1488/20 1488/22
include [10]  1390/1 1390/25
1391/4 1391/21 1395/20
1420/9 1431/24 1473/5
1473/14 1474/10

**I**

included [6] 1419/22 1473/10 1473/12 1473/22 1474/4 1484/17
includes [3] 1389/23 1390/7 1399/8
including [1] 1477/20
inconsistent [2] 1400/23 1409/16
increase [2] 1407/9 1434/3
increased [2] 1409/8 1410/25
increasing [6] 1399/3 1399/5 1409/10 1410/3 1410/13 1430/14
incremental [1] 1422/24
incur [2] 1414/4 1422/13
incurs [1] 1370/6
independent [8] 1364/4 1364/12 1378/10 1378/14 1378/15 1378/25 1386/15 1480/17
indicative [1] 1485/22
individual [2] 1430/23 1471/15
indulgence [1] 1360/23
industry [12] 1384/19 1395/12 1408/13 1409/6 1409/25 1410/3 1410/23 1430/16 1430/25 1434/4 1434/13 1478/14
influence [1] 1373/1
influencer [1] 1414/12
influencers [2] 1373/19 1413/23
influential [1] 1414/17
informal [2] 1397/11 1397/16
information [2] 1372/3 1471/7
informative [1] 1478/15
informed [2] 1368/10 1368/14
infrastructure [1] 1435/6
Ingram [1] 1393/20
innovations [3] 1413/7 1413/17 1413/19
input [1] 1372/2
inputs [1] 1372/5
inside [1] 1497/4
insight [1] 1470/16
inspirational [1] 1391/22
instead [1] 1395/9
instruct [2] 1385/21 1385/25
integration [1] 1496/17
intend [4] 1361/15 1385/10 1385/12 1385/15
interact [1] 1470/24
interest [6] 1364/2 1364/5 1372/23 1380/11 1470/20 1473/17
interested [2] 1366/22 1387/11
internal [5] 1390/1 1421/19 1423/1 1423/6 1496/10
internally [3] 1386/19 1388/1 1435/8
introduce [1] 1369/2
inventory [2] 1371/2 1380/10
invest [1] 1394/4
investing [2] 1403/10

investment [1] 1394/12
investments [1] 1381/4
involved [17] 1363/9 1367/12 1367/19 1367/21 1368/2 1368/5 1368/6 1371/4 1395/14 1395/18 1396/7 1402/10 1402/12 1412/3 1421/7 1422/1 1423/9
is [243] 1360/4 1362/10 1363/12 1363/18 1363/20 1364/8 1364/16 1365/2 1365/9 1365/15 1365/23 1366/3 1366/12 1367/6 1369/4 1369/21 1370/3 1370/9 1371/1 1371/1 1371/22 1372/11 1372/22 1372/23 1373/22 1374/5 1374/17 1374/25 1375/22 1376/12 1377/2 1377/15 1377/18 1377/24 1378/5 1378/12 1378/21 1378/24 1379/4 1380/11 1380/14 1381/22 1382/19 1383/8 1383/13 1383/20 1384/4 1384/11 1386/1 1386/11 1386/16 1387/11 1387/16 1387/23 1388/4 1388/4 1388/13 1388/17 1388/19 1388/21 1388/22 1388/23 1389/4 1389/17 1389/21 1389/22 1390/5 1390/12 1390/20 1391/16 1391/19 1391/20 1392/16 1392/19 1393/6 1393/6 1393/9 1393/12 1395/11 1396/1 1397/3 1397/7 1397/8 1397/16 1397/25 1398/5 1398/9 1398/15 1398/18 1399/15 1400/15 1401/10 1402/3 1402/16 1403/5 1403/10 1404/18 1404/25 1405/4 1407/3 1407/5 1407/9 1408/18 1408/19 1411/1 1411/6 1411/9 1411/25 1412/3 1413/3 1413/6 1413/14 1413/20 1414/5 1414/14 1415/5 1416/9 1416/11 1416/14 1416/25 1416/25 1417/3 1417/14 1417/14 1417/16 1417/18 1418/1 1418/8 1418/22 1418/24 1418/24 1419/2 1419/5 1420/12 1421/15 1421/17 1422/21 1424/7 1424/15 1424/18 1429/8 1429/13 1430/2 1430/7 1432/2 1433/5 1434/22 1435/1 1435/2 1435/21 1437/14 1470/21 1471/4 1471/9 1472/15 1472/19 1474/13 1475/5 1475/13 1476/22 1477/1 1477/7 1477/7 1477/8 1477/8 1477/11 1477/20 1478/17 1478/22 1479/1 1479/1 1479/7 1479/10 1479/13 1479/20 1480/2 1480/14 1480/15 1480/24

1481/13 1481/13 1481/21 1482/6 1482/12 1482/18 1483/1 1483/14 1483/18 1484/4 1484/15 1484/18 1484/20 1485/6 1485/8 1485/9 1486/11 1486/12 1486/18 1487/14 1487/16 1487/22 1487/22 1488/5 1488/11 1488/15 1488/25 1489/2 1489/2 1489/3 1489/10 1489/13 1490/8 1491/6 1491/7 1491/7 1492/2 1492/12 1492/14 1493/7 1493/20 1493/25 1494/9 1494/13 1494/15 1495/4 1495/12 1495/13 1495/17 1496/6 1496/12 1496/17 1496/17 1496/24 1497/11 1497/20 1497/23 1498/13 1498/13 1498/16 1499/5
is 327 [1] 1417/14
isn't [3] 1387/22 1391/19 1396/9
issue [4] 1420/23 1485/25 1486/22 1494/24
it [132] 1363/14 1363/20 1364/17 1367/4 1369/3 1369/11 1370/7 1371/8 1371/8 1371/9 1371/10 1371/19 1376/7 1376/19 1377/9 1378/19 1379/3 1379/21 1380/20 1380/22 1380/23 1381/2 1382/7 1382/9 1382/13 1385/23 1387/23 1388/17 1388/19 1388/22 1388/23 1389/6 1390/23 1391/13 1391/19 1393/6 1393/6 1393/8 1393/25 1394/11 1395/9 1395/17 1396/9 1396/20 1398/2 1398/3 1399/11 1399/24 1400/19 1401/6 1401/14 1402/3 1402/14 1402/16 1402/22 1403/9 1403/22 1403/23 1404/3 1404/9 1405/3 1405/24 1406/3 1406/24 1407/14 1407/20 1409/8 1411/9 1411/14 1413/5 1415/22 1416/4 1417/8 1419/7 1419/10 1419/12 1419/13 1421/2 1421/13 1423/6 1423/13 1423/17 1424/4 1424/8 1424/15 1424/16 1424/22 1425/8 1425/12 1425/17 1425/18 1425/21 1426/6 1427/10 1427/20 1428/7 1429/1 1431/16 1432/24 1433/16 1434/11 1435/7 1435/8 1435/11 1435/21 1435/24 1436/14 1436/19 1437/10 1471/5 1472/11 1472/13 1473/9 1473/10 1476/25 1478/12 1478/12 1479/7 1479/16 1480/8 1480/9 1484/20 1485/19 1487/20 1487/23

1492/16 1492/18 1493/25 1496/5 1497/22
it's [96] 1361/23 1363/13 1364/5 1364/10 1364/11 1364/18 1365/3 1366/25 1367/3 1371/16 1371/19 1372/22 1376/3 1376/14 1377/11 1377/21 1378/2 1381/6 1382/17 1384/23 1385/23 1385/24 1388/24 1393/13 1394/1 1394/13 1396/12 1397/19 1398/1 1398/5 1400/1 1401/25 1403/18 1403/18 1403/25 1405/7 1405/16 1406/18 1406/22 1406/22 1407/5 1408/17 1408/18 1409/1 1410/10 1410/15 1411/10 1417/14 1420/6 1422/11 1422/15 1424/6 1424/16 1424/7 1424/21 1425/8 1425/12 1425/25 1426/3 1426/4 1426/15 1429/19 1429/25 1430/24 1430/25 1431/6 1432/3 1434/21 1434/21 1434/23 1435/15 1435/16 1436/1 1436/12 1436/16 1470/18 1471/4 1473/1 1475/15 1478/11 1479/15 1481/20 1482/25 1483/13 1484/6 1486/16 1486/18 1486/21 1487/6 1487/9 1487/15 1490/2 1490/12 1494/7 1494/13 1494/24
its [12] 1366/25 1392/25 1408/9 1416/17 1416/18 1417/8 1430/5 1469/12 1480/8 1480/13 1495/24 1496/2
itself [1] 1387/17

**J**

January [1] 1402/5
Jeffrey [1] 1357/14
Jennifer [1] 1493/4
job [4] 1368/4 1381/15 1401/8 1435/2
John [2] 1357/12 1360/8
JUDGE [1] 1357/10
July [1] 1432/24
July 1 [1] 1432/24
June [1] 1432/24
June 30 [1] 1432/24
just [70] 1363/11 1363/12 1363/22 1366/15 1367/6 1368/4 1368/10 1369/14 1371/13 1373/13 1373/21 1374/5 1375/9 1376/24 1377/15 1379/2 1379/23 1381/6 1383/7 1383/21 1388/11 1390/24 1392/13 1394/1 1397/6 1398/1 1401/2 1401/15 1404/11 1406/22 1407/2 1407/18 1408/22 1410/5 1410/10 1420/17 1422/9 1423/6 1423/8 1426/12 1427/12 1428/3 1428/24 1429/7

1511

**J**

just... [26] 1432/7 1432/22
1432/24 1433/24 1433/25
1434/17 1434/18 1435/24
1437/11 1471/13 1473/23
1475/12 1478/13 1480/18
1480/20 1485/25 1486/17
1486/21 1490/15 1495/10
1495/13 1496/16 1496/16
1496/23 1497/9 1497/25
Justice [1] 1357/14

**K**

Karp [1] 1487/12
keep [5] 1368/10 1368/14
1401/13 1492/16 1495/19
keeping [1] 1492/25
key [2] 1384/11 1493/23
KGAA [1] 1357/6
Kim [2] 1357/12 1360/9
kind [16] 1364/20 1365/15
1365/16 1366/9 1370/2
1371/14 1375/18 1375/20
1376/2 1383/18 1410/7
1414/7 1422/12 1422/21
1427/5 1435/22
kinds [2] 1372/9 1376/2
King [1] 1490/25
know [117] 1363/7 1364/3
1365/4 1365/4 1366/5
1366/21 1366/23 1367/2
1367/22 1367/22 1367/23
1367/24 1368/16 1368/18
1368/18 1368/20 1369/6
1369/11 1369/20 1369/21
1370/3 1370/17 1370/20
1370/24 1371/1 1371/9
1371/14 1371/20 1371/21
1371/25 1372/6 1372/14
1372/16 1372/22 1373/3
1373/5 1373/6 1373/7
1374/20 1374/22 1375/5
1375/22 1376/6 1376/8
1376/14 1376/15 1376/17
1376/23 1378/2 1378/7
1378/9 1378/22 1378/23
1379/1 1379/2 1379/12
1380/1 1382/12 1383/16
1383/24 1384/3 1386/10
1390/17 1390/17 1393/5
1395/17 1395/18 1396/2
1398/8 1398/24 1399/17
1399/19 1399/23 1400/6
1401/14 1403/21 1404/15
1407/8 1407/11 1408/17
1409/19 1410/10 1410/15
1411/24 1414/11 1415/18
1419/19 1422/12 1422/19
1422/20 1423/10 1427/25
1430/9 1430/15 1430/18
1432/4 1432/5 1433/16
1434/23 1434/23 1435/4
1435/16 1435/17 1435/18
1435/19 1435/19 1436/1
1436/17 1437/12 1478/13
1478/25 1480/18 1485/18
1485/20 1495/20 1495/21
1497/24
knowing [1] 1406/8

knowledge [3] 1393/11
1432/15 1490/15
known [5] 1365/2 1365/3
1365/9 1387/14 1415/13

**L**

labor [2] 1394/1 1394/22
lack [1] 1484/10
Lakeside [8] 1393/13
1393/14 1393/16 1393/19
1395/2 1395/3 1395/6
1395/9
land [1] 1361/9
landscape [1] 1418/8
language [2] 1419/19
1419/20
languages [1] 1363/7
large [13] 1364/18 1370/20
1372/21 1373/5 1374/17
1391/10 1391/13 1414/23
1415/2 1478/4 1478/8
1478/19 1485/10
larger [8] 1365/23 1374/18
1374/25 1375/7 1397/22
1477/15 1477/17 1477/20
1480/12
last [13] 1382/13 1383/9
1387/25 1408/14 1408/22
1408/23 1409/8 1410/23
1430/14 1476/16 1495/9
1497/9 1497/10
later [3] 1380/2 1382/2
1426/15
latitude [1] 1478/18
launched [1] 1419/18
lead [1] 1487/25
leaders [1] 1363/4
leadership [1] 1363/7
leading [2] 1386/18 1495/20
leads [1] 1497/17
learn [1] 1382/2
learned [1] 1382/8
least [1] 1389/17
leave [2] 1401/13 1437/17
left [11] 1404/8 1404/14
1477/24 1482/18 1483/12
1485/17 1490/1 1495/6
1496/8 1497/25 1498/2
leg [1] 1479/8
legally [1] 1497/4
less [22] 1373/7 1386/1
1386/8 1386/8 1386/20
1386/23 1398/1 1398/7
1398/10 1431/6 1435/12
1435/17 1437/7 1482/12
1488/1 1488/4 1488/5
1488/13 1488/18 1489/8
1496/9 1498/5
let [10] 1374/4 1387/22
1390/19 1400/6 1401/14
1403/21 1411/5 1412/22
1420/17 1478/25
let's [10] 1375/25 1401/20
1469/14 1469/16 1475/21
1476/9 1477/10 1489/16
1494/24 1498/20
letter [1] 1406/13
level [22] 1367/3 1367/7
1368/18 1368/24 1369/16

1375/19 1375/22 1375/23/2
1375/25 1396/7 1397/12
1410/7 1434/16 1471/17
1471/21 1472/4 1476/3
1476/5 1485/1 1489/10
1493/24 1494/3
levels [9] 1367/12 1367/14
1375/24 1380/18 1392/11
1421/16 1430/20 1433/7
1482/11
leverage [1] 1491/17
Lexington [1] 1358/3
Liate [1] 1365/21
lifestyle [1] 1364/3
like [32] 1361/23 1365/7
1375/15 1377/21 1380/19
1388/4 1391/3 1393/19
1393/22 1395/8 1395/15
1424/16 1427/5 1427/13
1427/16 1434/12 1435/16
1436/20 1437/10 1471/12
1473/8 1474/16 1475/22
1481/4 1481/15 1486/17
1486/25 1490/18 1492/18
1493/19 1497/23 1498/8
likelihood [4] 1373/10 1378/8
1481/18 1494/5
likely [9] 1484/19 1487/6
1487/14 1488/13 1488/24
1493/14 1498/11 1498/14
1498/16
limit [5] 1495/1 1495/12
1495/24 1496/4 1497/13
limited [2] 1369/6 1489/21
limits [1] 1383/10
line [3] 1395/20 1409/4
1426/5
lines [4] 1400/6 1400/10
1400/22 1410/21
list [5] 1378/9 1418/20
1419/2 1419/5 1477/5
listed [1] 1415/5
Listen [1] 1394/15
lite [1] 1375/20
literary [14] 1379/13 1379/17
1475/3 1481/12 1490/18
1490/21 1490/24 1491/1
1491/3 1491/13 1491/23
1492/3 1493/8 1493/14
littery [1] 1491/7
little [17] 1364/19 1374/4
1374/18 1375/14 1375/18
1377/10 1377/11 1379/24
1383/23 1394/11 1431/6
1432/18 1434/8 1470/16
1475/3 1488/17 1488/17
Livre [1] 1414/24
LLP [3] 1357/19 1358/3
1358/7
local [3] 1364/4 1378/17
1378/17
logistics [1] 1371/2
London [2] 1365/8 1394/13
long [10] 1362/12 1368/24
1369/1 1371/19 1380/9
1381/6 1424/16 1427/16
1427/17 1437/5
longevity [1] 1481/12
look [26] 1375/4 1383/16

1404/8 1406/1 1406/1
1407/8 1407/8 1409/1
1410/16 1411/6 1417/13
1418/5 1422/19 1423/24
1424/5 1425/7 1429/3
1429/15 1429/16 1429/20
1475/22 1480/23 1496/8
looked [4] 1424/2 1432/12
1470/22 1471/15
looking [10] 1368/19 1371/12
1400/10 1410/21 1421/23
1482/6 1482/18 1482/20
1484/21 1490/9
looks [1] 1424/16
Los [1] 1357/20
lose [3] 1376/5 1488/14
1497/15
lost [1] 1433/12
lot [17] 1364/8 1368/21
1368/21 1373/6 1375/12
1375/16 1375/16 1376/19
1376/19 1376/19 1380/25
1398/3 1413/25 1423/17
1434/25 1477/24 1481/5
loud [2] 1406/3 1422/8
love [1] 1414/16
low [2] 1416/6 1481/20
lower [5] 1367/12 1367/13
1387/20 1398/14 1498/5
lowered [1] 1387/1
Ls [2] 1471/18 1471/22
LSC [3] 1393/14 1393/16
1393/19
lunch [3] 1498/20 1498/23
1498/25

