IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )      CV No. 21-2886
                                       )      Washington, D.C.
        vs.                            )      August 9, 2022
                                       )      2:00 p.m.
BERTELSMANN SE & CO. KGAA, ET AL.,     )
                                       )
            Defendants.                )      Afternoon Session
_____   )

TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE FLORENCE Y. PAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          John R. Read
                            Ihan Kim
                            Melvin A. Schwarz, I
                            Jeffrey Vernon
                            Sara Licht
                            Lisa Scanlon
                            Meagan K. Bellshaw
                            U.S. DEPARTMENT OF JUSTICE
                            Antitrust Division
                            450 Fifth Street, NW
                            Washington, D.C. 20530
                            (202) 307-0468

```
APPEARANCES CONTINUED:

For Defendants
Bertelsmann
and Penguin Random House:       Daniel M. Petrocelli
                                O'MELVENY & MYERS LLP
                                1999 Avenue of the Stars
                                8th Floor
                                Los Angeles, CA 90067
                                (310) 553-6700
                                Email: dpetrocelli@omm.com

                                Daniel L. Cantor
                                Abby Rudzin
                                O'MELVENY & MYERS LLP
                                7 Times Square
                                Times Square Tower
                                New York, NY 10036
                                (212) 326-2000
                                Email: dcantor@omm.com


For Defendants
ViacomCBS
and Simon & Schuster:           Stephen Fishbein
                                SHEARMAN & STERLING, LLP
                                599 Lexington Avenue
                                New York, NY 10022
                                (212) 848-4000
                                Email: sfishbein@shearman.com

                                Ryan A. Shores
                                SHEARMAN & STERLING LLP
                                401 9th Street, NW
                                Washington, D.C. 20004
                                (202) 508-8058
                                Email:
                                ryan.shores@shearman.com

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249
Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                                    ADMITTED

410                                            1535

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

NICHOLAS HILL, Ph.D.      1535

```
1              P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.

3              The Court is back in session.  Please be seated

4    and come to order.

5              THE COURT:  Good afternoon.

6              MR. OPPENHEIMER:  Good afternoon, Your Honor.

7              THE WITNESS:  Good afternoon, Your Honor.

8              THE COURT:  Is there anything -- it's going to

9    take me a minute to arrange these binders.

10             MR. OPPENHEIMER:  Those further stress the

11   printing that we heard about earlier today.

12             Your Honor, there's one document that is general

13   purpose in the pocket to the witness binder.  There's a

14   confidential sheet similar to the ones we've been doing.

15             THE COURT:  Exhibit sheet?

16             MR. OPPENHEIMER:  Which?

17             THE COURT:  So which binder would that be, the

18   large one?

19             MR. OPPENHEIMER:  It should be right in the front

20   of that.

21             THE COURT:  Thank you.

22             MR. OPPENHEIMER:  We'll be marking that as 410.

23             THE COURT:  Okay.  Ready when you are.

24

25
```

 1            MR. OPPENHEIMER:  Thank you, Your Honor.

 2            Dr. Hill, good to see you again.

 3            THE WITNESS:  Good to see you.

 4            MR. OPPENHEIMER:  And, Your Honor, as we

 5    mentioned, we'd move to admit into evidence over no

 6    objection, Defendant's 410, which is the confidentiality

 7    list that can be used throughout the testimony.

 8            THE COURT:  Okay.  Thank you.  That'll be

 9    admitted.

10            MR. OPPENHEIMER:  Thank you.

11                                (Defendant's Exhibit 410
                                   received into evidence.)
12

13                        -  -  -

14                    CROSS-EXAMINATION

15    BY MR. OPPENHEIMER:

16        Q    Dr. Hill, in your earlier testimony, you spent

17    some time explaining that you could set the advance level in

18    your market that you're proposing at different levels

19    without any real substantial effect on your analysis.  Fair

20    statement?

21        A    Yes, I don't think it has a qualitatively

22    significant effect.

23        Q    Okay.

24            What I want to do at the outset here is identify

25    one area where I think you'll agree with me it does make a

1    difference where we set that advance level.  Would you agree

2    with me that if we zoom out and look at the market for --

3    acquisition market for all trade books, that we're looking

4    at an unconcentrated market?

5         A    If you make the advance cut-off zero, so which

6    I think is what you have in mind or you're saying all trade

7    so all books, whether they got an advance or not, then

8    I think it's unconcentrated, it's very close to -- its

9    either unconcentrated or very close to the line.

10        Q    You tested down to 100,000 when you did your

11   market concentrations, right?

12        A    It was either 100 or 150.

13        Q    Okay.

14             You didn't go below that, though, correct?

15        A    Correct.

16        Q    And when the government first filed its complaint

17   in this case, it alleged -- also alleged a market for all

18   trade books, the acquisition of all trade books, correct?

19        A    Correct.

20        Q    And that would be equivalent to a market that did

21   not have an advance level cut-off, correct?

22        A    Correct, that would be all trade books.

23        Q    Okay.

24             And you've never done an HHI market concentration

25   analysis on the market for the acquisition of all trade

```
 1   books, have you?
 2        A    I don't believe so.
 3        Q    Okay.  But you know that Professor Snyder has,
 4   correct?
 5        A    I did not recall that.
 6        Q    Do you recall seeing in his work an analysis of
 7   the shares associated with the all trade book acquisition
 8   market?
 9        A    There are shares in my report and I remember some
10   from his, but I don't remember -- sorry, they're all trade
11   book shares in my report and in his report.
12        Q    Do you recall looking at Professor Snyder's
13   rebuttal report in connection with your work?
14        A    Yes.
15        Q    Could I ask you to look at Professor Snyder's
16   rebuttal report, and I'd like you to take a look at the
17   plate VII .1, that's on page 84 of the professor's rebuttal
18   report to your work.
19        A    I'm there, sir.
20             THE COURT:  Where in the binders is that?
21             MR. OPPENHEIMER:  Your Honor, that's the binder of
22   expert reports, and it is tab No. 6 in your binder.
23             And, Dr. Hill, it's tab No. 6 in yours as well.
24             THE WITNESS:  Yes, I'm here.
25             MR. OPPENHEIMER:  Okay.
```

1  BY MR. OPPENHEIMER:

2      Q    Does this refresh your recollection that Professor

3  Snyder ran a concentration, an HHI analysis on the market

4  for all trade book acquisitions?

5      A    Yes.

6      Q    And you would agree with me that he concluded that

7  that market was not sufficiently concentrated to trigger the

8  presumption of harm?

9      A    Correct.

10     Q    And you did not address this in your reply

11  materials; is that correct?

12     A    That's correct.

13     Q    Do you have any reason to disagree with Professor

14  Snyder's conclusions?

15     A    I think when I ran this, again, I got something

16  close -- we got slightly different results, but it's either

17  unconcentrated or very close to it.  It certainly doesn't

18  trigger the presumption.

19     Q    Okay.  Fair enough.

20          We have no dispute, I take it, Dr. Hill, that when

21  we look at the market for the acquisition of all trade

22  books, we don't trigger the presumption of harm, there is

23  insufficient concentration, correct?

24     A    Correct.

25     Q    Okay.  Good.

1          By the way, it's also your view, is it not, that

2    the downstream market is not highly concentrated?

3          A    I believe that to be true, yes.

4          Q    And so just we're talking about the same things,

5    I think we are, by downstream, I simply mean the retail sale

6    books, right?

7          A    Correct.

8          Q    And you expressed that view in your report as

9    well, right?

10         A    That is correct.

11         Q    And, again, just so we can table set here a little

12   bit, you have not analyzed any potential harm or benefit to

13   the downstream market from this merger, correct?

14         A    That is correct.

15         Q    And you have no opinion about that?

16         A    Correct.

17         Q    And also --

18              THE COURT:  When you say harm, though, you mean

19   concentration type harm or -- what type of harm do you mean?

20              MR. OPPENHEIMER:  Let me clarify.  Thank you.

21   BY MR. OPPENHEIMER:

22         Q    By harm, I mean any type of harm or benefit to the

23   downstream market from this merger?

24         A    Yes, Your Honor, I haven't looked at the

25   downstream market in my analysis.

1    Q    And you're not offering an opinion about whether

2    consumers in the downstream market will pay more or less for

3    their books post merger?

4    A    That is correct.

5    Q    Now, we've spent time talking about the advance

6    level cut-off for the market that you're proposing and

7    you've chosen 250 as your cut-off, correct?

8    A    That's correct, 250,000.

9    Q    Okay.

10    But you're not proposing to define a market based

11    solely on the amount of the advance, are you?

12    A    I use the amount of the advance to identify the

13    group of anticipated top sellers.

14    Q    Understood.

15    But if the only information you had was the amount

16    of the advance, that would be inadequate for you to define a

17    market, would you agree with me?

18    A    I don't know.

19    It would depend on the circumstances.  It would be

20    fact-specific.

21    Q    But you're not testifying in this case, to be

22    clear, that you have identified a market on the basis of

23    price alone?

24    A    I would say that the definition of the market

25    cut-off is based on a number of -- is based on a range of

```
 1   evidence.
 2        Q    And have you ever -- ever in your work defined
 3   market on the basis of price alone?
 4        A    I don't recall.  I've worked on a lot of cases.
 5   I don't know.
 6        Q    Are you familiar with any cases that have ever
 7   done that?
 8        A    It would be a differentiated products case where
 9   you might define the high quality good market by picking a
10   price cut-off, but I can't recall -- yeah.
11             I think typically one also looks at the
12   qualitative photographs.
13        Q    And that's what you're trying to do in this case
14   as well, correct?
15        A    I'm trying to consider all the evidence, yes.
16        Q    Okay.  And what you're saying is that there's
17   something qualitatively different, other than just the
18   price, between the books that are in your price segment and
19   those that are not; is that correct?
20        A    I would put it slightly differently.
21             There's the set of books that are intended to
22   sell -- expected to sell a lot of copies and appeal to a
23   broad audience.  And I'm trying to identify them in a way so
24   that I can analyze them.  And I'm using this dollar cut-off
25   to try to find that group.
```

1    And the dollar cut-off may classify some as
2    anticipated top sellers who are not and it may do the
3    reverse.
4    Q    I'd like to get a little better handle on your
5    understanding of a top seller.  Is that literally any book
6    for which a $250,000 advance was paid?
7    A    The way it's defined -- I think it's -- there's
8    some intricacies around contracts with multiple books, but
9    it is the -- the way I'm defining it is general trade books
10   above 250,000, with an advance above 250,000 for the title.
11   Q    So any -- just to be clear, any book that receives
12   an advance -- any trade book, that receives an advance over
13   $250,000 is in your segmented market that you're proposing?
14   A    I believe so, yes.
15   Q    And we've had testimony about books that have been
16   written by celebrities, you recall some of that?
17   A    Sure.
18   Q    And by repeat authors, the Clancys of the world.
19   Do you recall that?
20   A    Yes.
21   Q    Okay.
22   A    Well, I don't recall Mr. Clancy specifically, but,
23   yes.
24   Q    Your market segment, does it take into account
25   that group as a special group or are they just lumped in

1    with everybody else over 250,000?

2         A    The existing authors are included in the market.

3         Q    So you would put the authors who received advances

4    of tens of millions of dollars in the same market as the

5    author who receives $250,000?

6         A    Correct.

7         Q    Do you see any difference between those two groups

8    of authors?

9         A    I mean, they receive a different advance amount.

10        Q    You see no other differences between them?

11        A    I mean, it can be the case that they have other

12   differences and they still belong in the same market.  So

13   I've defined a market for all beer in the past and that may

14   include lots of different brands of beer.  And I've defined

15   markets for premium beer, which is an industry term, you

16   know.  There may be products in a market that are different

17   from one another but share some common characteristics.

18        Q    But you typically wouldn't put either of the two

19   beers you mentioned in the same market as champagne?

20        A    Champagne -- it depends.  If you're defining an

21   all alcohol market, I would put champagne in the market.

22        Q    Did you do anything to test whether authors who

23   received advances of $250,000 and more should be segmented

24   into different groups within your proposed market?

25        A    In some of my analyses, I looked at different

```
 1    advance buckets, but they tended to look fairly similar in

 2    those analyses.

 3        Q    Did you give any consideration to the proposition

 4    that authors who receive tens of millions of dollars in

 5    advances might have more leverage in the negotiating

 6    situation or in the market generally over somebody earning

 7    $250,000?

 8        A    I did not.  I mean, from my perspective, the key

 9    question was how the competition that's eliminated by the

10    merger might affect them.

11        Q    I'm hoping that we can be mercifully brief with

12    the hypothetical monopolist test.  Not because your

13    description wasn't interesting but because it was a little

14    complicated, and I think we can conclude that it really

15    doesn't help us much.

16             So tell me if I have this right, Dr. Hill.

17             The hypothetical monopolist test --

18        A    My apologies, sir.  You said monopolist twice

19    rather than monopsonist.

20        Q    You're right, I reverse that all the time.

21        A    I do the same thing.

22        Q    Actually, the case we have is a bit unusual, isn't

23    it, it's a buyer-seller case?

24        A    A merger of seller -- or buyers, yes.

25        Q    Have you ever applied the hypothetical monopolist
```

```
 1   test to a buy side case?

 2        A    Do you mean the hypothetical monopsonist or

 3   monopolist because you said monopolist.

 4        Q    Fair enough.  They're not literally the same

 5   formula but the hypothetical -- have you ever previously

 6   applied a hypothetical monopsonist test?

 7        A    I don't believe so.

 8        Q    Do you know anyone who has?

 9        A    I don't believe so.

10        Q    Now, correct me if I am wrong, but isn't it the

11   case that the hypothetical monopsonist test that you

12   conducted in this case doesn't tell us anything about

13   whether we should be dividing the authors into different

14   advance levels?

15        A    I think if -- it does a little bit in the sense

16   that arbitrage is part of the consideration.  So the market

17   is properly -- the focus is largely on the group of

18   competitive products.  Who else is competing with the

19   parties.  But as part of the test, too, you're considering

20   losses due to arbitrage as part of the test.

21             So to the extent that the arbitrage is likely,

22   which I think it's not, that would factor into your test.

23        Q    Well, an arbitrage here simply means an author

24   would somehow circumvent the market by selling her work to

25   somebody else or getting it to somebody else who would again
```

```
 1   sell it to the publisher, correct?

 2       A    That's correct.

 3       Q    And I think we all agree that -- we're in

 4   agreement, are we not, that that's not happening and

 5   nobody's really arguing that it is, correct?

 6       A    Right.

 7            So that's one of the two conditions for defining a

 8   market around a particular group of buyers -- or sellers,

 9   I'm sorry.

10       Q    It may have been that my comment at the outset

11   that this would be mercifully short was overly optimistic.

12            But let me ask you this.  Isn't it true that the

13   only thing your hypothetical monopsonist test does is to

14   rule out self-publishing as an alternative for any author

15   who's being published if the publisher lowers the advance.

16   That's all it does.  It just rules out self-publishing?

17       A    No, it also does this other function which is to

18   test whether arbitrage is likely here, which is one of the

19   two conditions for defining a market around the targeted

20   seller or targeted sellers, yes.

21            So the major function here is identifying these

22   publishers, but it's also part of the test to identify

23   whether your targeting is feasible.

24       Q    Would you agree with me that you cannot use that

25   test, because you ran it, to determine whether one group of
```

1  publishers at a lower advance level could be distinguished

2  from another group of publishers at a higher advance level?

3      A    I would say it tests whether the group of authors

4  where you have to find it is an appropriate market.

5          So it may be appropriate, you could define it

6  lower at 150,000, it's not ruling out that there's another

7  market or -- and it's not ruling that there's not a market

8  for 350,000.

9          But it is telling you that the 250,000 cut-off is

10  appropriately defined.

11      Q    But also tells you that the $150,000 cut-off is

12  appropriate, right?

13      A    I do you mean the test in general?

14      Q    I mean, it won't distinguish between 250- and

15  150-, will it?

16      A    Right, but that's only because there isn't a risk

17  of arbitrage.  Had there been a risk of arbitrage, then you

18  might reject the test at a lowe or higher advance amount but

19  not reject it at the 250- amount.

20      Q    But the way you've run the test, it won't tell us

21  whether a cut-off should be at 250-, 150-, 100-, it won't

22  tell us any of that, will it?

23      A    It's not going to choose between them, but it

24  tells you that at 250,000, there's not enough substitution

25  to arbitrage to make it unprofitable for the hypothetical

```
 1   monopsonist to lower advances.
 2       Q    All right.
 3            And my last question, I promise, is, you're not
 4   claiming that your hypothetical monopsonist test required
 5   you to choose 250- or any other specific advance level as a
 6   cut-off, correct; that we agree on?
 7       A    Correct.
 8       Q    Okay.
 9            Success.
10            You also claim that authors, if I understand you
11   correctly, but tell me if I've got it wrong, you claim that
12   authors of books in your price segment have different
13   publishers preferences; is that right?
14       A    When you say my price segment, you mean 250,000
15   and above?
16       Q    Yes.
17       A    Yes.
18       Q    And they're more likely to select a Penguin Random
19   House or Simon & Schuster, HarperCollins, Macmillan or
20   Hachette than to select another publisher; is that right?
21       A    That's correct.
22       Q    And you say that's because there's something about
23   the book that requires those publishers?
24       A    I think of it as the book has expectation of
25   significant sales, and so the advantages the Big 5 can bring
```

1  are more significant for those authors than some other

2  authors.

3      Q    And you say the books in your price segment

4  typically require strong editing, marketing, and

5  distribution, fair?

6      A    Correct.

7      Q    And you claim that publishers like Penguin Random

8  House, Simon & Schuster, HarperCollins, Macmillan and

9  Hachette, they have these characteristics, right?

10      A    Correct.

11      Q    But you're saying that the other publishers out

12  there in the world, they don't have these characteristics;

13  is that what you're saying?

14      A    I would put it slightly differently.  I would say

15  that the -- for this group of authors, we can see through

16  their revealed choices that they have a stronger preference

17  for the Big 5 vis-à-vis the non-Big 5 than do other --

18  authors of other books.

19      Q    And just so we're clear, you're deriving that

20  preference from the market shares?

21      A    In part, yes.

22      Q    Because you're saying that if those publishers

23  have a larger market share, they're engaged in acquisitions

24  with more authors, correct?

25      A    I'm sorry, could you say that last part.

1    Q    I'm sorry, yes.

2         Because those authors have more market share,

3    they're engaged with more acquisitions with authors?

4    A    You said because those authors, did you mean

5    publishers?

6    Q    I probably misspoke.

7         Let me try it again.

8         You infer from the fact that a publisher has a

9    high market share, that they are preferred by the authors;

10   is that correct?

11   A    That's part of the evidence, yes.

12   Q    Do you take into account that it may also reflect

13   the preference that the publisher has?

14   A    Yes, there's -- I apologize, go ahead.

15   Q    Okay.

16   A    No, sorry.

17        My answer would be, yes, it may be a combination

18   of push and pull.  The preferences of the authors and the

19   competitive set in terms of which publishers can effectively

20   compete.

21   Q    Okay.

22        So I want to go back now to the characteristics

23   that you identified earlier that you say the publishers we

24   identified had, the Penguin Random Houses and the

25   HarperCollins and the Macmillans.  Are you saying that

```
1    people out of the -- publishers out of the so-called Big 5

2    don't have the ability to edit, market, and distribute books

3    that are expected to generate significant sales?

4         A    So, again, there's 10 percent of the market is

5    accounted for for the non-Big 5.  So I'm not saying they can

6    never do it.  I'm just saying there are barriers to them

7    doing it as regularly and competing as effectively as the

8    Big 5 do.

9         Q    So you don't dispute that authors -- pardon me,

10   I've done it again -- that publishers outside of the

11   so-called Big 5 are perfectly capable of rendering those

12   services, they just don't do it as often?

13        A    Yeah, in some circumstances, they can do it, yes.

14        Q    All right.  So let's take a look at an example.

15   Would you turn to tab 10?

16        A    In the big one.

17        Q    Tab 10.  And, Dr. Hill, and Your Honor, we're

18   going to be talking about book A.

19             Okay.

20        A    I think I'm there.

21        Q    Do you have that, Doctor?

22        A    I do.

23        Q    Thank you.

24             All right.  This identifies this as a transaction

25   involving author A.  Do you see that?
```

1    A    Which page are you on that has the author's name?

2    Q    Let me bypass one document.  Let us go to tab 11.

3    A    Okay.

4    Q    And we can see from that quite quickly that we're

5    dealing with author A.

6         So if we go to tab 11.  Let me know when you're

7    there.

8    A    I'm there.

9    Q    Okay.

10        Do you recognize this as one of the summary sheets

11   provided during the course of discovery in this case?

12   A    I do.

13   Q    And you do recognize this as being part of your

14   reliance list?

15   A    It looks like one of them.  I don't recall this

16   particular one, but, yes.

17        This is a format I've seen before.

18   Q    Okay.  Now, I can represent to you that this

19   summary came as part of the agent investigation that you're

20   familiar with?

21   A    Sure.  That's fine.

22   Q    And it was anonymized by the agency when it was

23   delivered to us.

24        And so what you're seeing on tab 11 was anonymized

25   directly by the agency.  I can represent it corresponds to

1 book A in tab 10.  That's our cheat sheet, okay?

2  A Okay.

3  Q It's that author and that title.

4  A Got it.

5  Q You can see from the summary page, if you go to

6 459, we should have that marked for you.

7  A Yeah.

8  Q Okay.

9   You can see there that the form of this

10 acquisition was a straight one-round best-bid auction.

11 Do you see that in the notes there?

12  A I do.

13  Q Okay.

14   And the -- just so we're clear, the one-round

15 best-bid auction, you understand to be everybody who's been

16 invited to participate in the auction will submit their best

17 bid?

18  A Everyone who wishes to participate, yes.

19  Q Well, let's back up one step even before that.

20   Everyone whom the agent invited to participate and

21 who elected to participate, correct?

22  A Yes, everyone who is interested and is being

23 contacted about participating will participate.

24  Q These aren't public auctions, correct?

25  A No.

```
 1        Q    No.  It is not common, based on your

 2   investigation, it is absolutely not common for agents to

 3   widely distribute sort of an open invitation to any form of

 4   auction, correct?

 5        A    When you say widely --

 6        Q    Let me rephrase it.

 7             You would agree with me that agents, when they

 8   invite participants to any kind of auction in the publishing

 9   world, exercise thought and discretion about whom they

10   invite?

11        A    Yes.

12             THE COURT:  Is this the right witness to testify

13   to the things that you're asking?

14             MR. OPPENHEIMER:  Well, Your Honor, I think that,

15   as we go forward, I think it will be a little bit clearer,

16   because it has to do with the mechanism of harm in the case

17   that is definitely part of his model.

18             THE COURT:  Okay.

19             I guess you should maybe phrase your questions in

20   terms of what assumptions he made because he's not an expert

21   on the publishing industry.

22             MR. OPPENHEIMER:  I will, Your Honor.

23             THE COURT:  Okay.

24   BY MR. OPPENHEIMER:

25        Q    So let's go to the summary page, 459.
```

1    A    I'm there.

2    Q    Okay.  And now I want to take us to the summary

3    bidding page, which is on 462.

4    A    I'm there.

5    Q    Okay.

6         And do you see that the winner of the bid was

7    Aster House?

8    A    I do.

9    Q    And that Aster House put in two bids, one for

10   North America and one for global?

11   A    I do.

12   Q    And that the other two bidders on this book were

13   Simon & Schuster and Penguin Random House.  Do you see that?

14   A    Yes.

15   Q    And, by the way, their bids were under $250,000?

16   A    Correct.

17   Q    Does that mean that they did not think that this

18   book was in your segmented market?

19   A    So using the -- if one of them had won, this book

20   would not be included in the market.  If Aster House had not

21   participated or if the author had selected them.

22   Q    Okay.

23        Now, are you -- Astrid not one of the so-called

24   Big 5 publishers, correct?

25   A    Correct.

1   Q    Are you saying that they cannot provide the
2   editing, marketing, and distribution services needed for
3   this book?
4   A    No.
5   Q    And would you agree with me that in this
6   transaction, the agent must have thought that they had the
7   capabilities to do all of those things for this book as
8   well?
9   A    Well, I would say the key decision-maker would
10  have been the author, but, yes, the author felt that Aster
11  House was the best choice out of these bidders.
12  Q    Do you know who Astra Publishing is?
13  A    No.
14  Q    Do you know if they're a relatively recent entrant
15  into the market?
16  A    I believe they may be one of Dr. Snyder's four
17  examples of entrants.
18  Q    And do you have any familiarity with their recent
19  bidding history?
20  A    I have familiarity with how often they've won,
21  which is not a great deal.
22  Q    How often do you think they've won?
23  A    Less than one percent of the time.
24  Q    I'm talking about Astra specifically, do you know
25  how many -- pardon me, how can acquisitions they've actually

1    succeeded in securing?

2        A    Their total acquisitions?

3        Q    Yes.

4        A    Of anticipated top sellers?

5        Q    Yes.

6        A    No.

7        Q    Okay.

8            Do you have any idea within the last two years

9    what their success rate has been?

10       A    Well, I have an idea of their market share.

11   So if you count market share success rate, yes, it's been

12   low.

13       Q    Market share is a picture of their wins at the

14   time you take their market share, correct?

15       A    Correct.

16       Q    Right.

17           It's not telling you what they're doing in terms

18   of going-forward basis, right?

19       A    Right.  But it goes -- I believe it's from the

20   reply report so it goes through the end of 2021.

21       Q    Can I have you take a look at tab 12?

22           MR. OPPENHEIMER:  Your Honor, this is

23   confidential.

24           THE COURT:  All right.

25           MR. OPPENHEIMER:  So I will be referring to some

```
 1   of this just by the placement on the page, and they should
 2   have been marked also for you, Dr. Hill.
 3   BY MR. OPPENHEIMER:
 4        Q    Do you see that?
 5        A    I do.
 6        Q    If you take a look at the first highlighted book,
 7   do you recognize it's the book we just talked about that was
 8   acquired by Astra, book A?
 9        A    So I have a different title for -- the book in the
10   first row for me, the title ID begins with the word
11   "abolition."
12             The second is the same title as the one I think
13   you're referring to.
14        Q    I hate to do this, but I'll count down.
15             If you go down to the ninth book on the list.
16        A    Yep, that's it.
17        Q    I would say it and solve this easily for us, but
18   if you see, it corresponds to A?
19        A    Correct.
20        Q    Okay.
21             Do you see the next two acquisitions by Astra?
22        A    I do.
23        Q    And do you see that those were respectively in
24   November of last year?
25        A    Correct.
```

1    Q    Do you see that each of those is in excess of

2  $250,000?

3    A    I do.

4         THE COURT:  Can you orient me about what this

5  document is?

6         MR. OPPENHEIMER:  Yes, Your Honor.  This is a

7  submission to us by the agent listing the acquisitions, the

8  author, the date of the acquisition, and the amounts.

9         THE COURT:  So this is a document from an agent?

10         MR. OPPENHEIMER:  Correct.

11         THE COURT:  Okay.  Just one agent?

12         THE WITNESS:  I don't think that's correct.

13         MR. OPPENHEIMER:  Somehow, this is from the

14  publisher.

15         THE COURT:  Okay.  From the publisher that's

16  listed in the second column?

17         THE WITNESS:  Yes.

18         MR. OPPENHEIMER:  Yes, Your Honor.

19         THE COURT:  Okay.

20  BY MR. OPPENHEIMER:

21    Q    And do you see the last acquisition in December

22  also in your market?

23    A    I do.

24    Q    So you would agree with me that new entrants into

25  the market, like Astra, are making acquisitions in your

1  market segment?

2      A    Correct.

3      Q    And you realize this is a relatively new

4  participant?

5      A    Correct.

6      Q    And would you dispute that Astra was established

7  by well-known and well-respected publishing industry

8  veterans?

9      A    I would not.

10     Q    Would you agree with me that Zando is another new

11 entrant into the market?

12     A    I'm trying to remember if --

13         THE COURT:  Again, Mr. Oppenheimer, he's not a

14 publishing industry expert, so I don't understand why you

15 keep asking him questions like this.

16         MR. OPPENHEIMER:  Your Honor, I will move it

17 forward.

18 BY MR. OPPENHEIMER:

19     Q    So I want to focus again on the characteristics of

20 the books in your market.  You say that they require the

21 services that the Big 5 provide, correct?

22     A    I don't quite think I said they require that the

23 Big 5 preside.  We just saw an example of a non-Big 5

24 publisher winning.  I would say that the Big 5 are better

25 suited to compete for those books than the non-Big 5 are in

```
 1    general.
 2         Q    Let's talk about another entity outside of the
 3    so-called Big 5, that's Norton Publishing?
 4         A    Sure.
 5         Q    Okay.
 6              Do you have any reason to believe that Norton
 7    Publishing can't provide the same services as the Big 5?
 8              THE COURT:  Again, Mr. Oppenheimer, he is not a
 9    publishing industry expert.
10              MR. OPPENHEIMER:  Your Honor, I think one of the
11    items that I'm trying to get into here a little bit is that
12    part of the distinction of these books is that it's alleged
13    that they need certain services, and so I'm exploring the
14    degree to which those services are available by publishers
15    throughout the publishing world.  And the reason for that is
16    that it is not limited to the Big 5 in any way.
17              THE COURT:  Okay.  I think --
18              MR. OPPENHEIMER:  And these publishers have the
19    ability to service those books?
20              THE COURT:  I think he's agreed with you on that.
21              Am I wrong?
22              THE WITNESS:  No, I would say, I agree with you,
23    Your Honor.  They win about 10 percent of the time.  They
24    win more frequently for other types of books.
25
```

BY MR. OPPENHEIMER:

Q    Is the only distinction in your mind between the publishers who service your segment of 250,000 and higher the frequency with which those publishers service that segment?

A    No, I would say that it's more challenging for them to service -- they being the non-Big 5, to service that segment than it is for the Big 5.

And I think the qualitative and quantitative evidence supports that.

MR. OPPENHEIMER:  Your Honor, could I beg the Court's indulgence for just a few more questions on that answer?

THE COURT:  All right.  Go ahead.

MR. OPPENHEIMER:  Thank you.

BY MR. OPPENHEIMER:

Q    So if Norton bought a book at $500,000, is there something impeding it from rendering a full set of services to the author of that book?

A    When you say the full set of services, do you mean distribution and marketing?

Q    All the services that book needs to succeed in the marketplace?

A    I think it's more challenging for them than it is for the other members -- or than for the members of the

Big 5.

Q    With respect to the --

A    In general.  I apologize.  On average.

Q    Pardon me, I spoke over you.

With respect to the hypothetical one book bought at $500,000, what is the disadvantage that they set here?

A    The hypothetical book that you have in mind I can't tell you the exact disadvantage.  It may be that that is a niche book that Norton acquired for a large advance amount and they are well-suited to publish.

But in general, I think the evidence shows that the non-Big 5 are significantly less frequently acquiring these large books, and that people in the industry, including the Big 5 publishers, feel that there's a set of authors they are better set up to serve and publish.

Q    But you're not saying that the services that those publishers actually render are inferior to the services provided by the Big 5?

A    For a particular book that is acquired by the non-Big 5, the author has decided that -- assuming that the Big 5 competed, that that -- for that book, that non-Big 5 publisher is the best choice.

And given the respective advance amounts offered.

MR. OPPENHEIMER:  May we put up Plaintiff's Exhibit 963?

```
 1              Your Honor, this is previously admitted.

 2              THE COURT:  All right.

 3              MR. OPPENHEIMER:  This is confidential, sorry,

 4    only for our screens.

 5    BY MR. OPPENHEIMER:

 6         Q    You had made the point in prior testimony,

 7    Dr. Hill, that the participation by the publishing houses

 8    that are identified here, Penguin Random House,

 9    HarperCollins, Simon & Schuster, Macmillan, Hachette, are

10    greater in the over $250,000 advance, correct?

11         A    They win more frequently in that.

12         Q    They win more frequently.

13              And do you attribute that to their having special

14    skills?

15         A    I think it's a mix of things.  I think they have a

16    stronger reputation.  They're better able to bear risk, and

17    they have the distribution and the marketing that helps them

18    appeal to authors, which reputation, as well, helps appeal

19    to authors.

20         Q    Is it possible that they also just are bigger and

21    buy more books?

22         A    If they were just bigger and bought more books,

23    the non-anticipated top seller numbers, I would expect to

24    look more similar.

25         Q    That assumes that they would make their
```

1    investments at all advance levels at the same rate?

2        A    I don't know if it assumes that or not.  What I

3    take away from this is we see authors of anticipated top

4    sellers systematically choosing differently than authors of

5    non-anticipated top sellers.

6            To your point, it could be both a push and a pull

7    thing.  It could be author preference and it could be the --

8    where each group of publishers feels most comfortable

9    competing.

10           THE COURT:  Or isn't it the case the biggest ones

11   just have the most money?

12           THE WITNESS:  They have the ability to bear risk

13   that the others do not, yes, Your Honor, in general.

14   BY MR. OPPENHEIMER:

15       Q    When you say in general, you have not made a study

16   of the capital constraints of the publishers in the

17   industry, correct?

18       A    That's correct.

19       Q    All right.

20           And you're aware that some of the new publishers

21   are receiving funding?

22       A    I'm not aware of the funding of all of the non-Big

23   5 publishers.

24       Q    You haven't made a study of that, obviously?

25       A    Correct.

1    Q    And to the extent that we're talking about an

2    entity such as Disney, you don't have any question about

3    their ability to invest capital?

4    A    So I think there's a question of ability to invest

5    capital and incentive to invest capital.

6         A firm like Google may have lots of capital it

7    could invest in this business but it's not focused on this

8    business.

9         So Disney may have -- I think the testimony this

10   morning from the gentleman -- Mr. Murray was that he has a

11   budget, but clearly News Corp. has more money than the size

12   of his budget.  There's a business rationale for the amount

13   of money they commit to HarperCollins on a given year.

14   Q    Do you recall expressing a view at your deposition

15   that you didn't think Disney had indicated a plan to expand

16   its publishing?

17   A    I don't recall talking about its publishing

18   generally.  I recall we talked a little bit about if it said

19   it was going to expand, where might it expand.

20   Q    And do you recall that you were asked if you were

21   aware of any publisher that's non-Big 5 publisher who says

22   they have an intent to expand and that you couldn't think of

23   any?

24   A    I'll take your word for it.  I don't recall but...

25   Q    Are you aware of Disney's plans one way or the

1    other with respect to the expansion into publishing?

2        A    Into publishing or anticipated top sellers?

3        Q    Either.

4        A    No.

5        Q    Would you take a look at tab No. 28.  This is an

6    article from Publishers Weekly in April of 2021.  I just

7    want to ask you, it says, "Disney publishing is returning to

8    that market with a launch of Hyperion Avenue."

9        A    I see that.

10       Q    And were you aware of Disney's stated intention to

11   enter the publishing market with Hyperion?

12       A    I was not.

13       Q    And were you aware of any intention on the part of

14   Disney to release 50 to 60 times a year through Hyperion?

15       A    No, I was not.

16       Q    Were you aware that the deposition in this case of

17   Tonya Agurto was taken?

18       A    I believe I knew Disney was deposed, but

19   I don't recall the details.

20       Q    Okay.  Fair enough.  I only ask because it's not

21   in your reliance list.

22            I'll represent to you that she was deposed in

23   April of this year, 2022.  I'll direct your attention to tab

24   No. 28.

25       A    I'm there.

```
 1        Q    This is in the exhibit binder still and it's tab
 2   No. 28.
 3        A    I'm there.
 4        Q    And this is Ms. Agurto's deposition?
 5        A    Oh, I apologize.
 6        Q    I'm sorry, it's in the deposition binder, pardon
 7   me.
 8        A    I apologize.  Which binder should I be looking
 9   for?
10        Q    Dr. Hill, it's the deposition binder.
11        A    So my deposition?
12             MR. OPPENHEIMER:  Your Honor, may I approach?
13             THE COURT:  Yes.
14             THE WITNESS:  Okay.  I'm there.
15   BY MR. OPPENHEIMER:
16        Q    Would you take a look at the transcript at
17   page 61, lines -- starting at line 23?
18             THE COURT:  I'm sorry, which transcript are we on?
19             MR. OPPENHEIMER:  Yes, Your Honor.  This is the
20   deposition of Tonya Agurto.
21             THE WITNESS:  I see it.
22             MR. OPPENHEIMER:  That should be tab, for Your
23   Honor, at page 61.
24             THE COURT:  Okay.
25
```

1    BY MR. OPPENHEIMER:

2        Q    Do you see there that she says -- she's asked

3    whether the statement was accurate, that "within five years,

4    Disney aims to release 50 to 60 titles through Hyperion

5    Avenue"?

6        A    Yes.

7        Q    And she says "Yes," and that that plan still holds

8    true as of April of this year?

9        A    Yes.

10       Q    And you were not aware of that?

11       A    Correct.

12            Well, I knew that Disney had general plans to

13   expand.  I didn't know the specifics.

14       Q    Do you have any understanding of what price

15   target, what segment Disney is targeting?

16       A    No.

17       Q    May I draw your attention to Ms. Agurto's

18   testimony at page 120, line 20.

19       A    I'm there.

20       Q    Okay.

21            Do you see she's asked, "Of the books that

22   Hyperion Avenue has acquired to date, how many books

23   received an advance of $250,000 or more?"

24            And she answered, "The majority."

25            Do you see that?

1    A    I do see that.

2    Q    That would put that squarely in the segmented

3 market?

4    A    Some of them, yes, all those ones above 250.

5    Q    And then she's asked about "What about over 500;"

6 and she'd say "Half, if not more than half"?

7    A    Correct.

8    Q    And then finally she's asked, "What about over a

9 million dollars?"

10         And she says, "Maybe a little less than a

11 quarter."

12    A    Correct.

13    Q    So would it appear that Disney is aiming right

14 into your market segment?

15    A    They appear to have plans to enter, yes.

16    Q    And just to be clear, if we go back --

17         MR. OPPENHEIMER:  Pam, if we could put back up

18 Plaintiff's Exhibit 963.

19    Q    Just to make the point, to the best of your

20 knowledge, Disney is not in these data that are depicted in

21 this bar graph, right?

22    A    Correct.  These data are 2019 to 2021.

23    Q    Right.

24    A    Well, I don't know when -- it doesn't give a date

25 for these acquisitions so I don't know how many of them are

```
 1   or not included.  If they were made in 2021, they'd be
 2   included.
 3        Q    Okay.
 4             Right.
 5             So things keep changing?
 6        A    Well -- but the market share of the non-Big 5
 7   stays pretty stable over this time period.
 8        Q    Would you agree that the importance of the
 9   participation of the publishers in the competitive
10   environment is how often they're bidding against each other?
11        A    No, I think that how often they win is probably a
12   better reflection of their competitive significance.
13        Q    Well, let's take a look at a table from your
14   report.  Let's go to tab 1 of the exhibit book.
15             This is also confidential.
16        A    Okay.  I'm there.
17        Q    Okay.
18             So this is your table of shares of purchases of
19   more during the period January 2019 through June 2021;
20   is that correct?
21        A    That's correct.
22        Q    And we can see here that you've created an entry
23   for something called the non-Big 5?
24        A    Correct.
25        Q    Would you tell us who's in the non-Big 5?
```

1    A    Every other publisher with an anticipated top

2  selling book that qualifies is here.  Everything that's not

3  the merged firm and then the other three members of the

4  Big 5.

5    Q    And then as we read across, you're giving the

6  market share for the acquisition of books in your book

7  segment for the three years, plus an average for the total,

8  correct?

9    A    Correct.

10    Q    And if we look over to 2021, the non-Big 5

11  collectively have a larger market share than Hachette and

12  Macmillan; is that correct?

13    A    If you aggregate them into one firm, yes.

14    Q    And they have -- collectively, they have the same

15  market share as Simon & Schuster, correct?

16    A    Correct.

17    Q    And what that means is that as a group, they are

18  bidding and winning titles above $250,000 at the same rate

19  as individual Big 5 publishers?

20    A    Right, but they're not one firm.

21         If you were to merge them into one firm and you

22  were to calculate an HHI counting this as one firm instead

23  of as diffuse firms, the concentration in the market would

24  go up, because we -- the concentration measure in the HHI

25  gives more weight to large firms than to small firms.

1    Q    Well, I'm putting aside the HHI now and I'm just

2  wanting us to take a snapshot of the market.  And when you

3  put together the non-Big 5 and their wins, they're operating

4  as sort of a Big 6, would you say?

5    A    I would not.

6         Again, if you wanted to call them the Big 6, then

7  you would aggregate them into one firm and treat them as one

8  firm.  But they're diffuse firms.

9         But I will agree that if you add up their market

10  share, it's larger than Macmillan and Hachette's individual

11  share.

12    Q    What is the significance in your mind of the fact

13  that they're not a single firm?

14    A    Well, it means each one of them is winning a

15  non-Big 5 -- or an anticipated top seller rarely.

16    Q    If you are a member of the Big 5 and you're

17  contemplating competition, would you conclude that you're

18  going to be competing with somebody in the non-Big 5 just

19  about as often you're going to be competing with somebody

20  who's in the Big 5?

21    A    Well, I mean, I think there's a couple of

22  inferences.

23         One is that the Hachettes and the Macmillans of

24  the world, in this example, are regularly winning as often

25  as all the members of the non-Big 5 combined.  So it's

1    telling something -- telling us something about their

2    ability to regularly compete at this level.

3           These individual firms are not able to do that.

4    They win collectively as often, but individually they win

5    significantly less often.

6           And so it's giving us some indication about how

7    likely it is that they compete on a regular basis.

8           THE COURT:  But can you answer Mr. Oppenheimer's

9    question about from the perspective of a Big 5 publishing

10   house in an auction, are they thinking, we're just as likely

11   to have one non-Big 5 firm, whichever one it is, as likely

12   as Hachette, which has, like, a similar share?

13          THE WITNESS:  That's right.  If you take them all

14   collectively, that's roughly correct.

15          Although the fact that they win so much more

16   infrequently, raises the possibility that there are special

17   cases, special cases are more likely for them than for the

18   larger firms that win more regularly.

19   BY MR. OPPENHEIMER:

20   Q    Could I ask you a hypothetical, Dr. Hill.  If you

21   were an editor at Penguin Random House and you'd been

22   invited to a best bid, didn't know who the other bidders

23   were or how many there would be, wouldn't you think that

24   your chances of having a bid from somebody outside the Big 5

25   was every bit as good as having a bid as somebody inside the

```
 1   Big 5?
 2        A     Somebody outside compared to inside?
 3        Q     Yes.
 4        A     No.
 5              I mean, the rest of the Big 5 win on the order
 6   of -- let me get this right -- 50 percent of the time and
 7   the non-Big 5 win about 10 percent of the time.
 8              If you remove Penguin Random House.
 9        Q     If you were in that best-bid situation and you
10   were trying to figure out how likely -- let's say you were
11   paying Penguin Random House.
12        A     Sure.
13        Q     And you were trying to figure out how likely
14   it would be that Simon & Schuster would be bidding against
15   you, what would you be thinking?
16        A     If I was Penguin Random House?
17        Q     Yes.
18        A     I would think about how often I've lost to Simon &
19   Schuster in the past.
20        Q     So you'd look for competition where you were
21   number one and number two in the bidding?
22        A     I might not know when I was number two because
23   Penguin Random House, I think Mr. Karp testified, we don't
24   often know -- we don't necessarily know the ordering but we
25   know who won.
```

1      So I would probably look as Hachette does, for

2  example, how often have I lost a book and the winner was one

3  of the other firms.

4      Q    Do you have any understanding of what level of

5  sales are associated with a $250,000 advance, retail book

6  sales?

7      A    Yeah, as part of the runner-up study, I did

8  briefly calculate this number.  I tried to calculate for

9  $100,000 in advance, what is the level of sales that

10  typically is -- justifies that in the P&L and I just don't

11  recall the number.

12      Q    Did you determine whether it differed among

13  publishers?

14      A    I was -- for the runner-up study I was looking

15  at -- largely at books won by Penguin Random House and

16  Simon & Schuster.  I think I did it for the parties.

17  I don't recall doing it for other publishers.

18      Q    Now, you're aware that more than 30 publishers

19  have purchased titles with advances above $250,000 per title

20  between 2019 and 2021?

21      A    I don't know the exact number but that sounds

22  roughly correct.

23      Q    And would you agree that an increasing number of

24  publishers have titles above $250,000 in the last three

25  years?

```
 1        A    I haven't studied that, whether the number of
 2   publishers has changed.
 3             It's probably in my report if you want me to look.
 4        Q    If I could direct your attention to tab No. 46?
 5        A    Of the Hill exhibits?
 6        Q    Yes, please.
 7             This has been marked as Defendant's Exhibit 370.
 8        A    I'm there.
 9        Q    And it's from Professor Snyder's rebuttal report.
10   It's his figure 9.3.
11        A    Yes, I see it.
12        Q    And do you see there it specifies the number of
13   publishers who have made acquisitions in the minimum advance
14   amounts from 100,000 to 500,000?
15        A    Correct.
16        Q    And do you see how those numbers have been
17   climbing?
18        A    I do.
19        Q    Let's take a look at tab No. 2.  This is
20   Defendant's DX375.  It's confidential.
21        A    I see it.
22        Q    Let's talk a little bit about some of the
23   contracts that have been entered into by various publishers
24   during this time period.
25             You recognize this as Exhibit 9.8 from Professor
```

```
 1   Snyder's expert report?

 2        A    I do.

 3        Q    And the highest contract entered into during that

 4   time period was neither PRH nor S&S, correct?

 5        A    That's correct.

 6        Q    It was another publisher, publisher I, from that

 7   list?

 8        A    I don't have your wheel but, yes, I think -- yeah,

 9   I see that publisher.

10        Q    And the third largest contract entered into during

11   this time wasn't even one of the Big 5, correct?

12        A    That's correct.

13        Q    It was a non-Big 5?

14        A    That is correct.

15        Q    And the largest per title -- pardon me, the third

16   largest per title acquisition was also by a non-Big 5,

17   correct?

18        A    Oh, third largest.

19             Yes -- yes.

20             Do you mean second largest or third largest?

21        Q    Third largest.

22        A    Per title, so the last column here?

23        Q    Yes.

24        A    I think.

25        Q    Do I have it wrong?
```

```
 1      A    Am I wrong that the second largest is the sixth
 2   line and the third largest is the fifth line?
 3      Q    You're correct.  I stand corrected.
 4           Do you see that?
 5      A    Yeah.
 6      Q    Okay.
 7           Now, you'd mentioned earlier that it's important
 8   when publishers are making acquisitions to think about who
 9   may they be bidding against.  Fair enough?
10      A    Correct.
11      Q    And do you recall from Professor Snyder's analysis
12   of the agency data, that in the price segment that you
13   proposed, 47 percent of the time that Penguin Random House
14   or Simon & Schuster win in a multi bidder auction for books
15   with advances over 250-, the other party didn't even bid?
16      A    I don't recall that.  I'm not disputing it.
17   I don't recall that analysis.
18      Q    So that in the marketplace, according to the
19   agency data, these parties are not bumping into each other
20   half the time?
21      A    Yeah, I don't recall that calculation.
22      Q    If you accept my representation that that's
23   Professor Snyder's conclusion in his report, would that
24   indicate to you that Penguin Random House and
25   Simon & Schuster are not always going after the same books
```

1    even in the auction setting?

2         A    Yeah, if they don't bid it and run into each

3    other, then they're not always going after the same book.

1    Q    Right.

2         And the merging parties, you're not running into

3    each other, and almost half the institutes are winning

4    books?

5    A    According to your representation, correct.  Is

6    that for anticipated top sellers or all books?

7    Q    Correct.  What you've called anticipated top

8    sellers.

9         And you would agree that based upon your own

10   diversion calculations, HarperCollins is more likely to be

11   the runner-up to Penguin Random House than Simon & Schuster

12   for books in your price segment, correct?

13   A    Correct, although I'd also say with diversions,

14   the guidelines are clear that when you're thinking about

15   this competition, the key question is the diversion to the

16   other party and second order of importance is diversion to

17   third parties.

18        But, yes, I would agree that HarperCollins is --

19   for Harp -- from diversion from Penguin Random House,

20   HarperCollins would be second.

21   Q    And Harper -- and you would agree with me based on

22   your research that HarperCollins, Macmillan, and Hachette

23   are most likely to win or be runner-up -- more likely to win

24   or be runner-up to Simon & Schuster than Penguin Random

25   House?

```
 1        A     No, I wouldn't agree with that.

 2              What is your basis for that?

 3        Q     Let's take a look at tab 49, which is figure 40

 4   from your report.  And it's confidential.

 5        A     Okay.  I'm there.

 6        Q     So based on that, would you agree that

 7   HarperCollins, Macmillan, and Hachette are most likely to

 8   win or be the runner-up to Simon & Schuster more often than

 9   PRH?

10        A     This is from the agency data.  Did you mean just

11   restricted to the agency data?  Or did you mean my general

12   conclusions?

13        Q     No, based on the agency data.

14        A     I'm trying to remember the context here.

15              Yeah, yeah.

16        Q     And this also reflects that HarperCollins is a

17   more significant competitor to Penguin Random House than

18   S&S, correct?

19        A     In this agency data, yes.

20        Q     Correct.

21              And do you recall that in Professor Snyder's work,

22   also based on the agency data, that in multi bidder

23   acquisitions with an advance of at least $250,000,

24   54 percent of the time there was at least one bid from a

25   non-Big 5 publisher?
```

1    A    I don't recall, but I don't have any reason to

2  dispute that.

3    Q    And would you have any reason to dispute that 23

4  percent of the acquisitions for titles in ad- -- with

5  advances above $250,000 were either won by non-Big 5

6  publishers or a non-Big 5 publisher was the runner-up?

7    A    I don't know what to make of that statistic

8  because you're -- you've moved from 100- to 200- as the

9  base.  So I don't know how to interpret it, but I don't --

10  I remember Dr. Snyder calculated that number.

11    Q    So you don't dispute the statistic, you question

12  its relevance?

13    A    I just don't understand what point he's trying to

14  make with that particular system.

15          But if you think of 200 as the base, then it's

16  close to the 10 percent I calculated for the Big 5 winning.

17  So it seems directionally consistent with that.

18    Q    And if we go back to tab No. 1, which is your

19  initial report, figure 25, by these calculations would you

20  agree with me, based on this data, that the non-Big 5

21  collectively acquired as many titles for advances of

22  $250,000 or more as Hachette during the time period?

23    A    Yes.

24    Q    And during that same time period, the non-Big 5

25  collectively acquired more titles in that price segment than

1     Hachette or Macmillan?

2         A    I'm sorry, could you repeat that question.

3     I apologize.

4         Q    Yeah, certainly.

5              The non-Big 5 during this same time period

6     collectively acquired more titles for advances of $250,000

7     than Hachette or Macmillan did?

8         A    Are you taking the full-time period?

9         Q    Yes.

10        A    Oh --

11        Q    Pardon me, just '21.

12        A    Oh, '21, yes.

13        Q    And, in fact, the non-Big 5 collectively have

14    acquired roughly as many titles as S&S did last year in the

15    $250,000 and above price range?

16        A    And you're thinking 2021?  Yes.

17        Q    Yes.

18             So let's talk a little bit about direct

19    competition between the parties, the merging parties.

20             Your SSA model predicts harm in situations where

21    Penguin Random House and Simon & Schuster are first and

22    second, correct?

23        A    That's correct.

24        Q    And to be clear, your model only predicts harm

25    when the two merging parties are first and second, correct?

1    A    Yeah, inside the mechanism of the model, that's

2    correct.

3    Q    And the -- I'm focusing on -- we're now focusing

4    on the second score auction model.  We'll get to the Guppys

5    in a minute.

6         And the second score auction model does not find

7    harm if there's a reduction of one bidder -- excuse me, does

8    find harm if there's a reduction of one bidder, but that

9    bidder was not -- I apologize.

10        The second score auction model does not find harm

11   if there's a reduction of a bidder but that bidder was not

12   the winner or the runner-up, correct?

13   A    That's correct.

14   Q    And if a bidder who drops out isn't in first or

15   second position, your model doesn't predict any harm?

16   A    That's correct.

17   Q    So the second score auction model is not showing,

18   for example, that four bidders is necessarily worse than

19   five?

20   A    It's not necessarily worse, correct.

21   Q    There's only a problem if the one who leaves the

22   bidding is the runner-up, correct?

23   A    So narrowly inside the model, yes, that's correct.

24   Q    Well, let's -- that's the only harm that the model

25   is identifying, correct?

1    A    Yeah, using that second score auction format, the

2   first and second bidders set the value.  So if you remove

3   others, it's not going to affect their valuation.

4    Q    And when you've expressed harm identified by the

5   second score auction model, that is all we're talking about,

6   correct?

7    A    It's -- the way I've expressed the harm is the

8   average harm overall PR -- Penguin Random House and

9   Simon & Schuster authors.

10    Q    Model itself predicts that there will only be harm

11   in those situations where Penguin Random House and

12   Simon & Schuster are first and second, correct?

13    A    Right, but I'm spreading the harm out over all PRH

14   and S&S authors.

15    Q    Well, we'll talk about that, but when you say that

16   you're doing that --

17         Well, we'll come back to that.

18         THE COURT:  So does your model just talk about the

19   historical data and say, if these were merged, this would

20   have been the harm, or is it predicting future harm?

21         THE WITNESS:  It's using the past data to predict

22   the future.  So it's saying -- it essentially says, here are

23   the market shares, here's how likely it is that one is

24   number one and one is number two.  And it makes predictions

25   of harm based on that past data.

```
1              And then I'm applying it to say, this is my
2     prediction of what would happen in the future.
3              THE COURT:  So does it analyze the past data?
4              THE WITNESS:  Yes, Your Honor.
5              THE COURT:  And say what would have happened if
6     one of these guys dropped out?
7              THE WITNESS:  That's correct.
8              And then there's -- and then I'm using it to make
9     a prediction about the future.
10             THE COURT:  And is your prediction different from
11    what the past data said?
12             THE WITNESS:  No, Your Honor, it's based on the
13    past data.
14             THE COURT:  So it's the same basically.  You're
15    saying -- looking at the past data, if one of these two
16    firms dropped out, this would have been the harm to the
17    authors and we're going to predict that same harm would
18    occur in the future?
19             THE WITNESS:  That's correct.
20             The one thing I would add is that, just to be
21    clear, it's an aggregate prediction.  I'm not feeding it
22    information about every auction.  Instead, I'm saying, on
23    aggregate, the parties were winner -- the parties have these
24    market shares, and then the market is -- the model says, if
25    diversions according to share, that means they were
```

```
 1    runners-up this often.
 2              THE COURT:  I see.
 3              THE WITNESS:  But it doesn't -- I haven't given it
 4    an auction by auction dataset, Your Honor.
 5              THE COURT:  I see.  Thank you.
 6    BY MR. OPPENHEIMER:
 7         Q    And the based on the model, there is an implicit
 8    percentage of time when Penguin Random House and
 9    Simon & Schuster are first and second, correct?
10         A    Correct.
11         Q    That's 12 percent of the time?
12         A    Something like that, yeah.
13         Q    So they're only first and second, and the harm is
14    only generated 12 percent of the time?
15         A    If you measure it against all auctions, including
16    those won by others, yes.
17         Q    So 88 percent of the time they are not one and
18    two?
19         A    That's correct, in the model, yes.
20         Q    Now, if we assume that, as I believe we have here,
21    that there are about 1,200 books annually in your proposed
22    market -- by the way, are you comfortable with that number,
23    about 1,200?
24         A    Yeah, I usually think of a thousand, but 1,200 is
25    probably closer to the actual number.
```

1    Q   Okay.

2       So if they are first and second, 12 percent of the

3  time, then we're talking about harm computed on the basis of

4  about 145 books?

5    A   Yeah.  If it was a thousand, it would be 120

6  books.

7    Q   Fair enough.

8    A   Yeah, I can't do the --

9    Q   At 1,200 -- fair enough.

10       Somewhere between 125 and 145 books?

11    A   Yeah.

12    Q   And you indicated in prior testimony that there

13  was a price affect for each of the two companies that came

14  out of your model, one for PRH and one for S&S, correct?

15    A   That's correct.

16    Q   And when you combine those in your analysis, you

17  get an average advance reduction of about 6.1 percent for

18  PRH and S&S authors; is that correct?

19    A   That's correct.

20       But just to be clear, the individual firms have

21  fairly different affects.  It's more significant for

22  Simon & Schuster because of their diversion to Penguin

23  Random House is higher.

24    Q   Right.  But on average, you're talking about

25  roughly 6 percent?

1     A    Yeah, if you want to take an average, then

2  6 percent.

3     Q    And I don't believe that we have a disagreement on

4  this, but if you apply that 6 percent to the advances on an

5  annual basis, you're talking about a maximum amount of harm

6  identified by the second score auction model of somewhere

7  around 29- or $30 million a year?

8     A    So in the baseline run, that's right.  If I use

9  the version in which I treat all direct operating expenses

10 as fixed, then the harm is higher.

11          But for the baseline, that number is, I believe,

12 correct.

13    Q    Well, we'll talk about margins in a little bit.

14          But so the basic harm identified by the model is

15 somewhere in the neighborhood of 29 or 39 -- pardon me, 29-

16 to $30 million year?

17    A    So that's what the baseline, which I think of as

18 conservative, identified, yes.

19    Q    Does your analysis tell you at all how that harm

20 will be arrayed over the authors in the price segment?

21    A    So I think of the model more as -- the purpose of

22 the modeling is to ask the question -- so the answer to your

23 question is, in the model itself, the harm is going to be to

24 situations where Penguin Random House are number one and

25 number two.

1        But I think of the model more generally,

2   consistent with the guidelines, as signif- -- producing

3   predictions of significant harm consistently and, hence,

4   indicating that there's likely to be a unilateral effect.

5        Q    But in terms of actually measuring it, it's the

6   numbers we're talking about?

7        A    You mean the 29 million?

8        Q    Correct.

9        A    Correct.

10       Q    I'm just asking, do you have any theory for how

11  that is spread across the authors in the price segment?

12       A    So inside the model, it's going to be that harm is

13  auctions where Penguin Random House is number one and

14  Simon & Schuster is number two.

15            But, in general, in the report, I treat it as

16  average harm to Penguin Random House and Simon & Schuster

17  authors.

18            THE COURT:  Is it different if it's

19  Simon & Schuster's number one and Penguin Random House is

20  number two?  Or does it not matter as long as they're both

21  numbered?

22            THE WITNESS:  The authors, Your Honor, for whom

23  Simon & Schuster is number one, there's a larger effect for

24  them because the -- you can think of a merger that

25  eliminates competition as internalizing that competition.

```
 1              From Simon & Schuster's perspective, it loses more
 2     often to Penguin Random House, and so removing that
 3     constraint has a bigger effect on it than it does on Penguin
 4     Random House.
 5     BY MR. OPPENHEIMER:
 6         Q    Would it be fair to say that the takeaway from the
 7     second score auction, if you're negotiating for the merged
 8     entity going forward, is that there's something like an
 9     overall 6 percent -- should be an overall 6 percent
10     reduction in advances?
11         A    I would tend to think a better prediction would be
12     to say the relaxation of the competitive constraint's more
13     significant than Simon & Schuster -- for Simon & Schuster
14     and less significant for Penguin Random House, and an
15     aggregate, if you wanted to combine them, you could use the
16     6 percent.
17         Q    Is there any way for anyone at the merged entity
18     post-merger to figure out which acquisitions to apply the
19     price reduction on?
20         A    So if you think about a rounds type competition,
21     so we've seen some examples of those, you don't need to
22     think about reducing your behavior at all.  The auctions in
23     which you're competing head to head will simply have
24     lower -- a lower final advance.
25              For best bids or negotiations, it's just based on
```

1  the idea of, you know, I think we saw some qualitative

2  evidence of I'm negotiating with this author, I think

3  there's a real chance they'll go to the other party, now

4  that I know that threat is removed, I'll be less aggressive.

5         But to your question, there's nothing in the model

6  that says, if hypothetical book X appears, you should bid

7  this much less on this book.

8         I think -- thinking about it in this is a very

9  specific and exact prediction of harm is less useful than

10  thinking of it as consistent predictions from the models of

11  harm are an indication that there's a substantial reduction

12  in unilateral competition.

13     Q    You would agree with me, as an economist, that

14  there has to be a mechanism for harm to be effectuated?

15     A    I mean, could you say more about what you mean

16  for --

17     Q    Sure.  There could be a theoretical harm but no

18  practical way it occurs, would you agree with me?

19     A    There may be cases where that's true, sure.

20     Q    So let's go back to a best-bids situation.  And

21  how would anybody who is invited from the merged entity to

22  participate in that best-bids situation make use of the

23  information from the second score auction?

24     A    So I wouldn't necessarily suggest they make use of

25  the second score auction model.  I didn't really develop it

1   for their purposes.

2              But I would think, if you think back to some of

3   the qualitative evidence, there was a quote from Penguin

4   Random House authors saying editor X at Simon & Schuster

5   continues her role as imprint-wide nemesis.  When you have

6   that information that you're competing frequently with

7   another firm and you know that firm is no longer one of your

8   competitors, then I don't think it's unreasonable to think

9   your behavior will change.

10   Q    Well, let's assume all we have is the second score

11   auction model.

12   A    Okay.

13   Q    What would somebody representing the merged entity

14   do when confronted with an invitation to a best bid?  How

15   would they use the results of the second score auction model

16   to adjust their bidding behavior in that situation?

17   A    I mean, the model not designed for that purpose.

18              I would not recommend to them, use this modeling

19   to figure out your optimal bid in your next competition.

20   Q    Okay.  Fair enough.

21              So as a practical matter, the best-bid situation,

22   we wouldn't use what I'll call the SSA, the second score

23   auction?

24   A    I wouldn't recommend -- I mean, the model is not

25   designed to be -- you could hire a management consultant to

1  say, now we've -- and, you know, you see these -- and I'll

2  just talk about other industries, management consultants can

3  say, now that this competition is being removed, you can do

4  these different things.

5          This analysis was never intended to be something

6  that could be given to people at either party and say,

7  here's how you should change your bidding in the future in

8  any auction format.

9          THE COURT:  Can I ask you this?  Is the upshot of

10  your model, which applies to when the two merged parties are

11  number one and number two, which is 12 percent of the time,

12  so in 12 percent of the cases author advances will go down

13  6 percent?

14          THE WITNESS:  Not quite, Your Honor.

15          The 6 percent is spreading it out over all Penguin

16  Random House and Simon & Schuster authors.  So I take the

17  prediction of harm in the model and then I say, if advances

18  came down by that much, what would that look like if I

19  spread it across all Penguin Random House authors.

20          THE COURT:  But why would you spread it across to

21  the people who weren't involved in the situation that the

22  model addresses, which is when they're number one and number

23  two?

24          THE WITNESS:  Because I don't think of the model

25  as just narrowly looking at that situation.  Yes, that's the

1    precise mechanism in the model, but I'm thinking of it more

2    as just, can we use this specific model to make a more

3    general evaluation of how likely harm is here.

4              THE COURT:  So how do you make that leap between

5    the specific model and general harm?

6              THE WITNESS:  Yeah, if you wanted to, you could

7    take it and go up to the more specific.  Then that number

8    would go up for those 12 percent.

9              So you can look at it either as very high harm in

10   12 percent, or you can spread it out and say, 6 percent over

11   about 50 percent of competitions.

12             That doesn't really answer your question.

13             THE COURT:  Yeah, I just don't understand how

14   you're getting there.

15             THE WITNESS:  So frequently, in economics,

16   particularly in auctions, you may use a second score auction

17   model or some other type of auction model to simulate what

18   competition may look like.

19             And here, you know, for the runner-up study, I

20   looked through these bidding histories one after another,

21   and there are many different formats.  You can put them

22   broadly into rounds or best bids or negotiations.  But if

23   you tried to build a model, you might end up with 150

24   different models because there are all these different

25   types.

 1          So, you say, look, is my model capturing a key

 2    intuition here.  And the key intuitions I was trying to

 3    capture is how often are the parties competing directly with

 4    one another and what do their margins look like.

 5          And broadly speaking, low margins mean there's

 6    lots of competition, very high margins mean little

 7    competition.

 8          So the model -- that's how I think of the model

 9    generally at that level, and I'm trying to use it to use

10    that general information to make a prediction.

11          It predicts harm in that 12 percent, and then I'm

12    spreading that over Simon & Schuster and Penguin Random

13    House authors.

14          THE COURT:  I still don't understand the spreading

15    part, but never mind.

16          THE WITNESS:  Yeah, I mean, so there's some

17    language in the guidelines, Your Honor, in section 6.1,

18    I think, talking about, in auctions, you can think about

19    having the harm where I can't -- or maybe it's 6.2 -- you

20    can have a lot of harm in a few auctions or you can have a

21    little harm or less harm in a lot of auctions.

22          And it really depends on whether you're thinking

23    the model is precisely right about how the world works.  So

24    I know it's not precisely right.  Not every auction is a

25    second score auction.

1    And as I said, there are all these other

2  mechanisms.  But often in modeling, we take a step back from

3  the very particulars and just say, you know, I can't make --

4  you know, for example, it's using aggregate information

5  about how often the parties compete.  I don't have data

6  on -- for every auction who competed with whom and for how

7  much.

8    THE COURT:  But you're assuming that their second

9  score auctions even when they're not in your model?

10    THE WITNESS:  Correct, the model is using that

11  mechanism and we're stepping back.

12    And the alternative would be to try to build a

13  separate model each of the mechanisms one observes, and

14  there are many, many different mechanisms.  And so then the

15  question of the modeling is, by assuming the second score

16  auction and using this aggregate information, are we grossly

17  misrepresenting the way competition really works or do we

18  think the model is a reasonable approximation.

19    And so that's one of the reasons Dr. Snyder made

20  this critique, and I compared the results to the Guppy model

21  to see, okay, let's try a model that's set up to look at

22  rounds options, best bids, and hybrid and see if the results

23  look similar.

24    THE COURT:  Okay.  Thank you.

25

1    MR. OPPENHEIMER:  Let me go into the model just a

2  little bit more.

3    THE COURT:  Should we take a break before you do

4  that, Mr. Oppenheimer?

5    So let's take a 15-minute break at this time and

6  we'll come back at 3:45.  Please don't talk about your

7  testimony during the recess.

8    THE WITNESS:  Of course, Your Honor.

9    COURTROOM DEPUTY:  All rise.

10    The Court stands in recess.

11    (Recess from 3:28 p.m. to 3:45 p.m.)

12    COURTROOM DEPUTY:  All rise.  The Court is back in

13  session.  Please be seated and come to order.

14    THE COURT:  All right.  Good afternoon.

15    MR. OPPENHEIMER:  Good afternoon, Your Honor.

16    THE COURT:  Can I just ask a question before you

17  begin?

18    I've been thinking about your second score auction

19  model, Dr. Hill.  Tell me if this is correct.

20    Does your model, it's assuming, given market

21  shares and competitiveness of bids, that the two merging

22  parties will be number one and number two in some number or

23  percentage of competitions, not just in a round-robin type

24  auction but all different types, best bids, any kind.  But

25  you're using an auction model because it's too complicated

1    to model every different type of competitive situation, and

2    so you're putting that data just into an auction model and

3    then you're assuming that the results of the auction model

4    can be extrapolated to apply to other types of bidding

5    situations.  Is that what it's doing?

6                THE WITNESS:  That's fair, Your Honor, yes.

7                THE COURT:  Okay.  Thank you.  You may proceed.

8                MR. OPPENHEIMER:  Thank you, Your Honor.

9                That was well put.  I'd like to explore that just

10   a little bit.

11   BY MR. OPPENHEIMER:

12       Q    Let's talk about what goes in the model, okay?

13       A    Sure.

14       Q    Am I right that there are two things, and only two

15   things, that go in the model, margins and shares, correct?

16       A    Yes, and then there's the machinery of the model,

17   but, yes, that's correct.

18       Q    Absolutely, the model version does all its things.

19                But before we get there, and be patient here with

20   me, but I want to, just at a high level, identify what

21   margins we're talking about and what shares.

22                So, first of all, the margins that go into the

23   model are the margins of one of the two merging parties or

24   some average of those two.  Do I have that right?

25       A    That's correct.

 1      Q    That's it.  No margins from anybody else in the

 2 market?

 3      A    That's correct.

 4      Q    Okay.

 5           And the shares that go in are the shares of each

 6 of the merging firms.  Is that also right?

 7      A    Those are the ones that in end up mattering, yes,

 8 but you can -- yes, that's fine.

 9      Q    Let's go through some of the assumptions or

10 protocols that drive this model at a high level, okay?  And

11 if I misstate something, so it's misleading about the model,

12 you just tell me, okay.

13      A    Sure.

14      Q    So one assumption the model makes and, again,

15 we're talking about the second score auction model, is that

16 every acquisition is in the form of an auction, correct?

17      A    Correct.

18      Q    And not just any -- I'm sorry.

19      A    Yeah, if you're applying it broadly as I am,

20 that's correct.

21      Q    Well, we'll get to applying it broadly in a minute

22 because I think that's important, but let me just, if I may,

23 build up so we understand the modeling.

24           So it makes the assumption that every acquisition

25 is in the form of an auction.

```
 1        A     The model is agnostic about that.  I'm applying it
 2   to every auction.
 3              The model is looking at second score -- if you
 4   want to apply it to -- broadly, yes, it's assuming all of
 5   these are second score auctions.
 6        Q     And not just any kind of auction but a second
 7   score auction, correct?
 8        A     That's correct.
 9        Q     And candidly, I had not heard of a second score
10   auction before this case.  But in the second score auction,
11   you do not pay your willingness to bid, do I have that
12   right?
13        A     So in a second score auction model, the highest
14   bidder wins and pays a price -- or an advance that depends
15   upon the second highest bid.
16        Q     Right.
17              So the bidders in a second score auction never pay
18   what they bid, they pay what the number two bidder bid;
19   is that fair?
20        A     In a straight second price auction, that would be
21   correct.
22        Q     Okay.
23              And the second score auction does not assume that
24   there are multiple rounds of bidding.  Is that also true?
25        A     That's correct.
```

1    Q    And the second score auction assumes that everyone

2  bids their maximum valuation in a single bid?

3    A    It doesn't assume that.  That's a strategic

4  implication of the format.

5         If you have a format that's a second price

6  auction, your incentive is to bid truthfully under some

7  assumptions.

8    Q    So in the structure of the model, there is no

9  learning, if you will, from an auction process, fair?

10   A    Could you say more about what you mean by

11 learning?

12   Q    Sure.

13        You don't have a situation where you begin to

14 understand what other people are bidding.  That's not a part

15 of the model structure, correct?

16   A    The literal way it's structured is you all submit

17 a bid and then the bids are revealed and the winner is

18 determined.

19   Q    Right.

20   A    You can think of it as being an open outcry

21 auction, where everybody bids until you run out of steam and

22 the highest bidder is the only person left.

23   Q    Yeah, but it's not actually an outcry auction,

24 right, because we're not -- just to be clear, we're not

25 literally watching people hold up a panel at Christie's with

```
 1   a bid, right?  We -- the model takes everybody's valuation
 2   and it does one run, so to speak, and picks the highest?
 3        A    Yeah.  You get to the same place, but the model
 4   itself is a structure as you submit one bid.
 5        Q    Okay.
 6             And I think you believe that the most analogous,
 7   real-world auction to this would be what we've been calling
 8   round-robin auctions in the case?
 9        A    Correct.
10        Q    And you say that's analogous because even it is
11   not literal, correct?
12        A    Yeah, it's not a sealed bid, second price auction.
13        Q    And in your work, you never tried to calculate how
14   many acquisitions in your data or in Professor Snyder's data
15   were round-robin auctions?
16        A    Correct.
17        Q    And in the round-robin auction, the bidder knows
18   what they have to pay to stay in the auction, correct?
19        A    They have a target they have to top, yes.
20        Q    Now, would it be fair to say that the most removed
21   form of acquisition from the model used by the second score
22   auction would be what we're calling a bilateral or
23   one-on-one negotiation?
24        A    I don't have an easy basis for making that
25   comparison.
```

1            At any rate, it is not the same as -- it is not

2    the same mechanism as a negotiation.

3        Q    Okay.

4            Let's talk just a little bit about best-bid

5    auctions.  Those are known as first price auctions, correct?

6        A    Typically, yes, you could call them that.

7        Q    And that means that the winner expects to pay the

8    amount they bid if they win, correct?

9        A    Correct.

10       Q    What a lot of us think as an auction.

11           So in a best bid, the runner-up bid does not set

12   the price paid, correct?

13       A    That's correct.

14       Q    And obviously that's different than the second

15   score structure where the winner is expecting to pay the

16   price of the second highest bid or the runner-up?

17       A    Yes, though there are some situations in which

18   first price auctions and second price auctions lead to

19   equivalent outcomes.  They're not necessarily the same

20   outcome.

21       Q    And I believe you were clear, I just want to

22   confirm from your deposition, that a single round best-bid

23   auction is not a second score auction, correct?

24       A    Correct.

25       Q    And once again, you have not calculated how

1    much -- strike that, I'll come back to it.

2           In a best-bid auction, is it fair to say that the

3    competition is not affected by the amount of the second bid?

4    Pardon me.

5    A    Yeah.  It's --

6    Q    Yeah, that is actually my question.

7           Let me say it again.

8           In a best bid, the competition is not affected by

9    the amount of the second bid?

10   A    The competition is not affected or --

11   Q    Correct, the outcome of a best bid is not affected

12   by the amount of the second bid?

13   A    In a narrow sense, the winner pays their bid.

14          If you knew you'd eliminated a competitor, then

15   the best bid that -- the bid that the winner would have

16   submitted had that competitor not existed might have

17   changed.

18          But mechanically, when you open the sealed bids,

19   you take the highest bid and that winner pays that amount.

20   Q    Right.  I'm not sure, did I hear you say if you

21   knew you had eliminated the second bidder, that would affect

22   your bid?

23   A    Right.

24          So what I'm -- and just trying to distinguish

25   between the mechanically, the winning bid is -- sorry.  The

```
 1   person with the highest bid pays that bid amount.

 2            It's not the case that the other competitors don't

 3   matter.  It's just there, the price that's paid is not, when

 4   you open the bids, dependent on the second highest bid.

 5       Q    Yeah, there's no pressure from the bid of the

 6   second place publisher in a blind bid?

 7       A    I would disagree.

 8            So if you imagine, you and I are publishers and we

 9   are the only two publishers, if I eliminate your

10   competition, then my bids might be different in a best-bid

11   setting than when I know you're there competing with me.

12            But in a narrow sense, supposing you and I are

13   competing and we open the envelopes and my bid is highest,

14   I'm going to pay the amount I bid.  It doesn't depend on the

15   amount you bid.

16       Q    Correct.

17            Because I think this is important, I want to make

18   sure I understand.

19            THE COURT:  I think I've got it.

20            MR. OPPENHEIMER:  Okay, Your Honor.

21   BY MR. OPPENHEIMER:

22       Q    And best bids is a pretty common format of

23   auctions in the publishing industry?

24       A    Yes, I would say so.

25       Q    And if you have no special information about the
```

1    other bidders in a best bid and you're just participating

2    and putting your bid in, you are not going to be affected by

3    the amount of the second bid, correct?

4        A    Again, the way you're phrasing the question is on

5    a borderline, because when you're thinking about a best-bid

6    auction, you're thinking I -- the higher I bid, the more

7    likely I am to win.  The higher I bid, the lower my expected

8    margin given my valuation.

9            And that first piece, how likely am I to win given

10   a particular bid, so just take the value of $100,000, you're

11   thinking about how often that will win based -- is based on

12   your perception of the competition.

13           So that competition matters when you're forming

14   your optimal bid.  But mechanically once all the bids are

15   in, everyone has figured out their optimal bid based on

16   their beliefs about the competition and the envelopes are,

17   let's just say it's sealed bids, you open the bids and the

18   highest bid is the winner and that person pays their

19   valuation.  It is not determined by the second or third bid.

20       Q    At your deposition, you indicated that you thought

21   about 30 percent of all acquisitions, including bilateral

22   negotiations, were best bids.  Is that still your view?

23       A    Yeah, I -- so I looked back at my notes for the

24   runner-up study.  It's about 60 percent for bilateral

25   negotiations, and then the remaining 40 percent are

```
 1   auctions.
 2           And then I will say the auctions are probably
 3   split about 50/50.
 4           So I would say 20 -- I don't know if -- you said
 5   the number was 30.  Look, the runner-up study is also a
 6   sample.  I think your number is a reasonable estimate.  It's
 7   somewhere -- it's significant.
 8       Q   Yeah, I think we're in agreement in essence, which
 9   is that the majority of the acquisitions are not auctions,
10   they're bilateral negotiations?
11           THE COURT:  The majority are.  They're 60 percent.
12           THE WITNESS:  Yeah, I would say somewhere around
13   50 to 60 percent will be negotiation.
14           And then I would guess, and I haven't studied it
15   systematically, that the auctions would be roughly split
16   between some form of best bids and some form of rounds.  But
17   there are, you know -- that's a very rough.
18   BY MR. OPPENHEIMER:
19       Q   Do you recall in your runner-up data that about
20   65 percent of the acquisitions were bilateral?
21       A   Yeah, something like that.
22           I think it's 60, but maybe it's 65.  I don't have
23   the exact number.
24       Q   So a minority of the acquisition formats in the
25   industry, as you understand it, correspond to round robins,
```

1  which are the most closely analogous to the second score

2  auction?

3       A    That's correct.

4       Q    And then the other forms of acquisition differ by

5  varying degrees?

6       A    That's fair.

7       Q    Now, does the model take any historical inputs

8  about any other publishers in the industry?

9       A    No, except to the extent that they affect the

10 market shares or margins of the parties.

11      Q    There's no historical data?

12      A    As you enter the market shares and the margins,

13 which are themselves affected by others, but the actual data

14 you enter is determined -- is based on the merging parties.

15      Q    And only the merging parties?

16      A    Correct.

17      Q    And the product of the calculation done by the

18 second score auction pertains to harm only between the

19 merging parties when they're first and second, correct?

20      A    Correct.

21      Q    Now, is it your testimony that the results of the

22 second score auction are instructive with respect to the

23 competitive constraints in a bilateral negotiation?

24      A    Yeah, I take them more broadly as being

25 instructive about competition in general.  Does it perfectly

1    fit every mechanism?  No, it doesn't.

2        Q    And if you only had bilateral negotiations to

3    model, would you still use a second score auction model?

4        A    If everything in the industry was bilateral?

5        Q    Correct.

6        A    Yeah, I would probably try to build a negotiation

7    model, and if it was unsuccessful, then I would consider

8    either an auction model or a differentiated product model.

9        Q    But the SSA would not be your first choice for

10   modeling bilateral negotiations?

11       A    If there were only bilateral negotiations, I would

12   probably try to develop another kind as well.

13       Q    And is it fair to say that you have not undertaken

14   an analysis -- really, you have not undertaken an analysis

15   to determine the percentage of time, other that than what

16   you've testified to, beyond that you haven't examined a

17   percentage of time that any particular acquisition format is

18   used in the publishing industry, correct?

19       A    Correct.

20            THE COURT:  If bilateral negotiations are more

21   common than auctions, why didn't you build a bilateral

22   negotiations model?

23            THE WITNESS:  So, Your Honor, I tried to build an

24   omnibus model that would start with a bilateral negotiation.

25   If you were unable to reach an agreement, then you would

```
1    move into a second score auction or a first -- sorry, a

2    rounds auction or a first price auction.

3            The model that ended up being the one I could

4    effectively solve was the second price auction.  And so as

5    I told you, I experimented with the first price auction, I

6    wasn't able to get results that I thought were credible, and

7    I also didn't make a great deal of progress with the

8    negotiations model.

9            I also looked at just -- there was a couple other

10   model types I considered and didn't end up using.

11           THE COURT:  So your choice of model depended in

12   part on what the results were and if they just looked right

13   to you?

14           THE WITNESS:  It depended on whether I could get a

15   model I could solve.

16           So the challenge in a first price auction is that

17   you're thinking about -- and I'll give that just as an

18   example.

19           I as a bidder am thinking, what is the probability

20   that I win if I bid $100,000.  And to do that, the agents

21   all have to form expectations about each other's bidding.

22   And once you get into that, you get into a great deal of

23   complications.  What's nice about the second price setting

24   is your strategic incentive is always to submit your true

25   valuation and that turns out to be the optimal strategy.
```

1       So it was the easiest one to solve.

2       And the first price model can work, but you need a

3  lot of data and I just didn't have the data to use any of

4  the standard approaches.

5  BY MR. OPPENHEIMER:

6       Q    And, Dr. Hill, you would agree with me that agents

7  play a very critical role in determining what type of

8  acquisition process will be used for a book?

9       A    I would say agents and authors -- I'm not an

10  expert on that.  Agents and authors come to an agreement

11  about the format of the auction they're going to -- or the

12  acquisition format.

13       Q    Jointly, or however each author and her agent does

14  it, they control the auction process or the acquisition

15  process if it's a bilateral negotiation, right?

16       A    I wouldn't say control, because they may choose

17  to -- they may say, I'm having a best-bid auction and you

18  invite ten people.  That doesn't mean ten people are showing

19  up for the auction.

20       Q    But it also means that if you're not invited as

21  publisher, you don't get to participate at all, for example,

22  right?

23       A    It may.

24       Q    And so the agents and the authors decide that,

25  right?

1    A    The agent and the author can say, this is the
2  format we're using, and then publishers can make a separate
3  decision about whether to compete and how.
4    Q    So the agents can decide whether to do a round
5  robin, correct?
6    A    The author can decide to do a round robin, yes.
7    Q    We can -- we can stipulate, I'll use the author,
8  you seem to prefer it, I think, the agent, we'll have more
9  testimony later, but as we've said, let's focus on the
10 economics.
11        So agent-author.
12        And they could decide what kind of round robin,
13 how many rounds, for example?
14    A    The selling party can determine the number of
15 rounds.
16    Q    They can decide what kind of information to
17 distribute to the parties to the auction?
18    A    They can, but there are times when the
19 participants buck the rules and do something they're not
20 supposed to.
21    Q    Well, all right.
22        And --
23    A    And I just say that because of having read all
24 these documents, you'll see times where the rules are, you
25 have to increase your bid by 10,000, and the publisher will

1  say, I'm just going to bid my -- I'm just going to match the

2  existing bid or something like that.

3      Q    Okay.  I mean, other than the good fortune of

4  having some friends who are journalists and authors,

5  everything I know about publishing I've only learned in this

6  case.  Perhaps we're similar in that regard.

7           But you would agree with me, though, that the

8  acquisition process, whether it's an auction or some other

9  form, can be changed mid-stream by the author and agent?

10     A    Yeah, I've seen settings where they'll say, we're

11  doing a two rounds auction, and then they will call for best

12  bids at the end, having not previously announced that.

13     Q    Right.

14          And the ability of the author-agent to manipulate

15  the process, and I don't mean that nefariously but just to

16  control the process to their maximum benefit, that's not

17  something that the second score auction model models, is it?

18     A    The second score auction model starts at the point

19  at which second score auction has been selected.  So, yes --

20  so, no.

21     Q    So it doesn't take into account all the strategy

22  behind maximizing value that can occur in choosing the type

23  of acquisition process?

24     A    It is not thinking about choosing different

25  acquisition processes.

1    Q    And it cannot -- it does not take into account

2    changes during the course of an acquisition that an

3    author-agent may create to try to maximize value?

4    A    Right, although those changes may be maximized

5    value or they may not be as valuable as something else.

6    Q    And in some cases, all the parties are somewhat

7    constrained.  In a case, for example, of a repeat author,

8    where you have an option, where you have an obligation if

9    you're doing a subsequent book with a publisher, to

10   negotiate with them first, correct?

11   A    Correct.

12   Q    And there are different elements of those

13   contracts, but basically that would require at least some

14   period of bilateral negotiation before anybody could change

15   the rules there, correct?

16   A    That's correct.

17   Q    And the second score auction doesn't model that,

18   correct?

19   A    That's correct.

20         THE COURT:  Except, tell me if I've got this

21   right, doesn't your model assume, based on market shares --

22   the market shares represent the deals that they've actually

23   won, right?

24         THE WITNESS:  Correct, Your Honor.

25

```
 1            THE COURT:  Historically.
 2            And they won them for whatever reason.  It could
 3  be because of other factors like better distribution and
 4  sales or it could be -- whatever it is, this is what they
 5  won so your model does take into account those other factors
 6  if the bottom line is these are the ones we won and the
 7  model is based on -- because we're expecting, number one, to
 8  normally win this percentage, and, number two, to normally
 9  win that percentage, and we're going to use their margins to
10  say how aggressively they're bidding, we would expect these
11  results to happen in the market, because it's based on
12  market share?
13            THE WITNESS:  Yeah, exactly.
14            I think at an aggregate level it is reflecting the
15  level of competition, Your Honor.
16            THE COURT:  But including everything that goes
17  into that.
18            THE WITNESS:  Correct.  It's all of the different
19  mechanisms.
20            And narrowly the model itself is not set up as a
21  model where agents can change mechanisms, that would be very
22  complex.
23            But you're correct, I interpreted the way you are
24  describing it, that I'm trying to use aggregate information
25  to reflect broad competitive outcomes.
```

```
 1                 THE COURT:  Right.

 2                 I think I now understand what you did.  Thank you.

 3                 THE WITNESS:  Okay.  Thank you.

 4   BY MR. OPPENHEIMER:

 5        Q    Do you think -- further to Her Honor's question,

 6   do you believe that by taking the market share, which is the

 7   result of when it's done by a whole variety of different

 8   acquisition processes, that it makes the second score

 9   auction model suitable for just bilaterally -- if it were

10   just bilateral negotiations?

11        A    You mean if there were only bilateral

12   negotiations?

13        Q    Yes.

14        A    As I said earlier, if it was only bilateral

15   negotiations, if I could build a bilateral negotiation

16   model, that would be my first choice.

17        Q    Because it would better depict the potential

18   competitive harm from the merger, correct?

19        A    It could, if I could come to a -- if I came to a

20   bilateral model that I thought worked well, then, yes, that

21   could -- if then all negotiations were bilateral, then, yes.

22        Q    How does the model, Dr. Hill, determine the

23   difference between the bid of the second bidder and the

24   third bidder?

25        A    So that's determined using the margin.
```

1    Q    And what does the model do to make that

2  assumption?

3    A    So the larger the margin, the -- so at a high

4  level, the larger the margin, the more the dispersion in the

5  valuations of the bidders, and more the dispersion in the

6  valuation of the bidders, the more significant the effect of

7  eliminating one of those bidders.

8          So if you recall, when I was talking about moving

9  from number two to number three, the margin is giving us an

10  insight into the distribution, essentially a way of

11  estimating how far apart are number two and number three.

12    Q    Okay.

13          And the model does not do anything to -- let me

14  put it this way -- break down the information that goes in

15  from shares.  For example, the model is indifferent to --

16  with respect to shares, what type of acquisition the shares

17  reflect, correct?

18    A    Yes, you just give it to market share.

19    Q    Right.

20          So if hypothetically the market one year was

21  entirely bilateral negotiations for Penguin Random House and

22  Simon & Schuster, the model wouldn't care in the sense that

23  it would treat it as if we're still in auction?

24    A    The model, however -- whatever the breakdown is

25  the model is always treating them as auctions, yes.

```
 1        Q     Would you refer to this as a stylized model, a
 2   model that stylizes the activity in publishing?
 3        A     In publishing particularly?
 4        Q     Sure.
 5        A     I mean, I think of the model as more general.
 6   It's developed to use in situations where information is
 7   relatively scarce about auctions, but auctions are used to
 8   allocate goods.
 9        Q     By the way, the second score auction model was
10   developed primarily to deal with auction environments,
11   correct, actual auction environments?
12        A     Correct.
13        Q     Yes.
14        A     But not necessarily second score auctions.
15        Q     Right.
16              And when we talk about the origins of the model,
17   do you have in mind the work by Miller in 2014?
18        A     Correct.
19        Q     So fair to say that his writings don't talk about
20   the application of the model to bilateral negotiations?
21        A     Correct.
22        Q     He doesn't address it?
23        A     That is correct.
24        Q     Are you aware of anybody who has applied the
25   second score auction model to bilateral negotiations?
```

1    A    No.

2    Q    You're the -- this is the first time as far as you

3  know that it's been done?

4    A    Correct.

5    Q    Okay.

6         We're going to get into the Guppy, which is a form

7  calculation that you did not do in your first report,

8  correct?

9    A    That's correct.

10    Q    But you did in your second.  We'll talk about it.

11        But on this point that we're talking about now

12  about different forms of acquisition, would you agree with

13  me that the Guppy produces different harm results depending

14  upon the different form of acquisition?

15    A    That's correct.

16    Q    And so it differs from the second score auction

17  model in that critical respect?

18    A    So you can say that there are three different

19  forms of the Guppy model and two of those forms give the

20  same result.  That's the best bids and the hybrid, and then

21  one, which is the rounds, gives a different result.

22    Q    And the one that would be the closer to, in your

23  view, encompassing bilateral negotiations, would that be

24  what you just called the hybrid model?

25    A    The hybrid model is rounds followed by

1    negotiations.

2            I don't know which of the three I would say is

3    closest.  I mean, that one has negotiations at the end so

4    you could say that's closest in some ways.

5            But it is an auction followed by a negotiation.

6        Q    Okay.  Well, and we'll get to it.  But would it be

7    fair to say at a general level that the Guppy consistently

8    produces lower harm results when it's looking at a bilateral

9    negotiation versus an auction situation?

10       A    I don't believe I've analyzed the general results,

11   but it's true that in the specifics here, the second -- or

12   the multi round Guppy produces larger estimates of harm than

13   the best bids and hybrid.

14       Q    So at least one of the calculations you're

15   working, the Guppy calculations, indicates that the

16   difference in acquisition format can make a difference in

17   the harm outcome?

18       A    Correct.

19       Q    In the -- correct me if I am wrong, but in the

20   second score auction that is not the case, correct?

21       A    The second score auction only has the second score

22   mechanism so it just gives one prediction.

23       Q    It's just -- it just does not distinguish between

24   these different formats?

25       A    Correct.

1    Well, again, narrowly, the model is a second score

2    auction more generally, yeah.

3    THE COURT:  In your second score auction model,

4    how do you predict the third bidder?  Is that a prediction?

5    Because you're only putting in the margins for the top two.

6    THE WITNESS:  Right.

7    The margin is used inside the model to say, given

8    these margins and these market shares, what is the likely

9    dispersion of bidders.  So how likely -- you're -- and large

10   margins mean they're dispersed, which is more opportunity

11   for harm.

12   THE COURT:  Right.

13   THE WITNESS:  And small margins mean all right on

14   top of each other competing.

15   THE COURT:  But those are the margins of Penguin

16   Random House and Simon & Schuster, and it's just predicting,

17   if you're going to win these percentages of at the time

18   which the model predicts, then we would just expect the

19   third through the fifth would be around here?

20   THE WITNESS:  Right.

21   So it takes one of those margins or a combination

22   of the two, as Mr. Oppenheimer said, and then it predicts

23   what margins look like for other participants.

24   THE COURT:  But what's predicting, though, is

25   given that you have to win this percentage of the time.

1    Is that what's predicting it?

2              THE WITNESS:  Yeah, and an assumption of what the

3    distribution of bids looks like.  And then it backs out,

4    given this information, given these margins, these market

5    shares, what does the distribution of valuations look like.

6              THE COURT:  So what's your assumption of what the

7    distribution bid should look like, what's that look like?

8              THE WITNESS:  It's a particular distribution.  The

9    name is currently escaping me, but there's a particular

10   distribution the model uses as, this is what the

11   distribution looks like.

12             It's in the paperwork.

13             THE COURT:  But typically in bids, in the

14   analysis, is this what they look like?

15             THE WITNESS:  It's called the Gumbel distribution,

16   and it -- you know, it's essentially -- I don't believe

17   I have any graphs of what it looks like.  It will depend

18   upon the information you enter.

19             From the perspective of the model, the key thing

20   is a big margin means lots of spread and a low margin means

21   very little spread in the Gumbel distribution.

22             THE COURT:  Okay.

23             THE WITNESS:  So the -- If I may, Your Honor, the

24   way I think about it is, I've lost the second closest

25   bidder, and I'm going to draw a third one.  And if the

1  distribution is very, very tightly packed, I'm just going to

2  draw the same guy again.

3          THE COURT:  Right.

4          THE WITNESS:  If it's very dispersed --

5          THE COURT:  They would be very close.

6          THE WITNESS:  -- I'll draw somebody who may be far

7  away.

8          THE COURT:  Okay.

9  BY MR. OPPENHEIMER:

10     Q    And when you take that first margin of one of the

11  parties and you extrapolate as Her Honor described to the

12  margin between the second and the third, it matters what

13  distribution you choose, correct?  In other words, you

14  referred to the Gumbel method, right?

15     A    Right.

16     Q    And if you took a linear distribution, you get a

17  different result?

18     A    If I haven't solved the model using a linear

19  distribution, I could potentially change the results.

20     Q    So I'm just asking, the model is sensitive to the

21  distribution assumptions you make when you're figuring out

22  the difference, the space between the second bid and the

23  third bid, right?

24     A    Correct, it may be.  It will depend on the

25  distribution -- I haven't systematically studied that.  But

1    in general, Nate used -- or Dr. Miller used the Gumbel

2    distribution because he was able to get a solution using

3    that distribution and it seemed reasonable.

4          I haven't gone through and tried, what would it

5    look like if I used a different distribution for the bids.

6    Q    Okay.

7          And just to be clear, the model is absolutely not

8    looking at actual spreads between bidding parties in the

9    publishing realm, correct?  It's only taking the inputs of

10   one or both of the merging parties and then extrapolating

11   everything else?

12   A    That's correct.

13   Q    Would you say that the outcome of the second score

14   auction model is sensitive to the inputs?

15   A    Yes.

16   Q    So if the shares aren't right or the margins

17   aren't right, that is going to affect the outcome?

18   A    Different inputs -- when you say sensitive, I

19   would take it to mean different inputs can give different

20   results.  And so if you put in the wrong inputs, you could

21   get the wrong results.

22   Q    Are you familiar with the revenue equivalency

23   theorem?

24   A    Yes.

25   Q    Did you apply it here?

1      A      Did I apply it here?

2      Q      Yes.

3      A      No.

4      Q      And is that because the conditions couldn't be

5   met?

6      A      I don't recall evaluating that.

7             The revenue equivalency theorem, Your Honor, at a

8   high level, is just sometimes a second score auction and

9   a -- second price auction, that's the kind we've been

10  talking about, and a first price auction, best bids, will

11  give the same revenue to the seller of the goods, under

12  certain conditions.

13     Q      But you didn't undertake that analysis here?

14     A      I did not.

15            If that were to hold, then it would mean that you

16  could apply the second score auction to best bid auctions.

17     Q      It would if it did?

18     A      Yeah.

19     Q      It hasn't been done in this case, correct?

20     A      That's correct.

21     Q      Okay.

22            By the way, you're not aware of any actual second

23  score auction being used in publishing, right?

24     A      Not of the form of one set of bids is submitted

25  and the second highest is -- sets the price.

1    Q    And presumably if agents thought that was a good

2    way to sell books, they'd do it?

3    A    Well, remember, the round robin is very close and

4    rounds in general share similarities with it.

5    Q    Let's go on to another assumption of the model.

6    The model assumes in effect that every publisher bids in

7    every auction, correct?

8    A    Correct.

9    Q    And obviously that's not true in reality either,

10   right?

11   A    That's correct.

12   Q    And does that help explain why the second score

13   auction will always show harm if you remove a competitor

14   from the auction?

15   A    I don't think so.  I think the model is -- the

16   model is capturing the fact that if you reduce unilateral

17   competition, there will be some impact.  And then the size

18   of that competition depends on how important that

19   competition is.

20        If you have parties that are very small market

21   shares, the model is going to predict a very, very small

22   effect.

23   Q    But it will always predict some effect, correct?

24   A    It both parties have market share, they'll be some

25   effect.

1     Q    By the way, this is true of both the models you

2  use, both -- but correct me if I am wrong, both the second

3  score auction model and the Guppy's, they will always show

4  some harm, correct?

5     A    Correct, some.

6     Q    And that's why in the case of the Guppy's, for

7  example, when regulatory agencies use them, they typically

8  think in terms of having some sort of safe harbor because

9  the model will always show some harm?

10     A    So the creator of the Guppy methodology,

11  Dr. Shapiro, proposed a 5 percent Guppy threshold, so, yes,

12  his thinking was, look at a transaction, if you see a

13  positive Guppy, you need to think about whether it's likely

14  that mitigating factors will offset that.  So he proposed a

15  5 percent Guppy, not price effect but a 5 percent Guppy

16  value.

17     Q    Right.  And that simply speaks to the fact that

18  there's always going to be a harm result so we have to put

19  it in perspective when we look at it?

20     A    I think it's important to put in perspective the

21  predictions of these models.  And, you know, I was talking

22  earlier about the guidelines language saying finding models

23  that significantly -- if you find the models significantly

24  produce a prediction of harm, that's significant rather than

25  focusing on the specifics of the prediction.

1    Q    So let's come back to our assumption that every

2    publisher participates in every auction.  You're aware that

3    in multi bidder acquisitions, that it's almost invariably

4    that there is a subset of the available publishers who are

5    invited to bid, correct?

6    A    I mean, in general, I would say some auction --

7    yeah, there's a variance in who decides to bid and in which

8    auctions.

9    Q    And that's partly determined as we discussed

10   earlier, by the author-agents' decision?

11   A    Yeah, the sellers can decide who they want to try

12   to involve in the auction, yeah.  Sure.  Sure.

13   Q    And it's partly decided by the publishers'

14   decisions, whether they like the book and want to

15   participate?

16   A    That's fair.

17   Q    And the second score auction model doesn't model

18   that at all, correct?

19   A    Correct.

20   Q    May I give you a hypothetical?  If there are 20

21   publishers who are in a position to bid on a book in your

22   proposed market and the agent elects to invite ten of those

23   bidders -- ten of those publishers to bid, would the model

24   conclude that there was harm if one of the bidders in the

25   group of ten that had been invited had to be replaced by a

1   bidder from outside the ten?

2       A    Yeah, I mean, that hypothetical, I don't -- I

3   would have to -- the model is set up the way it is as a

4   modeling assumption.  All the publishers are assumed to bid.

5           I don't recall exactly where that -- what that

6   assumption is necessary for in the mechanics of the model.

7           I don't recall it having a big effect, but

8   I haven't systematically studied it.

9       Q    Fair enough.

10          THE COURT:  Your model can't replace a bidder,

11  that's what Mr. Oppenheimer is asking.

12          THE WITNESS:  Right.  I'm assuming in the market

13  that the shares are represented.

14          THE COURT:  Right.

15          THE WITNESS:  So in that sense, it's, you know,

16  because the shares are including all publishers.

17          THE COURT:  They're all in, everybody's in.

18          THE WITNESS:  Yeah.

19  BY MR. OPPENHEIMER:

20      Q    The other thing that the second score auction does

21  is it assumes each bidder -- I'm sorry, each publisher bids

22  only once, correct?

23      A    That's correct.

24      Q    So it excludes the effect of imprint competition,

25  for example, at Penguin Random House?

1    A    I mean, you could interpret it more broadly as

2  it's looking at the outcome of how often Penguin Random

3  House wins.  It's not saying how often does a particular

4  Penguin Random House imprint win.

5          How often does Penguin Random House win and in

6  what margin does it win.

7          THE COURT:  Can we move on from the second score

8  auction model now because I think I understand that now.

9          MR. OPPENHEIMER:  Sure, Your Honor.

10 BY MR. OPPENHEIMER:

11    Q    So let's go to the Guppys.  You did not include

12 the Guppys in your first report?

13    A    That's correct.

14    Q    And I assumed you covered the field looking for

15 what would work with the Guppys.  I'm sorry, what would be

16 the best modeling for purposes of this case?

17    A    I apologize, I didn't hear that question.

18    Q    It was not a particularly good question.

19          You did your best to find the best modeling for

20 this case when you did your first report, correct?

21    A    Right.

22    Q    You did not include the Guppy?

23    A    Correct.

24    Q    Did you consider using the Guppy?

25    A    I did not.

1    Q    Any reason why you didn't consider them?

2    A    I mean, I think the first -- the second price

3    auction is a reasonable approach here, and that's the one I

4    elected to use.

5    Q    You did look at the first score auction model and

6    rejected it, correct?

7    A    I tried a number of first price auctions and

8    rejected them.

9    Q    So were you just looking at auction models?

10    A    No, I also looked at negotiations.

11         As I said, I tried to build a model that included

12    all of the mechanisms in one grand model and it -- sadly,

13    for my chances of winning the Nobel prize, I failed in that

14    endeavor.

15    Q    And you indicated before that, earlier, that --

16    I think you referred to the Guppy as a defendant's model or

17    as a model the defendants would use used?

18    A    So for full context, I'd say the Guppy was

19    developed by two former heads of the chief economists,

20    I apologize, at the Department of Justice and the FTC.

21         But the defendants' economists in the advocacy

22    phase took the Guppy model and adapted it to three different

23    settings that they then applied to the publishing industry.

24    Q    And you're aware that the Guppy model that was

25    used in the regulatory phase -- did you modify it?  Let me

1    put that way.  Did you modify the model that you used?

2         A    The only modification I'm aware of is the party's

3    economists argued for taking the lowest of the three.  So

4    take all three models, see which prediction gives the lowest

5    harm and use that as the estimate of harm.

6         Q    But you did not do that?

7         A    No, I presented the results of each of the three

8    different models.

9         Q    When you say that, that's what you did here in

10   this case, correct?

11        A    That's correct.

12        Q    And you haven't provided a mechanism by which we

13   can combine those, correct?

14        A    No.  I mean you could look at my results and pick

15   the one that gives the lowest protection.

16        Q    We could.  Should we do that?

17        A    The parties' economist would enthusiastically say

18   yes.

19        Q    But is there a principled approach we should take

20   to that?

21        A    I mean, sorry.  I apologize.

22        Q    I interrupted you.  I'm sorry.

23             Is there are a principled approach we should be

24   taking in that?

25        A    I mean, I think it's valuable to see all three of

1   the results and if you wish to take the lowest you may.

2        I think the idea they had behind motivating that

3   was something you've been discussing, which is the idea that

4   agents will choose the right mechanism to get their author

5   the best deal.  And so you should discard the high -- the

6   least -- or the ones that result in the most harm because

7   agents will adjust to that.

8        My view is it's probably in between those.

9   There's some ability for agents and authors to adjust, but

10  it may not be perfect, and so I think seeing the range of

11  the predictions is probably more useful than just showing

12  one set of them.

13     Q    And the harm outcomes or the difference in the

14  harm outcomes between the three different Guppys are

15  significant, yes?

16     A    The -- yeah, they're multi round version predicts

17  lot more harm than the second score auction model.

18       And then the other model, depending on the inputs,

19  is close or less than the predictions of the second score

20  auction model.

21     Q    It's about -- is it fair to say that that model

22  you just mentioned is half of the other Guppy model harm?

23     A    I haven't -- I haven't done the comparison,

24  actually.

25       I've thought about the comparison of the Guppy

```
 1   model to the second score auction model but not the internal
 2   comparison.
 3       Q    Can we agree that it's not an inconsequential
 4   difference between the Guppy results depending upon what
 5   type of acquisition they're modeling?
 6       A    Yeah, the multi round Guppy makes significantly
 7   larger harm predictions than the second score auction model.
 8   Depending on the inputs, I would say that the best bids and
 9   hybrid are either similar using my inputs or, for
10   Dr. Snyder's inputs, it's about half the harm for Penguin --
11   Simon & Schuster to Penguin Random House.
12       Q    And the Guppy model is also sensitive to inputs,
13   correct?
14       A    Correct, different inputs will result in a
15   different prediction.
16           MR. OPPENHEIMER:  Your Honor, I'm good to my word,
17   I will not go back into the SSA, but there's common thread
18   between the two models.  Do they --
19   BY MR. OPPENHEIMER:
20       Q    They basically use the same inputs, correct?
21       A    Very similar, yes.
22       Q    So I want to talk a little bit about the --
23       A    Let me, if I may, just the second score auction
24   model is using the market shares to get diversions.  So it's
25   assuming according to share.
```

1    In the Guppy model, as I've done it here, you can

2    input diversions without using market shares.  So I used my

3    estimates of diversion and I used some from Dr. Snyder as

4    well.

5    Q    You know that -- Your Honor pointed -- just a

6    point of privilege on one SSA matter.

7    You make a good point, Dr. Hill, that I'd

8    forgotten about, which is, you cannot literally put

9    diversions into the second score auction model at all, can

10   you?

11   A    You would have to re-work the baseline format of

12   it.

13   Q    Right.  And I understand you didn't do that,

14   correct?

15   A    Correct.

16   Q    So you're putting shares into the SSA model, it's

17   calculating the diversions?

18   A    Diversions are according to share.  So, yes,

19   you're essentially using diversion according to share in

20   that model.

21   Q    And in the Guppy model you can actually put in

22   diversions?

23   A    You can put in different diversions, yes.

24   Q    Yeah.

25   THE COURT:  But did you put in diversions

```
 1   according to share or a different diversion?
 2            THE WITNESS:  For the Guppy, Your Honor, I did
 3   both, I did diversion according to share and then I did
 4   diversion according to Dr. Snyder's estimates.
 5            THE COURT:  Okay.
 6   BY MR. OPPENHEIMER:
 7      Q    Both models --
 8            THE COURT:  I'm sorry.  What were Dr. Snyder's
 9   inputs?  Dr. Snyder had his own diversions?
10            THE WITNESS:  Yeah, Dr. Snyder estimated diversion
11   using his agency data.  So he took his agency data and said,
12   when one party was the winner, how often was the other party
13   the second highest bidder and he took that as diversion.
14   I used those diversion estimates in the model.
15   BY MR. OPPENHEIMER:
16      Q    Would it be fair to say that the second score
17   auction model and the Guppy are taking inputs and they're
18   calculating how often the parties are number one and number
19   two, versus actually looking at empirical data and seeing
20   who's number one and number two?
21      A    I don't think I would go quite that far.
22            I think the -- in the second score auction model,
23   you're using diversion according to share, so you're
24   assuming that the market shares are informative about
25   diversion.
```

1    In the Guppy framework, you have -- you could

2  push -- I had those five estimates of diversion, Your Honor,

3  you could put any five of those in you want or you could put

4  in another five.

5    So then question is -- you know, those estimates,

6  I think, are based on data from the marketplace.

7    THE COURT:  But when you ran the Guppy, you used

8  diversion according to share, which is consistent with what

9  the SSA model did, so then you can use the Guppy to see if

10  the SSA was in the right ballpark because you're using the

11  same diversion data.

12    THE WITNESS:  Correct.

13    THE COURT:  Whereas Dr. Snyder used the agency

14  data which is not complete.

15    THE WITNESS:  Yeah.  So I used -- I put in both,

16  so I did it using the --

17    THE COURT:  Right.

18    THE WITNESS:  -- diversion according to share for

19  the reason you said, it's my preferred estimate and it also

20  allows us to say, what do things like look in the Guppy

21  compared to the second score auction model.

22    And then I secondly said, Dr. Snyder has estimated

23  diversion using the agency data.  Let me see what results

24  that gives in the Guppy model.

25    THE COURT:  I see.  Okay.  Thank you.

```
 1    BY MR. OPPENHEIMER:

 2         Q    So the -- what were the -- how did you compute the

 3    margins that you used for both the SSA model and the Guppy

 4    model?

 5         A    So I used title level P&Ls.

 6         Q    Can you explain how did that work?  How did you do

 7    that?

 8         A    Sure.

 9              So for each title, you take the actual realized

10    P&L and you look at the revenue that it earns and then you

11    look at the costs, the incremental costs that were incurred

12    in producing that.

13         Q    And now for that, did you look at actual data?

14         A    Yes.

15         Q    Did you look at the book level P&Ls?

16         A    Yes, it's at the title level.

17         Q    I'm going to try to simplify this for myself.

18              In both cases you used two margins, correct, the

19    SSA and the Guppy, you used a weighted average?

20         A    Yes.

21         Q    Okay.

22              And in the initial report that you did, I'm going

23    to try to keep this -- we can go into more detail, but in

24    the initial report you did, you included operational

25    expenses it in calculating PRH's margins, correct?
```

1    A    I used their direct operating expenses and treated

2    them as all variable, correct.

3    Q    Would you explain for us what you mean by that?

4    A    So there's a category of costs, Your Honor, in the

5    Penguin Random House cost data that is called direct

6    operating expenses.  And in the calculating Penguin Random

7    House's margin, I included those as all variable.

8    Q    Why is it important to determine whether they're

9    variable?

10    A    So for the models you want to use a variable

11    profit margin.  And so I want to include variable costs and

12    exclude fixed costs.

13    Q    And in the first report, you -- can we call that

14    Op Ex, is that what you called it?

15    A    I call it direct operating expenditure, but, sure,

16    we can call it Op Ex.

17    Q    How did you treat the S&S Op Ex in calculating its

18    margins in your first report?

19    A    So the Simon & Schuster P&Ls were arranged

20    differently.  It didn't have the -- the title level P&Ls

21    don't have the direct operating expenses.  So they were

22    excluded from the -- they were treated as fixed costs.

23    Q    So in the first report, the PRH margins include Op

24    Ex and the S&S margins exclude Op Ex, right?

25    A    That is correct.

1    Q    And when you exclude the Op Ex, I assume your

2    margins go up?

3    A    Correct.

4    Q    Higher?

5    A    Yep.

6    Q    Fewer costs?

7    A    Fewer variable costs.

8    Q    Fewer variable costs, thank you.

9    A    But the margin goes down for Penguin Random House.

10   Q    Yes.

11        Now, in the reply report, you changed that

12   calculation in response to some criticisms that Professor

13   Snyder had made, correct?

14   A    Yeah, Dr. Snyder criticized that, correct.

15   Q    And what you did the second time was that you took

16   Op Ex out of Penguin Random House and you also kept it out

17   of Simon & Schuster?

18   A    Correct.

19        THE COURT:  I thought you did it both ways.

20   Dr. Snyder's way and your way.

21        THE WITNESS:  Yeah.  So, Your Honor, I did.

22   In the initial report, I treated them all as variable.

23        THE COURT:  Right.

24        THE WITNESS:  In my reply report, I treated them

25   all as fixed.  And then Dr. Snyder in his report did it

1   where he went to the -- so I used the title level P&Ls.  As

2   I said, the S&S title level P&Ls don't have direct operating

3   expenses.

4           THE COURT:  Right.

5           THE WITNESS:  He went to aggregated cost P&Ls,

6   which is where the costs were because, in my view, they're

7   fixed costs so they're at this higher level P&L, and he made

8   an estimate of what proportion of those costs would be

9   equivalent to the direct operating expenses and then he ran

10  the second score auction model with a model using those

11  margins.

12          So we had sort of three different versions.  In

13  mine, I used direct operating expenses are variable for

14  Penguin Random House, and they're fixed for Penguin Random

15  House.  And then --

16          THE COURT:  You mean Simon & Schuster?

17          THE WITNESS:  I'm sorry?

18          THE COURT:  You mean Simon & Schuster?  They were

19  fixed for Simon & Schuster?

20          THE WITNESS:  So for me, I treated them as

21  variable and fixed within Penguin Random House, and then

22  Dr. Snyder said, let's treat them as variable for Penguin

23  Random House and for Simon & Schuster.

24          THE COURT:  Okay.

25          THE WITNESS:  And in mine, my two versions, those

1    direct operating expenses are fixed for Simon & Schuster.

2              THE COURT:  Why did you switch in your second

3    report to fixed?

4              THE WITNESS:  Yeah.  So in my view, the direct

5    operating expenses for Penguin Random House are some mix of

6    variable and fixed.

7              THE COURT:  Right.

8              THE WITNESS:  And I wanted to see what were the

9    two extremes like.  I don't want to include fixed costs.

10   I did originally to be conservative.  So then I saw what it

11   looked like if I treated them all as fixed.  I didn't really

12   have this problem on the Simon & Schuster front because the

13   P&Ls aren't arranged in the same way.

14             THE COURT:  Right.

15             THE WITNESS:  Their direct operating expenses, in

16   my view, Dr. Snyder will disagree, were somewhere else and

17   were treated as fixed.

18             So I felt comfortable excluding them, but I wasn't

19   totally sure what to do with the Penguin Random House

20   category.

21             THE COURT:  Right.

22             So you were being conservative the first time, but

23   then the second time you did it the other way just to see

24   what it would be like if you did it?

25             THE WITNESS:  Yeah, the first time was

```
 1    conservative with respect to harm.  So the model predicted
 2    less harm the way I did it.
 3              And when I ran it again in the reply report, it
 4    predicted more harm, Your Honor.
 5              THE COURT:  Which is predictable because you were
 6    not doing the conservative way.
 7              THE WITNESS:  Correct.
 8              THE COURT:  Okay.
 9              But the correct way analytically is to just
10    include variable costs in the margin?
11              THE WITNESS:  That's my view, yes.
12              And that's commonly what one does.
13              The truth here is somewhere in between -- in my
14    view, is somewhere in between the figure in my initial
15    report, which is conservative, and the figure in my reply
16    report is aggressive, because I think some of those costs
17    really are variable, so somewhere in between there is what
18    I think is the truth.
19              THE COURT:  Okay.
20              But you think Simon & Schuster -- you think you're
21    accurate on that because you think that their numbers are
22    reflecting pure variable costs?
23              THE WITNESS:  Yes, I think the costs -- their
24    P&Ls, I think I got the right set of variable costs.
25              THE COURT:  Okay.  I got it.  Thank you.
```

1    BY MR. OPPENHEIMER:

2        Q    Okay.  And there's a critical test that needs to

3    be performed, is there not, on the second score auction to

4    determine if it's going to produce reliable results?

5        A    Yes.  So Dr. Miller's paper says, a first way to

6    test the reliability of the model is to compare the actual

7    margins to the predicted margins.

8        Q    Because if the predicted margins that result from

9    the inputs don't accurately predict the actual margins, then

10   there could be something wrong with the model, correct?

11       A    Yeah.

12            If you see very big differences between predicted

13   and actual margins, it's a warning sign that the model is

14   not working well.

15            THE COURT:  I'm not sure I understand that because

16   you put in actual margins into the model.

17            THE WITNESS:  Yeah, so, Your Honor, you put in one

18   firm's margin or a blended margin.

19            It's easiest to think about it in terms of the one

20   firm.  So suppose I put in Penguin Random House's margin,

21   then the model is going to predict a margin for

22   Simon & Schuster.

23            THE COURT:  Oh, I see.

24            THE WITNESS:  And I can say, does that look like

25   the Simon & Schuster margin or does it not?

```
 1              THE COURT:  I see.
 2    BY MR. OPPENHEIMER:
 3        Q    And that test, that the accuracy of that
 4    prediction is a -- pretty much a requirement to determine
 5    the reliability of the model, would you say?
 6        A    I mean, I think Dr. Miller says it's a first check
 7    you can make.
 8              I think it's an important check to make.
 9        Q    Now, in this case, the reply report margins that
10    you used produced quite a difference, did it not, between
11    the predicted margins and the actual margins?
12        A    So there's no hard-and-fast rule for how big a
13    difference has to be.  But I would say the reply report
14    margins match less well than the initial report margins.
15        Q    You were recently involved in a case where this
16    issue came up, this sugar case?
17        A    Correct.
18        Q    Could you just identify this for us, it's the
19    sugar antitrust matter earlier this year?
20        A    Yes, it was Department of Justice versus, I think,
21    U.S. Sugar and United Sugars, and there may be another --
22    and Imperial Sugar.
23        Q    And you there were representing the defendants,
24    correct?
25        A    Correct.
```

1    Q    And the -- you argued there that the difference

2    between the two firms predicted margins was just too great

3    for that model to be relied upon?

4    A    Correct.

5    Q    And what was the -- not talking about the absolute

6    difference in the margins, but what was the percentage

7    difference in the margins between the predicted margin and

8    the actual margin?

9    A    So at a high level, and I may get the exact

10   percentages wrong.  There were two firms involved.  If you

11   calibrated the model using, I'll say, firm A, so you put in

12   its margin, then firm B's margin increased by five or six

13   times so its margin went from, let's say, ten to 50.

14        Conversely, if you used firm B's margin, then firm

15   A's margin was cut by about 85 to 90 percent.  So there was

16   a pretty dramatic change in the margins.

17   Q    In terms of a percentage difference in the

18   margins, do you have that in mind?

19   A    There was a figure in my report looking at -- if

20   you used both firms' margins, so you used a blended margin,

21   the differences in the margins -- I can't remember exactly

22   what the figure was, honestly.

23        There's a very significant difference based on --

24   Your Honor, in that case, there was a dispute about the

25   geographic market and the parties had similar market shares,

 1    but I'll just represent radically different margins, and the

 2    model found that extremely confusing.

 3              In the model, similar market shares and very

 4    different margins just -- it wasn't internally able to

 5    reconcile that, was my interpretation.  Dr. Rothman, the

 6    expert on the other side, disagreed.

 7              THE COURT:  So in that case, the opposing expert

 8    used the SSA model under those market circumstances but

 9    similar market shares and wildly different margins, and you

10    thought that the results were unreliable.

11              THE WITNESS:  Correct.

12              THE COURT:  Based on trying to compare the actual

13    margins with the predicted margins?

14              THE WITNESS:  That's a fair summary, Your Honor,

15    yes.

16              THE COURT:  Got it.

17    BY MR. OPPENHEIMER:

18        Q    And would the predicted margins in that case,

19    would it be fair to say they were a couple of percent and

20    the difference in the actual margin was about 16 percent?

21        A    With using -- no, if you allocate -- if you did it

22    using firm A's margin to firm B's margin, the difference

23    would have been on the order of about 21 percent.  But it

24    was about a 600 times increase.  And if you did it the other

25    way, the difference was about a 90, 85 to 90 percent

1    decrease, but, again, about 25 points -- or, sorry, 20 point

2    decrease.

3        Q    Right.  I know that the absolute margins were

4    quite different in that case.  But I'm simply asking if you

5    turn the difference between the margins that were being

6    predicted by the modeling in the sugar case and the

7    percentages, do you recall what that would have been?

8        A    Do you want to know the margins of each firm?

9        Q    No, no, the difference.

10       A    Between the two firms?

11           Without saying what the margins were, the

12   difference between firm A and firm B was about 22 percent.

13       Q    22 percent.

14           And the second score auction in that case had

15   predicted a difference of something like 2 percent, right?

16       A    It predicted the firms essentially had the same

17   margin, correct.

18       Q    So very close.

19           And but they were, in fact, off by some 20 or 21

20   percent, correct?

21       A    They were off by -- but it's a little misleading

22   to just think about that difference because one of them had

23   a margin that was very small and so the difference was very

24   dramatic in terms of percentages.

25       Q    Right.

1        Now, have you done that analysis of the second

2   score auction model here?

3        A    Yeah, I believe my initial report has the

4   differences in the margins.  If it's not, then it's in the

5   reply report.

6        Q    If we take the margin analysis that was done in

7   the reply report where we have Op Ex out of both margins,

8   both PRH and Simon & Schuster, would you agree that the

9   percentage difference in margins between the two companies

10  is about 21 percent, 22 percent?

11       A    I don't recall, but there's a figure of it in

12  either Dr. Snyder's report or mine.

13       Q    And would I be correct that if the model predicts

14  that the difference should be about 3.7 percent?

15       A    I don't recall the exact numbers, but there's a

16  demonstrative, I think, in my report that looks at this.

17            I assume you're representing numbers you've taken

18  from the report.

19       Q    Yeah.  Well, I'm doing the best I can.  I think

20  so.

21            And when Professor Snyder did his analysis,

22  did you check on his analysis of how well the second score

23  auction model predicted the difference in -- the actual

24  difference in margins?

25       A    Do you mean using his margins?

1   Q    That is correct.

2   A    There, I believe the difference was larger than in

3   either of my two model runs.

4   Q    Do you recall that he said that model predicted

5   that there should be a 2 percent difference, give or take,

6   between the margins and it turned out to be almost 29

7   percent?

8   A    I don't recall the exact numbers.  But his

9   differences were certainly larger than mine.

10  Q    Okay.  Fair enough.

11       Would I be correct in saying that the only model

12  that really satisfies the requirement that the SSA predicted

13  margins be roughly -- would be a good predictor of the

14  actual margins is the margins you used in your first report?

15  A    I don't think you fairly characterized

16  Dr. Miller's description.  He says that it's an important

17  test to look -- of the validity of the model to look at how

18  the actual and predicted margins line up.

19       I think the model in the first report, using all

20  direct operating expenses, is variable for Penguin Random

21  House.  The match is very close.

22       It's less close when I treat them all as fixed.

23  But I think it's still acceptable.

24       For Dr. Snyder's version, I believe it's --

25  I don't recall exactly.  I think it's a larger difference

1    than for either of mine.

2        Q    Would it be fair to say that if -- of among all

3    the options, that was the only one that comfortably fit from

4    your point of view?

5        A    Again, there isn't a hard-and-fast rule.  But I

6    would say that one is certainly the closest match of any of

7    the three models.

8        Q    And you've said a couple of times that there's no

9    hard-and-fast rule.  I just want to make sure we're clear,

10   but there really is no standard for measuring this,

11   is there?

12       A    That's fair.

13            Often in economics, looking at margins is a way of

14   evaluating a model and we don't have a yardstick you can use

15   every time to say it's this much or that much.

16            So it is a matter of judgment.

17       Q    And just to be clear, based on the analysis you

18   did on this factor in the sugar case, you advocated that

19   that model -- that SSA model was just not reliable?

20       A    I did not think it was reliable, that's correct.

21       Q    So let's talk about the outputs both models

22   quickly in terms of the confidence you have in the outcomes

23   of them.

24       A    Sure.

25       Q    So you've indicated that the second score auction

```
 1   model produced a downward pricing effect of about

 2   6.1 percent, correct?

 3        A    Yeah, about 4 percent for Penguin Random House,

 4   11 and a half, say, for Simon & Schuster.

 5        Q    And you're absolutely not saying that's the exact

 6   result, correct?

 7        A    It's my best estimate; but, again, in modeling,

 8   I think, the -- it is more directional than necessarily and

 9   entirely precise.

10        Q    And with respect to the SSA model, you don't have

11   an estimate for the range of error in the model, do you?

12        A    That's correct.

13        Q    So the price effect could be 5 percent?

14        A    There isn't an estimate of the range of the

15   effect.

16             Well, I would say to the extent that there's a

17   range that -- Dr. Snyder ran the model using different

18   margins, I ran the model using different cutoffs, so it was

19   run a number of different ways.  But I can't give you a

20   confidence interval around the 4 percent and the

21   11.5 percent.  They could be larger, they could be smaller.

22        Q    At your deposition, you said it could be as low as

23   3 percent, correct?

24        A    Do you mean overall?

25        Q    Yes.
```

1    A    It could be as low as 3 or as big as 9, yeah.

2    I don't have a confidence interval.

3    Q    So the outcomes -- could it even be lower than

4    3 percent?

5    A    Yeah.  I mean, there isn't -- the model doesn't

6    produce a confidence interval.

7          I think that the model -- the way I interpret the

8    model is, there are these different buckets of evidence on

9    unilateral effects and the model, both the SSA and the Guppy

10   models, predicting substantial harm is another form of

11   inference about how likely all of the effects are.

12         But I do not put too much weight on the specifics

13   of the 4 percent and the 11 and a half percent.

14   Q    Could it go down to zero?

15   A    I don't think that would be consistent with the

16   other evidence.  So technically the model could have

17   produced that but none of the runs I've seen of the model

18   produce anything close to that.

19   Q    But I just want to be clear because you said

20   not -- something to the effect of not in consideration of

21   the other evidence.

22         Just as a technical matter looking at the second

23   score auction model, could the result go down to zero?

24   A    It doesn't have a confidence interval.  It gives

25   you a best estimate of the harm.

1    If I put different inputs in, then you can get it

2  down to zero if you give zero market share to the parties.

3    Q    But, Dr. Hill, I'm just talking about using the

4  same inputs.  But using the same inputs, it could go down to

5  3 percent?

6    A    There's no -- we're trying to learn about the true

7  unilateral effect of the merger, and this is one way of

8  estimating it.

9    It doesn't tell me what the true value it.  Is

10  gives me an estimate and I have other ways of estimating how

11  likely the effect is.

12    But I can't tell you what the true effect is based

13  on this single model.

14    THE COURT:  Is this a good time to break for the

15  day?

16    MR. OPPENHEIMER:  Certainly, Your Honor, of

17  course.

18    THE COURT:  Thank you very much.  It's 5:00.

19  We're going to break for the day.  We'll continue tomorrow

20  at 9:30.  I'm going to ask you not to talk about your

21  testimony with anybody.  So we'll break now.  Thank you very

22  much, everybody, for a very interesting presentation today.

23    COURTROOM DEPUTY:  All rise.  Court is now

24  adjourned.  The parties are dismissed.

25    (Proceedings concluded at 5:00 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__August 9, 2022_____    _____

1658

**BY MR. OPPENHEIMER: [31]**
1535/15 1538/1
1539/21 1554/24
1558/3 1559/20
1560/18 1561/25
1562/16 1564/5
1565/14 1568/15
1568/25 1574/19
1588/6 1592/5 1600/11
1607/21 1609/18
1613/5 1618/4 1625/9
1631/19 1632/10
1636/19 1638/6
1638/15 1640/1 1646/1
1647/2 1649/17
**COURTROOM DEPUTY: [4]** 1534/2
1599/9 1599/12
1656/23
**MR. OPPENHEIMER: [37]** 1534/6 1534/10
1534/16 1534/19
1534/22 1534/24
1535/4 1535/10
1537/21 1537/25
1539/20 1554/14
1554/22 1557/22
1557/25 1559/6
1559/10 1559/13
1559/18 1560/16
1561/10 1561/18
1562/11 1562/15
1563/24 1564/3
1568/12 1568/19
1568/22 1570/17
1598/25 1599/15
1600/8 1607/20 1632/9
1636/16 1656/16
**THE COURT: [99]**
1534/5 1534/8 1534/15
1534/17 1534/21
1534/23 1535/8
1537/20 1539/18
1554/12 1554/18
1554/23 1557/24
1559/4 1559/9 1559/11
1559/15 1559/19
1560/13 1561/8
1561/17 1561/20
1562/14 1564/2
1565/10 1568/13
1568/18 1568/24
1574/8 1586/18 1587/3
1587/5 1587/10
1587/14 1588/2 1588/5
1591/18 1595/9
1595/20 1596/4
1596/13 1597/14
1598/8 1598/24 1599/3
1599/14 1599/16
1600/7 1607/19
1609/11 1611/20
1612/11 1616/20
1616/25 1617/16
1618/1 1623/3 1623/12
1623/15 1623/24

1624/22 1625/3 1625/5
1625/8 1631/10
1631/14 1631/17
1632/7 1637/25 1638/5
1638/8 1639/7 1639/13
1639/17 1639/25
1642/19 1642/23
1643/4 1643/16
1643/18 1643/24
1644/2 1644/7 1644/14
1644/21 1645/4 1645/8
1645/19 1645/25
1646/15 1646/23
1647/1 1649/7 1649/12
1649/16 1656/14
1656/18
**THE WITNESS: [66]**
1534/7 1535/3 1537/24
1559/12 1559/17
1561/22 1565/12
1568/14 1568/21
1574/13 1586/21
1587/4 1587/7 1587/12
1587/19 1588/3
1591/22 1595/14
1595/24 1596/6
1596/15 1597/16
1598/10 1599/8 1600/6
1609/12 1611/23
1612/14 1616/24
1617/13 1617/18
1618/3 1623/6 1623/13
1623/20 1624/2 1624/8
1624/15 1624/23
1625/4 1625/6 1631/12
1631/15 1631/18
1638/2 1638/10
1639/12 1639/15
1639/18 1642/21
1642/24 1643/5
1643/17 1643/20
1643/25 1644/4 1644/8
1644/15 1644/25
1645/7 1645/11
1645/23 1646/17
1646/24 1649/11
1649/14

**$**
**$100,000 [3]** 1576/9
1608/10 1612/20
**$150,000 [1]** 1547/11
**$250,000 [18]** 1542/6
1542/13 1543/5
1543/23 1544/7
1555/15 1559/2
1564/10 1569/23
1572/18 1576/5
1576/19 1576/24
1582/23 1583/5
1583/22 1584/6
1584/15
**$30 [2]** 1590/7 1590/16
**$500,000 [2]** 1562/17
1563/6

**'21 [2]** 1584/11 1584/12

**.**
**.1 [1]** 1537/17

**0**
**0468 [1]** 1531/18

**1**
**1,200 [4]** 1588/21
1588/23 1588/24
1589/9
**10 [7]** 1551/4 1551/15
1551/17 1553/1
1561/23 1575/7
1583/16
**10,000 [1]** 1614/25
**100 [3]** 1536/12
1547/21 1583/8
**100,000 [2]** 1536/10
1577/14
**10022 [1]** 1532/14
**10036 [1]** 1532/9
**11 [4]** 1552/2 1552/6
1552/24 1655/13
**11 and [1]** 1654/4
**11.5 percent [1]**
1654/21
**12 [9]** 1557/21 1588/11
1588/14 1589/2
1595/11 1595/12
1596/8 1596/10
1597/11
**120 [2]** 1569/18 1589/5
**125 [1]** 1589/10
**145 [2]** 1589/4 1589/10
**15-minute [1]** 1599/5
**150 [4]** 1536/12
1547/15 1547/21
1596/23
**150,000 [1]** 1547/6
**16 [1]** 1649/20
**1999 [1]** 1532/4

**2**
**20 [5]** 1569/18 1609/4
1630/20 1650/1
1650/19
**200 [2]** 1583/8 1583/15
**2000 [1]** 1532/10
**20001 [1]** 1532/23
**20004 [1]** 1532/18
**2014 [1]** 1620/17
**2019 [3]** 1570/22
1571/19 1576/20
**202 [3]** 1531/18
1532/18 1532/24
**2021 [8]** 1557/20
1567/6 1570/22 1571/1
1571/19 1572/10
1576/20 1584/16
**2022 [3]** 1531/5
1567/23 1657/7
**20530 [1]** 1531/18
**21 [3]** 1649/23 1650/19
1651/10
**21-2886 [1]** 1531/4

**1532/15**
**22 [3]** 1650/12 1650/13
1651/10
**23 [2]** 1568/17 1583/3
**25 [2]** 1583/19 1650/1
**250 [7]** 1540/7 1547/14
1547/19 1547/21
1548/5 1570/4 1579/15
**250,000 [8]** 1540/8
1542/10 1542/10
1543/1 1547/9 1547/24
1548/14 1562/3
**28 [3]** 1567/5 1567/24
1568/2
**2886 [1]** 1531/4
**29 [5]** 1590/7 1590/15
1590/15 1591/7 1652/6
**2:00 [1]** 1531/6

**3**
**3 percent [1]** 1655/4
**3.7 [1]** 1651/14
**30 [3]** 1576/18 1608/21
1609/5
**307-0468 [1]** 1531/18
**310 [1]** 1532/5
**3249 [1]** 1532/24
**326-2000 [1]** 1532/10
**333 [1]** 1532/23
**350,000 [1]** 1547/8
**354-3249 [1]** 1532/24
**370 [1]** 1577/7
**39 [1]** 1590/15
**3:28 [1]** 1599/11
**3:45 [2]** 1599/6
1599/11

**4**
**40 [2]** 1582/3 1608/25
**4000 [1]** 1532/15
**401 [1]** 1532/17
**410 [3]** 1534/22 1535/6
1535/11
**450 [1]** 1531/17
**459 [2]** 1553/6 1554/25
**46 [1]** 1577/4
**462 [1]** 1555/3
**47 [1]** 1579/13
**49 [1]** 1582/3

**5**
**50 [7]** 1567/14 1569/4
1575/6 1596/11 1609/3
1609/13 1648/13
**50/50 [1]** 1609/3
**500 [1]** 1570/5
**500,000 [1]** 1577/14
**508-8058 [1]** 1532/18
**54 percent [1]** 1582/24
**553-6700 [1]** 1532/5
**599 [1]** 1532/14
**5:00 [2]** 1656/18
1656/25

**6**
**6 percent [2]** 1590/2
1595/13
**6.1 [2]** 1589/17

**6.1 percent [1]** 1654/2
**6.2 [1]** 1597/19
**60 [6]** 1567/14 1569/4
1608/24 1609/11
1609/13 1609/22
**600 [1]** 1649/24
**61 [2]** 1568/17 1568/23
**65 [1]** 1609/22
**65 percent [1]** 1609/20
**6700 [1]** 1532/5

**8**
**8058 [1]** 1532/18
**84 [1]** 1537/17
**848-4000 [1]** 1532/15
**85 [2]** 1648/15 1649/25
**88 [1]** 1588/17
**8th [1]** 1532/4

**9**
**9.3 [1]** 1577/10
**9.8 [1]** 1577/25
**90 [3]** 1648/15 1649/25
1649/25
**90067 [1]** 1532/5
**963 [2]** 1563/25
1570/18
**9:30 [1]** 1656/20
**9th [1]** 1532/17

**A**
**A's [2]** 1648/15
1649/22
**Abby [1]** 1532/7
**ability [8]** 1551/2
1561/19 1565/12
1566/3 1566/4 1574/2
1615/14 1635/9
**able [5]** 1564/16
1574/3 1612/6 1626/2
1649/4
**abolition [1]** 1558/11
**about [120]** 1534/11
1539/4 1539/15 1540/1
1540/5 1542/15
1545/12 1548/22
1551/18 1553/23
1554/9 1556/24 1558/7
1559/4 1561/2 1561/23
1566/1 1566/2 1566/17
1566/18 1570/5 1570/5
1570/8 1573/19 1574/1
1574/6 1574/9 1575/7
1575/18 1577/22
1579/8 1581/14
1584/18 1586/5
1586/15 1586/18
1587/9 1587/22
1588/21 1588/23
1589/3 1589/4 1589/17
1589/24 1590/5
1590/13 1591/6
1592/20 1592/22
1593/8 1593/15 1595/2
1596/11 1597/18
1597/18 1597/23
1598/5 1599/6 1599/18

**about... [61]** 1600/12
1600/21 1601/11
1601/15 1602/1
1603/10 1605/4
1607/25 1608/5
1608/11 1608/16
1608/21 1608/24
1609/3 1609/19 1610/8
1610/25 1612/17
1612/21 1612/23
1613/11 1614/3 1615/5
1615/24 1619/8 1620/7
1620/16 1620/19
1621/10 1621/11
1621/12 1624/24
1627/10 1629/13
1629/22 1635/21
1635/25 1636/10
1636/22 1637/8
1638/24 1646/19
1648/5 1648/15
1648/24 1649/20
1649/23 1649/24
1649/25 1650/1
1650/12 1650/22
1651/10 1651/14
1653/21 1654/1 1654/3
1655/11 1656/3 1656/6
1656/20
**above [10]** 1542/10
1542/10 1548/15
1570/4 1572/18
1576/19 1576/24
1583/5 1584/15 1657/4
**above-titled [1]** 1657/4
**absolute [2]** 1648/5
1650/3
**absolutely [4]** 1554/2
1600/18 1626/7 1654/5
**accept [1]** 1579/22
**acceptable [1]** 1652/23
**according [12]**
1579/18 1581/5
1587/25 1636/25
1637/18 1637/19
1638/1 1638/3 1638/4
1638/23 1639/8
1639/18
**account [5]** 1542/24
1550/12 1615/21
1616/1 1617/5
**accounted [1]** 1551/5
**accuracy [1]** 1647/3
**accurate [2]** 1569/3
1645/21
**accurately [1]** 1646/9
**acquired [8]** 1558/8
1563/9 1563/19
1569/22 1583/21
1583/25 1584/6
1584/14
**acquiring [1]** 1563/12
**acquisition [29]**
1536/3 1536/18
1536/25 1537/7
1538/21 1553/10
1559/8 1559/21 1572/6

1601/24 1604/21
1609/24 1610/4
1611/17 1613/8
1613/12 1613/14
1615/8 1615/23
1615/25 1616/2 1618/8
1619/16 1621/12
1621/14 1622/16
1636/5
**acquisitions [19]**
1538/4 1549/23 1550/3
1556/25 1557/2
1558/21 1559/7
1559/25 1570/25
1577/13 1579/8
1582/23 1583/4
1592/18 1604/14
1608/21 1609/9
1609/20 1630/3
**across [4]** 1572/5
1591/11 1595/19
1595/20
**activity [1]** 1620/2
**actual [18]** 1588/25
1610/13 1620/11
1626/8 1627/22 1640/9
1640/13 1646/6 1646/9
1646/13 1646/16
1647/11 1648/8
1649/12 1649/20
1651/23 1652/14
1652/18
**actually [10]** 1544/22
1556/25 1563/17
1591/5 1603/23 1606/6
1616/22 1635/24
1637/21 1638/19
**ad [1]** 1583/4
**adapted [1]** 1633/22
**add [2]** 1573/9 1587/20
**address [2]** 1538/10
1620/22
**addresses [1]** 1595/22
**adjourned [1]** 1656/24
**adjust [3]** 1594/16
1635/7 1635/9
**admit [1]** 1535/5
**admitted [3]** 1533/4
1535/9 1564/1
**advance [33]** 1535/17
1536/1 1536/5 1536/7
1536/21 1540/5
1540/11 1540/12
1540/16 1542/6
1542/10 1542/12
1542/12 1543/9 1544/1
1545/14 1546/15
1547/1 1547/2 1547/18
1548/5 1563/10
1563/23 1564/10
1565/1 1569/23 1576/5
1576/9 1577/13
1582/23 1589/17
1592/24 1602/14
**advances [13]** 1543/3
1543/23 1544/5 1548/1
1576/19 1579/15

1590/4 1592/10
1595/12 1595/17
**advantages [1]**
1548/25
**advocacy [1]** 1633/21
**advocated [1]** 1653/18
**affect [6]** 1544/10
1586/3 1589/13
1606/21 1610/9
1626/17
**affected [6]** 1606/3
1606/8 1606/10
1606/11 1608/2
1610/13
**affects [1]** 1589/21
**after [3]** 1579/25
1580/3 1596/20
**afternoon [6]** 1531/7
1534/5 1534/6 1534/7
1599/14 1599/15
**again [21]** 1535/2
1538/15 1539/11
1545/25 1550/7 1551/4
1551/10 1560/13
1560/19 1561/8 1573/6
1601/14 1605/25
1606/7 1608/4 1623/1
1625/2 1645/3 1650/1
1653/5 1654/7
**against [4]** 1571/10
1575/14 1579/9
1588/15
**agencies [1]** 1629/7
**agency [13]** 1552/22
1552/25 1579/12
1579/19 1582/10
1582/11 1582/13
1582/19 1582/22
1638/11 1638/11
1639/13 1639/23
**agent [14]** 1552/19
1553/20 1556/6 1559/7
1559/9 1559/11
1613/13 1614/1 1614/8
1614/11 1615/9
1615/14 1616/3
1630/22
**agent-author [1]**
1614/11
**agents [1]** 1554/2
1554/7 1612/20 1613/6
1613/9 1613/10
1613/24 1614/4
1617/21 1628/1 1635/4
1635/7 1635/9
**agents' [1]** 1630/10
**aggregate [9]** 1572/13
1573/7 1587/21
1587/23 1592/15
1598/4 1598/16
1617/14 1617/24
**aggregated [1]** 1643/5
**aggressive [2]** 1593/4
1645/16
**aggressively [1]**
1617/10
**agnostic [1]** 1602/1

1536/1 1538/6 1540/17
1546/3 1546/24 1548/6
1554/7 1556/5 1559/24
1560/10 1561/22
1571/8 1573/9 1576/23
1581/9 1581/18
1581/21 1582/1 1582/6
1583/20 1593/13
1593/18 1613/6 1615/7
1621/12 1636/3 1651/6
**agreed [1]** 1561/20
**agreement [4]** 1546/4
1609/8 1611/25
1613/10
**Agurto [2]** 1567/17
1568/20
**Agurto's [2]** 1568/4
1569/17
**ahead [2]** 1550/14
1562/14
**aided [1]** 1532/25
**aiming [1]** 1570/13
**aims [1]** 1569/4
**AL [1]** 1531/6
**alcohol [1]** 1543/21
**all [81]** 1534/2 1536/3
1536/6 1536/7 1536/17
1536/18 1536/22
1536/25 1537/7
1537/10 1538/4
1538/21 1541/15
1543/13 1543/21
1544/20 1546/3
1546/16 1548/2
1551/14 1551/24
1556/7 1557/24
1562/14 1562/22
1564/2 1565/1 1565/19
1565/22 1570/4
1573/25 1574/13
1581/6 1586/5 1586/13
1588/15 1590/9
1590/19 1592/22
1594/10 1595/15
1595/19 1596/24
1598/1 1599/9 1599/12
1599/14 1599/24
1600/18 1600/22
1602/4 1603/16
1608/14 1608/21
1612/21 1613/21
1614/21 1614/23
1615/21 1616/6
1617/18 1618/21
1623/13 1630/18
1631/4 1631/16
1631/17 1633/12
1634/4 1634/25 1637/9
1641/2 1641/7 1642/22
1642/25 1644/11
1652/19 1652/22
1653/2 1655/11
1656/23
**All right [2]** 1557/24
1564/2
**alleged [3]** 1536/17
1536/17 1561/12

**allocate [2]** 1620/8
1649/21
**allows [1]** 1639/20
**almost [3]** 1581/3
1630/3 1652/6
**alone [2]** 1540/23
1541/3
**also [27]** 1539/11
1539/1 1539/17
1541/11 1546/17
1546/22 1547/11
1548/10 1550/12
1558/2 1559/22
1564/20 1571/15
1578/16 1581/13
1582/16 1582/22
1601/6 1602/24 1609/5
1612/7 1612/9 1613/20
1633/10 1636/12
1639/19 1642/16
**alternative [2]** 1546/14
1598/12
**although [2]** 1574/15
1581/13 1616/4
**always [9]** 1579/25
1580/3 1612/24
1619/25 1628/13
1628/23 1629/3 1629/9
1629/18
**am [10]** 1545/10
1561/21 1579/1
1600/14 1601/19
1608/7 1608/9 1612/19
1622/19 1629/2
**AMERICA [2]** 1531/3
1555/10
**among [2]** 1576/12
1653/2
**amount [18]** 1540/11
1540/12 1540/15
1543/9 1547/18
1547/19 1563/10
1566/12 1590/5 1605/8
1606/3 1606/9 1606/12
1606/19 1607/1
1607/14 1607/15
1608/3
**amounts [3]** 1559/8
1563/23 1577/14
**analogous [1]** 1604/6
1604/10 1610/1
**analyses [3]** 1543/25
1544/2
**analysis [19]** 1535/19
1536/25 1537/6 1538/3
1539/25 1579/11
1579/17 1589/16
1590/19 1595/5
1611/14 1611/14
1624/14 1627/13
1651/1 1651/6 1651/21
1651/22 1653/17
**analytically [1]** 1645/9
**analyze [2]** 1541/24
1587/3
**analyzed [2]** 1539/12
1622/10
**Angeles [1]** 1532/5

**A**

announced [1] 1615/12
annual [1] 1590/5
annually [1] 1588/21
anonymized [2] 1552/22 1552/24
another [15] 1543/17 1547/2 1547/6 1548/20 1560/10 1561/2 1578/6 1594/7 1596/20 1597/4 1611/12 1628/5 1639/4 1647/21 1655/10
answer [5] 1550/17 1562/13 1574/8 1590/22 1596/12
answered [1] 1569/24
anticipated [11] 1540/13 1542/2 1557/4 1564/23 1565/3 1565/5 1567/2 1572/1 1573/15 1581/6 1581/7
antitrust [2] 1531/17 1647/19
any [45] 1535/19 1538/13 1539/12 1539/22 1541/6 1542/5 1542/11 1542/11 1542/12 1543/7 1544/3 1546/14 1547/22 1548/5 1554/3 1554/8 1556/18 1557/8 1561/6 1561/16 1566/2 1566/21 1566/23 1567/13 1569/14 1576/4 1583/1 1583/3 1585/15 1591/10 1592/17 1595/8 1599/24 1601/18 1602/6 1605/1 1610/7 1610/8 1611/17 1613/3 1624/17 1627/22 1633/1 1639/3 1653/6
anybody [5] 1593/21 1601/1 1616/14 1620/24 1656/21
anyone [2] 1545/8 1592/17
anything [5] 1534/8 1543/22 1545/12 1619/13 1655/18
apart [1] 1619/11
apologies [1] 1544/18
apologize [9] 1550/14 1563/3 1568/5 1568/8 1584/3 1585/9 1632/17 1633/20 1634/21
appeal [3] 1541/22 1564/18 1564/18
appear [2] 1570/13 1570/15
APPEARANCES [2] 1531/12 1531/19
appears [1] 1593/6
application [1] 1620/20
applied [4] 1544/25 1545/6 1620/24

applies [1] 1595/10
apply [7] 1590/4 1592/18 1600/4 1602/4 1626/25 1627/1 1627/16
applying [4] 1587/1 1601/19 1601/21 1602/1
approach [4] 1568/12 1633/3 1634/19 1634/23
approaches [1] 1613/4
appropriate [3] 1547/4 1547/5 1547/12
appropriately [1] 1547/10
approximation [1] 1598/18
April [3] 1567/6 1567/23 1569/8
arbitrage [8] 1545/16 1545/20 1545/21 1545/23 1546/18 1547/17 1547/17 1547/25
are [135]
area [1] 1535/25
aren't [4] 1553/24 1626/16 1626/17 1644/13
argued [2] 1634/3 1648/1
arguing [1] 1546/5
around [7] 1542/8 1546/8 1546/19 1590/7 1609/12 1623/19 1654/20
arrange [1] 1534/9
arranged [2] 1641/19 1644/13
arrayed [1] 1590/20
article [1] 1567/6
as [132]
aside [1] 1573/1
ask [9] 1537/15 1546/12 1567/7 1567/20 1574/20 1590/22 1595/9 1599/16 1656/20
asked [5] 1566/20 1569/2 1569/21 1570/5 1570/8
asking [6] 1554/13 1560/15 1591/10 1625/20 1631/11 1650/4
associated [2] 1537/7 1576/5
assume [7] 1588/20 1594/10 1602/23 1603/3 1616/21 1642/1 1651/17
assumed [2] 1631/4 1632/14
assumes [5] 1564/25 1565/2 1603/1 1628/6 1631/21

assuming [9] 1568/10 1598/8 1598/15 1599/20 1600/3 1602/4 1631/12 1636/25 1638/24
assumption [9] 1601/14 1601/24 1619/2 1624/2 1624/6 1628/5 1630/1 1631/4 1631/6
assumptions [4] 1554/20 1601/9 1603/7 1625/21
Aster [4] 1555/7 1555/9 1555/20 1556/10
Astra [6] 1556/12 1556/24 1558/8 1558/21 1559/25 1560/6
Astrid [1] 1555/23
attention [3] 1567/23 1569/17 1577/4
attribute [1] 1564/13
auction [133]
auctions [29] 1553/24 1588/15 1591/13 1592/22 1596/16 1597/18 1597/20 1597/21 1598/9 1602/5 1604/8 1604/15 1605/5 1605/5 1605/18 1605/18 1607/23 1609/1 1609/2 1609/9 1609/15 1611/21 1619/25 1620/7 1620/7 1620/14 1627/16 1630/8 1633/7
audience [1] 1541/23
August [2] 1531/5 1657/7
author [26] 1543/5 1545/23 1546/14 1551/25 1552/5 1553/3 1555/21 1556/10 1556/10 1562/19 1563/20 1565/7 1593/2 1595/12 1613/13 1614/1 1614/6 1614/7 1614/11 1615/9 1615/14 1616/3 1616/7 1630/10 1635/4
author's [1] 1552/1
author-agent [2] 1615/14 1616/3
author-agents' [1] 1630/10
authors [43] 1542/18 1543/2 1543/3 1543/8 1543/22 1544/4 1545/13 1547/3 1548/10 1548/12 1549/1 1549/2 1549/15 1549/18 1549/24 1550/2 1550/3 1550/4 1550/9 1550/18 1551/9 1563/15 1564/18 1564/19 1565/3 1565/4

assuming [9] 1568/10 1561/8 1562/15 1562/20 1570/12 1570/17 1580/3 1581/16 1582/5
1587/17 1589/18 1590/20 1591/11 1591/17 1591/22 1594/4 1595/16 1595/19 1597/13 1613/9 1613/10 1613/24 1615/4 1635/9
available [2] 1561/14 1630/4
Avenue [6] 1532/4 1532/14 1532/23 1567/8 1569/5 1569/22
average [9] 1563/3 1572/7 1586/8 1589/17 1589/24 1590/1 1591/16 1600/24 1640/19
aware [14] 1565/20 1565/22 1566/21 1566/25 1567/10 1567/13 1567/16 1569/10 1576/18 1620/24 1627/22 1630/2 1633/24 1634/2
away [2] 1565/3 1625/7

**B**

B's [3] 1648/12 1648/14 1649/22
back [17] 1534/3 1550/22 1553/19 1570/16 1570/17 1583/18 1586/17 1593/20 1594/2 1598/2 1598/11 1599/6 1599/12 1606/1 1608/23 1630/1 1636/17
backs [1] 1624/3
ballpark [1] 1639/10
bar [1] 1570/21
Barrett [1] 1532/22
barriers [1] 1551/6
base [2] 1583/9 1583/15
based [26] 1540/10 1540/25 1540/25 1554/1 1581/9 1581/21 1582/6 1582/13 1582/22 1583/20 1586/25 1587/12 1588/7 1592/25 1608/11 1608/11 1608/15 1610/14 1616/21 1617/7 1617/11 1639/6 1648/23 1649/12 1653/17 1656/12
baseline [4] 1590/8 1590/11 1590/17 1637/11
basic [1] 1590/14
basically [3] 1587/14 1616/13 1636/20
basis [8] 1540/22 1541/3 1557/18 1574/7 1582/2 1589/3 1590/5

be [138]
bear [2] 1564/16 1565/12
because [48] 1544/12 1544/13 1545/3 1546/25 1547/16 1548/22 1549/22 1550/2 1550/4 1554/16 1554/20 1567/20 1572/24 1575/22 1583/8 1589/22 1591/24 1595/24 1596/24 1599/25 1601/22 1603/24 1604/10 1607/17 1608/5 1613/16 1614/23 1617/3 1617/7 1617/11 1618/17 1623/5 1626/2 1627/4 1629/8 1631/16 1632/8 1635/6 1639/10 1643/6 1644/12 1645/5 1645/16 1645/21 1646/8 1646/15 1650/22 1655/19
been [25] 1534/14 1542/15 1546/10 1547/17 1553/15 1556/10 1557/9 1557/11 1558/2 1574/21 1577/7 1577/16 1577/23 1586/20 1587/16 1599/18 1604/7 1615/19 1621/3 1627/9 1627/19 1630/25 1635/3 1649/23 1650/7
beer [3] 1543/13 1543/14 1543/15
beers [1] 1543/19
before [9] 1531/10 1552/17 1553/19 1599/3 1599/16 1600/19 1602/10 1616/14 1633/15
beg [1] 1562/11
begin [2] 1599/17 1603/13
begins [1] 1558/10
behavior [3] 1592/22 1594/9 1594/16
behind [2] 1615/22 1635/2
being [11] 1546/15 1552/13 1553/22 1562/7 1595/3 1603/20 1610/24 1612/3 1627/23 1644/22 1650/5
beliefs [1] 1608/16
believe [20] 1537/2 1539/3 1542/14 1545/7 1545/9 1556/16 1557/19 1561/6 1567/18 1588/20 1590/3 1590/11 1604/6 1605/21 1618/6

Case 1:21-cv-02886-FYP Document 208-75 Filed 12/15/23 Page 131 of 151

believe... [5] 1622/10
1624/16 1651/3 1652/2
1652/24
Bellshaw [1] 1531/16
belong [1] 1543/12
below [1] 1536/14
BENCH [1] 1531/9
benefit [3] 1539/12
1539/22 1615/16
BERTELSMANN [2]
1531/6 1532/2
best [43] 1553/10
1553/15 1553/16
1556/11 1563/22
1570/19 1574/22
1575/9 1592/25
1593/20 1593/22
1594/14 1594/21
1596/22 1598/22
1599/24 1605/4
1605/11 1605/22
1606/2 1606/8 1606/11
1606/15 1607/10
1607/22 1608/1 1608/5
1608/22 1609/16
1613/17 1615/11
1621/20 1622/13
1627/10 1627/16
1632/16 1632/19
1632/19 1635/5 1636/8
1651/19 1654/7
1655/25
best-bid [10] 1553/10
1553/15 1575/9
1594/21 1605/4
1605/22 1606/2
1607/10 1608/5
1613/17
best-bids [2] 1593/20
1593/22
better [8] 1542/4
1560/24 1563/15
1564/16 1571/12
1592/11 1617/3
1618/17
between [34] 1541/18
1543/7 1543/10
1547/14 1547/23
1562/2 1576/20
1584/19 1589/10
1596/4 1606/25
1609/16 1610/18
1618/23 1622/23
1625/12 1625/22
1626/8 1635/8 1635/14
1636/4 1636/18
1645/13 1645/14
1645/17 1646/12
1647/10 1648/2 1648/7
1650/5 1650/10
1650/12 1651/9 1652/6
beyond [1] 1611/16
bid [78] 1553/10
1553/15 1553/17
1555/6 1574/22
1574/24 1574/25
1575/9 1579/15 1580/2

1594/14 1594/19
1594/21 1602/11
1602/15 1602/18
1602/18 1603/2 1603/6
1603/17 1604/1 1604/4
1604/12 1605/4 1605/8
1605/11 1605/11
1605/16 1605/22
1606/2 1606/3 1606/8
1606/9 1606/11
1606/12 1606/13
1606/15 1606/15
1606/19 1606/22
1606/25 1607/1 1607/1
1607/4 1607/5 1607/6
1607/10 1607/13
1607/14 1607/15
1608/1 1608/2 1608/3
1608/5 1608/6 1608/7
1608/10 1608/14
1608/15 1608/18
1608/19 1612/20
1613/17 1614/25
1615/1 1615/2 1618/23
1624/7 1625/22
1625/23 1627/16
1630/5 1630/7 1630/21
1630/23 1631/4
bidder [23] 1579/14
1582/22 1585/7 1585/8
1585/9 1585/11
1585/11 1585/14
1602/14 1602/18
1603/22 1604/17
1606/21 1612/19
1618/23 1618/24
1623/4 1624/25 1630/3
1631/1 1631/10
1631/21 1638/13
bidders [13] 1555/12
1556/11 1574/22
1585/18 1586/2
1602/17 1608/1 1619/5
1619/6 1619/7 1623/9
1630/23 1630/24
bidding [17] 1555/3
1556/19 1571/10
1572/18 1575/14
1575/21 1579/9
1585/22 1594/16
1595/7 1596/20 1600/4
1602/24 1603/14
1612/21 1617/10
1626/8
bids [32] 1555/9
1555/15 1592/25
1593/20 1593/22
1596/22 1598/22
1599/21 1599/24
1603/2 1603/17
1603/21 1606/18
1607/4 1607/10
1607/22 1608/14
1608/17 1608/17
1608/22 1609/16
1615/12 1621/20
1622/13 1624/3

1627/10 1627/24
1628/6 1631/21 1636/8
big [64] 1548/25
1549/17 1549/17
1551/1 1551/5 1551/8
1551/11 1551/16
1555/24 1560/21
1560/23 1560/23
1560/24 1560/25
1561/3 1561/7 1561/16
1562/7 1562/8 1563/1
1563/12 1563/14
1563/18 1563/20
1563/21 1563/21
1565/22 1566/21
1571/6 1571/23
1571/25 1572/4
1572/10 1572/19
1573/3 1573/4 1573/6
1573/15 1573/16
1573/18 1573/20
1573/25 1574/9
1574/11 1574/24
1575/1 1575/5 1575/7
1578/11 1578/13
1578/16 1582/25
1583/5 1583/6 1583/16
1583/20 1583/24
1584/5 1584/13
1624/20 1631/7
1646/12 1647/12
1655/1
Big 5 [2] 1563/1 1572/4
bigger [3] 1564/20
1564/22 1592/3
biggest [1] 1565/10
bilateral [26] 1604/22
1608/21 1608/24
1609/10 1609/20
1610/23 1611/2 1611/4
1611/10 1611/11
1611/20 1611/21
1611/24 1613/15
1616/14 1618/10
1618/11 1618/14
1618/15 1618/20
1618/21 1619/21
1620/20 1620/25
1621/23 1622/8
bilaterally [1] 1618/9
binder [8] 1534/13
1534/17 1537/21
1537/22 1568/1 1568/6
1568/8 1568/10
binders [2] 1534/9
1537/20
bit [14] 1539/12
1544/22 1545/15
1554/15 1561/11
1566/18 1574/25
1577/22 1584/18
1590/13 1599/2
1600/10 1605/4
1636/22
blended [2] 1646/18
1648/20
blind [1] 1607/6

1537/11 1538/4 1542/5
1542/11 1542/12
1548/23 1548/24
1551/18 1553/1
1555/12 1555/18
1555/19 1556/3 1556/7
1558/6 1558/7 1558/8
1558/9 1558/15
1562/17 1562/19
1562/22 1563/5 1563/7
1563/9 1563/19
1563/21 1571/14
1572/2 1572/6 1576/2
1576/5 1580/3 1593/6
1593/7 1613/8 1616/9
1630/14 1630/21
1640/15
books [40] 1536/3
1536/7 1536/18
1536/18 1536/22
1537/1 1538/22 1539/6
1540/3 1541/18
1541/21 1542/8 1542/9
1542/15 1548/12
1549/3 1549/18 1551/2
1560/20 1560/25
1561/12 1561/19
1561/24 1563/13
1564/21 1564/22
1569/21 1569/22
1572/6 1576/15
1579/14 1579/25
1581/4 1581/6 1581/12
1588/21 1589/4 1589/6
1589/10 1628/7
borderline [1] 1608/5
both [18] 1565/6
1591/20 1626/10
1628/24 1629/1 1629/2
1629/2 1638/3 1638/7
1639/15 1640/3
1640/18 1642/19
1648/20 1651/7 1651/8
1653/21 1655/9
bottom [1] 1617/6
bought [2] 1562/17
1563/5 1564/22
brands [1] 1543/14
break [6] 1599/3
1599/5 1619/14
1656/14 1656/19
1656/21
breakdown [1]
1619/24
brief [1] 1544/11
briefly [1] 1576/8
bring [1] 1548/25
broad [2] 1541/23
1617/25
broadly [7] 1596/22
1597/5 1601/19
1601/21 1602/4
1610/24 1632/1
buck [1] 1614/19
buckets [2] 1544/1
1655/8
budget [2] 1566/11

build [8] 1596/23
1598/12 1601/23
1611/6 1611/21
1611/23 1618/15
1633/11
bumping [1] 1579/19
business [3] 1566/7
1566/8 1566/12
buy [2] 1545/1 1564/21
buyer [1] 1544/23
buyer-seller [1]
1544/23
buyers [2] 1544/24
1546/8
bypass [1] 1552/2

C

CA [1] 1532/5
calculate [4] 1572/22
1576/6 1576/8 1604/13
calculated [3] 1583/10
1583/16 1605/25
calculating [5] 1637/17
1638/18 1640/25
1641/6 1641/17
calculation [4] 1579/21
1610/17 1621/7
1642/12
calculations [4]
1581/10 1583/19
1622/14 1622/15
calibrated [1] 1648/11
call [7] 1573/6 1594/22
1605/6 1615/11
1641/13 1641/15
1641/16
called [10] 1551/1
1551/11 1555/20
1561/3 1571/23 1581/7
1621/24 1624/15
1641/5 1641/14
calling [2] 1604/7
1604/22
came [5] 1552/19
1589/13 1595/18
1618/19 1647/16
can [70] 1535/7
1539/11 1541/24
1543/11 1544/11
1544/14 1548/25
1549/15 1550/19
1551/5 1551/13 1552/4
1552/18 1552/25
1553/5 1553/9 1556/25
1557/21 1559/4
1571/22 1574/8
1591/24 1595/2 1595/3
1595/9 1596/2 1596/9
1596/10 1596/21
1597/18 1597/20
1597/20 1599/16
1600/4 1601/8 1603/20
1613/2 1614/1 1614/2
1614/4 1614/6 1614/7
1614/7 1614/14
1614/16 1614/18
1615/9 1615/22

**C**

can... [22] 1617/21
1621/18 1622/16
1626/19 1630/11
1632/7 1634/13 1636/3
1637/1 1637/9 1637/21
1637/23 1639/9 1640/6
1640/23 1641/13
1641/16 1646/24
1647/7 1651/19
1653/14 1656/1
can't [10] 1541/10
1561/7 1563/8 1589/8
1597/19 1598/3
1631/10 1648/21
1654/19 1656/12
candidly [1] 1602/9
cannot [4] 1546/24
1556/1 1616/1 1637/8
Cantor [1] 1532/7
capabilities [1] 1556/7
capable [1] 1551/11
capital [5] 1565/16
1566/3 1566/5 1566/5
1566/6
capture [1] 1597/3
capturing [2] 1597/1
1628/16
care [1] 1619/22
case [35] 1536/17
1540/21 1541/8
1541/13 1543/11
1544/22 1544/23
1545/1 1545/11
1545/12 1552/11
1554/16 1565/10
1567/16 1602/10
1604/8 1607/2 1615/6
1616/7 1622/20
1627/19 1629/6
1632/16 1632/20
1634/10 1647/9
1647/15 1647/16
1648/24 1649/7
1649/18 1650/4 1650/6
1650/14 1653/18
cases [8] 1541/4
1541/6 1574/17
1574/17 1593/19
1595/12 1616/6
1640/18
category [1] 1641/4
1644/20
celebrities [1] 1542/16
certain [1] 1561/13
1627/12
certainly [5] 1538/17
1584/4 1652/9 1653/6
1656/16
Certified [1] 1532/21
certify [1] 1657/2
CH [1] 1532/22
challenge [1] 1612/16
challenging [2] 1562/6
1562/24
champagne [3]
1543/19 1543/20
1543/21

chance [1] 1593/6
chances [2] 1574/24
1633/13
change [6] 1594/9
1595/7 1616/14
1617/21 1625/19
1648/16
changed [4] 1577/2
1606/17 1615/9
1642/11
changes [2] 1616/2
1616/4
changing [1] 1571/5
characteristics [5]
1543/17 1549/9
1549/12 1550/22
1560/19
characterized [1]
1652/15
cheat [1] 1553/1
check [3] 1647/6
1647/8 1651/22
chief [1] 1633/19
choice [5] 1556/11
1563/22 1611/9
1612/11 1618/16
choices [1] 1549/16
choose [5] 1547/23
1548/5 1613/16
1625/13 1635/4
choosing [3] 1565/4
1615/22 1615/24
chosen [1] 1540/7
Christie's [1] 1603/25
circumstances [3]
1540/19 1551/13
1649/8
circumvent [1]
1545/24
claim [3] 1548/10
1548/11 1549/7
claiming [1] 1548/4
Clancy [1] 1542/22
Clancys [1] 1542/18
clarify [1] 1539/20
classify [1] 1542/1
clear [15] 1540/22
1542/11 1549/19
1553/14 1570/16
1581/14 1584/24
1587/21 1589/20
1603/24 1605/21
1626/7 1653/9 1653/17
1655/19
clearer [1] 1554/15
clearly [1] 1566/11
climbing [1] 1577/17
close [12] 1536/8
1536/9 1538/16
1538/17 1583/16
1625/5 1628/3 1635/19
1650/18 1652/21
1652/22 1655/18
closely [1] 1610/1
closer [2] 1588/25
1621/22
closest [4] 1622/3
1622/4 1624/24 1653/6

collectively [8]
1572/11 1572/14
1574/4 1574/14
1583/21 1583/25
1584/6 1584/13
COLUMBIA [1] 1531/1
column [2] 1559/16
1578/22
combination [2]
1550/17 1623/21
combine [3] 1589/16
1592/15 1634/13
combined [1] 1573/25
come [8] 1534/4
1586/17 1599/6
1599/13 1606/1
1613/10 1618/19
1630/1
comfortable [3] 1565/8
1588/22 1644/18
comfortably [1] 1653/3
comment [1] 1546/10
commit [1] 1566/13
common [6] 1543/17
1554/1 1554/2 1607/22
1611/21 1636/17
commonly [1] 1645/12
companies [2] 1589/13
1651/9
compare [2] 1646/6
1649/12
compared [3] 1575/2
1598/20 1639/21
comparison [4]
1604/25 1635/23
1635/25 1636/2
compete [6] 1550/20
1560/25 1574/2 1574/7
1598/5 1614/3
competed [2] 1563/21
1598/6
competing [11]
1545/18 1551/7 1565/9
1573/18 1573/19
1592/23 1594/6 1597/3
1607/11 1607/13
1623/14
competition [28]
1544/9 1573/17
1575/20 1581/15
1584/19 1591/25
1591/25 1592/20
1593/12 1594/19
1595/3 1596/18 1597/6
1597/7 1598/17 1606/3
1606/8 1606/10
1607/10 1608/12
1608/13 1608/16
1610/25 1617/15
1628/17 1628/18
1628/19 1631/24
competitions [2]
1596/11 1599/23
competitive [9]
1545/18 1550/19
1571/9 1571/12
1592/12 1600/1

cot [208] 1531/5 1582/2
1618/18
competitiveness [1]
1599/21
competitor [4] 1582/17
1606/14 1606/16
1628/13
competitors [2] 1594/8
1607/2
complaint [1] 1536/16
complete [1] 1639/14
complex [1] 1617/22
complicated [2]
1544/14 1599/25
complications [1]
1612/23
compute [1] 1640/2
computed [1] 1589/3
computer [1] 1532/25
computer-aided [1]
1532/25
concentrated [2]
1538/7 1539/2
concentration [6]
1536/24 1538/3
1538/23 1539/19
1572/23 1572/24
concentrations [1]
1536/11
conclude [3] 1544/14
1573/17 1630/24
concluded [2] 1538/6
1656/25
conclusion [1]
1579/23
conclusions [2]
1538/14 1582/12
conditions [4] 1546/7
1546/19 1627/4
1627/12
conducted [1] 1545/12
confidence [5]
1653/22 1654/20
1655/2 1655/6 1655/24
confidential [6]
1534/14 1557/23
1564/3 1571/15
1577/20 1582/4
confidentiality [1]
1535/6
confirm [1] 1605/22
confronted [1] 1594/14
confusing [1] 1649/2
connection [1]
1537/13
conservative [6]
1590/18 1644/10
1644/22 1645/1 1645/6
1645/15
consider [4] 1541/15
1611/7 1632/24 1633/1
consideration [3]
1544/3 1545/16
1655/20
considered [1]
1612/10
considering [1]
1545/19

consistent [5] 1583/17
1591/2 1593/10 1639/8
1655/15
consistently [2]
1591/3 1622/7
Constitution [1]
1532/23
constrained [1] 1616/7
constraint [1] 1592/3
constraint's [1]
1592/12
constraints [2]
1565/16 1610/23
consultant [1] 1594/25
consultants [1] 1595/2
consumers [1] 1540/2
contacted [1] 1553/23
contemplating [1]
1573/17
context [2] 1582/14
1633/18
continue [1] 1656/19
CONTINUED [1]
1532/1
continues [1] 1594/5
contract [1] 1578/3
1578/10
contracts [1] 1542/8
1577/23 1616/13
control [3] 1613/14
1613/16 1615/16
Conversely [1]
1648/14
copies [1] 1541/22
Corp [1] 1566/11
correct [225]
corrected [1] 1579/3
correctly [1] 1548/11
correspond [1]
1609/25
corresponds [2]
1552/25 1558/18
cost [2] 1641/5 1643/5
costs [18] 1640/11
1640/11 1641/4
1641/11 1641/12
1641/22 1642/6 1642/7
1642/8 1643/6 1643/7
1643/8 1644/9 1645/10
1645/16 1645/22
1645/23 1645/24
could [55] 1535/17
1537/15 1547/1 1547/5
1549/25 1562/11
1565/6 1565/7 1565/7
1566/7 1570/17
1574/20 1577/4 1584/2
1592/15 1593/15
1593/17 1594/25
1595/6 1596/6 1603/10
1605/6 1612/3 1612/14
1612/15 1614/12
1616/14 1617/2 1617/4
1618/15 1618/19
1618/19 1618/21
1622/4 1625/19
1626/20 1627/16
1632/1 1634/14

**C**

**could... [16]** 1634/16
1639/1 1639/3 1639/3
1646/10 1647/18
1654/13 1654/21
1654/21 1654/22
1655/1 1655/3 1655/14
1655/16 1655/23
1656/4
**couldn't [2]** 1566/22
1627/4
**count [2]** 1557/11
1558/14
**counting [1]** 1572/22
**couple [4]** 1573/21
1612/9 1649/19 1653/8
**course [4]** 1552/11
1599/8 1616/2 1656/17
**COURT [7]** 1531/1
1532/20 1532/22
1534/3 1599/10
1599/12 1656/23
**Court's [1]** 1562/12
**covered [1]** 1632/14
**create [1]** 1616/3
**created [1]** 1571/22
**creator [1]** 1629/10
**credible [1]** 1612/6
**critical [3]** 1613/7
1621/17 1646/2
**criticisms [1]** 1642/12
**criticized [1]** 1642/14
**critique [1]** 1598/20
**CROSS [2]** 1533/9
1535/14
**CROSS-EXAMINATION**
**[1]** 1535/14
**CRR [1]** 1657/2
**currently [1]** 1624/9
**cut [13]** 1536/5
1536/21 1540/6 1540/7
1540/25 1541/10
1541/24 1542/1 1547/9
1547/11 1547/21
1548/6 1648/15
**cut-off [12]** 1536/5
1536/21 1540/6 1540/7
1540/25 1541/10
1541/24 1542/1 1547/9
1547/11 1547/21
1548/6
**cutoffs [1]** 1654/18
**CV [1]** 1531/4

**D**

**D.C [4]** 1531/5 1531/18
1532/18 1532/23
**Daniel [2]** 1532/3
1532/7
**data [35]** 1570/20
1570/22 1579/12
1579/19 1582/10
1582/11 1582/13
1582/19 1582/22
1583/20 1586/19
1586/21 1586/25
1587/3 1587/11
1587/13 1587/15

1604/14 1609/19
1610/11 1610/13
1613/3 1613/3 1638/11
1638/11 1638/19
1639/6 1639/11
1639/14 1639/23
1640/13 1641/5
**dataset [1]** 1588/4
**date [4]** 1559/8
1569/22 1570/24
1657/7
**day [2]** 1656/15
1656/19
**dcantor [1]** 1532/10
**deal [5]** 1556/21
1612/7 1612/22
1620/10 1635/5
**dealing [1]** 1552/5
**deals [1]** 1616/22
**December [1]** 1559/21
**decide [6]** 1613/24
1614/4 1614/6 1614/12
1614/16 1630/11
**decided [2]** 1563/20
1630/13
**decides [1]** 1630/7
**decision [3]** 1556/9
1614/3 1630/10
**decision-maker [1]**
1556/9
**decisions [1]** 1630/9
**decrease [2]** 1650/1
1650/2
**defendant's [6]** 1533/4
1535/6 1535/11 1577/7
1577/20 1633/16
**Defendant's Exhibit**
**370 [1]** 1577/7
**defendants [5]** 1531/7
1532/2 1532/12
1633/17 1647/23
**defendants' [1]**
1633/21
**define [4]** 1540/10
1540/16 1541/9 1547/5
**defined [5]** 1541/2
1542/7 1543/13
1543/14 1547/10
**defining [4]** 1542/9
1543/20 1546/7
1546/19
**definitely [1]** 1554/17
**definition [1]** 1540/24
**degree [1]** 1561/14
**degrees [1]** 1610/5
**delivered [1]** 1552/23
**demonstrative [1]**
1651/16
**DEPARTMENT [3]**
1531/16 1633/20
1647/20
**depend [4]** 1540/19
1607/14 1624/17
1625/24
**depended [2]** 1612/11
1612/14
**dependent [1]** 1607/4

**depending [4]** 1612/12
1635/18 1636/4 1636/8
**depends [4]** 1543/20
1597/22 1602/14
1628/18
**depict [1]** 1618/17
**depicted [1]** 1570/20
**deposed [2]** 1567/18
1567/22
**deposition [10]**
1566/14 1567/16
1568/4 1568/6 1568/10
1568/11 1568/20
1605/22 1608/20
1654/22
**deriving [1]** 1549/19
**described [1]** 1625/11
**describing [1]** 1617/24
**description [2]**
1544/13 1652/16
**designed [2]** 1594/17
1594/25
**detail [1]** 1640/23
**details [1]** 1567/19
**determine [8]** 1546/25
1576/12 1611/15
1614/14 1618/22
1641/8 1646/4 1647/4
**determined [5]**
1603/18 1608/19
1610/14 1618/25
1630/9
**determining [1]** 1613/7
**develop [2]** 1593/25
1611/12
**developed [1]** 1620/6
1620/10 1633/19
**did [65]** 1536/10
1536/20 1537/5
1538/10 1543/22
1544/3 1544/8 1550/4
1555/17 1576/7
1576/12 1576/16
1582/10 1582/11
1584/7 1584/14
1606/20 1618/2 1621/7
1621/10 1626/25
1627/1 1627/14
1627/17 1632/11
1632/19 1632/20
1632/22 1632/24
1632/25 1633/5
1633/25 1634/1 1634/6
1634/9 1637/25 1638/2
1638/3 1638/3 1639/9
1639/16 1640/2 1640/6
1640/6 1640/13
1640/15 1640/22
1640/24 1641/17
1642/15 1642/19
1642/21 1642/25
1644/2 1644/10
1644/23 1644/24
1645/2 1647/10
1649/21 1649/24
1651/21 1651/22
1653/18 1653/20
**did you [9]** 1582/11

1640/6 1640/13
1641/17 1644/2
1651/22
**didn't [16]** 1536/14
1566/15 1569/13
1574/22 1579/15
1593/25 1611/21
1612/7 1612/10 1613/3
1627/13 1632/17
1633/1 1637/13
1641/20 1644/11
**differ [1]** 1610/4
**differed [1]** 1576/12
**difference [31]** 1536/1
1543/7 1618/23
1622/16 1622/16
1625/22 1635/13
1636/4 1647/10
1647/13 1648/1 1648/6
1648/7 1648/17
1648/23 1649/20
1649/22 1649/25
1650/9 1650/9 1650/12
1650/15 1650/22
1650/23 1651/9
1651/14 1651/23
1651/24 1652/2 1652/5
1652/25
**differences [6]**
1543/10 1543/12
1646/12 1648/21
1651/4 1652/9
**different [55]** 1535/18
1538/16 1541/17
1543/9 1543/14
1543/16 1543/24
1543/25 1545/13
1548/12 1558/9
1587/10 1589/21
1591/18 1595/4
1596/21 1596/24
1596/24 1598/14
1599/24 1600/1
1605/14 1607/10
1615/24 1616/12
1617/18 1618/7
1621/12 1621/13
1621/14 1621/18
1621/21 1622/24
1625/17 1626/5
1626/18 1626/19
1626/19 1633/22
1634/8 1635/14
1636/14 1636/15
1637/23 1638/1
1643/12 1649/1 1649/4
1649/9 1650/4 1654/17
1654/18 1654/19
1655/8 1656/1
**differentiated [2]**
1541/8 1611/8
**differently [4]** 1541/20
1549/14 1565/4
1641/20
**differs [1]** 1621/16
**diffuse [2]** 1572/23
1573/8

**difficulties [16]** 1533/9
1567/23 1577/4
1584/18 1590/9 1641/1
1641/5 1641/15
1641/21 1643/2 1643/9
1643/13 1644/1 1644/4
1644/15 1652/20
**directional [1]** 1654/8
**directionally [1]**
1583/17
**directly [1]** 1552/25
1597/3
**disadvantage [2]**
1563/6 1563/8
**disagree [3]** 1538/13
1607/7 1644/16
**disagreed [1]** 1649/6
**disagreement [1]**
1590/3
**discard [1]** 1635/5
**discovery [1]** 1552/11
**discretion [1]** 1554/9
**discussed [1]** 1630/9
**discussing [1]** 1635/3
**dismissed [1]** 1656/24
**Disney [11]** 1566/2
1566/9 1566/15 1567/7
1567/14 1567/18
1569/4 1569/12
1569/15 1570/13
1570/20
**Disney's [2]** 1566/25
1567/10
**dispersed [2]** 1623/10
1625/4
**dispersion [3]** 1619/4
1619/5 1623/9
**dispute [7]** 1538/20
1551/9 1560/6 1583/2
1583/3 1583/11
1648/24
**disputing [1]** 1579/16
**distinction [2]** 1561/12
1562/2
**distinguish [3]**
1547/14 1606/24
1622/23
**distinguished [1]**
1547/1
**distribute [3]** 1551/2
1554/3 1614/17
**distribution [23]**
1549/5 1556/2 1562/21
1564/17 1617/3
1619/10 1624/3 1624/5
1624/7 1624/8 1624/10
1624/11 1624/15
1624/21 1625/1
1625/13 1625/16
1625/19 1625/21
1625/25 1626/2 1626/3
1626/5
**DISTRICT [3]** 1531/1
1531/1 1531/10
**diversion [20]** 1581/10
1581/15 1581/16
1581/19 1589/22
1637/3 1637/19 1638/1

1664

**D**

diversion... [12]
1638/3 1638/4 1638/10
1638/13 1638/14
1638/23 1638/25
1639/2 1639/8 1639/11
1639/18 1639/23
diversions [11]
1581/13 1587/25
1636/24 1637/2 1637/9
1637/17 1637/18
1637/22 1637/23
1637/25 1638/9
dividing [1] 1545/13
Division [1] 1531/17
do [112] 1535/24
1537/6 1537/12
1538/13 1539/19
1541/13 1542/2
1542/19 1543/7
1543/22 1544/21
1545/2 1545/8 1547/13
1549/17 1550/12
1551/6 1551/8 1551/12
1551/13 1551/21
1551/22 1551/25
1552/10 1552/12
1552/13 1553/11
1553/12 1554/16
1555/6 1555/8 1555/11
1555/13 1556/7
1556/12 1556/14
1556/18 1556/22
1556/24 1557/8 1558/4
1558/5 1558/7 1558/14
1558/21 1558/22
1558/23 1559/1 1559/3
1559/21 1559/23
1561/6 1562/20
1564/13 1565/13
1566/14 1566/20
1569/2 1569/14
1569/21 1569/25
1570/1 1574/3 1576/4
1577/12 1577/16
1577/18 1578/2
1578/20 1578/25
1579/4 1579/11
1582/21 1589/8
1591/10 1594/14
1595/3 1596/4 1597/4
1598/17 1599/3
1600/24 1602/11
1602/11 1609/19
1612/20 1614/4 1614/6
1614/19 1618/5 1618/6
1619/1 1619/13
1620/17 1621/7 1623/4
1628/2 1634/6 1634/16
1636/18 1637/13
1639/20 1640/6
1644/19 1648/18
1650/7 1650/8 1651/25
1652/4 1654/11
1654/24 1655/12
do you [15] 1537/6
1537/12 1542/19
1550/12 1564/13

1579/11 1582/21
1596/4 1609/19 1623/4
1650/7 1652/4 1654/11
do you believe [1]
1618/6
do you have [9]
1538/13 1551/21
1556/18 1557/8 1561/6
1569/14 1591/10
1620/17 1648/18
do you know [1]
1556/24
do you recognize [2]
1552/10 1558/7
do you see [16] 1543/7
1551/25 1553/11
1555/6 1555/13 1558/4
1558/21 1558/23
1559/1 1559/21 1569/2
1569/21 1569/25
1577/12 1577/16
1579/4
Doctor [1] 1551/21
document [4] 1534/12
1552/2 1559/5 1559/9
documents [1]
1614/24
does [40] 1535/25
1538/2 1542/24
1545/15 1546/13
1546/16 1546/17
1555/17 1576/1 1585/6
1585/7 1585/10
1586/18 1587/3
1590/19 1591/20
1592/3 1599/20
1600/18 1602/23
1604/2 1605/11 1610/7
1610/25 1613/13
1616/1 1617/5 1618/22
1619/1 1619/13
1622/23 1624/5
1628/12 1631/20
1632/3 1632/5 1632/6
1645/12 1646/24
1646/25
doesn't [19] 1538/17
1544/15 1545/12
1570/24 1585/15
1588/3 1596/12 1603/3
1607/14 1611/1
1613/18 1615/21
1616/17 1616/21
1620/22 1630/17
1655/5 1655/24 1656/9
doing [10] 1534/14
1551/7 1557/17
1576/17 1586/16
1600/5 1615/11 1616/9
1645/6 1651/19
dollar [2] 1541/24
1542/1
dollars [3] 1543/4
1544/4 1570/9
don't [80] 1535/21
1537/2 1537/10
1538/22 1540/18

1545/7 1545/9 1549/12
1551/2 1551/9 1551/12
1552/15 1559/12
1560/14 1560/22
1565/2 1566/2 1566/17
1566/24 1567/19
1570/24 1570/25
1575/23 1575/24
1576/10 1576/17
1576/21 1578/8
1579/16 1579/17
1579/21 1580/2 1583/1
1583/1 1583/7 1583/9
1583/9 1583/11
1583/13 1590/3
1592/21 1594/8
1595/24 1596/13
1597/14 1598/5 1599/6
1603/13 1604/24
1607/2 1609/4 1609/22
1613/21 1615/15
1620/19 1622/2
1622/10 1624/16
1627/6 1628/15 1631/2
1631/5 1631/7 1638/21
1641/21 1643/2 1644/9
1646/9 1651/11
1651/15 1652/8
1652/15 1652/25
1653/14 1654/10
1655/2 1655/15
done [11] 1536/24
1541/7 1551/10
1610/17 1618/7 1621/3
1627/19 1635/23
1637/1 1651/1 1651/6
down [11] 1536/10
1558/14 1558/15
1595/12 1595/18
1619/14 1642/9
1655/14 1655/23
1656/2 1656/4
downstream [6]
1539/2 1539/5 1539/13
1539/23 1539/25
1540/2
downward [1] 1654/1
dpetrocelli [1] 1532/6
Dr [1] 1638/9
Dr. [39] 1535/2
1535/16 1537/23
1538/20 1544/16
1551/17 1556/16
1558/2 1564/7 1568/10
1574/20 1583/10
1598/19 1599/19
1613/6 1618/22 1626/1
1629/11 1636/10
1637/3 1637/7 1638/4
1638/8 1638/10
1639/13 1639/22
1642/14 1642/20
1642/25 1643/22
1644/16 1646/5 1647/6
1649/5 1651/12
1652/16 1652/24
1654/17 1656/3

1535/16 1537/23
1538/20 1544/16
1551/17 1558/2 1564/7
1568/10 1574/20
1599/19 1613/6
1618/22 1637/7 1656/3
Dr. Miller [2] 1626/1
1647/6
Dr. Miller's [2] 1646/5
1652/16
Dr. Rothman [1]
1649/5
Dr. Shapiro [1]
1629/11
Dr. Snyder [11]
1583/10 1598/19
1637/3 1638/10
1639/13 1639/22
1642/14 1642/25
1643/22 1644/16
1654/17
Dr. Snyder's [6]
1556/16 1636/10
1638/4 1638/8 1642/20
1651/12
dramatic [2] 1648/16
1650/24
draw [4] 1569/17
1624/25 1625/2 1625/6
drive [1] 1601/10
dropped [2] 1587/6
1587/16
drops [1] 1585/14
due [1] 1545/20
during [10] 1552/11
1571/19 1577/24
1578/3 1578/10
1583/22 1583/24
1584/5 1599/7 1616/2
DX375 [1] 1577/20

**E**

each [18] 1559/1
1565/8 1571/10
1573/14 1579/19
1580/2 1581/3 1589/13
1598/13 1601/5
1612/21 1613/13
1623/14 1631/21
1631/21 1634/7 1640/9
1650/8
earlier [9] 1534/11
1535/16 1550/23
1579/7 1618/14
1629/22 1630/10
1633/15 1647/19
earning [1] 1544/6
earns [1] 1640/10
easiest [2] 1613/1
1646/19
easily [1] 1558/17
easy [1] 1604/24
economics [1] 1596/15
1614/10 1653/13
economist [2] 1593/13
1634/17
economists [3]

1633/19 1633/21
1634/3
edit [1] 1551/2
editing [2] 1549/4
1556/2
editor [2] 1574/21
1594/4
effect [20] 1535/19
1535/22 1591/4
1591/23 1592/3 1619/6
1628/6 1628/22
1628/23 1628/25
1629/15 1631/7
1631/24 1654/1
1654/13 1654/15
1655/20 1656/7
1656/11 1656/12
effectively [3] 1550/19
1551/7 1612/4
effects [2] 1655/9
1655/11
effectuated [1]
1593/14
either [14] 1536/9
1536/12 1538/16
1543/18 1567/3 1583/5
1595/6 1596/9 1611/8
1628/9 1636/9 1651/12
1652/3 1653/1
elected [2] 1553/21
1633/4
elects [1] 1630/22
elements [1] 1616/12
eliminate [1] 1607/9
eliminated [3] 1544/9
1606/14 1606/21
eliminates [1] 1591/25
eliminating [1] 1619/7
else [8] 1543/1
1545/18 1545/25
1545/25 1601/1 1616/5
1626/11 1644/16
Email [4] 1532/6
1532/10 1532/15
1532/19
empirical [1] 1638/19
encompassing [1]
1621/23
end [6] 1557/20
1596/23 1601/7
1612/10 1615/12
1622/3
endeavor [1] 1633/14
ended [1] 1612/3
engaged [2] 1549/23
1550/3
enough [10] 1538/19
1545/4 1547/24
1567/20 1579/9 1589/7
1589/9 1594/20 1631/9
1652/10
enter [5] 1567/11
1570/15 1610/12
1610/14 1624/18
entered [3] 1577/23
1578/3 1578/10
enthusiastically [1]
1634/17

1665

**E**

**entirely [2]** 1619/21 1654/9
**entity [6]** 1561/2 1566/2 1592/8 1592/17 1593/21 1594/13
**entrant [2]** 1556/14 1560/11
**entrants [2]** 1556/17 1559/24
**entry [1]** 1571/22
**envelopes [2]** 1607/13 1608/16
**environment [1]** 1571/10
**environments [2]** 1620/10 1620/11
**equivalency [2]** 1626/22 1627/7
**equivalent [3]** 1536/20 1605/19 1643/9
**error [1]** 1654/11
**escaping [1]** 1624/9
**essence [1]** 1609/8
**essentially [5]** 1586/22 1619/10 1624/16 1637/19 1650/16
**established [1]** 1560/6
**estimate [9]** 1609/6 1634/5 1639/19 1643/8 1654/7 1654/11 1654/14 1655/25 1656/10
**estimated [2]** 1638/10 1639/22
**estimates [6]** 1622/12 1637/3 1638/4 1638/14 1639/2 1639/5
**estimating [1]** 1619/11 1656/8 1656/10
**ET [1]** 1531/6
**evaluating [2]** 1627/6 1653/14
**evaluation [1]** 1596/3
**even [1]** 1553/19 1578/11 1579/15 1580/1 1598/9 1604/10 1655/3
**ever [5]** 1541/2 1541/2 1541/6 1544/25 1545/5
**every [15]** 1572/1 1574/25 1587/22 1597/24 1598/6 1600/1 1601/16 1601/24 1602/2 1611/1 1628/6 1628/7 1630/1 1630/2 1653/15
**everybody [4]** 1543/1 1553/15 1603/21 1656/22
**everybody's [2]** 1604/1 1631/17
**everyone [5]** 1553/18 1553/20 1553/22 1603/1 1608/15
**everything [5]** 1572/2 1611/4 1615/5 1617/16 1626/11

evidence [12] 1535/8
1535/11 1541/1
1541/15 1550/11
1562/10 1563/11
1593/2 1594/3 1655/8
1655/16 1655/21
**Ex [8]** 1641/14 1641/16
1641/17 1641/24
1641/24 1642/1
1642/16 1651/7
**exact [8]** 1563/8
1576/21 1593/9
1609/23 1648/9
1651/15 1652/8 1654/5
**exactly [4]** 1617/13
1631/5 1648/21
1652/25
**EXAMINATION [1]**
1535/14
**examined [1]** 1611/16
**example [13]** 1551/14
1560/23 1573/24
1576/2 1585/18 1598/4
1612/18 1613/21
1614/13 1616/7
1619/15 1629/7
1631/25
**examples [2]** 1556/17
1592/21
**except [2]** 1610/9
1616/20
**excess [1]** 1559/1
**exclude [3]** 1641/12
1641/24 1642/1
**excluded [1]** 1641/22
**excludes [1]** 1631/24
**excluding [1]** 1644/18
**excuse [1]** 1585/7
**exercise [1]** 1554/9
**exhibit [8]** 1534/15
1535/11 1563/25
1568/1 1570/18
1571/14 1577/7
1577/25
**exhibits [1]** 1533/2
1577/5
**existed [1]** 1606/16
**existing [2]** 1543/2
1615/2
**expand [5]** 1566/15
1566/19 1566/19
1566/22 1569/13
**expansion [1]** 1567/1
**expect [3]** 1564/23
1617/10 1623/18
**expectation [1]**
1548/24
**expectations [1]**
1612/21
**expected [3]** 1541/22
1551/3 1608/7
**expecting [2]** 1605/15
1617/7
**expects [1]** 1605/7
**expenditure [1]**
1641/15
**expenses [12]** 1590/9
1640/25 1641/1 1641/6

1643/13 1644/1 1644/5
1644/15 1652/20
**experimented [1]**
1612/5
**expert [8]** 1537/22
1554/20 1560/14
1561/9 1578/1 1613/10
1649/6 1649/7
**explain [3]** 1628/12
1640/6 1641/3
**explaining [1]** 1535/17
**explore [1]** 1600/9
**exploring [1]** 1561/13
**expressed [3]** 1539/8
1586/4 1586/7
**expressing [1]**
1566/14
**extent [4]** 1545/21
1566/1 1610/9 1654/16
**extrapolate [1]**
1625/11
**extrapolated [1]**
1600/4
**extrapolating [1]**
1626/10
**extremely [1]** 1649/2
**extremes [1]** 1644/9

**F**

**fact [8]** 1540/20 1550/8
1573/12 1574/15
1584/13 1628/16
1629/17 1650/19
**fact-specific [1]**
1540/20
**factor [2]** 1545/22
1653/18
**factors [3]** 1617/3
1617/5 1629/14
**failed [1]** 1633/13
**fair [28]** 1535/19
1538/19 1545/4 1549/5
1567/20 1579/9 1589/7
1589/9 1592/6 1594/20
1600/6 1602/19 1603/9
1604/20 1606/2 1610/6
1611/13 1620/19
1622/7 1630/16 1631/9
1635/21 1638/16
1649/14 1649/19
1652/10 1653/2
1653/12
**fairly [3]** 1544/1
1589/21 1652/15
**familiar [3]** 1541/6
1552/20 1626/22
**familiarity [2]** 1556/18
1556/20
**far [4]** 1619/11 1621/2
1625/6 1638/21
**fast [3]** 1647/12 1653/5
1653/9
**feasible [1]** 1546/23
**feeding [1]** 1587/21
**feel [1]** 1563/14
**feels [1]** 1565/8
**felt [2]** 1556/10

**few [2]** 1562/12
1597/20
**Fewer [3]** 1642/6
1642/7 1642/8
**field [1]** 1632/14
**fifth [3]** 1531/17 1579/2
1623/19
**figure [12]** 1575/10
1575/13 1577/10
1582/3 1583/19
1592/18 1594/19
1645/14 1645/15
1648/19 1648/22
1651/11
**figured [1]** 1608/15
**figuring [1]** 1625/21
**filed [1]** 1536/16
**final [1]** 1592/24
**finally [1]** 1570/8
**find [7]** 1541/25 1547/4
1585/6 1585/8 1585/10
1629/23 1632/19
**finding [1]** 1629/22
**fine [2]** 1552/21 1601/8
**firm [22]** 1566/6 1572/3
1572/13 1572/20
1572/21 1572/22
1573/7 1573/8 1573/13
1574/11 1594/7 1594/7
1646/20 1648/11
1648/12 1648/14
1648/14 1649/22
1649/22 1650/8
1650/12 1650/12
**firm's [1]** 1646/18
**firms [14]** 1572/23
1572/25 1572/25
1573/8 1574/3 1574/18
1576/3 1587/16
1589/20 1601/6 1648/2
1648/10 1650/10
1650/16
**firms' [1]** 1648/20
**first [42]** 1536/16
1558/6 1558/10
1584/21 1584/25
1585/14 1586/2
1586/12 1588/9
1588/13 1589/2
1600/22 1605/5
1605/18 1608/9
1610/19 1611/9 1612/1
1612/2 1612/5 1612/16
1613/2 1616/10
1618/16 1621/2 1621/7
1625/10 1627/10
1632/12 1632/20
1633/2 1633/5 1633/7
1641/13 1641/18
1641/23 1644/22
1644/25 1646/5 1647/6
1652/14 1652/19
**Fishbein [1]** 1532/13
**fit [2]** 1611/1 1653/3
**five [6]** 1569/3 1585/19
1639/2 1639/3 1639/4
1648/12

fixed [15] 1590/10
1641/12 1641/22
1642/25 1643/7
1643/14 1643/19
1643/21 1644/1 1644/3
1644/6 1644/9 1644/11
1644/17 1652/22
**Floor [1]** 1532/4
**FLORENCE [1]**
1531/10
**focus [3]** 1545/17
1560/19 1614/9
**focused [1]** 1566/7
**focusing [1]** 1585/3
1585/3 1629/25
**followed [1]** 1621/25
1622/5
**foregoing [1]** 1657/3
**forgotten [1]** 1637/8
**form [13]** 1553/9
1554/3 1601/16
1601/25 1604/21
1609/16 1609/16
1612/21 1615/9 1621/6
1621/14 1627/24
1655/10
**format [12]** 1552/22
1586/1 1595/8 1603/4
1603/5 1607/22
1611/17 1613/11
1613/12 1614/2
1622/16 1637/11
**formats [3]** 1596/21
1609/24 1622/24
**former [1]** 1633/19
**forming [1]** 1608/13
**forms [4]** 1610/4
1621/12 1621/19
1621/21
**formula [1]** 1545/5
**fortune [1]** 1615/3
**forward [1]** 1554/15
1557/18 1560/17
1592/8
**found [1]** 1649/2
**four [2]** 1556/16
1585/18
**framework [1]** 1639/1
**frequency [1]** 1562/4
**frequently [6]** 1561/24
1563/12 1564/11
1564/12 1594/6
1596/15
**friends [1]** 1615/4
**front [2]** 1534/19
1644/12
**FTC [1]** 1633/20
**full [4]** 1562/18
1562/20 1584/8
1633/18
**full-time [1]** 1584/8
**function [2]** 1546/17
1546/21
**funding [2]** 1565/21
1565/22
**further [2]** 1534/10
1618/5
**future [1]** 1586/20

**F**

**future... [5]** 1586/22
1587/2 1587/9 1587/18
1595/7

**G**

**general [21]** 1534/12
1542/9 1547/13 1561/1
1563/3 1563/11
1565/13 1565/15
1569/12 1582/11
1591/15 1596/3 1596/5
1597/10 1610/25
1620/5 1622/7 1622/10
1626/1 1628/4 1630/6
**generally [5]** 1544/6
1566/18 1591/1 1597/9
1623/2
**generate [1]** 1551/3
**generated [1]** 1588/14
**gentleman [1]** 1566/10
**geographic [1]**
1648/25
**get [22]** 1542/4
1561/11 1575/6 1585/4
1589/17 1600/19
1601/21 1604/3 1612/6
1612/14 1612/22
1612/22 1613/21
1621/6 1622/6 1625/16
1626/2 1626/21 1635/4
1636/24 1648/9 1656/1
**getting [2]** 1545/25
1596/14
**give [11]** 1544/3
1570/24 1612/17
1619/18 1621/19
1626/19 1627/11
1630/20 1652/5
1654/19 1656/2
**given [11]** 1563/23
1566/13 1588/3 1595/6
1599/20 1608/8 1608/9
1623/7 1623/25 1624/4
1624/4
**gives [8]** 1572/25
1621/21 1622/22
1634/4 1634/15
1639/24 1655/24
1656/10
**giving [3]** 1572/5
1574/6 1619/9
**global [1]** 1555/10
**go [33]** 1536/14
1550/14 1550/22
1552/2 1552/6 1553/5
1554/15 1554/25
1558/15 1562/14
1570/16 1571/14
1572/24 1583/18
1593/3 1593/20
1595/12 1596/7 1596/8
1599/1 1600/15
1600/22 1601/5 1601/9
1628/5 1632/11
1636/17 1638/21
1640/23 1642/2
1655/14 1655/23

**go ahead [2]** 1550/14
1562/14
**goes [6]** 1557/19
1557/20 1600/12
1617/16 1619/14
1642/9
**going [33]** 1534/8
1547/23 1551/18
1557/18 1566/19
1573/18 1573/19
1579/25 1580/3 1586/3
1587/17 1590/23
1591/12 1592/8
1607/14 1608/2
1613/11 1615/1 1615/1
1617/9 1621/6 1623/17
1624/25 1625/1
1626/17 1628/21
1629/18 1640/17
1640/22 1646/4
1646/21 1656/19
1656/20
**going-forward [1]**
1557/18
**gone [1]** 1626/4
**good [17]** 1534/5
1534/6 1534/7 1535/2
1535/3 1538/25 1541/9
1574/25 1599/14
1599/15 1615/3 1628/1
1632/18 1636/16
1637/7 1652/13
1656/14
**goods [2]** 1620/8
1627/11
**Google [1]** 1566/6
**got [10]** 1536/7
1538/15 1538/16
1548/11 1553/4
1607/19 1616/20
1645/24 1645/25
1649/16
**government [1]**
1536/16
**grand [1]** 1633/12
**graph [1]** 1570/21
**graphs [1]** 1624/17
**great [4]** 1556/21
1612/7 1612/22 1648/2
**greater [1]** 1564/10
**grossly [1]** 1598/16
**group [13]** 1540/13
1541/25 1542/25
1542/25 1545/17
1546/8 1546/25 1547/2
1547/3 1549/15 1565/8
1572/17 1630/25
**groups [2]** 1543/7
1543/24
**guess [2]** 1554/19
1609/14
**guidelines [4]** 1581/14
1591/2 1597/17
1629/22
**Gumbel [4]** 1624/15
1624/21 1625/14
1626/1

**Guppy [35]** 1586/20
1621/6 1621/13
1621/19 1622/7
1622/12 1622/15
1629/10 1629/11
1629/13 1629/15
1629/15 1632/22
1632/24 1633/16
1633/18 1633/22
1633/24 1635/22
1635/25 1636/4 1636/6
1636/12 1637/1
1637/21 1638/2
1638/17 1639/1 1639/7
1639/9 1639/20
1639/24 1640/3
1640/19 1655/9
**Guppy's [2]** 1629/3
1629/6
**Guppys [5]** 1585/4
1632/11 1632/12
1632/15 1635/14
**guy [1]** 1625/2
**guys [1]** 1587/6

**H**

**Hachette [11]** 1548/20
1549/9 1564/9 1572/11
1574/12 1576/1
1581/22 1582/7
1583/22 1584/1 1584/7
**Hachette's [1]** 1573/10
**Hachettes [1]** 1573/23
**had [26]** 1540/15
1542/15 1547/17
1550/24 1555/19
1555/20 1555/21
1556/12 1602/9
1606/16 1606/21
1611/2 1630/25
1630/25 1635/2 1638/9
1639/2 1642/13
1643/12 1648/25
1650/14 1650/16
1650/22
**half [8]** 1570/6 1570/6
1579/20 1581/3
1635/22 1636/10
1654/4 1655/13
**handle [1]** 1542/4
**happen [2]** 1587/2
1617/11
**happened [1]** 1587/5
**happening [1]** 1546/4
**harbor [1]** 1629/8
**hard [3]** 1647/12
1653/5 1653/9
**harm [76]** 1538/8
1538/22 1539/12
1539/18 1539/19
1539/19 1539/22
1539/22 1554/16
1584/20 1584/24
1585/7 1585/8 1585/10
1585/15 1585/24
1586/4 1586/7 1586/8
1586/10 1586/13

1586/25 1587/16
1587/17 1588/13
1589/3 1590/5 1590/10
1590/14 1590/19
1590/23 1591/3
1591/12 1591/16
1593/9 1593/11
1593/14 1593/17
1595/17 1596/3 1596/5
1596/9 1597/11
1597/19 1597/20
1597/21 1597/21
1610/18 1618/18
1621/13 1622/8
1622/12 1622/17
1623/11 1628/13
1629/4 1629/9 1629/18
1629/24 1630/24
1634/5 1634/5 1635/6
1635/13 1635/14
1635/17 1635/22
1636/7 1636/10 1645/1
1645/2 1645/4 1655/10
1655/25
**Harp [1]** 1581/19
**Harper [1]** 1581/21
**HarperCollins [11]**
1548/19 1549/8
1550/25 1564/9
1566/13 1581/10
1581/18 1581/20
1581/22 1582/7
1582/16
**has [26]** 1535/21
1537/3 1545/8 1548/24
1550/8 1550/13 1552/1
1554/16 1557/9
1563/20 1566/10
1566/11 1569/22
1574/12 1577/2 1577/7
1592/3 1593/14
1608/15 1615/19
1620/24 1622/3
1622/21 1639/22
1647/13 1651/3
**hasn't [1]** 1627/17
**hate [1]** 1558/14
**have [127]** 1536/6
1536/21 1537/1
1538/13 1538/20
1539/12 1539/15
1540/22 1541/2 1541/6
1542/15 1543/11
1544/5 1544/16
1544/22 1544/25
1545/5 1546/10 1547/4
1548/12 1549/9
1549/12 1549/16
1549/23 1550/2 1551/2
1551/21 1553/6 1556/6
1556/10 1556/18
1556/20 1557/8
1557/10 1557/21
1558/2 1558/9 1561/6
1561/18 1563/7
1564/15 1564/17
1565/11 1565/12

1566/9 1566/22
1569/14 1570/15
1572/11 1572/14
1572/14 1574/11
1576/2 1576/4 1576/19
1576/24 1577/13
1577/16 1577/22
1578/8 1578/25 1583/1
1583/3 1584/13
1586/20 1587/5
1587/16 1587/23
1588/20 1589/20
1590/3 1591/10
1592/23 1594/5
1594/10 1597/20
1597/20 1598/5
1600/24 1602/11
1603/5 1603/13
1604/18 1604/19
1604/19 1604/24
1605/25 1606/15
1606/16 1607/25
1609/22 1611/13
1611/14 1612/21
1613/3 1614/8 1614/25
1616/8 1616/8 1620/17
1623/25 1624/17
1628/20 1628/24
1629/18 1631/3
1637/11 1639/1
1641/20 1641/21
1643/2 1644/12
1648/18 1649/23
1650/7 1651/1 1651/7
1653/14 1653/22
1654/10 1655/2
1655/16 1655/24
1656/10
**haven't [13]** 1539/24
1565/24 1577/1 1588/3
1609/14 1611/16
1625/18 1625/25
1626/4 1631/8 1634/12
1635/23 1635/23
**having [10]** 1564/13
1574/24 1574/25
1597/19 1613/17
1614/23 1615/4
1615/12 1629/8 1631/7
**he [15]** 1538/6 1554/20
1561/8 1566/10
1620/22 1626/2
1629/14 1638/11
1638/13 1643/1 1643/5
1643/7 1643/9 1652/4
1652/16
**he's [4]** 1554/20
1560/13 1561/20
1583/13
**head [2]** 1592/23
1592/23
**heads [1]** 1633/19
**hear [2]** 1606/20
1632/17
**heard [2]** 1534/11
1602/9
**help [2]** 1544/15

**help...** [1]  1628/12

**helps** [2]  1564/17
1564/18

**hence** [1]  1591/3

**her** [5]  1545/24 1594/5
1613/13 1618/5
1625/11

**here** [29]  1535/24
1537/24 1539/11
1545/23 1546/18
1546/21 1561/11
1563/6 1564/8 1571/22
1572/2 1578/22
1582/14 1586/22
1588/20 1596/3
1596/19 1597/2
1600/19 1622/11
1623/19 1626/25
1627/1 1627/13 1633/3
1634/9 1637/1 1645/13
1651/2

**here's** [2]  1586/23
1595/7

**HHI** [5]  1536/24 1538/3
1572/22 1572/24
1573/1

**high** [10]  1541/9
1550/9 1596/9 1597/6
1600/20 1601/10
1619/3 1627/8 1635/5
1648/9

**higher** [9]  1547/2
1547/18 1562/3
1589/23 1590/10
1608/6 1608/7 1642/4
1643/7

**highest** [13]  1578/3
1602/13 1602/15
1603/22 1604/2
1605/16 1606/19
1607/1 1607/4 1607/13
1608/18 1627/25
1638/13

**highlighted** [1]  1558/6

**highly** [1]  1539/2

**Hill** [16]  1535/2
1535/16 1537/23
1538/20 1544/16
1551/17 1558/2 1564/7
1568/10 1574/20
1577/5 1599/19 1613/6
1618/22 1637/7 1656/3

**him** [1]  1560/15

**hire** [1]  1594/25

**his** [17]  1537/6
1537/10 1537/11
1554/17 1566/12
1577/10 1579/23
1620/19 1629/12
1638/9 1638/11
1638/11 1642/25
1651/21 1651/22
1651/25 1652/8

**historical** [3]  1586/19
1610/7 1610/11

**Historically** [1]
1616/25

**history** [1]  1556/19

**hold** [2]  1603/25
1627/15

**holds** [1]  1569/7

**honestly** [1]  1648/22

**Honor** [51]  1534/6
1534/7 1534/12 1535/1
1535/4 1537/21
1539/24 1551/17
1554/14 1554/22
1557/22 1559/6
1559/18 1560/16
1561/10 1561/23
1562/11 1564/1
1565/13 1568/12
1568/19 1568/23
1587/4 1587/12 1588/4
1591/22 1595/14
1597/17 1599/8
1599/15 1600/6 1600/8
1607/20 1611/23
1616/24 1617/15
1624/23 1625/11
1627/7 1632/9 1636/16
1637/5 1638/2 1639/2
1641/4 1642/21 1645/4
1646/17 1648/24
1649/14 1656/16

**Honor's** [1]  1618/5

**HONORABLE** [1]
1531/10

**hoping** [1]  1544/11

**house** [56]  1532/3
1548/19 1549/8 1555/7
1555/9 1555/13
1555/20 1556/11
1564/8 1574/10
1574/21 1575/8
1575/11 1575/16
1575/23 1576/15
1579/13 1579/24
1581/11 1581/19
1581/25 1582/17
1584/21 1586/8
1586/11 1588/8
1589/23 1590/24
1591/13 1591/16
1591/19 1592/2 1592/4
1592/14 1594/4
1595/16 1595/19
1597/13 1619/21
1623/16 1631/25
1632/3 1632/4 1632/5
1636/11 1641/5 1642/9
1642/16 1643/14
1643/15 1643/21
1643/23 1644/5
1644/19 1652/21
1654/3

**House's** [2]  1641/7
1646/20

**houses** [2]  1550/24
1564/7

**how** [57]  1544/9
1556/20 1556/22
1556/25 1556/25
1569/22 1570/25
1574/6 1574/23
1575/10 1575/13
1575/18 1576/2
1577/16 1583/9
1586/23 1590/19
1591/10 1593/21
1594/14 1595/7 1596/3
1596/4 1596/13 1597/3
1597/8 1597/23 1598/5
1598/6 1604/13
1605/25 1608/9
1608/11 1614/3
1614/13 1617/10
1618/22 1619/11
1623/4 1623/9 1628/18
1632/2 1632/3 1632/5
1638/12 1638/18
1640/2 1640/6 1640/6
1641/17 1647/12
1651/22 1652/17
1655/11 1656/10

**however** [2]  1613/13
1619/24

**hybrid** [6]  1598/22
1621/20 1621/24
1621/25 1622/13
1636/9

**Hyperion** [5]  1567/8
1567/11 1567/14
1569/4 1569/22

**hypothetical** [16]
1544/12 1544/17
1544/25 1545/2 1545/5
1545/6 1545/11
1546/13 1547/25
1548/4 1563/5 1563/7
1574/20 1593/6
1630/20 1631/2

**hypothetically** [1]
1619/20

**I**

**I also** [2]  1612/9
1633/10

**I am** [2]  1601/19
1608/7

**I apologize** [8]  1550/14
1563/3 1568/5 1568/8
1584/3 1585/9 1633/20
1634/21

**I assume** [1]  1651/17

**I assumed** [1]  1632/14

**I believe** [11]  1539/3
1542/14 1556/16
1557/19 1567/18
1588/20 1590/11
1605/21 1651/3 1652/2
1652/24

**I can** [4]  1541/24
1552/18 1552/25
1646/24

**I can't** [6]  1563/8
1589/8 1597/19 1598/3
1654/19 1656/12

**I did** [10]  1537/5
1544/8 1627/14
1632/25 1638/3 1638/3

1645/2 1653/20

**I didn't** [3]  1593/25
1632/17 1644/11

**I didn't know** [1]
1569/13

**I don't** [17]  1535/21
1537/2 1537/10 1541/5
1545/9 1559/12
1560/22 1583/9 1590/3
1594/8 1595/24
1622/10 1624/16
1631/2 1638/21
1652/15 1655/15

**I don't have** [6]  1578/8
1583/1 1598/5 1604/24
1609/22 1655/2

**I don't recall** [17]
1541/4 1542/22
1552/15 1566/17
1566/24 1567/19
1576/17 1579/16
1579/17 1579/21
1583/1 1627/6 1631/7
1651/11 1651/15
1652/8 1652/25

**I guess** [1]  1554/19

**I have** [8]  1556/20
1557/10 1558/9
1578/25 1600/24
1602/11 1624/17
1656/10

**I haven't** [8]  1539/24
1577/1 1588/3 1625/25
1626/4 1631/8 1635/23
1635/23

**I just** [8]  1567/6
1576/10 1583/13
1605/21 1613/3
1614/23 1653/9
1655/19

**I know** [3]  1593/4
1597/24 1615/5

**I mean** [19]  1543/9
1543/11 1544/8
1547/14 1573/21
1593/15 1594/17
1594/24 1615/3 1620/5
1622/3 1630/6 1631/2
1632/1 1633/2 1634/21
1634/25 1647/6 1655/5

**I recall** [1]  1566/18

**I remember** [1]
1583/10

**I say** [1]  1595/17

**I think** [72]  1535/25
1536/6 1536/8 1538/15
1539/5 1541/11 1542/7
1544/14 1545/15
1545/22 1546/3
1548/24 1551/20
1554/14 1554/15
1558/12 1561/10
1561/17 1561/20
1562/9 1562/24
1563/11 1564/15
1564/15 1566/9
1571/11 1573/21

1578/8 1578/24
1590/17 1591/1 1593/1
1593/2 1593/8 1597/8
1597/18 1601/22
1604/6 1607/17
1607/19 1609/6 1609/8
1609/22 1614/8
1617/14 1618/2 1620/5
1624/24 1628/15
1629/20 1632/8 1633/2
1633/16 1634/25
1635/2 1638/22 1639/6
1645/16 1645/18
1645/23 1645/24
1647/6 1647/8 1647/20
1651/16 1652/19
1652/23 1652/25
1654/8 1655/7

**I thought** [3]  1612/6
1618/20 1642/19

**I told** [1]  1612/5

**I understand** [3]
1607/18 1632/8
1637/13

**I used** [1]  1638/12

**I want** [8]  1535/24
1550/22 1555/2
1560/19 1600/20
1607/17 1636/22
1641/11

**I wanted** [1]  1644/8

**I was** [4]  1567/12
1575/22 1576/14
1597/2

**I will** [5]  1557/25
1560/16 1573/9 1609/2
1636/17

**I would** [1]  1573/5

**I wouldn't** [4]  1582/1
1593/24 1594/24
1613/16

**I'd** [6]  1537/16 1542/4
1581/13 1600/9
1633/18 1637/7

**I'll** [13]  1558/14
1566/24 1567/22
1567/23 1593/4
1594/22 1595/1 1606/1
1612/17 1614/7 1625/6
1648/11 1649/1

**I'm** [74]  1537/19
1537/24 1541/15
1541/23 1541/24
1542/9 1544/11 1546/9
1549/25 1550/1 1551/5
1551/6 1551/20 1552/8
1555/1 1555/4 1556/24
1560/12 1561/11
1561/13 1565/22
1567/25 1568/3 1568/6
1568/14 1568/18
1569/19 1571/16
1573/1 1573/1 1577/8
1579/16 1582/5
1582/14 1584/2 1585/3
1586/13 1587/1 1587/8
1587/21 1587/22

## I

I'm... **[33]** 1591/10 1593/2 1596/1 1597/9 1597/11 1601/18 1602/1 1606/20 1606/24 1607/14 1613/9 1613/17 1615/1 1615/1 1617/24 1624/25 1625/1 1625/20 1631/12 1631/21 1632/15 1634/2 1634/22 1636/16 1638/8 1640/17 1640/22 1643/17 1646/15 1650/4 1651/19 1656/3 1656/20

I'm going **[4]** 1607/14 1624/25 1640/22 1656/20

I'm just **[4]** 1591/10 1615/1 1615/1 1625/20

I'm not **[5]** 1551/5 1565/22 1579/16 1587/21 1613/9

I'm not sure **[2]** 1606/20 1646/15

I'm sorry **[11]** 1546/9 1549/25 1550/1 1568/6 1568/18 1584/2 1601/18 1631/21 1632/15 1634/22 1643/17

I've **[18]** 1541/4 1543/13 1543/14 1548/11 1551/10 1552/17 1575/18 1586/7 1599/18 1607/19 1615/5 1615/10 1616/20 1622/10 1624/24 1635/25 1637/1 1655/17

ID **[1]** 1558/10

idea **[5]** 1557/8 1557/10 1593/1 1635/2 1635/3

identified **[8]** 1540/22 1550/23 1550/24 1564/8 1586/4 1590/6 1590/14 1590/18

identifies **[1]** 1551/24

identify **[6]** 1535/24 1540/12 1541/23 1546/22 1600/20 1647/18

identifying **[2]** 1546/21 1585/25

Ilhan **[1]** 1531/13

imagine **[1]** 1607/8

impact **[1]** 1628/17

impeding **[1]** 1562/18

Imperial **[1]** 1647/22

implication **[1]** 1603/4

implicit **[1]** 1588/7

importance **[2]** 1571/8 1581/16

important **[8]** 1579/7

1628/18 1629/20 1641/8 1647/8 1652/16

imprint **[3]** 1594/5 1631/24 1632/4

imprint-wide **[1]** 1594/5

inadequate **[1]** 1540/16

incentive **[3]** 1566/5 1603/6 1612/24

include **[7]** 1543/14 1632/11 1632/22 1641/11 1641/23 1644/9 1645/10

included **[7]** 1543/2 1555/20 1571/1 1571/2 1633/11 1640/24 1641/7

including **[5]** 1563/14 1588/15 1608/21 1617/16 1631/16

inconsequential **[1]** 1636/3

increase **[2]** 1614/25 1649/24

increased **[1]** 1648/12

increasing **[1]** 1576/23

incremental **[1]** 1640/11

incurred **[1]** 1640/11

INDEX **[2]** 1533/2 1533/7

indicate **[1]** 1579/24

indicated **[5]** 1566/15 1589/12 1608/20 1633/15 1653/25

indicates **[1]** 1622/15

indicating **[1]** 1591/4

indication **[2]** 1574/6 1593/11

indifferent **[1]** 1619/15

individual **[4]** 1572/19 1573/10 1574/3 1589/20

individually **[1]** 1574/4

indulgence **[1]** 1562/12

industries **[1]** 1595/2

industry **[13]** 1543/15 1554/21 1560/7 1560/14 1561/9 1563/13 1565/17 1607/23 1609/25 1610/8 1611/4 1611/18 1633/23

infer **[1]** 1550/8

inference **[1]** 1655/11

inferences **[1]** 1573/22

inferior **[1]** 1563/17

information **[14]** 1540/15 1587/22 1593/23 1594/6 1597/10 1598/4 1598/16 1607/25 1614/16 1617/24 1619/14 1620/6 1624/4 1624/18

informative **[1]** 1638/24

infrequently **[1]** 1574/16

initial **[7]** 1583/19 1640/22 1640/24 1642/22 1645/14 1647/14 1651/3

input **[1]** 1637/2

inputs **[19]** 1610/7 1626/9 1626/14 1626/18 1626/19 1626/20 1635/18 1636/8 1636/9 1636/10 1636/12 1636/14 1636/20 1638/9 1638/17 1646/9 1656/1 1656/4 1656/4

inside **[6]** 1574/25 1575/2 1585/1 1585/23 1591/12 1623/7

insight **[1]** 1619/10

instead **[2]** 1572/22 1587/22

institutes **[1]** 1581/3

instructive **[2]** 1610/22 1610/25

insufficient **[1]** 1538/23

intended **[2]** 1541/21 1595/5

intent **[1]** 1566/22

intention **[2]** 1567/10 1567/13

interested **[1]** 1553/22

interesting **[2]** 1544/13 1656/22

internal **[1]** 1636/1

internalizing **[1]** 1591/25

internally **[1]** 1649/4

interpret **[3]** 1583/9 1632/1 1655/7

interpretation **[1]** 1649/5

interpreted **[1]** 1617/23

interrupted **[1]** 1634/22

interval **[4]** 1654/20 1655/2 1655/6 1655/24

intricacies **[1]** 1542/8

intuition **[1]** 1597/2

intuitions **[1]** 1597/2

invariably **[1]** 1630/3

invest **[4]** 1566/3 1566/4 1566/5 1566/7

investigation **[2]** 1552/19 1554/2

investments **[1]** 1565/1

invitation **[2]** 1554/3 1594/14

invite **[4]** 1554/8 1554/10 1613/18 1630/22

invited **[7]** 1553/16 1553/20 1574/22 1593/21 1613/20

involve **[1]** 1630/12

involved **[1]** 1595/21 1647/15 1648/10

involving **[1]** 1551/25

is **[335]**

Is that **[1]** 1624/1

is that correct **[6]** 1538/11 1541/19 1550/10 1571/20 1572/12 1589/18

is that fair **[1]** 1602/19

is that right **[1]** 1548/13

is there **[5]** 1562/17 1592/17 1634/19 1646/3 1653/11

isn't **[9]** 1544/22 1545/10 1546/12 1547/16 1565/10 1585/14 1653/5 1654/14 1655/5

issue **[1]** 1647/16

it **[297]**

it would be **[5]** 1540/19 1541/8 1575/14 1589/5 1644/24

it's **[122]** 1534/8 1536/8 1536/8 1537/23 1538/16 1539/1 1542/7 1542/7 1544/23 1545/22 1546/22 1547/6 1547/7 1547/23 1553/3 1557/11 1557/17 1557/19 1558/7 1561/12 1562/6 1562/24 1564/15 1566/7 1567/20 1568/1 1568/6 1568/10 1573/10 1573/25 1574/6 1577/3 1577/9 1577/10 1577/20 1579/7 1582/4 1583/15 1585/20 1586/3 1586/7 1586/21 1586/22 1587/12 1587/14 1587/21 1589/21 1591/5 1591/12 1591/18 1592/25 1594/8 1597/19 1597/24 1598/4 1599/20 1599/25 1600/5 1601/11 1602/4 1603/16 1603/23 1604/12 1606/5 1607/2 1607/3 1608/17 1608/24 1609/6 1609/7 1609/22 1609/22 1613/15 1615/8 1617/11 1617/18 1618/7 1620/6 1621/3 1622/8 1622/11 1622/23 1623/16 1624/8 1624/12 1624/15 1624/16 1625/4 1626/9 1629/13 1629/20 1630/3

1632/2 1632/3 1634/25 1635/8 1635/21 1636/3 1636/10 1636/24 1637/16 1639/19 1640/16 1646/4 1646/13 1646/19 1647/6 1647/8 1647/18 1650/21 1651/4 1651/4 1652/16 1652/22 1652/23 1652/24 1652/25 1653/15 1654/7 1656/18

it's likely **[1]** 1629/13

items **[1]** 1561/11

its **[9]** 1536/8 1536/16 1566/16 1566/17 1583/12 1600/18 1641/17 1648/12 1648/13

itself **[4]** 1586/10 1590/23 1604/4 1617/20

## J

January **[1]** 1571/19

Jeffrey **[1]** 1531/14

John **[1]** 1531/13

Jointly **[1]** 1613/13

journalists **[1]** 1615/4

JUDGE **[1]** 1531/10

judgment **[1]** 1653/16

June **[1]** 1571/19

just **[95]** 1539/4 1539/11 1541/17 1542/11 1542/25 1546/16 1549/19 1551/6 1551/12 1553/14 1558/1 1558/7 1559/11 1560/23 1562/12 1564/20 1564/22 1565/11 1567/6 1570/16 1570/19 1573/1 1573/18 1574/10 1576/10 1582/10 1583/13 1584/11 1586/18 1587/20 1589/20 1591/10 1592/25 1595/2 1595/25 1596/2 1596/13 1598/3 1599/1 1599/16 1599/23 1600/2 1600/9 1600/20 1601/12 1601/18 1601/22 1602/6 1603/24 1605/4 1605/21 1606/24 1607/3 1608/1 1608/10 1608/17 1612/9 1612/17 1613/3 1614/23 1615/1 1615/1 1615/15 1618/9 1618/10 1619/18 1621/24 1622/22 1622/23 1622/23 1623/16 1623/18 1625/1 1625/20 1626/7

**J**

just... [19]  1627/8
1633/9 1635/11
1635/22 1636/23
1637/5 1644/23 1645/9
1647/18 1648/2 1649/1
1649/4 1650/22 1653/9
1653/17 1653/19
1655/19 1655/22
1656/3
**JUSTICE [3]**  1531/16
1633/20 1647/20
justifies [1]  1576/10

**K**

Karp [1]  1575/23
keep [3]  1560/15
1571/5 1640/23
kept [1]  1642/16
key [6]  1544/8 1556/9
1581/15 1597/1 1597/2
1624/19
KGAA [1]  1531/6
Kim [1]  1531/13
kind [7]  1554/8
1599/24 1602/6
1611/12 1614/12
1614/16 1627/9
knew [4]  1567/18
1569/12 1606/14
1606/21
know [42]  1537/3
1540/18 1541/5
1543/16 1545/8 1552/6
1556/12 1556/14
1556/24 1565/2
1569/13 1570/24
1570/25 1574/22
1575/22 1575/24
1575/24 1575/25
1576/21 1583/7 1583/9
1593/1 1593/4 1594/7
1595/1 1596/19
1597/24 1598/3 1598/4
1607/11 1609/4
1609/17 1615/5 1621/3
1622/2 1624/16
1629/21 1631/15
1637/5 1639/5 1650/3
1650/8
knowledge [1]  1570/20
known [2]  1560/7
1605/5
knows [1]  1604/17

**L**

language [2]  1597/17
1629/22
large [5]  1534/18
1563/9 1563/13
1572/25 1623/9
largely [2]  1545/17
1576/15
larger [13]  1549/23
1572/11 1573/10
1574/18 1591/23
1619/3 1619/4 1622/12
1636/7 1652/2 1652/9

largest [9]  1578/10
1578/15 1578/16
1578/18 1578/20
1578/20 1578/21
1579/1 1579/2
last [8]  1548/3 1549/25
1557/8 1558/24
1559/21 1576/24
1578/22 1584/14
later [1]  1614/9
launch [1]  1567/8
lead [1]  1605/18
leap [1]  1596/4
learn [1]  1656/6
learned [1]  1615/5
learning [2]  1603/9
1603/11
least [5]  1582/23
1582/24 1616/13
1622/14 1635/6
leaves [1]  1585/21
left [1]  1603/22
less [14]  1540/2
1556/23 1563/12
1570/10 1574/5
1592/14 1593/4 1593/7
1593/9 1597/21
1635/19 1645/2
1647/14 1652/22
let [15]  1539/20
1546/12 1550/7 1552/2
1552/2 1552/6 1554/6
1575/6 1598/25
1601/22 1606/7
1619/13 1633/25
1636/23 1639/23
let's [27]  1551/14
1553/19 1554/25
1561/2 1571/13
1571/14 1575/10
1577/19 1577/22
1582/3 1584/18
1585/24 1593/20
1594/10 1598/21
1599/5 1600/12 1601/9
1605/4 1608/17 1614/9
1628/5 1630/1 1632/11
1643/22 1648/13
1653/21
level [26]  1535/17
1536/1 1536/21 1540/6
1547/1 1547/2 1548/5
1574/2 1576/4 1576/9
1597/9 1600/20
1601/10 1617/14
1617/15 1619/4 1622/7
1627/8 1640/5 1640/15
1640/16 1641/20
1643/1 1643/2 1643/7
1648/9
levels [3]  1535/18
1545/14 1565/1
leverage [1]  1544/5
Lexington [1]  1532/14
Licht [1]  1531/15
like [33]  1537/16
1542/4 1549/7 1552/15

1566/1 1574/12
1588/12 1592/8
1595/18 1596/18
1597/4 1600/9 1609/21
1615/2 1617/3 1623/23
1624/3 1624/5 1624/7
1624/7 1624/11
1624/14 1624/17
1626/5 1630/14
1639/20 1644/9
1644/11 1644/24
1646/24 1650/15
likely [23]  1545/21
1546/18 1548/18
1574/7 1574/10
1574/11 1574/17
1575/10 1575/13
1581/10 1581/23
1581/23 1582/7
1586/23 1591/4 1596/3
1608/7 1608/9 1623/8
1623/9 1629/13
1655/11 1656/11
limited [1]  1561/16
line [7]  1536/9 1568/17
1569/18 1579/2 1579/2
1617/6 1652/18
linear [2]  1625/16
1625/18
lines [1]  1568/17
Lisa [1]  1531/15
list [5]  1535/7 1552/14
1558/15 1567/21
1578/7
listed [1]  1559/16
listing [1]  1559/7
literal [2]  1603/16
1604/11
literally [4]  1542/5
1545/4 1603/25 1637/8
little [19]  1539/11
1542/4 1544/13
1545/15 1554/15
1561/11 1566/18
1570/10 1577/22
1584/18 1590/13
1597/6 1597/21 1599/2
1600/10 1605/4
1624/21 1636/22
1650/21
LLP [4]  1532/3 1532/8
1532/13 1532/17
long [1]  1591/20
longer [1]  1594/7
look [44]  1536/2
1537/15 1537/16
1538/21 1544/1
1551/14 1557/21
1558/6 1564/24 1567/5
1568/16 1571/13
1572/10 1575/20
1576/1 1577/3 1577/19
1582/3 1595/18 1596/9
1596/18 1597/1 1597/4
1598/21 1598/23
1609/5 1623/23 1624/5
1624/7 1624/7 1624/14

1629/19 1633/5
1634/14 1639/20
1640/10 1640/11
1640/13 1640/15
1646/24 1652/17
1652/17
looked [8]  1539/24
1543/25 1596/20
1608/23 1612/9
1612/12 1633/10
1644/11
looking [16]  1536/3
1537/12 1568/8
1576/14 1587/15
1595/25 1602/3 1622/8
1626/8 1632/2 1632/14
1633/9 1638/19
1648/19 1653/13
1655/22
looks [6]  1541/11
1552/15 1624/3
1624/11 1624/17
1651/16
Los [1]  1532/5
loses [1]  1592/1
losses [1]  1545/20
lost [3]  1575/18 1576/2
1624/24
lot [7]  1541/4 1541/22
1597/20 1597/21
1605/10 1613/3
1635/17
lots [4]  1543/14 1566/6
1597/6 1624/20
low [5]  1557/12 1597/5
1624/20 1654/22
1655/1
lowe [1]  1547/18
lower [8]  1547/1
1547/6 1548/1 1592/24
1592/24 1608/7 1622/8
1655/3
lowers [1]  1546/15
lowest [4]  1634/3
1634/4 1634/15 1635/1
Ls [9]  1640/5 1640/15
1641/19 1641/20
1643/1 1643/2 1643/5
1644/13 1645/24
lumped [1]  1542/25

**M**

machinery [1]  1600/16
Macmillan [9]  1548/19
1549/8 1564/9 1572/12
1573/10 1581/22
1582/7 1584/1 1584/7
Macmillans [2]
1550/25 1573/23
made [9]  1554/20
1564/6 1565/15
1565/24 1571/1
1577/13 1598/19
1642/13 1643/7
major [1]  1546/21
majority [3]  1569/24
1609/9 1609/11

make [24]  1535/25
1536/5 1547/25
1564/25 1570/19
1583/7 1583/14 1587/8
1593/22 1593/24
1596/2 1596/4 1597/10
1598/3 1607/17 1612/7
1614/2 1619/1 1622/16
1625/21 1637/7 1647/7
1647/8 1653/9
maker [1]  1556/9
makes [5]  1586/24
1601/14 1601/24
1618/8 1636/6
making [3]  1559/25
1579/8 1604/24
management [2]
1594/25 1595/2
manipulate [1]
1615/14
many [11]  1556/25
1569/22 1570/25
1574/23 1583/21
1584/14 1596/21
1598/14 1598/14
1604/14 1614/13
margin [34]  1608/8
1618/25 1619/3 1619/4
1619/9 1623/7 1624/20
1624/20 1625/10
1625/12 1632/6 1641/7
1641/11 1642/9
1645/10 1646/18
1646/18 1646/20
1646/21 1646/25
1648/7 1648/8 1648/12
1648/12 1648/13
1648/14 1648/15
1648/20 1649/20
1649/22 1649/22
1650/17 1650/23
1651/6
margins [69]  1590/13
1597/4 1597/5 1597/6
1600/15 1600/21
1600/22 1600/23
1601/1 1610/10
1610/12 1617/9 1623/5
1623/8 1623/10
1623/13 1623/15
1623/21 1623/23
1624/4 1626/16 1640/3
1640/18 1640/25
1641/18 1641/23
1641/24 1642/2
1643/11 1646/7 1646/7
1646/8 1646/9 1646/13
1646/16 1647/9
1647/11 1647/11
1647/14 1647/14
1648/2 1648/6 1648/7
1648/16 1648/18
1648/20 1648/21
1649/1 1649/4 1649/9
1649/13 1649/13
1649/18 1650/3 1650/5
1650/8 1650/11 1651/4
1651/7 1651/9 1651/21

**margins... [8]** 1651/25
1652/6 1652/13
1652/14 1652/14
1652/18 1653/13
1654/18
**marked [3]** 1553/6
1558/2 1577/7
**market [103]** 1535/18
1536/2 1536/3 1536/4
1536/11 1536/13
1536/20 1536/24
1536/25 1537/8 1538/3
1538/7 1538/21 1539/2
1539/13 1539/23
1539/25 1540/2 1540/6
1540/10 1540/17
1540/22 1540/24
1541/3 1541/9 1542/13
1542/24 1543/2 1543/4
1543/12 1543/13
1543/16 1543/19
1543/21 1543/21
1543/24 1544/6
1545/16 1545/24
1546/8 1546/19 1547/4
1547/7 1547/7 1549/20
1549/23 1550/2 1550/9
1551/2 1551/4 1555/18
1555/20 1556/15
1557/10 1557/11
1557/13 1557/14
1559/22 1559/25
1560/1 1560/11
1560/20 1567/8
1567/11 1570/3
1570/14 1571/6 1572/6
1572/11 1572/15
1572/23 1573/2 1573/9
1586/23 1587/24
1587/24 1588/22
1599/20 1601/2
1610/10 1610/12
1616/21 1616/22
1617/11 1617/12
1618/6 1619/18
1619/20 1623/8 1624/4
1628/20 1628/24
1630/22 1631/12
1636/24 1637/2
1638/24 1648/25
1648/25 1649/3 1649/8
1649/9 1656/2
**marketing [4]** 1549/4
1556/2 1562/21
1564/17
**marketplace [3]**
1562/23 1579/18
1639/6
**markets [1]** 1543/16
**marking [1]** 1534/22
**match [1]** 1615/1
1647/14 1652/21
1653/6
**materials [1]** 1538/11
**matter [8]** 1591/20
1594/21 1607/3 1637/6
1647/19 1653/16

**mattering [1]** 1601/7
**matters [2]** 1608/13
1625/12
**maximize [1]** 1616/3
**maximize value [1]**
1616/3
**maximized [1]** 1616/4
**maximizing [1]**
1615/22
**maximum [3]** 1590/5
1603/2 1615/16
**may [36]** 1542/1
1542/2 1543/13
1543/16 1546/10
1547/5 1550/12
1550/17 1556/16
1563/8 1563/24 1566/6
1566/9 1568/12
1569/17 1579/9
1593/19 1596/16
1596/18 1600/7
1601/22 1613/16
1613/17 1613/23
1616/3 1616/4 1616/5
1624/23 1625/6
1625/24 1630/20
1635/1 1635/10
1636/23 1647/21
1648/9
**maybe [4]** 1554/19
1570/10 1597/19
1609/22
**me [57]** 1534/9
1535/25 1536/2 1538/6
1539/20 1540/17
1544/16 1545/10
1546/12 1546/24
1548/11 1550/7 1551/9
1552/2 1552/6 1554/6
1554/7 1556/5 1556/25
1558/10 1559/4
1559/24 1560/10
1563/4 1568/7 1575/6
1577/3 1578/15
1581/21 1583/20
1584/11 1585/7
1590/15 1593/13
1593/18 1599/1
1599/19 1600/20
1601/12 1601/22
1606/4 1606/7 1607/11
1613/6 1615/7 1616/20
1619/13 1621/13
1622/19 1624/9 1629/2
1633/25 1636/23
1639/23 1643/20
1656/9 1656/10
**Meagan [1]** 1531/16
**mean [52]** 1539/5
1539/18 1539/19
1539/22 1543/9
1543/11 1544/8 1545/2
1547/13 1547/14
1548/14 1550/4
1555/17 1562/20
1573/21 1575/5
1578/20 1582/10

1593/15 1593/15
1594/17 1594/24
1597/5 1597/6 1597/16
1603/10 1613/18
1615/3 1615/15
1618/11 1620/5 1622/3
1623/10 1623/13
1626/19 1627/15
1630/6 1631/2 1632/1
1633/2 1634/14
1634/21 1634/25
1641/3 1643/16
1643/18 1647/6
1651/25 1654/24
1655/5
**means [8]** 1545/23
1572/17 1573/14
1587/25 1605/7
1613/20 1624/20
1624/20
**measure [2]** 1572/24
1588/15
**measuring [2]** 1591/5
1653/10
**mechanical [1]**
1532/24
**mechanically [3]**
1606/18 1606/25
1608/14
**mechanics [1]** 1631/6
**mechanism [10]**
1554/16 1585/1
1593/14 1596/1
1598/11 1605/2 1611/1
1622/22 1634/12
1635/4
**mechanisms [6]**
1598/2 1598/13
1598/14 1617/19
1617/21 1633/12
**Melvin [1]** 1531/14
**member [1]** 1573/16
**members [4]** 1562/25
1562/25 1572/3
1573/25
**mentioned [4]** 1535/5
1543/19 1579/7
1635/22
**mercifully [2]** 1544/11
1546/11
**merge [1]** 1572/21
**merged [7]** 1572/3
1586/19 1592/7
1592/17 1593/21
1594/13 1595/10
**merger [9]** 1539/13
1539/23 1540/3
1544/10 1544/24
1591/24 1592/18
1618/18 1656/7
**merging [2]** 1581/2
1584/19 1584/25
1599/21 1600/23
1601/6 1610/14
1610/15 1610/19
1626/10
**Merit [1]** 1532/21

**method [1]** 1625/14
**methodology [1]**
1629/10
**mid [1]** 1615/9
**mid-stream [1]** 1615/9
**might [9]** 1541/9
1544/5 1544/10
1547/18 1566/19
1575/22 1596/23
1606/16 1607/10
**Miller [3]** 1620/17
1626/1 1647/6
**Miller's [2]** 1646/5
1652/16
**million [4]** 1570/9
1590/7 1590/16 1591/7
**millions [2]** 1543/4
1544/4
**mind [7]** 1536/6 1562/2
1563/7 1573/12
1597/15 1620/17
1648/18
**mine [5]** 1643/13
1643/25 1651/12
1652/9 1653/1
**minimum [1]** 1577/13
**minority [1]** 1609/24
**minute [4]** 1534/9
1585/5 1599/5 1601/21
**misleading [2]** 1601/11
1650/21
**misrepresenting [1]**
1598/17
**misspoke [1]** 1550/6
**misstate [1]** 1601/11
**mitigating [1]** 1629/14
**mix [2]** 1564/15 1644/5
**model [210]**
**modeling [12]** 1590/22
1594/18 1598/2
1598/15 1601/23
1611/10 1631/4
1632/16 1632/19
1636/5 1650/6 1654/7
**models [16]** 1593/10
1596/24 1615/17
1629/1 1629/21
1629/22 1629/23
1633/9 1634/4 1634/8
1636/18 1638/7
1641/10 1653/7
1653/21 1655/10
**modification [1]**
1634/2
**modify [2]** 1633/25
1634/1
**money [3]** 1565/11
1566/11 1566/13
**monopolist [6]**
1544/12 1544/17
1544/18 1544/25
1545/3 1545/3
**monopsonist [7]**
1544/19 1545/2 1545/6
1545/11 1546/13
1548/1 1548/4
**more [60]** 1540/2

1544/23 1544/5
1548/18 1549/1
1549/24 1550/2 1550/3
1561/24 1562/6
1562/12 1562/24
1564/11 1564/12
1564/21 1564/22
1564/24 1566/11
1569/23 1570/6
1571/19 1572/25
1574/15 1574/17
1574/18 1576/18
1581/10 1581/23
1582/8 1582/17
1583/22 1583/25
1584/6 1589/21
1590/21 1591/1 1592/1
1592/12 1593/15
1596/1 1596/2 1596/7
1599/2 1603/10 1608/6
1610/24 1611/20
1614/8 1619/4 1619/5
1619/6 1620/5 1623/2
1623/10 1632/1
1635/11 1635/17
1640/23 1645/4 1654/8
**morning [1]** 1566/10
**most [8]** 1565/8
1565/11 1581/23
1582/7 1604/6 1604/20
1610/1 1635/6
**motivating [1]** 1635/2
**move [4]** 1535/5
1560/16 1612/1 1632/7
**moved [1]** 1583/8
**moving [1]** 1619/8
**Mr. [9]** 1542/22
1560/13 1561/8
1566/10 1574/8
1575/23 1599/4
1623/22 1631/11
**Mr. Clancy [1]** 1542/22
**Mr. Karp [1]** 1575/23
**Mr. Murray [1]** 1566/10
**Mr. Oppenheimer [5]**
1560/13 1561/8 1599/4
1623/22 1631/11
**Mr. Oppenheimer's [1]**
1574/8
**Ms. [2]** 1568/4 1569/17
**Ms. Agurto's [2]**
1568/4 1569/17
**much [12]** 1544/15
1574/15 1593/7
1595/18 1598/7 1606/1
1647/4 1653/15
1653/15 1655/12
1656/18 1656/22
**multi [6]** 1579/14
1582/22 1622/12
1630/3 1635/16 1636/6
**multiple [2]** 1542/8
1602/24
**Murray [1]** 1566/10
**must [1]** 1556/6
**my [46]** 1537/9
1537/11 1539/25
1543/25 1544/8

**M**

**my... [41]** 1544/18
1546/10 1548/3
1548/14 1550/17
1568/11 1577/3
1579/22 1582/11
1587/1 1597/1 1606/6
1607/10 1607/13
1608/7 1608/8 1608/23
1615/1 1618/16
1633/13 1634/14
1635/8 1636/9 1636/16
1637/2 1639/19
1642/24 1643/6
1643/25 1644/4
1644/16 1645/17
1645/15 1648/19
1649/5 1651/3 1651/16
1652/3 1654/7
**MYERS [2]** 1532/3
1532/8
**myself [1]** 1640/17

**N**

**name [2]** 1552/1
1624/9
**narrow [2]** 1606/13
1607/12
**narrowly [4]** 1585/23
1595/25 1617/20
1623/1
**Nate [1]** 1626/1
**necessarily [7]**
1575/24 1585/18
1585/20 1593/24
1605/19 1620/14
1654/8
**necessary [1]** 1631/6
**need [4]** 1561/13
1592/21 1613/2
1629/13
**needed [1]** 1556/2
**needs [2]** 1562/22
1646/2
**nefariously [1]**
1615/15
**negotiate [1]** 1616/10
**negotiating [3]** 1544/5
1592/7 1593/2
**negotiation [11]**
1604/23 1605/2
1609/13 1610/23
1611/6 1611/24
1613/15 1616/14
1618/15 1622/5 1622/9
**negotiations [22]**
1592/25 1596/22
1608/22 1608/25
1609/10 1611/2
1611/10 1611/11
1611/20 1611/22
1612/8 1618/10
1618/12 1618/15
1618/21 1619/21
1620/20 1620/25
1621/23 1622/1 1622/3
1633/10

**neighborhood [1]**
1590/15
**neither [1]** 1578/4
**nemesis [1]** 1594/5
**never [6]** 1536/24
1551/6 1595/5 1597/15
1602/17 1604/13
**new [6]** 1532/9
1532/14 1559/24
1560/3 1560/10
1565/20
**News [1]** 1566/11
**News Corp [1]**
1566/11
**next [2]** 1558/21
1594/19
**nice [1]** 1612/23
**niche [1]** 1563/9
**ninth [1]** 1558/15
**no [52]** 1531/4 1535/5
1537/22 1537/23
1538/20 1539/15
1543/10 1546/17
1550/16 1553/25
1554/1 1556/4 1556/13
1557/6 1561/22 1562/6
1567/4 1567/5 1567/15
1567/24 1568/2
1569/16 1571/11
1575/4 1577/4 1577/19
1582/1 1582/13
1583/18 1587/12
1593/17 1594/7 1601/1
1603/8 1607/5 1607/25
1610/9 1610/11 1611/1
1615/20 1621/1 1627/3
1633/10 1634/7
1634/14 1647/12
1649/21 1650/9 1650/9
1653/8 1653/10 1656/6
**Nobel [1]** 1633/13
**nobody's [1]** 1546/5
**non [31]** 1549/17
1551/5 1560/23
1560/25 1562/7
1563/12 1563/20
1563/21 1564/23
1565/5 1565/22
1566/21 1571/6
1571/23 1571/25
1572/10 1573/3
1573/15 1573/18
1573/25 1574/11
1575/7 1578/13
1578/16 1582/25
1583/5 1583/6 1583/20
1583/24 1584/5
1584/13
**non-anticipated [2]**
1564/23 1565/5
**non-Big [29]** 1549/17
1551/5 1560/23
1560/25 1562/7
1563/12 1563/20
1563/21 1565/22
1566/21 1571/6
1571/23 1571/25
1572/10 1573/3

**neighborhood [1]**
1573/25 1574/11
1575/7 1578/13
1578/16 1582/25
1583/5 1583/6 1583/20
1583/24 1584/5
1584/13
**none [1]** 1655/17
**normally [2]** 1617/8
1617/8
**North [1]** 1555/10
**Norton [4]** 1561/3
1561/6 1562/17 1563/9
**not [159]**
**notes [2]** 1553/11
1608/23
**nothing [1]** 1593/5
**November [1]** 1558/24
**now [27]** 1540/5
1545/10 1550/22
1552/18 1555/2
1555/23 1573/1
1576/18 1579/7 1585/3
1588/20 1593/3 1595/1
1595/3 1604/20 1610/7
1610/21 1618/2
1621/11 1632/8 1632/8
1640/13 1642/11
1647/9 1651/1 1656/21
1656/23
**number [48]** 1540/25
1575/21 1575/21
1575/22 1576/8
1576/11 1576/21
1576/23 1577/1
1577/12 1583/10
1586/24 1586/24
1588/22 1588/25
1590/11 1590/24
1590/25 1591/13
1591/14 1591/19
1591/20 1591/23
1595/11 1595/11
1595/22 1595/22
1596/7 1599/22
1599/22 1599/22
1602/18 1609/5 1609/6
1609/23 1614/14
1617/7 1617/8 1619/9
1619/9 1619/11
1619/11 1633/7
1638/18 1638/18
1638/20 1638/20
1654/19
**numbered [1]** 1591/21
**numbers [7]** 1564/23
1577/16 1591/6
1645/21 1651/15
1651/17 1652/8
**NW [3]** 1531/17
1532/17 1532/23
**NY [2]** 1532/9 1532/14

**O**

**O'MELVENY [2]**
1532/3 1532/8
**objection [1]** 1535/6
**obligation [1]** 1616/8

**observes [1]** 1634/1
**obviously [3]** 1565/24
1605/14 1628/9
**occur [2]** 1587/1
1615/22
**occurs [1]** 1593/18
**off [14]** 1536/5 1536/21
1540/6 1540/7 1540/25
1541/10 1541/24
1542/1 1547/9 1547/11
1547/21 1548/6
1650/19 1650/21
**offered [1]** 1563/23
**offering [1]** 1540/1
**Official [1]** 1532/22
**offset [1]** 1629/14
**often [25]** 1551/12
1556/20 1556/22
1571/10 1571/11
1573/19 1573/24
1574/4 1574/5 1575/18
1575/24 1576/2 1582/8
1588/1 1592/2 1597/3
1598/2 1598/5 1608/11
1632/2 1632/3 1632/5
1638/12 1638/18
1653/13
**Oh [5]** 1568/5 1578/18
1584/10 1584/12
1646/23
**okay [76]** 1534/23
1535/8 1535/23
1536/13 1536/23
1537/3 1537/25
1538/19 1538/25
1540/9 1541/16
1542/21 1548/8
1550/15 1550/21
1551/19 1552/3 1552/9
1552/18 1553/1 1553/2
1553/8 1553/13
1554/18 1554/23
1555/2 1555/5 1555/22
1557/7 1558/20
1559/11 1559/15
1559/19 1561/5
1561/17 1567/20
1568/14 1568/24
1569/20 1571/3
1571/16 1571/17
1579/6 1582/5 1589/1
1594/12 1594/20
1598/21 1598/24
1600/7 1600/12 1601/4
1601/10 1601/12
1602/22 1604/5 1605/3
1607/20 1615/3 1618/3
1619/12 1621/5 1622/6
1624/22 1625/8 1626/6
1627/21 1638/5
1639/25 1640/21
1643/24 1645/8
1645/19 1645/25
1646/2 1652/10
**omm.com [2]** 1532/6
1532/10
**omnibus [1]** 1611/24
**once [4]** 1605/25

1612/14 1612/22
1631/22
**one [102]** 1534/12
1534/18 1535/25
1541/11 1543/17
1546/7 1546/18
1546/25 1551/16
1552/2 1552/10
1552/15 1552/16
1553/10 1553/14
1553/19 1555/9
1555/10 1555/19
1555/23 1556/16
1556/23 1558/12
1559/11 1561/10
1563/5 1566/25
1572/13 1572/20
1572/21 1572/22
1573/7 1573/7 1573/14
1573/23 1574/11
1574/11 1575/21
1576/2 1578/11
1582/24 1585/7 1585/8
1585/21 1586/23
1586/24 1586/24
1587/6 1587/15
1587/20 1588/17
1589/14 1589/14
1590/24 1591/13
1591/19 1591/23
1594/7 1595/11
1595/22 1596/20
1597/4 1598/13
1598/19 1599/22
1600/23 1601/14
1604/2 1604/4 1604/23
1604/23 1612/3 1613/1
1617/7 1619/7 1619/20
1621/21 1621/22
1622/3 1622/14
1622/22 1623/21
1624/25 1625/10
1626/10 1627/24
1630/24 1633/3
1633/12 1634/15
1635/12 1637/6
1638/12 1638/18
1638/20 1645/12
1646/17 1646/19
1650/22 1653/3 1653/6
1656/7
**one-round [2]** 1553/10
1553/14
**ones [6]** 1534/14
1565/10 1570/4 1601/7
1617/6 1635/6
**only [29]** 1540/15
1546/13 1547/16
1562/2 1564/4 1567/20
1584/24 1585/21
1585/24 1586/10
1588/13 1588/14
1600/14 1603/22
1607/9 1610/15
1610/18 1611/2
1611/11 1615/5
1618/11 1618/14
1622/21 1623/5 1626/9

**O**

only... [4]  1631/22
1634/2 1652/11 1653/3
**Op [8]**  1641/14
1641/16 1641/17
1641/23 1641/24
1642/1 1642/16 1651/7
**open [6]**  1554/3
1603/20 1606/18
1607/4 1607/13
1608/17
**operating [13]**  1573/3
1590/9 1641/1 1641/6
1641/15 1641/21
1643/2 1643/9 1643/13
1644/1 1644/5 1644/15
1652/20
**operational [1]**
1640/24
**opinion [2]**  1539/15
1540/1
**Oppenheimer [5]**
1560/13 1561/8 1599/4
1623/22 1631/11
**Oppenheimer's [1]**
1574/8
**opportunity [1]**
1623/10
**opposing [1]**  1649/7
**optimal [4]**  1594/19
1608/14 1608/15
1612/25
**optimistic [1]**  1546/11
**option [1]**  1616/8
**options [2]**  1598/22
1653/3
**order [5]**  1534/4
1575/5 1581/12
1599/13 1649/23
**ordering [1]**  1575/24
**orient [1]**  1559/4
**originally [1]**  1644/10
**origins [1]**  1620/16
**other [53]**  1541/17
1543/10 1543/11
1546/17 1548/5 1549/1
1549/11 1549/17
1549/18 1555/12
1561/24 1562/25
1567/1 1571/10 1572/1
1572/3 1574/22 1576/3
1576/17 1579/15
1579/19 1580/3 1581/3
1581/16 1593/3 1595/2
1596/17 1598/1 1600/4
1603/14 1607/2 1608/1
1610/4 1610/8 1611/15
1612/9 1615/3 1615/8
1617/3 1617/5 1623/14
1623/23 1625/13
1631/20 1635/18
1635/22 1638/12
1644/23 1649/6
1649/24 1655/16
1655/21 1656/10
**other's [1]**  1612/21
**others [4]**  1565/13
1586/3 1588/16

**our [3]**  1553/1 1564/4
1630/1
**out [28]**  1536/2
1546/14 1546/16
1547/6 1549/11 1551/1
1551/1 1556/11
1575/10 1575/13
1585/14 1586/13
1587/6 1587/16
1589/14 1592/18
1594/19 1595/15
1596/10 1603/21
1608/15 1612/25
1624/3 1625/21
1642/16 1642/16
1651/7 1652/6
**outcome [6]**  1605/20
1606/11 1622/17
1626/13 1626/17
1632/2
**outcomes [6]**  1605/19
1617/25 1635/13
1635/14 1653/22
1655/3
**outcry [2]**  1603/20
1603/23
**outputs [1]**  1653/21
**outset [2]**  1535/24
1546/10
**outside [5]**  1551/10
1561/2 1574/24 1575/2
1631/1
**over [16]**  1535/5
1542/12 1543/1 1544/6
1563/4 1564/10 1570/5
1570/8 1571/7 1572/10
1579/15 1586/13
1590/20 1595/15
1596/10 1597/12
**overall [4]**  1586/8
1592/9 1592/9 1654/24
**overly [1]**  1546/11
**own [2]**  1581/9 1638/9

**P**

**p.m [4]**  1531/6 1599/11
1599/11 1656/25
**packed [1]**  1625/1
**page [9]**  1537/17
1552/1 1553/5 1554/25
1555/3 1558/1 1568/17
1568/23 1569/18
**page 61 [1]**  1568/17
**paid [3]**  1542/6
1605/12 1607/3
**Pam [1]**  1570/17
**PAN [1]**  1531/10
**panel [1]**  1603/25
**paper [1]**  1646/5
**paperwork [1]**  1624/12
**pardon [8]**  1551/9
1556/25 1563/4 1568/6
1578/15 1584/11
1590/15 1606/4
**part [16]**  1545/16
1545/19 1545/20
1546/22 1549/21

1552/13 1552/19
1554/17 1561/12
1567/13 1576/7
1597/15 1603/14
1612/12
**participant [1]**  1560/4
**participants [2]**  1554/8
1614/19 1623/23
**participate [8]**  1553/16
1553/18 1553/20
1553/21 1553/23
1593/22 1613/21
1630/15
**participated [1]**
1555/21
**participates [1]**  1630/2
**participating [2]**
1553/23 1608/1
**participation [2]**
1564/7 1571/9
**particular [9]**  1546/8
1552/16 1563/19
1583/14 1608/10
1611/17 1624/8 1624/9
1632/3
**particularly [3]**
1596/16 1620/3
1632/18
**particulars [1]**  1598/3
**parties [30]**  1545/19
1576/16 1579/19
1581/2 1581/17
1584/19 1584/19
1584/25 1587/23
1587/23 1595/10
1597/3 1598/5 1599/22
1600/23 1610/10
1610/14 1610/15
1610/19 1614/17
1616/6 1625/11 1626/8
1626/10 1628/20
1628/24 1638/18
1648/25 1656/2
1656/24
**parties' [1]**  1634/17
**partly [2]**  1630/9
1630/13
**party [7]**  1579/15
1581/16 1593/3 1595/6
1614/14 1638/12
1638/12
**party's [1]**  1634/2
**past [8]**  1543/13
1575/19 1586/21
1586/25 1587/3
1587/11 1587/13
1587/15
**patient [1]**  1600/19
**pay [8]**  1540/2 1602/11
1604/18 1605/7
1605/15 1607/14
**paying [1]**  1575/11
**pays [5]**  1602/14
1606/13 1606/19
1607/1 1608/18
**Penguin [55]**  1532/3

1550/24 1555/13
1564/8 1574/21 1575/8
1575/11 1575/16
1575/23 1576/15
1579/13 1579/24
1581/11 1581/19
1581/24 1582/17
1584/21 1586/8
1586/11 1588/8
1589/22 1590/24
1591/13 1591/16
1591/19 1592/2 1592/3
1592/14 1594/3
1595/15 1595/19
1597/12 1619/21
1623/15 1631/25
1632/2 1632/4 1632/5
1636/10 1636/11
1641/5 1641/6 1642/9
1642/16 1643/14
1643/14 1643/21
1643/22 1644/5
1644/19 1646/20
1652/20 1654/3
**people [8]**  1551/1
1563/13 1595/6
1595/21 1603/14
1603/25 1613/18
1613/18
**per [4]**  1576/19
1578/15 1578/16
1578/22
**percent [62]**  1551/4
1556/23 1561/23
1575/6 1575/7 1579/13
1582/24 1583/4
1583/16 1588/11
1588/14 1588/17
1589/2 1589/17
1589/25 1590/2 1590/4
1592/9 1592/9 1592/16
1595/11 1595/12
1595/13 1595/15
1596/8 1596/10
1596/10 1596/11
1597/11 1608/21
1608/24 1608/25
1609/11 1609/13
1609/20 1629/11
1629/15 1629/15
1648/15 1649/19
1649/20 1649/23
1649/25 1650/12
1650/13 1650/15
1650/20 1651/10
1651/10 1651/14
1652/5 1652/7 1654/2
1654/3 1654/13
1654/20 1654/21
1654/23 1655/4
1655/13 1655/13
1656/5
**percentage [10]**
1588/8 1599/23
1611/15 1611/17
1617/8 1617/9 1623/25
1648/6 1648/17 1651/9

**percentages [4]**
1623/17 1648/10
1650/7 1650/24
**perception [1]**  1608/12
**perfect [1]**  1635/10
**perfectly [2]**  1551/11
1610/25
**performed [1]**  1646/3
**Perhaps [1]**  1615/6
**period [9]**  1571/7
1571/19 1577/24
1578/4 1583/22
1583/24 1584/5 1584/8
1616/14
**person [3]**  1603/22
1607/1 1608/18
**perspective [6]**  1544/8
1574/9 1592/1 1624/19
1629/19 1629/20
**pertains [1]**  1610/18
**Petrocelli [1]**  1532/3
**phase [2]**  1633/22
1633/25
**photographs [1]**
1541/12
**phrase [1]**  1554/19
**phrasing [1]**  1608/4
**pick [1]**  1634/14
**picking [1]**  1541/9
**picks [1]**  1604/2
**picture [1]**  1557/13
**piece [1]**  1608/9
**place [2]**  1604/3
1607/6
**placement [1]**  1558/1
**Plaintiff [2]**  1531/4
1531/13
**PLAINTIFF's [3]**
1533/10 1563/25
1570/18
**Plaintiff's Exhibit [2]**
1563/25 1570/18
**plan [2]**  1566/15
1569/7
**plans [3]**  1566/25
1569/12 1570/15
**plate [1]**  1537/17
**play [1]**  1613/7
**please [4]**  1534/3
1577/6 1599/6 1599/13
**plus [1]**  1572/7
**pocket [1]**  1534/13
**point [10]**  1564/6
1565/6 1570/19
1583/13 1615/18
1621/11 1637/6 1637/7
1650/1 1653/4
**pointed [1]**  1637/5
**points [1]**  1650/1
**position [2]**  1585/15
1630/21
**positive [1]**  1629/13
**possibility [1]**  1574/16
**possible [1]**  1564/20
**post [2]**  1540/3
1592/18
**post-merger [1]**
1592/18

**P**

potential [2] 1539/12
1618/17
potentially [1] 1625/19
PR [1] 1586/8
practical [2] 1593/18
1594/21
precise [2] 1596/1
1654/9
precisely [2] 1597/23
1597/24
predict [8] 1585/15
1586/21 1587/17
1623/4 1628/21
1628/23 1646/9
1646/21
predictable [1] 1645/5
predicted [17] 1645/1
1645/4 1646/7 1646/8
1646/12 1647/11
1649/18 1650/6
1650/15 1650/16
1651/23 1652/4
1652/12 1652/18
predicting [5] 1586/20
1623/16 1623/24
1624/1 1655/10
prediction [15] 1587/2
1587/9 1587/10
1587/21 1592/11
1593/9 1595/17
1597/10 1622/22
1623/4 1629/24
1629/25 1634/4
1636/15 1647/4
predictions [7]
1586/24 1591/3
1593/10 1629/21
1635/11 1635/19
1636/7
predictor [1] 1652/12
predicts [8] 1584/20
1584/24 1586/10
1597/11 1623/18
1623/22 1635/16
1651/13
prefer [1] 1614/8
preference [4] 1549/16
1549/20 1550/13
1565/7
preferences [2]
1548/13 1550/18
preferred [2] 1550/9
1639/19
premium [1] 1543/15
presentation [1]
1656/22
presented [1] 1634/7
preside [1] 1560/23
pressure [1] 1607/5
presumably [1] 1628/1
presumption [3]
1538/8 1538/18
1538/22
pretty [4] 1571/7
1607/22 1647/4
1648/16

previously [3] 1545/5
1564/1 1615/12
PRH [7] 1578/4 1582/9
1586/13 1589/14
1589/18 1641/23
1651/8
PRH's [1] 1640/25
price [40] 1540/23
1541/3 1541/10
1541/18 1541/18
1548/12 1548/14
1549/3 1569/14
1579/12 1581/12
1583/25 1584/15
1589/13 1590/20
1591/11 1592/19
1602/14 1602/20
1603/5 1604/12 1605/5
1605/12 1605/16
1605/18 1605/18
1607/3 1612/2 1612/4
1612/5 1612/16
1612/23 1613/2 1627/9
1627/10 1627/25
1629/15 1633/2 1633/7
1654/13
pricing [1] 1654/1
primarily [1] 1620/10
principled [2] 1634/19
1634/23
printing [1] 1534/11
prior [2] 1564/6
1589/12
privilege [1] 1637/6
prize [1] 1633/13
probability [1] 1612/19
probably [10] 1550/6
1571/11 1576/1 1577/3
1588/25 1609/2 1611/6
1611/12 1635/8
1635/11
problem [2] 1585/21
1644/12
proceed [1] 1600/7
proceedings [4]
1531/9 1532/24
1656/25 1657/4
process [8] 1603/9
1613/8 1613/14
1613/15 1615/8
1615/15 1615/16
1615/23
processes [2] 1615/25
1618/8
produce [4] 1629/24
1646/4 1655/6 1655/18
produced [4] 1532/25
1647/10 1654/1
1655/17
produces [3] 1621/13
1622/8 1622/12
producing [2] 1591/2
1640/12
product [2] 1610/17
1611/8
products [3] 1541/8
1543/16 1545/18

1537/12 1537/15
1538/2 1538/13 1577/9
1577/25 1579/11
1579/23 1582/21
1604/14 1642/12
1651/21
Professor Snyder's [2]
1537/15 1582/21
professor's [1]
1537/17
profit [1] 1641/11
progress [1] 1612/7
promise [1] 1548/3
properly [1] 1545/17
proportion [1] 1643/8
proposed [6] 1543/24
1579/13 1588/21
1629/11 1629/14
1630/22
proposing [4] 1535/18
1540/6 1540/10
1542/13
proposition [1] 1544/3
protection [1] 1634/11
protocols [1] 1601/10
provide [3] 1556/1
1560/21 1561/7
provided [1] 1552/11
1563/18 1634/12
public [1] 1553/24
publish [1] 1563/10
1563/15
published [1] 1546/15
publisher [24] 1546/1
1546/15 1548/20
1550/8 1550/13
1559/14 1559/15
1560/24 1563/22
1566/21 1566/21
1572/1 1578/6 1578/6
1578/9 1582/25 1583/6
1607/6 1613/21
1614/25 1616/9 1628/6
1630/2 1631/21
publishers [45]
1546/22 1547/1 1547/2
1548/13 1548/23
1549/7 1549/11
1549/22 1550/5
1550/19 1550/23
1551/1 1551/10
1555/24 1561/14
1561/18 1562/3 1562/4
1563/14 1563/17
1565/8 1565/16
1565/20 1565/23
1567/6 1571/9 1572/19
1576/13 1576/17
1576/18 1576/24
1577/2 1577/13
1577/23 1579/8 1583/6
1607/8 1607/9 1610/8
1614/2 1630/4 1630/21
1630/23 1631/4
1631/16
publishers' [1]
1630/13

1546/14 1546/16
1554/8 1554/21
1556/12 1560/7
1560/14 1561/3 1561/7
1561/9 1561/15 1564/7
1566/16 1566/17
1567/1 1567/2 1567/7
1567/11 1574/9
1607/23 1611/18
1615/5 1620/2 1620/3
1626/9 1627/23
1633/23
pull [2] 1550/18 1565/6
purchased [1] 1576/19
purchases [1] 1571/18
pure [1] 1645/22
purpose [3] 1534/13
1590/21 1594/17
purposes [2] 1594/1
1632/16
push [3] 1550/18
1565/6 1639/2
put [30] 1541/20
1543/3 1543/18
1543/21 1549/14
1555/9 1563/24 1570/2
1570/17 1573/3
1596/21 1600/9
1619/14 1626/20
1629/18 1629/20
1634/1 1637/8 1637/21
1637/23 1637/25
1639/3 1639/3 1639/15
1646/16 1646/17
1646/20 1648/11
1655/12 1656/1
putting [5] 1573/1
1600/2 1608/2 1623/5
1637/16

**Q**

qualifies [1] 1572/2
qualitative [4] 1541/12
1562/9 1593/1 1594/3
qualitatively [2]
1535/21 1541/17
quality [1] 1541/9
quantitative [1] 1562/9
quarter [1] 1570/11
question [20] 1544/9
1548/3 1566/2 1566/4
1574/9 1581/15
1583/11 1584/2
1590/22 1590/23
1593/5 1596/12
1598/15 1599/16
1606/6 1608/4 1618/5
1632/17 1632/18
1639/5
questions [3] 1554/19
1560/15 1562/12
quickly [2] 1552/4
1653/22
quite [6] 1552/4
1560/22 1595/14
1638/21 1647/10
1650/4

**R**

radically [1] 1649/1
raises [1] 1574/16
ran [2] 1538/3 1538/15
1546/25 1639/7 1643/9
1645/3 1654/17
1654/18
Random [54] 1532/3
1548/18 1549/7
1550/24 1555/13
1564/8 1574/21 1575/8
1575/11 1575/16
1575/23 1576/15
1579/13 1579/24
1581/11 1581/19
1581/24 1582/17
1584/21 1586/8
1589/23 1590/24
1591/13 1591/16
1591/19 1592/2 1592/4
1592/14 1594/4
1595/16 1595/19
1597/12 1619/21
1623/16 1631/25
1632/2 1632/4 1632/5
1636/11 1641/5 1641/6
1642/9 1642/16
1643/14 1643/14
1643/21 1643/23
1644/5 1644/19
1646/20 1652/20
1654/3
range [6] 1540/25
1584/15 1635/10
1654/11 1654/14
1654/17
rarely [1] 1573/15
rate [5] 1557/9 1557/11
1565/1 1572/18 1605/1
rather [2] 1544/19
1629/24
rationale [1] 1566/12
re [1] 1637/11
re-work [1] 1637/11
reach [1] 1611/25
read [3] 1531/13
1572/5 1614/23
Ready [1] 1534/23
real [3] 1535/19 1593/2
1604/7
real-world [1] 1604/7
reality [1] 1628/9
realize [1] 1560/3
realized [1] 1640/9
really [11] 1544/14
1546/5 1593/25
1596/12 1597/22
1598/17 1611/14
1644/11 1645/17
1652/12 1653/10
realm [1] 1626/9
Realtime [1] 1532/21
reason [8] 1538/13
1561/6 1561/15 1583/1
1583/3 1617/2 1633/1

reason... [1] 1639/19
reasonable [4]
1598/18 1609/6 1626/3
1633/3
reasons [1] 1598/19
rebuttal [4] 1537/13
1537/16 1537/17
1577/9
recall [34] 1537/5
1537/6 1537/12 1541/4
1541/10 1542/16
1542/19 1542/22
1552/15 1566/14
1566/17 1566/18
1566/20 1566/24
1567/19 1576/11
1576/17 1579/11
1579/16 1579/17
1579/21 1582/21
1583/1 1609/19 1619/8
1627/6 1631/5 1631/7
1650/7 1651/11
1651/15 1652/4 1652/8
1652/25
receive [2] 1543/9
1544/4
received [4] 1535/11
1543/3 1543/23
1569/23
receives [3] 1542/11
1542/12 1543/5
receiving [1] 1565/21
recent [2] 1556/14
1556/18
recently [1] 1647/15
recess [3] 1599/7
1599/10 1599/11
recognize [4] 1552/10
1552/13 1558/7
1577/25
recollection [1] 1538/2
recommend [2]
1594/18 1594/24
reconcile [1] 1649/5
record [1] 1657/3
recorded [1] 1532/24
RECROSS [1] 1533/9
REDIRECT [1] 1533/9
reduce [1] 1628/16
reducing [1] 1592/22
reduction [7] 1585/7
1585/8 1585/11
1589/17 1592/10
1592/19 1593/11
refer [1] 1620/1
referred [1] 1625/14
1633/16
referring [2] 1557/25
1558/13
reflect [3] 1550/12
1617/25 1619/17
reflecting [2] 1617/14
1645/22
reflection [1] 1571/12
reflects [1] 1582/16
refresh [1] 1538/2
regard [1] 1615/6

regular [1] 1574/7
regularly [4] 1551/7
1573/24 1574/2
1574/18
regulatory [2] 1629/7
1633/25
reject [2] 1547/18
1547/19
rejected [2] 1633/6
1633/8
relatively [3] 1556/14
1560/3 1620/7
relaxation [1] 1592/12
release [2] 1567/14
1569/4
relevance [1] 1583/12
reliability [2] 1646/6
1647/5
reliable [3] 1646/4
1653/19 1653/20
reliance [2] 1552/14
1567/21
relied [1] 1648/3
remaining [1] 1608/25
remember [7] 1537/9
1537/10 1560/12
1582/14 1583/10
1628/3 1648/21
remove [3] 1575/8
1586/2 1628/13
removed [3] 1593/4
1595/3 1604/20
removing [1] 1592/2
render [1] 1563/17
rendering [2] 1551/11
1562/18
repeat [3] 1542/18
1584/2 1616/7
rephrase [1] 1554/6
replace [1] 1631/10
replaced [1] 1630/25
reply [10] 1538/10
1557/20 1642/11
1642/24 1645/3
1645/15 1647/9
1647/13 1651/5 1651/7
report [44] 1537/9
1537/11 1537/11
1537/13 1537/16
1537/18 1539/8
1557/20 1571/14
1577/3 1577/9 1578/1
1579/23 1582/4
1583/19 1591/15
1621/7 1632/12
1632/20 1640/22
1640/24 1641/13
1641/18 1641/23
1642/11 1642/22
1642/24 1642/25
1644/3 1645/3 1645/15
1645/16 1647/9
1647/13 1647/14
1648/19 1651/3 1651/5
1651/7 1651/12
1651/16 1651/18
1652/14 1652/19

1532/21 1532/21
1532/22
reports [1] 1537/22
represent [5] 1552/18
1552/25 1567/22
1616/22 1649/1
representation [2]
1579/22 1581/5
represented [1]
1631/13
representing [3]
1594/13 1647/23
1651/17
reputation [2] 1564/16
1564/18
require [4] 1549/4
1560/20 1560/22
1616/13
required [1] 1548/4
requirement [2] 1647/4
1652/12
requires [1] 1548/23
research [1] 1581/22
respect [8] 1563/2
1563/5 1567/1 1610/22
1619/16 1621/17
1645/1 1654/10
respected [1] 1560/7
respective [1] 1563/23
respectively [1]
1558/23
response [1] 1642/12
rest [1] 1575/5
restricted [1] 1582/11
result [10] 1618/7
1621/20 1621/21
1625/17 1629/18
1635/6 1636/14 1646/8
1654/6 1655/23
results [22] 1538/16
1594/15 1598/20
1598/22 1600/3
1610/21 1612/6
1612/12 1617/11
1621/13 1622/8
1622/10 1625/19
1626/20 1626/21
1634/7 1634/14 1635/1
1636/4 1639/23 1646/4
1649/10
retail [2] 1539/5 1576/5
returning [1] 1567/7
revealed [2] 1549/16
1603/17
revenue [4] 1626/22
1627/7 1627/11
1640/10
reverse [2] 1542/3
1544/20
right [89] 1534/19
1536/11 1539/6 1539/9
1544/16 1544/20
1546/6 1547/12
1547/16 1548/2
1548/13 1548/20
1549/9 1551/14
1551/24 1554/12

1557/19 1557/24
1562/14 1564/2
1565/19 1570/13
1570/21 1570/23
1571/4 1572/20
1574/13 1575/6 1580/4
1586/13 1589/24
1590/8 1597/23
1597/24 1599/14
1600/14 1600/24
1601/6 1602/12
1602/16 1603/19
1603/24 1604/1
1606/20 1606/23
1612/12 1613/15
1613/22 1613/25
1614/21 1615/13
1616/4 1616/21
1616/23 1618/1
1619/19 1620/15
1623/6 1623/12
1623/13 1623/20
1625/3 1625/14
1625/15 1625/23
1626/16 1626/17
1627/23 1628/10
1629/17 1631/12
1631/14 1632/21
1635/4 1637/13
1639/10 1639/17
1641/24 1642/23
1643/4 1644/7 1644/14
1644/21 1645/24
1650/3 1650/15
1650/25
rise [4] 1534/2 1599/9
1599/12 1656/23
risk [4] 1547/16
1547/17 1564/16
1565/12
RMR [1] 1657/2
robin [8] 1599/23
1604/8 1604/15
1604/17 1614/5 1614/6
1614/12 1628/3
robins [1] 1609/25
role [2] 1594/5 1613/7
Rothman [1] 1649/5
rough [1] 1609/17
roughly [6] 1574/14
1576/22 1584/14
1589/25 1609/15
1652/13
round [15] 1553/10
1553/14 1599/23
1604/8 1604/15
1604/17 1605/22
1609/25 1614/4 1614/6
1614/12 1622/12
1628/3 1635/16 1636/6
round-robin [4]
1599/23 1604/8
1604/15 1604/17
rounds [12] 1592/20
1596/22 1598/22
1602/24 1609/16
1612/2 1614/13

1621/21 1621/25
1628/4
row [1] 1558/10
Rudzin [1] 1532/7
rule [4] 1546/14
1647/12 1653/5 1653/9
rules [4] 1546/16
1614/19 1614/24
1616/15
ruling [1] 1547/6
1547/7
run [6] 1547/20 1580/2
1590/8 1603/21 1604/2
1654/19
runner [15] 1576/7
1576/14 1581/11
1581/23 1581/24
1582/8 1583/6 1585/12
1585/22 1596/19
1605/11 1605/16
1608/24 1609/5
1609/19
runner-up [15] 1576/7
1576/14 1581/11
1581/23 1581/24
1582/8 1583/6 1585/12
1585/22 1596/19
1605/11 1605/16
1608/24 1609/5
1609/19
runners [1] 1588/1
runners-up [1] 1588/1
running [1] 1581/2
runs [2] 1652/3
1655/17
Ryan [1] 1532/16
ryan.shores [1]
1532/19

**S**
sadly [1] 1633/12
safe [1] 1629/8
said [21] 1544/18
1545/3 1550/4 1560/22
1566/18 1587/11
1598/1 1609/4 1614/9
1618/14 1623/22
1633/11 1638/11
1639/19 1639/22
1643/2 1643/22 1652/4
1653/8 1654/22
1655/19
sale [1] 1539/5
sales [6] 1548/25
1551/3 1576/5 1576/6
1576/9 1617/4
same [30] 1539/4
1543/4 1543/12
1543/19 1544/21
1545/4 1558/12 1561/7
1565/1 1572/14
1572/18 1579/25
1580/3 1583/24 1584/5
1587/14 1587/17
1604/3 1605/1 1605/2
1619/10 1621/20
1625/2 1627/11

**S**

same... [6]  1636/20
  1639/11 1644/13
  1650/16 1656/4 1656/4
sample [1]  1609/6
Sara [1]  1531/15
satisfies [1]  1652/12
saw [3]  1560/23
  1593/1 1644/10
say [83]  1539/18
  1540/24 1547/3
  1548/14 1548/22
  1549/3 1549/14
  1549/25 1550/23
  1554/5 1556/9 1558/17
  1560/20 1560/24
  1561/22 1562/6
  1562/20 1565/15
  1570/6 1573/4 1575/10
  1581/13 1586/15
  1586/19 1587/1 1587/5
  1592/6 1592/12
  1593/15 1595/1 1595/3
  1595/6 1595/17
  1596/10 1597/1 1598/3
  1603/10 1604/10
  1604/20 1606/2 1606/7
  1606/20 1607/24
  1608/17 1609/2 1609/4
  1609/12 1611/13
  1613/9 1613/16
  1613/17 1614/1
  1614/23 1615/1
  1615/10 1617/10
  1620/19 1621/18
  1622/2 1622/4 1622/7
  1623/7 1626/13
  1626/18 1630/6
  1633/18 1634/9
  1634/17 1635/21
  1636/8 1638/16
  1639/20 1646/24
  1647/5 1647/13
  1648/11 1648/13
  1649/19 1653/2 1653/6
  1653/15 1654/4
  1654/16
saying [19]  1536/6
  1541/16 1549/11
  1549/13 1549/22
  1550/25 1551/5 1551/6
  1556/1 1563/16
  1586/22 1587/15
  1587/22 1594/4
  1629/22 1632/3
  1650/11 1652/11
  1654/5
says [11]  1566/21
  1567/7 1569/2 1569/7
  1570/10 1586/22
  1587/24 1593/6 1646/5
  1647/6 1652/16
Scanlon [1]  1531/15
scarce [1]  1620/7
Schuster [43]  1532/13
  1548/19 1549/8
  1555/13 1564/9
  1572/15 1575/14

  1579/14 1579/25
  1581/11 1581/24
  1582/8 1584/21 1586/9
  1586/12 1588/9
  1589/22 1591/14
  1591/16 1591/23
  1592/13 1592/13
  1594/4 1595/16
  1597/12 1619/22
  1623/16 1636/11
  1641/19 1642/10
  1643/16 1643/18
  1643/19 1643/23
  1644/1 1644/12
  1645/20 1646/22
  1646/25 1651/8 1654/4
Schuster's [2]  1591/19
  1592/1
Schwarz [1]  1531/14
score [76]  1585/4
  1585/6 1585/10
  1585/17 1586/1 1586/5
  1590/6 1592/7 1593/23
  1593/25 1594/10
  1594/15 1594/22
  1596/16 1597/25
  1598/9 1598/15
  1599/18 1601/15
  1602/3 1602/5 1602/7
  1602/9 1602/10
  1602/13 1602/17
  1602/23 1603/1
  1604/21 1605/15
  1605/23 1610/1
  1610/18 1610/22
  1611/3 1612/1 1615/17
  1615/18 1615/19
  1616/17 1618/8 1620/9
  1620/14 1620/25
  1621/16 1622/20
  1622/21 1622/21
  1623/1 1623/3 1626/13
  1627/8 1627/16
  1627/23 1628/12
  1629/3 1630/17
  1631/20 1632/7 1633/5
  1635/17 1635/19
  1636/1 1636/7 1636/23
  1637/9 1638/16
  1638/22 1639/21
  1643/10 1646/3
  1650/14 1651/22
  1651/22 1653/25
  1655/23
screens [1]  1564/4
SE [1]  1531/6
sealed [3]  1604/12
  1606/18 1608/17
seated [2]  1534/3
  1599/13
second [119]  1558/12
  1559/16 1578/20
  1579/1 1581/16
  1581/20 1584/22
  1584/25 1585/4 1585/6
  1585/10 1585/15
  1585/17 1586/1 1586/2

  1588/13 1589/2 1590/6
  1592/7 1593/23
  1593/25 1594/10
  1594/15 1594/22
  1596/16 1597/25
  1598/8 1598/15
  1599/18 1601/15
  1602/3 1602/5 1602/6
  1602/9 1602/10
  1602/13 1602/20
  1602/23 1603/1 1603/5
  1604/12 1604/21
  1605/14 1605/16
  1605/18 1605/23
  1606/3 1606/9 1606/12
  1606/21 1607/4 1607/6
  1608/3 1608/19 1610/1
  1610/18 1610/19
  1610/22 1611/3 1612/1
  1612/4 1612/23
  1615/17 1615/18
  1615/19 1616/17
  1618/8 1618/23 1620/9
  1620/14 1620/25
  1621/10 1621/16
  1622/11 1622/20
  1622/21 1622/21
  1623/1 1623/3 1624/24
  1625/12 1625/22
  1626/13 1627/8 1627/9
  1627/16 1627/22
  1627/25 1628/12
  1629/2 1630/17
  1631/20 1632/7 1633/2
  1635/17 1635/19
  1636/1 1636/7 1636/23
  1637/9 1638/13
  1638/16 1638/22
  1639/21 1642/15
  1643/10 1644/2
  1644/23 1646/3
  1650/14 1651/1
  1651/22 1653/25
  1655/22
secondly [1]  1639/22
section [1]  1597/17
securing [1]  1557/1
see [49]  1535/2 1535/3
  1543/7 1543/10
  1549/15 1551/25
  1552/4 1553/5 1553/9
  1553/11 1555/6
  1555/13 1558/4
  1558/18 1558/21
  1558/23 1559/1
  1559/21 1565/3 1567/9
  1568/21 1569/2
  1569/21 1569/25
  1570/1 1571/22
  1577/11 1577/12
  1577/16 1577/21
  1578/9 1579/4 1588/2
  1588/5 1595/1 1598/21
  1598/22 1614/24
  1629/12 1634/4
  1634/25 1639/9

  1644/8 1644/23
  1646/12 1646/23
  1647/1
seeing [4]  1537/6
  1552/24 1635/10
  1638/19
seem [1]  1614/8
seemed [1]  1626/3
seems [1]  1583/17
seen [4]  1552/17
  1592/21 1615/10
  1655/17
segment [17]  1541/18
  1542/24 1548/12
  1548/14 1549/3 1560/1
  1562/3 1562/5 1562/8
  1569/15 1570/14
  1572/7 1579/12
  1581/12 1583/25
  1590/20 1591/11
segmented [4]
  1542/13 1543/23
  1555/18 1570/2
select [2]  1548/18
  1548/20
selected [2]  1555/21
  1615/19
self [2]  1546/14
  1546/16
self-publishing [2]
  1546/14 1546/16
sell [4]  1541/22
  1541/22 1546/1 1628/2
seller [7]  1542/5
  1544/23 1544/24
  1546/20 1564/23
  1573/15 1627/11
sellers [11]  1540/13
  1542/2 1546/8 1546/20
  1557/4 1565/4 1565/5
  1567/2 1581/6 1581/8
  1630/11
selling [3]  1545/24
  1572/2 1614/14
sense [5]  1545/15
  1606/13 1607/12
  1619/22 1631/15
sensitive [4]  1625/20
  1626/14 1626/18
  1636/12
separate [2]  1598/13
  1614/2
serve [1]  1563/15
service [5]  1561/19
  1562/3 1562/4 1562/7
  1562/7
services [11]  1551/12
  1556/2 1560/21 1561/7
  1561/13 1561/14
  1562/18 1562/20
  1562/22 1563/16
  1563/17
session [3]  1531/7
  1534/3 1599/13
set [18]  1535/17
  1536/1 1539/11
  1541/21 1550/19

  1562/18 1562/20
  1563/6 1563/14
  1563/15 1586/22
  1598/21 1605/11
  1617/20 1627/24
  1631/3 1635/12
  1645/24
sets [1]  1627/25
setting [3]  1580/1
  1607/11 1612/23
settings [2]  1615/10
  1633/23
sfishbein [1]  1532/15
Shapiro [1]  1629/11
share [30]  1543/17
  1549/23 1550/2 1550/9
  1557/10 1557/11
  1557/13 1557/14
  1571/6 1572/6 1572/11
  1572/15 1573/10
  1573/11 1574/12
  1587/25 1617/12
  1618/6 1619/18 1628/4
  1628/24 1636/25
  1637/18 1637/19
  1638/1 1638/3 1638/23
  1639/8 1639/18 1656/2
shares [32]  1537/7
  1537/9 1537/11
  1549/20 1571/18
  1586/23 1587/24
  1599/21 1600/15
  1600/21 1601/5 1601/5
  1610/10 1610/12
  1616/21 1616/22
  1619/15 1619/16
  1619/16 1623/8 1624/5
  1626/16 1628/21
  1631/13 1631/16
  1636/24 1637/2
  1637/16 1638/24
  1648/25 1649/3 1649/9
she [5]  1567/22 1569/2
  1569/7 1569/24
  1570/10
she'd [1]  1570/6
she's [4]  1569/2
  1569/21 1570/5 1570/8
SHEARMAN [2]
  1532/13 1532/17
shearman.com [2]
  1532/15 1532/19
sheet [3]  1534/14
  1534/15 1553/1
sheets [1]  1552/10
Shores [1]  1532/16
short [1]  1546/11
should [20]  1534/19
  1543/23 1545/13
  1547/21 1553/6
  1554/19 1558/1 1568/8
  1568/22 1592/9 1593/6
  1595/7 1599/3 1624/7
  1634/16 1634/19
  1634/23 1635/5
  1651/14 1652/5
show [3]  1628/13
  1629/3 1629/9

Case 1:21-cv-02886-FYP Document 208 Filed 12/15/22 Page 146 of 151

**showing [3]** 1585/17
1613/18 1635/11
**shows [1]** 1563/11
**side [2]** 1545/1 1649/6
**sign [1]** 1646/13
**signif [1]** 1591/2
**significance [2]**
1571/12 1573/12
**significant [14]**
1535/22 1548/25
1549/1 1551/3 1582/17
1589/21 1591/3
1592/13 1592/14
1609/7 1619/6 1629/24
1635/15 1648/23
**significantly [5]**
1563/12 1574/5
1629/23 1629/23
1636/6
**similar [11]** 1534/14
1544/1 1564/24
1574/12 1598/23
1615/6 1636/9 1636/21
1648/25 1649/3 1649/9
**similarities [1]** 1628/4
**Simon [45]** 1532/13
1548/19 1549/8
1555/13 1564/9
1572/15 1575/14
1575/18 1576/16
1579/14 1579/25
1581/11 1581/24
1582/8 1584/21 1586/9
1586/12 1588/9
1589/22 1591/14
1591/16 1591/19
1591/23 1592/1
1592/13 1592/13
1594/4 1595/16
1597/12 1619/22
1623/16 1636/11
1641/19 1642/17
1643/16 1643/18
1643/19 1643/23
1644/1 1644/12
1645/20 1646/22
1646/25 1651/8 1654/4
**simplify [1]** 1640/17
**simply [5]** 1539/5
1545/23 1592/23
1629/17 1650/4
**simulate [1]** 1596/17
**single [4]** 1573/13
1603/2 1605/22
1656/13
**sir [2]** 1537/19 1544/18
**situation [11]** 1544/6
1575/9 1593/20
1593/22 1594/16
1594/21 1595/21
1595/25 1600/1
1603/13 1622/9
**situations [6]** 1584/20
1586/11 1590/24
1600/5 1605/17 1620/6
**six [1]** 1648/12
**sixth [1]** 1579/1

**size [2]** 1566/13
1618/17
**skills [1]** 1564/14
**slightly [3]** 1538/16
1541/20 1549/14
**small [5]** 1572/25
1623/13 1628/20
1628/21 1650/23
**smaller [1]** 1654/21
**snapshot [1]** 1573/2
**Snyder [16]** 1537/3
1538/3 1583/10
1598/19 1637/3 1638/9
1638/10 1639/13
1639/22 1642/13
1642/14 1642/25
1643/22 1644/16
1651/21 1654/17
**Snyder's [16]** 1537/12
1537/15 1538/14
1556/16 1577/9 1578/1
1579/11 1579/23
1582/21 1604/14
1636/10 1638/4 1638/8
1642/20 1651/12
1652/24
**so [213]**
**so I think [3]** 1566/4
1590/21 1635/10
**so it's [4]** 1574/6
1586/22 1601/11
1636/24
**So this is [2]** 1559/9
1571/18
**so-called [4]** 1551/1
1551/11 1555/23
1561/3
**solely [1]** 1540/11
**solution [1]** 1626/2
**solve [4]** 1558/17
1612/4 1612/15 1613/1
**solved [1]** 1625/18
**some [45]** 1535/17
1537/9 1542/1 1542/8
1542/16 1543/17
1543/25 1549/1
1551/13 1557/25
1565/20 1570/4 1574/6
1577/22 1592/21
1593/1 1594/2 1596/17
1597/16 1599/22
1600/24 1601/9 1603/6
1605/17 1609/16
1609/16 1615/4 1615/8
1616/6 1616/13 1622/4
1628/17 1628/23
1628/24 1629/4 1629/5
1629/8 1629/9 1630/6
1635/9 1637/3 1642/12
1644/5 1645/16
1650/19
**somebody [10]** 1544/6
1545/25 1545/25
1573/18 1573/19
1574/24 1574/25
1575/2 1594/13 1625/6
**somehow [2]** 1545/24
1559/13

**something [20]**
1538/15 1541/17
1548/22 1562/18
1571/23 1574/1 1574/1
1588/12 1592/8 1595/5
1601/11 1609/21
1614/19 1615/2
1615/17 1616/15 1635/3
1646/10 1650/15
1655/20
**sometimes [1]** 1627/8
**somewhat [1]** 1616/6
**somewhere [9]**
1589/10 1590/6
1590/15 1609/7
1609/12 1644/16
1645/13 1645/14
1645/17
**sorry [19]** 1537/10
1546/9 1549/25 1550/1
1550/16 1564/3 1568/6
1568/18 1584/2
1601/18 1606/25
1612/1 1631/21
1632/15 1634/21
1634/22 1638/8
1643/17 1650/1
**sort [4]** 1554/3 1573/4
1629/8 1643/12
**sounds [1]** 1576/21
**space [1]** 1625/22
**speak [1]** 1604/2
**speaking [1]** 1597/5
**speaks [1]** 1629/17
**special [5]** 1542/25
1564/13 1574/16
1574/17 1607/25
**specific [6]** 1540/20
1548/5 1593/9 1596/2
1596/5 1596/7
**specifically [2]**
1542/22 1556/24
**specifics [4]** 1569/13
1622/11 1629/25
1655/12
**specifies [1]** 1577/12
**spent [2]** 1535/16
1540/5
**split [2]** 1609/3
1609/15
**spoke [1]** 1563/4
**spread [6]** 1591/11
1595/19 1595/20
1596/10 1624/20
1624/21
**spreading [4]** 1586/13
1595/15 1597/12
1597/14
**spreads [1]** 1626/8
**Square [2]** 1532/8
1532/9
**squarely [1]** 1570/2
**SSA [15]** 1584/20
1594/22 1611/9
1636/17 1637/6
1637/16 1639/9
1639/10 1640/3
1640/19 1649/8

**stable [1]** 1571/7
**stand [1]** 1579/3
**standard [2]** 1613/4
1653/10
**stands [1]** 1599/10
**Stars [1]** 1532/4
**start [1]** 1611/24
**starting [1]** 1568/17
**starts [1]** 1615/18
**stated [1]** 1567/10
**statement [2]** 1535/20
1569/3
**STATES [3]** 1531/1
1531/3 1531/10
**statistic [2]** 1583/7
1583/11
**stay [1]** 1604/18
**stays [1]** 1571/7
**steam [1]** 1603/21
**stenography [1]**
1532/24
**step [2]** 1553/19
1598/2
**Stephen [1]** 1532/13
**stepping [1]** 1598/11
**STERLING [2]** 1532/13
1532/17
**still [8]** 1543/12 1568/1
1569/7 1597/14
1608/22 1611/3
1619/23 1652/23
**stipulate [1]** 1614/7
**straight [1]** 1553/10
1602/20
**strategic [2]** 1603/3
1612/24
**strategy [2]** 1612/25
1615/21
**stream [1]** 1615/9
**Street [2]** 1531/17
1532/17
**stress [1]** 1534/10
**strike [1]** 1606/1
**strong [1]** 1549/4
**stronger [2]** 1549/16
1564/16
**structure [4]** 1603/8
1603/15 1604/4
1605/15
**structured [1]** 1603/16
**studied [4]** 1577/1
1609/14 1625/25
1631/8
**study [7]** 1565/15
1565/24 1576/7
1576/14 1596/19
1608/24 1609/5
**stylized [1]** 1620/1
**stylizes [1]** 1620/2
**submission [1]** 1559/7
**submit [4]** 1553/16
1603/16 1604/4
1612/24
**submitted [2]** 1606/16
1627/24
**subsequent [1]** 1616/9

**subset [1]** 1630/4
**substantial [3]**
1535/19 1593/11
1655/10
**substitution [1]**
1547/24
**succeed [1]** 1562/22
**succeeded [1]** 1557/1
**success [3]** 1548/9
1557/9 1557/11
**such [1]** 1566/2
**sufficiently [1]** 1538/7
**sugar [6]** 1647/16
1647/19 1647/21
1647/22 1650/6
1653/18
**Sugars [1]** 1647/21
**suggest [1]** 1593/24
**suitable [1]** 1618/9
**suited [2]** 1560/25
1563/10
**summary [6]** 1552/10
1552/19 1553/5
1554/25 1555/2
1649/14
**supports [1]** 1562/10
**suppose [1]** 1646/20
**supposed [1]** 1614/20
**supposing [1]** 1607/12
**sure [21]** 1542/17
1552/21 1561/4
1575/12 1593/17
1593/19 1600/13
1601/13 1603/12
1606/20 1607/18
1620/4 1630/12
1630/12 1632/9 1640/8
1641/15 1644/19
1646/15 1653/9
1653/24
**switch [1]** 1644/2
**system [1]** 1583/14
**systematically [4]**
1565/4 1609/15
1625/25 1631/8

**T**

**tab [18]** 1537/22
1537/23 1551/15
1551/17 1552/2 1552/6
1552/24 1553/1
1557/21 1567/5
1567/23 1568/1
1568/22 1571/14
1577/4 1577/19 1582/3
1583/18
**table [3]** 1539/11
1571/13 1571/18
**take [40]** 1534/9
1537/16 1538/20
1542/24 1550/12
1551/14 1555/2
1557/14 1557/21
1558/6 1565/3 1566/24
1567/5 1568/16
1571/13 1573/2
1574/13 1577/19
1582/3 1590/1 1595/16

**take... [19]** 1596/7
1598/2 1599/3 1599/5
1606/19 1608/10
1610/7 1610/24
1615/21 1616/1 1617/5
1625/10 1626/19
1634/4 1634/19 1635/1
1640/9 1651/6 1652/5
**takeaway [1]** 1592/6
**taken [2]** 1567/17
1651/17
**takes [2]** 1604/1
1623/21
**taking [6]** 1584/8
1618/6 1626/9 1634/3
1634/24 1638/17
**talk [16]** 1561/2
1577/22 1584/18
1586/15 1586/18
1590/13 1595/2 1599/6
1600/12 1605/4
1620/16 1620/19
1621/10 1636/22
1653/21 1656/20
**talked [2]** 1558/7
1566/18
**talking [20]** 1539/4
1540/5 1551/18
1556/24 1566/1
1566/17 1586/5 1589/3
1589/24 1590/5 1591/6
1597/18 1600/21
1601/15 1619/8
1621/11 1627/10
1629/21 1648/5 1656/3
**target [2]** 1569/15
1604/19
**targeted [2]** 1546/19
1546/20
**targeting [2]** 1546/23
1569/15
**technical [1]** 1655/22
**technically [1]** 1655/16
**tell [13]** 1544/16
1545/12 1547/20
1547/22 1548/11
1563/8 1571/25
1590/19 1599/19
1601/12 1616/20
1656/9 1656/12
**telling [4]** 1547/9
1557/17 1574/1 1574/1
**tells [2]** 1547/11
1547/24
**ten [7]** 1613/18
1613/18 1630/22
1630/23 1630/25
1631/1 1648/13
**tend [1]** 1592/11
**tended [1]** 1544/1
**tens [2]** 1543/4 1544/4
**term [1]** 1543/15
**terms [9]** 1550/19
1554/20 1557/17
1591/5 1629/18 1646/19
1648/17 1650/24
1653/22

1544/21 1544/22
1544/12 1544/17
1545/1 1545/6 1545/11
1545/19 1545/20
1545/22 1546/13
1546/18 1546/22
1546/25 1547/13
1547/18 1547/20
1548/4 1646/2 1646/6
1647/3 1652/17
**tested [1]** 1536/10
**testified [2]** 1575/23
1611/16
**testify [1]** 1554/12
**testifying [1]** 1540/21
**testimony [11]** 1535/7
1535/16 1542/15
1564/6 1566/9 1569/18
1589/12 1599/7
1610/21 1614/9
1656/21
**tests [1]** 1547/3
**than [46]** 1541/17
1544/19 1548/20
1549/1 1549/17
1556/23 1560/25
1562/8 1562/24
1562/25 1565/4
1566/11 1570/6
1570/10 1572/11
1572/25 1573/10
1574/17 1576/18
1581/11 1581/24
1582/8 1582/17
1583/25 1584/7
1585/18 1592/3
1592/13 1593/9
1605/14 1607/11
1611/15 1611/21
1615/3 1622/12
1629/24 1635/11
1635/17 1635/19
1636/7 1647/14 1652/2
1652/9 1653/1 1654/8
1655/3
**thank [18]** 1534/21
1534/24 1535/8
1535/10 1539/20
1551/23 1562/15
1588/5 1598/24 1600/7
1600/8 1618/2 1618/3
1639/25 1642/8
1645/25 1656/18
1656/21
**thank you [17]**
1534/21 1534/24
1535/8 1535/10
1539/20 1562/15
1588/5 1598/24 1600/7
1600/8 1618/2 1618/3
1639/25 1642/8
1645/25 1656/18
1656/21
**that [601]**
**That'll [1]** 1535/8
**that's [98]** 1537/17
1537/21 1538/12
1540/8 1541/13 1544/9

1546/16 1547/16
1548/21 1548/22
1550/11 1552/21
1553/1 1558/16
1559/12 1559/15
1561/3 1565/18
1566/21 1571/21
1572/2 1573/13
1574/14 1578/5
1578/12 1579/22
1584/23 1585/1
1585/13 1585/16
1585/23 1585/24
1587/7 1587/19
1588/11 1588/19
1589/15 1589/19
1590/8 1590/17
1593/19 1595/25
1597/8 1598/19
1598/21 1600/6
1600/17 1600/25
1601/1 1601/3 1601/8
1601/20 1601/22
1602/8 1602/25 1603/3
1603/5 1603/14
1604/10 1605/13
1605/14 1607/3
1609/17 1610/3 1610/6
1615/16 1616/16
1616/19 1618/25
1621/9 1621/15
1621/20 1622/4
1626/12 1627/9
1627/20 1628/9
1628/11 1629/6
1629/24 1630/9
1630/16 1631/11
1631/23 1632/13
1633/3 1634/9 1634/11
1645/11 1645/12
1649/14 1653/12
1653/20 1654/5
1654/12
**their [35]** 1540/3
1549/16 1553/16
1555/15 1556/18
1557/2 1557/9 1557/10
1557/13 1557/14
1564/13 1564/25
1566/3 1571/12 1573/3
1573/9 1574/1 1586/3
1589/22 1594/1
1594/16 1597/4 1598/8
1603/2 1606/13
1608/15 1608/16
1608/18 1615/16
1617/9 1635/4 1641/1
1644/15 1645/21
1645/23
**them [45]** 1541/23
1541/24 1543/10
1544/10 1547/23
1551/6 1552/15
1555/19 1555/21
1562/7 1562/24
1564/17 1570/4
1570/25 1572/13

1573/7 1573/14
1574/13 1574/17
1591/24 1592/15
1594/18 1596/21
1605/6 1610/24
1616/10 1617/2
1619/25 1629/7 1633/1
1633/8 1635/12 1641/2
1642/22 1642/24
1643/20 1643/22
1644/11 1644/18
1650/22 1652/22
1653/23
**themselves [1]**
1610/13
**then [63]** 1536/7
1547/17 1570/5 1570/8
1572/3 1572/5 1573/6
1580/3 1583/15 1587/1
1587/8 1587/8 1587/24
1589/3 1590/1 1590/10
1594/8 1595/17 1596/7
1597/11 1598/14
1600/3 1600/16
1603/17 1606/14
1607/10 1608/25
1609/2 1609/14 1610/4
1611/7 1611/25 1614/2
1615/11 1618/20
1618/21 1618/21
1621/20 1623/18
1623/22 1624/3
1626/10 1627/15
1628/17 1633/23
1635/18 1638/3 1639/5
1639/9 1639/22
1640/10 1642/25
1643/9 1643/15
1643/21 1644/10
1644/23 1646/9
1646/21 1648/12
1648/14 1651/4 1656/1
**theorem [2]** 1626/23
1627/7
**theoretical [1]** 1593/17
**theory [1]** 1591/10
**there [82]** 1534/8
1537/9 1537/19
1538/22 1543/16
1547/16 1547/17
1549/12 1551/6
1551/20 1552/7 1552/8
1553/9 1553/11 1555/1
1555/4 1562/17
1567/25 1568/3
1568/14 1569/2
1569/19 1571/16
1574/16 1574/23
1577/8 1577/12 1582/5
1582/24 1586/10
1588/7 1588/21
1589/12 1592/17
1593/14 1593/17
1593/19 1594/3
1596/14 1596/21
1596/24 1598/1
1598/14 1600/14

1603/8 1605/17 1607/3
1607/11 1609/17
1611/11 1612/9
1614/18 1616/12
1616/15 1618/11
1621/18 1628/17
1630/4 1630/20
1630/24 1634/19
1634/23 1645/17
1646/3 1646/10
1647/21 1647/23
1648/1 1648/10
1648/15 1648/19
1648/24 1652/2 1652/5
1653/5 1653/10
1653/11 1654/14
1655/5 1655/8
**there's [45]** 1534/12
1534/13 1541/16
1541/21 1542/7 1547/6
1547/7 1547/24
1548/22 1550/14
1551/4 1563/14 1566/4
1566/12 1573/21
1585/7 1585/8 1585/11
1585/21 1587/8 1591/4
1591/23 1592/8 1593/3
1593/5 1593/11 1597/5
1597/16 1600/16
1607/5 1610/11 1624/9
1629/18 1630/7 1635/9
1636/17 1641/4 1646/2
1647/12 1648/23
1651/11 1651/15
1653/8 1654/16 1656/6
**these [36]** 1534/9
1546/21 1549/9
1549/12 1553/24
1556/11 1561/12
1561/18 1563/13
1570/20 1570/22
1570/25 1574/3
1579/19 1583/19
1586/19 1587/6
1587/15 1587/23
1595/1 1595/4 1596/20
1596/24 1598/1 1602/5
1614/24 1617/6
1617/10 1622/24
1623/8 1623/8 1623/17
1624/4 1624/4 1629/21
1655/8
**they [94]** 1536/7
1542/25 1543/9
1543/11 1543/12
1544/1 1549/9 1549/12
1549/16 1550/9 1551/5
1551/12 1551/13
1554/7 1554/9 1555/17
1556/1 1556/6 1556/16
1558/1 1560/20
1560/22 1561/13
1561/23 1561/23
1562/7 1563/6 1563/10
1563/15 1564/11
1564/12 1564/15
1564/17 1564/20

**T**

they... [60] 1564/22
1564/25 1565/12
1566/13 1566/22
1570/15 1571/1
1571/11 1572/14
1572/14 1572/17
1574/4 1574/4 1574/7
1574/10 1574/15
1579/9 1580/2 1587/25
1588/17 1589/2
1593/24 1594/15
1602/18 1602/18
1604/18 1604/19
1604/19 1605/8 1605/8
1610/9 1612/12
1613/14 1613/16
1613/17 1614/12
1614/16 1614/18
1615/11 1616/5 1617/2
1617/4 1624/14 1625/5
1629/3 1629/7 1630/11
1630/14 1633/23
1635/2 1636/18
1636/20 1641/21
1641/22 1643/18
1649/19 1650/19
1650/21 1654/21
1654/21

they'd [2] 1571/1
1628/2

they'll [3] 1593/3
1615/10 1628/24

they're [34] 1537/10
1545/4 1548/18
1549/23 1550/3
1556/14 1557/17
1564/16 1571/10
1572/20 1573/3 1573/8
1573/13 1580/3
1588/13 1591/20
1595/22 1598/9
1605/19 1609/10
1609/11 1610/19
1613/11 1614/19
1617/10 1623/10
1631/17 1635/16
1636/5 1638/17 1641/8
1643/6 1643/7 1643/14

they've [4] 1556/20
1556/22 1556/25
1616/22

thing [6] 1544/21
1546/13 1565/7
1587/20 1624/19
1631/20

things [10] 1539/4
1554/13 1556/7
1564/15 1571/5 1595/4
1600/14 1600/15
1600/18 1639/20

think [114] 1535/21
1535/25 1536/6 1536/8
1538/15 1539/5
1541/11 1542/7
1544/14 1545/15
1545/22 1546/3
1548/24 1551/20

1555/17 1556/22
1558/12 1559/12
1560/22 1561/10
1561/17 1561/20
1562/9 1562/24
1563/11 1564/15
1564/15 1566/4 1566/9
1566/15 1566/22
1571/11 1573/21
1574/23 1575/18
1575/23 1576/16
1578/8 1578/24 1579/8
1583/15 1588/24
1590/17 1590/21
1591/1 1591/24
1592/11 1592/20
1592/22 1593/1 1593/2
1593/8 1594/2 1594/2
1594/8 1594/8 1595/24
1597/8 1597/18
1597/18 1598/18
1601/22 1603/20
1604/6 1605/10
1607/17 1607/19
1609/6 1609/8 1609/22
1614/8 1617/14 1618/2
1618/5 1620/5 1624/24
1628/15 1628/15
1629/8 1629/13
1629/20 1632/8 1633/2
1633/16 1634/25
1635/2 1635/10
1638/21 1638/22
1639/6 1645/16
1645/18 1645/20
1645/20 1645/21
1645/23 1645/24
1646/19 1647/6 1647/8
1647/20 1650/22
1651/16 1651/19
1652/15 1652/19
1652/23 1652/25
1653/20 1654/8 1655/7
1655/15

thinking [16] 1574/10
1575/15 1581/14
1584/16 1593/8
1593/10 1596/1
1597/22 1599/18
1608/5 1608/6 1608/11
1612/17 1612/19
1615/24 1629/12

third [14] 1578/10
1578/15 1578/18
1578/20 1578/21
1579/2 1581/17
1608/19 1618/24
1623/4 1623/19
1624/25 1625/12
1625/23

this [130]

those [49] 1534/10
1541/19 1543/7 1544/2
1548/23 1549/1
1549/22 1550/2 1550/4
1551/11 1556/7
1558/23 1559/1

1561/19 1562/4
1563/16 1570/4
1577/16 1586/11
1588/16 1589/16
1592/21 1596/8
1600/24 1601/7 1605/5
1616/4 1616/12 1617/5
1619/7 1621/19
1623/15 1623/21
1630/22 1630/23
1634/13 1635/8
1638/14 1639/2 1639/3
1639/5 1641/7 1643/8
1643/10 1643/25
1645/16 1649/8

though [5] 1536/14
1539/18 1605/17
1615/7 1623/24

thought [9] 1554/9
1556/6 1608/20 1612/6
1618/20 1628/1
1635/25 1642/19
1649/10

thousand [2] 1588/24
1589/5

thread [1] 1636/17

threat [1] 1593/4

three [15] 1572/3
1572/17 1576/24 1619/9
1619/11 1621/18
1622/2 1633/22 1634/3
1634/4 1634/7 1634/25
1635/14 1643/12
1653/7

threshold [1] 1629/11

through [9] 1549/15
1557/20 1567/14
1569/4 1571/19
1596/20 1601/9
1623/19 1626/4

throughout [2] 1535/7
1561/15

tightly [1] 1625/1

time [37] 1535/4
1540/5 1544/20
1556/23 1557/14
1561/23 1571/7 1575/6
1575/7 1577/24 1578/4
1578/11 1579/13
1579/20 1582/24
1583/22 1583/24
1584/5 1584/8 1588/8
1588/11 1588/14
1588/17 1589/3
1595/11 1599/5
1611/15 1611/17
1621/2 1623/17
1623/25 1642/15
1644/22 1644/23
1644/25 1653/15
1656/14

times [8] 1532/8
1532/9 1567/14
1614/18 1614/24
1648/13 1649/24
1653/8

title [15] 1542/10

1558/12 1576/19
1578/15 1578/16
1578/22 1640/5 1640/9
1640/16 1641/20
1643/1 1643/2

titled [1] 1657/4

titles [9] 1569/4
1572/18 1576/19
1576/24 1583/4
1583/21 1583/25
1584/6 1584/14

today [2] 1534/11
1656/22

together [1] 1573/3

told [1] 1612/5

tomorrow [1] 1656/19

Tonya [2] 1567/17
1568/20

too [4] 1545/19
1599/25 1648/2
1655/12

took [5] 1625/16
1633/22 1638/11
1638/13 1642/15

top [15] 1540/13
1542/2 1542/5 1557/4
1564/23 1565/3 1565/5
1567/2 1572/1 1573/15
1581/6 1581/7 1604/19
1623/5 1623/14

total [2] 1557/2 1572/7

totally [1] 1644/19

Tower [1] 1532/9

trade [12] 1536/3
1536/6 1536/18
1536/18 1536/22
1536/25 1537/7
1537/10 1538/4
1538/21 1542/9
1542/12

transaction [3]
1551/24 1556/6
1629/12

transcript [5] 1531/9
1532/24 1568/16
1568/18 1657/3

transcription [1]
1532/25

treat [7] 1573/7 1590/9
1591/15 1619/23
1641/17 1643/22
1652/22

treated [7] 1641/1
1641/22 1642/22
1642/24 1643/20
1644/11 1644/17

treating [1] 1619/25

TRIAL [1] 1531/9

tried [7] 1576/8
1596/23 1604/13
1611/23 1626/4 1637/7
1633/11

trigger [3] 1538/7
1538/18 1538/22

true [12] 1539/3
1546/12 1569/8
1593/19 1602/24

1621/24 1622/11
1628/9 1629/1 1656/6
1656/9 1656/12

truth [2] 1645/13
1645/18

truthfully [1] 1603/6

try [10] 1541/25 1550/7
1598/12 1598/21
1611/6 1611/12 1616/3
1630/11 1640/17
1640/23

trying [15] 1541/13
1541/15 1541/23
1560/12 1561/11
1575/10 1575/13
1582/14 1583/13
1597/2 1597/9 1606/24
1617/24 1649/12
1656/6

turn [2] 1551/15
1650/5

turned [1] 1652/6

turns [1] 1612/25

twice [1] 1544/18

two [48] 1543/7
1543/18 1546/7
1546/19 1555/9
1555/12 1557/8
1558/21 1575/21
1575/22 1584/25
1586/24 1587/15
1588/18 1589/13
1590/25 1591/14
1591/20 1595/10
1595/11 1595/23
1599/21 1599/22
1600/14 1600/14
1600/23 1600/24
1602/18 1607/9
1615/11 1617/8 1619/9
1619/11 1621/19
1623/5 1623/22
1633/19 1636/18
1638/19 1638/20
1640/18 1643/25
1644/9 1648/2 1648/10
1650/10 1651/9 1652/3

type [11] 1539/19
1539/19 1539/22
1592/20 1596/17
1599/23 1600/1 1613/7
1615/22 1619/16
1636/5

types [5] 1561/24
1596/25 1599/24
1600/4 1612/10

typically [7] 1541/11
1543/18 1549/4
1576/10 1605/6
1624/13 1629/7

**U**

U.S [2] 1531/16
1647/21

unable [1] 1611/25

unconcentrated [4]
1536/4 1536/8 1536/9
1538/17

**U**
under [4] 1555/15
1603/6 1627/11 1649/8
understand [14]
1548/10 1553/15
1560/14 1583/13
1596/13 1597/14
1601/23 1603/14
1607/18 1609/25
1618/2 1632/8 1637/13
1646/15
understanding [3]
1542/5 1569/14 1576/4
Understood [1]
1540/14
undertake [1] 1627/13
undertaken [2]
1611/13 1611/14
unilateral [5] 1591/4
1593/12 1628/16
1655/9 1656/7
UNITED [4] 1531/1
1531/3 1531/10
1647/21
unprofitable [1]
1547/25
unreasonable [1]
1594/8
unreliable [1] 1649/10
unsuccessful [1]
1611/7
until [1] 1603/21
unusual [1] 1544/22
up [37] 1553/19
1563/15 1563/24
1570/17 1572/24
1573/9 1576/7 1576/14
1581/11 1581/23
1581/24 1582/8 1583/6
1585/12 1585/22
1588/1 1596/7 1596/8
1596/19 1596/23
1598/21 1601/7
1601/23 1603/25
1605/11 1605/16
1608/24 1609/5
1609/19 1612/3
1612/10 1613/19
1617/20 1631/3 1642/2
1647/16 1652/18
upon [6] 1581/9
1602/15 1621/14
1624/18 1636/4 1648/3
upshot [1] 1595/9
us [18] 1544/15
1545/12 1547/20
1547/22 1552/2
1552/23 1555/2
1558/17 1559/7
1571/25 1573/2 1574/1
1574/6 1605/10 1619/9
1639/20 1641/3
1647/18
use [28] 1540/12
1546/24 1590/8
1592/15 1593/22
1593/24 1594/15
1594/18 1594/22

1597/9 1611/3 1613/3
1614/7 1617/9 1617/24
1620/6 1629/2 1629/7
1633/4 1633/17 1634/5
1636/20 1639/9
1641/10 1653/14
used [32] 1535/7
1604/21 1611/18
1613/8 1620/7 1623/7
1626/1 1626/1 1626/5
1627/23 1633/17
1633/25 1634/1 1637/2
1637/3 1638/14 1639/7
1639/13 1639/15
1640/3 1640/5 1640/18
1640/19 1641/1 1643/1
1643/13 1647/10
1648/14 1648/20
1648/20 1649/8
1652/14
useful [2] 1593/9
1635/11
uses [1] 1624/10
using [34] 1541/24
1555/19 1586/1
1586/21 1587/8 1598/4
1598/10 1598/16
1599/25 1612/10
1614/2 1618/25
1625/18 1626/2
1632/24 1636/9
1636/24 1637/2
1637/19 1638/11
1638/23 1639/10
1639/16 1639/23
1643/10 1648/11
1649/21 1649/22
1651/25 1652/19
1654/17 1654/19
1656/3 1656/4
usually [1] 1588/24

**V**
validity [1] 1652/17
valuable [2] 1616/5
1634/25
valuation [7] 1586/3
1603/2 1604/1 1608/8
1608/19 1612/25
1619/6
valuations [2] 1619/5
1624/5
value [7] 1586/2
1608/10 1615/22
1616/3 1616/5 1629/16
1656/9
variable [17] 1641/2
1641/7 1641/9 1641/10
1641/11 1642/7 1642/8
1642/22 1643/13
1643/21 1643/22
1644/6 1645/10
1645/17 1645/22
1645/24 1652/20
variance [1] 1630/7
variety [1] 1618/7
various [1] 1577/23

Vernon [1] 1531/14
version [4] 1590/9
1600/18 1635/16
1652/24
versions [2] 1643/12
1643/25
versus [3] 1622/9
1638/19 1647/20
very [30] 1536/8
1536/9 1538/17 1593/8
1596/9 1597/6 1598/3
1609/17 1613/7
1617/21 1624/21
1625/1 1625/1 1625/4
1625/5 1628/3 1628/20
1628/21 1628/21
1636/21 1646/12
1648/23 1649/3
1650/18 1650/23
1650/23 1652/21
1656/18 1656/21
1656/22
veterans [1] 1560/8
ViacomCBS [1]
1532/12
view [12] 1539/1
1539/8 1566/14
1608/22 1621/23
1635/8 1643/6 1644/4
1644/16 1645/11
1645/14 1653/4
VII [1] 1537/17
vis [2] 1549/17 1549/17
vis-à-vis [1] 1549/17
vs [1] 1531/5

**W**
want [21] 1535/24
1550/22 1555/2
1560/19 1567/7 1577/3
1590/1 1600/20 1602/4
1605/21 1607/17
1630/11 1630/14
1636/22 1639/3
1641/10 1641/11
1644/9 1650/8 1653/9
1655/19
wanted [4] 1573/6
1592/15 1596/6 1644/8
wanting [1] 1573/2
warning [1] 1646/13
was [90] 1536/12
1538/7 1540/15 1542/6
1544/9 1544/13
1546/11 1552/22
1552/22 1552/24
1553/10 1555/6
1555/18 1556/11
1558/7 1560/6 1566/10
1566/19 1567/12
1567/15 1567/17
1567/18 1567/22
1569/3 1574/25
1575/16 1575/22
1576/2 1576/14
1576/14 1578/4 1578/6
1578/13 1578/16

1585/11 1589/5
1589/13 1594/3 1595/5
1597/2 1600/9 1609/5
1611/4 1611/7 1612/4
1612/9 1613/1 1618/14
1619/8 1619/20 1620/9
1626/2 1628/1 1629/12
1629/21 1630/24
1632/18 1633/18
1633/24 1635/3
1638/12 1638/12
1639/10 1642/15
1644/25 1647/20
1648/2 1648/5 1648/6
1648/15 1648/15
1648/19 1648/22
1648/24 1649/5
1649/20 1649/24
1649/25 1650/12
1650/23 1650/23
1651/6 1652/2 1653/3
1653/19 1653/20
1654/18
Washington [4] 1531/5
1531/18 1532/18
1532/23
wasn't [5] 1544/13
1578/11 1612/6
1644/18 1649/4
watching [1] 1603/25
way [37] 1539/1
1541/23 1542/7 1542/9
1547/20 1555/15
1561/16 1566/25
1586/7 1588/22
1592/17 1593/18
1598/17 1603/16
1608/4 1617/23
1619/10 1619/14
1620/9 1624/24
1627/22 1628/2 1629/1
1631/3 1634/1 1642/20
1642/20 1644/13
1644/23 1645/2 1645/6
1645/9 1646/5 1649/25
1653/13 1655/7 1656/7
ways [4] 1622/4
1642/19 1654/19
1656/10
we [78] 1534/11
1535/4 1536/1 1536/2
1538/16 1538/20
1538/21 1538/22
1539/5 1539/11
1544/11 1544/14
1544/22 1545/13
1546/3 1546/4 1548/6
1549/15 1550/23
1552/4 1552/6 1553/6
1554/15 1558/7
1560/23 1563/24
1565/3 1566/18
1568/18 1570/16
1570/17 1571/22
1572/5 1572/10
1572/24 1575/23
1575/24 1575/24

1588/20 1590/3 1593/1
1594/10 1594/22
1596/2 1598/2 1598/16
1598/17 1599/3
1600/19 1601/23
1604/1 1607/8 1607/13
1614/7 1614/7 1617/6
1617/10 1620/16
1623/18 1629/18
1629/19 1630/9 1632/7
1634/12 1634/16
1634/16 1634/19
1634/23 1636/3
1640/23 1641/13
1641/16 1643/12
1651/6 1651/7 1653/14
we'd [1] 1535/5
we'll [12] 1534/22
1585/4 1586/15
1586/17 1590/13
1599/6 1601/21 1614/8
1621/10 1622/6
1656/19 1656/21
we're [32] 1536/3
1539/4 1546/3 1549/17
1551/17 1552/4
1553/14 1566/1
1574/10 1585/3 1586/5
1587/17 1589/3 1591/6
1598/11 1600/21
1601/15 1603/24
1603/24 1604/22
1609/8 1614/2 1615/6
1615/10 1617/7 1617/9
1619/23 1621/6
1621/11 1653/9 1656/6
1656/19
we've [8] 1534/14
1540/5 1542/15
1592/21 1595/1 1604/7
1614/9 1627/9
Weekly [1] 1567/6
weight [2] 1572/25
1655/12
weighted [1] 1640/19
well [40] 1537/23
1539/9 1541/14
1542/22 1545/23
1553/19 1554/14
1556/8 1556/9 1557/10
1560/7 1560/7 1563/10
1564/18 1569/12
1570/24 1571/6
1571/13 1573/1
1573/14 1573/21
1585/24 1586/15
1586/17 1590/13
1594/10 1600/9
1601/21 1611/12
1614/21 1618/20
1622/6 1623/1 1628/3
1637/4 1646/14
1647/14 1651/7
1651/22 1654/16
well-known [1] 1560/7
well-respected [1]
1560/7

well-suited [1] 1563/10
went [3] 1643/1 1643/5
1648/13
were [61] 1555/12
1555/15 1558/23
1564/22 1566/20
1566/20 1567/10
1567/13 1567/16
1569/10 1571/1
1572/21 1572/22
1574/21 1574/23
1575/9 1575/10
1575/10 1575/13
1575/20 1583/5
1586/19 1587/23
1587/25 1604/15
1605/21 1608/22
1609/20 1611/11
1611/25 1612/6
1612/12 1618/9
1618/11 1618/21
1627/15 1633/9 1638/8
1640/2 1640/11
1641/19 1641/21
1641/22 1643/6
1643/18 1644/8
1644/16 1644/17
1644/22 1645/5
1647/15 1647/23
1648/10 1649/10
1649/19 1650/3 1650/5
1650/11 1650/19
1650/21 1652/9
weren't [1] 1595/21
what [99] 1535/24
1536/6 1539/19
1541/13 1541/16
1549/13 1552/24
1554/20 1557/9
1557/17 1559/4 1563/6
1565/2 1569/14
1569/15 1570/5 1570/8
1572/17 1573/12
1575/15 1576/4 1576/9
1581/7 1582/2 1583/7
1583/13 1587/2 1587/5
1587/11 1590/17
1593/15 1594/13
1594/22 1595/18
1596/17 1597/4 1600/5
1600/12 1600/20
1600/21 1602/18
1602/18 1603/10
1603/14 1604/7
1604/18 1604/22
1605/10 1606/24
1611/15 1612/12
1612/19 1613/7
1614/12 1614/16
1617/4 1618/2 1619/1
1619/16 1621/24
1623/8 1623/23 1624/2
1624/5 1624/6 1624/10
1624/14 1624/17
1625/12 1626/4 1631/5
1631/11 1632/6
1632/15 1632/15

1639/8 1639/20
1639/23 1640/2 1641/3
1641/14 1642/15
1643/8 1644/8 1644/10
1644/19 1644/24
1645/12 1645/17
1648/5 1648/6 1648/22
1650/7 1650/11 1656/9
1656/12
what's [5] 1612/23
1623/24 1624/1 1624/6
1624/7
whatever [3] 1617/2
1617/4 1619/24
wheel [1] 1578/8
when [52] 1534/23
1536/10 1536/16
1538/15 1538/20
1539/18 1548/14
1552/6 1552/22 1554/5
1554/7 1562/20
1565/15 1570/24
1573/2 1575/22 1579/8
1581/14 1584/25
1586/4 1586/15 1588/8
1589/16 1594/5
1594/14 1595/10
1595/22 1598/9
1606/18 1607/3
1607/11 1608/5
1608/13 1610/19
1614/18 1618/7 1619/8
1620/16 1622/8
1625/10 1625/21
1626/18 1629/7
1629/19 1632/20
1634/9 1638/12 1639/7
1642/1 1645/3 1651/21
1652/22
where [28] 1535/25
1536/1 1537/20 1541/8
1547/4 1565/8 1566/19
1575/20 1584/20
1586/11 1590/24
1591/13 1593/19
1597/19 1603/13
1603/21 1605/15
1614/24 1615/10
1616/8 1616/8 1617/21
1620/6 1631/5 1643/1
1643/6 1647/15 1651/7
Whereas [1] 1639/13
whether [20] 1536/7
1540/1 1543/22
1545/13 1546/18
1546/23 1546/25
1547/3 1547/21 1569/3
1576/12 1577/1
1597/22 1612/14
1614/3 1614/4 1615/8
1629/13 1630/14
1641/8
which [49] 1534/16
1534/17 1535/6 1536/5
1542/6 1543/15
1545/22 1546/17
1546/18 1550/19

1561/14 1562/4
1564/18 1568/8
1568/18 1574/12
1582/3 1583/18 1590/9
1590/17 1592/18
1592/23 1595/10
1595/11 1595/22
1605/17 1609/8 1610/1
1610/13 1615/19
1618/6 1621/6 1621/21
1622/2 1623/10
1623/18 1630/7 1634/4
1634/12 1635/3 1637/8
1639/8 1639/14 1643/6
1645/5 1645/15
whichever [1] 1574/11
who [30] 1542/2
1543/3 1543/5 1543/22
1544/4 1545/8 1545/18
1545/25 1553/13
1553/21 1553/22
1556/12 1562/3
1566/21 1574/22
1575/25 1577/13
1579/8 1585/14
1585/21 1593/21
1595/21 1598/6 1615/4
1620/24 1625/6 1630/4
1630/7 1630/11
1630/21
who's [5] 1546/15
1553/15 1571/25
1573/20 1638/20
whole [1] 1618/7
whom [4] 1553/20
1554/9 1591/22 1598/6
why [8] 1560/14
1595/20 1611/21
1628/12 1629/6 1633/1
1641/8 1644/2
wide [1] 1594/5
widely [2] 1554/3
1554/5
wildly [1] 1649/9
will [37] 1540/2
1547/15 1547/22
1553/16 1553/23
1554/15 1554/22
1557/25 1560/16
1573/9 1586/10
1590/20 1592/23
1594/9 1595/12
1599/22 1603/9
1608/11 1609/2
1609/13 1613/8
1614/25 1615/11
1624/17 1625/24
1627/10 1628/13
1628/17 1628/23
1629/3 1629/9 1629/14
1635/4 1635/7 1636/14
1636/17 1644/16
William [2] 1532/20
1657/2
willingness [1]
1602/11
win [27] 1561/23

1564/12 1571/11
1574/4 1574/4 1574/15
1574/18 1575/5 1575/7
1579/14 1581/23
1581/23 1582/8 1605/8
1608/7 1608/9 1608/11
1612/20 1617/8 1617/9
1623/17 1623/25
1632/4 1632/5 1632/6
winner [12] 1555/6
1576/2 1585/12
1587/23 1603/17
1605/7 1605/15
1606/13 1606/15
1606/19 1608/18
1638/12
winning [8] 1560/24
1572/18 1573/14
1573/24 1581/3
1583/16 1606/25
1633/13
wins [4] 1557/13
1573/3 1602/14 1632/3
wish [1] 1635/1
wishes [1] 1553/18
within [4] 1543/24
1557/8 1569/3 1643/21
without [3] 1535/19
1637/2 1650/11
witness [3] 1533/7
1534/13 1554/12
WITNESSES [1]
1533/9
won [11] 1555/19
1556/20 1556/22
1575/25 1576/15
1583/5 1588/16
1616/23 1617/2 1617/5
1617/6
won't [3] 1547/14
1547/20 1547/21
word [3] 1558/10
1566/24 1636/16
words [1] 1625/13
work [12] 1537/6
1537/13 1537/18
1541/2 1545/24
1582/21 1604/13
1613/2 1620/17
1632/15 1637/11
1640/6
worked [2] 1541/4
1618/20
working [2] 1622/15
1646/14
works [2] 1597/23
1598/17
world [7] 1542/18
1549/12 1554/9
1561/15 1573/24
1597/23 1604/7
worse [2] 1585/18
1585/20
would [156]
wouldn't [8] 1543/18
1574/23 1582/1
1593/24 1594/22

1619/22
writings [1] 1620/19
written [1] 1542/16
wrong [11] 1545/10
1548/11 1561/21
1578/25 1579/1
1622/19 1626/20
1626/21 1629/2
1646/10 1648/10

**Y**

yardstick [1] 1653/14
yeah [61] 1541/10
1551/13 1553/7 1576/7
1578/8 1579/5 1579/21
1580/2 1582/15
1582/15 1584/4 1585/1
1586/1 1588/12
1588/24 1589/5 1589/8
1589/11 1590/1 1596/6
1596/13 1597/16
1601/19 1603/23
1604/3 1604/12 1606/5
1606/6 1607/5 1608/23
1609/8 1609/12
1609/21 1610/24
1611/6 1615/10
1617/13 1623/2 1624/2
1627/18 1630/7
1630/11 1630/12
1631/2 1631/18
1635/16 1636/6
1637/24 1638/10
1639/15 1642/14
1642/21 1644/4
1644/25 1646/11
1646/17 1651/3
1651/19 1654/3 1655/1
1655/5
year [10] 1558/24
1566/13 1567/14
1567/23 1569/8
1584/14 1590/7
1590/16 1619/20
1647/19
years [4] 1557/8
1569/3 1572/7 1576/25
Yep [2] 1558/16 1642/5
yes [99] 1535/21
1537/14 1537/24
1538/5 1539/3 1539/24
1541/15 1542/14
1542/20 1542/23
1544/24 1546/20
1548/16 1548/17
1549/21 1550/1
1550/11 1550/14
1550/17 1551/13
1552/16 1553/18
1553/22 1554/11
1555/14 1556/10
1557/3 1557/5 1557/11
1559/6 1559/17
1559/18 1565/13
1568/13 1568/19
1569/6 1569/7 1569/9
1570/4 1570/15

**yes... [59]**  1572/13
1575/3 1575/17 1577/6
1577/11 1578/8
1578/19 1578/19
1578/23 1581/18
1582/19 1583/23
1584/9 1584/12
1584/16 1584/17
1585/23 1587/4
1588/16 1588/19
1590/18 1595/25
1600/6 1600/16
1600/17 1601/7 1601/8
1602/4 1604/19 1605/6
1605/17 1607/24
1614/6 1615/19
1618/13 1618/20
1618/21 1619/18
1619/25 1620/13
1626/15 1626/24
1627/2 1629/11
1634/18 1635/15
1636/21 1637/18
1637/23 1640/14
1640/16 1640/20
1642/10 1645/11
1645/23 1646/5
1647/20 1649/15
1654/25
**York [2]**  1532/9
1532/14
**you [518]**
**you understand [2]**
1553/15 1609/25
**you'd [4]**  1574/21
1575/20 1579/7
1606/14
**you'll [2]**  1535/25
1614/24
**you're [76]**  1535/18
1536/6 1540/1 1540/6
1540/10 1540/21
1541/13 1541/16
1542/13 1543/20
1544/20 1545/19
1548/3 1549/11
1549/13 1549/19
1549/22 1552/6
1552/19 1552/24
1554/13 1558/13
1563/16 1565/20
1572/5 1573/16
1573/17 1573/19
1576/18 1579/3 1581/2
1581/14 1583/8
1584/16 1586/16
1587/14 1589/24
1590/5 1592/7 1592/23
1594/6 1596/14
1597/22 1598/8
1599/25 1600/2 1600/3
1601/19 1607/11
1608/1 1608/4 1608/5
1608/6 1608/10
1608/13 1612/17
1613/20 1616/9
1617/23 1621/2

1623/17 1625/21
1627/22 1630/2
1633/24 1637/16
1637/19 1638/23
1638/23 1639/10
1645/20 1651/17
1654/5
**you've [12]**  1536/24
1540/7 1547/20
1571/22 1581/7 1583/8
1586/4 1611/16 1635/3
1651/17 1653/8
1653/25
**your [169]**
**Your Honor [47]**
1534/6 1534/7 1534/12
1535/1 1535/4 1537/21
1539/24 1551/17
1554/14 1554/22
1557/22 1559/6
1559/18 1560/16
1561/10 1561/23
1562/11 1564/1
1565/13 1568/12
1568/19 1587/4
1587/12 1588/4
1595/14 1597/17
1599/8 1599/15 1600/6
1600/8 1607/20
1611/23 1616/24
1617/15 1624/23
1627/7 1632/9 1636/16
1637/5 1639/2 1641/4
1642/21 1645/4
1646/17 1648/24
1649/14 1656/16
**yours [1]**  1537/23

**Z**
**Zando [1]**  1560/10
**Zaremba [2]**  1532/20
1657/2
**zero [5]**  1536/5
1655/14 1655/23
1656/2 1656/2
**zoom [1]**  1536/2