1                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3    THE UNITED STATES OF AMERICA,        Civil Action
                                          No. 21-02886
4               Plaintiff(s),

5          vs.

6    BERTELSMANN SE & CO. KGAA,           Washington, D.C.
     et al,                               August 10, 2022
7                                         2:02 p.m.
                Defendant(s).             **AFTERNOON SESSION**
8    ------------------------------------------------------------

9                 TRANSCRIPT OF BENCH TRIAL
              BEFORE THE HONORABLE FLORENCE Y. PAN
10                UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF:       John R. Read, Esquire
                              Ihan Kim, Esquire
13                            Meagan K. Bellshaw, Esquire
                              Lauren G. Schussl Riker, Esquire
14                            Ethan D. Stevenson, Esquire
                              United States Department of Justice
15                            Antitrust Division
                              450 Fifth Street, Northwest
16                            Washington, D.C. 20530

17

18   FOR THE DEFENDANTS       Daniel M. Petrocelli, Esquire
     BERTELSMANN and          M. Randall Oppenheimer, Esquire
     PENGUIN RANDOM HOUSE:    Scott Voelz, Esquire
19                            O'Melveny & Myers, LLP
                              1999 Avenue of the Stars
20                            Eighth Floor
                              Los Angeles, California 90067

21

22

23

24

25

```
 1   APPEARANCES (Cont.)

 2   FOR THE DEFENDANTS          Abby Rudzin, Esquire
     BERTELSMANN and            Abby Rudzin, Esquire
 3   PENGUIN RANDOM HOUSE:      O'Melveny & Myers, LLP
                                7 Times Square
 4                              New York, New York 10036

 5
     FOR THE DEFENDANTS          Stephen Fishbein, Esquire
 6   VIACOMCBS and              Shearman & Sterling, LLP
     SIMON & SCHUSTER:          599 Lexington Avenue
 7                              New York, New York 10022

 8
                                Ryan A. Shores, Esquire
 9                              Shearman & Sterling, LLP
                                401 Ninth Street, Northwest
10                              Washington, D.C. 20004

11
     REPORTED BY:               Tammy Nestor, RMR, CRR
12                              Official Court Reporter
                                333 Constitution Avenue NW
13                              Washington, D.C. 20001
                                tammy_nestor@dcd.uscourts.gov
14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        I-N-D-E-X

2

    WITNESS                 DIRECT   CROSS   REDIRECT   RECROSS
3

4   JENNIFER WALSH

5      BY MS. RUDZIN         1796              1837

6      BY MR. READ                   1825

7   JENNIFER BERGSTROM

8      BY MR. SHORES        1839

9      BY MS. RIKER                  1874

10

11  PLAINTIFF'S EXHIBITS                       PAGE

12     874, 876, 754, 757, 875, 758 and X760   1838

13

14  DEFENDANT'S EXHIBITS                        PAGE

15     249 and 333                             1880

16     286                                     1866

17     411                                     1825

18     412                                     1874

19

20

21

22

23

24

25
```

```
 1   The following proceedings began at 2:02 p.m.:
 2            THE COURT:  Good afternoon.
 3            MS. RUDZIN:  Good afternoon.
 4            THE COURT:  Give me one second.  You can be seated.
 5            I will just remind you that you are still under oath.
 6            Give me one second here.
 7            Ready when you are.
 8            MS. RUDZIN:  Thank you very much.
 9                      DIRECT EXAMINATION (Continued)
10   BY MS. RUDZIN:
11   Q    I realized, Ms. Walsh, that when I talked to you this
12   morning about your credentials, I didn't ask you, what are some
13   of the notable books that you have sold as an agent?
14   A    Thank you for asking that.  Many to think about, but some
15   that come to my mind are Secret Life Bees by Sue Monk Kidd who
16   bought me my magic wand, The Glass Castle by Jeanette Walls,
17   Lean In by Sheryl Sandberg.  My mind has gone blank.  I'm
18   sorry.
19   Q    That's all right.  Those are three pretty good ones.
20   A    Okay.  Oh, Brene Brown, all of Brene Brown's books.
21   Q    Who were the largest publishers you have sold books to?
22   A    Who are the largest publishers I have sold book to?  PRH,
23   HarperCollins, Simon & Schuster, Hachette, and Macmillan.
24   Q    Are you familiar with Scholastic?
25   A    Yes.
```

```
1    Q    I take it you haven't sold a lot of books to them.  You

2    don't do children's, right?

3    A    I do do some of children's, but no.  We do a lot of

4    business with them, and I knew the CEO quite well and was very

5    impressed, but, no, I didn't have a chance to do a lot of

6    business there.

7    Q    How many imprints are there at the larger publishers like

8    Penguin Random House and HarperCollins?

9    A    I think over a hundred.

10   Q    And what about the other large publishers like Hachette

11   and Macmillan?

12   A    They each have dozens.  I'm not exactly sure.  The number

13   probably fluctuates slightly.

14   Q    Do all those imprints compete against each other?

15   A    Fiercely.

16   Q    We talked about the largest publishers.  What are some of

17   the midsized publishers you have worked with?

18   A    Norton, Grove Atlantic, Kensington, Chronicle, Abrams, Hay

19   House.

20   Q    And what about smaller publishers, have you dealt with any

21   of those?

22   A    Sure.  There's Graywolf.  There's the university presses,

23   Andrews McMeel.

24   Q    Do those midsized and small publisher compete for the same

25   books as the large publishers?
```

```
 1   A     Absolutely.  They don't compete necessarily as frequently,
 2   but when they compete, they compete certainly as fiercely.
 3   Q     And how do agents think about those midsized and small
 4   publishers when preparing their submission list?
 5   A     It really depends on the book, because if they are the
 6   perfect place for a book, they could be at the top of the list.
 7   Agents are thinking about editors and imprints.  So they are
 8   really looking to make that perfect match wherever it is.
 9   Q     Do those smaller and midsized publishers ever win the
10   rights to expensive books?
11   A     Oh, absolutely.
12   Q     Why would an author ever choose a smaller publisher over a
13   best in class like Penguin Random House?
14   A     Well, I mean, first of all, they are best in class too.
15   So just because they are smaller doesn't mean that they are not
16   as impeccable in every way.  Why would someone pick Amherst
17   over Harvard?  Not everyone wants to be at a big school.  Some
18   people prefer a smaller, more familial type situation, thinking
19   about Grove Atlantic who has, you know, literary giants as
20   authors, but also a very small familial feeling that people
21   like.
22         If you are a self-help author or wellness author, you may
23   prefer Hay House because they have this cruise and these
24   conferences that make a really, really successful lecture
25   business for a lot of these authors.  So if you want to go to a
```

place like Norton because you have written maybe a soft science

book or narrative nonfiction book, they are excellent at

getting attention.  So there's different reasons someone might

choose a different route.

Q    Do those smaller publishers ever actually outbid one of

the larger imprints?

A    They do.  As I said, they pick their bets, but when they

go, they go the distance.

Q    We have heard the smaller publishers called farm teams

during this trial.  What is your response to that?

A    The smaller publishers are called farm teams?  First of

all, it's rude, but it's also untrue because I think farm

teams, it means that everybody is looking to go to the majors,

you know, everybody is looking to go up.  And that's not the

case with people that are published by these midsized and

smaller publishing houses.

        You know, many very successful authors that could go

anywhere choose to remain at these houses for their whole

careers.  The editors are extraordinary.  And, you know, there

are times where people go from a large one of the Big 5s to one

of the midsized or smaller publishing houses.

Q    Can you give us an example of someone who has chosen to

stay at one of the smaller firms through several books?

A    Sure.  Richard Powers, I think, was at Morrow and moved to

Norton where he's remained.  Mary Roach has been at Norton her

```
 1   whole career.
 2   Q    What about authors that have moved from big to small?
 3   A    From big to small, Colette Baron-Reid, a best selling
 4   author that moved from Crown to Hay House.  Gabrielle
 5   Bernstein, another best selling author that moved from, I
 6   think, maybe also Crown, definitely inside the PRH building, to
 7   Hay House.  You know, it happens.  It's not unheard of by any
 8   stretch.
 9   Q    Ms. Pande testified that when multiple editors are
10   interested in a book, smaller publishers are, in her words,
11   very rarely involved.  Do you recall that testimony?
12   A    I do.
13   Q    Do you have a response to it?
14   A    Well, if it's just a matter of interest, I'm not sure how
15   the other publishers would have that information.  But
16   certainly as an agent, she's getting that information.  And
17   it's just not consistent with my experience.  It's really
18   specific to the project.
19   Q    We have heard in this case that larger publishers have an
20   advantage in acquiring books because they have a better
21   reputation than smaller publishers.  What's your view on that?
22   A    I mean, it just feels like a fundamental misunderstanding.
23   I mean, bigger is not necessarily better.  You know, the head
24   of Grove Atlantic, Morgan Entrekin, is literally a legend.  You
25   can't have a better reputation than he has.  I can understand
```

1    how it would look like that from the outside, but it's just not

2    the case.

3    Q    Mr. Pietsch testified that one advantage Hachette has over

4    smaller publishers is its stronger relationship with media.  Do

5    you recall that testimony?

6    A    Yes, I do.

7    Q    And what's your response?

8    A    Well, I mean, old media for sure.  But that's a

9    disintegrating relationship because nobody cares about a

10   newspaper ad or article or a network package.  So it's really

11   shifted to new media.  And all of those relationships are new

12   and everybody is figuring it out.  I think that historically

13   maybe that was true, but I think it's much less true now.

14   Q    We have also heard that larger publishers have an

15   advantage in marketing that authors need.  Do you have a view

16   on that?

17   A    I am going to be repetitive here, but I think they had a

18   historical advantage that is also eroding because if an author

19   can sell thousands of books with a single Instagram post, an

20   author with the right platform, then what marketing department

21   do you need?  You need a single entrepreneurial person, ideally

22   somebody who really understands social media.

23   Q    Mr. Pietsch testified that Hachette's strong relationships

24   with retailers are an advantage Hachette has over smaller

25   publishers.  Do you recall that testimony?

1    A    I do.

2    Q    And what's your response to that?

3    A    I don't want to sound like a broken record here, but, you

4    know, Amazon is the biggest retailer and everybody has access.

5    So there's no -- you know, there's no preferential treatment

6    there.  Anybody can distribute -- could sell through Amazon.

7    So I love independent book stores, but, you know, I think it's

8    not exactly where the growth in the books sales are going.

9          MR. READ:  Objection, foundation.

10          THE COURT:  I am going to sustain that objection.

11   BY QUESTIONER:

12   Q    We have heard people say in this trial that the larger

13   publishers have an advantage in distribution.  Do you agree?

14   A    The larger publishers actually distribute some of the

15   smaller publishers, so the distribution is actually exactly the

16   same.  And if I -- I think if I'm correct, HarperCollins

17   actually doesn't even distribute their own titles.  So in that

18   sense, I'm not sure if that really is an advantage.

19   Q    Does a publisher's printing capabilities matter to the

20   decision about which editor to go with for a book?

21   A    Their ability to print the book?

22   Q    Yes.

23   A    No.

24   Q    Has it ever come up in a meeting between an author and an

25   editor or an agent and editor?

```
1    A    I can't say it has.

2    Q    Mr. Pietsch testified that Hachette has a greater ability

3    to absorb losses than smaller publishers because of its bigger

4    revenues and backlist.  Do you recall that testimony?

5    A    I do.

6    Q    And do you have a response?

7    A    Well, I have two responses.  First of all, a backlist is

8    just money.  So it's not like a backlist helps you any other

9    way except that it's funding.  So a well-funded organization,

10   whether it's small or new, can absorb the same thing.

11        The other thing is I'm not so sure, as an author, as an

12   author's representative, how good it feels to know that

13   absorbing losses is not a big deal because I think authors

14   prefer to feel like it's all or nothing and maybe this midsized

15   and smaller houses sort of really treat it that way as well.

16   I'm not sure.

17             MR. READ:  Objection, foundation.

18             THE COURT:  Sustained.  That will be stricken.

19             MS. RUDZIN:  Your Honor, I have a decoder if I could

20   hand it out, please.

21             THE COURT:  Yes.

22   BY MS. RUDZIN:

23   Q    Ms. Walsh, have you ever sold a book in Dr. Hill's

24   proposed market of book rights that go for $250,000 or more to

25   smaller publishers?
```

```
 1   A      I have.

 2   Q      Can you give us some examples, please?

 3   A      Yes.  Author A I sold to Hay House for a seven-figure

 4   advance in quite a competitive situation.

 5   Q      Do you know why the author chose Hay House?

 6   A      Yeah.  He wanted to be part of their lecture series.  And

 7   also at Hay House, a lot of the authors have big online

 8   communities, and when a new book comes out, they all post for

 9   that person.  So I think he really desired to be part of that

10   community as well.

11   Q      Can you give us another example, please?

12   A      Yes.  Author B moved from a Big 5 publisher where he had

13   been a New York Times best seller to Harvard Business Press for

14   over $500,000 in also a competitive situation.

15   Q      You've got a couple more on the list.  Why don't you run

16   through those.

17   A      Sure.  No problem.  I just wanted to say that, in that

18   particular case, Harvard Business Press has an excellent

19   reputation for getting directly to the business community and

20   so that served a larger mission for him with his -- you know.

21          So, yes, C is an example of a quirky literary novel that

22   also had a lot of interest but ultimately ended up at Abrams

23   for over that figure and was tremendously successful.

24          And then on D and E, Your Honor, I wanted these examples

25   to show you that these two authors both went to a coffee table
```

1    book publisher called Faden.  And they hired a commercial

2    editor, a veteran of the Big 5, and she was known for popular

3    culture.  So then they shifted into doing popular culture books

4    of big celebrities.  And in both cases, those advances were

5    well north of $500,000.

6    Q    Do you think any of these authors made the wrong choice in

7    choosing these smaller publishers?

8    A    No, I don't.  I think they were very happy with their

9    decision.

10   Q    Do you think any of them received inferior services?

11   A    Absolutely not.

12   Q    Have you sold as many books to these smaller publishers as

13   you have to the larger what's been called the Big 5?

14   A    No, I have not.

15   Q    Have you seen any new entrants come into the market?

16   A    Yes.  It's an exciting time for new entrants in the

17   publishing industry.  We have seen Spiegel & Grau, Zando,

18   Catapult, Astra, and I'm also going to put on the new entrants,

19   although it's not strictly true, there's a publishing house

20   called Open Road which was traditionally an e-book publisher,

21   but their new CEO, David Steinberger, is extremely dedicated to

22   books, so I would say watch the space on that as well.

23   Q    Let's just talk about a couple of those.  What do you know

24   about Spiegel & Grau?

25   A    Spiegel & Grau was founded by two veterans of the

```
 1   publishing industry, Julie Grau and Cindy Spiegel.  I know I
 2   read in an article that they were oversubscribed for their
 3   funding, and I think it's early days, but they are off to a
 4   great start.  They published -- I think the first book they
 5   published was called Fox and I, and I believe it was an instant
 6   New York Times best seller.
 7   Q    Is that the only New York Times best seller they have had?
 8   A    I think they have published three or four books.  So in
 9   the early days, they are off to a very good start.
10   Q    What can you tell us about Zando?
11   A    Zando is also founded by a veteran of the Big 5, Molly
12   Stern.  I believe she is also quite well-funded, and she's also
13   kind of off to a great start.
14   Q    Can Zando --
15             MR. READ:  Objection, foundation, well-funded.
16             THE COURT:  Sustained.
17   BY MS. RUDZIN:
18   Q    Ms. Walsh, how do you know that Zando is well-funded?
19   A    Well, I know that it's well-funded because they are buying
20   books at a big clip.  I know she's part of the SISTER
21   corporation, which is owned by Elisabeth Murdoch.  And from
22   what I have read, she's very dedicated to the book business.
23   Q    When you say she's very dedicated to the book business --
24   A    Elizabeth Murdoch, from what I have read, Elizabeth
25   Murdoch and the SISTER company.
```

```
 1          So, you know, an example of --
 2              THE COURT:  There's no question pending.
 3              Go ahead.
 4    BY MS. RUDZIN:
 5    Q    Can you tell us, has Zando had any successful books?
 6    A    Yeah.  So an example from Zando which I particularly love
 7    is a book that they are getting ready to publish in September
 8    called The Butcher and the wren.  And this is very much, I
 9    think, what Zando's whole profile is, is partnering with people
10    and brands that already have a platform.
11          But this particular author has a big following, and with a
12    single post on Instagram, she presold over 40,000 books.  So, I
13    mean, that's just staggering from a per copy perspective, and
14    it pretty much guarantees a number one spot on the New York
15    best seller list when it's published in September.
16    Q    Is that the only success Zando has had?
17    A    That hasn't been published yet, but I think they have
18    published a couple other books and I think they are doing well.
19    Q    What can you tell us about Astra?
20    A    Astra is also from a veteran of the Big 5.  His name is
21    Ben Schrank, and I actually worked with him on the Sisterhood
22    of the Traveling Pants series.  He's wonderful, and we will
23    see.
24    Q    None of these publishers is particularly well-established,
25    so why would agents submit books to them?
```

1    A    You know, as I mentioned to you earlier, agents submit to

2    editors.  And these are all peopled, all of these places are

3    peopled by editors who have a long history of success and who

4    have great relationships in the industry.  Their authors love

5    them, and the agents will be happy to support them.

6    Q    Let's turn to large companies that are not exclusively

7    focused on book publishing like Disney and Amazon.  Do agents

8    sell books to them?

9    A    Yes.  I mean, Disney certainly in the children's space.

10   You know, they did have an adult space for a while which they

11   sold, but right now they are very successful in the children's

12   space.

13   Q    We have heard mixed messages about Amazon as a competitor.

14   What is your view?

15   A    I don't think Amazon handled the rollout of their

16   publishing house well.  I think they told people in the

17   industry that they were not going to be publishers, and then

18   they became publishers and that trust was crushed.  And, you

19   know, hard to grow, easy to break.  I think they hired the

20   wrong people.  And they really, you know, didn't act

21   diplomatically with the independent book sellers and small book

22   stores.  It almost became like selling a book to them was like

23   crossing a petition line, so people aren't going to do that.

24   Q    Could Amazon course correct?

25   A    Absolutely.  They have all the money and all the resources

1    and all the marketing power.  If they wanted to course correct,

2    they absolutely could.  And I think we are already seeing a

3    little bit of that with a book that I recently read about that

4    was actually a book of theirs that actually was sold in the

5    independent book stores.  And, you know, that's a big

6    softening.

7    Q     Let's turn to self-publishing.  Do you see it as a viable

8    option for authors?

9    A     I do.  I do.

10   Q     Why?

11   A     Well, I think there's a lot of white space there.  So I

12   think that people are making traction with self-publishing.  I

13   made the mistake of gasping about the $40 million Kickstarter

14   campaign that I heard about because I think that's remarkable

15   and I think it will be a wave of the future.

16        I had a situation prior to my leaving WME with author G

17   where Amazon made an unsolicited audio offer for a very high

18   price.  And we had an accepted offer from one of the Big 5

19   publishers, but they didn't want to do it without the audio

20   rights.  So in consultation with us, we decided to actually set

21   up our own publishing for him to self-publish.

22        So we hired a freelance editor.  We hired a ghost writer.

23   We hired a book packager who physically makes the book.  And we

24   hired Ingram to distribute.  And so in that situation, for not

25   a very big investment, for the right author who could -- you

```
 1   know, his platform is very big and he could sell presumably

 2   hundreds of thousands of books, he was very excited about going

 3   this route.

 4        So it's not the self-publishing route where you are, you

 5   know, uploading a book.  It was actually going to be a fully

 6   published book.

 7   Q    And what happened?

 8   A    He unfortunately changed his mind about the project.

 9   Q    Do you have any clients who have actually self-published?

10   A    Yes.  Author F, who was a number one New York Times best

11   seller from one of the Big 5, decided he wanted to publish a

12   book, self-publish a book.  And, you know, he's entrepreneurial

13   and he believed his name would make a difference.  So in the

14   same way, we helped him get that together.  And he published a

15   book that he was very proud of and he was very happy with the

16   financial side of it as well.

17   Q    Shifting gears, Dr. Hill has used the term anticipated top

18   seller.  What is your reaction to that?

19   A    Well, his use of it was the first time I ever heard of it.

20   Q    Do you understand it?

21   A    Yes.  I get what he's saying.  I mean, we say best

22   sellers, but yes.

23        You know, the other thing too, and I can let you in on a

24   little secret here, everybody in the book industry believes

25   that every single book that they sell has the potential to be a
```

best seller.  So for us, I guess every book you work on we

would put in that category regardless of the advance.

Q    When the agent is putting together the submission or

deciding on whether to have best bids or an auction, can the

agent tell whether the book is an anticipated top seller?

A    You mean at that arbitrary level that Hill drew up?  No,

absolutely not.  I mean, you have a sense.  You have high

hopes.  But you really don't know what's going to happen until

the auction or the best bid or the exclusive negotiation takes

place.

         THE COURT:  Okay.  I just want to push you on that.

You are saying that you never anticipate that a book that you

are marketing is going to be a best seller or top seller?

         THE WITNESS:  I would say I always anticipate that

what I am working on is going to be a best seller.

         THE COURT:  How many books do you sell for less than a

hundred thousand advance?

         THE WITNESS:  I do.  And certainly earlier in my

career, all the time.  And now I try to find new authors, and

it's -- you know, we spend years working on a title.  We

wouldn't work on something if we didn't believe it had the

ability to break out or to be a prize winner.

         THE COURT:  No, not ability; anticipated top seller.

You think they are all the same?  You never think some will do

better than others?

```
 1              THE WITNESS:  I do think some are going to do better

 2     than others, but I think they all are going to do well.  Hope

 3     springs eternal.  I believe everything I am working on is going

 4     to break out.  I do believe that.  And I think many of my

 5     colleagues feel the same way.

 6              THE COURT:  So you think every book you work on is

 7     going to be a best seller or a top seller?  I just want to make

 8     sure I'm understanding this.

 9              THE WITNESS:  No.  I think every book that I work on

10     has the potential to break out.

11              THE COURT:  That's not the question.  It's called

12     anticipated best sellers that you expect to be a best seller.

13     And you are telling me every book you work on you anticipate to

14     be a top seller?  I just want to make sure I'm understanding

15     you.

16              THE WITNESS:  Again, this is a category that doesn't

17     exist.  For me, I don't have an anticipated top seller

18     category, so I am putting myself in the mind space of that.  I

19     will say that I don't sell books that I think this will be

20     okay.  I sell books that I believe in and think that they have

21     an ability to find a big audience or find a prize-worthy

22     mention or I -- you know, that's the way I approach my

23     representation.

24              THE COURT:  No, I understand that.  It's just there's

25     a difference between hoping it will be a top seller and
```

```
 1   expecting it to be a best seller.  I'm just trying to
 2   understand your testimony in terms of expecting it to be a top
 3   seller.
 4           You don't expect every single book you work on to be a
 5   best seller or top seller?
 6           THE WITNESS:  Right.  I hope.
 7           THE COURT:  So the questions are not about hope.  The
 8   questions are about expect.
 9           THE WITNESS:  Okay.  Then please ask me the question
10   again.
11           MS. RUDZIN:  Your question or my question?
12           THE COURT:  So her answer, what I heard, was that she
13   thinks all of them are, and that's why I wanted to stop and
14   make sure she understood the question.
15           THE WITNESS:  What I meant to say is all of them could
16   be, is how I meant it.
17           THE COURT:  Right, but that's not the question.
18           THE WITNESS:  I understand the distinction.
19   BY MS. RUDZIN:
20   Q    Can the agent know whether a book will be a top seller?
21   A    Well, you know, there are franchise authors, for example.
22   James Patterson, John Grisham, you know, yes, you know it's
23   going to be a top seller.  And you have a strong track record
24   that also, you know, gives you that fact pattern.  And then
25   there are giant celebrities, you know, Michelle Obama where you
```

1  know it's going to be a top seller.  Even celebrities though

2  sometimes, you know, you think it's going to be a big best

3  seller, and it flops.  It happens.

4  Q    Do you have a sense of what kind of advance per book that

5  James Patterson or John Grisham gets?

6  A    Oh, in the millions, many millions.

7  Q    Can a book that everyone expects to be a top seller,

8  expects to sell well, flop?

9  A    Absolutely.  It happens commonly.  I mean, Andrew Cuomo's

10  book was sold at the height of his being America's governor

11  during the COVID crisis.  I mean, that book was sold for

12  $5 million, I believe.  I don't know for a fact.  But by the

13  time it came out, the nursing home scandal had happened, the Me

14  Too issues, and the book didn't do any business.

15      I have had that -- you know, I have had that with other

16  celebrities as well.  And sometimes it's just a timing issue,

17  like Marie Kondo.  Marie Kondo did a book about -- Joy at Work,

18  about making your office, you know, sparked with joy because

19  it's not cluttered.  It published in March of 2020.  So these

20  things happen, and there's nothing you can do about it.

21      You know, also a lot of times when a first book is a big

22  breakout, it sells lots and lots of copies, and so the

23  publisher pays a ton of money for the next book.  And there's

24  something called the sophomore slump, and sometimes that

25  sophomore slump lasts.

1    So these are all different ways where our expectations are

2    dashed, and I guess that's sort of where I go into the hope

3    place.  I understand the distinction you are making, but you

4    can't really be a hundred percent sure, and so yeah.

5    Q    Do you find that there's some kind of consensus among

6    editors who submit a book to about whether that book will sell

7    well?

8    A    You know, what I feel is that sometimes there's -- there

9    is more of a consensus, but just as often -- again, we are not

10   talking about these mega mega celebrities, or are we still

11   talking about mega mega celebrities?

12       Okay.  Oftentimes there's a cluster of people who feel

13   it's one level, and then there's usually one person who sees it

14   at a higher level and one person who sees it at a way lower

15   level.  That's the spectrum, because it's a co-creational

16   experience, and a big piece of it is how the editor sees it.

17   Q    What publishers can compete effectively for books that

18   everyone thinks will sell well?

19   A    All of them.

20   Q    Well, how would a small publisher pay Stephen King, for

21   example?

22   A    Well, for one thing, there are things beyond just an

23   advance.  Sometimes as -- you know, Stephen King is an example.

24   They use joint ventures or profit sharing.  You know, there are

25   different ways.  If for whatever reason an author wants to be

1  with a certain editor and a certain imprint or a certain small

2  publisher, there are ways that you can make it work.  And also,

3  again, it's just about securing financing.

4  Q    What about Ms. Obama who presumably commands tens of

5  millions of dollars in advance, are you saying a smaller

6  publisher could acquire that?

7  A    It's possible.  I mean, Zando's CEO is Michelle Obama's

8  former editor.  If that was the route that Zando wanted to go,

9  I'm sure they could secure capital.  It's a good bet.

10 Q    Ms. Pande testified that she would treat books that she

11 thinks will sell well differently than other books by sending

12 them out to more editors.  Do you recall that testimony?

13 A    Yes, I do.

14 Q    Do you have a response to it?

15 A    I mean, every agent does things differently, but that's

16 the opposite of what I do when I feel like I have a book that I

17 know is going to do very well on the marketplace.  If I know in

18 my heart that this is going to really be a big book, then I

19 really target my list to, you know, editors that I feel like

20 are going to be a perfect match for my author.

21 Q    Is there anything different about books that receive an

22 advance of $250,000 as compared to books that receive an

23 advance below that amount?

24 A    You know, I recognize that that is an arbitrary number,

25 and it's certainly arbitrary to me.  It's not as if we serve,

1   you know, paper plates to the people with advances of under

2   $250,000 and fine china to those advances over $250,000.  They

3   are the same people.  And we provide, the publishing house and

4   the agencies, provide the identical service.

5        And, you know, actually, yesterday, Brian Murray testified

6   that every single book that they work on takes approximately

7   2,000 hours to work on.  And I loved that he said every single

8   book.  He didn't say the big books take 2,000 hours and the

9   little books take 1,000 hours.  It's just an indication of how

10  people in the publishing industry treat books like sacred

11  objects.  They take it very seriously, and the treatment is the

12  same regardless of the advance level.

13  Q    Is there a separate set of authors who sell books above

14  $250,000?

15  A    No.  I mean, a lot of my authors that are above that

16  number started way below and then grew book over book, which is

17  a very traditional thing you see in book publishing.

18  Q    Is there any difference in how agents sell books with

19  expected advances above and below $250,000?

20  A    No.  We are using the same tools.

21  Q    Are there different editors who buy the books that go for

22  more than $250,000?

23  A    No.  I mean, every editor is capable of buying a book at

24  the level that they are supported by their publisher.  So, you

25  know, it's just a matter of finding that match.  And once the

1   passion and enthusiasm is there, they just need to get the

2   support from their house.

3   Q    Are there different agents who sell books who receive

4   advances of up to $250,000?

5   A    No.  I mean, obviously the newer agents are developing

6   their lists, so it may be less common.  But they could also get

7   one right out of the gate.  It's all the same people.

8   Q    Would the agent expect a bigger marketing spend for a

9   higher advance book?

10  A    Yes, traditionally.  But when I think about that Instagram

11  example, I mean, there's one post and it sold 43,000 copies.

12       So it's possible that in some of the cases, the reason

13  they are paying big money is because the person has a big

14  platform.  And if that platform is there for the advertising,

15  then the spend might be lower.

16  Q    Are terms like royalties and bonuses negotiable only when

17  the advance is above $250,000?

18  A    No.  Royalties are generally negotiated in something

19  called a boiler plate, so every agency has a separate boiler

20  plate with every publishing house.  And those royalties are

21  negotiated by the agency.

22       So any author that would be at, in my case, formerly WME,

23  but any agency gets the same royalties.  So if you are a poetry

24  author for a $25,000 advance or you are a mega celebrity with a

25  multimillion dollar advance, you are using the same boiler

plate.

Bonuses was the second half of your question.  And publishers, I think publishers, I don't know, I can't say like, because I have never worked at a publishing house, but I do think they like to give them to both small and medium-sized and large advances, because by the time an author is earning bonuses, it means everybody is making money and, you know, it's kind of a win-win for everybody.

Q    Are you saying -- you talked about the agency boiler plate.  Are you saying there's no customization for particular authors?

A    No.  Of course there's customization.  When you are negotiating on any author's behalf, you are reflecting the author's needs to the editor and working around -- you know, the payout might be different.  It might be, you know, central to this author that the publisher make a contribution to their philanthropic endeavor.  It could be first-class air fair.  We have heard a lot about glam here.  It could be that.  I mean, there are different needs.  But while it's generally correlated, you know, not necessarily.

I was just thinking about a celebrity I did a book with.  It was a small book.  And it wasn't under the 250 -- it was under the $250,000 range, but I negotiated glam because -- and first class because that was specific to that author's needs.

THE COURT:  So your answer is it's generally

```
 1   correlated with the size of the advance but not always?
 2          THE WITNESS:  Yes, exactly.
 3   BY MS. RUDZIN:
 4   Q    In your experience, do Penguin Random House and Simon &
 5   Schuster compete significantly with one another for what
 6   Dr. Hill calls anticipated top sellers?
 7   A    Do they compete?  Well, first of all, again, those are two
 8   umbrella companies.  I am always looking at the imprint level.
 9   Competition is fierce throughout all the imprints, but I don't
10   think of Simon & Schuster and PRH as being any more fiercely
11   competitive -- you know, competed against one another than
12   Hachette and HarperCollins.
13   Q    When you were an agent, how often would you see a Penguin
14   Random House imprint and a Simon & Schuster imprint as the last
15   two bidders for books?
16   A    Well, me personally, that would be never because I did
17   best bids, so I would never have two last bids like that.  But,
18   you know, I have no doubt that, if you search for it, you could
19   find examples of it.  But I just think it's as random as any
20   other variation of imprints.
21   Q    Do you recall Ms. Pande's testimony that none of her
22   sales, over $50,000 in the past four years, would have been
23   affected by the merger of Penguin Random House and Simon &
24   Schuster?
25   A    Yes, I do remember that.
```

```
1    Q     Did that surprise you?

2    A     No, not really.

3    Q     Why not?

4    A     Because, as I said, there's so many variations, and also

5    authors -- agents have tools, so like, for example, switching

6    to best bids.  So, no, it doesn't surprise me.

7    Q     How often does an agent submit books to two different

8    imprints under the same corporate umbrella?

9    A     Regularly.

10   Q     And is that because imprints at the same publishing house

11   compete against each other?

12   A     Yes, they compete fiercely.

13   Q     Do you believe that there would still be competition

14   between Penguin Random House imprints and Simon & Schuster

15   imprints after the merger?

16   A     Absolutely, because, you know, PRH already has three

17   divisions that fiercely compete.  Simon & Schuster is a fourth

18   division.  It will also fiercely compete.  They have gone this

19   extra mile to say that it will be treated as an external

20   bidder, which essentially says nothing will change.

21   Q     Have you seen instances where Penguin Random House has

22   tried to actually reduce the competition between its imprints?

23   A     Has Simon & Schuster tried to -- sorry.

24   Q     Have you seen instances where Penguin Random House has

25   tried to reduce the competition among its own imprints?
```

```
 1   A    Not at all.  I mean, you know, I think that the way that
 2   they think about it, and I really appreciate this, is that, you
 3   know, if you have three imprints or five imprints all competing
 4   for something, two things.  Number one, you are five times more
 5   likely because you have that many dogs in the hunt.  And I
 6   think for my purposes, more importantly is the most passionate
 7   editor is getting the book, the person who has the biggest and
 8   most vibrant vision for that book.
 9   Q    So you mentioned the Penguin Random House promise that
10   Simon & Schuster would be considered an external bidder.  Would
11   there be a competitive effect if that promise were broken?
12   A    I think there would be.  I mean, to go back to the Amazon
13   thing, you know, trust takes many years to build and one moment
14   to break.  I think that broken trust would be costly.
15        I think that agents would not feel comfortable in the same
16   way with that broken trust, and they would communicate that
17   with their authors.  And I feel that the editors would also
18   feel like they had been misled and could potentially leave, and
19   authors and agents would follow them.
20   Q    Okay.  But what about effects on competition, would there
21   be effects on the competitive dynamics that the agent is
22   dealing with --
23   A    Oh.
24   Q    Let me finish the question --
25   A    Sorry.
```

1  Q    -- if Penguin Random House goes back on its promise to

2  keep Simon & Schuster an external bidder?

3  A    Even if that happened, you know, the imprints still bid

4  against one another, and, you know, in that final round, the

5  agent has the ability to go to best bids, so I don't think

6  there would be.

7  Q    Going back to a little bit earlier on distribution, in

8  your experience, does an author favor an imprint because of its

9  corporate umbrella's distribution capabilities?

10  A    I can't imagine that being a factor.

11  Q    Does an author favor an imprint because the umbrella

12  publisher has better relationships with retailers?

13  A    I don't see that.

14  Q    What about the publishers's relationship with media, does

15  that make a difference to an author choosing an editor?

16  A    You know, it could.  It could.  But as I said, I think

17  those old media relationships are less and less powerful.  And

18  I think the new media -- you know, everybody's making new

19  relationships right now, so I don't know.  You know, people

20  care about media obviously a lot.

21  Q    If the merger closes, do you expect agents to be unable to

22  create good submission lists and find an author's perfect

23  match?

24  A    I don't understand why they would be unable to.  Nobody's

25  going away.  I mean, Simon & Schuster has its imprints.  Their

1    editors are there.  You know, I don't see the competition being

2    affected.

3    Q    Ms. Pande testified that the merger would limit the number

4    of editors and imprints that would be a good home for her

5    clients.  Do you recall that testimony?

6    A    Yes, I do.

7    Q    And what is your reaction to it?

8    A    I don't understand it.  I mean, you know, again, if

9    Simon & Schuster were to disappear, which would be very sad,

10   you know, there would still be many options for people.  But

11   that's not what's happening here, so I'm not exactly sure what

12   she means by that.

13   Q    Do you expect author advances to go down as a result of

14   the merger?

15   A    I don't.  You know, in 2013, when Random House merged with

16   Penguin, there was a lot of anxiety around it at that time.

17   And, you know, in the fullness of time, we see that advances

18   continue to rise and authors are very happy.  And so, you know,

19   I always think about, you know, the best predicter of future is

20   past, so I feel very confident.

