```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3   * * * * * * * * * * * * * * *   )
     THE UNITED STATES OF AMERICA,   )      Civil Action
 4                                   )      No. 21-02886
                    Plaintiff,       )
 5                                   )
        vs.                          )
 6                                   )
     BERTELSMANN SE & CO. KGAA,      )      Washington, D.C.
 7   et al.,                         )      August 11, 2022
                                     )      9:33 a.m.
 8                  Defendants.      )      MORNING SESSION
                                     )
 9   * * * * * * * * * * * * * * *   )

10

11                   TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE FLORENCE Y. PAN,
12                  UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15   FOR THE PLAINTIFF:      JOHN R. READ, ESQ.
                             IHAN KIM, ESQ.
16                           LISA SCANLON, ESQ.
                             COLLIER KELLEY, ESQ.
17                           ROBERT VANCE, ESQ.
                             JONATHAN GOLDSMITH, ESQ.
18                           UNITED STATES DEPARTMENT OF JUSTICE
                             ANTITRUST DIVISION
19                           450 Fifth Street, Northwest
                             Washington, D.C. 20530
20

21   FOR THE DEFENDANTS      DANIEL M. PETROCELLI, ESQ.
     BERTELSMANN and         MEGAN SMITH, ESQ.
22   PENGUIN RANDOM HOUSE:   ABBY RUDZIN, ESQ.
                             DANIEL CANTOR, ESQ.
23                           M. RANDALL OPPENHEIMER, ESQ.
                             O'MELVENY & MYERS, LLP
24                           1999 Avenue of the Stars
                             Eighth Floor
25                           Los Angeles, California 90067
```

```
 1     APPEARANCES, CONT'D:

 2     FOR THE DEFENDANTS      STEPHEN FISHBEIN, ESQ.
       VIACOMMCBS and          SHEARMAN & STERLING, LLP
 3     SIMON & SCHUSTER:       599 Lexington Avenue
                               New York, New York 10022
 4
                               RYAN A. SHORES, ESQ.
 5                             SHEARMAN & STERLING, LLP
                               401 Ninth Street, Northwest
 6                             Washington, D.C. 20004

 7
       REPORTED BY:           LISA EDWARDS, RDR, CRR
 8                            Official Court Reporter
                              United States District Court for the
 9                              District of Columbia
                              333 Constitution Avenue, Northwest
10                            Room 6706
                              Washington, D.C. 20001
11                            (202) 354-3269

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                           I N D E X

2
                                   Direct   Cross    Redirect
3

4     WITNESSES FOR THE DEFENDANTS:

5     John Glusman (videotaped)      1907

6     Charles Duhigg                 1909    1941

7     Sally Kim                      1958    1991

8

9
      EXHIBITS RECEIVED IN EVIDENCE                     PAGE
10
      Plaintiff's Exhibit No. 989                       1909
11    Plaintiff's Exhibit No. 42                        2011

12    Defendants' Exhibit No. 263                       1909

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                THE COURT:  Good morning.

2                MR. KELLEY:  Good morning, your Honor.

3                THE COURTROOM DEPUTY:  Good morning, your Honor.

4      This is Civil Case No. 21-2886, the United States of America

5      versus Bertelsmann SE & Co., et al.

6                Will counsel please approach the podium to state

7      your appearances for the record.

8                MR. READ:  Good morning, your Honor.  John Read

9      representing the United States.

10               THE COURT:  Good morning, Mr. Read.

11               MR. READ:  With me at counsel table are Lisa

12     Scanlon, Collier Kelley and Ihan Kim.

13               THE COURT:  Thank you.

14               MR. PETROCELLI:  Good morning, your Honor.  Daniel

15     Petrocelli with Megan Smith, Abby Rudzin, Dan Cantor and

16     Randy Oppenheimer here with me at counsel table for

17     Bertelsmann and Penguin Random House.

18               Your Honor, we have 20 minutes of public and 16 of

19     closed session.  Should we start with the 16 of closed

20     session first?

21               THE COURT:  I don't think it matters.  I think I'd

22     rather just continue where we were.

23               MR. PETROCELLI:  Will do.  Thank you.

24               THE COURT:  Thank you.

25               Good morning.
```

```
 1              MR. FISHBEIN:  Good morning, your Honor.  Stephen
 2    Fishbein and Ryan Shores for ViacomCBS and Simon & Schuster.
 3              THE COURT:  Good morning.
 4              So we're going to continue with the videotaped
 5    testimony of Mr. Glusman.
 6              MR. PETROCELLI:  Yes.  Thank you.
 7              (Whereupon, segments of the videotaped deposition
 8    of John Glusman were published in open court.)
 9              MR. PETROCELLI:  Your Honor, that's the end of the
10    open session.
11              THE COURT:  Thank you.
12              I'm going to ask members of the public to please
13    exit the courtroom for now.
14              And this is going to be -- you said 16 minutes?
15              MR. PETROCELLI:  Sixteen minutes.
16              THE COURT:  So we'll call you back in after we
17    finish the confidential portion.
18              (Whereupon, certain unidentified members of the
19    public exited the courtroom and the following proceedings
20    were had:)
21              THE COURT:  I'll ask the parties to confirm that
22    everybody remaining in the courtroom should be here.
23              MR. PETROCELLI:  Yes, ma'am.
24              THE COURT:  Thank you.
25              Let's play the confidential portion.
```

```
1              (Whereupon, the confidential segments of the

2       videotaped deposition of John Glusman were published.)

3              MR. PETROCELLI:  That concludes Mr. Glusman's

4       testimony.

5              THE COURT:  Thank you, Mr. Petrocelli.

6              MR. PETROCELLI:  One housekeeping item, your

7       Honor, if I may.

8              THE COURT:  Closed session or open?

9              MR. PETROCELLI:  Excuse me?

10             THE COURT:  Is this a closed session or open

11      session?

12             MR. PETROCELLI:  No.  Open.

13             THE COURT:  Can we please let the public back in.

14             (Whereupon, the courtroom was duly reopened and

15      the following proceedings were had:)

16             THE COURT:  You may proceed, Mr. Petrocelli.

17             MR. PETROCELLI:  Thank you.

18             When I was examining Ms. Pande, I used a

19      demonstrative, a confidential demonstrative, which I'd like

20      to mark.  I neglected to do so.  It's Defendants'

21      Demonstrative 1.  It's also identified as DX 263.  There's

22      no objection from the Government.

23             THE COURT:  Any objection to that?

24             MR. READ:  No objection, your Honor.

25             THE COURT:  That will be admitted.
```

```
 1                 (Whereupon, Defendants' Exhibit No. 263 was
 2      entered into evidence.)
 3                 MS. SMITH:  Thank you, your Honor.
 4                 We call author Charles Duhigg.  Ms. Smith will do
 5      the examination.
 6                 THE COURT:  Thank you.
 7                 (Thereupon, the witness entered the courtroom and
 8      the following proceedings were had:)
 9                 THE COURT:  Could you remain standing for a moment
10      and raise your right hand.
11                 THE WITNESS:  Oh, sure.  Sure.
12                 CHARLES DUHIGG, DEFENSE WITNESS, SWORN.
13                 THE COURT:  You may be seated.
14                 If you'd like, you can remove your mask.  It's up
15      to you.
16                 THE WITNESS:  Is it okay for me to drink water?
17                 THE COURT:  Yes.  That's fine.
18                 THE WITNESS:  Thank you.
19                          DIRECT EXAMINATION
20      BY MS. SMITH:
21      Q.  Good morning, Mr. Duhigg.
22      A.  Good morning.
23      Q.  Can you please state your name for the record.
24      A.  My name is Charles Duhigg.
25      Q.  Mr. Duhigg, do you have a job?
```

1   A.  I do.  I'm a journalist and I write books.  I do that

2   via writing books for Andy Ward at Random House and by

3   writing magazine articles for primarily *The New Yorker*

4   magazine.

5   Q.  And how long have you been writing professionally,

6   Mr. Duhigg?

7   A.  I became a journalist after graduating from business

8   school in 2003 and I've done it since then.  So almost 20

9   years.

10  Q.  Can you tell us a little bit about your writing career?

11  A.  Sure.  I got an MBA, and halfway through my MBA decided

12  that I'd much rather be a journalist than be a

13  businessperson.

14          And so after graduating, I got a job at the Los

15  Angeles Times, where I wrote for the outdoors section and

16  then for the business section.  And then I moved to *The*

17  *New York Times*, where I was an investigative business

18  writer, and was there until 2017.

19          I wrote my first book and then my second book

20  while a reporter at *The New York Times*.

21          And then in 2017, I left the *Times* in order to

22  concentrate more on writing books and to write for *The*

23  *New Yorker*.

24  Q.  And, Mr. Duhigg, have you won any awards for your

25  writing?

1    A.  I have.  In 2013, I was part of a team that at the time

2    had won a Pulitzer Prize for our coverage of Apple and

3    international economics.  And then there's a number of other

4    prizes, but I don't think most people are familiar with

5    those.  So I can describe them if you want me to, but

6    they'll probably be meaningless names to you.

7    Q.  Mr. Duhigg, you mentioned that you're an author of

8    books.  How many books have you published?

9    A.  I've written two books with Andy Ward.  So I wrote a

10   book called *The Power of Habit* and another book called

11   *Smarter Faster Better*.  And I'm working on a third book

12   right now.

13   Q.  Let's start with your first book.  Can you tell us a

14   little bit about it?

15   A.  Sure.  Absolutely.  Let me just take a -- sorry.  I'm a

16   little nervous.  Let me take a sip of water, if that's okay.

17           THE COURT:  That's fine.

18   BY MS. SMITH:

19   Q.  I'll take this opportunity, Mr. Duhigg, to ask you to

20   slow down just a little bit --

21   A.  Oh, I'm sorry.  Sure.

22   Q.  -- because our court reporter is --

23   A.  Sure.

24   Q.  -- having --

25   A.  Sure.  I'll speak a little bit more slowly.

1          So the first book that I wrote is named *The Power*

2    *of Habit*.  And it's about the science of habit formation,

3    how habits emerge within our brains from a neurological

4    perspective, how they exist within our lives and our

5    societies and our organizations and how we can understand

6    those habits to try and change ourselves, but also change

7    society.

8    Q.  You mentioned Andy Ward.  Is Andy Ward your editor?

9    A.  He is.  Yes.

10   Q.  Where does Mr. Ward work?

11   A.  He works for Little Random, which is what they call the

12   Random House imprint inside Random House the company.

13   Q.  When you first sold your first book *The Power of Habit*

14   to Andy Ward, had you written the full book?

15   A.  No.  And this is pretty typical for nonfiction writers,

16   because you need to spend a lot of time reporting and

17   writing the book.  What I did is I wrote a proposal, which

18   again is pretty typical.  It took me about a year to write

19   that proposal outside of, you know, my day job at *The New*

20   *York Times*.

21          It was about -- it was about 50 or 60 pages long.

22   It sort of explains what I hope to achieve with the book,

23   like where I think my reporting will take me in a plan and

24   gives hopefully a taste of what the writing will be like.

25   And so I had written that proposal before bringing it to my

1    agent, who brought it to publishing houses.

2    Q.  So you mentioned your agent.  Did you have an agent at

3    the time you prepared your proposal for *The Power of Habit*?

4    A.  Not for most of it.  There was actually an agent that I

5    was trying to convince to represent me and she was not

6    interested in representing me.  So I didn't have an agent as

7    I was writing the proposal.

8         And then I wrote an article for *The New York Times*

9    magazine about the psychology of credit cards.  And someone

10    at the Wylie Agency saw that article and they contacted me

11    and they said:  Would you like to write a book about the

12    psychology of credit cards?

13         I said:  That sounds like the worst book ever.  I

14    do not want to write that book, but I'm really glad you

15    called because I actually have this proposal I've been

16    working on.  And so I went to the Wylie Agency and I met

17    with Scott Moyers, who was at that time an agent.  He's now

18    the publisher of Penguin.

19         And Scott said he would be willing to represent

20    me, and things kind of went from there.

21    Q.  Can you tell us a little bit about how you sold *The*

22    *Power of Habit* to Random House?

23    A.  Sure.  So we put together the proposal.  Scott helped to

24    polish it and get it to the right place.  And then he sent

25    it to a number of editors, I think, just to kind of get --

1    like to whet their appetite.

2           And he called me and he said:  You know, there's

3    this one guy, Andy Ward, who actually hasn't even started

4    working at Random House yet.  He's a magazine editor who's

5    going to be working at Random House.  They just announced

6    that.  He is interested in buying this book on a preemptive

7    basis, like he'll make an offer and sort of like prevent us

8    from having an auction or a bidding war.

9           And I didn't know anything about Andy Ward.  And

10   so I asked him about Andy Ward and I asked some friends.

11   And the word that came back is that Andy Ward is like the

12   greatest editor and just a wonderful person, but more

13   importantly a very, very good editor who can elevate your

14   prose.  And my feeling was that if I could work with a great

15   editor, that would be wonderful.

16          And so on Scott's advice, I agreed to give the

17   book in a preemptive way to Andy Ward.

18   Q.  You mentioned that Mr. Moyers, your agent, submitted the

19   book to a handful of other people.

20   A.  Yeah.

21   Q.  Who were those editors?

22   A.  I actually don't know.  I might have known at the time,

23   but I might also not have known.

24   Q.  Does that mean that you don't typically as an author ask

25   your agent for kind of a blow-by-blow of the acquisition and

1    submission process?

2    A.  Yeah.  Unlike -- I think of it like when you buy a

3    house, like the realtor tells you everything all the time.

4    Right?  This is very different.  The agent is a real

5    professional.  And so usually you sort of let them handle

6    all of the, like, knife work of getting an advance and

7    getting a book on track done.  You get to sort of stay out

8    of it, which is nice and important.

9            So yeah.  Certainly anything that I want to be

10   informed of, they will inform me of.  Anything I need to be

11   informed of, my agents will inform me of.  But it's not a

12   blow-by-blow because that's their job.

13   Q.  And you accepted Mr. Ward's preemptive offer for *The*

14   *Power of Habit*?

15   A.  I did.

16   Q.  Did you know Mr. Ward before you accepted that offer?

17   A.  No.  I had never met or spoken to him.

18   Q.  Did you consider any other editors?

19   A.  I mean, not really, because my belief was that if I had

20   a -- I've worked with editors as a newspaper reporter quite

21   a bit.  And I know that if you work with a great editor -- a

22   writer can write something that's good, but the best a

23   writer can do is good.  To be great, you really need an

24   editor who makes it great.  And so I wanted to find an

25   editor who would make it great.

1           And I spoke to people who had worked with Andy

2    Ward at his magazine -- at *GQ* and *Esquire*.  And they said:

3    This is a guy who makes you great.

4    Q.  Mr. Duhigg, how much money did Mr. Ward offer for *The*

5    *Power of Habit*?

6    A.  They offered an advance of $750,000.

7    Q.  And how did you feel when you received that preemptive

8    offer for a $750,000 advance against royalties?

9    A.  The main way I felt was happy; obviously, very happy.

10   But also relieved, because you don't get the whole check at

11   once.  Right?  They don't give you 750,000.  They give it to

12   you over four years, and they deduct 15 percent for your

13   agent and 30 percent for taxes.

14           So it meant that the first check I got would be

15   $115,000.  And that $115,000, that's the first of four.

16   That meant I could take a year off from *The New York Times*

17   to write the book.  Right?  That's about what I was earning

18   as my salary at *The New York Times*.  And we had just had a

19   baby, and so it meant that I could take a year to write this

20   book.  And I felt like it needed a year to read a great

21   book -- or to write a great book.

22   Q.  Did you write the book expecting to only earn as much

23   per year as you would as a journalist?

24   A.  No.  I mean, so I came up with the idea for this book

25   right before my first son was born.  And I had -- after

1    working for ten years, I had $40,000 in savings and I was

2    living in New York.  And so I wrote this book to make money

3    because otherwise we could not afford -- we couldn't afford

4    to buy a house; we couldn't afford to do anything.

5           So no.  When I wrote this book, it was not to get

6    the advance.  It was to write a great book that would

7    hopefully sell millions of copies, because that's where the

8    real money comes from:  It comes from selling a lot of

9    books.

10          And then there's all these other things that

11   appear.  Right?  You can give speeches.  You sell foreign

12   rights.  You sell your -- the IP to companies that take it

13   and do things with it.

14          So no.  I had hoped to earn much more than the

15   advance.

16   Q.  And did you have an expectation before you received

17   Mr. Ward's preemptive of what a publisher would pay for *The*

18   *Power of Habit*?

19   A.  I mean, no.  Not really.  I was -- I wanted to earn

20   enough -- I wanted to get an advance that was large enough

21   to allow me to take a year to write this book.

22   Q.  And was the amount of the advance the primary reason you

23   decided to sell your book *The Power of Habit* to Random

24   House?

25   A.  No, not at all.  I think this is true for me.  It's true

1    for every author I know, and I have a lot of friends who are

2    authors.  The advance is like -- I mean, it's money.  Right?

3    Like everyone likes money.  But it's like Issue No. 7 on the

4    criteria of how you make this decision.

5              The biggest issue is:  Do I like this editor?  Do

6    I think this editor is going to elevate my work and help me

7    write a great book?  Because if I write a great book, it

8    doesn't matter how big the advance is.  I'm going to sell a

9    lot of books.  And that's where the money is going to come

10   from.

11             But equally, am I working with a publishing house

12   that represents my values?  Am I working with a publishing

13   house that seems aligned with promoting my book in the way

14   that I think it's going to be successful?  Am I working with

15   people who allow me the freedom to write the book that I

16   want to write, that matters to me?  There's so many other

17   things that matter beyond the advance.

18             And I know that there's been a huge focus on the

19   advance in this trial.  But as -- for authors, the advance

20   is -- it is one part of the puzzle and it's a very

21   unimportant part of the puzzle because if the book works,

22   you make so much more money from things beyond the advance.

23   That's what you're focused on, is writing a book that people

24   want to read.

25   Q.  And how did *The Power of Habit* perform after it was

```
 1   published?

 2   A.  It's performed well.  We've been -- we had some lucky

 3   breaks.  And it's -- I can't remember the exact -- I think

 4   it sold over 4 million copies now in North America and then

 5   many more overseas.

 6   Q.  And did your editor contribute to making The Power of

 7   Habit a success as you hoped he would?

 8   A.  Yeah.  Oh, absolutely.  I mean, this book would not --

 9   it would not be unfair to have Andy Ward's name on the title

10   alongside mine.  It only succeeded because of Andy.

11   Q.  What did Mr. Ward do to make your book a success?

12   A.  I mean, everything from like -- before I write a

13   chapter, I write him a huge memo saying:  I think this is

14   what the chapter should do.  And he gives me pages and pages

15   of feedback on that.  Right?  And we strategize together

16   and we think together.  How do I report this?  Who do I go

17   after?

18           And then I'll write a first draft, and he'll go

19   through and he'll line-edit every single sentence and he'll

20   write things in the margins like -- he never writes, "This

21   is good."  It's only negatives things like, "This is

22   terrible.  No.  Don't do this."

23           So after I emotionally recover from reading that,

24   then I go back and edit it.  And then he does it again and

25   again and again.  I mean, a good editor is sitting by you
```

1    for every single page and is helping you see the

2    possibilities that you can't see on your own to elevate that

3    prose into something that's genuinely meaningful.

4    Q.  Mr. Duhigg, did Random House, the publisher, do anything

5    to make your book a success?

6    A.  Yeah.  Absolutely.  I mean, there's like a thousand

7    things, most of which I wasn't even aware of or am not aware

8    of.

9           But, like, take the book jacket.  Right?  They

10    came up with something like 13 or 15 different mockup book

11    jackets to try and figure out like which one is going to

12    attract the reader's eyes when it's sitting there on a shelf

13    and get them to pick it up.

14           They -- once the book was published and it started

15    going out, they assigned two publicists to me and a marketer

16    or maybe -- I'm sorry -- two marketers and a publicist.  I

17    always get them mixed up.  And those people worked

18    tirelessly, like, to get me on Terry Gross and to tell me

19    which podcasts I should do and to help me understand, like:

20    It's well worth going and speaking to this bookstore, but

21    you don't need to speak at this bookstore.

22           There was this huge sales staff who, like, knew

23    all of this stuff about, you know:  This is how you talk to

24    the Costco in Des Moines to get them to put the book on the

25    shelves.  But Books Are Magic, which is my favorite

1    bookstore in Brooklyn, like you have to talk to them

2    differently.  I mean, there were literally like hundreds of

3    people who knew something precise and helped -- were able to

4    step in and help me.

5    Q.  When in the publication process did Random House provide

6    you with this support?

7    A.  All the market -- that stuff I was talking about?

8    Q.  Yes.

9    A.  Mostly after.  So basically, like, it was me and Andy

10   writing -- when I'm writing the book.  And then the book

11   jacket folks come in and like there's people to sort of

12   bounce titles off of and things like that.

13          But then once the book was published, and

14   particularly once it starts selling, like once it's clear

15   that it is working, that there's something in it that

16   resonates with the audience, that's when most of the sort of

17   marketing and promotion, they really like lean in.

18          So it wasn't -- so the book has to earn that

19   support.

20   Q.  Mr. Duhigg, you mentioned that you talked to lots of

21   other authors and you have friends who are authors.  Right?

22   A.  Yes.

23   Q.  And do you talk to your peers about your publisher?

24   A.  Yeah.  Oh, I mean, the only thing writers like more than

25   writing is gossiping about writers.  So I spend a lot of

Duhigg - DIRECT - By Ms. Smith

1    time talking about editors, talking about other writers,

2    talking about -- yes.

3    Q.  And do you believe that since you received an advance of

4    $750,000 for *The Power of Habit* that you received any

5    special attention from Random House in connection with that

6    book?

7    A.  No.  No.  I mean, they were very explicit.  I mean, I

8    was -- because I was new to this, I sort of asked, like:

9    Can they make promises, like We're going to spend so much on

10   marketing and X, Y and Z?

11          And the answer was:  No.  Like we judge the book

12   based on, like, what -- the book you've written and we will

13   support it if it seems like it's -- the market -- the

14   readers are responding.

15   Q.  And, Mr. Duhigg, do you measure the success of *The Power*

16   *of Habit* by the amount of an advance you received?

17   A.  No.  No.  No.  The goal of being a writer is not to get

18   the biggest advance possible.  The goal of being a writer is

19   to write something that is beautiful and true that people

20   want to read and to figure out how to inform people that

21   this book exists.

22          And if you do that, if you write something that is

23   true and that touches people, they will buy it.  And then

24   you will get the royalties.  And the royalties will be so

25   much larger than that advance and the speaking fees and the

1    IP sales, all of it.

2            The goal is to write a beautiful book.  And that

3    is what makes the whole system work.  It's not to see if you

4    can con some publisher into giving you a large advance in

5    the hopes that, like -- no.  That's not what anybody in my

6    job wants.

7    Q.  Mr. Duhigg, did you earn out your advance for *The Power*

8    *of Habit*?

9    A.  I did.

10   Q.  And without getting into specifics, about how much money

11   have you made from that book?

12   A.  I made in excess of $5 million from *The Power of Habit*.

13   Q.  And does that include the speaking fees and the foreign

14   rights that you're mentioning?

15   A.  No.  I'm sorry.  Let me be more clear.  No.  That's just

16   North American royalties.  So from Random House, I've earned

17   in excess of $5 million.  And then there's speaking fees in

18   addition to that.  We've sold *The Power of Habit* into 40

19   different countries, not Random House, like other publishers

20   in other countries.  And each of them pay me royalties and

21   paid an advance.  So it's been -- I've been very fortunate.

22   It's been very remunerative.

23   Q.  Let's move on to your second book, Mr. Duhigg.  Can you

24   tell us a little bit about your second book?

25   A.  Sure.  It's named *Smarter Faster Better*.  And it's about

1     the science of productivity.  So it kind of builds on *The*

2     *Power of Habit,* but it's about why some people and some

3     companies are more productive than others.

4     Q.  How did you sell your second book, Mr. Duhigg?

5     A.  So that was actually completely different.  And I'm

6     sorry if I'm speaking too fast.

7              THE COURT REPORTER:  If you could slow down a bit,

8     please.

9              THE WITNESS:  Thank you.

10              So what happened was, after I had finished writing

11     *The Power of Habit*, but before it was published, I was -- I

12     had a phone call with Andy Ward and I said:  You know, like

13     productivity keeps coming up.  We should write a book about

14     productivity.

15              And then he contacted Andrew Wylie, who was then

16     my agent.  Scott Moyers had left.  And he told Andrew Wiley:

17     We'll buy that second book for the exact same contract as

18     the first book.

19              So I didn't have a proposal for that one, which to

20     any writers I do not recommend doing that, because it makes

21     writing the book really hard.  But they basically said:

22     Look, we liked what you turned in.  And so if you want to do

23     another one, we'll do it with you.

24     Q.  So you got the same advance for *Smarter Faster Better* as

25     you had for *The Power of Habit*?

1    A.  That's right.

2    Q.  And was there any other financial terms built into your

3    contract for *Smarter Faster Better*?

4    A.  I think that there was this, like, provision that they

5    would speed up the release of the advance on *The Power of*

6    *Habit*, like as a little, like, bonus.  So they didn't give

7    me any extra money.  They just gave me the money from *The*

8    *Power of Habit* a little bit faster, if I'm remembering that

9    correctly.  But it wasn't a big deal.  It wasn't like

10   something that -- it was just kind of a nice, like:  You're

11   doing a good job.  So attaboy.

12   Q.  Did you expect to receive that advance amount for

13   *Smarter Faster Better*?

14   A.  Did I expect to receive..?

15   Q.  That advance, the $750,000 advance for *Smarter Faster*

16   *Better*.

17   A.  I mean, I didn't expect anything.  Again, I was relieved

18   because it meant that I would get a check that was about

19   equal to one year of salary at *The New York Times*, and that

20   meant that I could take another year off to write the second

21   book.  It meant that we could actually buy a house, like.

22   So it was nice.

23   Q.  And did you try to negotiate a higher advance for

24   *Smarter Faster Better*?

25   A.  No.  No.  I think I asked Andrew Wylie to ask if they

1    would sign up for a two-book deal, because then I'd be,

2    like, guaranteed that I could write two more books.  But

3    they were not interested in that.  So no.  I didn't -- I

4    didn't want anything more.

5    Q.  Was the size of the advance the reason that you decided

6    to sell *Smarter Faster Better* to Random House?

7    A.  No.  No.  Not at all.  In fact, I remember at that point

8    because we had written *The Power of Habit*, because *The Power*

9    *of Habit* was good -- it hadn't come out yet, but I think

10   there was a recognition that, like, it was a good book --

11   Andrew Wylie said:  You know, if we go to other publishing

12   houses, we can get more -- we can run up -- we can get a

13   bigger advance.

14          But I wanted to work with, like -- again, the

15   advance is not the primary motivator.  I wanted to work with

16   Andy.

17   Q.  Were you contractually required to sell your second book

18   to Penguin Random House?

19   A.  No, I was not.  And maybe they would like a right of

20   first refusal.  But I'm not even certain that's right.

21   Q.  And you testified that Mr. Wylie was your agent at this

22   point because Mr. Moyer had left.  What did you mean by

23   that?

24   A.  So Scott Moyer left the Wylie Agency as an agent and

25   became the publisher of Penguin.  So he became -- which he

1    had previously been a bookseller instead of an agent or a

2    book maker.

3    Q.  And what role did Mr. Wylie play in selling your second

4    book to Random House?

5    A.  I mean, he, like, answered the phone.  Andy Ward called

6    him.  I don't know.  I mean, there might have been, like, a

7    lot of conversations.  But basically, like, the author

8    doesn't want to negotiate.  Right?  These are people that I

9    need to have, like, the most intimate relationship, one of

10   the most intimate relationships of my life with.  I don't

11   want to be arguing about money with them.  So that's what

12   Andy -- Andrew Wylie does.

13   Q.  And was *Smarter Faster Better* published by Random House?

14   A.  It was.

15   Q.  And was it successful?

16   A.  Yes.  It was not as successful as *The Power of Habit*,

17   but it sold in excess of a million copies.

18   Q.  And did *Smarter Faster Better* earn out its advance?

19   A.  It did.  The royalties from that have been in excess of

20   the advance.  They've been over a million dollars.  Just

21   from -- again, this is North American royalties.

22           So for *Smarter Faster Better*, we also sold --

23   Andrew Wylie on my behalf also sold that into, I think, 37

24   other countries, not with Random House.  And there are

25   speeches associated with *Smarter Faster Better*.  So I've

 1    earned more than a million dollars.  But I've earned over a
 2    million dollars in royalties.
 3    Q.  And --
 4    A.  Sorry if I'm giving too much.
 5    Q.  Without getting into specifics, about how much money do
 6    you earn from the speaking fees and the foreign rights
 7    compared to what you earn from your advance in royalty
 8    payments --
 9    A.  So --
10    Q.  -- in New York America?
11    A.  I'm sorry.  So are you talking about royalties or
12    advances?
13    Q.  Both.
14    A.  So they're about equivalent.  So I would say for my
15    first two books, what happened outside of North American is
16    about equal -- combined is about equal to what happened in
17    North America.
18          So it worked out that, like, the advance from
19    Random House -- it was just Random House at that point --
20    was 750,000.  I earned another 750,000 in advances from
21    outside of North American.
22          But again, the royalties are really -- that's --
23    the royalties are the big thing.  And those came in, and
24    that's about equal to North America.
25          And then speaking fees, I mean, speaking fees can

1    get great.  Like it's tens of thousands of dollars per

2    speech.  And it's not untypical to give, like, 30 speeches a

3    year.  So it's very remunerative.  Not just for me; for many

4    people.

5              THE COURT REPORTER:  Sorry.  You said it's not

6    atypical to give 30 speeches?

7              THE WITNESS:  So it's not atypical.  Yes.  I'm

8    sorry.

9    BY MS. SMITH:

10   Q.  And you're a nonfiction writer.  Right, Mr. Duhigg?

11   A.  Yes.

12   Q.  So from your conversations with your peer group and your

13   understanding of how they work, is it true that fiction

14   writers can also earn the same kind of additional income

15   from publishing books?

16   A.  Yeah.  Usually through different venues.  So they

17   oftentimes -- instead of giving speeches to companies, they

18   give speeches to MFA programs and they teach MFA programs.

19   They oftentimes go to conferences.

20             And, like, if you write science fiction, there's

21   this endless list of sci-fi conventions you can go to.  And

22   you get paid to do that.

23             And then oftentimes, for fiction writers,

24   actually, which nonfiction doesn't have quite as much, is

25   Hollywood.  Right?  Hollywood buys the rights to all these

```
 1   books, even if they're not going to make them into a movie.
 2   And they pay really well for that.
 3   Q.  And, Mr. Duhigg, you said you're also working on a third
 4   book.  Have you --
 5   A.  I have.
 6   Q.  -- sold that book?
 7   A.  Yes.
 8   Q.  I'm just going to ask you to let finish my question --
 9   A.  Oh, sure.
10   Q.  -- before you start your answer --
11   A.  I'm sorry.  Yeah.
12   Q.  -- just for the benefit of Ms. Reporter.
13   A.  Sorry.
14   Q.  At a high level, what is that book about?
15   A.  That book is about the science of communication and
16   conversation.
17   Q.  And to whom did you sell that book?
18   A.  I sold that book to Andy Ward.
19   Q.  How much did Random House pay to acquire the rights to
20   publish your third book?
21   A.  So they gave me an advance of $2 million for that book.
22   Q.  And were you contractually obligated to sell that book
23   to Random House?
24   A.  No.
25   Q.  Then why did you sell your book to Random House?
```

Duhigg - DIRECT - By Ms. Smith

```
1    A.  Because I want to work with Andy.  I mean, honestly,

2    like, not only do I enjoy working with Andy, but I'm going

3    to sell the most books working with Andy.  And selling the

4    most books is both spiritually rewarding and financially

5    rewarding.

6    Q.  I notice that you keep referring to Mr. Ward when I ask

7    you questions about Random House.  Is there a reason for

8    that?

9    A.  I mean, yeah.  Because I work -- I like -- I don't

10   really work for Random House; I work for Andy Ward.  Like

11   that is the relationship.

12   Q.  If Mr. Ward left Random House and went to another

13   publisher, what would you do?

14   A.  I would -- if he would have me, I would follow him to

15   another publisher.

16   Q.  Regardless of which publisher he went to?

17   A.  I mean, yeah.  I mean, essentially, yeah.  I don't know.

18   If he went to, like, some, like, far-right publisher, maybe

19   not.  But Andy wouldn't do that.

20          Like, I don't know.  Yes.  Anywhere that Andy

21   would go, I would want to go with Andy.

22   Q.  Mr. Duhigg, is your close relationship with your editor,

23   with Mr. Ward, is that unusual compared to your peers that

24   you know?

25   A.  No.  Many -- most writers will say that, outside of
```

Duhigg - DIRECT - By Ms. Smith

1    their marriage, their closest and most intimate relationship

2    is with their editor.  And I think there's a huge devotion

3    when you find a good one.

4    Q.  Mr. Duhigg, do you think that the $2 million advance

5    paid by Random House for your third book was the highest

6    advance you could have received?

7    A.  No.  I could have received far, far more.  And I

8    specifically asked my agent -- I told my agent, actually,

9    that I would be happy if he could just get me $1.5 million.

10   If we had gone -- yeah.  We could have earned a lot more.

11   But I didn't want that.

12   Q.  Did anyone else offer you money to publish your third

13   book before you sold it to Random House?

14   A.  Not formally.  But Audible had indicated that they

15   would, sight unseen, pay a million dollars or more for the

16   audio rights.  And other publishers have made clear that if

17   I'm ever unhappy that they would welcome me both emotionally

18   and financially.

19   Q.  So you mentioned a conversation with Audible.  Did you

20   use that conversation in your negotiations with Random House

21   about your third book?

22   A.  So I don't really do the negotiations with Random House.

23   Andrew Wylie does them on my behalf but design.

24         I did mention to Andy Ward that Audible had been

25   very encouraging, and I did that because I hoped that it

Duhigg - DIRECT - By Ms. Smith

1    would help him internally in rallying the troops to buy my

2    next book.

3    Q.  Did it work?

4    A.  I don't -- I don't know.  I don't know.  You would have

5    to ask them.  But I think so, because I've been told since

6    then -- and this is a little -- sorry.  This is a little bit

7    in the weeds, so tell me to stop.

8         When Random House bought my first two books, it

9    came from Little Random, the print, that makes print books.

10   And we sold a lot of audio books.  And so within Random

11   House, audio got a lot of money for my books, but they

12   didn't pay for my advance.

13        And so I had told Andy Ward about this Audible

14   thing in the hopes that they could -- instead of Little

15   Random paying my full advance, the audio division of Random

16   House could also pay part of the advance, which would be

17   more equitable.

18   Q.  And, Mr. Duhigg, you mentioned that you believed you

19   could get a much higher advance from your third book.

