**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

United States of America,              ) Civil Action
                                       ) No. 1:21-cv-02886-FYP
                 Plaintiff,            )
                                       )
vs.                                    ) **Bench Trial - a.m. session**
                                       ) **(Redacted Closed Session)**
Bertelsmann SE & Co. KGaA,             )
et al.                                 ) Washington, D.C.
                                       ) **August 15, 2022**
                 Defendants.           ) Time:  9:30 a.m.
_____

**Transcript of Bench Trial - a.m. session**
**(Redacted Closed Session)**
**Held Before**
**The Honorable Florence Y. Pan**
**United States District Judge**


A P P E A R A N C E S

For the Plaintiff:      **John R. Read**
                        **Anna E. Cross**
                        **Ihan Kim**
                        **Bennett J. Matelson**
                        **Melvin A. Schwarz**
                        U.S. DEPARTMENT OF JUSTICE
                        Antitrust Division
                        450 Fifth Street, Northwest
                        Washington, D.C. 20530

For the Defendants Bertelsmann SE & Co. KGaA and Penguin Random
House, LLC:              **Daniel M. Petrocelli**
                        **Megan Smith**
                        O'MELVENY & MYERS LLP
                        1999 Avenue of the Stars, 8th Floor
                        Los Angeles, California 90067

                        **Abby Rudzin**
                        O'MELVENY & MYERS LLP
                        7 Times Square, Times Square Tower
                        New York, New York 10036

(appearances continued on the next page)

```
 1                    A P P E A R A N C E S, continued

 2   For the Defendants Bertelsmann SE & Co. KGaA and Penguin Random
     House, LLC (continued):
 3                              Julia Schiller
                                O'MELVENY & MYERS LLP
 4                              1625 Eye Street, Northwest
                                Washington, D.C. 20006 For the
 5
     Defendants ViacomCBS, Inc. and Simon & Schuster, Inc.:
 6                              Stephen Fishbein
                                Noni Nelson
 7                              SHEARMAN & STERLING LLP
                                599 Lexington Avenue
 8                              New York, New York 10022

 9                              Michael Mitchell
                                SHEARMAN & STERLING LLP
10                              401 9th Street, Northwest
                                Washington, D.C. 20004
11   _____

12   Stenographic Official Court Reporter:
                                Nancy J. Meyer
13                              Registered Diplomate Reporter
                                Certified Realtime Reporter
14                              333 Constitution Avenue, Northwest
                                Washington, D.C. 20001
15                              202-354-3118

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2                                                                    PAGE:

3       **Witnesses**:

4       Alexander Berkett

5           Direct Examination by Mr. Fishbein................ 2176
            Cross-Examination by Mr. Matelson................ 2190
6           Redirect Examination by Mr. Fishbein............. 2195
            Recross-Examination by Mr. Matelson............. 2218
7           Redirect Examination by Mr. Fishbein:........... 2230

8       Madeline McIntosh

9           Direct Examination by Mr. Petrocelli............. 2234

10

11      **Exhibits Admitted**:

12          PX 414......................................... 2275
            PX 669......................................... 2197
13          PX 679......................................... 2222

14          DX 338......................................... 2205
            DX 339......................................... 2205

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2

 3            THE COURTROOM DEPUTY:  Good morning, Your Honor.

 4    This is Civil Case 21-2886, United States of America v.

 5    Bertelsmann SE & Co., et al.

 6            Will counsel please approach the podium to state their

 7    appearances for the record.

 8            MR. READ:  Hello.  John Read for the United States.

 9    And with me at counsel table are Ben Matelson and Ihan Kim.

10            THE COURT:  Good morning.

11            MR. READ:  Good morning.

12            MR. PETROCELLI:  Good morning.  Daniel Petrocelli for

13    Bertelsmann and Penguin Random House.  With me are

14    Julia Schiller and Abby Rudzin.

15            THE COURT:  Good morning, Mr. Petrocelli.

16            MR. FISHBEIN:  Good morning.  Stephen Fishbein for

17    ViacomCBS and Simon & Schuster, and with me are Noni Nelson and

18    Michael Mitchell.

19            THE COURT:  Good morning.

20            All right.  So we are ready to resume the trial.  Are

21    there any preliminary matters before we begin?

22            MR. PETROCELLI:  Not from us, Your Honor.

23            We're going to begin this morning with Alex Berkett of

24    Viacom, followed by Madeline McIntosh, and then Manuel

25    Sansigre.
```

```
 1                THE COURT:  All right.  Thank you.

 2           You may call your witness.

 3                MR. FISHBEIN:  Your Honor, the defense calls

 4   Alexander Berkett.  And while they're going to get the witness,

 5   we've agreed with the government that part of Mr. Berkett's

 6   testimony is going to be in closed session.

 7                THE COURT:  All right.

 8                MR. FISHBEIN:  I think we have an agreement on this

 9   subject matter as well.

10                THE COURT:  All right.

11                MR. FISHBEIN:  And may we pass up a very slim binder?

12                THE COURT:  Yes.  Thank you.

13                MR. FISHBEIN:  Thank you.

14                THE COURT:  Thanks.

15           Good morning.  Could you raise your right hand, please.

16                (Oath administered.)

17                THE WITNESS:  I do.

18                THE COURT:  Thank you.  You can be seated, and you

19   can remove your mask, if you'd like.

20                THE WITNESS:  Thank you.

21                          DIRECT EXAMINATION

22   BY MR. FISHBEIN:

23   Q.  Good morning.

24   A.  Good morning.

25   Q.  Can you state your full name and spell it for the record,
```

1    please.

2    A.  My full name is Alexander Julian Berkett.  It's spelled

3    A-l-e-x-a-n-d-e-r J-u-l-i-a-n B-e-r-k-e-t-t.

4    Q.  Mr. Berkett, how are you currently employed?

5    A.  I'm employed by Paramount Global.

6    Q.  What kind of company is Paramount Global?

7    A.  It's a media and entertainment company.

8    Q.  And has Paramount Global been known by any other name in

9    recent years?

10   A.  It was known as ViacomCBS from the period December 2019

11   until February of this year.

12   Q.  And just so that we get a little corporate history, what

13   happened in 2019 with respect to that company?

14   A.  Viacom, which was its own company, and CBS, which was its

15   own company, merged in December of 2019.

16   Q.  Did Simon & Schuster, the publishing company, have a

17   relationship with either Viacom or CBS prior to 2019?

18   A.  Simon & Schuster was owned by CBS for many years prior to

19   the merger with Viacom.

20   Q.  And what was the name of the new company once Viacom and

21   CBS merged in 2019?

22   A.  ViacomCBS, one word.

23   Q.  So am I correct that ViacomCBS became the owner of Simon &

24   Schuster by virtue of that merger in 2019?

25   A.  That is correct.

1    Q.  And you said ViacomCBS changed its name to Paramount Global

2    in February of 2022; is that right?

3    A.  That's correct.

4    Q.  I'm going to refer to your current employer as ViacomCBS or

5    Viacom, if it's before 2019, because that's the way we've been

6    referring to it in this case.  Okay?

7    A.  Okay.

8    Q.  Mr. Berkett, when did you first start working for ViacomCBS

9    or its predecessors?

10   A.  I began to work for Viacom, predecessor ViacomCBS, in the

11   summer of 2015.

12   Q.  And if you could just briefly describe what kinds of

13   positions you've held within Viacom since 2015.

14   A.  I joined as the SVP of corporate development, which,

15   essentially, means overseeing the merger and acquisition or M&A

16   activity of the company.  Shortly after, later in 2015, I also

17   added a strategy role.  And I've held similar roles with

18   different titles since then at Viacom and subsequently at

19   ViacomCBS.

20   Q.  What is your current title at ViacomCBS?

21   A.  Executive vice president, chief corporate development and

22   strategy officer.

23   Q.  And so, broadly speaking, what have you been responsible

24   for over your -- about seven years with ViacomCBS?

25   A.  The strategy of the company and various strategic

1    initiatives, as well as all of its M&A or merger and

2    acquisition activity.

3    Q.  Again, just briefly, can you tell the Court what your

4    career history or background was before you joined Viacom in

5    2015.

6    A.  After graduating from undergraduate, I worked as an

7    investment banker for 12 years; a little shy of 12 years.

8    After that, I partnered with some folks and we started a

9    company called Townsquare Media, which we grew.  And then I was

10   recruited from that company, Townsquare Media, to go to Viacom

11   in 2015.

12   Q.  Which firms did you work for when you worked in investment

13   banking?

14   A.  Bear Stearns and J.P. Morgan.

15   Q.  Mr. Berkett, did you have a role in ViacomCBS's sale of

16   Simon & Schuster to Bertelsmann?

17   A.  Yes, I did.

18   Q.  What was your role in the process?

19   A.  I was one of the people leading or coordinating the effort.

20   Q.  And when you said "coordinating," with whom were you

21   coordinating?  Who was on the team?

22   A.  People from my corporate development or M&A team; people in

23   our legal department; people in our HR department; people in

24   our tax department; people in our accounting department; or a

25   variety of people at the corporate portion of our company; as

1   well as many executives at Simon & Schuster:  our executive

2   team, our board of directors, and our financial advisors and,

3   to a lesser extent, our legal counsel.

4   Q.  If you could, just maybe move the microphone a little bit

5   closer, just to make sure everybody can hear you.

6       You mentioned that there were financial advisors.  Who

7   did ViacomCBS use as its financial advisors?

8   A.  LionTree.

9   Q.  And what is your position with respect to, I think you

10  said, the corporate -- was it corporate development team at

11  ViacomCBS?

12  A.  I was the leader of that team and still am.

13  Q.  Okay.  And did you report to anybody with respect to your

14  activities with respect to the sale of Simon & Schuster?

15  A.  When the merger of Viacom and CBS closed, I reported to

16  Bob Bakish, the CEO of ViacomCBS.

17  Q.  Okay.  And then did that change at all?

18  A.  When Naveen Chopra joined us as chief financial officer in

19  the summer of 2020, I began reporting to Naveen.

20  Q.  Okay.  Now, you said that you were one of the leaders of

21  ViacomCBS's effort to sell Simon & Schuster; is that correct?

22  A.  That is correct.

23  Q.  Why does ViacomCBS want to sell Simon & Schuster?

24  A.  As we approached the completion of the merger in 2019 --

25  Q.  And which merger are you talking about?

1    A.  I'm talking about the merger of Viacom and CBS.

2    Q.  Okay.

3    A.  -- we, the continuing management team, together with the

4    board of directors, undertook a review of the assets of the

5    company to make determinations about what of those assets were

6    core to what our strategic priorities were going to be.  And

7    our strategic priorities then and now center on building a

8    streaming video business and producing the world's best video

9    content.

10         And in that review, we determined a number of our assets

11   were not core to that mission, not supportive to that mission,

12   not additive to that mission.  And some of those assets, in

13   addition to not being supportive to that mission, didn't have a

14   lot of connectivity to other parts of our business.  Simon &

15   Schuster was determined to be one of those assets, ultimately,

16   and we took a recommendation to the board of directors saying

17   that and suggesting that we should divest ourselves of the

18   business and reallocate the capital to our strategic

19   priorities.

20   Q.  And what is it about Simon & Schuster that renders it not

21   core to ViacomCBS's business?

22   A.  As a trade book publisher, it's a fantastic business, but

23   it does not provide us content, video content, for our

24   streaming activities or our television and film activities.

25   Q.  But don't books have some content that, I guess, could be

1    used, you know, for streaming or otherwise?

2    A.   There's a tremendous wealth of intellectual property in

3    books, and, in fact, many books are made into movies.  But it's

4    important to note that the rights for books are bought by book

5    publishers, but they do not come with, generally, the rights to

6    make derivative video work, whether that's film, television, or

7    episodic content, out of that intellectual property.

8         In fact, the authors or owners of the underlying

9    intellectual property of books, in their representation, sell

10   those rights separately.  And so there is no inherent advantage

11   to us owning Simon & Schuster to access the intellectual

12   property of the books in respect to film or television or

13   streaming projects.

14   Q.   Now, has Viacom made any public statements to investors,

15   shareholders, whatever, regarding the strategy as it relates to

16   Simon & Schuster?

17   A.   Yes.

18   Q.   And when was that first done?

19   A.   In March of 2020.

20   Q.   What happened in March of 2020?

21   A.   Bob Bakish, the company CEO, was speaking at a

22   Morgan Stanley investor conference, and he announced that the

23   company had made the determination that Simon & Schuster was

24   not core to our mission.  It's a great asset, but not additive

25   to our strategic priorities in video specifically, and that we

1  had made that determination and that when market conditions

2  improved, we would proceed with a sale of the asset.

3  Q.  And after Mr. Bakish's public comments in March of 2020,

4  did the company make any additional comments publicly about its

5  intentions with respect to Simon & Schuster?

6  A.  Yes.

7  Q.  And what were those?

8  A.  I would say, generally, at each quarterly earnings

9  presentation and conference call, at a number of investor

10  events interceding the period of time, the companies

11  consistently reiterated the conclusion we determined about

12  the strategic value of Simon & Schuster to us and the fact that

13  it was noncore and that we intended to divest it, consistently

14  and on multiple occasions from many members of the management

15  team.

16  Q.  Mr. Berkett, if ViacomCBS is not permitted to sell Simon &

17  Schuster to Bertelsmann, what will ViacomCBS do with Simon &

18  Schuster?

19  A.  ViacomCBS will sell Simon & Schuster to another buyer.

20  Q.  And why is that?

21  A.  Because the determination that was made in 2020 remains

22  fully true for all the same reasons it was then today, and we

23  foresee that being the state of affairs going forward.  And

24  we've told the market that we intend to sell it for those

25  reasons.  We would like to reallocate capital out of that

1   business towards our strategic priorities and balance sheet

2   management, and we intend to do that as soon as possible.

3   Q.  You mentioned that you've already told the market of your

4   plans.  What significance does that have in terms of what you

5   do in the future?

6   A.  It would be very difficult for us to turn around and -- and

7   tell the market something different.  In fact, I think it would

8   challenge the credibility of the management team, particularly

9   because I think it's self-evident to the marketplace that

10  nothing about the conclusions that led us to determine that we

11  needed to divest the asset have changed.

12  Q.  Mr. Berkett, you said that it was first announced in

13  March 2020 by the CEO that Simon & Schuster would be sold.  Did

14  something happen after that that affected the timing of the

15  sale?

16  A.  Yes.  Sort of just beginning to germinate at that moment in

17  time, the global pandemic was certainly a timing consideration,

18  and it was calibrated into Bob's initial messaging, which was

19  to say when market conditions improve -- and I don't remember

20  the exact language, but something along those lines -- we would

21  undertake a sale process.

22  Q.  Did there come a time when -- when you did undertake a

23  formal sale process?

24  A.  Yes.

25  Q.  And when was that?

1    A.   In the fall of 2020.

2    Q.   And, again, just high level, what kind of process was it?

3    A.   Some people might describe it as an auction, but it was a

4    process where we solicited interest from buyers, a group of

5    buyers, proceeded with management presentations to help to

6    explain the business to those buyers, solicited bids, and went

7    from there.

8    Q.   And how many rounds of bids did you accept from potential

9    purchasers?

10   A.   Ultimately, we did two rounds of bidding.

11   Q.   Which companies participated in this process through the

12   end, meaning that they submitted bids in both rounds?

13   A.   Bertelsmann and its subsidiary Penguin Random House; News

14   Corporation and its subsidiary HarperCollins; and a company

15   called Vivendi.

16   Q.   And did Vivendi have any interest in book publishers at the

17   time, to your knowledge?

18   A.   I believe it owned a book publisher called Editus.

19   Q.   Okay.  And was there a relationship -- we've heard

20   testimony about a company called Hachette.  Is there any

21   relationship between Vivendi and Hachette?

22   A.   Yes.  There's a relationship between Vivendi and Hachette's

23   parent company Lagardère where Vivendi is today a significant

24   shareholder of that business.

25   Q.   Now, you mentioned the three companies, Bertelsmann,

1    Vivendi, and News Corp.  Were there other potential buyers who

2    looked at Simon & Schuster but did not make it all the way to

3    the end of the process?

4    A.  Yes.

5    Q.  And -- and without naming specific entities, what type of

6    companies were those?

7    A.  There was another strategic buyer, there was a financial

8    buyer, and there was a very small strategic buyer that had a

9    financial backer; so a little bit of a hybrid.

10   Q.  And I'm going to ask you about some of those terms in a

11   second, but is -- were there only three others, or are you just

12   giving examples?

13   A.  Those are the three that I remember today.

14   Q.  Okay.  And you used the terms financial and strategic

15   buyer.  Can you just explain what that means in the context of

16   this deal.

17   A.  I can.  In the context of this deal and, frankly, most M&A

18   deals, a strategic buyer is a buyer who owns similar assets to

19   the assets that are being sold.  A financial buyer is a,

20   generally, private equity fund, hedge fund, growth equity fund,

21   a venture capital fund, someone that's an investor that doesn't

22   necessarily own assets similar to the assets being sold.

23   Q.  And why do you distinguish between strategics and financial

24   in an M&A transaction like this?

25   A.  Because their motivations and their ability to pay may be

1    different and generally are different.

2    Q.  Okay.  And maybe you could just explain that.  What's the

3    difference and why in a transaction like this?

4    A.  A strategic buyer, which has assets similar to the assets

5    that are being sold, very often, if not always, has an

6    opportunity to realize synergies or cost-savings efficiencies,

7    sometimes revenue, uplift, that a financial buyer does not have

8    access to by virtue of the fact that they don't own similar

9    assets to harvest those synergies together with.

10   Q.  And does that affect the value that the various types of

11   buyers can pay?

12   A.  Yes.

13   Q.  How so?

14   A.  Synergies and synergy opportunities oftentimes increase

15   quite -- sometimes quite substantially the value of a set of

16   assets to a buyer.

17   Q.  And, Mr. Berkett, when -- when was this process, the sale

18   process that you mentioned, completed?  In other words, when

19   was it announced that Viacom and CBS and Bertelsmann had signed

20   a deal?

21   A.  In late November of 2020.

22   Q.  What -- what criteria did ViacomCBS use in evaluating the

23   three final bids for Simon & Schuster?

24   A.  We had four goals in our evaluation of the bids and,

25   frankly, before that going into the process.

```
 1              The first was to maximize the value that we would

 2      receive and the consideration and cash that we would receive as

 3      a result.

 4              The second was deal certainty.  Making sure that the

 5      counterparty would have the ability and the capability to pay

 6      and the ability to live up to its obligations and fulfill its

 7      obligations under the contract.

 8              We wanted the asset to find a good home with an owner

 9      that would invest and continue the legacy of the business that

10      was almost a hundred years old at the time.  And we wanted the

11      buyer to be a good home for the employees and executives at

12      Simon & Schuster.

13      Q.  Now, if you're selling Simon & Schuster, if I may ask, why

14      do you care whether it finds a good home as long as you get the

15      value that you want?

16      A.  Well, I think most businesses do care about the home for

17      the asset and their employees.  I got -- I would admit that

18      perhaps price and deal certainty are more important

19      considerations, but they certainly are considerations for a

20      number of reasons, but not least of which is reputational and

21      to the extent that you're discarding businesses in a careless

22      way to buyers who might not be the right home for the business

23      that will have reputational impacts across a number of

24      different constituencies, including employees and potential

25      employees.
```

2189

1    Q.  Mr. Berkett, who -- which of the three offers offered the

2    highest price for Simon & Schuster?

3    A.  The Bertelsmann/Penguin Random House bid was the highest

4    price.

5    Q.  And what was your assessment of Bertelsmann in terms of

6    financing and willing -- willingness to close?

7    A.  I was certain that they could finance the business and

8    would live up to their obligations.

9    Q.  And then what about -- what was your assessment of

10   Bertelsmann on the third and fourth criteria, about good home

11   for the business and employees?

12   A.  I thought they'd be an excellent home for the business, for

13   the legacy of the business, and for the employees and

14   executives.

15   Q.  And what is that based on?  How did you come to that

16   conclusion?

17   A.  Based on conversations we had with the company, based on

18   Bertelsmann/Penguin Random House's reputation in the

19   marketplace.

20   Q.  And did you -- had you had similar conversations with other

21   bidders?  In other words, as part of the management

22   presentations, did you meet with representatives of the other

23   bidders?

24   A.  Yes.

25              MR. FISHBEIN:  Your Honor, that's all I have for the

1    open portion.

2           THE COURT:  Okay.  Thank you.

3       Any cross?

4           MR. MATELSON:  Good morning, Your Honor.

5    Ben Matelson for the United States.

6           THE COURT:  Good morning.

7           MR. MATELSON:  I just have very, very few questions

8    in open session, and then the bulk of what I need to cover will

9    be confidential.

10          THE COURT:  Okay.

11                         CROSS-EXAMINATION

12   BY MR. MATELSON:

13   Q.  Good morning, Mr. Berkett.

14   A.  Good morning.  Good to see you again.

15   Q.  You too.

16       You mentioned the four goals you had for the

17   transaction, and I just wanted to elaborate a little on the

18   second one, deal certainty.  And one of the things that you

19   considered to be under the heading of deal certainty was the

20   ability to achieve regulatory approvals for the deal; correct?

21   A.  Correct.

22   Q.  All right.  And just to be clear, we're talking about

23   regulatory approval includes approval by the U.S. antitrust

24   agencies; correct?

25   A.  Correct.

1    Q.  Now, you talked about the sales process.  You mentioned the

2    firm called LionTree.  Could you just explain what tasks you

3    assigned LionTree to do in connection with the sale.

4    A.  LionTree were our financial advisor.  They're a well-known

5    investment bank in the media entertainment space.  They helped

6    us prepare the materials to present to potential buyers,

7    explain the Simon & Schuster business.  They helped us populate

8    a data room with information to satisfy the due diligence

9    process.  They helped us think about who the potential buyers

10   were and which potential buyers might be the ones who could

11   fulfill our objectives to the highest degree.

12          They helped us organize the actual sale process in the

13   fall of 2020 and helped us -- helped advise us with the

14   considerations related to that and the negotiations related to

15   that.

16   Q.  All right.  And then when it came time to solicit offers,

17   am I correct that you decided to invite a select group of

18   companies to submit expressions of interest?

19   A.  I believe that we invited a select group of people to -- to

20   participate in management presentations and thereafter invited

21   that group of people to solicit -- or, rather, to proffer

22   offers in the first round.

23   Q.  Okay.  So even to get the meeting for the management

24   presentation, I believe you -- at that stage, you -- you

25   invited just a select -- a small select group of interested

1   bidders; correct?

2   A.  Correct.

3   Q.  And I think you mentioned that financial buyers were part

4   of that group?

5   A.  There was one financial buyer and one small strategic that

6   had a reasonably large financial backer.

7   Q.  All right.  So it's fair to say that you believe that a

8   financial buyer was potentially a good home for Simon &

9   Schuster; right?

10  A.  I -- I think amongst the group of people we invited to

11  the first round, we had much more skepticism that a financial

12  buyer would ultimately prove to be the winning bidder, really

13  even a finalist.  There were discrete reasons for the two

14  invitations that involved financial buyers that related to --

15  one -- on the one hand, relationships that we had with certain

16  human beings at one of the private equity firms and their

17  background in the publishing business.  And on the second

18  hand, there was a sovereign wealth fund backing a smaller

19  strategic that we thought might be someone who might do

20  something attractive economically to us.  There was a small

21  chance.

22  Q.  All right.  But just in terms of the third and fourth

23  criteria you mentioned, about a good home --

24  A.  Uh-huh.

25  Q.  -- you believe that a financial buyer could potentially be

1    a good home for Simon & Schuster at the outset of the process;

2    right?

3    A.   Could potentially.  I think there's a little bit more

4    skepticism on private equity firms, particularly on the fourth

5    of those scores, related to head -- head count reduction and

6    whether that means they're a great home for the asset, but --

7    but I do agree with your assertion, potentially.

8    Q.   All right.  And you also mentioned Vivendi and their

9    current relationship with Hachette.  I just wanted to clarify,

10   back in November 2020, Vivendi did not have an ownership

11   interest in Hachette or its parent company; correct?

12   A.   That -- that may be correct.  I -- I don't remember.

13   It's been a bit of a long and -- and back-and-forth history

14   between the companies, and there was a period of time where

15   Lagardère was facing a -- sort of a hostile approach by a

16   hedge fund based in the United Kingdom.  And if recollection

17   serves, Vivendi was playing the role of a white knight and took

18   a stake in Lagardère.  But I can't, Ben, tell you whether it

19   was before November or after November from -- from my memory

20   today.

21   Q.   All right.  And at the time you were accepting offers from

22   Vivendi, they did not have a publishing business in the

23   United States; correct?

24   A.   I -- I know that their publishing business, Editus, is

25   headquartered in France.  I don't -- I can't say I know what

2194

1    percentage of their business was in the United States, if -- if

2    any.

3    Q.  Thank you.  I will pause my questions there and resume in

4    closed session.  Thank you.

5    A.  Thank you.

6            MR. FISHBEIN:  So I guess now we'll need to close the

7    courtroom.

8            THE COURT:  Okay.  We can do that.

9        How long do you expect the closed session to last?

10           MR. FISHBEIN:  I think mine will be about 20 minutes.

11           THE COURT:  And Mr. Matelson?

12           MR. MATELSON:  Probably about the same.  Hopefully,

13   less.

14           THE COURT:  Okay.  So we're going to close the

15   courtroom at this time for approximately 40 minutes, and so --

16   until about 10:40.  And so I am going to ask the members of the

17   public to please exit the courtroom at this time.

18           (Proceedings held in closed court.)

19   ████████████████████████████████████████████████████

20   ████████████████████████████████████████████████

21   █████████████████████████████████████████

22   ██████████████████████████████████████████████

23   ████████████████████████████████

24   ███████████████████████████████████████████████████████

25   █████████████













2201





2203



2204



2205





2207











2212



2213



2214



2215





2217



2218

















2226







2229



2230









1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        (Proceedings held in open court.)

24          MR. MATELSON:  I move into evidence PX 679 with

25    Mr. Berkett, and that should be under seal with no objections.

```
 1              THE COURT:  Yes, I've got that.  Thank you.

 2              MR. MATELSON:  Great.  Thank you.

 3              THE COURT:  Ma'am, could you please stand up and

 4    raise your right hand.

 5              (Oath administered.)

 6              THE WITNESS:  I do.

 7              THE COURT:  Thank you.  You can be seated, and you

 8    can remove your mask, if you wish.

 9                      DIRECT EXAMINATION

10    BY MR. PETROCELLI:

11    Q.  Good morning, Ms. McIntosh.

12    A.  Good morning.

13    Q.  Can you please state your full name for the record.

14    A.  Madeline McIntosh.

15    Q.  Can you please tell the Court a bit about your background.

16    A.  I've worked in book publishing my whole adult life.  I got

17    into it after graduating from college as an art history major.

18    As soon as I found out that you could actually work in books, I

19    was hooked, and I've done that pretty much ever since.

20    Q.  You need to get the microphone a little closer to you.

21    A.  Sorry.

22    Q.  Thank you.

23              And do I understand your husband is also an author?

24    A.  My husband is an author, yes.  We met -- we met at work,

25    when he worked in publishing.  Now he's a writer.
```

1    Q.   And who publishes -- what's his name?

2    A.   Chris Pavone.

3    Q.   And who publishes your husband?

4    A.   Macmillan.

5    Q.   What is your current role at Penguin Random House?

6    A.   I'm the CEO of Penguin Random House U.S.

7    Q.   How long have you worked for the company?

8    A.   I started at the predecessor company, which was called

9    Bantam Doubleday Dell in 1994.  And except for 18 months when I

10   worked at Amazon, I've been there ever since.

11   Q.   Can you slow down just a little bit and give us your -- you

12   know, your complete history in the publishing business,

13   starting with your first job.

14   A.   Sure.  I started as a temp at HarperCollins, and then my

15   first permanent job was at Norton as an editorial assistant.

16   From there I got interested, in the early '90s, in the

17   combination of -- the meeting point of old media and new media.

18   So I moved to Bantam Doubleday Dell to the new media

19   department.  I, from there, got into what became online sales

20   and eventually moved to the sales department to lead up online

21   sales.

22   Q.   Did you -- what did you do after that?

23   A.   Excuse me.  I was -- after I led online sales, I got

24   promoted to be the head of -- of the adult sales group for

25   Random House, which we were called at that point, and

1    eventually I moved to be the Random House audio publisher.

2    Q.  And then what happened?

3    A.  I left the company in 2008 to move to Luxembourg to work

4    for Amazon to lead the -- I was the director of content

5    acquisition for the international launch of the Kindle.

6    Q.  How long were you at Amazon?

7    A.  For 18 months.

8    Q.  Then what did you do?

9    A.  After that Markus Dohle recruited me back to the -- to

10   Random House to a newly created position as president of sales,

11   operations, and digital.

12   Q.  And then after that job, what happened?

13   A.  That job -- the -- the content of the job stayed the same,

14   but I was promoted and titled to CEO.  So I was COO at the time

15   that we merged with Penguin in 2013.

16   Q.  And then after the 2013 merger, what was your next

17   position?

18   A.  I was the COO of the new Penguin Random House for about a

19   year, and then in 2014, I moved to be the president of Penguin

20   Publishing.

21   Q.  And that's one of the adult divisions?

22   A.  Yes.

23   Q.  And how long did you have that position?

24   A.  I was there from the fall of 2014 until the spring of 2018

25   when I moved into my current job.