**M**

Macmillan [2] 1374/12
1415/3
made [8] 1372/11 1376/13
1382/15 1384/7 1384/8
1384/19 1384/22 1407/19
magic [2] 1491/16 1492/3
main [1] 1381/8
major [13] 1380/2 1380/19
1392/4 1392/14 1392/16
1392/19 1394/12 1415/8
1415/10 1419/22 1420/12
1420/13 1479/22
majority [1] 1375/21
make [20] 1367/6 1367/8
1369/5 1369/9 1369/24
1370/1 1373/10 1381/19
1383/18 1396/20 1416/22
1422/21 1427/12 1434/12
1435/9 1436/7 1471/9
1491/3 1491/8 1492/15
makes [2] 1421/12 1421/20
making [2] 1366/9 1479/9
manage [8] 1477/7 1477/11
1477/18 1477/23 1477/25
1478/4 1480/3 1480/9
management [1] 1365/16
managing [1] 1363/9
manuscript [3] 1370/13
1370/15 1491/2
many [14] 1369/20 1369/22
1369/23 1371/6 1371/12
1378/23 1378/25 1390/22

many... [6]  1422/20 1423/8
1429/10 1480/22 1491/14
1491/15
margin [15]  1471/1 1471/14
1472/1 1472/5 1472/7
1472/9 1472/14 1472/21
1472/22 1472/22 1472/23
1487/23 1488/16 1492/3
1492/4
margins [9]  1470/24 1471/11
1472/8 1472/9 1472/10
1472/12 1472/16 1472/18
1472/18
Mark [2]  1379/21 1495/18
marked [1]  1406/6
market [48]  1370/7 1370/18
1371/16 1372/12 1375/4
1376/25 1377/4 1378/8
1381/18 1383/15 1387/22
1388/1 1389/15 1390/7
1390/11 1390/15 1395/21
1398/24 1413/6 1413/11
1413/13 1413/16 1431/13
1435/2 1435/3 1436/18
1472/13 1472/24 1473/1
1473/4 1473/5 1474/10
1476/11 1477/3 1477/12
1478/24 1480/13 1481/24
1482/6 1482/18 1482/20
1484/7 1486/5 1486/5
1486/10 1489/1 1489/13
1498/14
marketers [2]  1372/18
1372/20
marketing [15]  1370/17
1373/2 1392/5 1392/16
1395/15 1395/19 1395/22
1395/25 1396/7 1414/7
1416/18 1477/8 1478/22
1479/11 1479/14
marketplace [2]  1380/1
1399/12
markets [5]  1491/14 1491/15
mask [1]  1361/22
massive [1]  1478/13
Matelson [7]  1357/13 1359/5
1359/8 1360/9 1361/2
1361/4 1437/5
materially [1]  1483/17
math [2]  1371/13 1407/11
matter [3]  1379/21 1405/25
1499/7
matters [1]  1360/20
may [23]  1361/13 1361/25
1362/1 1367/2 1368/6
1371/18 1371/20 1373/17
1383/17 1383/17 1428/20
1432/16 1437/11 1469/23
1470/7 1476/7 1488/3
1489/1 1489/8 1489/8
1490/11 1494/21 1497/18
maybe [7]  1363/22 1374/17
1376/9 1423/10 1430/22
1437/9 1490/12
me [45]  1360/8 1360/17
1367/1 1369/12 1373/5
1374/4 1385/2 1385/23
1385/24 1387/22 1390/19

1395/11 1400/22 1402/7
1403/2 1403/21 1406/1
1407/18 1408/17 1408/18
1409/2 1410/10 1410/15
1410/19 1411/5 1412/16
1412/16 1412/22 1417/13
1417/14 1418/5 1420/17
1424/17 1424/21 1425/24
1435/15 1436/24 1437/15
1470/4 1470/6 1481/18
1488/21 1490/13 1492/25
1497/22
Meagan [1]  1357/13
mean [21]  1366/19 1368/15
1368/21 1374/19 1376/3
1379/14 1390/3 1393/6
1396/12 1397/21 1404/6
1417/1 1419/9 1419/15
1424/16 1426/22 1429/21
1435/15 1471/21 1478/10
1482/23
meaning [1]  1401/21
means [2]  1399/2 1488/17
meant [1]  1397/7
measure [4]  1375/3 1388/1
1389/21 1471/4
mechanisms [1]  1487/10
media [4]  1372/19 1373/19
1413/20 1413/22
medium [1]  1415/25
medium-sized [1]  1415/25
meet [3]  1372/9 1412/6
1412/10
meeting [1]  1368/15
Megan [3]  1357/18 1360/9
1360/13
members [3]  1437/3 1437/17
1489/5
mention [2]  1366/11 1374/15
mentioned [24]  1362/20
1365/11 1372/21 1378/4
1379/10 1379/22 1380/13
1392/4 1392/8 1396/15
1397/6 1423/19 1423/20
1423/22 1427/12 1478/22
1479/12 1481/1 1482/2
1482/13 1493/16 1496/1
1496/19 1497/18
mentioning [1]  1366/15
merge [1]  1490/6
merged [6]  1488/5 1489/7
1494/16 1494/25 1496/1
1496/12
merger [45]  1385/10 1385/14
1385/21 1386/2 1386/7
1386/11 1387/2 1387/19
1399/16 1399/22 1399/24
1400/12 1403/15 1407/22
1408/2 1408/7 1408/11
1426/11 1430/15 1431/19
1431/24 1434/17 1435/20
1471/11 1474/20 1474/22
1474/24 1475/11 1475/25
1476/4 1481/19 1485/7
1487/2 1488/18 1490/10
1490/11 1490/13 1490/15
1490/22 1491/9 1491/24
1493/25 1494/6 1495/2
1497/6

merges [1]  1495/20
merging [2]  1476/19 1483/9
message [1]  1434/13
met [1]  1373/11
methods [1]  1494/16
metrics [1]  1383/19
Meyers [1]  1357/19
Michael [2]  1358/6 1360/18
Michigan [1]  1364/23
middle [2]  1364/9 1364/23
midyear [1]  1436/7
might [14]  1365/4 1370/13
1370/13 1372/6 1380/21
1384/3 1422/13 1487/3
1488/20 1488/22 1490/6
1490/13 1496/3 1496/20
million [3]  1391/5 1492/17
1497/2
millions [2]  1398/12 1425/13
mind [1]  1473/3
mindful [1]  1490/2
minimal [3]  1426/17 1426/20
1426/22
minute [4]  1428/4 1428/8
1470/4 1470/6
minutes [3]  1437/7 1477/10
1490/1
misallocate [1]  1369/10
misheard [1]  1430/22
misses [1]  1391/13
missing [1]  1401/15
Mitchell [2]  1358/6 1360/18
mitigate [9]  1475/18 1478/2
1481/19 1487/1 1491/24
1493/15 1494/6 1494/7
1494/9
mitigating [7]  1474/16
1474/19 1474/21 1474/23
1475/10 1475/18 1493/17
mix [1]  1435/24
mixed [1]  1394/14
model [17]  1383/23 1432/9
1435/7 1470/24 1471/7
1471/9 1472/5 1472/6
1472/7 1472/9 1472/14
1472/15 1472/19 1472/20
1472/21 1473/2 1473/2
modeling [2]  1382/23 1432/8
models [2]  1422/20 1488/12
moderated [2]  1429/19
1429/21
moderating [1]  1430/9
moment [6]  1361/8 1373/12
1376/24 1401/2 1485/25
1490/19
money [14]  1370/9 1376/5
1376/5 1383/11 1396/12
1396/13 1399/5 1406/16
1434/10 1435/5 1435/6
1435/14 1435/18 1436/21
monitors [1]  1418/2
month [1]  1432/25
more [52]  1364/20 1369/18
1373/15 1373/15 1373/21
1374/2 1374/18 1375/19
1379/24 1380/3 1381/2
1401/16 1414/10 1430/11
1434/1 1434/1 1434/19
1436/21 1437/10 1470/16

1474/25
merges [1]  1495/20
1475/24 1476/12 1476/20
1477/5 1477/19 1478/1
1478/2 1478/6 1479/4
1479/19 1479/23 1482/5
1482/15 1483/10 1484/3
1484/13 1485/13 1486/7
1488/7 1488/9 1492/6
1492/11 1493/2 1493/22
1494/11 1495/3 1495/16
1496/6 1496/22
morning [19]  1357/7 1360/2
1360/3 1360/11 1360/12
1360/15 1360/16 1360/19
1360/21 1361/2 1361/4
1361/5 1361/8 1362/4
1362/5 1385/7 1385/8
1428/6 1428/13
Morrow [2]  1365/16 1365/23
most [5]  1374/6 1374/10
1380/24 1427/24 1479/20
move [6]  1401/14 1433/20
1471/12 1483/2 1483/19
1486/13
moving [1]  1364/14 1366/3
MR [7]  1359/5 1359/6 1359/8
1359/9 1359/11 1474/8
1487/12
Mr. [40]  1361/4 1361/16
1361/22 1362/8 1385/7
1385/9 1388/11 1389/14
1394/21 1395/11 1396/9
1398/17 1401/6 1403/2
1403/3 1403/8 1406/12
1407/24 1409/7 1409/23
1411/5 1411/24 1418/5
1422/1 1425/7 1426/9
1428/10 1428/24 1430/20
1437/5 1437/8 1470/7
1473/18 1475/14 1477/14
1480/7 1480/17 1485/15
1487/12 1490/25
Mr. Fishbein [3]  1430/20
1437/8 1475/14
Mr. King [1]  1490/25
Mr. Matelson [2]  1361/4
1437/5
Mr. Murray [32]  1361/16
1361/22 1362/8 1385/7
1385/9 1388/11 1389/14
1394/21 1395/11 1396/9
1398/17 1401/6 1403/2
1403/3 1403/8 1406/12
1407/24 1409/7 1409/23
1411/5 1411/24 1418/5
1422/1 1425/7 1426/9
1428/10 1428/24 1473/18
1477/14 1480/7 1480/17
1485/15
Mr. Pietsch [1]  1487/12
Mr. Stevenson [1]  1470/7
Ms [1]  1493/7
Ms. [1]  1493/9
Ms. Walsh's [1]  1493/9
much [16]  1361/21 1364/1
1364/23 1365/7 1365/9
1369/8 1371/5 1371/15
1384/5 1384/6 1384/6
1384/8 1421/21 1427/19

**M**

much... [2] 1434/10 1471/5
multiple [3] 1374/20 1394/19
1495/22
multiples [1] 1382/12
MURRAY [38] 1359/4 1359/7
1360/24 1361/6 1361/10
1361/16 1361/22 1362/7
1362/8 1385/7 1385/9
1388/11 1389/14 1394/21
1395/11 1396/9 1398/17
1401/6 1403/2 1403/3
1403/8 1406/12 1407/24
1409/7 1409/23 1411/5
1411/24 1418/5 1422/1
1425/7 1426/9 1428/10
1428/24 1473/18 1477/14
1480/7 1480/17 1485/15
my [28] 1363/7 1366/6
1367/21 1368/1 1368/15
1370/14 1373/3 1381/15
1381/15 1384/15 1385/1
1387/6 1397/1 1402/15
1412/1 1431/16 1433/17
1433/19 1436/23 1437/6
1473/3 1474/5 1475/17
1491/7 1493/13 1494/23
1497/20 1498/13
mystery [1] 1420/10

**N**

name [1] 1362/6
names [1] 1484/17
Nashville [1] 1364/22
necessarily [1] 1497/24
necessary [1] 1475/8
need [8] 1376/1 1380/25
1383/14 1383/19 1383/20
1384/1 1420/18 1422/22
negotiating [2] 1368/4 1386/5
negotiation [3] 1488/25
1498/3 1498/4
negotiations [7] 1361/18
1386/4 1386/23 1488/23
1488/24 1491/16 1497/23
nestor [5] 1358/10 1358/12
1499/10 1499/10 1499/12
network [1] 1480/21
never [5] 1368/3 1391/7
1495/21 1497/11 1497/12
new [33] 1358/4 1358/4
1362/9 1362/17 1362/19
1367/19 1370/6 1375/22
1376/11 1377/20 1377/20
1378/1 1378/11 1378/11
1378/18 1378/19 1381/2
1383/13 1384/13 1394/13
1399/6 1405/10 1406/17
1406/20 1414/5 1416/5
1427/21 1427/21 1427/22
1469/25 1475/25 1478/18
1479/7
news [17] 1380/3 1381/12
1381/20 1381/22 1382/5
1382/17 1401/22 1402/16
1407/19 1408/4 1408/5
1411/10 1412/10 1412/25
1424/21 1427/9 1431/8
next [9] 1374/10 1397/24

1404/25 1404/25 1404/25
1435/10 1436/10 1469/12
1497/17
nice [1] 1498/25
NICHOLAS [2] 1359/10
1469/17
Ninth [1] 1358/7
no [68] 1357/3 1367/15
1381/7 1385/15 1385/15
1386/3 1386/6 1386/10
1386/21 1386/24 1387/3
1387/18 1387/21 1389/10
1390/3 1390/17 1391/2
1391/5 1393/8 1394/2
1394/6 1395/10 1395/16
1395/19 1395/23 1396/7
1396/22 1396/23 1396/24
1397/5 1397/10 1397/11
1397/15 1397/18 1401/15
1401/22 1402/22 1407/13
1407/23 1408/3 1408/8
1408/12 1408/25 1409/10
1411/20 1413/2 1414/6
1417/23 1423/5 1424/4
1424/4 1425/3 1430/4
1431/16 1432/11 1432/14
1432/17 1434/12 1436/8
1436/25 1476/15 1476/25
1480/4 1483/4 1483/21
1486/15 1490/15 1498/17
No. [1] 1360/4
No. 21-2886 [1] 1360/4
Noble [3] 1364/4 1364/12
1391/13
Nodding [1] 1431/12
non [18] 1481/15 1481/23
1482/7 1482/9 1482/12
1482/16 1482/19 1482/21
1482/24 1483/8 1483/15
1483/16 1484/2 1484/7
1489/4 1489/23 1489/25
1495/17
non-Big [17] 1481/15
1481/23 1482/7 1482/9
1482/12 1482/16 1482/19
1482/21 1482/24 1483/8
1483/16 1484/2 1484/7
1489/4 1489/23 1489/25
1495/17
non-Big 5 [1] 1483/15
nonfiction [5] 1364/2 1370/1
1391/24 1398/7 1398/15
Northwest [1] 1357/15
1358/7
Norton [2] 1415/21 1415/23
not [76] 1367/5 1367/15
1367/22 1368/7 1370/3
1375/10 1375/13 1375/22
1382/7 1382/17 1382/18
1382/21 1382/24 1383/22
1384/22 1386/10 1390/3
1391/16 1393/2 1393/3
1394/6 1394/8 1395/1
1395/2 1395/18 1395/24
1396/2 1396/7 1397/22
1403/3 1404/7 1406/22
1408/21 1418/2 1419/13
1420/20 1422/8 1426/25
1427/17 1430/13 1431/23

1433/11 1435/16 1435/17
1436/1 1436/1 1436/5
1436/12 1473/9 1473/15
1473/23 1475/13 1476/7
1477/25 1480/4 1480/5
1480/8 1483/17 1484/15
1486/11 1487/8 1487/14
1488/8 1489/4 1490/7
1491/12 1492/4 1494/21
1495/8 1497/5 1497/18
1497/24 1498/22
note [1] 1404/8
notebook [1] 1403/6
nothing [3] 1385/2 1428/14
1436/24
notice [1] 1434/4
noticed [1] 1409/7
notwithstanding [2] 1410/3
1411/1
novels [1] 1473/5
November [1] 1425/7
November 7 [1] 1425/7
now [29] 1368/23 1379/6
1383/1 1385/25 1386/7
1386/12 1387/4 1387/22
1392/4 1392/10 1392/25
1394/12 1395/14 1399/21
1401/8 1406/15 1407/18
1408/13 1408/18 1414/22
1416/11 1428/14 1430/12
1437/2 1474/16 1478/12
1481/15 1486/25 1498/20
number [26] 1368/17
1371/12 1373/21 1373/25
1383/16 1383/17 1388/12
1388/13 1403/17 1403/18
1405/3 1405/4 1405/7
1405/7 1405/10 1405/16
1407/3 1407/6 1421/7
1422/8 1425/20 1426/5
1426/9 1473/6 1481/7
1496/5
numbers [7] 1366/11
1366/16 1367/9 1381/22
1403/4 1406/9 1471/14
numerous [2] 1415/12
1415/17
NW [2] 1358/11 1499/11