21   Q    Why did you want to testify in this case?

22   A    Well, because this is about an industry that I love and

23   that is sacred to me.  And I felt that there was a fundamental

24   misunderstanding as if we were describing the forest without

25   the root systems, without the understory and the overstory,

 1    which is one of, you know, love and a calling.  And so I just
 2    wanted to represent that here.
 3    Q    Thank you.
 4          MS. RUDZIN:  Your Honor, I would like to enter the
 5    decoder sheet into evidence as Defendant's Exhibit 411, please.
 6          THE COURT:  All right.  Thank you.  That will be
 7    admitted.
 8          MS. RUDZIN:  Thank you.
 9          (Defendant's 411 received in evidence.)
10                        CROSS EXAMINATION
11    BY MR. READ:
12    Q    We have a few binders, Ms. Walsh.
13    A    Sure.
14    Q    Good afternoon.  My name is John Read.
15    A    Hello.
16    Q    When you get the binders, don't be dismayed.  They are
17    thick because of your prior testimony.
18    A    Okay.
19    Q    But I am going to work to shorten the number of questions
20    I ask you and try to keep this a little more abbreviated for
21    your time and for the court's time.
22          MR. KIM:  Your Honor, may I approach?
23          THE COURT:  Yes.
24          MR. KIM:  Thank you.
25          THE COURT:  Sorry.  I had to reorganize my binders.

```
 1            MR. READ:  I was about to say you need a wall of
 2   binders.
 3            THE COURT:  I have quite a collection.  Go ahead.
 4   BY MR. READ:
 5   Q    Ms. Walsh, you testified earlier about a dial of
 6   competition that an agent can have, right?
 7   A    Yes.
 8   Q    They can turn it from one to two or up to ten, right?
 9   A    Correct.
10   Q    I wanted to ask you just a couple of follow-up questions
11   about that.  As the agent turns the dial up to ten to try to
12   get the maximum benefit of competition, can the agent control
13   which publisher bid on the books that you have submitted?
14   A    The agent can't control somebody falling in love with a
15   book, but an agent can find the right matches and then use that
16   dial accordingly.
17   Q    Right.  And the agent can't control how much the editor or
18   the publishing house chooses to submit for the bid, right?
19   A    Sorry.  Can you reframe that question?  I don't understand
20   what you are asking.
21   Q    Yeah.  As the agent is turning up the dial on competition,
22   they can't control how much the publisher chooses to bid?
23   A    Correct.  It's not a money dial.  It's an overt or covert
24   competition dial.
25   Q    Just a couple questions about marketing which you touched
```

1    on.

2    A    Sure.

3    Q    Your experience is that the marketing budget is the most

4    important lever to get the book out in the world and get

5    people's attention, right?

6    A    Not necessarily.  You know, if you have, like, the

7    platform like we were talking about, then the budget is

8    irrelevant.

9    Q    Let me ask that again.

10        The marketing budget is the most important lever that an

11    agent has to get the book out in the world and get people's

12    attention?

13    A    Okay.  I mean, marketing is.  Marketing is the most

14    important lever.

15    Q    Okay.  And as a result, when you are negotiating the sale

16    of a book, in addition to asking for an advance amount and the

17    right match, you ask for a marketing plan, right?

18    A    Correct.

19    Q    And you negotiate with the publisher about the amount of

20    money they will commit to marketing the book, right?

21    A    Well, marketing commitments are pretty rare, but we do get

22    them.

23    Q    Do you often negotiate with a publisher about the amount

24    of money committed to marketing a specific title?

25    A    Often, no.

```
 1   Q     Would you turn -- we are going to actually use this binder
 2   now.
 3   A     Okay.  Great.
 4   Q     Would you turn to the tab that has your deposition.
 5   A     Yes.  Walsh deposition.  Okay.  Got it.
 6   Q     Would you turn to page 155, please.
 7   A     Yes.
 8   Q     Line 8, the question is, did you ever negotiate with a
 9   publisher about the amount of money they committed to marketing
10   a specific title?
11         Answer, often.
12         Did I read that correctly?
13   A     You did.
14   Q     And you did that deposition under oath, did you not?
15   A     I did, sir.
16   Q     And you expect higher marketing commitments for higher
17   advance books, correct?
18   A     Yes.
19   Q     Let's talk about some of the terms in the contract that an
20   author has.  I want a little context over time.
21         When you started in the business, Ms. Walsh, the advances
22   paid out to authors in two periods, in halves, correct?
23   A     Correct.
24   Q     And then on delivery -- on the signing of the contract and
25   then on delivery and acceptance of book, right?
```

```
1    A    Correct.

2    Q    And then it became common for the payout to the author of

3    the advance to be paid out in thirds?

4    A    Correct.

5    Q    And then when you left WME in 2019, the boiler plate

6    agreement with Penguin Random House was payments in fourths,

7    right?

8    A    You showed me something.  I mean, I can't be sure of it,

9    but, you know, I saw something that certainly indicated that

10   that you showed me.

11   Q    So payouts today are in four installments, are they not?

12   A    Commonly.

13   Q    And the last installment comes a year after the book is

14   published, right?

15   A    Yes.

16   Q    So that's a change that's happened over time with regard

17   to authors and the contract terms they have with publishers?

18   A    That's correct.

19   Q    Now, you concluded your testimony with a question about

20   wanting to testify here, correct?

21   A    Correct.

22   Q    You are being paid for your testimony, right?

23   A    Yes, I am.

24   Q    A quarter of a million dollars?

25   A    Yes.
```

```
 1   Q     You testified about advances, I think, after the 2013

 2   merger?

 3   A     Yes.

 4   Q     When you were at WME, you never calculated the average

 5   advance that was obtained for your clients?

 6   A     No, I didn't calculate it.

 7   Q     Yeah.  And in 2019, you left WME?

 8   A     Yes.

 9   Q     And you haven't reviewed any data about advance levels at

10   a high level?

11   A     No, I have not.

12   Q     You testified a little bit about some of these small

13   publishers and their ability -- actually, I am going to pass on

14   those.  I don't think that's necessary.

15         You talked about some of your clients that you have

16   represented.

17   A     Yes.

18   Q     I think Jeanette Walls was one you mentioned?

19   A     Yes.

20   Q     Brene Brown was one you mentioned.  Sheryl Sandberg was

21   one you mentioned.  These all bring a smile to your face?

22   A     Yes.

23   Q     These are all clients whose books, adult books, you sell

24   to the Big 5?  They all sell adult books to the Big 5?

25   A     All of those books are imprints owned by the Big 5,
```

1    correct.

2    Q    Right.  And you placed all those authors with Big 5

3    publishers because you thought the Big 5 would be the best home

4    for those authors?

5    A    I thought the editors and the imprints that I chose were

6    the best homes.

7    Q    And those are editors and imprints within the Big 5?

8    A    Correct.

9    Q    You mentioned, I think, author G on the --

10   A    Yes.

11   Q    He's not an author, right?

12   A    He's actually just got a children's book, I think.

13   Q    Okay.  He's got a children's book.  He's known for --

14   A    He's a celebrity.

15   Q    He's a celebrity?

16   A    Yes.

17   Q    And you gave a story about the effort to self-publish,

18   right?

19   A    Correct.

20   Q    And I just wanted to make clear, that book never got

21   published?

22   A    No, it never got published.

23   Q    Okay.  Let me put on the screen Dr. Hill's -- I think this

24   is PX963 we are going to put on the screen.

25   A    Where do I find PX963?

```
 1   Q    It will be in one of the tabs.

 2   A    Okay.

 3   Q    It's tab 3.

 4   A    I don't see my tabs numbered 1, 2, 3.

 5           THE COURT:  It's on your screen.

 6           THE WITNESS:  Okay.  Thank you.  Sorry.

 7   BY MR. READ:

 8   Q    I don't know we are going to go long, but you followed the

 9   trial.

10   A    Yes.

11   Q    And you read Dr. Hill's reports --

12   A    Yes.

13   Q    -- before your deposition.

14        And so I really wanted your help with this graph --

15   A    Okay.

16   Q    -- right?

17        The right side of the graph shows the small publishers,

18   the non-Big 5 having 45 percent -- having won 45 percent of the

19   contracts --

20           MR. READ:  There's a redacted version if we can

21   publish it to the audience.

22   BY MR. READ:

23   Q    The small publishers have won 45 percent of the books

24   below 250,000, right?

25   A    When you say won, are you talking about exclusive
```

```
 1   negotiations or for repeat authors or just auctions?

 2   Q    They have contracted for 45 percent.

 3   A    Okay.

 4   Q    And then for advance top -- anticipated top sellers, books

 5   above 250, they have won 9 percent.  Do you see that?

 6   A    I do.

 7   Q    Here is my question to you with your experience.  Why is

 8   it that small publishers have been able to secure 45 percent of

 9   the titles below 45 percent but only been able to secure

10   contracts titles above -- only 9 percent above 250,000?

11   A    I think it's because they pick their shots, and they don't

12   bid at that level often, but when they do, I think they are

13   very effective.  10 percent of the time, that sounds right to

14   me.

15   Q    So they pick their spots in places where they will be the

16   best home?

17   A    Yes.

18   Q    Let me ask just a few more questions.

19        You called into question the CEO of Hachette's testimony

20   about how often auctions occur.  Do you recall that?

21   A    I don't think I called it into question.  I just said it

22   wasn't consistent with my experience.

23   Q    Okay.  Let's be fair about that.  So your experience is

24   auctions are rare, right, from your colleagues and --

25   A    Round robin.
```

```
 1   Q     Round robins?

 2   A     Yes.

 3   Q     But you don't dispute that, as a CEO of Hachette, he's got

 4   a broad view --

 5              (There was an interruption by the court reporter.)?

 6              MR. READ:  -- he can have a different perspective?

 7              THE WITNESS:  I apologize.

 8              I don't dispute that.

 9              MR. READ:  No further questions, Your Honor.

10              THE COURT:  Thanks.  I had just one question.

11              One thing that I didn't hear in your testimony was the

12   way agents are compensated.  Can you talk about that?

13              THE WITNESS:  Yes.  I am happy to.  So it varies from

14   agency to agency.  Some of the smaller agencies have their

15   agents on something -- not a guaranteed salary.  You know, you

16   just make money off of the commissions that you bring in.  It's

17   called a draw.  That's what we call it.  I'm sure there are

18   other names for it.  The larger agencies have people on

19   salaries, and then they give them discretionary bonuses.

20              THE COURT:  So agencies receive a commission, and then

21   individual agents might be compensated with a salary with

22   discretionary bonuses?

23              THE WITNESS:  Yes.

24              THE COURT:  But all the agencies get paid by

25   commission?
```

1          THE WITNESS:  Correct.

2          THE COURT:  And what is the level of commission

3    generally?

4          THE WITNESS:  In the literary business, it's generally

5    15 percent domestically and 20 percent internationally.

6          THE COURT:  So if you negotiate for international and

7    domestic rights, is it a different commission?

8          THE WITNESS:  Yes.  The author pays a different

9    commission.  And the reason for that is because a lot of

10   agencies might have a French subagent that they are paying

11   10 percent of the commission to, and then they only keep

12   10 percent of the commission.  So it's because often there's a

13   subagent in between.

14         THE COURT:  Okay.  So given the way the compensation

15   is structured, isn't the incentive of the agent to sell the

16   book for the highest advance possible?

17         THE WITNESS:  You know, there's multiple truths here.

18   You want the best advance, but you want it from the best editor

19   and the best imprint.  And the reason for that is because a

20   good collaboration makes a better book, and a better book sells

21   more copies and makes it worth more in all the other places of

22   the pie.

23         So, you know, that good match is good business.  So

24   you might be taking a little bit less, let's just say, on the

25   U.S., Canada advance rights, but it's a decision that you

1  believe will be worth more in the fullness of time.

2          THE COURT:  And is that your opinion about all agents,

3  or is that just the way you do it?

4          THE WITNESS:  Oh, everybody, everybody.

5          THE COURT:  So your testimony is that all agents are

6  not trying to necessarily maximize the advances paid to the

7  authors?

8          THE WITNESS:  I'm saying it's not the sole priority

9  when you are trying to find that match, that perfect match.

10  The match itself can be as important as the advance.  Every

11  situation is different and every author is different.  But a

12  majority of the authors want to have long-term careers and they

13  want to be in successful relationships with the publisher where

14  their books are lucrative.  And so, you know, they -- they are

15  choosing accordingly, and they are looking at the past books

16  that the editor has published and how the authors' trajectories

17  have gone.  And there are editors that add real value, monetary

18  value, to their projects.

19          THE COURT:  No, I understand that.  But you are

20  telling me that agents are not trying to get the top advance?

21          THE WITNESS:  I'm saying it is not always the

22  exclusive priority.  There are some authors who are just like,

23  all I care about is the money, so in those cases --

24          THE COURT:  Let me ask you a different way.

25          Are agents always trying to get the top advance?

```
 1              THE WITNESS:  No.  They are always trying to get the
 2    best deal.
 3              THE COURT:  Okay.  Any questions based on my
 4    questioning?
 5              MS. RUDZIN:  Just one quick one, Your Honor.
 6                         REDIRECT EXAMINATION
 7    BY MS. RUDZIN:
 8    Q    Why are you so confident that other agents are also not
 9    just considering the advance?
10    A    Well, 30 years in the business, I have many friends that
11    are agents that work in different places, and I also supervise
12    20 to 25 agents, many of whom came from different agencies.  So
13    I think I have a pretty strong sense of the market.  And I
14    don't think that every agent would end their closing letters
15    with, we reserve the right to decide what constitutes the best
16    offer if the best offer was always the highest offer.
17              MS. RUDZIN:  Thank you.
18              THE COURT:  Anything else?
19              MR. READ:  No.
20              THE COURT:  Thank you so much.  You can step down.
21              THE WITNESS:  Thank you.
22              Should I leave this binder here?
23              THE COURT:  I think you can give it back to --
24              THE WITNESS:  Okay.  Thank you so much, Your Honor.
25              THE COURT:  Thank you.
```

```
 1            Defense may call its next witness.
 2            MR. READ:  Your Honor, while we are waiting for
 3    defendants to call the next witness, I am informed I neglected
 4    to admit seven documents coming out of Christy Fletcher's video
 5    deposition testimony.
 6            THE COURT:  All right.
 7            MR. READ:  Hopefully if no objection, we would ask to
 8    be admitted PX874, 876, 754, PX757, PX875, PX758, and finally,
 9    PX760.
10            THE COURT:  Any objection to any of those?
11            MR. PETROCELLI:  To be clear, Your Honor, we had
12    previously objected to some of those tweets, but those
13    objections were overruled.  Otherwise, no other objections.
14            THE COURT:  Got it.  Thank you, Mr. Petrocelli.
15            Those will be admitted.
16            (Plaintiff's 874, 876, 754, 757, 875, 758 and X760
17    received in evidence.)
18            THE COURT:  Good afternoon.  Could you remain standing
19    for a moment and raise your right hand.
20                         JENNIFER BERGSTROM
21    Having been first duly sworn on oath, was examined and
22    testified as follows:
23            THE COURT:  Thank you.  You may be seated.  And you
24    may remove your mask if you like.  It's up to you.
25            THE WITNESS:  Thank you.
```

```
1              MR. SHORES:  May I proceed, Your Honor?

2              THE COURT:  You may.

3                        DIRECT EXAMINATION

4    BY MR. SHORES:

5    Q    Good afternoon, Ms. Bergstrom.

6    A    Good afternoon.

7    Q    Could you please state your full name for the record.

8    A    Yes.  I am Jennifer Bergstrom.

9    Q    And, Ms. Bergstrom, what is your current job?

10   A    I am the senior vice president and publisher of the

11   Gallery Books Group.

12   Q    Can you give us a brief background on your education and

13   your work history.

14   A    Sure.  I graduated from Barnard with a bachelor's in

15   English.  And luckily I have figured out that I could make a

16   career out of my love of reading.

17        After graduation, my first job in publishing was at Putnam

18   where I was the assistant to the publisher in the children's

19   division.

20   Q    And when was Gallery launched?

21   A    We launched Gallery 13 years ago.

22   Q    And what was your role when Gallery was launched?

23   A    When we launched and today, I oversee the editorial,

24   marketing, publicly, and sales of our entire list.

25   Q    And have you continued to maintain those responsibilities
```

1  until today?

2  A    Yes, I have.

3  Q    Now, as part of your job history, can you give us a sense

4  of how many years you have overseen acquisitions of book

5  titles?

6  A    13 years.

7  Q    And approximately how many books have you overseen the

8  acquisition of?

9  A    Thousands.

10 Q    What distinguishes Gallery from other divisions at Simon &

11 Schuster?

12 A    Gallery is one of five imprints in the adult division.  We

13 are perhaps the imprint with the greatest range.  We publish

14 everything from fiction, nonfiction.  We do crime, thrillers,

15 women's book club fiction, celebrities, athletes, journalists.

16 We do sci fi, horror.  So really we are known for our pop

17 culture, but our lists are very, very varied.

18 Q    Can you give us an example or two of your pop culture

19 stars that you have published?

20 A    Sure.  Well, our biggest or mega celebrity to date has

21 been Amy Schumer.  And yet we also publish a lot of

22 lesser-known celebrities, YouTubers, Instagramers, that don't

23 have the kind of platform that an Amy Schumer has.

24 Q    About how many books does Gallery publish per year?

25 A    A hundred, give or take.

1    Q    Ms. Bergstrom, we have been careful to preserve

2    confidentiality in this case.  I am going to hand you up a

3    document that's a decoder, and it will be used during your

4    testimony to talk about advances and specific authors.

5         Now, Ms. Bergstrom, you mentioned Amy Schumer.  Did she

6    receive a significant advance?

7    A    Yes.  She received millions of dollars.

8    Q    And is that a typical advance paid by Gallery?

9    A    No, it is not.  Only about 5 percent of our list is in

10   that million plus range.

11   Q    And in that million dollar plus range, when you pay an

12   advance at that level, do you anticipate the book will sell

13   well?

14   A    I certainly hope so.

15   Q    Does it always happen?

16   A    No.  We have had our duds for sure.  But I expect, when I

17   am acquiring someone like Amy Schumer, that her fans are going

18   to come to the book.  And we actually published her when she

19   was really at the height of her career.

20   Q    And let's talk about, when you pay an author an advance

21   below a million dollars, can you give us a sense of what types

22   of books you are publishing in that range?

23   A    We are publishing all kinds of books in that range,

24   everything, like I said, from unknown YouTubers to Instagram

25   stars, books on politics, very, very wide range.

```
 1    Q     And using the decoder that's in front of you,

 2    Ms. Bergstrom, can you give the judge a sense of a few of the

 3    authors that are kind of in the below million dollar range that

 4    you publish?

 5    A     Sure.  Author A is a reality TV star.  She's a housewife

 6    on Broadway -- excuse me, Broadway?  She wishes.  Bravo.

 7    Q     Don't we all?

 8    A     Yes.  Author B is the -- was the star, he is now in

 9    prison, of a major Netflix show.  We paid 175 for that.

10          Author C is someone who we have not yet published.  He is

11    actually a Swedish journalist who has been studying climate

12    change, and this is a novel that he has written that we will be

13    publishing simultaneously with a number of publishers around

14    the world.  But he's a debut novelist.  And, yeah, that would

15    be it.

16    Q     And, Ms. Bergstrom, is it fair to say that these are the

17    types of authors that you publish in the less than million

18    dollar range, a mix of celebrities, fiction, nonfiction?

19    A     Yes.

20    Q     And let's go back to the million dollar plus category.

21    When you are paying an author a million dollar plus advance,

22    how do you think about the risk involved in that circumstance?

23    A     I mean, there's always risk.  I get it wrong.  My team and

24    I get it wrong.  But, again, I am hoping that I have calculated

25    that there's an audience there, that they have a fan base.
```

```
 1   Q    Okay.  And do you think about the risk differently at

 2   lower advance levels than the million dollar advance level?

 3   A    I actually do.  I find the lower advance levels, even the

 4   three that we just spoke of, to be I am uncertain, I don't have

 5   a track record, or my group is very good at identifying talents

 6   before the rest of the world knows how big they are.  So

 7   there's a lot of uncertainty there, more so than actually the

 8   million plus.

 9   Q    Are there examples of authors below -- that you paid below

10   a hundred thousand dollar advance that have gone on to sell a

11   lot of books?

12   A    Yeah.  One of my biggest authors, author D on this list,

13   we bought her first book for $95,000.  It has sold over

14   1.3 million copies.  She's on her sixth book with us, and she's

15   sold five and a half million across.  So this was someone that

16   we really blew up.

17   Q    Thank you, Ms. Bergstrom.

18        What factors do you consider in deciding what to offer an

19   author in terms of an advance?

20   A    The passion of the editor, which I'm sure you have heard a

21   lot about, is very important to me.  Obviously the platform of

22   the author, whether they are a radio, TV show host or, like I

23   said, a reality TV star or journalist.  And the most important

24   is the actual content of the book.  Is it good.

25   Q    And we have heard a lot about P&L statements in this
```

trial.  Do you use a P&L in trying to formulate an advance

offer?

A    Yes, we do.  We run a P&L for every acquisition.  Our

P&Ls, we plug in our projected sales, our projected unit costs,

and based on our profit margins, we figure out what we think

the advance should be.

Q    And you mentioned projected sales.  How do you determine

the projected sales?

A    We look at competitive titles, comp titles as we call

them.  Let's say for an Amy Schumer, we would be looking at

other female comediennes who published recently.  But it's an

art.  It's not a science by any means.

Q    Is there ever disagreement among your staff about the

potential sales for an individual book?

A    All the time, and with my boss.

Q    And why is that?

A    Because it's so subjective.  And some of us have been

doing it longer than others, but it's a guesstimate.

Q    Ms. Bergstrom, do you ever acquire a book for less than

the advance reflected in your profit and loss statement?  Does

that happen?

A    Yes.

Q    What about the opposite situation, are there ever

situations where you have an advance level set out in the P&L,

and you end up paying more than is reflected in that?

1    A    Yes.

2    Q    Can you give us an example?

3    A    Amy Schumer.

4    Q    And can you just give us a sense of how much you went over

5    your P&L level in that case?

6    A    Millions.

7    Q    Have you ever heard the term anticipated top seller,

8    Ms. Bergstrom?

9    A    Not until this trial.

10   Q    Is there any way to anticipate, other than the million

11   dollar plus that you mentioned, is there any way to accurately

12   anticipate what a top selling book would be?

13   A    No.  I mean, you try, but you are taking some bets.  I

14   mean, with an Amy Schumer, yes, I feel pretty confident that I

15   can make her a best seller.  But like I said, there's a lot of

16   other books at the lower end that aren't as easy.

17   Q    And do you think about $250,000 advance is any type of

18   demarcation point for your expectations relative to book sales?

19   A    No.

20   Q    Ms. Bergstrom, in general terms, how does Gallery acquire

21   books?

22   A    Two ways.  One is one-on-one negotiations and then

23   auctions where we compete with others.

24   Q    And can you just roughly explain what percentages you do

25   of one-on-one negotiations versus auctions?

```
 1   A    Yeah.  Auctions really only comprise about 25 percent of
 2   our business.  The majority of our business, the other
 3   75 percent, are really -- our editors and I are
 4   entrepreneurial.  We are approaching authors and celebrities
 5   and politician and athletes for ideas.  So it's really --
 6   that's -- we are on the look.  We are scouts in a lot of ways.
 7   Q    And how long does that process of seeking out a celebrity
 8   or somebody you want to write a book, how long does that
 9   process take?
10   A    The longest it's taken me -- we had an author Mike Rowe.
11   He is actually the star of Discovery Channel's Dirty Jobs.  And
12   it took me ten years to convince him to write a book.
13   Q    Now, you mentioned that this is one of your primary ways
14   of acquiring books.  Why is that?  Why is this outreach method
15   a primary way that you acquire books?
16   A    First of all, we can control the content.  It's our idea.
17   It's also we have a culture of -- like I said, we are
18   entrepreneurial.  Our CEO -- we like to reward enterprise.  We
19   love when editors think for themselves and generate ideas.
20   Q    And how does the negotiation occur in this context that
21   you are referring to?  How are the terms negotiated?
22   A    It's one on one.  You know, it's -- we have presented an
23   opportunity, so the agent is usually very -- we come to a fair
24   agreement.  It can, you know, take days.  It can take two
25   hours.
```

```
 1   Q    And what role does competition from other publishers play
 2   when you are negotiating these terms?
 3   A    I assume I am negotiating exclusively, but I always have
 4   my competition in my rearview mirror.  But it's one on one.
 5   And sometimes we don't come to terms, and sometimes they will
 6   go to someone else.
 7   Q    Other than this outreach method, are there other ways you
 8   engage in one-on-one negotiations to acquire content?
 9   A    Sure.  We have options, so we will negotiate with an
10   author who we have published their first book for a second
11   book.  And, again, that's one on one with the agent.  And both
12   sides are usually very motivated to come to a deal because we
13   are both looking at the same numbers.
14   Q    Do you always come to a deal?
15   A    No.
16   Q    And what factors play into those negotiations with repeat
17   authors?
18   A    The factors, again, are the sales and, you know, whether
19   or not we think we can grow and whether we want to continue
20   working together.
21   Q    Are there any other ways that you acquire content in a
22   one-on-one context?
23   A    Exclusives are when authors or agents will just come to us
24   because they like the way we have published someone else on our
25   list or they want to work with a particular editor.
```

1    Q    Now, you mentioned auctions, you use those about

2    25 percent of the time.  Why that low?

3    A    We don't like auctions.  They can be time-consuming.  And,

4    again, we can't really control the content.  And they can

5    sometimes be time-consuming.  Did I say that?

6    Q    You did.

7         What type of auctions do you participate in,

8    Ms. Bergstrom?

9    A    Best bids, round robin, and then, of course, there can be

10   hybrids of both depending on how the agent wants to play it.

11   Q    And in the best bids situation, do you typically know who

12   you are competing against during the best bids process with

13   other publishers?

14   A    No.

15   Q    So how do you factor in competition in that best bid

16   situation?

17   A    I can't.  I mean, I have to assume that I am competing

18   with everyone.  And given the range of our list, I usually --

19   we usually are.

20   Q    Does Gallery sometimes offer earn-out bonuses to authors?

21   A    Yes, we do.  Author E on the list is someone who wrote a

22   horror novel.  We paid $125,000 with a $25,000 earn-out bonus.

23   Q    Does your willingness to offer an earn-out bonus depend on

24   the level of the advance?

25   A    No, it does not.

```
1    Q     Do you negotiate royalty rates at times?

2    A     Yes, we can.

3    Q     How does that occur?

4    A     Again, if an agent wants to negotiate it, we can be

5    flexible.  On a hard cover royalty rate, for instance, we can

6    give them a flat 15 percent rather than escalating from 10 to

7    15.  It's rare --

8    Q     And is your billing -- I'm sorry, go ahead.

9    A     It's rare, but we do it.

10   Q     Is your willingness to negotiate on the royalty rate, does

11   that depend on the advance level you are offering the author?

12   A     No, it doesn't.

13   Q     Let's talk a little bit about marketing and publicity.

14   What type of marketing does Gallery do for authors?

15   A     All kinds.  We do influencer mailings to Instagram stars.

16   We do online advertising.  All of our books get gallies.  We

17   pay for newsletters.  There's a big range.

18   Q     And do you include -- I'm sorry, let me ask you about

19   this.  What about publicity?  I skipped over that.  What kind

20   of publicity do you do?

21   A     Publicity, again, our publicists are trying to book our

22   authors on radio, TV.  We are looking for reviews.  And we are

23   also back to the good old-fashioned author tour now where we

24   put our authors on the road, and they will do book store

25   signings or ticketed events.
```

```
1   Q    And do you include an estimate of marketing and publicity
2   spend in the profit and loss statement that you discussed?
3   A    When I am -- when we are acquiring books, yes, we do.  We
4   put a, it's a guesstimate, into each P&L.  And it's a
5   guesstimate because oftentimes we aren't publishing that book
6   for many years.  So it's not until -- we are usually about ten
7   months from publication, from actual pub date, that we start
8   our planning for how we are going to market and publicize that
9   book.
10  Q    Are you the person who puts, I think you called it, a
11  guesstimate of the cost into the profit and loss statement; do
12  you do that personally?
13  A    Yes, it's me, or it's the editor and I approve it.  But
14  I'm ultimately responsible for it.
15  Q    And you mentioned that there is a time lag that's ten
16  months before publication.  Can you give us a sense of, from
17  the time of an acquisition P&L to the time -- the next time you
18  reconsider marketing and publicity spend, how long can that be
19  in between?
20  A    It can be a year, but it's usually more than that because
21  we can't determine our marketing and publicity plans until we
22  have all had a chance to read that finished book.  And so much
23  changes.  I am usually hoping that an author's platform may
24  have grown since we acquired the book so that might affect how
25  we market the book.  It makes it easier to market the book.
```

```
 1   Q    And let's fast-forward to the point where you are making a
 2   marketing and publicity spend decision closer to the time of
 3   publication.  Who's involved in that decision?
 4   A    It's -- I usually have -- my publicity director, our
 5   marketing director, our associate publisher, and I are all in a
 6   room.  And we are very familiar with the list at that point.
 7   And we figure out what each individual book needs.
 8   Q    And can you give us some of the factors or give us a
 9   flavor of the discussion, what plays into your ultimate
10   decision?
11   A    Well, you know, for author D who we bought for 95,000 for
12   her first book, you know, by the time we were making that
13   decision, she had written the manuscript.  It had a lot of
14   in-house reads and enthusiasm.  And there was another book in a
15   similar vein at that point that was really taking off.  It had
16   an unreliable narrator.  And it was just like what readers were
17   craving.  So we leaned into that, and we spent a lot of
18   marketing and publicity dollars on that book.
19   Q    And do you typically discuss the advance level in these
20   meetings when you are making a decision about how much to
21   spend?
22   A    No.  Our marketing and publicity people don't know the
23   advances for the books.
24   Q    Has the advent of social media changed the way you market
25   and publicize books?
```

A     Yes.  It's been a game changer.  Obviously there's TikTok,
YouTube, but it's free, and it absolutely has changed the way
we market.

Q     Is it all free, all social media is free?

A     No.  We need to spend money on, for instance, I call it
the Instagram box where you watch celebrities open it.  The
costs for that are for the product.  But, no, we are not paying
Instagram influencers to cover our books.

Q     Ms. Bergstrom, I am going to walk you through or have you
walk us through some of the authors that are listed here in
their marketing and publicity spend.  I just want you to
describe to the judge your approach to marketing and publicity.

      Let's start with author F.  Without disclosing the
author's name and the title of the book, can you give us a
flavor of the genre or what type of book this is?

A     Sure.  This is a writer that -- she's paranormal, so it's
sexy vampires.  This book was probably her 21st book.  So she's
what I would call a franchise author.  She's very established.
Though we spent 1.2 million on the book, we spent about $62,000
on the marketing and publicity because she had such an
established fan base, we knew how to reach her readers.  And I
had published her before, so I could see what worked.

      The author G --

Q     Before we go there, Ms. Bergstrom, did this book sell
well?

```
1    A    Yes, it sold very well.
2    Q    Okay.  And I know you are an English major.  I am a
3    history major.  But just doing the math, the advance level for
4    this particular book is 1.2 million, and the marketing and
5    publicity spend is 62,000.  So that's about a 5 percent, right,
6    5 percent of the advance?
7    A    (Nodding head.)
8    Q    Okay.  Now, I didn't mean to interrupt you.  Please go
9    to G.
10   A    Sure.  So G is a celebrity-adjacent author, but also
11   she -- her platform was on social media.  So we paid 450,000
12   for her book, and we spent 36,000 on the marketing and
13   publicity.  We didn't need to spend more than that because she
14   was getting on all -- she had a lot of national media for --
15   that we were considering -- excuse me, that she had already
16   booked at that point on Good Morning America, The Today Show.
17   So publicity drove that, and that didn't cost us.
18   Q    And how did this book sell?
19   A    Very well.  It was one of our biggest selling books of
20   '21.
21   Q    And just so I am doing the math again for the record, you
22   spent $36,000 about on marketing and publicity.  That's about
23   10 percent of the overall advance level, 450,000, is that
24   right?
25   A    Yes.
```

```
 1   Q    Let's take a look at H.  Can you tell us --

 2              THE COURT:  Can I ask a question, Mr. Shores?

 3              MR. SHORES:  Yes.

 4              THE COURT:  I'm just thinking this through, but is

 5   what's relevant here what they ultimately spend or what their

 6   marketing plan is during the auction phase and what the authors

 7   are expecting during the auction phase?  Are we looking at the

 8   right timeframe in this line of questioning?

 9              MR. SHORES:  Is that a question for me or --

10              THE COURT:  I guess the question is, like, is all of

11   this relevant to what we are talking about in this trial?

12              MR. SHORES:  I believe it is because one of the

13   arguments that's been made is the one thing that distinguishes

14   so-called anticipated top selling authors is they demand a

15   higher level of marketing and publicity spend.

16              THE COURT:  Right, but at the auction phase, not

17   ultimately, right?

18              MR. SHORES:  I think you could think about it both

19   ways.  I mean, I think both could be relevant.  I think one

20   thing Ms. Bergstrom was explaining was it is a guesstimate at

21   the P&L stage.

22              THE COURT:  Oh, we have learned that.

23              THE WITNESS:  But I could also add that I really tend

24   not to give any marketing promises in the acquisition.  I never

25   promise any financial.  I really don't.  If we are in what I
```

```
 1   call a beauty contest where we are competing with someone else,
 2   yes, I will tip -- I will talk about what I have done for other
 3   authors.  But it's too early in the process when we are
 4   acquiring a book to know what we are going to market and spend
 5   on it.
 6          THE COURT:  So there's been testimony that, in a
 7   beauty contest, people have to submit a marketing plan.
 8          THE WITNESS:  Yes.
 9          THE COURT:  That's not a promise of how much you are
10   going to spend or what you are going to do in the marketing
11   realm?
12          THE WITNESS:  In that case, it would be a promise.  It
13   doesn't happen -- it happens very rarely for us at Gallery.
14          THE COURT:  And do you find that authors have
15   different expectations about marketing?
16          THE WITNESS:  Oh, yes.
17          THE COURT:  Can you talk about that, which different
18   authors feel that way?
19          THE WITNESS:  Yes.  Some authors, they are very, very
20   in tune with -- and it's usually the franchise authors who have
21   been doing it for a long time, what works and what they want.
22   And, of course, it's a challenge to continue book on book to
23   improve their sales.
24          But a lot of my list because it's pop culture is very
25   publicity driven too.  So the authors usually have a little
```

```
1   bit -- their expectations are a little bit in line with ours.

2           THE COURT:  All right.  Thank you.

3           You can go ahead, Mr. Shores.

4           MR. SHORES:  Your Honor, just in response, one more

5   point I wanted to make is the Department of Justice's own

6   expert looks at actual spend, you know, actual marketing and

7   publicity spend, so I think they believe it's relevant in this

8   case.  That's one reason we are talking about it.

9           THE COURT:  Okay.  That's fine.

10          Shall we take our break at this time --

11          MR. SHORES:  Sure.

12          THE COURT:  -- and continue after the break?

13          We are going to take 15 minutes and take a break until

14  3:45.  During the break, please don't talk about your testimony

15  with anyone.

16          THE WITNESS:  All right.

17          THE COURT:  Thank you.  We will take 15 minutes.

18          (A recess was taken at 3:49 p.m.)

19          THE COURT:  All right.  Good afternoon again.

20          MR. SHORES:  Good afternoon, Your Honor.  May I

21  proceed?

22          THE COURT:  Yes.

23  BY MR. SHORES:

24  Q    Ms. Bergstrom, before we broke, we were talking about the

25  idea of marketing plans.  Do you recall that?
```

```
1    A     Yes.

2    Q     And when you provide a marketing plan to an author, what

3    are some of the things that might entail?

4    A     Again, it would be a marketing and publicity plan.  So we

5    would list our ideas.  Like I said, it could be anything from

6    online advertising to newsletters to actual media tours or book

7    signings.

8    Q     And do you typically provide a financial commitment that

9    you as the publisher will contribute to the author's book?

10   A     That is very rare.

11   Q     Okay.

12   A     Very rare.

13   Q     And we were going through the set of authors.  And I

14   believe we were down to H on your list, Ms. Bergstrom.

15   A     Yes.

16   Q     I just want to go through those quickly.

17         Can you give the judge a sense of the author at H, again

18   without disclosing the name or the title of the book?

19   A     Yes.  This is an author who, with this book actually, we

20   really had an incredible opportunity.  This author had written

21   about 25 books with us.  This was -- at one point she was a

22   debut author that we really grew into a homegrown, as I like to

23   say.

24         So this particular book, it came in.  It was just the

25   book, I think, of this career, of this author's career.  So we
```

```
 1   went big.  We went all in.
 2   Q     And what was the advance for this author?
 3   A     200,000, and the marketing PR was 93,000.
 4   Q     And that's about 45 percent, right, of the advance?
 5   A     Yes, that sounds about right.
 6   Q     And then, Ms. Bergstrom, when you say go big, what are the
 7   types of things you might do for an author like this?
 8   A     This author, we put them on the road.  We spent some extra
 9   money on Good Reads, extra money on Facebook, really got them
10   on some podcasts, and got more profiles on them.  We expanded
11   the review coverage.  But we really -- it was a concerted
12   effort, and it paid off.
13   Q     And let's look at author I.  Can you give us a sense of
14   who author I is?
15   A     Yes.  This author writes historical fiction.  And this, I
16   think, is about her third or fourth book with us.  But
17   historical fiction is red hot, so we decided again that we
18   would spend a decent size amount of money on her marketing and
19   publicity.
20   Q     What was the advance for this particular author?
21   A     $175,000, and the marketing and PR was 54,000.
22   Q     Okay.  So the marketing and PR represented about
23   30 percent of the overall advance of 175,000, is that right?
24   A     Yes.
25   Q     And all of these authors F through I, are all of these
```

1     successful authors for Gallery?