20   A.  Yes.

21   Q.  Did you want a higher advance?

22   A.  No.  So Andrew Wylie put together an analysis of what we

23   could expect if we went to markets.  Right?  That indicated

24   we could probably get between $4 and $5 million in an

25   advance for my third book.

```
 1              And I specifically said I did not want to do that.
 2     It's a very, very bad idea to take a very large advance.
 3     Q.  Why did you think it was a bad idea to take a very large
 4     advance?
 5     A.  Because if you're like me, this is a career.  Right?
 6     I'm not writing one book; I'm writing hopefully ten, 12
 7     books over my career.  And I want a partnership.  I want a
 8     partnership where my partner succeeds along with me, which
 9     means that I don't want them to take on a huge risk and I
10     don't want them to ask me to take on a huge risk.  I want us
11     to make choices that are sensible together.

12              And what I needed in an advance is I needed an
13     advance that was big enough to give me in this case two
14     years to write a book, because I thought that that's what
15     this book would take.  And if I wrote a great book, it would
16     sell millions and millions of copies.  So it doesn't matter
17     how big the advance is.  The prize is the end of the
18     rainbow.  Right?  When this book sells for years and years
19     and years.

20              And I felt like $1.5 million was plenty of money
21     to give me the time and the space to write that book.

22              And Andrew Wylie being Andrew Wylie, like, he is a
23     man who can, like, squeeze blood from a rock.  Like he got
24     2 million.  Right?  Because he, like -- because probably
25     because he can't stop himself.
```

```
 1              But I was pleased with that.  But I was very clear

 2    I did not want more than $2 million.  It's an advance.  It's

 3    not the economic point of writing the book.

 4    Q.  Mr. Duhigg, do you think it's unusual to have that

 5    feeling about an advance among your peer group?

 6    A.  Not among people who write more than one book in their

 7    lifetime.  Like this is a constant conversation among -- you

 8    know, Michael Lewis is famous for taking very modest --

 9              MR. KELLEY:  Objection, your Honor.  This question

10    calls for hearsay.

11              THE COURT:  Sustained.

12              THE WITNESS:  Okay.

13    BY MS. SMITH

14    Q.  Mr. Duhigg, can you tell us about anyone -- withdrawn.

15              Mr. Duhigg, do you believe that your agent has a

16    duty to get the highest advance for you?

17    A.  No.  No.  They have the exact opposite duty.  They have

18    a duty to find a place for your book where it is going to do

19    best.  And oftentimes, that means not taking the largest

20    advance.

21              This happens with overseas.  I've sold this

22    book -- all my books have been sold in the overseas markets.

23    Each country has its own little, like, deal.

24              And very often, the agent who -- this guy named

25    James Poland, who works within Andrew Wylie's offices, will
```

1    come to me and he'll say:  I got three offers on this book.

2    I think you should turn down the two top offers because this

3    third publisher, he's only -- he's not offering as much

4    money in an advance, but they will sell more of your book.

5    They are better positioned; they understand your book; they

6    understand you; they understand how to market this kind of

7    book.  They will make it more of a success.

8            From my perspective, what I'm saying is, that

9    actually means I will make more money, right?  Because it's

10   about sales.  It's not about advances; it's about sales.

11   Q.  Mr. Duhigg, do you expect your third book to earn out

12   its advance?

13   A.  I mean, I hope so.  Look, it is inevitable that I will

14   have a book that is a flop.  I mean, I will hopefully write

15   enough books that I'll have a book that is a flop.

16   Everybody has a flop.

17           And so I am very hopeful that it does earn out

18   this advance.  I'm hopeful that it's profitable for Random

19   House and for me.  There is absolutely no guarantee that it

20   will be.

21           But I also believe that even if it isn't, that I

22   have -- because I haven't tried to extort Random House, that

23   I have a relationship with them, where they will say, This

24   didn't work, but we are still with you; we want to do your

25   fourth book and we're going to figure out how to make that

1    one better.

2    Q.  Mr. Duhigg, do you believe that the Penguin Random House

3    and Simon & Schuster merger will disadvantage you in some

4    manner?

5    A.  No.  Exactly the opposite.

6    Q.  Why?

7    A.  I was thinking about this.  There was a bunch of

8    coverage about the fact that Stephen King had come in and

9    talked to this Court.

10          And, like, everybody knows who Stephen King is.

11   Like, all Stephen King has to do is just tweet that he's

12   written a new book and everyone's going to line -- I will

13   line up to buy it.  I love Stephen -- I read Stephen King

14   when I was 8 years old.

15          But nobody knows who I am.  Like nobody knows who

16   Charles Duhigg is.  And the market -- like, the world is

17   different now that you can't be Stephen King.  You can't

18   even be Malcolm Gladwell.  Like it's just -- that age is

19   over.

20          And so the only thing, the best insurance I have

21   that my book will be read, is to try and find a company that

22   hires data geeks who figure out that someone in Des Moines

23   who works in tech likes books like mine and that if we serve

24   them an ad on Facebook at 7:00 p.m., they might see that ad.

25   But that if it's someone in San Francisco and they don't

1    work in tech, then what we need to do is serve them an ad on

2    Twitter, and to do that in 10,000 different ways.

3    Discoverability.  Telling readers that this book exists that

4    they want to read.  That is the hardest thing.

5          And my experience is, I was with Random House

6    before Random House merged with Penguin.  And their

7    capabilities at data analysis and data analytics and access

8    to data and their investment in creating tools that help

9    authors sell their books, it became so much more

10   sophisticated after that merger.  And, like, I was told it

11   was more sophisticated because they now can be more

12   sophisticated.

13         And I'm told that -- I believe that if this merger

14   goes through that it will make it -- it will -- Random House

15   wants to sell books.  It wants to help its authors.  It

16   wants to make the world better for writers.  I think

17   expanding that to a new group of writers, the Simon &

18   Schuster writers, will make the world a better place.  And

19   if it doesn't happen, it will be disastrous for Simon &

20   Schuster, because they will get acquired by private equity.

21   And I covered private equity for a decade at *The New York*

22   *Times*, and I saw what happened with newspapers.  And they

23   will gut that company.

24   Q.  Mr. Duhigg, if the combined Penguin Random House and

25   Simon & Schuster offered you a lower advance after they

1   merge, what would you do?

2   A.  If they offered me a lower advance?

3   Q.  Yes.

4   A.  Like if I felt that was unjust?

5   Q.  Yes.

6   A.  Oh, I would go on Twitter and I would say:  They have

7   now violated their promise that they are going to -- that

8   this isn't going to change things.  Like -- I mean, not only

9   just me.  Like, I would go on Twitter.  I'd go to *The New*

10  *York Times*, to *Publishers Weekly*.  My -- Andrew Wylie would

11  go to all those publications.  Like, the hue and cry would

12  be enormous.

13          But I believe my editor would do that.  Like Andy

14  Ward would stand up and threaten to resign in protest.  Like

15  the company has promised that they will maintain

16  competition, that they will protect competition, that

17  they'll encourage competition.  And this is a profession

18  rooted in truthfulness and trust.  If they violated that, it

19  would be -- have very significant consequences.

20  Q.  Even if the company hadn't made that promise, would that

21  change your support for the merger?

22  A.  Yeah.  I mean, the fact that they made that promise is

23  great.  But yeah.  Even if they hadn't made that promise,

24  because, look, the thing that I know about Andy Ward and I

25  know about everyone who works in Random House is they love

1  authors.  These are people who have spent their entire life

2  trying to sell more books, to convince the public to read

3  and to buy books.  They have spent their whole life trying

4  to protect authors so that we have the freedom to write what

5  we want to write.  And I have never seen them do anything

6  that is not with the author's best interest in mind.  And if

7  they started behaving without the author's best interest in

8  mind, they would get abandoned by the entire industry

9  immediately.

10  Q.  So I just want to clean up, because I think I asked you

11  a question that you may have misheard.

12  A.  Oh.

13  Q.  Even if Penguin Random House hadn't made that promise,

14  would you still support the merger?

15  A.  Yes.  I would support the merger.  I'm sorry.

16  Q.  Thank you, Mr. Duhigg.

17  A.  I might be a little longwinded.

18          MS. SMITH:  No further questions.  I pass the

19  witness.

20          THE COURT:  Thank you.

21          Any cross?

22          MR. KELLEY:  Good morning, your Honor.  Collier

23  Kelley from the United States.

24          THE COURT:  Good morning.

25          MR. KELLEY:  May I proceed?

```
 1                   THE COURT:  Yes.
 2                          CROSS-EXAMINATION
 3      BY MR. KELLEY:
 4      Q.  Good morning, Mr. Duhigg.
 5      A.  Good morning.
 6      Q.  So you spoke a lot about advances.  And my general --
 7      tell me if this is correct.  Your general perspective is
 8      that advance doesn't matter that much.  Correct?
 9      A.  Well, I wouldn't say it doesn't matter.  I mean, look,
10      it's the money that allows me to write a book.  So it's not
11      that it's, like, totally immaterial.  But if you're asking
12      me, like, what I think about a book as an economic unit, the
13      royalties matter -- the royalties are what matter.  The
14      advance is just the publishing house giving me an advance on
15      those royalties.
16      Q.  So if the advance wasn't as important as the royalty,
17      why did you seek a $1.5 million advance for your third book
18      instead of higher royalty rates?
19      A.  Because it didn't occur to me.  I don't know.  I mean,
20      that was not an option that was given to me.
21      Q.  And you mentioned the advance for your three books has
22      helped you several times.  I believe you said it's helped
23      you write your previous two books you published and it's
24      helping you write your third book.  Is that fair?
25      A.  Yes, sir.
```

1   Q.  And it's helped you and it's allowed you to take time

2   off from your other jobs?

3   A.  Yes.

4   Q.  It's also -- I think you mentioned with *The Power of*

5   *Habit* the advance helped you -- you had had a new child.

6   Right?

7   A.  Yes.

8   Q.  And the advance helped you pay the -- you know, all the

9   baby stuff, basically?

10  A.  Yeah.

11  Q.  Okay.  And your second advance, it helped you buy a

12  house.  Correct?

13  A.  I mean, we had saved up some money at that point.  And

14  we were very -- I never knew if I was going to get fired

15  from *The New York Times*.  And so selling that second book

16  meant that it was like:  Okay.  Like, we can go ahead and

17  buy that house.  We're not going to get foreclosed on.

18  Like, even if I get fired from *The Times*, like, there is

19  this income stream that gives us a little bit of a cushion.

20  Does that make sense?

21  Q.  Yes.

22        So the advance has helped you with your living

23  expenses and it's allowed you to write these books.

24  Correct?

25  A.  Yeah.  It provided income while I was doing the

1   reporting and the writing for the books.

2   Q.  Okay.  And --

3   A.  And -- I'm sorry.

4   Q.  Continue.

5   A.  And promotion.  Like, once you publish the book, your

6   job isn't done.  It's actually -- you have a whole other

7   job.

8   Q.  Okay.  And it sounds like the marketing at Penguin

9   Random House has been very important to you.  Correct?

10  A.  Yes.  Yeah.

11  Q.  And it's been a big draw for you to continue to publish

12  books at Penguin Random House.  Correct?

13  A.  I would say actually the draw is Andy Ward.  It's the

14  editing.  There's -- I mean, there are many publishers that

15  could provide very similar marketing and promotion as Random

16  House.  So it's really been -- Andy Ward is really the

17  reason I'm there.

18  Q.  I think you also mentioned you almost prefer a small

19  advance to a larger advance.  Is that correct?

20  A.  I mean, not just almost.  Yeah.  In other words, there's

21  a certain -- there's a certain size of advance that makes

22  sense.  In excess of that is dangerous.

23  Q.  And that is because you earn out your advance -- or you

24  have earned out your advance for your previous two books.

25  Correct?

1    A.  I'm sorry.  Say it again.  I'm not sure I understand the

2    question.

3    Q.  So you don't seek a higher advance because you always

4    expect your book to earn out the advance.  Correct?

5    A.  I don't seek a higher advance because I don't -- the

6    advance should be sized to provide the money I need in order

7    to write the book.

8         Like what I do is I sit down and calculate, like,

9    this book is going to take two years.  Like how -- what size

10   of an advance do I need where I can take two years off of

11   earning money from magazine writing to write this book?  And

12   then my -- if I write a great book, then I think it's going

13   to sell enough copies that it'll -- what I earn will be

14   larger than the advance.

15        But in addition, it's not just the book.  So the

16   best way to sell an old book is to write a new book.  Right?

17   So when I go and I write a new book, I know that sales of

18   *The Power of Habit* are going to rise, because it just

19   reminds people that I exist.

20        And on each book, you can like speak for about

21   three -- you can be on the speaking circuit for about three

22   years.  But unless you write a new book, they stop asking

23   you to speak.  And speaking is really remunerative.  Some of

24   my colleagues earn, like, $100,000 a speech.

25        And so if you write this book, you can say, like,

1   Oh, I think that I'm probably going to have, you know,

2   hopefully a year, maybe three years of giving speeches and

3   earning from that.

4           So -- I'm sorry.  Did I answer your question?

5   Q.  I'll move on.

6   A.  Okay.

7   Q.  So you only receive royalty checks if your advance earns

8   out.  Correct?

9   A.  I'm not sure about the checks part.  But yes.  What

10  happens as far as I understand it is I'll get like a

11  statement that'll say:  You've earned $300,000 in royalties

12  and your advance was $750,000.  And so once you get to

13  750,000 and one dollar, we're going to give you that dollar.

14  But until then, we keep it to repay the advance.

15  Q.  So if you do not earn out your advance, you will not

16  receive royalty checks.  Is that fair?

17  A.  I believe so.  Yeah.

18  Q.  Okay.  You don't actually know how often authors earn

19  out their advance, do you?

20  A.  No, I don't.

21  Q.  You have not looked into studies as to how many authors

22  earn out their advance, have you?

23  A.  No, I have not.  I don't know if those studies exist.

24  But no.  I have not seen them.

25  Q.  So if I were to tell you that a majority of authors do

1    not earn out their advance, you wouldn't be able to dispute

2    that, would you?

3    A.   No.  I would not be able to dispute that.

4    Q.   And so the authors who do not earn out their advance,

5    they're not going to receive the royalties that you rely on

6    that has shaped your opinion.  Correct?

7    A.   I'm sorry.  Say the question again.

8    Q.   So the authors who do not earn out their advance, they

9    do not get royalties.  Correct?

10   A.   I believe -- right.  I don't think they get the next

11   dollar.  Yes.  I think you're right.

12   Q.   And you've primarily said that you don't seek a high

13   advance because you rely on royalties.  Correct?

14   A.   Yeah.  I mean, I think most authors -- like you don't

15   write a book saying, Gosh, I only hope it sells 10,000

16   copies, but I can convince some publisher to give me a big

17   advance.  You write a book because you want people to read

18   it.

19            And you're hopeful.  You go into this saying:  I

20   want an advance that's large enough to let me write a great

21   book.  But if I write a great book, like, I think people are

22   going to read it and they're going to buy it.

23            And I think that's what all authors -- and you're

24   right:  There's a number of authors for whom that doesn't --

25   and this will happen to me.  Some book I write will not earn

```
 1    out its advance.  But this is about a career; it's not about

 2    one book.

 3    Q.  And then so in the hypothetical situation you just said,

 4    where you don't sell enough copies to earn out your advance,

 5    you'd be thankful you got that advance, though, wouldn't you

 6    be?

 7    A.  No.  I would actually -- I would be very scared that it

 8    means that Random House would not want to work with me

 9    anymore, because they lost money.

10    Q.  But financially, you personally would have less money?

11    A.  I personally would have less money?

12    Q.  If your book did not earn out, if you did not receive

13    the royalties.  So you would prefer to have a higher advance

14    just in case you don't earn out.  Correct?

15    A.  No.  I mean, everyone in this room could go to something

16    that paid them more money.  Right?  Like you guys are

17    government lawyers.  You could earn more money.  We're not

18    trying to maximize money.  We're not trying to -- like, I

19    assume.  I assume.  The goal here is not -- you do this

20    because you believe in justice.

21            And I write books because I want people to read

22    those books, not to try and maximize my bank account.  And,

23    and, if I believe that more people will read my books

24    because I take a smaller advance, then I'll take that

25    smaller advance.  And I think it's going to pay off in my
```

```
1    benefit over time, even if it doesn't on this book.

2    Q.  So moving on, you stated that --

3    A.  Sorry.  I didn't mean -- I hope that wasn't --

4    Q.  Earlier, you stated that a private equity firm might buy

5    Simon & Schuster.  But you have no personal knowledge of

6    that, do you?

7    A.  I have -- no.  I have not spoken to the bidders myself.

8    But I did cover private equity for a number of years.

9    Q.  And you also mentioned -- I think you said the word

10   "data geeks"?

11   A.  Yeah.  Like data analytics experts.

12   Q.  So we can call it data analytics.

13   A.  Sure.

14   Q.  Do you know if Simon & Schuster has data analytics?

15   A.  I think every publisher has people who are looking at

16   data.

17   Q.  And so do you know if small publishers have data

18   analytics?

19   A.  Yeah.  Absolutely.  I know small publishers have data

20   analytics.  I mean, nowadays you can sort of buy some

21   aspects of it off the shelf.

22   Q.  You also mentioned Audible.

23   A.  Yes.

24   Q.  But you never actually considered Audible as an option

25   for audio rights, did you?
```

1  A.  What do you mean, "consider"?  I mean, certainly if

2  Random House had not been interested in my audio rights,

3  then Audible would have been the place I would have wanted

4  to take them.

5  Q.  You always intended for Random House to acquire the

6  audio rights to your third book.  Correct?

7  A.  I was hopeful they would acquire audio rights.

8          MR. KELLEY:  No further questions at this time.

9          THE COURT:  Thank you.

10         I think it's a good time for us to take a break.

11  So let's take 15 minutes at this time.

12         Please don't talk to anybody about your testimony

13  during the break.

14         MS. SMITH:  Your Honor, I have no redirect, unless

15  you have questions.

16         THE COURT:  I do have some questions, actually.

17  Let me ask you a few questions and then I'll let you go.

18         THE WITNESS:  Sure.  Or we can take -- whatever.

19  I have the whole day set aside.

20         THE COURT:  Thank you.

21         So you've spoken a lot about all authors want

22  this, all authors want that.  But it seems to me that your

23  experience, of course, is colored by your own success.

24         THE WITNESS:  Absolutely.

25         And congratulations on your success.

```
 1              THE WITNESS:  Thank you.
 2              THE COURT:  So what about authors who don't earn
 3    out their advances?  And we've heard in this trial that 85
 4    percent of books don't earn out their advances.  What if
 5    you're an author who didn't earn out their advance but you
 6    want to write a second book?
 7              THE WITNESS:  So I think if you're an author who
 8    didn't -- and this happens a lot.  I have a number of
 9    friends who, whether it's their second book or their third
10    or fourth, like, it's going to happen to me.  There's some
11    book I write that won't earn out its advance.
12              So I guess -- I'm sorry.  What's the question?
13              THE COURT:  But also 98 percent of the books
14    apparently are not --
15              THE WITNESS:  Right.
16              THE COURT:  -- top sellers.
17              THE WITNESS:  Yeah.
18              THE COURT:  We've heard lots of statistics.  You
19    know, 4 percent of the books account for 60 percent of the
20    profits.  And so I feel like you maybe are not a typical
21    author.
22              THE WITNESS:  So here's -- I think that's -- let
23    me answer that a couple ways.
24              THE COURT:  Okay.
25              THE WITNESS:  And I hope -- tell me if this
```

1    answers the question.

2                So I think for folks like myself, I'm very

3    typical.  Right?  So I'm a professional writer.  I have 20

4    years of writing experience.  And I'm a nonfiction writer.

5    You're not going to find a lot of *New York Times* reporters,

6    for instance, who write books that don't succeed in some

7    way.  Right?

8                THE COURT:  You guys are a very small portion of

9    the --

10               THE WITNESS:  Yeah.

11               THE COURT:  -- [indiscernible] market.

12               THE WITNESS:  I think --

13               THE COURT:  You --

14               THE COURT REPORTER:  I'm sorry, Judge.  I didn't

15   hear your question.

16               THE COURT:  I said:  And you guys are a small

17   portion of the author market.

18               My line of questioning basically is, you've given

19   me very interesting testimony.  But is it typical of

20   authors?  And there's a lot of data that I've been presented

21   with in this case that suggests that you are not typical.

22   So go ahead.

23               THE WITNESS:  What I would say is, I'm not certain

24   that there's anyone who's typical.  Right?  There's people

25   who publish poetry books.  And those people know that their

1    sales are going to be very small no matter how talented they

2    are.  There's people who publish science fiction.  And in

3    science fiction, like, the way the market works is, like,

4    basically if someone loves you, then they tell someone else

5    and you can become this huge hit overnight.

6           And people will write ten books that never sell

7    and then their eleventh book is a huge hit.  There's people

8    like me who are professional writers who want to make a

9    career of this.  And I think they're very similar to me.

10   They're very typical to me.  There's a whole bunch of other

11   people who write books essentially as a sideline.  And for

12   them, they never anticipate.  They never really want to be

13   huge writers.

14          There's writers who write bad books -- not bad

15   books, but they don't write great books because they know

16   that they'll get invited on the lecture circuit.  I know,

17   like, five or six of these guys.  And they're great.  Right?

18   They give great lectures.  But you need a new book to, like,

19   remind people that you give good lectures.

20          And so the thing I would say is, you're right:  I

21   am atypical.  But every author is atypical.  Like the most

22   you can do is you can create like a thousand little

23   groups --

24          THE COURT:  Of course.

25          THE WITNESS:  -- of people that you're like.

1           THE COURT:  But the focus on this trial is on

2    something in particular.  I feel you may be atypical for

3    what we're focusing on here, which is advances and things of

4    that nature, because if you -- you sort of have the luxury

5    of saying:  I'm going to get royalties later, so I don't

6    care as much about what the advance is now.  I just need

7    enough to write this book.

8           But if you were an author who can't expect

9    necessarily to earn out their advances, wouldn't they need

10   more of an advance to make sure they can keep supporting

11   their writing?  Because they have more risk.

12          THE WITNESS:  So again, my -- I'm not a lawyer, so

13   I don't understand a lot.

14          But my understanding was that the group that we're

15   talking about are likely expected bestsellers.  For someone

16   who is an expected bestseller, you anticipate that you will

17   earn royalties in excess of your advance.  Like that's the

18   whole point of being a bestseller.

19          And to your point, it would be -- if a publishing

20   house came to me and they said, We will give you exactly the

21   amount of money that you need to just write this book, then

22   I would say actually, like, That's really dangerous for me,

23   because what I need is I need something in excess of that,

24   because it's not just writing this book; it's that once the

25   book gets published, I'm going to spend a year promoting the

1    hardcover and then I'm going to spend a year promoting the

2    paperback.  And during that time, I'm going to start writing

3    my next book.

4              So $750,000 is actually a good amount of money

5    because not only it gives me 1 -- four checks of $115,000 or

6    whatever it is, you know, that lets me write that first

7    book, but to the point you just raised, it actually is the

8    seed fund to allow me to write the next book.  And I don't

9    think it's untypical for people -- it's not untypical for

10   people who think they're going to write a bestseller to

11   think that way.

12             In fact, I mean, I talk with a lot of my

13   colleagues about this, like, people who don't sell a lot of

14   books.  And this is how they do it.  They sort of -- it's

15   this chain, chain link.  Right?  Like:  I get the book on

16   track.  I write this book.  I use the advance to finance

17   writing the next book.  Hopefully, the book I just wrote,

18   the revenues -- royalties start coming in eventually, and so

19   that's how I pay for my kids' college.

20             But I have enough -- it's -- you get that money

21   over four years.  And that's long enough to write a book and

22   to start working on the next book.

23             Does that answer your question?

24             THE COURT:  No.  It's helpful.

25             And so I guess my closing question would be:  If

1    you were an author -- and I don't know if you can put

2    yourself in this position.  But if you were an author that

3    wasn't from *The New York Times*, didn't have a sense that

4    this is -- that people are going to read this necessarily, a

5    bigger risk for you, would you want a higher advance than

6    you would if you think you were going to earn out?

7            THE WITNESS:  If I believed in my book?  I mean,

8    if I anticipate that I'm going to be a bestseller, if I

9    anticipate that --

10           THE COURT:  No.  I'm just saying --

11           THE WITNESS:  So if --

12           THE COURT:  I'd like you to kind of put that

13   aside, because it's not really about anticipated

14   bestsellers.

15           THE WITNESS:  Oh, okay.  Okay.

16           THE COURT:  That's not what this is about.

17           But if you were somebody who considered this a

18   bigger risk in terms of how successful your book is going to

19   be, would you need a higher advance to finance your writing?

20           THE WITNESS:  If I was going to write one book,

21   and that is all I want to do with my life, is write one

22   book --

23           THE COURT:  That's not what I'm saying.

24           THE WITNESS:  So for the other -- for anyone else

25   who wants to write multiple books, you don't want to put

1    your publishing house, your partner, in a position where

2    they believe that you are a bad bet, because I'm going to be

3    coming back to them again and again and again and saying:

4    Bet on me again.  Like, this time it's going to work.

5    Please bet on me.  Like, believe with me that we can make

6    this work.

7            And so I'm not going to ask for a huge amount of

8    money because it means the next time I come, they're going

9    to say:  Look, it's just too big a risk.  We can't do this

10   again.  We've lost too much money on you.

11           And I've seen this with my fiction writer friends,

12   who it's not untypical for them to write four books that

13   don't sell at all until the fifth book suddenly makes their

14   career.  And they say the same thing.  They say, like:

15   Look, I don't want the biggest advance possible.  I don't

16   want to get as much money as I can.  I want money -- I want

17   an amount of money that lets me write this book and that

18   makes sense for you, my partner, so that if it doesn't work,

19   if this flops, when I come back to you and say, Let's try it

20   again, you don't say, It's just too expensive.  I've already

21   lost too much on you.  My boss won't let me do it because

22   your P&L will never come out positive.

23           Everyone has the same attitude if this is a career

24   for you.

25           Like you don't want to buy a million-dollar house

1    and get a $10 million loan on it.  You know that that's

2    bound to fail.

3            And by the same token, of course, there's no

4    author who wants to get more money than they can possibly

5    repay or earn out because it means you're never going to

6    write another book.  And for us, this is a career.

7            Does that answer your question?

8            THE COURT:  Yes.  Thank you.

9            Any questions based on my questions?

10           MR. KELLEY:  No more questions.

11           MS. SMITH:  No.

12           THE COURT:  Thank you very much.

13           THE WITNESS:  Thank you.  Thank you for having me.

14    This is a real honor.  I really appreciate it.

15           THE COURT:  Thank you.  You may step down.

16           (Witness excused.)

17           THE COURT:  Let's take our break now.  We'll

18    resume at 11:30.

19           (Thereupon a recess was taken, after which the

20    following proceedings were had:)

21           THE COURT:  Good morning again.

22           MR. PETROCELLI:  Good morning, your Honor.

23           Your Honor, the Defendants call Sally Kim, who is

24    the publisher of Putnam.

25           THE COURT:  Thank you.

```
 1              (Thereupon, the witness entered the courtroom and
 2     the following proceedings were had:)
 3              THE COURT:  Good morning.  Could you remain
 4     standing for a moment and raise your right hand.
 5              THE WITNESS:  Yes.
 6               SALLY KIM, DEFENSE WITNESS, SWORN.
 7              THE COURT:  Thank you.  You can be seated.
 8              If you'd like, you can take off your mask.  Its up
 9     to you.
10              MS. RUDZIN:  Good morning, your Honor.  Abby
11     Rudzin for the Defendants.
12              THE COURT:  Good morning, Ms. Rudzin.
13              MS. RUDZIN:  So I have a decoder Rosetta stone.
14     If I can hand it up.
15              THE COURT:  Sure.
16              MS. RUDZIN:  I also have a demonstrative that I
17     will be showing later.  Can I go ahead and hand a copy up
18     now?
19              THE COURT:  Yes.  Of course.  Thank you.
20              MS. RUDZIN:  (Tenders documents to the Court.)
21                          DIRECT EXAMINATION
22     BY MS. RUDZIN:
23     Q.  Good morning, Ms. Kim.  Can you please state your name
24     for the record?
25     A.  Sally Kim.
```

1    Q.  And please tell us about your job at Penguin Random

2    House.

3    A.  I am senior vice president and publisher of Putnam,

4    which is an imprint of the Penguin Publishing Group

5    division.

6    Q.  And what do you do as the publisher of Putnam?

7    A.  I oversee a team of editors who acquire and edit books

8    and I also oversee the marketing and publicity departments.

9    I also acquire and edit several books a year myself.

10   Q.  I just want to make sure the court reporter can hear

11   you.  If you'd speak into the microphone, please.

12   A.  Oh, sure.

13   Q.  Can you please give us a brief overview of your career

14   in publishing?

15   A.  So I've been in publishing for about 30 years.  I

16   started in 1995 as an assistant at the Sandra Diijkstra

17   Literary Agency.

18         About a year after that, I moved up to Harper San

19   Francisco, where I was an editorial assistant.  And then in

20   1998, I moved to the New York office of HarperCollins.

21         And then since then, I've held various editorial

22   positions at several different publishers, including St.

23   Martin's Press, which is an imprint of Macmillan; Crown,

24   which is an imprint of Random House; back to HarperCollins;

25   and then Touchstone, which was an imprint of Simon &

1    Schuster at the time.

2              And then in 2015, I moved over to head up Putnam.

3    Q.  How long have you been in a role in which you acquire

4    book rights?

5    A.  About 25 years.  1998 was when I became an acquiring

6    editor at HarperCollins.

7    Q.  And what types of books do you personally like to

8    acquire?

9    A.  I like to describe them as upmarket commercial fiction,

10   which is really an industry term, but it's the cross between

11   for me literary fiction and commercial fiction.  So that

12   means I'm always looking for a certain quality of writing

13   that can win awards and critical acclaim, but can ultimately

14   really appeal to a wide audience.

15   Q.  Are there any books you're particularly proud of having

16   acquired and edited?

17   A.  So many.  But the ones that come to mind really are the

18   ones where I really felt like I was reading something new

19   for the first time.  One example is *Sharp Objects*, by

20   Gillian Flynn, which we published at a time when dark

21   psychological suspense wasn't really as popular as it is

22   now, written by women.

23             And the other is a book called *The Prophets* by

24   Robert Jones, Jr., which is just a groundbreaking book about

25   the love between two enslaved men during Antebellum South.

1    This is a book when I read it for the first time, I felt

2    like I was reading a classic in the making and that in many

3    ways I felt like I worked my whole career for the

4    opportunity and the responsibility to publish this book.  So

5    it was a finalist for the National Book Award last year.

6    Q.  Congratulations.

7          Have you personally received any awards?

8    A.  I have.  Earlier this year, the Poets & Writers

9    organization honored me with the editor's award.

10   Q.  What does that award recognize?

11   A.  It recognizes sustained contribution to literary prose.

12   So it recognizes an editor who has contributed to that.

13   Q.  Congratulations on that, too.

14          Let's turn to Putnam.  What can you tell us about

15   Putnam?

16   A.  So Putnam is the oldest imprint in the industry.  It was

17   founded in 1838.  For many, many, years, it was -- it

18   maintained a very strong reputation for publishing very big

19   commercial blockbusters.  And it's maintained its status.

20   We've maintained our status in that we have more hardcover

21   *New York Times* bestsellers than any other imprint

22   consistently, year after year.

23   Q.  And what brought you to Putnam?

24   A.  So I was recruited to help -- to come to Putnam and to

25   help sort of revitalize from sort of its more mass-market

1    commercial list to include more diversion fiction and

2    different categories of fiction, including literary fiction,

3    women's fiction.  We also have turned some of our focus to

4    nonfiction.

5    Q.  How did you go about broadening Putnam's list?

6    A.  Well, it was a process.  I mean, really ultimately when

7    you're creating a list or expanding a list, you really need

8    editors at the helm to really attract books to that imprint.

9    So I really looked to find some editors who had strong

10   reputations for, you know, books in these categories that we

11   were looking to expand into, but also strong relationships

12   with agents, where they could attract those books.

13   Q.  Have you been successful in broadening Putnam's list?

14   A.  I'd like to think we have been.  It's ever-evolving, so

15   we're constantly working towards it.

16             But yes.  We still have a very strong franchise

17   list, a very strong commercial list, but we have been really

18   successful in publishing into new fiction categories; as I

19   mentioned, literary fiction, women's fiction.  And on the

20   nonfiction side, we have a strong prescriptive and narrative

21   nonfiction list.

22   Q.  So if I understood what you were saying, Putnam still

23   publishes franchise authors.  Right?

24   A.  Yes.  We are very proud to still publish John Sandford,

25   Clive Cussler, Tom Clancy, Lisa Scottoline, among others.

1    Q.  Putnam also now publishes some literary novels?

2    A.  Yes.  Some of the books that we always like to tout:

3    *The Immortalists*, by Chloe Benjamin, which was one of the

4    first books I bought at Putnam; *Such a Fun Age*, by Kiley

5    Reid, which was long-listed for the Booker Prize; *The*

6    *Prophets*, which I mentioned earlier, which I should note

7    that it was our first -- Putnam's first National Book

8    finalist since 1989; and *Booth*, by Karen Joy Fowler, which

9    we just learned a couple weeks ago was long-listed for this

10   year's Booker Prize.

11   Q.  And are you responsible for all of Putnam's

12   acquisitions?

13   A.  Yes.  I don't edit and acquire each one myself, but I do

14   approve and oversee all the acquisitions that we make.

15   Q.  So let's talk about the process for acquiring book

16   rights.

17          How many books have you personally acquired or

18   tried to acquire over the course of your career?

19   A.  Hundreds.

20   Q.  How does Putnam usually acquire books?

21   A.  At Putnam, I would say about 80 percent we buy through

22   one-on-one negotiations with agents.  And then the rest we

23   buy at auction.

24   Q.  So the 80 percent figure, based on what we have heard in

25   the trial, seems really high for just negotiations.  Is

1   Putnam somewhat unique in that?

2   A.  Yes.  I think it has a lot to do with the fact that we

3   are very -- still a franchise-heavy list.  Also, not only

4   with our franchises, but we have a lot of authors that are

5   repeat authors that we publish regularly.  So those

6   negotiations tend to be one-on-one.

7           We also, like a lot of imprints -- but we do get a

8   lot of exclusive submissions from agents.  So that means

9   we're looking at these exclusively and the negotiations

10  ultimately become one-on-one negotiations.

11          So -- and then, you know, I think auctions, you

12  know, tend to be emotional and dramatic, so I think

13  sometimes auctions do sort of stick out in people's minds

14  more than they do.  But -- so I actually am always curious

15  how many we end up buying at auction, and I had looked.  And

16  we consistently buy books at auction at about less than 20

17  percent.  So I was actually surprised to find that out

18  myself.

19  Q.  Do you find that on occasion a book is set out -- sent

20  out widely to editors, so not exclusively to Putnam, but

21  Putnam still just negotiates with the agent?

22  A.  Yes.  That actually happens probably most of the time.

23  We're part of a multiple submission.  A lot of editors in

24  the industry get the book, but we end up being the only

25  publisher that's interested.  That happens quite often.  And

1    then that ends up being a one-on-one negotiation with an

2    agent.

3    Q.  Does Putnam end up offering on every book that is

4    submitted to it?

5    A.  No.  We want to buy books that we love, but also books

6    that we feel fit the vision for the list.  So not every book

7    falls into those categories.  So no.  We don't offer on

8    every book.

9    Q.  So let's discuss auctions briefly, because they're a

10   minority of your acquisitions.

11         In an auction, do you know whom you're bidding

12   against?

13   A.  No.  Not usually.

14   Q.  Do you know the number of other bidders in an auction?

15   A.  No, not usually.  I mean, we'll always ask.  We always

16   like to ask agents as many questions as we can.  We don't

17   usually get the answers to those questions, but...