1    Q.  And you've been CEO of Penguin Random House U.S. since

2    2018?

3    A.  Yes.

4    Q.  What are your responsibilities as CEO?

5    A.  I'm responsible for all aspects of our business in the

6    United States.  So, of course, that includes a primary focus on

7    all aspects of publishing, from acquisition through -- through

8    editorial development, marketing, sales, operations,

9    fulfillment, third-party distribution; everything that relates

10   to our author and employee experience in the United States.

11   Q.  To whom do you report?

12   A.  To Markus Dohle.

13   Q.  What are your responsibilities regarding the company's

14   acquisition of books?

15   A.  I -- I oversee the -- the teams who are responsible for

16   publishing them.  And so that means I -- I could be involved in

17   an ad hoc basis on any number of different topics, but I

18   directly approve acquisitions at the million-dollar threshold

19   and above.

20   Q.  Do you ever get involved from time to time in acquisitions

21   below $1 million?

22   A.  Yes, certainly.  The -- on a -- on an informal basis, not a

23   routine basis, publishers consult with me regularly.

24   Q.  As the CEO, about how many title acquisitions are you

25   involved in on an annual basis?

1    A.  I directly approve -- obviously, the number varies over

2    time, but on average, I directly approve about 200.

3    Q.  When you were president of the Penguin Publishing Group

4    from 2014 to 2018, what was your participation then in the

5    company's acquisition of books from authors?

6    A.  I probably approved several hundred, if not a few thousand

7    acquisitions.

8    Q.  Okay.

9         MR. PETROCELLI:  Your Honor, may I hand up a small

10   binder?

11        THE COURT:  Yes.

12        MR. PETROCELLI:  Thank you.

13      May I approach the witness?

14        THE COURT:  Yes.

15        MR. PETROCELLI:  Thank you.

16        THE COURT:  Thank you.

17        MR. PETROCELLI:  Pam, can you put up the first

18   demonstrative, which -- which is Defendants' Demonstrative 10.

19      And -- my screen is not working.

20        THE WITNESS:  There's nothing on my screen either.

21        THE COURTROOM DEPUTY:  I'm wondering if the monitor

22   is off.

23        THE WITNESS:  There we go.  There we go.

24        THE COURTROOM DEPUTY:  Okay.

25        THE COURT:  Okay.  Thank you, Ms. Calloway.

```
 1                    MR. PETROCELLI:  Okay.  Thank you.

 2                    THE COURTROOM DEPUTY:  Sure.

 3       BY MR. PETROCELLI:

 4       Q.  So I'd like to talk a bit about the lifespan of a book,

 5       starting from acquisition.  And what are these four icons that

 6       we put on this demonstrative?

 7       A.  These are just -- this is a generalized way to show the

 8       different phases of a book moving from acquisition to

 9       publication.

10       Q.  Okay.  Now, we've -- we've spent a lot of time on

11       acquisition.  So let me zero in on something more specific.

12       Let's assume we're at the point where the editor wants to

13       acquire the book.  How does -- how do your editors determine

14       how much to offer for the advance?

15       A.  They build a P&L.

16       Q.  Okay.  And how do they determine the amount of the advance

17       based on the P&L?

18       A.  They would make an estimate of how many copies they believe

19       they can sell.  And so the combination of the copies that they

20       can sell by format and the price would translate to -- to an

21       output that would let them know the level of advance they can

22       pay.

23       Q.  So from time to time, do you receive P&Ls from multiple

24       editors at multiple imprints for the same title?

25       A.  Yes.
```

1    Q.  And when you receive multiple P&Ls for the same title, do

2    the numbers vary, or are they the same?

3    A.  They vary.

4    Q.  And why do they vary?

5    A.  Because these are not -- these aren't widgets that we're

6    producing.  Their books are -- the -- the valuation is a highly

7    subjective process, and so it's a reflection of the -- that

8    particular editor's vision and belief in the book project.

9    Q.  So if you get a P&L for a title for $1,100,000 and another

10   one for 1.2 and another one for 1.3, just by way of a

11   hypothetical, all for the same book, how do you handle that?

12   A.  I approve all three.

13   Q.  Even -- so you're approving a title at 1.1 even though you

14   are authorizing your company to pay 1.3 for the same title?

15   A.  Yes.

16   Q.  Do you tell the 1.1 person that you've approved the 1.3?

17   A.  No.

18   Q.  And so why do you do it that way?

19   A.  Because I want them to -- for the most part, to remain true

20   to their vision.  So if -- if one of them is seeing it much

21   more aggressively, I -- for one thing, I think that -- that

22   vision, that more aggressive number is likely to be reflected

23   onto the market too.  So I'm not going to do anything to pull

24   that number down because I want us to win the book.

25   Q.  Okay.  Well, let's turn to a P&L.

1           MR. PETROCELLI:  And this is going to be displayed

2    not public facing, Pam.  This is a confidential document.  It's

3    Defendants' Exhibit 414.

4    BY MR. PETROCELLI:

5    Q.  Do you recognize this?

6    A.  I do.

7    Q.  And what is it?

8    A.  This is a P&L that was created for -- for an acquisition

9    that I believe we -- we completed in 2018, but this is the

10   standard P&L template.

11   Q.  Has this book been published yet?

12   A.  No.

13   Q.  Okay.

14           MR. PETROCELLI:  Your Honor, I think you should have

15   the decoder, which is marked at Defendants' 433.

16           THE COURT:  Yes.

17   BY MR. PETROCELLI:

18   Q.  And, Ms. McIntosh, do you have this decoder as well in your

19   binder?

20   A.  Is it in here?  Yes, I do.

21   Q.  Am I correct that this is Book H?

22   A.  Yes.

23   Q.  Okay.  So what I'd like to do is really have you walk us

24   through this P&L, with particular emphasis on what the editor

25   does versus what the computer program does.

1    A.   Yeah.

2    Q.   Okay.  First of all, what publishing division are we in

3    here?

4    A.   We're in the Penguin Publishing Group.

5    Q.   Okay.  And what's the name of this particular P&L program?

6    Do you know?

7    A.   Abacus.

8    Q.   Abacus.  And do each of the publishing divisions have its

9    own P&L program?

10   A.   Abacus is a program that -- that Penguin used prior to our

11   merger, and some of the other divisions have adopted it.  Some

12   have their own slightly different variations on it, but it's --

13   it's more -- the majority use this one.

14   Q.   Now, this particular P&L has at the top, under draft, the

15   advance of $4 million.  Do you see that?

16   A.   Yes.

17   Q.   Okay.  But when an editor starts out on the P&L, is there

18   an advance already listed?

19   A.   No.  The advance -- the advance would be one of the inputs

20   that they make.

21   Q.   So when the editor is first filling this out, do they fill

22   it out without first putting in the advance, just so they can

23   see how this is going to pencil out?

24   A.   They may -- different editors may start in different spots,

25   but my -- my -- my understanding is that they're going to start

1    by identifying the format and the -- and probably they pick a

2    price that they think is reasonable.  They put that in, and

3    then they're going to start to play with the sales

4    expectations --

5    Q.  And then ultimately --

6    A.  -- the sales estimates.

7    Q.  -- there will be a suggested advance?

8    A.  Yes.  So the --

9    Q.  Okay.

10   A.  So the sales estimates that they are going to put in are

11   going to then be measured against an advance, which they --

12   Q.  Okay.  Well, I'd like to go through this a little bit more

13   slowly.

14   A.  Okay.

15   Q.  So, initially, there's a -- first item is list price;

16   right?  The editor chooses the list price?

17   A.  Yes.

18   Q.  How does the editor choose the list price?

19   A.  They would think about whether this is a long book or a

20   short book.  They would think about the -- the prices that

21   are -- that seem like fairly common price points for that

22   level, and in -- certainly, in terms of the price, that would

23   be since checked by their business manager.

24   Q.  And then I notice here, if we go down to net sales units,

25   it's a round number.

1    A.  Yes.

2    Q.  Do you see that?  It's 150,000 units; right?

3    A.  Yes.

4    Q.  Is that a number that the editor selects?

5    A.  Yes.  This editor has -- has made a bet that the book will

6    sell 150,000 copies.

7    Q.  Now, where does the editor get that number from?  Or how

8    does the editor come up with that estimate?

9    A.  So it would depend a lot on the kind of book it is, but if

10   it's a -- so if it's a book by a repeat author, someone who

11   we've published in the past, then the editor is going to have

12   that author track record to go on.

13        But they're really most frequently going to be relying

14   on what we call comp titles or comparable titles to kind of

15   triangulate; we think the audience for this is about the same

16   size as the audience for this other book.  This seems like --

17   like a good bet.

18   Q.  So that's the -- that's really the judgment of the editor

19   at that point?

20   A.  Yes.

21   Q.  Now, I've been focusing on the hardcover format, but this

22   P&L covers all formats; is that right?

23   A.  It -- this particular P&L is showing all the print and

24   e-book formats.

25   Q.  But not audio?

1    A.  In this case, audio is reflected as a -- as an asset

2    offset, which just means its actual sales are not reflected on

3    this P&L.

4    Q.  So the sales -- the estimated units that are reflected for

5    each of the formats going across the page to lifetime totals,

6    that's the editor's assessment of what -- how many units it

7    could sell in each format?

8    A.  Yes.

9    Q.  Over the life of the book?

10   A.  The -- I believe -- and sorry.  The blow-up boxes are

11   masking the top, but I believe that the -- the first few

12   columns are showing the first year's projected sales, and then

13   the -- if you move that one down further, I'll be able to see.

14        Yes.  So the first four columns are showing the

15   first-year projections, and then lifetime would include

16   additional backlist sales.

17   Q.  Okay.  And, now, unit shipped is an odd number, and I'll

18   just for now focus on the hardcover column.  Okay?

19   A.  Okay.

20   Q.  Unit shipped is an odd number.  There's a return percentage

21   indicated.  And is the program then computing what the returns

22   would be -- the return units would be based on the return rate

23   that's embedded in the program?

24   A.  Exactly.  So the editor can't adjust the return percentage;

25   that is set by the -- by the finance director based on the

1   average returns for that format and that imprint.  And so the

2   editor in this case has put in the 150,000 as a net sales

3   number, and the program is calculating based on their average

4   return rate of 28 percent what that unit's shipped number would

5   be.

6   Q.  Now, that return rate that's embedded in the program is one

7   of a number of percentages or formulas embedded in the program

8   that the editor cannot alter; is that right?

9   A.  Correct.

10  Q.  How often -- well, how are those various percentages

11  derived, and how often are they updated?

12  A.  They're -- they're derived based on the imprint or the

13  division's overall actual spending over -- over time.  And so

14  the -- they are kind of a trailing indicator of -- of our --

15  our costs and -- and the finance director's -- I'd say they --

16  they maybe make adjustments to those costs on an annual basis.

17  Q.  You said finance director.  Each division has a finance

18  director?

19  A.  Yes.

20  Q.  Okay.  Now, the -- the next item here is gross sales.  And

21  to be clear, is that sales of dollars to Penguin Random House,

22  not -- not at the cash register; right?

23  A.  Correct.

24  Q.  And that's derived by multiplying the list price times the

25  unit shipped; right?

1    A.  And then take it less the -- the margin -- the discount to

2    retail, yes.

3    Q.  Okay.  And that's roughly 50 percent?

4    A.  Roughly, yes.

5    Q.  And then we have the same calculation for returns, and then

6    we get down to incentives, and that's another odd number.  Does

7    that mean that's a computer-derived number?

8    A.  That's a computer-derived number that is based on the --

9    the retail arrangements that we -- the terms of sale we agree

10   to with retailers sometimes include incentives, which are -- do

11   not vary by book, and they're baked in as a formula here.

12   Q.  Okay.  So incentives are what?  Sales discounts?

13   A.  It could be promotional discounts, merchandising.

14   They're -- different retailers have different -- different

15   kinds of incentives.

16   Q.  Okay.  Then we have net sales after the deduction of

17   incentives and returns.  And then we have a series of cost

18   items.  Plant.  What's plant?

19   A.  So plant -- I think of plant as being our cost for creating

20   the first book, the first copy of the book.  So it's all of

21   the -- for example, the art or the permission for the art on

22   the jacket.  It's -- it is the development costs for the

23   content itself.

24   Q.  Work for hire, doesn't apply here?

25   A.  In this case, it's -- it doesn't apply.

2248

1    Q.  And what's PPB?

2    A.  That's paper, printing, and binding.  So that is the

3    variable cost to make each incremental unit.

4    Q.  Are plant and PPB, again, based on the -- the data in the

5    program?

6    A.  It's based on the data in the program.  The only -- the

7    variation would be if -- for example, if this were a really

8    high-end illustrative book, then the plant and PPB would be set

9    to be a higher percentage.

10   Q.  Okay.  Now, we get to royalties earned and unearned

11   advances.  And to be clear about this, if -- no advance had --

12   had been put into the system at this point; right?  Is

13   royalties earned -- what is royalties earned?

14   A.  Royalties earned is just the -- the calculation of the --

15   based on the royalty rate per unit that's applicable in the

16   contract.  That is showing for this number of copies sold times

17   that royalty rate.  This is what the royalties earned would be.

18   Q.  So it would be -- if you go all the way over to the

19   lifetime total column, you see royalties earned of 1,348,339;

20   right?

21   A.  Yes.

22   Q.  And that would be -- as though there were no advance at

23   all, that would be the royalties earned on the estimated units

24   sold?

25   A.  Correct.

```
1    Q.  Okay.  Now, there is -- I'll come back to the unearned.  I
2    just want to go through the other cost items.  Now, we --
3              THE COURT:  I'm sorry.  Let me just make sure I
4    understand.  The royalty rate is times the net sales?
5              THE WITNESS:  Yes.
6              THE COURT:  Okay.  Thank you.
7    BY MR. PETROCELLI:
8    Q.  And royalty rates are different for each of these formats?
9    A.  Yes.
10   Q.  And the computer is aggregating them?
11   A.  Yes.
12   Q.  Okay.  And doing it by format; right?
13   A.  Correct.
14   Q.  Okay.  So gross profit then, if we -- if we work our way
15   down, is what?
16   A.  Gross profit is going to be the -- the -- the zoom box is
17   making it harder for me to see all the lines, but gross profit
18   is, essentially, going to be the revenue minus the -- the costs
19   of this --
20   Q.  Including the advances?
21   A.  Including the advances, yes.
22   Q.  Now, here the gross profit is negative, and that's because
23   not only do we have the royalties earned, but we have this
24   unearned advance; right?
25   A.  Yes.
```

1    Q.   Now --

2    A.   Well, I'm sorry.  The gross profit here is negative just

3    for the hardcover.  Over the lifetime, it's showing a positive

4    gross profit.

5    Q.   Thank you for that clarification.  I was just focusing on

6    the hardcover.

7    A.   Okay.

8    Q.   So maybe at this time what I'll do -- because it can get a

9    little confusing -- is at some point after completing this,

10   the -- the editor has chosen a royalty of what -- excuse me, an

11   advance of what?

12   A.   In this case, the editor has input an advance of 4 million.

13   Q.   Okay.  Now, if you go to the last column under lifetime

14   totals and you add up royalties earned in -- in the unearned

15   advance, they add up to 3 million.  Do you see that?

16   A.   Sorry.  The zoom here is making it harder for me to see.

17   Could you restate the question, please.

18   Q.   Yeah.  Lifetime totals, royalties earned, and unearned

19   advance come to 3 million -- approximately 3 million, not 4?

20   A.   That's correct, yes.

21   Q.   So why is there a $3 million advance embedded in this P&L

22   rather than the 4 million?

23   A.   In this case -- and this is what you could sort of see

24   going on at the top of the page there, what they are counting

25   on is being able to offset part of that advance to the -- to

1    the publishing -- rather, the audio publisher.  They're

2    assuming the audio publisher is going to take part of this

3    asset onto their own balance sheet.  And that because they're

4    buying world rights here, they're going to be able to

5    sublicense to other -- other publishers in other territories.

6    Q.  So just to -- just to be clear about that, the total

7    advance is 4, but it's for worldwide rights, not just

8    North America?

9    A.  Correct.

10   Q.  And so there's going to be income coming in from the

11   worldwide exploitation, and then audio is going to carry some

12   of the advance?

13   A.  Correct.

14   Q.  But for this P&L, a $3 million number was used; right?

15   A.  Correct.

16   Q.  And the unearned advance, is that the difference between

17   3 million and what the royalties would be on a straight

18   percentage basis?

19   A.  Right.  It's the -- the royalties earned plus the royalties

20   unearned equals the advance.

21   Q.  Okay.  And -- okay.  So then that's part of the subtraction

22   that goes into the total costs of goods sold; right?

23   A.  Correct.  Yes.

24   Q.  Now we can go back to gross profit.  And it's negative in

25   the hardcover format, but by the time we get all the way over

1    to the right, it's positive to the lifetime totals; right?

2    A.  Yes.

3    Q.  Okay.  And then we have outbound freight.  What that is?

4    A.  That's our cost to ship books to retailers.

5             THE COURT:  I'm sorry.  Can I just ask:  Shouldn't

6    royalties earned plus unearned advances equal 4 million?

7             THE WITNESS:  Well --

8             THE COURT:  -- or 3 million?  It equals neither.

9             THE WITNESS:  The royalties earned of the 1. -- if

10    you look at the right-hand side where it says 1.348 --

11             THE COURT:  Yeah.

12             THE WITNESS:  -- plus the -- doesn't 1.348 plus

13    1.651, do those two -- those two should total to 3.

14             THE COURT:  Okay.  So the royalties earned is a sum

15    of the royalties across all the different types of -- of

16    formats, including e-books, trade paperbacks, et cetera?

17             THE WITNESS:  Exactly.

18             THE COURT:  But the unearned is only across

19    hardcover?

20             THE WITNESS:  Well, yes, you're right.  It's -- I

21    think the -- my guess is that on this -- on the form, it's just

22    that -- it's just really using that as a -- the unearned is --

23    is not calculating by format.  It's just that is the unearned.

24    We usually try to -- if we have excess unearned advance, we

25    tend to take that onto our balance sheet in the first year

2253

1    after publication.  I think that's why they've done it this

2    way.

3            THE COURT:  Okay.  Thank you.

4    BY MR. PETROCELLI:

5    Q.  Outbound freight is the shipping of the books to the

6    stores; right?

7    A.  Yes.

8    Q.  And for e-books, you don't have that, obviously?

9    A.  Correct.

10   Q.  And then -- now, is that a computer-derived number, or is

11   that something the -- the editor inserts?

12   A.  The outbound freight is going to be set in the template.

13   The editor cannot adjust it.

14   Q.  Okay.  Now we have marketing, which is, in this case, under

15   the hardcover format, 150,000; and then there's some odd

16   numbers.  And in the lifetime totals, it's 308,916.  What's

17   going on there?

18   A.  This is a -- a placeholder number.  It's really generated,

19   again, by that -- the percentage you see on the right-hand

20   side, the 5.8 percent.  That is set at the -- at the publishing

21   division level across all of their -- their P&Ls.  They could

22   certainly adjust that over time, but it's -- it's just their

23   way of making sure that the editor is accounting for some

24   marketing cost in the -- in the P&L.

25   Q.  Okay.  What is the next item, contribution to total

1    overhead?

2    A.   That's showing just what is the variable impact of this --

3    what is the incremental impact of this publication on -- on

4    our -- our results.

5    Q.   Is a simple way of thinking about that, that's what your

6    variable costs are?

7    A.   That's the variable costs for this publication, yes.

8    Q.   Okay.  And then we're going to get down to some overhead

9    figures, and is a way to think about that, those are fixed

10   costs?

11   A.   Yes.  The -- the -- in the P&L, this direct overhead is

12   reflecting the cost of the imprint that's publishing the book,

13   and then the allocated overhead is reflecting what the rest of

14   the company costs.

15   Q.   And those -- those percentages are, again, computer derived

16   based on what the finance director has -- has inputted?

17   A.   Yes.  Those are -- those are hard -- hard coded in.

18   Q.   And on -- and then we have the -- the subtraction down to

19   net profit; right?

20   A.   Yes.

21   Q.   And this is showing with a $3 million advance a net profit

22   of 2.1 percent; is that right?

23   A.   Yes.

24   Q.   And now we have -- let me go over a box at the bottom

25   called Suggested Advance.  And I'm seeing three choices that

1    you're -- the editor is being given by this program:

2    10 percent, 12 and a half percent, and 15 percent.  And what is

3    that about?

4    A.  That's a -- just a calculation that runs automatically as

5    the editor is putting in price and units.  And so it's -- it is

6    basically doing the math for the editor to understand that if

7    she was hoping to achieve a 10 percent profit percentage, then

8    the advance would be the 2.5 million.

9    Q.  So if the -- if an editor had not put in any -- any advance

10   number yet in this program and wanted to see what the suggested

11   advance would be for 15 percent net profit, then it would give

12   you that number; right?

13   A.  Correct.

14   Q.  And it would also give you the number for 12 and a half

15   percent and 10 percent; right?

16   A.  Correct.

17   Q.  And at 10 percent, the suggested advance would be

18   2.575 million.  Do you see that?

19   A.  Yes.

20   Q.  Which, of course, is less than the $3 million advance that

21   was actually input; right?

22   A.  Yes.

23   Q.  And so that's why we have a lower profit margin, net profit

24   margin than the 10 percent?

25   A.  Correct.

1    Q.  Okay.

2              THE COURT:  Is this a good time for a break,

3    Mr. Petrocelli?

4              MR. PETROCELLI:  Yes.

5              THE COURT:  Okay.  Let's take a break at this time.

6    Let's take 15 minutes, and we'll resume at that time.

7         Please don't talk to anybody about your testimony during

8    the break.

9              THE WITNESS:  Okay.

10             THE COURT:  Thank you.

11             (Recess taken.)

12             THE COURT:  All right.  Good morning, again.

13        You may proceed, Mr. Petrocelli.

14             MR. PETROCELLI:  Thank you, Your Honor.

15   BY MR. PETROCELLI:

16   Q.  So just to recap on this P&L, Defendants' 414, the editor

17   is putting in the list price and the unit shipped, in this case

18   the net units; right?

19   A.  Yes.

20   Q.  And the computer is pretty much doing everything else; is

21   that right?

22   A.  Yes.

23   Q.  Are there some of these categories, like marketing, for

24   example, that the editor can override by putting in a different

25   number than the computer would generate by the percentage?

1    A.  I think they -- I think they could override marketing.  I

2    don't think it's something they do.

3    Q.  Okay.  Did -- did you approve this P&L?

4    A.  I did.

5    Q.  Well, so here we have a situation where a 10 percent net

6    profit margin would have yielded a suggested advance of

7    2.5 million, but you approved 4 million?

8    A.  Yes.

9    Q.  3 million embedded into this P&L, and then you have that

10   other million that's being allocated, I guess, in part to

11   audio; right?

12   A.  Yes.

13   Q.  So why would you approve a P&L where you're only making

14   2 -- 2 percent?

15   A.  I -- I recall in this case certainly discussing with the --

16   with the editor, would there be a way to -- to buy this for a

17   little bit less and have a little more cushion in the P&L.  But

18   the -- she was absolutely very convincing that this was a book

19   she absolutely wanted to publish and that -- and that the agent

20   was very firm on the price required.

21   Q.  Okay.  Who -- who was the agent?

22   A.  Andrew Wylie.

23   Q.  So the author got $4 million in this situation?

24   A.  Yes.

25   Q.  Okay.  And only counting the $3 million into the P&L,

1    you're at 2.1 percent?

2    A.  Yes.

3    Q.  Okay.  Now, if -- if, by the way, this merger were cleared

4    by the Court, and assume that, for example, overhead is lower,

5    what effect would that have?

6    A.  If overhead is lower, than the editor would feel more

7    confident at a higher advance.  The -- the formula would allow

8    a higher advance to be generated.

9    Q.  If overhead is lower post-merger, does the net profit go up

10   or down?

11   A.  If everything else stays the same, then net profit goes up.

12   Q.  And what does that do to the suggested advance?

13   A.  It allows a higher advance.

14   Q.  Okay.  We can -- we can put that away.

15        When you review an acquisition P&L, such as this one,

16   what are you looking for?

17   A.  I'm looking at the -- the contribution number and the

18   EBITDA number; those are two different -- are two different

19   financial thresholds.  And then I'm looking at the total

20   advance number and the sales expectations.

21   Q.  Does an author need to earn out her advance for the book to

22   be profitable to Penguin Random House?

23   A.  No.  We -- we can feel that we're in comfortable,

24   profitable territory at around 70 percent of earnout for most

25   books.

1    Q.  Here was a situation where if the author had earned out,

2    you would have only received 2.7 percent profit, and that's at

3    the $3-million-advance level?

4    A.  At the -- yes.

5    Q.  So what's -- what's the direction that you give your

6    editors about profit expectations and their impact on suggested

7    advances?

8    A.  I generally focus their attention on the contribution

9    number for -- particularly situations where we're really having

10   to consider, can we pay this -- this advance?  This is a -- is

11   it -- is it worthwhile to make this investment in this book?

12   Excuse me.

13        I often find myself directing their attention to the

14   contribution number because I want them to think about what is

15   the incremental impact of making this bet on our company.  So

16   we -- we are, obviously, going to have zero incremental benefit

17   if we don't publish it at all.  So the contribution lets you

18   look to see what is the incremental, and as long as that's in

19   solidly positive territory, then I would encourage them to feel

20   good about that path.

21   Q.  By contribution, you mean overhead?  I'm sorry.  You mean

22   variable costs --

23   A.  The variable costs of that publication.

24   Q.  And does that -- with that advice, are you -- or that

25   direction, are you intending to encourage them to -- to be more

1    liberal or more conservative in the advances that they pay?

2    A.  More -- more liberal.  More conservative approach would

3    have us always aiming to be in positive net profit or EBITDA on

4    every single book because we do need to cover our overhead

5    costs.  But particularly for the bigger bets, like the one that

6    we were -- we were just reviewing, I would be comfortable if we

7    were -- as long as we were in positive contribution territory.

8              MR. PETROCELLI:  Okay.  So, Pam, could you put up the

9    next demonstrative, which is Defendants' Demonstrative 11.

10   BY MR. PETROCELLI:

11   Q.  What does this demonstrative depict?

12   A.  This illustrates the various approval thresholds within the

13   company for acquisitions.

14   Q.  Do any of these approval thresholds have to do with a view

15   that an anticipated top seller is a book at a certain level of

16   advance?

17   A.  No, it does not.

18   Q.  Okay.  And that would be true if the advance -- suggested

19   advance level were 250,000 or any other number, for that

20   matter; is that right?

21   A.  Correct.  It's not reflecting that at all.

22   Q.  Okay.  So just making sure we understand the chart, under

23   Random House, what's the approval level there?

24   A.  All -- all acquisitions are approved by the division head.

25   Q.  The division head?

2261

1    A.   The division head.

2    Q.   And that person is whom?

3    A.   That's Gina Centrello.

4    Q.   Centrello?

5    A.   Centrello.

6    Q.   And Ms. Centrello reports to whom?

7    A.   To me.

8    Q.   And so there's no lower threshold there?

9    A.   No.

10   Q.   In her group?

11   A.   Not for her group, no.

12   Q.   And what about -- the next two look like they have the same

13   approval levels in the Penguin Publishing Group and The Knopf

14   Doubleday Publishing Group?

15   A.   Yes, the Penguin Publishing Group has -- has had this

16   approach for -- for a long time prior to the Penguin Random

17   House merger; that the imprint publisher has leeway up to

18   250,000, and then it goes up to the division head.  Knopf,

19   which is that next column, used to look like Random House, in

20   that the head of Knopf approved every acquisition, but when

21   Maya Mavjee took over the group a couple of years ago, she

22   decided to adopt the Penguin level.

23   Q.   An imprint publisher refers to whom?

24   A.   That's the publisher of a -- of a given imprint, like

25   the -- Brian Tart is the publisher of Viking.

1    Q.  And editors report to that publisher?

2    A.  Yes.

3    Q.  And so that level is -- the publisher imprint level for

4    Penguin and Knopf is what?

5    A.  That is 250,000.

6    Q.  And then above that, the next person is the head of that

7    division?

8    A.  Yes.

9    Q.  For those divisions.  And what -- and what number is that?

10   A.  They can approve up to $1 million.

11   Q.  And who are "they"?

12   A.  The -- who are the people who head those divisions?

13   Q.  Yes.

14   A.  So Allison Dobson heads the Penguin Publishing Group.

15   Maya Mavjee heads the Knopf Doubleday Publishing Group.

16   Q.  You want to spell Maya's last name, please.

17   A.  Yes.  M-a-v-j-e-e.

18   Q.  Thank you.

19       And what about the two children's groups, Random House

20   Children's Books and Penguin Young Readers Group?

21   A.  So Random House Children's, the imprint publisher, can make

22   a decision on a contract up to 150,000.  And above that level,

23   as you see, it says meeting.  That means that the whole

24   management team gets together, along with the division head, to

25   make the decision up to a million dollars.