**O**

O'Melveny [1] 1357/19
oath [4] 1361/11 1400/24
1409/16 1469/18
object [1] 1401/3
objection [20] 1389/9
1389/10 1400/25 1402/21
1402/22 1409/17 1409/18
1409/20 1411/19 1411/20
1417/22 1417/23 1425/2
1425/3 1483/3 1483/4
1483/20 1483/21 1486/14
1486/15
observe [5] 1476/10 1476/18
1483/25 1484/12 1485/1
observed [6] 1472/13
1472/23 1479/17 1485/11
1486/3 1494/18
obviously [4] 1370/9 1407/14
1417/1 1427/16

occasional [1] 1368/6
occurred [1] 1490/11
off [2] 1380/25 1427/5
offer [20] 1367/7 1367/8
1371/24 1386/8 1386/22
1389/7 1393/16 1400/22
1406/7 1409/15 1411/17
1417/20 1421/21 1424/25
1433/23 1436/6 1492/15
1492/20 1492/23 1498/6
offers [3] 1368/23 1369/5
1402/19
office [4] 1379/17 1422/23
1423/20 1424/2
officer [2] 1362/11 1362/17
Official [2] 1358/11 1499/11
offset [2] 1474/22 1476/4
often [7] 1370/12 1374/23
1380/3 1436/14 1436/16
1479/25 1484/5
oh [3] 1435/15 1435/17
1491/23
Okay [54] 1367/17 1368/3
1368/14 1369/4 1373/21
1380/17 1383/3 1388/1
1388/10 1389/20 1390/1
1390/10 1390/19 1393/3
1394/24 1396/25 1397/6
1398/8 1399/21 1401/1
1401/21 1404/20 1405/24
1406/10 1406/15 1407/18
1409/3 1410/9 1412/3
1416/4 1417/15 1419/15
1420/22 1423/8 1423/17
1424/1 1424/5 1424/12
1425/10 1426/2 1426/7
1426/12 1428/2 1470/2
1471/19 1473/3 1473/13
1474/3 1474/7 1475/9
1475/14 1475/16 1490/4
1497/2
old [1] 1379/14
once [2] 1372/8 1377/21
one [78] 1365/2 1365/17
1365/23 1368/6 1369/25
1370/21 1370/21 1373/20
1376/9 1378/22 1379/6
1379/22 1380/1 1380/13
1380/21 1382/19 1383/15
1386/15 1390/14 1398/5
1404/21 1404/25 1417/13
1418/22 1418/24 1420/18
1421/17 1423/20 1426/15
1426/16 1428/3 1430/17
1472/1 1472/5 1472/14
1474/25 1476/12 1476/20
1476/21 1476/22 1476/25
1477/5 1477/7 1477/7
1477/8 1477/8 1477/19
1478/6 1479/4 1479/6
1479/19 1481/3 1481/14
1482/5 1482/15 1482/22
1483/10 1484/3 1484/13
1485/13 1486/7 1486/16
1490/10 1492/2 1492/11
1493/22 1494/11 1494/13
1495/3 1495/4 1495/8
1495/16 1496/6 1496/12
1496/22 1496/25 1497/5

one... [1] 1497/7
ones [5] 1369/17 1385/19
1433/17 1472/4 1480/5
only [8] 1369/7 1369/20
1384/16 1391/10 1393/24
1436/7 1495/6 1495/6
open [7] 1359/4 1428/19
1437/14 1437/18 1469/11
1489/1 1492/19
operate [2] 1394/9 1429/10
operates [3] 1413/5 1413/10
1413/14
operation [1] 1393/4
operations [6] 1362/23
1384/2 1394/8 1419/8
1419/11 1419/17
opinions [2] 1493/11 1493/13
Oppenheimer [2] 1357/18
1360/13
opportunities [1] 1432/6
opportunity [1] 1436/20
opposed [1] 1408/22
opposite [1] 1434/8
options [1] 1480/19
order [5] 1360/23 1378/8
1381/19 1488/3 1489/6
orders [1] 1370/23
organic [3] 1403/11 1403/25
1404/6
organically [2] 1404/3
1434/11
organization [3] 1363/10
1365/22 1485/10
organized [1] 1363/12
original [1] 1404/19
originator [1] 1476/23
other [55] 1360/22 1379/4
1383/19 1384/15 1384/18
1386/7 1391/21 1392/13
1393/16 1393/22 1394/7
1394/25 1395/5 1397/15
1400/12 1412/25 1414/23
1415/2 1419/2 1419/2
1419/5 1421/19 1423/13
1424/1 1426/25 1427/3
1430/17 1433/19 1434/7
1470/22 1472/8 1472/11
1472/16 1476/18 1479/2
1480/9 1482/20 1484/22
1486/3 1487/17 1487/19
1488/2 1488/20 1488/22
1489/5 1490/5 1492/19
1492/22 1494/16 1495/15
1495/20 1495/22 1496/1
1496/14 1497/23
others [6] 1380/14 1392/22
1398/1 1472/10 1477/10
1480/2
otherwise [6] 1386/1 1434/17
1434/19 1435/18 1473/11
1474/22
our [75] 1362/17 1363/4
1363/8 1363/15 1364/16
1365/23 1366/21 1366/21
1366/21 1366/23 1367/18
1368/19 1368/20 1368/22
1369/6 1369/10 1369/12
1369/21 1369/24 1369/25

SVP [1] 1370/11
overcome [1] 1370/21
370/1 1371/11 1371/15
1371/25 1372/2 1372/22
1372/25 1375/5 1375/14
1375/21 1378/11 1379/3
1379/4 1379/4 1379/17
1379/18 1380/7 1381/1
1382/23 1383/15 1383/25
1384/1 1384/24 1388/6
1388/7 1388/20 1388/20
1388/24 1388/24 1389/6
1389/23 1391/6 1393/4
1394/10 1394/11 1401/20
1403/4 1406/16 1422/16
1422/20 1428/6 1432/7
1434/24 1435/2 1435/7
1435/21 1435/22 1436/17
1479/23 1492/17 1496/10
1498/20
ourselves [1] 1495/11
out [37] 1360/23 1363/20
1364/22 1365/8 1368/19
1370/18 1371/3 1371/10
1372/6 1372/16 1372/20
1376/18 1380/4 1380/7
1380/9 1382/6 1388/11
1398/25 1404/11 1405/7
1406/3 1414/5 1414/5
1422/8 1422/16 1425/11
1427/6 1428/4 1434/13
1434/24 1435/11 1436/3
1436/19 1476/24 1482/22
1492/16 1495/18
outcomes [1] 1435/4
outer [1] 1435/8
outlet [1] 1417/3
outlets [1] 1479/16
outline [1] 1363/2
output [1] 1399/3 1404/4
1430/3
outside [4] 1382/14 1418/24
1473/10 1476/18
outsource [5] 1379/6
1393/23 1393/24 1394/7
1394/15
outsourced [1] 1393/4
outsources [2] 1480/9
1480/13
over [27] 1363/6 1363/6
1364/19 1377/23 1377/23
1379/14 1382/13 1408/14
1409/7 1410/11 1421/7
1423/11 1425/18 1425/21
1429/11 1429/16 1430/14
1473/13 1474/4 1481/25
1482/3 1482/13 1483/8
1483/12 1488/4 1488/8
1489/23
overall [3] 1434/16 1475/10
1498/10
overhead [2] 1371/15
1377/25
overlap [1] 1496/13
overrule [1] 1409/20
oversaw [1] 1422/5
oversee [1] 1389/5
overspend [1] 1369/11
1383/21
overspending [1] 1492/25

overview [1] 1354/23
1370/8
own [13] 1371/15 1378/5
1378/21 1384/16 1392/25
1394/9 1394/12 1417/8
1421/9 1421/24 1422/20
1480/3 1480/8

P
p.m [1] 1499/1
pack [3] 1393/4 1393/24
1394/25
packing [1] 1394/22
page [15] 1359/13 1359/17
1389/18 1390/5 1400/5
1400/23 1409/1 1409/3
1409/4 1410/17 1412/16
1418/2 1425/8 1426/1
1429/3
page 2 [1] 1426/1
page 51 [1] 1410/17
paid [3] 1382/9 1384/20
1473/11
PAN [1] 1357/9
pandemic [3] 1408/19 1434/3
1434/7
paragraph [4] 1412/19
1425/10 1426/3 1426/16
Pardon [1] 1381/12
parent [11] 1381/23 1383/10
1383/25 1384/2 1384/4
1389/6 1401/23 1401/24
1402/15 1411/11 1412/1
part [19] 1363/18 1368/3
1369/21 1372/22 1372/23
1377/4 1379/12 1391/13
1391/19 1401/8 1410/7
1416/18 1416/25 1421/9
1427/17 1431/21 1480/9
1480/15 1497/7
participate [2] 1373/8
1381/12
participated [1] 1417/18
particular [9] 1367/7 1369/19
1372/7 1377/3 1477/24
1481/16 1485/17 1488/14
1490/10
particularly [3] 1433/7 1496/7
1496/14
parties [6] 1379/4 1476/13
1485/14 1487/24 1488/4
1489/2
parties' [1] 1483/9
partnerships [1] 1376/15
parts [3] 1422/13 1480/9
1481/3
party [6] 1393/10 1393/12
1393/20 1394/18 1394/20
1476/19
pass [1] 1498/18
passed [1] 1388/11
past [2] 1432/25 1489/23
pause [1] 1383/4
pay [8] 1372/7 1377/24
1380/25 1397/3 1414/9
1421/12 1436/7 1492/6
paying [1] 1435/12
penetrate [1] 1378/7
PENGUIN [48] 1357/18
1360/14 1374/8 1374/9

overview [1] 1375/24 1375/4
1377/2 1385/9 1385/13
1387/24 1389/17 1389/21
1390/12 1390/13 1392/10
1392/22 1399/16 1403/14
1407/21 1408/1 1408/6
1408/10 1414/24 1418/22
1430/15 1472/2 1472/6
1472/7 1472/20 1475/4
1477/21 1483/12 1483/15
1485/18 1493/16 1493/20
1494/3 1495/1 1495/5
1495/7 1495/13 1496/14
1496/25 1497/6 1497/16
1497/25 1498/12
people [9] 1370/18 1371/11
1371/12 1377/23 1384/18
1390/25 1395/1 1417/9
1423/8
per [1] 1390/22
percent [4] 1390/13 1405/19
1482/12 1483/14
percentage [10] 1393/3
1393/5 1393/6 1393/7
1393/8 1393/9 1406/13
1406/13 1407/9 1407/16
perception [1] 1489/2
perfect [1] 1391/16
performance [2] 1401/19
1436/15
performing [1] 1435/22
perhaps [1] 1479/20
period [3] 1409/24 1410/13
1423/11
permission [1] 1361/15
person [2] 1396/3 1396/4
personal [4] 1366/13
1368/23 1368/24 1369/4
personalities [2] 1415/14
1415/19
personally [1] 1395/14
perspective [2] 1372/1
1382/16
Petrocelli [2] 1357/17
1360/13
phrase [1] 1425/20
physical [1] 1432/25
pick [3] 1391/12 1393/4
1393/24
picking [1] 1394/22
picture [1] 1364/9
pie [1] 1434/9
Pietsch [1] 1487/12
pitch [2] 1416/18 1416/25
pitching [1] 1376/11
place [2] 1368/25 1479/22
placing [1] 1380/24
Plaintiff [2] 1357/4 1357/12
PLAINTIFF'S [4] 1359/13
1483/6 1483/23 1486/23
plan [18] 1360/23 1369/6
1381/15 1381/17 1383/12
1383/13 1383/14 1383/14
1385/13 1388/22 1388/24
1388/25 1389/5 1399/21
1417/17 1435/3 1436/17
1436/18
plans [9] 1361/18 1363/5
1368/22 1373/9 1385/25

plans... [4]  1386/7 1406/16 1434/24 1484/9
platforms [1]  1372/19
play [1]  1490/21
plays [1]  1470/17
please [30]  1360/6 1362/6 1389/14 1400/21 1424/5 1428/10 1437/3 1470/16 1475/1 1476/12 1476/20 1477/19 1478/6 1479/4 1482/4 1482/5 1482/15 1484/3 1484/13 1485/13 1485/24 1492/9 1492/11 1493/11 1494/11 1495/3 1495/16 1496/22 1498/10 1498/22
poach [2]  1497/11 1497/12
podium [1]  1360/6
point [8]  1376/8 1381/3 1405/23 1430/19 1433/20 1436/2 1479/5 1481/9
points [1]  1481/11
policy [1]  1397/8
pool [1]  1396/12
posed [1]  1433/22
posing [1]  1479/17
positions [1]  1362/14
possibility [2]  1417/2 1487/2
possible [5]  1376/18 1380/4 1427/6 1435/20 1478/11
post [4]  1386/7 1491/9 1493/25 1497/6
potential [6]  1372/24 1373/11 1424/20 1424/22 1431/19 1470/20
power [1]  1383/18
practice [1]  1368/7
predict [4]  1472/8 1472/9 1472/11 1472/21
predicted [1]  1472/18
predicts [1]  1472/16
preempt [2]  1492/15 1492/17
preliminary [1]  1360/20
preparation [1]  1402/10
prepare [1]  1401/9
prepared [2]  1419/13 1436/6
present [2]  1402/14 1419/10
presentation [2]  1403/13 1407/19
presented [3]  1389/6 1402/16 1418/11
presenting [1]  1402/12
president [6]  1362/16 1362/20 1362/21 1362/23 1367/3 1495/4
presidents [3]  1363/15 1368/1 1373/3
press [2]  1380/6 1495/18
prestige [1]  1481/8
preventing [1]  1492/7
previewed [1]  1474/17
previous [5]  1376/13 1381/4 1429/18 1429/24 1473/18
PRH [4]  1374/15 1497/4 1497/11 1497/11
price [10]  1382/8 1382/15 1382/21 1382/24 1421/2 1421/12 1422/6 1492/25

print [8]  1370/25 1373/15 1373/22 1373/25 1374/2 1380/3 1427/17 1479/7
printed [1]  1376/17
printer [3]  1379/23 1379/23 1393/5
printers [2]  1376/16 1380/5
printing [2]  1371/2 1373/13
prior [3]  1400/23 1409/16 1488/18
prioritize [1]  1417/8
private [1]  1428/5
probability [3]  1487/23 1487/25 1488/15
probably [3]  1382/22 1398/9 1431/6
problem [1]  1420/13
proceed [4]  1361/25 1383/5 1428/20 1470/7
proceedings [1]  1360/1 1499/6
process [6]  1366/13 1366/19 1367/13 1422/7 1422/9 1422/10
processing [1]  1394/12
produce [1]  1370/25
producers [1]  1372/18
professional [1]  1371/18
profile [1]  1380/24
profiles [1]  1496/10
profit [4]  1369/10 1383/22 1471/1 1471/25
profitable [3]  1381/3 1381/6 1383/9
profits [5]  1383/21 1383/24 1384/12 1435/23 1435/23
program [1]  1366/7
programs [1]  1479/22
project [6]  1369/19 1371/23 1372/7 1373/23 1376/11 1431/21
projected [3]  1429/17 1431/19 1434/15
projecting [3]  1405/20 1430/1 1430/2
projection [6]  1366/24 1372/5 1372/8 1405/13 1407/5 1408/9
projections [9]  1371/25 1372/10 1384/5 1401/9 1401/12 1401/16 1401/18 1430/6 1431/25
projects [3]  1377/20 1406/17 1430/23
promise [11]  1475/5 1493/17 1493/21 1494/5 1494/9 1494/15 1494/20 1494/25 1497/14 1497/18 1497/20
promises [1]  1494/13
promote [3]  1379/17 1396/10 1479/22
promoted [1]  1378/13
promotes [1]  1414/15
prospective [3]  1379/15 1379/19 1434/5
provide [1]  1407/16
public [13]  1366/12 1372/3 1383/2 1383/5 1415/14

1428/4 1433/19 1437/3 1437/17 1475/13
publicists [1]  1372/17
publicity [3]  1373/2 1380/2 1479/10
publicize [2]  1370/19 1433/25
publicized [1]  1433/23
publicly [2]  1398/21 1399/14
publish [9]  1363/6 1363/6 1364/24 1365/8 1371/11 1375/15 1375/16 1375/16 1424/8
published [9]  1375/22 1376/7 1376/9 1379/13 1379/18 1379/20 1379/21 1416/23 1417/8
publisher [34]  1367/2 1367/13 1374/6 1376/1 1378/24 1380/19 1386/12 1392/14 1392/16 1392/19 1415/8 1415/9 1415/10 1415/25 1416/11 1418/24 1419/2 1419/5 1471/1 1472/14 1475/23 1475/25 1477/1 1478/12 1480/12 1480/21 1481/4 1487/22 1489/1 1491/2 1492/20 1493/1 1495/17 1495/24
publisher's [1]  1377/18
publishers [58]  1363/14 1366/21 1368/2 1373/3 1375/23 1384/19 1385/16 1386/8 1386/16 1393/17 1393/23 1395/5 1396/10 1414/23 1415/2 1415/13 1415/18 1434/7 1472/8 1472/16 1477/17 1477/20 1478/4 1479/2 1479/8 1479/24 1480/3 1480/20 1480/22 1481/16 1481/17 1481/18 1482/7 1482/7 1482/8 1482/9 1482/12 1482/17 1482/19 1484/2 1484/9 1484/15 1484/17 1484/18 1484/19 1484/22 1487/13 1487/18 1488/2 1488/22 1490/6 1492/2 1492/4 1492/6
publishers' [1]  1488/20
publishes [4]  1363/21 1363/24 1363/25 1474/14
publishing [51]  1363/8 1363/10 1363/11 1363/17 1364/5 1364/7 1364/17 1364/17 1364/21 1365/3 1366/6 1376/7 1377/25 1379/12 1379/14 1380/13 1382/13 1388/24 1391/19 1392/5 1395/12 1404/4 1409/6 1409/24 1410/23 1412/20 1412/22 1412/25 1413/5 1413/16 1416/6 1416/19 1418/18 1419/7 1419/11 1419/17 1419/20 1422/21 1422/22 1432/19 1433/6 1471/24 1474/10