2     A     Yes.  They are all best sellers in terms of their sales.

3     Q     Ms. Bergstrom, do some authors that you work with get glam

4     budgets?

5     A     Author J does.  It's very rare.  J and A.  One is a

6     reality TV star, and the other one is a major pop star.  So

7     it's rare.  But essentially if fans are used to seeing these

8     two authors on TV, we need to make sure they look the same in

9     real life.

10    Q     And does your willingness to offer a glam budget depend on

11    the advance level?

12    A     No, it does not.

13    Q     I want to turn to the sales aspect of your business.

14          Does Gallery sell through different sales channels

15    depending on the advance level of the book?

16    A     No.  We try to find the widest possible audience for all

17    of our books regardless of how much we paid.

18    Q     Does Gallery identify a group of books for particular

19    sales efforts or sales emphasis?

20    A     Yes.  Three times a year, as we head into sales

21    conference, I will pick what I call focus titles and will share

22    them with the sales force.  There's some examples too.

23    Q     Before we get to the examples, can you give us a little

24    bit of flavor of how you choose particular titles to be focus

25    titles?

```
 1   A    It's -- yeah, it's very subjective, but it's -- as

 2   publisher, I see an opportunity in these books whether it's

 3   because something else similar is working or whether the

 4   author's platform, like I said, is bigger than when we even

 5   acquired it.  So it's my, essentially, call on what I think we

 6   can really -- we should drill down and focus on.  It doesn't

 7   mean the other titles don't get focus, but it's just these are

 8   our great opportunities.

 9   Q    And what happens after you identify a title as a focus

10   title?

11   A    Well, the sales force will then go and sell that title,

12   but we -- yeah.

13   Q    You said, I think you mentioned, that there were some

14   focus titles on this document here.  Can you identify those for

15   us?

16   A    Sure.  K through Q.  K through Q were -- or excuse me, are

17   focus titles from my spring '21 list.

18   Q    Spring '21?

19   A    '22.

20   Q    Okay.  And by my count, there are three of your focus

21   titles that have an advance above $250,000, is that right?

22   A    Yes.

23   Q    And four have an advance at $100,000 or less, is that

24   right?

25   A    Yes.
```

```
 1   Q     Let's take a look at the author at M.  Can you explain to
 2   us a little bit about that author and why you identified that
 3   particular author for a focus title?
 4   A     It's an incredible book.  It checks all the boxes for me.
 5   It's psychological suspense, which is very big.  We know how to
 6   publish this kind of book very well based on some of the other
 7   authors we have on our list.  Sales force read it, picked it as
 8   one of their favorites, so we ended up investing a significant
 9   amount of money in marketing for it.
10   Q     And what is the advance for the author at M?
11   A     $65,000.
12   Q     And when you are engaging in these discussions about focus
13   titles, do you discuss the advance level too?
14   A     No.
15   Q     Okay.  And these are all focus titles from 2022, right?
16   A     Yes.
17   Q     Okay.  Ms. Bergstrom, I want to move to a new topic.
18         Who do you consider to be Gallery's competitors for
19   acquiring books?
20   A     Everyone.
21   Q     Have you ever heard the term Big 5?
22   A     Yes.
23   Q     Is that a term you use in Gallery?
24   A     Not particularly, no.
25   Q     And do you -- can you tell us who the Big 5 are?
```

A     Yes, Simon & Schuster, Hachette, Macmillan, PRH, and

Harper.

Q     Do you also compete against smaller publishers?

A     Yes.

Q     And can you list some of those for us?

A     Sure.  Abrams, Skyhorse, Post Hill Press, Bloomsbury, just

to name a few.

Q     And do you ever learn who your competitors are after an

auction when you participate?

A     Sometimes.  Sometimes the agent will tell us.  Sometimes

they won't.  Sometimes the first time I find out about it is

when I see the book in a store.

Q     And that was going to be my next question.  Sometimes do

you find out who published a book that you may have lost by

seeing it in a store in a publication?

A     Yes.

Q     And based on that sense you develop, would you say that

you compete against Penguin Random House in the final stages of

an acquisition frequently?

A     No, it's rare.

Q     Do you compete against HarperCollins?

A     Yes.  I lost three very significant books to them just

over the past two years, year and a half.

Q     And looking at your sheet, can you identify some losses to

HarperCollins?

1    A    Yes.  Author R.  It's still painful.  This was a big book,

2    big loss for us.  We bid $3.125 million.  And Harper won it.

3    They won it for more.

4        Author S, also a big loss for us.  We bid 2.75 million,

5    and Harper won that.

6        And the last one, author T, is actually someone that I

7    published before, had the option, couldn't come to terms, agent

8    took her to auction, and Harper -- excuse me, our highest bid

9    was 3.3 million, and Harper beat us.

10   Q    And are these some of your larger bids over the last

11   couple years?

12   A    Yes.  Those are three of the largest losses.  Personally

13   too.

14   Q    Personally.  Do you compete against imprints at Hachette?

15   A    Yes, we do.

16   Q    Can you give us some examples, again, looking at your

17   list?

18   A    Sure.  Author U is someone that we bid half a million

19   dollars on for her memoir, again celebrity-adjacent, and

20   Hachette beat us.

21   Q    Is author N also an example of that, Ms. Bergstrom?

22   A    Author?

23   Q    Is author N also an example --

24   A    Yes.  N is a Netflix star, big show.  We actually won

25   this, though we were the underbidders.  Hachette was the high

1  bid.

2  Q    Why don't we talk a little bit about the midsized and

3  smaller publishers.  What types of books do you compete for

4  against those publishers?

5  A    All kinds, political, celebrity, novels, sci fi, all

6  genres and types.

7  Q    Let's start with the political.  What smaller publishers

8  do you compete with in the political space?

9  A    Well, we publish on both sides of the political aisle.  So

10  author V would be an example of a former press secretary who we

11  wanted to acquire, but it sold for over a million dollars to --

12  I'm sorry, Post Hill Press.

13  Q    Are there other competitors in the political space other

14  than Post Hill Press?

15  A    Yes.  There's Regnery.  There's actually an imprint that

16  my ex-boss and an ex-editorial director from Hachette formed.

17  Those are the three that come to mind.

18  Q    Is that last one also --

19  A    And Skyhorse and Post Hill.

20  Q    The one you mentioned that your former boss formed, is

21  that All Seasons?

22  A    That's All Seasons.

23  Q    What about in the sci fi space, do you compete against any

24  smaller and midsized publishers in that space?

25  A    Bloomsbury has an author named Sarah Maas who we would

1    love to publish, but she's with Bloomsbury.

2    Q    What about for celebrity books.  You have mentioned a lot

3    of celebrity books.  Do you compete against smaller and

4    midsized publishers in that space?

5    A    Yes.

6    Q    Can you give us an example of a publisher you compete

7    against?

8    A    I don't see -- oh, there she is.  Author W is a

9    comedienne, Netflix comedienne.  We bid $250,000, and Abrams

10   actually won this book.  The author said she wanted to be a big

11   fish in a small pond.

12        MR. SHORES:  At this point, Your Honor, I would like

13   to introduce an exhibit.  May we pass it up?

14        THE COURT:  Yes.

15   BY MR. SHORES:

16   Q    Ms. Bergstrom, if you could take a look at this exhibit

17   that's been marked DX286.  And when you have an opportunity,

18   just tell us what this document is.

19   A    This is an email exchange from the editor who was

20   attempting to acquire author W.  And she is filling me in on

21   the auction.

22   Q    Okay.  And the top email is from Natasha Simons to you,

23   and it's dated February 18, 2021, is that correct?

24   A    Yes.

25   Q    And is Natasha Simons the editor that you were mentioning

1    works for you?

2    A    Yes.

3         MR. SHORES:  I would like to offer DX286 into

4    evidence.

5         THE COURT:  Any objection?

6         MS. RIKER:  No objection.

7         THE COURT:  That would be admitted.

8         MR. SHORES:  We would like to have this admitted under

9    seal, Your Honor.

10        THE COURT:  All right.

11        (Defendant's 286 received in evidence.)

12        MR. SHORES:  May I publish a redacted copy of this

13   document, Your Honor?

14        THE COURT:  You may.

15   BY MR. SHORES:

16   Q    Ms. Bergstrom, I want to point you to the top of this

17   email and the sentence that starts, the agent.  Do you see

18   that?

19   A    Yes.

20   Q    And do you understand this to be the agent letting you

21   know that this particular author went with another publisher?

22   A    Yes.

23   Q    Okay.  And the email says, why.  It's in quotes, right?

24   The language is in quotes?

25        And it says, quote, ultimately it was a combination of two

```
 1   factors, a slightly more favorable offer with PR and a

 2   substantial audio bonus and the feeling that it might benefit

 3   her to be the bigger fish in the smaller pond.

 4         Do you see that?

 5   A    Yes.

 6   Q    And then it also says in parentheses, also the separate

 7   audio offer which was admittedly appealing, end parentheses.

 8   Do you see that?

 9   A    Yes.

10   Q    And you referenced earlier the idea of being a bigger fish

11   in a smaller pond.  Is this what you were referring to?

12   A    Yes.

13   Q    Did this author also choose Abrams in part because of

14   their PR offering?

15   A    Yes.  Abrams -- this author was asking for us to hire a

16   private publicist, which I don't like to do, and also asking to

17   retain -- or to ask for an audio bonus and slightly more

18   favorable offer.

19         THE COURT:  Can I ask you, demands like this, like

20   glam fee, you know, audio bonus, private publicist, do you get

21   demands like that from particular types of authors like authors

22   who think their book is really hot and has the sense that it's

23   going to sell well basically?

24         THE WITNESS:  Yes.  We get these asks across the

25   board, not asking for private PR that much, but again, I don't
```

```
 1    need them to -- I'm not going to pay for that.  Although, some
 2    of them do have their personal publicists that we work with.
 3    But, yeah, these are just a few factors that come into
 4    negotiations.
 5            THE COURT:  So putting aside advance levels, are there
 6    just some books that you think are going to sell well, there's
 7    like buzz about them, other editors seem to think they are
 8    going to sell well, and do those books get treated differently
 9    from other books?
10            THE WITNESS:  That's a great question.  When we
11    acquire books at Gallery, we assign a marketer, a publicist,
12    and obviously an editor to it.  Each one of our books has -- I
13    call them the SWAT team.  So each book truly gets published
14    with care and enthusiasm.
15            Again, some will take off.  Some won't.  But our
16    attitude really is that that's what each book deserves, and we
17    are able to do it.
18            THE COURT:  And so this has kind of come up with other
19    witnesses as well.  I understand all books have hope and
20    potential, and you publish them or you sell them because you
21    believe in them.  But it just seems to me a matter of
22    economics.  And I'm just wondering if it's true that the books
23    where there's the most competition, where there's the most
24    expectation surrounding them are sort of in a different
25    category from other books that don't have those expectations or
```

1    beliefs of sales.

2         I mean, I know everybody believes in the book and

3    hopes that it will sell well.  But the ones that you expect to

4    sell well, are those in a different category?

5         THE WITNESS:  The books that we expect to sell well

6    sometimes don't sell well.

7         THE COURT:  No, I understand that.

8         THE WITNESS:  So in a different category, as far as in

9    my business, the advance really doesn't determine --

10        THE COURT:  I'm saying put the advance aside.

11        THE WITNESS:  Put the advance aside.

12        THE COURT:  Just books that people think are going to

13   sell well.  It strikes me this business is a risk-taking

14   business.  Every book is a gamble.

15        THE WITNESS:  It's fickle.

16        THE COURT:  So the ones that you think are going to

17   pay off, aren't you going to try to make sure they pay off?

18        THE WITNESS:  Yes, of course I want them to pay off.

19   The big, big, big advances, they can keep me up at night.  I

20   want them to work.  But I'm -- usually there's less risk for me

21   because I know what I am buying.  At that level there is --

22   either it's an author who is on TV every night or there is

23   something that can help me mitigate that risk.  It's the ones

24   below it that I really do take more chances with or have to.

25        THE COURT:  Yes, you mentioned that.  You said when

```
 1   they have a track record, you have something to base your
 2   decision on.  That's one thing.  But when they have no track
 3   record, it's more like you are trying to figure out what the
 4   market would be without knowing in advance what it's going to
 5   be --
 6              THE WITNESS:  The other thing --
 7              THE COURT:  -- that is the difference?
 8              THE WITNESS:  That is the difference.
 9              The other thing is just 65 percent of my acquisitions
10   are under $50,000 advances.  30 percent are between 50,000 and
11   a million, and then 5 percent over.  So what I -- what my team
12   and I really spend the most time on are those -- that 65 and
13   30 percent.  That's where we are putting in the most elbow
14   grease.  I mean, that's where we have just an opportunity to
15   take an author -- and I have done it with author P on this
16   list.  He's a sci fi author.  His first book with us, we paid
17   $25,000.  When it came in, I read it, and we said this -- he
18   could be the next Stephen King.  So we really, really went big
19   on that.
20              So that's -- in the course of our day, that's where we
21   are really focusing.  Amy Schumer might keep me up at night
22   because I think, oh, my God, that's big, but I can also take a
23   deep breath because I know -- I can feel -- I know her
24   popularity.
25              THE COURT:  And the authors that do have the track
```

1    record where you can identify the market more readily, they are

2    the ones that get the higher advances?

3                THE WITNESS:  I would say most of -- in my fiction or

4    even in nonfiction, that 150 to 250 range is a bit of a sweet

5    spot for me.  But, again, the risk is that I have picked an

6    author who's platform isn't growing at the rate that I thought

7    it would, and I have duds there too.

8                THE COURT:  Okay.  Thank you.

9                MR. SHORES:  May I follow up, Your Honor?

10               THE COURT:  Yes.

11   BY MR. SHORES:

12   Q    Other than track record, what are some of the other

13   factors you are considering when you are giving this elbow

14   grease, as you called it, to those types of books?

15   A    Well, it's the book itself.  Did it deliver.  Did we --

16   you know, I often say the title is the strongest marketing tool

17   we have.  Is it a great title?  Did we package it correctly?

18   Are we getting good reviews?

19   Q    And do you often discuss those issues with your staff?

20   A    Yes.

21   Q    And do you have -- is there always agreement with your

22   staff on all those issues?

23   A    No, there's not always agreement.

24   Q    And do you exchange ideas about those things?

25   A    Yeah, we listen to everyone in the room at Gallery.  We

1    really do.  We have a special -- in fact, we have an editorial

2    meeting every week, and we have many a meeting called what's

3    hot where we go around the room and what's hot.  I used to be

4    the hippest one in the room, but I no longer am.  So half the

5    time I'm taking notes because I'm hearing about these people

6    for the first time but --

7    Q    Ms. Bergstrom, does everyone agree what's hot?

8    A    No.  In fact, sometimes I don't agree and the editor does

9    and the editor will prove me wrong.

10             MR. SHORES:  May I continue, Your Honor?

11             THE COURT:  Yes.

12   BY MR. SHORES:

13   Q    Ms. Bergstrom, we were talking about celebrity books and

14   competition in that area.  What about motivational books, do

15   you compete against small and midsized publishers for

16   motivational books?

17   A    Yes.  Hay House is a formidable competitor for us.  We

18   lost author X to them.  We published her first book, again

19   didn't come to agreement on the option, and the agent took it

20   to market, we bid a million dollars, and Hay House outbid us.

21   Q    Does self-publishing play a role with authors at Gallery?

22   A    Yes, particularly in romance.  We have a -- one of our top

23   selling authors Anna Todd is now self-publishing.

24           I had author H, just recently on our last contract, the

25   agent told me the author wanted to use a pseudonym and write a

```
 1    new series and wanted to self-publish it.  So I essentially had
 2    to compete and buy the book.  I didn't want her to
 3    self-publish, so we offered on that.  It's actually coming out
 4    next week.
 5    Q    I want to ask you one final question, Ms. Bergstrom.  Do
 6    you understand that there's an allegation in this case that if
 7    this merger of Penguin Random House and Simon & Schuster goes
 8    through, publishers like yourself will be able to identify a
 9    group of authors called anticipated top sellers and target them
10    to reduce their advances?  Do you understand that?
11    A    Yes, I do.
12    Q    What is your view of that?
13    A    My view is I struggle to identify what those top sellers
14    are.  And even if I could, I can't -- no agent or author would
15    want to work with me if they knew that I couldn't compete, so
16    it would hurt my business.
17             MR. SHORES:  I pass the witness.
18             THE COURT:  Okay.  Thank you.
19             Any cross?
20             MR. SHORES:  Your Honor, before I do that, I should
21    have moved into evidence, the key, the Rosetta Stone, as DX412.
22             THE COURT:  Okay.  Thank you.  That's in.
23             MR. SHORES:  Under seal, please.
24             THE COURT:  Yes.
25             (Defendant's 412 received in evidence.)
```

1          MS. RIKER:  Your Honor, may we approach the witness to

2    hand up a binder?

3          THE COURT:  Yes.  Thank you.

4          MS. RIKER:  Lauren Riker for the United States.

5          May I proceed, Your Honor?

6          THE COURT:  Yes.

7                      CROSS EXAMINATION

8    BY MS. RIKER:

9    Q    Good morning, Ms. Bergstrom.

10   A    Good afternoon.

11   Q    Nice to meet you.  And I would like to follow up on a few

12   points made by your counsel.

13        Counsel asked you about losses to small publishers.  But

14   you don't keep track of who you lose to, right?

15   A    Correct, we don't.

16   Q    So you don't know who you lost to most frequently, right?

17   A    No.

18   Q    And so you don't know whether you lose more frequently to

19   non-Big 5 publishers when the advance is below 250,000 than

20   when it's above, right?

21   A    Yes.  We don't keep copious notes, so no.

22   Q    So you don't know, correct?

23   A    I have a -- no, I don't know.

24   Q    Your counsel asked you about author H in the Rosetta

25   Stone, and you said that Gallery paid $200,000 for the advance

1  in the book listed.

2  A     Yes.

3  Q     The total contract for that author is more than $200,000,

4  correct?

5  A     Yes.  I actually looked at this contract last night, and

6  it's 200 for this title.

7  Q     Were there other books included on that title?

8  A     Yes.  We have multiple contracts with this writer.  This

9  is the writer who has written over 25 books with us.

10       And can I go back to your question?

11 Q     Sure.  Well, your counsel can ask follow-up questions

12 during his time.

13 A     Okay.

14 Q     Ms. Bergstrom, when you are trying to acquire a book, you

15 don't tell the agent the max you are willing to pay, correct?

16 A     Sometimes I do.  Sometimes I have.

17 Q     And agents don't always get you to pay the max price you

18 are willing for a book, correct?

19 A     Correct.

20 Q     And agents can't force you to exclude audio from the scope

21 of rights, can they?

22 A     Well, agents can do anything, but I can't remember ever

23 acquiring a book that I didn't have audio for.

24 Q     Because you always get audio rights, correct?

25 A     Yes.  They are a significant format.  I need audio.

```
 1   Q    And the author -- I will try to use the same -- author W,
 2   in DX286 wanted to retain audio rights, but Gallery wouldn't
 3   agree to it, correct?
 4   A    Correct, especially not for a comedian.
 5   Q    You don't negotiate to exclude audio rights, correct?
 6   A    I don't exclude audio rights, correct.
 7   Q    Your counsel asked you about author V, and you said that
 8   Gallery wanted to acquire author V's book, correct?
 9   A    Correct.
10   Q    The Gallery editor who wanted to buy that book sought
11   Jonathan Karp's blessing before offering it, right?
12   A    I think so.  I can't remember.  I'm sorry.
13   Q    Do you recall whether the editor sought --
14   A    Oh, I thought you said she did.  We would have needed John
15   Karp's blessing.
16   Q    Mr. Karp did not support bidding on author B's book,
17   correct?
18   A    I don't remember that to be the case, but here comes the
19   email.
20   Q    Ms. Bergstrom, if I showed you a copy of the email with
21   Mr. Karp, would that refresh your recollection?
22   A    Well, what will -- I am probably -- Mr. Karp would not
23   have liked us to buy this book, so I would not be surprised
24   that he had an opinion on it.
25   Q    So it would not surprise you that Mr. Karp did not support
```

```
 1   purchasing author V's book, correct?
 2   A     Correct.  He didn't think highly of her.
 3   Q     And did Gallery even bid on author V's book?
 4   A     It wasn't Gallery.  It was Threshold.  And I don't
 5   remember what we bid on it.  I know it sold for over a million
 6   to Post Hill, and the editor may have told me that.
 7   Q     But you don't even know if Gallery's imprint thresholds
 8   attempted to acquire this book, correct?
 9   A     Well, by attempted --
10         MR. SHORES:  Your Honor, I don't mean to interrupt,
11   but I think there's confusion here about what Ms. Bergstrom's
12   referring to.  I think they were talking about B, and there's
13   some confusion about what's happening.  I don't want to
14   interrupt.
15         THE COURT:  You think they are talking about different
16   books?
17         MR. SHORES:  I think they are talking about different
18   authors.
19         THE COURT:  We are talking about author V as in
20   Victor.
21         MR. SHORES:  I'm sorry.  I thought I heard B, so we
22   just wanted to --
23         THE COURT:  So your testimony was about V or B?
24         THE WITNESS:  My testimony is about V.
25         THE COURT:  Okay.  That's what I understood as well.
```

```
 1              MS. RIKER:  I was asking about V.

 2              THE COURT:  Okay.  I think we've got it.  We are

 3    talking about V.

 4              So you didn't bid for V?

 5              THE WITNESS:  Just today when I testified, V is an

 6    example of a political book that was bought by a smaller house

 7    that we were interested in.  I don't think we bid a million

 8    dollars, but it went for over a million dollars.

 9    BY MS. RIKER:

10    Q    And you don't even know if --

11    A    Well, a lot -- well, Threshold, a lot of -- most of

12    Threshold's business is done as exclusives.  So agents -- the

13    political conservative space is a space that a lot of people do

14    not want to play in.  So what happens is agents will call our

15    Threshold editor and say what do you think about this.  We then

16    run it up the flagpole internally.  So that is an author

17    that -- let's put it this way.  Mr. Karp is happy that we are

18    not publishing author V.

19              THE COURT:  But your previous testimony that you bid

20    for it was not correct?

21              THE WITNESS:  We didn't bid for it.  It went for over

22    a million dollars to a smaller publisher.

23              THE COURT:  I understand.  Go ahead, Ms. Riker.

24              MS. RIKER:  Your Honor, no further questions.

25              THE COURT:  Thank you.
```

```
 1              Any redirect?

 2              MR. SHORES:  No further questions, Your Honor.

 3              THE COURT:  Okay.  Thank you.  Thank you for your

 4    testimony.  You may step down.

 5              THE WITNESS:  Thank you.

 6              THE COURT:  Defendants may call their next witness.

 7              MR. PETROCELLI:  Your Honor, we are going to play the

 8    video of John Glusman, who is the CEO of Norton.  I am told

 9    that it's one hour and 16 minutes and that the last 16 minutes

10    is confidential.

11              THE COURT:  Okay.  Well, let's start playing it now,

12    and we will play it until 5:00.

13              MR. PETROCELLI:  And then we can resume in the

14    morning.

15              THE COURT:  In the morning.

16              MR. PETROCELLI:  Thank you very much.

17              THE COURT:  Thank you.

18              MR. PETROCELLI:  I am being told to hand up the

19    transcript.

20              THE COURT:  Okay.

21              MR. PETROCELLI:  And to move into evidence the two

22    exhibits referenced in the testimony, DX249 and DX333.

23              THE COURT:  Any objection to those exhibits from the

24    government?

25              MR. READ:  No, Your Honor.
```

1           THE COURT:  All right.  Thank you.  Those will be

2   admitted.

3           (Defendant's 249 and 333 received in evidence.)

4           (The videotape was played.)

5           MR. PETROCELLI:  Your Honor, we have about 20 minutes

6   left, and the last 16 is confidential.

7           THE COURT:  We will break for today.  We will resume

8   at 9:30, and we will open the court to the public at 10:00.

9           MR. PETROCELLI:  Thank you.

10          THE COURT:  Great.  Thank you very much.  Everyone

11  have a nice evening.

12          (The trial adjourned at 5:01 p.m.)

13                              - - -

14                   C E R T I F I C A T E

15          I hereby certify that the foregoing is an

16  accurate transcription of the proceedings in the

17  above-entitled matter.

18  8/10/22              s/ Tammy Nestor
                         Tammy Nestor, RMR, CRR
19                       Official Court Reporter
                         333 Constitution Avenue NW
20                       Washington, D.C. 20001
                         tammy_nestor@dcd.uscourts

21

22

23

24

25

MR. KIM: [2] 1825/22
1825/24
MR. PETROCELLI: [8]
1838/11 1879/7 1879/13
1879/16 1879/18 1879/21
1880/5 1880/9
MR. READ: [11] 1802/9
1803/17 1806/15 1826/1
1832/20 1834/6 1834/9
1837/19 1838/2 1838/7
1879/25
MR. SHORES: [21] 1839/1
1854/3 1854/9 1854/12
1854/18 1856/4 1856/11
1856/20 1865/12 1866/3
1866/8 1866/12 1871/9
1872/10 1873/17 1873/20
1873/23 1877/10 1877/17
1877/21 1879/2
MS. RIKER: [5] 1866/6
1874/1 1874/4 1878/1
1878/24
MS. RUDZIN: [8] 1796/3
1796/8 1803/19 1813/11
1825/4 1825/8 1837/5
1837/17
THE COURT: [99] 1796/2
1796/4 1802/10 1803/18
1803/21 1806/16 1807/2
1811/11 1811/16 1811/23
1812/6 1812/11 1812/24
1813/7 1813/12 1813/17
1819/25 1825/6 1825/23
1825/25 1826/3 1832/5
1834/10 1834/20 1834/24
1835/2 1835/6 1835/14
1836/2 1836/5 1836/19
1836/24 1837/3 1837/18
1837/20 1837/23 1837/25
1838/6 1838/10 1838/14
1838/18 1838/23 1839/2
1854/2 1854/4 1854/10
1854/16 1854/22 1855/6
1855/9 1855/14 1855/17
1856/2 1856/9 1856/12
1856/17 1856/19 1856/22
1865/14 1866/5 1866/7
1866/10 1866/14 1867/19
1868/5 1868/18 1869/7
1869/10 1869/12 1869/16
1869/25 1870/7 1870/25
1871/8 1871/10 1872/11
1873/18 1873/22 1873/24
1874/3 1874/6 1877/15
1877/19 1877/23 1877/25
1878/2 1878/19 1878/23
1878/25 1879/3 1879/6
1879/11 1879/15 1879/17
1879/20 1879/23 1880/1
1880/7 1880/10
THE WITNESS: [45]
1811/14 1811/18 1812/1
1812/9 1812/16 1813/6
1813/9 1813/15 1813/18
1820/2 1832/6 1834/7
1834/13 1834/23 1835/1
1835/4 1835/8 1835/17
1836/4 1836/8 1836/21

1838/25 1854/23 1855/8
1855/12 1855/16 1855/19
1856/16 1867/24 1868/10
1869/5 1869/8 1869/11
1869/15 1869/18 1870/6
1870/8 1871/3 1877/24
1878/5 1878/21 1879/5

**$**

$100,000 [1] 1860/23
$125,000 [1] 1848/22
$175,000 [1] 1858/21
$200,000 [2] 1874/25 1875/3
$25,000 [3] 1818/24 1848/22
1870/17
$250,000 [13] 1803/24
1816/22 1817/2 1817/2
1817/14 1817/19 1817/22
1818/4 1818/17 1819/23
1845/17 1860/21 1865/9
$3.125 [1] 1863/2
$3.125 million [1] 1863/2
$36,000 [1] 1853/22
$40 [1] 1809/13
$40 million [1] 1809/13
$5 [1] 1814/12
$5 million [1] 1814/12
$50,000 [2] 1820/22 1870/17
$500,000 [2] 1804/14 1805/5
$62,000 [1] 1852/19
$65,000 [1] 1861/11
$95,000 [1] 1843/13

**'**

'21 [3] 1853/20 1860/17
1860/18
'22 [1] 1860/19

**0**

02886 [1] 1793/3

**1**

1,000 [1] 1817/9
1.2 million [2] 1852/19
1853/4
1.3 million [1] 1843/14
10 [2] 1793/6 1849/6
10 percent [4] 1833/13
1835/11 1835/12 1853/23
10022 [1] 1794/7
10036 [1] 1794/4
10:00 [1] 1880/8
13 [2] 1839/21 1840/6
15 [3] 1849/7 1856/13
1856/17
15 percent [2] 1835/5 1849/6
150 [1] 1871/4
155 [1] 1828/6
16 [3] 1879/9 1879/9 1880/6
175 [1] 1842/9
175,000 [1] 1858/23
18 [1] 1865/23
1999 [1] 1793/19

**2**

2,000 [2] 1817/7 1817/8
2.75 million [1] 1863/4
20 [2] 1837/12 1880/5
20 percent [1] 1835/5

200,000 [1] 1858/3
20001 [2] 1794/13 1880/20
20004 [1] 1794/10
2013 [2] 1824/15 1830/1
2019 [2] 1829/5 1830/7
2020 [1] 1814/19
2021 [1] 1865/23
2022 [2] 1793/6 1861/15
20530 [1] 1793/16
21-02886 [1] 1793/3
21st [1] 1852/17
22 [1] 1880/18
249 [1] 1880/3
25 [3] 1837/12 1857/21
1875/9
25 percent [2] 1846/1 1848/2
250 [3] 1819/22 1833/5
1871/4
250,000 [3] 1832/24 1833/10
1874/19
286 [1] 1866/11
2:02 [2] 1793/7 1796/1

**3**

3.3 million [1] 1863/9
30 [1] 1837/10
30 percent [3] 1858/23
1870/10 1870/13
333 [3] 1794/12 1880/3
1880/19
36,000 [1] 1853/12
3:45 [1] 1856/14
3:49 [1] 1856/18

**4**

40,000 [1] 1807/12
401 [1] 1794/9
411 [2] 1825/5 1825/9
412 [1] 1873/25
43,000 [1] 1818/11
45 [1] 1833/9
45 percent [6] 1832/18
1832/18 1832/23 1833/2
1833/8 1858/4
450 [1] 1793/15
450,000 [2] 1853/11 1853/23

**5**

5 percent [4] 1841/9 1853/5
1853/6 1870/11
50,000 [1] 1870/10
54,000 [1] 1858/21
599 [1] 1794/6
5:00 [1] 1879/12
5:01 [1] 1880/12
5s [1] 1799/20

**6**

62,000 [1] 1853/5
65 [1] 1870/12
65 percent [1] 1870/9

**7**

75 percent [1] 1846/3
754 [2] 1838/8 1838/16
757 [1] 1838/16
758 [1] 1838/16

8/10/22 [1] 1880/18
874 [1] 1838/16
875 [1] 1838/16
876 [2] 1838/8 1838/16

**9**

9 percent [2] 1833/5 1833/10
90067 [1] 1793/20
93,000 [1] 1858/3
95,000 [1] 1851/11
9:30 [1] 1880/8

**A**

abbreviated [1] 1825/20
Abby [2] 1794/2 1794/2
ability [7] 1802/21 1803/2
1811/22 1811/23 1812/21
1823/5 1830/13
able [4] 1833/8 1833/9
1868/17 1873/8
about [124] 1796/12 1796/14
1797/10 1797/16 1797/20
1798/3 1798/7 1798/19
1800/2 1801/9 1802/20
1805/23 1805/24 1806/10
1807/19 1808/13 1809/3
1809/13 1809/14 1810/2
1810/8 1813/7 1813/8
1814/17 1814/18 1814/20
1815/6 1815/10 1815/11
1816/3 1816/4 1816/21
1818/10 1819/9 1819/18
1819/21 1822/2 1822/20
1823/14 1823/20 1824/19
1824/22 1826/1 1826/5
1826/11 1826/25 1827/7
1827/19 1827/23 1828/9
1828/19 1829/19 1830/1
1830/9 1830/12 1830/17
1831/17 1832/25 1833/20
1833/23 1834/12 1836/2
1836/23 1840/24 1841/4
1841/9 1841/20 1842/22
1843/1 1843/21 1843/25
1844/13 1844/23 1845/17
1846/1 1848/1 1849/13
1849/18 1849/19 1850/6
1851/20 1852/19 1853/5
1853/22 1853/22 1854/11
1854/18 1855/2 1855/15
1855/17 1856/8 1856/14
1856/24 1857/21 1858/4
1858/5 1858/16 1858/22
1861/2 1861/12 1862/11
1864/2 1864/23 1865/2
1868/7 1871/24 1872/5
1872/13 1872/14 1874/13
1874/24 1876/7 1877/11
1877/12 1877/13 1877/15
1877/17 1877/19 1877/23
1877/24 1878/1 1878/3
1878/15 1880/5
above [10] 1817/13 1817/15
1817/19 1818/17 1833/5
1833/10 1833/10 1860/21
1874/20 1880/17
above-entitled [1] 1880/17
Abrams [6] 1797/18 1804/22