18   Q.  When the agent tells you how many bidders are

19   participating in an auction, does that affect how you bid?

20   A.  It can.  But really, we approach each auction, each

21   situation, individually and differently.  So if we really,

22   really want a book -- and that happens a lot -- we'll bid

23   what we want or what we need or what we think we need to buy

24   that book.  It only really takes one passionate editor at

25   another imprint to win that book away from us.  And we're

1    very aware of that.

2    Q.  If it's one of those situations you mentioned, where you

3    learn that Putnam is the only interested imprint, let's

4    start with:  How would you know that?

5    A.  We don't always exactly know.  We do -- we're in

6    constant contact with the agent once we receive a

7    submission.  We're talking to them constantly.  So sometimes

8    it's really a nuance.  It could be, you know, we're on the

9    phone with them and we get -- sometimes it's like the tone

10    of her voice or how enthusiastically she's pushing us to

11    make an offer.  We take little nuances like that and it

12    informs our thinking.

13    Q.  If you think Putnam is the only imprint interested in a

14    book, even though the agent has submitted it widely, does

15    Putnam then bid at a lower level?

16    A.  Well, no, not necessarily, because as I mentioned, we

17    want to win the book.  The goal is always to win the book.

18    And even if it's a one-on-one negotiation, we know the agent

19    can decide to send it to five more editors; and among those

20    five editors there could be one editor who decides they want

21    this book, too.  So we're constantly aware that there's

22    competition.  We need to bid what we feel we want to -- you

23    know, what we think we can -- how we can win the book and go

24    for it forthright.

25              I also think, you know, this is such a

1    relationship business; and there are agents that I have

2    known for 20-plus years that I still do business with.  And

3    if I consistently low-balled them or didn't get them fair

4    offers, I would not be able to do business with them

5    anymore.  They really, you know, rely on us to be able to

6    have fair and open negotiations.  So that is always front of

7    mind for me.

8                The other is the author.  We want to pay a fair

9    price and value for their book, and we want them to come and

10   be happy about the deal.  We want to start off on the right

11   foot.  I always say:  At Putnam, we want authors to come to

12   us with full hearts.  And so, you know, we keep that in mind

13   when we're making offers.

14   Q.  We've heard that Viking passed on the *Where the Crawdads*

15   *Sing* and that Putnam has made it a huge success.  Can you

16   tell us the story of how Putnam acquired it?

17   A.  So that was a book that was submitted widely.  The

18   editor at Putnam who received it read it, loved it, shared

19   it with all of us, ran up and down the halls.  And through

20   our conversations with the agent, we started to get the

21   sense, as I mentioned before, that there weren't a lot of

22   editors banging down his door to make an offer.  So we

23   decided to try to preempt and we made a preempt offer and he

24   accepted it.

25   Q.  And just generally, what was the preempt offer?

```
 1   A.  Mid-six figures.

 2   Q.  When Putnam submitted its offer for the book, did the

 3   offer include a marketing plan?

 4   A.  No.  We generally don't do that.  I would say it's hard

 5   to predict, you know.  We do think about marketing as we get

 6   closer to the publication of a book.  So often we're buying

 7   books either, you know, as a proposal, on an outline, you

 8   know, or in the case of even fiction, even if we have a full

 9   manuscript, that book is going to get revised and edited.

10   Any good editor will want to get their hands on it.  And

11   sometimes it's years before we are actually turning our

12   heads to actually publishing that book.

13          So, you know, it's really -- it doesn't make a lot

14   of sense to commit to any sort of marketing at the time of

15   acquisition.  I mean, who knew that BookTalk was going to be

16   a big thing just a year ago?  There's no way you could

17   account for that and guarantee something like that in a

18   contract.

19   Q.  What if the agent actually asks for a marketing plan as

20   part of a bidding process?

21   A.  They'll sometimes ask.  And we'll politely demur,

22   because specifically at Putnam we do pride ourselves on our,

23   you know, bespoke marketing campaigns for each book.  Every

24   book is very different.  We don't do cookie-cutter

25   campaigns.  That's one of the things we, you know, always
```

1    tout.

2            So we explain to them, you know, at this point,

3    when this book is only a proposal, it's only an outline, we

4    can send you a marketing plan, but it's going to be very

5    generic.  The book hasn't been written.  No one's read it

6    yet.  No one loves it yet.

7            So, you know -- and oftentimes, agents understand

8    that because they really want -- they understand that the

9    books are living, breathing things.

10   Q.  So back to *Where the Crawdads Sing*, how did Putnam turn

11   that into a book that sold a lot of copies?

12   A.  Well, we didn't know.  I mean, we always hope it's going

13   to be a success, but we didn't know when we first published

14   that book.  Our first initial print for that book was 25,000

15   copies.  People loved it.  You know, people are starting to

16   read it.

17   Q.  Let me just ask, is 25,000 copies a lot of copies?

18   A.  You know, it's not -- it wouldn't have been enough to

19   earn back the advance.  I'll say that.  You know, every book

20   is different.  But I will say for a debut novel, we were

21   very happy with that number.  And we were very proud to have

22   this book on our list.

23           And then Reese Witherspoon picked it for her book

24   club and the skies opened up.

25   Q.  Did that happen before or after publication?

1    A.  After publication.  The buzz just started, skyrocketed,

2    and then we put a lot of marketing support behind the book.

3    And marketing is interesting, because you can't create

4    demand out of thin air with just marketing.  When you have a

5    book that has some traction, has some buzz going, marketing

6    can really amplify that.  And it increases it and exposes

7    that book to, you know, a whole host of new readers.  So

8    that's what we did.

9            And then the book just continued and continued to

10   just create more and more buzz, more and more word of mouth,

11   and it became a huge success.

12   Q.  As of today, about how many copies have you sold?

13   A.  In the U.S., about 10 million.

14   Q.  So now looking at the other side of the coin, can you

15   tell us about a book that you passed on that ended up

16   selling well?

17   A.  That list is very long.  But I would -- one that comes

18   to mind is *The Girl on the Train* by Paula Hawkins.

19   Q.  Do you know how many copies of that have sold?

20   A.  I don't.  But I would venture to say millions.

21   Q.  You didn't think it was going to sell well?

22   A.  I just didn't personally connect with it as a reader.

23   Q.  How do you value a book Putnam is considering acquiring?

24   A.  Well, really, there are a couple questions I really

25   first ask myself:  Is this a book I love, that we love?  Is

1    this a book that fits the vision of our list?  And if the

2    answer is yes to both, then we will start thinking about the

3    value and we start running P&L, a P&L.

4    Q.  We've heard about P&Ls.  They start with a number of

5    copies of the book that the imprint thinks it can sell.  How

6    do you estimate that?

7    A.  Well, we start by looking at what we call comp books,

8    comparable books, whether they're books that have similar

9    editorial content or a book that we feel appeals to a

10   similar audience and to the book that we're trying to buy.

11           For example, if we're trying to buy a World War II

12   historical novel, we'll look at other World War II

13   historical novels and see how generally they have sold.  And

14   then we'll use those numbers to base our P&L around.

15   Q.  Is there kind of a direct correlation between the P&L --

16   sorry -- the comps you pick and the number of copies you

17   actually sell?

18   A.  Well, no.  It's just an educated guess.  It's really a

19   guide.  I mean, the way I always describe P&Ls is we go in

20   with a number that we really feel on advance that we think

21   we are going to try to be able to offer.  And then we use

22   P&L and the comps to sort of see:  Where do we end up?

23   Really, you know, how many copies should we reasonably

24   expect to have to sell in order to make money off that level

25   of advance?

1           So sometimes the P&L will tell us:  No, you're not

2    going to make a lot of money off that advance.  And that

3    obviously, you know, creates a conversation on our end.

4    Should we -- sometimes we'll pull a different comp to

5    justify that level.  Or sometimes we'll say:  Okay.  We know

6    we're not going to make, you know, X amount of profit off

7    this book.  We still are going to offer this advance.

8           So really I always feel like the P&L, it's not

9    dictating; it's a guide.  It's a guide that tells us where

10   we should expect to be.

11   Q.  Why would you offer an advance that your P&L tells you

12   would not allow Putnam to make money?

13   A.  If we love the book, we're going to want it.  But there

14   are other considerations.  I mean, sometimes I mentioned

15   that Putnam was going through a little bit of an evolution.

16   There might be a book that, you know, we -- in a category

17   that we publish well into.  So that book we know or we hope

18   will sell well, and so we're going to put a certain high

19   value on it.

20          Conversely, if it's a book in an area that we

21   don't publish into much, but we really want to get into that

22   business, you know, the horror category, for example, that

23   book is going to be worth a little more to me in that moment

24   than maybe to another publisher.  So I take that into

25   consideration.

1          I think about prestige.  There are books that we

2    have a sense, you know, might win an award or garner really

3    great critical acclaim.  And I'm always thinking about

4    Putnam's reputation, you know, in the industry, particularly

5    as we're evolving.  And so to me, that book might be worth

6    more to me and worth stretching for.

7          We're also always looking at authors as sort of a

8    long-term investment.  So if it's an author who we really

9    feel has ten books in them, you know, this is an author we

10   can really grow and develop, we might stretch to get that

11   first book, to have that author on our list.

12   Q.  Turning back to the P&Ls, besides the number of copies,

13   what are the other fields in the P&L?

14   A.  So we put in, you know, price, what we think the

15   dimensions of the book might be, how many pages we think

16   it's going to be ultimately when it's written.  So we fill

17   in fields like that that kind of give us a little bit of a

18   sense.

19          And then there are other fields that we don't

20   touch that are sort of cost-related, you know:  the price of

21   paper and printing and binding -- we call that PPB --

22   freight costs, shipping costs, marketing costs.

23   Q.  And you said you don't put those in.  Where do all those

24   costs come from?

25   A.  They're fixed by finance.  The finance department

1    controls those.

2    Q.  Do you know how the finance department estimates the

3    marketing cost of P&L?

4    A.  I don't know exactly.  But I do know it's sort of a

5    function that's sort of a percentage of expected sales

6    revenue.

7    Q.  In your experience, how common is it for different

8    imprints to value the same book differently?

9    A.  Very common.  I mean, I think I mentioned comps earlier.

10    It's such -- even pulling comps is such a subjective thing.

11    You talk to three different editors; they'll pull three

12    different comps for a book.  So I think that is one

13    variable.

14          But the list of things I mentioned earlier about,

15    you know, all the considerations I'm taking in, you know:

16    Is this a book I want to publish?  A category I want to get

17    into?  You know, a book that's going to bring prestige?  I

18    mean, these are questions that editors have different

19    answers to.  So inevitably you're going to get a different

20    valuation in the end.

21    Q.  Do you ever learn that your valuation was wildly

22    different from others?

23    A.  Often.  You know, sometimes I'll see -- there'll be a

24    book that I was in an auction for and we won't win and then

25    we'll see it reported in a place like Publishers Marketplace

1    and I'll see that it indicates maybe it went for seven

2    figures, and maybe I had only run my P&L and thought I would

3    bid to low six figures.  Conversely, I'm sure I know

4    sometimes at the end of an auction I'll get a sense from the

5    agent that maybe when I win an auction that I paid a lot

6    more than the last bidder.

7    Q.  Does it frustrate you when you learn that you might have

8    overpaid for the book?

9    A.  No.  I don't really think of it as overpaying.  I think

10   of it as the price I needed to pay to win the book, because

11   again the goal for us is always we want to win, especially

12   if it's a book that we really see for the list.

13            Ultimately, I'm never going to make an offer that

14   I can't live with.  So if I find out that another editor or

15   editors valued it much lower, I just -- I don't really care

16   that much, to be honest.

17   Q.  Are there other financial terms Putnam offers in

18   competing for a book besides the advance?

19   A.  Yeah.  We offer sometimes, you know, different

20   royalties, bonuses.

21   Q.  Can you just explain what a bonus is?  Is it just extra

22   money?

23   A.  The way I always describe bonuses is it is very much an

24   additional advance.  So -- and they kick in at certain sales

25   performance thresholds.

1    Q.  Is your willingness to negotiate those terms, a bonus or

2    different royalty rates, based on the advance level?

3    A.  No.  We have bonuses in different rates for a range of

4    all advances.  It really actually has less to do with the

5    actual individual advance and more to do with the agent that

6    we're negotiating with.

7    Q.  How so?

8    A.  Well, agents can be persuasive.  But also, you know, we

9    have again longstanding relationships with a lot of them,

10   and so some of them have the ability to convince us to agree

11   to certain terms.

12           And some of them, you know, their contracts -- the

13   agent contracts with us, you know, and the boilerplate

14   includes some of these terms already.  So it doesn't matter

15   if it's a quote-unquote small book or a big book.  They'll

16   get those terms.

17   Q.  Is there anything else Putnam does to try to win the

18   book besides offer attractive financial terms?

19   A.  Passion.  We often try to meet -- we almost always meet

20   an author, you know, before we make an offer.  And that

21   meeting I feel like is the most crucial part of all of this.

22   I always describe it as sort of almost like a two-way job

23   interview because we're assessing the author and her

24   ability, you know, to, you know, promote the book and talk

25   about the book and her vision.  But we're also pitching

1    ourselves and, you know, how great we would be to work with.

2            So these are things that we always are constantly

3    on the agent about throughout the whole process.  We're

4    calling; we're pouring on the love; we're talking about how,

5    you know, innovative we'll be.  And all the things that come

6    up a lot in the meeting we'll reiterate throughout the whole

7    negotiation process.

8            In fact, you know, when we send in an offer, we

9    always -- almost always include what we call a love letter,

10   where we highlight all these things and talk about all the

11   ways in which we are going to be such a great partner for

12   this author.  So we rely on passion to really kind of take

13   us over the edge sometimes.

14   Q.  When Putnam is touting itself to win the book, does it

15   ever talk about Penguin Random House's access to printing

16   facilities?

17   A.  No.

18   Q.  Does Penguin Random House's access to printing

19   facilities ever come up in conversations with authors or

20   agents?

21   A.  No, they don't.

22   Q.  Does Putnam ever win an auction even though the advance

23   it offers is lower than an advance offered by another

24   publisher?

25   A.  It does, and it happens a lot.  And I think that has a

 1    lot to do with, I guess, the meeting, you know, that I

 2    mentioned earlier, that vision-setting.

 3              And I think a lot of times that's when that

 4    first -- the chemistry between an author and an editor

 5    really -- I've seen it happen.  I've felt it myself.  That's

 6    when it's really born.

 7              And so when that vision is clear and that

 8    connection is really tight, you know, that will drive an

 9    author to come to an imprint even if it means taking a lower

10    advance.

11              One example is -- I think it's Author G here.

12    When I won that book, at the end of that auction, the agent

13    revealed to me that the author turned down a higher advance

14    of several hundred thousand dollars to come with us because

15    he really felt that Putnam and -- he felt he had a mind-meld

16    with me and that it was -- he was giving the responsibility

17    of his book to us.

18    Q.  Switching gears, who do you consider to be Putnam's

19    competitors?

20    A.  I consider all publishers to be our competitors.

21    Q.  Do you worry about losing a book to an imprint at

22    HarperCollins?

23    A.  Yes.

24    Q.  Do you worry about losing a book to an imprint at

25    Macmillan?

```
1    A.  Yes.
2    Q.  Do you worry about losing a book to an imprint at
3    Simon & Schuster?
4    A.  Yes.
5    Q.  Do you worry about losing a book to an imprint at
6    Hachette?
7    A.  Yes.
8    Q.  Do you worry about losing a book to other Penguin Random
9    House imprints?
10   A.  Yes.  I would say they're probably my fiercest
11   competitors, actually.
12   Q.  Do you have any sense of how many of your losses have
13   been to other Penguin Random House imprints?
14   A.  My sense, I think, is we actually lose more to an
15   internal peerage imprint than we do external.
16   Q.  Do you worry about losing a book to one of the smaller
17   publishing houses?
18   A.  I do.  And I think in some of the -- again, it's that
19   connection with the author and the agent, author and editor.
20   You can't really understate [sic] that.
21        I think some of the newer imprints that have
22   started, you know, Zando and Spiegel & Grau, those are
23   editors with very fine reputations in the industry,
24   longstanding reputations with agents.  So you'll see that
25   authors will want to go there because they know that these
```

1    editors have those reputations.

2              In fact, I published a writer named Lara Williams,

3    her first book, *Supper Club*, a few years ago.  We didn't

4    come to terms for her second book, and I discovered that

5    Zando actually bought that second book and published it

6    earlier this year.  I think it was one of their lead titles.

7    Q.  And so that was an author that Putnam had published her

8    first book and then she went to Zando for her second book?

9    A.  I published her second book and she went to Zando for

10   her third.  She published her first book elsewhere.

11   Q.  When you lose at auction, do you ask whom you lose to?

12   A.  Yes.  We always ask.  We don't always get the answer,

13   but we ask.

14   Q.  Why do you ask?

15   A.  It's a data point that we always like to know.  We're

16   always looking at ways in which we can differentiate

17   ourselves from other publishers.  So it's just always

18   helpful to know.  And to be honest, it's just fun to know

19   who you're up against in auction.

20   Q.  Switching gears again, how does Putnam decide the level

21   of marketing support a book will receive?

22   A.  Well, it really depends on each book.  Every book gets

23   some sort of marketing support.  We do put a lot of support

24   behind the books that we really feel have the potential to

25   succeed.

1  Q.  When does Putnam make that decision?

2  A.  Pretty close to publication.  By that time, the book has

3  been written; it's been edited; it's been revised; we've

4  shared it around internally; our sales department starts to

5  buzz about it.  And we have a sense of kind of what the

6  traction or reaction the book will get out there in the

7  world.

8         And also, the market, you know, what's happening

9  in the world?  I mentioned BookTalk earlier.  You know, the

10  book could suddenly be publishing into a category that's

11  very trendy.  You know, witch books are really hot this

12  year.  Who would have guessed two years ago when you signed

13  up a witch book that this would be a witch book moment?

14         So those are -- that's -- those are reasons why we

15  really do pay attention to not only the individual book, but

16  what's happening at that time.  So as we get closer to the

17  publication, we really start to hone in and think about the

18  important things that will help move that book.

19  Q.  When you are acquiring a book, does Putnam ever commit

20  in contract to provide a certain level of marketing?

21  A.  No.  Generally, no.

22  Q.  What, if any, relationship is there between the size of

23  the advance for a book and the amount of marketing support

24  it receives?

25  A.  I mean, there is some correlation.  I like to believe

1    that we are right some of the time and when we expect a book

2    to work well that it will.

3            But really, more than anything, it depends on the

4    book.  And it doesn't really matter what the advance is.

5    It's:  We're going to do this type of marketing that we feel

6    will position that book well to find its readers and

7    succeed.

8    Q.  Okay.  I'd like you to look at the demonstrative, which

9    is confidential, please.

10           MS. RUDZIN:  If you could put that up.

11   BY MS. RUDZIN:

12   Q.  So I'll ask you first, do you recognize all of these

13   books?

14   A.  Yes.  These are all books published by Putnam.

15   Q.  Let's talk about the first book, Book A.  Can you tell

16   us about that book?

17   A.  So Book A is a book we bought for $50,000.  It's a book

18   that we loved.  And it's a book when it -- after it was

19   revised and it came in, people really -- it was a book we

20   all loved at the imprint.  But really the sales team, the

21   sub-rights team, everybody started to really just go crazy

22   for this book.  So we put more marketing behind it.  We

23   thought:  Okay.  We have something here.  It's really --

24   we're getting a little focus test here internally.

25           And the book really started to work.  This was

1    also one that Reese Witherspoon picked for her book club

2    eventually when it went into paperback.  So we ended up

3    spending all told $185,000 on marketing, which is -- my math

4    is not great, but I will say it's almost I think four times

5    as much as we spent on the advance.

6    Q.  Do you know the marketing cost that was estimated by the

7    P&L for that book?

8    A.  No.

9    Q.  Is there a document that would refresh your

10   recollection?

11   A.  The P&L has a field for that.

12   Q.  Would that be a P&L that you would have reviewed when

13   you were deciding whether to acquire Book A?

14   A.  Yes; at the time of acquisition.

15              MS. RUDZIN:  Your Honor, may I hand it up?

16              THE COURT:  You may.

17              MR. VANCE:  Your Honor, Defendants produced

18   certain documents for the first time yesterday.  So to the

19   extent that one of these documents that they're using to

20   refresh the witness was produced yesterday, we would object.

21              MS. RUDZIN:  To be clear, your Honor, I'm not

22   planning on moving it into evidence.

23              THE COURT:  I'm sorry.  Your objection is you

24   didn't receive this until yesterday.  Are you saying they

25   shouldn't be able to use it?

Kim - DIRECT - By Ms. Rudzin

```
 1              MR. VANCE:  It wasn't produced in the case until
 2    yesterday.  So we don't think they should be able to use it.
 3              THE COURT:  Why wasn't this produced earlier?
 4              MS. RUDZIN:  Because it's outside the discovery
 5    period.  This book was purchased before 2018.
 6              THE COURT:  I'm going to sustain the objection.
 7    BY MS. RUDZIN:
 8    Q.  Let's talk about Book F, please.
 9    A.  Okay.
10    Q.  How much did Putnam pay for that book?
11    A.  $4 million.
12    Q.  And how much did Putnam spend marketing that book?
13    A.  90,000.
14    Q.  How does the 90,000 in marketing spend compare to the
15    size of the advance?
16    A.  Again, you're questioning my math here.
17    Q.  It's actually on the page.
18    A.  Oh, I'm looking here.  I see it.  2.3 percent.
19    Q.  What did the P&L for Book F estimate as the marketing
20    cost?
21    A.  You mean in the P&L?
22    Q.  Yes.
23    A.  I'm not sure.  I don't have that P&L in front of me.
24    Q.  Is there a document that would refresh your
25    recollection?
```

1    A.  The acquisition P&L.

2    Q.  Is that a P&L you reviewed when Putnam acquired Book F?

3    A.  Yes.

4            MS. RUDZIN:  Your Honor, may I hand it up?

5            THE COURT:  Yes.

6            MS. RUDZIN:  (Tenders document to the Court and

7    the witness.)

8    BY MS. RUDZIN:

9    Q.  Ms. Kim, what did the P&L estimate as the marketing cost

10   for Book F?

11   A.  $176,000.

12   Q.  So Putnam ultimately spent only half as much as the P&L

13   estimated.  Is that correct?

14   A.  Yes.

15   Q.  Let's talk about Book B, please.

16   A.  Okay.

17   Q.  What can you tell us about Book B?

18   A.  So Book B is another book we really loved.  We bought

19   that for $75,000.

20   Q.  How much did Putnam put into marketing it?

21   A.  We spent $75,000.  My math is good enough to say that's

22   100 percent of what we spent on the advance.

23   Q.  By the way, on Books A and B, do you have a sense of

24   what the P&L estimate would have estimated for marketing

25   costs, given those advance sizes?

1    A.  Yeah.  I mean, I've reviewed so many P&Ls.  It would

2    have been a lot lower than what we ended up spending.

3    Q.  Do you have any sense what -- the magnitude of how much

4    lower?

5    A.  Oh, probably in the low five figures.

6    Q.  Thank you.

7         Let's turn to Author E, Book E.

8    A.  Okay.

9    Q.  What can you tell us about that book?

10   A.  So this is a book that we paid a million dollars to

11   acquire.  It was the second book by this author and

12   following a nice -- very nice success.

13   Q.  How much did Putnam spend on marketing this book that it

14   paid a million dollars for?

15   A.  $35,000.

16   Q.  It looks like that is the book that Putnam spent the

17   least on in terms of marketing.  Do you agree on this slide?

18   A.  Yes.

19   Q.  Why did Putnam spend so little to market that?

20   A.  We really didn't need to spend that much more money to

21   market this book because the author has a high profile.  It

22   was following the success of a book similar to it that did

23   very well.  So we didn't really need to spend excess money

24   to get it to the readers and the attention of the readers

25   who would buy it.

1    Q.  Do you know what the P&L for Book E estimated as the

2    marketing spend?

3    A.  No.  I don't have it off the top of my head.

4    Q.  Is there a document that would refresh your

5    recollection?

6    A.  The P&L.

7    Q.  Is that a P&L you reviewed when Putnam acquired Book E?

8    A.  Yes.

9            MS. RUDZIN:  Your Honor, may I hand it up?

10           THE COURT:  You may.

11           MS. RUDZIN:  (Tenders document to the Court and

12   the witness.)

13   BY MS. RUDZIN:

14   Q.  Ms. Kim, what did the P&L for Book E estimate as the

15   marketing expense?

16   A.  $215,000.

17   Q.  So that would be significantly more than the actual

18   spend Putnam put into the book?

19   A.  Yes.

20   Q.  Ms. Kim, do you know why the P&L estimated a marketing

21   spend of $215,000 for Book E that got a million-dollar

22   advance and a lower amount -- I think you said 175 -- for

23   Book F, which got a $4 million advance?

24   A.  It's related to -- well, it's a percentage of the

25   expected sales revenue.  So that's how it's calculated.

1    Q.  So even though Book F got a four-times-larger advance

2    than Book E, the expected sales revenue was not four times

3    larger?

4    A.  It's sort of based on the fixed costs of the P&L.  So

5    it's not a variable field that we touched.

6    Q.  Does the marketing support Putnam puts behind a book

7    have any connection to the marketing costs estimated in the

8    acquisition P&L for the book?

9    A.  No.  You know, as I mentioned, you know, obviously we

10   hope that there's some correlation with books that we feel

11   are going to sell well.  But no.  We look at each book

12   individually.  We look and see, based on what the book --

13   what we feel it needs to be able to be marketed

14   successfully, we do those things.  And so it has no bearing

15   on how much we paid for the book.

16   Q.  We've heard others in this trial use the term "lead

17   title."  Are you familiar with that term?

18   A.  I am.

19   Q.  What does it mean?

20   A.  Well, we have three seasons in a year.  So every season,

21   we have two or three titles that we really designate as lead

22   titles, titles that we feel we really want the sales team to

23   really love and read, books that we feel we want to put a

24   lot of attention on and marketing support for.  So that's

25   sort of what a lead title refers to.

Kim - DIRECT - By Ms. Rudzin

1     Q.  Does Putnam's choice of a lead title have anything to do

2     with the advance it paid for the book?

3     A.  No.  Generally, you know -- I'll give you an example:

4     On our fall '22 list, we have a debut novel that we paid

5     $100,000 for which was our lead title for that season.  Then

6     just the past spring list of this year, we had another debut

7     novel that we paid $175,000 for.  That was our lead title.

8     Q.  I'd like to turn to some questions about the $250,000

9     advance threshold issue in this case.

10    A.  Okay.

11    Q.  Are the negotiations over a book that will cost more

12    than $250,000 different than negotiations over a book that

13    will cost less than $250,000?

14    A.  No.

15    Q.  Do books acquired for over $250,000 receive a different

16    level of sales support than books acquired for less than

17    $250,000?

18    A.  No.

19    Q.  Do books acquired for over $250,000 receive a different

20    level of printing and distribution support than books

21    acquired for less than $250,000?

22    A.  No.  No.

23    Q.  Would your answer change to any of those questions if

24    the figure was lower, like 100 or 150?

25    A.  No.

Kim - DIRECT - By Ms. Rudzin

1   Q.  Would it change if it was higher, like 350,000 or

2   500,000?

3   A.  No.

4   Q.  In your experience, have you observed whether the

5   average advance received by authors over the past ten years

6   has changed?

7   A.  It's got -- they've gotten higher.  I've been acquiring

8   books during that period, and they've definitely gotten

9   higher.

10  Q.  Based on your experience, do you believe you will be

11  able to buy books by paying lower advances if Penguin Random

12  House acquires Simon & Schuster?

13  A.  No.

14  Q.  Does Putnam plan to bid any differently if the merger

15  goes through?

16  A.  No.  As I said, you know, we're always worried about

17  just one editor anywhere being our competition.  So no.

18  We're not going to be changing the way we bid for books.

19          MS. RUDZIN:  Thank you.  I'll pass the witness.

20          THE COURT:  Thank you.

21          Any cross?

22          MR. VANCE:  Good morning, your Honor.  Robert

23  Vance for the United States.

24          THE COURT:  Good morning.

25          MR. VANCE:  I'm going to hand out some binders

```
 1    first.
 2              MR. KIM:  May I approach the witness, your Honor?
 3              THE COURT:  Yes.
 4              MR. KIM:  (Tenders documents to the Court and the
 5    witness.)
 6              MR. VANCE:  May I proceed, your Honor?
 7              THE COURT:  Yes.
 8                        CROSS-EXAMINATION
 9    BY MR. VANCE:
10    Q.  Good afternoon, Ms. Kim.  I'm Bobby Vance.  I represent
11    the United States.
12              You've worked at Penguin Random House since 2015.
13    Correct?
14    A.  Yes.
15    Q.  You've worked at the Putnam imprint that entire time?
16    A.  Yes.
17    Q.  There are approximately seven people at Putnam who
18    acquire or edit books?
19    A.  Yes.
20    Q.  And you've been the publisher of Putnam for a little
21    over two years.  Right?
22    A.  Yes.
23    Q.  You report to Ivan Held?
24    A.  Yes.
25    Q.  Mr. Held is the president of three imprints?
```

```
1    A.  Yes.
2    Q.  Those would be Putnam, Dutton and Berkley imprints.
3    Correct?
4    A.  Yes.
5    Q.  Do you have any responsibilities at the Dutton and
6    Berkley imprints?
7    A.  No.
8    Q.  Mr. Held reports to Allison Dobson.  Correct?
9    A.  Yes.
10   Q.  Ms. Dobson is the president of the Penguin Publishing
11   Group?
12   A.  Yes.
13   Q.  Penguin Random House has approximately 90 imprints in
14   the U.S.  Correct?
15   A.  Approximately.  Yes.
16   Q.  And you don't have any responsibilities at those other
17   imprints.  Right?
18   A.  No.
19   Q.  So your responsibilities are limited to Putnam?
20   A.  Yes.
21   Q.  You require Mr. Held's approval for the amount that you
22   can bid on a book.  Right?
23   A.  Yes.
24   Q.  That's true regardless of the amount?
25   A.  Yes.
```

 1    Q.  And Mr. Held requires approval from Ms. Dobson for any

 2    offer at 250,000 or above.  Right?

 3    A.  Yes.

 4    Q.  And any advance above 1 million requires approval from

 5    Madeline McIntosh.  Correct?

 6    A.  I believe so.  I'm not certain.

 7    Q.  Ms. McIntosh is the CEO of Penguin Random House U.S.?

 8    A.  Yes.

 9    Q.  I want to talk about the performance of books that

10    Putnam has published.  Let me direct your attention to your

11    binder.

12         In your binder, there's a folder labeled PX 989.

13    In the folder, you're going to see what has been marked for

14    identification purposes as Plaintiff's Exhibit 989.  So let

15    me explain how this is organized first.

16    A.  Okay.

17    Q.  There is an email with two attachments.  The email

18    should be on top.  The attachments are both Excel files, and

19    both Excel files have multiple sheets or tabs.  We had to

20    print this on very large paper for readability.

21    A.  I, do, too, when I review these.

22    Q.  Each attachment is stapled together.  As I mentioned,

23    there are multiple tabs.

24         So what we did was in the bottom left-hand corner

25    we put the tab name and then we put the corresponding year,

```
 1   just to keep us organized.

 2   A.  Okay.

 3   Q.  Does that make sense?

 4   A.  Yes.

 5   Q.  Let's look at the email first.

 6              MR. VANCE:  Your Honor, the email is not

 7   confidential, but the two attachments are.

 8              Permission to publish the cover email of PX 989 to

 9   the screen?

10              THE COURT:  Yes.  Go ahead.

11   BY MR. VANCE:

12   Q.  This is an email from Tina McCormick dated September

13   24th, 2021.  Right?

14   A.  Yes.

15   Q.  Ms. McCormick is the vice president of business

16   management at Penguin Random House.  Correct?

17   A.  Yes.

18   Q.  And can you tell the Court the nature of your

19   interactions with Ms. McCormick or people under her

20   supervision, please?

21   A.  So we're in frequent contact with people in our finance

22   group.

23   Q.  What do you discuss with the people in your finance

24   group?

25   A.  Mostly, you know, they review our P&Ls when we're
```

Kim - CROSS - By Mr. Vance

1    looking at our assumptions for certain books and kind of

2    guiding us that way.  They also, you know -- we route our

3    contract requests through them as well, so they're involved

4    in that routing process.  And generally, they're our numbers

5    people, so we go to them with questions all the time.

6    Q.  The recipients of the email are Mr. Held.  Correct?

7    A.  He's one of the recipients.

8    Q.  That's your boss.  Right?

9    A.  Yes.

10   Q.  You also received this document?

11   A.  Yes.

12   Q.  Ms. McCormick also sent this to Benjamin Lee?

13   A.  Yes.

14   Q.  Mr. Lee is the senior vice president associate publisher

15   of paperbacks and backlists at Putnam?

16   A.  Yes.

17   Q.  And she sent it to Ashley McClay.  Right?

18   A.  Yes.

19   Q.  Ms. McClay is Putnam's director of marketing.  Right?

20   A.  Yes.

21   Q.  Then everyone in the CC is Penguin -- in Penguin's

22   finance department.  Correct?

23   A.  Correct.

24   Q.  And there are two attachments, one titled Putnam 2019

25   Title Profitability and the other titled Putnam 2020 Title

```
 1    Profitability.  Correct?

 2    A.  Yes.  Yes.

 3    Q.  Let's look at the first paragraph of the email.

 4         Ms. McCormick is explaining to you that she's

 5    attaching the post-pub P&Ls for Putnam's 2019 and 2020

 6    publication lists.  Right?

 7    A.  Right.

 8    Q.  She states that you usually meet to review these over

 9    the summer.  Correct?

10    A.  Yes.

11    Q.  In the second paragraph, she writes:  Since you will

12    either be reviewing these on screen or printing them out

13    yourselves, I sent you the Excel files rather than .pdfs.

14    Right?

15    A.  Right.

16    Q.  Then if you drop to the third paragraph, she explains

17    that these files follow the same format that Penguin Random

18    House has been using over the past several years.  Correct?

19    A.  Right.

20    Q.  Then Bullet 1 says:  The first tab summarizes key

21    performance indicators (net sales, advance, percentage

22    unearned and contribution profit) by subject category,

23    advance level and key author.

24         Did I read that correctly?

25    A.  Uh-huh.
```

```
 1                THE COURT REPORTER:  Is that yes?

 2                THE WITNESS:  Yes.

 3                MR. VANCE:  Your Honor, I'd move to admit PX 989

 4      into evidence.

 5                THE COURT:  Any objection?

 6                MS. RUDZIN:  No objection.

 7                THE COURT:  That will be admitted.

 8                (Whereupon, Plaintiff's Exhibit No. 989 was

 9      entered into evidence.)

10      BY MR. VANCE:

11      Q.  Now we're going to break out the Excels.  I want you to

12      look at the attachment titled Putnam 2020 Profitability.

13      A.  Okay.

14      Q.  This should be the one with the really large paper.

15      A.  Yes.

16                MR. VANCE:  Your Honor, this attachment is fully

17      confidential.

18                Permission to publish it on the screen without

19      showing it to the public gallery?

20                THE COURT:  Yes.

21      BY MR. VANCE:

22      Q.  Ms. Kim, I'm going to ask a few questions about this

23      document, but I want to make sure we're on the same page.

24      A.  Uh-huh.  Literally.

25      Q.  This is completely confidential.
```

Kim - CROSS - By Mr. Vance

```
 1    A.  Okay.

 2    Q.  You see there are categories and row titles?

 3    A.  Yes.

 4    Q.  We can say those out loud, but we can't say the numbers.

 5    A.  Okay.

 6    Q.  So I'm going to point you to specific cells and try to

 7    ask questions that way.

 8            If you look at the top left-hand corner, it says:

 9    Summary Putnam Adult 2020 pubs.  Correct?

10    A.  Yes.

11    Q.  This is an analysis of Putnam's 2020 publication list.

12    Right?

13    A.  Yes.

14    Q.  Did you review this attachment after Ms. McCormick --

15            THE COURT:  The one on the screen is 2019.  Did

16    you want to do 2020?

17            MR. VANCE:  Yes.

18    BY MR. VANCE:

19    Q.  This is the analysis for Putnam's 2020 publication list.

20    Right?

21    A.  The one I'm looking at.  Not the one that was on screen,

22    but the one in front of me, yes.

23            MR. VANCE:  Oh, sorry.  Perfect.  Let's go to Page

24    1.

25            THE COURT:  I think we're still on 2019 on the
```

Kim - CROSS - By Mr. Vance

 1    screen, according to the bottom left-hand corner.  You want

 2    to look at 2020.  Right?