2263

```
1    Q.   And who heads up the Random House Children's book division?

2    A.   That's Barbara Marcus.

3    Q.   Okay.  And the final one?

4    A.   Then Penguin Young Readers -- which is led by Jen Loja --

5    in her group, the imprint publishers decide up to a hundred

6    thousand dollars, and beyond that level it goes to her for

7    approval.

8    Q.  And you are -- you get it at a million, you indicated;

9    right?

10   A.  Correct.

11   Q.  And then if it's more than 2, who reviews it?

12   A.   Then Markus reviews it.

13   Q.   Up to 75 million?

14   A.   Yes.

15   Q.   Now, when it exceeds your level, like the example we

16   just saw, do you also review those P&Ls before it goes to

17   Mr. Dohle?

18   A.   Yes.

19   Q.   Okay.  So we can go back, then, to Defendants' 10.

20          MR. PETROCELLI:  Thank you, Pam.

21   BY MR. PETROCELLI:

22   Q.  And we talked about acquisition.  Let's talk a bit about

23   the editorial process.

24          MR. PETROCELLI:  And, Pam, could you go to the next

25   page of Defendants' 10.
```

1    BY MR. PETROCELLI:

2    Q.  Okay.  And -- well, the editorial process, just briefly,

3    how long does that take?

4    A.  That could take any amount of time, from after -- after

5    acquiring the rights, in some rare cases, we could publish the

6    book a couple months later, but in most cases it could take

7    years, maybe even a decade, to get to the final work.

8    Q.  When is the -- at least the initial date of publication of

9    the book first set?

10   A.  So that's set when the -- when the editor is able to

11   project with high degree of confidence that the book will be

12   available at a certain time.  And at that point, the imprint

13   publisher is going to assign a publication date to the book.

14   Q.  And is the publication date based solely on when the book

15   will be available, when it will be written?

16   A.  No.  That's one input, but they're also going to be looking

17   at a number of different factors.  If this is a book -- like

18   seasonality plays into it.  So if this is a book that we want

19   to sell at Mother's Day, then we need to have the book

20   available at retail before that.  We could also look to see

21   what -- what are the other books that are going on sale in a

22   given period.

23        So if -- if we feel that this book is -- has a very

24   similar readership to another book, then we would probably try

25   to avoid stacking them right next to each other.

1   Q.  Does the publication date have anything to do with the

2   advance?

3   A.  No.

4   Q.  Can the publication date change once it's set?

5   A.  Yes.

6   Q.  Why?

7   A.  It often does.  It could change either because it turns out

8   the book is not ready.  It could change because there's a

9   particular media endorsement or -- or event that we're trying

10  to tie into.  It could change because we have feedback from

11  retailers recommending a change.

12  Q.  Are any other decisions about the book made during the

13  editorial process?

14  A.  Related to the planning of the book?

15  Q.  Yes.

16  A.  They -- they're going to think about what the -- the jacket

17  looks like.  They're -- they're -- they're really focused just

18  on making the book, though.  So that's -- that's what I think

19  of as the editorial process.

20  Q.  Is there something called a publication goal or a pub goal?

21  A.  Yes, the pub goal is a number that is -- it depends a

22  little bit on different parts of the company, but generally

23  that is the -- the number that the sales director and the

24  publisher are agreeing is their -- what they're aspiring to in

25  terms of shipping to bookstores.

1    Q.  You mean number of prints?

2    A.  Number of copies, yeah.

3    Q.  So since we saw a number of copies on the P&L, is the pub

4    goal print number based on what's in the P&L?

5    A.  No.

6    Q.  Why not?

7    A.  There -- for one thing, the pub goal is established in a

8    completely different context.  It's -- as I said, it could be

9    years later, but also the -- the sales numbers that are used in

10    the P&L as we -- as we looked at it, those are really driving

11    to the whole life of the book; whereas, a pub goal is really

12    just talking about what is the number that we're going to ship

13    on day one of the publication.

14    Q.  Okay.  Going to the next phases here, what we're calling

15    the prepublication and publication phases, there are different

16    steps that are indicated on -- on the demonstrative.  What --

17    what's the launch meeting?

18    A.  So the launch meeting is the -- is the first time that the

19    editor is presenting the book to his or her colleagues.

20    Usually, that's the editor presenting to -- to publicity,

21    marketing, design, and often to salespeople.

22          And that's -- so that's the -- the organizing principle

23    for that launch is it's going to be all the books that fit into

24    a particular season.  So when you assign a pub goal -- a pub

25    date, rather, you're assigning the book to a season or span.

1    And all of those books are going to be presented together in a

2    series of these meetings that you see illustrated here.

3    Q.  You called it a season a span?

4    A.  A span.

5    Q.  S-p-a-n?

6    A.  S-p-a-n.

7    Q.  How many spans are there in a year?

8    A.  We have three.  We -- we pretend winter is not a season,

9    but we have fall, spring, and summer.

10    Q.  Are all the books scheduled to be published in the -- in

11    that particular span discussed with this -- in this launch

12    meeting?

13    A.  Yes, every book is launched.

14    Q.  What's the strategy meeting, and how does it differ from

15    the launch meeting?

16    A.  So the -- the -- from the launch meeting, then, through to

17    the sales conference meeting -- I'm skipping over one.  So

18    sales conference is going to, again, be where you present all

19    of the books to -- to all of the salespeople, but the strategy

20    meeting sits in between that.  And that's really -- I mean, I

21    think of that's the one where the sausage is made.  That's

22    the -- the meeting that is going to be a -- a discussion of --

23    of the titles for which the publisher has the -- has -- either

24    has the highest sales expectation or where there's -- we think

25    there's a particular opportunity to -- to achieve an

1    expectation if we -- if we -- if we play our cards right.

2         So there's going to be maximum feedback in that meeting.

3    That's where often you find out that there's a disconnect,

4    where actually the sales -- the sales channel heads do not see

5    the potential for the book that the publisher is describing or

6    often that's the book where you start to get a sense of very

7    positive developments, where more people have now read the

8    finished book and you start to see buzz happening.

9    Q.  At the strategy meeting, are only a select number of books

10   discussed?

11   A.  They tend to be the -- the books where there's something

12   that really has to be hashed out.  So, again, different imprint

13   publishers are going to play this in different ways in terms of

14   how they use that meeting, but it is a subset of the list in

15   the strategy meeting.

16   Q.  Do you call these books priority books?

17   A.  There are -- there are priority books.  There could be

18   opportunity books.  There -- again, it's a little bit that

19   different personalities of the -- of the different groups are

20   going to use their own judgment in deciding what to bring into

21   the strategy meeting.

22   Q.  What's the difference between a priority book and an

23   opportunity book?

24   A.  Well, there's no -- there's no set definition of these.  In

25   just a very general way, I think of -- of the priority book --

1    meaning that this is one where we have very aggressive sales

2    goals, and so we -- we really -- it is a priority for us to

3    meet those goals.

4         Whereas, an opportunity book would be one where at first

5    glance, it might not seem as -- as obvious as sales success,

6    but where the -- again, the people who've read it are starting

7    to develop some excitement for it, and we think if we rally

8    around it, we might be able to make something good happen.

9    Q.  Do advance levels play a role in selecting priority or

10   opportunity books?

11   A.  No.  The -- the -- really, the -- the most important number

12   that is being used in this whole series of meetings is the

13   sales goal number, the sales expectation.  So those sales

14   expectations, there -- there certainly could be consistency.

15   If the -- if there -- if we had a really high sales expectation

16   at time of acquisition and then by the time we're ready to

17   publish the book, we still have a sales -- a high sales

18   expectation, then it would seem logical to me that -- that

19   there could be a high advance attached to that.  But these --

20   these meetings never are referring to -- to the advance.

21   They're referring to what is our sales goal.

22   Q.  Do the -- do salespeople know the advance levels as a

23   general rule?

24   A.  No.  It's considered confidential information.

25   Q.  What then goes on at these next couple of meetings:  sales

1    conference, rep account, publicists?  What -- what --

2    A.  So what are these?

3    Q.  Yeah.  What are these?

4    A.  So sales conference, this is the -- -- by the time you get

5    to sales conference, hopefully you have -- you have more than

6    just your -- your -- you have a pretty robust first draft of

7    how you're going to go to market with these books.  You have

8    jacket designs.  You have fairly firm pub dates.  And so in the

9    sales conference, this is where you are -- are formally

10   presenting to the sales reps across all channels all the

11   information they need to then go to market.

12        So that next step is where you have sales reps who are

13   going out into -- into their different channels to present the

14   list, the individual titles, the whole span, to their accounts;

15   at the same time as publicists are going to be playing that

16   same role but with the media, trying to secure positive review

17   attention or future attention for the authors.

18   Q.  What are advance copies, and to whom do they get sent?

19   A.  Advance copies are a -- an important tool that we use to

20   generate interest in the book.  They're absolutely not relevant

21   for -- for all books, but they're relevant for -- for most

22   narrative books.  So we -- sometimes they're digital copies.

23   Sometimes they're -- they're early print copies.  We regularly

24   send these to -- not just to reviewers, but also to

25   booksellers, as a way to generate positive buzz.

2271

1    Q.  And then it takes us to printing and shipping.

2    A.  Yes.  So by the time we -- we get to the -- the print

3    meeting, hopefully we have a pretty accurate sense of what the

4    feedback is from booksellers and what the media plan is for the

5    author.  So at that point, we're either reviewing the sales

6    estimates or the actual orders from -- on an account-by-account

7    basis and using that number to send an order to the printer.

8    Q.  Now, as of this point in time when you're printing and

9    taking orders and starting to ship out to -- to booksellers, is

10   the marketing plan or the publicity plan or both put in place?

11   A.  I'd say that the -- the -- the first -- it's very much an

12   iterative process.  So certainly in the earlier meetings that

13   you see on the left-hand part of the slide -- the strategy

14   meeting, for example, that's really where, kind of, the first

15   draft of those plans is being hashed out.

16         But -- but, again, depending on whether we have

17   increased excitement for a book, whether booksellers are

18   demonstrating their willingness to support the book in store,

19   ideas that come from -- from the market into us, those are used

20   to shape the plans.  And that that shaping and iteration goes

21   on, really, all the way up until -- until the pub date.  And,

22   actually, I should say, it really goes beyond that, but

23   certainly we have plans by the time we publish the book.

24   Q.  And what role does the advance play in the development of

25   the marketing plan as of the time the books are being shipped?

1   A.  It does not play a role.  It's really -- the -- the entire

2   conversation and all of the planning is around the number of

3   books we want to sell.

4   Q.  I'll come back to that in a moment.

5       After the book is put on sale, is there any further

6   iteration of the marketing plan based on results?

7   A.  Yes.  We, particularly over time, have really evolved to be

8   in much more of a -- an agile mindset.  So we measure the

9   performance of the activities that we're conducting.  And if --

10  say we've done an online ad campaign and it's successfully

11  translating to sales, then we're going to expand that campaign.

12  If we're doing something and it is seemingly having no results,

13  then we're going to stop throwing good money after bad.  So

14  it's -- it's -- we're adapting in real time based on the

15  results.

16  Q.  Why -- why isn't the marketing plan as it evolves tied to

17  the advance?

18  A.  Well, as I -- as I described, the marketing plan is very

19  much tied to the sales goal; the sales, the number that we want

20  to sell.  And if -- if -- if everything is very consistent in

21  the world, then -- then it would make sense that a book with

22  very high sales goals may very well have had a large advance.

23  But it's also true that different kinds of books require

24  different kinds of support.

25      So we could have two books that have -- have very

1    similar advance levels across different categories.  And one,

2    if it's a debut novel that we -- that we really want to believe

3    in the book and, again, we're starting to receive that positive

4    buzz, then we would invest quite a lot in launching that book

5    versus a book that -- that is by an author with an established

6    platform.  We don't have to spend as much money to achieve

7    those sales.

8    Q.  And you've actually seen that occur in your work?

9    A.  All the time.

10   Q.  When given, especially, very high advances, where the

11   company is making a big investment, taking a bet, as you put

12   it, isn't the company going to want to do more, work harder, do

13   everything in its power to make sure that that higher-advance

14   book sells so the company doesn't lose money?

15   A.  The way I think about it is that -- again, hopefully, we're

16   making good decisions at the time of acquisition, and that if

17   we're investing a lot in an advance, that's just not a

18   momentary thought.  That that's a conviction that we have that

19   is going to remain true.

20        However, a lot of times things do change, and even if we

21   have committed to a high advance, the reason that that

22   shouldn't drive the marketing spend is that that is essentially

23   a sunk cost at that point.  I've already committed that I've --

24   I'm paying that $4 million, for example.  That -- that money is

25   already gone.  I can't do anything about that money.  What I

1    can do something about going forward is -- is the number of

2    copies that I'm going to aim to sell, and I am going to think

3    about the marketing spend related to that number.

4    Q.  And what do you find in your experience to be the most

5    effective lever at marketing and enhancing the sale of a book?

6    A.  We -- we organize ourselves around -- I think of them as

7    three legs of the stool, of how we -- how we support books, how

8    we launch books.

9         There's paid marketing.  Excuse me.  Paid marketing,

10   which the easiest way to think of that is advertising.

11        There's publicity, which is -- we call earned media.  So

12   that is -- is stuff we can't pay for.  We have to earn the --

13   the book has to earn it.

14        And then the third is bookseller support.

15        So across all three of those -- those departments --

16   marketing, publicity, and sales -- I believe all three of them

17   are going to very strongly agree that the most important is

18   publicity and that the second most important is bookseller

19   support.  And that the -- the problem with marketing is that we

20   cannot spend money in a way that is going to translate to -- to

21   sales.  We -- we would if we -- if we could, but paid marketing

22   is the least effective way to generate sales.

23   Q.  I'd like to show you a government exhibit.  It is

24   Government Exhibit 986.

25             MR. PETROCELLI:  Is this confidential?

```
1              THE WITNESS:  Is that -- I'm sorry.  Is that in my
2       binder?
3              MR. PETROCELLI:  Yeah, this -- yes.  This should not
4       be public facing.
5           What is -- oh, by the way, Your Honor, I neglected to
6       move into evidence the -- the P&L, which is Exhibit 414, and I
7       would ask that it be received into evidence.
8              THE COURT:  All right.  Any objection to that?
9              MS. CROSS:  No, Your Honor.
10             THE COURT:  That will be admitted under seal.
11             MR. PETROCELLI:  Thank you.
12             (PX Exhibit 414 admitted into evidence.)
13             MR. PETROCELLI:  This is not confidential,
14      Your Honor.  This is Exhibit 986.  Do you have it?
15             THE COURT:  I do have it.
16             MR. PETROCELLI:  Yeah, and I think it's going to be
17      on the screen.
18      BY MR. PETROCELLI:
19      Q.  It starts out with an email from Maya Mavjee to you in
20      April of 2020 about an attachment back in April of 2012.  Do
21      you see that?
22      A.  I do see that.
23      Q.  And what is this email and its attachment?
24      A.  This email is -- she's sharing with me, in 2020, a document
25      that -- that had been created in 2012 -- so about eight years
```

1    before that -- when she was then head of the Crown Publishing

2    Group.

3    Q.  Okay.  And can you turn to the -- okay.  Now, just briefly

4    through this document, what I'm seeing here are different

5    categories.  Category 1 is lead titles with sales goals of

6    75,000 units or higher and there are advances over half a

7    million.  Do you see that?

8    A.  I do see that.

9    Q.  And then you have another, Category 2.  If you could --

10   with lower numbers than three, four, and all the way down to

11   five.

12       What do you understand this to be, and why was it being

13   sent to you?

14   A.  My understanding of what this was was a -- that in 2012,

15   Crown was trying to better -- better organize their --

16   themselves around -- around marketing.

17   Q.  And why are you mentioning Crown?

18   A.  Because it's -- it's -- it was created in the Crown

19   Publishing Group, which doesn't exist anymore.

20   Q.  It was created in the Crown Publishing Group --

21   A.  Yes.

22   Q.  -- before the merger with Random House?

23   A.  No.  It was part of the Crown Publishing Group in 2012,

24   was -- was before the merger of Penguin.

25   Q.  When you say it doesn't exist anymore -- we'll get to that

1    later on -- but --

2    A.  Yes.

3    Q.  -- why doesn't Crown exist anymore as a separate division?

4    A.  Because it -- I combined it in 2018 with the Random House

5    Publishing Group.

6    Q.  So what used to be the Crown publishing division is now in

7    the --

8    A.  Part of the Random House publishing division.

9    Q.  Okay.  So I want to get back to this document, then.

10   A.  Yes.  So my understanding is that as part of the Crown

11   team's attempts to better organize their marketing efforts,

12   they -- they had kind of used this as a -- a brainstorming

13   document, I guess is the -- is the best way to describe it.

14   But it's -- I think it's something that they created, and it

15   was never really used.

16   Q.  To your knowledge, was it -- was it used when you took over

17   Penguin, for example?

18   A.  I never saw anything like this at Penguin.

19   Q.  Or when you were COO?

20   A.  I never saw anything like this until this document.

21   Q.  And has this been used at all, to your knowledge, in the

22   last ten years?

23   A.  No.  I believe that -- I don't even think it was really

24   much used at Crown.  I don't know that, but -- but, certainly,

25   when they were combined with Random House, Random House doesn't

1    use anything like this.

2    Q.  Do you know why whoever created this document had different

3    marketing categories tied to sales goals or advance levels?

4    A.  I can understand having -- having the activities attached

5    to sales goals, but the -- I don't understand why they would

6    have put the advance in here.

7    Q.  So is there any kind of system in place now or that has

8    been in place in the last ten years or so where marketing is

9    directly tied to advance levels?

10   A.  No.

11   Q.  By the way, do you know what percentage of -- of spend was

12   marketing in the past year?

13   A.  I believe it was 2 percent for Penguin Random House as a

14   whole in the U.S. last year, as a percentage of our sales.

15   Q.  Across all formats?

16   A.  Across the whole company, I believe it was 2 percent.

17   Q.  So to be clear, actual marketing spent --

18   A.  Actual was 2 percent of sales.

19   Q.  Was 2 percent.

20          MR. PETROCELLI:  Okay.  Thank you.  You can take that

21   document down.

22   BY MR. PETROCELLI:

23   Q.  And -- and just to be clear, do you have any -- any kind of

24   separate marketing, publicity, or sales teams associated for

25   books that were acquired for more than $250,000?

1    A.  No, I do not.

2    Q.  And you understand that in this trial there's been a lot of

3    talk about anticipated top selling books?

4    A.  In this -- yes, I've heard that.

5    Q.  Right.  And what's your understanding of -- of that term as

6    used either in your company or industry-wide?

7    A.  It has not been -- it's not a term that I was familiar

8    with.

9    Q.  Okay.  I'm going to follow up on that.  What -- you

10   understand that the position that the government takes in this

11   is that it can be defined to mean books acquired for advances

12   of $250,000 or greater?

13   A.  I understand that's their definition.

14   Q.  So putting aside the words anticipated top sellers, is

15   there any part of your -- of the company's business that's tied

16   to certain levels of advance?

17   A.  No.

18   Q.  Like editorial?  Sales?  Distribution?  Marketing?

19   Anything?

20   A.  No.

21   Q.  Now, without -- and by the way, is there any special

22   documentation that's required for advances above $250,000?

23   A.  No.

24   Q.  Or, frankly, any other level besides the P&L?

25   A.  We do the P&L for every acquisition.

1    Q.  At any level?

2    A.  At any level.

3    Q.  Now, without getting tied to the words anticipated top

4    selling books, which you've said it's not something that you've

5    heard of before this case, are there books that just in the

6    ordinary course of your work and the company's business, that

7    when you are negotiating and acquiring those books you expect

8    to be top selling books, you have a very high degree of

9    confidence that those books will sell lots and lots of copies?

10   A.  Yes.  I would say, you know, books by -- by, you know, big

11   best selling names that are on the best seller list every year.

12   Big franchise author names.  Those who -- you know, the ones

13   who sell millions of copies, I would expect them to continue to

14   sell millions of copies.

15   Q.  Besides best -- besides top franchise-type authors, are

16   there any other circumstances when at the acquisition stage you

17   have a very high degree of confidence that that book is going

18   to sell lots and lots of copies, going to be one of your top

19   sellers?

20   A.  Well, it's -- the connections start to get a little bit

21   more tenuous, but certainly celebrity books or books that are

22   by people who are already famous, whether that's for

23   entertainment or politics or what have you.  So people who are

24   genuine celebrities, we would expect that their -- that the

25   number of people who know who they are and are interested in

1    them will then be reflected in selling a lot of copies.

2    Q.  So looking past the acquisition stage to what actually

3    happens in -- with the sale of the books, as it turns out, you

4    know, are there categories of -- of books that you have seen

5    that consistently are the top sellers, and are there categories

6    that are consistently not the top sellers?

7    A.  No.

8    Q.  What about these franchise authors and celebrities, for

9    example?

10   A.  Well, so, if we're calling those a category of books,

11   franchise authors are -- they are top sellers.  Celebrities --

12   we certainly have made many very painfully expensive bets on

13   celebrities who turned out not to be able to sell the books.

14   But I -- I understood your question to mean are there

15   categories of books, like, subject categories of books that are

16   going to translate to top sellers or not, and I would say

17   there's not.

18   Q.  What advance levels are typically associated with -- with

19   the franchise author books and the celebrity books that you

20   indicated you do expect to sell, you know, at very high

21   volumes?

22   A.  I mean, millions -- millions of dollars of advance.  If

23   we're talking about -- if you're talking about, I think -- I

24   think a way to look at it is for our books, for Penguin Random

25   House books last year, the -- I think the -- the -- if I look

1   at the top 10 percent of the books, I think -- if I get down to

2   that 10 percent level of our top -- of going from most

3   successful to least successful for sales, that 10 percent level

4   gets you to about 300,000 copies sold in that year.  And I --

5   if you told me I have -- I'm definitely going to sell

6   300,000 copies in a year, I would spend many millions of

7   dollars to get that book.

8   Q.  So you're saying when you see a P&L that's at the

9   300,000-unit level, you -- you think that -- you have a pretty

10  good handle on that?

11  A.  Yeah.  If it's -- if it's -- if we have a fair degree of

12  confidence in that -- in that 300,000-unit copy level, then,

13  sure, I would spend -- I would feel confident in a

14  multimillion-dollar advance.

15  Q.  So 300,000 units, if you get a P&L -- and I'm just

16  generalizing here, of course; right?

17  A.  Yeah.

18  Q.  But if you get a P&L at 300,000 units, what is the advance

19  level that you would typically expect to see associated with

20  that volume?

21  A.  So in -- in the example I was just citing, it was 300,000

22  in just a given year.  So I would actually expect a book that

23  is selling 300,000 units in a year is probably going to sell at

24  least 400 or 500 thousand over its life, once you backlist in

25  there too.  So -- I don't know -- 4 million, 5 million dollars

1  advance.

2  Q.  And you -- you review sales data, both company-wide and

3  industry-wide, as part of your job?

4  A.  Yes, I do.

5  Q.  And by the way, do you track acquisition market shares at

6  all as part of your business?

7  A.  I don't think there's a way for me to track that.

8  Q.  Okay.  But you track downstream?

9  A.  Yes.

10  Q.  And what are some of -- the work that you do with that?

11  A.  The most granular way we can look at industry data is using

12  BookScan data.  And so I get a lot of reports of BookScan data.

13  And one of the reports I've looked at is -- is on the industry

14  basis; the top thousand books that performed in the market over

15  the course of -- of the year.  And I would look to see which of

16  our books hit that -- that top thousand.

17  Q.  And what do you typically see with respect to how Penguin

18  Random House's books do with respect to thousand titles

19  industry-wide or the top -- I understand you said the top

20  thousand.

21  A.  Right.  So for the top thousand, if -- if we're talking in

22  terms of the connection between those top thousand and -- and

23  advance levels, I think it's -- I think it's interesting that

24  the -- that advance levels are all over the map in terms of --

25  of our books that are on that -- that top thousand list.  There

1    are some that we've paid many millions of dollars for, but

2    there are plenty of books that we spend a million dollars on

3    the advance and published them last year and they did not even

4    make the top thousand on BookScan.

5    Q.  But do you have a -- an estimate of -- let's say the

6    advances that you pay in excess of a million dollars, what --

7    what percentage of those books make the top 1,000?

8    A.  The books that we -- that we spent a million dollars on?

9    Q.  Or higher.

10   A.  Or higher.  I think it's -- I think it's less than

11   45 percent of those books end up on that thousand copy -- that

12   thousand best seller list.

13   Q.  And what about under a million, what percentage --

14   A.  The percentage goes down.

15   Q.  What percentage -- let me just finish my question.

16       What percentage of your books with advances under a

17   million dollars make that top 1,000 list?

18   A.  I believe it's -- it's 10 percent or below.

19   Q.  Under a million?

20   A.  Under a million, yeah.

21   Q.  Okay.

22            THE COURT:  I'm sorry.  Can you give me a sense of

23   how many books you're talking about?  Like, what's the

24   denominator?  How many books are you publishing?

25            THE WITNESS:  I'm sorry.  I don't actually

1    have that -- that number offhand.

2              THE COURT:  Okay.

3              MR. PETROCELLI:  Your Honor, was your question how

4    many books above or below a million?

5              THE COURT:  For either.  Because she's saying

6    45 percent of her books of a million or more are on the list

7    and 10 percent of her books below a million, but I don't know

8    how many that is.

9    BY MR. PETROCELLI:

10   Q.  Do you have any estimate of that?

11   A.  I'm trying to understand what the -- the -- the -- I was

12   talking about the thousand titles in the industry.  And of the

13   books that we published that had advances of a million and

14   above, they were -- I think -- I would really want to verify my

15   numbers.  I'm sorry.  But the -- the higher percentage of books

16   was for the million and above, and the lower percentage was for

17   lower-level advances.

18   Q.  And you don't know how many of the books are a million and

19   above?  Is it a hundred?  Is it 200?

20   A.  I don't know the number offhand, so I don't want to

21   misstate it.

22   Q.  Okay.  Fair enough.

23         Is there any particular type of book that receives a

24   very high advance but doesn't earn out?

25   A.  Is there any type of book that receives a very high advance

1    and doesn't earn out?

2    Q.  Yes.

3    A.  Yes.  Yes, certainly.

4    Q.  What are they?

5    A.  Certainly the books by -- I've referred now to the

6    franchise authors.  So authors who absolutely can deliver

7    hundreds of thousands of readers over -- over one book after

8    another after another.  Those -- their agents, understandably,

9    are going to -- to use that track record to ensure that we are

10   paying a -- a high advance.  And I've certainly heard -- heard

11   agents say to me that they -- they hope in those cases that

12   there -- those agents, that those authors don't earn out

13   because they will know that they've done the right job in terms

14   of negotiating the advance.

15   Q.  I want to ask you a couple questions about profitability of

16   books as opposed to units sold.  Okay?

17   A.  Uh-huh.

18   Q.  In your experience, are Penguin Random House's profit

19   margins higher or lower for books sold with larger advances?

20   A.  The margins are -- profit margins are lower at the higher

21   advance levels.

22   Q.  Consistent with what we saw in that P&L?

23   A.  Yes.

24   Q.  I'd like to show you a document that's already in evidence

25   as Exhibit 151.  It was a Penguin Random House deck for a very

1    well-known political figure, and we don't want to mention any

2    names.  And if you could turn to Slide 9 -- and this would not

3    be public facing.  Slide 9, Bates number ending in 8286.  Do

4    you have that in front of you?

5    A.  I do.

6    Q.  Okay.  And this -- you see the -- the example given, that

7    out of every hundred books published, a certain number are

8    profitable; right?

9    A.  Yes.

10   Q.  And then you see in the second box there, it says, you

11   know, a certain percentage of those profitable books -- not of

12   the total books, but of the profitable books -- drive a fairly

13   high percentage of profitability.  Do you see that?

14   A.  I do.

15   Q.  Okay.  And why is that?

16   A.  Well, in terms of the -- the -- the way I think of it is

17   that in terms of our -- the books that sell the most -- there

18   are the ones where we have predicted those high sales at

19   times -- time of acquisition, and so that number has been baked

20   into probably a high advance.  And those are less profitable

21   for us.

22        Then there's the other basket of titles that sell a

23   lot, which are the books that we did not anticipate.  So

24   they're the unanticipated best sellers, and those account for

25   the lion's share of our profit because they had advances that

1    were relatively low compared to the very high sales

2    achievement.

3    Q.  You're saying the unanticipated top selling books account

4    for the lion's share of the profit?

5    A.  That's correct.

6    Q.  And is that consistent with what you see in that third box

7    there?

8    A.  Yes.  These are unpredictable breakout books with

9    significant overperformance to expectations and investment.

10    Q.  Okay.

11            THE COURT:  I'm sorry.  So what percentage of your

12    books are the unpredictable breakouts, and what percentage are

13    the ones that you, kind of, knew?

14            THE WITNESS:  Well, in this -- this -- this

15    illustration is showing 35 percent are profitable, and of that,

16    4 percent are these -- the ones driving the -- the breakout

17    profit.  So it would be -- it would be just a couple of books

18    in every hundred are driving that degree of -- of profit.

19    Because it's --

20            THE COURT:  I'm sorry.  A couple of books are the

21    breakout books?

22            THE WITNESS:  A couple of books are the breakout

23    books, yes.

24            THE COURT:  The unexpected breakout books?

25            THE WITNESS:  Yes.

1    BY MR. PETROCELLI:

2    Q.  Can you give some examples, by the way?

3    A.  Crawdads is a great -- *Where the Crawdads Sing* is a great

4    current example.  *Fifty Shades of Grey*, *Gone Girl*, *Girl on the*

5    *Train.*  These are -- you know, *Midnight Library* is another

6    current one.  *Atomic Habits.*  Even if we had high hopes for

7    them at the time of acquisition, we may even have made a

8    significant investment on them at time of acquisition, but

9    still the sales performance so outstrips our expectation, that

10   they deliver most of the profit to the company.