1477/1
1477/24 1478/13 1481/5 1485/5 1497/1
pulled [1]  1434/8
purchase [7]  1382/8 1421/2 1421/17 1424/20 1424/20 1479/1 1479/16
purchasers [1]  1421/15
purchasing [1]  1421/13
purpose [1]  1406/8
purposes [1]  1390/1
put [11]  1381/11 1383/12 1388/22 1395/22 1396/15 1403/13 1434/4 1436/20 1472/6 1472/8 1495/18
puts [2]  1414/5 1480/24
putting [1]  1389/1
PX0967 [2]  1483/19 1483/19
PX0968 [2]  1486/13 1486/13
PX0977 [2]  1483/2 1483/2

Q
qualitative [5]  1480/1 1480/23 1484/1 1485/11 1489/24
quantitative [3]  1481/24 1482/2 1483/25
quarter [2]  1431/6 1435/19
question [13]  1367/11 1382/17 1384/15 1390/24 1400/11 1400/12 1400/17 1409/4 1429/12 1431/1 1484/4 1495/5 1497/17
questioning [2]  1436/23 1437/6
questions [20]  1381/9 1383/2 1383/7 1385/1 1385/1 1420/17 1421/1 1428/24 1429/7 1431/18 1433/19 1433/21 1433/22 1436/23 1437/13 1470/24 1481/15 1486/25 1493/19 1498/18
quickly [5]  1367/11 1376/17 1380/10 1413/6 1413/14
quite [4]  1371/3 1376/5 1414/17 1431/1
quote [7]  1476/23 1477/24 1478/16 1479/20 1481/11 1495/17 1497/10
quotes [5]  1476/13 1476/15 1476/21 1477/22 1485/14

R
racking [1]  1394/1
radio [1]  1372/18
raise [1]  1361/9
ramped [1]  1408/20
ran [1]  1367/18
Randall [1]  1357/18
RANDOM [49]  1357/18 1360/14 1374/8 1374/9 1374/17 1374/24 1375/13 1377/2 1385/10 1385/13 1387/24 1389/17 1389/21 1390/12 1390/13 1392/10 1392/22 1399/16 1403/14 1407/21 1408/1 1408/6 1408/10 1414/24 1418/22 1430/16 1472/2 1472/6 1472/7 1472/20 1475/4

1516

R

RANDOM... [18] 1477/21
1483/13 1483/15 1485/19
1493/16 1493/21 1494/4
1495/1 1495/5 1495/7
1495/13 1496/15 1496/17
1497/1 1497/6 1497/16
1497/25 1498/12
Randy [1] 1360/13
range [2] 1382/14 1480/19
rank [1] 1374/16
Rapids [1] 1364/23
rarely [1] 1484/8
rate [6] 1429/18 1429/18
1429/22 1429/23 1429/25
1430/9
rates [2] 1430/6 1432/10
rather [1] 1497/25
rationale [1] 1432/2
reach [3] 1378/12 1478/24
1480/16
reached [1] 1383/1
reaction [3] 1382/9 1382/11
1421/2
read [4] 1357/12 1360/8
1405/7 1425/11
readers [3] 1364/1 1371/4
1376/8
readership [1] 1378/18
reading [2] 1401/13 1405/3
ready [2] 1401/14 1470/7
real [2] 1423/24 1424/1
realized [1] 1496/5
reallocate [1] 1436/3
really [16] 1364/11 1364/17
1375/18 1376/16 1377/24
1377/24 1378/16 1378/18
1379/17 1380/5 1382/17
1382/18 1390/3 1408/18
1436/12 1497/11
realtime [1] 1436/5
reason [3] 1396/20 1421/15
1421/17
reasons [1] 1494/12
rebuttal [1] 1475/7
recall [7] 1429/4 1431/11
1432/20 1469/14 1470/13
1470/23 1472/17
received [8] 1389/12 1402/24
1411/22 1417/25 1425/5
1483/6 1483/23 1486/23
recent [7] 1364/19 1380/12
1398/18 1431/2 1485/1
1489/14 1489/20
recently [1] 1394/6
recess [2] 1428/12 1499/1
recognition [1] 1489/3
recognize [9] 1388/15 1402/1
1411/7 1424/13 1488/4
1488/12 1489/7 1498/1
1498/3
recommend [1] 1382/18
recommendation [2] 1381/19
1424/18
recommended [2] 1382/18
1382/21
record [8] 1360/7 1362/6
1376/20 1379/10 1392/8
1392/19 1397/23 1398/6

recurred [1] 1388/16
recreation [3] 1483/2
1483/18 1486/13
RECROSS [1] 1359/2
redirect [3] 1359/2 1428/22
1433/19
Redmayne [1] 1424/17
reduce [4] 1478/9 1494/16
1496/2 1498/14
reduced [1] 1408/9
reduction [2] 1491/18
1498/15
refer [5] 1388/12 1391/22
1412/23 1418/2 1430/23
referred [1] 1373/12
referring [2] 1406/8 1413/22
reflect [3] 1406/15 1406/16
1426/9
reflected [1] 1390/11
refreshed [1] 1427/20
refuse [1] 1369/13
regard [3] 1431/16 1493/13
1493/21
regarding [8] 1475/10
1476/10 1484/1 1485/11
1486/3 1489/11 1491/3
1493/8
regularly [2] 1412/6 1412/10
reinvest [1] 1384/13
relates [1] 1424/22
relating [1] 1424/19
relationship [3] 1371/22
1373/22 1380/8
relationships [4] 1372/14
1372/17 1380/5 1479/21
relative [1] 1431/4
relatively [3] 1485/1 1489/13
1490/13
release [1] 1479/11
releases [1] 1495/18
relevance [1] 1379/11
relevant [3] 1378/5 1379/24
1485/6
remain [1] 1361/8
remaining [1] 1487/1
remains [1] 1494/15
remember [2] 1392/6 1421/22
remove [1] 1361/22
removed [1] 1489/3
removing [1] 1487/24
renegotiation [1] 1497/14
reorganization [1] 1496/7
reorganize [1] 1496/13
rep [1] 1378/23
repeat [3] 1386/5 1397/23
1398/6
replace [2] 1380/10 1430/2
report [7] 1365/18 1366/1
1378/10 1431/8 1431/13
1482/16 1493/4
REPORTED [1] 1358/10
Reporter [2] 1358/11
1499/11
reports [2] 1366/6 1436/6
represent [1] 1425/23
represents [1] 1404/16
reps [1] 1379/5
republish [1] 1427/19
reputation [1] 1376/6

recurred [1] ... 1481/1 1481/3 1481/4
require [2] 1366/13 1366/16
required [4] 1367/6 1370/17
1394/24 1422/24
requirement [3] 1368/24
1369/2 1369/4
resources [1] 1397/2
respect [3] 1365/10 1373/12
1429/12
respond [1] 1380/10
response [1] 1487/7
responsibilities [1] 1363/2
responsible [3] 1362/22
1363/4 1363/15
result [6] 1386/25 1387/20
1408/1 1408/6 1426/12
1475/24
results [2] 1373/8
resume [2] 1360/24 1498/21
Resumed [1] 1470/9
retail [2] 1417/3 1418/14
retailers [2] 1479/21 1479/22
1480/16
retain [1] 1394/1
return [3] 1382/24 1396/16
1432/10
returns [1] 1394/12
revealing [1] 1397/5
revenue [5] 1377/16 1383/22
1431/21 1431/24 1432/6
revenues [4] 1362/24 1369/7
1384/12 1435/22
review [6] 1366/22 1401/12
1401/16 1401/20 1493/4
1494/4
reviewers [1] 1373/19
reviews [1] 1414/15
revoked [1] 1494/14
richest [1] 1478/17
riding [2] 1373/6 1373/7
right [134] 1361/7 1361/7
1361/9 1362/25 1363/18
1363/22 1364/7 1364/14
1364/25 1366/6 1366/11
1367/8 1367/25 1377/14
1381/21 1382/25 1385/4
1385/17 1386/16 1387/5
1387/8 1387/11 1387/14
1388/2 1389/22 1389/24
1390/2 1390/5 1390/20
1392/2 1392/8 1392/11
1392/14 1392/17 1392/23
1393/20 1394/5 1394/8
1394/12 1395/1 1395/3
1395/3 1395/6 1396/2
1396/15 1396/16 1396/18
1397/13 1397/19 1397/25
1398/3 1398/10 1398/12
1398/15 1398/22 1399/3
1399/6 1399/9 1400/2
1400/15 1401/6 1401/10
1402/17 1404/1 1404/3
1404/9 1404/12 1404/14
1404/23 1405/1 1405/3
1405/11 1405/14 1405/17
1406/18 1406/20 1406/22
1406/23 1407/6 1407/15
1407/16 1408/13 1408/17

1412/4 1412/14 1413/2
1414/1 1414/7 1414/18
1414/20 1415/13 1415/21
1415/25 1416/2 1416/12
1416/15 1417/3 1417/11
1418/9 1418/12 1418/14
1418/18 1418/20 1418/25
1419/22 1421/21 1421/24
1423/20 1423/22 1424/4
1424/23 1427/2 1427/10
1427/14 1427/18 1428/13
1428/16 1429/6 1429/16
1429/23 1430/12 1432/15
1433/4 1437/1 1437/14
1482/20 1486/20 1488/11
1492/24 1496/17 1498/19
rights [5] 1398/18 1400/14
1415/18 1419/19 1419/22
risk [21] 1369/19 1370/3
1371/1 1373/6 1373/7
1380/24 1396/15 1397/9
1397/17 1397/21 1426/23
1426/25 1477/7 1477/11
1477/11 1477/16 1477/18
1477/23 1477/25 1478/2
1478/9
riskiness [3] 1477/15 1478/3
1478/21
risks [10] 1369/15 1377/20
1378/1 1397/7 1397/12
1397/16 1426/20 1426/22
1478/18 1478/20
risky [6] 1397/22 1398/1
1398/10 1398/15 1478/1
1478/2
RMR [2] 1358/10 1499/10
Robert [1] 1402/15
role [11] 1362/18 1366/3
1367/22 1381/14 1389/4
1422/4 1470/17 1475/3
1490/21 1490/24 1490/25
romance [10] 1365/3
1375/12 1375/13 1420/2
1420/5 1420/6 1420/9
1420/14 1473/5 1474/3
Rosetta [1] 1403/5
rough [1] 1371/9
roughly [2] 1371/14 1423/8
rounds [5] 1487/11 1487/13
1487/16 1495/7 1497/21
royalties [1] 1406/22
Rudolph [1] 1493/4
rule [2] 1380/20 1380/22
run [4] 1363/20 1364/22
1371/25 1436/2
runs [1] 1365/23
Ryan [1] 1358/6

S

said [19] 1365/7 1374/24
1375/15 1376/25 1377/2
1377/15 1384/15 1385/16
1387/4 1390/19 1397/7
1400/20 1401/8 1406/14
1409/19 1415/5 1419/10
1419/25 1473/13
sale [2] 1364/12 1381/11
sales [31] 1366/23 1370/20
1370/22 1371/23 1372/2

sales... [26] 1372/8 1372/21
1372/25 1373/1 1373/22
1375/17 1376/14 1378/4
1378/5 1378/21 1378/23
1379/5 1379/6 1384/15
1387/23 1390/16 1391/12
1397/24 1417/2 1427/24
1470/21 1473/9 1477/16
1480/9 1480/15 1481/5
same [15] 1371/20 1379/8
1379/20 1382/15 1382/21
1406/24 1408/16 1409/23
1429/12 1429/12 1437/8
1470/3 1472/1 1493/13
1495/10
sample [1] 1370/14
save [2] 1381/21 1475/6
savings [1] 1423/24
saw [2] 1434/2 1483/16
say [26] 1374/9 1375/25
1380/23 1385/24 1385/24
1392/21 1396/9 1397/14
1398/2 1399/2 1399/11
1399/24 1400/1 1414/17
1419/4 1422/8 1427/24
1429/20 1433/14 1434/21
1435/10 1435/16 1436/13
1473/16 1485/20 1491/22
saying [5] 1378/23 1406/3
1433/10 1481/7 1495/18
says [17] 1397/16 1404/3
1404/9 1404/21 1405/23
1413/5 1414/22 1416/4
1419/7 1425/11 1425/12
1425/17 1425/18 1426/16
1476/23 1495/9 1496/9
scared [2] 1470/4 1470/6
Scholastic [1] 1415/6
SCHUSTER [53] 1358/3
1360/17 1374/11 1374/16
1374/22 1377/6 1381/10
1381/11 1381/16 1381/25
1382/3 1382/6 1385/10
1385/14 1387/5 1387/8
1387/11 1387/14 1387/20
1399/16 1403/14 1407/22
1408/2 1408/7 1408/11
1414/24 1415/5 1420/23
1421/23 1422/17 1422/21
1423/15 1424/19 1424/22
1424/23 1426/11 1430/3
1431/20 1432/11 1432/13
1472/3 1472/9 1472/23
1483/14 1492/12 1493/21
1494/1 1494/3 1495/2
1496/15 1497/7 1497/16
1498/12
Schuster's [3] 1431/5
1432/16 1472/22
science [1] 1420/9
scope [1] 1437/11
score [1] 1472/15
Scott [1] 1360/13
scramble [1] 1380/3
SE [2] 1357/6 1360/5
search [1] 1417/9
season [1] 1379/1
seated [2] 1361/13 1469/21

second [22] 1374/16 1387/24
1407/18 1420/19 1425/8
1425/10 1425/12 1426/3
1426/4 1426/5 1471/2
1471/8 1471/10 1472/15
1476/14 1478/16 1479/20
1480/12 1489/6 1492/5
1493/24 1496/25
section [1] 1496/9
securities [1] 1411/11
see [46] 1368/8 1377/12
1379/16 1389/15 1391/8
1391/15 1391/17 1399/12
1400/20 1401/20 1403/10
1404/4 1404/20 1404/21
1405/4 1406/4 1409/11
1412/19 1413/7 1413/8
1413/17 1414/25 1415/15
1416/7 1425/8 1425/13
1425/15 1425/18 1425/21
1426/6 1426/16 1426/17
1435/21 1436/22 1472/18
1477/5 1482/10 1482/21
1484/6 1485/14 1486/7
1486/10 1492/4 1492/8
1492/13 1492/16
seeing [4] 1371/11 1475/13
1484/16 1496/23
seem [1] 1384/18
seen [11] 1365/5 1476/24
1477/17 1479/3 1481/9
1482/14 1491/20 1494/25
1495/15 1495/18 1496/21
self [1] 1384/1
self-finance [1] 1384/1
sell [13] 1366/24 1372/1
1372/9 1373/14 1373/15
1373/16 1375/24 1376/16
1378/19 1379/7 1384/19
1391/10 1413/25
seller [3] 1372/15 1378/9
1378/25
sellers [24] 1372/24 1373/19
1375/6 1378/10 1378/12
1380/4 1380/7 1470/19
1471/25 1473/8 1475/24
1476/2 1476/11 1477/4
1477/13 1478/5 1478/21
1479/9 1484/6 1485/23
1486/6 1486/11 1489/14
1498/15
selling [4] 1378/25 1379/3
1379/9 1471/22
sells [1] 1384/16
senior [1] 1401/16
sense [6] 1382/15 1408/14
1421/12 1421/20 1435/9
1471/5
sensibility [1] 1364/24
sensitive [1] 1361/17
sentence [6] 1414/22
1415/12 1416/4 1425/11
1425/12 1426/4
separate [4] 1363/16
1395/25 1420/19 1428/4
separates [1] 1397/12
series [5] 1365/3 1375/12
1375/13 1398/8 1398/9