Abrams... [4]  1862/6 1865/9
1867/13 1867/15
absolutely [9]  1798/1
1798/11 1805/11 1808/25
1809/2 1811/7 1814/9
1821/16 1852/2
absorb [2]  1803/3 1803/10
absorbing [1]  1803/13
acceptance [1]  1828/25
accepted [1]  1809/18
access [1]  1802/4
accordingly [2]  1826/16
1836/15
accurate [1]  1880/16
accurately [1]  1845/11
acquire [12]  1816/6 1844/19
1845/20 1846/15 1847/8
1847/21 1864/11 1865/20
1868/11 1875/14 1876/8
1877/8
acquired [2]  1850/24 1860/5
acquiring [7]  1800/20
1841/17 1846/14 1850/3
1855/4 1861/19 1875/23
acquisition [5]  1840/8 1844/3
1850/17 1854/24 1862/19
acquisitions [2]  1840/4
1870/9
across [2]  1843/15 1867/24
act [1]  1808/20
Action [1]  1793/3
actual [5]  1843/24 1850/7
1856/6 1856/6 1857/6
actually [27]  1799/5 1802/14
1802/15 1802/17 1807/21
1809/4 1809/4 1809/20
1810/5 1810/9 1817/5
1821/22 1828/1 1830/13
1831/12 1841/18 1842/11
1843/3 1843/7 1846/11
1857/19 1863/6 1863/24
1864/15 1865/10 1873/3
1875/5
ad [1]  1801/10
add [2]  1836/17 1854/23
addition [1]  1827/16
adjacent [2]  1853/10 1863/19
adjourned [1]  1880/12
admit [1]  1838/4
admitted [6]  1825/7 1838/8
1838/15 1866/7 1866/8
1880/2
admittedly [1]  1867/7
adult [4]  1808/10 1830/23
1830/24 1840/12
advance [65]  1804/4 1811/2
1811/17 1814/4 1815/23
1816/5 1816/22 1816/23
1817/12 1818/9 1818/17
1818/24 1818/25 1820/1
1827/16 1828/17 1829/3
1830/5 1830/9 1833/4
1835/16 1835/18 1835/25
1836/10 1836/20 1836/25
1837/9 1841/6 1841/8
1841/12 1841/20 1842/21
1843/2 1843/2 1843/3
1843/10 1843/19 1844/1
1845/17 1848/24 1849/11
1851/19 1853/3 1853/6
1853/23 1858/2 1858/4
1858/20 1858/23 1859/11
1859/15 1860/21 1860/23
1861/10 1861/13 1868/5
1869/9 1869/10 1869/11
1870/4 1874/19 1874/25
advances [17]  1805/4 1817/1
1817/2 1817/19 1818/4
1819/6 1824/13 1824/17
1828/21 1830/1 1836/6
1841/4 1851/23 1869/19
1870/10 1871/2 1873/10
advantage [7]  1800/20
1801/3 1801/15 1801/18
1801/24 1802/13 1802/18
advent [1]  1851/24
advertising [3]  1818/14
1849/16 1857/6
affect [1]  1850/24
affected [2]  1820/23 1824/2
after [7]  1821/15 1829/13
1830/1 1839/17 1856/12
1860/9 1862/8
afternoon [10]  1793/7 1796/2
1796/3 1825/14 1838/18
1839/5 1839/6 1856/19
1856/20 1874/10
again [24]  1812/16 1813/10
1815/9 1816/3 1820/7
1824/8 1827/9 1842/24
1847/11 1847/18 1848/4
1849/4 1849/21 1853/21
1856/19 1857/4 1857/17
1858/17 1863/16 1863/19
1867/25 1868/15 1871/5
1872/18
against [14]  1797/14 1820/11
1821/11 1823/4 1848/12
1862/3 1862/18 1862/21
1863/14 1864/4 1864/23
1865/3 1865/7 1872/15
agencies [7]  1817/4 1834/14
1834/18 1834/20 1834/24
1835/10 1837/12
agency [6]  1819/19 1818/21
1818/23 1819/9 1834/14
1834/14
agent [34]  1796/13 1800/16
1802/25 1811/3 1811/5
1813/20 1816/15 1818/8
1820/13 1821/7 1822/21
1823/5 1826/6 1826/11
1826/12 1826/14 1826/15
1826/17 1826/21 1827/11
1835/15 1837/14 1846/23
1847/11 1848/10 1849/4
1862/10 1863/7 1866/17
1866/20 1872/19 1872/25
1873/14 1875/15
agents [29]  1798/3 1798/7
1807/25 1808/1 1808/5
1808/7 1817/18 1818/3
1818/5 1821/5 1822/15
1822/19 1823/21 1834/12
1834/15 1834/21 1836/2
1836/5 1836/20 1836/25
1847/23 1875/17 1875/20
1875/22 1878/12 1878/14
ago [1]  1839/21
agree [4]  1802/13 1872/7
1872/8 1876/3
agreement [5]  1829/6
1846/24 1871/21 1871/23
1872/19
ahead [5]  1807/3 1826/3
1849/8 1856/3 1878/23
air [1]  1819/17
aisle [1]  1864/9
al [1]  1793/6
all [68]  1796/19 1796/20
1797/14 1798/14 1799/12
1801/11 1803/7 1803/14
1804/8 1808/2 1808/2
1808/25 1808/25 1809/1
1811/19 1811/24 1812/2
1813/13 1813/15 1815/1
1815/19 1818/7 1820/7
1820/9 1822/1 1822/3
1825/6 1830/21 1830/23
1830/24 1830/25 1831/2
1834/24 1835/21 1836/2
1836/5 1836/23 1838/6
1841/23 1842/7 1844/15
1846/16 1849/15 1849/16
1850/22 1851/5 1852/4
1852/4 1853/14 1854/10
1856/2 1856/16 1856/19
1858/1 1858/25 1858/25
1859/2 1859/16 1861/4
1861/15 1864/5 1864/5
1864/21 1864/22 1866/10
1868/19 1871/22 1880/1
allegation [1]  1873/6
almost [1]  1808/22
already [4]  1807/10 1809/2
1821/16 1853/15
also [37]  1798/20 1799/12
1800/6 1801/14 1801/18
1804/7 1804/14 1804/22
1805/18 1806/11 1806/12
1806/12 1807/20 1813/24
1814/21 1816/2 1818/6
1821/4 1821/18 1822/17
1837/8 1837/11 1840/21
1846/17 1849/23 1853/10
1854/23 1862/3 1863/4
1863/21 1863/23 1864/18
1867/6 1867/6 1867/13
1867/16 1870/22
although [2]  1805/19 1868/1
always [16]  1811/14 1820/1
1820/8 1824/19 1836/21
1836/25 1837/1 1837/16
1841/15 1842/23 1847/3
1847/14 1871/21 1871/23
1875/17 1875/24
am [29]  1801/17 1802/10
1811/15 1812/3 1812/18
1820/8 1825/19 1829/23
1830/13 1834/13 1838/3
1839/8 1839/10 1841/2
1841/17 1842/24 1843/4
1847/3 1848/17 1850/3
1850/23 1852/9 1853/2
1876/22 1879/8 1879/18
Amazon [8]  1802/4 1802/6
1808/7 1808/13 1808/15
1808/24 1809/17 1822/12
AMERICA [2]  1793/3
1853/16
America's [1]  1814/10
Amherst [1]  1798/16
among [3]  1815/5 1821/25
1844/13
amount [7]  1816/23 1827/16
1827/19 1827/23 1828/9
1858/18 1861/9
Amy [8]  1840/21 1840/23
1841/5 1841/17 1844/10
1845/3 1845/14 1870/21
Andrew [1]  1814/9
Andrews [1]  1797/23
Angeles [1]  1793/20
Anna [1]  1872/23
another [7]  1800/5 1804/11
1820/5 1820/11 1823/4
1851/14 1866/21
answer [2]  1813/12 1819/25
1828/11
anticipate [6]  1811/12
1811/14 1812/13 1841/12
1845/10 1845/12
anticipated [10]  1810/17
1811/5 1811/23 1812/12
1812/17 1820/6 1833/4
1845/7 1854/14 1873/9
Antitrust [1]  1793/15
anxiety [1]  1824/16
any [31]  1797/20 1800/7
1803/8 1805/6 1805/10
1805/15 1807/5 1810/9
1814/14 1817/18 1818/22
1818/23 1819/13 1820/10
1820/19 1830/9 1837/3
1838/10 1838/10 1844/12
1845/10 1845/11 1845/17
1847/21 1854/24 1854/25
1864/23 1866/5 1873/19
1879/1 1879/23
Anybody [1]  1802/6
anyone [1]  1856/15
anything [4]  1816/21 1837/18
1857/5 1875/22
anywhere [1]  1799/18
apologize [1]  1834/7
appealing [1]  1867/7
APPEARANCES [2]  1793/11
1793/22
appreciate [1]  1822/2
approach [4]  1812/22
1825/22 1852/12 1874/1
approaching [1]  1846/4
approve [1]  1850/13
approximately [2]  1817/6
1840/7
arbitrary [3]  1811/6 1816/24
1816/25
are [225]  1796/5 1796/7
1796/12 1796/15 1796/19
1796/22 1796/24 1797/7
1797/16 1798/5 1798/7
1798/7 1798/14 1798/15

**A**

are... [211] 1798/15 1798/22
1799/2 1799/11 1799/15
1799/19 1799/20 1800/9
1800/10 1801/11 1801/24
1802/8 1806/3 1806/9
1806/19 1807/7 1807/18
1808/2 1808/2 1808/6
1808/11 1809/2 1809/12
1810/4 1811/12 1811/13
1811/24 1812/1 1812/2
1812/13 1813/7 1813/8
1813/13 1813/21 1813/25
1815/1 1815/1 1815/3
1815/9 1815/10 1815/22
1815/24 1816/2 1816/5
1816/20 1817/3 1817/15
1817/20 1817/21 1817/24
1818/3 1818/5 1818/13
1818/16 1818/18 1818/20
1818/23 1818/24 1818/25
1819/9 1819/10 1819/12
1819/13 1819/19 1820/7
1822/4 1823/17 1824/1
1824/18 1825/16 1826/20
1827/15 1827/21 1828/1
1829/11 1829/11 1829/22
1830/23 1830/25 1831/7
1831/24 1832/8 1832/25
1833/12 1833/24 1834/12
1834/17 1835/10 1836/5
1836/9 1836/14 1836/14
1836/15 1836/17 1836/19
1836/20 1836/22 1836/22
1836/25 1837/1 1837/8
1837/8 1837/11 1838/2
1840/13 1840/16 1840/17
1841/17 1841/22 1841/23
1842/3 1842/16 1842/21
1843/6 1843/9 1843/22
1844/23 1845/13 1846/3
1846/3 1846/4 1846/6
1846/6 1846/17 1846/21
1846/21 1847/2 1847/7
1847/12 1847/13 1847/18
1847/21 1847/23 1848/12
1848/19 1849/11 1849/21
1849/22 1849/22 1850/3
1850/6 1850/8 1850/10
1851/1 1851/5 1851/6
1851/20 1852/7 1852/7
1852/10 1853/2 1854/7
1854/7 1854/11 1854/25
1855/1 1855/3 1855/4
1855/9 1855/10 1855/19
1856/1 1856/8 1856/13
1857/3 1858/6 1858/25
1859/2 1859/7 1860/7
1860/16 1860/20 1861/12
1861/15 1861/25 1862/8
1863/10 1863/12 1864/13
1864/17 1868/3 1868/5
1868/6 1868/7 1868/17
1868/24 1869/4 1869/12
1869/16 1870/3 1870/10
1870/10 1870/12 1870/13
1870/21 1871/1 1871/12
1871/13 1871/13 1871/18
1873/14 1875/14 1875/15

1876/8 1876/18 1876/24
1877/17 1877/19 1878/2
1878/17 1879/7
area [1] 1872/14
aren't [4] 1808/23 1845/16
1850/5 1869/17
arguments [1] 1854/13
around [4] 1819/14 1824/16
1842/13 1872/3
art [1] 1844/12
article [2] 1801/10 1806/2
as [58] 1796/13 1797/25
1798/1 1798/2 1798/16
1798/19 1799/7 1800/16
1803/11 1803/11 1803/15
1804/10 1805/12 1805/12
1805/22 1808/1 1808/13
1809/7 1810/16 1814/16
1815/9 1815/23 1816/22
1816/25 1820/10 1820/14
1820/19 1820/19 1821/4
1821/19 1823/16 1824/13
1824/24 1825/5 1826/11
1826/21 1827/15 1834/3
1836/10 1836/10 1838/22
1840/3 1844/9 1845/16
1857/9 1857/22 1859/20
1860/1 1860/9 1861/7
1868/19 1869/8 1869/8
1871/14 1873/21 1877/19
1877/25 1878/12
aside [5] 1868/5 1869/10
1869/11
ask [15] 1796/12 1813/9
1825/20 1826/10 1827/9
1827/17 1833/18 1836/24
1838/7 1849/18 1854/2
1867/17 1867/19 1873/5
1875/11
asked [3] 1874/13 1874/24
1876/7
asking [7] 1796/14 1826/20
1827/16 1867/15 1867/16
1867/25 1878/1
asks [1] 1867/24
aspect [1] 1859/13
assign [1] 1868/11
assistant [1] 1839/18
associate [1] 1851/5
assume [2] 1847/3 1848/17
Astra [3] 1805/18 1807/19
1807/20
athletes [2] 1840/15 1846/5
Atlantic [3] 1797/18 1798/19
1800/24
attempted [2] 1877/8 1877/9
attempting [1] 1865/20
attention [3] 1799/3 1827/5
1827/12
attitude [1] 1868/16
auction [8] 1811/4 1811/9
1854/6 1854/7 1854/16
1862/9 1863/8 1865/21
auctions [9] 1833/1 1833/20
1833/24 1845/23 1845/25
1846/1 1848/1 1848/3
1848/7
audience [4] 1812/21
1832/21 1842/25 1859/16

1867/2 1867/7 1867/17
1867/20 1875/20 1875/23
1875/24 1875/25 1876/2
1876/5 1876/6
August [1] 1793/6
author [103] 1798/12
1798/22 1798/22 1800/4
1800/5 1801/18 1801/20
1802/24 1803/11 1804/3
1804/5 1804/12 1807/11
1809/16 1809/25 1810/10
1815/25 1816/20 1818/22
1818/24 1819/6 1819/16
1823/8 1823/11 1823/15
1824/13 1828/20 1829/2
1831/9 1831/11 1835/8
1836/11 1841/20 1842/5
1842/8 1842/10 1842/21
1843/12 1843/19 1843/22
1846/10 1847/10 1848/21
1849/11 1849/23 1851/11
1852/13 1852/18 1852/23
1853/10 1857/2 1857/17
1857/19 1857/20 1857/22
1858/2 1858/7 1858/8
1858/13 1858/14 1858/15
1858/20 1859/5 1861/1
1861/2 1861/3 1861/10
1863/1 1863/4 1863/6
1863/18 1863/21 1863/22
1863/23 1864/10 1864/25
1865/8 1865/10 1865/20
1866/21 1867/13 1867/15
1869/22 1870/15 1870/15
1870/16 1871/6 1872/18
1872/24 1872/25 1873/14
1874/24 1875/3 1876/1
1876/1 1876/7 1876/8
1876/16 1877/1 1877/3
1877/19 1878/16 1878/18
author's [10] 1803/12
1819/13 1819/14 1819/24
1823/22 1850/23 1852/14
1857/9 1857/25 1860/4
authors [62] 1798/20
1798/25 1799/17 1800/2
1801/15 1803/13 1804/7
1804/25 1805/6 1808/4
1809/8 1811/19 1813/21
1817/13 1817/15 1819/11
1821/5 1822/17 1822/19
1824/18 1828/22 1829/17
1831/2 1831/4 1833/1
1836/7 1836/12 1836/22
1841/4 1842/3 1842/17
1843/9 1843/12 1846/4
1847/1 1847/23 1848/20
1849/14 1849/22 1849/24
1852/10 1854/6 1854/14
1855/3 1855/14 1855/18
1855/19 1855/20 1855/25
1857/13 1858/25 1859/1
1859/3 1859/8 1861/7
1867/21 1867/21 1870/25
1872/21 1872/23 1873/9
1877/18
authors' [1] 1836/16
Avenue [4] 1793/19 1794/6

average [1] 1830/4
away [1] 1823/25

**B**

B's [1] 1876/16
bachelor's [1] 1839/14
back [7] 1822/12 1823/1
1823/7 1837/23 1842/20
1849/23 1875/10
background [1] 1839/12
backlist [3] 1803/4 1803/7
1803/8
Barnard [1] 1839/14
Baron [1] 1800/3
Baron-Reid [1] 1800/3
base [3] 1842/25 1852/21
1870/1
based [4] 1837/3 1844/5
1861/6 1862/17
basically [1] 1867/23
be [104] 1796/4 1798/6
1798/17 1801/17 1803/18
1804/6 1804/9 1808/5
1808/17 1809/15 1810/5
1810/25 1811/13 1811/15
1811/22 1812/7 1812/12
1812/14 1812/19 1812/25
1813/1 1813/2 1813/4
1813/16 1813/20 1813/23
1814/1 1814/2 1814/7
1815/4 1815/25 1816/18
1816/20 1818/6 1818/15
1818/22 1819/15 1819/15
1819/17 1819/18 1820/16
1821/13 1821/19 1822/10
1822/11 1822/12 1822/14
1822/21 1823/6 1823/21
1823/24 1824/4 1824/9
1824/10 1825/6 1825/16
1829/3 1829/8 1831/3
1832/1 1833/15 1833/23
1834/21 1835/24 1836/1
1836/10 1836/13 1838/8
1838/11 1838/15 1838/23
1841/3 1842/12 1842/15
1843/4 1844/6 1844/10
1845/12 1848/3 1848/5
1848/9 1849/4 1850/18
1850/20 1854/19 1855/12
1857/4 1857/5 1859/24
1861/18 1862/13 1864/10
1865/10 1866/7 1866/20
1867/3 1870/4 1870/5
1870/18 1872/3 1873/8
1876/18 1876/23 1880/1
beat [2] 1863/9 1863/20
beauty [2] 1855/1 1855/7
became [3] 1808/18 1808/22
1829/2
because [50] 1798/5 1798/15
1798/23 1799/1 1799/12
1800/20 1801/9 1801/18
1803/3 1803/13 1806/19
1809/14 1814/18 1815/15
1818/13 1819/4 1819/6
1819/23 1819/24 1820/16
1821/4 1821/10 1821/16
1822/5 1823/8 1823/11
1824/22 1825/17 1831/3

1883

**B**

because... [21] 1833/11 1835/9 1835/12 1835/19 1844/17 1847/12 1847/24 1850/5 1850/20 1852/20 1853/13 1854/12 1855/24 1860/3 1867/13 1868/20 1869/21 1870/22 1870/23 1872/5 1875/24
been [18] 1799/25 1804/13 1805/13 1807/17 1820/22 1822/18 1833/8 1833/9 1838/21 1840/21 1841/1 1842/11 1844/17 1852/1 1854/13 1855/6 1855/21 1865/17
Bees [1] 1796/15
before [11] 1793/9 1832/13 1843/6 1850/16 1852/22 1852/24 1856/24 1859/23 1863/7 1873/20 1876/11
began [1] 1796/1
behalf [1] 1819/13
being [7] 1814/10 1820/10 1823/10 1824/1 1829/22 1867/10 1879/18
beliefs [1] 1869/1
believe [13] 1806/5 1806/12 1811/21 1812/3 1812/4 1812/20 1814/12 1821/13 1836/1 1854/12 1856/7 1857/14 1868/21
believed [1] 1810/13
believes [2] 1810/24 1869/2
Bellshaw [1] 1793/13
below [11] 1816/23 1817/16 1817/19 1832/24 1833/9 1841/21 1842/3 1843/9 1843/9 1869/24 1874/19
Ben [1] 1807/21
BENCH [1] 1793/9
benefit [2] 1826/12 1867/2
BERGSTROM [31] 1795/7 1838/20 1839/5 1839/8 1839/9 1841/1 1841/5 1842/2 1842/16 1843/17 1844/19 1845/8 1845/20 1848/8 1852/9 1852/24 1854/20 1856/24 1857/14 1858/6 1859/3 1861/17 1863/21 1865/16 1866/16 1872/7 1872/13 1873/5 1874/9 1875/14 1876/20
Bergstrom's [1] 1877/11
Bernstein [1] 1800/5
BERTELSMANN [3] 1793/6 1793/18 1794/2
best [40] 1798/13 1798/14 1800/3 1800/5 1804/13 1806/6 1806/7 1807/15 1810/10 1810/21 1811/1 1811/4 1811/9 1811/13 1811/15 1812/7 1812/12 1812/12 1813/1 1813/5 1814/2 1820/17 1821/6 1823/5 1824/19 1831/3 1831/6 1833/16 1835/18 1835/18 1835/19 1837/2 1837/15 1837/16 1845/15

1848/15 1859/2
bet [1] 1816/9
bets [2] 1799/7 1845/13
better [8] 1800/20 1800/23 1800/25 1811/25 1812/1 1823/12 1835/20 1835/20
between [7] 1802/24 1812/25 1821/14 1821/22 1835/13 1850/19 1870/10
beyond [1] 1815/22
bid [20] 1811/9 1823/3 1826/13 1826/18 1826/22 1833/12 1848/15 1863/2 1863/4 1863/8 1863/18 1864/1 1865/9 1872/20 1877/3 1877/5 1878/4 1878/7 1878/19 1878/21 1823/2
bidder [3] 1821/20 1822/10 1823/2
bidders [1] 1820/15
bidding [1] 1876/16
bids [9] 1811/4 1820/17 1820/17 1821/6 1823/5 1848/9 1848/11 1848/12 1863/10
big [52] 1798/17 1799/20 1800/2 1800/3 1803/13 1804/7 1804/12 1805/2 1805/4 1805/13 1806/11 1806/20 1807/11 1807/20 1809/5 1809/18 1809/25 1810/1 1810/11 1812/21 1814/2 1814/21 1815/16 1816/18 1817/8 1818/13 1818/13 1830/24 1830/24 1830/25 1831/2 1831/3 1831/7 1832/18 1843/6 1849/17 1858/1 1858/6 1861/5 1861/21 1861/25 1863/1 1863/2 1863/4 1863/24 1865/10 1869/19 1869/19 1869/19 1870/18 1870/22 1874/19
bigger [6] 1800/23 1803/3 1818/8 1860/4 1867/3 1867/10
biggest [5] 1802/4 1822/7 1840/20 1843/12 1853/19
billing [1] 1849/8
binder [3] 1828/1 1837/22 1874/2
binders [4] 1825/12 1825/16 1825/25 1826/2
bit [11] 1809/3 1823/7 1830/12 1835/24 1849/13 1856/1 1856/1 1859/24 1861/2 1864/2 1871/4
blank [1] 1796/17
blessing [2] 1876/11 1876/15
blew [1] 1843/16
Bloomsbury [3] 1862/6 1864/25 1865/1
board [1] 1867/25
boiler [5] 1818/19 1818/19 1818/25 1819/9 1829/5
bonus [5] 1848/22 1848/23 1867/2 1867/17 1867/20
bonuses [6] 1818/16 1819/2

book [152] 1796/22 1798/5 1798/6 1799/2 1799/2 1800/10 1802/7 1802/20 1802/21 1803/23 1803/24 1804/8 1805/1 1805/20 1806/4 1806/22 1806/23 1807/7 1808/7 1808/21 1808/21 1808/22 1809/3 1809/4 1809/5 1809/23 1809/23 1810/5 1810/6 1810/12 1810/12 1810/15 1810/24 1810/25 1811/1 1811/5 1811/12 1812/6 1812/9 1812/13 1813/4 1813/20 1814/4 1814/7 1814/10 1814/11 1814/14 1814/17 1814/21 1814/23 1815/6 1815/6 1816/10 1816/18 1817/6 1817/8 1817/16 1817/16 1817/17 1817/23 1818/9 1819/21 1819/22 1822/7 1822/8 1826/15 1827/4 1827/11 1827/16 1827/20 1828/25 1829/13 1831/12 1831/13 1831/20 1835/16 1835/20 1835/20 1840/4 1840/15 1841/12 1841/18 1843/13 1843/14 1843/24 1844/14 1844/19 1845/12 1845/18 1846/8 1846/12 1847/10 1847/11 1849/21 1849/24 1850/5 1850/9 1850/22 1850/24 1850/25 1850/25 1851/7 1851/12 1851/14 1851/18 1852/14 1852/15 1852/17 1852/17 1852/19 1852/24 1853/4 1853/12 1855/22 1857/6 1857/9 1857/18 1857/19 1857/24 1857/25 1858/16 1859/15 1861/4 1861/6 1862/12 1862/14 1863/1 1865/10 1867/22 1868/13 1868/16 1869/2 1869/14 1870/16 1871/15 1872/18 1873/2 1875/1 1875/14 1875/18 1875/23 1876/8 1876/10 1876/16 1876/23 1877/1 1877/3 1877/8 1878/6
booked [1] 1853/16
books [91] 1796/13 1796/20 1796/21 1797/1 1797/25 1798/10 1799/23 1800/20 1801/19 1802/8 1805/3 1805/12 1805/22 1806/8 1806/20 1807/5 1807/12 1807/18 1807/25 1808/8 1810/2 1811/16 1812/19 1812/20 1815/17 1816/10 1816/11 1816/21 1816/22 1817/8 1817/9 1817/10 1817/13 1817/18 1817/21 1818/3 1820/15 1821/7 1826/13 1828/17 1830/23 1830/23 1830/24 1830/25

1836/15 1839/11 1840/7 1840/24 1841/22 1841/23 1841/25 1843/11 1845/16 1845/21 1846/14 1846/15 1849/16 1850/3 1851/23 1851/25 1852/8 1853/19 1857/21 1859/17 1859/18 1860/2 1861/19 1862/22 1864/3 1865/2 1865/3 1868/6 1868/8 1868/9 1868/11 1868/12 1868/15 1868/22 1868/25 1869/5 1869/12 1871/14 1872/13 1872/14 1872/16 1875/7 1875/9 1877/16
boss [3] 1844/15 1864/16 1864/20
both [9] 1804/25 1805/4 1819/5 1847/11 1847/13 1848/10 1854/18 1854/19 1864/9
bought [4] 1796/16 1843/13 1851/11 1878/6
box [1] 1852/6
boxes [1] 1861/4
brands [1] 1807/10
Bravo [1] 1842/6
break [10] 1808/19 1811/22 1812/4 1812/10 1822/14 1856/10 1856/12 1856/13 1856/14 1880/7
breakout [1] 1814/22
breath [1] 1870/23
Brene [3] 1796/20 1796/20 1830/20
Brian [1] 1817/5
brief [1] 1839/12
bring [2] 1830/21 1834/16
broad [1] 1834/4
Broadway [2] 1842/6 1842/6
broke [1] 1856/24
broken [2] 1802/3 1822/11 1822/14 1822/16
Brown [2] 1796/20 1830/20
Brown's [1] 1796/20
budget [4] 1827/3 1827/7 1827/10 1859/10
budgets [1] 1859/4
build [1] 1822/13
building [1] 1800/6
business [21] 1797/4 1797/6 1798/25 1804/13 1804/18 1804/19 1806/22 1806/23 1814/14 1828/21 1835/4 1835/23 1837/10 1846/2 1846/2 1859/13 1869/9 1869/13 1869/14 1873/16 1878/12
Butcher [1] 1807/8
buy [4] 1817/21 1873/2 1876/10 1876/23
buying [3] 1806/19 1817/23 1869/21
buzz [1] 1868/7

**C**

calculate [1] 1830/6
calculated [2] 1830/4 1842/24

California [1] 1793/20
call [12] 1834/17 1838/1
1838/3 1844/9 1852/5
1852/18 1855/1 1859/21
1860/5 1868/13 1878/14
1879/6
called [18] 1799/9 1799/11
1805/1 1805/13 1805/20
1806/5 1807/8 1812/11
1814/24 1818/19 1833/19
1833/21 1834/17 1850/10
1854/14 1871/14 1872/2
1873/9
calling [1] 1825/1
calls [1] 1820/6
came [4] 1814/13 1837/12
1857/24 1870/17
campaign [1] 1809/14
can [80] 1796/4 1799/22
1800/25 1801/19 1802/6
1803/10 1804/2 1804/11
1806/10 1806/14 1807/5
1807/19 1810/23 1811/4
1813/20 1814/7 1814/20
1815/17 1816/2 1826/6
1826/8 1826/12 1826/15
1826/19 1832/20 1834/6
1834/12 1836/10 1837/20
1837/23 1839/12 1840/3
1840/18 1841/21 1842/2
1845/2 1845/4 1845/15
1845/24 1846/16 1846/24
1846/24 1847/19 1848/3
1848/4 1848/9 1849/2
1849/4 1849/5 1850/16
1850/18 1850/20 1851/8
1852/14 1854/1 1854/2
1855/17 1856/3 1857/17
1858/13 1859/23 1860/6
1860/14 1861/1 1861/25
1862/5 1862/24 1863/16
1865/6 1867/19 1869/19
1869/23 1870/22 1870/23
1871/1 1875/10 1875/11
1875/21 1875/22 1879/13
can't [16] 1800/25 1803/1
1815/4 1819/3 1823/10
1826/14 1826/17 1826/22
1829/8 1848/4 1848/17
1850/21 1873/14 1875/20
1875/22 1876/12
Canada [1] 1835/25
capabilities [2] 1802/19
1823/9
capable [1] 1817/23
capital [1] 1816/9
care [3] 1823/20 1836/23
1868/14
career [6] 1800/1 1811/19
1839/16 1841/19 1857/25
1857/25
careers [2] 1799/19 1836/12
careful [1] 1841/1
cares [1] 1801/9
case [12] 1799/15 1800/19
1801/2 1804/18 1818/22
1824/21 1841/2 1845/5
1855/12 1856/8 1873/6

cases [3] 1805/4 1818/12
1836/23
Castle [1] 1796/16
Catapult [1] 1805/18
category [7] 1811/2 1812/16
1812/18 1842/20 1868/25
1869/4 1869/8
celebrities [11] 1805/4
1813/25 1814/1 1814/16
1815/10 1815/11 1840/15
1840/22 1842/18 1846/4
1852/6
celebrity [12] 1818/24
1819/21 1831/14 1831/15
1840/20 1846/7 1853/10
1863/19 1864/5 1865/2
1865/3 1872/13
celebrity-adjacent [2]
1853/10 1863/19
central [1] 1819/15
CEO [7] 1797/4 1805/21
1816/7 1833/19 1834/3
1846/18 1879/8
certain [3] 1816/1 1816/1
1816/1
certainly [7] 1798/2 1800/16
1808/9 1811/18 1816/25
1829/9 1841/14
certify [1] 1880/15
challenge [1] 1855/22
chance [2] 1797/5 1850/22
chances [1] 1869/24
change [3] 1821/20 1829/16
1842/12
changed [3] 1810/8 1851/24
1852/2
changer [1] 1852/1
changes [1] 1850/23
Channel's [1] 1846/11
channels [1] 1859/14
checks [1] 1861/4
children's [7] 1797/2 1797/3
1808/9 1808/11 1831/12
1831/13 1839/18
china [1] 1817/2
choice [1] 1805/6
choose [5] 1798/12 1799/4
1799/18 1859/24 1867/13
chooses [2] 1826/18 1826/22
choosing [3] 1805/7 1823/15
1836/15
chose [2] 1804/5 1831/5
chosen [1] 1799/22
Christy [1] 1838/4
Chronicle [1] 1797/18
Cindy [1] 1806/1
circumstance [1] 1842/22
Civil [1] 1793/3
class [4] 1798/13 1798/14
1819/17 1819/24
clear [2] 1831/20 1838/11
clients [5] 1810/9 1824/5
1830/5 1830/15 1830/23
climate [1] 1842/11
clip [1] 1806/20
closer [1] 1851/2
closes [1] 1823/21
closing [1] 1837/14

club [1] 1842/15
cluster [1] 1815/12
cluttered [1] 1814/19
co [2] 1793/6 1815/15
co-creational [1] 1815/15
coffee [1] 1804/25
Colette [1] 1800/3
collaboration [1] 1835/20
colleagues [2] 1812/5
1833/24
collection [1] 1826/3
COLUMBIA [1] 1793/1
combination [1] 1866/25
come [14] 1796/15 1802/24
1805/15 1841/18 1846/23
1847/5 1847/12 1847/14
1847/23 1863/7 1864/17
1868/3 1868/18 1872/19
comedian [1] 1876/4
comedienne [2] 1865/9
1865/9
comediennes [1] 1844/11
comes [1] 1804/8 1829/13
1876/18
comfortable [1] 1822/15
coming [2] 1838/4 1873/3
commands [1] 1816/4
commercial [1] 1805/1
commission [7] 1834/20
1834/25 1835/2 1835/7
1835/9 1835/11 1835/12
commissions [1] 1834/16
commit [1] 1827/20
commitment [1] 1857/8
commitments [2] 1827/21
1828/16
committed [2] 1827/24
1828/9
common [2] 1818/6 1829/2
commonly [2] 1814/9
1829/12
communicate [1] 1822/16
communities [1] 1804/8
community [2] 1804/10
1804/19
comp [1] 1844/9
companies [2] 1808/6 1820/8
company [1] 1806/25
compared [1] 1816/22
compensated [2] 1834/12
1834/21
compensation [1] 1835/14
compete [25] 1797/14
1797/24 1798/1 1798/2
1798/2 1815/17 1820/5
1820/7 1821/11 1821/12
1821/17 1821/18 1845/23
1862/3 1862/18 1862/21
1863/14 1864/3 1864/8
1864/23 1865/3 1865/6
1872/15 1873/2 1873/15
competed [1] 1820/11
competing [4] 1822/3
1848/12 1848/17 1855/1
competition [15] 1820/9
1821/13 1821/22 1821/25
1822/20 1824/1 1826/6
1826/12 1826/21 1826/24
1847/1 1847/4 1848/15

competitive [6] 1804/4
1804/14 1820/11 1822/11
1822/21 1844/9
competitor [2] 1808/13
1872/17
competitors [3] 1861/18
1862/8 1864/13
comprise [1] 1846/1
concerted [1] 1858/11
concluded [1] 1829/19
conference [1] 1859/21
conferences [2] 1798/24
1879/24
confident [3] 1824/20 1837/8
1845/14
confidential [2] 1879/10
1880/6
confidentiality [1] 1841/2
confusion [2] 1877/11
1877/13
consensus [2] 1815/5 1815/9
conservative [1] 1878/13
consider [2] 1843/18 1861/18
considered [1] 1822/10
considering [1] 1837/9
1853/15 1871/13
consistent [2] 1800/17
1833/22
constitutes [1] 1837/15
Constitution [2] 1794/12
1880/19
consultation [1] 1809/20
consuming [2] 1848/3 1848/5
Cont [1] 1794/1
content [5] 1843/24 1846/16
1847/8 1847/21 1848/4
contest [1] 1855/1 1855/7
context [3] 1828/20 1846/20
1847/22
continue [5] 1824/18 1847/19
1855/22 1856/12 1872/10
continued [2] 1796/9 1839/25
contract [6] 1828/19 1828/24
1829/17 1872/24 1875/3
1875/5
contracted [1] 1833/2
contracts [3] 1832/19
1833/10 1875/8
contribute [1] 1857/9
contribution [1] 1819/16
control [6] 1826/12 1826/14
1826/17 1826/22 1846/14
1848/4
convince [1] 1846/12
copies [4] 1814/22 1818/11
1835/21 1843/14
copious [1] 1874/21
copy [3] 1807/13 1866/12
1876/20
corporate [2] 1821/8 1823/9
corporation [1] 1806/21
correct [37] 1802/16 1808/24
1809/1 1826/9 1826/23
1827/18 1828/17 1828/22
1828/23 1829/1 1829/4
1829/18 1829/20 1829/21
1831/1 1831/8 1831/19
1835/1 1865/23 1874/15
1874/22 1875/14 1875/15

correct... [14]  1875/18
  1875/19 1875/24 1876/3
  1876/4 1876/5 1876/6
  1876/8 1876/9 1876/17
  1877/1 1877/2 1877/8
  1878/20
correctly [2]  1828/12 1871/17
correlated [2]  1819/20
  1820/1
cost [2]  1850/11 1853/17
costly [1]  1822/14
costs [2]  1844/4 1852/7
could [29]  1798/6 1799/17
  1802/6 1803/19 1808/24
  1809/2 1809/25 1810/1
  1813/15 1816/6 1816/9
  1818/6 1819/17 1819/18
  1820/18 1822/18 1823/16
  1823/16 1838/18 1839/7
  1839/15 1852/22 1854/18
  1854/19 1854/23 1857/5
  1865/16 1870/18 1873/14
couldn't [2]  1863/7 1873/15
counsel [5]  1874/12 1874/13
  1874/24 1875/11 1876/7
count [1]  1860/20
couple [6]  1804/15 1805/23
  1807/18 1826/10 1826/25
  1863/11
course [7]  1808/24 1809/1
  1819/12 1848/9 1855/22
  1869/18 1870/20
court [5]  1793/1 1794/12
  1834/5 1880/8 1880/19
court's [1]  1825/21
cover [2]  1849/5 1852/8
coverage [1]  1858/11
covert [1]  1826/23
COVID [1]  1814/11
craving [1]  1851/17
create [1]  1823/22
creational [1]  1815/15
credentials [1]  1796/12
crime [1]  1840/14
crisis [1]  1814/11
cross [4]  1795/2 1825/10
  1873/19 1874/7
crossing [1]  1808/23
Crown [2]  1800/4 1800/6
CRR [2]  1794/11 1880/18
cruise [1]  1798/23
crushed [1]  1808/18
culture [6]  1805/3 1805/3
  1840/17 1840/18 1846/17
  1855/24
Cuomo's [1]  1814/9
current [1]  1839/9
customization [2]  1819/10
  1819/12

D

D.C [5]  1793/6 1793/16
  1794/10 1794/13 1880/20
Daniel [1]  1793/17
dashed [1]  1815/2
data [1]  1830/9
date [2]  1840/20 1850/7
dated [1]  1865/23

David [1]  1805/21
day [1]  1870/20
days [3]  1806/3 1806/9
  1846/24
dcd.uscourts [1]  1880/20
dcd.uscourts.gov [1]  1794/13
deal [4]  1803/13 1837/2
  1847/12 1847/14
dealing [1]  1822/22
dealt [1]  1797/20
debut [2]  1842/14 1857/22
decent [1]  1858/18
decide [1]  1837/15
decided [3]  1809/20 1810/11
  1858/17
deciding [1]  1811/4 1843/18
decision [9]  1802/20 1805/9
  1835/25 1851/2 1851/3
  1851/10 1851/13 1851/20
  1870/2
decoder [4]  1803/19 1825/5
  1841/3 1842/1
dedicated [3]  1805/21
  1806/22 1806/23
deep [1]  1870/23
Defendant [1]  1793/7
DEFENDANT'S [6]  1795/14
  1825/5 1825/9 1866/11
  1873/25 1880/3
defendants [5]  1793/17
  1794/2 1794/5 1838/3
  1879/6
Defense [1]  1838/1
definitely [1]  1800/6
deliver [1]  1871/15
delivery [2]  1828/24 1828/25
demand [1]  1854/14
demands [2]  1867/19
  1867/21
demarcation [1]  1845/18
department [3]  1793/14
  1801/20 1856/5
depend [3]  1848/23 1849/11
  1859/10
depending [2]  1848/10
  1859/15
depends [1]  1798/5
deposition [5]  1828/4 1828/5
  1828/14 1832/13 1838/5
describe [1]  1852/12
describing [1]  1824/24
deserves [1]  1868/16
desired [1]  1804/9
determine [3]  1844/7
  1850/21 1869/9
develop [1]  1862/17
developing [1]  1818/5
dial [6]  1826/5 1826/11
  1826/16 1826/21 1826/23
  1826/24
did [25]  1808/10 1814/17
  1819/21 1820/16 1821/1
  1824/21 1828/8 1828/12
  1828/13 1828/14 1828/14
  1828/15 1841/5 1848/5
  1848/6 1852/24 1853/18
  1867/13 1871/15 1871/15
  1871/17 1876/14 1876/16
  1876/25 1877/3

didn't [11]  1805/22
  1808/20 1809/19 1811/21
  1814/14 1817/8 1830/6
  1834/11 1853/8 1853/13
  1853/17 1872/19 1873/2
  1875/23 1877/2 1878/4
  1878/21
difference [6]  1810/13
  1812/25 1817/18 1823/15
  1870/7 1870/8
different [26]  1799/3 1799/4
  1815/1 1815/25 1816/21
  1817/21 1818/3 1819/15
  1819/19 1821/7 1834/6
  1835/7 1835/8 1836/11
  1836/11 1836/24 1837/11
  1837/12 1855/15 1855/17
  1859/14 1868/24 1869/4
  1869/8 1877/15 1877/17
differently [4]  1816/11
  1816/15 1843/1 1868/8
diplomatically [1]  1808/21
DIRECT [3]  1795/2 1796/9
  1839/3
directly [1]  1804/19
director [3]  1851/4 1851/5
  1864/16
Dirty [1]  1846/11
disagreement [1]  1844/13
disappear [1]  1824/9
disclosing [2]  1852/13
  1857/18
Discovery [1]  1846/11
discretionary [2]  1834/19
  1834/22
discuss [3]  1851/19 1861/13
  1871/19
discussed [1]  1850/2
discussion [1]  1851/9
discussions [1]  1861/12
disintegrating [1]  1801/9
dismayed [1]  1825/16
Disney [2]  1808/7 1808/9
dispute [2]  1834/3 1834/8
distance [1]  1799/8
distinction [2]  1813/18
  1815/3
distinguishes [2]  1840/10
  1854/13
distribute [4]  1802/6 1802/14
  1802/17 1809/24
distribution [4]  1802/13
  1802/15 1823/7 1823/9
DISTRICT [3]  1793/1 1793/1
  1793/10
division [4]  1793/15 1821/18
  1839/19 1840/12
divisions [2]  1821/17
  1840/10
do [147]  1797/2 1797/3
  1797/3 1797/3 1797/5
  1797/14 1797/24 1798/3
  1798/9 1799/5 1799/7
  1800/11 1800/12 1800/13
  1801/4 1801/6 1801/15
  1801/21 1801/25 1802/1
  1802/13 1803/4 1803/5
  1803/6 1804/5 1805/6
  1805/10 1805/23 1806/18