 3              MR. VANCE:  Perfect.  We've got it now.  Sorry

 4    about that.

 5    BY MR. VANCE:

 6    Q.  Did you review this attachment after Ms. McCormick sent

 7    it to you?

 8    A.  Yes.

 9    Q.  On the first page, there is a section titled By Advance

10    Level.  Right?

11    A.  Oh, yes.  At the bottom.  Yes.

12    Q.  There are seven advance levels listed.  Correct?

13    A.  Yes.

14    Q.  The middle advance level is 250,000 to 499,999.

15    Correct?

16    A.  Yes.

17    Q.  Then let's look at Column B.  This is the title count.

18    Correct?

19    A.  Uh-huh.  Yes.

20    Q.  So these are the number of weeks that Putnam sold in

21    each of these advance levels.  Correct?

22    A.  The number of titles we published.  Yes.

23    Q.  Published.  Thank you.

24              Then if you look at Row 3 up at the top, you can

25    see the Excel is divided by categories that correspond to

1    total numbers and categories that correspond to average

2    numbers.  Do you see that?

3    A.  Yes.

4    Q.  I want to focus you on Column I.

5    A.  Okay.

6    Q.  Column I are average net sales.  Correct?

7    A.  Yes.

8    Q.  So let's look back at the By Advance Level part of the

9    page and look at the advance level of 250,000 to 499,999.

10   Are you there?

11   A.  Yes.

12   Q.  Now, look at Column I for this advance level.  I'm just

13   going to say the cents so I know we're in the same cell.

14   A.  Okay.

15   Q.  It ends in 83 cents.  Right?

16   A.  Yes.

17   Q.  It is correct that as you move up each advance level

18   from here, the average net sales continue to increase.

19   Right?

20   A.  From that cell going down, yes.

21   Q.  There are three advance levels below the 250,000 to

22   499,999 range.  Right?

23   A.  Yes.

24   Q.  And it is correct that the average net sales for each of

25   those advance levels are lower than the average net sales

Kim - CROSS - By Mr. Vance

1    for all advance levels at 250,000 or above.  Right?

2    A.  They are lower.  Yes.

3    Q.  Using the same attachment, I want you to turn to the tab

4    titled Title Detail.  It starts on Page 3.

5    A.  Uh-huh.

6    Q.  This page or two pages lists all the books that Putnam

7    published in 2020.  Right?

8    A.  Yes.

9    Q.  Then look at Column AK.  That shows the marketing spend

10   for each title.  Right?

11   A.  Yes.

12   Q.  Have you ever studied Putnam's data to determine if

13   there's a correlation between the advance level and the

14   marketing spend?

15   A.  I have looked at it.  And, you know, it's interesting to

16   see that when you look at averages, there is a general

17   correlation.  But when you drill down to title by title, it

18   really is a range.

19           So, you know, we looked at that chart before that

20   we -- where with certain five-figure advance books, we spend

21   a disproportionate amount on marketing.  And sometimes with

22   the very, very high advance books, for example, we spend not

23   that much, you know, relatively.

24           So there is a correlation, I think, in the way

25   there should be.  You know, I like to believe that we're --

```
1    we can predict with some sense that, you know, certain books
2    will work.  But for the most part, you know, the way we
3    approach marketing is every book is different.  Every
4    situation is different.  Every moment is different.
5    Q.  I want to turn to the demonstrative and ask you a few
6    questions about that.  You can -- we're done with the Excel.
7    A.  Okay.
8    Q.  So if you could pull out the demonstrative that you
9    reviewed.
10            THE COURT:  Can I ask one question about that
11   spreadsheet --
12            MR. VANCE:  Oh, sure.
13            THE COURT:  -- if you don't mind?
14            MR. VANCE:  Sure.
15            THE COURT:  It looks to me from Column B, which is
16   the number of titles on the summary page, that in Row 27,
17   that's only eight titles.  But it's accounting for so much
18   more than on the previous line, 18 titles.  Am I reading
19   that correctly?  The number of titles in Column B, Row 26,
20   is more than twice as high as Row 27.
21            THE WITNESS:  Yes.
22            THE COURT:  But Row 27 accounted for so much more
23   in sales.  This isn't adjusted for -- per title.  So this is
24   just -- it's sort of even more extreme that the
25   higher-advance-level ones accounted for a greater percentage
```

 1    of sales.

 2               THE WITNESS:  Well, I think in this case, too, you

 3    have -- there is a correlation with expected sales with some

 4    of these titles, obviously.  But, you know, it's also a

 5    grouping of, in the case of 27, eight titles.  So how those

 6    individual eight titles individually performed is -- there's

 7    a wide spectrum.  And ditto for Row 26.

 8               THE COURT:  Correct.  Thank you.

 9               Go ahead.

10    BY MR. VANCE:

11    Q.  So I want to ask you a few questions about the

12    demonstrative that you covered with counsel.

13    A.  Okay.

14    Q.  There are six books here.  Right?

15    A.  Right.

16    Q.  Let's start with Author A.  The book listed here was

17    published in 2017.  Correct?

18    A.  I believe so.  Yes.

19    Q.  And then Books B through D were published in 2018.

20    Right?

21    A.  Yes.

22    Q.  Authors E's book was published in 2020?

23    A.  Yes.  I believe so.

24    Q.  Author F's book was published in 2021?

25    A.  Yes.

```
1    Q.  So you selected books from a five-year period.  Right?

2    A.  Yes.

3    Q.  Putnam typically publishes about 60 books a year.

4    Correct?

5    A.  60, 65, sort of on average.

6    Q.  So over a five-year period, Putnam approximately --

7    maybe a little over 300 books.  Correct?

8    A.  Everyone's testing my math today.  Yes.

9            I will say of those 65, though, a good portion of

10   those are repeat authors, you know, authors -- franchise

11   authors that we regularly publish every year, sometimes

12   twice a year.

13   Q.  Let's start with Book A, which was published in 2017.

14           Did Putnam publish about 60 books in 2017?

15   A.  Probably.  Yeah.

16   Q.  Did you compare the advances of each of those

17   approximately 60 books to the actual marketing spend to see

18   if there was a relationship?

19   A.  Not every single book.  But I think as sort of this

20   chart will show, every book really does kind of represent --

21   you know, every book is kind of a different book.  It's hard

22   to really categorize and make assumptions about a certain

23   level of advance, having each book kind of perform, and for

24   us to actually spend the same amount for each one of those

25   books.
```

Kim - CROSS - By Mr. Vance

1    Q.  For the year 2017, did you compare the actual marketing

2    spend to the approximately 60 books that you published and

3    those advances?

4    A.  I'm sorry.  I'm not following the question.  Did I

5    compare those marketing spends to --

6    Q.  The advances for the books in 2017 that you published.

7    A.  Not every single book.  No.

8    Q.  About how many?

9    A.  I would say a handful.

10   Q.  Let's talk about Author E.  Author E is famous, correct?

11   A.  Yes.

12   Q.  You'd agree that Author E has a huge platform to promote

13   Book E on Author E's own.  Correct?

14   A.  She has a national platform.  Yes.

15   Q.  Switching gears a little, on direct, I believe you said,

16   "I'm always thinking of Putnam's reputation in the

17   industry."  Does that sound right?

18   A.  Yes.

19   Q.  Why is that?

20   A.  Because we want to be known for publishing quality

21   books.  We want to be known for publishing successful books

22   and books -- we also want to be known for books, you know,

23   that span a wide range of categories.  We want to be a

24   well-rounded publisher.  So that includes publishing

25   commercial books that sell well, but also books of prestige

1    and books of quality.  Our goal is always to have books that

2    people are still going to be reading ten years from now, 20

3    years from now.

4    Q.  Do you think Putnam has a good reputation?

5    A.  I believe so.

6    Q.  Do you think Putnam's reputation is important to its

7    authors?

8    A.  Yes.

9    Q.  Why is that?

10   A.  For the same reason.  I think authors want to be

11   published by publishers with good reputations, good

12   standing, you know, with booksellers and media.  They want

13   to be a part of a list that they can be proud to say they're

14   a part of.  So -- and I think also generally speaking, there

15   is a correlation between good editors with good reputations

16   and good histories with publishing good books.  Being at an

17   imprint, they add, you know, value to that imprint by being

18   there and attracting those books and authors.

19   Q.  I want to talk about the book acquisition process now.

20         You've acquired books for less than what Mr. Held

21   has approved you to bid.  Right?

22   A.  I'm sorry.  Say that again.

23   Q.  You typically ask Mr. Held to clear you to bid on a

24   book.  Right?

25   A.  Yes.

Kim - CROSS - By Mr. Vance

```
 1    Q.  And you've acquired books for less than Mr. Held has
 2    cleared you to offer.  Right?
 3    A.  Oh, yes.
 4    Q.  Let's look at an example.  Ms. Kim, I'm directing you
 5    back to your binder.  In the pocket we also have a key.
 6    We're going to talk about Book 42 on the key.
 7    A.  Okay.
 8    Q.  So for confidentiality reasons, I'll refer to it as Book
 9    42 and the author as Author 42.
10         You're familiar with Book 42, correct?
11    A.  Yes.
12    Q.  Please turn to Tab PX 42 of your binder.  Let me know
13    when you have that document in front of you.
14    A.  Okay.  I do.
15    Q.  In Tab PX 42, you will see what has been marked for
16    identification purposes as Plaintiff's Exhibit 42.  PX 42 is
17    an email chain with the top email dated October 21st, 2020,
18    from Ivan Held to you and others at Penguin Random House
19    about the auction for Book 42.  Right?
20    A.  Yes.
21         MR. VANCE:  Your Honor, permission to publish a
22    redacted version of PX 42 on the screen?
23         THE COURT:  Yes.
24    BY MR. VANCE:
25    Q.  Let's look at Page 3 --
```

Kim - CROSS - By Mr. Vance

```
 1    A.   Okay.

 2    Q.   -- at your email to Mr. Held on October 14th at 2:56

 3    p.m.

 4              Do you see that?

 5    A.   Yes.

 6    Q.   You sent this email to Mr. Held because you needed his

 7    signoff on your bid for Book 42.  Right?

 8    A.   Yes.

 9    Q.   In the first line of the email -- again, we can't say

10    this out loud, so that's why I'm doing it this way --

11    there's a first and last name.

12              Do you see that?

13    A.   Yes.

14    Q.   That's the agent for Book 42.  Right?

15    A.   Yes.

16    Q.   Have you purchased books from this agent before?

17    A.   Personally, no.  But I have worked with editors who have

18    acquired books from him and his agency.

19    Q.   At Putnam?

20    A.   Putnam?  Nothing is specifically coming to mind.  But I

21    am familiar with this agent.

22    Q.   You explain that the agent for Book 42 was conducting a

23    best bids auction.  Right?

24    A.   Yes.

25    Q.   A best bids auction is when an agent asks you to submit
```

Kim - CROSS - By Mr. Vance

1    your best offer on the first round.  Correct?

2    A.  And it's intended to be the first and only round.

3    Q.  Let's look at Paragraph 2 of the email.  You asked

4    Mr. Held to authorize you to bid up to 350,000 for Book 42.

5    Correct?

6    A.  Yes.  That's what I'm asking to be cleared to.

7    Q.  You also informed him in that email that you planned on

8    bidding $250,000 or $275,000.  Correct?

9    A.  That's what I was thinking at the time.

10   Q.  You explained that you wanted the extra room in case the

11   bids were matched and you had to nudge up.  Right?

12   A.  Yes.  We often ask for clearance for a certain amount,

13   and we don't always end up offering that amount.

14   Q.  Also in Paragraph 2, you relayed to Mr. Held that the

15   agent for Book 42 told you he was expecting two bidders.

16   Correct?

17   A.  Yes.  That's what we're reporting that the agent told

18   us.

19   Q.  Those two bidders were Putnam and a non-PRH house.

20   Right?

21   A.  That's -- again, we're reporting what he told us.

22   Q.  Putnam ultimately acquired Book 42 for $275,000.

23   Correct?

24   A.  Yes.

25   Q.  The final advance amount for Book 42 was $75,000 less

```
 1    than the $350,000 advance amount that Mr. Held had approved

 2    you to bid in this best bids auction.  Right?

 3    A.  Yes.

 4    Q.  There is a lot of math today.  I apologize.

 5    A.  Yes, there is.

 6    Q.  Let's turn back to PX 42, the first page.  Please look

 7    at your email to Ms. Dobson at 12:38 p.m.

 8         Do you see that?

 9    A.  Yes.

10    Q.  You explain that Atria was the -- you send an email that

11    Putnam won the book.  Right?

12    A.  Yes.

13    Q.  You explain that Atria was the underbidder in the

14    auction for Book 42.  Correct?

15    A.  That's what the agent had told us.

16    Q.  Did you have any information suggesting that wasn't

17    accurate?

18    A.  No.

19    Q.  Atria is a Simon & Schuster imprint.  Correct?

20    A.  Yes.

21         MR. VANCE:  Your Honor, I move to admit

22    Plaintiff's Exhibit 42 into evidence.

23         THE COURT:  Any objection?

24         MS. RUDZIN:  No.

25         THE COURT:  That will be admitted.
```

```
 1                    (Whereupon, Plaintiff's Exhibit No. 42 was entered
 2      into evidence.)
 3      BY MR. VANCE:
 4      Q.  The standard royalty rate for Penguin Random House for
 5      hardcopy books, the top end is 15 percent.  Correct?
 6      A.  The standard, yes.
 7      Q.  Have you ever negotiated above 15 percent?
 8      A.  Personally, I have not.
 9      Q.  The standard for paperback is 7 and a half percent?
10      A.  Yes.
11      Q.  Have you ever negotiated above that?
12      A.  Not in a long, long time.  But there has been an
13      instance of that in the past.
14      Q.  But not in a long, long time?
15      A.  Not for a long, long, long time.
16      Q.  You'd agree that you don't lose to non-Big 5 publishers
17      more than Big 5 publishers.  Correct?
18      A.  I do lose to non-Big 5 publishers.
19      Q.  No.  As a whole, you would agree that you don't lose to
20      non-Big 5 publishers more than Big 5 publishers.  Correct?
21      A.  As a whole, I would say, you know, I'm up against as far
22      as I know all sorts of publishers.  But no.  I don't really
23      necessarily track that in that way.  But no.
24      Q.  So I understand, is the answer no, you do not lose to
25      non-Big 5 publishers more than Big 5 publishers?
```

```
1    A.  I think if I were to tally it, probably the number would

2    be higher in that.  But I actually don't really keep a track

3    of that.  But I'm not saying that I don't lose to --

4              THE COURT:  Can you just ask the question again?

5    I'm confused.

6    BY MR. VANCE:

7    Q.  Is it correct that Putnam loses to Big 5 publishers more

8    than non-Big 5 publishers?

9    A.  I would say that we lose to Big 5 publishers frequently.

10   Q.  You were deposed in this matter, correct?

11   A.  Yes.

12   Q.  You provided testimony under oath, right?

13   A.  Yes.

14   Q.  Please, in the back of your binder, there's your

15   deposition transcript.  If you could turn to Page 390,

16   please.  Let me know when you're there.

17              I'm going to read Lines 390, 12 through 18.

18              Question:  Is there another publisher that Putnam

19   loses to with more frequency than any member of the Big 5?

20              There's an objection.

21              Witness:  There is not one that comes to mind, no.

22              Did I read that correctly.

23              THE WITNESS:  Uh-huh.

24              THE COURT REPORTER:  Is that yes?

25              THE WITNESS:  Yes.  Sorry.
```

```
 1    BY MR. VANCE:

 2    Q.  Were you asked that question and did you give that

 3    answer?

 4    A.  Yes.

 5            MR. VANCE:  Your Honor, I'd move to admit for

 6    impeachment and substance.

 7            MS. RUDZIN:  I object.  It's not impeaching.  His

 8    question was about the non-Big 5 collectively and this is

 9    about a specific --

10            THE COURT:  Your objection is overruled.

11            MR. VANCE:  I reserve time for recross, your

12    Honor.

13            THE COURT:  Thank you.

14            MS. RUDZIN:  Nothing further, your Honor.

15            THE COURT:  Thank you.

16            Ms. Kim, you can step down.  Thank you for your

17    testimony today.

18            THE WITNESS:  Thank you.

19            (Witness excused.)

20            THE COURT:  We're very close to the lunch break.

21    Should we just take our lunch break now before the defense

22    calls its next witness?

23            MR. PETROCELLI:  Your Honor, if it's all right

24    with you, could we take our break now?  We can start with a

25    new witness.  We have three talent agencies as the next
```

Kim - CROSS - By Mr. Vance

2014

1    three witnesses -- I'm sorry -- literary agents.

2              THE COURT:  Okay.  I've got it.  Thank you.

3              Let's take our lunch break.  We'll resume at 2:00.

4    Thank you.  Have a nice lunch.

5              (Thereupon, a luncheon recess was taken, after

6    which the following proceedings were had:)

7              (Morning session concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2015

<u>**CERTIFICATE**</u>

I, LISA EDWARDS, RDR, CRR, do hereby

certify that the foregoing constitutes a true and accurate

transcript of my stenographic notes, and is a full, true,

and complete transcript of the proceedings produced to the

best of my ability.

Dated this 11th day of August, 2022.

<u>/s/ Lisa Edwards, RDR, CRR</u>
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269

## $

**$10** [1] - 1957:1
**$100,000** [2] - 1944:24, 1989:5
**$115,000** [3] - 1916:15, 1954:5
**$175,000** [1] - 1989:7
**$176,000** [1] - 1985:11
**$185,000** [1] - 1983:3
**$215,000** [2] - 1987:16, 1987:21
**$250,000** [8] - 1989:8, 1989:12, 1989:13, 1989:15, 1989:17, 1989:19, 1989:21, 2009:8
**$275,000** [2] - 2009:8, 2009:22
**$300,000** [1] - 1945:11
**$35,000** [1] - 1986:15
**$350,000** [1] - 2010:1
**$40,000** [1] - 1917:1
**$50,000** [1] - 1982:17
**$75,000** [3] - 1985:19, 1985:21, 2009:25
**$750,000** [6] - 1916:6, 1916:8, 1922:4, 1925:15, 1945:12, 1954:4

## '

**'22** [1] - 1989:4

## /

**/s** [1] - 2015:12

## 1

**1** [5] - 1908:21, 1954:5, 1993:4, 1996:20, 1998:24
**1.5** [3] - 1932:9, 1934:20, 1941:17
**10** [1] - 1970:13
**10,000** [2] - 1938:2, 1946:15
**100** [2] - 1985:22, 1989:24
**10022** [1] - 1904:3
**11** [1] - 1903:7
**11:30** [1] - 1957:18

## 11th
**11th** [1] - 2015:10
**12** [2] - 1934:6, 2012:17
**12:38** [1] - 2010:7
**13** [1] - 1920:10
**14th** [1] - 2008:2
**15** [5] - 1916:12, 1920:10, 1949:11, 2011:5, 2011:7
**150** [1] - 1989:24
**16** [3] - 1906:18, 1906:19, 1907:14
**175** [1] - 1987:22
**18** [2] - 2002:18, 2012:17
**1838** [1] - 1961:17
**1907** [1] - 1905:5
**1909** [3] - 1905:6, 1905:10, 1905:12
**1941** [1] - 1905:6
**1958** [1] - 1905:7
**1989** [1] - 1963:8
**1991** [1] - 1905:7
**1995** [1] - 1959:16
**1998** [2] - 1959:20, 1960:5
**1999** [1] - 1903:24

## 2

**2** [6] - 1930:21, 1932:4, 1934:24, 1935:2, 2009:3, 2009:14
**2.3** [1] - 1984:18
**20** [5] - 1906:18, 1910:8, 1951:3, 1964:16, 2006:2
**20-plus** [1] - 1967:2
**20001** [2] - 1904:10, 2015:14
**20004** [1] - 1904:6
**2003** [1] - 1910:8
**2011** [1] - 1905:11
**2013** [1] - 1911:1
**2015** [2] - 1960:2, 1991:12
**2017** [7] - 1910:18, 1910:21, 2003:17, 2004:13, 2004:14, 2005:1, 2005:6
**2018** [2] - 1984:5, 2003:19
**2019** [4] - 1995:24, 1996:5, 1998:15, 1998:25
**202** [2] - 1904:11, 2015:15
**2020** [11] - 1995:25,

## 11th (continued)

1996:5, 1997:12, 1998:9, 1998:11, 1998:16, 1998:19, 1999:2, 2001:7, 2003:22, 2007:17
**2021** [2] - 1994:13, 2003:24
**2022** [2] - 1903:7, 2015:10
**20530** [1] - 1903:19
**21-02886** [1] - 1903:4
**21-2886** [1] - 1906:4
**21st** [1] - 2007:17
**24th** [1] - 1994:13
**25** [1] - 1960:5
**25,000** [2] - 1969:14, 1969:17
**250,000** [5] - 1993:2, 1999:14, 2000:9, 2000:21, 2001:1
**26** [2] - 2002:19, 2003:7
**263** [3] - 1905:12, 1908:21, 1909:1
**27** [4] - 2002:16, 2002:20, 2002:22, 2003:5
**2:00** [1] - 2014:3
**2:56** [1] - 2008:2

## 3

**3** [3] - 1999:24, 2001:4, 2007:25
**30** [4] - 1916:13, 1929:2, 1929:6, 1959:15
**300** [1] - 2004:7
**333** [2] - 1904:9, 2015:14
**350,000** [2] - 1990:1, 2009:4
**354-3269** [2] - 1904:11, 2015:15
**37** [1] - 1927:23
**390** [2] - 2012:15, 2012:17

## 4

**4** [5] - 1919:4, 1933:24, 1950:19, 1984:11, 1987:23
**40** [1] - 1923:18
**401** [1] - 1904:5
**42** [22] - 1905:11, 2007:6, 2007:9, 2007:10, 2007:12, 2007:15, 2007:16,

## 42 (continued)

2007:19, 2007:22, 2008:7, 2008:14, 2008:22, 2009:4, 2009:15, 2009:22, 2009:25, 2010:6, 2010:14, 2010:22, 2011:1
**450** [1] - 1903:19
**499,999** [3] - 1999:14, 2000:9, 2000:22

## 5

**5** [15] - 1923:12, 1923:17, 1933:24, 2011:16, 2011:17, 2011:18, 2011:20, 2011:25, 2012:7, 2012:8, 2012:9, 2012:19, 2013:8
**50** [1] - 1912:21
**500,000** [1] - 1990:2
**599** [1] - 1904:3

## 6

**60** [7] - 1912:21, 1950:19, 2004:3, 2004:5, 2004:14, 2004:17, 2005:2
**65** [2] - 2004:5, 2004:9
**6706** [1] - 1904:10

## 7

**7** [2] - 1918:3, 2011:9
**750,000** [4] - 1916:11, 1928:20, 1945:13
**7:00** [1] - 1937:24

## 8

**8** [1] - 1937:14
**80** [2] - 1963:21, 1963:24
**83** [1] - 2000:15
**85** [1] - 1950:3

## 9

**90** [1] - 1992:13
**90,000** [2] - 1984:13, 1984:14
**90067** [1] - 1903:25

## (next column)

**98** [1] - 1950:13
**989** [6] - 1905:10, 1993:12, 1993:14, 1994:8, 1997:3, 1997:8
**9:33** [1] - 1903:7

## A

**a.m** [1] - 1903:7
**abandoned** [1] - 1940:8
**ABBY** [1] - 1903:22
**Abby** [2] - 1906:15, 1958:10
**ability** [3] - 1976:10, 1976:24, 2015:7
**able** [10] - 1921:3, 1946:1, 1946:3, 1967:4, 1967:5, 1971:21, 1983:25, 1984:2, 1988:13, 1990:11
**absolutely** [6] - 1911:15, 1919:8, 1920:6, 1936:19, 1948:19, 1949:24
**accepted** [3] - 1915:13, 1915:16, 1967:24
**access** [3] - 1938:7, 1977:15, 1977:18
**acclaim** [2] - 1960:13, 1973:3
**according** [1] - 1999:1
**account** [3] - 1947:22, 1950:19, 1968:17
**accounted** [2] - 2002:22, 2002:25
**accounting** [1] - 2002:17
**accurate** [2] - 2010:17, 2015:4
**achieve** [1] - 1912:22
**acquire** [13] - 1930:19, 1949:5, 1949:7, 1959:7, 1959:9, 1960:3, 1960:8, 1963:13, 1963:18, 1963:20, 1983:13, 1986:11, 1991:18
**acquired** [14] - 1938:20, 1960:16, 1963:17, 1967:16, 1985:2, 1987:7, 1989:15, 1989:16,

2017

1989:19, 1989:21, 2006:20, 2007:1, 2008:18, 2006:22
**acquires** [1] - 1990:12
**acquiring** [5] - 1960:5, 1963:15, 1970:23, 1981:19, 1990:7
**acquisition** [6] - 1914:25, 1968:15, 1983:14, 1985:1, 1988:8, 2006:19
**acquisitions** [3] - 1963:12, 1963:14, 1965:10
**Action** [1] - 1903:3
**actual** [4] - 1976:5, 1987:17, 2004:17, 2005:1
**ad** [3] - 1937:24, 1938:1
**add** [1] - 2006:17
**addition** [2] - 1923:18, 1944:15
**additional** [2] - 1929:14, 1975:24
**adjusted** [1] - 2002:23
**admit** [3] - 1997:3, 2010:21, 2013:5
**admitted** [3] - 1908:25, 1997:7, 2010:25
**Adult** [1] - 1998:9
**advance** [149] - 1915:6, 1916:6, 1916:8, 1917:6, 1917:15, 1917:20, 1917:22, 1918:2, 1918:8, 1918:17, 1918:19, 1918:22, 1922:3, 1922:16, 1922:18, 1922:25, 1923:4, 1923:7, 1923:21, 1924:24, 1925:5, 1925:12, 1925:15, 1925:23, 1926:5, 1926:13, 1926:15, 1927:18, 1927:20, 1928:7, 1928:18, 1930:21, 1932:4, 1932:6, 1933:12, 1933:15, 1933:16, 1933:19, 1933:21, 1933:25, 1934:2, 1934:4, 1934:12, 1934:13, 1934:17, 1935:2, 1935:5, 1935:16,

1935:20, 1936:4, 1936:12, 1936:18, 1938:25, 1939:2, 1941:8, 1941:14, 1941:16, 1941:17, 1941:21, 1942:5, 1942:8, 1942:11, 1942:22, 1943:19, 1943:21, 1943:23, 1943:24, 1944:3, 1944:4, 1944:5, 1944:6, 1944:10, 1944:14, 1945:7, 1945:12, 1945:14, 1945:15, 1945:19, 1946:1, 1946:4, 1946:8, 1946:13, 1946:17, 1946:20, 1947:1, 1947:4, 1947:5, 1947:13, 1947:24, 1947:25, 1950:5, 1950:11, 1953:6, 1953:10, 1953:17, 1954:16, 1955:5, 1955:19, 1956:15, 1969:19, 1971:20, 1971:25, 1972:2, 1972:7, 1972:11, 1975:18, 1975:24, 1976:2, 1976:5, 1977:22, 1977:23, 1978:10, 1978:13, 1981:23, 1982:4, 1983:5, 1984:15, 1985:22, 1985:25, 1987:22, 1987:23, 1988:1, 1989:2, 1989:9, 1990:5, 1993:4, 1996:21, 1996:23, 1999:12, 1999:14, 1999:21, 2000:9, 2000:12, 2000:17, 2000:21, 2000:25, 2001:1, 2001:13, 2001:20, 2001:22, 2002:25, 2004:23, 2009:25, 2010:1
**Advance** [2] - 1999:9, 2000:8
**advances** [13] - 1928:12, 1928:20, 1936:10, 1941:6, 1950:3, 1950:4, 1953:3, 1953:9, 1976:4, 1990:11, 2004:16, 2005:3, 2005:6
**advice** [1] - 1914:16
**affect** [1] - 1965:19

**afford** [3] - 1917:3, 1917:4
**afternoon** [1] - 1991:10
**age** [1] - 1937:18
**Age** [1] - 1963:4
**agencies** [1] - 2013:25
**Agency** [4] - 1913:10, 1913:16, 1926:24, 1959:17
**agency** [1] - 2008:18
**agent** [40] - 1913:1, 1913:2, 1913:4, 1913:6, 1913:17, 1914:18, 1914:25, 1915:4, 1916:13, 1924:16, 1926:21, 1926:24, 1927:1, 1932:8, 1935:15, 1935:24, 1964:21, 1965:2, 1965:18, 1966:6, 1966:14, 1966:18, 1967:20, 1968:19, 1975:5, 1976:5, 1976:13, 1977:3, 1978:12, 1979:19, 2008:14, 2008:16, 2008:21, 2008:22, 2008:25, 2009:15, 2009:17, 2010:15
**agents** [11] - 1915:11, 1962:12, 1963:22, 1964:8, 1965:16, 1967:1, 1969:7, 1976:8, 1977:20, 1979:24, 2014:1
**ago** [4] - 1963:9, 1968:16, 1980:3, 1981:12
**agree** [4] - 1976:10, 1986:17, 2005:12, 2011:16, 2011:19
**agreed** [1] - 1914:19
**ahead** [5] - 1942:16, 1951:22, 1958:17, 1994:10, 2003:9
**air** [1] - 1970:4
**AK** [1] - 2001:9
**al** [2] - 1903:7, 1906:5
**aligned** [1] - 1918:13
**Allison** [1] - 1992:8
**allow** [4] - 1917:21, 1918:15, 1954:8, 1972:12
**allowed** [2] - 1942:1, 1942:23

**allows** [1] - 1941:10
**almost** [7] - 1910:8, 1943:18, 1943:20, 1976:19, 1976:22, 1977:9, 1983:4
**alongside** [1] - 1919:10
**AMERICA** [1] - 1903:3
**America** [5] - 1906:4, 1919:4, 1928:10, 1928:17, 1928:24
**American** [4] - 1923:16, 1927:21, 1928:15, 1928:21
**amount** [18] - 1917:22, 1922:16, 1925:12, 1953:21, 1954:4, 1956:7, 1956:17, 1972:6, 1981:23, 1987:22, 1992:21, 1992:24, 2001:21, 2004:24, 2009:12, 2009:13, 2009:25, 2010:1
**amplify** [1] - 1970:6
**analysis** [4] - 1933:22, 1938:7, 1998:11, 1998:19
**analytics** [6] - 1938:7, 1948:11, 1948:12, 1948:14, 1948:18, 1948:20
**Andrew** [12] - 1924:15, 1924:16, 1925:25, 1926:11, 1927:12, 1927:23, 1932:23, 1933:22, 1934:22, 1935:25, 1939:10
**Andy** [32] - 1910:2, 1911:9, 1912:8, 1912:14, 1914:3, 1914:9, 1914:10, 1914:11, 1914:17, 1916:1, 1919:9, 1919:10, 1921:9, 1924:12, 1926:16, 1927:5, 1927:12, 1930:18, 1931:1, 1931:2, 1931:3, 1931:10, 1931:19, 1931:20, 1931:21, 1932:24, 1933:13, 1939:13, 1939:24, 1943:13, 1943:16
**Angeles** [2] - 1903:25, 1910:15
**announced** [1] - 1914:5

**answer** [11] - 1922:11, 1930:10, 1945:4, 1950:23, 1954:23, 1957:7, 1971:2, 1980:12, 1989:23, 2011:24, 2013:3
**answered** [1] - 1927:5
**answers** [3] - 1951:1, 1965:17, 1974:19
**Antebellum** [1] - 1960:25
**anticipate** [4] - 1952:12, 1953:16, 1955:8, 1955:9
**anticipated** [1] - 1955:13
**ANTITRUST** [1] - 1903:18
**apologize** [1] - 2010:4
**appeal** [1] - 1960:14
**appeals** [1] - 1971:9
**appear** [1] - 1917:11
**APPEARANCES** [1] - 1904:1
**appearances** [2] - 1903:14, 1906:7
**appetite** [1] - 1914:1
**Apple** [1] - 1911:2
**appreciate** [1] - 1957:14
**approach** [4] - 1906:6, 1965:20, 1991:2, 2002:3
**approval** [3] - 1992:21, 1993:1, 1993:4
**approve** [1] - 1963:14
**approved** [2] - 2006:21, 2010:1
**area** [1] - 1972:20
**arguing** [1] - 1927:11
**article** [2] - 1913:8, 1913:10
**articles** [1] - 1910:3
**Ashley** [1] - 1995:17
**aside** [2] - 1949:19, 1955:13
**aspects** [1] - 1948:21
**assessing** [1] - 1976:23
**assigned** [1] - 1920:15
**assistant** [2] - 1959:16, 1959:19

**associate** [1] - 1995:14
**associated** [1] - 1927:25
**assume** [2] - 1947:19
**assumptions** [2] - 1995:1, 2004:22
**Atria** [3] - 2010:12, 2010:13, 2010:19
**attaboy** [1] - 1925:11
**attaching** [1] - 1996:5
**attachment** [6] - 1993:22, 1997:12, 1997:16, 1998:14, 1999:6, 2001:3
**attachments** [4] - 1993:17, 1993:18, 1994:7, 1995:24
**attention** [5] - 1922:5, 1981:15, 1986:24, 1988:24, 1993:10
**attitude** [1] - 1956:23
**attract** [3] - 1920:12, 1962:8, 1962:12
**attracting** [1] - 2006:18
**attractive** [1] - 1976:18
**atypical** [5] - 1929:6, 1929:7, 1952:21, 1953:2
**auction** [20] - 1914:8, 1963:23, 1964:15, 1964:16, 1965:11, 1965:14, 1965:19, 1965:20, 1974:24, 1975:4, 1975:5, 1977:22, 1978:12, 1980:11, 1980:19, 2007:19, 2008:23, 2008:25, 2010:2, 2010:14
**auctions** [3] - 1964:11, 1964:13, 1965:9
**Audible** [7] - 1932:14, 1932:19, 1932:24, 1933:13, 1948:22, 1948:24, 1949:3
**audience** [3] - 1921:16, 1960:14, 1971:10
**audio** [8] - 1932:16, 1933:10, 1933:11, 1933:15, 1948:25, 1949:2, 1949:6,