11          THE COURT:  I'm sorry.  So you're saying if there's,

12   like, one or two that are breakout, that means there are 33

13   that were the ones that you sort of expected.

14          THE WITNESS:  The -- so I don't want to get lost on

15   the slide too much, but the -- the 4 percent here is showing

16   4 percent of the 35.  So 35 are profitable.  Period.  And of

17   those, just 4 percent of that 35 -- so I think it's, like,

18   twoish books -- are -- account for the lion's share of

19   profitability, and all the rest -- so 45 percent of the

20   profitability would be accounted for by the -- the 33 or so

21   books in that hundred.

22          THE COURT:  So you're saying the 4 percent that

23   drives 60 percent are all breakout books?

24          THE WITNESS:  Yes, that's what I'm saying.

25          THE COURT:  Okay.

2290

```
1              MR. PETROCELLI:  Should I continue, Your Honor?

2              THE COURT:  Yes.

3              MR. PETROCELLI:  I was going to change subjects,

4     unless you had any further questions.

5              THE COURT:  I'm sorry.  Let me ask one more question

6     because that surprises me.  So you're saying the 4 percent that

7     drive 60 percent of profitability are all breakout books,

8     meaning you didn't expect them to do as well as they did, and

9     they are all the ones -- some of them are not anticipated top

10    sellers that did even better than you expected.  All of them

11    are complete surprises, is that what you're saying?

12             THE WITNESS:  No.  They're -- I'm saying that it's

13    the -- whatever the degree of advance was, whatever the level

14    of advance was, that the performance so outstrips the

15    expectations of it that are reflected in that advance that they

16    are driving outside profits.

17             THE COURT:  Correct.  So it's not that those

18    4 percent are all the complete shocks.  Some of them are ones

19    that you thought would do well, but some of them did even

20    better than you expected?

21             THE WITNESS:  I think that's fair to say.

22             THE COURT:  Okay.  That makes a lot more sense to me.

23    Thank you.

24         Go ahead.

25             MR. PETROCELLI:  Okay.  I'm glad we clarified that,
```

1    Your Honor.

2            THE COURT:  Okay.

3    BY MR. PETROCELLI:

4    Q.  So I'm going to turn to the subject of direct negotiations

5    and auctions for a bit.  Now, there's been a lot of testimony

6    already about how books are acquired through auctions,

7    round-robin, best bid, direct negotiations, you know, with

8    respect to option negotiations or exclusive submissions or

9    preempts.  So we don't need to go over that.  You're well

10   familiar with all of that; right?

11   A.  Yes.

12   Q.  In your experience, are auctions more common for debut

13   authors or established authors?

14   A.  They're more common for debut authors.

15   Q.  In your experience, do you believe auctions result in

16   publishers paying more than in other formats?

17   A.  In this case -- I'm sorry.  Do you mean round-robin

18   auctions?

19   Q.  Round-robin.

20   A.  Do round-robin auctions?  No, I would say that round-robin

21   auctions are actually preferred by editors because it -- it

22   lets them make a -- feel a little bit more confidence in -- in

23   the advances that they're paying.

24   Q.  Why is that?

25   A.  Because they can -- they can validate what they're bidding

2292

1    relative to what the other -- the other market players are

2    bidding.

3         Whereas, in a best-bid auction, you have to figure out

4    not only what is your top number that you're willing to pay,

5    you also have to guess what is the top number that any other

6    individual player out there is willing to bet.  And you have to

7    put all of your -- your bets out there right away.

8         Whereas, in a round-robin auction, you can start low and

9    feel your way up.

10   Q.  In your experience, do agents have a preference for

11   round-robin auctions?

12   A.  I know that round-robin auctions have been declining in --

13   in popularity, and that's driven by the agents.

14   Q.  Do you believe that if -- that in round-robin auctions that

15   go the distance on a round-robin basis, that your editors will

16   end up paying less than in another type of transaction?

17   A.  I don't know for sure.  I think that -- that -- I know that

18   I think that in best-bid situations, those are the situations

19   where we often end up overpaying, but -- so round-robin

20   auctions seem more -- seem like safer bets to me, but I

21   couldn't tell you the percentage outcome that way.

22   Q.  And in direct negotiations, how do your editors and you,

23   approving what they do, assess whether that's a reasonable

24   offer to make given that there's no direct competition?

25   A.  So in a -- do you mean in a -- if we're renewing with an

1    existing author, for example?

2           Well, there's going to be the author's track record,

3    either -- either established through -- through our last books

4    with them or maybe they're -- they're coming to us from another

5    house.  So there's established track record that -- that,

6    certainly, the agent is going to use, either in their argument

7    that -- why this next book is going to sell better than that

8    last one did.  Even if the last one is a disappointment, they

9    will come up with reasons why the next book is going to defy

10   gravity, so to speak.

11   Q.  Besides the estimated number of copies that you expect to

12   sell, in -- in having a negotiation for a book, is there any

13   other factors that enter into the -- the thinking of an editor

14   and you, in your supervisory role, besides the estimated

15   copies?

16   A.  When we're deciding to -- to buy any book or --

17   Q.  Let's say a repeat author first.

18   A.  Well, we -- once we've already invested in -- in an

19   author's career, we definitely have a preference to keep the

20   author.  And that's -- you know, we -- we pride ourselves in

21   working over -- over long careers.  So part of it is about the

22   personal connection.  It's a very -- it's a very close working

23   relationship between an author or -- publisher and the editor.

24   So there's a personal connection but even more than that, there

25   is a desire to continue to work and reap the benefits of the

1    investments we've already made in that career.

2    Q.  Given how some authors and editors have very close

3    relationships, isn't that something that the editor can

4    actually take advantage of, knowing the author doesn't really

5    want to depart from the editor and thereby allow you to offer a

6    lower advance?

7    A.  I don't think the -- the agents really let that happen.

8    The -- you know, we want to be in a -- in an arrangement that

9    is fair.  So where -- if we lowball the author -- if we lowball

10   our offer to the author, the -- the agent is -- is going to

11   threaten to take their client elsewhere.

12   Q.  What about from the perspective of the editor, however?

13   How does -- how do you understand the editor's view about

14   lowballing an author -- an existing author?

15   A.  I -- I -- they -- authors don't -- editors -- sorry -- do

16   not like to lowball the authors.  It just feels like --

17   Q.  Why not?

18   A.  Again, it's a very close relationship.  They -- they

19   develop a lot of trust in each other.  The editor's investing a

20   lot of -- of her work in the book, and the -- the author is

21   instilling a lot of -- investing a lot of trust in us.  And the

22   editor would be embarrassed to make a lowball offer.

23   Q.  Is there any reputational impact if the editor or the

24   company loses an author -- an existing author?

25   A.  Yes.  It can be embarrassing if we lose an author,

1    particularly if that author then goes on to achieve great sales

2    for our competitor.  So it's both an emotional one and a

3    business one, since we're trying to maximize our sales.  We're

4    trying to maximize our market share.  Working to establish an

5    author and then having them go and have another competitor reap

6    those benefits, that's bad.

7    Q.  Has PRH ever lost editors to other publishers -- excuse me.

8         THE REPORTER:  Say that again.  Has --

9    BY MR. PETROCELLI:

10   Q.  That was a bad question.

11        Has PRH ever lost authors to other publishers?

12   A.  Unfortunately, yes.

13   Q.  Can you give some examples?

14   A.  Nora Roberts, Harlan Coben.

15   Q.  Where did they go?

16   A.  Harlan Coben went to -- went to Hachette.  His editor had

17   left us to go there.

18        Nora Roberts, the editor also went to Macmillan in that

19   case, and we lost her to Macmillan.

20   Q.  Were those significant authors?

21   A.  Yes.

22   Q.  And are they still with those publishers?

23   A.  Yes.

24   Q.  Have you ever lost any authors to non-Big 5 publishers?

25   A.  We've lost authors to Amazon.

1    Q.  Who?

2    A.  Who are the authors?  Dean Koontz, Mindy Kaling.  Those are

3    the two prom- -- really prominent ones.  We recently lost an

4    armada-sales author named Rhys Bowen, I believe has gone to

5    Amazon.

6    Q.  Where did he go?

7    A.  She --

8    Q.  She.

9    A.  -- went to Amazon.

10   Q.  All three?

11   A.  Yes.

12   Q.  When did that happen?

13   A.  Dean Koontz and Mindy Kaling were a number of years ago.

14   Rhys Bowen was recently.

15   Q.  And who do you consider Penguin Random House's competitors?

16   A.  Who do I consider our competitors to be?

17   Q.  Yeah.

18   A.  Big 5 and non-Big 5 publishers.

19   Q.  And why non-Big 5?

20   A.  Because the -- while I would -- I would say that -- that

21   in most competitive situations where we're bidding on books,

22   that we do encounter all the other Big 5 in those -- in

23   those situations, we also come across non-Big 5 publishers,

24   whether that is Norton or Disney or Scholastic.  There are

25   start-up publishers that also have been spending big to acquire

1    books.

2    Q.  Have you lost any books to any start-up publishers in

3    recent years?

4    A.  We -- there are books that we were planning to -- to try to

5    acquire, and as we were working to -- the editor was working on

6    their P&L, the -- you know, Riverhead recently was planning to

7    bid on one and Zando preempted the book for, according to the

8    agent, a million dollars.

9    Q.  Okay.  Let's -- let's talk about children's books.  You

10   indicated there were two children's divisions; right?

11   A.  There are, yes.

12   Q.  And about what percentage of Penguin Random House's trade

13   books is represented by children's books?

14   A.  It's about -- I know in 2021 it was 27 percent.

15   Twenty-seven percent.

16   Q.  And do you ever acquire children's books for, you know,

17   advances in excess of $250,000?

18   A.  Yes.

19   Q.  And in excess of a million dollars?

20   A.  Yes.

21   Q.  And who do you compete with on the children's book side?

22   A.  In addition to the Big 5, as I -- as I said, there's

23   certainly Scholastic, Disney, Abrams, Candlewick.  There are a

24   number of -- of pure-play children's publishers.

25   Q.  And did you say Scholastic and Disney?

2298

```
 1    A.  I did.

 2    Q.  Okay.  And then you said a number of others?

 3    A.  Yes.

 4    Q.  Are Scholastic and Disney, you know, quantitatively --

 5    A.  I would say -- yeah, I would say they're -- they -- in the

 6    children's space, it's really -- people refer to the Big 7

 7    because it's the, quote, unquote, Big 5 publishers plus Disney

 8    and Scholastic.

 9    Q.  And do you compete against Simon & Schuster in the

10    children's space?  By that I mean, are they a close competitor?

11    A.  My understanding from the children's colleagues is that

12    the -- the two that they see more often in competition are

13    HarperCollins and Scholastic.

14    Q.  And what?

15    A.  Scholastic.

16    Q.  Scholastic.

17            THE COURT:  Can I ask:  Of the children's books, what

18    percentage, approximately, of those have advances in excess of

19    $250,000?

20            THE WITNESS:  The percentage?  I'm sorry.  I don't

21    know that offhand.

22            THE COURT:  Is it a lot or just a few?

23            THE WITNESS:  It's -- children's books tend to be

24    less expensive acquisitions.  So while I don't know the

25    percentage, I would say that -- I would say it would be more
```

1    common for a children's book to have a lower advance than an

2    adult book would.

3              THE COURT:  Okay.

4    BY MR. PETROCELLI:

5    Q.  Have you lost any children's books at high-advance levels

6    to any start-ups?

7    A.  Similar to the -- the Riverhead situation, I know that

8    Zando has been very aggressive in -- in acquisitions.

9    Q.  What about Christian publishing?  What -- what

10   percentage -- your company publishes Christian books, religious

11   books; right?

12   A.  Yes, we have four imprints that -- that publish in that

13   space.

14   Q.  Approximately what percentage of your trade book sales are

15   Christian books?

16   A.  For us, it's -- it's 2 percent.  They're a higher

17   percentage of the market of the industry as a whole.  I think

18   they're more like 6 percent of the industry as a whole, but for

19   Penguin Random House, it's 2 percent.

20   Q.  So you under-index?

21   A.  Yes.

22   Q.  And both for children's and Christian books, is the

23   acquisition process the same as other books?

24   A.  Exactly.

25   Q.  And do you -- do you see Christian books being acquired for

1    advance commitments greater than $250,000?

2    A.  Absolutely.

3    Q.  And to the judge's question, do you know the numbers?

4    A.  There -- my sense of the Christian category books is they

5    can be just as expensive as the rest of the adult trade

6    advances.  I don't think the spread is any different.  We've

7    paid $2 million for a Christian book.  We've paid a hundred

8    thousand dollars for a Christian book.

9         THE COURT:  Can I just ask:  When you talk about

10    Christian books, are you talking about the books that are sold

11    exclusively in Christian stores and not in regular, I guess,

12    retail outlets?  Are you talking about the sort of -- what, I

13    guess, HarperCollins would call, sort of, Christian adjacent

14    books, just sort of, the whole values-type books.

15         THE WITNESS:  Yeah, we call them crossover books.

16    So they -- the answer is both.  So they sell -- the reason

17    we have the four imprints is that they're -- they're kind of

18    at different -- different -- they're positioned slightly

19    differently in terms of their degree of conservatism in the

20    Christian space, but some of them are going to sell maybe

21    only in Christian stores and Amazon.  The others are going

22    to sell -- could sell in Walmart.  And the trend has been

23    in the -- in those categories has been away from the

24    Christian-only bookstores to general retail and Amazon.

25         THE COURT:  Okay.  Thank you.

```
1    BY MR. PETROCELLI:

2    Q.  Do you compete against Simon & Schuster in the Christian

3    book market?

4    A.  No.

5    Q.  Why is that?

6    A.  I don't think they have any Christian publishing.

7    Q.  Who do you compete against?

8    A.  HarperCollins is -- is the major competitor.  Hachette is a

9    major competitor.  But it's a fairly dispersed set of

10   publishers.  So there are some that are -- are only Christian

11   publishers.  Tyndale, Baker, B&H, and -- and there are others.

12   We can encounter any of them in auctions.

13   Q.  After the Penguin -- well, actually, after you became CEO

14   in 2018 --

15   A.  Uh-huh.

16   Q.  -- I think you testified earlier that that's when you

17   reorganized the Crown division into the Random House division;

18   right?

19   A.  Yes.

20   Q.  And why did you do that?

21   A.  It was my -- my evaluation that Crown was really struggling

22   to succeed.  They had a very dispersed set of categories in

23   which they were publishing, and they were really struggling to

24   make the kind of marketing investments that were needed to

25   support those very diverse books and imprints.  And I felt that
```

1    Random House had the strongest marketing team, really, in

2    the -- certainly I feel in the -- in the company, but also in

3    the industry, and that by pairing them, that the Crown editors

4    and books would benefit from the stronger marketing support

5    that Random House could provide.

6    Q.  And in your estimation, has that been a success?

7    A.  Yes.

8    Q.  In what way?

9    A.  Crown books have -- I think have been published better,

10   sold better.  Agents have been more -- felt more supported for

11   their clients.  The feedback that I receive from agents has

12   been quite positive.

13              MR. PETROCELLI:  Okay.  I've got two more topics.

14   Would this be a good time to break, Your Honor?

15              THE COURT:  Sure.  Let's take our lunch break at this

16   time.  Let's break until 2 o'clock.

17              MR. PETROCELLI:  Thank you.

18              THE COURT:  Could you please not talk about your

19   testimony during the lunch break.

20         Okay.  Thank you.  Everybody, have a nice lunch.  I'll

21   see you at two.

22              (REPORTER'S NOTE:  The p.m. portion of the trial was

23   reported by Tammy Nestor, who prepared said transcript.)

24              (Proceedings were concluded at 12:53 p.m.)

25

1          <u>CERTIFICATE OF OFFICIAL STENOGRAPHIC COURT REPORTER</u>

2

3              I, Nancy J. Meyer, Registered Diplomate Reporter,

4     Certified Realtime Reporter, do hereby certify that the above

5     and foregoing constitutes a true and accurate transcript of my

6     stenograph notes and is a full, true, and complete transcript

7     of the proceedings to the best of my ability.

8

9                        Dated this 15th day of August, 2022.

10

11                   /s/ Nancy J. Meyer
                     Nancy J. Meyer
12                   Official Court Reporter
                     Registered Diplomate Reporter
13                   Certified Realtime Reporter
                     333 Constitution Avenue Northwest
14                   Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

2304

**$**

**$1,100,000** [1] - 2240:9
**$250,000** [6] - 2278:25, 2279:12, 2279:22, 2297:17, 2298:19, 2300:1

**'**

**'90s** [1] - 2235:16

**1**

**1** [4] - 2237:21, 2252:9, 2262:10, 2276:5
**1,000** [2] - 2284:7, 2284:17
**1,348,339** [1] - 2248:19
**1.1** [2] - 2240:13, 2240:16
**1.2** [1] - 2240:10
**1.3** [3] - 2240:10, 2240:14, 2240:16
**1.348** [2] - 2252:10, 2252:12
**1.651** [1] - 2252:13
**10** [14] - 2238:18, 2255:2, 2255:7, 2255:15, 2255:17, 2255:24, 2257:5, 2263:19, 2263:25, 2282:1, 2282:2, 2282:3, 2284:18, 2285:7
**10:40** [1] - 2194:16
**11** [1] - 2260:9
**12** [4] - 2179:7, 2255:2, 2255:14
**12:53** [1] - 2302:24
**15** [3] - 2255:2, 2255:11, 2256:6
**150,000** [5] - 2244:2, 2244:6, 2246:2, 2253:15, 2262:22
**151** [1] - 2286:25
**18** [2] - 2235:9, 2236:7
**1994** [1] - 2235:9

**2**

**2** [12] - 2257:14, 2263:11, 2276:9, 2278:13, 2278:16, 2278:18, 2278:19, 2299:16, 2299:19, 2300:7, 2302:16
**2.1** [2] - 2254:22,

2258:1
**2.5** [2] - 2255:8, 2257:7
**2.575** [1] - 2255:18
**2.7** [1] - 2259:2
**20** [1] - 2194:10
**200** [2] - 2238:2, 2285:19
**2008** [1] - 2236:3
**2012** [4] - 2275:20, 2275:25, 2276:14, 2276:23
**2013** [2] - 2236:15, 2236:16
**2014** [3] - 2236:19, 2236:24, 2238:4
**2015** [5] - 2178:11, 2178:13, 2178:16, 2179:5, 2179:11
**2018** [6] - 2236:24, 2237:2, 2238:4, 2241:9, 2277:4, 2301:14
**2019** [8] - 2177:10, 2177:13, 2177:15, 2177:17, 2177:21, 2177:24, 2178:5, 2180:24
**2020** [12] - 2180:19, 2182:19, 2182:20, 2183:3, 2183:21, 2184:13, 2185:1, 2187:21, 2191:13, 2193:10, 2275:20, 2275:24
**2021** [1] - 2297:14
**2022** [1] - 2178:2
**21-2886** [1] - 2175:4
**2176** [1] - 2174:5
**2190** [1] - 2174:5
**2195** [1] - 2174:6
**2197** [1] - 2174:12
**2205** [2] - 2174:14, 2174:14
**2218** [1] - 2174:6
**2222** [1] - 2174:13
**2230** [1] - 2174:7
**2234** [1] - 2174:9
**2275** [1] - 2174:12
**250,000** [3] - 2260:19, 2261:18, 2262:5
**27** [1] - 2297:14
**28** [1] - 2246:4

**3**

**3** [12] - 2250:15, 2250:19, 2250:21, 2251:14, 2251:17, 2252:8, 2252:13,

2254:21, 2255:20, 2257:9, 2257:25
**3-million-advance** [1] - 2259:3
**300,000** [6] - 2282:4, 2282:6, 2282:15, 2282:18, 2282:21, 2282:23
**300,000-unit** [2] - 2282:9, 2282:12
**308,916** [1] - 2253:16
**33** [2] - 2289:12, 2289:20
**338**............................
............ [1] - 2174:14
**339**............................
............ [1] - 2174:14
**35** [4] - 2288:15, 2289:16, 2289:17

**4**

**4** [17] - 2242:15, 2250:12, 2250:19, 2250:22, 2251:7, 2252:6, 2257:7, 2257:23, 2273:24, 2282:25, 2288:16, 2289:15, 2289:16, 2289:17, 2289:22, 2290:6, 2290:18
**40** [1] - 2194:15
**400** [1] - 2282:24
**414** [4] - 2241:3, 2256:16, 2275:6, 2275:12
**414**............................
............ [1] - 2174:12
**433** [1] - 2241:15
**45** [3] - 2284:11, 2285:6, 2289:19

**5**

**5** [9] - 2282:25, 2295:24, 2296:18, 2296:19, 2296:22, 2296:23, 2297:22, 2298:7
**5.8** [1] - 2253:20
**50** [1] - 2247:3
**500** [1] - 2282:24

**6**

**6** [1] - 2299:18
**60** [2] - 2289:23, 2290:7
**669**............................
............ [1] - 2174:12
**679** [1] - 2233:24

**679**............................
............ [1] - 2174:13

**7**

**7** [1] - 2298:6
**70** [1] - 2258:24
**75** [1] - 2263:13
**75,000** [1] - 2276:6

**8**

**8286** [1] - 2287:3

**9**

**9** [2] - 2287:2, 2287:3
**986** [2] - 2274:24, 2275:14

**A**

**abacus** [1] - 2242:7
**Abacus** [2] - 2242:8, 2242:10
**Abby** [1] - 2175:14
**ability** [4] - 2186:25, 2188:5, 2188:6, 2190:20
**able** [6] - 2245:13, 2250:25, 2251:4, 2264:10, 2269:8, 2281:13
**Abrams** [1] - 2297:23
**absolutely** [5] - 2257:18, 2257:19, 2270:20, 2286:6, 2300:2
**accept** [1] - 2185:8
**accepting** [1] - 2193:21
**access** [2] - 2182:11, 2187:8
**according** [1] - 2297:7
**account** [6] - 2270:1, 2271:6, 2287:24, 2288:3, 2289:18
**account-by-account** [1] - 2271:6
**accounted** [1] - 2289:20
**accounting** [2] - 2179:24, 2253:23
**accounts** [1] - 2270:14
**accurate** [1] - 2271:3
**achieve** [5] - 2190:20, 2255:7, 2267:25, 2273:6, 2295:1
**achievement** [1] - 2288:2

**acquire** [4] - 2239:13, 2296:25, 2297:5, 2297:16
**acquired** [4] - 2278:25, 2279:11, 2291:6, 2299:25
**acquiring** [2] - 2264:5, 2280:7
**acquisition** [23] - 2178:15, 2179:2, 2236:5, 2237:7, 2237:14, 2238:5, 2239:5, 2239:8, 2239:11, 2241:8, 2258:15, 2261:20, 2263:22, 2269:16, 2273:16, 2279:25, 2280:16, 2281:2, 2283:5, 2287:19, 2289:7, 2289:8, 2299:23
**acquisitions** [8] - 2237:18, 2237:20, 2237:24, 2238:7, 2260:13, 2260:24, 2294:24, 2299:8
**activities** [5] - 2180:14, 2181:24, 2272:9, 2278:4
**activity** [2] - 2178:16, 2179:2
**actual** [6] - 2191:12, 2245:2, 2246:13, 2271:6, 2278:17, 2278:18
**ad** [2] - 2237:17, 2272:10
**adapting** [1] - 2272:14
**add** [2] - 2250:14, 2250:15
**added** [1] - 2178:17
**addition** [2] - 2181:13, 2297:22
**additional** [2] - 2183:4, 2245:16
**additive** [2] - 2181:12, 2182:24
**adjacent** [1] - 2300:13
**adjust** [3] - 2245:24, 2253:13, 2253:22
**adjustments** [1] - 2246:16
**administered** [2] - 2176:16, 2234:5
**admit** [1] - 2188:17
**admitted** [2] - 2275:10, 2275:12
**Admitted** [1] - 2174:11
**adopt** [1] - 2261:22
**adopted** [1] - 2242:11

2305

**adult** [5] - 2234:16, 2235:24, 2236:21, 2299:2, 2300:5
**advance** [80] - 2239:14, 2239:16, 2239:21, 2242:15, 2242:18, 2242:19, 2242:22, 2243:7, 2243:11, 2248:11, 2248:22, 2249:24, 2250:11, 2250:12, 2250:15, 2250:19, 2250:21, 2250:25, 2251:7, 2251:12, 2251:16, 2251:20, 2252:24, 2254:21, 2255:8, 2255:9, 2255:11, 2255:17, 2255:20, 2257:6, 2258:7, 2258:8, 2258:12, 2258:13, 2258:20, 2258:21, 2259:10, 2260:16, 2260:18, 2260:19, 2265:2, 2269:9, 2269:19, 2269:20, 2269:22, 2270:18, 2270:19, 2271:24, 2272:17, 2272:22, 2273:1, 2273:13, 2273:17, 2273:21, 2278:3, 2278:6, 2278:9, 2279:16, 2281:18, 2281:22, 2282:14, 2282:18, 2283:1, 2283:23, 2283:24, 2284:3, 2285:24, 2285:25, 2286:10, 2286:14, 2286:21, 2287:20, 2290:13, 2290:14, 2290:15, 2294:6, 2299:1, 2299:5, 2300:1
**Advance** [1] - 2254:25
**advances** [20] - 2248:11, 2249:20, 2249:21, 2252:6, 2259:7, 2260:1, 2273:10, 2276:6, 2279:11, 2279:22, 2284:6, 2284:16, 2285:13, 2285:17, 2286:19, 2287:25, 2291:23, 2297:17, 2298:18, 2300:6
**advantage** [2] - 2182:10, 2294:4
**advertising** [1] - 2274:10

**advice** [1] - 2259:24
**advise** [1] - 2191:13
**advisor** [1] - 2191:4
**advisors** [3] - 2180:2, 2180:6, 2180:7
**affairs** [1] - 2183:23
**affect** [1] - 2187:10
**affected** [1] - 2184:14
**agencies** [1] - 2190:24
**agent** [5] - 2257:19, 2257:21, 2293:6, 2294:10, 2297:8
**agents** [8] - 2286:8, 2286:11, 2286:12, 2292:10, 2292:13, 2294:7, 2302:10, 2302:11
**aggregating** [1] - 2249:10
**aggressive** [3] - 2240:22, 2269:1, 2299:8
**aggressively** [1] - 2240:21
**agile** [1] - 2272:8
**ago** [2] - 2261:21, 2296:13
**agree** [3] - 2193:7, 2247:9, 2274:17
**agreed** [1] - 2176:5
**agreeing** [1] - 2265:24
**agreement** [1] - 2176:8
**ahead** [1] - 2290:24
**aim** [1] - 2274:2
**aiming** [1] - 2260:3
**al** [1] - 2175:5
**Alex** [1] - 2175:23
**Alexander** [3] - 2174:4, 2176:4, 2177:2
**ALEXANDER** [1] - 2177:3
**Allison** [1] - 2262:14
**allocated** [2] - 2254:13, 2257:10
**allow** [2] - 2258:7, 2294:5
**allows** [1] - 2258:13
**almost** [1] - 2188:10
**alter** [1] - 2246:8
**Amazon** [8] - 2235:10, 2236:4, 2236:6, 2295:25, 2296:5, 2296:9, 2300:21, 2300:24
**America** [2] - 2175:4, 2251:8
**amount** [2] - 2239:16, 2264:4

**Andrew** [1] - 2257:22
**announced** [3] - 2182:22, 2184:12, 2187:19
**annual** [2] - 2237:25, 2246:16
**answer** [1] - 2300:16
**anticipate** [1] - 2287:23
**anticipated** [5] - 2260:15, 2279:3, 2279:14, 2280:3, 2290:9
**antitrust** [1] - 2190:23
**appearances** [1] - 2175:7
**applicable** [1] - 2248:15
**apply** [2] - 2247:24, 2247:25
**approach** [5] - 2175:6, 2193:15, 2238:13, 2260:2, 2261:16
**approached** [1] - 2180:24
**approval** [7] - 2190:23, 2260:12, 2260:14, 2260:23, 2261:13, 2263:7
**approvals** [1] - 2190:20
**approve** [7] - 2237:18, 2238:1, 2238:2, 2240:12, 2257:3, 2257:13, 2262:10
**approved** [5] - 2238:6, 2240:16, 2257:7, 2260:24, 2261:20
**approving** [2] - 2240:13, 2292:23
**April** [2] - 2275:20
**argument** [1] - 2293:6
**armada** [1] - 2296:4
**armada-sales** [1] - 2296:4
**arrangement** [1] - 2294:8
**arrangements** [1] - 2247:9
**art** [3] - 2234:17, 2247:21
**aside** [1] - 2279:14
**aspects** [2] - 2237:5, 2237:7
**aspiring** [1] - 2265:24
**assertion** [1] - 2193:7
**assess** [1] - 2292:23
**assessment** [3] - 2189:5, 2189:9, 2245:6