services [2] 1395/9 1416/19
session [17] 1357/7 1359/4
1359/7 1366/12 1367/9
1381/22 1383/2 1420/19
1420/20 1428/17 1428/19
1430/12 1433/20 1437/2
1437/9 1437/14 1437/20
set [4] 1372/10 1373/1
1433/1 1476/24
setting [3] 1395/14 1487/16
1492/24
settings [2] 1494/22 1497/3
share [22] 1375/4 1388/1
1389/15 1390/7 1390/11
1390/15 1472/25 1473/6
1474/11 1481/25 1481/25
1482/3 1482/11 1482/18
1482/20 1483/8 1483/13
1483/16 1483/17 1486/5
1486/10 1492/9
shares [6] 1387/22 1472/13
1473/1 1473/4 1482/7
1484/7
she [3] 1365/21 1365/23
1497/12
Shearman [2] 1358/3 1358/7
sheet [1] 1406/2
ship [4] 1372/16 1380/6
1393/4 1394/25
shocked [1] 1382/10
Shores [1] 1358/6
short [1] 1371/19
shot [1] 1376/23
should [4] 1381/20 1396/5
1396/10 1396/20
show [4] 1388/10 1411/5
1418/2 1489/21
showing [1] 1429/8
shown [3] 1431/8 1431/10
1432/19
shows [1] 1481/24
shrinkages [1] 1482/22
sic [1] 1376/21
side [5] 1367/16 1404/14
1432/4 1432/6 1497/1
sign [2] 1376/21 1399/11
significance [2] 1416/24
1484/1
significant [16] 1363/21
1370/14 1370/23 1374/10
1376/3 1393/6 1393/8
1393/9 1476/5 1487/17
1489/19 1489/23 1489/25
1491/18 1492/2 1498/1
significantly [5] 1429/22
1482/1 1487/25 1493/15
1498/14
similar [5] 1376/8 1376/8
1377/11 1488/24 1493/10
similarly [1] 1497/8
SIMON [56] 1358/3 1360/17
1374/11 1374/16 1374/22
1377/6 1381/10 1381/11
1381/16 1381/25 1382/2
1382/6 1385/10 1385/14
1387/4 1387/8 1387/11
1387/13 1387/20 1399/16
1403/14 1407/21 1408/1

services... [2] 1414/21 1414/24
1415/5 1420/22 1421/23
1421/17 1422/20 1423/15
1424/19 1424/22 1424/23
1426/11 1430/3 1431/4
1431/20 1432/11 1432/13
1432/16 1472/3 1472/8
1472/21 1472/23 1483/14
1492/12 1493/21 1494/1
1494/3 1495/2 1496/15
1497/7 1497/16 1498/11
since [4] 1430/6 1432/13
1432/16 1433/4
single [1] 1476/24
sir [2] 1361/8 1401/21
sit [2] 1385/25 1399/21
situation [1] 1497/24
size [10] 1366/8 1377/3
1377/11 1377/18 1431/4
1431/4 1431/7 1432/3
1432/5 1478/10
sized [1] 1415/25
sketch [1] 1363/23
slide [38] 1389/14 1403/2
1403/10 1403/18 1418/5
1418/8 1474/25 1476/12
1476/20 1477/5 1477/19
1478/6 1479/4 1479/19
1481/10 1482/5 1482/15
1483/10 1483/10 1484/3
1484/4 1484/13 1484/14
1484/14 1484/20 1484/20
1484/21 1485/13 1485/24
1486/7 1492/11 1493/22
1493/22 1494/11 1495/3
1495/16 1496/6 1496/22
slowed [1] 1429/22
slower [1] 1429/25
small [6] 1373/7 1379/4
1481/24 1483/16 1484/9
1489/9
smaller [9] 1377/7 1384/19
1415/13 1415/18 1415/25
1479/24 1480/20 1480/22
1484/5
Smith [3] 1357/18 1360/13
Snyder [5] 1482/16 1489/12
1489/20 1491/3 1493/14
Snyder's [3] 1489/11
1489/16 1493/10
so [194] 1360/22 1362/23
1364/23 1366/5 1366/21
1367/9 1368/3 1368/21
1369/7 1369/10 1369/12
1369/19 1369/20 1369/21
1370/3 1370/24 1371/1
1371/3 1371/14 1371/25
1373/7 1373/19 1374/18
1374/21 1375/9 1375/18
1375/25 1376/8 1376/11
1376/16 1376/18 1377/14
1377/24 1378/2 1378/12
1378/18 1378/19 1379/4
1379/7 1380/5 1380/9
1381/6 1381/7 1382/13
1382/22 1382/23 1383/12
1383/22 1384/5 1385/21
1386/11 1386/18 1388/4
1388/14 1389/24 1390/23

so... [138] 1391/3 1391/5 1391/6 1391/11 1391/16 1392/15 1392/21 1393/9 1394/2 1394/13 1394/18 1394/24 1395/3 1395/20 1396/14 1397/3 1397/22 1398/7 1400/10 1402/16 1404/11 1405/3 1406/12 1406/20 1406/24 1407/2 1407/12 1407/14 1408/14 1408/21 1409/4 1410/2 1410/16 1411/11 1412/3 1412/16 1413/25 1414/3 1414/7 1415/21 1417/7 1418/1 1418/14 1418/20 1419/9 1420/22 1421/19 1421/23 1422/11 1422/15 1422/17 1423/6 1423/14 1423/17 1424/8 1424/17 1425/20 1426/3 1426/25 1427/16 1427/20 1430/9 1430/12 1431/1 1432/15 1433/1 1434/11 1434/21 1434/21 1434/23 1435/1 1435/4 1436/1 1436/5 1437/2 1437/8 1437/13 1470/18 1471/5 1471/9 1471/13 1471/24 1472/2 1472/6 1472/13 1473/4 1473/7 1473/13 1473/25 1474/21 1474/25 1475/2 1475/17 1475/23 1476/8 1478/9 1478/19 1479/5 1479/6 1479/14 1480/14 1481/3 1481/10 1482/6 1482/8 1482/17 1483/12 1484/13 1484/19 1485/17 1487/15 1487/20 1488/8 1488/11 1488/16 1489/8 1489/18 1490/3 1492/7 1492/12 1492/14 1492/21 1493/1 1493/22 1495/10 1495/12 1496/6 1496/12 1496/13 1496/14 1496/22 1496/24 1497/3 1497/6 1497/13 1497/20 1498/3 1498/5
social [4] 1372/19 1373/19 1413/20 1413/22
softened [2] 1488/13 1489/7
sold [4] 1391/7 1391/12 1417/5 1473/20
solely [1] 1406/7
some [61] 1364/9 1364/10 1371/8 1378/16 1380/2 1380/12 1383/10 1388/10 1391/20 1392/4 1392/4 1393/2 1397/3 1397/6 1397/22 1397/24 1398/1 1404/14 1414/9 1414/19 1415/2 1419/14 1419/18 1419/19 1419/25 1421/1 1422/11 1423/19 1433/22 1434/7 1435/4 1473/18 1473/19 1473/20 1476/6 1476/13 1476/21 1477/20 1478/7 1479/5 1479/8 1480/9 1480/13 1481/8

40 / 10 Document 1207 Document 14207
1485/9 1485/14 1485/15 1488/12 1488/15 1488/16 1490/25 1493/9 1493/23 1494/2 1494/21 1495/4 1496/7 1496/23
someone [2] 1402/12 1414/15
something [4] 1376/16 1380/1 1380/2 1479/1
sometimes [10] 1370/12 1371/17 1375/19 1377/10 1377/10 1377/22 1427/14 1430/22 1430/23 1431/1
somewhere [1] 1483/13
sorry [21] 1374/24 1376/24 1390/24 1397/14 1399/18 1401/3 1410/8 1419/4 1420/4 1420/18 1429/20 1471/13 1471/19 1471/23 1488/5 1488/8 1489/4 1490/4 1491/15 1494/23 1498/6
sort [12] 1363/14 1365/11 1367/13 1369/14 1370/5 1427/5 1431/3 1431/14 1434/14 1436/5 1476/16 1493/25
sounds [1] 1424/4
source [2] 1384/3 1498/2
space [1] 1379/17
speak [1] 1486/9
speaks [1] 1495/23
specific [3] 1381/21 1395/15 1403/4
specifics [2] 1430/11 1486/9
speculate [1] 1399/19
speculation [1] 1490/15
speculative [1] 1490/13
spend [17] 1370/15 1371/16 1371/20 1371/21 1383/11 1384/6 1399/5 1406/15 1407/10 1429/13 1429/15 1434/1 1434/15 1434/18 1435/5 1435/6 1493/2
spending [9] 1371/18 1383/13 1408/18 1408/20 1408/21 1430/7 1434/3 1434/9 1434/10
spends [2] 1370/11 1370/23
spent [1] 1369/8
spoke [1] 1480/17
stability [1] 1377/19
staff [2] 1386/1 1422/22
staffing [1] 1422/20
stamping [1] 1486/21
stand [1] 1396/20
standard [1] 1368/7
standing [1] 1361/8
Stars [1] 1357/19
start [8] 1360/20 1381/1 1475/21 1476/9 1477/11 1487/10 1492/21 1494/24
started [1] 1361/14
starting [2] 1363/24 1478/12
starts [3] 1376/16 1412/19 1426/4
startups [3] 1380/13 1380/17

stated [1] 1380/15/22/6
1403/4
stated [1] 1398/21
statement [5] 1400/24 1409/16 1416/9 1431/9 1434/12
statements [1] 1476/19
STATES [15] 1357/1 1357/3 1357/10 1357/14 1360/4 1360/8 1361/3 1361/5 1364/18 1370/21 1372/15 1416/15 1418/25 1422/19 1423/24
stayed [1] 1408/16
Stehlik [1] 1365/21
step [1] 1361/7
Stephen [2] 1358/2 1360/16
steps [2] 1366/12 1366/16 1366/17 1366/18
Sterling [2] 1358/3 1358/7
STEVENSON [3] 1359/11 1470/7 1474/8
still [4] 1383/19 1383/20 1383/24 1387/10
stock [2] 1376/18 1380/9
stocked [1] 1378/13
Stone [1] 1403/5
stop [1] 1490/3
storage [1] 1393/24
store [3] 1364/4 1391/7 1480/18
stores [9] 1364/13 1365/5 1378/14 1378/15 1378/16 1391/9 1473/21 1473/23 1480/17
strategic [1] 1393/25
strategies [3] 1361/18 1492/19 1492/22
strategy [6] 1362/18 1399/14 1399/22 1399/25 1400/13 1402/4
Street [1] 1357/15 1358/7
strength [1] 1416/17
strong [2] 1395/12 1479/21
stronger [2] 1479/23 1480/2
structure [1] 1432/16
structures [1] 1365/17
subdivisions [1] 1365/11
subject [2] 1490/12 1494/4
subjective [1] 1397/19
submit [1] 1381/25
subsequent [1] 1490/11
substance [1] 1493/20
subtract [2] 1389/24 1389/25
succeeded [1] 1476/25
success [1] 1481/13
successes [1] 1479/25
successful [9] 1376/10 1376/13 1377/22 1379/25 1396/21 1397/4 1476/15 1485/10 1485/22
successfully [2] 1376/1 1481/5
such [2] 1414/23 1490/15
suggesting [1] 1491/20
summarize [1] 1498/10
summarizes [2] 1476/16 1484/22
summarizing [6] 1481/10

Filed 12/15/22   Page 162 of 168
1493/25 1495/12
summary [1] 1486/8
supervise [1] 1385/16
suppliers [1] 1361/19
support [1] 1422/23 1422/25
supposed [2] 1395/21 1412/13
surcharge [1] 1480/24
sure [34] 1363/4 1363/13 1363/25 1364/16 1365/2 1367/10 1369/9 1369/18 1369/24 1370/1 1373/10 1377/1 1379/25 1383/18 1397/6 1419/13 1425/25 1427/12 1431/1 1474/2 1474/6 1474/18 1479/4 1479/9 1479/19 1481/10 1482/5 1484/3 1484/15 1485/13 1490/20 1492/11 1495/3 1496/4
surprised [1] 1437/11
swear [1] 1469/16
sworn [2] 1361/11 1469/18
synergies [22] 1420/24 1421/20 1421/24 1422/8 1423/2 1423/12 1424/3 1425/17 1425/20 1426/5 1426/10 1426/19 1426/24 1427/1 1427/3 1427/6 1431/18 1431/22 1431/24 1432/5 1432/10 1432/12
synergy [1] 1426/16

**T**
tab [9] 1388/13 1388/14 1400/4 1402/1 1411/6 1417/14 1424/6 1424/9 1429/1
tab 2 [1] 1402/1
table [2] 1360/9 1370/13
take [21] 1369/20 1377/19 1377/25 1381/2 1395/5 1401/25 1407/14 1428/6 1428/8 1429/15 1435/1 1435/21 1471/7 1478/18 1485/24 1488/15 1488/16 1488/17 1494/16 1498/20 1498/20
taken [2] 1428/12 1499/1
takes [2] 1404/11 1478/13
taking [7] 1369/22 1369/22 1369/23 1371/11 1394/8 1478/19 1498/8
talk [11] 1366/22 1369/14 1376/12 1378/24 1390/25 1416/22 1427/13 1428/10 1475/3 1475/4 1498/22
talked [2] 1472/17 1481/22
talking [14] 1367/23 1368/15 1369/15 1397/21 1400/13 1410/6 1410/6 1433/8 1473/18 1476/13 1477/22 1481/12 1484/19 1495/5
tammy [1] 1358/10 1358/12 1499/10 1499/10 1499/12
target [2] 1422/14 1437/13
targeted [1] 1365/8
Targets [2] 1365/5 1369/12
team [12] 1363/7 1366/23

| | | |
|---|---|---|
| team... [10] 1368/15 1370/11 1370/22 1372/2 1376/12 1376/23 1379/6 1381/15 1397/1 1423/1 | 1368/3 1368/11 1368/17 1368/17 1368/17 1368/24 1369/2 1369/8 1369/9 1369/15 1369/16 1369/17 | 1411/1 1411/3 1411/7 1411/21 1412/2 1412/13 1412/19 1412/23 1413/6 1413/8 1413/10 1413/13 |
| teams [4] 1370/15 1370/20 1372/21 1377/25 | 1369/18 1369/24 1370/2 1370/3 1370/4 1370/8 1370/10 1370/11 1370/11 | 1413/16 1413/25 1414/5 1414/14 1414/16 1414/17 1414/20 1414/25 1415/3 |
| technological [3] 1413/7 1413/17 1413/19 | 1370/15 1371/23 1372/3 1372/6 1372/10 1372/24 | 1415/6 1415/15 1415/17 1415/21 1416/7 1416/9 |
| teen [1] 1364/9 | 1373/2 1373/2 1373/10 | 1416/9 1416/24 1416/25 |
| television [1] 1372/18 | 1373/17 1373/20 1374/6 1374/6 1374/8 1374/16 | 1417/7 1417/8 1417/11 1417/14 1417/16 1417/18 |
| tell [10] 1386/8 1396/10 1409/2 1410/19 1412/16 1417/14 1418/5 1425/24 1471/1 1493/11 | 1374/24 1375/6 1375/9 1375/12 1375/24 1376/7 1376/9 1376/10 1376/12 | 1417/24 1418/2 1418/24 1419/2 1419/4 1419/5 1419/9 1419/9 1419/10 |
| telling [2] 1410/10 1419/15 | 1376/16 1376/17 1376/18 1376/20 1377/2 1377/3 | 1419/16 1419/22 1420/9 1420/12 1420/15 1421/3 |
| ten [11] 1382/13 1408/14 1408/22 1409/8 1409/24 1410/11 1410/13 1410/23 1414/20 1423/13 1430/14 | 1377/24 1378/10 1378/19 1379/3 1379/7 1379/8 1379/11 1379/18 1379/20 1380/6 1380/8 1382/8 | 1421/9 1421/12 1421/12 1421/15 1421/17 1422/2 1422/5 1422/7 1422/10 1422/25 1423/1 1424/2 |
| ten-year [2] 1409/24 1410/13 | 1382/11 1382/14 1382/15 1382/18 1382/21 1382/24 | 1424/2 1424/4 1425/4 1425/11 1425/13 1425/15 |
| tend [3] 1382/22 1402/4 1478/8 | 1383/8 1383/13 1383/13 1383/14 1383/16 1384/12 | 1425/18 1425/23 1426/3 1426/9 1426/10 1426/12 |
| tenor [1] 1476/17 | 1384/13 1384/15 1384/20 1384/22 1384/24 1385/16 | 1426/12 1426/16 1426/17 1426/19 1426/19 1426/22 |
| term [1] 1414/12 | 1385/19 1385/22 1386/4 1386/12 1386/16 1386/18 | 1426/22 1426/25 1427/8 1427/16 1429/4 1429/6 |
| terms [10] 1371/15 1373/21 1383/8 1392/5 1397/6 1406/8 1409/8 1421/20 1491/18 1493/23 | 1386/19 1386/19 1386/22 1386/22 1387/2 1387/6 1387/11 1387/13 1387/16 | 1429/13 1429/16 1429/17 1429/21 1430/1 1430/2 1430/2 1430/3 1430/8 |
| terrific [1] 1434/11 | 1387/19 1387/23 1388/5 1388/6 1388/13 1388/15 | 1430/12 1431/4 1431/11 1431/13 1431/18 1431/21 |
| testified [2] 1361/12 1469/19 | 1388/22 1389/21 1389/22 1389/23 1390/7 1390/11 | 1431/22 1432/2 1432/20 1432/20 1433/4 1433/7 |
| testify [1] 1477/14 | 1390/15 1390/20 1390/25 1391/4 1391/7 1391/24 | 1433/10 1433/12 1433/15 1433/23 1433/23 1433/24 |
| testimony [20] 1360/25 1361/15 1361/17 1390/10 1397/3 1406/9 1409/13 1411/3 1428/11 1475/7 1478/7 1480/7 1480/14 1481/6 1485/15 1487/11 1490/25 1495/4 1497/21 1498/23 | 1392/6 1392/10 1392/23 1393/12 1393/16 1393/20 1394/2 1394/7 1394/16 1394/23 1394/24 1395/3 1395/5 1395/11 1395/25 1396/1 1396/3 1396/5 1396/9 1396/10 1396/13 1396/15 1396/20 1397/3 1397/4 1397/8 1397/12 1397/14 1397/16 1397/22 1398/15 1398/18 1398/21 | 1433/25 1434/5 1434/9 1434/10 1434/12 1434/14 1434/15 1434/20 1435/3 1435/4 1435/13 1435/16 1435/19 1436/3 1437/14 1470/5 1470/20 1471/7 1471/9 1472/22 1473/9 1473/14 1473/15 1473/17 1473/20 1474/13 1474/21 1475/7 1475/17 1476/22 1477/1 1477/15 1477/16 1477/17 1477/23 1478/8 |
| text [1] 1492/14 | 1398/24 1399/2 1399/2 | 1478/11 1478/16 1478/22 |
| than [26] 1360/22 1374/18 1375/2 1377/7 1377/7 1381/2 1383/15 1386/1 1398/1 1401/17 1414/10 1420/6 1431/6 1434/12 1434/19 1435/2 1435/12 1435/18 1436/18 1437/7 1473/12 1479/2 1479/23 1480/2 1488/18 1492/6 | 1399/5 1399/8 1399/11 1399/12 1399/14 1399/14 1399/15 1399/21 1399/24 1400/12 1400/13 1400/14 1400/15 1400/17 1400/17 1401/4 1401/8 1401/10 1401/13 1402/17 1403/8 1403/10 1403/17 1404/3 1404/4 1404/6 1404/15 | 1478/25 1479/1 1479/3 1479/7 1479/7 1479/9 1479/13 1479/15 1479/23 1479/24 1480/2 1480/7 1480/10 1480/14 1480/17 1480/19 1480/24 1480/24 1480/25 1481/2 1481/3 1481/5 1481/7 1481/9 1481/18 1481/21 1481/23 1481/23 1481/24 1481/25 1481/25 1482/3 1482/10 |
| Thank [27] 1361/21 1361/24 1368/8 1377/12 1383/6 1384/14 1384/25 1385/2 1385/4 1391/17 1403/20 1403/23 1426/7 1428/16 1436/22 1437/1 1437/16 1469/20 1469/22 1470/2 1470/8 1474/7 1475/14 1479/4 1484/23 1486/1 1498/19 | 1404/18 1404/19 1404/21 1405/4 1405/5 1405/8 1405/16 1406/2 1406/4 1406/15 1406/16 1407/3 1407/6 1407/9 1407/12 1407/16 1407/20 1407/25 1408/5 1409/11 1409/13 1409/19 1409/23 1409/23 | 1482/13 1482/14 1482/17 1482/21 1482/23 1483/5 1483/22 1484/7 1484/12 1485/9 1485/20 1486/8 1486/10 1487/2 1487/3 1487/6 1487/12 1487/16 |
| thanks [1] 1492/24 | 1410/2 1410/12 1410/13 | |
| that [508] 1361/18 1362/16 1362/18 1362/20 1363/10 1363/12 1363/15 1363/17 1363/23 1364/3 1364/11 1364/15 1364/17 1364/24 1365/4 1365/9 1365/11 1365/12 1366/9 1366/13 1366/16 1366/24 1366/25 | | |