1809/7
  1809/9 1809/9 1809/19
  1810/9 1810/20 1811/16
  1811/18 1811/24 1812/1
  1812/1 1812/2 1812/4
  1814/4 1814/14 1814/20
  1815/5 1816/12 1816/13
  1816/14 1816/16 1816/17
  1819/4 1820/4 1820/7
  1820/21 1820/25 1821/13
  1823/21 1824/5 1824/6
  1824/13 1827/21 1827/23
  1831/25 1833/5 1833/6
  1833/12 1833/20 1836/3
  1840/14 1840/16 1841/12
  1842/22 1843/1 1843/3
  1843/18 1844/1 1844/3
  1844/7 1844/19 1845/17
  1845/24 1847/14 1848/7
  1848/11 1848/15 1848/21
  1849/1 1849/9 1849/14
  1849/15 1849/16 1849/18
  1849/20 1849/20 1849/24
  1850/1 1850/3 1850/11
  1850/12 1851/19 1855/10
  1855/14 1856/25 1857/8
  1858/7 1859/3 1861/13
  1861/18 1861/25 1862/3
  1862/8 1862/13 1862/21
  1863/14 1863/15 1864/3
  1864/8 1864/23 1865/3
  1866/17 1866/20 1867/4
  1867/8 1867/16 1867/20
  1868/2 1868/8 1868/17
  1869/24 1870/25 1871/19
  1871/21 1871/24 1872/1
  1872/14 1873/5 1873/10
  1873/11 1873/20 1875/16
  1875/22 1876/13 1878/13
  1878/15
document [4]  1841/3
  1860/14 1865/18 1866/13
documents [1]  1838/4
does [28]  1802/19 1816/15
  1821/7 1823/8 1823/11
  1823/14 1840/24 1841/15
  1844/20 1845/20 1846/7
  1846/8 1846/20 1847/1
  1848/20 1848/23 1848/25
  1849/3 1849/10 1849/14
  1859/5 1859/10 1859/12
  1859/14 1859/18 1872/7
  1872/8 1872/2
doesn't [8]  1798/15 1802/17
  1812/16 1821/6 1849/12
  1855/13 1860/6 1869/9
dogs [1]  1822/5
doing [6]  1805/3 1807/18
  1844/18 1853/3 1853/21
  1855/21
dollar [9]  1818/25 1841/11
  1842/3 1842/18 1842/20
  1842/21 1843/2 1843/10
  1845/11
dollars [11]  1816/5 1829/24
  1841/7 1841/21 1851/18
  1863/19 1864/11 1872/20
  1878/8 1878/8 1878/22
domestic [1]  1835/7

**D**

domestically [1] 1835/5
don't [64] 1797/2 1798/1
1802/3 1804/15 1805/8
1808/15 1811/8 1812/17
1812/19 1813/4 1814/12
1819/3 1820/9 1823/5
1823/13 1823/19 1823/24
1824/1 1824/8 1824/15
1825/16 1826/19 1830/14
1832/4 1832/8 1833/11
1833/21 1834/3 1834/8
1837/14 1840/22 1842/7
1843/4 1847/5 1848/3
1851/22 1854/25 1856/14
1860/7 1864/2 1865/8
1867/16 1867/25 1868/25
1869/6 1872/8 1874/14
1874/15 1874/16 1874/18
1874/21 1874/22 1874/23
1875/15 1875/17 1876/5
1876/6 1876/18 1877/4
1877/7 1877/10 1877/13
1878/7 1878/10
done [3] 1855/2 1870/15
1878/12
doubt [1] 1820/18
down [5] 1824/13 1837/20
1857/14 1860/6 1879/4
dozens [1] 1797/12
Dr. [5] 1803/23 1810/17
1820/6 1831/23 1832/11
Dr. Hill [2] 1810/17 1820/6
Dr. Hill's [3] 1803/23 1831/23
1832/11
draw [1] 1834/17
drew [1] 1811/6
drill [1] 1860/6
driven [1] 1855/25
drove [1] 1853/17
duds [2] 1841/16 1871/7
duly [1] 1838/21
during [8] 1799/10 1814/11
1841/3 1848/12 1854/6
1854/7 1856/14 1875/12
DX249 [1] 1879/22
DX286 [3] 1865/17 1866/3
1876/2
DX333 [1] 1879/22
DX412 [1] 1873/21
dynamics [1] 1822/21

**E**

e-book [1] 1805/20
each [8] 1797/12 1797/14
1821/11 1850/4 1851/7
1868/12 1868/13 1868/16
earlier [5] 1808/1 1811/18
1823/7 1826/5 1867/10
early [3] 1806/3 1806/9
1855/3
earn [3] 1848/20 1848/22
1848/23
earn-out [3] 1848/20 1848/22
1848/23
earning [1] 1819/6
easier [1] 1850/25
easy [2] 1808/19 1845/16
economics [1] 1868/22

editor [27] 1802/20 1802/21
1802/25 1805/2 1809/22
1815/16 1816/1 1816/8
1817/23 1819/14 1822/7
1823/15 1826/17 1835/18
1836/16 1843/20 1847/25
1850/13 1865/19 1865/25
1868/12 1872/8 1872/9
1876/10 1876/13 1877/6
1878/15
editorial [3] 1839/23 1864/16
1872/1
editors [18] 1798/7 1799/19
1800/9 1808/2 1808/3
1815/6 1816/12 1816/19
1817/21 1822/17 1824/1
1824/4 1831/5 1831/7
1836/17 1846/3 1846/19
1868/7
education [1] 1839/12
effect [1] 1822/11
effective [1] 1833/13
effectively [1] 1815/17
effects [2] 1822/20 1822/21
effort [2] 1831/17 1858/12
efforts [1] 1859/19
Eighth [1] 1793/20
either [1] 1869/22
elbow [2] 1870/13 1871/13
Elisabeth [1] 1806/21
Elizabeth [2] 1806/24
1806/24
else [5] 1837/18 1847/6
1847/24 1855/1 1860/3
email [6] 1865/19 1865/22
1866/17 1866/23 1876/19
1876/20
emphasis [1] 1859/19
end [4] 1837/14 1844/25
1845/16 1867/7
endeavor [1] 1819/17
ended [2] 1804/22 1861/8
engage [1] 1847/8
engaging [1] 1861/12
English [2] 1839/15 1853/2
entail [1] 1857/3
enter [1] 1825/4
enterprise [1] 1846/18
enthusiasm [3] 1818/1
1851/14 1868/14
entire [1] 1839/24
entitled [1] 1880/17
entrants [1] 1805/15 1805/16
1805/18
Entrekin [1] 1800/24
entrepreneurial [4] 1801/21
1810/12 1846/4 1846/18
eroding [1] 1801/18
escalating [1] 1849/6
especially [1] 1876/4
Esquire [12] 1793/12
1793/12 1793/13 1793/13
1793/14 1793/17 1793/18
1793/18 1794/2 1794/2
1794/5 1794/8
essentially [4] 1821/20
1859/7 1860/5 1873/1
established [1] 1807/24
1852/18 1852/21

et [1] 1793/6
eternal [1] 1812/3
Ethan [1] 1793/14
even [10] 1802/17 1814/1
1823/3 1843/3 1860/4
1871/4 1873/14 1877/3
1877/7 1878/10
evening [1] 1880/11
events [1] 1849/25
ever [14] 1798/9 1798/12
1799/5 1802/24 1803/23
1810/19 1828/8 1844/13
1844/19 1844/23 1845/7
1861/21 1862/8 1875/22
every [20] 1798/16 1810/25
1811/1 1812/6 1812/9
1812/13 1813/4 1816/15
1817/6 1817/7 1817/23
1818/19 1818/20 1836/10
1836/11 1837/14 1844/3
1869/14 1869/22 1872/2
everybody [10] 1799/13
1799/14 1801/12 1802/4
1810/24 1819/7 1819/8
1836/4 1836/4 1869/2
everybody's [1] 1823/18
everyone [6] 1798/17 1814/7
1815/18 1848/18 1861/20
1871/25 1872/7 1880/10
everything [3] 1812/3
1840/14 1841/24
evidence [9] 1825/5 1825/9
1838/17 1866/4 1866/11
1873/21 1873/25 1879/21
1880/3
ex [2] 1864/16 1864/16
ex-boss [1] 1864/16
ex-editorial [1] 1864/16
exactly [5] 1797/12 1802/8
1802/15 1820/2 1824/11
EXAMINATION [5] 1796/9
1825/10 1837/6 1839/3
1874/7
examined [1] 1838/21
example [17] 1799/22
1804/11 1804/21 1807/1
1807/6 1813/21 1815/21
1815/23 1818/11 1821/5
1840/18 1845/2 1863/21
1863/23 1864/10 1865/6
1878/6
examples [7] 1804/2 1804/24
1820/19 1843/9 1859/22
1859/23 1863/16
excellent [2] 1799/2 1804/18
except [1] 1803/9
exchange [2] 1865/19
1871/24
excited [1] 1810/2
exciting [1] 1805/16
exclude [3] 1875/20 1876/5
1876/6
exclusive [3] 1811/9 1832/25
1836/22
exclusively [2] 1808/6 1847/3
exclusives [2] 1847/23
1878/6
excuse [4] 1842/6 1853/15

exhibit [3] 1825/5 1865/13
1865/16
exhibits [4] 1795/11 1795/14
1879/22 1879/23
exist [1] 1812/17
expanded [1] 1858/10
expect [10] 1812/12 1813/4
1813/8 1818/8 1823/21
1824/13 1828/16 1841/16
1869/3 1869/5
expectation [1] 1868/24
expectations [5] 1815/1
1845/18 1855/15 1856/1
1868/25
expected [1] 1817/19
expecting [3] 1813/1 1813/2
1854/7
expects [2] 1814/7 1814/8
expensive [1] 1798/10
experience [8] 1800/17
1815/16 1820/4 1823/8
1827/3 1833/7 1833/22
1833/23
expert [1] 1856/6
explain [2] 1845/24 1861/1
explaining [1] 1854/20
external [3] 1821/19 1822/10
1823/2
extra [3] 1821/19 1858/8
1858/9
extraordinary [1] 1799/19
extremely [1] 1805/21

**F**

face [1] 1830/21
Facebook [1] 1858/9
fact [4] 1813/24 1814/12
1872/1 1872/8
factor [2] 1823/10 1848/15
factors [7] 1843/18 1847/16
1847/18 1851/8 1867/1
1868/3 1871/13
Faden [1] 1805/1
fair [4] 1819/17 1833/23
1842/16 1846/23
falling [1] 1826/14
familial [2] 1798/18 1798/20
familiar [2] 1796/24 1851/6
fan [2] 1842/25 1852/21
fans [2] 1841/17 1859/7
far [1] 1869/8
farm [3] 1799/9 1799/11
1799/12
fashioned [1] 1849/23
fast [1] 1851/1
fast-forward [1] 1851/1
favor [2] 1823/8 1823/21
favorable [2] 1867/1 1867/18
favorites [1] 1861/8
February [1] 1865/23
February 18 [1] 1865/23
fee [1] 1867/20
feel [13] 1803/14 1812/5
1815/8 1815/12 1816/16
1816/19 1822/15 1822/17
1822/18 1824/20 1845/14
1855/18 1870/23
feeling [2] 1798/20 1867/2
feels [2] 1800/22 1803/12

1888

## F

felt [1] 1824/23
female [1] 1844/11
few [6] 1825/12 1833/18
1842/2 1862/7 1868/3
1874/11
fi [4] 1840/16 1864/5
1864/23 1870/16
fickle [1] 1869/15
fiction [6] 1840/14 1840/15
1842/18 1858/15 1858/17
1871/3
fierce [1] 1820/9
fiercely [6] 1797/15 1798/2
1820/10 1821/12 1821/17
1821/18
Fifth [1] 1793/15
figure [5] 1804/3 1804/23
1844/5 1851/7 1870/3
figured [1] 1839/15
figuring [1] 1801/12
filling [1] 1865/20
final [3] 1823/4 1862/18
1873/5
finally [1] 1838/8
financial [3] 1810/16 1854/25
1857/8
financing [1] 1816/3
find [14] 1811/19 1812/21
1812/21 1815/5 1820/19
1823/22 1826/15 1831/25
1836/9 1843/3 1855/14
1859/16 1862/11 1862/14
finding [1] 1817/25
fine [2] 1817/2 1856/9
finish [1] 1822/24
finished [1] 1850/22
firms [1] 1799/23
first [19] 1798/14 1799/11
1803/7 1806/4 1810/19
1814/21 1819/17 1819/24
1820/7 1838/21 1839/17
1843/13 1846/16 1847/10
1851/12 1862/11 1870/16
1872/6 1872/18
first-class [1] 1819/17
fish [3] 1865/11 1867/3
1867/10
Fishbein [1] 1794/5
five [4] 1822/3 1822/4
1840/12 1843/15
flagpole [1] 1878/16
flat [1] 1849/6
flavor [3] 1851/9 1852/15
1859/24
Fletcher's [1] 1838/4
flexible [1] 1849/5
Floor [1] 1793/20
flop [1] 1814/8
flops [1] 1814/3
FLORENCE [1] 1793/9
fluctuates [1] 1797/13
focus [11] 1859/21 1859/24
1860/6 1860/7 1860/9
1860/14 1860/17 1860/20
1861/3 1861/12 1861/15
focused [1] 1808/7
focusing [1] 1870/21
follow [5] 1822/19 1826/10

follow-up [2] 1826/10
1875/11
followed [1] 1832/8
following [2] 1796/1 1807/11
follows [1] 1838/22
force [4] 1859/22 1860/11
1861/7 1875/20
foregoing [1] 1880/15
forest [1] 1824/24
format [1] 1875/25
formed [2] 1864/16 1864/20
former [3] 1816/8 1864/10
1864/20
formerly [1] 1818/22
formidable [1] 1872/17
formulate [1] 1844/1
forward [1] 1851/1
foundation [3] 1802/9
1803/17 1806/15
founded [2] 1805/25 1806/1
four [4] 1806/8 1820/22
1829/11 1860/23
fourth [2] 1821/17 1858/16
fourths [1] 1829/6
Fox [1] 1806/5
franchise [3] 1813/21
1852/18 1855/20
free [3] 1852/2 1852/4
1852/4
freelance [1] 1809/22
French [1] 1835/10
frequently [4] 1798/1
1862/19 1874/16 1874/18
friends [1] 1837/10
front [1] 1842/1
full [1] 1839/7
fullness [2] 1824/17 1836/1
fully [1] 1810/5
fundamental [2] 1800/22
1824/23
funded [5] 1803/9 1806/12
1806/15 1806/18 1806/19
funding [2] 1803/9 1806/3
further [3] 1834/9 1878/24
1879/2
future [2] 1809/15 1824/19

## G

Gabrielle [1] 1800/4
Gallery [25] 1839/11 1839/20
1839/21 1839/22 1840/10
1840/12 1840/24 1841/8
1845/20 1848/20 1849/14
1855/13 1859/1 1859/14
1859/18 1861/23 1868/11
1871/25 1872/21 1874/25
1876/2 1876/8 1876/10
1877/3 1877/4
Gallery's [2] 1861/18 1877/7
gallies [1] 1849/16
gamble [1] 1869/14
game [1] 1852/1
gasping [1] 1809/13
gate [1] 1818/7
gave [1] 1831/17
gears [1] 1810/17
general [1] 1845/20
generally [5] 1818/18
1819/19 1819/25 1835/3

generate [1] 1846/19
genre [1] 1852/15
genres [1] 1864/6
get [27] 1810/14 1810/21
1818/1 1818/6 1825/16
1826/12 1827/4 1827/4
1827/11 1827/11 1827/21
1834/24 1836/20 1836/25
1837/1 1842/23 1842/24
1849/16 1859/3 1859/23
1860/7 1867/20 1867/24
1868/8 1871/2 1875/17
1875/24
gets [3] 1814/5 1818/23
1868/13
getting [7] 1799/3 1800/16
1804/19 1807/7 1822/7
1853/14 1871/18
ghost [1] 1809/22
giant [1] 1813/25
giants [1] 1798/19
give [27] 1796/4 1796/6
1799/22 1804/2 1804/11
1819/5 1834/19 1837/23
1839/12 1840/3 1840/18
1840/25 1841/21 1842/2
1845/2 1845/4 1849/6
1850/16 1851/8 1851/8
1852/14 1854/24 1857/17
1858/13 1859/23 1863/16
1865/6
given [2] 1835/14 1848/18
gives [1] 1813/24
giving [1] 1871/13
glam [5] 1819/18 1819/23
1859/3 1859/10 1867/20
Glass [1] 1796/16
Glusman [1] 1879/8
go [30] 1798/25 1799/8
1799/8 1799/13 1799/14
1799/17 1799/20 1802/20
1803/24 1807/3 1815/2
1816/8 1817/21 1822/12
1823/5 1824/13 1826/3
1832/8 1842/20 1847/6
1849/8 1852/24 1853/8
1856/3 1857/16 1858/6
1860/11 1872/3 1875/10
1878/23
God [1] 1870/22
goes [2] 1823/1 1873/7
going [47] 1801/17 1802/8
1802/10 1805/18 1808/17
1808/23 1810/2 1810/5
1811/8 1811/13 1811/15
1812/1 1812/2 1812/3
1812/7 1813/23 1814/1
1814/2 1816/17 1816/18
1816/20 1823/7 1823/25
1825/19 1828/1 1830/13
1831/24 1832/8 1841/2
1841/17 1850/8 1852/9
1855/4 1855/10 1855/10
1856/13 1857/13 1862/13
1867/23 1868/1 1868/6
1868/8 1869/12 1869/16
1869/17 1870/4 1879/7
gone [4] 1796/17 1821/18

good [25] 1796/2 1796/3
1796/19 1803/12 1806/9
1816/9 1823/22 1824/4
1825/14 1835/20 1835/23
1835/23 1838/18 1839/5
1839/6 1843/5 1843/24
1849/23 1853/16 1856/19
1856/20 1858/9 1871/18
1874/9 1874/10
got [11] 1804/15 1828/5
1831/12 1831/13 1831/20
1831/22 1834/3 1838/14
1858/9 1858/10 1878/2
government [1] 1879/24
governor [1] 1814/10
graduated [1] 1839/14
graduation [1] 1839/17
graph [2] 1832/14 1832/17
Grau [1] 1805/17 1805/24
1805/25 1806/1
Graywolf [1] 1797/22
grease [2] 1870/14 1871/14
great [8] 1806/4 1806/13
1808/4 1828/3 1860/8
1868/10 1871/17 1880/10
greater [1] 1803/2
greatest [1] 1840/13
grew [2] 1817/16 1857/22
Grisham [2] 1813/22 1814/5
group [4] 1839/11 1843/5
1859/18 1873/9
Grove [3] 1797/18 1798/19
1800/24
grow [2] 1808/19 1847/19
growing [1] 1871/6
grown [1] 1850/24
growth [1] 1802/8
guaranteed [1] 1834/15
guarantees [1] 1807/14
guess [3] 1811/1 1815/2
1854/10
guesstimate [5] 1844/18
1850/4 1850/5 1850/11
1854/20

## H

Hachette [12] 1796/23
1797/10 1801/3 1801/24
1803/2 1820/12 1834/3
1862/1 1863/14 1863/20
1863/25 1864/16
Hachette's [2] 1801/23
1833/19
had [32] 1801/17 1804/12
1804/22 1806/7 1807/5
1807/16 1809/16 1809/18
1811/21 1814/13 1814/15
1814/15 1822/18 1825/25
1834/10 1838/11 1841/16
1846/10 1850/22 1851/13
1851/13 1851/15 1852/20
1852/22 1853/14 1853/15
1857/20 1857/20 1863/7
1872/24 1873/1 1876/24
half [5] 1819/2 1843/15
1862/23 1863/18 1872/4
halves [1] 1828/22
hand [5] 1803/20 1838/19
1841/2 1874/2 1879/18

handled [1] 1808/15
happen [5] 1811/8 1814/20
1841/15 1844/21 1855/13
happened [4] 1810/7
1814/13 1823/3 1829/16
happening [2] 1824/11
1877/13
happens [6] 1800/7 1814/3
1814/9 1855/13 1860/9
1878/14
happy [6] 1805/8 1808/5
1810/15 1824/18 1834/13
1878/17
hard [2] 1808/19 1849/5
Harper [5] 1862/2 1863/2
1863/5 1863/8 1863/9
HarperCollins [6] 1796/23
1797/8 1802/16 1820/12
1862/21 1862/25
Harvard [3] 1798/17 1804/13
1804/18
has [44] 1796/17 1798/19
1799/22 1799/25 1800/25
1801/3 1801/24 1802/4
1802/24 1803/1 1803/2
1804/18 1807/5 1807/11
1807/16 1810/17 1810/25
1812/10 1818/13 1818/19
1821/16 1821/21 1821/23
1821/24 1822/7 1823/5
1823/12 1823/25 1827/11
1828/4 1828/20 1836/16
1840/20 1840/23 1842/11
1842/12 1843/13 1851/24
1852/2 1864/25 1867/22
1868/12 1868/18 1875/9
hasn't [1] 1807/17
have [160] 1796/13 1796/21
1796/22 1797/5 1797/12
1797/17 1797/20 1798/23
1799/1 1799/9 1800/2
1800/13 1800/15 1800/19
1800/19 1800/20 1800/25
1801/14 1801/14 1801/15
1802/12 1802/13 1803/6
1803/7 1803/19 1803/23
1804/1 1804/7 1805/12
1805/13 1805/14 1805/15
1805/17 1806/7 1806/8
1806/22 1806/24 1807/10
1807/17 1808/3 1808/4
1808/10 1808/13 1808/25
1810/9 1810/9 1811/4
1811/7 1811/7 1812/17
1812/20 1813/23 1814/4
1814/15 1814/15 1816/14
1816/16 1819/4 1819/18
1820/17 1820/18 1820/22
1821/5 1821/18 1821/21
1821/24 1822/3 1822/5
1825/12 1826/3 1826/6
1826/13 1826/7 1829/17
1830/11 1830/15 1832/23
1833/2 1833/5 1833/8
1834/6 1834/14 1834/18
1835/10 1836/12 1836/17
1837/10 1837/13 1839/15
1839/25 1840/2 1840/4

1840/7 1840/8 1840/18
1841/1 1841/16 1842/10
1842/24 1842/25 1843/4
1843/10 1843/20 1843/25
1844/17 1844/24 1845/7
1846/17 1846/22 1847/3
1847/9 1847/10 1847/24
1848/17 1850/22 1850/24
1851/4 1852/9 1854/22
1855/2 1855/7 1855/14
1855/20 1855/25 1860/21
1860/23 1861/7 1861/21
1862/14 1865/2 1865/17
1866/8 1868/2 1868/19
1868/25 1869/24 1870/1
1870/1 1870/2 1870/14
1870/15 1870/25 1871/5
1871/7 1871/17 1871/21
1872/1 1872/1 1872/2
1872/22 1873/21 1874/23
1875/8 1875/16 1875/23
1876/14 1876/23 1877/6
1880/5 1880/11
haven't [2] 1797/1 1830/9
having [3] 1832/18 1832/18
1838/21
Hay [9] 1797/18 1798/23
1800/4 1800/7 1804/3
1804/5 1804/7 1872/17
1872/20
he [22] 1800/25 1804/6
1804/9 1804/12 1810/11
1810/2 1810/8 1810/11
1810/13 1810/14 1810/15
1810/15 1817/7 1817/8
1834/6 1842/8 1842/10
1842/12 1846/11 1870/17
1876/24 1877/2
he's [18] 1799/25 1807/22
1810/12 1810/21 1831/11
1831/12 1831/13 1831/13
1831/14 1831/15 1834/3
1842/14 1870/16
head [3] 1800/23 1853/7
1859/20
hear [1] 1834/11
heard [14] 1799/9 1800/19
1801/14 1802/12 1808/13
1809/14 1810/19 1813/12
1819/18 1843/20 1843/25
1845/7 1861/21 1877/21
hearing [1] 1872/5
heart [1] 1816/18
height [2] 1814/10 1841/19
Hello [1] 1825/15
help [3] 1798/22 1832/14
1869/23
helped [1] 1810/14
helps [1] 1803/8
her [26] 1799/25 1800/10
1813/12 1820/21 1824/4
1841/17 1841/18 1841/19
1843/13 1843/14 1845/15
1851/12 1852/17 1852/21
1852/22 1853/11 1853/12
1858/16 1858/18 1863/8
1863/19 1867/3 1870/23
1872/18 1873/2 1877/2
here [16] 1796/6 1801/17

1824/11 1825/2 1829/20
1833/7 1835/17 1837/22
1852/10 1854/5 1860/14
1876/18 1877/11
hereby [1] 1880/15
high [4] 1809/17 1811/7
1830/10 1863/25
higher [6] 1815/14 1818/9
1828/16 1828/16 1854/15
1871/2
highest [3] 1835/16 1837/16
1863/8
highly [1] 1877/2
Hill [8] 1810/17 1811/6
1820/6 1862/6 1864/12
1864/14 1864/19 1877/6
Hill's [3] 1803/23 1831/23
1832/11
him [5] 1804/20 1807/21
1809/21 1810/14 1846/12
hippest [1] 1872/4
hire [1] 1867/15
hired [6] 1805/1 1808/19
1809/22 1809/22 1809/23
1809/24
his [9] 1804/20 1807/20
1810/1 1810/8 1810/13
1810/19 1814/10 1870/16
1875/12
historical [3] 1801/18
1858/15 1858/17
historically [1] 1801/12
history [4] 1808/3 1839/13
1840/3 1853/3
home [4] 1814/13 1824/4
1831/3 1833/16
homegrown [1] 1857/22
homes [1] 1831/6
Honor [26] 1803/19 1804/24
1825/4 1825/22 1834/9
1837/5 1837/24 1838/2
1838/11 1839/1 1856/4
1856/20 1865/12 1866/9
1866/13 1871/9 1872/10
1873/20 1874/1 1874/5
1877/10 1878/24 1879/2
1879/7 1879/25 1880/5
HONORABLE [1] 1793/9
hope [6] 1812/2 1813/6
1813/7 1815/2 1841/14
1868/19
Hopefully [1] 1838/7
hopes [2] 1811/8 1869/3
hoping [3] 1812/25 1842/24
1850/23
horror [2] 1840/16 1848/22
host [1] 1843/22
hot [5] 1858/17 1867/22
1872/3 1872/3 1872/7
hour [1] 1879/9
hours [4] 1817/7 1817/8
1817/9 1846/25
house [35] 1793/18 1794/3
1797/8 1797/19 1798/13
1798/23 1800/4 1800/7
1804/3 1804/5 1804/7
1805/19 1808/16 1817/3
1818/2 1818/20 1819/4

1820/4 1820/22 1820/23
1821/10 1821/14 1821/21
1821/24 1822/9 1823/1
1824/15 1826/18 1829/6
1851/14 1862/18 1872/17
1872/20 1873/7 1878/6
houses [4] 1799/16 1799/18
1799/21 1803/15
housewife [1] 1842/5
how [43] 1797/7 1798/3
1800/14 1801/1 1803/12
1806/18 1811/16 1813/16
1815/16 1815/20 1817/9
1817/18 1820/13 1821/7
1826/17 1826/22 1833/20
1836/16 1840/4 1840/7
1840/24 1842/22 1843/6
1844/7 1845/4 1845/20
1846/7 1846/8 1846/20
1846/21 1848/10 1848/15
1849/3 1850/8 1850/18
1850/24 1851/20 1852/21
1853/18 1855/9 1859/17
1859/24 1861/5
hundred [5] 1797/9 1811/17
1815/4 1840/25 1843/10
hundreds [1] 1810/2
hunt [1] 1822/5
hurt [1] 1873/16
hybrids [1] 1848/10

I

I'm [30] 1796/17 1797/12
1800/14 1802/16 1802/18
1803/11 1803/16 1805/18
1812/8 1812/14 1813/1
1816/9 1824/11 1834/17
1836/8 1836/21 1843/20
1849/8 1849/18 1850/14
1854/4 1864/12 1868/1
1868/22 1869/10 1869/20
1872/5 1872/5 1876/12
1877/21
I-N-D-E-X [1] 1794/15
idea [3] 1846/16 1856/25
1867/10
ideally [1] 1801/21
ideas [4] 1846/5 1846/19
1857/5 1871/24
identical [1] 1817/4
identified [1] 1861/2
identify [7] 1859/19 1860/9
1860/14 1862/24 1871/1
1873/8 1873/13
identifying [1] 1843/5
Ihan [1] 1793/12
imagine [1] 1823/10
impeccable [1] 1798/16
important [6] 1827/4 1827/10
1827/14 1836/10 1843/21
1843/23
importantly [1] 1822/6
impressed [1] 1797/5
imprint [10] 1816/1 1820/8
1820/14 1820/14 1823/8
1823/11 1835/19 1840/13
1864/15 1877/7
imprints [22] 1797/7 1797/14
1798/7 1799/6 1820/9
1820/20 1821/8 1821/10

I

imprints... [14] 1821/14
1821/15 1821/22 1821/25
1822/3 1822/3 1823/3
1823/25 1824/4 1830/25
1831/5 1831/7 1840/12
1863/14
improve [1] 1855/23
incentive [1] 1835/15
include [2] 1849/18 1850/1
included [1] 1875/7
incredible [2] 1857/20 1861/4
independent [3] 1802/7
1808/21 1809/5
indicated [1] 1829/9
indication [1] 1817/9
individual [3] 1834/21
1844/14 1851/7
industry [7] 1805/17 1806/1
1808/4 1808/17 1810/24
1817/10 1824/22
inferior [1] 1805/10
influencer [1] 1849/15
influencers [1] 1852/8
information [2] 1800/15
1800/16
informed [1] 1838/3
Ingram [1] 1809/24
inside [1] 1800/6
Instagram [7] 1801/19
1807/12 1818/10 1841/24
1849/15 1852/6 1852/8
Instagramers [1] 1840/22
installment [1] 1829/13
installments [1] 1829/11
instance [2] 1849/5 1852/5
instances [2] 1821/21
1821/24
instant [1] 1806/5
interest [2] 1800/14 1804/22
interested [2] 1800/10
1878/7
internally [1] 1878/16
international [1] 1835/6
internationally [1] 1835/5
interrupt [3] 1853/8 1877/10
1877/14
interruption [1] 1834/5
introduce [1] 1865/13
investing [1] 1861/8
investment [1] 1809/25
involved [3] 1800/11 1842/22
1851/3
irrelevant [1] 1827/8
is [220] 1798/8 1799/10
1799/13 1799/14 1800/23
1800/24 1801/4 1801/12
1801/18 1802/4 1802/15
1802/18 1803/7 1803/11
1803/13 1804/21 1805/21
1806/7 1806/11 1806/12
1806/18 1806/21 1807/7
1807/8 1807/9 1807/9
1807/16 1807/20 1807/20
1807/24 1808/14 1810/1
1810/18 1811/3 1811/5
1811/13 1811/15 1812/3
1812/6 1812/16 1813/15
1813/16 1814/21 1815/8

1815/17 1815/24 1816/1
1816/7 1816/17 1816/18
1816/21 1816/24 1817/11
1817/13 1817/16 1817/18
1817/23 1818/1 1818/13
1818/14 1818/17 1819/6
1819/7 1819/25 1820/9
1821/10 1821/17 1822/2
1822/6 1822/7 1822/21
1824/7 1824/19 1824/22
1824/23 1825/1 1825/14
1826/21 1827/3 1827/3
1827/7 1827/10 1827/13
1827/13 1828/8 1829/13
1831/24 1833/7 1833/7
1833/23 1835/2 1835/7
1835/9 1835/15 1835/19
1835/23 1836/2 1836/3
1836/5 1836/11 1836/11
1836/21 1836/23 1839/9
1840/12 1841/8 1841/9
1841/9 1842/5 1842/8
1842/8 1842/10 1842/10
1842/12 1842/16 1843/5
1843/21 1843/24 1843/24
1844/13 1844/16 1844/25
1845/10 1845/11 1845/17
1845/22 1846/11 1846/13
1846/14 1846/14 1846/23
1848/21 1849/8 1849/10
1850/15 1852/4 1852/4
1852/15 1852/16 1853/4
1853/5 1853/10 1853/23
1854/4 1854/6 1854/9
1854/10 1854/10 1854/12
1854/13 1854/14 1854/20
1855/24 1856/5 1857/10
1857/19 1858/14 1858/16
1858/17 1858/23 1859/5
1859/6 1860/3 1860/4
1860/21 1860/23 1861/5
1861/10 1861/23 1862/11
1863/6 1863/18 1863/21
1863/23 1863/24 1864/18
1864/20 1865/8 1865/8
1865/18 1865/19 1865/20
1865/22 1865/23 1865/25
1866/24 1867/11 1867/22
1868/16 1869/13 1869/14
1869/21 1869/22 1869/22
1870/7 1870/8 1870/9
1871/4 1871/5 1871/16
1871/17 1871/21 1872/17
1872/23 1873/12 1873/13
1874/19 1875/3 1875/9
1877/24 1878/5 1878/12
1878/13 1878/14 1878/16
1878/17 1879/8 1879/10
1880/6 1880/15
isn't [2] 1835/15 1871/6
issue [1] 1814/16
issues [3] 1814/14 1871/19
1871/22
it [184] 1797/1 1798/5
1798/8 1799/13 1800/7
1800/13 1800/22 1801/1
1801/12 1802/24 1803/1
1803/12 1803/15 1803/20
1806/5 1807/14 1808/22

1808/23 1810/1 1810/3
1810/5 1810/16 1810/19
1810/19 1810/20 1811/21
1812/25 1813/1 1813/2
1813/16 1814/3 1814/3
1814/9 1814/13 1814/14
1814/20 1814/22 1815/13
1815/14 1815/16 1815/16
1816/2 1816/14 1817/11
1818/6 1818/11 1819/7
1819/15 1819/17 1819/18
1819/22 1819/22 1819/22
1820/18 1820/19 1821/6
1821/18 1821/19 1822/2
1823/16 1823/16 1824/7
1824/8 1824/16 1826/8
1828/5 1829/2 1829/8
1830/6 1831/22 1832/1
1832/21 1833/8 1833/21
1833/21 1834/13 1834/17
1834/18 1835/7 1835/18
1835/21 1836/3 1836/21
1837/23 1838/14 1841/3
1841/9 1841/15 1842/15
1842/16 1842/23 1842/24
1843/13 1843/24 1844/18
1846/12 1846/24 1846/24
1848/10 1848/25 1849/4
1849/9 1849/12 1850/10
1850/13 1850/14 1850/20
1850/25 1850/25 1851/13
1851/15 1851/16 1852/2
1852/4 1852/5 1852/6
1853/1 1853/19 1854/12
1854/18 1854/20 1855/5
1855/12 1855/12 1855/13
1855/21 1856/8 1857/4
1857/5 1857/24 1857/24
1858/11 1858/12 1859/12
1860/5 1860/6 1861/4
1862/7 1861/7 1861/9
1862/11 1862/15 1863/2
1863/3 1864/11 1865/13
1866/25 1866/25 1867/2
1867/6 1868/12 1868/17
1868/21 1869/3 1869/13
1869/24 1870/15 1870/17
1870/17 1871/7 1871/14
1871/15 1871/17 1871/17
1872/19 1873/1 1873/16
1876/3 1876/11 1876/24
1876/25 1877/4 1877/4
1877/5 1877/5 1878/2
1878/8 1878/16 1878/17
1878/20 1878/21 1878/21
1879/11 1879/12
it's [108] 1799/12 1799/12
1800/7 1800/14 1800/17
1800/17 1801/1 1801/10
1801/13 1802/7 1803/8
1803/9 1803/10 1803/14
1805/16 1805/19 1806/3
1806/19 1807/15 1810/4
1811/20 1812/11 1812/24
1813/22 1814/1 1814/2
1814/16 1814/19 1815/13
1815/15 1816/3 1816/7
1816/9 1816/25 1817/6
1817/9 1817/25 1818/7