1949:7
**August** [2] - 1903:7, 2015:10
**author** [32] - 1909:4, 1911:7, 1914:24, 1918:1, 1927:7, 1950:5, 1950:7, 1950:21, 1951:17, 1952:21, 1953:8, 1955:1, 1955:2, 1957:4, 1967:8, 1973:8, 1973:9, 1973:11, 1976:20, 1976:23, 1977:12, 1978:4, 1978:9, 1978:13, 1979:19, 1980:7, 1986:11, 1986:21, 1996:23, 2003:24, 2007:9
**Author** [8] - 1978:11, 1986:7, 2003:16, 2005:10, 2005:12, 2005:13, 2007:9
**author's** [2] - 1940:6, 1940:7
**authorize** [1] - 2009:4
**authors** [35] - 1918:2, 1918:19, 1921:21, 1938:9, 1938:15, 1940:1, 1940:4, 1945:18, 1945:21, 1945:25, 1946:4, 1946:8, 1946:14, 1946:23, 1946:24, 1949:21, 1949:22, 1950:2, 1951:20, 1962:23, 1964:4, 1964:5, 1967:11, 1973:7, 1977:19, 1979:25, 1990:5, 2003:22, 2004:10, 2004:11, 2006:7, 2006:10, 2006:18
**Avenue** [4] - 1903:24, 1904:3, 1904:9, 2015:14
**average** [7] - 1990:5, 2000:1, 2000:6, 2000:18, 2000:24, 2000:25, 2004:5
**averages** [1] - 2001:16
**Award** [1] - 1961:5
**award** [3] - 1961:9, 1961:10, 1973:2
**awards** [3] - 1910:24, 1960:13, 1961:7

**aware** [4] - 1920:7, 1966:1, 1966:21

# B

**baby** [2] - 1916:19, 1942:9
**backlists** [1] - 1995:15
**bad** [5] - 1934:2, 1934:3, 1952:14, 1956:2
**balled** [1] - 1967:3
**banging** [1] - 1967:22
**bank** [1] - 1947:22
**base** [1] - 1971:14
**based** [7] - 1922:12, 1957:9, 1963:24, 1976:2, 1988:4, 1988:12, 1990:10
**basis** [1] - 1914:7
**bearing** [1] - 1988:14
**beautiful** [2] - 1922:19, 1923:2
**became** [6] - 1910:7, 1926:25, 1938:9, 1960:5, 1970:11
**become** [2] - 1952:5, 1964:10
**BEFORE** [1] - 1903:11
**behalf** [2] - 1927:23, 1932:23
**behaving** [1] - 1940:7
**behind** [4] - 1970:2, 1980:24, 1982:22, 1988:6
**belief** [1] - 1915:19
**below** [1] - 2000:21
**BENCH** [1] - 1903:11
**benefit** [2] - 1930:12, 1948:1
**Benjamin** [2] - 1963:3, 1995:12
**Berkley** [2] - 1992:2, 1992:6
**Bertelsmann** [2] - 1906:5, 1906:17
**BERTELSMANN** [2] - 1903:6, 1903:21
**bespoke** [1] - 1968:23
**best** [11] - 1915:22, 1935:19, 1937:20, 1940:6, 1944:7, 1944:16, 2008:23, 2008:25, 2009:1,

2010:2, 2015:7
**bestseller** [4] - 1953:16, 1953:18, 1954:10, 1955:8
**bestsellers** [3] - 1953:15, 1955:14, 1961:21
**bet** [3] - 1956:2, 1956:4, 1956:5
**Better** [12] - 1911:11, 1923:25, 1924:24, 1925:3, 1925:13, 1925:16, 1925:24, 1926:6, 1927:13, 1927:18, 1927:22, 1927:25
**better** [4] - 1936:5, 1937:1, 1938:16, 1938:18
**between** [8] - 1933:24, 1960:10, 1960:25, 1971:15, 1978:4, 1981:22, 2001:13, 2006:15
**beyond** [2] - 1918:17, 1918:22
**bid** [13] - 1965:19, 1965:22, 1966:15, 1966:22, 1975:3, 1990:14, 1990:18, 1992:22, 2006:21, 2006:23, 2008:7, 2009:4, 2010:2
**bidder** [1] - 1975:6
**bidders** [5] - 1948:7, 1965:14, 1965:18, 2009:15, 2009:19
**bidding** [4] - 1914:8, 1965:11, 1968:20, 2009:8
**bids** [4] - 2008:23, 2008:25, 2009:11, 2010:2
**Big** [12] - 2011:16, 2011:17, 2011:18, 2011:20, 2011:25, 2012:7, 2012:8, 2012:9, 2012:19, 2013:8
**big** [11] - 1918:8, 1925:9, 1928:23, 1934:13, 1934:17, 1943:11, 1946:16, 1956:9, 1961:18, 1968:16, 1976:15
**bigger** [3] - 1926:13, 1955:5, 1955:18
**biggest** [3] - 1918:5, 1922:18, 1956:15
**binder** [5] - 1993:11,

1993:12, 2007:5, 2007:12, 2012:14
**binders** [1] - 1990:25
**binding** [1] - 1973:21
**bit** [13] - 1910:10, 1911:14, 1911:20, 1911:25, 1913:21, 1915:21, 1923:24, 1924:7, 1925:8, 1933:6, 1942:19, 1972:15, 1973:17
**blockbusters** [1] - 1961:19
**blood** [1] - 1934:23
**blow** [4] - 1914:25, 1915:12
**blow-by-blow** [2] - 1914:25, 1915:12
**Bobby** [1] - 1991:10
**boilerplate** [1] - 1976:13
**bonus** [3] - 1925:6, 1975:21, 1976:1
**bonuses** [3] - 1975:20, 1975:23, 1976:3
**Book** [34] - 1961:5, 1963:7, 1982:15, 1982:17, 1983:13, 1984:8, 1984:19, 1985:2, 1985:10, 1985:15, 1985:17, 1985:18, 1986:7, 1987:1, 1987:7, 1987:14, 1987:21, 1987:23, 1988:1, 1988:2, 2004:13, 2005:13, 2007:6, 2007:8, 2007:10, 2007:19, 2008:7, 2008:14, 2008:22, 2009:4, 2009:15, 2009:22, 2009:25, 2010:14
**book** [298] - 1910:19, 1911:10, 1911:11, 1911:13, 1912:1, 1912:13, 1912:14, 1912:17, 1912:22, 1913:11, 1913:13, 1913:14, 1914:6, 1914:17, 1914:19, 1915:7, 1916:17, 1916:20, 1916:21, 1916:22, 1916:24, 1917:2, 1917:5, 1917:6, 1917:21, 1917:23, 1918:7, 1918:13, 1918:15, 1918:21, 1918:23,

2019

1919:8, 1919:11, 1920:5, 1920:9, 1920:10, 1920:14, 1920:24, 1921:10, 1921:13, 1921:18, 1922:6, 1922:11, 1922:12, 1922:21, 1923:2, 1923:11, 1923:23, 1923:24, 1924:4, 1924:13, 1924:17, 1924:18, 1924:21, 1925:21, 1926:1, 1926:10, 1926:17, 1927:2, 1927:4, 1930:4, 1930:6, 1930:14, 1930:15, 1930:17, 1930:18, 1930:20, 1930:21, 1930:22, 1930:25, 1932:5, 1932:13, 1932:21, 1933:2, 1933:19, 1933:25, 1934:6, 1934:14, 1934:15, 1934:18, 1934:21, 1935:3, 1935:6, 1935:18, 1935:22, 1936:1, 1936:4, 1936:5, 1936:7, 1936:11, 1936:14, 1936:15, 1936:25, 1937:12, 1937:21, 1938:3, 1941:10, 1941:12, 1941:17, 1941:24, 1942:15, 1943:5, 1944:4, 1944:7, 1944:9, 1944:11, 1944:12, 1944:15, 1944:16, 1944:17, 1944:20, 1944:22, 1944:25, 1946:15, 1946:17, 1946:21, 1946:25, 1947:2, 1947:12, 1948:1, 1949:6, 1950:6, 1950:9, 1950:11, 1952:7, 1952:18, 1953:7, 1953:21, 1953:24, 1953:25, 1954:3, 1954:7, 1954:8, 1954:15, 1954:16, 1954:17, 1954:21, 1954:22, 1955:7, 1955:18, 1955:20, 1955:22, 1956:13, 1956:17, 1957:6, 1960:4, 1960:23, 1960:24, 1961:1, 1961:4, 1963:15, 1964:19, 1964:24,

1965:3, 1965:6, 1965:8, 1965:22, 1965:24, 1965:25, 1966:14, 1966:17, 1966:21, 1966:23, 1967:9, 1967:17, 1968:2, 1968:6, 1968:9, 1968:12, 1968:23, 1968:24, 1969:3, 1969:5, 1969:11, 1969:14, 1969:19, 1969:22, 1969:23, 1970:2, 1970:5, 1970:7, 1970:9, 1970:15, 1970:23, 1970:25, 1971:1, 1971:5, 1971:9, 1971:10, 1972:7, 1972:13, 1972:16, 1972:17, 1972:20, 1972:23, 1973:5, 1973:11, 1973:15, 1974:8, 1974:12, 1974:16, 1974:17, 1974:24, 1975:8, 1975:10, 1975:12, 1975:18, 1976:15, 1976:18, 1976:24, 1976:25, 1977:14, 1978:12, 1978:17, 1978:21, 1978:24, 1979:2, 1979:5, 1979:8, 1979:16, 1980:3, 1980:4, 1980:5, 1980:8, 1980:9, 1980:10, 1980:21, 1980:22, 1981:2, 1981:6, 1981:10, 1981:13, 1981:15, 1981:18, 1981:19, 1981:23, 1982:1, 1982:4, 1982:6, 1982:15, 1982:16, 1982:17, 1982:18, 1982:19, 1982:22, 1982:25, 1983:1, 1983:7, 1984:5, 1984:10, 1984:12, 1985:18, 1986:9, 1986:10, 1986:11, 1986:13, 1986:16, 1986:21, 1986:22, 1987:18, 1988:6, 1988:8, 1988:11, 1988:12, 1988:15, 1989:2, 1989:11, 1989:12, 1992:22, 2002:3, 2003:16, 2003:22, 2003:24, 2004:19, 2004:20,

2004:21, 2004:23, 2005:7, 2006:19, 2006:24, 2010:11
**Booker** [2] - 1963:5, 1963:10
**Books** [3] - 1920:25, 1985:23, 2003:19
**books** [113] - 1910:1, 1910:2, 1910:22, 1911:8, 1911:9, 1917:9, 1918:9, 1926:2, 1928:15, 1929:15, 1930:1, 1931:3, 1931:4, 1933:8, 1933:9, 1933:10, 1933:11, 1934:7, 1935:22, 1936:15, 1937:23, 1938:9, 1938:15, 1940:2, 1940:3, 1941:21, 1941:23, 1942:23, 1943:1, 1943:12, 1943:24, 1947:21, 1947:22, 1947:23, 1950:4, 1950:13, 1950:19, 1951:6, 1951:25, 1952:6, 1952:11, 1952:14, 1952:15, 1954:14, 1955:25, 1956:12, 1959:7, 1959:9, 1960:7, 1960:15, 1962:8, 1962:10, 1962:12, 1963:2, 1963:4, 1963:17, 1963:20, 1964:16, 1965:5, 1968:7, 1969:9, 1971:7, 1971:8, 1973:1, 1973:9, 1980:24, 1981:11, 1982:13, 1982:14, 1988:10, 1988:23, 1989:15, 1989:16, 1989:19, 1989:20, 1990:8, 1990:11, 1990:18, 1991:18, 1993:9, 1995:1, 2001:6, 2001:20, 2001:22, 2002:1, 2003:14, 2004:1, 2004:3, 2004:7, 2004:14, 2004:17, 2004:25, 2005:2, 2005:6, 2005:21, 2005:22, 2005:25, 2006:1, 2006:16, 2006:18, 2006:20, 2007:1, 2008:16, 2008:18, 2011:5
**bookseller** [1] -

1927:1
**booksellers** [1] - 2006:12
**bookstore** [3] - 1920:20, 1920:21, 1921:1
**BookTalk** [2] - 1968:15, 1981:9
**Booth** [1] - 1963:8
**born** [2] - 1916:25, 1978:6
**boss** [2] - 1956:21, 1995:8
**bottom** [3] - 1993:24, 1999:1, 1999:11
**bought** [5] - 1933:8, 1963:4, 1980:5, 1982:17, 1985:18
**bounce** [1] - 1921:12
**bound** [1] - 1957:2
**brains** [1] - 1912:3
**break** [8] - 1949:10, 1949:13, 1957:17, 1997:11, 2013:20, 2013:21, 2013:24, 2014:3
**breaks** [1] - 1919:3
**breathing** [1] - 1969:9
**brief** [1] - 1959:13
**briefly** [1] - 1965:9
**bring** [1] - 1974:17
**bringing** [1] - 1912:25
**broadening** [2] - 1962:5, 1962:13
**Brooklyn** [1] - 1921:1
**brought** [2] - 1913:1, 1961:23
**builds** [1] - 1924:1
**built** [1] - 1925:2
**Bullet** [1] - 1996:20
**bunch** [2] - 1937:7, 1952:10
**business** [8] - 1910:7, 1910:16, 1910:17, 1967:1, 1967:2, 1967:4, 1972:22, 1994:15
**businessperson** [1] - 1910:13
**but..** [1] - 1965:17
**buy** [23] - 1915:2, 1917:4, 1922:23, 1924:17, 1925:21, 1933:1, 1937:13, 1940:3, 1941:11, 1942:17, 1946:22, 1948:4, 1948:20,

1956:25, 1963:21, 1963:23, 1964:16, 1965:5, 1965:23, 1971:10, 1971:11, 1986:25, 1990:11
**buying** [3] - 1914:6, 1964:15, 1968:6
**buys** [1] - 1929:25
**buzz** [4] - 1970:1, 1970:5, 1970:10, 1981:5
**BY** [22] - 1904:7, 1909:20, 1911:18, 1929:9, 1935:13, 1941:3, 1958:22, 1982:11, 1984:7, 1985:8, 1987:13, 1991:9, 1994:11, 1997:10, 1997:21, 1998:18, 1999:5, 2003:10, 2007:24, 2011:3, 2012:6, 2013:1

## C

**calculate** [1] - 1944:8
**calculated** [1] - 1987:25
**California** [1] - 1903:25
**campaigns** [2] - 1968:23, 1968:25
**Cantor** [1] - 1906:15
**CANTOR** [1] - 1903:22
**capabilities** [1] - 1938:7
**cards** [2] - 1913:9, 1913:12
**care** [2] - 1953:6, 1975:15
**career** [11] - 1910:10, 1934:5, 1934:7, 1947:1, 1952:9, 1956:14, 1956:23, 1957:6, 1959:13, 1961:3, 1963:18
**case** [9] - 1934:13, 1947:14, 1951:21, 1968:8, 1984:1, 1989:9, 2003:2, 2003:5, 2009:10
**Case** [1] - 1906:4
**categories** [8] - 1962:2, 1962:10, 1962:18, 1965:7, 1998:2, 1999:25,

# Index

2000:1, 2005:23
**categorize** [1] - 2004:22
**category** [5] - 1972:16, 1972:22, 1974:16, 1981:10, 1996:22
**CC** [1] - 1995:21
**cell** [2] - 2000:13, 2000:20
**cells** [1] - 1998:6
**cents** [2] - 2000:13, 2000:15
**CEO** [1] - 1993:7
**certain** [17] - 1907:18, 1926:20, 1943:21, 1951:23, 1960:12, 1972:18, 1975:24, 1976:11, 1981:20, 1983:18, 1993:6, 1995:1, 2001:20, 2002:1, 2004:22, 2009:12
**certainly** [2] - 1915:9, 1949:1
**CERTIFICATE** [1] - 2015:1
**certify** [1] - 2015:4
**chain** [3] - 1954:15, 2007:17
**change** [6] - 1912:6, 1939:8, 1939:21, 1989:23, 1990:1
**changed** [1] - 1990:6
**changing** [1] - 1990:18
**chapter** [2] - 1919:13, 1919:14
**Charles** [4] - 1905:6, 1909:4, 1909:24, 1937:16
**CHARLES** [1] - 1909:12
**chart** [2] - 2001:19, 2004:20
**check** [3] - 1916:10, 1916:14, 1925:18
**checks** [4] - 1945:7, 1945:9, 1945:16, 1954:5
**chemistry** [1] - 1978:4
**child** [1] - 1942:5
**Chloe** [1] - 1963:3
**choice** [1] - 1989:1
**choices** [1] - 1934:11
**circuit** [2] - 1944:21, 1952:16
**Civil** [2] - 1903:3,

1906:4
**Clancy** [1] - 1962:25
**classic** [1] - 1961:2
**clean** [1] - 1940:10
**clear** [7] - 1921:14, 1923:15, 1932:16, 1935:1, 1978:7, 1983:21, 2006:23
**clearance** [1] - 2009:12
**cleared** [2] - 2007:2, 2009:6
**Clive** [1] - 1962:25
**close** [3] - 1931:22, 1981:2, 2013:20
**closed** [2] - 1906:19, 1908:8, 1908:10
**closer** [2] - 1968:6, 1981:16
**closest** [1] - 1932:1
**closing** [1] - 1954:25
**club** [2] - 1969:24, 1983:1
**Club** [1] - 1980:3
**CO** [1] - 1903:6
**Co** [1] - 1906:5
**coin** [1] - 1970:14
**colleagues** [2] - 1944:24, 1954:13
**collectively** [1] - 2013:8
**college** [1] - 1954:19
**COLLIER** [1] - 1903:16
**Collier** [2] - 1906:12, 1940:22
**colored** [1] - 1949:23
**Columbia** [2] - 1904:9, 2015:13
**COLUMBIA** [1] - 1903:1
**Column** [7] - 1999:17, 2000:4, 2000:6, 2000:12, 2001:9, 2002:15, 2002:19
**combined** [2] - 1928:16, 1938:24
**coming** [4] - 1924:13, 1954:18, 1956:3, 2008:20
**commercial** [6] - 1960:9, 1960:11, 1961:19, 1962:1, 1962:17, 2005:25
**commit** [2] - 1968:14, 1981:19
**common** [2] - 1974:7, 1974:9
**communication** [1] -

1930:15
**comp** [2] - 1971:7, 1972:4
**companies** [3] - 1917:12, 1924:3, 1929:17
**company** [5] - 1912:12, 1937:21, 1938:23, 1939:15, 1939:20
**comparable** [1] - 1971:8
**compare** [4] - 1984:14, 2004:16, 2005:1, 2005:5
**compared** [2] - 1928:7, 1931:23
**competing** [1] - 1975:18
**competition** [5] - 1939:16, 1939:17, 1966:22, 1990:17
**competitors** [3] - 1978:19, 1978:20, 1979:11
**complete** [1] - 2015:6
**completely** [2] - 1924:5, 1997:25
**comps** [5] - 1971:16, 1971:22, 1974:9, 1974:10, 1974:12
**con** [1] - 1923:4
**concentrate** [1] - 1910:22
**concluded** [1] - 2014:7
**concludes** [1] - 1908:3
**conducting** [1] - 2008:22
**conferences** [1] - 1929:19
**confidential** [8] - 1907:17, 1907:25, 1908:1, 1908:19, 1982:9, 1994:7, 1997:17, 1997:25
**confidentiality** [1] - 2007:8
**confirm** [1] - 1907:21
**confused** [1] - 2012:5
**congratulations** [3] - 1949:25, 1961:6, 1961:13
**connect** [1] - 1970:22
**connection** [4] - 1922:5, 1978:8,

1979:19, 1988:7
**consequences** [1] - 1939:19
**consider** [4] - 1915:18, 1949:1, 1978:18, 1978:20
**consideration** [1] - 1972:25
**considerations** [2] - 1972:14, 1974:15
**considered** [2] - 1948:24, 1955:17
**considering** [1] - 1970:23
**consistently** [3] - 1961:22, 1964:16, 1967:3
**constant** [2] - 1935:7, 1966:6
**constantly** [4] - 1962:15, 1966:7, 1966:21, 1977:2
**constitutes** [1] - 2015:4
**Constitution** [2] - 1904:9, 2015:14
**CONT'D** [1] - 1904:1
**contact** [2] - 1966:6, 1994:21
**contacted** [2] - 1913:10, 1924:15
**content** [1] - 1971:9
**continue** [5] - 1906:22, 1907:4, 1943:4, 1943:11, 2000:18
**continued** [2] - 1970:9
**contract** [5] - 1924:17, 1925:3, 1968:18, 1981:20, 1995:3
**contracts** [2] - 1976:12, 1976:13
**contractually** [2] - 1926:17, 1930:22
**contribute** [1] - 1919:6
**contributed** [1] - 1961:12
**contribution** [2] - 1961:11, 1996:22
**controls** [1] - 1974:1
**conventions** [1] - 1929:21
**conversation** [5] - 1930:16, 1932:19, 1932:20, 1935:7, 1972:3
**conversations** [4] -

1927:7, 1929:12, 1967:20, 1977:19
**conversely** [2] - 1972:20, 1975:3
**convince** [4] - 1913:5, 1940:2, 1946:16, 1976:10
**cookie** [1] - 1968:24
**cookie-cutter** [1] - 1968:24
**copies** [17] - 1917:7, 1919:4, 1927:17, 1934:16, 1944:13, 1946:16, 1947:4, 1969:11, 1969:15, 1969:17, 1970:12, 1970:19, 1971:5, 1971:16, 1971:23, 1973:12
**copy** [1] - 1958:17
**corner** [3] - 1993:24, 1998:8, 1999:1
**correct** [55] - 1941:7, 1941:8, 1942:12, 1942:24, 1943:9, 1943:12, 1943:19, 1943:25, 1944:4, 1945:8, 1946:6, 1946:9, 1946:13, 1947:14, 1949:6, 1985:13, 1991:13, 1992:3, 1992:8, 1992:14, 1993:5, 1994:16, 1995:6, 1995:22, 1995:23, 1996:1, 1996:9, 1996:18, 1998:9, 1999:12, 1999:15, 1999:18, 1999:21, 2000:6, 2000:17, 2000:24, 2003:8, 2003:17, 2004:4, 2004:7, 2005:10, 2005:13, 2007:10, 2009:1, 2009:5, 2009:8, 2009:16, 2009:23, 2010:14, 2010:19, 2011:5, 2011:17, 2011:20, 2012:7, 2012:10
**correctly** [4] - 1925:9, 1996:24, 2002:19, 2012:22
**correlation** [8] - 1971:15, 1981:25, 1988:10, 2001:13, 2001:17, 2001:24, 2003:3, 2006:15
**correspond** [2] - 1999:25, 2000:1

**corresponding** [1] - 1993:25
**cost** [7] - 1973:20, 1974:3, 1983:6, 1984:20, 1985:9, 1989:11, 1989:13
**cost-related** [1] - 1973:20
**Costco** [1] - 1920:24
**costs** [7] - 1973:22, 1973:24, 1985:25, 1988:4, 1988:7
**counsel** [4] - 1906:6, 1906:11, 1906:16, 2003:12
**count** [1] - 1999:17
**countries** [3] - 1923:19, 1923:20, 1927:24
**country** [1] - 1935:23
**couple** [3] - 1950:23, 1963:9, 1970:24
**course** [5] - 1949:23, 1952:24, 1957:3, 1958:19, 1963:18
**court** [3] - 1907:8, 1911:22, 1959:10
**Court** [10] - 1904:8, 1904:8, 1937:9, 1958:20, 1985:6, 1987:11, 1991:4, 1994:18, 2015:12, 2015:13
**COURT** [92] - 1903:1, 1906:1, 1906:10, 1906:13, 1906:21, 1906:24, 1907:3, 1907:11, 1907:16, 1907:21, 1907:24, 1908:5, 1908:8, 1908:10, 1908:13, 1908:16, 1908:23, 1908:25, 1909:6, 1909:9, 1909:13, 1909:17, 1911:17, 1924:7, 1929:5, 1935:11, 1940:20, 1940:24, 1941:1, 1949:9, 1949:16, 1949:20, 1950:2, 1950:13, 1950:16, 1950:18, 1950:24, 1951:8, 1951:11, 1951:13, 1951:14, 1951:16, 1952:24, 1953:1, 1954:24, 1955:10, 1955:12, 1955:16, 1955:23, 1957:8, 1957:12, 1957:15, 1957:17, 1957:21, 1957:25, 1958:3, 1958:7, 1958:12, 1958:15, 1958:19, 1983:16, 1983:23, 1984:3, 1984:6, 1985:5, 1987:10, 1990:20, 1990:24, 1991:3, 1991:7, 1994:10, 1997:1, 1997:5, 1997:7, 1997:20, 1998:15, 1998:25, 2002:10, 2002:13, 2002:15, 2002:22, 2003:8, 2007:23, 2010:23, 2010:25, 2012:4, 2012:24, 2013:10, 2013:13, 2013:15, 2013:20, 2014:2
**COURTROOM** [1] - 1906:3
**courtroom** [6] - 1907:13, 1907:19, 1907:22, 1908:14, 1909:7, 1958:1
**cover** [2] - 1948:8, 1994:8
**coverage** [2] - 1911:2, 1937:8
**covered** [2] - 1938:21, 2003:12
**Crawdads** [2] - 1967:14, 1969:10
**crazy** [1] - 1982:21
**create** [3] - 1952:22, 1970:3, 1970:10
**creates** [1] - 1972:3
**creating** [2] - 1938:8, 1962:7
**credit** [2] - 1913:9, 1913:12
**criteria** [1] - 1918:4
**critical** [2] - 1960:13, 1973:3
**Cross** [1] - 1905:2
**cross** [3] - 1940:21, 1960:10, 1990:21
**CROSS** [2] - 1941:2, 1991:8
**CROSS-EXAMINATION** [2] - 1941:2, 1991:8
**Crown** [1] - 1959:23
**CRR** [3] - 1904:7, 2015:3, 2015:12
**crucial** [1] - 1976:21
**cry** [1] - 1939:11
**curious** [1] - 1964:14
**cushion** [1] - 1942:19
**Cussler** [1] - 1962:25
**cutter** [1] - 1968:24

## D

**D.C** [5] - 1903:6, 1903:19, 1904:6, 1904:10, 2015:14
**Dan** [1] - 1906:15
**dangerous** [2] - 1943:22, 1953:22
**DANIEL** [2] - 1903:21, 1903:22
**Daniel** [1] - 1906:14
**dark** [1] - 1960:20
**data** [14] - 1937:22, 1938:7, 1938:8, 1948:10, 1948:11, 1948:12, 1948:14, 1948:16, 1948:17, 1948:19, 1951:20, 1980:15, 2001:12
**dated** [2] - 1994:12, 2007:17
**Dated** [1] - 2015:10
**deal** [4] - 1925:9, 1926:1, 1935:23, 1967:10
**debut** [3] - 1969:20, 1989:4, 1989:6
**decade** [1] - 1938:21
**decide** [2] - 1966:19, 1980:20
**decided** [4] - 1910:11, 1917:23, 1926:5, 1967:23
**decides** [1] - 1966:20
**deciding** [1] - 1983:13
**decision** [2] - 1918:4, 1981:1
**decoder** [1] - 1958:13
**deduct** [1] - 1916:12
**Defendants** [4] - 1903:8, 1957:23, 1958:11, 1983:17
**DEFENDANTS** [3] - 1903:21, 1904:2, 1905:4
**Defendants'** [3] - 1905:12, 1908:20, 1909:1
**defense** [1] - 2013:21
**DEFENSE** [2] - 1909:12, 1958:6
**definitely** [1] - 1990:8
**demand** [1] - 1970:4
**demonstrative** [7] - 1908:19, 1958:16, 1982:8, 2002:5, 2002:8, 2003:12
**Demonstrative** [1] - 1908:21
**demur** [1] - 1968:21
**DEPARTMENT** [1] - 1903:18
**department** [4] - 1973:25, 1974:2, 1981:4, 1995:22
**departments** [1] - 1959:8
**deposed** [1] - 2012:10
**deposition** [3] - 1907:7, 1908:2, 2012:15
**DEPUTY** [1] - 1906:3
**Des** [2] - 1920:24, 1937:22
**describe** [5] - 1911:5, 1960:9, 1971:19, 1975:23, 1976:22
**design** [1] - 1932:23
**designate** [1] - 1988:21
**Detail** [1] - 2001:4
**determine** [1] - 2001:12
**develop** [1] - 1973:10
**devotion** [1] - 1932:2
**dictating** [1] - 1972:9
**different** [28] - 1915:4, 1920:10, 1923:19, 1924:5, 1929:16, 1937:17, 1938:2, 1959:22, 1962:2, 1968:24, 1969:20, 1972:4, 1974:7, 1974:11, 1974:12, 1974:18, 1974:19, 1974:22, 1975:19, 1976:2, 1976:3, 1989:12, 1989:15, 1989:19, 2002:3, 2002:4, 2004:21
**differentiate** [1] - 1980:16
**differently** [4] - 1921:2, 1965:21, 1974:8, 1990:14
**Diijkstra** [1] - 1959:16
**dimensions** [1] - 1973:15
**direct** [3] - 1971:15, 1993:10, 2005:15
**Direct** [1] - 1905:2
**DIRECT** [2] - 1909:19, 1958:21
**directing** [1] - 2007:4
**director** [1] - 1995:19
**disadvantage** [1] - 1937:3
**disastrous** [1] - 1938:19
**discoverability** [1] - 1938:3
**discovered** [1] - 1980:4
**discovery** [1] - 1984:4
**discuss** [2] - 1965:9, 1994:23
**disproportionate** [1] - 2001:21
**dispute** [2] - 1946:1, 1946:3
**distribution** [1] - 1989:20
**DISTRICT** [3] - 1903:1, 1903:1, 1903:12
**district** [1] - 2015:13
**District** [3] - 1904:8, 1904:9, 2015:13
**ditto** [1] - 2003:7
**diversion** [1] - 1962:1
**divided** [1] - 1999:25
**division** [2] - 1933:15, 1959:5
**DIVISION** [1] - 1903:18
**Dobson** [4] - 1992:8, 1992:10, 1993:1, 2010:7
**document** [8] - 1983:9, 1984:24, 1985:6, 1987:4, 1987:11, 1995:10, 1997:23, 2007:13
**documents** [4] - 1958:20, 1983:18, 1983:19, 1991:4
**dollar** [5] - 1945:13, 1946:11, 1956:25, 1987:21
**dollars** [8] - 1927:20, 1928:1, 1928:2, 1929:1, 1932:15,

1978:14, 1986:10, 1986:14
**done** [4] - 1910:8, 1915:7, 1943:6, 2002:6
**door** [1] - 1967:22
**down** [11] - 1911:20, 1924:7, 1936:2, 1944:8, 1957:15, 1967:19, 1967:22, 1978:13, 2000:20, 2001:17, 2013:16
**draft** [1] - 1919:18
**dramatic** [1] - 1964:12
**draw** [2] - 1943:11, 1943:13
**drill** [1] - 2001:17
**drink** [1] - 1909:16
**drive** [1] - 1978:8
**drop** [1] - 1996:16
**Duhigg** [30] - 1905:6, 1909:4, 1909:21, 1909:24, 1909:25, 1910:6, 1910:24, 1911:7, 1911:19, 1916:4, 1920:4, 1921:20, 1922:15, 1923:7, 1923:23, 1924:4, 1929:10, 1930:3, 1931:22, 1932:4, 1933:18, 1935:4, 1935:14, 1935:15, 1936:11, 1937:2, 1937:16, 1938:24, 1940:16, 1941:4
**DUHIGG** [1] - 1909:12
**duly** [1] - 1908:14
**during** [4] - 1949:13, 1954:2, 1960:25, 1990:8
**Dutton** [2] - 1992:2, 1992:5
**duty** [3] - 1935:16, 1935:17, 1935:18
**DX** [1] - 1908:21

## E

**E's** [2] - 2003:22, 2005:13
**earn** [35] - 1916:22, 1917:14, 1917:19, 1921:18, 1923:7, 1927:18, 1928:6, 1928:7, 1929:14, 1936:11, 1936:17,

1943:23, 1944:4, 1944:13, 1944:24, 1945:15, 1945:18, 1945:22, 1946:1, 1946:4, 1946:8, 1946:25, 1947:4, 1947:12, 1947:14, 1947:17, 1950:2, 1950:4, 1950:5, 1950:11, 1953:9, 1953:17, 1955:6, 1957:5, 1969:19
**earned** [7] - 1923:16, 1928:1, 1928:20, 1932:10, 1943:24, 1945:11
**earning** [3] - 1916:17, 1944:11, 1945:3
**earns** [1] - 1945:7
**economic** [2] - 1935:3, 1941:12
**economics** [1] - 1911:3
**edge** [1] - 1977:13
**edit** [6] - 1919:19, 1919:24, 1959:7, 1959:9, 1963:13, 1991:18
**edited** [3] - 1960:16, 1968:9, 1981:3
**editing** [1] - 1943:14
**editor** [25] - 1912:8, 1914:4, 1914:12, 1914:13, 1914:15, 1915:21, 1915:24, 1915:25, 1918:5, 1918:6, 1919:6, 1919:25, 1931:22, 1932:2, 1939:13, 1960:6, 1961:12, 1965:24, 1966:20, 1967:18, 1968:10, 1975:14, 1978:4, 1979:19, 1990:17
**editor's** [1] - 1961:9
**editorial** [3] - 1959:19, 1959:21, 1971:9
**editors** [20] - 1913:25, 1914:21, 1915:18, 1915:20, 1922:1, 1959:7, 1962:8, 1962:9, 1964:20, 1964:23, 1966:19, 1966:20, 1967:22, 1974:11, 1974:18, 1975:15, 1979:23, 1980:1, 2006:15, 2008:17

**educated** [1] - 1971:18
**Edwards** [1] - 2015:12
**EDWARDS** [2] - 1904:7, 2015:3
**eight** [3] - 2002:17, 2003:5, 2003:6
**Eighth** [1] - 1903:24
**either** [2] - 1968:7, 1996:12
**elevate** [3] - 1914:13, 1918:6, 1920:2
**eleventh** [1] - 1952:7
**elsewhere** [1] - 1980:10
**email** [17] - 1993:17, 1994:5, 1994:6, 1994:8, 1994:12, 1995:6, 1996:3, 2007:17, 2008:2, 2008:6, 2008:9, 2009:3, 2009:7, 2010:7, 2010:10
**emerge** [1] - 1912:3
**emotional** [1] - 1964:12
**emotionally** [2] - 1919:23, 1932:17
**encourage** [1] - 1939:17
**encouraging** [1] - 1932:25
**end** [12] - 1907:9, 1934:17, 1964:15, 1964:24, 1965:3, 1971:22, 1972:3, 1974:20, 1975:4, 1978:12, 2009:13, 2011:5
**ended** [3] - 1970:15, 1983:2, 1986:2
**endless** [1] - 1929:21
**ends** [2] - 1965:1, 2000:15
**enjoy** [1] - 1931:2
**enormous** [1] - 1939:12
**enslaved** [1] - 1960:25
**entered** [5] - 1909:2, 1909:7, 1958:1, 1997:9, 2011:1
**enthusiastically** [1] - 1966:10
**entire** [3] - 1940:1, 1940:8, 1991:15
**equal** [4] - 1925:19, 1928:16, 1928:24