**asset** [8] - 2182:24, 2183:2, 2184:11, 2188:8, 2188:17, 2193:6, 2245:1, 2251:3
**assets** [13] - 2181:4, 2181:5, 2181:10, 2181:12, 2181:15, 2186:18, 2186:19, 2186:22, 2187:4, 2187:9, 2187:16
**assign** [2] - 2264:13, 2266:24
**assigned** [1] - 2191:3
**assigning** [1] - 2266:25
**assistant** [1] - 2235:15
**associated** [3] - 2278:24, 2281:18, 2282:19
**assume** [2] - 2239:12, 2258:4
**assuming** [1] - 2251:2
**Atomic** [1] - 2289:6
**attached** [2] - 2269:19, 2278:4
**attachment** [2] - 2275:20, 2275:23
**attempts** [1] - 2277:11
**attention** [4] - 2259:8, 2259:13, 2270:17
**attractive** [1] - 2192:20
**auction** [3] - 2185:3, 2292:3, 2292:8
**auctions** [12] - 2291:5, 2291:6, 2291:12, 2291:15, 2291:18, 2291:20, 2291:21, 2292:11, 2292:12, 2292:14, 2292:20, 2301:12
**audience** [2] - 2244:15, 2244:16
**audio** [5] - 2236:1, 2244:25, 2245:1, 2251:1, 2251:2, 2251:11, 2257:11
**author** [28] - 2234:23, 2234:24, 2237:10, 2244:10, 2244:12, 2257:23, 2258:21, 2259:1, 2271:5, 2273:5, 2280:12, 2281:19, 2293:1, 2293:17, 2293:20, 2293:23, 2294:4, 2294:9, 2294:10, 2294:14, 2294:20, 2294:24, 2294:25,

2295:1, 2295:5, 2296:4
**author's** [2] - 2293:2, 2293:19
**authorizing** [1] - 2240:14
**authors** [20] - 2182:8, 2238:5, 2270:17, 2280:15, 2281:8, 2281:11, 2286:6, 2286:12, 2291:13, 2291:14, 2294:2, 2294:15, 2294:16, 2295:11, 2295:20, 2295:24, 2295:25, 2296:2
**automatically** [1] - 2255:4
**available** [3] - 2264:12, 2264:15, 2264:20
**average** [3] - 2238:2, 2246:1, 2246:3
**avoid** [1] - 2264:25

## B

**B&H** [1] - 2301:11
**B-e-r-k-e-t-t** [1] - 2177:3
**back-and-forth** [1] - 2193:13
**backer** [2] - 2186:9, 2192:6
**background** [3] - 2179:4, 2192:17, 2234:15
**backing** [1] - 2192:18
**backlist** [2] - 2245:16, 2282:24
**bad** [3] - 2272:13, 2295:6, 2295:10
**baked** [2] - 2247:11, 2287:19
**Baker** [1] - 2301:11
**Bakish** [2] - 2180:16, 2182:21
**Bakish's** [1] - 2183:3
**balance** [3] - 2184:1, 2251:3, 2252:25
**bank** [1] - 2191:5
**banker** [1] - 2179:7
**banking** [1] - 2179:13
**Bantam** [2] - 2235:9, 2235:18
**Barbara** [1] - 2263:2
**based** [18] - 2189:15, 2189:17, 2193:16, 2239:17, 2245:22, 2245:25, 2246:3,

2246:12, 2247:8, 2248:4, 2248:6, 2248:15, 2254:16, 2264:14, 2266:4, 2272:6, 2272:14
**basis** [9] - 2237:17, 2237:22, 2237:23, 2237:25, 2246:16, 2251:18, 2271:7, 2283:14, 2292:15
**basket** [1] - 2287:22
**Bates** [1] - 2287:3
**Bear** [1] - 2179:14
**became** [3] - 2177:23, 2235:19, 2301:13
**began** [2] - 2178:10, 2180:19
**begin** [2] - 2175:21, 2175:23
**beginning** [1] - 2184:16
**beings** [1] - 2192:16
**belief** [1] - 2240:8
**below** [4] - 2237:21, 2284:18, 2285:4, 2285:7
**Ben** [3] - 2175:9, 2190:5, 2193:18
**benefit** [2] - 2259:16, 2302:4
**benefits** [2] - 2293:25, 2295:6
**Berkett** [13] - 2174:4, 2175:23, 2176:4, 2177:2, 2177:4, 2178:8, 2179:15, 2183:16, 2184:12, 2187:17, 2189:1, 2190:13, 2233:25
**Berkett's** [1] - 2176:5
**Bertelsmann** [9] - 2175:5, 2175:13, 2179:16, 2183:17, 2185:13, 2185:25, 2187:19, 2189:5, 2189:10
**Bertelsmann/ Penguin** [2] - 2189:3, 2189:18
**best** [4] - 2181:8, 2277:13, 2280:11, 2280:15, 2284:12, 2287:24, 2291:7, 2292:3, 2292:18
**best-bid** [2] - 2292:3, 2292:18
**bet** [5] - 2244:5, 2244:17, 2259:15, 2273:11, 2292:6
**bets** [4] - 2260:5,

2281:12, 2292:7, 2292:20
**better** [8] - 2276:15, 2277:11, 2290:10, 2290:20, 2293:7, 2302:9, 2302:10
**between** [9] - 2185:21, 2185:22, 2186:23, 2193:14, 2251:16, 2267:20, 2268:22, 2283:22, 2293:23
**beyond** [2] - 2263:6, 2271:22
**bid** [5] - 2189:3, 2291:7, 2292:3, 2292:18, 2297:7
**bidder** [1] - 2192:12
**bidders** [3] - 2189:21, 2189:23, 2192:1
**bidding** [4] - 2185:10, 2291:25, 2292:2, 2296:21
**bids** [5] - 2185:6, 2185:8, 2185:12, 2187:23, 2187:24
**big** [3] - 2273:11, 2280:10, 2296:25
**Big** [10] - 2280:12, 2295:24, 2296:18, 2296:19, 2296:22, 2296:23, 2297:22, 2298:6, 2298:7
**bigger** [1] - 2260:5
**binder** [4] - 2176:11, 2238:10, 2241:19, 2275:2
**binding** [1] - 2248:2
**bit** [15] - 2180:4, 2186:9, 2193:3, 2193:13, 2234:15, 2235:11, 2239:4, 2243:12, 2257:17, 2263:22, 2265:22, 2268:18, 2280:20, 2291:5, 2291:22
**blow** [1] - 2245:10
**blow-up** [1] - 2245:10
**board** [3] - 2180:2, 2181:4, 2181:16
**Bob** [2] - 2180:16, 2182:21
**Bob's** [1] - 2184:18
**Book** [1] - 2241:21
**book** [88] - 2181:22, 2182:4, 2185:16, 2185:18, 2234:16, 2239:4, 2239:8, 2239:13, 2240:8, 2240:11, 2240:24, 2241:11, 2243:19,

2243:20, 2244:5, 2244:9, 2244:10, 2244:16, 2244:24, 2245:9, 2247:11, 2247:20, 2248:8, 2254:12, 2257:18, 2258:21, 2259:11, 2260:4, 2260:15, 2263:1, 2264:6, 2264:9, 2264:11, 2264:13, 2264:14, 2264:17, 2264:18, 2264:19, 2264:23, 2264:24, 2265:8, 2265:12, 2265:14, 2265:18, 2266:11, 2266:19, 2266:25, 2267:13, 2268:5, 2268:6, 2268:8, 2268:22, 2268:23, 2268:25, 2269:4, 2269:17, 2270:20, 2271:17, 2271:18, 2271:23, 2272:5, 2272:21, 2273:4, 2273:5, 2273:14, 2274:5, 2274:13, 2280:17, 2282:7, 2282:22, 2285:23, 2285:25, 2286:7, 2293:7, 2293:9, 2293:12, 2293:16, 2294:20, 2297:7, 2297:21, 2299:1, 2299:2, 2299:14, 2300:7, 2300:8, 2301:3
**Books** [1] - 2262:20
**books** [125] - 2181:25, 2182:3, 2182:4, 2182:9, 2182:12, 2234:18, 2237:14, 2238:5, 2240:6, 2252:4, 2252:16, 2253:5, 2253:8, 2258:25, 2264:21, 2266:23, 2267:1, 2267:10, 2267:19, 2268:9, 2268:11, 2268:16, 2268:17, 2268:18, 2269:10, 2270:7, 2270:21, 2270:22, 2271:25, 2272:3, 2272:23, 2272:25, 2274:7, 2274:8, 2278:25, 2279:3, 2279:11, 2280:4, 2280:5, 2280:7, 2280:8, 2280:9, 2280:10, 2280:21, 2281:3,

2281:4, 2281:10, 2281:13, 2281:15, 2281:19, 2281:24, 2281:25, 2282:1, 2283:14, 2283:16, 2283:18, 2283:25, 2284:2, 2284:7, 2284:8, 2284:11, 2284:16, 2284:23, 2284:24, 2285:4, 2285:6, 2285:7, 2285:13, 2285:15, 2285:18, 2286:5, 2286:16, 2286:19, 2287:7, 2287:11, 2287:12, 2287:17, 2287:23, 2288:3, 2288:8, 2288:12, 2288:17, 2288:20, 2288:21, 2288:22, 2288:23, 2288:24, 2289:18, 2289:21, 2289:23, 2290:7, 2291:6, 2293:3, 2296:21, 2297:1, 2297:2, 2297:4, 2297:9, 2297:13, 2297:16, 2298:17, 2298:23, 2299:5, 2299:10, 2299:11, 2299:15, 2299:22, 2299:23, 2299:25, 2300:4, 2300:10, 2300:14, 2300:15, 2301:25, 2302:4, 2302:9
**BookScan** [3] - 2283:12, 2284:4
**bookseller** [2] - 2274:14, 2274:18
**booksellers** [4] - 2270:25, 2271:4, 2271:9, 2271:17
**bookstores** [2] - 2265:25, 2300:24
**bottom** [1] - 2254:24
**bought** [1] - 2182:4
**Bowen** [2] - 2296:4, 2296:14
**box** [2] - 2249:16, 2254:24, 2287:10, 2288:6
**boxes** [1] - 2245:10
**brainstorming** [1] - 2277:12
**break** [7] - 2256:2, 2256:5, 2256:8, 2302:14, 2302:15, 2302:16, 2302:19
**breakout** [8] - 2288:8,

2288:16, 2288:21, 2288:22, 2288:24, 2289:12, 2289:23, 2290:7
**breakouts** [1] - 2288:12
**Brian** [1] - 2261:25
**briefly** [4] - 2178:12, 2179:3, 2264:2, 2276:3
**bring** [1] - 2268:20
**broadly** [1] - 2178:23
**build** [1] - 2239:15
**building** [1] - 2181:7
**bulk** [1] - 2190:8
**business** [26] - 2181:8, 2181:14, 2181:18, 2181:21, 2181:22, 2184:1, 2185:6, 2185:24, 2188:9, 2188:22, 2189:7, 2189:11, 2189:12, 2189:13, 2191:7, 2192:17, 2193:22, 2193:24, 2194:1, 2235:12, 2237:5, 2243:23, 2279:15, 2280:6, 2283:6, 2295:3
**businesses** [2] - 2188:16, 2188:21
**buy** [2] - 2257:16, 2293:16
**buyer** [16] - 2183:19, 2186:7, 2186:8, 2186:15, 2186:18, 2186:19, 2187:4, 2187:7, 2187:16, 2188:11, 2192:5, 2192:8, 2192:12, 2192:25
**buyers** [11] - 2185:4, 2185:5, 2185:6, 2186:1, 2187:11, 2188:22, 2191:6, 2191:9, 2191:10, 2192:3, 2192:14
**buying** [1] - 2251:4
**buzz** [3] - 2268:8, 2270:25, 2273:4

**C**

**calculating** [2] - 2246:3, 2252:23
**calculation** [3] - 2247:5, 2248:14, 2255:4
**calibrated** [1] - 2184:18

Calloway [1] - 2238:25
campaign [2] - 2272:10, 2272:11
Candlewick [1] - 2297:23
cannot [3] - 2246:8, 2253:13, 2274:20
capability [1] - 2188:5
capital [3] - 2181:18, 2183:25, 2186:21
cards [1] - 2268:1
care [2] - 2188:14, 2188:16
career [3] - 2179:4, 2293:19, 2294:1
careers [1] - 2293:21
careless [1] - 2188:21
carry [1] - 2251:11
case [12] - 2178:6, 2245:1, 2246:2, 2247:25, 2250:12, 2250:23, 2253:14, 2256:17, 2257:15, 2280:5, 2291:17, 2295:19
Case [1] - 2175:4
cases [3] - 2264:5, 2264:6, 2286:11
cash [2] - 2188:2, 2246:22
categories [10] - 2256:23, 2273:1, 2276:5, 2278:3, 2281:4, 2281:5, 2281:15, 2300:23, 2301:22
Category [2] - 2276:5, 2276:9
category [2] - 2281:10, 2300:4
CBS [7] - 2177:14, 2177:17, 2177:18, 2177:21, 2180:15, 2181:1, 2187:19
celebrities [4] - 2280:24, 2281:8, 2281:11, 2281:13
celebrity [2] - 2280:21, 2281:19
center [1] - 2181:7
Centrello [4] - 2261:3, 2261:4, 2261:5, 2261:6
CEO [9] - 2180:16, 2182:21, 2184:13, 2235:6, 2236:14, 2237:1, 2237:4, 2237:24, 2301:13
certain [7] - 2189:7, 2192:15, 2260:15,

2264:12, 2279:16, 2287:7, 2287:11
certainly [18] - 2184:17, 2188:19, 2237:22, 2243:22, 2253:22, 2257:15, 2269:14, 2271:12, 2271:23, 2277:24, 2280:21, 2281:12, 2286:3, 2286:5, 2286:10, 2293:6, 2297:23, 2302:2
certainty [4] - 2184:8, 2188:18, 2190:18, 2190:19
cetera [1] - 2252:16
challenge [1] - 2184:8
chance [1] - 2192:21
change [8] - 2180:17, 2265:4, 2265:7, 2265:8, 2265:10, 2265:11, 2273:20, 2290:3
changed [2] - 2178:1, 2184:11
channel [1] - 2268:4
channels [2] - 2270:10, 2270:13
chart [1] - 2260:22
checked [1] - 2243:23
chief [2] - 2178:21, 2180:18
children's [15] - 2262:19, 2297:9, 2297:10, 2297:13, 2297:16, 2297:21, 2297:24, 2298:6, 2298:10, 2298:11, 2298:17, 2298:23, 2299:1, 2299:5, 2299:22
Children's [3] - 2262:20, 2262:21, 2263:1
choices [1] - 2254:25
choose [1] - 2243:18
chooses [1] - 2243:16
Chopra [1] - 2180:18
chosen [1] - 2250:10
Chris [1] - 2235:2
Christian [17] - 2299:9, 2299:10, 2299:15, 2299:22, 2299:25, 2300:4, 2300:7, 2300:8, 2300:10, 2300:11, 2300:13, 2300:20, 2300:21, 2300:24, 2301:2, 2301:6, 2301:10

Christian-only [1] - 2300:24
circumstances [1] - 2280:16
citing [1] - 2282:21
Civil [1] - 2175:4
clarification [1] - 2250:5
clarified [1] - 2290:25
clarify [1] - 2193:9
clear [6] - 2190:22, 2246:21, 2248:11, 2251:6, 2278:17, 2278:23
cleared [1] - 2258:3
client [1] - 2294:11
clients [1] - 2302:11
close [7] - 2189:6, 2194:6, 2194:14, 2293:22, 2294:2, 2294:18, 2298:10
closed [5] - 2176:6, 2180:15, 2194:4, 2194:9, 2194:18
closer [2] - 2180:5, 2234:20
Co [1] - 2175:5
Coben [2] - 2295:14, 2295:16
coded [1] - 2254:17
colleagues [1] - 2266:19, 2298:11
college [1] - 2234:17
column [4] - 2245:18, 2248:19, 2250:13, 2261:19
columns [2] - 2245:12, 2245:14
combination [2] - 2235:17, 2239:19
combined [2] - 2277:4, 2277:25
comfortable [2] - 2258:23, 2260:6
coming [2] - 2251:10, 2293:4
comments [2] - 2183:3, 2183:4
commitments [1] - 2300:1
committed [2] - 2273:21, 2273:23
common [4] - 2243:21, 2291:12, 2291:14, 2299:1
comp [1] - 2244:14
companies [6] - 2183:10, 2185:11, 2185:25, 2186:6, 2191:18, 2193:14

company [39] - 2177:6, 2177:7, 2177:13, 2177:14, 2177:15, 2177:16, 2177:20, 2178:16, 2178:25, 2179:9, 2179:10, 2179:25, 2181:5, 2182:21, 2182:23, 2183:4, 2185:14, 2185:20, 2185:23, 2189:17, 2193:11, 2235:7, 2235:8, 2236:3, 2240:14, 2254:14, 2259:15, 2260:13, 2265:22, 2273:11, 2273:12, 2273:14, 2278:16, 2279:6, 2283:2, 2289:10, 2294:24, 2299:10, 2302:2
company's [4] - 2237:13, 2238:5, 2279:15, 2280:6
company-wide [1] - 2283:2
comparable [1] - 2244:14
compared [1] - 2288:1
compete [4] - 2297:21, 2298:9, 2301:2, 2301:7
competition [2] - 2292:24, 2298:12
competitive [1] - 2296:21
competitor [5] - 2295:2, 2295:5, 2298:10, 2301:8, 2301:9
competitors [2] - 2296:15, 2296:16
complete [3] - 2235:12, 2290:11, 2290:18
completed [2] - 2187:18, 2241:9
completely [1] - 2266:8
completing [1] - 2250:9
completion [1] - 2180:24
computer [8] - 2241:25, 2247:7, 2247:8, 2249:10, 2253:10, 2254:15, 2256:20, 2256:25
computer-derived [3] - 2247:7, 2247:8,

2253:10
computing [1] - 2245:21
concluded [1] - 2302:24
conclusion [2] - 2183:11, 2189:16
conclusions [1] - 2184:10
conditions [2] - 2183:1, 2184:19
conducting [1] - 2272:9
conference [8] - 2182:22, 2183:9, 2267:17, 2267:18, 2270:1, 2270:4, 2270:5, 2270:9
confidence [5] - 2264:11, 2280:9, 2280:17, 2282:12, 2291:22
confident [2] - 2258:7, 2282:13
confidential [5] - 2190:9, 2241:2, 2269:24, 2274:25, 2275:13
confusing [1] - 2250:9
connection [4] - 2191:3, 2283:22, 2293:22, 2293:24
connections [1] - 2280:20
connectivity [1] - 2181:14
conservatism [1] - 2300:19
conservative [2] - 2260:1, 2260:2
consider [3] - 2259:10, 2296:15, 2296:16
consideration [2] - 2184:17, 2188:2
considerations [2] - 2188:19, 2191:14
considered [2] - 2190:19, 2269:24
consistency [1] - 2269:14
consistent [3] - 2272:20, 2286:22, 2288:6
consistently [4] - 2183:11, 2183:13, 2281:5, 2281:6
constituencies [1] - 2188:24
consult [1] - 2237:23

**content** [8] - 2181:9,
2181:23, 2181:25,
2182:7, 2236:4,
2236:13, 2247:23
**context** [3] - 2186:15,
2186:17, 2266:8
**continue** [4] - 2188:9,
2280:13, 2290:1,
2293:25
**continuing** [1] -
2181:3
**contract** [3] - 2188:7,
2248:16, 2262:22
**contribution** [7] -
2253:25, 2258:17,
2259:8, 2259:14,
2259:17, 2259:21,
2260:7
**conversation** [1] -
2272:2
**conversations** [2] -
2189:17, 2189:20
**conviction** [1] -
2273:18
**convincing** [1] -
2257:18
**COO** [3] - 2236:14,
2236:18, 2277:19
**coordinating** [3] -
2179:19, 2179:20,
2179:21
**copies** [20] - 2239:18,
2239:19, 2244:6,
2248:16, 2266:2,
2266:3, 2270:18,
2270:19, 2270:22,
2270:23, 2274:2,
2280:9, 2280:13,
2280:14, 2280:18,
2281:1, 2282:4,
2282:6, 2293:11,
2293:15
**copy** [3] - 2247:20,
2282:12, 2284:11
**core** [4] - 2181:6,
2181:11, 2181:21,
2182:24
**Corp** [1] - 2186:1
**corporate** [7] -
2177:12, 2178:14,
2178:21, 2179:22,
2179:25, 2180:10
**Corporation** [1] -
2185:14
**correct** [33] - 2177:23,
2177:25, 2178:3,
2180:21, 2180:22,
2190:20, 2190:21,
2190:24, 2190:25,
2191:17, 2192:1,

2192:2, 2193:11,
2193:12, 2193:23,
2241:21, 2246:9,
2246:23, 2248:25,
2249:13, 2250:20,
2251:9, 2251:13,
2251:15, 2251:23,
2253:9, 2255:13,
2255:16, 2255:25,
2260:21, 2263:10,
2288:5, 2290:17
**cost** [9] - 2187:6,
2247:17, 2247:19,
2248:3, 2249:2,
2252:4, 2253:24,
2254:12, 2273:23
**cost-savings** [1] -
2187:6
**costs** [12] - 2246:15,
2246:16, 2247:22,
2249:18, 2251:22,
2254:6, 2254:7,
2254:10, 2254:14,
2259:22, 2259:23,
2260:5
**counsel** [3] - 2175:6,
2175:9, 2180:3
**count** [1] - 2193:5
**counterparty** [1] -
2188:5
**counting** [2] -
2250:24, 2257:25
**couple** [5] - 2261:21,
2264:6, 2269:25,
2286:15, 2288:17,
2288:20, 2288:22
**course** [5] - 2237:6,
2255:20, 2280:6,
2282:16, 2283:15
**Court** [3] - 2179:3,
2234:15, 2258:4
**court** [2] - 2194:18,
2233:23
**COURT** [59] - 2175:10,
2175:15, 2175:19,
2176:1, 2176:7,
2176:10, 2176:12,
2176:14, 2176:18,
2190:2, 2190:6,
2190:10, 2194:8,
2194:11, 2194:14,
2234:1, 2234:3,
2234:7, 2238:11,
2238:14, 2238:16,
2238:25, 2241:16,
2249:3, 2249:6,
2252:5, 2252:8,
2252:11, 2252:14,
2252:18, 2253:3,
2256:2, 2256:5,

2256:10, 2256:12,
2275:8, 2275:10,
2275:15, 2284:22,
2285:2, 2285:5,
2288:11, 2288:20,
2288:24, 2289:11,
2289:22, 2289:25,
2290:2, 2290:5,
2290:17, 2290:22,
2291:2, 2298:17,
2298:22, 2299:3,
2300:9, 2300:25,
2302:15, 2302:18
**COURTROOM** [4] -
2175:3, 2238:21,
2238:24, 2239:2
**courtroom** [3] -
2194:7, 2194:15,
2194:17
**cover** [2] - 2190:8,
2260:4
**covers** [1] - 2244:22
**crawdads** [1] - 2289:3
**Crawdads** [1] - 2289:3
**created** [7] - 2236:10,
2241:8, 2275:25,
2276:18, 2276:20,
2277:14, 2278:2
**creating** [1] - 2247:19
**credibility** [1] - 2184:8
**criteria** [3] - 2187:22,
2189:10, 2192:23
**cross** [1] - 2190:3
**Cross** [1] - 2174:5
**CROSS** [2] - 2190:11,
2275:9
**Cross-Examination**
[1] - 2174:5
**CROSS-
EXAMINATION** [1] -
2190:11
**crossover** [1] -
2300:15
**Crown** [14] - 2276:1,
2276:15, 2276:17,
2276:18, 2276:20,
2276:23, 2277:3,
2277:6, 2277:10,
2277:24, 2301:17,
2301:21, 2302:3,
2302:9
**current** [7] - 2178:4,
2178:20, 2193:9,
2235:5, 2236:25,
2289:4, 2289:6
**cushion** [1] - 2257:17

**D**

**Daniel** [1] - 2175:12

**data** [7] - 2191:8,
2248:4, 2248:6,
2283:2, 2283:11,
2283:12
**date** [7] - 2264:8,
2264:13, 2264:14,
2265:1, 2265:4,
2266:25, 2271:21
**dates** [1] - 2270:8
**deal** [8] - 2186:16,
2186:17, 2187:20,
2188:4, 2188:18,
2190:18, 2190:19,
2190:20
**deals** [1] - 2186:18
**Dean** [2] - 2296:2,
2296:13
**debut** [3] - 2273:2,
2291:12, 2291:14
**decade** [1] - 2264:7
**December** [2] -
2177:10, 2177:15
**decide** [1] - 2263:5
**decided** [2] - 2191:17,
2261:22
**deciding** [2] -
2268:20, 2293:16
**decision** [2] -
2262:22, 2262:25
**decisions** [2] -
2265:12, 2273:16
**deck** [1] - 2286:25
**declining** [1] -
2292:12
**decoder** [2] - 2241:15,
2241:18
**deduction** [1] -
2247:16
**Defendants'** [7] -
2238:18, 2241:3,
2241:15, 2256:16,
2260:9, 2263:19,
2263:25
**defense** [1] - 2176:3
**defined** [1] - 2279:11
**definitely** [2] - 2282:5,
2293:19
**definition** [2] -
2268:24, 2279:13
**defy** [1] - 2293:9
**degree** [8] - 2191:11,
2264:11, 2280:8,
2280:17, 2282:11,
2288:18, 2290:13,
2300:19
**deliver** [2] - 2286:6,
2289:10
**Dell** [2] - 2235:9,
2235:18
**demonstrating** [1] -

2271:18
**demonstrative** [5] -
2238:18, 2239:6,
2260:9, 2260:11,
2266:16
**Demonstrative** [2] -
2238:18, 2260:9
**denominator** [1] -
2284:24
**depart** [1] - 2294:5
**department** [6] -
2179:23, 2179:24,
2235:19, 2235:20
**departments** [1] -
2274:15
**depict** [1] - 2260:11
**DEPUTY** [4] - 2175:3,
2238:21, 2238:24,
2239:2
**derivative** [1] - 2182:6
**derived** [7] - 2246:11,
2246:12, 2246:24,
2247:7, 2247:8,
2253:10, 2254:15
**describe** [3] -
2178:12, 2185:3,
2277:13
**described** [1] -
2272:18
**describing** [1] -
2268:5
**design** [1] - 2266:21
**designs** [1] - 2270:8
**desire** [1] - 2293:25
**determination** [3] -
2182:23, 2183:1,
2183:21
**determinations** [1] -
2181:5
**determine** [3] -
2184:10, 2239:13,
2239:16
**determined** [3] -
2181:10, 2181:15,
2183:11
**develop** [2] - 2269:7,
2294:19
**development** [7] -
2178:14, 2178:21,
2179:22, 2180:10,
2237:8, 2247:22,
2271:24
**developments** [1] -
2268:7
**differ** [1] - 2267:14
**difference** [3] -
2187:3, 2251:16,
2268:22
**different** [35] -
2178:18, 2184:7,

2187:1, 2188:24, 2237:17, 2239:8, 2242:12, 2242:24, 2247:14, 2249:8, 2252:15, 2256:24, 2258:18, 2264:17, 2265:22, 2266:8, 2266:15, 2268:12, 2268:13, 2268:19, 2270:13, 2272:23, 2272:24, 2273:1, 2276:4, 2278:2, 2300:6, 2300:18
**differently** [1] - 2300:19
**difficult** [1] - 2184:6
**digital** [2] - 2236:11, 2270:22
**diligence** [1] - 2191:8
**DIRECT** [2] - 2176:21, 2234:9
**direct** [5] - 2254:11, 2291:4, 2291:7, 2292:22, 2292:24
**Direct** [2] - 2174:5, 2174:9
**directing** [1] - 2259:13
**direction** [2] - 2259:5, 2259:25
**directly** [4] - 2237:18, 2238:1, 2238:2, 2278:9
**director** [6] - 2236:4, 2245:25, 2246:17, 2246:18, 2254:16, 2265:23
**director's** [1] - 2246:15
**directors** [3] - 2180:2, 2181:4, 2181:16
**disappointment** [1] - 2293:8
**discarding** [1] - 2188:21
**disconnect** [1] - 2268:3
**discount** [1] - 2247:1
**discounts** [2] - 2247:12, 2247:13
**discrete** [1] - 2192:13
**discussed** [2] - 2267:11, 2268:10
**discussing** [1] - 2257:15
**discussion** [1] - 2267:22
**Disney** [5] - 2296:24, 2297:23, 2297:25, 2298:4, 2298:7
**dispersed** [2] -

2301:9, 2301:22
**displayed** [1] - 2241:1
**distance** [1] - 2292:15
**distinguish** [1] - 2186:23
**distribution** [2] - 2237:9, 2279:18
**diverse** [1] - 2301:25
**divest** [3] - 2181:17, 2183:13, 2184:11
**division** [15] - 2242:2, 2246:17, 2253:21, 2260:24, 2260:25, 2261:1, 2261:18, 2262:7, 2262:24, 2263:1, 2277:3, 2277:6, 2277:8, 2301:17
**division's** [1] - 2246:13
**divisions** [6] - 2236:21, 2242:8, 2242:11, 2262:9, 2262:12, 2297:10
**Dobson** [1] - 2262:14
**document** [9] - 2241:2, 2275:24, 2276:4, 2277:9, 2277:13, 2277:20, 2278:2, 2278:21, 2286:24
**documentation** [1] - 2279:22
**Dohle** [3] - 2236:9, 2237:12, 2263:17
**dollar** [2] - 2237:18, 2282:14
**dollars** [14] - 2246:21, 2262:25, 2263:6, 2281:22, 2282:7, 2282:25, 2284:1, 2284:2, 2284:6, 2284:8, 2284:17, 2297:8, 2297:19, 2300:8
**done** [5] - 2182:18, 2234:19, 2253:1, 2272:10, 2286:13
**Doubleday** [4] - 2235:9, 2235:18, 2261:14, 2262:15
**down** [13] - 2235:11, 2240:24, 2243:24, 2245:13, 2247:6, 2249:15, 2254:8, 2254:18, 2258:10, 2276:10, 2278:21, 2282:1, 2284:14
**downstream** [1] - 2283:8