| |
|---|
| 1488/3 |
| 1488/4 1488/13 1488/15 1488/17 1488/24 1488/25 1489/3 1489/5 1489/7 1489/12 1489/12 1489/13 1489/14 1489/15 1489/15 1489/16 1489/17 1489/20 1489/21 1489/24 1490/7 1490/8 1490/21 1491/7 1491/8 1491/10 1491/13 1491/19 1491/20 1491/23 1492/1 1492/2 1492/8 1492/9 1493/2 1493/14 1493/16 1493/19 1493/25 1494/2 1494/13 1494/13 1494/16 1494/18 1494/24 1494/25 1495/20 1495/21 1496/1 1496/3 1496/12 1496/13 1496/17 1496/19 1496/19 1496/20 1496/20 1496/21 1497/17 1497/18 1497/24 1497/24 1498/1 1498/3 1498/8 1498/15 1498/15 1499/5 |
| that's [49] 1361/1 1361/20 1363/16 1365/7 1367/8 1368/6 1368/14 1369/21 1370/10 1371/11 1373/20 1378/24 1379/3 1379/24 1380/13 1383/6 1383/15 1389/25 1391/10 1391/11 1398/14 1404/11 1404/23 1405/10 1406/6 1406/10 1406/20 1408/19 1409/21 1410/7 1411/11 1414/7 1415/2 1417/11 1422/17 1427/17 1429/9 1430/8 1432/6 1432/7 1434/25 1437/15 1472/19 1474/5 1478/15 1472/19 1486/20 1490/14 1497/22 |
| their [33] 1360/7 1371/21 1372/2 1373/4 1373/4 1373/8 1373/10 1377/19 1378/17 1378/17 1378/19 1378/24 1379/13 1382/19 1397/1 1397/24 1416/19 1416/22 1416/25 1419/20 1471/25 1473/5 1478/9 1479/24 1480/3 1480/6 1480/23 1480/24 1482/2 1487/13 1487/14 1489/9 1491/13 |
| them [28] 1372/16 1373/8 1373/18 1374/16 1374/22 1374/23 1375/14 1375/19 1377/23 1378/18 1380/4 1380/6 1380/16 1385/21 1396/12 1401/20 1402/4 1414/19 1415/8 1416/2 1421/7 1423/20 1432/3 1432/7 1433/11 1470/21 1477/6 1487/25 |
| theme [1] 1391/25 |
| themselves [2] 1490/6 1490/11 |
| then [76] 1363/11 1363/17 1365/7 1365/10 1365/17 |

then... [68] 1366/8 1368/18
1369/24 1370/7 1370/17
1370/20 1372/2 1372/8
1372/17 1372/21 1374/9
1374/12 1377/25 1378/4
1379/22 1380/6 1381/21
1383/25 1384/4 1384/12
1387/14 1389/6 1390/7
1391/9 1398/14 1404/14
1404/25 1405/13 1415/12
1416/4 1418/16 1422/19
1422/22 1425/12 1425/15
1425/17 1425/18 1426/4
1426/15 1429/12 1429/15
1429/20 1430/5 1432/6
1432/16 1435/23 1470/22
1472/5 1472/7 1472/9
1472/14 1472/15 1472/21
1473/20 1474/3 1475/3
1475/4 1475/5 1482/19
1484/20 1484/21 1488/14
1492/3 1492/5 1492/20
1494/21 1497/9 1498/20
theologians [1] 1375/17
there [72] 1360/20 1365/11
1365/15 1366/12 1366/12
1367/19 1368/16 1369/3
1369/4 1370/5 1370/9
1371/22 1373/22 1374/5
1374/20 1374/21 1375/9
1378/9 1380/14 1384/18
1386/1 1388/13 1389/17
1390/10 1393/19 1397/7
1397/21 1398/14 1398/25
1400/6 1409/2 1409/2
1409/24 1410/19 1412/17
1415/5 1418/6 1424/1
1429/3 1429/4 1431/9
1433/19 1433/22 1470/4
1470/6 1471/5 1473/16
1473/20 1474/25 1476/5
1478/7 1487/16 1488/3
1488/11 1489/2 1489/2
1489/6 1489/12 1489/14
1489/18 1489/21 1489/22
1490/13 1491/8 1492/5
1493/9 1494/15 1494/21
1496/9 1497/13 1497/19
1497/25
there's [64] 1365/15 1365/17
1368/6 1368/16 1368/21
1368/21 1369/6 1369/7
1370/2 1370/10 1370/14
1370/17 1370/17 1370/24
1371/3 1373/6 1373/7
1376/19 1376/19 1376/19
1378/23 1380/2 1380/9
1380/11 1381/7 1383/22
1388/11 1389/15 1390/7
1391/6 1391/9 1397/11
1397/15 1400/4 1404/14
1410/13 1410/22 1411/14
1412/19 1413/21 1425/11
1425/13 1425/15 1425/17
1425/20 1426/5 1427/22
1434/11 1434/25 1436/1
1470/19 1478/1 1480/1
1483/10 1484/19 1489/24

1494/2 1494/12 1495/6
1496/4 1496/19
thereof [1] 1484/10
these [22] 1365/16 1372/5
1376/4 1377/17 1377/19
1378/3 1378/5 1379/17
1380/15 1414/17 1435/17
1436/6 1470/20 1476/13
1477/15 1478/13 1478/14
1478/19 1481/17 1481/18
1485/22 1497/3
they [103] 1364/19 1364/24
1365/19 1366/2 1366/9
1366/19 1366/22 1366/22
1366/23 1369/15 1370/12
1371/12 1371/16 1371/17
1371/18 1373/5 1374/17
1374/18 1374/19 1374/21
1375/6 1376/4 1377/7
1377/10 1378/15 1378/19
1378/25 1379/16 1379/16
1379/20 1379/25 1380/6
1380/21 1381/7 1381/8
1381/25 1382/1 1384/20
1385/19 1385/22 1386/1
1386/15 1391/3 1391/10
1391/12 1392/3 1394/7
1394/22 1394/23 1396/10
1396/12 1396/13 1397/1
1398/13 1409/10 1413/19
1414/16 1414/17 1415/25
1416/22 1417/11 1419/18
1419/18 1419/20 1420/5
1421/17 1423/11 1427/19
1430/23 1433/9 1433/13
1469/25 1470/3 1471/14
1471/15 1471/17 1472/3
1473/11 1478/8 1479/10
1480/14 1481/24 1484/18
1487/6 1487/15 1487/24
1488/4 1488/6 1488/8
1489/6 1489/8 1489/8
1491/1 1491/15 1491/16
1491/17 1491/19 1492/6
1493/13 1495/8 1495/19
1496/13 1496/20
They're [1] 1427/21
thing [5] 1377/14 1403/5
1406/24 1429/12 1496/12
things [4] 1370/3 1394/25
1473/8 1474/21
think [85] 1360/22 1365/10
1365/11 1366/24 1369/3
1371/14 1372/1 1372/22
1373/12 1375/4 1376/20
1377/6 1377/9 1377/14
1378/2 1378/4 1379/9
1379/22 1380/13 1380/20
1380/21 1380/25 1381/8
1383/24 1387/25 1390/19
1392/8 1392/15 1401/9
1408/17 1410/7 1415/5
1419/12 1419/21 1422/22
1423/13 1426/15 1430/11
1431/9 1432/19 1433/18
1435/1 1473/17 1475/7
1475/12 1476/5 1476/6
1476/14 1477/14 1478/7

1480/7 1480/14 1481/3
1481/6 1481/11 1481/20
1481/23 1484/6 1484/16
1485/8 1485/22 1486/10
1487/6 1487/9 1487/9
1489/18 1489/22 1489/24
1490/25 1491/13 1491/25
1492/15 1492/21 1493/14
1493/24 1494/7 1494/9
1494/11 1495/9 1495/23
1497/18 1497/22
thinking [9] 1375/24 1379/20
1382/20 1430/5 1430/21
1437/10 1470/19 1487/10
1497/19
thinks [1] 1490/10
third [10] 1379/4 1393/10
1393/12 1393/20 1394/18
1394/20 1471/8 1471/10
1485/14 1494/2
this [98] 1360/3 1360/20
1365/20 1367/12 1368/1
1373/12 1380/12 1383/20
1385/9 1387/10 1388/20
1390/3 1390/11 1390/12
1400/2 1402/1 1402/4
1402/10 1402/12 1403/10
1403/13 1404/11 1405/13
1407/19 1410/13 1411/25
1413/3 1417/13 1417/17
1417/18 1418/1 1418/11
1419/12 1419/13 1419/25
1420/12 1423/9 1424/7
1424/13 1424/18 1428/8
1431/14 1432/25 1433/8
1433/20 1434/2 1434/6
1434/17 1437/5 1437/17
1470/19 1473/4 1474/24
1475/11 1475/22 1476/24
1477/18 1477/20 1478/7
1478/25 1479/5 1480/16
1481/10 1482/6 1482/18
1483/1 1483/11 1483/18
1483/25 1484/4 1484/14
1484/14 1484/18 1484/20
1484/20 1485/7 1485/15
1485/24 1486/12 1488/11
1490/10 1490/22 1491/20
1491/22 1492/12 1492/17
1493/5 1494/5 1495/4
1495/5 1495/12 1495/15
1495/17 1495/23 1496/4
1496/6 1496/24 1497/21
Thompson [1] 1402/15
those [38] 1363/23 1364/22
1365/3 1365/14 1365/18
1369/12 1371/3 1372/9
1373/6 1373/10 1376/1
1376/2 1376/13 1376/22
1378/13 1388/8 1388/11
1390/1 1392/2 1392/11
1395/1 1395/9 1398/5
1398/12 1401/12 1401/16
1413/25 1418/18 1426/24
1427/1 1433/17 1436/21
1479/9 1479/23 1481/11
1482/19 1491/6 1493/11
though [1] 1427/24

1435/12
thousands [2] 1378/22
1379/7
threats [1] 1498/4
three [20] 1363/14 1365/11
1365/18 1374/17 1374/25
1375/6 1375/6 1376/9
1377/3 1377/3 1377/22
1378/9 1389/25 1418/20
1426/15 1436/14 1476/14
1489/24 1494/18 1496/11
threshold [3] 1433/17
1470/14 1470/17
thresholds [1] 1470/22
through [22] 1366/19 1385/9
1385/14 1385/21 1386/11
1391/12 1399/16 1399/22
1399/25 1400/13 1400/23
1404/7 1405/1 1405/14
1406/24 1407/22 1410/21
1414/1 1435/22 1473/20
1487/9 1496/16
thumbnail [1] 1363/23
thus [1] 1471/10
TikTok [6] 1413/22 1414/1
1414/3 1414/5 1414/9
1414/15
tiles [1] 1477/25
time [45] 1368/16 1369/1
1370/11 1370/14 1370/23
1370/24 1371/8 1371/10
1371/15 1371/20 1379/16
1380/6 1380/9 1381/6
1386/15 1398/15 1419/14
1419/21 1419/25 1421/7
1423/11 1425/18 1425/21
1426/19 1427/16 1427/17
1427/19 1427/20 1428/9
1434/2 1434/6 1434/11
1435/21 1436/2 1437/18
1479/11 1481/25 1482/3
1482/13 1483/8 1483/12
1488/4 1488/8 1490/2
1492/14
times [8] 1374/18 1374/25
1375/6 1377/3 1378/11
1378/12 1389/25 1433/12
tiny [1] 1474/17
title [21] 1362/10 1372/5
1372/25 1390/5 1395/19
1395/19 1396/7 1399/3
1404/15 1404/15 1405/22
1406/13 1406/15 1410/7
1418/8 1429/8 1429/8
1434/23 1434/23 1471/17
1471/21
title-level [1] 1396/7
titled [1] 1403/10
titles [6] 1364/2 1372/4
1390/22 1404/19 1405/10
1422/20
today [10] 1394/10 1430/3
1475/6 1478/7 1482/3
1492/2 1494/18 1495/6
1496/20 1498/9
together [6] 1363/7 1366/5
1381/17 1388/22 1389/1
1403/13

told [2] 1375/5 1418/14
too [2] 1369/11 1369/23
tool [1] 1373/17
tools [3] 1372/9 1373/20 1392/22
top [28] 1405/3 1405/16 1412/19 1422/11 1424/16 1424/17 1470/19 1471/22 1471/25 1473/7 1475/24 1476/1 1476/11 1476/22 1477/4 1477/12 1478/5 1478/21 1479/6 1480/24 1484/5 1485/23 1486/6 1486/11 1489/14 1492/14 1496/8 1498/15
topics [1] 1383/5
Toronto [1] 1365/8
total [1] 1436/13
totally [1] 1436/15
track [6] 1376/20 1379/10 1392/8 1392/19 1397/23 1398/6
tracking [1] 1368/22
trade [23] 1374/7 1375/5 1375/11 1376/25 1377/7 1388/5 1388/8 1390/12 1390/15 1390/25 1391/19 1392/2 1404/3 1404/15 1404/19 1431/3 1431/5 1431/14 1433/6 1473/8 1473/10 1473/14 1476/25
traditional [1] 1372/20
transaction [5] 1404/12 1475/19 1487/14 1491/9 1498/13
transactions [1] 1421/5
transcript [2] 1357/9 1410/16
transcription [1] 1499/6
translate [1] 1435/24
translations [1] 1427/21
treat [1] 1396/5
tremendous [3] 1370/24 1380/11 1430/8
trend [1] 1409/7
trial [4] 1357/9 1365/20 1380/12 1431/14
tried [1] 1371/5
trivial [1] 1393/6
trouble [1] 1403/22
true [3] 1387/23 1398/19 1414/20
truthful [2] 1400/19 1401/6
try [12] 1368/10 1372/20 1383/14 1396/20 1422/5 1432/3 1436/17 1436/21 1437/18 1492/18 1495/12 1497/12
trying [10] 1368/19 1370/5 1370/23 1373/9 1379/7 1399/11 1420/19 1428/4 1430/19 1430/21
tune [1] 1383/23
turn [3] 1389/14 1403/2 1429/1
turns [1] 1435/11
Twain [1] 1379/21
two [23] 1370/20 1372/21 1376/9 1380/21 1381/8

type [4] 1364/21 1487/20 1487/20 1487/21
types [7] 1363/23 1364/1 1370/5 1370/6 1480/16 1487/19 1497/19
typically [4] 1431/24 1480/25 1490/9 1496/24