1819/25 1820/19 1826/23
1826/23 1832/3 1832/5
1833/11 1834/16 1835/4
1835/12 1835/25 1836/8
1838/24 1844/11 1844/12
1844/17 1844/18 1846/5
1846/10 1846/16 1846/17
1846/22 1846/22 1847/4
1849/7 1849/9 1850/4
1850/4 1850/6 1850/13
1850/13 1850/20 1851/4
1852/1 1852/2 1852/16
1855/3 1855/20 1855/22
1855/24 1856/7 1859/5
1859/7 1860/1 1860/1
1860/1 1860/2 1860/5
1860/7 1861/4 1861/5
1862/20 1863/1 1865/23
1866/23 1867/22 1868/22
1869/15 1869/22 1869/23
1870/3 1870/4 1871/1
1873/3 1874/20 1875/6
1879/9
its [8] 1801/4 1803/3 1821/22
1821/25 1823/1 1823/8
1823/25 1838/1
itself [2] 1836/10 1871/15

J

James [2] 1813/22 1814/5
Jeanette [2] 1796/16
1830/18
JENNIFER [4] 1795/4
1795/7 1838/20 1839/8
job [3] 1839/9 1839/17
1840/3
Jobs [1] 1846/11
John [6] 1793/12 1813/22
1814/5 1825/14 1876/14
1879/8
joint [1] 1815/24
Jonathan [1] 1876/11
journalist [2] 1842/11
1843/23
journalists [1] 1840/15
joy [2] 1814/17 1814/18
judge [4] 1793/10 1842/2
1852/12 1857/17
Julie [1] 1806/1
just [65] 1796/5 1798/15
1800/14 1800/17 1800/22
1801/1 1803/8 1804/17
1805/23 1807/13 1811/11
1812/7 1812/14 1812/24
1813/1 1814/14 1815/9
1815/22 1816/3 1817/9
1817/25 1818/1 1819/21
1820/19 1825/1 1826/10
1826/25 1831/12 1831/20
1833/1 1833/18 1833/21
1834/10 1834/16 1835/24
1836/3 1836/22 1837/5
1837/9 1843/4 1845/4
1845/24 1847/23 1851/16
1852/11 1853/3 1853/21
1854/4 1856/4 1857/16
1857/24 1860/7 1862/6
1862/22 1865/18 1868/3
1868/6 1868/21 1868/22

**J**

just... [6] 1869/12 1870/9
1870/14 1872/24 1877/22
1878/5
Justice [1] 1793/14
Justice's [1] 1856/5

**K**

Karp [5] 1876/16 1876/21
1876/22 1876/25 1878/17
Karp's [2] 1876/11 1876/15
keep [7] 1823/2 1825/20
1835/11 1869/19 1870/21
1874/14 1874/21
Kensington [1] 1797/18
key [1] 1873/21
KGAA [1] 1793/6
Kickstarter [1] 1809/13
Kidd [1] 1796/15
Kim [1] 1793/12
kind [9] 1806/13 1814/4
1815/5 1819/8 1840/23
1842/3 1849/19 1861/6
1868/18
kinds [3] 1841/23 1849/15
1864/5
King [3] 1815/20 1815/23
1870/18
knew [3] 1797/4 1852/21
1873/15
know [109] 1798/19 1799/14
1799/17 1799/19 1800/7
1800/23 1802/4 1802/5
1802/7 1803/12 1804/5
1804/20 1805/23 1806/1
1806/18 1806/19 1806/20
1807/1 1808/1 1808/10
1808/19 1808/20 1809/5
1810/1 1810/5 1810/12
1810/23 1811/8 1811/20
1812/22 1813/20 1813/21
1813/22 1813/22 1813/24
1813/25 1814/1 1814/2
1814/12 1814/15 1814/18
1814/21 1815/8 1815/23
1815/24 1816/17 1816/17
1816/19 1816/24 1817/1
1817/5 1817/25 1819/3
1819/7 1819/14 1819/15
1819/20 1820/11 1820/18
1821/16 1822/1 1822/3
1822/13 1823/3 1823/4
1823/16 1823/18 1823/19
1823/19 1824/1 1824/8
1824/10 1824/15 1824/17
1824/18 1824/19 1825/1
1827/6 1829/9 1832/8
1834/15 1835/17 1835/23
1836/14 1846/22 1846/24
1847/18 1848/11 1851/11
1851/12 1851/22 1853/2
1855/4 1856/6 1861/5
1866/21 1867/20 1869/2
1869/21 1870/23 1870/23
1871/16 1874/16 1874/18
1874/22 1874/23 1877/5
1877/7 1878/10
knowing [1] 1870/4
known [4] 1805/2 1831/13

knows [1] 1843/6
Kondo [2] 1814/17 1814/17

**L**

lag [1] 1850/15
language [1] 1866/24
large [5] 1797/10 1797/25
1799/20 1808/6 1819/6
larger [10] 1797/7 1799/6
1800/19 1801/14 1802/12
1802/14 1804/20 1805/13
1834/18 1863/10
largest [4] 1796/21 1796/22
1797/16 1863/12
last [10] 1820/14 1820/17
1829/13 1863/6 1863/10
1864/18 1872/24 1875/5
1879/9 1880/6
lasts [1] 1814/25
launched [4] 1839/20
1839/21 1839/22 1839/23
Lauren [2] 1793/13 1874/4
Lean [1] 1796/17
leaned [1] 1851/17
learn [1] 1862/8
learned [1] 1854/22
leave [2] 1822/18 1837/22
leaving [1] 1809/16
lecture [2] 1798/24 1804/6
left [3] 1829/5 1830/7 1880/6
legend [1] 1800/24
less [10] 1801/13 1811/16
1818/6 1823/17 1823/17
1835/24 1842/17 1844/19
1860/23 1869/20
lesser [1] 1840/22
lesser-known [1] 1840/22
let [7] 1810/23 1822/24
1827/9 1831/23 1833/18
1836/24 1849/18
let's [18] 1805/23 1808/6
1809/7 1828/19 1833/23
1835/24 1841/20 1842/20
1844/10 1849/13 1851/1
1852/13 1854/1 1858/13
1861/1 1864/7 1878/17
1879/11
letters [1] 1837/14
letting [1] 1866/20
level [24] 1811/6 1815/13
1815/14 1815/15 1817/12
1817/24 1820/8 1830/10
1833/12 1835/2 1841/12
1843/2 1844/24 1845/5
1848/24 1849/11 1851/19
1853/3 1853/23 1854/15
1859/11 1859/15 1861/13
1869/21
levels [4] 1830/9 1843/2
1843/3 1868/5
lever [3] 1827/4 1827/10
1827/14
Lexington [1] 1794/6
life [2] 1796/15 1859/9
like [54] 1797/7 1797/10
1798/13 1798/21 1799/1
1800/22 1801/1 1802/3
1803/8 1803/14 1808/7
1808/22 1808/22 1814/17

1816/16 1816/25 1818/2
1818/16 1819/3 1819/5
1820/17 1821/5 1822/18
1825/4 1827/6 1827/7
1836/22 1838/24 1841/17
1841/24 1843/22 1845/15
1846/17 1846/18 1847/24
1848/3 1851/16 1854/10
1857/5 1857/22 1858/7
1860/4 1865/12 1866/3
1866/8 1867/16 1867/19
1867/19 1867/21 1867/21
1868/7 1870/3 1873/8
1874/11
liked [1] 1876/23
likely [1] 1822/5
limit [1] 1824/3
line [4] 1808/23 1828/8
1854/8 1856/1
list [20] 1798/4 1798/6
1804/15 1807/15 1816/19
1839/24 1841/9 1843/12
1847/25 1848/18 1848/21
1851/6 1855/24 1857/5
1857/14 1860/17 1861/7
1862/5 1863/17 1870/16
listed [2] 1852/10 1875/1
listen [1] 1871/25
lists [3] 1818/6 1823/22
1840/17
literally [1] 1800/24
literary [3] 1798/19 1804/21
1835/4
little [14] 1809/3 1810/24
1817/9 1823/7 1825/20
1828/20 1830/12 1835/24
1849/13 1855/25 1856/1
1859/23 1861/2 1864/2
LLP [4] 1793/19 1794/3
1794/6 1794/9
long [7] 1808/3 1832/8
1836/12 1846/7 1846/8
1850/18 1855/21
long-term [1] 1836/12
longer [2] 1844/18 1872/4
longest [1] 1846/10
look [8] 1801/1 1844/9
1846/6 1854/1 1858/13
1859/8 1861/1 1865/16
looked [1] 1875/5
looking [11] 1798/8 1799/13
1799/14 1820/8 1836/15
1844/10 1847/13 1849/22
1854/7 1862/24 1863/16
looks [1] 1856/6
Los [1] 1793/20
lose [2] 1874/14 1874/18
loss [5] 1844/20 1850/2
1850/11 1863/2 1863/4
losses [5] 1803/3 1803/13
1862/24 1863/12 1874/13
lost [4] 1862/14 1862/22
1872/18 1874/16
lot [28] 1797/1 1797/3
1797/5 1798/25 1804/7
1804/22 1809/11 1814/21
1817/15 1819/18 1823/20
1824/16 1835/9 1840/21
1843/7 1843/11 1843/21

1844/15 1846/6
1851/13 1851/17 1853/14
1855/24 1865/2 1878/11
1878/11 1878/13
lots [2] 1814/22 1814/22
love [9] 1802/7 1807/6
1808/4 1824/22 1825/1
1826/14 1839/16 1846/19
1865/1
loved [1] 1817/7
low [1] 1848/2
lower [5] 1815/14 1818/15
1843/2 1843/3 1845/16
Ls [1] 1844/4
luckily [1] 1839/15
lucrative [1] 1836/14

**M**

Maas [1] 1864/25
Macmillan [3] 1796/23
1797/11 1862/1
made [5] 1805/6 1809/13
1809/17 1854/13 1874/12
magic [1] 1796/16
mailings [1] 1849/15
maintain [1] 1839/25
major [4] 1842/9 1853/2
1853/3 1859/6
majority [2] 1836/12 1846/2
majors [1] 1799/13
make [16] 1798/8 1798/24
1810/13 1812/7 1812/14
1813/14 1816/2 1819/16
1823/15 1831/20 1834/16
1839/15 1845/15 1856/5
1859/8 1869/17
makes [4] 1809/23 1835/20
1835/21 1850/25
making [2] 1809/12 1814/18
1815/3 1819/7 1823/18
1851/1 1851/12 1851/20
manuscript [1] 1851/13
many [18] 1796/14 1797/7
1799/17 1805/12 1811/16
1812/4 1814/6 1821/4
1822/5 1822/13 1824/10
1837/10 1837/12 1840/4
1840/7 1840/24 1850/6
1872/2
March [1] 1814/19
margins [1] 1844/5
Marie [2] 1814/17 1814/17
marked [1] 1865/17
market [12] 1803/24 1805/15
1837/13 1850/8 1850/25
1850/25 1851/24 1852/3
1855/4 1870/4 1871/1
1872/20
marketer [1] 1868/11
marketing [48] 1801/15
1801/20 1809/1 1811/13
1818/8 1826/25 1827/3
1827/10 1827/13 1827/13
1827/17 1827/20 1827/21
1827/24 1828/9 1828/16
1839/24 1849/13 1849/14
1850/1 1850/18 1850/21
1851/2 1851/5 1851/18
1851/22 1852/11 1852/12
1852/20 1853/4 1853/12

**M**

marketing... [17] 1853/22
1854/6 1854/15 1854/24
1855/7 1855/10 1855/15
1856/6 1856/25 1857/2
1857/4 1858/3 1858/18
1858/21 1858/22 1861/9
1871/16
marketplace [1] 1816/17
Mary [1] 1799/25
mask [1] 1838/24
match [9] 1798/8 1816/20
1817/25 1823/23 1827/17
1835/23 1836/9 1836/9
1836/10
matches [1] 1826/15
math [2] 1853/3 1853/21
matter [5] 1800/14 1802/19
1817/25 1868/21 1880/17
max [2] 1875/15 1875/17
maximize [1] 1836/6
maximum [1] 1826/12
may [21] 1798/22 1818/6
1825/22 1838/1 1838/23
1838/24 1839/1 1839/2
1850/23 1856/20 1862/14
1865/13 1866/12 1866/14
1871/9 1872/10 1874/1
1874/5 1877/6 1879/4
1879/6
maybe [4] 1799/1 1800/6
1801/13 1803/14
McMeel [1] 1797/23
me [43] 1796/4 1796/6
1796/16 1812/13 1812/17
1813/9 1814/13 1816/25
1820/16 1821/6 1822/24
1824/23 1827/9 1829/8
1829/10 1831/23 1833/14
1833/18 1836/20 1836/24
1842/6 1843/21 1846/10
1846/12 1849/18 1850/13
1853/15 1854/9 1860/16
1861/4 1863/8 1865/20
1868/21 1869/13 1869/19
1869/20 1869/23 1870/21
1871/5 1872/9 1872/25
1873/15 1877/6
Meagan [1] 1793/13
mean [35] 1798/14 1798/15
1800/22 1800/23 1801/8
1807/13 1808/9 1810/21
1811/6 1811/7 1814/9
1814/11 1816/7 1816/15
1817/15 1817/23 1818/5
1818/11 1819/18 1822/1
1822/12 1823/25 1824/8
1827/13 1829/8 1842/23
1845/13 1845/14 1848/17
1853/8 1854/19 1860/7
1869/2 1870/14 1877/10
means [4] 1799/13 1819/7
1824/12 1844/12
meant [2] 1813/15 1813/16
media [13] 1801/4 1801/8
1801/11 1801/22 1823/14
1823/17 1823/18 1823/20
1851/24 1852/4 1853/11
1853/14 1857/6

medium [1] 1803/9
medium-sized [1] 1819/5
meet [1] 1874/11
meeting [3] 1802/24 1872/2
1872/2
meetings [1] 1851/20
mega [6] 1815/10 1815/10
1815/11 1815/11 1818/24
1840/20
memoir [1] 1863/19
mention [1] 1812/22
mentioned [16] 1808/1
1822/9 1830/18 1830/20
1830/21 1831/9 1841/5
1844/7 1845/11 1846/13
1848/1 1850/15 1860/13
1864/20 1865/2 1869/25
mentioning [1] 1865/25
merged [1] 1824/15
merger [7] 1820/23 1821/15
1823/21 1824/3 1824/14
1830/2 1873/7
messages [1] 1808/13
method [2] 1846/14 1847/7
Michelle [2] 1813/25 1816/7
midsized [11] 1797/17
1797/24 1798/3 1798/9
1799/15 1799/21 1803/14
1864/2 1864/24 1865/4
1872/15
might [12] 1799/3 1818/15
1819/15 1819/15 1834/21
1835/10 1835/24 1850/24
1857/3 1858/7 1867/2
1870/21
Mike [1] 1846/10
mile [1] 1821/19
million [28] 1809/13 1814/12
1829/24 1841/10 1841/11
1841/21 1842/3 1842/17
1842/20 1842/21 1843/2
1843/8 1843/14 1843/15
1845/10 1852/19 1853/4
1863/2 1863/4 1863/9
1863/18 1864/11 1870/11
1872/20 1877/5 1878/7
1878/8 1878/22
millions [5] 1814/6 1814/6
1816/5 1841/7 1845/6
mind [5] 1796/15 1796/17
1810/8 1812/18 1864/17
minutes [1] 1856/13 1856/17
1879/9 1879/9 1880/5
mirror [1] 1847/4
misled [1] 1822/18
mission [1] 1804/20
mistake [1] 1809/13
misunderstanding [2]
1800/22 1824/24
mitigate [1] 1869/23
mix [1] 1842/18
mixed [1] 1808/13
Molly [1] 1806/11
moment [2] 1822/13 1838/19
monetary [1] 1836/17
money [16] 1803/8 1808/25
1814/23 1818/13 1819/7
1826/23 1827/20 1827/24
1828/9 1834/16 1836/23

medium [1] 1819/5
1858/18 1861/9
Monk [1] 1796/15
months [2] 1850/7 1850/16
more [28] 1798/18 1803/24
1804/15 1815/9 1816/12
1817/22 1820/10 1822/4
1822/6 1825/20 1833/18
1835/21 1835/21 1836/1
1843/7 1844/25 1850/20
1853/13 1856/4 1858/10
1863/3 1867/1 1867/17
1869/24 1870/3 1871/1
1874/18 1875/3
Morgan [1] 1800/24
morning [5] 1796/12 1853/16
1874/9 1879/14 1879/15
Morrow [1] 1799/24
most [13] 1822/6 1822/8
1827/3 1827/10 1827/13
1843/23 1868/23 1868/23
1870/12 1870/13 1871/3
1874/16 1878/11
motivated [1] 1847/12
motivational [2] 1872/14
1872/16
move [2] 1861/17 1879/21
moved [6] 1799/24 1800/2
1800/4 1800/5 1804/12
1873/21
MR [2] 1795/6 1795/8
Mr. [11] 1801/3 1801/23
1803/2 1838/14 1854/2
1856/3 1876/16 1876/21
1876/22 1876/25 1878/17
Mr. Karp [5] 1876/16
1876/21 1876/22 1876/25
1878/17
Mr. Petrocelli [1] 1838/14
Mr. Pietsch [3] 1801/3
1801/23 1803/2
Mr. Shores [2] 1854/2
1856/3
MS [6] 1795/5 1795/9
1816/10 1825/12 1854/20
1872/7
Ms. [37] 1796/11 1800/9
1803/23 1806/18 1816/4
1820/21 1824/3 1826/5
1828/21 1839/5 1839/9
1841/1 1841/5 1842/2
1842/16 1843/17 1844/19
1845/8 1845/20 1848/8
1852/9 1852/24 1856/24
1857/14 1858/6 1859/3
1861/17 1863/21 1865/16
1866/16 1872/13 1873/5
1874/9 1875/14 1876/20
1877/11 1878/23
Ms. Bergstrom [26] 1839/5
1839/9 1841/1 1841/5
1842/2 1842/16 1843/17
1844/19 1845/8 1845/20
1848/8 1852/9 1852/24
1856/24 1857/14 1858/6
1859/3 1861/17 1863/21
1865/16 1866/16 1872/13
1873/5 1874/9 1875/14
1876/20

Ms. Bergstrom's [1] 1877/11
Ms. Obama [1] 1816/4
Ms. Pande [2] 1800/9 1824/3
Ms. Pande's [1] 1820/21
Ms. Riker [1] 1796/11
Ms. Walsh [5] 1796/11
1803/23 1806/18 1826/5
1828/21
much [16] 1796/8 1801/13
1807/8 1807/14 1826/17
1826/22 1837/20 1837/24
1845/4 1850/22 1851/20
1855/9 1859/17 1867/25
1879/16 1880/10
multimillion [1] 1818/25
multiple [3] 1800/9 1835/17
1875/8
Murdoch [3] 1806/21
1806/24 1806/25
Murray [1] 1817/5
my [44] 1796/15 1796/16
1796/17 1800/17 1809/16
1811/18 1812/4 1812/22
1813/11 1816/18 1816/19
1816/20 1817/15 1818/22
1822/6 1825/14 1825/25
1832/4 1833/7 1833/22
1837/3 1839/16 1839/17
1842/23 1843/5 1843/12
1844/15 1847/4 1847/4
1851/4 1855/24 1860/5
1860/17 1860/20 1862/13
1864/16 1869/9 1870/9
1870/11 1870/22 1871/3
1873/13 1873/16 1877/24
Myers [2] 1793/19 1794/3
myself [1] 1812/18

**N**

name [7] 1807/20 1810/13
1825/14 1839/7 1852/14
1857/18 1862/7
named [1] 1864/25
names [1] 1834/18
narrative [1] 1799/2
narrator [1] 1851/16
Natasha [2] 1865/22 1865/25
national [1] 1853/14
necessarily [5] 1798/1
1800/23 1819/20 1827/6
1836/6
necessary [1] 1830/14
need [10] 1801/15 1801/21
1801/21 1818/1 1826/1
1852/5 1853/13 1859/8
1868/1 1875/25
needed [1] 1876/14
needs [4] 1819/14 1819/19
1819/24 1851/7
neglected [1] 1838/3
negotiable [1] 1818/16
negotiate [9] 1827/19
1827/23 1828/8 1835/6
1847/9 1849/1 1849/4
1849/10 1876/5
negotiated [4] 1818/18
1821/8 1819/23 1846/21
negotiating [4] 1819/13
1827/15 1847/2 1847/3
negotiation [2] 1811/9

1893

**N**

negotiation... [1] 1846/20
negotiations [6] 1833/1
1845/22 1845/25 1847/8
1847/16 1868/4
nestor [5] 1794/11 1794/13
1880/18 1880/18 1880/20
Netflix [3] 1842/9 1863/24
1865/9
network [1] 1801/10
never [9] 1811/12 1811/24
1819/4 1820/16 1820/17
1830/4 1831/20 1831/22
1854/24
new [22] 1794/4 1794/4
1794/7 1794/7 1801/11
1801/11 1803/10 1804/8
1804/13 1805/15 1805/16
1805/18 1805/21 1806/6
1806/7 1807/14 1810/10
1811/19 1823/18 1823/18
1861/17 1873/1
newer [1] 1818/5
newsletters [2] 1849/17
1857/6
newspaper [1] 1801/10
next [8] 1814/23 1838/1
1838/3 1850/17 1862/13
1870/18 1873/4 1879/6
nice [2] 1874/11 1880/11
night [4] 1869/19 1869/22
1870/21 1875/5
Ninth [1] 1794/9
no [63] 1793/3 1797/3
1797/5 1802/5 1802/5
1802/23 1804/17 1805/8
1805/14 1807/2 1811/6
1811/23 1812/9 1812/24
1817/15 1817/20 1817/23
1818/5 1818/18 1819/10
1819/12 1820/18 1821/2
1821/6 1827/25 1830/6
1830/11 1831/22 1834/9
1836/19 1837/1 1837/19
1838/7 1838/13 1841/9
1841/16 1845/13 1845/19
1847/15 1848/14 1848/25
1849/12 1851/22 1852/5
1852/7 1859/12 1859/16
1861/14 1861/24 1862/20
1866/6 1869/7 1870/2
1871/23 1872/4 1872/8
1873/14 1874/17 1874/21
1874/23 1878/24 1879/2
1879/25
nobody [1] 1801/9
Nobody's [1] 1823/24
Nodding [1] 1853/7
non [2] 1832/18 1874/19
non-Big [2] 1832/18 1874/19
none [2] 1807/24 1820/21
nonfiction [4] 1799/2 1840/14
1842/18 1871/4
north [1] 1805/5
Northwest [2] 1793/15
1794/9
Norton [5] 1797/18 1799/1
1799/25 1799/25 1879/8
not [75] 1797/12 1798/15

1799/17 1799/24 1800/9
1800/14 1800/17 1800/23
1801/1 1802/8 1802/18
1803/8 1803/11 1803/13
1803/16 1805/11 1805/14
1805/19 1808/6 1808/17
1809/24 1810/4 1811/7
1811/23 1812/11 1813/7
1813/17 1814/19 1815/9
1816/25 1819/20 1820/1
1821/2 1821/3 1822/1
1822/15 1824/11 1824/11
1826/23 1827/6 1828/14
1829/11 1830/11 1831/11
1834/15 1836/6 1836/8
1836/20 1836/21 1837/8
1841/9 1842/10 1844/12
1845/9 1847/19 1848/25
1850/6 1852/7 1854/16
1854/24 1855/9 1859/12
1861/24 1867/25 1868/1
1871/23 1876/4 1876/16
1876/22 1876/23 1876/25
1876/25 1878/14 1878/18
1878/20
notable [1] 1796/13
notes [2] 1872/5 1874/21
nothing [1] 1803/14 1814/20
1821/20
novel [3] 1804/21 1842/12
1848/22
novelist [1] 1842/14
novels [1] 1864/5
now [15] 1801/13 1808/11
1811/19 1823/19 1828/2
1829/19 1840/3 1841/5
1842/8 1846/13 1848/1
1849/23 1853/8 1872/23
1879/11
number [9] 1797/12 1807/14
1810/10 1816/24 1817/16
1822/4 1824/3 1825/19
1842/13
numbered [1] 1832/4
numbers [1] 1847/13
nursing [1] 1814/13
NW [2] 1794/12 1880/19

**O**

O'Melveny [2] 1793/19
1794/3
oath [3] 1796/5 1828/14
1838/21
Obama [1] 1813/25 1816/4
Obama's [1] 1816/7
objected [1] 1838/12
objection [9] 1802/9 1802/10
1803/17 1806/15 1838/7
1838/10 1866/5 1866/6
1879/23
objections [2] 1838/13
1838/13
objects [1] 1817/11
obtained [1] 1830/5
obviously [5] 1818/5 1823/20
1843/21 1852/1 1868/12
occur [3] 1833/20 1846/20
1849/3
off [10] 1806/3 1806/9
1806/13 1834/16 1851/15

1869/17 1869/18
offer [14] 1809/17 1809/18
1837/16 1837/16 1837/16
1843/18 1844/2 1848/20
1848/23 1859/10 1866/3
1867/1 1867/7 1867/18
offered [1] 1817/8
offering [3] 1849/11 1867/14
1876/11
office [1] 1814/18
Official [2] 1794/12 1880/19
often [11] 1815/9 1820/13
1821/7 1827/23 1827/25
1828/11 1833/12 1833/20
1835/12 1871/16 1871/19
oftentimes [2] 1815/12
1850/5
oh [10] 1796/20 1798/11
1814/6 1822/23 1836/4
1854/22 1855/16 1865/8
1870/22 1876/14
okay [41] 1796/20 1811/11
1812/20 1813/9 1815/12
1822/20 1825/18 1827/13
1827/15 1828/3 1828/5
1831/13 1831/23 1832/2
1832/6 1832/15 1833/3
1833/23 1835/14 1837/3
1837/24 1843/1 1853/2
1853/8 1856/9 1857/11
1858/22 1860/20 1861/15
1861/17 1865/22 1866/23
1871/8 1873/18 1873/22
1875/13 1877/25 1878/2
1879/3 1879/11 1879/20
old [3] 1801/8 1823/17
1849/23
old-fashioned [1] 1849/23
once [1] 1817/25
one [69] 1796/4 1796/6
1799/5 1799/20 1799/20
1799/23 1801/3 1807/14
1809/18 1810/10 1810/11
1815/13 1815/13 1815/14
1815/22 1818/7 1818/11
1820/5 1820/11 1822/4
1822/13 1823/4 1825/1
1826/8 1830/18 1830/20
1830/21 1832/1 1834/10
1834/11 1837/5 1837/5
1840/12 1843/12 1845/22
1845/22 1845/22 1845/25
1845/25 1846/13 1846/22
1846/22 1847/4 1847/4
1847/8 1847/8 1847/11
1847/11 1847/22 1847/22
1853/19 1854/12 1854/13
1854/19 1856/4 1856/8
1857/21 1859/5 1859/6
1861/8 1863/6 1864/18
1864/20 1868/12 1870/2
1872/4 1872/22 1873/5
1879/9
ones [5] 1796/19 1869/3
1869/16 1869/23 1871/2
online [3] 1804/7 1849/16
1857/6
only [8] 1806/7 1807/16

1809/8 1833/5 1833/10
1835/11 1841/9 1846/1
open [3] 1805/20 1852/6
1880/8
opinion [2] 1836/2 1876/24
Oppenheimer [1] 1793/18
opportunities [1] 1860/8
opportunity [5] 1846/23
1857/20 1860/2 1865/17
1870/14
opposite [2] 1816/16 1844/23
option [3] 1809/8 1863/7
1872/19
options [2] 1824/10 1847/9
organization [1] 1803/9
other [40] 1797/10 1797/14
1800/15 1803/8 1803/11
1807/18 1810/23 1814/15
1816/11 1820/20 1821/11
1834/18 1835/21 1837/8
1838/13 1840/10 1844/11
1845/10 1845/16 1846/2
1847/1 1847/7 1847/7
1847/21 1848/13 1855/2
1859/6 1860/7 1861/6
1864/13 1864/13 1868/7
1868/9 1868/18 1868/25
1870/6 1870/9 1871/12
1871/12 1875/7
others [4] 1811/25 1812/2
1844/18 1845/23
Otherwise [1] 1838/13
our [42] 1809/21 1815/1
1839/24 1840/16 1840/17
1840/20 1841/9 1841/16
1844/3 1844/4 1844/4
1844/5 1846/2 1846/2
1846/3 1846/16 1846/18
1847/24 1848/18 1849/16
1849/21 1849/21 1849/24
1850/8 1850/21 1851/4
1851/5 1851/22 1852/8
1853/19 1856/10 1857/5
1859/17 1860/8 1861/7
1863/8 1868/12 1868/15
1870/20 1872/22 1872/24
1878/14
ours [1] 1856/1
out [27] 1801/12 1803/20
1804/8 1811/22 1812/4
1812/10 1814/13 1816/12
1818/7 1827/4 1827/11
1828/22 1829/3 1838/4
1839/15 1839/16 1844/5
1844/24 1846/7 1848/20
1848/22 1848/23 1851/7
1862/11 1862/14 1870/3
1873/3
outbid [2] 1799/5 1872/20
outreach [2] 1846/14 1847/7
outside [1] 1801/1
over [24] 1797/9 1798/12
1798/17 1801/3 1801/24
1804/14 1804/23 1807/12
1817/2 1817/16 1820/22
1828/20 1829/16 1843/13
1845/4 1849/19 1862/23
1863/10 1864/11 1870/11
1875/9 1877/5 1878/8

over... [1] 1878/21
overall [2] 1853/23 1858/23
overruled [1] 1838/13
oversee [1] 1839/23
overseen [2] 1840/4 1840/7
overstory [1] 1824/25
oversubscribed [1] 1806/2
overt [1] 1826/23
own [4] 1802/17 1809/21
1821/25 1856/5
owned [2] 1806/21 1830/25

**P**

p.m [4] 1793/7 1796/1
1856/18 1880/12
package [2] 1801/10 1871/17
packager [1] 1809/23
page [3] 1795/11 1795/14
1828/6
paid [14] 1828/22 1829/3
1829/22 1834/24 1836/6
1841/8 1842/9 1843/9
1848/22 1853/11 1858/12
1859/17 1870/16 1874/25
painful [1] 1863/1
PAN [1] 1793/9
Pande [3] 1800/9 1816/10
1824/3
Pande's [1] 1820/21
Pants [1] 1807/22
paper [1] 1817/1
paranormal [1] 1852/16
parentheses [2] 1867/6
1867/7
part [5] 1804/6 1804/9
1806/20 1840/3 1867/13
participate [2] 1848/7 1862/9
particular [12] 1804/18
1807/11 1819/10 1847/25
1853/4 1857/24 1858/20
1859/18 1859/24 1861/3
1866/21 1867/21
particularly [4] 1807/6
1807/24 1861/24 1872/22
partnering [1] 1807/9
pass [3] 1830/13 1865/13
1873/17
passion [2] 1818/1 1843/20
passionate [1] 1822/6
past [4] 1820/22 1824/20
1836/15 1862/23
pattern [1] 1813/24
Patterson [2] 1813/22 1814/5
pay [10] 1815/20 1841/11
1841/20 1849/17 1868/1
1869/17 1869/17 1869/18
1875/15 1875/17
paying [5] 1818/13 1835/10
1842/21 1844/25 1852/7
payments [1] 1829/6
payout [2] 1819/15 1829/2
payouts [1] 1829/11
pays [2] 1814/23 1835/8
pending [1] 1807/2
PENGUIN [16] 1793/18
1794/3 1797/8 1798/13
1820/4 1820/13 1820/23
1821/14 1821/21 1821/24

1822/9 1822/24 1829/6
1829/6 1862/18 1873/7
people [23] 1798/18 1798/20
1799/15 1799/20 1802/12
1807/9 1808/16 1808/20
1808/23 1809/12 1815/12
1817/1 1817/3 1817/10
1818/7 1823/19 1824/10
1834/18 1851/22 1855/7
1869/12 1872/5 1878/13
people's [2] 1827/5 1827/11
peopled [2] 1808/2 1808/3
per [3] 1807/13 1814/4
1840/24
percent [28] 1815/4 1832/18
1832/18 1832/23 1833/2
1833/5 1833/8 1833/9
1833/10 1833/13 1835/5
1835/5 1835/11 1835/12
1841/9 1846/1 1846/3
1848/2 1849/6 1853/5
1853/6 1853/23 1858/4
1858/23 1870/9 1870/10
1870/11 1870/13
percentages [1] 1845/24
perfect [5] 1798/6 1798/8
1816/20 1823/22 1836/9
perhaps [1] 1840/13
periods [1] 1828/22
person [7] 1801/21 1804/9
1815/13 1815/14 1818/13
1822/7 1850/10
personal [1] 1868/2
personally [4] 1820/16
1850/12 1863/12 1863/14
perspective [2] 1807/13
1834/6
petition [1] 1808/23
Petrocelli [2] 1793/17
1838/14
phase [3] 1854/6 1854/7
1854/16
philanthropic [1] 1819/17
physically [1] 1809/23
pick [5] 1798/16 1799/7
1833/11 1833/15 1859/21
picked [2] 1861/7 1871/5
pie [1] 1835/22
piece [1] 1815/16
Pietsch [3] 1801/3 1801/23
1803/2
place [4] 1798/6 1799/1
1811/10 1815/3
placed [1] 1831/2
places [4] 1808/2 1833/15
1835/21 1837/11
Plaintiff [2] 1793/4 1793/12
PLAINTIFF'S [2] 1795/11
1838/16
plan [5] 1827/17 1854/6
1855/7 1857/2 1857/4
planning [1] 1850/8
plans [2] 1850/21 1856/25
plate [5] 1818/19 1818/20
1819/1 1819/10 1829/5
plates [1] 1817/1
platform [12] 1801/20
1807/10 1810/1 1818/14
1818/14 1827/7 1840/23

1858/10 1860/18 1861/19
1860/4 1871/6
play [7] 1847/1 1847/16
1848/10 1872/21 1878/14
1879/7 1879/12
played [1] 1880/4
playing [1] 1879/11
plays [1] 1851/9
please [10] 1803/20 1804/2
1804/11 1813/9 1825/5
1828/6 1839/7 1853/8
1856/14 1873/23
plug [1] 1844/4
plus [6] 1841/10 1841/11
1842/20 1842/21 1843/8
1845/11
podcasts [1] 1858/10
poetry [1] 1818/23
point [9] 1845/18 1851/1
1851/6 1851/15 1853/16
1856/5 1857/21 1865/12
1866/16
points [1] 1874/12
political [7] 1864/5 1864/7
1864/8 1864/9 1864/13
1878/6 1878/13
politician [1] 1846/5
politics [1] 1841/25
pond [3] 1865/11 1867/3
1867/11
pop [4] 1840/16 1840/18
1855/24 1859/6
popular [2] 1805/2 1805/3
popularity [1] 1870/24
possible [4] 1816/7 1818/12
1835/16 1859/16
post [9] 1801/19 1804/8
1807/12 1818/11 1862/6
1864/12 1864/14 1864/19
1877/6
potential [4] 1810/25 1812/10
1844/14 1868/20
potentially [1] 1822/18
power [1] 1809/1
powerful [1] 1823/17
Powers [1] 1799/24
PR [6] 1858/3 1858/21
1858/22 1867/1 1867/14
1867/25
predicter [1] 1824/19
prefer [3] 1798/18 1798/23
1803/14
preferential [1] 1802/5
preparing [1] 1798/4
presented [1] 1846/22
preserve [1] 1841/1
president [1] 1839/10
presold [1] 1807/12
press [6] 1804/13 1804/18
1862/6 1864/10 1864/12
1864/14
presses [1] 1797/22
presumably [2] 1810/1
1816/4
pretty [5] 1796/19 1807/14
1827/21 1837/13 1845/14
previous [1] 1878/19
previously [1] 1838/12
PRH [5] 1796/22 1800/6

price [2] 1809/18 1875/17
primary [2] 1846/13 1846/15
print [1] 1802/21
printing [1] 1802/19
prior [2] 1809/16 1825/17
priority [1] 1836/8 1836/22
prison [1] 1842/9
private [3] 1867/16 1867/20
1867/25
prize [2] 1811/22 1812/21
prize-worthy [1] 1812/21
probably [3] 1797/13
1852/17 1876/22
problem [1] 1804/17
proceed [3] 1839/1 1856/21
1874/5
proceedings [2] 1796/1
1880/16
process [4] 1846/7 1846/9
1848/12 1855/3
product [1] 1852/7
profile [1] 1807/9
profiles [1] 1858/10
profit [5] 1815/24 1844/5
1844/20 1850/2 1850/11
project [2] 1800/18 1810/8
projected [4] 1844/4 1844/4
1844/7 1844/8
projects [1] 1836/18
promise [6] 1822/9 1822/11
1823/1 1854/25 1855/9
1855/12
promises [1] 1854/24
proposed [1] 1803/24
proud [1] 1810/15
prove [1] 1872/9
provide [4] 1817/3 1817/4
1857/2 1857/8
pseudonym [1] 1872/25
psychological [1] 1861/5
pub [1] 1850/7
public [1] 1880/8
publication [4] 1850/7
1850/16 1851/3 1862/15
publicist [3] 1867/16 1867/20
1868/11
publicists [2] 1849/21 1868/2
publicity [23] 1849/13
1849/19 1849/20 1849/21
1850/1 1850/18 1850/21
1851/2 1851/4 1851/18
1851/22 1852/11 1852/12
1852/20 1853/5 1853/13
1853/17 1853/22 1854/15
1855/25 1856/7 1857/4
1858/19
publicize [2] 1850/8 1851/25
publicly [1] 1839/24
publish [18] 1807/7 1809/21
1810/11 1810/12 1831/17
1832/21 1840/13 1840/21
1840/24 1842/4 1842/17
1861/6 1864/9 1865/1
1866/12 1868/20 1873/1
1873/3
published [26] 1799/15
1806/4 1806/5 1806/8
1807/15 1807/17 1807/18