**equally** [1] - 1918:11
**equitable** [1] - 1933:17
**equity** [4] - 1938:20, 1938:21, 1948:4, 1948:8
**equivalent** [1] - 1928:14
**especially** [1] - 1975:11
**ESQ** [13] - 1903:15, 1903:15, 1903:16, 1903:16, 1903:17, 1903:17, 1903:21, 1903:21, 1903:22, 1903:22, 1903:23, 1904:2, 1904:4
**Esquire** [1] - 1916:2
**essentially** [2] - 1931:17, 1952:11
**estimate** [5] - 1971:6, 1984:19, 1985:9, 1985:24, 1987:14
**estimated** [6] - 1983:6, 1985:13, 1985:24, 1987:1, 1987:20, 1988:7
**estimates** [1] - 1974:2
**et** [2] - 1903:7, 1906:5
**eventually** [2] - 1954:18, 1983:2
**ever-evolving** [1] - 1962:14
**evidence** [6] - 1909:2, 1983:22, 1997:4, 1997:9, 2010:22, 2011:2
**EVIDENCE** [1] - 1905:9
**evolution** [1] - 1972:15
**evolving** [2] - 1962:14, 1973:5
**exact** [3] - 1919:3, 1924:17, 1935:17
**exactly** [4] - 1937:5, 1953:20, 1966:5, 1974:4
**examination** [1] - 1909:5
**EXAMINATION** [4] - 1909:19, 1941:2, 1958:21, 1991:8
**examining** [1] - 1908:18
**example** [7] - 1960:19, 1971:11,

1972:22, 1978:11, 1989:3, 2001:22, 2007:4
**Excel** [5] - 1993:18, 1993:19, 1996:13, 1999:25, 2002:6
**Excels** [1] - 1997:11
**excess** [8] - 1923:12, 1923:17, 1927:17, 1927:19, 1943:22, 1953:17, 1953:23, 1986:23
**exclusive** [1] - 1964:8
**exclusively** [2] - 1964:9, 1964:20
**excuse** [1] - 1908:9
**excused** [2] - 1957:16, 2013:19
**Exhibit** [9] - 1905:10, 1905:11, 1905:12, 1909:1, 1993:14, 1997:8, 2007:16, 2010:22, 2011:1
**EXHIBITS** [1] - 1905:9
**exist** [3] - 1912:4, 1944:19, 1945:23
**exists** [2] - 1922:21, 1938:3
**exit** [1] - 1907:13
**exited** [1] - 1907:19
**expand** [1] - 1962:11
**expanding** [2] - 1938:17, 1962:7
**expect** [10] - 1925:12, 1925:14, 1925:17, 1933:23, 1936:11, 1944:4, 1953:8, 1971:24, 1972:10, 1982:1
**expectation** [1] - 1917:16
**expected** [6] - 1953:15, 1953:16, 1974:5, 1987:25, 1988:2, 2003:3
**expecting** [2] - 1916:22, 2009:15
**expense** [1] - 1987:15
**expenses** [1] - 1942:23
**expensive** [1] - 1956:20
**experience** [6] - 1938:5, 1949:23, 1951:4, 1974:7, 1990:4, 1990:10
**experts** [1] - 1948:11

2023

explain [6] - 1969:2, 1975:21, 1993:15, 2008:22, 2010:10, 2010:13
explained [1] - 2009:10
explaining [1] - 1996:4
explains [2] - 1912:22, 1996:16
explicit [1] - 1922:7
exposes [1] - 1970:6
extent [1] - 1983:19
external [1] - 1979:15
extort [1] - 1936:22
extra [3] - 1925:7, 1975:21, 2009:10
extreme [1] - 2002:24
eyes [1] - 1920:12

## F

F's [1] - 2003:24
Facebook [1] - 1937:24
facilities [2] - 1977:16, 1977:19
fact [7] - 1926:7, 1937:8, 1939:22, 1954:12, 1964:2, 1977:8, 1980:2
fail [1] - 1957:2
fair [5] - 1941:24, 1945:16, 1967:3, 1967:6, 1967:8
fall [1] - 1989:4
falls [1] - 1965:7
familiar [4] - 1911:4, 1988:17, 2007:10, 2008:21
famous [2] - 1935:8, 2005:10
far [5] - 1931:18, 1932:7, 1945:10, 2011:21
far-right [1] - 1931:18
fast [1] - 1924:6
Faster [12] - 1911:11, 1923:25, 1924:24, 1925:3, 1925:13, 1925:15, 1925:24, 1926:6, 1927:13, 1927:18, 1927:22, 1927:25
faster [1] - 1925:8
favorite [1] - 1920:25

feedback [1] - 1919:15
fees [6] - 1922:25, 1923:13, 1923:17, 1928:6, 1928:25
felt [10] - 1916:9, 1916:20, 1934:20, 1939:4, 1960:18, 1961:1, 1961:3, 1978:5, 1978:15
few [5] - 1949:17, 1980:3, 1997:22, 2002:5, 2003:11
fi [1] - 1929:21
fiction [17] - 1929:13, 1929:20, 1929:23, 1952:2, 1952:3, 1956:11, 1960:9, 1960:11, 1962:1, 1962:2, 1962:3, 1962:18, 1962:19, 1968:8
field [2] - 1983:11, 1988:5
fields [3] - 1973:13, 1973:17, 1973:19
fiercest [1] - 1979:10
Fifth [1] - 1903:19
fifth [1] - 1956:13
figure [7] - 1920:11, 1922:20, 1936:25, 1937:22, 1963:24, 1989:24, 2001:20
figures [4] - 1968:1, 1975:2, 1975:3, 1986:5
files [4] - 1993:18, 1993:19, 1996:13, 1996:17
fill [1] - 1973:16
final [1] - 2009:25
finalist [2] - 1961:5, 1963:8
finance [8] - 1954:16, 1955:19, 1973:25, 1974:2, 1994:21, 1994:23, 1995:22
financial [3] - 1925:2, 1975:17, 1976:18
financially [3] - 1931:4, 1932:18, 1947:10
fine [3] - 1909:17, 1911:17, 1979:23
finish [2] - 1907:17, 1930:8
finished [1] - 1924:10

fired [2] - 1942:14, 1942:18
firm [1] - 1948:4
first [42] - 1906:20, 1910:19, 1911:13, 1912:1, 1912:13, 1916:14, 1916:15, 1916:25, 1919:18, 1924:18, 1926:20, 1928:15, 1933:8, 1954:6, 1960:19, 1961:1, 1963:4, 1963:7, 1969:13, 1969:14, 1970:25, 1973:11, 1978:4, 1980:3, 1980:8, 1980:10, 1982:12, 1982:15, 1983:18, 1991:1, 1993:15, 1994:5, 1996:3, 1996:20, 1999:9, 2008:9, 2008:11, 2009:1, 2009:2, 2010:6
FISHBEIN [1] - 1904:2, 1907:1
Fishbein [1] - 1907:2
fit [1] - 1965:6
fits [1] - 1971:1
five [7] - 1952:17, 1966:19, 1966:20, 1986:5, 2001:20, 2004:1, 2004:6
five-figure [1] - 2001:20
five-year [2] - 2004:1, 2004:6
fixed [2] - 1973:25, 1988:4
Floor [1] - 1903:24
flop [3] - 1936:14, 1936:15, 1936:16
flops [1] - 1956:19
FLORENCE [1] - 1903:11
Flynn [1] - 1960:20
focus [5] - 1918:18, 1953:1, 1962:3, 1982:24, 2000:4
focused [1] - 1918:23
focusing [1] - 1953:3
folder [2] - 1993:12, 1993:13
folks [2] - 1921:11, 1951:2
follow [2] - 1931:14, 1996:17
following [9] - 1907:19, 1908:15,

1909:8, 1957:20, 1958:2, 1986:12, 1986:22, 2005:4, 2014:6
foot [1] - 1967:11
FOR [5] - 1903:1, 1903:15, 1903:21, 1904:2, 1905:4
foreclosed [1] - 1942:17
foregoing [1] - 2015:4
foreign [3] - 1917:11, 1923:13, 1928:6
formally [1] - 1932:14
format [1] - 1996:17
formation [1] - 1912:2
forthright [1] - 1966:24
fortunate [1] - 1923:21
founded [1] - 1961:17
four [8] - 1916:12, 1916:15, 1954:5, 1954:21, 1956:12, 1983:4, 1988:1, 1988:2
four-times-larger [1] - 1988:1
fourth [2] - 1936:25, 1950:10
Fowler [1] - 1963:8
franchise [4] - 1962:16, 1962:23, 1964:3, 2004:10
franchise-heavy [1] - 1964:3
franchises [1] - 1964:4
Francisco [2] - 1937:25, 1959:19
freedom [2] - 1918:15, 1940:4
freight [1] - 1973:22
frequency [1] - 2012:19
frequent [1] - 1994:21
frequently [1] - 2012:9
friends [5] - 1914:10, 1918:1, 1921:21, 1950:9, 1956:11
front [4] - 1967:6, 1984:23, 1998:22, 2007:13
frustrate [1] - 1975:7

full [5] - 1912:14, 1933:15, 1967:12, 1968:8, 2015:5
fully [1] - 1997:16
fun [1] - 1980:18
Fun [1] - 1963:4
function [1] - 1974:5
fund [1] - 1954:8

## G

gallery [1] - 1997:19
garner [1] - 1973:2
gears [3] - 1978:18, 1980:20, 2005:15
geeks [2] - 1937:22, 1948:10
general [3] - 1941:6, 1941:7, 2001:16
generally [7] - 1967:25, 1968:4, 1971:13, 1981:21, 1989:3, 1995:4, 2006:14
generic [1] - 1969:5
genuinely [1] - 1920:3
Gillian [1] - 1960:20
Girl [1] - 1970:18
given [3] - 1941:20, 1951:18, 1985:25
glad [1] - 1913:14
Gladwell [1] - 1937:18
Glusman [4] - 1905:5, 1907:5, 1907:8, 1908:2
Glusman's [1] - 1908:3
goal [7] - 1922:17, 1922:18, 1923:2, 1947:19, 1966:17, 1975:11, 2006:1
GOLDSMITH [1] - 1903:17
Gosh [1] - 1946:15
gossiping [1] - 1921:25
government [1] - 1947:17
Government [1] - 1908:22
GQ [1] - 1916:2
graduating [2] - 1910:7, 1910:14
Grau [1] - 1979:22
great [24] - 1914:14, 1915:21, 1915:23, 1915:24, 1915:25,

1916:3, 1916:20, 1916:21, 1917:6, 1918:7, 1929:1, 1934:15, 1939:23, 1944:12, 1946:20, 1946:21, 1952:15, 1952:17, 1952:18, 1973:3, 1977:1, 1977:11, 1983:4
  **greater** [1] - 2002:25
  **greatest** [1] - 1914:12
  **Gross** [1] - 1920:18
  **groundbreaking** [1] - 1960:24
  **Group** [2] - 1959:4, 1992:11
  **group** [6] - 1929:12, 1935:5, 1938:17, 1953:14, 1994:22, 1994:24
  **grouping** [1] - 2003:5
  **groups** [1] - 1952:23
  **grow** [1] - 1973:10
  **guarantee** [2] - 1936:19, 1968:17
  **guaranteed** [1] - 1926:2
  **guess** [4] - 1950:12, 1954:25, 1971:18, 1978:1
  **guessed** [1] - 1981:12
  **guide** [3] - 1971:19, 1972:9
  **guiding** [1] - 1995:2
  **gut** [1] - 1938:23
  **guy** [3] - 1914:3, 1916:3, 1935:24
  **guys** [4] - 1947:16, 1951:8, 1951:16, 1952:17

## H

  **Habit** [26] - 1911:10, 1912:2, 1912:13, 1913:3, 1913:22, 1915:14, 1916:5, 1917:18, 1917:23, 1918:25, 1919:7, 1922:4, 1922:16, 1923:8, 1923:12, 1923:18, 1924:2, 1924:11, 1924:25, 1925:6, 1925:8, 1926:8, 1926:9, 1927:16, 1942:5,

1944:18
  **habit** [1] - 1912:2
  **habits** [2] - 1912:3, 1912:6
  **Hachette** [1] - 1979:6
  **half** [2] - 1985:12, 2011:9
  **halfway** [1] - 1910:11
  **halls** [1] - 1967:19
  **hand** [11] - 1909:10, 1958:4, 1958:14, 1958:17, 1983:15, 1985:4, 1987:9, 1990:25, 1993:24, 1998:8, 1999:1
  **handful** [2] - 1914:19, 2005:9
  **handle** [1] - 1915:5
  **hands** [1] - 1968:10
  **happy** [5] - 1916:9, 1932:9, 1967:10, 1969:21
  **hard** [3] - 1924:21, 1968:4, 2004:21
  **hardcopy** [1] - 2011:5
  **hardcover** [2] - 1954:1, 1961:20
  **hardest** [1] - 1938:4
  **Harper** [1] - 1959:18
  **HarperCollins** [4] - 1959:20, 1959:24, 1960:6, 1978:22
  **Hawkins** [1] - 1970:18
  **head** [2] - 1960:2, 1987:3
  **heads** [1] - 1968:12
  **hear** [2] - 1951:15, 1959:10
  **heard** [6] - 1950:3, 1950:18, 1963:24, 1967:14, 1971:4, 1988:16
  **hearsay** [1] - 1935:10
  **hearts** [1] - 1967:12
  **heavy** [1] - 1964:3
  **Held** [2] - 1991:23, 2007:18
  **held** [13] - 1959:21, 1991:25, 1992:8, 1993:1, 1995:6, 2006:20, 2006:23, 2007:1, 2008:2, 2008:6, 2009:4, 2009:14, 2010:1
  **held's** [1] - 1992:21
  **helm** [1] - 1962:8
  **help** [9] - 1918:6,

1920:19, 1921:4, 1933:1, 1938:8, 1938:15, 1961:24, 1961:25, 1981:18
  **helped** [9] - 1913:23, 1921:3, 1941:22, 1942:1, 1942:5, 1942:8, 1942:11, 1942:22
  **helpful** [2] - 1954:24, 1980:18
  **helping** [2] - 1920:1, 1941:24
  **hereby** [1] - 2015:3
  **high** [7] - 1930:14, 1946:12, 1963:25, 1972:18, 1986:21, 2001:22, 2002:20
  **higher** [15] - 1925:23, 1933:19, 1933:21, 1941:18, 1944:3, 1944:5, 1947:13, 1955:5, 1955:19, 1978:13, 1990:1, 1990:7, 1990:9, 2002:25, 2012:2
  **higher-advance-level** [1] - 2002:25
  **highest** [2] - 1932:5, 1935:16
  **highlight** [1] - 1977:10
  **himself** [1] - 1934:25
  **hires** [1] - 1937:22
  **historical** [2] - 1971:12, 1971:13
  **histories** [1] - 2006:16
  **hit** [2] - 1952:5, 1952:7
  **Hollywood** [2] - 1929:25
  **hone** [1] - 1981:17
  **honest** [2] - 1975:16, 1980:18
  **honestly** [1] - 1931:1
  **honor** [1] - 1957:14
  **Honor** [33] - 1906:2, 1906:3, 1906:8, 1906:14, 1906:18, 1907:1, 1907:9, 1908:7, 1908:24, 1909:3, 1935:9, 1940:22, 1949:14, 1957:22, 1957:23, 1958:10, 1983:15, 1983:17, 1983:21, 1985:4, 1987:9, 1990:22, 1991:2,

1991:6, 1994:6, 1997:3, 1997:16, 2007:21, 2010:21, 2013:5, 2013:12, 2013:14, 2013:23
  **HONORABLE** [1] - 1903:11
  **honored** [1] - 1961:9
  **hope** [8] - 1912:22, 1936:13, 1946:15, 1948:3, 1950:25, 1969:12, 1972:17, 1988:10
  **hoped** [3] - 1917:14, 1919:7, 1932:25
  **hopeful** [4] - 1936:17, 1936:18, 1946:19, 1949:7
  **hopefully** [6] - 1912:24, 1917:7, 1934:6, 1936:14, 1945:2, 1954:17
  **hopes** [2] - 1923:5, 1933:14
  **horror** [1] - 1972:22
  **host** [1] - 1970:7
  **hot** [1] - 1981:11
  **HOUSE** [1] - 1903:22
  **house** [12] - 1915:3, 1917:4, 1918:11, 1918:13, 1925:21, 1941:14, 1942:12, 1942:17, 1953:20, 1956:1, 1956:25, 2009:19
  **House** [60] - 1906:17, 1910:2, 1912:12, 1913:22, 1914:4, 1914:5, 1917:24, 1920:4, 1921:5, 1922:5, 1923:16, 1923:19, 1926:6, 1926:18, 1927:4, 1927:13, 1927:24, 1928:19, 1930:19, 1930:23, 1930:25, 1931:7, 1931:10, 1931:12, 1932:5, 1932:13, 1932:20, 1932:22, 1933:8, 1933:11, 1933:16, 1936:19, 1936:22, 1937:2, 1938:5, 1938:6, 1938:14, 1938:24, 1939:25, 1940:13, 1943:9, 1943:12, 1943:16, 1947:8, 1949:2, 1949:5, 1959:2, 1959:24,

1979:9, 1979:13, 1990:12, 1991:12, 1992:13, 1993:7, 1994:16, 1996:18, 2007:18, 2011:4
  **House's** [2] - 1977:15, 1977:18
  **housekeeping** [1] - 1908:6
  **houses** [3] - 1913:1, 1926:12, 1979:17
  **hue** [1] - 1939:11
  **huge** [13] - 1918:18, 1919:13, 1920:22, 1932:2, 1934:9, 1934:10, 1952:5, 1952:7, 1952:13, 1956:7, 1967:15, 1970:11, 2005:12
  **hundred** [1] - 1978:14
  **hundreds** [2] - 1921:2, 1963:19
  **hypothetical** [1] - 1947:3

## I

  **idea** [3] - 1916:24, 1934:2, 1934:3
  **identification** [2] - 1993:14, 2007:16
  **identified** [1] - 1908:21
  **Ihan** [1] - 1906:12
  **IHAN** [1] - 1903:15
  **II** [2] - 1971:11, 1971:12
  **immaterial** [1] - 1941:11
  **immediately** [1] - 1940:9
  **Immortalists** [1] - 1963:3
  **impeaching** [1] - 2013:7
  **impeachment** [1] - 2013:6
  **important** [5] - 1915:8, 1941:16, 1943:9, 1981:18, 2006:6
  **importantly** [1] - 1914:13
  **imprint** [23] - 1912:12, 1959:4, 1959:23, 1959:24, 1959:25, 1961:16, 1961:21, 1962:8,

2025

1965:25, 1966:3,
1966:13, 1971:5,
1978:9, 1978:21,
1978:24, 1979:2,
1979:5, 1979:15,
1982:20, 1991:15,
2006:17, 2010:19
**imprints** [10] -
1964:7, 1974:8,
1979:9, 1979:13,
1979:21, 1991:25,
1992:2, 1992:6,
1992:13, 1992:17
**IN** [1] - 1905:9
**include** [4] -
1923:13, 1962:1,
1968:3, 1977:9
**includes** [2] -
1976:14, 2005:24
**including** [2] -
1959:22, 1962:2
**income** [3] -
1929:14, 1942:19,
1942:25
**increase** [1] -
2000:18
**increases** [1] -
1970:6
**indicated** [2] -
1932:14, 1933:23
**indicates** [1] -
1975:1
**indicators** [1] -
1996:21
**indiscernible** [1] -
1951:11
**individual** [3] -
1976:5, 1981:15,
2003:6
**individually** [3] -
1965:21, 1988:12,
2003:6
**industry** [7] - 1940:8,
1960:10, 1961:16,
1964:24, 1973:4,
1979:23, 2005:17
**inevitable** [1] -
1936:13
**inevitably** [1] -
1974:19
**inform** [3] - 1915:10,
1915:11, 1922:20
**information** [1] -
2010:16
**informed** [3] -
1915:10, 1915:11,
2009:7
**informs** [1] - 1966:12
**initial** [1] - 1969:14
**innovative** [1] -

1977:5
**inside** [1] - 1912:12
**instance** [2] -
1951:6, 2011:13
**instead** [4] - 1927:1,
1929:17, 1933:14,
1941:18
**insurance** [1] -
1937:20
**intended** [2] -
1949:5, 2009:2
**interactions** [1] -
1994:19
**interest** [2] - 1940:6,
1940:7
**interested** [7] -
1913:6, 1914:6,
1926:3, 1949:2,
1964:25, 1966:3,
1966:13
**interesting** [3] -
1951:19, 1970:3,
2001:15
**internal** [1] - 1979:15
**internally** [3] -
1933:1, 1981:4,
1982:24
**international** [1] -
1911:3
**interview** [1] -
1976:23
**intimate** [3] - 1927:9,
1927:10, 1932:1
**investigative** [1] -
1910:17
**investment** [2] -
1938:8, 1973:8
**invited** [1] - 1952:16
**involved** [1] - 1995:3
**IP** [2] - 1917:12,
1923:1
**Issue** [1] - 1918:3
**issue** [2] - 1918:5,
1989:9
**it'll** [1] - 1944:13
**item** [1] - 1908:6
**itself** [1] - 1977:14
**Ivan** [2] - 1991:23,
2007:18

## J

**jacket** [2] - 1920:9,
1921:11
**jackets** [1] - 1920:11
**James** [1] - 1935:25
**job** [10] - 1909:25,
1910:14, 1912:19,
1915:12, 1923:6,

1925:11, 1943:6,
1943:7, 1959:1,
1976:22
**jobs** [1] - 1942:2
**John** [5] - 1905:5,
1906:8, 1907:8,
1908:2, 1962:24
**JOHN** [1] - 1903:15
**JONATHAN** [1] -
1903:17
**Jones** [1] - 1960:24
**journalist** [4] -
1910:1, 1910:7,
1910:12, 1916:23
**Joy** [1] - 1963:8
**Jr** [1] - 1960:24
**Judge** [1] - 1951:14
**judge** [1] - 1922:11
**JUDGE** [1] - 1903:12
**justice** [1] - 1947:20
**JUSTICE** [1] -
1903:18
**justify** [1] - 1972:5

## K

**Karen** [1] - 1963:8
**keep** [6] - 1931:6,
1945:14, 1953:10,
1967:12, 1994:1,
2012:2
**keeps** [1] - 1924:13
**KELLEY** [8] -
1903:16, 1906:2,
1935:9, 1940:22,
1940:25, 1941:3,
1949:8, 1957:10
**Kelley** [2] - 1906:12,
1940:23
**key** [4] - 1996:20,
1996:23, 2007:5,
2007:6
**kGAA** [1] - 1903:6
**kick** [1] - 1975:24
**kids'** [1] - 1954:19
**Kiley** [1] - 1963:4
**KIM** [4] - 1903:15,
1958:6, 1991:2,
1991:4
**Kim** [12] - 1905:7,
1906:12, 1957:23,
1958:23, 1958:25,
1985:9, 1987:14,
1987:20, 1991:10,
1997:22, 2007:4,
2013:16
**kind** [16] - 1913:20,
1913:25, 1914:25,
1924:1, 1925:10,

1929:14, 1936:6,
1955:12, 1971:15,
1973:17, 1977:12,
1981:5, 1995:1,
2004:20, 2004:21,
2004:23
**King** [5] - 1937:8,
1937:10, 1937:11,
1937:13, 1937:17
**knife** [1] - 1915:6
**knowledge** [1] -
1948:5
**known** [6] - 1914:22,
1914:23, 1967:2,
2005:20, 2005:21,
2005:22
**knows** [3] - 1937:10,
1937:15

## L

**labeled** [1] - 1993:12
**Lara** [1] - 1980:2
**large** [7] - 1917:20,
1923:4, 1934:2,
1934:3, 1946:20,
1993:20, 1997:14
**larger** [5] - 1922:25,
1943:19, 1944:14,
1988:1, 1988:3
**largest** [1] - 1935:19
**last** [3] - 1961:5,
1975:6, 2008:11
**lawyer** [1] - 1953:12
**lawyers** [1] - 1947:17
**lead** [7] - 1980:6,
1988:16, 1988:21,
1988:25, 1989:1,
1989:5, 1989:7
**lean** [1] - 1921:17
**learn** [3] - 1966:3,
1974:21, 1975:7
**learned** [1] - 1963:9
**least** [1] - 1986:17
**lecture** [1] - 1952:16
**lectures** [2] -
1952:18, 1952:19
**Lee** [2] - 1995:12,
1995:14
**left** [8] - 1910:21,
1924:16, 1926:22,
1926:24, 1931:12,
1993:24, 1998:8,
1999:1
**left-hand** [3] -
1993:24, 1998:8,
1999:1
**less** [10] - 1947:10,
1947:11, 1964:16,

1976:4, 1989:13,
1989:16, 1989:21,
2006:20, 2007:1,
2009:25
**letter** [1] - 1977:9
**level** [17] - 1930:14,
1966:15, 1971:24,
1972:5, 1976:2,
1980:20, 1981:20,
1989:16, 1989:20,
1996:23, 1999:14,
2000:9, 2000:12,
2000:17, 2001:13,
2002:25, 2004:23
**Level** [2] - 1999:10,
2000:8
**levels** [5] - 1999:12,
1999:21, 2000:21,
2000:25, 2001:1
**Lewis** [1] - 1935:8
**Lexington** [1] -
1904:3
**life** [4] - 1927:10,
1940:1, 1940:3,
1955:21
**lifetime** [1] - 1935:7
**likely** [1] - 1953:15
**limited** [1] - 1992:19
**line** [6] - 1919:19,
1937:12, 1937:13,
1951:18, 2002:18,
2008:9
**line-edit** [1] -
1919:19
**Lines** [1] - 2012:17
**link** [1] - 1954:15
**Lisa** [3] - 1906:11,
1962:25, 2015:12
**LISA** [3] - 1903:16,
1904:7, 2015:3
**list** [22] - 1929:21,
1962:1, 1962:5,
1962:7, 1962:13,
1962:17, 1962:21,
1964:3, 1965:6,
1969:22, 1970:17,
1971:1, 1973:11,
1974:14, 1975:12,
1989:4, 1989:6,
1998:11, 1998:19,
2006:13
**listed** [4] - 1963:5,
1963:9, 1999:12,
2003:16
**lists** [2] - 1996:6,
2001:6
**literally** [2] - 1921:2,
1997:24
**Literary** [1] - 1959:17
**literary** [6] - 1960:11,

1961:11, 1962:2, 1962:19, 1963:1, 2014:1

**live** [1] - 1975:14

**lives** [1] - 1912:4

**living** [3] - 1917:2, 1942:22, 1969:9

**LLP** [3] - 1903:23, 1904:2, 1904:5

**loan** [1] - 1957:1

**long-listed** [2] - 1963:5, 1963:9

**long-term** [1] - 1973:8

**longstanding** [2] - 1976:9, 1979:24

**longwinded** [1] - 1940:17

**Look** [1] - 1956:15

**look** [25] - 1924:22, 1936:13, 1939:24, 1941:9, 1956:9, 1971:12, 1982:8, 1988:11, 1988:12, 1994:5, 1996:3, 1997:12, 1998:8, 1999:2, 1999:17, 1999:24, 2000:8, 2000:9, 2000:12, 2001:9, 2001:16, 2007:4, 2007:25, 2009:3, 2010:6

**looked** [5] - 1945:21, 1962:9, 1964:15, 2001:15, 2001:19

**looking** [11] - 1948:15, 1960:12, 1962:11, 1964:9, 1970:14, 1971:7, 1973:7, 1980:16, 1984:18, 1995:1, 1998:21

**looks** [2] - 1986:16, 2002:15

**Los** [2] - 1903:25, 1910:14

**lose** [9] - 1979:14, 1980:11, 2011:16, 2011:18, 2011:19, 2011:24, 2012:3, 2012:9

**loses** [2] - 2012:7, 2012:19

**losing** [6] - 1978:21, 1978:24, 1979:2, 1979:5, 1979:8, 1979:16

**losses** [1] - 1979:12

**lost** [3] - 1947:9, 1956:10, 1956:21

**loud** [2] - 1998:4, 2008:10

**love** [10] - 1937:13, 1939:25, 1960:25, 1965:5, 1970:25, 1972:13, 1977:4, 1977:9, 1988:23

**loved** [5] - 1967:18, 1969:15, 1982:18, 1982:20, 1985:18

**loves** [2] - 1952:4, 1969:6

**low** [3] - 1967:3, 1975:3, 1986:5

**low-balled** [1] - 1967:3

**lower** [13] - 1938:25, 1939:2, 1966:15, 1975:15, 1977:23, 1978:9, 1986:2, 1986:4, 1987:22, 1989:24, 1990:11, 2000:25, 2001:2

**lucky** [1] - 1919:2

**lunch** [4] - 2013:20, 2013:21, 2014:3, 2014:4

**luncheon** [1] - 2014:5

**luxury** [1] - 1953:4

# M

**ma'am** [1] - 1907:23

**Macmillan** [2] - 1959:23, 1978:25

**Madeline** [1] - 1993:5

**magazine** [6] - 1910:3, 1910:4, 1913:9, 1914:4, 1916:2, 1944:11

**Magic** [1] - 1920:25

**magnitude** [1] - 1986:3

**main** [1] - 1916:9

**maintain** [1] - 1939:15

**maintained** [3] - 1961:18, 1961:19, 1961:20

**majority** [1] - 1945:25

**maker** [1] - 1927:2

**Malcolm** [1] - 1937:18

**man** [1] - 1934:23

**management** [1] - 1994:16

**manner** [1] - 1937:4

**manuscript** [1] - 1968:9

**margins** [1] - 1919:20

**mark** [1] - 1908:20

**marked** [2] - 1993:13, 2007:15

**market** [11] - 1921:7, 1922:13, 1936:6, 1937:16, 1951:11, 1951:17, 1952:3, 1961:25, 1981:8, 1986:19, 1986:21

**marketed** [1] - 1988:13

**marketer** [1] - 1920:15

**marketers** [1] - 1920:16

**marketing** [47] - 1921:17, 1922:10, 1943:8, 1943:15, 1959:8, 1968:3, 1968:5, 1968:14, 1968:19, 1968:23, 1969:4, 1970:2, 1970:3, 1970:4, 1970:5, 1973:22, 1974:3, 1980:21, 1980:23, 1981:20, 1981:23, 1982:5, 1982:22, 1983:3, 1983:6, 1984:12, 1984:14, 1984:19, 1985:9, 1985:20, 1985:24, 1986:13, 1986:17, 1987:2, 1987:15, 1987:20, 1988:6, 1988:7, 1988:24, 1995:19, 2001:9, 2001:14, 2001:21, 2002:3, 2004:17, 2005:1, 2005:5

**Marketplace** [1] - 1974:25

**markets** [2] - 1933:23, 1935:22

**marriage** [1] - 1932:1

**Martin's** [1] - 1959:23

**mask** [2] - 1909:14, 1958:8

**mass** [1] - 1961:25

**mass-market** [1] - 1961:25

**matched** [1] - 2009:11

**math** [5] - 1983:3,

1984:16, 1985:21, 2004:8, 2010:4

**matter** [11] - 1918:8, 1918:17, 1934:16, 1941:8, 1941:9, 1941:13, 1952:1, 1976:14, 1982:4, 2012:10

**matters** [2] - 1906:21, 1918:16

**maximize** [2] - 1947:18, 1947:22

**MBA** [2] - 1910:11

**McClay** [2] - 1995:17, 1995:19

**McCormick** [7] - 1994:12, 1994:15, 1994:19, 1995:12, 1996:4, 1998:14, 1999:6

**McIntosh** [2] - 1993:5, 1993:7

**mean** [51] - 1914:24, 1915:19, 1916:24, 1917:19, 1918:2, 1919:8, 1919:12, 1919:25, 1920:6, 1921:2, 1921:24, 1922:7, 1925:17, 1926:22, 1927:5, 1927:6, 1928:25, 1931:1, 1931:9, 1931:17, 1936:13, 1936:14, 1939:8, 1939:22, 1941:9, 1941:19, 1942:13, 1943:14, 1943:20, 1946:14, 1947:15, 1948:3, 1948:20, 1949:1, 1954:12, 1955:7, 1962:6, 1965:15, 1968:15, 1969:12, 1971:19, 1972:14, 1974:9, 1974:18, 1981:25, 1984:21, 1986:1, 1988:19

**meaningful** [1] - 1920:3

**meaningless** [1] - 1911:6

**means** [9] - 1934:9, 1935:19, 1936:9, 1947:8, 1956:8, 1957:5, 1960:12, 1964:8, 1978:9

**meant** [7] - 1916:14, 1916:16, 1916:19, 1925:18, 1925:20, 1925:21, 1942:16

**measure** [1] - 1922:15

**media** [1] - 2006:12

**meet** [3] - 1976:19, 1996:8

**meeting** [3] - 1976:21, 1977:6, 1978:1

**MEGAN** [1] - 1903:21

**Megan** [1] - 1906:15

**meld** [1] - 1978:15

**member** [1] - 2012:19

**members** [2] - 1907:12, 1907:18

**memo** [1] - 1919:13

**men** [1] - 1960:25

**mention** [1] - 1932:24

**mentioned** [24] - 1911:7, 1912:8, 1913:2, 1914:18, 1921:20, 1932:19, 1933:18, 1941:21, 1942:4, 1943:18, 1948:9, 1948:22, 1962:19, 1963:6, 1966:2, 1966:16, 1967:21, 1972:14, 1974:9, 1974:14, 1978:2, 1981:9, 1988:9, 1993:22

**mentioning** [1] - 1923:14

**merge** [1] - 1939:1

**merged** [1] - 1938:6

**merger** [7] - 1937:3, 1938:10, 1938:13, 1939:21, 1940:14, 1940:15, 1990:14

**met** [2] - 1913:16, 1915:17

**MFA** [2] - 1929:18

**Michael** [1] - 1935:8

**microphone** [1] - 1959:11

**mid** [1] - 1968:1

**mid-six** [1] - 1968:1

**middle** [1] - 1999:14

**might** [12] - 1914:22, 1914:23, 1927:6, 1937:24, 1940:17, 1948:4, 1972:16, 1973:2, 1973:5, 1973:10, 1973:15, 1975:7

**million** [25] - 1919:4, 1923:12, 1923:17, 1927:17, 1927:20, 1928:1, 1928:2,

2027

1930:21, 1932:4, 1932:9, 1932:15, 1933:24, 1934:20, 1934:24, 1935:2, 1941:17, 1956:25, 1957:1, 1970:13, 1984:11, 1986:10, 1986:14, 1987:21, 1987:23, 1993:4
**million-dollar** [2] - 1956:25, 1987:21
**millions** [4] - 1917:7, 1934:16, 1970:20
**mind** [10] - 1940:6, 1940:8, 1960:17, 1967:7, 1967:12, 1970:18, 1978:15, 2002:13, 2008:20, 2012:21
**mind-meld** [1] - 1978:15
**minds** [1] - 1964:13
**mine** [2] - 1919:10, 1937:23
**minority** [1] - 1965:10
**minutes** [4] - 1906:18, 1907:14, 1907:15, 1949:11
**misheard** [1] - 1940:11
**mixed** [1] - 1920:17
**mockup** [1] - 1920:10
**modest** [1] - 1935:8
**Moines** [2] - 1920:24, 1937:22
**moment** [5] - 1909:9, 1958:4, 1972:23, 1981:13, 2002:4
**money** [42] - 1916:4, 1917:2, 1917:8, 1918:2, 1918:3, 1918:9, 1918:22, 1923:10, 1925:7, 1927:11, 1928:5, 1932:12, 1933:11, 1934:20, 1936:4, 1936:9, 1941:10, 1942:13, 1944:6, 1944:11, 1947:9, 1947:10, 1947:11, 1947:16, 1947:17, 1947:18, 1953:21, 1954:4, 1954:20, 1956:8, 1956:10, 1956:16, 1956:17, 1957:4, 1971:24, 1972:2, 1972:12, 1975:22, 1986:20,