**draft** [3] - 2242:14, 2270:6, 2271:15
**drive** [3] - 2273:22, 2287:12, 2290:7
**driven** [1] - 2292:13
**drives** [1] - 2289:23
**driving** [4] - 2266:10, 2288:16, 2288:18, 2290:16
**due** [2] - 2191:8
**during** [3] - 2256:7, 2265:12, 2302:19
**DX** [2] - 2174:14, 2174:14

## E

**e-book** [1] - 2244:24
**e-books** [2] - 2252:16, 2253:8
**early** [3] - 2235:16, 2270:23
**earn** [6] - 2258:21, 2274:12, 2274:13, 2285:24, 2286:1, 2286:12
**earned** [16] - 2248:10, 2248:13, 2248:14, 2248:17, 2248:19, 2248:23, 2249:23, 2250:14, 2250:18, 2251:19, 2252:6, 2252:9, 2252:14, 2259:1, 2274:11
**earnings** [1] - 2183:8
**earnout** [1] - 2258:24
**easiest** [1] - 2274:10
**EBITDA** [2] - 2258:18, 2260:3
**economically** [1] - 2192:20
**editor** [41] - 2239:12, 2241:24, 2242:17, 2242:21, 2243:16, 2243:18, 2244:4, 2244:5, 2244:7, 2244:8, 2244:11, 2244:18, 2245:24, 2246:2, 2246:8, 2250:10, 2250:12, 2253:11, 2253:13, 2253:23, 2255:1, 2255:5, 2255:6, 2255:9, 2256:16, 2256:24, 2257:16, 2258:6, 2264:10, 2266:19, 2266:20, 2293:13, 2293:23, 2294:3, 2294:5, 2294:12, 2294:22,

2294:23, 2295:16, 2295:18, 2297:5
**editor's** [4] - 2240:8, 2245:6, 2294:13, 2294:19
**editorial** [7] - 2235:15, 2237:8, 2263:23, 2264:2, 2265:13, 2265:19, 2279:18
**editors** [12] - 2239:13, 2239:24, 2242:24, 2259:6, 2262:1, 2291:21, 2292:15, 2292:22, 2294:2, 2294:15, 2295:7, 2302:3
**Editus** [2] - 2185:18, 2193:24
**effect** [1] - 2258:5
**effective** [2] - 2274:5, 2274:22
**efficiencies** [1] - 2187:6
**effort** [2] - 2179:19, 2180:21
**efforts** [1] - 2277:11
**eight** [1] - 2275:25
**either** [10] - 2177:17, 2238:20, 2265:7, 2267:23, 2271:5, 2279:6, 2285:5, 2293:3, 2293:6
**elaborate** [1] - 2190:17
**elsewhere** [1] - 2294:11
**email** [3] - 2275:19, 2275:23, 2275:24
**embarrassed** [1] - 2294:22
**embarrassing** [1] - 2294:25
**embedded** [5] - 2245:23, 2246:6, 2246:7, 2250:21, 2257:9
**emotional** [1] - 2295:2
**emphasis** [1] - 2241:24
**employed** [2] - 2177:4, 2177:5
**employee** [1] - 2237:10
**employees** [6] - 2188:11, 2188:17, 2188:24, 2188:25, 2189:11, 2189:13
**employer** [1] - 2178:4
**encounter** [2] - 2296:22, 2301:12

**encourage** [2] - 2259:19, 2259:25
**end** [6] - 2185:12, 2186:3, 2248:8, 2284:11, 2292:16, 2292:19
**ending** [1] - 2287:3
**endorsement** [1] - 2265:9
**enhancing** [1] - 2274:5
**ensure** [1] - 2286:9
**enter** [1] - 2293:13
**entertainment** [3] - 2177:7, 2191:5, 2280:23
**entire** [1] - 2272:1
**entities** [1] - 2186:5
**episodic** [1] - 2182:7
**equal** [1] - 2252:6
**equals** [2] - 2251:20, 2252:8
**equity** [4] - 2186:20, 2192:16, 2193:4
**especially** [1] - 2273:10
**essentially** [3] - 2178:15, 2249:18, 2273:22
**establish** [1] - 2295:4
**established** [5] - 2266:7, 2273:5, 2291:13, 2293:3, 2293:5
**estimate** [4] - 2239:18, 2244:8, 2284:5, 2285:10
**estimated** [4] - 2245:4, 2248:23, 2293:11, 2293:14
**estimates** [3] - 2243:6, 2243:10, 2271:6
**estimation** [1] - 2302:6
**et** [2] - 2175:5, 2252:16
**evaluating** [1] - 2187:22
**evaluation** [2] - 2187:24, 2301:21
**event** [1] - 2265:9
**events** [1] - 2183:10
**eventually** [2] - 2235:20, 2236:1
**evidence** [5] - 2233:24, 2275:6, 2275:7, 2275:12, 2286:24
**evident** [1] - 2184:9
**evolved** [1] - 2272:7

2310

evolves [1] - 2272:16
exact [1] - 2184:20
exactly [3] - 2245:24,
2252:17, 2299:24
Examination [6] -
2174:5, 2174:5,
2174:6, 2174:6,
2174:7, 2174:9
EXAMINATION [3] -
2176:21, 2190:11,
2234:9
example [13] -
2247:21, 2248:7,
2256:24, 2258:4,
2263:15, 2271:14,
2273:24, 2277:17,
2281:9, 2282:21,
2287:6, 2289:4,
2293:1
examples [3] -
2186:12, 2289:2,
2295:13
exceeds [1] - 2263:15
excellent [1] - 2189:12
except [1] - 2235:9
excess [5] - 2252:24,
2284:6, 2297:17,
2297:19, 2298:18
excitement [2] -
2269:7, 2271:17
exclusive [1] - 2247:8
exclusively [1] -
2300:11
excuse [5] - 2235:23,
2250:10, 2259:12,
2274:9, 2295:7
executive [2] -
2178:21, 2180:1
executives [3] -
2180:1, 2188:11,
2189:14
Exhibit [6] - 2241:3,
2274:24, 2275:6,
2275:12, 2275:14,
2286:25
exhibit [1] - 2274:23
exhibits [1] - 2174:11
exist [3] - 2276:19,
2276:25, 2277:3
existing [3] - 2293:1,
2294:14, 2294:24
exit [1] - 2194:17
expand [1] - 2272:11
expect [9] - 2194:9,
2280:7, 2280:13,
2280:24, 2281:20,
2282:19, 2282:22,
2290:8, 2293:11
expectation [6] -
2267:24, 2268:1,

2269:13, 2269:15,
2269:18, 2289:9
expectations [6] -
2243:4, 2258:20,
2259:6, 2269:14,
2288:9, 2290:15
expected [3] -
2289:13, 2290:10,
2290:20
expensive [3] -
2281:12, 2298:24,
2300:5
experience [6] -
2237:10, 2274:4,
2286:18, 2291:12,
2291:15, 2292:10
explain [5] - 2185:6,
2186:15, 2187:2,
2191:2, 2191:7
exploitation [1] -
2251:11
expressions [1] -
2191:18
extent [2] - 2180:3,
2188:21

## F

facing [4] - 2193:15,
2241:2, 2275:4,
2287:3
fact [5] - 2182:3,
2182:8, 2183:12,
2184:7, 2187:8
factors [2] - 2264:17,
2293:13
fair [5] - 2192:7,
2282:11, 2285:22,
2290:21, 2294:9
fairly [4] - 2243:21,
2270:8, 2287:12,
2301:9
fall [4] - 2185:1,
2191:13, 2236:24,
2267:9
familiar [2] - 2279:7,
2291:10
famous [1] - 2280:22
fantastic [1] - 2181:22
February [2] -
2177:11, 2178:2
feedback [4] -
2265:10, 2268:2,
2271:4, 2302:11
felt [2] - 2301:25,
2302:10
few [4] - 2190:7,
2238:6, 2245:11,
2298:22
Fifty [1] - 2289:4

figure [2] - 2287:1,
2292:3
figures [1] - 2254:9
fill [1] - 2242:21
filling [1] - 2242:21
film [3] - 2181:24,
2182:6, 2182:12
final [3] - 2187:23,
2263:3, 2264:7
finalist [1] - 2192:13
finance [6] - 2189:7,
2245:25, 2246:15,
2246:17, 2254:16
financial [19] - 2180:2,
2180:6, 2180:7,
2180:18, 2186:7,
2186:9, 2186:14,
2186:19, 2186:23,
2187:7, 2191:4,
2192:3, 2192:5,
2192:6, 2192:8,
2192:11, 2192:14,
2192:25, 2258:19
financing [1] - 2189:6
finish [1] - 2284:15
finished [1] - 2268:8
firm [3] - 2191:2,
2257:20, 2270:8
firms [3] - 2179:12,
2192:16, 2193:4
first [27] - 2178:8,
2182:18, 2184:12,
2188:1, 2191:22,
2192:11, 2235:13,
2235:15, 2238:17,
2242:2, 2242:21,
2242:22, 2243:15,
2245:11, 2245:12,
2245:14, 2245:15,
2247:20, 2252:25,
2264:9, 2266:18,
2269:4, 2270:6,
2271:11, 2271:14,
2293:17
first-year [1] - 2245:15
FISHBEIN [9] -
2175:16, 2176:3,
2176:8, 2176:11,
2176:13, 2176:22,
2189:25, 2194:6,
2194:10
Fishbein [3] - 2175:16
Fishbein............. [1] -
2174:6
Fishbein............... [1] -
2174:5
Fishbein:........... [1] -
2174:7
fit [1] - 2266:23
five [1] - 2276:11

fixed [1] - 2254:9
focus [3] - 2237:6,
2245:18, 2259:8
focused [1] - 2265:17
focusing [2] -
2244:21, 2250:5
folks [1] - 2179:8
follow [1] - 2279:9
followed [1] - 2175:24
foresee [1] - 2183:23
form [1] - 2252:21
formal [2] - 2184:23
formally [1] - 2270:9
format [9] - 2239:20,
2243:1, 2244:21,
2245:7, 2246:1,
2249:12, 2251:25,
2252:23, 2253:15
formats [7] - 2244:22,
2244:24, 2245:5,
2249:8, 2252:16,
2278:15, 2291:16
formula [2] - 2247:11,
2258:7
formulas [1] - 2246:7
forth [1] - 2193:13
forward [2] - 2183:23,
2274:1
four [7] - 2187:24,
2190:16, 2239:5,
2245:14, 2276:10,
2299:12, 2300:17
fourth [3] - 2189:10,
2192:22, 2193:4
France [1] - 2193:25
franchise [6] -
2280:12, 2280:15,
2281:8, 2281:11,
2281:19, 2286:6
franchise-type [1] -
2280:15
frankly [3] - 2186:17,
2187:25, 2279:24
freight [2] - 2252:3,
2253:5, 2253:12
frequently [1] -
2244:13
front [1] - 2287:4
fulfill [2] - 2188:6,
2191:11
fulfillment [1] - 2237:9
full [3] - 2176:25,
2177:2, 2234:13
fully [1] - 2183:22
fund [6] - 2186:20,
2186:21, 2192:18,
2193:16
future [2] - 2184:5,
2270:17

## G

general [3] - 2268:25,
2269:23, 2300:24
generalized [1] -
2239:7
generalizing [1] -
2282:16
generally [6] - 2182:5,
2183:8, 2186:20,
2187:1, 2259:8,
2265:22
generate [4] -
2256:25, 2270:20,
2270:25, 2274:22
generated [2] -
2253:18, 2258:8
genuine [1] - 2280:24
germinate [1] -
2184:16
Gina [1] - 2261:3
Girl [2] - 2289:4
given [8] - 2255:1,
2261:24, 2264:22,
2273:10, 2282:22,
2287:6, 2292:24,
2294:2
glad [1] - 2290:25
glance [1] - 2269:5
Global [4] - 2177:5,
2177:6, 2177:8,
2178:1
global [1] - 2184:17
goal [10] - 2265:20,
2265:21, 2266:4,
2266:7, 2266:11,
2266:24, 2269:13,
2269:21, 2272:19
goals [8] - 2187:24,
2190:16, 2269:3,
2269:3, 2272:22,
2276:5, 2278:3,
2278:5
goods [1] - 2251:22
Government [1] -
2274:24
government [3] -
2176:5, 2274:23,
2279:10
graduating [2] -
2179:6, 2234:17
granular [1] - 2283:11
gravity [1] - 2293:10
great [5] - 2182:24,
2193:6, 2289:3,
2295:1
Great [1] - 2234:2
greater [2] - 2279:12,
2300:1
grew [1] - 2179:9

**Grey** [1] - 2289:4
**gross** [8] - 2246:20, 2249:14, 2249:16, 2249:17, 2249:22, 2250:2, 2250:4, 2251:24
**group** [12] - 2185:4, 2191:17, 2191:19, 2191:21, 2191:25, 2192:4, 2192:10, 2235:24, 2261:10, 2261:11, 2261:21, 2263:5
**Group** [13] - 2238:3, 2242:4, 2261:13, 2261:14, 2261:15, 2262:14, 2262:15, 2262:20, 2276:2, 2276:19, 2276:20, 2276:23, 2277:5
**groups** [2] - 2262:19, 2268:19
**growth** [1] - 2186:20
**guess** [8] - 2181:25, 2194:6, 2252:21, 2257:10, 2277:13, 2292:5, 2300:11, 2300:13

---

**H**

**Habits** [1] - 2289:6
**Hachette** [6] - 2185:20, 2185:21, 2193:9, 2193:11, 2295:16, 2301:8
**Hachette's** [1] - 2185:22
**half** [3] - 2255:2, 2255:14, 2276:6
**hand** [8] - 2176:15, 2192:15, 2192:18, 2234:4, 2238:9, 2252:10, 2253:19, 2271:13
**handle** [2] - 2240:11, 2282:10
**hard** [2] - 2254:17
**hardcover** [7] - 2244:21, 2245:18, 2250:3, 2250:6, 2251:25, 2252:19, 2253:15
**harder** [3] - 2249:17, 2250:16, 2273:12
**Harlan** [2] - 2295:14, 2295:16
**HarperCollins** [5] - 2185:14, 2235:14, 2298:13, 2300:13,

2301:8
**harvest** [1] - 2187:9
**hashed** [2] - 2268:12, 2271:15
**head** [12] - 2193:5, 2235:24, 2260:24, 2260:25, 2261:1, 2261:18, 2261:20, 2262:6, 2262:12, 2262:24, 2276:1
**heading** [1] - 2190:19
**headquartered** [1] - 2193:25
**heads** [4] - 2262:14, 2262:15, 2263:1, 2268:4
**hear** [1] - 2180:5
**heard** [5] - 2185:19, 2279:4, 2280:5, 2286:10
**hedge** [2] - 2186:20, 2193:16
**held** [4] - 2178:13, 2178:17, 2194:18, 2233:23
**hello** [1] - 2175:8
**help** [1] - 2185:5
**helped** [6] - 2191:5, 2191:7, 2191:9, 2191:12, 2191:13
**high** [21] - 2185:2, 2248:8, 2264:11, 2269:15, 2269:17, 2269:19, 2272:22, 2273:10, 2273:21, 2280:8, 2280:17, 2281:20, 2285:24, 2285:25, 2286:10, 2287:13, 2287:18, 2287:20, 2288:1, 2289:6, 2299:5
**high-advance** [1] - 2299:5
**high-end** [1] - 2248:8
**higher** [12] - 2248:9, 2258:7, 2258:8, 2258:13, 2273:13, 2276:6, 2284:9, 2284:10, 2285:15, 2286:19, 2286:20, 2299:16
**higher-advance** [1] - 2273:13
**highest** [4] - 2189:2, 2189:3, 2191:11, 2267:24
**highly** [1] - 2240:6
**hire** [1] - 2247:24
**history** [5] - 2177:12, 2179:4, 2193:13,

2234:17, 2235:12
**hit** [1] - 2283:16
**hoc** [1] - 2237:17
**home** [11] - 2188:8, 2188:11, 2188:14, 2188:16, 2188:22, 2189:10, 2189:12, 2192:8, 2192:23, 2193:1, 2193:6
**Honor** [15] - 2175:3, 2175:22, 2176:3, 2189:25, 2190:4, 2238:9, 2241:14, 2256:14, 2275:5, 2275:9, 2275:14, 2285:3, 2290:1, 2291:1, 2302:14
**hooked** [1] - 2234:19
**hope** [1] - 2286:11
**hopefully** [4] - 2194:12, 2270:5, 2271:3, 2273:15
**hopes** [1] - 2289:6
**hoping** [1] - 2255:7
**hostile** [1] - 2193:15
**House** [30] - 2175:13, 2185:13, 2189:3, 2235:5, 2235:6, 2235:25, 2236:1, 2236:10, 2236:18, 2237:1, 2246:21, 2258:22, 2260:23, 2261:17, 2261:19, 2262:19, 2262:21, 2263:1, 2276:22, 2277:4, 2277:8, 2277:25, 2278:13, 2281:25, 2286:25, 2299:19, 2301:17, 2302:1, 2302:5
**house** [1] - 2293:5
**House's** [5] - 2189:18, 2283:18, 2286:18, 2296:15, 2297:12
**HR** [1] - 2179:23
**human** [1] - 2192:16
**hundred** [8] - 2188:10, 2238:6, 2263:5, 2285:19, 2287:7, 2288:18, 2289:21, 2300:7
**hundreds** [1] - 2286:7
**husband** [3] - 2234:23, 2234:24, 2235:3
**hybrid** [1] - 2186:9
**hypothetical** [1] - 2240:11

---

**I**

**icons** [1] - 2239:5
**ideas** [1] - 2271:19
**identifying** [1] - 2243:1
**Ihan** [1] - 2175:9
**illustrated** [1] - 2267:2
**illustrates** [1] - 2260:12
**illustration** [1] - 2288:15
**illustrative** [1] - 2248:8
**impact** [5] - 2254:2, 2254:3, 2259:6, 2259:15, 2294:23
**impacts** [1] - 2188:23
**important** [6] - 2182:4, 2188:18, 2269:11, 2270:19, 2274:17, 2274:18
**imprint** [4] - 2246:1, 2246:12, 2254:12, 2261:17, 2261:23, 2261:24, 2262:3, 2262:21, 2263:5, 2264:12, 2268:12
**imprints** [4] - 2239:24, 2299:12, 2300:17, 2301:25
**improve** [1] - 2184:19
**improved** [1] - 2183:2
**incentives** [5] - 2247:6, 2247:10, 2247:12, 2247:15, 2247:17
**include** [2] - 2245:15, 2247:10
**includes** [2] - 2190:23, 2237:6
**including** [4] - 2188:24, 2249:20, 2249:21, 2252:16
**income** [1] - 2251:10
**increase** [1] - 2187:14
**increased** [1] - 2271:17
**incremental** [5] - 2248:3, 2254:3, 2259:15, 2259:16, 2259:18
**index** [1] - 2299:20
**indicated** [5] - 2245:21, 2263:8, 2266:16, 2281:20, 2297:10
**indicator** [1] - 2246:14
**individual** [2] - 2270:14, 2292:6

industry [9] - 2279:6, 2283:3, 2283:11, 2283:13, 2283:19, 2285:12, 2299:17, 2299:18, 2302:3
**industry-wide** [3] - 2279:6, 2283:3, 2283:19
**informal** [1] - 2237:22
**information** [3] - 2191:8, 2269:24, 2270:11
**inherent** [1] - 2182:10
**initial** [2] - 2184:18, 2264:8
**initiatives** [1] - 2179:1
**input** [3] - 2250:12, 2255:21, 2264:16
**inputs** [1] - 2242:19
**inputted** [1] - 2254:16
**inserts** [1] - 2253:11
**instilling** [1] - 2294:21
**intellectual** [4] - 2182:2, 2182:7, 2182:9, 2182:11
**intend** [2] - 2183:24, 2184:2
**intended** [1] - 2183:13
**intending** [1] - 2259:25
**intentions** [1] - 2183:5
**interceding** [1] - 2183:10
**interest** [5] - 2185:4, 2185:16, 2191:18, 2193:11, 2270:20
**interested** [3] - 2191:25, 2235:16, 2280:25
**interesting** [1] - 2283:23
**international** [1] - 2236:5
**invest** [2] - 2188:9, 2273:4
**invested** [1] - 2293:18
**investing** [3] - 2273:17, 2294:19, 2294:21
**investment** [7] - 2179:7, 2179:12, 2191:5, 2259:11, 2273:11, 2288:9, 2289:8
**investments** [2] - 2294:1, 2301:24
**investor** [3] - 2182:22, 2183:9, 2186:21
**investors** [1] - 2182:14

2312

**invitations** [1] - 2192:14

**invite** [1] - 2191:17

**invited** [4] - 2191:19, 2191:20, 2191:25, 2192:10

**involved** [4] - 2192:14, 2237:16, 2237:20, 2237:25

**item** [3] - 2243:15, 2246:20, 2253:25

**items** [2] - 2247:18, 2249:2

**iteration** [2] - 2271:20, 2272:6

**iterative** [1] - 2271:12

**itself** [1] - 2247:23

## J

**J.P** [1] - 2179:14

**jacket** [3] - 2247:22, 2265:16, 2270:8

**Jen** [1] - 2263:4

**job** [8] - 2235:13, 2235:15, 2236:12, 2236:13, 2236:25, 2283:3, 2286:13

**John** [1] - 2175:8

**joined** [3] - 2178:14, 2179:4, 2180:18

**judge's** [1] - 2300:3

**judgment** [2] - 2244:18, 2268:20

**Julia** [1] - 2175:14

**Julian** [1] - 2177:2

**JULIAN** [1] - 2177:3

## K

**Kaling** [2] - 2296:2, 2296:13

**keep** [1] - 2293:19

**Kim** [1] - 2175:9

**kind** [12] - 2177:6, 2185:2, 2244:9, 2244:14, 2246:14, 2271:14, 2277:12, 2278:7, 2278:23, 2288:13, 2300:17, 2301:24

**Kindle** [1] - 2236:5

**kinds** [4] - 2178:12, 2247:15, 2272:23, 2272:24

**Kingdom** [1] - 2193:16

**knight** [1] - 2193:17

**Knopf** [5] - 2261:13, 2261:18, 2261:20,

2262:4, 2262:15

**knowing** [1] - 2294:4

**knowledge** [3] - 2185:17, 2277:16, 2277:21

**known** [4] - 2177:8, 2177:10, 2191:4, 2287:1

**Koontz** [2] - 2296:2, 2296:13

## L

**Lagardère** [3] - 2185:23, 2193:15, 2193:18

**language** [1] - 2184:20

**large** [2] - 2192:6, 2272:22

**larger** [1] - 2286:19

**last** [11] - 2194:9, 2250:13, 2262:16, 2277:22, 2278:8, 2278:14, 2281:25, 2284:3, 2293:3, 2293:8

**late** [1] - 2187:21

**launch** [8] - 2236:5, 2266:17, 2266:18, 2266:23, 2267:11, 2267:15, 2267:16, 2274:8

**launched** [1] - 2267:13

**launching** [1] - 2273:4

**lead** [3] - 2235:20, 2236:4, 2276:5

**leader** [1] - 2180:12

**leaders** [1] - 2180:20

**leading** [1] - 2179:19

**least** [5] - 2188:20, 2264:8, 2274:22, 2282:3, 2282:24

**led** [3] - 2184:10, 2235:23, 2263:4

**leeway** [1] - 2261:17

**left** [3] - 2236:3, 2271:13, 2295:17

**left-hand** [1] - 2271:13

**legacy** [2] - 2188:9, 2189:13

**legal** [2] - 2179:23, 2180:3

**legs** [1] - 2274:7

**less** [8] - 2194:13, 2247:1, 2255:20, 2257:17, 2284:10, 2287:20, 2292:16, 2298:24

**lesser** [1] - 2180:3

**level** [24] - 2185:2, 2239:21, 2243:22, 2253:21, 2259:3, 2260:15, 2260:19, 2260:23, 2261:22, 2262:3, 2262:22, 2263:6, 2263:15, 2279:24, 2280:1, 2280:2, 2282:2, 2282:3, 2282:9, 2282:12, 2282:19, 2285:17, 2290:13

**levels** [12] - 2261:13, 2269:9, 2269:22, 2273:1, 2278:3, 2278:9, 2279:16, 2281:18, 2283:23, 2283:24, 2286:21, 2299:5

**lever** [1] - 2274:5

**liberal** [2] - 2260:1, 2260:2

**Library** [1] - 2289:5

**life** [4] - 2234:16, 2245:9, 2266:11, 2282:24

**lifespan** [1] - 2239:4

**lifetime** [8] - 2245:5, 2245:15, 2248:19, 2250:3, 2250:13, 2250:18, 2252:1, 2253:16

**likely** [1] - 2240:22

**lines** [2] - 2184:20, 2249:17

**lion's** [3] - 2287:25, 2288:4, 2289:18

**LionTree** [4] - 2180:8, 2191:2, 2191:3, 2191:4

**list** [12] - 2243:15, 2243:16, 2243:18, 2246:24, 2256:17, 2268:14, 2270:14, 2280:11, 2283:25, 2284:12, 2284:17, 2285:6

**listed** [1] - 2242:18

**live** [2] - 2188:6, 2189:8

**logical** [1] - 2269:18

**Loja** [1] - 2263:4

**look** [9] - 2252:10, 2259:18, 2261:12, 2261:19, 2264:20, 2281:24, 2281:25, 2283:11, 2283:16

**looked** [3] - 2186:2, 2266:10, 2283:13

**looking** [5] - 2258:16, 2258:17, 2258:19, 2264:16, 2281:2

**looks** [1] - 2265:17

**lose** [2] - 2273:14, 2294:25

**loses** [1] - 2294:24

**lost** [9] - 2289:14, 2295:7, 2295:11, 2295:19, 2295:24, 2295:25, 2296:3, 2297:2, 2299:5

**low** [2] - 2288:1, 2292:8

**lowball** [4] - 2294:9, 2294:16, 2294:22

**lowballing** [1] - 2294:14

**lower** [12] - 2255:23, 2258:4, 2258:6, 2258:9, 2261:8, 2276:10, 2285:16, 2285:17, 2286:19, 2286:20, 2294:6, 2299:1

**lower-level** [1] - 2285:17

**lunch** [3] - 2302:15, 2302:19, 2302:20

**Luxembourg** [1] - 2236:3

## M

**M&A** [5] - 2178:15, 2179:1, 2179:22, 2186:17, 2186:24

**M-a-v-j-e-e** [1] - 2262:17

**ma'am** [1] - 2234:3

**Macmillan** [3] - 2235:4, 2295:18, 2295:19

**Madeline** [3] - 2174:8, 2175:24, 2234:14

**major** [3] - 2234:17, 2301:8, 2301:9

**majority** [1] - 2242:13

**management** [9] - 2181:3, 2183:14, 2184:2, 2184:8, 2185:5, 2189:21, 2191:20, 2191:23, 2262:24

**manager** [1] - 2243:23

**Manuel** [1] - 2175:24

**map** [1] - 2283:24

**March** [4] - 2182:19, 2182:20, 2183:3, 2184:13

**Markus** [1] - 2263:2

**margin** [4] - 2247:1, 2255:23, 2255:24, 2257:6

**margins** [3] - 2286:19, 2286:20

**marked** [1] - 2241:15

**market** [15] - 2183:1, 2183:24, 2184:3, 2184:7, 2184:19, 2240:23, 2270:7, 2270:11, 2271:19, 2283:5, 2283:14, 2292:1, 2295:4, 2299:17, 2301:3

**marketing** [30] - 2237:8, 2253:14, 2253:24, 2256:23, 2257:1, 2266:21, 2271:10, 2271:25, 2272:6, 2272:16, 2272:18, 2273:22, 2274:3, 2274:5, 2274:9, 2274:16, 2274:19, 2274:21, 2276:16, 2277:11, 2278:3, 2278:8, 2278:12, 2278:17, 2278:24, 2279:18, 2301:24, 2302:1, 2302:4

**marketplace** [2] - 2184:9, 2189:19

**Markus** [3] - 2236:9, 2237:12, 2263:12

**mask** [2] - 2176:19, 2234:8

**masking** [1] - 2245:11

**MATELSON** [6] - 2190:4, 2190:7, 2190:12, 2194:12, 2233:24, 2234:2

**Matelson** [3] - 2175:9, 2190:5, 2194:11

**Matelson............** [1] - 2174:6

**Matelson...............** [1] - 2174:5

**materials** [1] - 2191:6

**math** [1] - 2255:6

**matter** [2] - 2176:9, 2260:20

**matters** [1] - 2175:21

**Mavjee** [3] - 2261:21, 2262:15, 2275:19

**maximize** [3] - 2188:1, 2295:3, 2295:4

**maximum** [1] - 2268:2

**Maya** [3] - 2261:21, 2262:15, 2275:19

**Maya's** [1] - 2262:16
**McIntosh** [5] - 2174:8,
2175:24, 2234:11,
2234:14, 2241:18
**mean** [11] - 2247:7,
2259:21, 2266:1,
2267:20, 2279:11,
2281:14, 2281:22,
2291:17, 2292:25,
2298:10
**meaning** [3] -
2185:12, 2269:1,
2290:8
**means** [5] - 2178:15,
2186:15, 2193:6,
2237:16, 2245:2,
2262:23, 2289:12
**measure** [1] - 2272:8
**measured** [1] -
2243:11
**Media** [2] - 2179:9,
2179:10
**media** [9] - 2177:7,
2191:5, 2235:17,
2235:18, 2265:9,
2270:16, 2271:4,
2274:11
**meet** [2] - 2189:22,
2269:3
**meeting** [19] -
2191:23, 2235:17,
2262:23, 2266:17,
2266:18, 2267:12,
2267:14, 2267:15,
2267:16, 2267:17,
2267:20, 2267:22,
2268:2, 2268:9,
2268:14, 2268:15,
2268:21, 2271:3,
2271:14
**meetings** [5] - 2267:2,
2269:12, 2269:20,
2269:25, 2271:12
**members** [2] -
2183:14, 2194:16
**memory** [1] - 2193:19
**mention** [1] - 2287:1
**mentioned** [9] -
2180:6, 2184:3,
2185:25, 2187:18,
2190:16, 2191:1,
2192:3, 2192:23,
2193:8
**mentioning** [1] -
2276:17
**merchandising** [1] -
2247:13
**merged** [3] - 2177:15,
2177:21, 2236:15
**merger** [15] - 2177:19,