## U

U.S [11] 1363/11 1363/21 1371/9 1388/4 1388/6 1389/14 1390/5 1395/12 1423/19 1429/8 1434/10
UK [2] 1422/15 1422/17
ultimately [1] 1495/9
unable [3] 1369/11 1387/7 1491/24
unchanged [1] 1489/8
under [3] 1400/24 1404/15 1409/16
underestimate [1] 1379/19
underline [1] 1489/15
understand [1] 1370/5 1384/25 1387/13 1412/13 1419/9 1422/12 1427/13 1428/18 1485/9 1490/24 1493/23
understanding [10] 1382/5 1474/5 1474/13 1489/10 1491/6 1491/7 1493/7 1493/20 1494/23 1497/20
Understood [1] 1382/20
unilateral [2] 1494/13 1494/24
UNITED [15] 1357/1 1357/3 1357/10 1357/14 1360/4 1360/8 1361/3 1361/5 1364/18 1370/21 1372/15 1416/15 1418/24 1422/19 1423/24
Unless [1] 1433/19
unlikely [7] 1475/18 1476/3 1487/16 1488/6 1491/8 1494/7 1494/9
until [3] 1428/17 1436/9 1436/12
up [32] 1361/7 1361/23 1366/23 1367/16 1368/10 1381/11 1381/17 1386/18 1391/12 1396/12 1399/11 1408/15 1408/20 1408/24 1417/2 1422/11 1428/24 1430/24 1433/11 1433/16 1436/13 1437/18 1479/8 1487/13 1490/2 1490/2 1492/18 1492/20 1492/23 1495/11 1497/14 1498/7
update [1] 1402/4
updated [1] 1432/12
upper [1] 1485/17
us [22] 1363/12 1363/23 1364/8 1364/15 1364/25 1366/15 1370/7 1370/12 1372/3 1372/20 1380/6

14th [2] 1435/21 1435/22
1435/21 1478/18 1482/4
1485/21 1489/4 1492/9
1493/11 1496/2
use [10] 1395/9 1403/8 1416/17 1416/18 1434/18 1472/5 1472/10 1472/18 1478/9 1491/17
used [7] 1373/18 1388/23 1388/24 1422/7 1422/10 1472/1 1473/7
useful [2] 1481/13 1485/8
uses [2] 1417/7 1472/13
using [3] 1470/18 1471/9 1472/20
usually [3] 1375/22 1436/20 1490/3

## V

valuation [1] 1487/14
valuations [1] 1487/15
value [1] 1493/3
values [2] 1364/21 1375/20
variable [3] 1471/14 1471/15 1471/25
variation [1] 1493/9
varies [1] 1487/20
variety [1] 1479/16
various [4] 1368/11 1371/3 1482/8 1487/9
vary [3] 1371/19 1399/21 1421/13
vast [1] 1375/21
verger [1] 1385/9
Vernon [1] 1357/14
version [3] 1475/13 1484/15 1484/17
versus [2] 1360/4 1369/17
very [46] 1361/21 1364/1 1364/3 1364/3 1364/5 1364/5 1364/18 1364/23 1365/5 1365/7 1365/9 1369/1 1372/22 1374/17 1374/19 1376/12 1376/14 1376/20 1377/11 1378/2 1379/5 1380/11 1380/11 1380/20 1380/22 1380/22 1382/23 1384/6 1391/13 1398/17 1398/22 1399/2 1399/25 1400/1 1416/23 1422/15 1422/18 1423/8 1432/3 1432/4 1476/22 1478/1 1478/8 1478/10 1478/19 1490/25
VIACOMCBS [2] 1358/3 1360/17
vicinity [1] 1470/22
view [6] 1408/23 1416/17 1435/1 1480/11 1480/15 1480/23
virtue [1] 1404/11
visibility [1] 1417/1
visible [1] 1416/23
vision [1] 1372/2
Voelz [1] 1360/13
volume [2] 1422/25 1430/3
vs [1] 1357/5

## W

wait [1] 1436/9

walks [1] 1498/4
Walmarts [1] 1365/5
Walsh's [3] 1493/4 1493/7 1493/9
wand [1] 1491/16 1492/3
want [18] 1366/11 1369/9 1369/24 1369/25 1370/1 1378/7 1378/11 1378/18 1379/12 1381/9 1388/10 1396/16 1397/4 1398/24 1401/13 1405/7 1425/10 1430/11
wanted [9] 1373/13 1377/15 1383/2 1387/4 1407/14 1422/9 1429/7 1434/4 1435/11
warehouse [6] 1394/2 1394/8 1394/9 1394/10 1394/23 1395/1
warehouses [3] 1394/4 1394/16 1394/19
was [84] 1361/11 1362/16 1362/16 1362/20 1362/22 1362/23 1367/19 1367/20 1367/20 1369/3 1371/8 1371/9 1379/22 1381/11 1381/15 1381/19 1382/5 1382/7 1382/9 1382/10 1382/11 1382/14 1382/20 1384/15 1386/12 1387/6 1388/20 1390/10 1398/24 1400/19 1401/6 1402/4 1403/13 1405/13 1417/17 1418/11 1419/12 1419/13 1419/13 1419/25 1420/4 1421/9 1422/4 1422/5 1422/10 1422/10 1423/6 1423/22 1424/4 1426/12 1427/16 1428/12 1429/2 1429/3 1429/16 1430/6 1431/1 1431/3 1431/9 1431/13 1431/16 1433/4 1433/24 1434/11 1437/10 1437/19 1437/19 1469/11 1469/18 1471/6 1473/16 1473/18 1473/18 1474/1 1478/7 1493/1 1493/9 1493/17 1497/13 1497/17 1499/1
Washington [5] 1357/6 1357/16 1358/8 1358/12 1499/12
wasn't [5] 1397/6 1414/20 1431/1 1493/2 1497/21
way [14] 1367/1 1370/7 1372/6 1374/16 1382/24 1403/13 1405/14 1407/20 1413/19 1421/5 1422/2 1430/17 1434/12 1496/24
ways [4] 1363/8 1491/1 1496/1 1496/5
we [263] 1360/20 1360/23 1361/14 1361/15 1361/16 1361/17 1363/5 1363/6 1363/6 1363/8 1363/13 1363/16 1363/17 1364/9 1364/11 1364/20 1364/20

38T [16] 1360/4 1403/7
1413/21 1426/15 1429/3
1435/19 1436/14 1472/10
1477/20 1481/3 1481/6
1483/13 1483/13 1486/16
1491/25 1494/15 1495/6

we... [246] 1365/8 1365/20
1366/5 1366/7 1366/24
1367/4 1367/9 1368/1
1368/17 1368/18 1368/22
1369/6 1369/9 1369/9
1369/11 1369/22 1369/22
1369/22 1369/24 1369/24
1369/25 1370/1 1370/3
1370/10 1370/12 1370/13
1370/13 1370/18 1370/20
1370/25 1371/8 1371/14
1371/20 1371/25 1371/25
1372/1 1372/2 1372/3
1372/6 1372/11 1372/11
1372/14 1372/16 1372/17
1372/18 1372/19 1372/21
1372/23 1372/25 1373/9
1373/17 1373/20 1374/2
1374/3 1374/23 1375/13
1375/15 1375/16 1375/16
1375/17 1375/18 1375/19
1377/10 1379/2 1379/2
1379/3 1379/3 1379/14
1379/17 1379/18 1380/3
1380/12 1381/1 1381/16
1381/16 1381/17 1381/18
1382/12 1382/12 1382/22
1382/23 1383/12 1383/14
1383/14 1383/16 1383/16
1383/17 1383/17 1383/18
1383/23 1383/24 1383/24
1384/1 1384/1 1384/2
1384/3 1384/3 1384/8
1384/9 1384/13 1385/12
1386/10 1386/10 1388/3
1388/22 1391/5 1392/24
1393/2 1393/4 1393/24
1394/1 1394/9 1394/9
1394/11 1394/12 1394/19
1397/21 1400/13 1401/3
1401/13 1401/20 1402/4
1403/4 1403/8 1403/9
1405/24 1406/2 1406/14
1407/2 1407/14 1407/14
1407/15 1414/22 1419/12
1422/12 1422/16 1422/19
1422/20 1422/21 1422/22
1422/22 1422/23 1423/13
1423/25 1424/8 1427/13
1427/22 1428/6 1428/8
1430/8 1430/9 1431/13
1431/23 1432/1 1432/3
1432/4 1432/5 1432/5
1432/5 1432/6 1432/7
1432/11 1432/24 1433/7
1433/12 1434/2 1434/4
1434/5 1434/8 1434/9
1434/21 1434/23 1434/24
1435/1 1435/1 1435/5
1435/6 1435/16 1435/16
1435/17 1435/17 1435/18
1435/22 1436/6 1436/6
1436/7 1436/13 1436/13
1436/14 1436/16 1436/17
1436/18 1436/19 1436/19
1436/20 1436/20 1436/20
1437/2 1437/5 1437/13
1437/18 1469/13 1469/23

1474/16 1474/25 1475/1
1475/7 1476/20 1477/5
1477/10 1478/16 1479/21
1479/21 1481/6 1481/22
1482/8 1482/9 1483/10
1483/12 1484/6 1484/13
1484/25 1485/24 1486/7
1486/7 1487/10 1487/21
1488/2 1490/3 1492/15
1492/15 1493/22 1494/11
1494/18 1495/10 1495/10
1496/8 1496/22 1496/23
1496/25 1496/25 1497/10
1498/7 1498/7 1498/8
1498/20
we've [3] 1374/22 1382/22
1433/11
website [1] 1416/23
week [1] 1380/1
Welcome [1] 1469/20
well [27] 1361/18 1363/17
1363/21 1365/2 1368/15
1372/14 1372/15 1374/23
1375/6 1383/22 1388/1
1388/7 1390/19 1392/8
1399/24 1402/15 1415/12
1415/13 1415/18 1416/11
1417/1 1419/12 1431/10
1472/19 1478/8 1478/16
1492/17
well-know [1] 1415/18
well-known [2] 1365/2
1415/13
went [3] 1407/22 1423/17
1434/16
were [43] 1362/21 1376/10
1383/9 1386/15 1387/7
1387/7 1400/10 1402/10
1402/12 1405/19 1409/4
1410/21 1419/15 1419/18
1419/20 1421/1 1421/9
1421/23 1422/1 1423/8
1426/20 1426/22 1430/13
1430/19 1430/20 1430/21
1431/2 1431/8 1431/9
1431/18 1432/18 1432/19
1433/22 1433/24 1434/5
1434/8 1434/10 1474/4
1475/10 1475/17 1492/6
1492/7 1495/20
westerns [1] 1420/10
what [125] 1362/10 1362/14
1362/20 1362/25 1364/20
1364/20 1365/14 1366/3
1366/6 1366/16 1366/17
1366/24 1370/5 1370/6
1370/10 1372/1 1372/6
1372/8 1372/23 1375/3
1375/20 1375/25 1376/13
1376/25 1377/6 1378/21
1381/14 1381/18 1381/20
1382/9 1382/20 1383/10
1385/23 1388/4 1388/17
1388/19 1388/21 1388/23
1389/4 1391/21 1393/3
1394/18 1394/20 1395/18
1396/2 1397/7 1397/8
1397/24 1400/20 1402/3
1402/6 1404/6 1404/15

1406/8 1406/15 1407/9
1411/9 1413/19 1414/14
1416/24 1417/14 1417/16
1419/9 1419/15 1421/20
1422/4 1422/7 1422/10
1422/12 1422/16 1422/21
1422/24 1423/11 1423/19
1424/15 1425/23 1426/9
1426/22 1426/23 1427/6
1429/21 1430/20 1430/21
1431/1 1432/2 1432/5
1433/5 1434/17 1434/24
1435/1 1435/13 1435/22
1436/16 1470/16 1472/19
1474/13 1474/19 1474/23
1475/10 1475/21 1477/3
1478/17 1481/17 1482/13
1482/23 1484/6 1484/12
1485/4 1486/3 1487/5
1488/2 1489/10 1490/9
1490/10 1490/24 1491/6
1493/7 1493/20 1493/23
1494/5 1496/21 1497/19
what's [11] 1379/11 1384/10
1387/14 1399/19 1403/17
1408/18 1410/10 1420/19
1420/20 1433/10 1470/5
when [59] 1360/24 1362/23
1367/18 1367/20 1371/8
1371/9 1371/25 1372/11
1372/11 1373/13 1373/14
1373/14 1374/15 1376/11
1379/15 1379/25 1380/10
1381/1 1381/11 1382/8
1387/7 1390/25 1392/21
1399/2 1400/5 1403/9
1407/18 1407/19 1409/2
1410/5 1410/6 1410/19
1412/17 1414/4 1417/9
1418/6 1419/9 1419/12
1419/13 1419/15 1421/23
1427/8 1429/20 1432/5
1432/22 1433/1 1433/14
1433/16 1434/21 1434/24
1435/7 1436/13 1470/7
1473/4 1478/1 1480/12
1490/9 1491/22 1495/13
where [24] 1362/8 1365/21
1366/7 1368/1 1368/6
1370/2 1379/13 1383/20
1383/23 1386/4 1389/25
1391/10 1419/18 1425/24
1426/2 1426/4 1436/18
1436/20 1485/20 1489/6
1492/5 1493/1 1497/3
1497/24
whether [15] 1367/5 1398/5
1399/15 1399/22 1408/15
1408/23 1409/8 1430/13
1430/15 1430/23 1430/24
1430/25 1432/15 1484/18
1490/5
which [25] 1363/13 1365/23
1372/21 1394/10 1395/21
1395/22 1401/18 1403/5
1405/4 1406/7 1411/6
1413/13 1424/18 1436/19
1472/4 1472/15 1473/11

1480/15
1484/15 1490/14 1494/3
1494/19 1497/22
while [4] 1380/9 1388/11
1397/21 1408/13
who [18] 1370/18 1371/11
1372/17 1372/18 1372/20
1374/9 1382/19 1384/19
1396/4 1397/23 1402/14
1419/2 1419/5 1476/1
1479/24 1479/24 1481/4
1497/14
who's [2] 1414/15 1421/13
whom [1] 1393/12
why [30] 1369/4 1374/15
1374/16 1378/4 1379/24
1380/23 1382/11 1382/20
1416/25 1428/6 1432/2
1433/24 1433/25 1476/3
1477/11 1478/22 1479/7
1479/13 1480/11 1480/20
1481/2 1481/21 1485/6
1487/8 1491/12 1494/9
1495/6 1495/7 1495/21
1495/23
wide [2] 1479/16 1480/19
widely [1] 1371/19
will [49] 1366/22 1366/23
1366/25 1367/9 1369/13
1370/15 1377/22 1378/19
1381/21 1383/4 1385/21
1389/11 1391/12 1398/22
1399/25 1400/6 1400/14
1401/4 1402/23 1403/8
1406/2 1411/21 1416/22
1417/24 1425/4 1428/8
1437/17 1437/18 1472/9
1475/2 1475/3 1475/4
1475/7 1477/5 1477/10
1479/6 1483/5 1483/22
1485/14 1486/7 1487/6
1488/24 1491/8 1491/8
1494/1 1494/4 1496/9
1498/20 1498/22
willing [2] 1492/6 1493/1
win [2] 1434/1 1488/16
winning [5] 1382/2 1436/6
1487/23 1487/25 1488/16
wins [1] 1487/23
within [4] 1362/18 1365/12
1365/24 1381/1
without [3] 1366/15 1378/2
1406/3
witness [8] 1359/2 1361/1
1418/3 1469/13 1470/1
1473/18 1498/18 1498/22
women [1] 1365/6
won't [4] 1424/8 1430/12
1486/9 1488/2
wondering [2] 1431/3
1433/24
word [2] 1370/18 1372/20
words [8] 1386/7 1391/21
1392/13 1394/7 1397/15
1400/12 1421/19 1426/25
work [9] 1366/5 1366/5
1371/6 1371/6 1371/21
1381/18 1422/5 1423/17
1426/12

worked [1] 1423/1
working [1] 1363/4
works [7] 1384/13 1386/20
1404/19 1412/1 1415/13
1415/18 1496/24
world [5] 1363/5 1365/3
1365/9 1476/25 1492/21
worldwide [1] 1362/22
worse [1] 1436/14
worth [1] 1381/19
would [131] 1360/6 1362/6
1364/4 1364/12 1366/7
1366/21 1367/4 1367/4
1374/3 1374/8 1374/9
1374/10 1374/15 1378/24
1380/17 1380/20 1380/22
1380/23 1380/25 1381/16
1381/17 1382/15 1382/18
1382/20 1386/1 1386/19
1386/22 1387/10 1387/14
1387/20 1388/6 1388/6
1389/5 1389/6 1390/23
1391/7 1391/21 1393/8
1395/11 1396/2 1399/11
1399/24 1400/22 1404/19
1406/7 1406/16 1407/11
1407/14 1407/15 1409/15
1413/25 1415/2 1415/6
1415/8 1415/21 1418/1
1419/12 1420/9 1420/12
1421/12 1422/16 1422/22
1422/24 1424/25 1426/10
1426/25 1427/24 1429/23
1430/2 1431/22 1432/15
1433/1 1433/17 1433/24
1434/17 1434/17 1434/18
1434/19 1434/19 1435/12
1435/13 1435/18 1435/18
1435/21 1436/3 1437/6
1437/10 1471/12 1472/7
1472/19 1472/21 1472/21
1473/9 1473/10 1473/12
1474/1 1474/5 1474/16
1475/6 1475/21 1476/22
1477/23 1478/9 1481/4
1481/15 1481/18 1485/19
1486/17 1486/25 1488/2
1490/10 1490/18 1491/20
1491/22 1491/23 1492/3
1492/9 1492/17 1493/11
1493/19 1494/25 1495/10
1495/20 1495/21 1496/1
1497/9 1497/11 1497/12
1497/14 1498/8 1498/10
wouldn't [3] 1391/3 1433/25
1492/8
wrap [2] 1490/2 1498/7
writer [1] 1371/18
writes [4] 1371/17 1492/15
1492/20 1492/24
writing [1] 1397/15
written [5] 1411/25 1427/16
1431/8 1431/16 1433/4
wrong [1] 1376/4
wrote [1] 1427/8