**P**

published... [19] 1810/6
1810/9 1810/14 1814/19
1829/14 1831/21 1831/22
1836/14 1840/19 1841/18
1842/10 1844/11 1847/10
1847/24 1852/22 1862/14
1863/7 1868/13 1872/18
publisher [26] 1797/24
1798/12 1804/12 1805/1
1805/20 1814/23 1815/20
1816/2 1816/6 1817/24
1819/16 1823/12 1826/13
1826/22 1827/19 1827/23
1828/9 1836/13 1839/10
1839/18 1851/5 1857/9
1860/2 1865/6 1866/21
1878/22
publisher's [1] 1802/19
publishers [53] 1796/21
1796/22 1797/7 1797/10
1797/16 1797/17 1797/20
1797/25 1798/4 1798/9
1799/5 1799/9 1799/11
1800/10 1800/15 1800/19
1800/21 1801/4 1801/14
1801/25 1802/13 1802/14
1802/15 1803/3 1803/25
1805/7 1805/12 1807/24
1808/17 1808/18 1809/19
1815/17 1819/3 1819/3
1829/17 1830/13 1831/3
1832/17 1832/23 1833/8
1842/13 1847/1 1848/13
1862/3 1864/3 1864/4
1864/7 1864/24 1865/4
1872/15 1873/8 1874/13
1874/19
publishers's [1] 1823/14
publishing [26] 1799/16
1799/21 1805/17 1805/19
1806/1 1808/7 1808/16
1809/7 1809/12 1809/21
1810/4 1817/3 1817/10
1817/17 1818/20 1819/4
1821/10 1826/18 1839/17
1841/22 1841/23 1842/13
1850/5 1872/21 1872/23
1878/18
purchasing [1] 1877/1
purposes [1] 1822/6
push [1] 1811/11
put [10] 1805/18 1811/2
1831/23 1831/24 1849/24
1850/4 1858/8 1869/10
1869/11 1878/17
Putnam [1] 1839/17
puts [1] 1850/10
putting [4] 1811/3 1812/18
1868/5 1870/13
PX757 [1] 1838/8
PX758 [1] 1838/8
PX760 [1] 1838/9
PX874 [1] 1838/8
PX875 [1] 1838/8
PX963 [2] 1831/24 1831/25

**Q**

quarter [1] 1829/24

question [23] 1807/16 1810/3
1813/9 1813/11 1813/11
1813/14 1813/17 1819/2
1822/24 1826/19 1828/8
1829/19 1833/7 1833/19
1833/21 1834/10 1854/2
1854/9 1854/10 1862/13
1868/10 1873/5 1875/10
questioning [2] 1837/4
1854/8
questions [11] 1813/7 1813/8
1825/19 1826/10 1826/25
1833/18 1834/9 1837/3
1875/11 1878/24 1879/2
quick [1] 1837/5
quickly [1] 1857/16
quirky [1] 1804/21
quite [4] 1797/4 1804/4
1806/12 1826/3
quote [1] 1866/25
quotes [2] 1866/23 1866/24

**R**

radio [2] 1843/22 1849/2
raise [1] 1838/19
Randall [1] 1793/18
random [17] 1793/18 1794/3
1797/8 1798/13 1820/4
1820/14 1820/19 1820/23
1821/14 1821/21 1821/24
1822/9 1823/1 1824/15
1829/6 1862/18 1873/7
range [12] 1819/23 1840/13
1841/10 1841/11 1841/22
1841/23 1841/25 1842/3
1842/18 1848/18 1849/17
1871/4
rare [9] 1827/21 1833/24
1849/7 1849/9 1857/10
1857/12 1859/5 1859/7
1862/20
rarely [1] 1800/11 1855/13
rate [3] 1849/5 1849/10
1871/6
rates [1] 1849/1
rather [1] 1849/6
reach [1] 1852/21
reaction [2] 1810/18 1824/7
read [12] 1793/12 1795/6
1806/2 1806/22 1806/24
1809/3 1825/14 1828/12
1832/11 1850/22 1861/7
1870/17
readers [2] 1851/16 1852/21
readily [1] 1871/1
reading [1] 1839/16
reads [2] 1851/14 1858/9
ready [2] 1796/7 1807/7
real [2] 1836/17 1859/9
reality [3] 1842/5 1843/23
1859/6
realized [1] 1796/11
really [42] 1797/5 1798/8
1798/24 1798/24 1800/17
1801/10 1801/22 1802/18
1803/15 1804/9 1808/20
1811/8 1815/4 1816/18
1816/19 1821/2 1822/2
1832/14 1840/16 1841/19
1843/16 1846/1 1846/3

1854/23 1854/25 1857/20
1857/22 1858/9 1858/11
1860/6 1867/22 1868/16
1869/9 1869/24 1870/12
1870/18 1870/18 1870/21
1872/1
realm [1] 1855/11
rearview [1] 1847/4
reason [5] 1815/25 1818/12
1835/9 1835/19 1856/8
reasons [1] 1799/3
recall [10] 1800/11 1801/5
1801/25 1803/4 1816/12
1820/21 1824/5 1833/20
1856/25 1876/13
receive [5] 1816/21 1816/22
1818/3 1834/20 1841/6
received [7] 1805/10 1825/9
1838/17 1841/7 1866/11
1873/25 1880/3
recently [1] 1809/3 1844/11
1872/24
recess [1] 1856/18
recognize [1] 1816/24
recollection [1] 1876/21
reconsider [1] 1850/18
record [9] 1802/3 1813/23
1839/7 1843/5 1853/21
1870/1 1870/3 1871/1
1871/12
RECROSS [1] 1795/2
red [1] 1858/17
redacted [2] 1832/20
1866/12
redirect [3] 1795/2 1837/6
1879/1
reduce [3] 1821/22 1821/25
1873/10
referenced [2] 1867/10
1879/22
referring [3] 1846/21 1867/11
1877/12
reflected [2] 1844/20
1844/25
reflecting [1] 1819/13
reframe [1] 1826/19
refresh [1] 1876/21
regard [1] 1829/16
regardless [3] 1811/2
1817/12 1859/17
Regnery [1] 1864/15
Regularly [1] 1821/9
Reid [1] 1800/3
relationship [3] 1801/4
1801/9 1823/14
relationships [7] 1801/11
1801/23 1808/4 1823/12
1823/17 1823/19 1836/13
relative [1] 1845/18
relevant [4] 1854/5 1854/11
1854/19 1856/7
remain [2] 1799/18 1838/18
remained [1] 1799/25
remarkable [1] 1809/14
remember [5] 1820/25
1875/22 1876/12 1876/18
1877/5
remind [1] 1796/5

reorganize [1] 1825/25
repeat [2] 1833/1 1847/16
repetitive [1] 1801/17
REPORTED [1] 1794/11
reporter [3] 1794/12 1834/5
1880/19
reports [1] 1832/11
represent [1] 1825/2
representation [1] 1812/23
representative [1] 1803/12
represented [2] 1830/16
1858/22
reputation [3] 1800/21
1800/25 1804/19
reserve [1] 1837/15
resources [1] 1808/25
response [7] 1799/10
1800/13 1801/7 1802/2
1803/6 1816/14 1856/4
responses [1] 1803/7
responsibilities [1] 1839/25
responsible [1] 1850/14
rest [1] 1843/6
result [2] 1824/13 1827/15
resume [2] 1879/13 1880/7
retailer [1] 1802/4
retailers [2] 1801/24 1823/12
retain [2] 1867/17 1876/2
revenues [1] 1803/4
review [1] 1858/11
reviewed [1] 1830/9
reviews [2] 1849/22 1871/18
reward [1] 1846/18
Richard [1] 1799/24
right [55] 1796/19 1797/2
1801/20 1808/11 1809/25
1813/6 1813/17 1818/7
1823/19 1825/6 1826/6
1826/8 1826/15 1826/17
1826/18 1827/5 1827/17
1827/17 1827/20 1828/25
1829/7 1829/14 1829/22
1831/2 1831/11 1831/18
1832/16 1832/17 1832/24
1833/13 1833/24 1837/15
1838/6 1838/19 1853/5
1853/24 1854/8 1854/16
1854/17 1856/2 1856/16
1856/19 1858/4 1858/5
1858/23 1860/21 1860/24
1861/15 1866/10 1866/23
1874/14 1874/16 1874/20
1876/11 1880/1
rights [10] 1798/10 1803/24
1809/20 1835/7 1835/25
1875/21 1875/24 1876/2
1876/5 1876/6
Riker [4] 1793/13 1795/9
1874/4 1878/23
rise [1] 1824/18
risk [7] 1842/22 1842/23
1843/1 1869/13 1869/20
1869/23 1871/5
risk-taking [1] 1869/13
RMR [2] 1794/11 1880/18
Roach [1] 1799/25
road [3] 1805/20 1849/24
1858/8

1896

**R**

robin [2] 1833/25 1848/9
robins [1] 1834/1
role [3] 1839/22 1847/1
1872/21
rollout [1] 1808/15
romance [1] 1872/22
room [4] 1851/6 1871/25
1872/3 1872/4
root [1] 1824/25
Rosetta [2] 1873/21 1874/24
roughly [1] 1845/24
round [4] 1823/4 1833/25
1834/1 1848/9
route [4] 1799/4 1810/3
1810/4 1816/8
Rowe [1] 1846/10
royalties [4] 1818/16 1818/18
1818/20 1818/23
royalty [3] 1849/1 1849/5
1849/10
rude [1] 1799/12
Rudzin [3] 1794/2 1794/2
1795/5
run [3] 1804/15 1844/3
1878/16
Ryan [1] 1794/8

**S**

sacred [2] 1817/10 1824/23
sad [1] 1824/9
said [18] 1799/7 1817/7
1821/4 1823/16 1833/21
1841/24 1843/23 1845/15
1846/17 1857/5 1860/4
1860/13 1865/10 1869/25
1870/17 1874/25 1876/7
1876/14
salaries [1] 1834/19
salary [2] 1834/15 1834/21
sale [1] 1827/15
sales [20] 1802/8 1820/22
1839/24 1844/4 1844/7
1844/8 1844/14 1845/18
1847/18 1855/23 1859/2
1859/13 1859/14 1859/19
1859/19 1859/20 1859/22
1860/11 1861/7 1869/1
same [18] 1797/24 1802/16
1803/10 1810/14 1811/24
1812/5 1817/3 1817/12
1817/20 1818/7 1818/23
1818/25 1821/8 1821/10
1822/15 1847/13 1859/8
1876/1
Sandberg [2] 1796/17
1830/20
Sarah [1] 1864/25
saw [1] 1829/9
say [24] 1802/12 1803/1
1804/17 1805/22 1806/23
1810/21 1811/14 1812/19
1813/15 1817/8 1819/3
1821/19 1826/1 1832/25
1835/24 1842/16 1844/10
1848/5 1857/23 1858/6
1862/17 1871/3 1871/16
1878/15
saying [8] 1810/21 1811/12

says [4] 1821/20 1866/23
1866/25 1867/6
scandal [1] 1814/13
Scholastic [1] 1796/24
school [1] 1798/17
Schrank [1] 1807/21
Schumer [8] 1840/21
1840/23 1841/5 1841/17
1844/10 1845/3 1845/14
1870/21
Schussl [1] 1793/13
SCHUSTER [16] 1794/6
1796/23 1820/5 1820/10
1820/14 1820/24 1821/14
1821/17 1821/23 1822/10
1823/2 1823/25 1824/9
1840/11 1862/1 1873/7
sci [4] 1840/16 1864/5
1864/23 1870/16
sci fi [4] 1840/16 1864/5
1864/23 1870/16
science [2] 1799/1 1844/12
scope [1] 1875/20
Scott [1] 1793/18
scouts [1] 1846/6
screen [3] 1831/23 1831/24
1832/5
SE [1] 1793/6
seal [2] 1866/9 1873/23
search [1] 1820/18
Seasons [2] 1864/21
1864/22
seated [2] 1796/4 1838/23
second [4] 1796/4 1796/6
1819/2 1847/10
secret [2] 1796/15 1810/24
secretary [1] 1864/10
secure [3] 1816/9 1833/8
1833/9
securing [1] 1816/3
see [16] 1807/23 1809/7
1817/17 1820/13 1823/13
1824/1 1824/17 1832/4
1833/5 1852/22 1860/2
1862/12 1865/8 1866/17
1867/4 1867/8
seeing [3] 1809/2 1859/7
1862/15
seeking [1] 1846/7
seem [1] 1868/7
seems [1] 1868/21
seen [4] 1805/15 1805/17
1821/21 1821/24
sees [3] 1815/13 1815/14
1815/16
self [12] 1798/22 1809/7
1809/12 1809/21 1810/4
1810/9 1810/12 1831/17
1872/21 1872/23 1873/1
1873/3
self-help [1] 1798/22
self-publish [5] 1809/21
1810/12 1831/17 1873/1
1873/3
self-published [1] 1810/9
self-publishing [5] 1809/7
1809/12 1810/4 1872/21

sell [33] 1801/19 1802/6
1808/8 1810/1 1810/25
1811/16 1812/19 1812/20
1814/8 1815/6 1815/18
1816/11 1817/13 1817/18
1818/3 1830/23 1830/24
1835/15 1841/12 1843/10
1852/24 1853/18 1859/14
1860/11 1867/23 1868/6
1868/8 1868/20 1869/3
1869/4 1869/5 1869/6
1869/13
seller [29] 1804/13 1806/6
1806/7 1807/15 1810/11
1810/18 1811/1 1811/5
1811/13 1811/13 1811/15
1811/23 1812/7 1812/7
1812/12 1812/14 1812/17
1812/25 1813/1 1813/3
1813/5 1813/5 1813/20
1813/23 1814/1 1814/3
1814/7 1845/7 1845/15
sellers [8] 1808/21 1810/22
1812/12 1820/6 1833/4
1859/2 1873/9 1873/13
selling [7] 1800/3 1800/5
1808/22 1845/12 1853/19
1854/14 1872/23
sells [2] 1814/22 1835/20
sending [1] 1816/11
senior [1] 1839/10
sense [13] 1802/18 1811/7
1814/4 1837/13 1840/3
1841/21 1842/2 1845/4
1850/16 1857/17 1858/13
1862/17 1867/22
sentence [1] 1866/17
separate [3] 1817/13
1818/19 1867/6
September [1] 1807/7
1807/15
series [3] 1804/6 1807/22
1873/1
seriously [1] 1817/11
serve [1] 1816/25
served [1] 1804/20
service [1] 1817/4
services [1] 1805/10
SESSION [1] 1793/7
set [4] 1809/20 1817/13
1844/24 1857/13
seven [2] 1804/3 1838/4
seven-figure [1] 1804/3
several [1] 1799/23
sexy [1] 1852/17
Shall [1] 1856/10
share [1] 1859/21
sharing [1] 1815/24
she [23] 1805/2 1806/12
1807/12 1813/12 1813/14
1816/10 1816/10 1824/12
1841/5 1841/7 1841/18
1842/6 1851/13 1852/20
1853/11 1853/13 1853/14
1853/15 1857/21 1865/8
1865/10 1865/20 1876/14
she's [12] 1800/16 1806/12
1806/20 1806/22 1806/23

1875/5 1843/14
1852/16 1852/17 1852/18
1865/1
Shearman [2] 1794/6 1794/9
sheet [2] 1825/5 1862/24
Sheryl [2] 1796/17 1830/20
shifted [2] 1801/11 1805/3
Shifting [1] 1810/17
Shores [4] 1794/8 1795/8
1854/2 1856/3
shorten [1] 1825/19
shots [1] 1833/11
should [4] 1837/22 1844/6
1860/6 1873/20
show [5] 1804/25 1842/9
1843/22 1853/16 1863/24
showed [3] 1829/8 1829/10
1876/20
shows [1] 1832/17
side [2] 1810/16 1832/17
sides [2] 1847/12 1864/9
significant [4] 1841/6 1861/8
1862/22 1875/25
significantly [1] 1820/5
signing [1] 1828/24
signings [2] 1849/25 1857/7
similar [2] 1851/15 1860/3
SIMON [16] 1794/6 1796/23
1820/4 1820/10 1820/14
1820/23 1821/14 1821/17
1821/23 1822/10 1823/2
1823/25 1824/9 1840/10
1862/1 1873/7
Simons [2] 1865/22 1865/25
simultaneously [1] 1842/13
since [1] 1850/24
single [7] 1801/19 1801/21
1807/12 1810/25 1813/4
1817/6 1817/7
sir [1] 1828/15
SISTER [2] 1806/20 1806/25
Sisterhood [1] 1807/21
situation [9] 1798/18 1804/4
1804/14 1809/16 1809/24
1836/11 1844/23 1848/11
1848/16
situations [1] 1844/24
sixth [1] 1843/14
size [2] 1820/1 1858/18
sized [1] 1819/5
skipped [1] 1849/19
Skyhorse [2] 1862/6 1864/19
slightly [3] 1797/13 1867/1
1867/17
slump [2] 1814/24 1814/25
small [18] 1797/24 1798/3
1798/20 1800/2 1800/3
1803/10 1808/21 1815/20
1816/1 1819/5 1819/22
1832/10 1832/17 1832/23
1833/8 1865/11 1872/15
1874/13
smaller [32] 1797/20 1798/9
1798/12 1798/15 1798/18
1799/5 1799/9 1799/11
1799/16 1799/21 1799/23
1800/10 1800/21 1801/4
1801/24 1802/15 1803/3
1803/15 1803/25 1805/7

smaller... [12] 1805/12 1816/5 1834/14 1862/3 1864/3 1864/7 1864/24 1865/3 1867/3 1867/11 1878/6 1878/22
smile [1] 1830/21
so [135] 1798/7 1798/15 1798/25 1799/3 1801/10 1802/5 1802/7 1802/15 1802/17 1803/8 1803/9 1803/11 1804/9 1804/20 1804/21 1805/3 1805/22 1806/8 1807/1 1807/6 1807/12 1807/25 1808/23 1809/11 1809/20 1809/22 1809/24 1810/4 1810/13 1811/1 1812/6 1812/18 1813/7 1813/12 1814/19 1814/22 1815/1 1815/4 1817/24 1818/6 1818/12 1818/19 1818/22 1818/23 1819/25 1820/17 1821/4 1821/5 1821/6 1822/9 1823/5 1823/19 1824/11 1824/18 1824/20 1825/1 1829/11 1829/16 1832/14 1833/15 1833/23 1834/13 1834/20 1835/6 1835/12 1835/14 1835/23 1835/23 1836/5 1836/14 1836/23 1837/8 1837/12 1837/20 1837/24 1840/16 1841/14 1843/6 1843/7 1843/15 1844/17 1846/5 1846/23 1847/9 1848/15 1850/6 1850/22 1850/24 1851/17 1852/16 1852/17 1852/22 1853/5 1853/10 1853/11 1853/17 1853/21 1854/14 1855/6 1855/25 1856/7 1857/4 1857/24 1857/25 1858/17 1858/22 1859/6 1860/5 1861/8 1864/9 1868/5 1868/13 1868/18 1869/8 1869/16 1870/11 1870/18 1870/20 1872/4 1873/1 1873/3 1873/15 1874/16 1874/18 1874/21 1874/22 1876/12 1876/23 1876/25 1877/21 1877/23 1878/4 1878/12 1878/14 1878/16
so-called [1] 1854/14
social [4] 1801/22 1851/24 1852/4 1853/11
soft [1] 1799/1
softening [1] 1809/6
sold [17] 1796/13 1796/21 1796/22 1797/1 1803/23 1804/3 1805/12 1808/11 1809/4 1814/10 1814/11 1818/11 1843/13 1843/15 1853/1 1864/11 1877/5
sole [1] 1836/8
some [39] 1796/12 1796/14 1797/3 1797/16 1798/17 1802/14 1804/2 1811/24 1812/1 1815/5 1818/12

1834/14 1836/22 1838/12 1844/17 1845/13 1851/8 1852/10 1855/19 1857/3 1858/8 1858/10 1859/3 1859/22 1860/13 1861/6 1862/5 1862/24 1863/10 1863/16 1868/1 1868/6 1868/15 1868/15 1871/12 1877/13
somebody [3] 1801/22 1826/14 1846/8
someone [12] 1798/16 1799/3 1799/22 1841/17 1842/10 1843/15 1847/6 1847/24 1848/21 1855/1 1863/6 1863/18
something [10] 1811/21 1814/24 1818/18 1822/4 1829/8 1829/9 1834/15 1860/3 1869/23 1870/1
sometimes [18] 1814/2 1814/16 1814/24 1815/8 1815/23 1847/5 1847/5 1848/5 1848/20 1862/10 1862/10 1862/10 1862/11 1862/13 1869/6 1872/8 1875/16 1875/16
sophomore [2] 1814/24 1814/25
sorry [11] 1796/18 1821/23 1822/25 1825/25 1826/19 1832/6 1849/8 1849/18 1864/12 1876/12 1877/21
sort [3] 1803/15 1815/2 1868/24
sought [2] 1876/10 1876/13
sound [1] 1802/3
sounds [2] 1833/13 1858/5
space [13] 1805/22 1808/9 1808/10 1808/12 1809/11 1812/18 1864/8 1864/13 1864/23 1864/24 1865/4 1878/13 1878/13
sparked [1] 1814/18
special [1] 1872/1
specific [5] 1800/18 1819/24 1827/24 1828/10 1841/4
spectrum [1] 1815/15
spend [19] 1811/20 1818/8 1818/15 1850/2 1850/18 1851/2 1851/21 1852/5 1852/11 1853/5 1853/13 1854/5 1854/15 1855/4 1855/10 1856/6 1856/7 1858/18 1870/12
spent [6] 1851/17 1852/19 1852/19 1853/12 1853/22 1858/8
Spiegel [4] 1805/17 1805/24 1805/25 1806/1
spoke [1] 1843/4
spot [2] 1807/14 1871/5
spots [1] 1833/15
spring [2] 1860/17 1860/18
springs [1] 1812/3
Square [1] 1794/3
staff [3] 1844/13 1871/19 1871/22

stages [1] 1862/18
staggering [1] 1807/13
standing [1] 1838/18
star [7] 1842/5 1842/8 1843/23 1846/11 1859/6 1859/6 1863/24
stars [4] 1793/19 1840/19 1841/25 1849/15
start [7] 1806/4 1806/9 1806/13 1850/7 1852/13 1864/7 1879/11
started [2] 1817/16 1828/21
starts [1] 1866/17
state [1] 1839/7
statement [1] 1844/20 1850/2 1850/11
statements [1] 1843/25
STATES [5] 1793/1 1793/3 1793/10 1793/14 1874/4
stay [1] 1799/23
Steinberger [1] 1805/21
step [2] 1837/20 1879/4
Stephen [4] 1794/5 1815/20 1815/23 1870/18
Sterling [2] 1794/6 1794/9
Stern [1] 1806/12
Stevenson [1] 1793/14
still [6] 1796/5 1815/10 1821/13 1823/3 1824/10 1863/1
Stone [2] 1873/21 1874/25
stop [1] 1813/13
store [3] 1849/24 1862/12 1862/15
stores [3] 1802/7 1808/22 1809/5
story [1] 1831/17
Street [2] 1793/15 1794/9
stretch [1] 1800/8
stricken [1] 1803/18
strictly [1] 1805/19
strikes [1] 1869/13
strong [3] 1801/23 1813/23 1837/13
stronger [1] 1801/4
strongest [1] 1871/16
structured [1] 1835/15
struggle [1] 1873/13
studying [1] 1842/11
subagent [2] 1835/10 1835/13
subjective [2] 1844/17 1860/1
submission [3] 1798/4 1811/3 1823/22
submit [6] 1807/25 1808/1 1815/6 1821/7 1826/18 1855/7
submitted [1] 1826/13
substantial [1] 1867/2
success [2] 1807/16 1808/3
successful [7] 1798/24 1799/17 1804/23 1807/5 1808/11 1836/13 1859/1
such [1] 1852/20
Sue [1] 1796/15
supervise [1] 1837/11
support [4] 1808/5 1818/2

supported [1] 1817/24
sure [34] 1797/12 1797/22 1799/24 1800/14 1801/8 1802/18 1803/11 1803/16 1804/17 1812/8 1812/14 1813/14 1815/4 1816/9 1824/11 1825/13 1827/2 1829/8 1834/17 1839/14 1840/20 1841/16 1842/5 1843/20 1847/9 1852/16 1853/10 1856/11 1859/8 1860/16 1862/6 1863/18 1869/17 1875/11
surprise [3] 1821/1 1821/6 1876/25
surprised [1] 1876/23
surrounding [1] 1868/24
suspense [1] 1861/5
sustain [1] 1802/10
Sustained [2] 1803/18 1806/16
SWAT [1] 1868/13
Swedish [1] 1842/11
sweet [1] 1871/4
switching [1] 1821/5
sworn [1] 1838/21
systems [1] 1824/25

**T**

tab [2] 1828/4 1832/3
table [1] 1804/25
tabs [2] 1832/1 1832/4
take [19] 1797/1 1817/8 1817/9 1817/11 1840/25 1846/9 1846/24 1846/24 1854/1 1856/10 1856/13 1856/13 1856/17 1861/1 1865/16 1868/15 1869/24 1870/15 1870/22
taken [2] 1846/10 1856/18
takes [3] 1811/9 1817/6 1822/13
taking [5] 1835/24 1845/13 1851/15 1869/13 1872/5
talents [1] 1843/5
talk [10] 1805/23 1828/19 1834/12 1841/4 1841/20 1849/13 1855/2 1855/17 1856/14 1864/2
talked [4] 1796/11 1797/16 1819/9 1830/15
talking [13] 1815/10 1815/11 1827/7 1832/25 1854/11 1856/8 1856/24 1872/13 1877/12 1877/15 1877/17 1877/19 1878/3
tammy [5] 1794/11 1794/13 1880/18 1880/18 1880/20
target [2] 1816/19 1873/9
team [3] 1842/23 1868/13 1870/11
teams [3] 1799/9 1799/11 1799/13
tell [9] 1806/10 1807/5 1807/19 1811/5 1854/1 1861/25 1862/10 1865/18 1875/15
telling [2] 1812/13 1836/20
ten [5] 1826/8 1826/11

ten... [3] 1846/12 1850/6
1850/15
tend [1] 1854/23
tens [1] 1816/4
term [5] 1810/17 1836/12
1845/7 1861/21 1861/23
terms [11] 1813/2 1818/16
1828/19 1829/17 1843/19
1845/20 1846/21 1847/2
1847/5 1859/2 1863/7
testified [12] 1800/9 1801/3
1801/23 1803/2 1816/10
1817/5 1824/3 1826/5
1830/1 1830/12 1838/22
1878/5
testify [2] 1824/21 1829/20
testimony [23] 1800/11
1801/5 1801/25 1803/4
1813/2 1816/12 1820/21
1824/5 1825/17 1829/19
1829/22 1833/19 1834/11
1836/5 1838/5 1841/4
1855/6 1856/14 1877/23
1877/24 1878/19 1879/4
1879/22
than [25] 1800/21 1800/25
1803/3 1811/16 1811/25
1812/2 1816/11 1817/22
1820/11 1842/17 1843/2
1843/7 1844/18 1844/19
1844/25 1845/10 1847/7
1849/6 1850/20 1853/13
1860/4 1864/14 1871/12
1874/19 1875/3
Thank [31] 1796/8 1796/14
1825/3 1825/6 1825/8
1825/24 1832/6 1837/17
1837/20 1837/21 1837/24
1837/25 1838/14 1838/23
1838/25 1843/17 1856/2
1856/17 1871/8 1873/18
1873/22 1874/3 1878/25
1879/3 1879/3 1879/5
1879/16 1879/17 1880/1
1880/9 1880/10
Thanks [1] 1834/10
that [412] 1796/5 1796/11
1796/13 1796/14 1796/15
1798/8 1798/15 1798/20
1798/24 1799/10 1799/13
1799/15 1799/17 1800/2
1800/4 1800/5 1800/9
1800/11 1800/15 1800/16
1800/19 1800/21 1801/1
1801/3 1801/5 1801/12
1801/13 1801/14 1801/15
1801/16 1801/18 1801/23
1801/25 1802/2 1802/10
1802/12 1802/17 1802/18
1803/2 1803/4 1803/9
1803/12 1803/15 1803/18
1803/24 1804/9 1804/9
1804/17 1804/17 1804/20
1804/21 1804/23 1804/25
1805/22 1806/2 1806/7
1806/18 1806/19 1807/7
1807/10 1807/16 1807/17
1808/6 1808/17 1808/18

1808/23 1809/3 1809/3
1809/3 1809/4 1809/12
1809/14 1809/24 1810/14
1810/15 1810/18 1810/25
1810/25 1811/2 1811/6
1811/6 1811/11 1811/25
1811/12 1811/12 1811/14
1812/4 1812/9 1812/12
1812/16 1812/18 1812/19
1812/19 1812/20 1812/20
1812/24 1813/12 1813/24
1813/24 1814/4 1814/7
1814/11 1814/15 1814/15
1814/24 1815/5 1815/6
1815/8 1815/17 1816/2
1816/6 1816/8 1816/8
1816/10 1816/10 1816/12
1816/16 1816/18 1816/19
1816/21 1816/22 1816/23
1816/24 1816/24 1817/6
1817/6 1817/7 1817/15
1817/15 1817/21 1817/24
1817/25 1818/10 1818/12
1818/14 1818/22 1819/16
1819/18 1819/24 1819/24
1820/16 1820/17 1820/18
1820/21 1820/25 1821/1
1821/10 1821/13 1821/17
1821/19 1822/1 1822/1
1822/2 1822/5 1822/8
1822/9 1822/11 1822/14
1822/15 1822/16 1822/16
1822/17 1822/21 1823/3
1823/4 1823/10 1823/13
1823/15 1824/3 1824/4
1824/5 1824/12 1824/16
1824/17 1824/22 1824/23
1824/23 1825/2 1825/6
1826/6 1826/11 1826/13
1826/15 1826/19 1827/3
1827/9 1827/10 1828/4
1828/12 1828/14 1828/19
1829/9 1829/9 1829/10
1830/5 1830/15 1831/5
1831/20 1833/5 1833/8
1833/12 1833/13 1833/20
1833/23 1834/3 1834/8
1834/11 1834/12 1834/16
1835/9 1835/10 1835/19
1835/23 1835/25 1836/2
1836/3 1836/5 1836/9
1836/9 1836/16 1836/17
1836/19 1836/20 1837/8
1837/10 1837/11 1837/14
1839/15 1840/19 1840/22
1840/23 1841/8 1841/10
1841/11 1841/12 1841/17
1841/22 1841/23 1842/3
1842/3 1842/9 1842/12
1842/12 1842/14 1842/16
1842/17 1842/22 1842/24
1842/25 1842/25 1843/4
1843/9 1843/10 1843/15
1844/16 1844/21 1844/25
1845/5 1845/11 1845/14
1845/16 1846/7 1846/8
1846/13 1846/14 1846/15
1846/20 1847/21 1848/2
1848/5 1848/15 1848/17

1849/7 1850/2 1850/7
1850/8 1850/12 1850/15
1850/18 1850/20 1850/22
1850/23 1850/24 1851/3
1851/6 1851/12 1851/15
1851/15 1851/17 1851/18
1852/7 1852/10 1852/16
1853/13 1853/15 1853/15
1853/16 1853/17 1853/17
1853/23 1854/9 1854/13
1854/22 1854/23 1855/6
1855/12 1855/14 1855/17
1855/18 1856/25 1857/3
1857/8 1857/10 1857/22
1858/5 1858/17 1858/23
1859/3 1860/11 1860/13
1860/21 1860/21 1860/23
1861/2 1861/2 1861/23
1862/13 1862/14 1862/17
1862/17 1863/5 1863/6
1863/18 1863/21 1864/15
1864/17 1864/18 1864/20
1864/21 1864/24 1865/4
1865/23 1865/25 1866/7
1866/17 1866/18 1866/21
1867/2 1867/4 1867/8
1867/21 1867/22 1867/25
1868/1 1868/2 1868/3
1868/6 1868/16 1868/22
1868/25 1869/3 1869/3
1869/5 1869/7 1869/12
1869/16 1869/21 1869/23
1869/23 1869/24 1869/25
1870/7 1870/8 1870/12
1870/19 1870/25 1871/2
1871/4 1871/5 1871/6
1872/14 1873/3 1873/6
1873/6 1873/10 1873/12
1873/15 1873/20 1874/25
1875/3 1875/7 1875/23
1876/7 1876/10 1876/18
1876/21 1876/24 1876/25
1877/6 1878/6 1878/7
1878/13 1878/16 1878/17
1878/17 1878/19 1879/9
1879/9 1880/15
that's [43] 1796/19 1799/14
1801/8 1807/13 1809/5
1809/14 1812/11 1812/22
1813/13 1813/17 1815/2
1815/15 1816/15 1824/11
1826/16 1829/16 1829/18
1830/14 1834/17 1841/3
1842/1 1846/6 1847/11
1850/15 1853/5 1853/22
1854/13 1855/9 1856/8
1856/9 1858/4 1864/22
1865/17 1868/10 1868/16
1870/2 1870/13 1870/14
1870/20 1870/20 1870/22
1873/22 1877/25
their [36] 1798/4 1799/7
1799/18 1802/17 1802/21
1804/6 1805/8 1805/21
1806/2 1808/4 1808/15
1817/24 1818/2 1818/6
1819/16 1822/17 1823/25
1830/13 1833/11 1833/15