1986:23
**morning** [23] - 1906:1, 1906:2, 1906:3, 1906:8, 1906:10, 1906:14, 1906:25, 1907:1, 1907:3, 1909:21, 1909:22, 1940:22, 1940:24, 1941:4, 1941:5, 1957:21, 1957:22, 1958:3, 1958:10, 1958:12, 1958:23, 1990:22, 1990:24
**Morning** [1] - 2014:7
**MORNING** [1] - 1903:8
**most** [15] - 1911:4, 1913:4, 1920:7, 1921:16, 1927:9, 1927:10, 1931:3, 1931:4, 1931:25, 1932:1, 1946:14, 1952:21, 1964:22, 1976:21, 2002:2
**mostly** [2] - 1921:9, 1994:25
**motivator** [1] - 1926:15
**mouth** [1] - 1970:10
**move** [7] - 1923:23, 1945:5, 1981:18, 1997:3, 2000:17, 2010:21, 2013:5
**moved** [4] - 1910:16, 1959:18, 1959:20, 1960:2
**movie** [1] - 1930:1
**moving** [2] - 1948:2, 1983:22
**Moyer** [2] - 1926:22, 1926:24
**Moyers** [3] - 1913:17, 1914:18, 1924:16
**MR** [54] - 1906:2, 1906:8, 1906:11, 1906:14, 1906:23, 1907:1, 1907:6, 1907:9, 1907:15, 1907:23, 1908:3, 1908:6, 1908:9, 1908:12, 1908:17, 1908:24, 1935:9, 1940:22, 1940:25, 1941:3, 1949:8, 1957:10, 1957:22, 1983:17, 1984:1, 1990:22, 1990:25, 1991:2, 1991:4,

1991:6, 1991:9, 1994:6, 1994:11, 1997:3, 1997:10, 1997:16, 1997:21, 1998:17, 1998:18, 1998:23, 1999:3, 1999:5, 2002:12, 2002:14, 2003:10, 2007:21, 2007:24, 2010:21, 2011:3, 2012:6, 2013:1, 2013:5, 2013:11, 2013:23
**MS** [30] - 1909:3, 1909:20, 1911:18, 1929:9, 1935:13, 1940:18, 1949:14, 1957:11, 1958:10, 1958:13, 1958:16, 1958:20, 1958:22, 1982:10, 1982:11, 1983:15, 1983:21, 1984:4, 1984:7, 1985:4, 1985:6, 1985:8, 1987:9, 1987:11, 1987:13, 1990:19, 1997:6, 2010:24, 2013:7, 2013:14
**multiple** [4] - 1955:25, 1964:23, 1993:19, 1993:23
**MYERS** [1] - 1903:23

# N

**name** [6] - 1909:23, 1909:24, 1919:9, 1958:23, 1993:25, 2008:11
**named** [4] - 1912:1, 1923:25, 1935:24, 1980:2
**names** [1] - 1911:6
**narrative** [1] - 1962:20
**national** [1] - 2005:14
**National** [2] - 1961:5, 1963:7
**nature** [2] - 1953:4, 1994:18
**necessarily** [4] - 1953:9, 1955:4, 1966:16, 2011:23
**need** [21] - 1912:16, 1915:10, 1915:23, 1920:21, 1927:9, 1938:1, 1944:6, 1944:10, 1952:18,

1953:6, 1953:9, 1953:21, 1953:23, 1955:19, 1962:7, 1965:23, 1966:22, 1986:20, 1986:23
**needed** [5] - 1916:20, 1934:12, 1975:10, 2008:6
**needs** [1] - 1988:13
**negatives** [1] - 1919:21
**neglected** [1] - 1908:20
**negotiate** [3] - 1925:23, 1927:8, 1976:1
**negotiated** [2] - 2011:7, 2011:11
**negotiates** [1] - 1964:21
**negotiating** [1] - 1976:6
**negotiation** [3] - 1965:1, 1966:18, 1977:7
**negotiations** [10] - 1932:20, 1932:22, 1963:22, 1963:25, 1964:6, 1964:9, 1964:10, 1967:6, 1989:11, 1989:12
**nervous** [1] - 1911:16
**net** [5] - 1996:21, 2000:6, 2000:18, 2000:24, 2000:25
**neurological** [1] - 1912:3
**never** [11] - 1915:17, 1919:20, 1940:5, 1942:14, 1948:24, 1952:6, 1952:12, 1956:22, 1957:5, 1975:13
**New** [20] - 1904:3, 1910:3, 1910:17, 1910:20, 1910:23, 1912:19, 1913:8, 1916:16, 1916:18, 1917:2, 1925:19, 1928:10, 1938:21, 1939:9, 1942:15, 1951:5, 1955:3, 1959:20, 1961:21
**new** [12] - 1922:8, 1937:12, 1938:17, 1942:5, 1944:16, 1944:17, 1944:22, 1952:18, 1960:18, 1962:18, 1970:7,

2013:25
**newer** [1] - 1979:21
**newspaper** [1] - 1915:20
**newspapers** [1] - 1938:22
**next** [9] - 1933:2, 1946:10, 1954:3, 1954:8, 1954:17, 1954:22, 1956:8, 2013:22, 2013:25
**nice** [6] - 1915:8, 1925:10, 1925:22, 1986:12, 2014:4
**Ninth** [1] - 1904:5
**nobody** [2] - 1937:15
**non** [7] - 2009:19, 2011:16, 2011:18, 2011:20, 2011:25, 2012:8, 2013:8
**non-Big** [6] - 2011:16, 2011:18, 2011:20, 2011:25, 2012:8, 2013:8
**non-PRH** [1] - 2009:19
**nonfiction** [7] - 1912:15, 1929:10, 1929:24, 1951:4, 1962:4, 1962:20, 1962:21
**North** [7] - 1919:4, 1923:16, 1927:21, 1928:15, 1928:17, 1928:21, 1928:24
**Northwest** [4] - 1903:19, 1904:5, 1904:9, 2015:14
**note** [1] - 1963:6
**notes** [1] - 2015:5
**nothing** [2] - 2008:20, 2013:14
**notice** [1] - 1931:6
**novel** [4] - 1969:20, 1971:12, 1989:4, 1989:7
**novels** [2] - 1963:1, 1971:13
**nowadays** [1] - 1948:20
**nuance** [1] - 1966:8
**nuances** [1] - 1966:11
**nudge** [1] - 2009:11
**number** [16] - 1911:3, 1913:25, 1946:24, 1948:8, 1950:8, 1965:14, 1969:21, 1971:4, 1971:16, 1971:20,

2028

1973:12, 1999:20, 1999:22, 2002:16, 2002:19, 2012:1
  **numbers** [5] - 1971:14, 1995:4, 1998:4, 2000:1, 2000:2

**O**

  **O'MELVENY** [1] - 1903:23
  **oath** [1] - 2012:12
  **object** [2] - 1983:20, 2013:7
  **objection** [11] - 1908:22, 1908:23, 1908:24, 1935:9, 1983:23, 1984:6, 1997:5, 1997:6, 2010:23, 2012:20, 2013:10
  **Objects** [1] - 1960:19
  **obligated** [1] - 1930:22
  **observed** [1] - 1990:4
  **obviously** [4] - 1916:9, 1972:3, 1988:9, 2003:4
  **occasion** [1] - 1964:19
  **occur** [1] - 1941:19
  **October** [2] - 2007:17, 2008:2
  **OF** [4] - 1903:1, 1903:3, 1903:11, 1903:18
  **offer** [24] - 1914:7, 1915:13, 1915:16, 1916:4, 1916:8, 1932:12, 1965:7, 1966:11, 1967:22, 1967:23, 1967:25, 1968:2, 1968:3, 1971:21, 1972:7, 1972:11, 1975:13, 1975:19, 1976:18, 1976:20, 1977:8, 1993:2, 2007:2, 2009:1
  **offered** [4] - 1916:6, 1938:25, 1939:2, 1977:23
  **offering** [3] - 1936:3, 1965:3, 2009:13
  **offers** [6] - 1936:1, 1936:2, 1967:4, 1967:13, 1975:17,

1977:23
  **office** [1] - 1959:20
  **offices** [1] - 1935:25
  **official** [1] - 2015:12
  **Official** [1] - 1904:8
  **often** [7] - 1935:24, 1945:18, 1964:25, 1968:6, 1974:23, 1976:19, 2009:12
  **oftentimes** [5] - 1929:17, 1929:19, 1929:23, 1935:19, 1969:7
  **old** [2] - 1937:14, 1944:16
  **oldest** [1] - 1961:16
  **once** [9] - 1916:11, 1920:14, 1921:13, 1921:14, 1943:5, 1945:12, 1953:24, 1966:6
  **one** [52] - 1908:6, 1914:3, 1918:20, 1920:11, 1924:19, 1924:23, 1925:19, 1927:9, 1932:3, 1934:6, 1935:6, 1937:1, 1945:13, 1947:2, 1955:20, 1955:21, 1960:19, 1963:3, 1963:13, 1963:22, 1964:6, 1964:10, 1965:1, 1965:24, 1966:2, 1966:18, 1966:20, 1968:25, 1969:6, 1970:17, 1974:12, 1978:11, 1979:16, 1980:6, 1983:1, 1983:19, 1990:17, 1995:7, 1995:24, 1997:14, 1998:15, 1998:21, 1998:22, 2002:10, 2004:24, 2012:21
  **one's** [1] - 1969:5
  **one-on-one** [5] - 1963:22, 1964:6, 1964:10, 1965:1, 1966:18
  **ones** [3] - 1960:17, 1960:18, 2002:25
  **open** [6] - 1907:8, 1907:10, 1908:8, 1908:10, 1908:12, 1967:6
  **opened** [1] - 1969:24
  **opinion** [1] - 1946:6
  **OPPENHEIMER** [1] - 1903:23

  **Oppenheimer** [1] - 1906:16
  **opportunity** [2] - 1911:19, 1961:4
  **opposite** [2] - 1935:17, 1937:5
  **option** [2] - 1941:20, 1948:24
  **order** [3] - 1910:21, 1944:6, 1971:24
  **organization** [1] - 1961:9
  **organizations** [1] - 1912:5
  **organized** [2] - 1993:15, 1994:1
  **otherwise** [1] - 1917:3
  **ourselves** [4] - 1912:6, 1968:22, 1977:1, 1980:17
  **outdoors** [1] - 1910:15
  **outline** [2] - 1968:7, 1969:3
  **outside** [5] - 1912:19, 1928:15, 1928:21, 1931:25, 1984:4
  **overnight** [1] - 1952:5
  **overpaid** [1] - 1975:8
  **overpaying** [1] - 1975:9
  **overruled** [1] - 2013:10
  **overseas** [3] - 1919:5, 1935:21, 1935:22
  **oversee** [3] - 1959:7, 1959:8, 1963:14
  **overview** [1] - 1959:13
  **own** [4] - 1920:2, 1935:23, 1949:23, 2005:13

**P**

  **P&L** [30] - 1956:22, 1971:3, 1971:14, 1971:15, 1971:22, 1972:1, 1972:8, 1972:11, 1973:13, 1974:3, 1975:2, 1983:7, 1983:11, 1983:12, 1984:19, 1984:21, 1984:23, 1985:1, 1985:2,

1985:9, 1985:12, 1985:24, 1987:1, 1987:6, 1987:7, 1987:14, 1987:20, 1988:4, 1988:8
  **P&Ls** [6] - 1971:4, 1971:19, 1973:12, 1986:1, 1994:25, 1996:5
  **p.m** [3] - 1937:24, 2008:3, 2010:7
  **Page** [4] - 1998:23, 2001:4, 2007:25, 2012:15
  **page** [8] - 1920:1, 1984:17, 1997:23, 1999:9, 2000:9, 2001:6, 2002:16, 2010:6
  **PAGE** [1] - 1905:9
  **pages** [5] - 1912:21, 1919:14, 1973:15, 2001:6
  **paid** [11] - 1923:21, 1929:22, 1932:5, 1947:16, 1975:5, 1986:10, 1986:14, 1988:15, 1989:2, 1989:4, 1989:7
  **PAN** [1] - 1903:11
  **Pande** [1] - 1908:18
  **paper** [3] - 1973:21, 1993:20, 1997:14
  **paperback** [3] - 1954:2, 1983:2, 2011:9
  **paperbacks** [1] - 1995:15
  **Paragraph** [2] - 2009:3, 2009:14
  **paragraph** [3] - 1996:3, 1996:11, 1996:16
  **part** [12] - 1911:1, 1918:20, 1918:21, 1933:16, 1945:9, 1964:23, 1968:20, 1976:21, 2000:8, 2002:2, 2006:13, 2006:14
  **participating** [1] - 1965:19
  **particular** [1] - 1953:2
  **particularly** [3] - 1921:14, 1960:15, 1973:4
  **parties** [1] - 1907:21
  **partner** [4] - 1934:8, 1956:1, 1956:18,

1977:11
  **partnership** [2] - 1934:7, 1934:8
  **pass** [2] - 1940:18, 1990:19
  **passed** [2] - 1967:14, 1970:15
  **passion** [2] - 1976:19, 1977:12
  **passionate** [1] - 1965:24
  **past** [4] - 1989:6, 1990:5, 1996:18, 2011:13
  **Paula** [1] - 1970:18
  **pay** [14] - 1917:17, 1923:20, 1930:2, 1930:19, 1932:15, 1933:12, 1933:16, 1942:8, 1947:25, 1954:19, 1967:8, 1975:10, 1981:15, 1984:10
  **paying** [2] - 1933:15, 1990:11
  **payments** [1] - 1928:8
  **pdfs** [1] - 1996:13
  **peer** [2] - 1929:12, 1935:5
  **peerage** [1] - 1979:15
  **peers** [2] - 1921:23, 1931:23
  **Penguin** [26] - 1906:17, 1913:18, 1926:18, 1926:25, 1937:2, 1938:6, 1938:24, 1940:13, 1943:8, 1943:12, 1959:1, 1959:4, 1977:15, 1977:18, 1979:8, 1979:13, 1990:11, 1991:12, 1992:10, 1992:13, 1993:7, 1994:16, 1995:21, 1996:17, 2007:18, 2011:4
  **PENGUIN** [1] - 1903:22
  **Penguin's** [1] - 1995:21
  **people** [43] - 1911:4, 1914:19, 1916:1, 1918:15, 1918:23, 1920:17, 1921:3, 1921:11, 1922:19, 1922:20, 1922:23, 1924:2, 1927:8, 1929:4, 1935:6,

2029

1940:1, 1944:19,
1946:17, 1946:21,
1947:21, 1947:23,
1948:15, 1951:24,
1951:25, 1952:2,
1952:6, 1952:7,
1952:11, 1952:19,
1952:25, 1954:9,
1954:10, 1954:13,
1955:4, 1969:15,
1982:19, 1991:17,
1994:19, 1994:21,
1994:23, 1995:5,
2006:2
  **people's** [1] -
1964:13
  **per** [3] - 1916:23,
1929:1, 2002:23
  **percent** [14] -
1916:12, 1916:13,
1950:4, 1950:13,
1950:19, 1963:21,
1963:24, 1964:17,
1984:18, 1985:22,
2011:5, 2011:7,
2011:9
  **percentage** [4] -
1974:5, 1987:24,
1996:21, 2002:25
  **perfect** [2] - 1998:23,
1999:3
  **perform** [2] -
1918:25, 2004:23
  **performance** [3] -
1975:25, 1993:9,
1996:21
  **performed** [2] -
1919:2, 2003:6
  **period** [4] - 1984:5,
1990:8, 2004:1,
2004:6
  **permission** [3] -
1994:8, 1997:18,
2007:21
  **person** [1] - 1914:12
  **personal** [1] - 1948:5
  **personally** [8] -
1947:10, 1947:11,
1960:7, 1961:7,
1963:17, 1970:22,
2008:17, 2011:8
  **perspective** [3] -
1912:4, 1936:8,
1941:7
  **persuasive** [1] -
1976:8
  **PETROCELLI** [14] -
1903:21, 1906:14,
1906:23, 1907:6,
1907:9, 1907:15,

1907:23, 1908:3,
1908:6, 1908:9,
1908:12, 1908:17,
1957:22, 2013:23
  **Petrocelli** [3] -
1906:15, 1908:5,
1908:16
  **phone** [3] - 1924:12,
1927:5, 1966:9
  **pick** [2] - 1920:13,
1971:16
  **picked** [2] - 1969:23,
1983:1
  **pitching** [1] -
1976:25
  **place** [5] - 1913:24,
1935:18, 1938:18,
1949:3, 1974:25
  **Plaintiff** [1] - 1903:4
  **PLAINTIFF** [1] -
1903:15
  **Plaintiff's** [7] -
1905:10, 1905:11,
1993:14, 1997:8,
2007:16, 2010:22,
2011:1
  **plan** [5] - 1912:23,
1968:3, 1968:19,
1969:4, 1990:14
  **planned** [1] - 2009:7
  **planning** [1] -
1983:22
  **platform** [2] -
2005:12, 2005:14
  **play** [2] - 1907:25,
1927:3
  **pleased** [1] - 1935:1
  **plenty** [1] - 1934:20
  **pocket** [1] - 2007:5
  **podcasts** [1] -
1920:19
  **podium** [1] - 1906:6
  **poetry** [1] - 1951:25
  **Poets** [1] - 1961:8
  **point** [11] - 1926:7,
1926:22, 1928:19,
1935:3, 1942:13,
1953:18, 1953:19,
1954:7, 1969:2,
1980:15, 1998:6
  **Poland** [1] - 1935:25
  **polish** [1] - 1913:24
  **politely** [1] - 1968:21
  **popular** [1] - 1960:21
  **portion** [5] -
1907:17, 1907:25,
1951:8, 1951:17,
2004:9
  **position** [3] - 1955:2,
1956:1, 1982:6

  **positioned** [1] -
1936:5
  **positions** [1] -
1959:22
  **positive** [1] -
1956:22
  **possibilities** [1] -
1920:2
  **possible** [2] -
1922:18, 1956:15
  **possibly** [1] - 1957:4
  **post** [1] - 1996:5
  **post-pub** [1] -
1996:5
  **potential** [1] -
1980:24
  **pouring** [1] - 1977:4
  **Power** [26] - 1911:10,
1912:1, 1912:13,
1913:3, 1913:22,
1915:14, 1916:5,
1917:18, 1917:23,
1918:25, 1919:6,
1922:4, 1922:15,
1923:7, 1923:12,
1923:18, 1924:2,
1924:11, 1924:25,
1925:5, 1925:8,
1926:8, 1927:16,
1942:4, 1944:18
  **PPB** [1] - 1973:21
  **precise** [1] - 1921:3
  **predict** [2] - 1968:5,
2002:1
  **preempt** [3] -
1967:23, 1967:25
  **preemptive** [5] -
1914:6, 1914:17,
1915:13, 1916:7,
1917:17
  **prefer** [2] - 1943:18,
1947:13
  **prepared** [1] -
1913:3
  **prescriptive** [1] -
1962:20
  **presented** [1] -
1951:20
  **president** [5] -
1959:3, 1991:25,
1992:10, 1994:15,
1995:14
  **Press** [1] - 1959:23
  **prestige** [3] - 1973:1,
1974:17, 2005:25
  **pretty** [3] - 1912:15,
1912:18, 1981:2
  **prevent** [1] - 1914:7
  **previous** [3] -
1941:23, 1943:24,

2002:18
  **previously** [1] -
1927:1
  **PRH** [1] - 2009:19
  **price** [4] - 1967:9,
1973:14, 1973:20,
1975:10
  **pride** [1] - 1968:22
  **primarily** [2] -
1910:3, 1946:12
  **primary** [2] -
1917:22, 1926:15
  **print** [4] - 1933:9,
1969:14, 1993:20
  **printing** [5] -
1973:21, 1977:15,
1977:18, 1989:20,
1996:12
  **private** [4] - 1938:20,
1938:21, 1948:4,
1948:8
  **Prize** [3] - 1911:2,
1963:5, 1963:10
  **prize** [1] - 1934:17
  **prizes** [1] - 1911:4
  **proceed** [2] -
1908:16, 1940:25,
1991:6
  **proceedings** [7] -
1907:19, 1908:15,
1909:8, 1957:20,
1958:2, 2014:6,
2015:6
  **process** [9] - 1915:1,
1921:5, 1962:6,
1963:15, 1968:20,
1977:3, 1977:7,
1995:4, 2006:19
  **produced** [5] -
1983:17, 1983:20,
1984:1, 1984:3,
2015:6
  **productive** [1] -
1924:3
  **productivity** [3] -
1924:1, 1924:13,
1924:14
  **profession** [1] -
1939:17
  **professional** [3] -
1915:5, 1951:3,
1952:8
  **professionally** [1] -
1910:5
  **profile** [1] - 1986:21
  **profit** [2] - 1972:6,
1996:22
  **Profitability** [1] -
1995:25, 1996:1,
1997:12

  **profitable** [1] -
1936:18
  **profits** [1] - 1950:20
  **programs** [2] -
1929:18
  **promise** [5] - 1939:7,
1939:20, 1939:22,
1939:23, 1940:13
  **promised** [1] -
1939:15
  **promises** [1] -
1922:9
  **promote** [2] -
1976:24, 2005:12
  **promoting** [3] -
1918:13, 1953:25,
1954:1
  **promotion** [3] -
1921:17, 1943:5,
1943:15
  **Prophets** [2] -
1960:23, 1963:6
  **proposal** [10] -
1912:17, 1912:19,
1912:25, 1913:3,
1913:7, 1913:15,
1913:23, 1924:19,
1968:7, 1969:3
  **prose** [3] - 1914:14,
1920:3, 1961:11
  **protect** [2] - 1939:16,
1940:4
  **protest** [1] - 1939:14
  **proud** [4] - 1960:15,
1962:24, 1969:21,
2006:13
  **provide** [4] - 1921:5,
1943:15, 1944:6,
1981:20
  **provided** [2] -
1942:25, 2012:12
  **provision** [1] -
1925:4
  **psychological** [1] -
1960:21
  **psychology** [2] -
1913:9, 1913:12
  **pub** [1] - 1996:5
  **public** [6] - 1906:18,
1907:12, 1907:19,
1908:13, 1940:2,
1997:19
  **publication** [9] -
1921:5, 1968:6,
1969:25, 1970:1,
1981:2, 1981:17,
1996:6, 1998:11,
1998:19
  **publications** [1] -
1939:11

**publicist** [1] - 1920:16
**publicists** [1] - 1920:15
**publicity** [1] - 1959:8
**publish** [17] - 1930:20, 1932:12, 1943:5, 1943:11, 1951:25, 1952:2, 1961:4, 1962:24, 1964:5, 1972:17, 1972:21, 1974:16, 1994:8, 1997:18, 2004:11, 2004:14, 2007:21
**published** [30] - 1907:8, 1908:2, 1911:8, 1919:1, 1920:14, 1921:13, 1924:11, 1927:13, 1941:23, 1953:25, 1960:20, 1969:13, 1980:2, 1980:5, 1980:7, 1980:9, 1980:10, 1982:14, 1993:10, 1999:22, 1999:23, 2001:7, 2003:17, 2003:19, 2003:22, 2003:24, 2004:13, 2005:2, 2005:6, 2006:11
**publisher** [23] - 1913:18, 1917:17, 1920:4, 1921:23, 1923:4, 1926:25, 1931:13, 1931:15, 1931:16, 1931:18, 1936:3, 1946:16, 1948:15, 1957:24, 1959:3, 1959:6, 1964:25, 1972:24, 1977:24, 1991:20, 1995:14, 2005:24, 2012:18
**Publishers** [2] - 1939:10, 1974:25
**publishers** [20] - 1923:19, 1932:16, 1943:14, 1948:17, 1948:19, 1959:22, 1978:20, 1980:17, 2006:11, 2011:16, 2011:17, 2011:18, 2011:20, 2011:22, 2011:25, 2012:7, 2012:8, 2012:9
**publishes** [3] - 1962:23, 1963:1, 2004:3
**Publishing** [2] -

1959:4, 1992:10
**publishing** [19] - 1913:1, 1918:11, 1918:12, 1926:11, 1929:15, 1941:14, 1953:19, 1956:1, 1959:14, 1959:15, 1961:18, 1962:18, 1968:12, 1979:17, 1981:10, 2005:20, 2005:21, 2005:24, 2006:16
**pubs** [1] - 1998:9
**Pulitzer** [1] - 1911:2
**pull** [3] - 1972:4, 1974:11, 2002:8
**pulling** [1] - 1974:10
**purchased** [2] - 1984:5, 2008:16
**purposes** [2] - 1993:14, 2007:16
**pushing** [1] - 1966:10
**put** [18] - 1913:23, 1920:24, 1933:22, 1955:1, 1955:12, 1955:25, 1970:2, 1972:18, 1973:14, 1973:23, 1980:23, 1982:10, 1982:22, 1985:20, 1987:18, 1988:23, 1993:25
**Putnam** [77] - 1957:24, 1959:3, 1959:6, 1960:2, 1961:14, 1961:15, 1961:16, 1961:23, 1961:24, 1962:22, 1963:1, 1963:4, 1963:20, 1963:21, 1964:1, 1964:20, 1964:21, 1965:3, 1966:3, 1966:13, 1966:15, 1967:11, 1967:15, 1967:16, 1967:18, 1968:2, 1968:22, 1969:10, 1970:23, 1972:12, 1972:15, 1975:17, 1976:17, 1977:14, 1977:22, 1978:15, 1980:7, 1980:20, 1981:1, 1981:19, 1982:14, 1984:10, 1984:12, 1985:2, 1985:12, 1985:20, 1986:13, 1986:16, 1986:19, 1987:7, 1987:18, 1988:6, 1990:14, 1991:15,

1991:17, 1991:20, 1992:2, 1992:19, 1993:10, 1995:15, 1995:24, 1995:25, 1997:12, 1998:9, 1999:20, 2001:6, 2004:3, 2004:6, 2004:14, 2006:4, 2008:19, 2008:20, 2009:19, 2009:22, 2010:11, 2012:7, 2012:18
**Putnam's** [14] - 1962:5, 1962:13, 1963:7, 1963:11, 1973:4, 1978:18, 1989:1, 1995:19, 1996:5, 1998:11, 1998:19, 2001:12, 2005:16, 2006:6
**puts** [1] - 1988:6
**puzzle** [2] - 1918:20, 1918:21
**PX** [8] - 1993:12, 1994:8, 1997:3, 2007:12, 2007:15, 2007:16, 2007:22, 2010:6

## Q

**quality** [3] - 1960:12, 2005:20, 2006:1
**questioning** [2] - 1951:18, 1984:16
**questions** [20] - 1931:7, 1940:18, 1949:8, 1949:15, 1949:16, 1949:17, 1957:9, 1957:10, 1965:16, 1965:17, 1970:24, 1974:18, 1989:8, 1989:23, 1995:5, 1997:22, 1998:7, 2002:6, 2003:11
**quite** [3] - 1915:20, 1929:24, 1964:25
**quote** [1] - 1976:15
**quote-unquote** [1] - 1976:15

## R

**rainbow** [1] - 1934:18
**raise** [2] - 1909:10, 1958:4
**raised** [1] - 1954:7

**rallying** [1] - 1933:1
**ran** [1] - 1967:19
**RANDALL** [1] - 1903:23
**Random** [65] - 1906:17, 1910:2, 1912:11, 1912:12, 1913:22, 1914:4, 1914:5, 1917:23, 1920:4, 1921:5, 1922:5, 1923:16, 1923:19, 1926:6, 1926:18, 1927:4, 1927:13, 1927:24, 1928:19, 1930:19, 1930:23, 1930:25, 1931:7, 1931:10, 1931:12, 1932:5, 1932:13, 1932:20, 1932:22, 1933:8, 1933:9, 1933:10, 1933:15, 1936:18, 1936:22, 1937:2, 1938:5, 1938:6, 1938:14, 1938:24, 1939:25, 1940:13, 1943:9, 1943:12, 1943:15, 1947:8, 1949:2, 1949:5, 1959:1, 1959:24, 1977:15, 1977:18, 1979:8, 1979:13, 1990:11, 1991:12, 1992:13, 1993:7, 1994:16, 1996:17, 2007:18, 2011:4
**RANDOM** [1] - 1903:22
**Randy** [1] - 1906:16
**range** [4] - 1976:3, 2000:22, 2001:18, 2005:23
**rate** [1] - 2011:4
**rates** [3] - 1941:18, 1976:2, 1976:3
**rather** [3] - 1906:22, 1910:12, 1996:13
**RDR** [3] - 1904:7, 2015:3, 2015:12
**reaction** [1] - 1981:6
**Read** [1] - 1906:8
**READ** [4] - 1903:15, 1906:8, 1906:11, 1908:24
**read** [21] - 1906:10, 1916:20, 1918:24, 1922:20, 1937:13, 1937:21, 1938:4, 1940:2, 1946:17, 1946:23, 1947:21,

1947:23, 1955:4, 1961:1, 1967:18, 1969:5, 1969:16, 1988:23, 1996:24, 2012:17, 2012:22
**readability** [1] - 1993:20
**reader** [1] - 1970:22
**reader's** [1] - 1920:12
**readers** [6] - 1922:14, 1938:3, 1970:7, 1982:6, 1986:24
**reading** [5] - 1919:23, 1960:18, 1961:2, 2002:18, 2006:2
**real** [3] - 1915:4, 1917:8, 1957:14
**really** [81] - 1913:14, 1915:19, 1915:23, 1917:19, 1921:17, 1924:21, 1928:22, 1930:2, 1931:10, 1932:22, 1943:16, 1944:23, 1952:12, 1953:22, 1955:13, 1957:14, 1960:10, 1960:14, 1960:17, 1960:18, 1960:21, 1962:6, 1962:7, 1962:8, 1962:9, 1962:17, 1963:25, 1965:20, 1965:21, 1965:22, 1965:24, 1966:8, 1967:5, 1968:13, 1969:8, 1970:6, 1970:24, 1971:18, 1971:20, 1971:23, 1972:8, 1972:21, 1973:2, 1973:8, 1973:10, 1975:9, 1975:12, 1975:15, 1976:4, 1977:12, 1978:5, 1978:6, 1978:8, 1978:15, 1979:20, 1980:22, 1980:24, 1981:11, 1981:15, 1981:17, 1982:3, 1982:4, 1982:19, 1982:20, 1982:21, 1982:23, 1982:25, 1985:18, 1986:20, 1986:23, 1988:21, 1988:22, 1988:23, 1997:14, 2001:18, 2004:20, 2004:22, 2011:22, 2012:2

2031

**realtor** [1] - 1915:3
**reason** [5] - 1917:22,
1926:5, 1931:7,
1943:17, 2006:10
**reasonably** [1] -
1971:23
**reasons** [2] -
1981:14, 2007:8
**receive** [10] -
1925:12, 1945:7,
1945:16, 1946:5,
1947:12, 1966:6,
1980:21, 1983:24,
1989:15, 1989:19
**receive.** [1] - 1925:14
**received** [11] -
1916:7, 1917:16,
1922:3, 1922:4,
1922:16, 1932:6,
1932:7, 1961:7,
1967:18, 1990:5,
1995:10
**RECEIVED** [1] -
1905:9
**receives** [1] -
1981:24
**recess** [2] - 1957:19,
2014:5
**recipients** [2] -
1995:6, 1995:7
**recognition** [1] -
1926:10
**recognize** [2] -
1961:10, 1982:12
**recognizes** [2] -
1961:11, 1961:12
**recollection** [3] -
1983:10, 1984:25,
1987:5
**recommend** [1] -
1924:20
**record** [3] - 1906:7,
1909:23, 1958:24
**recover** [1] - 1919:23
**recross** [1] - 2013:11
**recruited** [1] -
1961:24
**redacted** [1] -
2007:22
**Redirect** [1] - 1905:2
**redirect** [1] - 1949:14
**Reese** [2] - 1969:23,
1983:1
**refer** [1] - 2007:8
**referring** [1] - 1931:6
**refers** [1] - 1988:25
**refresh** [4] - 1983:9,
1983:20, 1984:24,
1987:4
**refusal** [1] - 1926:20

**regardless** [2] -
1931:16, 1992:24
**regularly** [1] -
1964:5, 2004:11
**Reid** [1] - 1963:5
**reiterate** [1] - 1977:6
**related** [2] - 1973:20,
1987:24
**relationship** [8] -
1927:9, 1931:11,
1931:22, 1932:1,
1936:23, 1967:1,
1981:22, 2004:18
**relationships** [3] -
1927:10, 1962:11,
1976:9
**relatively** [1] -
2001:23
**relayed** [1] - 2009:14
**release** [1] - 1925:5
**relieved** [2] -
1916:10, 1925:17
**rely** [4] - 1946:5,
1946:13, 1967:5,
1977:12
**remain** [1] - 1909:9,
1958:3
**remaining** [1] -
1907:22
**remember** [2] -
1919:3, 1926:7
**remembering** [1] -
1925:8
**remind** [1] - 1952:19
**reminds** [1] -
1944:19
**remove** [1] - 1909:14
**remunerative** [3] -
1923:22, 1929:3,
1944:23
**reopened** [1] -
1908:14
**repay** [2] - 1945:14,
1957:5
**repeat** [2] - 1964:5,
2004:10
**report** [2] - 1919:16,
1991:23
**REPORTED** [1] -
1904:7
**reported** [1] -
1974:25
**REPORTER** [5] -
1924:7, 1929:5,
1951:14, 1997:1,
2012:24
**reporter** [5] -
1910:20, 1911:22,
1915:20, 1930:12,
1959:10

**Reporter** [2] -
1904:8, 2015:12
**reporters** [1] -
1951:5
**reporting** [5] -
1912:16, 1912:23,
1943:1, 2009:17,
2009:21
**reports** [1] - 1992:8
**represent** [4] -
1913:5, 1913:19,
1991:10, 2004:20
**representing** [2] -
1906:9, 1913:6
**represents** [1] -
1918:12
**reputation** [5] -
1961:18, 1973:4,
2005:16, 2006:4,
2006:6
**reputations** [6] -
1962:10, 1979:23,
1979:24, 1980:1,
2006:11, 2006:15
**requests** [1] - 1995:3
**require** [1] - 1992:21
**required** [1] -
1926:17
**requires** [2] - 1993:1,
1993:4
**reserve** [1] - 2013:11
**resign** [1] - 1939:14
**resonates** [1] -
1921:16
**responding** [1] -
1922:14
**responsibilities** [3] -
1992:5, 1992:16,
1992:19
**responsibility** [2] -
1961:4, 1978:16
**responsible** [1] -
1963:11
**rest** [1] - 1963:22
**resume** [2] -
1957:18, 2014:3
**revealed** [1] -
1978:13
**revenue** [3] - 1974:6,
1987:25, 1988:2
**revenues** [1] -
1954:18
**review** [5] - 1993:21,
1994:25, 1996:8,
1998:14, 1999:6
**reviewed** [5] -
1983:12, 1985:2,
1986:1, 1987:7,
2002:9
**reviewing** [1] -