2177:24, 2178:15,
2179:1, 2180:15,
2180:24, 2180:25,
2181:1, 2236:16,
2242:11, 2258:3,
2258:9, 2261:17,
2276:22, 2276:24
**messaging** [1] -
2184:18
**met** [2] - 2234:24
**Michael** [1] - 2175:18
**microphone** [1] -
2180:4, 2234:20
**Midnight** [1] - 2289:5
**might** [7] - 2185:3,
2188:22, 2191:10,
2192:19, 2269:5,
2269:8
**million** [47] - 2237:18,
2237:21, 2242:15,
2250:12, 2250:15,
2250:19, 2250:21,
2250:22, 2251:14,
2251:17, 2252:6,
2252:8, 2254:21,
2255:8, 2255:18,
2255:20, 2257:7,
2257:9, 2257:10,
2257:23, 2257:25,
2262:10, 2262:25,
2263:8, 2263:13,
2273:24, 2276:7,
2282:25, 2284:2,
2284:6, 2284:8,
2284:13, 2284:17,
2284:19, 2284:20,
2285:4, 2285:6,
2285:7, 2285:13,
2285:16, 2285:18,
2297:8, 2297:19,
2300:7
**million-dollar** [1] -
2237:18
**millions** [6] - 2280:13,
2280:14, 2281:22,
2282:6, 2284:1
**mindset** [1] - 2272:8
**Mindy** [2] - 2296:2,
2296:13
**mine** [1] - 2194:10
**minus** [1] - 2249:18
**minutes** [3] - 2194:10,
2194:15, 2256:6
**mission** [5] - 2181:11,
2181:12, 2181:13,
2182:24
**misstate** [1] - 2285:21
**Mitchell** [1] - 2175:18
**moment** [2] - 2184:16,
2272:4

**momentary** [1] -
2273:18
**money** [6] - 2272:13,
2273:6, 2273:14,
2273:24, 2273:25,
2274:20
**monitor** [1] - 2238:21
**months** [3] - 2235:9,
2236:7, 2264:6
**Morgan** [2] - 2179:14,
2182:22
**morning** [18] - 2175:3,
2175:10, 2175:11,
2175:12, 2175:15,
2175:16, 2175:19,
2175:23, 2176:15,
2176:23, 2176:24,
2190:4, 2190:6,
2190:13, 2190:14,
2234:11, 2234:12,
2256:12
**most** [16] - 2186:17,
2188:16, 2240:19,
2244:13, 2258:24,
2264:6, 2269:11,
2270:21, 2274:4,
2274:17, 2274:18,
2282:2, 2283:11,
2287:17, 2289:10,
2296:21
**Mother's** [1] - 2264:19
**motivations** [1] -
2186:25
**move** [5] - 2180:4,
2233:24, 2236:3,
2245:13, 2275:6
**moved** [5] - 2235:18,
2235:20, 2236:1,
2236:19, 2236:25
**movies** [1] - 2182:3
**moving** [1] - 2239:8
**multimillion** [1] -
2282:14
**multimillion-dollar** [1]
- 2282:14
**multiple** [4] - 2183:14,
2239:23, 2239:24,
2240:1
**multiplying** [1] -
2246:24

**N**

**name** [9] - 2176:25,
2177:2, 2177:8,
2177:20, 2178:1,
2234:13, 2235:1,
2242:5, 2262:16
**named** [1] - 2296:4
**names** [3] - 2280:11,

2280:12, 2287:2
**naming** [1] - 2186:5
**narrative** [2] - 2270:22
**Naveen** [2] - 2180:18,
2180:19
**necessarily** [1] -
2186:22
**need** [8] - 2190:8,
2194:6, 2234:20,
2258:21, 2260:4,
2264:19, 2270:11,
2291:9
**needed** [2] - 2184:11,
2301:24
**negative** [3] - 2249:22,
2250:2, 2251:24
**neglected** [1] - 2275:5
**negotiating** [2] -
2280:7, 2286:14
**negotiation** [1] -
2293:12
**negotiations** [5] -
2191:14, 2291:4,
2291:7, 2291:8,
2292:22
**Nelson** [1] - 2175:17
**Nestor** [1] - 2302:23
**net** [13] - 2243:24,
2246:2, 2247:16,
2249:4, 2254:19,
2254:21, 2255:11,
2255:23, 2256:18,
2257:5, 2258:9,
2258:11, 2260:3
**never** [4] - 2269:20,
2277:15, 2277:18,
2277:20
**new** [4] - 2177:20,
2235:17, 2235:18,
2236:18
**newly** [1] - 2236:10
**News** [2] - 2185:13,
2186:1
**next** [14] - 2236:16,
2246:20, 2253:25,
2260:9, 2261:12,
2261:19, 2262:6,
2263:24, 2264:25,
2266:14, 2269:25,
2270:12, 2293:7,
2293:9
**nice** [1] - 2302:20
**non** [4] - 2295:24,
2296:18, 2296:19,
2296:23
**non-Big** [4] - 2295:24,
2296:18, 2296:19,
2296:23
**noncore** [1] - 2183:13
**Noni** [1] - 2175:17

**Nora** [2] - 2295:14,
2295:18
**North** [1] - 2251:8
**Norton** [2] - 2235:15,
2296:24
**NOTE** [1] - 2302:22
**note** [1] - 2182:4
**nothing** [2] - 2184:10,
2238:20
**notice** [1] - 2243:24
**novel** [1] - 2273:2
**November** [4] -
2187:21, 2193:10,
2193:19
**number** [62] -
2181:10, 2183:9,
2188:20, 2188:23,
2237:17, 2238:1,
2240:22, 2240:24,
2243:25, 2244:4,
2244:7, 2245:17,
2245:20, 2246:3,
2246:4, 2246:7,
2247:6, 2247:7,
2247:8, 2248:16,
2251:14, 2253:10,
2253:18, 2255:10,
2255:12, 2255:14,
2256:25, 2258:17,
2258:18, 2258:20,
2259:9, 2259:14,
2260:19, 2262:9,
2264:17, 2265:21,
2265:23, 2266:1,
2266:2, 2266:3,
2266:4, 2266:12,
2268:9, 2269:11,
2269:13, 2271:7,
2272:2, 2272:19,
2274:1, 2274:3,
2280:25, 2285:1,
2285:20, 2287:3,
2287:7, 2287:19,
2292:4, 2292:5,
2293:11, 2296:13,
2297:24, 2298:2
**numbers** [6] - 2240:2,
2253:16, 2266:9,
2276:10, 2285:15,
2300:3

**O**

**o'clock** [1] - 2302:16
**Oath** [2] - 2176:16,
2234:5
**objection** [1] - 2275:8
**objections** [1] -
2233:25
**objectives** [1] -
2191:11

**obligations** [3] -
2188:6, 2188:7,
2189:8
**obvious** [1] - 2269:5
**obviously** [3] -
2238:1, 2253:8,
2259:16
**occasions** [1] -
2183:14
**occur** [1] - 2273:8
**odd** [4] - 2245:17,
2245:20, 2247:6,
2253:15
**offer** [5] - 2239:14,
2292:24, 2294:5,
2294:10, 2294:22
**offered** [1] - 2189:1
**offers** [4] - 2189:1,
2191:16, 2191:22,
2193:21
**offhand** [3] - 2285:1,
2285:20, 2298:21
**officer** [2] - 2178:22,
2180:18
**offset** [2] - 2245:2,
2250:25
**often** [10] - 2187:5,
2246:10, 2246:11,
2259:13, 2265:7,
2266:21, 2268:3,
2268:6, 2292:19,
2298:12
**oftentimes** [1] -
2187:14
**old** [2] - 2188:10,
2235:17
**once** [4] - 2177:20,
2265:4, 2282:24,
2293:18
**one** [42] - 2177:22,
2179:19, 2180:20,
2181:15, 2190:18,
2192:5, 2192:15,
2192:16, 2236:21,
2240:10, 2240:20,
2240:21, 2242:13,
2242:19, 2245:13,
2246:6, 2258:15,
2260:5, 2263:3,
2264:16, 2266:7,
2266:13, 2267:17,
2267:21, 2269:1,
2269:4, 2273:1,
2280:18, 2283:13,
2286:7, 2289:6,
2289:12, 2290:5,
2293:8, 2295:2,
2295:3, 2297:7
**ones** [9] - 2191:10,
2280:12, 2287:18,

2288:13, 2288:16,
2289:13, 2290:9,
2290:18, 2296:3
**online** [4] - 2235:19,
2235:20, 2235:23,
2272:10
**open** [3] - 2190:1,
2190:8, 2233:23
**operations** [2] -
2236:11, 2237:8
**opportunities** [1] -
2187:14
**opportunity** [6] -
2187:6, 2267:25,
2268:18, 2268:23,
2269:4, 2269:10
**opposed** [1] - 2286:16
**option** [1] - 2291:8
**order** [1] - 2271:7
**orders** [2] - 2271:6,
2271:9
**ordinary** [1] - 2280:6
**organize** [4] -
2191:12, 2274:6,
2276:15, 2277:11
**organizing** [1] -
2266:22
**otherwise** [1] - 2182:1
**ourselves** [3] -
2181:17, 2274:6,
2293:20
**outbound** [3] -
2252:3, 2253:5,
2253:12
**outcome** [1] - 2292:21
**outlets** [1] - 2300:12
**output** [1] - 2239:21
**outset** [1] - 2193:1
**outside** [1] - 2290:16
**outstrips** [2] - 2289:9,
2290:14
**overall** [1] - 2246:13
**overhead** [9] - 2254:1,
2254:8, 2254:11,
2254:13, 2258:4,
2258:6, 2258:9,
2259:21, 2260:4
**overpaying** [1] -
2292:19
**overperformance** [1] -
2288:9
**override** [2] - 2256:24,
2257:1
**oversee** [1] - 2237:15
**overseeing** [1] -
2178:15
**own** [8] - 2177:14,
2177:15, 2186:22,
2187:8, 2242:9,
2242:12, 2251:3,

2268:20
**owned** [2] - 2177:18,
2185:18
**owner** [2] - 2177:23,
2188:8
**owners** [1] - 2182:8
**ownership** [1] -
2193:10
**owning** [1] - 2182:11
**owns** [1] - 2186:18

---

# P

**P&L** [36] - 2239:15,
2239:17, 2240:9,
2240:25, 2241:8,
2241:10, 2241:24,
2242:5, 2242:9,
2242:14, 2242:17,
2244:22, 2244:23,
2245:3, 2250:21,
2251:14, 2253:24,
2254:11, 2256:16,
2257:3, 2257:9,
2257:13, 2257:17,
2257:25, 2258:15,
2266:3, 2266:4,
2266:10, 2275:6,
2279:24, 2279:25,
2282:8, 2282:15,
2282:18, 2286:22,
2297:6
**P&Ls** [4] - 2239:23,
2240:1, 2253:21,
2263:16
**p.m** [2] - 2302:22,
2302:24
**PAGE** [1] - 2174:2
**page** [3] - 2245:5,
2250:24, 2263:25
**paid** [6] - 2274:9,
2274:21, 2284:1,
2300:7
**painfully** [1] - 2281:12
**pairing** [1] - 2302:3
**Pam** [5] - 2238:17,
2241:2, 2260:8,
2263:20, 2263:24
**pandemic** [1] -
2184:17
**paper** [1] - 2248:2
**paperbacks** [1] -
2252:16
**Paramount** [4] -
2177:5, 2177:6,
2177:8, 2178:1
**parent** [2] - 2185:23,
2193:11
**part** [16] - 2176:5,
2189:21, 2192:3,

2240:19, 2250:25,
2251:2, 2251:21,
2257:10, 2271:13,
2276:23, 2277:8,
2277:10, 2279:15,
2283:3, 2283:6,
2293:21
**participate** [1] -
2191:20
**participated** [1] -
2185:11
**participation** [1] -
2238:4
**particular** [10] -
2240:8, 2241:24,
2242:5, 2242:14,
2244:23, 2265:9,
2266:24, 2267:11,
2267:25, 2285:23
**particularly** [6] -
2184:8, 2193:4,
2259:9, 2260:5,
2272:7, 2295:1
**partnered** [1] - 2179:8
**parts** [2] - 2181:14,
2265:22
**party** [1] - 2237:9
**pass** [1] - 2176:11
**past** [3] - 2244:11,
2278:12, 2281:2
**path** [1] - 2259:20
**pause** [1] - 2194:3
**Pavone** [1] - 2235:2
**pay** [10] - 2186:25,
2187:11, 2188:5,
2239:22, 2240:14,
2259:10, 2260:1,
2274:12, 2284:6,
2292:4
**paying** [5] - 2273:24,
2286:10, 2291:16,
2291:23, 2292:16
**pencil** [1] - 2242:23
**Penguin** [33] -
2175:13, 2185:13,
2235:5, 2235:6,
2236:15, 2236:18,
2236:19, 2237:1,
2238:3, 2242:4,
2242:10, 2246:21,
2258:22, 2261:13,
2261:15, 2261:16,
2261:22, 2262:4,
2262:14, 2262:20,
2263:4, 2276:24,
2277:17, 2277:18,
2278:13, 2281:24,
2283:17, 2286:18,
2286:25, 2296:15,
2297:12, 2299:19,

2301:13
**people** [18] - 2179:19,
2179:22, 2179:23,
2179:24, 2179:25,
2185:3, 2191:19,
2191:21, 2192:10,
2262:12, 2268:7,
2269:6, 2280:22,
2280:23, 2280:25,
2298:6
**per** [1] - 2248:15
**percent** [45] - 2246:4,
2247:3, 2253:20,
2254:22, 2255:2,
2255:7, 2255:11,
2255:15, 2255:17,
2255:24, 2257:5,
2257:14, 2258:1,
2258:24, 2259:2,
2278:13, 2278:16,
2278:18, 2278:19,
2282:1, 2282:2,
2282:3, 2284:11,
2284:18, 2285:6,
2285:7, 2288:15,
2288:16, 2289:15,
2289:16, 2289:17,
2289:19, 2289:22,
2289:23, 2290:6,
2290:7, 2290:18,
2297:14, 2297:15,
2299:16, 2299:18,
2299:19
**percentage** [29] -
2194:1, 2245:20,
2245:24, 2248:9,
2251:18, 2253:19,
2255:7, 2256:25,
2278:11, 2278:14,
2284:7, 2284:13,
2284:14, 2284:15,
2284:16, 2285:15,
2285:16, 2287:11,
2287:13, 2288:11,
2288:12, 2292:21,
2297:12, 2298:18,
2298:20, 2298:25,
2299:10, 2299:14,
2299:17
**percentages** [3] -
2246:7, 2246:10,
2254:15
**performance** [3] -
2272:9, 2289:9,
2290:14
**performed** [1] -
2283:14
**perhaps** [1] - 2188:18
**period** [5] - 2177:10,
2183:10, 2193:14,

2264:22, 2289:16
**permanent** [1] -
2235:15
**permission** [1] -
2247:21
**permitted** [1] -
2183:16
**person** [3] - 2240:16,
2261:2, 2262:6
**personal** [2] -
2293:22, 2293:24
**personalities** [1] -
2268:19
**perspective** [1] -
2294:12
**PETROCELLI** [44] -
2175:12, 2175:22,
2234:10, 2238:9,
2238:12, 2238:15,
2238:17, 2239:1,
2239:3, 2241:1,
2241:4, 2241:14,
2241:17, 2249:7,
2253:4, 2256:4,
2256:14, 2256:15,
2260:8, 2260:10,
2263:20, 2263:21,
2263:24, 2264:1,
2274:25, 2275:3,
2275:11, 2275:13,
2275:16, 2275:18,
2278:20, 2278:22,
2285:3, 2285:9,
2289:1, 2290:1,
2290:3, 2290:25,
2291:3, 2295:9,
2299:4, 2301:1,
2302:13, 2302:17
**Petrocelli** [4] -
2175:12, 2175:15,
2256:3, 2256:13
**Petrocelli............** [1] -
2174:9
**phases** [3] - 2239:8,
2266:14, 2266:15
**pick** [1] - 2243:1
**place** [3] - 2271:10,
2278:7, 2278:8
**placeholder** [1] -
2253:18
**plan** [7] - 2271:4,
2271:10, 2271:25,
2272:6, 2272:16,
2272:18
**planning** [4] -
2265:14, 2272:2,
2297:4, 2297:6
**plans** [4] - 2184:4,
2271:15, 2271:20,
2271:23

**plant** [6] - 2247:18,
2247:19, 2248:4,
2248:8
**platform** [1] - 2273:6
**play** [7] - 2243:3,
2268:1, 2268:13,
2269:9, 2271:24,
2272:1, 2297:24
**player** [1] - 2292:6
**players** [1] - 2292:1
**playing** [2] - 2193:17,
2270:15
**plays** [1] - 2264:18
**plenty** [1] - 2284:2
**plus** [5] - 2251:19,
2252:6, 2252:12,
2298:7
**podium** [1] - 2175:6
**point** [10] - 2235:17,
2235:25, 2239:12,
2244:19, 2248:12,
2250:9, 2264:12,
2271:5, 2271:8,
2273:23
**points** [1] - 2243:21
**political** [1] - 2287:1
**politics** [1] - 2280:23
**popularity** [1] -
2292:13
**populate** [1] - 2191:7
**portion** [3] - 2179:25,
2190:1, 2302:22
**position** [5] - 2180:9,
2236:10, 2236:17,
2236:23, 2279:10
**positioned** [1] -
2300:18
**positions** [1] -
2178:13
**positive** [10] - 2250:3,
2252:1, 2259:19,
2260:3, 2260:7,
2268:7, 2270:16,
2270:25, 2273:3,
2302:12
**possible** [1] - 2184:2
**post** [1] - 2258:9
**post-merger** [1] -
2258:9
**potential** [7] - 2185:8,
2186:1, 2188:24,
2191:6, 2191:9,
2191:10, 2268:5
**potentially** [4] -
2192:8, 2192:25,
2193:3, 2193:7
**power** [1] - 2273:13
**PPB** [3] - 2248:1,
2248:4, 2248:8
**predecessor** [2] -

2178:10, 2235:8
**predecessors** [1] -
2178:9
**predicted** [1] -
2287:18
**preempted** [1] -
2297:7
**preempts** [1] - 2291:9
**preference** [2] -
2292:10, 2293:19
**preferred** [1] -
2291:21
**preliminary** [1] -
2175:21
**prepare** [1] - 2191:6
**prepared** [1] - 2302:23
**prepublication** [1] -
2266:15
**present** [3] - 2191:6,
2267:18, 2270:13
**presentation** [2] -
2183:9, 2191:24
**presentations** [3] -
2185:5, 2189:22,
2191:20
**presented** [1] - 2267:1
**presenting** [3] -
2266:19, 2266:20,
2270:10
**president** [4] -
2178:21, 2236:10,
2236:19, 2238:3
**pretend** [1] - 2267:8
**pretty** [5] - 2234:19,
2256:20, 2270:6,
2271:3, 2282:9
**PRH** [2] - 2295:7,
2295:11
**price** [14] - 2188:18,
2189:2, 2189:4,
2239:20, 2243:2,
2243:15, 2243:16,
2243:18, 2243:21,
2243:22, 2246:24,
2255:5, 2256:17,
2257:20
**prices** [1] - 2243:20
**pride** [1] - 2293:20
**primary** [1] - 2237:6
**principle** [1] - 2266:22
**print** [4] - 2244:23,
2266:4, 2270:23,
2271:2
**printer** [1] - 2271:7
**printing** [3] - 2248:2,
2271:1, 2271:8
**prints** [1] - 2266:1
**priorities** [4] -
2181:6, 2181:7, 2181:19,
2182:25, 2184:1

**priority** [6] - 2268:16,
2268:17, 2268:22,
2268:25, 2269:2,
2269:9
**private** [3] - 2186:20,
2192:16, 2193:4
**problem** [1] - 2274:19
**proceed** [2] - 2183:2,
2256:13
**proceeded** [1] -
2185:5
**Proceedings** [3] -
2194:18, 2233:23,
2302:24
**process** [21] -
2179:18, 2184:21,
2184:23, 2185:2,
2185:4, 2185:11,
2186:3, 2187:17,
2187:18, 2187:25,
2191:1, 2191:9,
2191:12, 2193:1,
2240:7, 2263:23,
2264:2, 2265:13,
2265:19, 2271:12,
2299:23
**producing** [2] -
2181:8, 2240:6
**proffer** [1] - 2191:21
**profit** [26] - 2249:14,
2249:16, 2249:17,
2249:22, 2250:2,
2250:4, 2251:24,
2254:19, 2254:21,
2255:7, 2255:11,
2255:23, 2257:6,
2258:9, 2258:11,
2259:2, 2259:6,
2260:3, 2286:18,
2286:20, 2287:25,
2288:4, 2288:17,
2288:18, 2289:10
**profitability** [5] -
2286:15, 2287:13,
2289:19, 2289:20,
2290:7
**profitable** [8] -
2258:22, 2258:24,
2287:8, 2287:11,
2287:12, 2287:20,
2288:15, 2289:16
**profits** [1] - 2290:16
**program** [13] -
2241:25, 2242:5,
2242:9, 2242:10,
2245:21, 2245:23,
2246:3, 2246:6,
2246:7, 2248:6,
2248:6, 2255:1,
2255:10

**project** [2] - 2240:8,
2264:11
**projected** [1] -
2245:12
**projections** [1] -
2245:15
**projects** [1] - 2182:13
**prom** [1] - 2296:3
**prominent** [1] -
2296:3
**promoted** [2] -
2235:24, 2236:14
**promotional** [1] -
2247:13
**property** [4] - 2182:2,
2182:7, 2182:9,
2182:12
**prove** [1] - 2192:12
**provide** [2] - 2181:23,
2302:5
**pub** [9] - 2265:20,
2265:21, 2266:3,
2266:7, 2266:11,
2266:24, 2270:8,
2271:21
**public** [6] - 2182:14,
2183:3, 2194:17,
2241:2, 2275:4,
2287:3
**publication** [13] -
2239:9, 2253:1,
2254:3, 2254:7,
2259:23, 2264:8,
2264:13, 2264:14,
2265:1, 2265:4,
2265:20, 2266:13,
2266:15
**publicists** [2] -
2270:1, 2270:15
**publicity** [6] -
2266:20, 2271:10,
2274:11, 2274:16,
2274:18, 2278:24
**publicly** [1] - 2183:4
**publish** [6] - 2257:19,
2259:17, 2264:5,
2269:17, 2271:23,
2299:12
**published** [7] -
2241:11, 2244:11,
2267:10, 2284:3,
2285:13, 2287:7,
2302:9
**publisher** [17] -
2181:22, 2185:18,
2236:1, 2251:1,
2251:2, 2261:17,
2261:23, 2261:24,
2261:25, 2262:1,
2262:3, 2262:21,

2264:13, 2265:24, 2267:23, 2268:5, 2293:23

**publishers** [19] - 2182:5, 2185:16, 2237:23, 2251:5, 2263:5, 2268:13, 2291:16, 2295:7, 2295:11, 2295:22, 2295:24, 2296:18, 2296:23, 2296:25, 2297:2, 2297:24, 2298:7, 2301:10, 2301:11

**publishes** [3] - 2235:1, 2235:3, 2299:10

**publishing** [20] - 2177:16, 2192:17, 2193:22, 2193:24, 2234:16, 2234:25, 2235:12, 2237:7, 2237:16, 2242:2, 2242:8, 2251:1, 2253:20, 2254:12, 2277:6, 2277:8, 2284:24, 2299:9, 2301:6, 2301:23

**Publishing** [13] - 2236:20, 2238:3, 2242:4, 2261:13, 2261:14, 2261:15, 2262:14, 2262:15, 2276:1, 2276:19, 2276:20, 2276:23, 2277:5

**pull** [1] - 2240:23

**purchasers** [1] - 2185:9

**pure** [1] - 2297:24

**pure-play** [1] - 2297:24

**putting** [5] - 2242:22, 2255:5, 2256:17, 2256:24, 2279:14

**PX** [5] - 2174:12, 2174:12, 2174:13, 2233:24, 2275:12

## Q

**quantitatively** [1] - 2298:4

**quarterly** [1] - 2183:8

**questions** [4] - 2190:7, 2194:3, 2286:15, 2290:4

**quite** [4] - 2187:15, 2273:4, 2302:12

**quote** [1] - 2298:7

## R

**raise** [2] - 2176:15, 2234:4

**rally** [1] - 2269:7

**Random** [35] - 2175:13, 2185:13, 2189:3, 2189:18, 2235:5, 2235:6, 2235:25, 2236:1, 2236:10, 2236:18, 2237:1, 2246:21, 2258:22, 2260:23, 2261:16, 2261:19, 2262:19, 2262:21, 2263:1, 2276:22, 2277:4, 2277:8, 2277:25, 2278:13, 2281:24, 2283:18, 2286:18, 2286:25, 2296:15, 2297:12, 2299:19, 2301:17, 2302:1, 2302:5

**rare** [1] - 2264:5

**rate** [6] - 2245:22, 2246:4, 2246:6, 2248:15, 2248:17, 2249:4

**rates** [1] - 2249:8

**rather** [4] - 2191:21, 2250:22, 2251:1, 2266:25

**read** [2] - 2268:7, 2269:6

**READ** [2] - 2175:8, 2175:11

**Read** [1] - 2175:8

**readers** [1] - 2286:7

**Readers** [2] - 2262:20, 2263:4

**readership** [1] - 2264:24

**ready** [3] - 2175:20, 2265:8, 2269:16

**real** [1] - 2272:14

**realize** [1] - 2187:6

**reallocate** [2] - 2181:18, 2183:25

**really** [32] - 2192:12, 2241:23, 2244:13, 2244:18, 2248:7, 2252:22, 2253:18, 2259:9, 2265:17, 2266:10, 2266:11, 2267:20, 2268:12, 2269:2, 2269:11, 2269:15, 2271:14, 2271:21, 2271:22, 2272:1, 2272:7, 2273:2, 2277:15,