Y

yeah [29] 1362/23 1364/8

1367/10 1369/23 1370/4
1371/17 1373/14 1373/17
1387/25 1388/6 1389/19
1389/20 1391/6 1391/16
1392/12 1396/19 1398/4
1401/24 1416/3 1420/16
1423/18 1426/14 1431/6
1436/11 1476/8 1476/20
1491/23 1491/25 1495/16
year [41] 1362/25 1366/5
1366/8 1369/21 1371/17
1377/9 1379/18 1381/3
1383/9 1383/12 1387/25
1388/20 1388/25 1390/22
1402/6 1404/23 1404/25
1405/1 1405/10 1405/14
1405/16 1406/24 1406/25
1407/2 1407/5 1407/16
1409/24 1410/13 1423/13
1429/16 1429/16 1432/22
1432/25 1433/1 1434/16
1434/22 1435/10 1435/10
1436/9 1436/10 1436/12
year-over-year [1] 1429/16
years [24] 1362/13 1364/19
1376/9 1379/14 1381/2
1381/5 1382/13 1394/13
1398/18 1408/14 1408/22
1408/23 1409/8 1410/11
1410/23 1414/20 1423/13
1429/18 1429/24 1430/14
1435/8 1476/23 1478/12
1489/24
yep [3] 1400/9 1410/20
1412/18
yes [190] 1366/14 1366/20
1367/8 1368/5 1368/13
1370/9 1371/25 1372/13
1373/3 1373/17 1373/24
1374/2 1374/3 1374/14
1375/1 1377/18 1380/16
1381/13 1382/4 1384/24
1385/12 1385/20 1386/17
1387/6 1387/6 1387/9
1387/12 1387/15 1387/25
1388/9 1388/16 1389/3
1389/16 1389/23 1390/6
1390/9 1390/21 1391/20
1391/23 1392/7 1392/9
1392/12 1392/18 1392/20
1393/15 1393/18 1394/17
1395/4 1395/7 1395/13
1397/20 1398/7 1398/13
1398/16 1398/20 1398/23
1399/1 1399/4 1399/7
1399/10 1399/13 1400/3
1400/8 1400/16 1400/18
1401/1 1401/7 1401/11
1402/2 1402/9 1402/11
1402/13 1403/12 1404/2
1404/5 1404/10 1404/17
1404/22 1405/2 1405/6
1405/9 1405/12 1405/15
1405/18 1405/23 1406/5
1406/21 1407/1 1407/4
1407/7 1407/17 1409/12
1409/14 1410/1 1410/5
1410/18 1410/24 1411/2
1411/4 1411/8 1411/16

1412/12 1412/15 1412/21
1412/24 1413/4 1413/9
1413/12 1413/15 1413/18
1414/8 1414/13 1414/19
1415/1 1415/4 1415/7
1415/9 1415/11 1415/16
1415/20 1415/24 1416/3
1416/8 1416/10 1416/13
1416/16 1416/20 1417/6
1417/10 1417/12 1417/19
1418/7 1418/10 1418/15
1418/17 1418/19 1418/21
1418/23 1419/24 1420/3
1420/5 1420/8 1420/11
1420/25 1421/4 1421/6
1421/8 1421/11 1421/14
1421/18 1421/22 1422/3
1423/3 1423/7 1423/16
1423/23 1424/11 1424/14
1424/24 1425/9 1425/14
1425/16 1425/19 1425/22
1426/18 1426/21 1427/4
1427/7 1427/15 1428/18
1428/20 1428/21 1429/5
1430/7 1430/22 1432/21
1469/25 1471/23 1473/16
1474/5 1474/12 1476/12
1477/19 1478/6 1485/3
1498/13 1498/24
yesterday [6] 1361/16
1470/13 1470/23 1474/17
1487/21 1498/9
yet [1] 1383/19
York [7] 1358/4 1358/4
1362/9 1362/19 1375/22
1378/11 1378/11
you [677] 1361/1 1361/7
1361/8 1361/13 1361/21
1361/22 1361/23 1361/23
1361/24 1362/1 1362/6
1362/8 1362/12 1362/14
1362/15 1362/20 1362/21
1362/25 1363/2 1363/7
1363/12 1363/22 1364/3
1364/3 1364/11 1364/15
1364/25 1365/4 1365/4
1365/4 1365/11 1365/18
1366/1 1366/5 1366/15
1366/19 1366/21 1366/23
1367/2 1367/12 1367/22
1367/22 1367/23 1367/23
1368/3 1368/8 1368/10
1368/14 1368/16 1368/18
1368/18 1368/20 1369/2
1369/6 1369/10 1369/10
1369/11 1369/14 1369/15
1369/18 1369/20 1369/20
1369/21 1370/3 1370/7
1370/9 1370/17 1370/20
1370/24 1371/1 1371/9
1371/14 1371/20 1371/21
1371/23 1371/24 1371/25
1372/6 1372/8 1372/10
1372/14 1372/16 1372/22
1373/1 1373/2 1373/3
1373/5 1373/6 1373/7
1373/12 1373/13 1373/14
1373/14 1373/15 1373/22

1374/4
1374/6 1374/9 1374/12
1374/15 1374/15 1374/16
1374/20 1374/22 1374/24
1375/4 1375/5 1375/10
1375/21 1376/3 1376/4
1376/6 1376/6 1376/7
1376/8 1376/8 1376/9
1376/11 1376/11 1376/12
1376/14 1376/15 1376/17
1376/17 1376/18 1376/21
1376/22 1376/23 1376/23
1376/25 1377/2 1377/6
1377/7 1377/7 1377/12
1377/15 1377/16 1377/21
1378/2 1378/4 1378/7
1378/7 1378/9 1378/18
1378/21 1378/22 1378/22
1378/25 1379/2 1379/6
1379/6 1379/7 1379/10
1379/12 1379/19 1379/22
1379/23 1380/1 1380/8
1380/14 1380/17 1380/23
1380/25 1381/3 1381/4
1381/14 1382/2 1382/8
1382/12 1382/20 1383/6
1383/9 1383/9 1383/16
1383/24 1384/3 1384/5
1384/6 1384/14 1384/15
1384/19 1384/22 1384/25
1385/3 1385/4 1385/10
1385/11 1385/11 1385/13
1385/16 1385/16 1385/21
1385/25 1385/25 1386/5
1386/7 1386/12 1386/18
1386/19 1386/22 1386/22
1387/4 1387/4 1387/7
1387/7 1387/13 1387/16
1387/19 1387/22 1388/1
1388/10 1388/10 1388/14
1388/14 1389/1 1389/14
1389/15 1389/24 1389/24
1390/1 1390/14 1390/19
1390/19 1390/19 1391/17
1391/21 1391/21 1392/4
1392/6 1392/8 1392/10
1392/10 1392/13 1392/21
1392/21 1392/22 1393/3
1393/22 1393/22 1393/23
1394/4 1394/7 1394/8
1394/16 1394/20 1395/3
1395/8 1395/8 1395/8
1395/11 1395/14 1395/17
1395/21 1395/22 1395/25
1396/2 1396/2 1396/5
1396/5 1396/10 1396/15
1396/15 1396/15 1396/18
1396/20 1397/3 1397/4
1397/6 1397/7 1397/7
1397/23 1397/24 1398/8
1398/8 1398/21 1398/24
1399/2 1399/2 1399/5
1399/11 1399/12 1399/14
1399/21 1399/21 1400/2
1400/4 1400/5 1400/6
1400/6 1400/10 1400/17
1401/8 1401/8 1401/12
1401/13 1401/16 1401/17
1401/25 1402/1 1402/10

1524

# Y

you... [375]  1402/12 1402/14
1402/16 1403/2 1403/10
1403/20 1403/21 1403/23
1404/4 1404/8 1404/15
1404/20 1404/21 1405/4
1405/13 1405/19 1405/19
1406/1 1406/1 1406/2
1406/3 1406/12 1407/8
1407/8 1407/8 1407/12
1407/18 1407/19 1407/20
1407/24 1408/4 1408/5
1408/13 1408/14 1408/21
1408/23 1409/1 1409/4
1409/7 1409/11 1409/13
1409/23 1410/2 1410/5
1410/6 1410/10 1410/12
1410/16 1410/21 1410/22
1410/25 1411/3 1411/5
1411/5 1411/7 1411/24
1412/6 1412/10 1412/13
1412/16 1412/17 1412/19
1412/22 1413/8 1413/10
1413/13 1413/16 1413/22
1414/9 1414/12 1414/25
1415/2 1415/3 1415/5
1415/6 1415/6 1415/8
1415/15 1415/17 1415/23
1416/2 1416/7 1416/9
1416/24 1417/1 1417/7
1417/13 1417/18 1418/5
1418/11 1418/14 1418/20
1419/2 1419/5 1419/9
1419/9 1419/10 1419/15
1419/15 1419/19 1419/25
1420/6 1420/12 1420/15
1420/17 1421/1 1421/2
1421/5 1421/7 1421/9
1421/12 1421/20 1421/21
1421/23 1421/23 1422/1
1422/1 1422/1 1422/8
1422/11 1422/19 1423/1
1423/4 1423/10 1423/19
1423/20 1423/22 1423/24
1424/2 1424/5 1424/13
1424/18 1425/7 1425/8
1425/10 1425/13 1425/15
1425/18 1425/21 1425/24
1425/24 1426/2 1426/5
1426/7 1426/12 1426/16
1426/17 1426/19 1426/19
1426/22 1426/25 1427/3
1427/5 1427/8 1427/9
1427/9 1427/12 1427/19
1427/24 1427/25 1428/16
1429/1 1429/3 1429/4
1429/6 1429/6 1429/7
1429/15 1429/20 1429/20
1429/21 1430/1 1430/2
1430/9 1430/13 1430/15
1430/19 1430/20 1430/21
1430/21 1431/2 1431/3
1431/8 1431/9 1431/10
1431/18 1431/19 1431/21
1431/24 1432/2 1432/4
1432/9 1432/12 1432/15
1432/18 1432/19 1432/20
1432/22 1433/4 1433/14
1433/14 1433/16 1433/22

1433/25 1434/14 1434/14
1434/15 1434/17 1434/17
1434/18 1434/19 1434/23
1435/4 1435/7 1435/10
1435/11 1435/11 1435/12
1435/12 1435/13 1435/19
1436/5 1436/9 1436/12
1436/13 1436/17 1436/22
1437/1 1437/16 1469/20
1469/20 1469/22 1470/2
1470/4 1470/6 1470/7
1470/7 1470/8 1470/13
1470/16 1470/23 1471/1
1471/5 1471/21 1471/25
1472/1 1472/5 1472/6
1472/8 1472/10 1472/17
1472/17 1472/19 1472/20
1472/21 1472/22 1473/3
1473/4 1473/5 1473/13
1473/22 1474/3 1474/7
1474/10 1474/23 1475/6
1475/14 1476/10 1476/12
1476/18 1477/5 1477/14
1477/17 1477/19 1477/23
1477/25 1477/25 1478/2
1478/2 1478/6 1478/13
1478/22 1479/3 1479/4
1479/4 1479/5 1479/6
1479/12 1479/17 1479/19
1480/7 1480/11 1480/17
1480/23 1481/1 1481/9
1481/17 1482/2 1482/3
1482/5 1482/10 1482/10
1482/11 1482/13 1482/14
1482/15 1482/21 1483/25
1484/3 1484/9 1484/12
1484/15 1484/16 1484/21
1484/23 1485/1 1485/11
1485/13 1485/14 1485/14
1485/17 1486/1 1486/3
1486/10 1487/2 1487/5
1487/11 1488/12 1488/17
1488/18 1488/17 1488/17
1488/18 1489/16 1489/20
1490/2 1490/5 1490/21
1490/24 1491/10 1491/20
1491/22 1492/9 1492/11
1492/13 1493/4 1493/11
1493/16 1493/17 1494/5
1494/9 1494/25 1495/3
1495/15 1495/16 1496/1
1496/2 1496/6 1496/16
1496/19 1496/21 1497/12
1497/18 1497/19 1497/24
1497/24 1498/1 1498/3
1498/5 1498/9 1498/10
1498/19
you're [3]  1409/2 1410/19
1418/6
young [1]  1364/9
your [207]  1360/3 1360/12
1360/16 1360/22 1360/23
1361/1 1361/9 1361/14
1361/22 1361/25 1362/6
1362/10 1363/2 1366/3
1366/13 1366/16 1367/6
1368/11 1368/24 1369/4
1369/16 1369/17 1374/5

1377/3 1377/16 1377/19
1377/25 1378/5 1378/8
1378/21 1379/6 1380/5
1380/8 1381/23 1382/5
1382/9 1382/11 1382/16
1382/20 1383/1 1383/8
1383/10 1383/10 1384/5
1384/15 1384/16 1384/23
1385/2 1385/16 1386/1
1386/8 1386/25 1388/13
1389/4 1389/7 1390/1
1390/2 1391/19 1392/16
1392/19 1393/9 1393/23
1394/15 1396/4 1396/9
1396/10 1396/11 1396/21
1397/3 1399/25 1400/4
1400/5 1400/13 1400/22
1401/8 1401/21 1402/1
1402/19 1403/21 1404/23
1406/2 1406/7 1407/19
1407/25 1409/1 1409/6
1409/13 1409/15 1410/16
1411/6 1411/11 1411/17
1414/9 1416/17 1417/14
1417/20 1418/12 1418/14
1419/10 1419/15 1420/18
1420/22 1421/2 1421/7
1421/9 1421/19 1421/24
1422/4 1424/3 1424/8
1424/25 1425/7 1426/6
1427/9 1427/24 1428/3
1428/7 1428/10 1428/14
1429/1 1432/10 1433/5
1433/10 1433/18 1433/22
1434/18 1434/18 1434/20
1435/23 1435/25 1436/24
1436/25 1469/23 1470/14
1470/17 1470/18 1470/24
1471/4 1471/13 1471/18
1472/3 1472/17 1474/10
1474/13 1474/20 1474/21
1474/23 1475/2 1475/10
1475/12 1476/15 1476/21
1477/14 1477/22 1477/25
1478/20 1479/5 1480/13
1480/18 1480/22 1481/11
1481/22 1482/6 1482/10
1483/1 1483/18 1484/10
1484/14 1484/16 1484/16
1484/20 1485/6 1485/8
1485/15 1486/9 1486/12
1486/18 1486/19 1487/10
1487/21 1488/12 1488/14
1489/10 1489/18 1489/22
1490/7 1490/22 1491/6
1491/14 1492/1 1492/12
1493/7 1493/11 1493/20
1493/24 1494/13 1496/4
1496/12 1496/23 1497/9
1498/10 1498/13 1498/17
1498/24
yourself [4]  1368/10 1368/14
1388/1 1395/9

# Z

Zando [1]  1380/14
Zealand [2]  1362/17 1367/19