1836/18
1837/14 1847/10 1852/11
1854/5 1855/23 1856/1
1859/2 1861/8 1867/14
1867/22 1868/2 1873/10
1879/6
theirs [1] 1809/4
them [35] 1797/1 1797/4
1805/10 1807/25 1808/5
1808/5 1808/8 1808/22
1813/13 1813/15 1815/19
1816/12 1819/5 1822/19
1827/22 1834/19 1844/10
1849/6 1858/8 1858/9
1858/10 1859/22 1862/22
1868/1 1868/2 1868/7
1868/13 1868/20 1868/20
1869/20 1872/18 1873/9
themselves [1] 1846/19
then [28] 1801/20 1804/24
1805/3 1808/17 1813/9
1813/24 1815/13 1816/18
1817/16 1818/15 1826/15
1827/7 1828/24 1828/25
1829/2 1829/5 1833/4
1834/19 1834/20 1835/11
1845/22 1848/9 1858/6
1860/11 1867/6 1870/11
1878/15 1879/13
there [55] 1797/6 1797/7
1799/19 1802/6 1809/11
1813/21 1813/25 1815/8
1815/22 1815/24 1816/2
1816/21 1817/13 1817/18
1817/21 1818/1 1818/3
1818/14 1819/19 1821/13
1822/11 1822/12 1822/20
1823/6 1824/1 1824/10
1824/16 1824/23 1834/5
1834/17 1836/17 1836/22
1842/25 1843/7 1843/9
1844/13 1844/23 1845/10
1845/11 1847/7 1847/21
1848/9 1850/15 1851/14
1852/24 1860/13 1860/20
1864/13 1865/8 1868/5
1869/21 1869/22 1871/7
1871/21 1875/7
there's [40] 1797/22 1797/22
1799/3 1802/5 1802/5
1805/19 1807/2 1809/11
1812/24 1814/20 1814/23
1815/5 1815/8 1815/12
1815/13 1818/11 1819/10
1819/12 1821/4 1832/20
1835/12 1835/17 1842/23
1842/25 1843/7 1845/15
1849/17 1852/1 1855/6
1859/22 1864/15 1864/15
1868/6 1868/23 1868/23
1869/20 1871/23 1873/6
1877/11 1877/12
these [32] 1798/23 1798/25
1799/15 1799/18 1804/24
1804/25 1805/6 1805/7
1805/12 1807/24 1808/2
1808/2 1814/19 1815/1
1815/10 1830/12 1830/21

these... [15]  1830/23
1842/16 1847/2 1851/19
1858/25 1858/25 1859/7
1860/2 1860/7 1861/12
1861/15 1863/10 1867/24
1868/3 1872/5

they [120]  1797/12 1798/1
1798/2 1798/2 1798/5
1798/6 1798/7 1798/14
1798/15 1798/15 1798/23
1799/2 1799/7 1799/7
1799/7 1799/8 1800/20
1801/17 1804/8 1805/1
1805/3 1805/8 1806/2
1806/3 1806/4 1806/4
1806/7 1806/8 1806/9
1806/19 1807/7 1807/17
1807/18 1808/10 1808/10
1808/11 1808/16 1808/17
1808/18 1808/19 1808/20
1808/25 1809/1 1809/2
1809/19 1810/25 1811/24
1812/2 1812/20 1815/24
1816/9 1817/2 1817/6
1817/11 1817/24 1818/1
1818/6 1818/13 1819/5
1820/7 1821/12 1821/18
1822/2 1822/16 1822/18
1823/24 1825/16 1826/8
1826/22 1827/20 1828/9
1829/11 1829/17 1830/24
1833/2 1833/5 1833/11
1833/11 1833/12 1833/12
1833/15 1833/15 1834/19
1835/10 1835/11 1836/12
1836/14 1836/14 1836/15
1837/1 1842/25 1843/6
1843/22 1847/5 1847/24
1847/25 1848/3 1848/4
1849/24 1854/5 1854/14
1855/19 1855/21 1856/7
1859/2 1859/8 1862/11
1863/3 1868/7 1869/17
1869/19 1870/1 1870/2
1871/1 1873/15 1875/21
1875/25 1877/12 1877/15
1877/17

thick [1]  1825/17

thing [12]  1803/10 1803/11
1810/23 1815/22 1817/17
1822/13 1834/11 1854/13
1854/20 1870/2 1870/6
1870/9

things [7]  1814/20 1815/22
1816/15 1822/4 1857/3
1858/7 1871/24

think [98]  1796/14 1797/9
1798/3 1799/12 1799/24
1800/6 1801/12 1801/13
1801/17 1802/7 1802/16
1803/13 1804/9 1805/6
1805/8 1805/10 1806/3
1806/4 1806/8 1807/9
1807/17 1807/18 1808/15
1808/16 1808/19 1809/2
1809/11 1809/12 1809/14
1809/15 1811/24 1811/24
1812/1 1812/2 1812/4

1812/20 1814/2 1818/10
1819/3 1819/5 1820/10
1820/19 1822/1 1822/2
1822/6 1822/12 1822/14
1822/15 1823/5 1823/16
1823/18 1824/19 1830/1
1830/14 1830/18 1831/9
1831/12 1831/23 1833/11
1833/12 1833/21 1837/13
1837/14 1837/23 1842/22
1843/1 1844/5 1845/17
1846/19 1847/19 1850/10
1854/18 1854/18 1854/19
1854/19 1856/7 1857/25
1858/16 1860/5 1860/13
1867/22 1868/6 1868/7
1869/12 1869/16 1870/22
1876/12 1877/2 1877/11
1877/12 1877/15 1877/17
1878/2 1878/7 1878/15

thinking [4]  1798/7 1798/18
1819/21 1854/4

thinks [3]  1813/13 1815/18
1816/11

third [1]  1858/16

thirds [1]  1829/3

this [92]  1796/11 1798/23
1799/10 1800/19 1802/12
1803/14 1807/8 1807/11
1810/3 1812/8 1812/16
1812/19 1816/18 1819/16
1821/18 1822/2 1824/21
1824/22 1825/20 1828/1
1831/23 1832/14 1837/22
1841/2 1842/12 1843/12
1843/15 1843/25 1845/9
1846/13 1846/14 1846/20
1847/7 1849/19 1852/15
1852/16 1852/17 1852/24
1853/4 1853/18 1854/4
1854/8 1854/11 1854/11
1856/7 1856/10 1857/19
1857/19 1857/20 1857/21
1857/24 1857/25 1857/25
1858/2 1858/7 1858/8
1858/15 1858/15 1858/20
1860/14 1861/6 1863/1
1863/25 1865/10 1865/12
1865/16 1865/18 1865/19
1866/8 1866/12 1866/16
1866/20 1866/21 1867/11
1867/13 1867/15 1867/19
1868/18 1869/13 1870/15
1870/17 1871/13 1873/6
1873/7 1875/5 1875/6
1875/8 1875/8 1876/23
1877/8 1878/15 1878/17

those [45]  1796/19 1797/14
1797/21 1797/24 1798/3
1798/9 1799/5 1801/11
1804/16 1805/4 1805/23
1817/2 1818/20 1820/7
1823/17 1830/14 1830/25
1831/2 1831/4 1831/7
1836/23 1838/10 1838/12
1838/12 1838/15 1839/25
1847/16 1848/1 1857/16
1860/14 1862/5 1863/12

1868/25 1869/4 1870/12
1871/14 1871/19 1871/22
1871/24 1873/13 1879/23
1880/1

though [3]  1814/1 1852/19
1863/25

thought [5]  1831/3 1831/5
1871/6 1876/14 1877/21

thousand [2]  1811/17
1843/10

thousands [3]  1801/19
1810/2 1840/9

three [10]  1796/19 1806/8
1821/16 1822/3 1843/4
1859/20 1860/20 1862/22
1863/12 1864/17

Threshold [3]  1877/4
1878/11 1878/15

Threshold's [1]  1878/12

thresholds [1]  1877/7

thrillers [1]  1840/14

through [13]  1799/23 1802/6
1804/16 1852/9 1852/10
1854/4 1857/13 1857/16
1858/25 1859/14 1860/16
1860/16 1873/8

throughout [1]  1820/9

ticketed [1]  1849/25

TikTok [1]  1852/1

time [30]  1805/16 1810/19
1811/19 1814/13 1819/6
1824/16 1824/17 1825/21
1825/21 1828/20 1829/16
1833/13 1836/1 1844/15
1848/2 1848/3 1848/5
1850/15 1850/17 1850/17
1850/17 1851/2 1851/12
1855/21 1856/10 1862/11
1870/12 1872/5 1872/6
1875/12

time-consuming [2]  1848/3
1848/5

timeframe [1]  1854/8

times [10]  1794/3 1799/20
1804/13 1806/6 1806/7
1810/10 1814/21 1822/4
1849/1 1859/20

timing [1]  1814/16

tip [1]  1855/2

title [13]  1811/20 1827/24
1828/10 1852/14 1857/18
1860/9 1860/10 1860/11
1861/3 1871/16 1871/17
1875/6 1875/7

titles [15]  1802/17 1833/9
1833/10 1840/5 1844/9
1844/9 1859/21 1859/24
1859/25 1860/7 1860/14
1860/17 1860/21 1861/13
1861/15

today [6]  1829/11 1839/23
1840/1 1853/16 1878/5
1880/7

Todd [1]  1872/23

together [3]  1810/14 1811/3
1847/20

told [5]  1808/16 1872/25
1877/6 1879/8 1879/18

too [9]  1798/14 1810/23
1814/14 1855/3 1855/25
1859/22 1861/13 1863/13
1871/7

took [3]  1846/12 1863/8
1872/19

tool [1]  1871/16

tools [2]  1817/20 1821/5

top [28]  1798/6 1810/17
1811/5 1811/13 1811/23
1812/7 1812/14 1812/17
1812/25 1813/2 1813/5
1813/20 1813/23 1814/1
1814/7 1820/6 1833/4
1833/4 1836/20 1836/25
1845/7 1845/12 1854/14
1865/22 1866/16 1872/22
1873/9 1873/13

topic [1]  1861/17

total [1]  1875/3

touched [1]  1826/25

tour [1]  1849/23

tours [1]  1857/6

track [7]  1813/23 1843/5
1870/1 1870/2 1870/25
1871/12 1874/14

traction [1]  1809/12

traditional [1]  1817/17

traditionally [2]  1805/20
1818/10

trajectories [1]  1836/16

transcript [2]  1793/9 1879/19

transcription [1]  1880/16

Traveling [1]  1807/22

treat [3]  1803/15 1816/10
1817/10

treated [2]  1821/19 1868/8

treatment [2]  1802/5 1817/11

tremendously [1]  1804/23

trial [8]  1793/9 1799/10
1802/12 1832/9 1844/1
1845/9 1854/11 1880/12

tried [3]  1821/22 1821/23
1821/25

true [4]  1801/13 1801/13
1805/19 1868/22

truly [1]  1868/13

trust [4]  1808/18 1822/13
1822/14 1822/16

truths [1]  1835/17

try [7]  1811/19 1825/20
1826/11 1845/13 1859/16
1869/17 1876/1

trying [10]  1813/1 1836/6
1836/9 1836/20 1836/25
1837/1 1844/1 1849/21
1870/3 1875/14

tune [1]  1855/20

turn [7]  1808/6 1809/7
1826/8 1828/1 1828/4
1828/6 1859/13

turning [1]  1826/21

turns [1]  1826/11

TV [7]  1842/5 1843/22
1843/23 1849/22 1859/6
1859/8 1869/22

tweets [1]  1838/12

two [17]  1803/7 1804/25

two... [15]  1805/25 1820/7
1820/15 1820/17 1821/7
1822/4 1826/8 1828/22
1840/18 1845/22 1846/24
1859/8 1862/23 1866/25
1879/21
type [5]  1798/18 1845/17
1848/7 1849/14 1852/15
types [7]  1841/21 1842/17
1858/7 1864/3 1864/6
1867/21 1871/14
typical [1]  1841/8
typically [3]  1848/11 1851/19
1857/8

U
U.S [1]  1835/25
ultimate [1]  1851/9
ultimately [5]  1804/22
1850/14 1854/5 1854/17
1866/25
umbrella [3]  1820/8 1821/8
1823/11
umbrella's [1]  1823/9
unable [2]  1823/21 1823/24
uncertain [1]  1843/4
uncertainty [1]  1843/7
under [9]  1796/5 1817/1
1819/22 1819/23 1821/8
1828/14 1866/8 1870/10
1873/23
underbidders [1]  1863/25
understand [16]  1800/25
1810/20 1812/24 1813/2
1813/18 1815/3 1823/24
1824/8 1826/19 1836/19
1866/20 1868/19 1869/7
1873/6 1873/10 1878/23
understanding [2]  1812/8
1812/14
understands [1]  1801/22
understood [2]  1813/14
1877/25
understory [1]  1824/25
unfortunately [1]  1810/8
unheard [1]  1800/7
unit [1]  1844/4
UNITED [5]  1793/1 1793/3
1793/10 1793/14 1874/4
university [1]  1797/22
unknown [1]  1841/24
unreliable [1]  1851/16
unsolicited [1]  1809/17
until [7]  1811/8 1840/1
1845/9 1850/6 1850/21
1856/13 1879/12
untrue [1]  1799/12
up [25]  1799/14 1802/24
1804/22 1809/21 1811/6
1818/4 1826/8 1826/10
1826/11 1826/21 1838/24
1841/2 1843/16 1844/25
1861/8 1865/13 1868/18
1869/19 1870/21 1871/9
1874/2 1874/11 1875/11
1878/16 1879/18
uploading [1]  1810/5
us [47]  1799/22 1804/2

1807/11 1806/25
1807/19 1809/20 1811/1
1839/12 1840/3 1840/18
1841/21 1843/14 1844/17
1845/2 1845/4 1847/23
1850/16 1851/8 1851/8
1852/10 1852/14 1853/17
1854/1 1855/13 1857/21
1858/13 1858/16 1859/23
1860/15 1861/2 1861/25
1862/5 1862/10 1863/2
1863/4 1863/9 1863/16
1863/20 1865/6 1865/18
1867/15 1870/16 1872/17
1872/20 1875/9 1876/23
use [9]  1810/19 1815/24
1826/15 1828/1 1844/1
1848/1 1861/23 1872/25
1876/1
used [4]  1810/17 1841/3
1859/7 1872/3
using [3]  1817/20 1818/25
1842/1
usually [12]  1815/13 1846/23
1847/12 1848/18 1848/19
1850/6 1850/20 1850/23
1851/4 1855/20 1855/25
1869/20

V
V's [3]  1876/8 1877/1 1877/3
value [2]  1836/17 1836/18
vampires [1]  1852/17
variation [1]  1820/20
variations [1]  1821/4
varied [1]  1840/17
varies [1]  1834/13
vein [1]  1851/15
ventures [1]  1815/24
version [1]  1832/20
versus [1]  1845/25
very [49]  1796/8 1797/4
1798/20 1799/17 1800/11
1805/8 1806/9 1806/22
1806/23 1807/8 1808/11
1809/17 1809/25 1810/1
1810/2 1810/15 1810/15
1816/17 1817/11 1817/17
1824/9 1824/18 1824/20
1833/13 1840/17 1840/17
1841/25 1841/25 1843/5
1843/21 1846/23 1847/12
1851/6 1852/18 1853/1
1853/19 1855/13 1855/19
1855/19 1855/24 1857/10
1857/12 1859/5 1860/1
1861/5 1861/6 1862/22
1879/16 1880/10
veteran [3]  1805/2 1806/11
1807/20
veterans [1]  1805/25
viable [1]  1809/7
VIACOMCBS [1]  1794/6
vibrant [1]  1822/8
vice [1]  1839/10
Victor [1]  1877/20
video [2]  1838/4 1879/8
videotape [1]  1880/4
view [6]  1800/21 1801/15
1808/14 1834/4 1873/12

vision [1]  1822/8
Voelz [1]  1793/18
vs [1]  1793/5

W
waiting [1]  1838/2
walk [2]  1852/9 1852/10
wall [1]  1826/1
Walls [2]  1796/16 1830/18
WALSH [8]  1795/4 1796/11
1803/23 1806/18 1825/12
1826/5 1828/5 1828/21
wand [1]  1796/16
want [28]  1798/25 1802/3
1809/19 1811/11 1812/7
1812/14 1824/21 1828/20
1835/18 1835/18 1836/12
1836/13 1846/8 1847/19
1847/25 1852/11 1855/21
1857/16 1859/13 1861/17
1866/16 1869/18 1869/20
1873/2 1873/5 1873/15
1877/13 1878/14
wanted [20]  1804/6 1804/17
1804/24 1809/1 1810/11
1813/13 1816/8 1825/2
1826/10 1831/20 1832/14
1856/5 1864/11 1865/10
1872/25 1873/1 1876/2
1876/8 1876/10 1877/22
wanting [1]  1829/20
wants [4]  1798/17 1815/25
1848/10 1849/4
was [80]  1797/4 1799/24
1801/13 1804/23 1805/2
1805/20 1805/25 1806/5
1806/5 1808/18 1808/22
1809/4 1809/4 1810/2
1810/5 1810/10 1810/15
1810/15 1810/19 1813/12
1814/10 1814/11 1816/8
1819/2 1819/21 1819/22
1819/22 1819/24 1824/16
1824/23 1826/1 1829/6
1830/5 1830/18 1830/20
1830/20 1834/5 1834/11
1837/16 1838/21 1839/17
1839/18 1839/20 1839/22
1839/22 1841/19 1842/8
1843/15 1851/14 1851/15
1851/16 1852/17 1853/11
1853/14 1853/19 1854/20
1854/20 1856/18 1857/21
1857/21 1857/24 1858/2
1858/3 1858/11 1858/20
1858/21 1862/13 1863/1
1863/9 1863/25 1865/19
1866/25 1867/7 1867/15
1877/4 1877/23 1878/1
1878/6 1878/20 1880/4
Washington [5]  1793/6
1793/16 1794/10 1794/13
1880/20
wasn't [3]  1819/22 1833/22
1877/4
watch [2]  1805/22 1852/6
wave [1]  1809/15
way [22]  1798/16 1803/9
1803/15 1810/14 1812/5

1817/16 1817/16
1822/1 1822/16 1834/12
1835/14 1836/3 1836/24
1845/10 1845/11 1846/15
1847/24 1851/24 1852/2
1855/18 1878/17
ways [9]  1815/1 1815/25
1816/2 1845/22 1846/6
1846/13 1847/7 1847/21
1854/19
we [234]  1797/3 1797/16
1799/9 1800/19 1801/14
1802/12 1805/17 1807/22
1808/13 1809/2 1809/18
1809/20 1809/22 1809/22
1809/23 1809/23 1810/14
1810/21 1811/1 1811/20
1811/20 1811/21 1815/9
1815/10 1816/25 1817/3
1817/20 1819/17 1824/17
1824/24 1825/12 1827/7
1827/21 1828/1 1831/24
1832/8 1832/20 1834/17
1837/15 1838/2 1838/7
1838/11 1839/21 1839/23
1840/12 1840/13 1840/14
1840/16 1840/16 1840/21
1841/1 1841/16 1841/18
1841/23 1842/7 1842/9
1842/10 1842/12 1843/4
1843/13 1843/16 1843/25
1844/3 1844/3 1844/4
1844/5 1844/5 1844/9
1844/9 1844/10 1845/23
1846/4 1846/6 1846/6
1846/10 1846/16 1846/17
1846/17 1846/18 1846/18
1846/22 1846/23 1847/5
1847/9 1847/9 1847/10
1847/12 1847/19 1847/19
1847/19 1847/24 1848/3
1848/4 1848/19 1848/21
1848/22 1849/2 1849/4
1849/5 1849/9 1849/15
1849/16 1849/16 1849/22
1849/22 1849/23 1850/3
1850/3 1850/3 1850/5
1850/6 1850/7 1850/8
1850/21 1850/21 1850/24
1850/25 1851/6 1851/7
1851/11 1851/12 1851/17
1851/17 1852/3 1852/5
1852/21 1852/24 1853/11
1853/12 1853/13 1853/15
1854/7 1854/11 1854/22
1854/25 1855/1 1855/3
1855/4 1856/8 1856/10
1856/13 1856/17 1856/24
1856/24 1857/4 1857/13
1857/14 1857/19 1857/22
1857/25 1858/1 1858/8
1858/8 1858/10 1858/11
1858/17 1858/17 1859/8
1859/16 1859/17 1859/20
1859/23 1860/4 1860/5
1860/6 1860/12 1861/5
1861/7 1861/8 1863/2
1863/4 1863/15 1863/18

1901

**W**

we... [58] 1863/24 1863/25
1864/2 1864/9 1864/10
1864/25 1865/9 1865/13
1866/8 1867/24 1868/2
1868/10 1868/11 1868/16
1869/5 1870/13 1870/14
1870/16 1870/17 1870/18
1870/20 1871/15 1871/17
1871/17 1871/18 1871/25
1871/25 1872/1 1872/1
1872/2 1872/3 1872/13
1872/17 1872/18 1872/20
1872/22 1873/3 1874/1
1874/15 1874/21 1875/8
1876/14 1877/5 1877/19
1877/21 1878/2 1878/7
1878/7 1878/15 1878/17
1878/21 1879/7 1879/12
1879/13 1880/5 1880/7
1880/7 1880/8
we've [1] 1878/2
week [2] 1872/2 1873/4
well [63] 1797/4 1798/14
1800/14 1801/8 1803/7
1803/9 1803/15 1804/10
1805/5 1805/22 1806/12
1806/15 1806/18 1806/19
1806/19 1807/18 1807/24
1808/16 1809/11 1810/16
1810/19 1812/2 1813/21
1814/8 1814/16 1815/7
1815/18 1815/20 1815/22
1816/11 1816/17 1820/7
1820/16 1824/22 1827/21
1837/10 1840/20 1841/13
1851/11 1852/25 1853/1
1853/19 1860/11 1861/6
1864/9 1867/23 1868/6
1868/8 1868/19 1869/3
1869/4 1869/5 1869/6
1869/13 1871/15 1875/11
1875/22 1876/22 1877/9
1877/25 1878/11 1878/11
1879/11
well-established [1] 1807/24
well-funded [5] 1803/9
1806/12 1806/15 1806/18
1806/19
wellness [1] 1798/22
went [8] 1804/25 1845/4
1858/1 1858/1 1866/21
1870/18 1878/8 1878/21
were [28] 1796/21 1805/4
1805/8 1806/2 1808/17
1820/13 1822/11 1824/9
1824/24 1827/7 1830/4
1831/5 1838/13 1851/12
1851/16 1853/15 1856/24
1857/13 1857/14 1860/13
1860/16 1863/25 1865/25
1867/11 1872/13 1875/7
1877/12 1878/7
what [96] 1796/12 1797/10
1797/16 1797/20 1799/10
1800/2 1801/20 1805/23
1806/10 1806/22 1806/24
1807/9 1807/19 1808/14
1810/7 1810/18 1810/21

1814/4 1815/8 1815/17
1816/4 1816/16 1820/5
1822/20 1823/14 1824/7
1824/11 1826/20 1834/17
1835/2 1837/15 1839/9
1839/22 1840/10 1841/21
1843/18 1843/18 1844/5
1844/23 1845/12 1845/24
1847/1 1847/16 1848/7
1849/14 1849/19 1849/19
1851/7 1851/9 1851/16
1852/15 1852/18 1852/22
1854/5 1854/5 1854/6
1854/11 1854/25 1855/2
1855/4 1855/10 1855/21
1855/21 1857/2 1858/2
1858/6 1858/20 1859/21
1860/5 1860/9 1861/10
1864/3 1864/7 1864/23
1865/2 1865/18 1867/11
1868/16 1869/21 1870/3
1870/4 1870/11 1870/11
1871/12 1872/14 1873/12
1873/13 1876/22 1877/5
1877/11 1877/25 1878/14
1878/15
what's [11] 1800/21 1801/7
1802/2 1805/13 1811/8
1824/11 1854/5 1872/2
1872/3 1872/7 1877/13
whatever [1] 1815/25
when [56] 1796/7 1796/11
1798/2 1798/4 1799/7
1800/9 1804/8 1806/23
1807/15 1811/3 1814/21
1816/16 1818/10 1818/16
1819/12 1820/13 1824/15
1825/16 1827/15 1828/21
1829/5 1830/4 1832/25
1833/12 1836/9 1839/20
1839/22 1839/23 1841/11
1841/16 1841/18 1841/20
1842/21 1846/19 1847/2
1847/23 1850/3 1850/3
1851/20 1855/3 1857/2
1858/6 1860/4 1861/12
1862/9 1862/12 1865/17
1868/10 1869/25 1870/2
1870/17 1871/13 1874/19
1874/20 1875/14 1878/10
where [28] 1799/20 1799/25
1802/8 1804/12 1809/17
1810/4 1813/25 1815/1
1815/2 1821/21 1821/24
1831/25 1833/15 1836/13
1839/18 1844/24 1845/23
1849/23 1851/1 1852/6
1855/1 1868/23 1868/23
1870/13 1870/14 1870/20
1871/1 1872/3
wherever [1] 1798/8
whether [12] 1803/10 1811/4
1811/5 1813/20 1815/6
1843/22 1847/18 1847/19
1860/2 1860/3 1874/18
1876/13
which [16] 1802/20 1805/20
1806/21 1807/6 1808/10

1825/1 1826/13 1826/25
1843/20 1855/17 1861/5
1867/7 1867/16
while [3] 1808/10 1819/19
1838/2
white [1] 1809/11
who [48] 1796/15 1796/21
1796/22 1798/19 1799/22
1801/22 1808/3 1808/3
1809/23 1809/25 1810/9
1810/10 1815/6 1815/12
1815/13 1815/14 1816/4
1817/13 1817/21 1818/3
1818/3 1822/7 1836/22
1842/10 1842/11 1844/11
1847/10 1848/11 1848/21
1850/10 1851/11 1855/20
1857/19 1858/14 1861/18
1861/25 1862/8 1862/14
1864/10 1864/25 1865/19
1867/22 1869/22 1874/14
1874/16 1875/9 1876/10
1879/8
who's [2] 1851/3 1871/6
whole [3] 1799/18 1800/1
1807/9
whom [1] 1837/12
whose [1] 1830/23
why [19] 1798/12 1798/16
1804/5 1804/15 1807/25
1809/10 1813/13 1821/3
1823/24 1824/21 1833/7
1837/8 1844/16 1846/14
1846/14 1848/2 1861/2
1864/2 1866/23
wide [1] 1841/25
widest [1] 1859/16
will [49] 1796/5 1803/18
1807/22 1808/5 1809/15
1811/24 1812/19 1812/19
1812/25 1813/20 1815/6
1815/18 1816/11 1821/18
1821/19 1821/20 1825/6
1827/20 1832/1 1833/15
1836/1 1838/15 1841/3
1841/12 1842/12 1847/5
1847/9 1847/23 1849/24
1855/2 1855/2 1856/17
1857/9 1859/21 1859/21
1860/11 1862/10 1868/15
1869/3 1872/9 1873/8
1876/1 1876/22 1878/14
1879/12 1880/1 1880/7
1880/7 1880/8
willing [2] 1875/15 1875/18
willingness [3] 1848/23
1849/10 1859/10
win [3] 1798/9 1819/8 1819/8
win-win [1] 1819/8
winner [1] 1811/22
wishes [1] 1842/6
within [1] 1831/7
without [6] 1809/19 1824/24
1824/25 1852/13 1857/18
1870/4
witness [6] 1795/2 1838/1
1838/3 1873/17 1874/1
1879/6

WME [5] 1809/16 1818/22
1829/5 1830/4 1840/7
women's [1] 1840/15
won [9] 1832/18 1832/23
1832/25 1833/5 1863/2
1863/3 1863/5 1863/24
1865/10
won't [2] 1862/11 1868/15
wonderful [1] 1807/22
wondering [1] 1868/22
words [1] 1800/10
work [18] 1811/1 1811/21
1812/6 1812/9 1812/13
1813/4 1814/17 1816/2
1817/6 1817/7 1825/19
1837/11 1839/13 1847/25
1859/3 1868/2 1869/20
1873/15
worked [4] 1797/17 1807/21
1819/4 1852/22
working [6] 1811/15 1811/20
1812/3 1819/14 1847/20
1860/3
works [2] 1855/21 1866/1
world [4] 1827/4 1827/11
1842/14 1843/6
worth [2] 1835/21 1836/1
worthy [1] 1812/21
would [66] 1798/12 1798/16
1800/15 1801/1 1805/22
1807/25 1810/13 1811/2
1811/14 1815/20 1816/10
1818/8 1818/22 1820/13
1820/16 1820/17 1820/22
1821/13 1822/10 1822/10
1822/12 1822/14 1822/15
1822/16 1822/17 1822/19
1822/20 1823/6 1823/24
1824/3 1824/4 1824/9
1824/10 1825/4 1828/1
1828/4 1828/6 1831/3
1837/14 1838/7 1842/14
1844/10 1845/12 1852/18
1855/12 1857/4 1857/5
1858/18 1862/17 1864/10
1864/25 1865/12 1866/3
1866/7 1866/8 1870/4
1871/3 1871/7 1873/14
1873/16 1874/11 1876/14
1876/21 1876/22 1876/23
1876/25
wouldn't [2] 1811/21 1876/2
wren [1] 1807/8
write [3] 1846/8 1846/12
1872/25
writer [4] 1809/22 1852/16
1875/8 1875/9
writes [1] 1858/15
written [5] 1799/1 1842/12
1851/13 1857/20 1875/9
wrong [5] 1805/6 1808/20
1842/23 1842/24 1872/9
wrote [1] 1848/21

---

**X**

X760 [1] 1838/16

---

**Y**

yeah [12] 1804/6 1807/6

# Y

yeah... [10]  1815/4 1826/21
1830/7 1842/14 1843/12
1846/1 1860/1 1860/12
1868/3 1871/25
year [5]  1829/13 1840/24
1850/20 1859/20 1862/23
years [11]  1811/20 1820/22
1822/13 1837/10 1839/21
1840/4 1840/6 1846/12
1850/6 1862/23 1863/11
yes [111]  1796/25 1801/6
1802/22 1803/21 1804/3
1804/12 1804/21 1805/16
1808/9 1810/10 1810/21
1810/22 1813/22 1816/13
1818/10 1820/2 1820/25
1821/12 1824/6 1825/23
1826/7 1828/5 1828/7
1828/18 1829/15 1829/23
1829/25 1830/3 1830/8
1830/17 1830/19 1830/22
1831/10 1831/16 1832/10
1832/12 1833/17 1834/2
1834/13 1834/23 1835/8
1839/8 1840/2 1841/7
1842/8 1842/19 1844/3
1844/22 1845/1 1845/14
1848/21 1849/2 1850/3
1850/13 1852/1 1853/1
1853/25 1854/3 1855/2
1855/8 1855/16 1855/19
1856/22 1857/1 1857/15
1857/19 1858/5 1858/15
1858/24 1859/2 1859/20
1860/22 1860/25 1861/16
1861/22 1862/1 1862/4
1862/16 1862/22 1863/1
1863/12 1863/15 1863/24
1864/15 1865/5 1865/14
1865/24 1866/2 1866/19
1866/22 1867/5 1867/9
1867/12 1867/15 1867/24
1869/18 1869/25 1871/10
1871/20 1872/11 1872/17
1872/22 1873/11 1873/24
1874/3 1874/6 1874/21
1875/2 1875/5 1875/8
1875/25
yesterday [1]  1817/5
yet [3]  1807/17 1840/21
1842/10
York [9]  1794/4 1794/4
1794/7 1794/7 1804/13
1806/6 1806/7 1807/14
1810/10
you [498]  1796/4 1796/5
1796/5 1796/7 1796/8
1796/11 1796/12 1796/13
1796/14 1796/21 1796/24
1797/1 1797/1 1797/17
1797/20 1798/19 1798/22
1798/22 1798/25 1799/1
1799/14 1799/17 1799/19
1799/22 1800/7 1800/11
1800/13 1800/23 1800/24
1801/5 1801/15 1801/21
1801/21 1801/25 1802/3
1802/5 1802/7 1802/13

1803/4 1803/4 1803/10
1803/23 1804/2 1804/5
1804/11 1804/15 1804/20
1804/25 1805/6 1805/10
1805/12 1805/13 1805/15
1805/23 1806/10 1806/18
1806/23 1807/1 1807/5
1807/19 1808/1 1808/1
1808/10 1808/18 1808/20
1809/5 1809/7 1809/25
1810/4 1810/4 1810/9
1810/12 1810/20 1810/23
1810/23 1811/1 1811/6
1811/7 1811/7 1811/8
1811/11 1811/12 1811/12
1811/12 1811/16 1811/20
1811/24 1811/24 1812/6
1812/6 1812/12 1812/13
1812/13 1812/13 1812/15
1812/22 1813/4 1813/4
1813/21 1813/22 1813/22
1813/23 1813/24 1813/24
1813/25 1813/25 1814/2
1814/2 1814/4 1814/15
1814/18 1814/20 1814/21
1815/3 1815/3 1815/5
1815/8 1815/23 1815/24
1816/2 1816/5 1816/12
1816/14 1816/19 1816/24
1817/1 1817/5 1817/17
1817/24 1818/23 1818/24
1818/25 1819/7 1819/9
1819/9 1819/10 1819/12
1819/13 1819/14 1819/15
1819/20 1820/11 1820/13
1820/13 1820/18 1820/18
1820/18 1820/21 1821/1
1821/13 1821/16 1821/21
1821/24 1822/1 1822/2
1822/3 1822/4 1822/5
1822/9 1822/13 1823/3
1823/4 1823/16 1823/18
1823/19 1823/21 1824/1
1824/5 1824/8 1824/10
1824/13 1824/15 1824/17
1824/18 1824/19 1824/21
1825/1 1825/3 1825/6
1825/8 1825/16 1825/20
1825/24 1826/1 1826/5
1826/10 1826/13 1826/19
1826/20 1826/25 1827/6
1827/6 1827/15 1827/17
1827/19 1827/23 1828/1
1828/4 1828/6 1828/8
1828/13 1828/14 1828/14
1828/16 1828/21 1829/5
1829/8 1829/9 1829/10
1829/19 1829/22 1830/1
1830/4 1830/4 1830/7
1830/9 1830/12 1830/15
1830/15 1830/18 1830/20
1830/21 1830/23 1831/2
1831/3 1831/9 1831/17
1832/6 1832/8 1832/11
1832/25 1832/25 1833/5
1833/7 1833/19 1833/20
1834/3 1834/12 1834/15
1834/15 1834/16 1835/6
1835/17 1835/18 1835/18

1836/3 1836/9 1836/14
1836/19 1836/24 1837/8
1837/17 1837/20 1837/20
1837/21 1837/23 1837/24
1837/25 1838/14 1838/18
1838/23 1838/23 1838/23
1838/24 1838/24 1838/25
1839/2 1839/7 1839/12
1839/25 1840/3 1840/4
1840/7 1840/18 1840/19
1841/2 1841/5 1841/11
1841/12 1841/20 1841/21
1841/22 1842/1 1842/2
1842/4 1842/17 1842/21
1842/22 1843/1 1843/9
1843/17 1843/18 1843/20
1844/1 1844/7 1844/7
1844/19 1844/24 1844/25
1845/2 1845/4 1845/4
1845/7 1845/11 1845/13
1845/13 1845/17 1845/24
1845/24 1846/8 1846/13
1846/15 1846/21 1846/22
1846/24 1847/2 1847/7
1847/14 1847/18 1847/21
1848/1 1848/1 1848/6
1848/7 1848/11 1848/12
1848/15 1849/1 1849/11
1849/18 1849/18 1849/20
1850/1 1850/2 1850/10
1850/10 1850/12 1850/15
1850/16 1850/17 1851/1
1851/8 1851/11 1851/12
1851/19 1851/20 1851/24
1852/6 1852/9 1852/9
1852/11 1852/14 1853/2
1853/8 1853/21 1854/1
1854/18 1855/9 1855/10
1855/14 1855/17 1856/2
1856/3 1856/6 1856/17
1856/25 1857/2 1857/8
1857/9 1857/17 1858/6
1858/7 1858/13 1859/3
1859/23 1859/24 1860/9
1860/13 1860/13 1860/14
1861/1 1861/2 1861/12
1861/13 1861/18 1861/21
1861/23 1861/25 1861/25
1862/3 1862/5 1862/8
1862/9 1862/14 1862/14
1862/17 1862/17 1862/18
1862/21 1862/24 1863/14
1863/16 1864/3 1864/8
1864/20 1864/23 1865/2
1865/3 1865/6 1865/6
1865/16 1865/17 1865/22
1865/25 1866/1 1866/14
1866/16 1866/17 1866/20
1866/20 1867/4 1867/8
1867/10 1867/11 1867/19
1867/20 1867/20 1868/6
1868/20 1868/20 1868/20
1869/3 1869/16 1869/17
1869/25 1869/25 1870/1
1870/3 1871/1 1871/8
1871/13 1871/13 1871/14
1871/16 1871/19 1871/21
1871/24 1872/15 1873/5

1873/18

1873/22 1874/3 1874/11
1874/13 1874/14 1874/14
1874/16 1874/16 1874/18
1874/18 1874/22 1874/24
1874/25 1875/14 1875/14
1875/15 1875/17 1875/17
1875/20 1875/24 1876/5
1876/7 1876/7 1876/13
1876/14 1876/20 1876/25
1877/7 1877/15 1878/4
1878/10 1878/15 1878/19
1878/25 1879/3 1879/3
1879/4 1879/5 1879/16
1879/17 1880/1 1880/9
1880/10
You've [1]  1804/15
your [102]  1796/12 1799/10
1800/21 1801/7 1802/2
1803/19 1804/24 1808/14
1810/18 1813/2 1813/11
1814/18 1819/2 1819/25
1820/4 1823/8 1824/7
1825/4 1825/17 1825/21
1825/22 1827/3 1828/4
1829/19 1829/22 1830/5
1830/15 1830/21 1832/5
1832/13 1832/14 1833/7
1833/23 1833/24 1834/9
1834/11 1836/2 1836/5
1837/5 1837/24 1838/2
1838/11 1838/19 1838/24
1839/1 1839/7 1839/9
1839/12 1839/13 1839/22
1840/3 1840/18 1841/3
1844/13 1844/20 1845/5
1845/18 1846/13 1848/23
1849/8 1849/10 1851/9
1852/12 1856/4 1856/14
1856/20 1857/14 1859/10
1859/13 1860/20 1862/8
1862/24 1863/10 1863/16
1864/20 1865/12 1866/9
1866/13 1870/1 1871/9
1871/19 1871/21 1872/10
1873/12 1873/20 1874/1
1874/5 1874/12 1874/24
1875/10 1875/11 1876/7
1876/21 1877/10 1877/23
1878/19 1878/24 1879/2
1879/3 1879/7 1879/25
1880/5
yourself [1]  1873/8
YouTube [1]  1852/2
YouTubers [2]  1840/22
1841/24

# Z

Zando [9]  1805/17 1806/10
1806/11 1806/14 1806/18
1807/5 1807/6 1807/16
1816/8
Zando's [2]  1807/9 1816/7