1996:12
**revised** [3] - 1968:9,
1981:3, 1982:19
**revitalize** [1] -
1961:25
**rewarding** [2] -
1931:4, 1931:5
**rights** [13] - 1917:12,
1923:14, 1928:6,
1929:25, 1930:19,
1932:16, 1948:25,
1949:2, 1949:6,
1949:7, 1960:4,
1963:16, 1982:21
**rise** [1] - 1944:18
**risk** [6] - 1934:9,
1934:10, 1953:11,
1955:5, 1955:18,
1956:9
**Robert** [2] - 1960:24,
1990:22
**ROBERT** [1] -
1903:17
**rock** [1] - 1934:23
**role** [2] - 1927:3,
1960:3
**room** [2] - 1947:15,
2009:10
**Room** [1] - 1904:10
**rooted** [1] - 1939:18
**Rosetta** [1] - 1958:13
**round** [2] - 2009:1,
2009:2
**rounded** [1] -
2005:24
**route** [1] - 1995:2
**routing** [1] - 1995:4
**row** [1] - 1998:2
**Row** [6] - 1999:24,
2002:16, 2002:19,
2002:20, 2002:22,
2003:7
**royalties** [23] -
1916:8, 1922:24,
1923:16, 1923:20,
1927:19, 1927:21,
1928:2, 1928:11,
1928:22, 1928:23,
1941:13, 1941:15,
1945:11, 1946:5,
1946:9, 1946:13,
1947:13, 1953:5,
1953:17, 1954:18,
1975:20
**royalty** [7] - 1928:7,
1941:16, 1941:18,
1945:7, 1945:16,
1976:2, 2011:4
**RUDZIN** [23] -
1903:22, 1958:10,

1958:13, 1958:16,
1958:20, 1958:22,
1982:10, 1982:11,
1983:15, 1983:21,
1984:4, 1984:7,
1985:4, 1985:6,
1985:8, 1987:9,
1987:11, 1987:13,
1990:19, 1997:6,
2010:24, 2013:7,
2013:14
**Rudzin** [3] - 1906:15,
1958:11, 1958:12
**run** [2] - 1926:12,
1975:2
**running** [1] - 1971:3
**Ryan** [1] - 1907:2
**RYAN** [1] - 1904:4

# S

**salary** [2] - 1916:18,
1925:19
**sales** [22] - 1920:22,
1923:1, 1936:10,
1944:17, 1952:1,
1974:5, 1975:24,
1981:4, 1982:20,
1987:25, 1988:2,
1988:22, 1989:16,
1996:21, 2000:6,
2000:18, 2000:24,
2000:25, 2002:23,
2003:1, 2003:3
**Sally** [3] - 1905:7,
1957:23, 1958:25
**SALLY** [1] - 1958:6
**San** [2] - 1937:25,
1959:18
**Sandford** [1] -
1962:24
**Sandra** [1] - 1959:16
**saved** [1] - 1942:13
**savings** [1] - 1917:1
**saw** [2] - 1913:10,
1938:22
**SCANLON** [1] -
1903:16
**Scanlon** [1] -
1906:12
**scared** [1] - 1947:7
**school** [1] - 1910:8
**SCHUSTER** [1] -
1904:3
**Schuster** [11] -
1907:2, 1937:3,
1938:18, 1938:20,
1938:25, 1948:5,
1948:14, 1960:1,

1979:3, 1990:12,
2010:19
**sci** [1] - 1929:21
**sci-fi** [1] - 1929:21
**science** [6] - 1912:2,
1924:1, 1929:20,
1930:15, 1952:2,
1952:3
**Scott** [5] - 1913:17,
1913:19, 1913:23,
1924:16, 1926:24
**Scott's** [1] - 1914:16
**Scottoline** [1] -
1962:25
**screen** [7] - 1994:9,
1996:12, 1997:18,
1998:15, 1998:21,
1999:1, 2007:22
**SE** [2] - 1903:6,
1906:5
**season** [2] -
1988:20, 1989:5
**seasons** [1] -
1988:20
**seated** [2] - 1909:13,
1958:7
**second** [18] -
1910:19, 1923:23,
1923:24, 1924:4,
1924:17, 1925:20,
1926:17, 1927:3,
1942:11, 1942:15,
1950:6, 1950:9,
1980:4, 1980:5,
1980:8, 1980:9,
1986:11, 1996:11
**section** [3] -
1910:15, 1910:16,
1999:9
**see** [23] - 1920:1,
1920:2, 1923:3,
1937:24, 1971:13,
1971:22, 1974:23,
1974:25, 1975:1,
1975:12, 1979:24,
1984:18, 1988:12,
1993:13, 1998:2,
1999:25, 2000:2,
2001:16, 2004:17,
2007:15, 2008:4,
2008:12, 2010:8
**seed** [1] - 1954:8
**seek** [4] - 1941:17,
1944:3, 1944:5,
1946:12
**segments** [2] -
1907:7, 1908:1
**selectex** [1] - 2004:1
**sell** [30] - 1917:7,
1917:11, 1917:12,

1917:23, 1918:8,
1924:4, 1926:6,
1926:17, 1930:17,
1930:22, 1930:25,
1931:3, 1934:16,
1936:4, 1938:9,
1938:15, 1940:2,
1944:13, 1944:16,
1947:4, 1952:6,
1954:13, 1956:13,
1970:21, 1971:5,
1971:17, 1971:24,
1972:18, 1988:11,
2005:25
**sellers** [1] - 1950:16
**selling** [6] - 1917:8,
1921:14, 1927:3,
1931:3, 1942:15,
1970:16
**sells** [2] - 1934:18,
1946:15
**send** [4] - 1966:19,
1969:4, 1977:8,
2010:10
**senior** [2] - 1959:3,
1995:14
**sense** [16] - 1942:20,
1943:22, 1955:3,
1956:18, 1967:21,
1968:14, 1973:2,
1973:18, 1975:4,
1979:12, 1979:14,
1981:5, 1985:23,
1986:3, 1994:3,
2002:1
**sensible** [1] -
1934:11
**sent** [7] - 1913:24,
1964:19, 1995:12,
1995:17, 1996:13,
1999:6, 2008:6
**sentence** [1] -
1919:19
**September** [1] -
1994:12
**serve** [2] - 1937:23,
1938:1
**SESSION** [1] -
1903:8
**session** [7] -
1906:19, 1906:20,
1907:10, 1908:8,
1908:10, 1908:11,
2014:7
**set** [2] - 1949:19,
1964:19
**setting** [1] - 1978:2
**seven** [3] - 1975:1,
1991:17, 1999:12
**several** [5] - 1941:22,

1959:9, 1959:22,
1978:14, 1996:18
**shaped** [1] - 1946:6
**shared** [2] - 1967:18,
1981:4
**Sharp** [1] - 1960:19
**SHEARMAN** [2] -
1904:2, 1904:5
**sheets** [1] - 1993:19
**shelf** [2] - 1920:12,
1948:21
**shelves** [1] - 1920:25
**shipping** [1] -
1973:22
**SHORES** [1] - 1904:4
**Shores** [1] - 1907:2
**show** [1] - 2004:20
**showing** [2] -
1958:17, 1997:19
**shows** [1] - 2001:9
**sic** [1] - 1979:20
**side** [2] - 1962:20,
1970:14
**sideline** [1] -
1952:11
**sight** [1] - 1932:15
**sign** [1] - 1926:1
**signed** [1] - 1981:12
**significant** [1] -
1939:19
**significantly** [1] -
1987:17
**signoff** [1] - 2008:7
**similar** [5] - 1943:15,
1952:9, 1971:8,
1971:10, 1986:22
**Simon** [11] - 1907:2,
1937:3, 1938:17,
1938:19, 1938:25,
1948:5, 1948:14,
1959:25, 1979:3,
1990:12, 2010:19
**SIMON** [1] - 1904:3
**Sing** [2] - 1967:15,
1969:10
**single** [4] - 1919:19,
1920:1, 2004:19,
2005:7
**sip** [1] - 1911:16
**sit** [1] - 1944:8
**sitting** [2] - 1919:25,
1920:12
**situation** [3] -
1947:3, 1965:21,
2002:4
**situations** [1] -
1966:2
**six** [4] - 1952:17,
1968:1, 1975:3,
2003:14

**sixteen** [1] - 1907:15
**size** [5] - 1926:5,
1943:21, 1944:9,
1981:22, 1984:15
**sized** [1] - 1944:6
**sizes** [1] - 1985:25
**skies** [1] - 1969:24
**skyrocketed** [1] -
1970:1
**slide** [1] - 1986:17
**slow** [2] - 1911:20,
1924:7
**slowly** [1] - 1911:25
**small** [7] - 1943:18,
1948:17, 1948:19,
1951:8, 1951:16,
1952:1, 1976:15
**smaller** [3] -
1947:24, 1947:25,
1979:16
**Smarter** [12] -
1911:11, 1923:25,
1924:24, 1925:3,
1925:13, 1925:15,
1925:24, 1926:6,
1927:13, 1927:18,
1927:22, 1927:25
**SMITH** [9] - 1903:21,
1909:3, 1909:20,
1911:18, 1929:9,
1935:13, 1940:18,
1949:14, 1957:11
**Smith** [2] - 1906:15,
1909:4
**societies** [1] -
1912:5
**society** [1] - 1912:7
**sold** [18] - 1912:13,
1913:21, 1919:4,
1923:18, 1927:17,
1927:22, 1927:23,
1930:6, 1930:18,
1932:13, 1933:10,
1935:21, 1935:22,
1969:11, 1970:12,
1970:19, 1971:13,
1999:20
**someone** [6] -
1913:9, 1937:22,
1937:25, 1952:4,
1953:15
**sometimes** [15] -
1964:13, 1966:7,
1966:9, 1968:11,
1968:21, 1972:1,
1972:4, 1972:5,
1972:14, 1974:23,
1975:4, 1975:19,
1977:13, 2001:21,
2004:11

**somewhat** [1] -
1964:1
**son** [1] - 1916:25
**sophisticated** [3] -
1938:10, 1938:11,
1938:12
**sorry** [28] - 1911:15,
1911:21, 1920:16,
1923:15, 1924:6,
1928:4, 1928:11,
1929:5, 1929:8,
1930:11, 1930:13,
1933:6, 1940:15,
1943:3, 1944:1,
1945:4, 1946:7,
1948:3, 1950:12,
1951:14, 1971:16,
1983:23, 1998:23,
1999:3, 2005:4,
2006:22, 2012:25,
2014:1
**sort** [26] - 1912:22,
1914:7, 1915:5,
1915:7, 1921:11,
1921:16, 1922:8,
1948:20, 1953:4,
1954:14, 1961:25,
1964:13, 1968:14,
1971:22, 1973:7,
1973:20, 1974:4,
1974:5, 1976:22,
1980:23, 1988:4,
1988:25, 2002:24,
2004:5, 2004:19
**sorts** [1] - 2011:22
**sound** [1] - 2005:17
**sounds** [2] -
1913:13, 1943:8
**South** [1] - 1960:25
**space** [1] - 1934:21
**span** [1] - 2005:23
**speaking** [11] -
1920:20, 1922:25,
1923:13, 1923:17,
1924:6, 1928:6,
1928:25, 1944:21,
1944:23, 2006:14
**special** [1] - 1922:5
**specific** [2] - 1998:6,
2013:9
**specifically** [4] -
1932:8, 1934:1,
1968:22, 2008:20
**specifics** [2] -
1923:10, 1928:5
**spectrum** [1] -
2003:7
**speech** [2] - 1929:2,
1944:24
**speeches** [7] -

2033

1917:11, 1927:25, 1929:2, 1929:6, 1929:17, 1929:18, 1945:2
**speed** [1] - 1925:5
**spend** [21] - 1912:16, 1921:25, 1922:9, 1953:25, 1954:1, 1984:12, 1984:14, 1986:13, 1986:19, 1986:20, 1986:23, 1987:2, 1987:18, 1987:21, 2001:9, 2001:14, 2001:20, 2001:22, 2004:17, 2004:24, 2005:2
**spending** [2] - 1983:3, 1986:2
**spends** [1] - 2005:5
**spent** [7] - 1940:1, 1940:3, 1983:5, 1985:12, 1985:21, 1985:22, 1986:16
**Spiegel** [1] - 1979:22
**spiritually** [1] - 1931:4
**spoken** [3] - 1915:17, 1948:7, 1949:21
**spreadsheet** [1] - 2002:11
**spring** [1] - 1989:6
**squeeze** [1] - 1934:23
**St** [1] - 1959:22
**staff** [1] - 1920:22
**stand** [1] - 1939:14
**standard** [3] - 2011:4, 2011:6, 2011:9
**standing** [3] - 1909:9, 1958:4, 2006:12
**stapled** [1] - 1993:22
**Stars** [1] - 1903:24
**start** [16] - 1906:19, 1911:13, 1930:10, 1954:2, 1954:18, 1954:22, 1966:4, 1967:10, 1971:2, 1971:3, 1971:4, 1971:7, 1981:17, 2003:16, 2004:13, 2013:24
**started** [9] - 1914:3, 1920:14, 1940:7, 1959:16, 1967:20, 1970:1, 1979:22, 1982:21, 1982:25
**starting** [1] - 1969:15

**starts** [3] - 1921:14, 1981:4, 2001:4
**state** [3] - 1906:6, 1909:23, 1958:23
**statement** [1] - 1945:11
**STATES** [4] - 1903:1, 1903:3, 1903:12, 1903:18
**States** [7] - 1904:8, 1906:4, 1906:9, 1940:23, 1990:23, 1991:11, 2015:13
**states** [1] - 1996:8
**statistics** [1] - 1950:18
**status** [2] - 1961:19, 1961:20
**stay** [1] - 1915:7
**stenographic** [1] - 2015:5
**step** [3] - 1921:4, 1957:15, 2013:16
**Stephen** [7] - 1907:1, 1937:8, 1937:10, 1937:11, 1937:13, 1937:17
**STEPHEN** [1] - 1904:2
**STERLING** [2] - 1904:2, 1904:5
**stick** [1] - 1964:13
**still** [11] - 1936:24, 1940:14, 1962:16, 1962:22, 1962:24, 1964:3, 1964:21, 1967:2, 1972:7, 1998:25, 2006:2
**stone** [1] - 1958:13
**stop** [3] - 1933:7, 1934:25, 1944:22
**story** [1] - 1967:16
**strategize** [1] - 1919:15
**stream** [1] - 1942:19
**Street** [2] - 1903:19, 1904:5
**stretch** [1] - 1973:10
**stretching** [1] - 1973:6
**strong** [6] - 1961:18, 1962:9, 1962:11, 1962:16, 1962:17, 1962:20
**studied** [1] - 2001:12
**studies** [2] - 1945:21, 1945:23
**stuff** [3] - 1920:23, 1921:7, 1942:9
**sub** [1] - 1982:21

**sub-rights** [1] - 1982:21
**subject** [1] - 1996:22
**subjective** [1] - 1974:10
**submission** [3] - 1915:1, 1964:23, 1966:7
**submissions** [1] - 1964:8
**submit** [1] - 2008:25
**submitted** [5] - 1914:18, 1965:4, 1966:14, 1967:17, 1968:2
**substance** [1] - 2013:6
**succeed** [3] - 1951:6, 1980:25, 1982:7
**succeeded** [1] - 1919:10
**succeeds** [1] - 1934:8
**success** [12] - 1919:7, 1919:11, 1920:5, 1922:15, 1936:7, 1949:23, 1949:25, 1967:15, 1969:13, 1970:11, 1986:12, 1986:22
**successful** [7] - 1918:14, 1927:15, 1927:16, 1955:18, 1962:13, 1962:18, 2005:21
**successfully** [1] - 1988:14
**suddenly** [2] - 1956:13, 1981:10
**suggesting** [1] - 2010:16
**suggests** [1] - 1951:21
**summarizes** [1] - 1996:20
**summary** [2] - 1998:9, 2002:16
**summer** [1] - 1996:9
**supervision** [1] - 1994:20
**Supper** [1] - 1980:3
**support** [15] - 1921:6, 1921:19, 1922:13, 1939:21, 1940:14, 1940:15, 1970:2, 1980:21, 1980:23, 1981:23, 1988:6, 1988:24, 1989:16, 1989:20

**supporting** [1] - 1953:10
**surprised** [1] - 1964:17
**suspense** [1] - 1960:21
**sustain** [1] - 1984:6
**sustained** [2] - 1935:11, 1961:11
**switching** [3] - 1978:18, 1980:20, 2005:15
**SWORN** [2] - 1909:12, 1958:6
**system** [1] - 1923:3

## T

**tab** [3] - 1993:25, 1996:20, 2001:3
**Tab** [2] - 2007:12, 2007:15
**table** [2] - 1906:11, 1906:16
**tabs** [2] - 1993:19, 1993:23
**talent** [1] - 2013:25
**talented** [1] - 1952:1
**tally** [1] - 2012:1
**taste** [1] - 1912:24
**taxes** [1] - 1916:13
**teach** [1] - 1929:18
**team** [5] - 1911:1, 1959:7, 1982:20, 1982:21, 1988:22
**tech** [2] - 1937:23, 1938:1
**ten** [6] - 1917:1, 1934:6, 1952:6, 1973:9, 1990:5, 2006:2
**tend** [2] - 1964:6, 1964:12
**tenders** [3] - 1958:20, 1985:6, 1987:11
**Tenders** [1] - 1991:4
**tens** [1] - 1929:1
**term** [4] - 1960:10, 1973:8, 1988:16, 1988:17
**terms** [10] - 1925:2, 1955:18, 1975:17, 1976:1, 1976:11, 1976:14, 1976:16, 1976:18, 1980:4, 1986:17
**terrible** [1] - 1919:22
**Terry** [1] - 1920:18

**test** [1] - 1982:24
**testified** [1] - 1926:21
**testimony** [6] - 1907:5, 1908:4, 1949:12, 1951:19, 2012:12, 2013:17
**testing** [1] - 2004:8
**thankful** [1] - 1947:5
**that'll** [1] - 1945:11
**THE** [131] - 1903:1, 1903:3, 1903:11, 1903:15, 1903:21, 1904:2, 1905:4, 1906:1, 1906:3, 1906:10, 1906:13, 1906:21, 1906:24, 1907:3, 1907:11, 1907:16, 1907:21, 1907:24, 1908:5, 1908:8, 1908:10, 1908:13, 1908:16, 1908:23, 1908:25, 1909:6, 1909:9, 1909:11, 1909:13, 1909:16, 1909:17, 1909:18, 1911:17, 1924:7, 1924:9, 1929:5, 1929:7, 1935:11, 1935:12, 1940:20, 1940:24, 1941:1, 1949:9, 1949:16, 1949:18, 1949:20, 1949:24, 1950:1, 1950:2, 1950:7, 1950:13, 1950:15, 1950:16, 1950:17, 1950:18, 1950:22, 1950:24, 1950:25, 1951:8, 1951:10, 1951:11, 1951:12, 1951:13, 1951:14, 1951:16, 1951:23, 1952:24, 1952:25, 1953:1, 1953:12, 1954:24, 1955:7, 1955:10, 1955:11, 1955:12, 1955:15, 1955:16, 1955:20, 1955:23, 1955:24, 1957:8, 1957:12, 1957:13, 1957:15, 1957:17, 1957:21, 1957:25, 1958:3, 1958:5, 1958:7, 1958:12, 1958:15, 1958:19, 1983:16, 1983:23, 1984:3, 1984:6, 1985:5, 1987:10,

2034

1990:20, 1990:24, 1991:3, 1991:7, 1994:10, 1997:1, 1997:2, 1997:5, 1997:7, 1997:20, 1998:15, 1998:25, 2002:10, 2002:13, 2002:15, 2002:21, 2002:22, 2003:2, 2003:8, 2007:23, 2010:23, 2010:15, 2012:4, 2012:23, 2012:24, 2012:25, 2013:10, 2013:13, 2013:15, 2013:18, 2013:20, 2014:2

**there'll** [1] - 1974:23
**Thereupon** [4] - 1909:7, 1957:19, 1958:1, 2014:5
**they've** [3] - 1927:20, 1990:7, 1990:8
**thin** [1] - 1970:4
**thinking** [6] - 1937:7, 1966:12, 1971:2, 1973:3, 2005:16, 2009:9
**thinks** [1] - 1971:5
**third** [16] - 1911:11, 1930:3, 1930:20, 1932:5, 1932:12, 1932:21, 1933:19, 1933:25, 1936:3, 1936:11, 1941:17, 1941:24, 1949:6, 1950:9, 1980:10, 1996:16
**thousand** [3] - 1920:6, 1952:22, 1978:14
**thousands** [1] - 1929:1
**threaten** [1] - 1939:14
**three** [13] - 1936:1, 1941:21, 1944:21, 1945:2, 1974:11, 1988:20, 1988:21, 1991:25, 2000:21, 2013:25, 2014:1
**threshold** [1] - 1989:9
**thresholds** [1] - 1975:25
**throughout** [2] - 1977:3, 1977:6
**tight** [1] - 1978:8
**Tina** [1] - 1994:12
**tirelessly** [1] - 1920:18

**title** [11] - 1919:9, 1988:17, 1988:25, 1989:1, 1989:5, 1989:7, 1999:17, 2001:10, 2001:17, 2002:23
**Title** [3] - 1995:25, 2001:4
**titled** [5] - 1995:24, 1995:25, 1997:12, 1999:9, 2001:4
**titles** [14] - 1921:12, 1980:6, 1988:21, 1988:22, 1998:2, 1999:22, 2002:16, 2002:17, 2002:18, 2002:19, 2003:4, 2003:5, 2003:6
**today** [4] - 1970:12, 2004:8, 2010:4, 2013:17
**together** [6] - 1913:23, 1919:15, 1919:16, 1933:22, 1934:11, 1993:22
**token** [1] - 1957:3
**Tom** [1] - 1962:25
**tone** [1] - 1966:9
**took** [1] - 1912:18
**tools** [1] - 1938:8
**top** [8] - 1936:2, 1950:16, 1987:3, 1993:18, 1998:8, 1999:24, 2007:17, 2011:5
**total** [1] - 2000:1
**totally** [1] - 1941:11
**touch** [1] - 1973:20
**touched** [1] - 1988:5
**touches** [1] - 1922:23
**Touchstone** [1] - 1959:25
**tout** [2] - 1963:2, 1969:1
**touting** [1] - 1977:14
**towards** [1] - 1962:15
**track** [4] - 1915:7, 1954:16, 2011:23, 2012:2
**traction** [2] - 1970:5, 1981:6
**Train** [1] - 1970:18
**TRANSCRIPT** [1] - 1903:11
**transcript** [3] - 2012:15, 2015:5, 2015:6
**trendy** [1] - 1981:11

**trial** [5] - 1918:19, 1950:3, 1953:1, 1963:25, 1988:16
**TRIAL** [1] - 1903:11
**tried** [2] - 1936:22, 1963:18
**troops** [1] - 1933:1
**true** [8] - 1917:25, 1922:19, 1922:23, 1929:13, 1992:24, 2015:4, 2015:5
**trust** [1] - 1939:18
**truthfulness** [1] - 1939:18
**try** [11] - 1912:6, 1920:11, 1925:23, 1937:21, 1947:22, 1956:19, 1967:23, 1971:21, 1976:17, 1976:19, 1998:6
**trying** [7] - 1913:5, 1940:2, 1940:3, 1947:18, 1971:10, 1971:11
**turn** [10] - 1936:2, 1961:14, 1969:10, 1986:7, 1989:8, 2001:3, 2002:5, 2007:12, 2010:6, 2012:15
**turned** [3] - 1924:22, 1962:3, 1978:13
**turning** [2] - 1968:11, 1973:12
**tweet** [1] - 1937:11
**twice** [2] - 2002:20, 2004:12
**Twitter** [3] - 1938:2, 1939:6, 1939:9
**two** [24] - 1911:9, 1920:15, 1920:16, 1926:1, 1926:2, 1928:15, 1933:8, 1934:13, 1936:2, 1941:23, 1943:24, 1944:9, 1944:10, 1960:25, 1976:22, 1981:12, 1988:21, 1991:21, 1993:17, 1994:7, 1995:24, 2001:6, 2009:15, 2009:19
**two-book** [1] - 1926:1
**two-way** [1] - 1976:22
**type** [1] - 1982:5
**types** [1] - 1960:7
**typical** [8] - 1912:15, 1912:18, 1950:20,

1951:3, 1951:19, 1951:21, 1951:24, 1952:10
**typically** [3] - 1914:24, 2004:3, 2006:23

## U

**U.S** [3] - 1970:13, 1992:14, 1993:7
**ultimately** [7] - 1960:13, 1962:6, 1964:10, 1973:16, 1975:13, 1985:12, 2009:22
**under** [2] - 1994:19, 2012:12
**underbidder** [1] - 2010:13
**understate** [1] - 1979:20
**understood** [1] - 1962:22
**unearned** [1] - 1996:22
**unfair** [1] - 1919:9
**unhappy** [1] - 1932:17
**unidentified** [1] - 1907:18
**unimportant** [1] - 1918:21
**unique** [1] - 1964:1
**unit** [1] - 1941:12
**UNITED** [4] - 1903:1, 1903:3, 1903:12, 1903:18
**United** [6] - 1906:4, 1906:9, 1940:23, 1990:23, 1991:11, 2015:13
**united** [1] - 1904:8
**unjust** [1] - 1939:4
**unless** [2] - 1944:22, 1949:14
**unlike** [1] - 1915:2
**unquote** [1] - 1976:15
**unseen** [1] - 1932:15
**untypical** [4] - 1929:2, 1954:9, 1956:12
**unusual** [2] - 1931:23, 1935:4
**up** [42] - 1909:14, 1916:24, 1920:10, 1920:13, 1920:17, 1924:13, 1925:5,

1926:1, 1926:12, 1937:13, 1939:14, 1940:10, 1942:13, 1958:8, 1958:14, 1958:17, 1959:18, 1960:2, 1964:15, 1964:24, 1965:1, 1965:3, 1967:19, 1969:24, 1970:15, 1971:22, 1977:6, 1977:19, 1980:19, 1981:13, 1982:10, 1983:2, 1983:15, 1985:4, 1986:2, 1987:9, 1999:24, 2000:17, 2009:4, 2009:11, 2009:13, 2011:21
**upmarket** [1] - 1960:9

## V

**valuation** [2] - 1974:20, 1974:21
**value** [6] - 1967:9, 1970:23, 1971:3, 1972:19, 1974:8, 2006:17
**valued** [1] - 1975:15
**values** [1] - 1918:12
**Vance** [2] - 1990:23, 1991:10
**VANCE** [29] - 1903:17, 1983:17, 1984:1, 1990:22, 1990:25, 1991:6, 1991:9, 1994:6, 1994:11, 1997:3, 1997:10, 1997:16, 1997:21, 1998:17, 1998:18, 1998:23, 1999:3, 1999:5, 2002:12, 2002:14, 2003:10, 2007:21, 2007:24, 2010:21, 2011:3, 2012:6, 2013:1, 2013:5, 2013:11
**variable** [2] - 1974:13, 1988:5
**various** [1] - 1959:21
**venture** [1] - 1970:20
**venues** [1] - 1929:16
**version** [1] - 2007:22
**versus** [1] - 1906:5
**via** [1] - 1910:2
**ViacomCBS** [1] - 1907:2
**VIACOMMCBS** [1] -

1904:2
**vice** [3] - 1959:3, 1994:15, 1995:14
**videotaped** [4] - 1905:5, 1907:4, 1907:7, 1908:2
**Viking** [1] - 1967:14
**violated** [2] - 1939:7, 1939:18
**vision** [5] - 1965:6, 1971:1, 1976:25, 1978:2, 1978:7
**vision-setting** [1] - 1978:2
**voice** [1] - 1966:10
**vs** [1] - 1903:5

## W

**wants** [6] - 1923:6, 1938:15, 1938:16, 1955:25, 1957:4
**War** [2] - 1971:11, 1971:12
**war** [1] - 1914:8
**ward** [7] - 1912:10, 1915:16, 1916:4, 1919:11, 1931:6, 1931:12, 1931:23
**Ward** [21] - 1910:2, 1911:9, 1912:8, 1912:14, 1914:3, 1914:9, 1914:10, 1914:11, 1914:17, 1916:2, 1924:12, 1927:5, 1930:18, 1931:10, 1932:24, 1933:13, 1939:14, 1939:24, 1943:13, 1943:16
**ward's** [2] - 1915:13, 1917:17
**Ward's** [1] - 1919:9
**Washington** [5] - 1903:6, 1903:19, 1904:6, 1904:10, 2015:14
**water** [2] - 1909:16, 1911:16
**ways** [5] - 1938:2, 1950:23, 1961:3, 1977:11, 1980:16
**weeds** [1] - 1933:7
**Weekly** [1] - 1939:10
**weeks** [2] - 1963:9, 1999:20
**welcome** [1] - 1932:17
**well-rounded** [1] -

2005:24
**whet** [1] - 1914:1
**whole** [13] - 1916:10, 1923:3, 1940:3, 1943:6, 1949:19, 1952:10, 1953:18, 1961:3, 1970:7, 1977:3, 1977:6, 2011:19, 2011:21
**wide** [3] - 1960:14, 2003:7, 2005:23
**widely** [3] - 1964:20, 1966:14, 1967:17
**wildly** [1] - 1974:21
**Wiley** [1] - 1924:16
**Williams** [1] - 1980:2
**willing** [1] - 1913:19
**willingness** [1] - 1976:1
**win** [13] - 1960:13, 1965:25, 1966:17, 1966:23, 1973:2, 1974:24, 1975:5, 1975:10, 1975:11, 1976:17, 1977:14, 1977:22
**witch** [3] - 1981:11, 1981:13
**withdrawn** [1] - 1935:14
**Witherspoon** [2] - 1969:23, 1983:1
**witness** [13] - 1909:7, 1940:19, 1958:1, 1983:20, 1985:7, 1987:12, 1990:19, 1991:2, 1991:5, 2012:21, 2013:19, 2013:22, 2013:25
**Witness** [1] - 1957:16
**WITNESS** [34] - 1909:11, 1909:12, 1909:16, 1909:18, 1924:9, 1929:7, 1935:12, 1949:18, 1949:24, 1950:1, 1950:7, 1950:15, 1950:17, 1950:22, 1950:25, 1951:10, 1951:12, 1951:23, 1952:25, 1953:12, 1955:7, 1955:11, 1955:15, 1955:20, 1955:24, 1957:13, 1958:5, 1958:6, 1997:2, 2002:21, 2003:2, 2012:23, 2012:25, 2013:18

**WITNESSES** [1] - 1905:4
**witnesses** [1] - 2014:1
**women** [1] - 1960:22
**women's** [2] - 1962:3, 1962:19
**won** [4] - 1910:24, 1911:2, 1978:12, 2010:11
**wonderful** [2] - 1914:12, 1914:15
**word** [3] - 1914:11, 1948:9, 1970:10
**words** [1] - 1943:20
**works** [6] - 1912:11, 1918:21, 1935:25, 1937:23, 1939:25, 1952:3
**world** [5] - 1937:16, 1938:16, 1938:18, 1981:7, 1981:9
**World** [2] - 1971:11, 1971:12
**worried** [1] - 1990:16
**worry** [6] - 1978:21, 1978:24, 1979:2, 1979:5, 1979:8, 1979:16
**worst** [1] - 1913:13
**worth** [4] - 1920:20, 1972:23, 1973:5, 1973:6
**write** [70] - 1910:1, 1910:22, 1912:18, 1913:11, 1913:14, 1915:22, 1916:17, 1916:19, 1916:21, 1916:22, 1917:6, 1917:21, 1918:7, 1918:15, 1918:16, 1919:12, 1919:13, 1919:18, 1919:20, 1922:19, 1922:22, 1923:2, 1924:13, 1925:20, 1926:2, 1929:20, 1934:14, 1934:21, 1935:6, 1936:14, 1940:4, 1940:5, 1941:10, 1941:23, 1941:24, 1942:23, 1944:7, 1944:11, 1944:12, 1944:16, 1944:17, 1944:22, 1944:25, 1946:15, 1946:17, 1946:20, 1946:21, 1946:25, 1947:21, 1950:6, 1950:11, 1951:6, 1952:6,

1952:11, 1952:14, 1952:15, 1953:7, 1953:21, 1954:6, 1954:8, 1954:10, 1954:16, 1954:21, 1955:20, 1955:21, 1955:25, 1956:12, 1956:17, 1957:6
**writer** [10] - 1910:18, 1915:22, 1915:23, 1922:17, 1922:18, 1929:10, 1951:3, 1951:4, 1956:11, 1980:2
**writers** [14] - 1912:15, 1921:24, 1921:25, 1922:1, 1924:20, 1929:14, 1929:23, 1931:25, 1938:16, 1938:17, 1938:18, 1952:8, 1952:13, 1952:14
**Writers** [1] - 1961:8
**writes** [2] - 1919:20, 1996:11
**writing** [27] - 1910:2, 1910:3, 1910:5, 1910:10, 1910:22, 1910:25, 1912:17, 1912:24, 1913:7, 1918:23, 1921:10, 1921:25, 1924:10, 1924:21, 1934:6, 1935:3, 1943:1, 1944:11, 1951:4, 1953:11, 1953:24, 1954:2, 1954:17, 1955:19, 1960:12
**written** [10] - 1911:9, 1912:14, 1912:25, 1922:12, 1926:8, 1937:12, 1960:22, 1969:5, 1973:16, 1981:3
**wrote** [10] - 1910:15, 1910:19, 1911:9, 1912:1, 1912:17, 1913:8, 1917:2, 1917:5, 1934:15, 1954:17
**Wylie** [15] - 1913:10, 1913:16, 1924:15, 1925:25, 1926:11, 1926:21, 1926:24, 1927:3, 1927:12, 1927:23, 1932:23, 1933:22, 1934:22, 1939:10
**Wylie's** [1] - 1935:25

## Y

**year** [30] - 1912:18, 1916:16, 1916:19, 1916:20, 1916:23, 1917:21, 1925:19, 1925:20, 1929:3, 1945:2, 1953:25, 1954:1, 1959:9, 1959:18, 1961:5, 1961:8, 1961:22, 1968:16, 1980:6, 1981:12, 1988:20, 1989:6, 1993:25, 2004:1, 2004:3, 2004:6, 2004:11, 2004:12, 2005:1
**year's** [1] - 1963:10
**years** [27] - 1910:9, 1916:12, 1917:1, 1934:14, 1934:18, 1934:19, 1937:14, 1944:9, 1944:10, 1944:22, 1945:2, 1948:8, 1951:4, 1954:21, 1959:15, 1960:5, 1961:17, 1967:2, 1968:11, 1980:3, 1981:12, 1990:5, 1991:21, 1996:18, 2006:2, 2006:3
**yesterday** [4] - 1983:18, 1983:20, 1983:24, 1984:2
**York** [18] - 1904:3, 1910:17, 1910:20, 1912:20, 1913:8, 1916:16, 1916:18, 1917:2, 1925:19, 1928:10, 1938:21, 1939:10, 1942:15, 1951:5, 1955:3, 1959:20, 1961:21
**Yorker** [2] - 1910:3, 1910:23
**yourself** [1] - 1955:2
**yourselves** [1] - 1996:13

## Z

**Zando** [4] - 1979:22, 1980:5, 1980:8, 1980:9