2277:23, 2285:14, 2294:4, 2294:7, 2296:3, 2298:6, 2301:21, 2301:23, 2302:1

**reap** [2] - 2293:25, 2295:5

**reason** [2] - 2273:21, 2300:16

**reasonable** [2] - 2243:2, 2292:23

**reasonably** [1] - 2192:6

**reasons** [5] - 2183:22, 2183:25, 2188:20, 2192:13, 2293:9

**recap** [1] - 2256:16

**receive** [6] - 2188:2, 2239:23, 2240:1, 2273:3, 2302:11

**received** [2] - 2259:2, 2275:7

**receives** [2] - 2285:23, 2285:25

**recent** [2] - 2177:9, 2297:3

**recently** [3] - 2296:3, 2296:14, 2297:6

**Recess** [1] - 2256:11

**recognize** [1] - 2241:5

**recollection** [1] - 2193:16

**recommendation** [1] - 2181:16

**recommending** [1] - 2265:11

**record** [7] - 2175:7, 2176:25, 2234:13, 2244:12, 2286:9, 2293:2, 2293:5

**Recross** [1] - 2174:6

**Recross-Examination** [1] - 2174:6

**recruited** [2] - 2179:10, 2236:9

**Redirect** [2] - 2174:6, 2174:7

**reduction** [1] - 2193:5

**refer** [2] - 2178:4, 2298:6

**referred** [1] - 2286:5

**referring** [3] - 2178:6, 2269:20, 2269:21

**refers** [1] - 2261:23

**reflected** [6] - 2240:22, 2245:1, 2245:2, 2245:4, 2281:1, 2290:15

**reflecting** [3] -

**reflection** [1] - 2240:7

**regarding** [2] - 2182:15, 2237:13

**register** [1] - 2246:22

**regular** [1] - 2300:11

**regularly** [2] - 2237:23, 2270:23

**regulatory** [2] - 2190:20, 2190:23

**reiterated** [1] - 2183:11

**related** [6] - 2191:14, 2192:14, 2193:5, 2265:14, 2274:3

**relates** [2] - 2182:15, 2237:9

**relationship** [7] - 2177:17, 2185:19, 2185:21, 2185:22, 2193:9, 2293:23, 2294:18

**relationships** [2] - 2192:15, 2294:3

**relative** [1] - 2292:1

**relatively** [1] - 2288:1

**relevant** [2] - 2270:20, 2270:21

**religious** [1] - 2299:10

**relying** [1] - 2244:13

**remain** [2] - 2240:19, 2273:19

**remains** [2] - 2183:21

**remember** [3] - 2184:19, 2186:13, 2193:12

**remove** [2] - 2176:19, 2234:8

**renders** [1] - 2181:20

**renewing** [1] - 2292:25

**reorganized** [1] - 2301:17

**rep** [1] - 2270:1

**repeat** [2] - 2244:10, 2293:17

**report** [3] - 2180:13, 2237:11, 2262:1

**reported** [2] - 2180:15, 2302:23

**REPORTER** [1] - 2295:8

**REPORTER'S** [1] - 2302:22

**reporting** [1] - 2180:19

**reports** [3] - 2261:6, 2283:12, 2283:13

**representation** [1] -

2182:9

**representatives** [1] - 2189:22

**represented** [1] - 2297:13

**reps** [2] - 2270:10, 2270:12

**reputation** [1] - 2189:18

**reputational** [3] - 2188:20, 2188:23, 2294:23

**require** [1] - 2272:23

**required** [2] - 2257:20, 2279:22

**respect** [9] - 2177:13, 2180:9, 2180:13, 2180:14, 2182:12, 2183:5, 2283:17, 2283:18, 2291:8

**responsibilities** [2] - 2237:4, 2237:13

**responsible** [3] - 2178:23, 2237:5, 2237:15

**rest** [3] - 2254:13, 2289:19, 2300:5

**restate** [1] - 2250:17

**result** [2] - 2188:3, 2291:15

**results** [4] - 2254:4, 2272:6, 2272:12, 2272:15

**resume** [3] - 2175:20, 2194:3, 2256:6

**retail** [5] - 2247:2, 2247:9, 2264:20, 2300:12, 2300:24

**retailers** [4] - 2247:10, 2247:14, 2252:4, 2265:11

**return** [6] - 2245:20, 2245:22, 2245:24, 2246:4, 2246:6

**returns** [4] - 2245:21, 2246:1, 2247:5, 2247:17

**revenue** [2] - 2187:7, 2249:18

**review** [6] - 2181:4, 2181:10, 2258:15, 2263:16, 2270:16, 2283:2

**reviewers** [1] - 2270:24

**reviewing** [1] - 2260:6, 2271:5

**reviews** [2] - 2263:11, 2263:12

**Rhys** [2] - 2296:4,

2296:14

**right-hand** [2] - 2252:10, 2253:19

**rights** [6] - 2182:4, 2182:5, 2182:10, 2251:4, 2251:7, 2264:5

**Riverhead** [2] - 2297:6, 2299:7

**Roberts** [2] - 2295:14, 2295:18

**robin** [11] - 2291:7, 2291:17, 2291:19, 2291:20, 2292:8, 2292:11, 2292:12, 2292:14, 2292:15, 2292:19

**robust** [1] - 2270:6

**role** [10] - 2178:17, 2179:15, 2179:18, 2193:17, 2235:5, 2269:9, 2270:16, 2271:24, 2272:1, 2293:14

**roles** [1] - 2178:17

**room** [1] - 2191:8

**roughly** [2] - 2247:3, 2247:4

**round** [14] - 2191:22, 2192:11, 2243:25, 2291:7, 2291:17, 2291:19, 2291:20, 2292:8, 2292:11, 2292:12, 2292:14, 2292:15, 2292:19

**round-robin** [11] - 2291:7, 2291:17, 2291:19, 2291:20, 2292:8, 2292:11, 2292:12, 2292:14, 2292:15, 2292:19

**rounds** [3] - 2185:8, 2185:10, 2185:12

**routine** [1] - 2237:23

**royalties** [17] - 2248:10, 2248:13, 2248:14, 2248:17, 2248:19, 2248:23, 2249:23, 2250:14, 2250:18, 2251:17, 2251:19, 2252:6, 2252:9, 2252:14, 2252:15

**royalty** [5] - 2248:15, 2248:17, 2249:4, 2249:8, 2250:10

**Rudzin** [1] - 2175:14

**rule** [1] - 2269:23

**runs** [1] - 2255:4

## S

**S-p-a-n** [1] - 2267:6

**safer** [1] - 2292:20

**sale** [14] - 2179:15, 2180:14, 2183:2, 2184:15, 2184:21, 2184:23, 2187:17, 2191:3, 2191:12, 2247:9, 2264:21, 2272:5, 2274:5, 2281:3

**sales** [70] - 2191:1, 2235:19, 2235:20, 2235:21, 2235:23, 2235:24, 2236:10, 2237:8, 2243:3, 2243:6, 2243:10, 2243:24, 2245:2, 2245:4, 2245:12, 2245:16, 2246:2, 2246:20, 2246:21, 2247:12, 2247:16, 2249:4, 2258:20, 2265:23, 2266:9, 2267:17, 2267:18, 2267:24, 2268:4, 2269:1, 2269:5, 2269:13, 2269:15, 2269:17, 2269:21, 2269:25, 2270:4, 2270:5, 2270:9, 2270:10, 2270:12, 2271:5, 2272:11, 2272:19, 2272:22, 2273:7, 2274:16, 2274:21, 2274:22, 2276:5, 2278:3, 2278:5, 2278:14, 2278:18, 2278:24, 2279:18, 2282:3, 2283:2, 2287:18, 2288:1, 2289:9, 2295:1, 2295:3, 2296:4, 2299:14

**salespeople** [3] - 2266:21, 2267:19, 2269:22

**Sansigre** [1] - 2175:25

**satisfy** [1] - 2191:8

**sausage** [1] - 2267:21

**savings** [1] - 2187:6

**saw** [5] - 2263:16, 2266:3, 2277:18, 2277:20, 2286:22

**scheduled** [1] - 2267:10

**Schiller** [1] - 2175:14

**Scholastic** [8] - 2296:24, 2297:23,
2297:25, 2298:4, 2298:8, 2298:13, 2298:15, 2298:16

**Schuster** [30] - 2175:17, 2177:16, 2177:18, 2177:24, 2179:16, 2180:1, 2180:14, 2180:21, 2180:23, 2181:15, 2181:20, 2182:11, 2182:16, 2182:23, 2183:5, 2183:12, 2183:17, 2183:18, 2183:19, 2184:13, 2186:2, 2187:23, 2188:12, 2188:13, 2189:2, 2191:7, 2192:9, 2193:1, 2298:9, 2301:2

**scores** [1] - 2193:5

**screen** [3] - 2238:19, 2238:20, 2275:17

**SE** [1] - 2175:5

**seal** [2] - 2233:25, 2275:10

**season** [4] - 2266:24, 2266:25, 2267:3, 2267:8

**seasonality** [1] - 2264:18

**seated** [2] - 2176:18, 2234:7

**second** [6] - 2186:11, 2188:4, 2190:18, 2192:17, 2274:18, 2287:10

**secure** [1] - 2270:16

**see** [35] - 2190:14, 2242:15, 2242:23, 2244:2, 2245:13, 2248:19, 2249:17, 2250:15, 2250:16, 2250:23, 2253:19, 2255:10, 2255:18, 2259:18, 2262:23, 2264:20, 2267:2, 2268:4, 2268:8, 2271:13, 2275:21, 2275:22, 2276:7, 2276:8, 2282:8, 2282:19, 2283:15, 2283:17, 2287:6, 2287:10, 2287:13, 2288:6, 2298:12, 2299:25, 2302:21

**seeing** [3] - 2240:20, 2254:25, 2276:4

**seem** [5] - 2243:21, 2269:5, 2269:18, 2292:20

**seemingly** [1] - 2272:12

**select** [5] - 2191:17, 2191:19, 2191:25, 2268:9

**selecting** [1] - 2269:9

**selects** [1] - 2244:4

**self** [1] - 2184:9

**self-evident** [1] - 2184:9

**sell** [3] - 2180:21, 2180:23, 2182:9, 2183:16, 2183:19, 2183:24, 2239:19, 2239:20, 2244:6, 2245:7, 2264:19, 2272:3, 2272:20, 2274:2, 2280:9, 2280:13, 2280:14, 2280:18, 2281:13, 2281:20, 2282:5, 2282:23, 2287:17, 2287:22, 2293:7, 2293:12, 2300:16, 2300:20, 2300:22

**seller** [3] - 2260:15, 2280:11, 2284:12

**sellers** [8] - 2279:14, 2280:19, 2281:5, 2281:6, 2281:11, 2281:16, 2287:24, 2290:10

**selling** [8] - 2188:13, 2279:3, 2280:4, 2280:8, 2280:11, 2281:1, 2282:23, 2288:3

**sells** [1] - 2273:14

**send** [2] - 2270:24, 2271:7

**sense** [6] - 2268:6, 2271:3, 2272:21, 2284:22, 2290:22, 2300:4

**sent** [2] - 2270:18, 2276:13

**separate** [2] - 2277:3, 2278:24

**separately** [1] - 2182:10

**series** [3] - 2247:17, 2267:2, 2269:12

**serves** [1] - 2193:17

**session** [4] - 2176:6, 2190:8, 2194:4, 2194:9

**set** [11] - 2187:15, 2245:25, 2248:8, 2253:12, 2253:20, 2264:9, 2264:10,

**seemingly** [1] - 2272:12

**select** [5] - 2191:17, 2191:19, 2191:25, 2268:9

2265:4, 2268:24, 2301:9, 2301:22

**seven** [2] - 2178:24, 2297:15

**several** [1] - 2238:6

**Shades** [1] - 2289:4

**shape** [1] - 2271:20

**shaping** [1] - 2271:20

**share** [4] - 2287:25, 2288:4, 2289:18, 2295:4

**shareholder** [1] - 2185:24

**shareholders** [1] - 2182:15

**shares** [1] - 2283:5

**sharing** [1] - 2275:24

**sheet** [3] - 2184:1, 2251:3, 2252:25

**ship** [3] - 2252:4, 2266:12, 2271:9

**shipped** [6] - 2245:17, 2245:20, 2246:4, 2246:25, 2256:17, 2271:25

**shipping** [3] - 2253:5, 2265:25, 2271:1

**shocks** [1] - 2290:18

**short** [1] - 2243:20

**shortly** [1] - 2178:16

**show** [3] - 2239:7, 2274:23, 2286:24

**showing** [9] - 2244:23, 2245:12, 2245:14, 2248:16, 2250:3, 2254:2, 2254:21, 2288:15, 2289:15

**shy** [1] - 2179:7

**side** [3] - 2252:10, 2253:20, 2297:21

**signed** [1] - 2187:19

**significance** [1] - 2184:4

**significant** [4] - 2185:23, 2288:9, 2289:8, 2295:20

**similar** [9] - 2178:17, 2186:18, 2186:22, 2187:4, 2187:8, 2189:20, 2264:24, 2273:1, 2299:7

**Simon** [30] - 2175:17, 2177:16, 2177:18, 2177:23, 2179:16, 2180:1, 2180:14, 2180:21, 2180:23, 2181:14, 2181:20, 2182:11, 2182:16, 2182:23, 2183:5,

2318

2183:12, 2183:16,
2183:17, 2183:19,
2184:13, 2186:2,
2187:23, 2188:12,
2188:13, 2189:2,
2191:7, 2192:8,
2193:1, 2298:9,
2301:2
**simple** [1] - 2254:5
**Sing** [1] - 2289:3
**single** [1] - 2260:4
**sits** [1] - 2267:20
**situation** [4] - 2257:5,
2257:23, 2259:1,
2299:7
**situations** [5] -
2259:9, 2292:18,
2296:21, 2296:23
**size** [1] - 2244:16
**skepticism** [2] -
2192:11, 2193:4
**skipping** [1] - 2267:17
**Slide** [2] - 2287:2,
2287:3
**slide** [2] - 2271:13,
2289:15
**slightly** [2] - 2242:12,
2300:18
**slim** [1] - 2176:11
**slow** [1] - 2235:11
**slowly** [1] - 2243:13
**small** [5] - 2186:8,
2191:25, 2192:5,
2192:20, 2238:9
**smaller** [1] - 2192:18
**sold** [12] - 2184:13,
2186:19, 2186:22,
2187:5, 2248:16,
2248:24, 2251:22,
2282:4, 2286:16,
2286:19, 2300:10,
2302:10
**solely** [1] - 2264:14
**solicit** [2] - 2191:16,
2191:21
**solicited** [2] - 2185:4,
2185:6
**solidly** [1] - 2259:19
**someone** [3] -
2186:21, 2192:19,
2244:10
**sometimes** [5] -
2187:7, 2187:15,
2247:10, 2270:22,
2270:23
**soon** [2] - 2184:2,
2234:18
**sorry** [18] - 2234:21,
2245:10, 2249:3,
2250:2, 2250:16,

2252:5, 2259:21,
2275:1, 2284:22,
2284:25, 2285:15,
2288:11, 2288:20,
2289:11, 2290:5,
2291:17, 2294:15,
2298:20
**sort** [7] - 2184:16,
2193:15, 2250:23,
2289:13, 2300:12,
2300:13, 2300:14
**sovereign** [1] -
2192:18
**space** [5] - 2191:5,
2298:6, 2298:10,
2299:13, 2300:20
**span** [5] - 2266:25,
2267:3, 2267:4,
2267:11, 2270:14
**SPAN** [1] - 2267:5
**spans** [1] - 2267:7
**speaking** [2] -
2178:23, 2182:21
**special** [1] - 2279:21
**specific** [2] - 2186:5,
2239:11
**specifically** [1] -
2182:25
**spell** [2] - 2176:25,
2262:16
**spelled** [1] - 2177:2
**spend** [8] - 2273:6,
2273:22, 2274:3,
2274:20, 2278:11,
2282:6, 2282:13,
2284:2
**spending** [2] -
2246:13, 2296:25
**spent** [3] - 2239:10,
2278:17, 2284:8
**spots** [1] - 2242:24
**spread** [1] - 2300:6
**spring** [2] - 2236:24,
2267:9
**stacking** [1] - 2264:25
**stage** [3] - 2191:24,
2280:16, 2281:2
**stake** [1] - 2193:18
**stand** [1] - 2234:3
**standard** [1] - 2241:10
**Stanley** [1] - 2182:22
**start** [11] - 2178:8,
2242:24, 2242:25,
2243:3, 2268:6,
2268:8, 2280:20,
2292:8, 2296:25,
2297:2, 2299:6
**start-up** [2] - 2296:25,
2297:2
**start-ups** [1] - 2299:6

**started** [3] - 2179:8,
2235:8, 2235:14
**starting** [5] - 2235:13,
2239:5, 2269:6,
2271:9, 2273:3
**starts** [2] - 2242:17,
2275:19
**state** [4] - 2184:16,
2176:25, 2183:23,
2234:13
**statements** [1] -
2182:14
**States** [7] - 2175:4,
2175:8, 2190:5,
2193:23, 2194:1,
2237:6, 2237:10
**stayed** [1] - 2236:13
**stays** [1] - 2258:11
**Stearns** [1] - 2179:14
**step** [1] - 2270:12
**Stephen** [1] - 2175:16
**steps** [1] - 2266:16
**still** [4] - 2180:12,
2269:17, 2289:9,
2295:22
**stool** [1] - 2274:7
**stop** [1] - 2272:13
**store** [1] - 2271:18
**stores** [3] - 2253:6,
2300:11, 2300:21
**straight** [1] - 2251:17
**strategic** [14] -
2178:25, 2181:6,
2181:7, 2181:18,
2182:25, 2183:12,
2184:1, 2186:7,
2186:8, 2186:14,
2186:18, 2187:4,
2192:5, 2192:19
**strategics** [1] -
2186:23
**strategy** [10] -
2178:17, 2178:22,
2178:25, 2182:15,
2267:14, 2267:19,
2268:9, 2268:15,
2268:21, 2271:13
**streaming** [4] -
2181:8, 2181:24,
2182:1, 2182:13
**stronger** [1] - 2302:4
**strongest** [1] - 2302:1
**strongly** [1] - 2274:17
**struggling** [2] -
2301:21, 2301:23
**stuff** [1] - 2274:12
**subject** [3] - 2176:9,
2281:15, 2291:4
**subjective** [1] - 2240:7
**subjects** [1] - 2290:3

**sublicense** [1] -
2251:5
**submissions** [1] -
2291:8
**submit** [1] - 2191:18
**submitted** [1] -
2185:12
**subsequently** [1] -
2178:18
**subset** [1] - 2268:14
**subsidiary** [2] -
2185:13, 2185:14
**substantially** [1] -
2187:15
**subtraction** [2] -
2251:21, 2254:18
**succeed** [1] - 2301:22
**success** [2] - 2269:5,
2302:6
**successful** [2] -
2282:3
**successfully** [1] -
2272:10
**suggested** [7] -
2243:7, 2255:10,
2255:17, 2257:6,
2258:12, 2259:6,
2260:18
**Suggested** [1] -
2254:25
**suggesting** [1] -
2181:17
**sum** [1] - 2252:14
**summer** [3] - 2178:11,
2180:19, 2267:9
**sunk** [1] - 2273:23
**supervisory** [1] -
2293:14
**support** [7] - 2271:18,
2272:24, 2274:7,
2274:14, 2274:19,
2301:25, 2302:4
**supported** [1] -
2302:10
**supportive** [2] -
2181:11, 2181:13
**surprises** [2] - 2290:6,
2290:11
**SVP** [1] - 2178:14
**synergies** [3] -
2187:6, 2187:9,
2187:14
**synergy** [1] - 2187:14
**system** [2] - 2248:12,
2278:7

## T

**table** [1] - 2175:9
**Tammy** [1] - 2302:23

**Tart** [1] - 2261:25
**tasks** [1] - 2191:2
**tax** [1] - 2179:24
**team** [10] - 2179:21,
2179:22, 2180:2,
2180:10, 2180:12,
2181:3, 2183:15,
2184:8, 2262:24,
2302:1
**team's** [1] - 2277:11
**teams** [2] - 2237:15,
2278:24
**television** [3] -
2181:24, 2182:6,
2182:12
**temp** [1] - 2235:14
**template** [2] -
2241:10, 2253:12
**ten** [2] - 2277:22,
2278:8
**tend** [3] - 2252:25,
2268:11, 2298:23
**tenuous** [1] - 2280:21
**term** [2] - 2279:5,
2279:7
**terms** [15] - 2184:4,
2186:10, 2186:14,
2189:5, 2192:22,
2243:22, 2247:9,
2265:25, 2268:13,
2283:22, 2283:24,
2286:13, 2287:16,
2287:17, 2300:19
**territories** [1] - 2251:5
**territory** [3] - 2258:24,
2259:19, 2260:7
**testified** [1] - 2301:16
**testimony** [5] -
2176:6, 2185:20,
2256:7, 2291:5,
2302:19
**themselves** [1] -
2276:16
**thereafter** [1] -
2191:20
**thereby** [1] - 2294:5
**they've** [2] - 2253:1,
2286:13
**thinking** [2] - 2254:5,
2293:13
**third** [5] - 2189:10,
2192:22, 2237:9,
2274:14, 2288:6
**third-party** [1] -
2237:9
**thousand** [15] -
2238:6, 2263:6,
2282:24, 2283:14,
2283:16, 2283:18,
2283:20, 2283:21,

2283:22, 2283:25, 2284:4, 2284:11, 2284:12, 2285:12, 2300:8
**thousands** [1] - 2286:7
**threaten** [1] - 2294:11
**three** [13] - 2185:25, 2186:11, 2186:13, 2187:23, 2189:1, 2240:12, 2254:25, 2267:8, 2274:7, 2274:15, 2274:16, 2276:10, 2296:10
**threshold** [2] - 2237:18, 2261:8
**thresholds** [3] - 2258:19, 2260:12, 2260:14
**throwing** [1] - 2272:13
**tie** [1] - 2265:10
**tied** [6] - 2272:16, 2272:19, 2278:3, 2278:9, 2279:15, 2280:3
**timing** [2] - 2184:14, 2184:17
**title** [7] - 2178:20, 2237:24, 2239:24, 2240:1, 2240:9, 2240:13, 2240:14
**titled** [1] - 2236:14
**titles** [9] - 2178:18, 2244:14, 2267:23, 2270:14, 2276:5, 2283:18, 2285:12, 2287:22
**today** [4] - 2183:22, 2185:23, 2186:13, 2193:20
**together** [4] - 2181:3, 2187:9, 2262:24, 2267:1
**took** [4] - 2181:16, 2193:17, 2261:21, 2277:16
**tool** [1] - 2270:19
**top** [30] - 2242:14, 2245:11, 2250:24, 2260:15, 2279:3, 2279:14, 2280:3, 2280:8, 2280:15, 2280:18, 2281:5, 2281:6, 2281:11, 2281:16, 2282:1, 2282:2, 2283:14, 2283:16, 2283:19, 2283:21, 2283:22, 2283:25, 2284:4, 2284:7, 2284:17,

2288:3, 2290:9, 2292:4, 2292:5
**topics** [2] - 2237:17, 2302:13
**total** [7] - 2248:19, 2251:6, 2251:22, 2252:13, 2253:25, 2258:19, 2287:12
**totals** [5] - 2245:5, 2250:14, 2250:18, 2252:1, 2253:16
**towards** [1] - 2184:1
**Townsquare** [2] - 2179:9, 2179:10
**track** [7] - 2244:12, 2283:5, 2283:7, 2283:8, 2286:9, 2293:2, 2293:5
**trade** [5] - 2181:22, 2252:16, 2297:12, 2299:14, 2300:5
**trailing** [1] - 2246:14
**Train** [1] - 2289:5
**transaction** [4] - 2186:24, 2187:3, 2190:17, 2292:16
**transcript** [1] - 2302:23
**translate** [3] - 2239:20, 2274:20, 2281:16
**translating** [1] - 2272:11
**tremendous** [1] - 2182:2
**trend** [1] - 2300:22
**trial** [3] - 2175:20, 2279:2, 2302:22
**triangulate** [1] - 2244:15
**true** [5] - 2183:22, 2240:19, 2260:18, 2272:23, 2273:19
**trust** [2] - 2294:19, 2294:21
**try** [3] - 2252:24, 2264:24, 2297:4
**trying** [6] - 2265:9, 2270:16, 2276:15, 2285:11, 2295:3, 2295:4
**turn** [5] - 2184:6, 2240:25, 2276:3, 2287:2, 2291:4
**turned** [1] - 2281:13
**turns** [2] - 2265:7, 2281:3
**twenty** [1] - 2297:15
**twenty-seven** [1] - 2297:15

**two** [15] - 2185:10, 2192:13, 2252:13, 2258:18, 2261:12, 2262:19, 2272:25, 2289:12, 2296:3, 2297:10, 2298:12, 2302:13, 2302:21
**twoish** [1] - 2289:18
**Tyndale** [1] - 2301:11
**type** [6] - 2186:5, 2280:15, 2285:23, 2285:25, 2292:16, 2300:14
**types** [2] - 2187:10, 2252:15
**typically** [3] - 2281:18, 2282:19, 2283:17

## U

**U.S** [4] - 2190:23, 2235:6, 2237:1, 2278:14
**ultimately** [4] - 2181:15, 2185:10, 2192:12, 2243:5
**unanticipated** [2] - 2287:24, 2288:3
**under** [13] - 2188:7, 2190:19, 2233:25, 2242:14, 2250:13, 2253:14, 2260:22, 2275:10, 2284:13, 2284:16, 2284:19, 2284:20, 2299:20
**under-index** [1] - 2299:20
**undergraduate** [1] - 2179:6
**underlying** [1] - 2182:8
**understandably** [1] - 2286:8
**understood** [1] - 2281:14
**undertake** [2] - 2184:21, 2184:22
**undertook** [1] - 2181:4
**unearned** [12] - 2248:10, 2249:1, 2249:24, 2250:14, 2250:18, 2251:16, 2251:20, 2252:6, 2252:18, 2252:22, 2252:23, 2252:24
**unexpected** [1] - 2288:24
**unfortunately** [1] - 2295:12

**unit** [6] - 2245:17, 2245:20, 2246:25, 2248:3, 2248:15, 2256:17
**unit's** [1] - 2246:4
**United** [8] - 2175:4, 2175:8, 2190:5, 2193:16, 2193:23, 2194:1, 2237:6, 2237:10
**units** [13] - 2243:24, 2244:2, 2245:4, 2245:6, 2245:22, 2248:23, 2255:5, 2256:18, 2276:6, 2282:15, 2282:18, 2282:23, 2286:16
**unless** [1] - 2290:4
**unpredictable** [2] - 2288:8, 2288:12
**unquote** [1] - 2298:7
**up** [31] - 2176:11, 2188:6, 2189:8, 2234:3, 2235:20, 2238:9, 2238:17, 2244:8, 2245:10, 2250:14, 2250:15, 2258:9, 2258:11, 2260:8, 2261:17, 2261:18, 2262:10, 2262:22, 2262:25, 2263:1, 2263:5, 2263:13, 2271:21, 2279:9, 2284:11, 2292:9, 2292:16, 2292:19, 2293:9, 2296:25, 2297:2
**updated** [1] - 2246:11
**uplift** [1] - 2187:7
**ups** [1] - 2299:6

## V

**validate** [1] - 2291:25
**valuation** [1] - 2240:6
**value** [5] - 2183:12, 2187:10, 2187:15, 2188:1, 2188:15
**values** [1] - 2300:14
**values-type** [1] - 2300:14
**variable** [6] - 2248:3, 2254:2, 2254:6, 2254:7, 2259:22, 2259:23
**variation** [1] - 2248:7
**variations** [1] - 2242:12
**varies** [1] - 2238:1
**variety** [1] - 2179:25

**various** [4] - 2178:25, 2187:10, 2246:10, 2260:12
**vary** [4] - 2240:2, 2240:3, 2240:4, 2247:11
**venture** [1] - 2186:21
**verify** [1] - 2285:14
**versus** [2] - 2241:25, 2273:5
**Viacom** [15] - 2175:24, 2177:14, 2177:17, 2177:19, 2177:20, 2178:5, 2178:10, 2178:13, 2178:18, 2179:4, 2179:10, 2180:15, 2181:1, 2182:14, 2187:19
**ViacomCBS** [19] - 2175:17, 2177:10, 2177:22, 2177:23, 2178:1, 2178:4, 2178:8, 2178:10, 2178:19, 2178:20, 2178:24, 2180:7, 2180:11, 2180:16, 2180:23, 2183:16, 2183:17, 2183:19, 2187:22
**ViacomCBS's** [3] - 2179:15, 2180:21, 2181:21
**vice** [1] - 2178:21
**video** [5] - 2181:8, 2181:23, 2182:6, 2182:25
**view** [2] - 2260:14, 2294:13
**Viking** [1] - 2261:25
**virtue** [2] - 2177:24, 2187:8
**vision** [3] - 2240:8, 2240:20, 2240:22
**Vivendi** [10] - 2185:15, 2185:16, 2185:21, 2185:22, 2185:23, 2186:1, 2193:8, 2193:10, 2193:17, 2193:22
**volume** [1] - 2282:20
**volumes** [1] - 2281:21

## W

**walk** [1] - 2241:23
**Walmart** [1] - 2300:22
**wants** [1] - 2239:12
**ways** [1] - 2268:13
**wealth** [2] - 2182:2, 2192:18

**well-known** [2] - 2191:4, 2287:1
**whereas** [4] - 2266:11, 2269:4, 2292:3, 2292:8
**white** [1] - 2193:17
**who've** [1] - 2269:6
**whole** [10] - 2234:16, 2262:23, 2266:11, 2269:12, 2270:14, 2278:14, 2278:16, 2299:17, 2299:18, 2300:14
**wide** [4] - 2279:6, 2283:2, 2283:3, 2283:19
**widgets** [1] - 2240:5
**willing** [3] - 2189:6, 2292:4, 2292:6
**willingness** [2] - 2189:6, 2271:18
**win** [1] - 2240:24
**winning** [1] - 2192:12
**winter** [1] - 2267:8
**wish** [1] - 2234:8
**witness** [3] - 2176:2, 2176:4, 2238:13
**WITNESS** [24] - 2176:17, 2176:20, 2234:6, 2238:20, 2238:23, 2249:5, 2252:7, 2252:9, 2252:12, 2252:17, 2252:20, 2256:9, 2275:1, 2284:25, 2288:14, 2288:22, 2288:25, 2289:14, 2289:24, 2290:12, 2290:21, 2298:20, 2298:23, 2300:15
**Witnesses** [1] - 2174:3
**wondering** [1] - 2238:21
**word** [1] - 2177:22
**words** [4] - 2187:18, 2189:21, 2279:14, 2280:3
**world** [2] - 2251:4, 2272:21
**world's** [1] - 2181:8
**worldwide** [2] - 2251:7, 2251:11
**worthwhile** [1] - 2259:11
**writer** [1] - 2234:25
**written** [1] - 2264:15
**Wylie** [1] - 2257:22

## Y

**year** [15] - 2177:11, 2236:19, 2245:15, 2252:25, 2267:7, 2278:12, 2278:14, 2280:11, 2281:25, 2282:4, 2282:6, 2282:22, 2282:23, 2283:15, 2284:3
**year's** [1] - 2245:12
**years** [14] - 2177:9, 2177:18, 2178:24, 2179:7, 2188:10, 2261:21, 2264:7, 2266:9, 2275:25, 2277:22, 2278:8, 2296:13, 2297:3
**yielded** [1] - 2257:6
**Young** [2] - 2262:20, 2263:4

## Z

**Zando** [2] - 2297:7, 2299:8
**zero** [2] - 2239:11, 2259:16