1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2

3    THE UNITED STATES OF AMERICA,        Civil Action
                                          No. 21-02886
4              Plaintiff(s),

5          vs.

6    BERTELSMANN SE & CO. KGAA,           Washington, D.C.
     et al,                               August 15, 2022
7                                         2:03 p.m.
               Defendant(s).              **AFTERNOON SESSION**
8    ------------------------------------------------------------

9                    TRANSCRIPT OF BENCH TRIAL
               BEFORE THE HONORABLE FLORENCE Y. PAN
10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF:        John R. Read, Esquire
                               Ihan Kim, Esquire
13                             Melvin A. Schwarz, Esquire
                               Anna Cross, Esquire
14                             Jessica Leal, Esquire
                               Bennett Matelson, Esquire
15                             United States Department of Justice
                               Antitrust Division
16                             450 Fifth Street, Northwest
                               Washington, D.C. 20530
17

18   FOR THE DEFENDANTS        Daniel M. Petrocelli, Esquire
     BERTELSMANN and           Megan Smith, Esquire
19   PENGUIN RANDOM HOUSE:     O'Melveny & Meyers, LLP
                               1999 Avenue of the Stars
20                             Eighth Floor
                               Los Angeles, California 90067
21

22

23

24

25

```
1    APPEARANCES (Cont.)

2    FOR THE DEFENDANTS          Andrew J. Frackman, Esquire
     BERTELSMANN and            Abby Rudzin, Esquire
3    PENGUIN RANDOM HOUSE:      O'Melveny & Myers, LLP
                                7 Times Square
4                               New York, New York 10036

5
     FOR THE DEFENDANTS          Stephen Fishbein, Esquire
6    VIACOMCBS and              Shearman & Sterling, LLP
     SIMON & SCHUSTER:          599 Lexington Avenue
7                               New York, New York 10022

8
                                Ryan A. Shores, Esquire
9                               Michael Mitchell, Esquire
                                Shearman & Sterling, LLP
10                              401 Ninth Street, Northwest
                                Washington, D.C. 20004
11

12

13
     REPORTED BY:               Tammy Nestor, RMR, CRR
14                              Official Court Reporter
                                333 Constitution Avenue NW
15                              Washington, D.C. 20001
                                tammy_nestor@dcd.uscourts.gov
16

17

18

19

20

21

22

23

24

25
```

```
1                        I-N-D-E-X

2
     WITNESS              DIRECT   CROSS   REDIRECT   RECROSS
3
4    MADELINE MCINTOSH

5      BY MR. PETROCELLI    2331              2391

6      BY MS. CROSS                 2355

7    MANUEL SANSIGRE

8      BY MR. FRACKMAN      2400

9

10   PLAINTIFF'S EXHIBITS                        PAGE

11      68                                       2389

12      107                                      2374

13      116                                      2376

14      121                                      2379

15      148                                      2412

16      168                                      2411

17      174                                      2365

18      190                                      2361

19      218                                      2356

20      241                                      2386

21      405                                      2407

22      406                                      2410

23      411                                      2371

24      416                                      2417

25
```

```
 1   PLAINTIFF'S EXHIBITS (Cont.)              PAGE

 2       421                                   2381

 3       438                                   2363

 4       864                                   2420

 5       986                                   2382

 6

 7   DEFENDANT'S EXHIBITS                      PAGE

 8       22                                    2352

 9       415                                   2418

10       417                                   2438

11       433                                   2393

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  The following proceedings began at 2:03 p.m.:
 2           THE COURT:  Good afternoon.  Ready when you are,
 3  Mr. Petrocelli.
 4           MR. PETROCELLI:  Thank you, Your Honor.
 5                    DIRECT EXAMINATION (Continued)
 6  BY MR. PETROCELLI:
 7  Q    Ms. McIntosh, I want to talk about internal competition
 8  within the different divisions.
 9       Going back to the 2013 Penguin Random House merger,
10  Penguin had its own children's division?
11  A    Yes.
12  Q    And Random House had its own?
13  A    Yes.  Children's division, yes.
14  Q    And when the companies merged, did you combine them or
15  keep them separate?
16  A    We kept them separate.
17  Q    And have they continued to remain separate?
18  A    Yes, they have.
19  Q    And do they bid against one another in auctions for books?
20  A    They do.
21  Q    Now, we have heard a fair amount of testimony so far that
22  the policy at Penguin Random House is to allow imprints to
23  compete with one another across divisions provided there's an
24  external bidder in the process.  Is~that right?
25  A    Yes.
```

1    Q    Okay.  Now, just to be clear, on the -- on imprints within

2    a single division, if multiple editors within one of the

3    divisions had been approached and want to bid, how does that

4    work?

5    A    They can each submit a bid.  Within a division, they each

6    have their own approach to how they manage the communication

7    with the agent, but it is a common occurrence that multiple

8    imprints within the same division would be bidding for the same

9    work.

10   Q    Isn't that a situation that requires, under your policy, a

11   single house bid?

12   A    It requires -- for that division, it requires that

13   division to submit the bids together to the agent.  As I said,

14   they handle it in variable ways, but in the Penguin division,

15   for example, the imprints communicate to a central person in

16   that division what number they want to bid.  And that person,

17   as long as there are multiple imprints, that person manages the

18   communications of those bids which are sometimes the same and

19   sometimes different to the agent.

20   Q    So just so I'm clear, I am only focusing now on a

21   situation where there are multiple imprints in one division and

22   one division only, right?

23   A    Yes.

24   Q    And let's say three editors from different imprints are

25   approached.  They fill out three P&Ls?

```
1    A      Yes.

2    Q      And let's say they had three different numbers.  Would all

3    three numbers be communicated to the agent?

4    A      It depends on the auction structure.  If it is a rounds

5    auction, then normally what would happen is there would be a

6    Penguin group, Penguin Publishing group, number submitted on

7    behalf of imprint A, B, and C.

8           And then as those rounds progress, it could be that

9    imprint C decides just to hold, that they are not going to

10   progress to a higher bid, they want to keep their number active

11   and aware, you know, to the agent, but that the other two are

12   going to continue to progress.

13          If it turns out that there's only one Penguin imprint that

14   is still in the auction, then that imprint communicates

15   directly with the agent on their own.

16   Q      And when the -- we are talking about an auction now,

17   right?

18   A      In this case we are talking about a rounds auction, yes.

19   Q      Let's stick with that.  It's a round auction, and we have

20   three different bids coming from the same division.  This

21   person who communicates to the agent, does the person

22   communicate all three numbers or just one number?

23   A      They could do either.  If it's a rounds auction, usually

24   they would communicate just one number.  But I was trying to

25   point out that if there are -- if imprint C, for example,
```

```
 1   doesn't want to pay as much but still wants to be considered,
 2   then they might be communicating those different numbers to the
 3   agent at the same time.
 4   Q    What happens if the author, for whatever --
 5              THE COURT:  I'm sorry.  Then Penguin would have two
 6   numbers in the auction?
 7              THE WITNESS:  In that case, yes, but they could have
 8   any -- yes, that's correct.
 9   BY MR. PETROCELLI:
10   Q    What would happen then if the author said, hey, I want to
11   stick with imprint A, but C in the same division offered the
12   highest number?
13   A    Uh-huh.
14   Q    Can the author then get the highest number but with the
15   preferred imprint?
16   A    It's up to that -- to each of the imprints to decide if
17   they are willing to go up to that higher number.  And imprints
18   have different feelings about their appetite for different
19   acquisitions.  There could be an imprint that might think that
20   higher number is just too much to pay, so they might say I
21   would love to publish you, but I am only going to go to this
22   number.
23   Q    So you can't force the issue, right?
24   A    No.
25              THE COURT:  I'm sorry, so do they each have a budget?
```

```
 1   Why would they not just pay the higher one since ultimately

 2   it's coming from the same place?

 3          THE WITNESS:  Because they don't have individual

 4   acquisition budgets.  We don't have acquisition budgets in that

 5   way.  But they might just feel that that advance is too high

 6   for -- they might have different sales expectations, for

 7   example.  They might think that, if we pay that much, that's

 8   putting too much risk on this -- maybe it's a debut novel -- we

 9   are putting too much risk on this author's debut.  I think

10   there's a risk that if -- that we could end up in an unhappy

11   situation if we don't sell enough copies.  So they might think

12   there's too much heat in that advance number.

13   BY MR. PETROCELLI:

14   Q    Does the editor get compensated in part based on how he or

15   she did with, you know, with the sale of a book relative to the

16   advance?

17   A    No.  No.  Our compensation structure is there's a base

18   salary and then there's a bonus.  And the bonus is, for

19   bonus-eligible employees, is calculated on the same basis for

20   all -- for everyone in the company.

21          Certainly if an editor has a repeated track record of big,

22   successful books that are very profitable for the company, then

23   I would expect that editor would bring that up at the time of

24   their salary negotiation.  But there's no direct tie between a

25   book's performance and that editor's compensation.
```

```
1   Q    Is there a post mortem done on each and every book

2   acquisition whereby at some point in time after the book has

3   been on sale for a while and you can see how it performed, you

4   go back, or someone goes back, and compares it to the P&L and,

5   you know, gives it a grade of some sort, says, well, you really

6   paid too much for this or you paid too little?

7        Is there any kind of post mortem like that that's done on

8   a regular systematic basis?

9   A    Post mortems can be run anytime.  And it is a fairly

10  routine thing to run a post mortem.  It would be a post mortem

11  P&L.  I don't think the business manager who is running it

12  would necessarily be comparing it to the time of acquisition.

13  They would be doing an actual P&L based on the actual cost and

14  revenue of that book.

15       And different groups within the company do this in

16  different schedules.  There's no set time of year when

17  everybody has to run their post mortem P&Ls.

18  Q    Is there a system in place whereby an actual P&L is

19  rendered at some point after the sale and then compared to the

20  original estimate or guess in the acquisition P&L?

21  A    There's no systematic approach to that.  I think if you

22  run a post mortem P&L and it's showing very negative results,

23  then my prediction would be that person would go back and say,

24  well, where were we wrong, at the time of acquisition, what did

25  we get wrong, because we are always trying to learn as we go
```

1    forward.  But there's no -- these are tools that are readily

2    available, and different parts of the company are going to use

3    them in different ways.

4    Q    Do you require and receive regular post mortem reports of

5    comparisons back to the original P&Ls?

6    A    No, I don't.

7    Q    So sticking with the internal bidding, it is the case that

8    imprints can bid against other imprints in other divisions

9    without going through this house bid procedure?

10   A    Agreed, yes.

11   Q    Okay.  Now, is there a system in place at the company

12   whereby whenever any editor receives a submission, that editor

13   lets everyone else know that he or she has received the

14   submission?

15   A    No.

16   Q    Is there a system in place whereby whenever an editor

17   actually wants to make a bid for a book, that editor contacts

18   the editors or someone in the other imprints throughout the

19   company to give notification?

20   A    No.  The editor would, if they want to bid on a book, they

21   would communicate with their publisher and possibly their

22   division head depending on the level.  And it would be a common

23   thing then for there to be some degree of communication within

24   the division so that they know that this many of us within this

25   division are interested in the book.

1       But there's —— to answer your question, there's no system

2    or systematic approach or process that triggers them to

3    communicate with the other divisions about that.

4    Q    So why —— how long has this internal bidding been going

5    on?

6    A    At Random House, which is the part of the company I came

7    from, it's gone on for as long as I have been aware of bidding.

8    It's a long, longstanding practice within Random House.

9    Q    And then when the Penguin company merged with Random

10   House, was Penguin then allowed as a publishing group to

11   compete against the other divisions?

12   A    Yeah, they adopted what had been the Random House

13   approach.

14   Q    Okay.  Now, why do you do this given that you might have

15   different editors in different divisions bidding up a book and

16   causing the company to pay more?

17   A    While that could happen, the value in having these very

18   diversified opinions expressed about the value of a book is ——

19   I think it increases our chance of getting it right.

20       As I have been pointing out, because books are not —— they

21   are not a commodity, there's a variable way to come to a

22   perspective on the value of the product.  And so it is

23   important to me as the person running the company to know that

24   we are bringing to bear the whole kind of intellectual

25   framework of the company in making their own decisions about

```
 1  whether they think a book is worth working on and to what
 2  degree they are willing to stake their claim to it.
 3  Q    Do you think it helps the company win more books?
 4  A    I think so.
 5  Q    Why do you have the external bidder rule?
 6  A    Why do we have the external bidder rule?
 7  Q    Yeah.  In other words, why don't you just let them bid
 8  against each other without regard to whether there's an
 9  external bidder left?  And I guess we are talking about an
10  auction now, right?
11  A    Yeah.  I mean, we have had that rule for such a long time,
12  my understanding of it in principle is that once there are only
13  Penguin Random House imprints left in the auction, then the
14  idea of the fact, the idea of the fact is that Penguin Random
15  House has won that auction and it is left then for the author
16  and the agent to -- they can ask the different Penguin Random
17  House parties to come up to the highest bid if they want to.
18  Those parties are going to decide, as I said, whether they want
19  to, but if there are only Penguin Random House parties left in
20  the auction, then we have already won the auction, and then
21  it's, as I said, up to the author to pick which imprint they
22  want to work with.
23  Q    Now, does it turn out that in spite of these policies that
24  you have, that sometimes imprints communicate or coordinate
25  with one another with respect to an auction?
```

```
 1   A    It doesn't happen a lot, but it does sometimes happen.
 2   Q    Okay.  And was there some particular event or point in
 3   time when you actually encouraged that there be some level of
 4   communication or coordination?
 5   A    It doesn't usually happen that I would be encouraging it;
 6   although, that sometimes has happened.  A division could be
 7   looking for information from the other divisions as a way to
 8   gather more market data.  Maybe the other divisions know
 9   something that could be helpful in their own valuation of the
10   book.
11        And there could be other circumstances in which it
12   happens, but I can't underline enough the degree to which these
13   imprints and divisions are very competitive with each other.
14   And so I think the best way to describe the dynamic is that an
15   imprint who is interested in winning the book is looking for
16   information and is interested in getting information, but they
17   are not necessarily interested in divulging information to
18   others, whether those -- certainly not out-of-house
19   competitors, but also the people they see as intense internal
20   competitors.
21   Q    Isn't there a person in your company who, as part of her
22   responsibilities, helps to coordinate or communicate among
23   imprints?
24   A    There's one of my colleagues, Nina Von Moltke, you may be
25   thinking of.  She's our president of strategic development.
```

1   And she acts as a right hand for me in all sorts of -- or

2   backup for me in all sorts of different situations.

3        And when I started in this role in 2018, because I was

4   particularly concerned that I imagined I would be very busy and

5   pressed in different directions and I didn't want publishers

6   ever to have to wait for me if they had questions about their

7   approach to a bid, and so I encouraged them, if they -- to work

8   with Nina the same way they would work with me.

9   Q    There are emails and other evidence indicating that, from

10  time to time, Ms. Von Moltke coordinates, with your knowledge,

11  various imprints in connection with an auction.  Are you aware

12  of that?

13  A    I am.

14  Q    Why does that happen?

15  A    I would describe the situations as being -- in some cases

16  it's really about strategizing around their first bid in an

17  auction.  If you have an appetite to buy a book, the agent has

18  said there are going to be multiple round best bids, there's

19  going to be elimination bids, then Nina might help the division

20  head or heads to figure out, how do we optimize the chances

21  that we stay in this auction and not just, you know, spend all

22  of our money in the first round.  So that's one kind of

23  competitive strategy situation.

24  Q    Before you go on to the next one, are you saying that in

25  that situation, it might be suggested that a lower opening

1    number be offered?

2    A    It might be suggested that you not spend your total.  If

3    you have asked for a million and a half as approval and I have

4    given the approval, it might be suggested that you not make

5    your opening bid too high a number, in which case you are going

6    to probably not make it beyond that, that your ultimate number

7    is going to have to be higher than what you've already been

8    approved to.

9    Q    In what other circumstances might this communication or

10   coordination occur?

11   A    It would certainly come up and, frankly, should come up if

12   an agent approaches one of our publishers about a house author,

13   somebody we are already publishing.  We have no policy against

14   authors moving from one imprint to another, and it absolutely

15   does happen.

16       I've facilitated it happening in the past to help make the

17   author happy, but it shouldn't happen kind of behind the back

18   of the first publisher.

19       So if an agent comes to you and says I am offering this

20   author that used to be published by this other part of your

21   company, in those cases, I think the division heads should be

22   checking with each other to make sure that the option really

23   has been exercised and to see if there are any other

24   extenuating circumstances we should be aware of.

25   Q    Is it the case though that in certain circumstances, as a

1    result of a level of communication or coordination, the company

2    might win a book at a lower level than had there been no

3    coordination or communication?

4    A    I don't think so.  I think in the patterns that I have

5    seen, certainly in this -- in the time I have been in this

6    role, the patterns that I have seen is that the more you know

7    about internal bids, the -- you don't go to the lowest common

8    denominator.  You go to the highest common denominator.

9        So if you know that one of your internal competitors is

10   willing to spend more than what you had originally had in mind,

11   then you are likely to increase the number that you are asking

12   for approval on.  And that happens regularly.

13   Q    Did you not take the position with the company after you

14   were on the job for about a year, the CEO job, that you now

15   have more open communications during competitive auctions than

16   you've had in the past and a more PRH-wide approach to problem

17   solving?

18   A    Part of my general -- certainly my general belief and what

19   I tried to instill when I came in as the CEO is that the

20   publishing divisions had a long history in some cases of really

21   using quite sharp elbows against each other and that I thought

22   it was important for our company culture going forward that my

23   board, the publishers who report to me, the publishing division

24   heads, that they compete to achieve the best results for their

25   division but also to acknowledge that we are one company and

```
 1    that we are all working together to achieve the best results
 2    for the company.
 3        And so whereas in the past, I think they had never really
 4    looked to each other to share expertise.  In the years since, I
 5    think they have developed more of a practice of -- and I am
 6    really talking about the very top level of the company, these
 7    are the people who report directly to me, that they have
 8    developed much more of a habit of helping each other on any
 9    number of strategic issues.  And this does relate to
10    consultations from time to time on acquisitions.
11  Q    Did you also at some point take the position with the
12    company that increased background coordination in auctions to
13    leverage internal demand information has been better in
14    avoiding internal upbidding?
15  A    I think what you are referring to is the feeling that we
16    had in 2018.  This is again at the beginning of my time as CEO
17    where we had had -- we were all feeling a little bruised from
18    some acquisition experiences in what was then the more recent
19    past where we felt a little overly manipulated by an agent in
20    an acquisition or two and that it turned out all of the demand
21    that the agent had was within Penguin Random House and that we
22    had significantly paid more than we really should have paid for
23    a couple of acquisitions.
24        And the feeling at the time was that if we talk to each
25    other a little bit more, maybe we could avoid those
```

1    embarrassing, costly, unprofitable missteps.

2         I should say that, in practice, my experience has been

3    that even with the top level of the company working together

4    more collaboratively and even with those occasional

5    consultations, I think it has not translated to any kind of

6    lowering impact on the advances that we have paid.  In fact,

7    the opposite.

8    Q    Okay.  The final topic I wanted to address with you is the

9    period of time after the 2013 Penguin Random House merger.

10        Did you observe any impact on, first of all, title

11   reductions?

12   A    The Penguin genre fiction titles were -- title count was

13   certainly impacted a couple of years after the merger.  It was

14   not because of the merger.

15   Q    And how were they impacted?

16   A    They -- I decreased them.

17   Q    Why did you do that?

18   A    Because Penguin had been particularly strong in commercial

19   fiction.  About more than 60 percent of our sales at that point

20   had been in commercial fiction and in particular in the genre

21   fiction space, so this is romances, mysteries, and science

22   fiction, but particularly romances.

23        And many of these books were published in mass market,

24   which is the small format paperback.  That format was

25   significantly being disrupted by a combination of the growth of

1    ebooks which had big impact in those categories, the

2    consolidation amongst the mass merch retailers and wholesalers,

3    and also authors deciding that, in those categories, that they

4    would prefer to be self-published.

5         So all of these things combined were translating to

6    Penguin had kind of been trying to muscle their way through the

7    fact that there were market changes and not take them into

8    account.

9         But the fact was that, when I -- based on my measurement,

10   I found that we were acquiring hundreds of books for very

11   little advance.  We were investing no marketing money to

12   support them.  We were putting covers on them that were very,

13   very old-fashioned, kind of make good cowboys, et cetera, and

14   that while we were printing these and in some cases shipping a

15   couple of hundred, we were getting most of them back.

16        And so it was my determination that, while I would be

17   happy to keep publishing those books, I couldn't keep

18   publishing them if there was no one who wanted to buy them.

19   Q    So you made a decision to curtail them?

20   A    So I made the decision with the team to significantly

21   curtail those -- that approach to publishing, and we regrouped.

22   We reassessed how we could publish particularly in the romance

23   category.  And over a couple of years, and it did take a couple

24   of years, but over the course of a couple of years, we

25   repositioned in particular Berkeley as being a home to much

1  more contemporary-feeling, you know, romance stories, happily

2  ever afters but that where the characters are people like me

3  and my neighbors or you and your neighbors, that they are

4  contemporary in feel with much more fashion-forward covers

5  often in the trade paperback format.  And we have been steadily

6  increasing the title counts since then.

7  Q    On that subject, could you take a look at defendants'

8  demonstrative 12.  And can you explain to the court what this

9  is?

10  A    This is illustrating what I was just describing where the

11  bottom row is showing selections from our current Berkeley list

12  of trade paperbacks, and the upper row is showing what typical

13  books looked like in this category prior to our change.

14  Q    And as a result of this change, have you seen any shift in

15  results for these sorts of books?

16  A    Yes.  Happily, Berkeley has really become a -- has become

17  very successful at this combination of -- they invest more per

18  book.  They pay higher advances.  They actually work to support

19  the authors in the market.

20        And these covers, I think you -- I think any layman would

21  notice, are more aligned with kind of what might appeal to

22  current consumers.  And the sales and profit results have been

23  fantastic.

24  Q    And after the Penguin Random House merger, did you observe

25  any impact on advances paid by your company?

1  A    Yes.  They went up.

2  Q    Okay.  If you were to take the average of advances in the

3  ensuing years, would there be any variability year to year?

4  A    Yes.  Of course there's -- there is variability

5  particularly -- variability can be caused by the highest level

6  advances that we pay.  There are some of our highest paid

7  authors.

8       We don't negotiate a new contract every year.  We could

9  have a contract that has many years worth of books on a single

10 contract.  And so depending on the year in which that contract

11 is established, that could impact our average.

12      Our averages can also, of course, be impacted when we --

13 if we lose a franchise author.  I have already described a

14 couple who we lost to our competitors or in a happier

15 circumstance when we woo away from a competitor a new franchise

16 author and make an investment in them.

17 Q    I would like you to take a look at defendants'

18 demonstrative 13.  There's a public version of this that's

19 anonymized.

20           MR. PETROCELLI:  And then Your Honor has a --

21           THE COURT:  Okay.  Thank you.

22           MR. PETROCELLI:  -- a version that is not anonymized.

23 BY MR. PETROCELLI:

24 Q    With respect to these numbers, first of all, what are

25 these numbers?

```
1   A    These are a selection of our highest paid authors.  It's
2   not all of our highest paid authors, but it's showing certainly
3   authors in whom we have some of our very biggest investments.
4   And this is showing the contract from these authors that were
5   put in place in each of these years.
6   Q    Were you involved in these deals?
7   A    Not every single deal, but certainly I have been involved
8   to some extent in all of them.
9   Q    And so do these deals, like author A from 2010,
10  40.3 million; author B, 27 million, is that for one book or
11  multiple books?
12  A    In both of those cases, those are for multiple books, I
13  believe.
14  Q    2011, 8.5 million, 18.8 for the same two authors, multiple
15  or single books?
16  A    I think that in the 2011, author A, that might be a single
17  book.  And author B, I believe that is multiple books.
18  Q    Just to get these into the record, in 2012, we have
19  author A, 35.5 million; author B, 14.5 million; author C,
20  17.3 million; and author F, 12.5 million?
21  A    Yes.
22  Q    These are multiple book deals?
23  A    Some of them may be single book deals, but I believe they
24  are generally multibook deals.
25  Q    Okay.
```

```
 1              MR. PETROCELLI:  Your Honor, rather than to say all

 2    this, I would just ask that the numbers be reflected from the

 3    demonstrative.

 4              THE COURT:  That's fine.

 5              MR. PETROCELLI:  Okay.

 6    BY MR. PETROCELLI:

 7    Q    You will see that in some years, there are fewer big

 8    contracts than in other years, right?

 9    A    Yes.

10    Q    Okay.

11              THE COURT:  And just to give me a sense, how much are

12    you paying in total for author advances generally each year?

13              THE WITNESS:  I think -- I want to say it's a hundred

14    million dollars, but I could also have that number wrong.

15    That's a number that just jumped to mind for me.  It might be

16    $200 million.  I'm sorry.

17              THE COURT:  Is it 200?

18              THE WITNESS:  I, again, don't want to say the wrong

19    number, but -- can we get back to you with the accurate number?

20              MR. PETROCELLI:  Your Honor, I actually didn't hear

21    the question.  What was it?

22              THE COURT:  How much is she paying in total author

23    advances in each year so I can get a sense of what percentage

24    of the total are these.

25              THE WITNESS:  And I just don't want to say the wrong
```

```
1    number.
2    BY MR. PETROCELLI:
3    Q    2016, is that the year that you lost one of the well-known
4    authors Nora Roberts?
5    A    Yes, 2016.
6    Q    2016.  Okay.
7         One last document, and that's Defendants Exhibit 22.  It's
8    an email thread with an analysis.  Can you briefly describe to
9    the court what this is.
10   A    Yes.  This is a -- I had been invited by The Authors Guild
11   to participate in a panel.  The topic of the panel was -- and
12   this is in 2018.  The topic of the panel was author
13   compensation.  And so I was getting prepared for that panel.
14   Q    Now, this was back in 2018, right?
15   A    Yes.
16   Q    Now, The Authors Guild was putting this together?
17   A    Yes.
18   Q    And did The Authors Guild express a concern to the
19   industry about author compensation?
20   A    Yes.
21   Q    What was the expressed concern?
22   A    They expressed a concern that author compensation was
23   going down.
24   Q    And by author compensation going down, was The Guild
25   referring to just advances or total compensation?
```

```
 1   A    They were referring to total compensation.
 2   Q    Okay.  And then you were asked to speak at a panel to
 3   address that issue?
 4   A    Yes.
 5   Q    And then you had this report prepared?
 6   A    Yes.
 7            MR. PETROCELLI:  Your Honor, I would ask that
 8   Defendants' 22 be admitted into evidence.
 9            THE COURT:  Any objection?
10            MS. CROSS:  No, Your Honor.
11            THE COURT:  That will be admitted.
12            (Defendant's 22 received in evidence.)
13   BY MR. PETROCELLI:
14   Q    Turning to the graph or the chart, can you explain to the
15   court what the first line is referring to?
16   A    The first section, the first graph?
17   Q    Yes.  There are four bullets there, right?
18   A    Yes, there are four bullets.  So as the comment says to
19   the right of the graph, this is showing that over these four
20   years, the overall annual new advance commitments was up since
21   2015.
22   Q    And by the way, is this just Penguin Random House?
23   A    Yes.  Yes.
24   Q    Okay.
25            THE COURT:  So this shows the total amounts you are
```

1    paying in advances?

2           THE WITNESS:  This does, yes.

3    BY MR. PETROCELLI:

4    Q    And the years were 2015 to 2018?

5    A    Yes.  Sorry, it's a little fuzzy on the screen, but yes.

6    Q    Okay.  And then if you could go to the next bullet, what

7    is that about?

8    A    The next is showing that -- so in all of the rest of

9    these, the data -- the person preparing the data is trying to

10   understand are there variations by type of book or size of

11   book.

12        And I should point out also here that the headline of the

13   graph points out that there's one author contract that's been

14   excluded from the data.

15        But this is showing that the higher annual advance

16   commitments is driven by higher advance levels primarily on the

17   adult publishing side.

18   Q    By the way, is this all trade books or is this fiction or

19   just --

20   A    This is all Penguin Random House books.

21   Q    Okay.  And the third bullet?

22   A    The third is showing the -- that the higher advance level

23   was not just being driven by the biggest deals, that the median

24   advance was also up on the adult side, whereas, as you can see

25   there on the children's side, it had remained steady.

```
1   Q     And the final bullet?

2   A     It showed that, compared to 2015, that after 2015, there

3   was a slight dip in the number of new contracts and works that

4   were -- had been negotiated for, but that the numbers were up

5   from 2016 through 2018.

6   Q     Since the time that The Authors Guild expressed that

7   concern, has The Guild continued to express concerns about

8   author compensation?

9   A     Yes.

10  Q     And have you had any further occasions to respond?

11  A     Yes.  I have responded, as I did then, by sharing what the

12  Penguin Random House advance in royalty development has been.

13  And they have acknowledged to me or I have understood that

14  the -- that because they are looking at total compensation,

15  they are also concerned about some sources of author

16  compensation that have nothing to do with publishing, so, for

17  example, magazine contracts or other kinds of teaching gigs

18  that authors could use to earn money.

19           MR. PETROCELLI:  Your Honor, I pass the witness.

20           THE COURT:  Okay.  Thank you.

21           MS. CROSS:  Good afternoon, Your Honor.  Anna Cross

22  for the United States.

23           THE COURT:  Yes.  Good afternoon.

24           MS. CROSS:  Is it all right if we pass up some

25  binders?
```

```
 1              THE COURT:  Yes.

 2              MS. CROSS:  Your Honor, before we get started, the

 3    exhibits I will be introducing do have redacted versions, so if

 4    we could turn on the public screen which I don't think has been

 5    on so far.

 6              THE COURT:  Okay.

 7              THE COURTROOM DEPUTY:  Is the public screen off?

 8              MS. CROSS:  That's what the gallery has indicated.

 9              THE COURT:  Is it on?

10              MS. CROSS:  May I proceed, Your Honor?

11                        CROSS EXAMINATION

12    BY MS. CROSS:

13    Q    Good afternoon, Ms. McIntosh.

14    A    Good afternoon.

15    Q    I would like to begin by talking about some of Penguin

16    Random House's strengths.

17         One of Penguin Random House's strengths is that it has the

18    largest sales force in the industry, is that right?

19    A    In my opinion, that's one of our strengths, yes.

20    Q    And you believe that agents care about a publisher having

21    a strong network of sales representatives, right?

22    A    I believe so, yes.

23    Q    You view having a large sales force as a competitive

24    advantage for Penguin Random House in discussions with agents,

25    right?
```

```
 1   A    I do.
 2   Q    And you sometimes get involved in trying to acquire books
 3   at your approval level or above, is that right?
 4   A    I do sometimes, yes.
 5   Q    Okay.  Could you please turn to PX218 in your binder.
 6        This is an email you wrote in November 2021 to an agent,
 7   is that right?
 8   A    Yes.
 9            MS. CROSS:  Your Honor, I move to admit PX218.
10            THE COURT:  Any objection?
11            MR. PETROCELLI:  No.
12            THE COURT:  That will be admitted.
13            (Plaintiff's 218 received in evidence.)
14            MS. CROSS:  Let's publish a redacted version, please.
15   BY MS. CROSS:
16   Q    You were writing here to the agent with an improved offer
17   for a book PRH was trying to acquire, right?
18   A    Yes.
19   Q    I would like to focus on the fourth paragraph.  You wrote,
20   I know you're already aware of these advantages from your work
21   with us on other projects, but simply for emphasis, with
22   Penguin Random House, the author's name is redacted, would have
23   the support of the largest and smartest and best resource sales
24   force in the industry, the most robust supply chain, and a
25   state-of-the-art consumer marketing operation.
```

 1        You went on to write, we have direct relationships with

 2   more book sellers than anyone.  We have direct relationships

 3   with more consumers than any other publisher.  And in my humble

 4   opinion, we have the most brilliant editors and creative

 5   marketing teams.

 6        You were summarizing PRH's advantages to an agent there,

 7   is that right?

 8   A    That's right.

 9            MS. CROSS:  And could we go to the third and last page

10   of the same exhibit, please.

11   BY MS. CROSS:

12   Q    You attached to your email to the agent a Penguin Random

13   House advantage document, right?

14   A    Yes.

15   Q    And in the top left corner, you identified Penguin Random

16   House as the number one global publisher?

17   A    Yes.

18   Q    On the right-hand side, you identified it as having

19   500-plus New York Times best sellers per year, is that right?

20   A    Yes.

21            MS. CROSS:  We can take that exhibit down.

22   BY MS. CROSS:

23   Q    I would like to turn to the role of the backlist for

24   Penguin Random House.

25        PRH had the largest backlist in the industry, is that

```
 1   right?
 2   A     I believe so, yes.
 3   Q     And it's fair to say that backlist is valuable to PRH,
 4   right?
 5   A     It is valuable to PRH, yes.
 6   Q     PRH's backlist accounts for the majority of its revenue?
 7   A     Yes.
 8   Q     You would agree with me that buying new books is a very
 9   risky enterprise, right?
10   A     There's definitely risk with new book purchases, yes.
11   Q     Having a backlist allows PRH to take risks on new
12   acquisitions, right?
13   A     Having all of our revenue, which is inclusive of backlist
14   and frontlist, is what allows us to invest in new books, yes.
15   Q     Okay.  The fact that PRH has the largest and richest
16   backlist in the industry is what gives it latitude to take
17   risks with new acquisitions every day, right?
18   A     That is how we work.  That is how we make our investments,
19   yes.
20   Q     You testified in response to Mr. Petrocelli's questions
21   about your involvement in the Penguin Random House merger, is
22   that right?
23   A     Yes.
24   Q     After the 2013 Penguin Random House merger, PRH market
25   share declined, right?
```

A    Yes.  I believe our market share has declined almost every year.

Q    Part of the reason for PRH market share loss was that editors were not aggressive enough in their bidding for new acquisitions, right?

A    I don't know if that's the reason, but it's one of the possible reasons.

Q    All right.  In your opinion, the conservatism of editors being too focused on the bottom line was part of the reason for the loss of market share, right?

A    I think the -- I think a way for us to grow market share is to make sure we are being aggressive in acquisitions.

Q    And so just so I'm clear, the conservatism of editors in focusing on the bottom line contributed to the loss of market share, is that right?

A    Is there a particular time frame you are referring to?

Q    After the 2013 merger.

A    So any time from 2013 to 2022 has it.

Q    Let's take it to about 2018.  I think you've testified that there has been a change in what you have told editors, but was there a time when editors were not being aggressive enough in seeking new acquisitions?

A    I don't think I would say they weren't aggressive enough. I think our editors are very good at taking acquisitions, and I don't want to make it sound like I'm criticizing them.

```
 1        I think that they were becoming concerned or were
 2   concerned about the bottom line more than I wanted them to be.
 3   And I encouraged them to, as I have already described, to focus
 4   more just on the variable cost of this publication and leave
 5   the overhead concerns to the managers.
 6   Q    I would like to turn to your role in acquisitions.  As you
 7   testified before lunch, you have to approve offers to acquire
 8   books with an advance of a million dollars or more, is that
 9   right?
10   A    Yes.
11   Q    And you are rarely involved in acquisitions below that
12   level, is that right?
13   A    It's certainly on an ad hoc basis below that level.
14   Q    Is it fair to say that you are only rarely involved in
15   acquisitions below one million dollars?
16   A    I would say much less frequently than on acquisitions
17   above a million dollars.
18   Q    Okay.  Is it fair to say you are rarely involved in those?
19   A    I think that's fair to say.
20   Q    Okay.  When you are involved in book acquisitions, Penguin
21   Random House most frequently competes with HarperCollins,
22   Simon & Schuster, Hachette, and Macmillan, is that right?
23   A    Yes, I believe that's the case.
24   Q    You don't have any statistics about how frequently Penguin
25   Random House competes against others for an advance of a
```

```
 1   million dollars or less, do you?

 2   A    I don't have any statistics like that at any level.

 3   Q    And you testified about what you characterized as the

 4   declining frequency of round robin auctions.  You haven't done

 5   anything to track the frequency of auction formats in the

 6   industry, have you?

 7   A    No, I have not.

 8   Q    Could you please turn to PX190 in your binder.

 9        This is an email chain from April 6, 2021 involving you

10   and others at Penguin Random House, is that right?

11   A    Yes.

12           MS. CROSS:  Your Honor, I move to admit PX190.

13           THE COURT:  Any objection?

14           MR. PETROCELLI:  No.

15           THE COURT:  That will be admitted.

16           (Plaintiff's 190 received in evidence.)

17           MS. CROSS:  Could we publish the redacted version,

18   please.

19   BY MS. CROSS:

20   Q    I would like to focus your attention on the second email

21   from the top from Aaron Wehner.  Is that the right

22   pronunciation of his name?

23   A    Yes.

24   Q    Mr. Wehner is the publisher of Clarkson Potter and Ten

25   Speed Press, is that right?
```

```
 1   A     Yes.

 2   Q     Those are within the Random House division, right?

 3   A     Yes.  They are our cookbook publishers within PRH.

 4   Q     Let's look at the first paragraph.  In the third line,

 5   Mr. Wehner wrote, many of our competitors pay in thirds or

 6   sometimes even halves, and some cover photo budgets out of

 7   plant costs as well.  That said, a Chronicle or an HMH or

 8   Artisan doesn't bring nearly as much to the table as we do

 9   beyond better payout, which all the major agents recognize.

10         Did I read that correctly?

11   A     Yes.

12   Q     And then I would like to take you to the fifth paragraph

13   where Mr. Wehner wrote, for higher level advances, the payout

14   difference tends to be much less of an issue.  The smaller

15   publishers tend not to compete.  The first two payments are

16   much larger, et cetera.

17         Did I read that correctly?

18   A     Yes.

19   Q     You responded to Mr. Wehner, is that right?

20   A     I did.

21   Q     Let's go to the top email.  You wrote to him, okay.

22   Thanks.  This is really helpful.  I will hear her out and

23   report back.

24         Is that right?

25   A     Yes.
```

```
 1   Q    Could you please turn to PX438 in your binder.

 2        And there is a decoder sheet at the front of your binder

 3   should we need it.  We won't be saying the name of the author

 4   or the book here.

 5   A    Okay.

 6   Q    And the redacted version on the screen can guide us once

 7   it's up.

 8        PX438 is an email chain from February 2019 that includes

 9   you in parts of it, is that right?

10   A    Yes.

11        MS. CROSS:  Your Honor, I move to admit PX438.

12        THE COURT:  Any objection?

13        MR. PETROCELLI:  No.

14        THE COURT:  438 will be admitted.

15        (Plaintiff's 438 received in evidence.)

16        MS. CROSS:  Let's publish the redacted version,

17   please.

18   BY MS. CROSS:

19   Q    This email chain is about a request from Tony Chirico to

20   you for guidance on bidding on a book, is that right?

21   A    Yes.

22   Q    Mr. Chirico at this time was the publisher at Knopf

23   Doubleday Publishing Group?

24   A    Yes.

25   Q    I would like to focus your attention on Mr. Chirico's
```

1    February 23 email at 8:11, please.

2         He wrote there, and it's at the bottom of our screen, if

3    we are going to coordinate payout and royalties, we will need

4    that early Monday.  I don't know how many bidders there will

5    be.

6         Did I read that correctly?

7    A    Yes.

8    Q    And you responded to Mr. Chirico in the top email, right?

9    A    Yes.

10   Q    You wrote, I'm guessing besides us, it's Ecco and maybe

11   Little Brown.  If at a lower level, I'd think of Norton, but

12   it's hard to picture them playing at this level.

13        Did I read that correctly?

14   A    You did.

15   Q    And Ecco is an imprint of HarperCollins, is that right?

16   A    Yes.

17   Q    Little Brown is an imprint of Hachette?

18   A    Yes.

19   Q    You found it hard to picture Norton bidding at the advance

20   level discussed in this email, is that right?

21   A    Certainly for a cookbook, it seemed unlikely to me.

22   Q    Please turn to tab PX176 in your binder.

23        This is an email chain involving you and several other

24   Penguin Random House employees, the date on the top email being

25   September 11, 2020, is that right?

```
 1    A     Yes.

 2              MS. CROSS:  Your Honor, I move to admit PX174.

 3              THE COURT:  Any objection?

 4              MR. PETROCELLI:  No.

 5              THE COURT:  That will be admitted.

 6              (Plaintiff's 174 received in evidence.)

 7              MS. CROSS:  If we can publish the redacted version,

 8    please.

 9              THE COURT:  Yes.

10    BY THE COURT:

11    Q     Turn to the bottom email on the page, August 6, 2020 at

12    8:47 a.m.  That's an email from you.  And based on the context

13    of the email above, you were writing to Reid Welsh, Nina

14    Von Moltke, and Jackie Updike, is that right?

15    A     Yes.

16    Q     You testified earlier about Ms. Von Moltke.  She's the

17    president and director of strategic development for Penguin

18    Random House U.S., right?

19    A     Yes.

20    Q     And Reid Welsh is a sales analyst at PRH who reports to

21    Jackie Updike?

22    A     Yes.

23    Q     At the top of the email, you can see the titles of two

24    attachments to this email.  Do you see those?

25    A     Yes.
```

```
 1    Q    I would like to turn to the second one, the title of which

 2    is draft 2020 U.S. marketplace update, fiction analysis,

 3    part 2.

 4         And it's the number, the Bates number, in the bottom --

 5    the top right in our binders that ends in 2021.

 6         Actually, let's start at 2020 just to get the titles

 7    right.

 8    A    Okay.

 9    Q    The title of this slide prepared by Mr. Welsh is

10    marketplace update U.S. physical marketplace, fiction, part 2,

11    and it's dated August 2020, is that right?

12    A    Yes.

13    Q    Let's go to the next page, please.

14         The introductory slide identifies two goals; one, revisit

15    historical market landscape for fiction; two, discuss current

16    year-to-date performance.  Do you see that?

17    A    I do.

18    Q    This slide also discusses definitions that are used in the

19    analysis in the bottom portion including a definition of top

20    author.  Do you see that?

21    A    Yes.

22    Q    The definition of top author is an author that sells more

23    than 500K units in a single year, 2015 to 2019.  Do you see

24    that?

25    A    I do.
```

```
 1   Q    And so that's referring to titles that sold 500,000 copies

 2   in a single year in that time frame between 2015 to 2019, is

 3   that correct?

 4   A    Yes.

 5   Q    And that's a category of books that Mr. Welsh analyzed in

 6   this presentation, right?

 7   A    Yes.

 8        MS. CROSS:  Let's look at slide 2056, please.  That's

 9   page 99.

10   BY MS. CROSS:

11   Q    And the title of this slide is, top versus non-top authors

12   YTD performance.

13        That's year-to-date performance, right?

14   A    Yes.

15   Q    Let's go to the next slide ending in 057.

16        The title of this slide is marketplace print overall

17   fiction top authors.  Do you see that?

18   A    I do.

19   Q    I want to focus on the graphs on the right-hand side of

20   the page under the heading, retail dollars market share.

21        The top half of that has the PRH divisions broken out.  Do

22   you see that?

23   A    I do.

24   Q    And so it has Knopf Doubleday, Penguin Publishing Group,

25   Random House Publishing Group, and the other divisions as
```

1    other.  Do you see that?

2    A    I do.

3    Q    Mr. Welsh here totaled up the PRH market share for these

4    top authors with the numbers right under PRH.  Do you see

5    those?

6    A    Yes.

7    Q    Those range 42.2 percent to 44.1 percent for those three

8    years?

9    A    Yes.  I'm sorry, yes, that's correct.

10   Q    And the non-PRH market share for top authors is

11   underneath.  Do you see that?

12   A    I do.

13   Q    Okay.  And the market shares form Hachette, HarperCollins,

14   Macmillan, and S&S are broken out.  Do you see that?

15   A    I do.

16   Q    And underneath those are all others.  Is it your

17   understanding that that is all the non-Big 5 publishers' market

18   share for top authors?

19   A    Yes.

20   Q    And for 2018 to 2020, the non-Big 5 market share for top

21   authors ranges from 5.2 to 6.3 percent, is that right?

22   A    Yes.

23   Q    And if you look at one column, so 2020, for example, the

24   numbers for PRH and non-PRH add up to 100 percent, right?

25   A    Yes.

```
 1              MS. CROSS:  Let's turn to the slide ending in 060,

 2   please.

 3   BY MS. CROSS:

 4   Q     The title of this slide is, marketplace print overall

 5   fiction non-top authors.  Do you see that?

 6   A     Yes.

 7   Q     And I want to turn to the graphs that mirror the ones we

 8   just looked at.

 9         On the right-hand side, you see retail dollars.  The PRH

10   market share is identified as being between 31 and 31.7 percent

11   for those three years, is that right?

12   A     Yes.

13   Q     And for non-PRH, and specifically the non-Big 5

14   publishers, it's between 26.6 and 27.6 percent for non-top

15   authors, is that right?

16   A     Yes.

17              MS. CROSS:  And could we put the two graphs side by

18   side now for pages 058 and 060, please.

19   BY MS. CROSS:

20   Q     I would specifically like to compare the figures for the

21   non-Big 5 in terms of market share for top authors which range

22   between 5.2 percent and 6.3 percent and then for non-top

23   authors which range from 26 percent to 27.6 percent.  Do you

24   see that?

25   A     I do.
```

```
 1   Q     Based on this presentation, the non-Big 5 have
 2   significantly less market share for top authors than for
 3   non-top authors, is that fair?
 4   A     Yes.
 5             MS. CROSS:  You can take that down.
 6   BY MS. CROSS:
 7   Q     You review best seller lists, is that right?
 8   A     I do.
 9   Q     And PRH performs well on best seller lists, right?
10   A     It varies quite a bit week to week.
11   Q     Sorry, could you repeat that.
12   A     It varies quite a bit week to week.
13   Q     PRH performs better at the top of the best seller lists
14   than it does for books overall, right?
15   A     I believe that we do better at the top of the list than we
16   do over the long tail, yes.
17   Q     Let's turn to coordination.
18         Mr. Petrocelli asked you questions about house bids within
19   a division, right?
20   A     Yes.
21   Q     And he also asked you about competition among divisions.
22   Do you recall that?
23   A     Yes.
24   Q     I want to ask some questions about how the PRH adult
25   divisions in particular interact with each other when several
```

1   divisions are interested in acquiring a book during an auction.

2   Do you understand that?

3   A    Yes, I do.

4   Q    The Penguin Random House divisions are allowed to

5   communicate with each other during auctions, right?

6   A    They are allowed to, yes.

7   Q    In fact, you have encouraged communication among divisions

8   at PRH during auctions to avoid internal upbidding, right?

9   A    I have encouraged the division heads to communicate with

10  each other when they deem it appropriate.

11  Q    Could you turn to PX411, please.

12       PX411 is a November 2, 2018 email from you to Mr. Dohle

13  attaching a presentation for Penguin Random House shareholder

14  board, is that right?

15  A    Yes.

16            MS. CROSS:  Your Honor, I move to admit PX411.

17            THE COURT:  Any objection?

18            MR. PETROCELLI:  No.

19            THE COURT:  That's admitted.

20            (Plaintiff's 411 received in evidence.)

21            MS. CROSS:  Publish a redacted version, and please

22  turn to the second page, which is the presentation.

23  BY MS. CROSS:

24  Q    The title of the presentation is, Penguin Random House

25  U.S. insights and outlook.  Do you see that?

```
 1   A      I do.

 2   Q      You helped prepare the presentation?

 3   A      Yes.

 4          MS. CROSS:  Let's turn to the slide that ends in 204,

 5   please.

 6   BY MS. CROSS:

 7   Q      And to set the stage, this is a presentation from

 8   November 2018, is that right?

 9   A      Yes.

10   Q      And you had taken over as CEO in April 2018, is that

11   right?

12   A      Yes.

13   Q      Okay.  So the title of this slide is, what's happened

14   since April.  Is it fair to say this is a summary of things

15   that had happened since you took over as CEO?

16   A      Yes.

17   Q      Okay.  And let's look at the second item and go to the

18   bottom bullet of it which reads, increased background

19   coordination in auctions to leverage internal demand

20   information better and avoid internal upbidding.

21          You presented this information about leveraging internal

22   demand information to the PRH shareholder board, is that right?

23   A      Yes.

24   Q      Internal upbidding refers to driving up the price through

25   competition among PRH divisions?
```

```
 1   A     Yes.

 2   Q     That bullet was the result of your feeling that different

 3   PRH divisions had, through their competition against each

 4   other, driven up the advance of the book, right?

 5   A     This is what I was describing before, that there were a

 6   couple of occasions where I felt that that had happened.

 7   Q     Where the divisions had driven up the advance?

 8   A     Yes.

 9   Q     I think you testified on direct there are times where you

10   are personally involved in coordinating bids from different PRH

11   divisions at auctions, right?

12   A     Occasionally it has happened, yes.

13   Q     Where you are not available, Nina von Moltke is tasked

14   with performing that role, is that fair?

15   A     Yes.

16   Q     And you want information shared across divisions that will

17   help PRH win books, right?

18   A     I want us to do what we need to do to win books, yes.

19   Q     And the publishing heads do share information with

20   Ms. Von Moltke about their bidding strategies, right?

21   A     Sometimes they do and -- some of them do.  Some of them do

22   sometimes is a better way to answer.

23   Q     And, again, if we need the decoder at the front of your

24   binder, you can pull that handy.

25         Let's turn to PX107 in your binder, please.
```

1          This is an email chain from June 10, 2020 involving you,

2     Ms. Mavjee, and Mr. Thomas and Ms. Von Moltke regarding bidding

3     for a book that for confidentiality reasons I'll refer to as

4     book 77.  Is that all right?

5     A     Yes.

6               MS. CROSS:  Your Honor, I move to admit PX107.

7               THE COURT:  Any objection?

8               MR. PETROCELLI:  No, Your Honor.

9               THE COURT:  That will be admitted.

10              (Plaintiff's 107 received in evidence.)

11              MS. CROSS:  Publish the redacted version.

12    BY MS. CROSS:

13    Q     Mr. Mavjee and Mr. Thomas are both within the Knopf

14    Doubleday Group, is that right?

15    A     Yes.

16    Q     In the fourth email from the top, at 2:12, Mr. Thomas sent

17    you an acquisition P&L for book 77, is that right?

18    A     Yes.

19    Q     And in the third email from the top, at 2:18, you wrote,

20    hi.  I feel we should coordinate.  Shouldn't be forced into

21    bidding against each other for existing authors.  Nina is

22    reaching out to RH.

23          That's Random House, right?

24    A     Yes.

25    Q     You asked Ms. Von Moltke to reach out to Random House to

```
 1  coordinate the Doubleday and Random House bids here, is that
 2  right?
 3  A    Yes.
 4  Q    Let's look at the next email up the chain at 3:20, it's
 5  two emails up, from you at 3:20, you wrote, reached Gina.
 6       Gina is Gina Centrello, right?
 7  A    Yes.
 8  Q    She's the publisher of the Random House Publishing Group?
 9  A    Yes.
10  Q    And you wrote, she's trying to reach Kara who, with
11  Whitney, are the ones bidding.  Agreed it should be the same
12  number, whatever you guys decide the number should be.  She
13  will come back to you.
14       Did I read that correctly?
15  A    Yes.
16  Q    So you and Ms. Centrello here agreed the same advance
17  should be offered by the Knopf Doubleday group and Random House
18  group, right?
19  A    For this house author, yes, for which we had an option,
20  yes.
21  Q    In the top email, Ms. Mavjee wrote, we are coordinated.
22  Bill and Kara will agree to a number, and both offer same.
23  Thanks for pulling us together.
24       Did I read that correctly?
25  A    Yes.
```

```
 1   Q     And Knopf Doubleday and Random House here offered the same
 2   number for the book, right?
 3   A     Yes, they agreed to a higher number.
 4   Q     And PRH successfully acquired book 77, right?
 5   A     Yes, for more than they had paid for the author's last
 6   book, I should note.
 7   Q     Let's turn to Page 116, please.
 8         This is an email chain from October 2020 that includes
 9   emails to you about what to offer for several books in an
10   auction, is that right?
11   A     Yes.
12         MS. CROSS:  Your Honor, I move to admit PX116.
13         THE COURT:  Any objection?
14         MR. PETROCELLI:  No.
15         THE COURT:  That will be admitted.
16         (Plaintiff's 116 received in evidence.)
17         MS. CROSS:  Could we publish it, please.
18   BY MS. CROSS:
19   Q     Let's look at the bottom email on the first page from
20   Mr. Aykroyd, October 27, 7:28.  At this time, Mr. Aykroyd was
21   the director of business operations at Penguin Random House, is
22   that right?
23   A     At the Knopf Doubleday Group.
24   Q     And Mr. Aykroyd was seeking approval from you to bid on
25   two books, two cookbooks?
```

```
1    A    Yes.

2    Q    Mr. Aykroyd here copied Ms. Mavjee and Ms. LeCates, is

3    that right?

4    A    Yes.

5    Q    And both of them are from the Knopf Doubleday Group,

6    right?

7    A    Yes.

8    Q    In the second paragraph, Mr. Aykroyd wrote, we would like

9    to lock up the author's next two cookbooks.  The author's name

10   is redacted.  In a two-step best bid auction, we would likely

11   go in at 600K per book, 1.2M total.  We would like approval to

12   offer as much as 750K dollars per book, 1.5M dollars total in

13   the final round.

14        Did I read that correctly?

15   A    Yes.

16   Q    And Mr. Aykroyd was asking you for approval to bid

17   1.5 million total for two books for Knopf Doubleday, is that

18   right?

19   A    Yes.

20   Q    And he indicated he was planning to go in at 600,000 per

21   book as an opening bid, right?

22   A    Yes.

23        MS. CROSS:  Could we go up to the 9:07 email, please.

24   BY MS. CROSS:

25   Q    You approved Mr. Aykroyd's request there, right?
```

```
1   A     Yes.
2         MS. CROSS:  Let's keep scrolling up to the 9:27 p.m.
3   email from Ms. Von Moltke.
4   BY MS. CROSS:
5   Q     Ms. Von Moltke emailed you and asked whether to advise
6   Knopf Doubleday to start their bidding lower in order to keep
7   the final bid lower, right?
8   A     She -- what her actual email says is that -- to go in a
9   bit lower in round one.  I worry that if they go in at 600
10  each, it will go for more than 750 per book, which is what they
11  were asking for.
12  Q     Okay.  And in the next line, she wrote, TSP Potter were
13  planning 350K dollars per week in round one with the same upper
14  threshold for approval.
15        That's her telling you that other Random House imprints
16  within the Random House group were bidding and were bidding
17  lower, is that right?
18  A     They are asking for the same upper level, but in that
19  first round, they were planning to bid lower.
20  Q     Okay.  And so this email chain is about two separate
21  divisions, Knopf Doubleday and Random House, competing for the
22  same book and coordinating, is that right?
23  A     Yes.
24  Q     Let's look at your 9:58 email.  9:57, sorry.  You wrote,
25  it's a good point.  Do you want to suggest it to
```

```
 1   Ms. Von Moltke.  Right?

 2   A    Yes.

 3   Q    And she responded, sure, happy to.  Right?

 4   A    Yes.

 5   Q    Okay.  Let's look at another exhibit related to the same

 6   auction, PX121, please.

 7        This is an email chain from October 28 and 29, 2020

 8   relating to the same books that we just looked at, right?

 9   A    Yes.

10        MS. CROSS:  Your Honor, I move to admit PX121.

11        THE COURT:  Any objection?

12        MR. PETROCELLI:  No.

13        (Plaintiff's 121 received in evidence.)

14        THE WITNESS:  I'm sorry, I want to make sure I'm

15   looking at the correct --

16        MS. CROSS:  You know what, I --

17        THE COURT:  This appears to be a different book?

18        MS. CROSS:  I can clarify, I think.

19   BY MS. CROSS:

20   Q    I will focus your attention to the second email from the

21   top.  I think two different acquisitions are discussed in this

22   email.

23   A    Okay.

24   Q    In Ms. Von Moltke's Thursday, October 29 email, in the

25   second paragraph, that's the language we will look for --
```

1          MS. CROSS:  Could we go ahead and publish the redacted

2     version, please.

3     BY MS. CROSS:

4     Q     She wrote, on the other big auction today, title redacted,

5     both RH and KDD want to go up to 1.6M plus bonuses in round two

6     coordinated in this case 800K dollars per book.

7          This was a request to increase the approval from the first

8     approval you had granted for these two cookbooks, right?

9     A     Yes.

10    Q     For both Random House and Knopf Doubleday?

11    A     Yes.

12    Q     And in the top email, you granted approval for them to

13    increase their coordinated bids, right?

14    A     My understanding, yes.  What happened is that Knopf was

15    initially going to hold at 1.5, but when they learned that

16    Random House was willing to go to 1.6, they increased their bid

17    to 1.6 and I approved both of them going to 1.6.

18    Q     And they submitted a bid for the same amount?

19    A     Yes.

20         MS. CROSS:  Let's turn to PX421, please.

21    BY MS. CROSS:

22    Q     This is an email chain from December 12, 2018 involving

23    you and Ms. Von Moltke, and it concerns book 79, is that right?

24    A     Yes.

25         MS. CROSS:  Your Honor, I move to admit PX421.

```
 1            THE COURT:  Any objection?

 2            MR. PETROCELLI:  No.

 3            THE COURT:  That's admitted.

 4            (Plaintiff's 421 received in evidence.)

 5            MS. CROSS:  Let's publish a redacted version, please.

 6   BY MS. CROSS:

 7   Q    I would like to look at the email from the agent at 3:57

 8   on December 12.

 9            In his second paragraph, he wrote, we have three top

10   offers at 600,000.  They are all from Penguin Random House, so

11   the bidding is done.  Now, author's name redacted, has the very

12   challenging job of deciding between six top editors.

13            So there were three offers from Penguin Random House at

14   the same amount, 600,000, is that right?

15   A    Yes.  Apparently they were all the top offers.

16   Q    And that was one from each of the adult divisions at

17   Penguin Random House, right?

18   A    I don't know that to be the case.

19   Q    At any rate, there were three bids at the same amount from

20   different Penguin Random House bidders, and there were several

21   house bids in there, right?

22   A    According to this email, yes.

23   Q    Okay.  At 4:00 p.m., Casey Blue James forwarded the email

24   from the agent to Nina von Moltke.  Do you see that?

25   A    I do.
```

```
 1  Q    At 5:49 the same day, she forwarded it to you and wrote,

 2  glad we didn't go higher.  This one definitely benefited from

 3  the coordination.

 4       Did I read that right?

 5  A    Yes.

 6  Q    And you responded, I'll say.  Thank you.

 7       Did I read that correctly?

 8  A    Yes.

 9       MS. CROSS:  Let's turn to PX986, please.

10  BY MS. CROSS:

11  Q    PX986 is an email from Ms. Mavjee to you, is that right?

12  A    Yes.

13  Q    Mr. Petrocelli asked you about this document earlier

14  today, is that right?

15  A    Yes.

16       MS. CROSS:  I wanted to follow up on it, but first,

17  Your Honor, I move to admit PX986.

18       THE COURT:  Any objection?

19       MR. PETROCELLI:  No.

20       THE COURT:  That will be admitted.

21       (Plaintiff's 986 received in evidence.)

22       MS. CROSS:  Could we publish a redacted version,

23  please.

24  BY MS. CROSS:

25  Q    I think you testified earlier, Ms. Mavjee had headed up
```

1   Crown for a number of years, is that right?

2   A    Yes.

3   Q    And in 2020, she was forwarding you guidelines from Crown

4   relating to marketing support to be given to certain titles,

5   right?

6   A    As I described, it was a document from 2012 at Crown, yes.

7   Q    And she described it as follows:  I know this is out of

8   date, but it was useful as a guideline.  Once everyone

9   including editors understood the parameters for each category,

10  it made the author care conversation more manageable.  This was

11  more to get us all on the same page.  M.

12       Did I read that correctly?

13  A    Yes.

14  Q    Okay.  And I want to take a quick look at the categories

15  that are in here.  There are five categories.  Category one on

16  page 362 is lead titles identified as having a sales goal of

17  75,000 units or higher and/or advance over 500,000.

18       Do you see that?

19  A    I do.

20  Q    Then on page 364, there are category two opportunity

21  titles which are defined as having a sales goal of 25,000 to

22  75,000 units and/or advance of 150,000 to 500,000.

23       Do you see that?

24  A    I do.

25  Q    On page 366, there's a category three with a sales goal of

```
 1  10,000 to 25,000 units and/or advance of 50,000 to 150,000.

 2       Do you see that?

 3  A    I do.

 4  Q    And finally, category four is sales goal of 5,000 to

 5  10,000 units and/or advance of 50,000 or less.

 6       Is that right?

 7  A    Yes.

 8  Q    And this time for real finally is category five, paperback

 9  conversions by a medium print run.

10       Do you see that?

11  A    I do.

12  Q    I would like to compare the marketplace rollout offered

13  for category one lead titles with the marketplace rollout

14  offered for category four titles.

15          MS. CROSS:  Could we pull up those be sections,

16  please.

17          Thank you.

18  BY MS. CROSS:

19  Q    For lead titles, the first bullet under marketplace

20  rollout is, multi-city author tour where appropriate up to 15

21  markets.  For category four, there's no multi- city author tour

22  provided.  Is~that right?

23  A    That's correct in this document, yes.

24  Q    And the fourth bullet on the left-hand side for category

25  one, social network and target search advertising, that service
```

1    was not provided for category four books according to this

2    document, is~that right?

3    A    That's part of what seemed so out of sync to me, but, yes,

4    I agree that that's what the document says.

5    Q    And there's a bullet -- the fifth bullet is, publisher

6    sponsored promotion at appropriate retail venues.

7        That's not something provided according to this document

8    for category four books, is that right?

9    A    Again, according to this document.

10   Q    Okay.  And if you go down six lines or so on the category

11   one side, it says, submit work for various national book awards

12   as appropriate.

13       That, again, is not something included for the category

14   four titles, is that right?

15   A    According to this document, yes.

16         MS. CROSS:  We can take that down.

17   BY MS. CROSS:

18   Q    In 2018 -- changing topics.  And I think this is something

19   you talked about on direct.  In 2018, you decided to merge

20   Crown and Random House, right?

21   A    Yes.

22   Q    And you oversaw the Crown integration into Random House in

23   2019?

24   A    Yes.

25   Q    Do you recall that Gina Centrello, the publisher of Random

```
 1   House, drafted an integration memo?

 2   A    Yes.

 3            MS. CROSS:  Let's turn to PX241, please.

 4   BY MS. CROSS:

 5   Q    This is an email from January 18, 2019 from you to

 6   Mr. Dohle attaching the Crown integration memo, is that right?

 7   A    Yes.

 8            MS. CROSS:  Your Honor, I move to admit PX241.

 9            THE COURT:  Any objection?

10            MR. PETROCELLI:  No.

11            THE COURT:  241 is admitted.

12            (Plaintiff's 241 received in evidence.)

13            MS. CROSS:  Let's publish that and turn to the second

14   page, please.

15   BY MS. CROSS:

16   Q    The second page is titled, Random House Crown integration

17   memo.  Do you see that?

18   A    Yes.

19   Q    And five lines from the top, Ms. Centrello wrote, we are

20   focusing the editorial profiles of each group as follows.  And

21   she then described the new editorial profiles for Ballantine

22   Bantom Del, Crown, and Random House.  Do you see that?

23   A    I do.

24   Q    The memo describes the new focus areas for those groups.

25   For Ballantine Bantam Dell, it's primarily commercial fiction,
```

1  right?

2  A     Yes.

3  Q     For Crown, it's nonfiction, lifestyle, and Christian

4  publishing?

5  A     Yes.

6  Q     And for Random House, it's literary fiction and narrative

7  nonfiction, is that right?

8  A     Yes.

9  Q     You were reducing the overlap and focus among the three

10  components of Random House, is that right?

11  A     I would describe it more accurately as about focusing the

12  teams around what we consider them to be good at.

13  Q     On the second page in the sixth entry, it says, Random

14  House and BBD will continue to do a house bid, and Crown would

15  bid separately so the agents will not lose a bid.  Of course,

16  there will be less internal competition with the focused

17  editorial profiles in our three divisions.

18       Did I read that right?

19  A     You did.

20  Q     As part of the integration of Crown into Random House, you

21  discontinued some imprints, right?

22  A     Yes.

23  Q     One of those was Spiegel & Grau?

24  A     Yes.

25  Q     And you described that discontinuation on the second page

```
 1    of the integration memo, the Spiegel & Grau imprint will be
 2    discontinued.  We will publish out their books through 2019 as
 3    Spiegel & Grau titles contingent on their permission.  All
 4    future titles will be reassigned to other divisions.
 5    A    Yes.
 6    Q    When you discontinued Spiegel & Grau, PRH kept its
 7    backlist, right?
 8    A    Yes.
 9    Q    And in connection with this Crown integration, Editor
10    Molly Stern left PRH, is that right?
11    A    Yes.
12    Q    She ended up founding her own publishing company Zando, is
13    that right?
14    A    Yes.
15    Q    And the backlist she had developed at Crown stayed with
16    Penguin Random House?
17    A    Yes.
18    Q    Could you please go to PX68 in your binder.
19         This is an email string from December 2019 with the
20    subject, Writers House presentation.  Do you see that?
21    A    I do.
22              MS. CROSS:  Your Honor, I move to admit PX68.
23              THE COURT:  Any objection?
24              MR. PETROCELLI:  No objection.
25              THE COURT:  That will be admitted.
```

```
 1              (Plaintiff's 68 received in evidence.)
 2    BY MS. CROSS:
 3    Q    Writers House is a large literary agency, is that right?
 4    A    Yes.
 5    Q    And you were preparing a presentation for Writers House
 6    describing PRH's capabilities here?
 7    A    Yes.
 8         MS. CROSS:  There's a slide deck attached to present
 9    to Writers House if we could turn to the next page.
10    BY MS. CROSS:
11    Q    That's the title page for the presentation you made for
12    Writers House, is that right?
13    A    Yes.
14    Q    I would like to turn to the agenda for the meeting, which
15    is at 934.  Do you see that?
16         According to the agenda here, you discussed with Writers
17    House how PRH creates demands, how it -- demand, how it
18    fulfills demand, its audio capabilities, and ancillary author
19    services.  Is that right?
20    A    Yes.
21         MS. CROSS:  You can take that one down.
22    BY MS. CROSS:
23    Q    Mr. Petrocelli asked you about an Authors Guild advance
24    data presentation.  Do you recall that?
25    A    I'm sorry, an author what?
```

```
 1   Q    An Authors Guild presentation you were preparing for.  Do
 2   you recall that?
 3   A    Authors Guild, yes.  I'm sorry, I misheard.
 4   Q    And that was DX22, is that right?
 5   A    Sure.
 6   Q    Go ahead and turn to it.
 7        Yes.  Thank you.
 8   A    Yes.
 9   Q    And you testified about the new deals' advance commitments
10   that are included as an attachment to that email, right?
11   A    Yes.
12   Q    Are you aware that this presentation got revised after
13   this email was sent?
14   A    No, not -- that's -- I don't know if it was or not.
15   Sorry.
16   Q    Would it refresh your recollection to see an email from
17   this time period?
18   A    Yes.
19             MS. CROSS:  Your Honor, may I approach?
20             THE COURT:  Yes.
21             THE WITNESS:  I'm sorry, do you have the revised
22   version?
23   BY MS. CROSS:
24   Q    I don't.
25   A    Okay.
```

```
 1  Q    You can put that away, and I will just repeat the

 2  question.

 3       Do you understand that the advance data was revised after

 4  December 9, 2018?

 5  A    Certainly according to this email that I am reading right

 6  now.

 7            MS. CROSS:  No further questions at this point, Your

 8  Honor.

 9            THE COURT:  All right.  Thank you.  Let's take a break

10  at this time.

11            Do you have any redirect, Mr. Petrocelli?

12            MR. PETROCELLI:  Just a little, Your Honor.

13            THE COURT:  Okay.  Let's take our break then.  Let's

14  take a break, and we will resume in 15 minutes.

15            Please don't talk about your testimony during the

16  break.  Thank you.

17            (A recess was taken at 3:30 p.m.)

18            THE COURT:  Good afternoon again.

19            And I am ready when you are, Mr. Petrocelli.

20            MR. PETROCELLI:  Thank you, Your Honor.

21                         REDIRECT EXAMINATION

22  BY MR. PETROCELLI:

23  Q    Just briefly, you were shown Plaintiff's Exhibit 174.  Do

24  you have that handy?

25       Turn to the page bearing Bates No. 2021.  If you look at
```

```
 1   the binder the government gave you --
 2   A     Yes.
 3   Q     -- Ms. McIntosh, it would be Exhibit 174.
 4         And actually, can you turn to -- yeah, this is the page.
 5   It's on the screen.
 6   A     Uh-huh.
 7   Q     Okay.  So with respect to this top author reference --
 8   A     Yes.
 9   Q     -- 500,000 units in a single year, first of all, this is
10   all about the fiction category, right?
11   A     Yes.
12   Q     And these are -- do you know approximately how many
13   authors there are across the industry with 500,000 units or
14   more during this four-year period?
15   A     My understanding is that it was about 50.
16   Q     About 50 authors --
17   A     Yes.
18   Q     -- across the publishing industry who during this
19   four-year period sold more than 500,000 units in a single year?
20   A     Yes.
21   Q     And in terms of Penguin Random House's group of authors,
22   among the 50, would they include, for example, the authors
23   identified on demonstrative 13, which is --
24   A     Demonstrative 13 is which one?
25   Q     -- with the various authors and the large advances?
```

```
1    A      Absolutely.

2           MR. PETROCELLI:  Your Honor, I neglected to identify

3    and seek to admit DX433, which is the Rosetta for

4    demonstrative 13.

5           THE COURT:  Okay.

6           MR. PETROCELLI:  I would also ask that

7    demonstrative 13 be admitted in lieu of my having to read all

8    the numbers into the record.

9           THE COURT:  Yes.  Those will be admitted under seal.

10          (Defendant's 433 received in evidence.)

11          MR. PETROCELLI:  Thank you, Your Honor.

12   BY MR. PETROCELLI:

13   Q    These top authors that are referenced in Plaintiff's

14   Exhibit 174 for 500,000 units in a single year, what type of

15   advance levels would that typically correspond to?

16   A    5 million, 4 million, 5 million, 6 million, and more.

17   Q    Okay.  Thank you.

18          MR. PETROCELLI:  Nothing more, Your Honor.

19          THE COURT:  All right.  Thank you.

20          I had a few questions for you, Ms. McIntosh.

21          From your testimony, it seems to me that your industry

22   is very much driven by expected sales of books.  Do you think

23   that's correct?

24          THE WITNESS:  I would say we spend a lot of time

25   trying to guess the expected sales of books.  And the -- if you
```

     1   are asking about the -- is that something we can focus on,

     2   absolutely we focus on it, and we try to drive towards

     3   maximizing that number.

     4          Our actual outcomes, the profits, are driven by what

     5   we -- not only what are those books that are selling and how

     6   many copies, but what have we paid for the books that are

     7   selling.

     8          THE COURT:  Yes.  So it seems to me, and correct me if

     9   I'm wrong, that starting from when you acquire the books, you

    10   are trying to project the expected sales of books, and then

    11   even after that, you are saying it's sort of an iterative

    12   process where you are reassessing based on new information what

    13   the expected sales of books will be?

    14          THE WITNESS:  Correct.

    15          THE COURT:  And then you determine what resources you

    16   will spend based on what the expected sales of books will be,

    17   but that could be different from your initial expectation.

    18   Your expectations could change, but it is always driven by the

    19   expected sales of books is what it sounds like to me.

    20          THE WITNESS:  It's the combination of the expected

    21   sales of books and the type of book.  I would just add that

    22   nuance to it.  If it's the type of book where in order to get

    23   those sales, we really need to establish the author for the

    24   first time, there could be essentially a disproportionately

    25   large amount of resources invested in that.

```
 1              THE COURT:  Okay.  Thank you.

 2              And in your experience with auctions, how often do

 3   underbidders win the title?

 4              THE WITNESS:  I think usually the -- usually the top

 5   bid wins, but certainly I hear of cases where the underbidder

 6   has won.  I hear about that when it's one of our publishers.

 7   But I don't have any data to tell you how many times that

 8   happens.

 9              THE COURT:  Would you say that's rare?

10              THE WITNESS:  I would say it's rare.

11              THE COURT:  Okay.  So in terms of your market share,

12   there's been evidence in this trial that HarperCollins is the

13   second largest publisher, but there's also been testimony that

14   if you take into account their Christian sales and that -- the

15   Christian sales add to their market share, but they don't

16   really compete with you on Christian sales.  So there's been

17   testimony that if you take out their Christian sales, you are

18   like three times their size on trade books.  Do you have a

19   sense of that?

20              THE WITNESS:  I think they do compete with us on

21   Christian sales.  I think Harper is one of the main competitors

22   that we have for Christian acquisitions and sales.

23              THE COURT:  Except, I guess, the testimony is that you

24   have so little of that compared to them.

25              THE WITNESS:  Well, we have been working hard to
```

increase that over time, so that's been a key area that we have
been investing in.

THE COURT:  So if you take out Christian sales, do you
think you're three times the size of HarperCollins on trade
books?

THE WITNESS:  I'm sorry, I don't know.  I don't have
that number on the top of my head.

THE COURT:  Okay.  In terms of advanced copies, how do
you decide which books you have advanced copies for?

THE WITNESS:  Yeah.  For one thing, you don't need
advanced copies for books that are not narrative books.  So
advanced copies are going to be primarily for books where we
really want, whether it is sales reps or book sellers or media,
to read the book ahead of time and to get excited.  So those
advanced copies could be digital, they could be print galleys
which is kind of a cheaper produced version of a print book, or
it could be actually advanced versions of the final book.

So it would be -- I would just describe them as
narrative oriented books.

THE COURT:  But you don't give advanced copies for all
your narrative books, so how do you decide which ones?

THE WITNESS:  Generally I would say it probably
concentrates more on books where support from bricks and mortar
book sellers is important.  So independent book stores in
particular want to read the books that they are going to be

```
 1   supporting.
 2         It is less likely to be books by established franchise
 3   authors because the -- they're thought of as being a little bit
 4   more of a known proposition.  But we are going to really focus
 5   the advanced copies.  And it's not just about producing them,
 6   but it's about encouraging people to read them, so focusing
 7   their attention on the books where we really believe, even if
 8   you don't know this author, you just have to read this, you are
 9   going to fall in love.  It's that kind of a feeling.
10         THE COURT:  So are those books that you expect will
11   sell well?
12         THE WITNESS:  They often are books that bubble up
13   during those meetings that I was describing.  It is -- the
14   sales reps read everything in digital form, and they will make
15   suggestions to us of, I really -- let's make sure we do
16   physical galleys on this one.  I really want us to do a big
17   mailing on this one.  And that really -- I would say if there
18   is a category, it is fiction books that are -- that we are
19   hoping are going to do well in independent book stores.
20         THE COURT:  Okay.  But it is mostly based on the
21   recommendations of your sales reps?
22         THE WITNESS:  Yes.
23         THE COURT:  Thank you.
24         Any questions based on my questioning?
25         MR. PETROCELLI:  No, Your Honor.  Thank you.
```

```
 1              THE COURT:  Thank you so much for your testimony.  You
 2    may step down.
 3              THE WITNESS:  Thank you.
 4              THE COURT:  All right.  And the defendants may call
 5    their next witness.
 6              MR. FRACKMAN:  Good afternoon, Your Honor.  Andrew
 7    Frackman.  Nice to see you again.
 8              THE COURT:  Good afternoon.  Nice to see you.
 9              MR. FRACKMAN:  Our next witness is Manuel Sansigre.
10    We are going to turn to efficiencies.
11              THE COURT:  All right.
12              MR. FRACKMAN:  And just a couple of housekeeping --
13    while Mr. Sansigre coming in.  We have binders for the Court.
14    Some of the exhibits are these Excel spreadsheets.  We have
15    them on a flash drive in case the Court would like to look at
16    them at some point.
17              THE COURT:  Okay.  You can give those to my law clerk.
18              MR. FRACKMAN:  Okay.  We have two copies.  These are
19    just of the Excel spreadsheets.  They tend to be large files.
20              THE COURT:  Thank you.  I appreciate that.
21              MR. FRACKMAN:  The only other housekeeping item, Your
22    Honor, is that most of what we are going to be talking about is
23    confidential numbers.
24              THE COURT:  Okay.
25              MR. FRACKMAN:  We have a slide deck demonstrative to
```

```
 1   help facilitate the conversation, the testimony, but I think it
 2   would be more efficient if we turned off the public screen
 3   because with the exception of the timeline, almost everything
 4   is, in fact, confidential.
 5           THE COURT:  Okay.  I think that Ms. Calloway can
 6   control whether it's going to the public screen or not.  So we
 7   don't need to turn off the monitors.  She can control it.
 8           MR. FRACKMAN:  All right.  I will tell you when to
 9   turn it off.
10           THE COURTROOM DEPUTY:  Let me know.
11           MR. FRACKMAN:  From my standpoint, it can remain off.
12           THE COURT:  The default will be off.  Let her know if
13   you want it on.
14           MR. FRACKMAN:  Thank you.
15           If the passion rises, we will ask you to turn it on.
16   Probably not.
17           THE COURT:  Mr. Sansigre, could you stand for a moment
18   and raise your right hand.
19           THE WITNESS:  Sure.
20                         MANUEL SANSIGRE
21   Having been first duly sworn on oath, was examined and
22   testified as follows:
23           THE COURT:  Thank you.  You can be seated.
24
25
```

```
1                        DIRECT EXAMINATION
2    BY MR. FRACKMAN:
3    Q    Mr. Sansigre, can you tell us your name and your position.
4    A    Sure.  My name is Manuel Sansigre.  I am the senior vice
5    president of M&A for Penguin Random House.
6    Q    How long have you held that position?
7    A    Since basically the summer of 2015.
8    Q    And who do you report to at Penguin Random House?
9    A    Markus Dohle.
10   Q    What are your responsibilities?
11   A    I am in charge of all acquisitions for Penguin Random
12   House.
13   Q    Do you have a team that works with you?
14   A    Yes.
15   Q    How many people are on your team?
16   A    Two people.
17   Q    When did you join Penguin Random House?
18   A    I joined in 2015.
19   Q    And before 2015, what did you do?
20   A    I was a banker in three different investment banks, both
21   in the U.S. and also in Europe.
22   Q    Could you tell the court your educational degrees.
23   A    Sure.  I hold an undergrad of law and an undergrad in
24   business administration from Carlos III University of Madrid.
25   I also hold master in advance finance from IE Business School,
```

1    Instituto Empresa Madrid.

2    Q    Do you want to spell that for the court reporter.

3    Instituto?

4    A    Yes, I-N-S-T-I-U-T-O.

5    Q    Empresa?

6    A    E-M-P-R-E-S-A.

7    Q    Any other degrees?

8    A    I also hold a master's in business analytics from NYC

9    Stern School of Business.

10   Q    How many merger and acquisition transactions have you

11   worked on in your career as an investment banker together with

12   your time at Penguin Random House?

13   A    I have worked on over 200 transactions in my career.

14   Q    Were any of those transactions that you worked on when you

15   were an investment banker in the publishing industry?

16   A    Yes.  I actually advise Penguin Random House in

17   acquisition of a publisher in Spain.  Actually, that's the way

18   I started at Penguin Random House.

19   Q    What transaction was that in connection with?

20   A    There was an acquisition of Santillana.

21   Q    And that's spelled S-A-N-T-I-L-L-A-N-A.  And that's a

22   publisher, right?

23   A    Yes.

24   Q    Okay.  Now, at Penguin Random House, how many transactions

25   have you worked on?

```
 1    A    I have worked on over 100 transactions reviewing
 2    publishing companies.
 3    Q    And how many of those 100 transactions have closed?
 4    A    26.
 5    Q    So now let's turn to the Simon & Schuster transaction.
 6         What was your involvement in the decision to acquire
 7    Simon & Schuster?
 8    A    Sure.  So my team and I, we were primarily involved in
 9    modeling the PRH and Simon & Schuster efficiencies.
10    Q    Now, you used the words efficiencies.  We are also going
11    to hear the word synergies.  In your practice, do you make any
12    distinction between those two terms?
13    A    No.  Efficiencies or synergies are terminology that we use
14    interchangeably.
15    Q    What do efficiencies or synergies refer to in your usage
16    in connection with acquisitions?
17    A    It means benefits created a second sequence of
18    transaction.
19    Q    Let's turn to the timeline of your involvement.  I will
20    have Ms. Radford bring up the timeline that you have helped us
21    prepare.
22         Let's briefly walk through your modeling work and how you
23    developed your model.  Let's start at the beginning.  When did
24    ViacomCBS announce the sale of Simon & Schuster?
25              THE COURT:  Does this have an exhibit number for the
```

```
 1   record?
 2            MR. FRACKMAN:  This is defendants' demonstrative 14,
 3   Your Honor.
 4            THE COURT:  Okay.
 5            THE WITNESS:  So ViacomCBS announced the sale of
 6   Simon & Schuster in early March.
 7   BY MR. FRACKMAN:
 8   Q    And what did you do at that point?
 9   A    Well, as soon as they announced, I started thinking about
10   how I would model efficiencies basically.
11   Q    When you model efficiencies, are there stages that you
12   usually undertake?
13   A    Yes.  Normally there's different stages to get to, let's
14   say, the final model, right, that you are going to use for the
15   transaction.  In this situation, we actually went through three
16   stages.
17   Q    So before we get to that, I think you said -- you told the
18   court that you have closed 26 transactions at Penguin Random
19   House.  But how many transactions have you done synergies
20   modeling or financial modeling in connection with?
21   A    So in all the transactions, at the end of the day, I've
22   done a lot of times synergy analysis, projections.  It is a
23   very common M&A tool, right, or M&A --
24            (There was an interruption by the court reporter.)
25            THE WITNESS:  It's a normal tool when you are
```

1  assessing opportunities.

2  BY MR. FRACKMAN:

3  Q    All right.  You said that there were three stages in the

4  development of your work on this transaction.  What was the

5  first stage?

6  A    So the first stage was creating the architecture of the

7  model.  Okay.  So I knew that this was a transaction with a lot

8  of information, so it was important to create a template,

9  right, that eventually would become a model.  So I started

10  thinking what would be the information that I would need from

11  the Penguin Random House and from Simon & Schuster in order to

12  create efficiencies model.

13  Q    When did you start that work?

14  A    I started right away.

15  Q    Did you have any Simon & Schuster confidential information

16  at that point in time?

17  A    No.  At that time we didn't have the access to any private

18  information.  It was only publicly available information.

19  Q    And you are talking about March 2020 at this point, right?

20  A    Yes.

21  Q    So what happened after you started preparing the skeleton

22  or framework for your model?

23  A    So the bankers of Simon & Schuster told us that because of

24  COVID they were putting the sell process on hold.

25  Q    Did you stop your work at that point, or did you continue?

 1    A     No.  I used this opportunity to keep developing the

 2    architecture of the model.  And, for example, I started pulling

 3    all the Penguin Random House data and really making sure that

 4    the mechanics of the model were -- that it was working well.

 5    Q     At this point in time, did you look at any prior

 6    transactions?

 7    A     Yes.  As I and my team would do in every single

 8    transaction, we look back to this experience of 26 transactions

 9    and the other ones that we have worked to really understand how

10    we model synergies, how we model projections, et cetera.

11    Q     Okay.  So that was your first stage.  When did you move

12    into the second stage of work on the efficiencies model?

13    A     So by the end of summer of 2020, the bankers came back to

14    us and told us that they were about to restart the process and

15    that most likely they will start populating the data after

16    Labor Day.

17    Q     And was that around Labor Day?

18    A     It was around Labor Day, yes.

19    Q     Okay.  So did you get access to the Simon & Schuster data

20    room at that point?

21    A     Yes, we did.

22    Q     And what did you do with that data?

23    A     So once that I had access to, quite honestly, a lot of

24    information about Simon & Schuster information, the first very

25    important process is about trying to normalize the Simon &

```
 1   Schuster data to be comparable with Penguin Random House data.
 2   Q    Was that a big job, small job?
 3   A    It was like a huge job.  Basically my team and I were
 4   totally devoted full time to this project day and night.  And
 5   the idea was really to make sure that we could look at Penguin
 6   Random House and Simon & Schuster through the same lenses.
 7   Q    So we are going to put up now Plaintiff's Exhibit 405 for
 8   identification.  It is confidential data.
 9           MR. FRACKMAN:  And I will ask Ms. Radford to go to the
10   Silk US worksheet on PX450.
11   BY MR. FRACKMAN:
12   Q    Mr. Sansigre, could you tell the court what we are looking
13   at on this worksheet of PX405?
14   A    This is the mapping spreadsheet that we created, as I just
15   mentioned.
16   Q    How many worksheets or tabs are there in PX405?
17   A    It has over 100 tabs.
18   Q    What's contained in these tabs?  That's a lot of tabs,
19   100.
20   A    So basically Simon & Schuster raw data, so P&Ls by
21   country, by different divisions, and also additional cost
22   breakdowns from Simon & Schuster.  The idea on this file was to
23   again try to map Simon & Schuster P&L to be comparable to us.
24           MR. FRACKMAN:  Your Honor, I offer PX405 into
25   evidence.
```

```
 1              THE COURT:  Any objection?

 2              MS. LEAL:  No objection, Your Honor.

 3              THE COURT:  That will be admitted.

 4              (Plaintiff's 405 received in evidence.)

 5    BY MR. FRACKMAN:

 6    Q    Mr. Sansigre, how long did the mapping project take that

 7    resulted in PX405?

 8    A    Two very intensive weeks after the data room was open.

 9    Q    Once you had the data mapped in PX405, what did you do

10    next?

11    A    So I took the mapped P&Ls, and I inserted all these data

12    into the efficiencies model.

13    Q    Was there anything else that you did in this, what you

14    called second stage, other than the weeks of mapping of data?

15    A    Well, now that we have efficiencies model with both

16    Penguin Random House and the mapped Simon & Schuster data, then

17    we could start make the projections on the efficiencies model

18    itself.

19    Q    When did you begin the third stage of your development of

20    your model?

21    A    The third stage started when basically ViacomCBS

22    communicated to us that we were moved into the second round of

23    the process and they not only open -- or they provide us with

24    additional financial information on Simon & Schuster, but also

25    more deeper breakdowns for the company.  But additionally we
```

```
 1   got access to confidential information in the clean data room.

 2   Q    Let me stop you right there.

 3        MR. FRACKMAN:  I would ask Ms. Radford to bring back

 4   up the timeline if we can.  This is again defendants'

 5   demonstrative 14, slide 2.

 6   BY MR. FRACKMAN:

 7   Q    When did this third stage begin?

 8   A    Around October 15th of 2020.

 9   Q    What type of information did you get in the third stage --

10   Simon & Schuster information did you get in the third stage

11   that you didn't have prior to October?

12   A    Especially the information in the clean data room.

13   Q    And what information was in the clean data room?

14   A    It was the intel information of all Simon & Schuster

15   employees.

16   Q    How many employees did you receive data for from Simon &

17   Schuster?

18   A    It was all of them, around 1,400 in the United States.

19   Q    What did you do with this data once you got it?

20   A    Well, I went line by line, and I basically mapped each

21   position to the equivalent position at the same department

22   level of Penguin Random House to really make sure that the

23   departments were comparable.

24   Q    Do you have a name for this worksheet or workbook or

25   spreadsheet, whatever you want to call it?
```

```
 1    A    Yes.  The name of this document is called the op ex

 2    matrix.

 3              MR. FRACKMAN:  Let's pull up PX406 for identification.

 4    And I will ask of Ms. Radford to go to the summary worksheet or

 5    summary tab.

 6    BY MR. FRACKMAN:

 7    Q    Mr. Sansigre, what is the court -- what are we looking at

 8    here in PX406?

 9    A    This is the op ex matrix that I created.

10    Q    How many worksheets are in PX406?

11    A    Around 50, 50 tabs.

12    Q    And we are going to come back and look at this in greater

13    detail.

14              MR. FRACKMAN:  At this point I will just offer it in

15    evidence, and we will proceed.

16              THE COURT:  Is this data all from Simon & Schuster?

17              THE WITNESS:  A good part of this information is from

18    Simon & Schuster, yes.

19              THE COURT:  Is there also PRH information on this?

20              THE WITNESS:  Yes.

21              THE COURT:  It's both?

22              THE WITNESS:  Both.

23              THE COURT:  Okay.

24              MR. FRACKMAN:  I don't believe there is any objection.

25    This is on the plaintiff's exhibit list, PX406.
```

```
 1              THE COURT:  Any objection to PX406?

 2              MS. LEAL:  No objection, Your Honor.

 3              THE COURT:  That will be admitted.

 4              (Plaintiff's 406 received in evidence.)

 5   BY MR. FRACKMAN:

 6   Q    How long did it take you to create the op ex matrix?

 7   A    It took me also 24/7, couple of weeks to create this

 8   document.

 9              MR. FRACKMAN:  Let's go back to the timeline,

10   Ms. Radford.

11   BY MR. FRACKMAN:

12   Q    All right.  So you got access to Simon & Schuster data,

13   Simon & Schuster clean room data, you developed your op ex

14   matrix.  What did you do next?

15   A    So once that I have build the op ex matrix, I was able to

16   to finalize basically the efficiencies model that was used for

17   the approval of the transaction by Bertelsmann.

18   Q    When was the work on the efficiencies model completed?

19   A    It was completed by basically the beginning of November,

20   around like November 6.

21   Q    And is that the document that you have referred to -- has

22   been referred to as the official model?

23   A    Yes.

24              MR. FRACKMAN:  Pam, could you put up PX168, please,

25   and go to the Silk IS US output tab or worksheet.
```

```
 1   BY MR. FRACKMAN:

 2   Q    Mr. Sansigre, what are we looking at in PX168?

 3   A    This is the November of 2020 official model that was used

 4   to approve the transaction by Bertelsmann.

 5             MR. FRACKMAN:  Your Honor, I offer PX168 in evidence.

 6             THE COURT:  Any objection?

 7             MS. LEAL:  No objection, Your Honor.

 8             THE COURT:  That will be admitted.

 9             (Plaintiff's 168 received in evidence.)

10   BY MR. FRACKMAN:

11   Q    We will come back to PX168 a little bit later.  Let's go

12   back to the timeline.

13        You mentioned -- how was the official model's conclusions,

14   that is PX168's conclusions, used?

15   A    So with those conclusions, we were able to identify the

16   potential benefits out of this transaction that we could create

17   and basically arrive to the valuation that serve us basically

18   to sign the transaction.

19   Q    Did you communicate PX168, your model, to Bertelsmann?

20   A    Absolutely.  This is the document -- the final version of

21   this model, what we call the official model, was sent to them

22   basically for the final approval, but actually, they were

23   reviewing and vetting my assumptions very early on in the

24   process.

25   Q    You have on the timeline something called the investment
```

```
 1   proposal, PX148.  What is that?

 2   A    So the investment proposal is basically the document

 3   where, in this case, Penguin Random House is proposing the

 4   acquisition of Simon & Schuster to be approved by Bertelsmann.

 5           MR. FRACKMAN:  And, Ms. Radford, would you pull up

 6   PX148, please, for us to look at.

 7   BY MR. FRACKMAN:

 8   Q    Mr. Sansigre, what is PX148 that we are looking at?

 9   A    This is the resolution of Bertelsmann supervisory board

10   approving the Simon & Schuster transaction.

11   Q    And does this, PX148, include the investment proposal that

12   was submitted to Bertelsmann by Penguin Random House

13   incorporating the synergy or conclusions of your modeling?

14   A    Yes.

15           MR. FRACKMAN:  We offer PX148 in evidence.

16           THE COURT:  Any objection?

17           MS. LEAL:  No objection, Your Honor.

18           THE COURT:  That will be admitted.

19           (Plaintiff's 148 received in evidence.)

20           MR. FRACKMAN:  So if you would turn to page 8 of

21   PX148, Ms. Radford.

22   BY MR. FRACKMAN:

23   Q    Is this the investment proposal that you just mentioned?

24   A    Yes.

25   Q    All right.  And what do these pages show in a general
```

1  sense?

2  A    So the philosophy of the integration and the calculation

3  of the synergies.

4  Q    What are the big buckets of synergies that you identified

5  and were incorporated into PX148, the investment proposal?

6  A    Basically the four categories were real estate savings,

7  operating expenses savings, variable cost savings, and increase

8  in sales.

9  Q    And we are going to come back to each of those, but in

10  total, how much did you identify in efficiencies in the

11  investment proposal, PX148?

12  A    Between 159 to 208 million per annum by 2025.

13  Q    Per annum, that's annual savings.  Are those worldwide or

14  just in the U.S.?

15  A    They were worldwide.

16  Q    What is the number, the annual savings or synergies, that

17  you projected for the U.S. alone?

18  A    For the U.S., the range was between 137 million and

19  175 million dollars per annum by 2025.

20  Q    By 2025?  You modeled it over a four-year horizon?

21  A    Yes.

22  Q    Let's go back to the timeline if we could, defendants'

23  demonstrative 14, page 2.

24      And I want to turn to the box or the section at the bottom

25  in orange.  What are you showing there?

1    A    This is basically trying to show how Bertelsmann was

2    reviewing and vetting what assumptions and efficiencies is

3    modeled across the process.

4    Q    Right.  So this is entitled, Bertelsmann review of PRH

5    efficiencies, and you have it starting in May and continuing to

6    November.

7        Why don't we start in May.  What was Bertelsmann's

8    involvement in your work at that point?

9    A    So after the process was put on hold, we went actually to

10    Bertelsmann to basically tell them that we wanted to explore

11    the project.  And we did that in a meeting with them, and they

12    confirmed that they wanted us to go ahead and explore the

13    transaction.

14        And for that also they started supporting us or supporting

15    the process by creating two different groups to review and vet

16    all the work that we were doing for this transaction.

17    Q    Are you saying that the Bertelsmann -- well, what are the

18    groups that you are referring to?

19    A    They are basically -- in this situation, they set up two

20    different groups.  One is the Bertelsmann M&A group, so

21    basically the department of money for Bertelsmann.  And the

22    other one is called ZI.  That's the way they called it.

23            (There was an interruption by the court reporter.)

24            THE WITNESS:  ZI.

25

1  Q    ZI?

2  A    ZI, which is basically the controlling risk management

3  group of Bertelsmann.

4  Q    And what was the involvement of the M&A, Bertelsmann M&A

5  group, and the Bertelsmann controlling group in your modeling

6  work over the summer and into the fall?

7  A    It was very intense.  They were both analyzing line by

8  line so that particularly there was no mistakes in the model,

9  and all the formulas and review also, of course, projections

10 and assumptions and challenging them.

11 Q    How many individuals were involved in working with you or

12 reviewing your work from Bertelsmann?

13 A    So in the case of the ZI group, I believe they had one

14 full-time person, Mr. Sullwold, and also they have Java Hepton

15 (phonetic) also dedicated to this project, but also the head of

16 ZI was all the time also reviewing all this information.

17           MR. FRACKMAN:  Now, let's turn to the next -- let's

18 turn to defendants' demonstrative 14, page 6.

19 BY MR. FRACKMAN:

20 Q    What are you showing here on slide 6 of defendants'

21 demonstrative 14?

22 A    This is showing conceptually how Bertelsmann review

23 efficiencies.

24 Q    What is this four eyes principle that we have noted here?

25 A    So especially in important transactions, Bertelsmann wants

1  to make sure that there are different departments independent

2  from each other to look into the transaction to make sure that

3  everything is reviewed.

4  Q    And those are two eyes from M&A and two eyes from ZI, is

5  that what you are saying?

6  A    Basically.

7  Q    Okay.  And I want to just focus on the involvement of the

8  ZI person.  You mentioned his name was Mr. Sullwold.

9       MR. FRACKMAN:  I'll spell that for the court reporter,

10  S-U-L-L-W-O-L-D.  First name Timo, T-I-M-O.

11  BY MR. FRACKMAN:

12  Q    What did he do with you on a day-to-day basis while you

13  were working on the model?

14  A    It was a really intense review of the 100 tabs that we

15  discussed from the documents.  So he was literally going line

16  by line making sure the calculations were accurate and also

17  challenged the assumptions and the calculations of the

18  efficiencies.

19  Q    And when you got data in the fall, both the original data

20  following Labor Day and then some of the clean room data, did

21  Bertelsmann have access to any of that data?

22  A    They had access to all the data except the clean team

23  data.

24       MR. FRACKMAN:  Okay.  Let's pull up defendants'

25  demonstrative 14 at 7, which is an image of DX416.

```
1   BY MR. FRACKMAN:

2   Q    What is this, Mr. Sansigre?  I mean, it's an email, but

3   who is Timo, and what does it concern?

4   A    This is the person from ZI that we just discussed sending

5   me an email asking me basically to provide him with the mapping

6   file that we discussed before and also basically the documents

7   that were linked to the efficiencies model.

8   Q    Is this the only communication between you and

9   Mr. Sullwold in which he asked for data to support your model,

10  or are there others and this is just an example?

11  A    There is a lot of emails back and forth, and we also had

12  like conversations every other day.

13          MR. FRACKMAN:  Your Honor, I offer DX416 into

14  evidence.

15          THE COURT:  Any objection?

16          MS. LEAL:  No objection.

17          THE COURT:  That will be admitted.

18          (Plaintiff's 416 received in evidence.)

19          MR. FRACKMAN:  Let's turn, Pam, to page 8 of

20  demonstrative 14.  This is an image of DX415 for

21  identification.

22  BY MR. FRACKMAN:

23  Q    What is this, Mr. Sansigre?

24  A    This is an email from Florian Protschky.  He's like a

25  member of the M&A department of Bertelsmann.
```

```
1   Q    What is Mr. Protschky asking for here?

2   A    He wanted to have additional questions around the

3   operations of Simon & Schuster and also around synergies in

4   order to help us with the --

5            (There was an interruption by the court reporter.)

6            THE WITNESS:  For the operational -- for the

7   operations of the company.

8   BY MR. FRACKMAN:

9   Q    This is dated September 22, 2020.  What was going on at

10  that point?

11  A    We were starting to ask questions to Simon & Schuster

12  management and basically put together all these questions to

13  gather additional information to better understand how Simon &

14  Schuster operate compared to Penguin Random House.

15  Q    And how often would Mr. Protschky or someone else from the

16  Bertelsmann M&A group contact you with questions about the work

17  you were doing in connection with the transaction?

18  A    Very similar to the ZI group, it would be emails very

19  frequent, and we will have conversations every other day.

20           MR. FRACKMAN:  Your Honor, I offer DX415 into

21  evidence.

22           THE COURT:  Any objection?

23           MS. LEAL:  No objection.

24           THE COURT:  That will be admitted.

25           (Defendant's 415 received in evidence.)
```

1          MR. FRACKMAN:  So let's go back, Pam, to slide 6 in

2     the demonstrative.

3     BY MR. FRACKMAN:

4     Q    Other than the M&A group and the ZI controlling group at

5     Bertelsmann, who else reviewed your work on the efficiencies

6     model?

7     A    So once we basically sent the investment proposal to

8     Bertelsmann, they needed to move that investment proposal

9     through their different committees.  In this case, first

10    investment committee, then the executive committee, and finally

11    the supervisory board.

12    Q    By the way, did the ZI group generate any independent

13    appraisal or valuation of the transaction, or did they just

14    rely on your work?

15    A    They created their own independent assessment.

16          MR. FRACKMAN:  And let's look at slide 9 of

17    demonstrative 14.  This is PX864.

18    BY MR. FRACKMAN:

19    Q    What are we looking at, Mr. Sansigre?

20    A    This is the --

21          (There was an interruption by the court reporter.)

22          THE WITNESS:  This is the ZI appraisal that they

23    created.

24          MR. FRACKMAN:  Your Honor, we offer PX864 into

25    evidence.

1          THE COURT:  Any objection?

2          MS. LEAL:  No objection.

3          THE COURT:  That will be admitted.

4          (Plaintiff's 864 received in evidence.)

5   BY MR. FRACKMAN:

6   Q    Where did the ZI group get the information to form the

7   view that the magnitude of cost synergies appears reasonable

8   when comparing to former larger Penguin Random House mergers as

9   stated in PX864 to your knowledge?

10  A    So they reviewed, of course, all the work that we had

11  done.  They also reviewed similar transactions that we have

12  done in the past.  And also they had direct access to all the

13  information that Simon & Schuster was providing except the

14  clean team information that was provided.

15  Q    Was this an independent appraisal, or was it just rubber

16  stamping what you had done?

17  A    It was, my opinion, it was really a real appraisal.

18  Q    Now, why did Bertelsmann spend all this time

19  double-checking your work with four different -- two different

20  sets of eyes, four different eyes?

21  A    It's a large transaction, and their money was on the line.

22  Q    So this ZI appraisal, PX864 that we are looking at, did

23  you provide any input into it?

24  A    I couldn't.  I gave some comments, but it was -- that

25  document, it was not under my control.

1    Q     Would they have permitted you to have input into it if you

2    had wanted to?

3    A     I don't think so.

4    Q     And that's because their job was to do an independent

5    evaluation?

6    A     Yes.

7    Q     Okay.  With that background, let's go back to the

8    November 2020 official model, PX168.

9          How much time did you and your team spend building the

10   November 2020 official model, PX168, in total?

11   A     It was basically since the beginning in March when I

12   started creating the architecture of the model until we signed

13   the deal in November.

14   Q     How many drafts or versions of PX168 did you create before

15   you got to the final one?

16   A     About a hundred versions.

17   Q     You have worked at investment banks.  Did the approach --

18   how did the approach that you took in preparing PX168 compare

19   with what you did when you were a banker?

20   A     It's the same.  I have applied the same practices as when

21   I was a banker working in all these transactions.

22   Q     Why did you need a hundred iterations of this model before

23   it was final?

24   A     So throughout the process, we are learning more and more

25   information about Simon & Schuster, the way they operate.

1   Simon & Schuster would provide us with additional breakdowns

2   and information to really better understand honestly everything

3   in the way they work, right.  So a lot of this information was

4   not provided at the beginning, but basically mostly at the end

5   of the process.

6   Q    Now, you testified earlier that there are a hundred

7   worksheets in PX168, I think, if I have that right.

8   A    Yes.

9   Q    What are the two that are most important for our

10  discussion today and for the court?

11  A    Yeah, I think those would be the Silk US IS output, and

12  the other one would be Silk US.

13  Q    So let's talk about the Silk US IS output first.  I know

14  the court probably knows this, but US refers to what?

15  A    The United States.

16  Q    And what does IS refer to?

17  A    Income statement.

18  Q    What is contained -- so that's the Silk US IS worksheet.

19  What about the Silk US worksheet?

20  A    That's basically the top where the large majority of the

21  calculations of efficiencies is done.

22  Q    Those are two out of a hundred tabs.  What are the other

23  98 doing?

24  A    So additional analysis, more support documentation --

25          (There was an interruption by the court reporter.)

```
1              THE WITNESS:  Other supporting documentation.  Also
2    this was a global transaction, so basically it contains
3    information from other countries.
4    BY MR. FRACKMAN:
5    Q    So while we are interested here in the Silk US IS output,
6    you have tabs for other geographies as well, right?
7    A    Yes.
8    Q    And then do you have other tabs in which you are doing
9    calculations that are rolled up into the summary spreadsheet
10   that we are looking at, Silk US IS output?
11   A    Yes.
12   Q    With the court's indulgence, let's keep our focus on this
13   Silk US IS output summary tab.  I want to take you through some
14   of the information here to orient the court in case the court
15   would like to go back and look at it later.
16        Let's start at the left-hand column, the one that starts
17   with gross fiscal sales and then continues down.
18        What do those rows refer to?
19   A    So these rows are the different items of the profit and
20   loss.
21   Q    Based on the P&L of the two companies as you map them for
22   your model?
23   A    Yes.
24   Q    Okay.  So --
25              THE COURT:  I'm sorry, so this is combined?
```

```
1              THE WITNESS:  No.  This is just Simon & Schuster.
2              THE COURT:  Okay.
3    BY MR. FRACKMAN:
4    Q    Now let's go across the top here.  You have three columns
5    under heading, historical, 2017A, 2018A, and 2019A.  What are
6    those?
7    A    Those are the actuals, 2017 actual, 2018 actual, and 2019
8    actual of Simon & Schuster.
9    Q    And where did you get the information to populate those
10   three historical columns?
11   A    From Simon & Schuster business records.
12   Q    Okay.  Now let's go to the one right next to that to the
13   right that says, forecast 2020F.  What does that refer to?
14   A    This also refers to -- it's 2020 forecast basically.
15   Q    Why is it called a forecast in contrast to the three
16   historical years you had next to it?
17   A    Well, we were modeling throughout 2020, so 2020 was not
18   closed yet.  So this forecast actually incorporated nine months
19   of actuals until September of 2020 and the last quarter of 2020
20   as a forecast.
21   Q    Who provided the forecast?  Was that from Simon &
22   Schuster, or was that from yourself?
23   A    It was basically from Simon & Schuster.
24   Q    Now, to the right of that, you have a column, this is I,
25   column I, that says, estimate 2021E.  What does that refer to?
```

1  A    This is the estimate, the projection, for 2021, and it was

2  the first, let's say, year that we projected.

3  Q    And how did you come up with the projection for 2021?

4  Where did you get the information?

5  A    Well, we based on a lot of information and discussions how

6  the market was evolving, the books that were coming.  At the

7  same time we were doing a lot of due diligence on Simon &

8  Schuster, so we were learning a lot about how the company was

9  performing.

10 Q    Did Simon & Schuster provide you with an estimate for

11 2021?

12 A    Yes.

13 Q    Did you use it, or did you refine it?

14 A    I didn't use it.  I asked a lot of questions why they were

15 modeling 2021 in that way.  But I created my own set of

16 projections for 2021.  And I think it's important to understand

17 that when a seller is putting out their certain projections,

18 precisely because they are selling the company, you want to

19 develop your own opinion about how the condition would evolve.

20 Q    And is that because, in your experience, sellers might

21 puff their projections?

22 A    Sometimes.  But in general, you really want to have your

23 own opinion of how the company is going to evolve.

24 Q    Is that consistent with how you approached estimates of

25 future financial results when you were an investment banker?

1    A    Yes.

2    Q    Okay.  Now, let's keep going.

3         THE COURT:  Sorry.  Can I ask, so is your estimate

4    what Simon & Schuster would do as a standalone company, or does

5    it incorporate revenue synergies from PRH?

6         THE WITNESS:  So 2021 is still independent, let's say,

7    standalone.  Is now, when we get to 2025, the columns we are

8    going to discuss now, where I model projected the three states

9    of the world.

10        THE COURT:  I see.

11   BY MR. FRACKMAN:

12   Q    I also am quite confident the court knows what CAGR refers

13   to in the next two columns, but why don't you just tell us for

14   the record.

15   A    It means compounded annual growth rate.

16   Q    And you have it both for the year 2017 to 2019 based on

17   the actual data from Simon & Schuster, the historical data, and

18   you also have it in column K for 2019 to 2021 based on both the

19   historical for 2019 and the forecast for 2020 and your estimate

20   for 2021, is that right?

21   A    Yes.

22   Q    Now let's go to the three worlds that you have modeled

23   here, and let's start with M, column M, base case standalone

24   2025.  What does that refer to?

25   A    This is the first state of the world that I model.  That

```
 1    is basically how the company will evolve over the years until
 2    2025.
 3    Q     Is this as a standalone company or as part of Penguin
 4    Random House?
 5    A     It's as a standalone.
 6    Q     And then to the right of that, you have the percentage
 7    growth, which is, I assume, the average growth rate for those
 8    years based on that projection?
 9    A     Yes.
10    Q     Let's go all the way to the right.  We are going to come
11    back to the target column.  Let's first go to the upside case
12    Silk with synergies in columns Y and Z.  Before we start, what
13    does Silk refer to?
14    A     Silk is the code name that we gave to the acquisition of
15    Simon & Schuster.
16    Q     Okay.  And let's look in column Y.  You have Silk upside
17    case, Silk with synergies 2025E.  What does that -- what do the
18    numbers in that column refer to?
19    A     This is the second state of the world that I projected
20    which was Simon & Schuster under PRH management including the
21    synergies and efficiencies that we have identify we could
22    achieve as part of this transaction.
23    Q     And to the left of that, you have a base case with also
24    similar estimates for 2025 and percentage growth for the period
25    '21 to '25.  How does the base case compare to the upside case,
```

1  and why do you have both here?

2  A    Sure.  So at the end of the day, it's impossible to

3  predict the future.  That's why we tend to work with ranges.

4  So the base case basically was a plan a discount to all these

5  efficiencies in order to get to that range.

6  Q    How much discount is in the base case from the upside case

7  that you modeled?

8  A    So it's generally the discount is around 80 percent except

9  for certain items in sales and also for real estate.

10  Q    So you said the discount is 80 percent, the base case is

11  80 percent of the upside?

12  A    Yes.

13  Q    A reduction of 20 percent --

14  A    Yes.

15  Q    -- approximately?

16      Which is the projection that you modeled as the likely

17  outcome of the merger, the upside case or the base case?

18  A    The base case is the one that was used for Bertelsmann

19  approval, and that's also the set of numbers that we will be

20  held accountable by them.

21  Q    But which one --

22  A    The base case.

23  Q    That's the base case.  So why do you even have the upside

24  case?

25  A    Well, we are very confident that we will achieve the

1    upside case, but we just want to be conservative.

2    Q    You modeled the upside case because that's what you think

3    you are going to accomplish, achieve, but you discount it for

4    purposes of approval taking a more conservative estimate; is

5    that what you are saying?

6            MS. LEAL:  Objection.

7            THE COURT:  I am going to sustain the objection.

8    BY MR. FRACKMAN:

9    Q    Why do you discount the upside case to the base case for

10   purposes of getting approval for the transaction?

11   A    As I said, it's impossible to predict the future, so it's

12   very common in M&A to create ranges.  So we wanted to have more

13   conservative basically low bound, and that is what the base

14   case represents.

15   Q    Okay.  Now let's turn to columns S and T, and let's focus

16   on S.  That's target synergies base.  And just for ease of

17   discussion, let's take one row, gross fiscal sales, and can you

18   explain to the court how the value in that cell, S8, is

19   calculated.

20   A    Yes.  This cell is calculated by subtracting the two

21   states of the world of base case minus standalone, so basically

22   V8 minus M8.

23   Q    So if you subtract M8 from V8, you get S8?

24   A    It is V8 minus M8, but yes.

25   Q    The difference between base case, which is how you project

```
 1   Simon & Schuster will perform as part of Penguin Random House,

 2   less compared to how it would perform as a standalone

 3   basically?

 4   A    Yes.

 5          THE COURT:  I'm sorry, but what does that number

 6   represent in terms of synergies?  You just gave me a

 7   mathematical formula.  How did you figure out that that was the

 8   amount of synergies?

 9          THE WITNESS:  So we have another tab, which I think --

10   I mean, that has the calculation for every single line and how

11   we targeted the synergies.  This is just a summary.

12          MR. FRACKMAN:  Your Honor, we are about to go through

13   some specific examples for the Court to answer that question.

14          THE COURT:  Okay.

15   BY MR. FRACKMAN:

16   Q    Does the math follow, that we just reviewed, follow for

17   all of the rows in this worksheet?

18   A    Yes.

19          MR. FRACKMAN:  And if you go down to the very bottom,

20   Pam, of the worksheet, of the tab in the box there, you see 137

21   and 175.

22   BY MR. FRACKMAN:

23   Q    What do those numbers reflect?

24   A    That is the range of U.S. efficiencies that we projected

25   for Simon & Schuster.
```

```
 1   Q    There are a lot of lines here.  Can you describe the four
 2   big buckets that the synergies fall into for the court?
 3   A    Sure.  So the first one is real estate savings.  The
 4   second one is operating expenses savings.  The third one is
 5   variable cost savings.  And the last one is increased sales.
 6           MR. FRACKMAN:  And I will ask Ms. Radford to bring up
 7   slide 10 of demonstrative 14.
 8   BY MR. FRACKMAN:
 9   Q    What are you showing here on slide 10?
10   A    This is the base case targeted synergies by those four
11   categories that I just described.
12   Q    The left-hand column are the categories you just
13   described, and the right-hand column are the projected
14   synergies derived from PX168 that we were just looking at,
15   is~that right?
16   A    Yes.
17   Q    So now with that introduction, let's look at a few
18   examples.  And I would like to start with real estate
19   synergies.  Where on PX168, and again we are on the Silk US IS
20   output tab, where on this tab are the real estate synergies
21   reflected?  What is the line?  What is the row?
22   A    You can find it in line 60.
23   Q    Row 60 or line 60, D&A.  Why is it D&A and not real
24   estate?
25   A    D&A means --
```

1           (There was an interruption by the court reporter.)

2           THE WITNESS:  Depreciation and amortization.  I

3    apologize.

4           There has been a change a couple of years ago where

5    the expenses of real estate are no longer part of operating

6    expenses, per se.  They are considered amortization of the

7    right of use of an asset.  Therefore, those expenses are

8    embedded in the D&A line.

9    BY MR. FRACKMAN:

10   Q    So if we go across on the D&A line, that's row 60, to

11   columns S and T, we see two values.  What are those values?  I

12   mean, not the number, but what do those represent?

13   A    Those represent the real estate savings that we project.

14   Q    In contrast to most of the rows, you have the same value

15   in both the base case and the upside case for the real estate

16   synergies.  Why is that?

17   A    We were really confident that we will get the numbers, so

18   that's why we kept the same in both scenarios.

19   Q    We are going to go in a moment and look at the data that

20   you reviewed in order to come up with the value for real

21   estate.  But just tell the court, as a general matter, what are

22   we talking about here in real estate savings?

23   A    The best majority of the savings are linked to our

24   headquarters in New York City.  Both Penguin Random House and

25   Simon & Schuster, we have both headquarters based in New York

1    City.  And after the transaction, we will not need both

2    offices.

3    Q    Does this refer mostly to the savings you expect to get

4    from the Simon & Schuster warehouses -- sorry, Simon & Schuster

5    headquarters in New York City?

6    A    Yes.

7         MR. FRACKMAN:  Let's look at slide 11 of

8    demonstrative 14.

9    BY MR. FRACKMAN:

10   Q    Can you take the court through the steps that you

11   undertook in order to come up with that projection for real

12   estate savings for the Simon & Schuster headquarters space?

13   A    Yes.  So first I reviewed the Simon & Schuster New York

14   City office lease to understand information from that list, but

15   also what were the options, what we could do with that list.

16        Then I discussed with Penguin Random House real estate

17   team and also with the rest of the management to confirm that

18   there was a space for Simon & Schuster personnel.

19        Then we discussed with a real estate broker in New York

20   City to reanalyze the market conditions.  This was in the

21   middle of the pandemic at the time.  And finally, we also asked

22   JP Morgan to assess the subleasing opportunities.

23   Q    Now let's look at the backup for each of these.  Where did

24   you get the information for the Simon & Schuster lease or about

25   the Simon & Schuster lease?

```
 1   A    From the data rooms or from their business records.

 2   Q    Is that information reflected in any of the exhibits that

 3   we have reviewed so far?

 4   A    Well, it's part of PX168 or part of the mapping that is

 5   not in --

 6   Q    What about PX405?  That's the mapping document.

 7   A    It's part of the mapping document, yes.

 8         MR. FRACKMAN:  Okay.  Let's go to the next slide, Pam.

 9   This is slide 12 of defendants' demonstrative 14.

10         This is a page from PX405, Your Honor.

11   BY MR. FRACKMAN:

12   Q    What tab are we looking at at PX405, Mr. Sansigre?

13   A    This is the tab facilities cost.  And basically what I did

14   here is, once I downloaded the documents from the data room, I

15   basically copy paste into the spreadsheet as a reference.  You

16   can see my name and the date when --

17   Q    Let me just slow you down there.  These are -- this is a

18   document that was made available to you by Simon & Schuster in

19   the data room, right?

20   A    Yes.

21   Q    And what you are saying is you took it and cut and pasted

22   and incorporated it into your mapping document PX405?

23         MS. LEAL:  Objection.

24         THE COURT:  Sustained.  Let the witness testify,

25   Mr. Frackman, not you.
```

```
 1            MR. FRACKMAN:  Just trying to move it along.
 2            THE COURT:  I understand, but he needs to testify.
 3   BY MR. FRACKMAN:
 4   Q    Let's look at the information you have here that's
 5   highlighted.  What information is that, Mr. Sansigre?
 6   A    This is the information from the headquarters in New York
 7   City, and you can see the facilities expanse between 2017 and
 8   2020.
 9   Q    Is this the lease amount?
10   A    This is the P&L -- yeah, it's the lease amount going
11   through the P&L.
12            MR. FRACKMAN:  Your Honor, this is found, as
13   Mr. Sansigre said, at the facilities cost worksheet of PX405,
14   row 26.
15            THE COURT:  I'm sorry.  So the bottom is PRH's
16   expenses, or is that Simon & Schuster?
17            THE WITNESS:  All of these are Simon & Schuster
18   expenses.
19            THE COURT:  Okay.
20   BY MR. FRACKMAN:
21   Q    Now, what do you have -- that's the information on the
22   left that you got from Simon & Schuster that's highlighted, the
23   amount of the lease.  What do you have on the right under the
24   heading key legal terms?
25   A    These basically represent specifically for the
```

```
 1    headquarters, the expiration date, the square footage of the
 2    office, and some clauses from the lease linked to what were the
 3    options and what to do with this space.  And then the last one,
 4    you can see some of the terms, the lease terms, that they were
 5    entering into a contract.
 6    Q    So after you got the square footage, the lease terms, and
 7    the lease amount, what did you do next?
 8    A    Well, the first thing is that we realized that we couldn't
 9    just terminate the contract potentially.  After discussing with
10    the advisers, we realized that we could only sublease it.
11         So what we did then was to understand how many people were
12    in these offices and -- understand how many people were in
13    these offices --
14    Q    Let me stop you right there.  How did you get the
15    information of how many employees were at the Simon & Schuster
16    headquarters at Rockefeller Center?
17    A    All that information, operational information, about the
18    space was in the data room.
19    Q    Did you then confirm whether Penguin Random House had
20    enough space at its offices in New York to accommodate the
21    employees that you anticipated bringing over from Simon &
22    Schuster?
23    A    Yes, we did.
24    Q    How did you do that?
25    A    So we have conversations with our real estate team
```

1  analyzing the head count that was in those offices, and even

2  our head of real estate visit their offices to really

3  understand their layout and the way they were working.

4  Q    And what did you determine as to whether you needed any of

5  the Simon & Schuster headquarters space after the merger

6  closed?

7  A    That we could accommodate all of Simon & Schuster

8  employees in New York.

9  Q    Okay.  You mentioned you then consulted with a real estate

10 broker, Cushman & Wakefield.  And what did they tell you?

11 A    Well, they basically told us that the market conditions

12 were what they were given COVID, but that the space was in a

13 good place to be subleased.

14 Q    Did you incorporate into your model the savings from the

15 entirety of the Simon & Schuster lease once you determined you

16 didn't need their space, or did you incorporate a lower amount?

17 A    I incorporated 50 percent of the lease amount.

18 Q    What was the basis for the 50 percent number?

19 A    We additionally got JP Morgan to assess the subleasing

20 opportunities in Manhattan.

21 Q    What was JP Morgan's involvement in the transaction?

22 A    They were our financial advisers.

23 Q    And let me show you the next slide.  This is slide 13 of

24 demonstrative 14, which is a page from DX417.  What is this,

25 Mr. Sansigre?

```
 1   A    This is a presentation that JP Morgan created to basically
 2   assess the different options and opportunities, and they
 3   concluded that we would be able to at least recover 50 percent
 4   of the lease.
 5            MR. FRACKMAN:  Your Honor, we offer DX417 in evidence.
 6            THE COURT:  Any objection?
 7            MS. LEAL:  No objection.
 8            THE COURT:  That will be admitted.
 9            (Defendant's 417 received in evidence.)
10            THE COURT:  But 10 is not 50 percent of 18.
11            THE WITNESS:  This is the large majority, right.  The
12   10 is composed of other smaller things.
13            THE COURT:  I'm sorry?
14            THE WITNESS:  The ten, besides the New York offices,
15   it has other leases and other savings.  But the large majority
16   of that saving is the New York headquarters.
17            THE COURT:  Okay.
18   BY MR. FRACKMAN:
19   Q    Did you incorporate the JP Morgan appraisal information
20   and other lease information that you got from Simon & Schuster
21   into your model, PX168?
22   A    Yes.
23   Q    And where in the model is it reflected?
24   A    I created a tab called real estate benchmark, which was
25   detailing the leases one by one, and I inputted all these
```

```
1    numbers.
2            MR. FRACKMAN:  So, Ms. Radford, let's go to PX168, the
3    real estate benchmark worksheet.  And I will direct
4    Mr. Sansigre to row 21.
5    BY MR. FRACKMAN:
6    Q    What is reflected on row 21 of this worksheet,
7    Mr. Sansigre?
8    A    You can see the different information from the
9    headquarters like expiration date, the number of employees, the
10   square footage, and then you can also see the lease payment.
11   Q    And over to the right, in column N, what is reflected
12   there?
13   A    Is 50 percent.
14   Q    There are other facilities that also appear on this
15   worksheet.  What do they refer to?
16   A    This is other small spaces that we were not anticipating
17   to use when the lease expired.
18   Q    Is it fair to say that most of the total here comes from
19   the savings of the headquarters space?
20   A    Yes.
21   Q    Are there any costs associated with subleasing Simon &
22   Schuster's headquarters?
23   A    Yes.  We will need to obviously do the move.  And also
24   they are --
25            (There was an interruption by the court reporter.)
```

```
 1              THE WITNESS:  -- refitting the space and also
 2   investing into the space in order to be able -- in good
 3   condition to be subleased.
 4   BY MR. FRACKMAN:
 5   Q     Did you take that cost into account in your model?
 6   A     Yes.  We calculated $26 million of refitting.
 7   Q     By the way, what percentage of the total real estate
 8   savings that you modeled comes from the subleasing of the
 9   Simon & Schuster headquarters space?
10   A     Like 90, 90 percent basically.
11   Q     Okay.  Before we leave real estate, I want to ask you a
12   question about hard coding that the court has heard references
13   to.
14         The court, I know, knows what a hard coded cell in Excel
15   is, but for the record, could you explain what hard coding
16   means in Excel?
17   A     Hard coded means that it's a cell that is not linked
18   either to another document or to another spreadsheet or that
19   has a formula.
20   Q     Does hard coding in your experience mean that the data is
21   unreliable?
22   A     No, not at all.
23   Q     Are the real estate savings on PX168, on the summary
24   spreadsheet that we just looked at, hard coded?
25   A     Only the 50 percent.
```

```
 1    Q    All right.  So the information is not hard coded except

 2    for your 50 percent number, and that's derived from JP Morgan's

 3    recommendation that we just looked at, right?

 4    A    Yes.

 5             THE COURT:  And for all the other real estate

 6    holdings, did you also pull the leases, figure out if you could

 7    get out of them, do a market survey for each of these?

 8             THE WITNESS:  We reviewed the leases for all of them,

 9    but we didn't do a market assessment for all of them, that

10    those were allowing the leases to expire.  It was not about

11    recouping the lease.

12             THE COURT:  Okay.

13    BY MR. FRACKMAN:

14    Q    Do you have a view as to whether the 50 percent number

15    that is hard coded, that cell on N21, is it fact-based or is

16    it -- and is it reliable?

17    A    It is reliable, and it is based on worth of data and facts

18    in this situation based on an assessment that --

19    Q    What is your response to the criticism from the government

20    that you used hard coded assumptions in your model PX168?

21    A    Well, I honestly say that after all these months preparing

22    these models, they are not at all just created out of thin air.

23    It's really a lot of research, a lot of discussions with

24    management, look at historical information, and in discussions

25    also with Bertelsmann, right, vetting all these numbers.
```

```
 1   Q     Could the real estate synergies that you modeled, the
 2   savings, have been achieved without the merger?
 3   A     No.
 4   Q     Why do you say that?
 5   A     Because I guess Simon & Schuster will continue to need the
 6   headquarter in New York City.
 7              MR. FRACKMAN:  Your Honor, that ends real estate.
 8              THE COURT:  Okay.  I think it's a good time to break
 9   for the day.  Thank you.
10              We are going break for the day and resume tomorrow at
11   9:30.
12              During this break overnight, please do not talk about
13   your testimony with anybody.  Okay?
14              And we will resume at 9:30.  Thank you.
15              MR. FRACKMAN:  Thank you, Your Honor.
16              (The trial adjourned at 5:05 p.m.)
17                              - - -
18                    C E R T I F I C A T E
19              I hereby certify that the foregoing is an
20   accurate transcription of the proceedings in the
21   above-entitled matter.
22   8/15/22              s/ Tammy Nestor
                          Tammy Nestor, RMR, CRR
23                        Official Court Reporter
                          333 Constitution Avenue NW
24                        Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts
25
```

MR. FRACKMAN: [42]
2398/6 2398/9 2398/12
2398/18 2398/21 2398/25
2399/8 2399/11 2399/14
2403/2 2406/9 2406/24
2408/3 2409/3 2409/14
2409/24 2410/9 2410/24
2411/5 2412/5 2412/15
2412/20 2415/17 2416/9
2416/24 2417/13 2417/19
2418/20 2419/1 2419/16
2419/24 2430/12 2430/19
2431/6 2433/7 2434/8
2435/1 2435/12 2438/5
2439/2 2442/7 2442/15
MR. PETROCELLI: [27]
2331/4 2348/20 2348/22
2350/1 2350/5 2350/20
2352/7 2354/19 2356/11
2361/14 2363/13 2365/4
2371/18 2374/8 2376/14
2379/12 2381/2 2382/19
2386/10 2388/24 2391/12
2391/20 2393/2 2393/6
2393/11 2393/18 2397/25
MS. CROSS: [49] 2352/10
2354/21 2354/24 2355/2
2355/8 2355/10 2356/9
2356/14 2357/9 2357/21
2361/12 2361/17 2363/11
2363/16 2365/2 2365/7
2367/8 2369/1 2369/17
2370/5 2371/16 2371/21
2372/4 2374/6 2374/11
2376/12 2376/17 2377/23
2378/2 2379/10 2379/16
2379/18 2380/1 2380/20
2380/25 2381/5 2382/9
2382/16 2382/22 2384/15
2385/16 2386/3 2386/8
2386/13 2388/22 2389/8
2389/21 2390/19 2391/7
MS. LEAL: [10] 2407/2
2410/2 2411/7 2412/17
2417/16 2418/23 2420/2
2429/6 2434/23 2438/7
THE COURT: [110] 2331/2
2334/5 2334/25 2348/21
2350/4 2350/11 2350/17
2350/22 2352/9 2352/11
2352/25 2354/20 2354/23
2355/1 2355/6 2355/9
2356/10 2356/12 2361/13
2361/15 2363/12 2363/14
2365/3 2365/5 2365/9
2371/17 2371/19 2374/7
2374/9 2376/13 2376/15
2379/11 2379/17 2381/1
2381/3 2382/18 2382/20
2386/9 2386/11 2388/23
2388/25 2390/20 2391/9
2391/13 2391/18 2393/5
2393/9 2393/19 2394/8
2394/15 2395/1 2395/9
2395/11 2395/23 2396/3
2396/8 2396/20 2397/10
2397/20 2397/23 2398/1
2398/4 2398/8 2398/11

2398/17 2398/20 2398/24
2399/5 2399/12 2399/17
2399/23 2402/25 2403/4
2407/1 2407/3 2409/16
2409/19 2409/21 2409/23
2410/1 2410/3 2411/6
2411/8 2412/16 2412/18
2417/15 2417/17 2418/22
2418/24 2420/1 2420/3
2423/25 2424/2 2426/3
2426/10 2429/7 2430/5
2430/14 2434/24 2435/2
2435/15 2435/19 2438/6
2438/8 2438/10 2438/13
2438/17 2441/5 2441/12
2442/8
THE COURTROOM
DEPUTY: [2] 2355/7
2399/10
THE WITNESS: [40] 2334/7
2335/3 2350/13 2350/18
2350/25 2353/2 2379/14
2390/21 2393/24 2394/14
2394/20 2395/4 2395/10
2395/20 2395/25 2396/6
2396/10 2396/22 2397/12
2397/22 2398/3 2399/19
2403/5 2403/25 2409/17
2409/20 2409/22 2414/24
2418/6 2419/22 2423/1
2424/1 2426/6 2430/9
2432/2 2435/17 2438/11
2438/14 2440/1 2441/8

---

$

$200 [1] 2350/16
$200 million [1] 2350/16
$26 [1] 2440/6
$26 million [1] 2440/6

---

'

'21 [1] 2427/25
'25 [1] 2427/25

---

0

02886 [1] 2327/3
057 [1] 2367/15
058 [1] 2369/18
060 [2] 2369/1 2369/18

---

1

1,400 [1] 2408/18
1.2M [1] 2377/11
1.5 [1] 2380/15
1.5 million [1] 2377/17
1.5M [1] 2377/12
1.6 [3] 2380/16 2380/17
2380/17
1.6M [1] 2380/5
10 [5] 2374/1 2431/7 2431/9
2438/10 2438/12
10,000 [2] 2384/1 2384/5
100 [5] 2402/1 2402/3
2406/17 2406/19 2416/14
100 percent [1] 2368/24
10022 [1] 2328/7
10036 [1] 2328/4
107 [1] 2374/10
11 [2] 2364/25 2433/7
116 [2] 2376/7 2376/16

2381/8 2434/9
12.5 million [1] 2349/20
121 [1] 2379/13
13 [6] 2348/18 2392/23
2392/24 2393/4 2393/7
2437/23
137 [1] 2430/20
137 million [1] 2413/18
14 [12] 2403/2 2408/5
2413/23 2415/18 2415/21
2416/25 2417/20 2419/17
2431/7 2433/8 2434/9
2437/24
14.5 million [1] 2349/19
148 [1] 2412/19
15 [3] 2327/6 2384/20
2391/14
150,000 [2] 2383/22 2384/1
159 [1] 2413/12
15th [1] 2408/8
168 [1] 2411/9
17.3 million [1] 2349/20
174 [4] 2365/6 2391/23
2392/3 2393/14
175 [1] 2430/21
175 million [1] 2413/19
18 [2] 2386/5 2438/10
18.8 [1] 2349/14
190 [1] 2361/16
1999 [1] 2327/19

---

2

20 percent [1] 2428/13
200 [2] 2350/17 2401/13
20001 [2] 2328/15 2442/24
20004 [1] 2328/10
2010 [1] 2349/9
2011 [2] 2349/14 2349/16
2012 [2] 2349/18 2383/6
2013 [5] 2331/9 2345/9
2358/24 2359/17 2359/18
2015 [9] 2352/21 2353/4
2354/2 2354/2 2366/23
2367/2 2400/7 2400/18
2400/19
2016 [4] 2351/3 2351/5
2351/6 2354/5
2017 [3] 2424/7 2426/16
2435/7
2017A [1] 2424/5
2018 [16] 2341/3 2344/16
2351/12 2351/14 2353/4
2354/5 2359/19 2368/20
2371/12 2372/8 2372/10
2380/22 2385/18 2385/19
2391/4 2424/7
2018A [1] 2424/5
2019 [11] 2363/8 2366/23
2367/2 2385/23 2386/5
2388/2 2388/19 2424/7
2426/16 2426/18 2426/19
2019A [1] 2424/5
2020 [25] 2364/25 2365/11
2366/2 2366/6 2366/11
2368/20 2368/23 2374/1
2376/8 2379/7 2383/3
2404/19 2405/13 2408/8
2411/3 2418/9 2421/8
2421/10 2424/14 2424/17

2426/19 2435/8
2020F [1] 2424/13
2021 [12] 2356/6 2361/9
2366/5 2391/25 2425/1
2425/3 2425/11 2425/15
2425/16 2426/6 2426/18
2426/20
2021E [1] 2424/25
2022 [2] 2327/6 2359/18
2025 [7] 2413/12 2413/19
2413/20 2426/7 2426/24
2427/2 2427/24
2025E [1] 2427/17
204 [1] 2372/4
20530 [1] 2327/16
2056 [1] 2367/8
208 million [1] 2413/12
21 [2] 2439/4 2439/6
21-02886 [1] 2327/3
218 [1] 2356/13
22 [5] 2351/7 2352/8
2352/12 2418/9 2442/22
23 [1] 2364/1
24/7 [1] 2410/7
241 [2] 2386/11 2386/12
25,000 [2] 2383/21 2384/1
26 [4] 2402/4 2403/18
2405/8 2435/14
26 percent [1] 2369/23
26.6 [1] 2369/14
27 [2] 2349/10 2376/20
27.6 percent [2] 2369/14
2369/23
28 [1] 2379/7
29 [2] 2379/7 2379/24
2:03 [2] 2327/7 2331/1
2:12 [1] 2374/16
2:18 [1] 2374/19

---

3

31 [1] 2369/10
31.7 percent [1] 2369/10
333 [2] 2328/14 2442/23
35.5 million [1] 2349/19
350K [1] 2378/13
362 [1] 2383/16
364 [1] 2383/20
366 [1] 2383/25
3:20 [2] 2375/4 2375/5
3:30 [1] 2391/17
3:57 [1] 2381/7

---

4

40.3 million [1] 2349/10
401 [1] 2328/10
405 [2] 2406/7 2407/4
406 [1] 2410/4
411 [1] 2371/20
415 [1] 2418/25
416 [1] 2417/18
417 [1] 2438/9
42.2 percent [1] 2368/7
421 [1] 2381/4
433 [1] 2393/10
438 [2] 2363/14 2363/15
44.1 percent [1] 2368/7
450 [1] 2327/16
4:00 p.m [1] 2381/23

2444

**5**

5,000 [1] 2384/4
5.2 [1] 2368/21
5.2 percent [1] 2369/22
50 [5] 2392/15 2392/16
2392/22 2409/11 2409/11
50 percent [8] 2437/17
2437/18 2438/3 2438/10
2439/13 2440/25 2441/2
2441/14
50,000, [2] 2384/1 2384/5
500,000 [7] 2367/1 2383/17
2383/22 2392/9 2392/13
2392/19 2393/14
500-plus [1] 2357/19
500K [1] 2366/23
599 [1] 2328/6
5:05 [1] 2442/16
5:49 [1] 2382/1

**6**

6 million [1] 2393/16
6.3 percent [2] 2368/21
2369/22
60 [4] 2431/22 2431/23
2431/23 2432/10
60 percent [1] 2345/19
600 [1] 2378/9
600,000 [3] 2377/20 2381/10
2381/14
600K [1] 2377/11
68 [1] 2389/1

**7**

75,000 [2] 2383/17 2383/22
750 [1] 2378/10
750K [1] 2377/12
77 [3] 2374/4 2374/17
2376/4
79 [1] 2380/23
7:28 [1] 2376/20

**8**

8.5 million [1] 2349/14
8/15/22 [1] 2442/22
80 percent [3] 2428/8
2428/10 2428/11
800K [1] 2380/6
864 [1] 2420/4
8:11 [1] 2364/1
8:47 a.m [1] 2365/12

**9**

90 [1] 2440/10
90 percent [1] 2440/10
90067 [1] 2327/20
934 [1] 2389/15
98 [1] 2422/23
986 [1] 2382/21
99 [1] 2367/9
9:07 [1] 2377/23
9:27 p.m [1] 2378/2
9:30 [2] 2442/11 2442/14
9:57 [1] 2378/24
9:58 [1] 2378/24

**A**

a.m [1] 2365/12
Aaron [1] 2361/21

Abby [1] 2383/
able [4] 2410/15 2411/15
2438/3 2440/2
about [69] 2331/7 2333/16
2333/18 2334/18 2338/3
2338/18 2338/25 2339/9
2341/6 2341/16 2342/12
2343/7 2343/14 2344/6
2345/19 2351/19 2353/7
2354/7 2354/15 2355/15
2355/20 2358/21 2359/19
2360/2 2360/24 2361/3
2363/19 2365/16 2370/18
2370/21 2370/24 2372/21
2373/20 2376/9 2378/20
2382/13 2385/19 2387/11
2389/23 2390/9 2391/15
2392/10 2392/15 2392/16
2394/1 2395/6 2397/5
2397/6 2398/22 2403/9
2404/19 2405/14 2405/24
2405/25 2418/16 2421/16
2421/25 2422/13 2422/19
2425/8 2425/19 2430/12
2432/22 2433/24 2434/6
2436/17 2440/12 2441/10
2442/12
above [4] 2356/3 2360/17
2365/13 2442/21
above-entitled [1] 2442/21
absolutely [4] 2342/14
2393/1 2394/2 2411/20
access [8] 2404/17 2405/19
2405/23 2408/1 2410/12
2416/21 2416/22 2420/12
accommodate [2] 2436/20
2437/7
accomplish [1] 2429/3
according [5] 2381/22 2385/1
2385/7 2385/9 2385/15
2389/16 2391/5
account [2] 2346/8 2395/14
2440/5
accountable [1] 2428/20
accounts [1] 2358/6
accurate [3] 2350/19
2416/16 2442/20
accurately [1] 2387/11
achieve [5] 2343/24 2344/1
2427/22 2428/25 2429/3
achieved [1] 2442/2
acknowledge [1] 2343/25
acknowledged [1] 2354/13
acquire [5] 2356/2 2356/17
2360/7 2394/9 2402/6
acquired [1] 2376/4
acquiring [2] 2346/10 2371/1
acquisition [14] 2335/4
2335/4 2336/2 2336/12
2336/20 2336/24 2344/18
2344/20 2374/17 2401/10
2401/17 2401/20 2412/4
2427/14
acquisitions [18] 2334/19
2344/10 2344/23 2358/12
2358/17 2359/5 2359/12
2359/22 2359/24 2360/6
2360/11 2360/15 2360/16
2360/20 2379/21 2395/22

across [7] 2331/23 2373/16
2392/13 2392/18 2414/3
2424/4 2432/10
Action [1] 2327/3
active [1] 2333/10
acts [1] 2341/1
actual [9] 2336/13 2336/13
2336/18 2378/8 2394/4
2424/7 2424/7 2424/8
2426/17
actually [13] 2337/17 2340/3
2347/18 2350/20 2366/6
2392/4 2396/17 2401/16
2401/17 2403/15 2411/22
2414/9 2424/18
actuals [2] 2424/7 2424/19
ad [1] 2360/13
ad hoc [1] 2360/13
add [3] 2368/24 2394/21
2395/15
additional [6] 2406/21
2407/24 2418/2 2418/13
2422/1 2422/24
additionally [2] 2407/25
2437/19
address [2] 2345/8 2352/3
adjourned [1] 2442/16
administration [1] 2400/24
admit [13] 2356/9 2361/12
2363/11 2365/2 2371/16
2374/6 2376/12 2379/10
2380/25 2382/17 2386/8
2388/22 2393/3
admitted [23] 2352/8
2352/11 2356/12 2361/15
2363/14 2365/5 2371/19
2374/9 2376/15 2381/3
2382/20 2386/11 2388/25
2393/7 2393/9 2407/3
2410/3 2411/8 2412/18
2417/17 2418/24 2420/3
2438/8
adopted [1] 2338/12
adult [4] 2353/17 2353/24
2370/24 2381/16
advance [25] 2335/5 2335/12
2335/16 2346/11 2352/20
2353/15 2353/16 2353/22
2353/24 2354/12 2360/8
2360/25 2364/19 2373/4
2373/7 2375/16 2383/17
2383/22 2384/1 2384/5
2389/23 2390/9 2391/3
2393/15 2400/25
advanced [8] 2396/8 2396/9
2396/11 2396/12 2396/15
2396/17 2396/20 2397/5
advances [11] 2345/6
2347/18 2347/25 2348/2
2348/6 2350/12 2350/23
2351/25 2353/1 2362/13
2392/25
advantage [2] 2355/24
2357/13
advantages [2] 2356/20
2357/6
advertising [1] 2384/25
advise [2] 2378/5 2401/16

after [21] 2336/2 2336/19
2343/13 2345/9 2345/13
2347/24 2354/2 2358/24
2359/17 2390/12 2391/3
2394/11 2404/21 2405/15
2407/8 2414/9 2433/1
2436/6 2436/9 2437/5
2441/21
afternoon [9] 2327/7 2331/2
2354/21 2354/23 2355/13
2355/14 2391/18 2398/6
2398/8
afters [1] 2347/2
again [10] 2344/16 2350/18
2373/23 2385/9 2385/13
2391/18 2398/7 2406/23
2408/4 2431/19
against [9] 2331/19 2337/8
2338/11 2339/8 2342/13
2343/21 2360/25 2373/3
2374/21
agency [1] 2389/3
agenda [2] 2389/14 2389/16
agent [20] 2332/7 2332/13
2332/19 2333/3 2333/11
2333/15 2333/21 2334/3
2339/16 2341/17 2342/12
2342/19 2344/19 2344/21
2356/6 2356/16 2357/6
2357/12 2381/7 2381/24
agents [4] 2355/20 2355/24
2362/9 2387/15
aggressive [4] 2359/4
2359/12 2359/21 2359/23
ago [2] 2432/4
agree [3] 2358/8 2375/22
2385/4
agreed [4] 2337/10 2375/11
2375/16 2376/3
ahead [4] 2380/1 2390/6
2396/14 2414/12
air [1] 2441/22
al [1] 2327/6
aligned [1] 2347/21
all [73] 2333/2 2333/22
2335/20 2341/1 2341/2
2341/21 2344/1 2344/17
2344/20 2345/10 2346/5
2348/24 2349/2 2349/8
2350/1 2353/8 2353/18
2353/20 2354/24 2358/13
2359/8 2362/9 2368/16
2368/17 2374/4 2381/10
2381/15 2383/11 2388/3
2391/9 2392/9 2392/10
2393/7 2393/19 2396/20
2398/4 2398/11 2399/8
2400/11 2403/21 2404/3
2405/3 2407/11 2408/14
2408/18 2409/16 2410/12
2412/25 2414/16 2415/9
2415/16 2415/16 2416/22
2418/12 2420/10 2420/12
2420/18 2421/1 2427/10
2428/4 2430/17 2435/17
2436/17 2437/7 2438/25
2440/22 2441/1 2441/5
2441/8 2441/9 2441/21

all... [2] 2441/22 2441/25
allow [1] 2331/22
allowed [3] 2338/10 2371/4
2371/6
allowing [1] 2441/10
allows [2] 2358/11 2358/14
almost [1] 2359/1 2399/3
alone [1] 2413/17
along [1] 2435/1
already [6] 2339/20 2342/7
2342/13 2348/13 2356/20
2360/3
also [49] 2340/19 2343/25
2344/11 2346/3 2348/12
2350/14 2353/12 2353/24
2354/15 2366/18 2370/21
2393/6 2395/13 2400/21
2400/25 2401/8 2402/10
2406/21 2407/24 2409/19
2410/7 2414/14 2415/9
2415/14 2415/15 2415/15
2415/16 2416/16 2417/6
2417/11 2418/3 2420/11
2420/12 2423/1 2424/14
2426/12 2426/18 2427/23
2428/9 2428/19 2433/15
2433/17 2433/21 2439/10
2439/14 2439/23 2440/1
2441/6 2441/25
although [1] 2340/6
always [2] 2336/25 2394/18
am [11] 2332/20 2334/21
2341/13 2342/19 2344/5
2391/5 2391/19 2400/4
2400/11 2426/12 2429/7
AMERICA [1] 2327/3
among [6] 2340/22 2370/21
2371/7 2372/25 2387/9
2392/22
amongst [1] 2346/2
amortization [2] 2432/2
2432/6
amount [12] 2331/21
2380/18 2381/14 2381/19
2394/25 2430/8 2435/9
2435/10 2435/23 2436/7
2437/16 2437/17
amounts [1] 2352/25
analysis [5] 2351/8 2366/2
2366/19 2403/22 2422/24
analyst [1] 2365/20
analytics [1] 2401/8
analyzed [1] 2367/5
analyzing [2] 2415/7 2437/1
ancillary [1] 2389/18
Andrew [2] 2328/2 2398/6
Angeles [1] 2327/20
Anna [2] 2327/13 2354/21
announce [1] 2402/24
announced [2] 2403/5
2403/9
annual [5] 2352/20 2353/15
2413/13 2413/16 2426/15
annum [3] 2413/12 2413/13
2413/19
anonymized [2] 2348/19
2348/22
another [8] 2331/19 2331/23

2430/9 2440/18 2440/18
answer [2] 2338/1 2373/22
2430/13
anticipated [1] 2436/21
anticipating [1] 2439/16
Antitrust [1] 2327/15
any [55] 2334/8 2336/7
2337/12 2342/23 2344/8
2345/5 2345/10 2347/14
2347/20 2347/25 2348/3
2352/9 2354/10 2356/10
2357/3 2359/18 2360/24
2361/2 2361/2 2361/13
2363/12 2365/3 2371/17
2374/7 2376/13 2379/11
2381/1 2381/19 2382/18
2386/9 2388/23 2391/11
2395/7 2397/24 2401/7
2401/14 2402/11 2404/15
2404/17 2405/5 2407/1
2409/24 2410/1 2411/6
2412/16 2416/21 2417/15
2418/22 2419/12 2420/1
2420/23 2434/2 2437/4
2438/6 2439/21
anybody [1] 2442/13
anyone [1] 2357/2
anything [2] 2361/5 2407/13
anytime [1] 2336/9
apologize [1] 2432/3
Apparently [1] 2381/15
appeal [1] 2347/21
appear [1] 2439/14
APPEARANCES [2] 2327/11
2327/22
appears [2] 2379/17 2420/7
appetite [2] 2334/18 2341/17
applied [1] 2421/20
appraisal [6] 2419/13
2419/22 2420/15 2420/17
2420/22 2438/19
appreciate [1] 2398/20
approach [10] 2332/6
2336/21 2338/2 2338/13
2341/7 2343/16 2346/21
2390/19 2421/17 2421/18
approached [3] 2332/3
2332/25 2425/24
approaches [1] 2342/12
appropriate [4] 2371/10
2384/20 2385/6 2385/12
approval [16] 2342/3 2342/4
2343/12 2356/3 2376/24
2377/11 2377/16 2378/14
2380/7 2380/8 2380/12
2410/17 2411/22 2428/19
2429/4 2429/10
approve [2] 2360/7 2411/4
approved [4] 2342/8 2377/25
2380/17 2412/4
approving [1] 2412/10
approximately [2] 2392/12
2428/15
April [3] 2361/9 2372/10
2372/14
April 2018 [1] 2372/10
April 6 [1] 2361/9
architecture [3] 2404/6

are [194] 2331/2 2332/17
2332/18 2332/21 2332/24
2333/9 2333/11 2333/16
2333/18 2333/25 2334/17
2335/9 2335/22 2336/25
2337/1 2337/1 2337/2
2337/25 2338/20 2338/21
2338/24 2339/2 2339/9
2339/12 2339/18 2339/19
2340/13 2340/17 2341/9
2341/11 2341/18 2341/24
2342/5 2342/13 2342/23
2343/11 2343/11 2343/25
2344/1 2344/7 2344/15
2347/2 2347/3 2347/21
2348/6 2348/24 2349/1
2349/12 2349/22 2349/24
2350/7 2350/11 2350/24
2352/17 2352/18 2352/25
2353/10 2354/14 2354/15
2359/12 2359/16 2359/24
2360/11 2360/14 2360/18
2360/20 2362/2 2362/3
2362/15 2364/3 2366/18
2368/14 2368/16 2371/1
2371/4 2371/6 2373/9
2373/10 2373/13 2374/13
2375/11 2375/21 2377/5
2378/18 2379/21 2381/10
2383/15 2383/15 2383/20
2383/21 2386/19 2390/10
2390/12 2391/19 2392/12
2392/13 2393/13 2394/1
2394/4 2394/5 2394/5
2394/6 2394/10 2394/11
2394/12 2395/17 2396/11
2396/12 2396/25 2397/4
2397/8 2397/10 2397/12
2397/18 2397/18 2397/19
2398/10 2398/14 2398/18
2398/22 2400/10 2400/15
2402/10 2402/13 2403/11
2403/14 2403/25 2404/19
2406/7 2406/12 2406/16
2409/7 2409/10 2409/12
2411/2 2412/8 2413/4
2413/9 2413/13 2413/25
2414/17 2414/17 2414/18
2414/19 2415/20 2416/1
2416/4 2416/5 2417/10
2419/19 2420/22 2421/24
2422/6 2422/9 2422/9
2422/22 2422/22 2423/5
2423/8 2423/9 2423/10
2423/19 2424/5 2424/7
2425/18 2426/7 2427/10
2428/25 2429/3 2429/5
2430/12 2431/1 2431/9
2431/12 2431/13 2431/19
2431/20 2432/5 2432/6
2432/7 2432/11 2432/19
2432/21 2432/23 2434/12
2434/17 2434/21 2435/17
2439/14 2439/21 2439/24
2440/23 2441/22 2442/10
area [1] 2396/1
areas [1] 2386/24
around [11] 2341/16 2387/12

2408/19 2408/18 2408/8
2408/18 2409/11 2410/20
2418/2 2418/3 2428/8
arrive [1] 2411/17
art [2] 2356/25
Artisan [1] 2362/8
as [83] 2332/13 2332/17
2332/17 2333/8 2334/1
2336/25 2338/7 2338/7
2338/10 2338/20 2338/23
2339/18 2339/21 2340/7
2340/19 2340/21 2341/1
2341/15 2342/3 2342/25
2343/19 2344/16 2346/25
2347/14 2352/18 2353/24
2354/11 2355/23 2357/16
2357/18 2360/3 2360/6
2361/3 2362/7 2362/8
2362/8 2367/25 2369/10
2372/10 2372/15 2374/3
2377/12 2377/12 2377/21
2383/6 2383/7 2383/8
2383/16 2383/21 2385/12
2386/20 2387/11 2387/20
2388/2 2390/10 2396/18
2397/3 2399/22 2401/11
2403/9 2403/9 2405/7
2406/14 2410/22 2420/8
2421/20 2423/6 2423/21
2424/20 2426/4 2427/3
2427/3 2427/5 2427/22
2428/16 2429/11 2430/1
2430/2 2432/21 2434/15
2435/12 2437/4 2441/14
ask [13] 2339/16 2350/2
2352/7 2370/24 2393/6
2399/15 2406/9 2408/3
2409/4 2418/11 2426/3
2431/6 2440/11
asked [11] 2342/3 2352/2
2370/18 2370/21 2374/25
2378/5 2382/13 2389/23
2417/9 2425/14 2433/21
asking [7] 2343/11 2377/16
2378/11 2378/18 2394/1
2417/5 2418/1
assess [3] 2433/22 2437/19
2438/2
assessing [1] 2404/1
assessment [3] 2419/15
2441/9 2441/18
asset [1] 2432/7
associated [1] 2439/21
assume [1] 2427/7
assumptions [5] 2411/23
2414/2 2415/10 2416/17
2441/20
attached [2] 2357/12 2389/8
attaching [2] 2371/13 2386/6
attachment [1] 2390/10
attachments [1] 2365/24
attention [4] 2361/20
2363/25 2390/7 2397/7
auction [23] 2333/4 2333/5
2333/14 2333/16 2333/18
2333/19 2333/23 2334/6
2339/10 2339/13 2339/15
2339/20 2339/20 2339/25
2341/11 2341/17 2341/21

**A**

auction... [6] 2361/5 2371/1 2376/10 2377/10 2379/6 2380/4
auctions [9] 2331/19 2343/15 2344/12 2361/4 2371/5 2371/8 2372/19 2373/11 2395/2
audio [1] 2389/18
August [3] 2327/6 2365/11 2366/11
August 2020 [1] 2366/11
August 6 [1] 2365/11
author [40] 2334/4 2334/10 2334/14 2339/15 2339/21 2342/12 2342/17 2342/20 2348/13 2348/16 2349/9 2349/10 2349/16 2349/17 2349/19 2349/19 2349/19 2349/20 2350/12 2350/22 2351/12 2351/19 2351/22 2351/24 2353/13 2354/8 2354/15 2363/3 2366/20 2366/22 2366/22 2375/19 2383/10 2384/20 2384/21 2389/18 2389/25 2392/7 2394/23 2397/8
author A [1] 2349/19
author's [6] 2335/9 2356/22 2376/5 2377/9 2377/9 2381/11
authors [38] 2342/14 2346/3 2347/19 2348/7 2349/1 2349/2 2349/3 2349/4 2349/14 2351/4 2351/10 2351/16 2351/18 2354/6 2354/18 2367/11 2367/17 2368/4 2368/10 2368/18 2368/21 2369/5 2369/15 2369/21 2369/23 2370/2 2370/3 2374/21 2389/23 2390/1 2390/3 2392/13 2392/16 2392/21 2392/22 2392/25 2393/13 2397/3
available [4] 2337/2 2373/13 2404/18 2434/18
Avenue [4] 2327/19 2328/6 2328/24 2442/23
average [3] 2348/2 2348/11 2427/7
averages [1] 2348/12
avoid [3] 2344/25 2371/8 2372/20
avoiding [1] 2344/14
awards [1] 2385/11
aware [6] 2333/11 2338/7 2341/11 2342/24 2356/20 2390/12
away [3] 2348/15 2391/1 2404/14
Aykroyd [6] 2376/20 2376/20 2376/24 2377/2 2377/8 2377/16
Aykroyd's [1] 2377/25

**B**

back [25] 2331/9 2336/4 2336/4 2336/23 2337/5 2342/17 2346/15 2350/19
2405/8 2405/13 2408/3 2409/12 2410/9 2411/11 2411/12 2413/9 2413/22 2417/11 2419/1 2421/7 2423/15 2427/11
background [3] 2344/12 2372/18 2421/7
backlist [9] 2357/23 2357/25 2358/3 2358/6 2358/11 2358/13 2358/16 2388/7 2388/15
backup [2] 2341/2 2433/23
Ballantine [2] 2386/21 2386/25
banker [6] 2400/20 2401/11 2401/15 2421/19 2421/21 2425/25
bankers [2] 2404/23 2405/13
banks [2] 2400/20 2421/17
Bantam [1] 2386/25
Bantom [1] 2386/22
base [18] 2335/17 2426/23 2427/23 2427/25 2428/4 2428/6 2428/10 2428/17 2428/18 2428/22 2428/23 2429/9 2429/13 2429/16 2429/21 2429/25 2431/10 2432/15
based [18] 2335/14 2336/13 2346/9 2365/12 2370/1 2394/12 2394/16 2397/20 2397/24 2423/21 2425/5 2426/16 2426/18 2427/8 2432/25 2441/15 2441/17 2441/18
basically [40] 2400/7 2403/10 2406/3 2406/20 2407/21 2408/20 2410/16 2410/19 2411/17 2411/17 2411/22 2412/2 2413/6 2414/1 2414/10 2414/19 2414/21 2415/2 2416/6 2417/5 2417/6 2418/12 2419/7 2421/11 2422/4 2422/20 2423/2 2424/14 2424/23 2427/1 2428/4 2429/13 2429/21 2430/3 2434/13 2434/15 2435/25 2437/11 2438/1 2440/10
basis [5] 2335/19 2336/8 2360/13 2416/12 2437/18
Bates [2] 2366/4 2391/25
BBD [1] 2387/14
be [108] 2332/1 2332/8 2333/3 2333/5 2333/8 2334/1 2334/2 2334/19 2336/9 2336/10 2336/12 2336/13 2336/23 2337/22 2337/23 2340/3 2340/5 2340/6 2340/9 2340/11 2340/24 2341/4 2341/18 2341/19 2341/25 2342/1 2342/2 2342/4 2342/7 2342/20 2342/21 2342/24 2346/4 2346/16 2348/3 2348/5 2348/12 2349/16 2349/23 2350/2 2350/15 2352/8 2352/11 2355/3
236/14 2363/3 2363/14 2364/5 2365/5 2374/9 2374/20 2375/11 2375/12 2375/17 2376/15 2379/17 2381/18 2382/20 2383/4 2384/15 2387/12 2387/16 2388/1 2388/4 2388/25 2392/3 2393/7 2393/9 2394/13 2394/16 2394/17 2394/24 2396/12 2396/15 2396/15 2396/17 2396/18 2396/25 2397/2 2398/19 2399/22 2399/2 2399/12 2399/23 2404/10 2406/1 2406/23 2407/3 2410/3 2411/8 2412/4 2412/18 2417/17 2418/18 2418/24 2420/3 2422/11 2422/12 2428/19 2429/1 2437/13 2438/3 2438/8 2440/2 2440/3
bear [1] 2338/24
bearing [1] 2391/25
because [15] 2335/3 2336/25 2338/20 2341/3 2345/14 2345/18 2354/14 2397/3 2399/3 2404/23 2421/4 2425/18 2425/20 2429/2 2442/5
become [3] 2347/16 2347/16 2404/9
becoming [1] 2360/1
been [34] 2332/3 2336/3 2338/4 2338/7 2338/12 2338/20 2342/7 2342/23 2343/2 2343/5 2344/13 2345/2 2345/18 2345/20 2346/6 2347/5 2347/22 2349/7 2351/10 2353/13 2354/4 2354/12 2355/4 2359/20 2395/12 2395/15 2395/16 2395/25 2396/1 2396/2 2399/21 2410/22 2432/4 2442/2
before [12] 2327/9 2341/24 2355/2 2360/7 2373/5 2400/19 2403/17 2417/6 2421/14 2421/22 2427/12 2440/11
began [1] 2331/1
begin [3] 2355/15 2407/19 2408/7
beginning [5] 2344/16 2402/23 2410/19 2421/11 2422/4
behalf [1] 2333/7
behind [1] 2342/17
being [10] 2341/15 2345/25 2346/25 2353/23 2359/9 2359/12 2359/24 2364/24 2369/10 2397/3
belief [1] 2343/18
believe [12] 2349/13 2349/17 2349/23 2355/20 2355/22 2358/2 2359/1 2360/23 2370/15 2397/7 2409/24 2415/13
below [3] 2360/11 2360/13
BENCH [1] 2327/9
benchmark [2] 2438/24 2439/3
benefited [1] 2382/2
benefits [2] 2402/17 2411/16
Bennett [1] 2327/14
Berkeley [3] 2346/25 2347/11 2347/16
BERTELSMANN [29] 2327/6 2327/18 2328/2 2410/17 2411/4 2411/19 2412/4 2412/9 2412/12 2412/14 2414/4 2414/10 2414/17 2414/20 2414/21 2415/3 2415/4 2415/5 2415/12 2415/22 2415/25 2416/21 2417/25 2418/16 2419/5 2419/8 2420/18 2428/18 2441/25
Bertelsmann's [1] 2414/7
besides [2] 2364/10 2438/14
best [11] 2340/14 2341/18 2343/24 2344/1 2356/23 2357/19 2370/7 2370/9 2370/13 2370/16 2377/10 2432/23
better [8] 2344/13 2362/9 2370/13 2370/15 2372/20 2373/22 2418/13 2422/2
between [12] 2335/24 2367/2 2369/10 2369/14 2369/22 2381/12 2402/12 2413/12 2413/18 2417/8 2429/25 2435/7
beyond [2] 2342/6 2362/9
bid [27] 2331/19 2332/3 2332/5 2332/11 2332/16 2333/10 2337/8 2337/9 2337/17 2337/20 2339/7 2339/17 2341/7 2341/16 2342/5 2376/24 2377/10 2377/16 2377/21 2378/7 2378/19 2380/16 2380/18 2387/14 2387/15 2387/15 2395/5
bidder [4] 2331/24 2339/5 2339/6 2339/9
bidders [2] 2364/4 2381/20
bidding [16] 2332/8 2337/7 2338/4 2338/7 2338/15 2359/4 2363/20 2364/19 2373/20 2374/2 2374/21 2375/11 2378/6 2378/16 2378/16 2381/11
bids [12] 2332/13 2332/18 2333/20 2341/18 2341/19 2343/7 2370/18 2373/10 2375/1 2380/13 2381/19 2381/21
big [13] 2335/21 2346/1 2350/7 2368/17 2368/20 2369/13 2369/21 2370/1 2380/4 2397/16 2406/2 2413/4 2431/2
biggest [2] 2349/3 2353/23
Bill [1] 2375/22
binder [9] 2356/5 2361/8 2363/1 2363/2 2364/22 2373/24 2373/25 2388/18

binder... [1] 2392/1
binders [3] 2354/25 2366/5 2398/13
bit [6] 2344/25 2370/10 2370/12 2378/9 2397/3 2411/11
Blue [1] 2381/23
board [5] 2343/23 2371/14 2372/22 2412/9 2419/11
bonus [3] 2335/18 2335/18 2335/19
bonus-eligible [1] 2335/19
bonuses [1] 2380/5
book [53] 2335/15 2336/1 2336/2 2336/14 2337/17 2337/20 2337/25 2338/15 2338/18 2339/1 2340/10 2340/15 2341/17 2343/2 2347/18 2349/10 2349/17 2349/22 2349/23 2353/10 2353/11 2356/17 2357/2 2358/10 2360/20 2363/4 2363/20 2371/1 2373/4 2374/3 2374/4 2374/17 2376/2 2376/4 2376/6 2377/11 2377/12 2377/21 2378/10 2378/22 2379/17 2380/6 2380/23 2385/11 2394/21 2394/22 2396/13 2396/14 2396/16 2396/17 2396/24 2396/24 2397/19
book's [1] 2335/25
books [57] 2331/19 2335/22 2338/20 2339/3 2345/23 2346/10 2346/17 2347/13 2347/15 2348/9 2349/11 2349/12 2349/15 2349/17 2353/18 2353/20 2356/2 2358/8 2358/14 2360/8 2367/5 2370/14 2373/17 2373/18 2376/9 2376/25 2377/17 2379/8 2385/1 2385/8 2388/2 2393/22 2393/25 2394/5 2394/6 2394/9 2394/10 2394/13 2394/16 2394/19 2394/21 2395/18 2396/5 2396/9 2396/11 2396/11 2396/12 2396/19 2396/21 2396/23 2396/25 2397/2 2397/7 2397/10 2397/12 2397/18 2425/6
both [21] 2349/12 2374/13 2375/22 2377/5 2380/5 2380/10 2380/17 2400/20 2407/15 2409/21 2409/22 2415/7 2416/19 2426/16 2426/18 2428/1 2432/15 2432/18 2432/24 2432/25 2433/1
bottom [13] 2347/11 2359/9 2359/14 2360/2 2364/2 2365/11 2366/4 2366/19 2372/18 2376/19 2413/24 2430/19 2435/15
bound [1] 2429/13
box [2] 2413/24 2430/20
break [7] 2391/9 2391/13

breakdown [1] 2442/10
breakdowns [3] 2406/22 2407/25 2422/1
bricks [1] 2396/23
briefly [3] 2351/8 2391/23 2402/22
brilliant [1] 2357/4
bring [5] 2335/23 2362/8 2402/20 2408/3 2431/6
bringing [2] 2338/24 2436/21
broken [2] 2367/21 2368/14
broker [2] 2433/19 2437/10
Brown [2] 2364/11 2364/17
bruised [1] 2344/17
bubble [1] 2397/12
buckets [2] 2413/4 2431/2
budget [1] 2334/25
budgets [3] 2335/4 2335/4 2362/6
build [1] 2410/15
building [1] 2421/9
bullet [9] 2353/6 2353/21 2354/1 2372/18 2373/2 2384/19 2384/24 2385/5 2385/5
bullets [2] 2352/17 2352/18
business [8] 2336/11 2376/21 2400/24 2400/25 2401/8 2401/9 2424/11 2434/1
busy [1] 2341/4
buy [2] 2341/17 2346/18
buying [1] 2358/8

C
CAGR [1] 2426/12
calculated [4] 2335/19 2429/19 2429/20 2440/6
calculation [2] 2413/2 2430/10
calculations [4] 2416/16 2416/17 2422/21 2423/9
California [1] 2327/20
call [3] 2398/4 2408/25 2411/21
called [7] 2407/14 2409/1 2411/25 2414/22 2414/22 2424/15 2438/24
Calloway [1] 2399/5
came [3] 2338/6 2343/19 2405/13
can [43] 2332/5 2334/14 2336/3 2336/9 2337/8 2339/16 2347/8 2348/5 2348/12 2350/19 2350/23 2351/8 2352/14 2353/24 2357/21 2363/6 2365/7 2365/23 2370/5 2373/24 2379/18 2385/16 2389/21 2391/1 2392/4 2394/1 2398/17 2399/5 2399/7 2399/11 2399/23 2400/3 2408/4 2426/3 2429/17 2431/1 2431/22 2433/10 2434/16 2435/7 2436/4 2439/8 2439/10
can't [2] 2334/23 2340/12
capabilities [2] 2389/6 2389/18

care [2] 2353/25 2383/10
career [2] 2401/11 2401/13
Carlos [1] 2400/24
case [39] 2333/18 2334/7 2337/7 2342/5 2342/25 2360/23 2380/6 2381/18 2398/15 2412/3 2415/13 2419/9 2423/14 2426/23 2427/11 2427/17 2427/23 2427/25 2427/25 2428/4 2428/6 2428/6 2428/10 2428/17 2428/17 2428/18 2428/22 2428/23 2428/24 2429/1 2429/2 2429/9 2429/9 2429/14 2429/21 2429/25 2431/10 2432/15 2432/15
cases [6] 2341/15 2342/21 2343/20 2346/14 2349/12 2395/5
Casey [1] 2381/23
categories [7] 2346/1 2346/3 2383/14 2383/15 2413/6 2431/11 2431/12
category [19] 2346/23 2347/13 2367/5 2383/9 2383/15 2383/20 2383/25 2384/4 2384/8 2384/13 2384/14 2384/17 2384/24 2385/1 2385/8 2385/10 2385/13 2392/10 2397/18
caused [1] 2348/5
causing [1] 2338/16
cell [5] 2429/18 2429/20 2440/14 2440/17 2441/15
Center [1] 2436/16
central [1] 2332/15
Centrello [4] 2375/6 2375/16 2385/25 2386/19
CEO [5] 2343/14 2343/19 2344/16 2372/10 2372/15
certain [4] 2342/25 2383/4 2425/17 2428/9
certainly [12] 2335/21 2340/18 2342/11 2343/5 2343/18 2345/13 2349/2 2349/7 2360/13 2364/21 2391/5 2395/5
certify [1] 2442/19
cetera [3] 2346/13 2362/16 2405/10
chain [11] 2356/24 2361/9 2363/8 2363/19 2364/23 2374/1 2375/4 2376/8 2378/20 2379/7 2380/22
challenged [1] 2416/17
challenging [2] 2381/12 2415/10
chance [1] 2338/19
chances [1] 2341/20
change [5] 2347/13 2347/14 2359/20 2394/18 2432/4
changes [1] 2346/7
changing [1] 2385/18
characterized [1] 2361/3
characters [1] 2347/2
charge [1] 2400/11
chart [1] 2352/14
cheaper [1] 2396/16

generating [1] 2442/22 2420/19
children's [3] 2331/10 2331/13 2353/25
Chirico [3] 2363/19 2363/22 2364/8
Chirico's [1] 2363/25
Christian [8] 2387/3 2395/14 2395/15 2395/16 2395/17 2395/21 2395/22 2396/3
Chronicle [1] 2362/7
circumstance [1] 2348/15
circumstances [4] 2340/11 2342/9 2342/24 2342/25
city [9] 2384/20 2384/21 2432/24 2433/1 2433/5 2433/14 2433/20 2435/7 2442/6
Civil [1] 2327/3
claim [1] 2339/2
clarify [1] 2379/18
Clarkson [1] 2361/24
clauses [1] 2436/2
clean [7] 2408/1 2408/12 2408/13 2410/13 2416/20 2416/22 2420/14
clear [3] 2332/1 2332/20 2359/13
clerk [1] 2398/17
closed [4] 2402/3 2403/18 2424/18 2437/6
CO [1] 2327/6
code [1] 2427/14
coded [6] 2440/14 2440/17 2440/24 2441/1 2441/15 2441/20
coding [3] 2440/12 2440/15 2440/20
collaboratively [1] 2345/4
colleagues [1] 2340/24
COLUMBIA [1] 2327/1
column [12] 2368/23 2423/16 2424/24 2424/25 2426/18 2426/23 2427/11 2427/16 2427/18 2431/12 2431/13 2439/11
columns [7] 2424/4 2424/10 2426/7 2426/13 2427/12 2429/15 2432/11
combination [3] 2345/25 2347/17 2394/20
combine [1] 2331/14
combined [2] 2346/5 2423/25
come [12] 2338/21 2339/17 2342/11 2342/11 2375/13 2409/12 2411/11 2413/9 2425/3 2427/10 2432/20 2433/11
comes [3] 2342/19 2439/18 2440/8
coming [4] 2333/20 2335/2 2398/13 2425/6
comment [1] 2352/18
comments [1] 2420/24
commercial [3] 2345/18 2345/20 2386/25
commitments [3] 2352/20 2353/16 2390/9
committee [2] 2419/10

**C**

committee... [1] 2419/10
committees [1] 2419/9
commodity [1] 2338/21
common [6] 2332/7 2337/22
2343/7 2343/8 2403/23
2429/12
communicate [10] 2332/15
2333/22 2333/24 2337/21
2338/3 2339/24 2340/22
2371/5 2371/9 2411/19
communicated [2] 2333/3
2407/22
communicates [2] 2333/14
2333/21
communicating [1] 2334/2
communication [8] 2332/6
2337/23 2340/4 2342/9
2343/1 2343/3 2371/7
2417/8
communications [2] 2332/18
2343/15
companies [3] 2331/14
2402/2 2423/21
company [32] 2335/20
2335/22 2336/15 2337/2
2337/11 2337/19 2338/6
2338/9 2338/16 2338/23
2338/25 2339/3 2340/21
2342/21 2343/1 2343/13
2343/22 2343/25 2344/2
2344/6 2344/12 2345/3
2347/25 2388/12 2407/25
2418/7 2425/8 2425/18
2425/23 2426/4 2427/1
2427/3
comparable [3] 2406/1
2406/23 2408/23
compare [4] 2369/20
2384/12 2421/18 2427/25
compared [5] 2336/19
2354/2 2395/24 2418/14
2430/2
compares [1] 2336/4
comparing [2] 2336/12
2420/8
comparisons [1] 2337/5
compensated [1] 2335/14
compensation [11] 2335/17
2335/25 2351/13 2351/19
2351/22 2351/24 2351/25
2352/1 2354/8 2354/14
2354/16
compete [6] 2331/23
2338/11 2343/24 2362/15
2395/16 2395/20
competes [2] 2360/21
2360/25
competing [1] 2378/21
competition [5] 2331/7
2370/21 2372/25 2373/3
2387/16
competitive [4] 2340/13
2341/23 2343/15 2355/23
competitor [1] 2348/15
competitors [6] 2340/19
2340/20 2343/9 2348/14
2362/5 2395/21
completed [2] 2410/18

components [1] 2387/10
composed [1] 2438/12
compounded [1] 2426/15
concentrates [1] 2396/23
conceptually [1] 2415/22
concern [5] 2351/18 2351/21
2351/22 2354/7 2417/3
concerned [4] 2341/4
2354/15 2360/1 2360/22
concerns [3] 2354/7 2360/5
2380/23
concluded [1] 2438/3
conclusions [4] 2411/13
2411/14 2411/15 2412/13
condition [2] 2425/19 2440/3
conditions [2] 2433/20
2437/11
confident [3] 2426/12
2428/25 2432/17
confidential [5] 2398/23
2399/4 2404/15 2406/8
2408/1
confidentiality [1] 2374/3
confirm [2] 2433/17 2436/19
confirmed [1] 2414/12
connection [6] 2341/11
2388/9 2401/19 2402/16
2403/20 2418/17
conservatism [2] 2359/8
2359/13
conservative [3] 2429/1
2429/4 2429/13
consider [1] 2387/12
considered [2] 2334/1 2432/6
consistent [1] 2425/24
consolidation [2] 2346/2
2442/23
Constitution [2] 2328/14
2442/23
consultations [2] 2344/10
2345/5
consulted [1] 2437/9
consumer [1] 2356/25
consumers [2] 2347/22
2357/3
Cont [2] 2328/1 2330/1
contact [2] 2418/16
contacts [1] 2337/17
contained [2] 2406/18
2422/18
contains [1] 2423/2
contemporary [2] 2347/1
2347/4
contemporary-feeling [1]
2347/1
context [1] 2365/12
contingent [1] 2388/3
continue [4] 2333/12 2387/14
2404/25 2442/5
continued [3] 2331/5 2331/17
2354/7
continues [1] 2423/17
continuing [1] 2414/5
contract [8] 2348/8 2348/9
2348/10 2348/10 2349/4
2353/13 2436/5 2436/9
contracts [3] 2350/8 2354/3
2354/17
contrast [2] 2424/15 2432/14

control [3] 2399/6 2399/7
2420/25
controlling [3] 2415/2 2415/5
2419/4
conversation [2] 2383/10
2399/1
conversations [3] 2417/12
2418/19 2436/25
conversions [1] 2384/9
cookbook [2] 2362/3 2364/21
cookbooks [3] 2376/25
2377/9 2380/8
coordinate [5] 2339/24
2340/22 2364/3 2374/20
2375/1
coordinated [2] 2375/21
2380/6 2380/13
coordinates [1] 2341/10
coordinating [2] 2373/10
2378/22
coordination [8] 2340/4
2342/10 2343/1 2343/3
2344/12 2370/17 2372/19
2382/3
copied [1] 2377/2
copies [11] 2335/11 2367/1
2394/6 2396/8 2396/9
2396/11 2396/12 2396/15
2396/20 2397/5 2398/18
copy [1] 2434/15
corner [1] 2357/15
correct [5] 2334/8 2367/3
2368/9 2379/15 2384/23
2393/23 2394/8 2394/14
correctly [9] 2362/10 2362/17
2364/6 2364/13 2375/14
2375/24 2377/14 2382/7
2383/12
correspond [1] 2393/15
cost [9] 2336/13 2360/4
2406/21 2413/7 2420/7
2431/5 2434/13 2435/13
2440/5
costly [1] 2345/1
costs [2] 2362/7 2439/21
could [54] 2333/8 2333/23
2334/7 2334/19 2335/10
2338/17 2340/6 2340/9
2340/11 2344/25 2346/22
2347/7 2348/8 2348/11
2350/14 2353/6 2354/18
2355/4 2356/5 2357/9
2361/8 2361/17 2363/1
2369/17 2370/11 2371/11
2376/17 2377/23 2380/1
2382/22 2384/15 2388/18
2389/9 2394/7 2394/18
2394/24 2396/15 2396/15
2396/17 2399/17 2400/22
2406/5 2406/12 2407/17
2410/24 2411/16 2413/22
2427/21 2433/15 2436/10
2437/7 2440/15 2441/6
2442/1
couldn't [3] 2346/17 2420/24
2436/8
count [2] 2345/12 2437/1
countries [1] 2423/3

counts [1] 2347/6
couple [11] 2344/23 2345/13
2346/15 2346/23 2346/23
2346/24 2348/14 2373/6
2398/12 2410/7 2432/4
course [6] 2346/24 2348/4
2348/12 2387/15 2415/9
2420/10
court [33] 2327/1 2328/14
2347/8 2351/9 2352/15
2398/13 2398/15 2400/22
2401/2 2403/18 2403/24
2406/12 2409/7 2414/23
2416/9 2418/5 2419/21
2422/10 2422/14 2422/25
2423/14 2423/14 2426/12
2429/18 2430/13 2431/2
2432/1 2432/21 2433/10
2439/25 2440/12 2440/14
2442/23
court's [1] 2423/12
cover [1] 2362/6
covers [3] 2346/12 2347/4
2347/20
COVID [2] 2404/24 2437/12
cowboys [1] 2346/13
create [7] 2404/8 2404/12
2410/6 2410/7 2411/16
2421/14 2429/12
created [9] 2402/17 2406/14
2409/9 2419/15 2419/23
2425/15 2438/1 2438/24
2441/22
creates [1] 2389/17
creating [3] 2404/6 2414/15
2421/17
creative [1] 2357/4
criticism [1] 2441/19
criticizing [1] 2359/25
Cross [5] 2327/13 2329/2
2329/6 2354/21 2355/11
Crown [13] 2383/1 2383/3
2383/6 2385/20 2385/22
2386/6 2386/16 2386/22
2387/3 2387/14 2387/20
2388/9 2388/15
CRR [2] 2328/13 2442/22
culture [1] 2343/22
current [3] 2347/11 2347/22
2366/15
curtail [2] 2346/19 2346/21
Cushman [1] 2437/10
cut [1] 2434/21

**D**

D.C [5] 2327/6 2327/16
2328/10 2328/15 2442/24
Daniel [1] 2327/18
data [44] 2340/8 2353/9
2353/9 2353/14 2389/24
2391/3 2395/7 2405/3
2405/15 2405/19 2405/22
2406/1 2406/1 2406/8
2406/20 2407/8 2407/9
2407/11 2407/14 2407/16
2408/1 2408/12 2408/13
2408/16 2408/19 2409/16
2410/12 2410/13 2416/19
2416/19 2416/20 2416/21

data... [12] 2416/22 2416/23
2417/9 2426/17 2426/17
2432/19 2434/1 2434/14
2434/19 2436/18 2440/20
2441/17
date [7] 2364/24 2366/16
2367/13 2383/8 2434/16
2436/1 2439/9
dated [2] 2366/11 2418/9
day [15] 2358/17 2382/1
2403/21 2405/16 2405/17
2405/18 2406/4 2416/12
2416/12 2416/20 2417/12
2418/19 2428/2 2442/9
2442/10
dcd.uscourts [1] 2442/24
dcd.uscourts.gov [1] 2328/15
deal [2] 2349/7 2421/13
deals [6] 2349/6 2349/9
2349/22 2349/23 2349/24
2353/23
deals' [1] 2390/9
debut [2] 2335/8 2335/9
December [4] 2380/22
2381/8 2388/19 2391/4
December 12 [2] 2380/22
2381/8
December 2019 [1] 2388/19
December 9 [1] 2391/4
decide [5] 2334/16 2339/18
2375/12 2396/9 2396/21
decided [1] 2385/19
decides [1] 2333/9
deciding [2] 2346/3 2381/12
decision [3] 2346/19 2346/20
2402/6
decisions [1] 2338/25
deck [2] 2389/8 2398/25
declined [2] 2358/25 2359/1
declining [1] 2361/4
decoder [2] 2363/2 2373/23
decreased [1] 2345/16
dedicated [1] 2415/15
deem [1] 2371/10
deeper [1] 2407/25
default [1] 2399/12
Defendant [1] 2327/7
DEFENDANT'S [5] 2330/7
2352/12 2393/10 2418/25
2438/9
defendants [5] 2327/18
2328/2 2328/5 2351/7
2398/4
defendants' [10] 2347/7
2348/17 2352/8 2403/2
2408/4 2413/22 2415/18
2415/20 2416/24 2434/9
defined [1] 2383/21
definitely [2] 2358/10 2382/2
definition [2] 2366/19
2366/22
definitions [1] 2366/18
degree [3] 2337/23 2339/2
2340/12
degrees [2] 2400/22 2401/7
Del [1] 2386/22
Dell [1] 2386/25
demand [6] 2344/13 2344/20

2389/18
demands [1] 2389/17
demonstrative [21] 2347/8
2348/18 2350/3 2392/23
2392/24 2393/4 2393/7
2398/25 2403/2 2408/5
2413/23 2415/18 2415/21
2416/25 2417/20 2419/2
2419/17 2431/7 2433/8
2434/9 2437/24
demonstrative 13 [2] 2393/4
2393/7
demonstrative 14 [1] 2433/8
denominator [2] 2343/8
2343/8
department [4] 2327/15
2408/21 2414/21 2417/25
departments [2] 2408/23
2416/1
depending [2] 2337/22
2348/10
depends [1] 2333/4
Depreciation [1] 2432/2
derived [2] 2431/14 2441/2
describe [6] 2340/14 2341/15
2351/8 2387/11 2396/18
2431/1
described [8] 2348/13 2360/3
2383/6 2383/7 2386/21
2387/25 2431/11 2431/13
describes [1] 2386/24
describing [4] 2347/10
2373/5 2389/6 2397/13
detail [2] 2409/13
detailing [1] 2438/25
determination [2] 2346/16
determine [2] 2394/15
2437/4
determined [1] 2437/15
develop [1] 2425/19
developed [5] 2344/5 2344/8
2388/15 2402/23 2410/13
developing [1] 2405/1
development [5] 2340/25
2354/12 2365/17 2404/4
2407/19
devoted [1] 2406/4
did [87] 2331/14 2335/15
2336/24 2343/13 2344/11
2345/10 2345/17 2346/23
2347/24 2351/18 2354/11
2362/10 2362/17 2362/20
2364/6 2364/13 2364/14
2375/14 2375/24 2377/14
2382/4 2382/7 2383/12
2387/18 2387/19 2400/17
2400/19 2402/23 2403/8
2404/13 2404/15 2404/25
2404/25 2405/5 2405/11
2405/19 2405/21 2405/22
2407/6 2407/9 2407/13
2407/19 2408/7 2408/9
2408/10 2408/16 2408/19
2410/6 2410/14 2411/19
2413/10 2414/11 2416/12
2416/20 2419/12 2419/13
2420/6 2420/18 2420/22
2421/9 2421/14 2421/17

24 filed.2/15/24    21/22    123 2d7143 2371/9
2424/9 2425/3 2425/4
2425/10 2425/13 2425/13
2430/7 2433/23 2434/13
2436/7 2436/11 2436/14
2436/19 2436/23 2436/24
2437/4 2437/10 2437/14
2437/16 2438/19 2440/5
2441/6
didn't [8] 2341/5 2350/20
2382/2 2404/17 2408/11
2425/14 2437/16 2441/9
difference [2] 2362/14
2429/25
different [37] 2331/8 2332/19
2332/24 2333/2 2333/20
2334/2 2334/18 2334/18
2335/6 2336/15 2336/16
2337/2 2337/3 2338/15
2338/15 2339/16 2341/2
2341/5 2373/2 2373/10
2379/17 2379/21 2381/20
2394/17 2400/20 2403/13
2406/21 2414/15 2414/20
2416/1 2419/9 2420/19
2420/19 2420/20 2423/19
2438/2 2439/8
digital [2] 2396/15 2397/14
diligence [1] 2425/7
dip [1] 2354/3
direct [10] 2329/2 2331/5
2335/24 2357/1 2357/2
2373/9 2385/19 2400/1
2420/12 2439/3
directions [2] 2341/5
directly [2] 2333/15 2344/7
director [2] 2365/17 2376/21
discontinuation [1] 2387/25
discontinued [3] 2387/21
2388/2 2388/6
discount [6] 2428/4 2428/6
2428/8 2428/10 2429/3
2429/9
discuss [2] 2366/15 2426/8
discussed [8] 2364/20
2379/21 2389/16 2416/15
2417/4 2417/6 2433/16
2433/19
discusses [1] 2366/18
discussing [1] 2436/9
discussion [2] 2422/10
2429/17
discussions [2] 2355/24
2425/5 2441/23 2441/24
disproportionately [1]
2394/24
disrupted [1] 2345/25
distinction [1] 2402/12
DISTRICT [3] 2327/1 2327/1
2327/10
diversified [1] 2338/18
division [25] 2327/15
2331/10 2331/13 2332/2
2332/5 2332/8 2332/12
2332/13 2332/14 2332/16
2332/21 2332/22 2333/20
2334/11 2337/22 2337/24
2337/25 2340/6 2341/19
2342/21 2343/23 2343/25

divisions [28] 2331/8
2331/23 2332/3 2337/8
2338/3 2338/11 2338/15
2340/7 2340/8 2340/13
2343/20 2367/21 2367/25
2370/21 2370/25 2371/1
2371/4 2371/7 2372/25
2373/3 2373/7 2373/11
2373/16 2378/21 2381/16
2387/17 2388/4 2406/21
divulging [1] 2340/17
do [128] 2331/19 2331/20
2333/23 2334/25 2336/15
2337/4 2338/14 2338/14
2339/3 2339/5 2339/6
2341/20 2345/17 2349/9
2354/16 2355/3 2356/1
2356/4 2361/1 2362/8
2365/24 2366/16 2366/17
2366/20 2366/23 2366/25
2367/17 2367/18 2367/21
2367/23 2368/1 2368/2
2368/4 2368/11 2368/12
2368/14 2368/15 2369/5
2369/23 2369/25 2370/8
2370/15 2370/16 2370/22
2371/2 2371/3 2371/25
2372/1 2373/18 2373/18
2373/19 2373/21 2373/21
2373/21 2378/25 2381/24
2381/25 2383/18 2383/19
2383/23 2383/24 2384/2
2384/3 2384/10 2384/11
2385/25 2386/17 2386/22
2386/23 2387/14 2388/20
2388/21 2389/15 2389/24
2390/1 2390/21 2391/3
2391/11 2391/23 2392/12
2393/22 2395/2 2395/18
2395/20 2396/3 2396/8
2396/21 2397/15 2397/16
2397/19 2400/8 2400/13
2400/19 2401/2 2402/11
2402/15 2403/8 2405/7
2405/22 2407/9 2408/19
2408/24 2410/14 2412/25
2416/12 2421/4 2423/8
2423/18 2426/4 2427/17
2428/1 2428/23 2429/9
2430/23 2432/12 2433/15
2435/21 2435/23 2436/3
2436/7 2436/24 2439/15
2439/23 2441/7 2441/9
2441/14 2442/4 2442/12
document [21] 2351/7
2357/13 2382/13 2383/6
2384/23 2385/2 2385/4
2385/7 2385/9 2385/15
2409/1 2410/8 2410/21
2411/20 2412/2 2420/25
2434/6 2434/7 2434/18
2434/22 2440/18
documentation [2] 2422/24
2423/1
documents [3] 2416/15
2417/6 2434/14
does [25] 2332/3 2333/21
2335/14 2339/24 2340/1

2450

does... [20] 2341/14 2342/15
2344/9 2353/2 2370/14
2402/25 2412/11 2417/3
2422/16 2424/13 2424/25
2426/4 2426/24 2427/13
2427/17 2427/25 2430/5
2430/16 2433/3 2440/20
doesn't [4] 2334/1 2340/1
2340/5 2362/8
Dohle [3] 2371/12 2386/6
2400/9
doing [6] 2336/13 2414/16
2418/17 2422/23 2423/8
2425/7
dollars [12] 2350/14 2360/8
2360/15 2360/17 2361/1
2367/20 2369/9 2377/12
2377/12 2378/13 2380/6
2413/19
don't [34] 2335/3 2335/4
2335/11 2336/11 2337/6
2339/7 2343/4 2343/7
2348/8 2350/18 2350/25
2355/4 2359/6 2359/23
2359/25 2360/24 2361/2
2364/4 2381/18 2390/14
2390/24 2391/15 2395/7
2395/15 2396/6 2396/6
2396/10 2396/20 2397/8
2399/7 2409/24 2414/7
2421/3 2426/13
done [10] 2336/1 2336/7
2361/4 2381/11 2403/19
2403/22 2420/11 2420/12
2420/16 2422/21
double [1] 2420/19
double-checking [1] 2420/19
Doubleday [12] 2363/23
2367/24 2374/14 2375/1
2375/17 2376/1 2376/23
2377/5 2377/17 2378/6
2378/21 2380/10
down [11] 2351/21 2351/24
2357/21 2370/5 2385/10
2385/16 2389/21 2398/2
2423/17 2430/19 2434/17
downloaded [1] 2434/14
draft [1] 2366/2
drafted [1] 2386/1
drafts [1] 2421/14
drive [2] 2394/2 2398/15
driven [7] 2353/16 2353/23
2373/4 2373/7 2393/22
2394/4 2394/18
driving [1] 2372/24
due [1] 2425/7
duly [1] 2399/21
during [9] 2343/15 2371/1
2371/5 2371/8 2391/15
2392/14 2392/18 2397/13
2442/12
DX22 [1] 2390/4
DX415 [2] 2417/20 2418/20
DX416 [2] 2416/25 2417/13
DX417 [2] 2437/24 2438/5
DX433 [1] 2393/3
dynamic [1] 2340/14

E-M-P-R-E-S-A [1] 2401/6
each [29] 2332/5 2332/5
2334/16 2334/25 2336/1
2339/8 2340/13 2342/22
2343/21 2344/4 2344/8
2344/24 2349/5 2350/12
2350/23 2370/25 2371/5
2371/10 2373/3 2374/21
2378/10 2381/16 2383/9
2386/20 2408/20 2413/9
2416/2 2433/23 2441/7
earlier [4] 2365/16 2382/13
2382/25 2422/6
early [3] 2364/4 2403/6
2411/23
earn [1] 2354/18
ease [1] 2429/16
ebooks [1] 2346/1
Ecco [2] 2364/10 2364/15
editor [9] 2335/14 2335/21
2335/23 2337/12 2337/12
2337/16 2337/17 2337/20
2388/9
editor's [1] 2335/25
editorial [3] 2386/20 2386/21
2387/17
editors [13] 2332/2 2332/24
2337/18 2338/15 2357/4
2359/4 2359/8 2359/13
2359/20 2359/21 2359/24
2381/12 2383/9
educational [1] 2400/22
efficiencies [25] 2398/10
2402/9 2402/10 2402/13
2402/15 2403/10 2403/11
2404/12 2405/12 2407/12
2407/15 2407/17 2410/16
2410/18 2413/10 2414/2
2414/5 2415/23 2416/18
2417/7 2419/5 2422/21
2427/21 2428/5 2430/24
efficient [1] 2399/2
Eighth [1] 2327/20
either [2] 2333/23 2440/18
elbows [1] 2343/21
eligible [1] 2335/19
elimination [1] 2341/19
else [4] 2337/13 2407/13
2418/15 2419/5
email [50] 2351/8 2356/6
2357/12 2361/9 2361/20
2362/21 2363/8 2363/19
2364/1 2364/8 2364/20
2364/23 2364/24 2365/11
2365/12 2365/13 2365/23
2365/24 2371/12 2374/1
2374/16 2374/19 2375/4
2375/21 2376/8 2376/19
2377/23 2378/3 2378/8
2378/20 2378/24 2379/7
2379/20 2379/22 2379/24
2380/12 2380/22 2381/7
2381/22 2381/23 2382/11
2386/5 2388/19 2390/10
2390/13 2390/16 2391/5
2417/2 2417/5 2417/24
emailed [1] 2378/5
emails [5] 2341/9 2375/5

embarrassing [1] 2345/1
embedded [1] 2432/8
emphasis [1] 2356/21
employees [8] 2335/19
2364/24 2408/15 2408/16
2436/15 2436/21 2437/8
2439/9
Empresa [2] 2401/1 2401/5
encouraged [5] 2340/3
2341/7 2360/3 2371/7
2371/9
encouraging [2] 2340/5
2397/6
end [5] 2335/10 2403/21
2405/13 2422/4 2428/2
ended [1] 2388/12
ending [2] 2367/15 2369/1
ends [3] 2366/5 2372/4
2442/7
enough [6] 2335/11 2340/12
2359/4 2359/21 2359/23
2436/20
ensuing [1] 2348/3
entering [1] 2436/5
enterprise [1] 2358/9
entirety [1] 2417/15
entitled [2] 2414/4 2442/21
entry [1] 2387/13
equivalent [1] 2408/21
especially [2] 2408/12
2415/25
Esquire [13] 2327/12
2327/12 2327/13 2327/13
2327/14 2327/14 2327/18
2327/18 2328/2 2328/2
2328/5 2328/8 2328/9
essentially [1] 2394/24
establish [1] 2394/23
established [2] 2348/11
2397/2
estate [25] 2413/6 2428/9
2431/3 2431/18 2431/20
2431/24 2432/5 2432/13
2432/15 2432/21 2432/22
2433/12 2433/16 2433/19
2436/25 2437/2 2437/9
2438/24 2439/3 2440/7
2440/11 2440/23 2441/5
2442/1 2442/7
estimate [7] 2336/20 2424/25
2425/1 2425/10 2426/3
2426/19 2429/4
estimates [2] 2425/24
2427/24
et [4] 2327/6 2346/13
2362/16 2405/10
et cetera [3] 2346/13
2362/16 2405/10
Europe [1] 2400/21
evaluation [1] 2421/5
even [7] 2345/3 2345/4
2362/6 2394/11 2397/7
2428/23 2437/1
event [1] 2340/2
eventually [1] 2404/9
ever [2] 2341/6 2347/2
every [9] 2336/1 2348/8
2349/7 2358/17 2359/1

2430/10
everybody [1] 2336/17
everyone [3] 2335/20
2337/13 2383/8
everything [4] 2397/14
2399/3 2416/3 2422/2
evidence [33] 2341/9 2352/8
2352/12 2356/13 2361/16
2363/15 2365/6 2371/20
2374/10 2376/16 2379/13
2381/4 2382/21 2386/12
2389/1 2393/10 2395/12
2406/25 2407/4 2409/15
2410/4 2411/5 2411/9
2412/15 2412/19 2417/14
2417/18 2418/21 2418/25
2419/25 2420/4 2438/5
2438/9
evolve [3] 2425/19 2425/23
2427/1
evolving [1] 2425/6
ex [5] 2409/1 2409/9 2410/6
2410/13 2410/15
EXAMINATION [4] 2331/5
2355/11 2391/21 2400/1
examined [1] 2399/21
example [8] 2332/15 2333/25
2335/7 2354/17 2368/23
2392/22 2405/2 2417/10
examples [2] 2430/13
2431/18
Excel [4] 2398/14 2398/19
2440/14 2440/16
except [5] 2395/23 2416/22
2420/13 2428/8 2441/1
exception [1] 2399/3
excited [1] 2396/14
excluded [1] 2353/14
executive [1] 2419/10
exercised [1] 2342/23
exhibit [10] 2351/7 2357/10
2357/21 2379/5 2391/23
2392/3 2393/14 2402/25
2406/7 2409/25
exhibits [6] 2329/10 2330/1
2330/7 2355/3 2398/14
2434/2
existing [1] 2374/21
expanse [1] 2435/7
expect [3] 2335/23 2397/10
2433/3
expectation [1] 2394/17
expectations [2] 2335/6
2394/18
expected [7] 2393/22
2393/25 2394/10 2394/13
2394/16 2394/19 2394/20
expenses [7] 2413/7 2431/4
2432/5 2432/6 2432/7
2435/16 2435/18
experience [5] 2345/2 2395/2
2405/8 2425/20 2440/20
experiences [1] 2344/18
expertise [1] 2344/4
expiration [2] 2436/1 2439/9
expire [1] 2441/10
expired [1] 2439/17
explain [4] 2347/8 2352/14

## E

explain... [2] 2429/18 2440/15
explore [2] 2414/10 2414/12
express [2] 2351/18 2354/7
expressed [4] 2338/18 2351/21 2351/22 2354/6
extent [1] 2349/8
extenuating [1] 2342/24
external [4] 2331/24 2339/5 2339/6 2339/9
eyes [5] 2415/24 2416/4 2416/4 2420/20 2420/20

## F

facilitate [1] 2399/1
facilitated [1] 2342/16
facilities [4] 2434/13 2435/7 2435/13 2439/14
fact [9] 2339/14 2339/14 2345/6 2346/7 2346/9 2358/15 2371/7 2399/4 2441/15
fact-based [1] 2441/15
facts [1] 2441/17
fair [9] 2331/21 2358/3 2360/14 2360/18 2360/19 2370/3 2372/14 2373/14 2439/18
fairly [1] 2336/9
fall [4] 2397/9 2415/6 2416/19 2431/2
fantastic [1] 2347/23
far [3] 2331/21 2355/5 2434/3
fashion [1] 2347/4
fashion-forward [1] 2347/4
fashioned [1] 2346/13
February [2] 2363/8 2364/1
February 2019 [1] 2363/8
feel [3] 2335/5 2347/4 2374/20
feeling [6] 2344/15 2344/17 2344/24 2347/1 2373/2 2397/9
feelings [1] 2334/18
felt [2] 2344/19 2373/6
few [2] 2393/20 2431/17
fewer [1] 2350/7
fiction [15] 2345/12 2345/19 2345/20 2345/21 2345/22 2353/18 2366/2 2366/10 2366/15 2367/17 2369/5 2386/25 2387/6 2392/10 2397/18
fifth [3] 2327/16 2362/12 2385/5
figure [3] 2341/20 2430/7 2441/6
figures [1] 2369/20
file [2] 2406/22 2417/6
files [1] 2398/19
fill [1] 2332/25
final [10] 2345/8 2354/1 2377/13 2378/7 2396/17 2403/14 2411/20 2411/22 2421/15 2421/23
finalize [1] 2410/16
finally [4] 2384/4 2384/8

finance [1] 2400/25
financial [4] 2403/20 2407/24 2425/25 2437/22
find [1] 2431/22
fine [1] 2350/4
first [31] 2341/16 2341/22 2342/18 2345/10 2348/24 2352/15 2352/16 2352/16 2362/4 2362/15 2376/19 2378/19 2380/7 2382/16 2384/19 2392/9 2394/24 2399/21 2404/5 2404/6 2405/11 2405/24 2416/10 2419/9 2422/13 2425/2 2426/25 2427/11 2431/3 2433/13 2436/8
fiscal [2] 2423/17 2429/17
Fishbein [1] 2328/5
five [3] 2383/15 2384/8 2386/19
flash [1] 2398/15
Floor [1] 2327/20
FLORENCE [1] 2327/9
Florian [1] 2417/24
focus [14] 2356/19 2360/3 2361/20 2363/25 2367/19 2379/20 2386/24 2387/9 2394/1 2394/2 2397/4 2416/7 2423/12 2429/15
focused [2] 2359/9 2387/16
focusing [5] 2332/20 2359/14 2386/20 2387/11 2397/6
follow [3] 2382/16 2430/16 2430/16
following [2] 2331/1 2416/20
follows [3] 2383/7 2386/20 2399/22
footage [3] 2436/1 2436/6 2439/10
force [4] 2334/23 2355/18 2355/23 2356/24
forced [1] 2374/20
forecast [7] 2424/13 2424/14 2424/15 2424/18 2424/20 2424/21 2426/19
foregoing [1] 2442/19
form [3] 2368/13 2397/14 2420/6
format [3] 2345/24 2345/24 2347/5
formats [1] 2361/5
former [1] 2420/8
formula [2] 2430/7 2440/19
formulas [1] 2415/9
forth [1] 2417/11
forward [3] 2337/1 2343/22 2347/4
forwarded [2] 2381/23 2382/1
forwarding [1] 2383/3
found [3] 2346/10 2364/19 2435/12
founding [1] 2388/12
four [18] 2352/17 2352/18 2352/19 2384/4 2384/14 2384/21 2385/1 2385/8 2385/14 2392/14 2392/19 2413/6 2413/20 2415/24

2431/10
four-year [3] 2392/14 2392/19 2413/20
fourth [2] 2356/19 2374/16 2384/24
Frackman [4] 2328/2 2329/8 2398/7 2434/25
frame [2] 2359/16 2367/2
framework [2] 2338/25 2404/22
franchise [3] 2348/13 2348/15 2397/2
frankly [1] 2342/11
frequency [2] 2361/4 2361/5
frequent [1] 2418/19
frequently [3] 2360/16 2360/21 2360/24
front [2] 2363/2 2373/23
frontlist [1] 2358/14
fulfills [1] 2389/18
full [2] 2406/4 2415/14
full-time [1] 2415/14
further [2] 2354/10 2391/7
future [4] 2388/4 2425/25 2428/3 2429/11
fuzzy [1] 2353/5

## G

gallery [1] 2355/8
galleys [2] 2396/15 2397/16
gather [2] 2408/24 2418/13
gave [4] 2392/1 2420/24 2427/14 2430/6
general [5] 2343/18 2343/18 2412/25 2425/22 2432/21
generally [4] 2349/24 2350/12 2396/22 2428/8
generate [1] 2419/12
genre [2] 2345/12 2345/20
geographies [1] 2423/6
get [28] 2334/14 2335/14 2336/25 2349/18 2350/19 2350/23 2355/2 2356/2 2366/6 2383/11 2394/22 2396/14 2403/13 2403/17 2405/19 2408/9 2408/10 2420/6 2424/9 2425/4 2426/7 2428/5 2429/23 2432/17 2433/3 2433/24 2436/14 2441/7
getting [5] 2338/19 2340/16 2346/15 2351/13 2429/10
gigs [1] 2354/17
Gina [4] 2375/5 2375/6 2375/6 2385/25
give [4] 2337/19 2350/11 2396/20 2398/17
given [4] 2338/14 2342/4 2383/4 2437/12
gives [2] 2336/5 2358/16
glad [1] 2382/2
global [2] 2357/16 2423/2
go [48] 2334/17 2334/21 2336/4 2336/23 2336/25 2341/24 2343/7 2343/8 2353/6 2357/9 2362/21 2366/13 2367/15 2372/17 2377/11 2377/20 2377/23 2378/8 2378/9 2378/10

2382/2 2385/10 2388/18 2390/6 2406/9 2409/4 2410/9 2410/25 2411/11 2413/22 2414/12 2419/1 2421/7 2423/15 2424/4 2424/12 2426/22 2427/10 2427/11 2430/12 2430/19 2432/10 2432/19 2434/8 2439/2
goal [4] 2383/16 2383/21 2383/25 2384/4
goals [1] 2366/14
goes [1] 2336/4
going [42] 2331/9 2333/9 2333/12 2334/21 2337/2 2337/9 2338/4 2339/18 2341/18 2341/19 2342/5 2342/7 2343/22 2351/23 2351/24 2364/3 2380/15 2380/17 2396/12 2396/25 2397/4 2397/9 2397/19 2398/10 2398/22 2399/6 2402/10 2403/14 2406/7 2409/12 2413/9 2416/15 2418/9 2425/23 2426/2 2426/8 2427/10 2429/3 2429/7 2432/19 2435/10 2442/10
gone [1] 2338/7
good [16] 2331/2 2346/13 2354/21 2354/23 2355/13 2355/14 2359/24 2378/25 2387/12 2391/18 2398/6 2398/8 2409/17 2437/13 2440/2 2442/8
got [10] 2390/12 2408/1 2408/19 2410/12 2416/19 2421/15 2435/22 2436/6 2437/19 2438/20
government [2] 2392/1 2441/19
grade [1] 2336/5
granted [2] 2380/8 2380/12
graph [4] 2352/14 2352/16 2352/19 2353/13
graphs [3] 2367/19 2369/7 2369/17
Grau [5] 2387/23 2388/1 2388/3 2388/6
greater [1] 2409/12
gross [2] 2423/17 2429/17
group [26] 2333/6 2333/6 2338/10 2363/23 2367/24 2367/25 2374/14 2375/8 2375/17 2375/18 2376/22 2377/5 2378/16 2386/20 2392/21 2414/20 2415/3 2415/5 2415/5 2415/13 2418/16 2418/18 2419/4 2419/4 2419/12 2420/6
groups [5] 2336/15 2386/24 2414/15 2414/18 2414/20
grow [1] 2359/11
growth [5] 2345/25 2426/15 2427/7 2427/7 2427/24
guess [5] 2336/20 2339/9 2393/25 2395/23 2442/5
guessing [2] 2364/10

**Column 1 (G, H):**

guidance [1]  2363/20
guide [1]  2363/6
guideline [1]  2383/8
guidelines [1]  2383/3
Guild [9]  2351/10 2351/16
2351/18 2351/24 2354/6
2354/7 2389/23 2390/1
2390/3
guys [1]  2375/12

**H**

habit [1]  2344/8
Hachette [3]  2360/22
2364/17 2368/13
had [50]  2331/10 2331/12
2332/3 2333/2 2338/12
2339/11 2341/6 2343/2
2343/10 2343/10 2343/16
2343/20 2344/3 2344/16
2344/17 2344/17 2344/21
2344/22 2345/18 2345/20
2346/1 2346/6 2351/10
2352/5 2353/25 2354/4
2354/10 2357/25 2372/10
2372/15 2373/3 2373/6
2373/7 2375/19 2376/5
2380/8 2382/25 2388/15
2393/20 2405/23 2407/9
2415/13 2416/22 2417/11
2420/10 2420/12 2420/16
2421/2 2424/16 2436/19
half [2]  2342/3 2367/21
halves [1]  2362/6
hand [9]  2341/1 2357/18
2367/19 2369/9 2384/24
2399/18 2423/16 2431/12
2431/13
handle [1]  2332/14
handy [2]  2373/24 2391/24
happen [9]  2333/5 2334/10
2338/17 2340/1 2340/2
2340/5 2341/14 2342/15
2342/17
happened [7]  2340/6
2372/13 2372/15 2373/6
2373/12 2380/14 2404/21
happening [1]  2342/16
happens [4]  2334/4 2340/12
2343/12 2395/8
happier [1]  2348/14
happily [2]  2347/1 2347/16
happy [3]  2342/17 2346/17
2379/3
hard [12]  2364/12 2364/19
2395/25 2440/12 2440/14
2440/15 2440/17 2440/20
2440/24 2441/1 2441/15
2441/20
Harper [1]  2395/21
HarperCollins [5]  2360/21
2364/15 2368/13 2395/12
2396/4
has [37]  2335/21 2336/2
2336/17 2337/13 2338/4
2339/15 2340/6 2341/17
2342/23 2344/13 2345/2
2345/5 2347/16 2347/16
2348/9 2348/20 2354/7

2355/17 2358/15 2359/1
2359/18 2359/20 2367/21
2367/24 2373/12 2381/11
2395/6 2406/17 2410/21
2430/10 2432/4 2438/15
2440/12 2440/19
have [139]  2331/17 2331/18
2331/21 2332/6 2333/19
2334/5 2334/7 2334/18
2334/25 2335/3 2335/4
2335/6 2338/7 2338/14
2338/20 2339/5 2339/6
2339/11 2339/20 2339/24
2341/6 2341/17 2342/3
2342/3 2342/7 2342/13
2343/4 2343/5 2343/6
2343/15 2344/5 2344/7
2344/22 2345/6 2347/5
2347/14 2347/22 2348/9
2348/13 2349/3 2349/7
2349/18 2350/14 2354/10
2354/11 2354/13 2354/13
2354/16 2355/3 2356/22
2357/1 2357/2 2357/4
2359/20 2360/3 2360/7
2360/24 2361/2 2361/6
2361/7 2370/1 2371/7
2371/9 2381/9 2390/21
2391/11 2391/24 2394/6
2395/7 2395/18 2395/22
2395/24 2395/25 2396/1
2396/6 2396/9 2397/8
2398/13 2398/14 2398/18
2398/25 2400/6 2400/13
2401/10 2401/13 2401/25
2402/1 2402/3 2402/20
2402/20 2402/25 2403/18
2403/19 2404/15 2404/17
2405/9 2407/15 2408/11
2408/24 2410/15 2410/21
2411/25 2414/5 2415/14
2415/24 2416/21 2418/2
2418/19 2420/11 2421/1
2421/1 2421/17 2421/20
2422/7 2423/6 2423/8
2424/4 2424/24 2425/22
2426/16 2426/18 2426/22
2427/6 2427/16 2427/21
2427/23 2428/1 2428/23
2429/12 2430/9 2432/14
2432/25 2434/3 2435/4
2435/21 2435/23 2436/25
2441/14 2442/2
haven't [1]  2361/4
having [10]  2338/17 2355/20
2355/23 2357/18 2358/11
2358/13 2383/16 2383/21
2393/7 2399/21
he [12]  2335/14 2337/13
2364/2 2370/21 2377/20
2377/20 2381/9 2416/12
2416/15 2417/9 2418/2
2435/2
He's [1]  2417/24
head [6]  2337/22 2341/20
2396/7 2415/15 2437/1
2437/2
headed [1]  2382/25

2435/24
headline [1]  2353/12
headquarter [1]  2442/6
headquarters [13]  2432/24
2432/25 2433/5 2433/12
2435/6 2436/1 2436/16
2437/5 2438/16 2439/9
2439/19 2439/22 2440/9
heads [5]  2341/20 2342/21
2343/24 2371/9 2373/19
hear [5]  2350/20 2362/22
2395/5 2395/6 2402/11
heard [2]  2331/21 2440/12
heat [1]  2335/12
held [2]  2400/6 2428/20
help [5]  2341/19 2342/16
2373/17 2399/1 2418/4
helped [2]  2372/2 2402/20
helpful [2]  2340/9 2362/22
helping [1]  2344/8
helps [2]  2339/3 2340/22
Hepton [1]  2415/14
her [6]  2340/21 2362/22
2378/8 2378/15 2388/12
2399/12
here [26]  2353/12 2356/16
2363/4 2368/3 2375/1
2375/16 2376/1 2377/2
2383/15 2389/6 2389/16
2409/8 2415/20 2415/24
2418/1 2423/5 2423/14
2424/4 2426/23 2428/1
2431/1 2431/9 2432/22
2434/14 2435/4 2439/18
hereby [1]  2442/19
hey [1]  2334/10
hi [1]  2374/20
high [2]  2335/5 2342/5
higher [13]  2333/10 2334/17
2334/20 2335/1 2342/7
2347/18 2353/15 2353/16
2353/22 2362/13 2376/3
2382/2 2383/17
highest [8]  2334/12 2334/14
2339/17 2343/8 2348/5
2348/6 2349/1 2349/2
highlighted [2]  2435/5
2435/22
him [2]  2362/21 2417/5
his [3]  2361/22 2381/9
2416/8
historical [7]  2366/15 2424/5
2424/10 2424/16 2426/17
2426/19 2441/24
history [1]  2343/20
HMH [1]  2362/7
hoc [1]  2360/13
hold [7]  2333/9 2380/15
2400/23 2400/25 2401/8
2404/24 2414/9
holdings [1]  2441/6
home [1]  2385/15
honestly [3]  2405/23 2422/2
2441/21
Honor [49]  2331/4 2348/20
2350/1 2350/20 2352/7
2352/10 2354/19 2354/21
2355/2 2355/10 2356/9

2365/2
2371/16 2374/6 2374/8
2376/12 2379/10 2380/25
2382/17 2386/8 2388/22
2390/19 2391/8 2391/12
2391/20 2393/2 2393/11
2393/18 2397/25 2398/6
2398/22 2403/3 2406/24
2407/2 2410/2 2411/5
2411/7 2412/17 2417/13
2418/20 2419/24 2430/12
2434/10 2435/12 2438/5
2442/7 2442/15
HONORABLE [1]  2327/9
hoping [1]  2397/19
horizon [1]  2413/20
house [100]  2327/19 2328/3
2331/9 2331/12 2331/22
2332/11 2337/9 2338/6
2338/8 2338/10 2338/12
2339/13 2339/15 2339/17
2339/19 2340/18 2342/12
2344/21 2345/9 2347/24
2352/22 2353/20 2354/12
2355/24 2356/22 2357/13
2357/16 2357/24 2358/21
2358/24 2360/21 2360/25
2361/10 2362/2 2364/24
2365/18 2367/25 2370/18
2371/4 2371/13 2371/24
2374/23 2374/25 2375/1
2375/8 2375/17 2375/19
2376/1 2376/21 2378/15
2378/16 2378/21 2380/10
2380/16 2381/10 2381/13
2381/17 2381/20 2381/21
2385/20 2385/22 2386/1
2386/16 2386/22 2387/6
2387/10 2387/14 2387/14
2387/20 2388/16 2388/20
2389/3 2389/5 2389/9
2389/12 2389/17 2400/5
2400/8 2400/12 2400/17
2401/12 2401/16 2401/18
2401/24 2403/19 2404/11
2405/3 2406/1 2406/6
2407/16 2408/22 2412/3
2412/12 2418/14 2420/8
2427/4 2430/1 2432/24
2433/16 2436/19
House's [3]  2355/16 2355/17
2392/21
housekeeping [2]  2398/12
2398/21
how [68]  2332/3 2332/6
2335/14 2336/3 2338/4
2341/20 2345/15 2346/22
2350/11 2350/22 2358/18
2358/18 2360/24 2364/4
2370/24 2389/17 2389/17
2389/17 2392/12 2394/5
2395/2 2395/7 2396/8
2396/21 2400/6 2400/15
2401/10 2401/24 2402/3
2402/22 2403/10 2403/19
2405/9 2405/10 2406/16
2407/6 2408/16 2409/10
2410/6 2411/13 2413/10
2414/1 2415/11 2415/22

2453

**H**

how... [24]  2418/13 2418/15
2421/9 2421/14 2421/18
2425/3 2425/5 2425/8
2425/19 2425/23 2425/24
2427/1 2427/25 2428/6
2429/18 2429/25 2430/2
2430/7 2430/10 2436/11
2436/12 2436/14 2436/15
2436/24
huge [1]  2406/3
huh [2]  2334/13 2392/6
humble [1]  2357/3
hundred [6]  2346/15 2350/13
2421/16 2421/22 2422/6
2422/22
hundreds [1]  2346/10

**I**

I'd [1]  2364/11
I'll [3]  2374/3 2382/6 2416/9
I'm [19]  2332/20 2334/5
2334/25 2350/16 2359/13
2359/25 2364/10 2368/9
2379/14 2379/14 2389/25
2390/3 2390/21 2394/9
2396/6 2423/25 2430/5
2435/15 2438/13
I've [2]  2342/16 2403/21
I-N-D-E-X [1]  2328/18
I-N-S-T-I-U-T-O [1]  2401/4
idea [4]  2339/14 2339/14
2406/5 2406/22
identification [3]  2406/8
2409/3 2417/21
identified [6]  2357/15
2357/18 2369/10 2383/16
2392/23 2413/4
identifies [1]  2366/14
identify [4]  2393/2 2411/15
2413/10 2427/21
IE [1]  2400/25
Ihan [1]  2327/12
III [1]  2400/24
illustrating [1]  2347/10
image [2]  2416/25 2417/20
imagined [1]  2341/4
impact [5]  2345/6 2345/10
2346/1 2347/25 2348/11
impacted [3]  2345/13
2345/15 2348/12
important [8]  2338/23
2343/22 2396/24 2404/8
2405/25 2415/25 2422/9
2425/16
impossible [2]  2428/2
2429/11
imprint [14]  2333/7 2333/9
2333/13 2333/14 2333/25
2334/11 2334/15 2334/19
2339/21 2340/15 2342/14
2364/15 2364/17 2388/1
imprints [19]  2331/22 2332/1
2332/8 2332/15 2332/17
2332/21 2332/24 2334/16
2334/17 2337/8 2337/8
2337/18 2339/13 2339/24
2340/13 2340/23 2341/11
2378/15 2387/21

improved [1]  2355/10

include [2]  2392/22 2412/11
included [2]  2385/13 2390/10
includes [2]  2363/8 2376/8
including [3]  2366/19 2383/9
2427/20
inclusive [1]  2358/13
Income [1]  2422/17
incorporate [2]  2426/5
2437/14 2437/16 2438/19
incorporated [4]  2413/5
2424/18 2434/22 2437/17
incorporating [1]  2412/13
increase [5]  2343/11 2380/7
2380/13 2396/1 2413/7
increased [4]  2344/12
2372/18 2380/16 2431/5
increases [1]  2338/19
increasing [1]  2347/6
independent [8]  2396/24
2397/19 2416/1 2419/12
2419/15 2420/15 2421/4
2426/6
indicated [2]  2355/8 2377/20
indicating [1]  2341/9
individual [1]  2335/3
individuals [1]  2415/11
indulgence [1]  2423/12
industry [10]  2351/19
2355/18 2356/24 2357/25
2358/16 2361/6 2392/13
2392/18 2393/21 2401/15
information [55]  2340/7
2340/16 2340/16 2340/17
2344/13 2372/20 2372/21
2372/22 2373/16 2373/19
2394/12 2404/8 2404/10
2404/15 2404/18 2404/14
2405/24 2405/24 2407/24
2408/1 2408/9 2408/10
2408/12 2408/13 2408/14
2409/17 2409/19 2415/16
2418/13 2420/6 2420/13
2420/14 2421/25 2422/2
2422/3 2423/3 2423/14
2424/9 2425/4 2425/5
2433/14 2433/24 2434/2
2435/4 2435/5 2435/6
2435/21 2436/15 2436/17
2436/17 2438/19 2438/20
2439/8 2441/1 2441/24
initial [1]  2394/17
initially [1]  2380/15
input [2]  2420/23 2421/1
inputted [1]  2438/25
inserted [1]  2407/11
insights [1]  2371/25
instill [1]  2343/19
Instituto [2]  2401/1 2401/3
integration [8]  2385/22
2386/1 2386/6 2386/16
2387/20 2388/1 2388/9
2413/2
intel [1]  2408/14
intellectual [1]  2338/24
intense [3]  2340/19 2415/7
2416/14
intensive [1]  2407/8
interact [1]  2370/25

interested [6]  2337/25
2340/15 2340/16 2340/17
2371/1 2423/5
internal [14]  2331/7 2337/7
2338/4 2340/19 2343/7
2343/9 2344/13 2344/14
2371/8 2372/19 2372/20
2372/21 2372/24 2387/16
interruption [7]  2403/24
2414/23 2418/5 2419/21
2422/25 2432/1 2439/25
introducing [1]  2355/3
introduction [1]  2431/17
introductory [1]  2366/14
invest [2]  2347/17 2358/14
invested [1]  2394/25
investing [3]  2346/11 2396/2
2440/2
investment [15]  2348/16
2400/20 2401/11 2401/15
2411/25 2412/2 2412/11
2412/23 2413/5 2413/11
2419/7 2419/8 2419/10
2421/17 2425/25
investments [2]  2349/3
2358/18
invited [1]  2351/10
involved [10]  2349/6 2349/7
2356/2 2360/11 2360/14
2360/18 2360/20 2373/10
2402/8 2415/11
involvement [7]  2358/21
2402/6 2402/19 2414/8
2415/4 2416/7 2437/21
involving [4]  2361/9 2364/23
2374/1 2380/22
is [379]  2331/22 2331/24
2332/7 2333/4 2333/5
2333/14 2334/20 2335/5
2335/17 2335/18 2335/19
2336/1 2336/7 2336/9
2336/11 2336/18 2336/18
2337/7 2337/11 2337/16
2338/6 2338/18 2338/22
2339/1 2339/12 2339/14
2339/15 2340/14 2340/15
2340/15 2340/16 2342/7
2342/25 2343/6 2343/9
2343/19 2344/15 2344/16
2345/8 2345/21 2345/24
2347/9 2347/10 2347/11
2347/12 2348/4 2348/11
2348/22 2349/4 2349/10
2349/17 2350/17 2350/22
2351/3 2351/9 2351/10
2351/12 2352/15 2352/19
2352/22 2353/7 2353/8
2353/9 2353/15 2353/16
2353/22 2354/24 2355/7
2355/9 2355/17 2355/18
2356/3 2356/6 2356/7
2356/22 2357/7 2357/19
2357/25 2358/3 2358/5
2358/8 2358/13 2358/14
2358/16 2358/18 2358/18
2358/21 2359/12 2359/15
2359/16 2360/8 2360/12

2360/22
2361/9 2361/10 2361/21
2361/24 2361/25 2362/19
2362/22 2362/24 2363/2
2363/8 2363/9 2363/19
2363/20 2364/15 2364/15
2364/17 2364/20 2364/23
2364/25 2365/14 2365/20
2366/2 2366/9 2366/11
2366/22 2367/2 2367/11
2367/16 2368/10 2368/16
2368/17 2368/21 2369/4
2369/10 2369/11 2369/15
2370/3 2370/7 2371/12
2371/14 2371/22 2371/24
2372/7 2372/8 2372/10
2372/13 2372/14 2372/14
2372/22 2373/5 2373/13
2373/14 2373/22 2374/1
2374/4 2374/14 2374/17
2374/21 2375/1 2375/6
2376/8 2376/10 2376/21
2377/2 2377/10 2377/17
2378/8 2378/10 2378/17
2378/20 2378/22 2379/7
2380/14 2380/22 2380/23
2381/11 2381/14 2382/11
2382/11 2382/14 2383/1
2383/7 2383/16 2384/4
2384/6 2384/8 2384/20
2384/22 2385/2 2385/5
2385/8 2385/13 2385/14
2385/18 2386/5 2386/6
2386/11 2386/16 2387/7
2387/10 2388/10 2388/12
2388/19 2389/3 2389/3
2389/12 2389/15 2389/19
2390/4 2392/4 2392/9
2392/15 2392/23 2392/24
2393/3 2393/22 2394/1
2394/18 2394/19 2395/12
2395/21 2395/23 2396/13
2396/16 2396/24 2397/2
2397/13 2397/18 2397/18
2397/20 2398/9 2398/22
2398/22 2399/4 2400/4
2403/2 2403/22 2405/25
2406/8 2406/14 2408/4
2409/1 2409/7 2409/9
2409/16 2409/17 2409/19
2409/24 2409/25 2410/21
2410/25 2411/3 2411/14
2411/20 2412/1 2412/2
2412/3 2412/8 2412/9
2412/23 2413/16 2414/1
2414/2 2414/4 2414/20
2414/22 2415/2 2415/22
2415/24 2416/3 2416/4
2416/25 2417/2 2417/3
2417/4 2417/8 2417/10
2417/11 2417/20 2417/23
2417/24 2418/1 2418/9
2419/17 2419/20 2419/22
2422/11 2422/13 2422/16
2422/18 2422/18 2422/21
2423/5 2423/10 2423/13
2423/25 2424/1 2424/15
2424/24 2425/1 2425/17
2425/20 2425/23 2425/24

is... [77] 2426/3 2426/6
2426/7 2426/20 2426/25
2427/1 2427/3 2427/7
2427/14 2427/19 2428/6
2428/8 2428/10 2428/10
2428/16 2428/18 2429/4
2429/13 2429/18 2429/20
2429/24 2429/25 2430/11
2430/24 2431/3 2431/4
2431/4 2431/5 2431/10
2431/15 2431/19 2431/21
2431/21 2431/23 2432/16
2434/2 2434/4 2434/9
2434/10 2434/13 2434/14
2434/17 2434/21 2435/5
2435/6 2435/9 2435/10
2435/12 2435/15 2435/16
2436/8 2437/23 2437/24
2437/24 2438/1 2438/10
2438/11 2438/12 2438/16
2438/23 2439/6 2439/11
2439/13 2439/16 2439/18
2440/15 2440/17 2440/20
2441/1 2441/15 2441/15
2441/15 2441/16 2441/17
2441/17 2441/19 2442/19
Isn't [2] 2332/10 2340/21
issue [3] 2334/23 2352/3
2362/14
issues [1] 2344/9
it [179] 2332/7 2332/12
2332/12 2332/14 2333/4
2333/4 2333/8 2333/13
2336/3 2336/4 2336/5
2336/9 2336/10 2336/11
2336/12 2337/7 2337/22
2338/19 2338/19 2338/22
2339/2 2339/3 2339/12
2339/15 2339/23 2340/1
2340/1 2340/5 2340/5
2340/11 2341/25 2342/2
2342/4 2342/6 2342/11
2342/14 2342/16 2342/17
2342/25 2343/22 2344/20
2345/5 2345/13 2346/16
2346/23 2350/15 2350/17
2350/21 2353/25 2354/2
2354/24 2355/9 2355/17
2357/18 2358/5 2358/16
2359/18 2359/19 2359/25
2360/14 2360/18 2363/3
2363/9 2364/19 2364/21
2367/24 2368/16 2370/10
2370/12 2370/14 2371/10
2372/14 2372/18 2373/12
2375/11 2376/17 2378/10
2378/25 2380/23 2382/1
2382/16 2383/6 2383/7
2383/8 2383/10 2385/11
2387/11 2387/13 2389/17
2389/17 2390/6 2390/14
2390/16 2392/3 2392/15
2393/21 2394/2 2394/8
2394/18 2394/19 2394/22
2396/13 2396/17 2396/18
2396/22 2397/2 2397/13
2397/18 2397/20 2399/1
2399/7 2399/9 2399/11

2399/13 2399/14 2401/14
2403/22 2404/8 2404/18
2405/4 2405/18 2406/3
2406/8 2406/17 2408/14
2408/18 2408/19 2408/25
2409/14 2410/6 2410/7
2410/19 2413/20 2414/5
2414/22 2415/7 2416/14
2417/3 2418/18 2420/15
2420/17 2420/17 2420/23
2420/24 2420/25 2421/1
2421/11 2421/23 2423/2
2423/15 2424/15 2424/16
2424/23 2425/1 2425/13
2425/13 2425/14 2426/5
2426/15 2426/16 2426/18
2429/3 2429/24 2430/2
2431/22 2431/23 2434/21
2434/22 2435/1 2436/10
2438/15 2438/23 2439/18
2441/10 2441/15 2441/16
2441/16 2441/17 2441/17
it's [58] 2333/19 2333/23
2334/16 2335/2 2335/8
2336/22 2338/7 2338/8
2339/21 2341/16 2349/1
2349/2 2350/13 2351/7
2353/5 2358/3 2359/6
2360/13 2363/7 2364/2
2364/10 2364/12 2366/4
2366/11 2369/14 2375/4
2378/25 2386/25 2387/3
2387/6 2392/5 2394/11
2394/20 2394/22 2395/6
2395/10 2397/5 2397/6
2397/9 2399/6 2403/25
2409/21 2417/2 2420/21
2421/20 2424/14 2425/16
2427/5 2428/2 2428/8
2429/11 2429/11 2434/4
2434/7 2435/10 2440/17
2441/23 2442/8
item [2] 2372/17 2398/21
items [2] 2423/19 2428/9
iterations [1] 2421/22
iterative [1] 2394/11
its [6] 2331/10 2331/12
2358/6 2388/6 2389/18
2436/20
itself [1] 2407/18

J
Jackie [2] 2365/14 2365/21
James [1] 2381/23
January [1] 2386/5
January 18 [1] 2386/5
Java [1] 2415/14
Jessica [1] 2327/14
job [7] 2343/14 2343/14
2381/12 2406/2 2406/2
2406/3 2421/4
John [1] 2327/12
join [1] 2400/17
joined [1] 2400/18
JP [6] 2433/22 2437/19
2437/21 2438/1 2438/19
2441/2
JP Morgan [1] 2433/22
JUDGE [1] 2327/10
jumped [1] 2350/15

June [2] 2374/20 2438/11
June 10 [1] 2374/1
just [60] 2332/1 2332/20
2333/9 2333/22 2333/24
2334/20 2335/1 2335/5
2339/7 2341/21 2347/10
2349/18 2350/2 2350/11
2350/15 2350/25 2351/25
2352/22 2353/19 2353/23
2359/13 2360/4 2366/6
2369/8 2379/8 2391/1
2391/12 2391/23 2394/21
2396/18 2397/5 2397/8
2398/12 2398/19 2406/14
2409/14 2412/23 2413/14
2416/7 2417/4 2417/10
2419/13 2420/15 2424/1
2426/13 2429/1 2429/16
2430/6 2430/11 2430/16
2431/11 2431/12 2431/14
2432/21 2434/17 2435/1
2436/9 2440/24 2441/3
2441/22
Justice [1] 2327/15

K
Kara [2] 2375/10 2375/22
KDD [1] 2380/5
keep [9] 2331/15 2333/10
2346/17 2346/17 2378/2
2378/6 2405/1 2423/12
2426/2
kept [3] 2331/16 2388/6
2432/18
key [2] 2396/1 2435/24
KGAA [1] 2327/6
Kim [1] 2327/12
kind [10] 2336/7 2338/24
2341/22 2342/17 2345/5
2346/6 2346/13 2347/21
2396/16 2397/9
kinds [1] 2354/17
knew [1] 2404/7
Knopf [12] 2363/22 2367/24
2374/13 2375/17 2376/1
2376/23 2377/5 2377/17
2378/6 2378/21 2380/10
2380/14
know [25] 2333/11 2335/15
2336/5 2337/13 2337/24
2338/23 2340/8 2341/21
2343/6 2343/9 2347/1
2356/20 2359/6 2364/4
2379/16 2381/18 2383/7
2390/14 2392/12 2396/6
2397/8 2399/10 2399/12
2422/13 2440/14
knowledge [2] 2341/10
2420/9
known [2] 2351/3 2397/4
knows [3] 2422/14 2426/12
2440/14

L
Labor [4] 2405/16 2405/17
2405/18 2416/20
landscape [1] 2366/15
language [1] 2379/25
large [9] 2355/23 2389/3
2392/25 2394/25 2398/19

2438/10 2438/20 2438/11
2438/15
larger [2] 2362/16 2420/8
largest [5] 2355/18 2356/23
2357/25 2358/15 2395/13
last [6] 2351/7 2357/9 2376/5
2424/19 2431/5 2436/3
later [2] 2411/11 2423/15
latitude [1] 2358/16
law [2] 2398/17 2400/23
layman [1] 2347/20
layout [1] 2437/3
lead [3] 2383/16 2384/13
2384/19
Leal [1] 2327/14
learn [1] 2336/25
learned [1] 2380/15
learning [2] 2421/24 2425/8
lease [17] 2433/14 2433/24
2433/25 2435/9 2435/10
2435/23 2436/2 2436/4
2436/6 2436/7 2437/15
2437/17 2438/4 2438/20
2439/10 2439/17 2441/11
leases [5] 2438/15 2438/25
2441/6 2441/8 2441/10
least [1] 2438/3
leave [2] 2360/4 2440/11
LeCates [1] 2377/2
left [11] 2339/9 2339/13
2339/15 2339/19 2357/15
2384/24 2388/10 2423/16
2427/23 2431/12 2435/22
left-hand [3] 2384/24
2423/16 2431/12
legal [1] 2435/24
lenses [1] 2406/6
less [8] 2360/16 2361/1
2362/14 2370/2 2384/5
2387/16 2397/2 2430/2
let [8] 2339/7 2399/10
2399/12 2408/2 2434/17
2434/24 2436/14 2437/23
let's [70] 2332/24 2333/2
2333/19 2356/14 2359/19
2362/4 2362/21 2363/16
2366/6 2366/13 2367/8
2367/15 2369/1 2370/17
2372/4 2372/17 2373/25
2375/4 2376/7 2376/19
2378/2 2378/24 2379/5
2380/20 2381/5 2382/9
2386/3 2386/13 2391/9
2391/13 2391/13 2397/15
2402/5 2402/19 2402/22
2402/23 2403/13 2409/3
2410/9 2411/11 2413/22
2415/17 2415/17 2416/24
2417/19 2419/1 2419/16
2421/7 2422/13 2423/12
2423/16 2424/4 2424/12
2425/2 2426/2 2426/6
2426/22 2426/23 2427/10
2427/11 2427/16 2429/15
2429/15 2429/17 2431/17
2433/7 2433/23 2434/8
2435/4 2439/2
lets [1] 2337/13
level [18] 2337/22 2340/3

**L**

level... [16] 2343/1 2343/2 2344/6 2345/3 2348/5 2353/22 2356/3 2360/12 2360/13 2361/2 2362/13 2364/11 2364/12 2364/20 2378/18 2408/22
levels [2] 2353/16 2393/15
leverage [2] 2344/13 2372/19
leveraging [1] 2372/21
Lexington [1] 2328/6
lieu [1] 2393/7
lifestyle [1] 2387/3
like [32] 2336/7 2347/2 2347/13 2348/17 2349/9 2355/15 2356/19 2357/23 2359/25 2360/6 2361/2 2361/20 2362/12 2363/25 2366/1 2369/20 2377/8 2377/11 2381/7 2384/12 2389/14 2394/19 2395/18 2398/15 2406/3 2410/20 2417/12 2417/24 2423/15 2431/18 2439/9 2440/10
likely [5] 2343/11 2377/10 2397/2 2405/15 2428/16
line [19] 2352/15 2359/9 2359/14 2360/2 2362/4 2378/12 2408/20 2408/20 2415/7 2415/8 2416/15 2416/16 2420/21 2430/10 2431/21 2431/22 2431/23 2432/8 2432/10
lines [3] 2385/10 2386/19 2431/1
linked [4] 2417/7 2432/23 2436/2 2440/17
list [5] 2347/11 2370/15 2409/25 2433/14 2433/15
lists [3] 2370/7 2370/9 2370/13
literally [1] 2416/15
literary [2] 2387/6 2389/3
little [12] 2336/6 2344/17 2344/19 2344/25 2346/11 2353/5 2364/11 2364/17 2391/12 2395/24 2397/3 2411/11
LLP [4] 2327/19 2328/3 2328/6 2328/9
lock [1] 2377/9
long [10] 2332/17 2338/4 2338/7 2338/8 2339/11 2343/20 2370/16 2400/6 2407/6 2410/6
longer [1] 2432/5
longstanding [1] 2338/8
look [30] 2347/7 2348/17 2362/4 2367/8 2368/23 2372/17 2375/4 2376/19 2378/24 2379/5 2379/25 2381/7 2383/14 2391/25 2398/15 2405/5 2405/8 2406/5 2409/12 2412/6 2416/2 2419/16 2423/15 2427/16 2431/17 2432/19 2433/7 2433/23 2435/4 2441/24
looked [6] 2342/14 2347/21 2369/8 2379/8 2440/24 2441/3
looking [13] 2340/7 2340/15 2354/14 2379/15 2406/12 2409/7 2411/2 2412/8 2419/19 2420/22 2423/10 2431/14 2434/12
Los [1] 2327/20
lose [2] 2348/13 2387/15
loss [4] 2359/3 2359/10 2359/14 2423/20
lost [2] 2348/14 2351/3
lot [15] 2340/1 2393/24 2403/22 2404/7 2405/23 2406/18 2417/11 2422/3 2425/5 2425/7 2425/8 2425/14 2431/1 2441/23 2441/23
love [2] 2334/21 2397/9
low [1] 2429/13
lower [9] 2341/25 2343/2 2364/11 2378/6 2378/7 2378/9 2378/17 2378/19 2437/16
lowering [1] 2345/6
lowest [1] 2343/7
Ls [5] 2332/25 2336/17 2337/5 2406/20 2407/11
lunch [1] 2360/7

**M**

M8 [3] 2429/22 2429/23 2429/24
Macmillan [2] 2360/22 2368/14
made [5] 2346/19 2346/20 2383/10 2389/11 2434/18
MADELINE [1] 2329/4
Madrid [2] 2400/24 2401/1
magazine [1] 2354/17
magnitude [1] 2420/7
mailing [1] 2397/17
main [1] 2395/21
major [1] 2362/9
majority [5] 2358/6 2422/20 2432/23 2438/11 2438/15
make [19] 2337/17 2342/4 2342/6 2342/16 2342/22 2346/13 2348/16 2358/18 2359/12 2359/25 2379/14 2397/14 2397/15 2402/11 2406/5 2407/17 2408/22 2416/1 2416/2
making [3] 2338/25 2405/3 2416/16
manage [1] 2332/6
manageable [1] 2383/10
management [5] 2415/2 2418/12 2427/20 2433/17 2441/24
manager [1] 2336/11
managers [1] 2360/5
manages [1] 2332/17
Manhattan [1] 2437/20
manipulated [1] 2344/19
MANUEL [4] 2329/7 2398/9 2399/20 2400/4
many [21] 2337/24 2345/23 2348/9 2362/5 2364/4
lacked [2] 2404/1 2404/2
2400/15 2401/10 2401/24 2402/3 2403/19 2406/16 2408/16 2409/10 2415/11 2421/14 2436/11 2436/12 2436/15
map [2] 2406/23 2423/21
mapped [4] 2407/9 2407/11 2407/16 2408/20
mapping [8] 2406/14 2407/6 2407/14 2417/5 2434/4 2434/6 2434/7 2434/22
March [3] 2403/6 2404/19 2421/11
March 2020 [1] 2404/19
market [27] 2340/8 2345/23 2346/7 2347/19 2358/24 2359/1 2359/3 2359/10 2359/11 2359/14 2366/15 2367/20 2368/3 2368/10 2368/13 2368/17 2368/20 2369/10 2369/21 2370/2 2395/11 2395/15 2425/6 2433/20 2437/11 2441/7 2441/9
marketing [4] 2346/11 2356/25 2357/5 2383/4
marketplace [8] 2366/2 2366/10 2366/10 2367/16 2369/4 2384/12 2384/13 2384/19
markets [1] 2384/21
Markus [1] 2400/9
mass [2] 2345/23 2346/2
master [1] 2400/25
master's [1] 2401/8
Matelson [1] 2327/14
math [1] 2430/16
mathematical [1] 2430/7
matrix [5] 2409/2 2409/9 2410/6 2410/14 2410/15
matter [2] 2432/21 2442/21
Mavjee [6] 2374/2 2374/13 2375/21 2377/2 2382/11 2382/25
maximizing [1] 2394/3
may [8] 2340/24 2349/23 2355/10 2390/19 2398/2 2398/4 2414/5 2414/7
maybe [4] 2335/8 2340/8 2344/25 2364/10
MCINTOSH [5] 2329/4 2331/7 2355/13 2392/3 2393/20
me [27] 2338/23 2341/1 2341/2 2341/6 2341/8 2343/23 2344/7 2347/2 2350/11 2350/15 2354/13 2358/8 2364/21 2385/3 2393/21 2394/8 2394/8 2394/19 2399/10 2408/2 2410/7 2417/5 2417/5 2430/6 2434/17 2436/14 2437/23
mean [5] 2339/11 2417/2 2430/10 2432/12 2440/20
means [5] 2402/17 2426/15 2431/25 2440/16 2440/17
measurement [1] 2346/9
media [1] 2396/13
median [1] 2353/23
medium [1] 2384/9
meeting [2] 2389/14 2414/11
meetings [1] 2397/13
Megan [1] 2327/18
Melvin [1] 2327/13
member [2] 2417/25
memo [5] 2386/1 2386/6 2386/17 2386/24 2388/1
mentioned [5] 2406/15 2411/13 2412/23 2416/8 2437/9
merch [1] 2346/2
merge [1] 2385/19
merged [2] 2331/14 2338/9
merger [12] 2331/9 2345/9 2345/13 2345/14 2347/24 2358/21 2358/24 2359/17 2401/10 2428/17 2437/5 2442/2
mergers [1] 2420/8
Meyers [1] 2327/19
Michael [1] 2328/9
middle [1] 2433/21
might [8] 2334/2 2334/19 2334/20 2335/5 2335/6 2335/7 2335/11 2338/14 2341/19 2341/25 2342/2 2342/4 2342/9 2343/2 2347/21 2349/16 2350/15 2425/20
million [23] 2342/3 2349/10 2349/10 2349/14 2349/19 2349/19 2349/20 2349/20 2350/14 2350/16 2360/8 2360/15 2360/17 2361/1 2377/17 2393/16 2393/16 2393/16 2393/16 2413/12 2413/18 2413/19 2440/6
mind [2] 2343/10 2350/15
minus [3] 2429/21 2429/22 2429/24
minutes [1] 2391/14
mirror [1] 2369/7
misheard [1] 2390/3
missteps [1] 2345/1
mistakes [1] 2415/8
Mitchell [1] 2328/9
model [41] 2402/23 2403/10 2403/11 2403/14 2404/7 2404/9 2404/12 2404/22 2405/2 2405/4 2405/10 2405/10 2405/12 2407/12 2407/15 2407/17 2407/20 2410/16 2410/18 2410/22 2411/3 2411/19 2411/21 2411/21 2415/8 2416/13 2417/7 2417/9 2419/6 2421/8 2421/10 2421/12 2421/22 2423/22 2426/8 2426/25 2437/14 2438/21 2438/23 2440/5 2441/20
model's [1] 2411/13
modeled [8] 2413/20 2414/3 2426/22 2428/7 2428/16 2429/2 2440/8 2442/1
modeling [8] 2402/9 2402/22

2456

modeling... [6] 2403/20
2403/20 2412/13 2415/5
2424/17 2425/15
models [1] 2441/22
Molly [1] 2388/10
Moltke [13] 2340/24 2341/10
2365/14 2365/16 2373/13
2373/20 2374/2 2374/25
2378/3 2378/5 2379/1
2380/23 2381/24
Moltke's [1] 2379/24
moment [2] 2399/17 2432/19
Monday [1] 2364/4
money [5] 2341/22 2346/11
2354/18 2414/21 2420/21
monitors [1] 2399/7
months [2] 2424/18 2441/21
more [42] 2338/16 2339/3
2340/8 2343/6 2343/10
2343/15 2343/16 2344/5
2344/8 2344/18 2344/22
2344/25 2345/4 2345/19
2347/1 2347/4 2347/17
2347/21 2357/2 2357/3
2360/2 2360/4 2360/8
2366/22 2376/5 2378/10
2383/10 2383/11 2387/11
2392/14 2392/19 2393/16
2393/18 2396/23 2397/4
2399/2 2407/25 2421/24
2421/24 2422/24 2429/4
2429/12
Morgan [4] 2433/22 2437/19
2438/1 2438/19
Morgan's [2] 2437/21 2441/2
mortar [1] 2396/23
mortem [7] 2336/1 2336/7
2336/10 2336/10 2336/17
2336/22 2337/4
mortems [1] 2336/9
most [9] 2346/15 2356/24
2357/4 2360/21 2398/22
2405/15 2422/9 2432/14
2439/18
mostly [3] 2397/20 2422/4
2433/3
move [16] 2356/9 2361/12
2363/11 2365/2 2371/16
2374/6 2376/12 2379/10
2380/25 2382/17 2386/8
2388/22 2405/11 2419/8
2435/1 2439/23
moved [1] 2407/22
moving [1] 2342/14
MR [2] 2329/5 2329/8
Mr. [53] 2331/3 2358/20
2361/24 2362/5 2362/13
2362/19 2363/22 2363/25
2364/8 2366/9 2367/5
2368/3 2370/18 2371/12
2374/2 2374/13 2374/13
2374/16 2376/20 2376/20
2376/24 2377/2 2377/8
2377/16 2377/25 2382/13
2386/6 2389/23 2391/11
2391/19 2398/13 2399/17
2400/3 2406/12 2407/6
2409/7 2411/2 2412/8

2417/4 2417/22
2417/9 2417/23 2418/1
2418/15 2419/19 2434/12
2434/25 2435/5 2435/13
2437/25 2439/4 2439/7
Mr. Aykroyd [6] 2376/20
2376/20 2376/24 2377/2
2377/8 2377/16
Mr. Aykroyd's [1] 2377/25
Mr. Chirico [2] 2363/22
2364/8
Mr. Chirico's [1] 2363/25
Mr. Dohle [2] 2371/12 2386/6
Mr. Frackman [1] 2434/25
Mr. Mavjee [1] 2374/13
Mr. Petrocelli [6] 2331/3
2370/18 2382/13 2389/23
2391/11 2391/19
Mr. Petrocelli's [1] 2358/20
Mr. Protschky [2] 2418/1
2418/15
Mr. Sansigre [17] 2398/13
2399/17 2400/3 2406/12
2407/6 2409/7 2411/2
2412/8 2417/2 2417/23
2419/19 2434/12 2435/5
2435/13 2437/25 2439/4
2439/7
Mr. Sullwold [3] 2415/14
2416/8 2417/9
Mr. Thomas [3] 2374/2
2374/13 2374/16
Mr. Wehner [2] 2361/24
2362/5 2362/13 2362/19
Mr. Welsh [3] 2366/9 2367/5
2368/3
MS [4] 2329/6 2375/16
2377/2 2412/21
Ms. [29] 2331/7 2341/10
2355/13 2365/16 2373/20
2374/2 2374/2 2374/25
2375/21 2377/2 2378/3
2378/5 2379/1 2379/24
2380/23 2382/11 2382/25
2386/19 2392/3 2393/20
2399/5 2402/20 2406/9
2408/3 2409/4 2410/10
2412/5 2431/6 2439/2
Ms. Calloway [1] 2399/5
Ms. Centrello [1] 2386/19
Ms. Mavjee [5] 2374/2
2375/21 2377/2 2382/11
2382/25
Ms. McIntosh [4] 2331/7
2355/13 2392/3 2393/20
Ms. Radford [8] 2402/20
2406/9 2408/3 2409/4
2410/10 2412/5 2431/6
2439/2
Ms. Von [8] 2341/10 2365/16
2374/2 2374/25 2378/3
2378/5 2379/24 2380/23
Ms. Von Moltke [2] 2373/20
2379/1
much [22] 2334/1 2334/20
2335/7 2335/8 2335/9
2335/12 2336/6 2344/8
2346/25 2347/4 2350/11
2350/22 2360/16 2362/8

2362/24 2363/15 2377/12
2393/22 2398/1 2413/10
2421/9 2428/6
multi [2] 2384/20 2384/21
multi-city [1] 2384/20
multibook [1] 2349/24
multiple [10] 2332/2 2332/7
2332/17 2332/21 2341/18
2349/11 2349/12 2349/14
2349/17 2349/22
muscle [1] 2346/6
my [30] 2336/23 2339/12
2340/24 2343/18 2343/18
2343/22 2344/16 2345/2
2346/9 2346/16 2347/3
2355/19 2357/3 2380/14
2392/15 2393/7 2396/7
2397/24 2398/17 2399/11
2400/4 2401/13 2402/8
2405/7 2406/3 2411/23
2420/17 2420/25 2425/15
2434/16
Myers [1] 2328/3
mysteries [1] 2345/21

**N**

N21 [1] 2441/15
name [13] 2356/22 2361/22
2363/3 2377/9 2381/11
2400/3 2400/4 2408/24
2409/1 2416/8 2416/10
2427/14 2434/16
narrative [4] 2387/6 2396/11
2396/19 2396/21
national [1] 2385/11
nearly [1] 2362/8
necessarily [2] 2336/12
2340/17
need [13] 2363/3 2364/3
2373/18 2373/23 2394/23
2396/10 2399/7 2404/10
2421/22 2433/1 2437/16
2439/23 2442/5
needed [2] 2419/8 2437/4
needs [1] 2435/2
negative [1] 2336/22
neglected [1] 2393/2
negotiate [1] 2348/8
negotiated [1] 2354/4
negotiation [1] 2335/24
neighbors [2] 2347/3 2347/3
nestor [5] 2328/13 2328/15
2442/22 2442/22 2442/24
network [2] 2355/21 2384/25
never [1] 2344/3
new [31] 2328/4 2328/4
2328/7 2328/7 2348/8
2348/15 2352/20 2354/3
2357/19 2358/8 2358/10
2358/11 2358/14 2358/17
2359/4 2359/22 2386/21
2386/24 2390/9 2394/12
2432/24 2432/25 2433/5
2433/13 2433/19 2435/6
2436/20 2437/8 2438/14
2438/16 2442/6
next [20] 2341/24 2353/6
2353/8 2366/13 2367/15
2375/4 2377/9 2378/12
2389/9 2398/5 2398/9

2415/17
2424/12 2424/16 2426/13
2434/8 2436/7 2437/23
Nice [2] 2398/7 2398/8
night [1] 2406/4
Nina [7] 2340/24 2341/8
2341/19 2365/13 2373/13
2374/21 2381/24
nine [1] 2424/18
Ninth [1] 2328/10
no [50] 2327/3 2334/24
2335/17 2335/17 2335/24
2336/16 2336/21 2337/1
2337/6 2337/15 2337/20
2338/1 2342/13 2343/2
2346/11 2346/18 2352/10
2356/11 2361/7 2361/14
2363/13 2365/4 2371/18
2374/8 2376/14 2379/12
2381/2 2382/19 2384/21
2386/10 2388/24 2390/14
2391/7 2397/25 2402/13
2404/17 2405/1 2407/2
2410/2 2411/7 2412/17
2415/8 2417/16 2418/23
2420/2 2424/1 2432/5
2438/7 2440/22 2442/3
No. [1] 2391/25
No. 2021 [1] 2391/25
non [13] 2367/11 2368/10
2368/17 2368/20 2368/24
2369/5 2369/13 2369/13
2369/14 2369/21 2369/22
2370/1 2370/3
non-Big [5] 2368/17 2368/20
2369/13 2369/21 2370/1
non-PRH [3] 2368/10
2368/24 2369/13
non-top [5] 2367/11 2369/5
2369/14 2369/22 2370/3
nonfiction [2] 2387/3 2387/7
Nora [1] 2351/4
normal [1] 2403/25
normalize [1] 2405/25
normally [2] 2333/5 2403/13
Northwest [2] 2327/16
2328/10
Norton [2] 2364/11 2364/19
not [51] 2333/9 2335/1
2338/20 2338/21 2340/17
2340/18 2341/21 2342/2
2342/4 2342/6 2343/13
2345/5 2345/14 2346/7
2348/22 2349/2 2349/7
2353/23 2359/4 2359/21
2361/7 2362/15 2373/13
2385/1 2385/7 2385/13
2387/15 2390/14 2390/14
2394/5 2396/11 2397/5
2399/6 2399/16 2407/23
2420/25 2422/4 2424/17
2431/23 2432/12 2433/1
2434/5 2434/25 2438/10
2439/16 2440/17 2440/22
2441/1 2441/10 2441/22
2442/12
note [1] 2376/6
noted [2] 2415/24
nothing [2] 2354/16 2393/18

**N**

notice [1]  2347/21
notification [1]  2337/19
novel [1]  2335/8
November [10]  2356/6
2371/12 2372/8 2410/19
2410/20 2411/3 2414/6
2421/8 2421/10 2421/13
November 2 [1]  2371/12
November 2018 [1]  2372/8
November 2020 [2]  2421/8
2421/10
November 2021 [1]  2356/6
November 6 [1]  2410/20
now [33]  2331/21 2332/1
2332/20 2333/16 2337/11
2338/14 2339/10 2339/23
2343/14 2351/14 2351/16
2369/18 2381/11 2391/6
2401/24 2402/5 2402/10
2406/7 2407/15 2415/17
2420/18 2422/6 2424/4
2424/12 2424/24 2426/2
2426/7 2426/8 2426/22
2429/15 2431/17 2433/23
2435/21
nuance [1]  2394/22
number [41]  2332/16 2333/6
2333/10 2333/22 2333/24
2334/12 2334/14 2334/17
2334/20 2334/22 2335/12
2342/1 2342/5 2342/6
2343/11 2344/9 2350/14
2350/15 2350/19 2350/19
2351/1 2354/3 2357/16
2366/4 2366/4 2375/12
2375/12 2375/22 2376/2
2376/3 2383/1 2394/3
2396/7 2402/25 2413/16
2430/5 2432/12 2437/18
2439/9 2441/2 2441/14
numbers [19]  2333/2 2333/3
2333/22 2334/2 2334/6
2348/24 2348/25 2350/2
2354/4 2368/4 2368/24
2393/8 2398/23 2427/18
2428/19 2430/23 2432/17
2439/1 2441/25
NW [2]  2328/14 2442/23
NYC [1]  2401/8

**O**

O'Melveny [2]  2327/19
2328/3
oath [1]  2399/21
objection [34]  2352/9
2356/10 2361/13 2363/12
2365/3 2371/17 2374/7
2376/13 2379/11 2381/1
2382/18 2386/9 2388/23
2388/24 2407/1 2407/2
2409/24 2410/1 2410/2
2411/6 2411/7 2412/16
2412/17 2417/15 2417/16
2418/22 2418/23 2420/1
2420/2 2429/6 2429/7
2434/23 2438/6 2438/7
observe [2]  2345/10 2347/24
obviously [1]  2439/23

occasional [1]  2345/1
Occasionally [1]  2373/12
occasions [2]  2354/10
2373/6
occur [1]  2342/10
occurrence [1]  2332/7
October [6]  2376/8 2376/20
2379/7 2379/24 2408/8
2408/11
October 15th [1]  2408/8
October 2020 [1]  2376/8
October 27 [1]  2376/20
October 28 [1]  2379/7
October 29 [1]  2379/24
off [6]  2355/7 2399/2 2399/7
2399/9 2399/11 2399/12
offer [12]  2356/16 2375/22
2376/9 2377/12 2406/24
2409/14 2411/5 2412/15
2417/13 2418/20 2419/24
2438/5
offered [6]  2334/11 2342/1
2375/17 2376/1 2384/12
2384/14
offering [1]  2342/19
offers [4]  2360/7 2381/10
2381/13 2381/15
office [2]  2433/14 2436/2
offices [7]  2433/2 2436/12
2436/13 2436/20 2437/1
2437/2 2438/14
official [8]  2328/14 2410/22
2411/3 2411/13 2411/21
2421/8 2421/10 2442/23
often [4]  2347/5 2395/2
2397/12 2418/15
okay [71]  2332/1 2337/11
2338/14 2340/2 2345/8
2348/2 2348/21 2349/25
2350/5 2350/10 2351/6
2352/2 2352/24 2353/6
2353/21 2354/20 2355/6
2356/5 2358/15 2360/18
2360/20 2362/21 2363/5
2366/8 2368/13 2372/13
2372/17 2378/12 2378/20
2379/5 2379/23 2381/23
2383/14 2385/10 2390/25
2391/13 2392/7 2393/5
2393/17 2395/1 2395/11
2396/8 2397/20 2398/17
2398/18 2398/24 2399/5
2401/24 2403/4 2404/7
2405/11 2405/19 2409/23
2416/7 2416/24 2421/7
2423/24 2424/2 2424/12
2426/2 2427/16 2429/15
2430/14 2434/8 2435/19
2437/9 2438/17 2440/11
2441/12 2442/8 2442/13
old [1]  2346/13
old-fashioned [1]  2346/13
once [1]  2339/12 2363/6
2383/8 2405/23 2407/9
2408/19 2410/15 2419/7
2434/14 2437/15
one [63]  2331/19 2331/23
2332/2 2332/21 2332/22
2332/24 2333/22 2333/24

2334/24 2337/25 2338/24
2341/22 2341/24 2342/12
2342/14 2343/9 2343/25
2346/18 2349/10 2351/3
2351/7 2353/13 2355/17
2355/19 2357/16 2359/6
2360/15 2366/1 2366/14
2368/23 2378/9 2378/13
2381/16 2382/2 2383/15
2384/13 2384/25 2385/11
2387/23 2389/21 2392/24
2395/6 2395/21 2396/10
2397/16 2397/17 2414/20
2414/22 2415/13 2421/15
2422/12 2423/16 2424/12
2428/18 2428/21 2429/17
2431/3 2431/4 2431/4
2431/5 2436/3 2438/25
2438/25
ones [4]  2369/7 2375/11
2396/21 2405/9
only [14]  2332/20 2332/22
2333/13 2334/21 2339/12
2339/19 2360/14 2394/5
2398/21 2404/18 2407/23
2417/8 2436/10 2440/25
op [5]  2409/1 2409/9 2410/6
2410/13 2410/15
open [3]  2343/15 2407/8
2407/23
opening [3]  2341/25 2342/5
2377/21
operate [2]  2418/14 2421/25
operating [3]  2413/7 2431/4
2432/5
operation [1]  2356/25
operational [2]  2418/6
2436/17
operations [3]  2376/21
2418/3 2418/7
opinion [6]  2355/19 2357/4
2359/8 2420/17 2425/19
2425/23
opinions [1]  2338/18
opportunities [4]  2404/1
2433/22 2437/20 2438/2
opportunity [2]  2383/20
2405/1
opposite [1]  2345/7
optimize [1]  2341/20
option [2]  2342/22 2375/19
options [3]  2433/15 2436/3
2438/2
orange [1]  2413/25
order [8]  2378/6 2394/22
2404/11 2418/4 2428/5
2432/20 2433/11 2440/2
orient [1]  2423/14
oriented [1]  2396/19
original [3]  2336/20 2337/5
2416/19
originally [1]  2343/10
other [58]  2333/11 2337/8
2337/8 2337/18 2338/3
2338/11 2339/7 2339/8
2340/7 2340/8 2340/11
2340/13 2341/9 2342/9
2342/20 2342/22 2342/23
2343/21 2344/4 2344/8

2351/22 2354/11 2354/17
2356/21 2357/3 2364/23
2367/25 2368/1 2370/25
2371/5 2371/10 2373/4
2374/21 2378/15 2380/4
2388/4 2398/21 2401/7
2405/9 2407/14 2414/22
2416/2 2417/12 2418/19
2419/4 2422/12 2422/22
2423/1 2423/3 2423/6
2423/8 2438/12 2438/15
2438/15 2438/20 2439/14
2439/16 2441/5
others [5]  2340/18 2360/25
2361/10 2368/16 2417/10
our [36]  2335/17 2338/19
2340/25 2341/22 2342/12
2343/22 2345/19 2347/11
2347/13 2348/6 2348/11
2348/12 2348/14 2349/1
2349/2 2349/3 2355/19
2358/13 2358/18 2359/1
2359/24 2362/3 2362/5
2364/2 2366/5 2387/17
2391/13 2394/4 2395/6
2398/9 2422/9 2423/12
2432/3 2436/25 2437/2
2437/22
out [28]  2332/25 2333/13
2333/25 2338/20 2339/23
2340/18 2341/20 2344/20
2353/12 2353/13 2362/6
2362/22 2367/21 2368/14
2374/22 2374/25 2383/7
2385/3 2388/2 2395/17
2396/3 2411/16 2422/22
2425/17 2430/7 2441/6
2441/7 2441/22
outcome [1]  2428/17
outcomes [1]  2394/4
outlook [1]  2371/25
output [7]  2410/25 2422/11
2422/13 2423/5 2423/10
2423/13 2431/20
over [16]  2346/23 2346/24
2352/19 2370/16 2372/10
2372/15 2383/17 2396/1
2401/13 2402/1 2406/17
2413/20 2415/6 2427/1
2436/21 2439/11
overall [4]  2352/20 2367/16
2369/4 2370/14
overhead [1]  2360/5
overlap [1]  2387/9
overly [1]  2344/19
overnight [1]  2442/12
oversaw [1]  2385/22
own [11]  2331/10 2331/12
2332/6 2333/15 2338/25
2340/9 2388/12 2419/15
2425/15 2425/19 2425/23

**P**

p.m [6]  2327/7 2331/1
2378/2 2381/23 2391/17
2442/16
page [29]  2329/10 2330/1
2330/7 2357/9 2365/11
2366/13 2367/9 2367/20
2371/22 2376/7 2376/19

P

page... [18] 2383/11 2383/16
2383/20 2383/25 2386/14
2386/16 2387/13 2387/25
2389/9 2389/11 2391/25
2392/4 2412/20 2413/23
2415/18 2417/19 2434/10
2437/24
pages [2] 2369/18 2412/25
pages 058 [1] 2369/18
paid [11] 2336/6 2336/6
2344/22 2344/22 2345/6
2347/25 2348/6 2349/1
2349/2 2376/5 2394/6
Pam [5] 2410/24 2417/19
2419/1 2430/20 2434/8
PAN [1] 2327/9
pandemic [1] 2433/21
panel [5] 2351/11 2351/11
2351/12 2351/13 2352/2
paperback [3] 2345/24
2347/5 2384/8
paperbacks [1] 2347/12
paragraph [6] 2356/19
2362/4 2362/12 2377/8
2379/25 2381/9
parameters [1] 2383/9
part [19] 2335/14 2338/6
2340/21 2342/20 2343/18
2359/3 2359/9 2366/3
2366/10 2385/3 2387/20
2409/17 2427/3 2427/22
2430/1 2432/5 2434/4
2434/4 2434/7
part 2 [1] 2366/3
participate [1] 2351/11
particular [6] 2340/2 2345/20
2346/25 2359/16 2370/25
2396/25
particularly [6] 2341/4
2345/18 2345/22 2346/22
2348/5 2415/8
parties [3] 2339/17 2339/18
2339/19
parts [2] 2337/2 2363/9
pass [2] 2354/19 2354/24
passion [1] 2399/15
past [5] 2342/16 2343/16
2344/3 2344/19 2420/12
paste [1] 2434/15
pasted [1] 2434/21
patterns [2] 2343/4 2343/6
pay [8] 2334/1 2334/20
2335/1 2335/7 2338/16
2347/18 2348/6 2362/5
paying [3] 2350/12 2350/22
2353/1
payment [1] 2439/10
payments [1] 2362/15
payout [3] 2362/9 2362/12
2364/3
PENGUIN [74] 2327/19
2328/3 2331/9 2331/10
2331/22 2332/14 2333/6
2333/6 2333/13 2334/5
2338/9 2338/10 2339/13
2339/14 2339/16 2339/19
2344/21 2345/9 2345/12
2345/18 2346/6 2347/24

2355/15 2355/17 2355/24
2356/22 2357/12 2357/15
2357/24 2358/21 2358/24
2360/20 2360/24 2361/10
2364/24 2365/17 2367/24
2371/4 2371/13 2371/24
2376/21 2381/10 2381/13
2381/17 2381/20 2388/16
2392/21 2400/5 2400/8
2400/11 2400/17 2401/12
2401/16 2401/18 2401/24
2403/18 2404/11 2405/3
2406/1 2406/5 2407/16
2408/22 2412/3 2412/12
2418/14 2420/8 2427/3
2430/1 2432/24 2433/16
2436/19
people [8] 2340/19 2344/7
2347/2 2397/6 2400/15
2400/16 2436/11 2436/12
per [12] 2347/17 2357/19
2377/11 2377/12 2377/20
2378/10 2378/13 2380/6
2413/12 2413/13 2413/19
2432/6
per se [1] 2432/6
percent [24] 2345/19 2368/7
2368/7 2368/21 2368/24
2369/10 2369/14 2369/22
2369/22 2369/23 2369/23
2428/8 2428/10 2428/11
2428/13 2437/17 2437/18
2438/3 2438/10 2439/13
2440/10 2440/25 2441/2
2441/14
percentage [4] 2350/23
2427/6 2427/24 2440/7
perform [2] 2430/1 2430/2
performance [2] 2335/25
2366/16 2367/12 2367/13
performed [1] 2336/3
performing [2] 2373/14
2425/9
performs [2] 2370/9 2370/13
period [5] 2345/9 2390/17
2392/14 2392/19 2427/24
permission [1] 2388/3
permitted [1] 2421/1
person [12] 2332/15 2332/16
2332/17 2333/21 2333/21
2336/23 2338/23 2340/21
2353/9 2415/14 2416/8
2417/4
personally [1] 2373/10
personnel [1] 2433/18
perspective [1] 2338/22
Petrocelli [8] 2327/18 2329/5
2331/3 2370/18 2382/13
2389/23 2391/11 2391/19
Petrocelli's [1] 2358/20
philosophy [1] 2413/2
phonetic [1] 2415/15
photo [1] 2362/6
physical [2] 2366/10 2397/16
pick [1] 2339/21
picture [2] 2364/12 2364/19
place [6] 2335/2 2336/18
2337/11 2337/16 2349/5

Plaintiff [2] 2327/4 2327/12
plaintiff's [24] 2329/10
2330/1 2356/13 2361/16
2363/15 2365/6 2371/20
2374/10 2376/16 2379/13
2381/4 2382/21 2386/12
2389/1 2391/23 2393/13
2406/7 2407/4 2409/25
2410/4 2411/9 2412/19
2417/18 2420/4
plan [1] 2428/4
planning [3] 2377/20 2378/13
2378/19
plant [1] 2362/7
playing [1] 2364/12
please [35] 2356/5 2356/14
2357/10 2361/8 2361/18
2363/1 2363/17 2364/1
2364/22 2365/8 2366/13
2367/8 2369/2 2369/18
2371/11 2371/21 2372/5
2373/25 2376/7 2376/17
2377/23 2379/6 2380/2
2380/20 2381/5 2382/9
2382/23 2384/16 2386/3
2386/14 2388/18 2391/15
2410/24 2412/6 2442/12
plus [2] 2357/19 2380/5
point [25] 2333/25 2336/2
2336/19 2340/2 2344/11
2345/19 2353/12 2378/25
2391/7 2398/16 2403/8
2404/16 2404/19 2404/25
2405/5 2405/20 2409/14
2414/8 2418/10
pointing [2] 2338/20
points [1] 2353/13
policies [1] 2339/23
policy [3] 2331/22 2332/10
2342/13
populate [1] 2424/9
populating [1] 2405/15
portion [1] 2366/19
position [2] 2343/13 2344/11
2400/3 2400/6 2408/21
2408/21
possible [1] 2359/7
possibly [1] 2337/21
post [8] 2336/1 2336/7
2336/9 2336/10 2336/10
2336/17 2336/22 2337/4
potential [1] 2411/16
potentially [1] 2436/9
Potter [2] 2361/24 2378/12
practice [4] 2338/8 2344/5
2345/2 2402/11
practices [1] 2421/20
precisely [1] 2425/18
predict [2] 2428/3 2429/11
prediction [1] 2336/23
prefer [1] 2346/4
preferred [1] 2334/15
prepare [2] 2372/2 2402/21
prepared [3] 2351/13 2352/5
2366/9
preparing [6] 2353/9 2389/5
2390/1 2404/21 2421/18
2441/21

presentation [14] 2367/6
2370/1 2371/13 2371/22
2371/24 2372/2 2372/7
2388/20 2389/5 2389/11
2389/24 2390/1 2390/12
2438/1
presented [1] 2372/21
president [3] 2340/25
2365/17 2400/5
Press [1] 2361/25
pressed [1] 2341/5
PRH [37] 2343/16 2356/17
2357/25 2358/3 2358/5
2358/11 2358/15 2358/24
2359/3 2362/3 2365/20
2367/21 2368/3 2368/4
2368/10 2368/24 2368/24
2369/9 2369/13 2370/9
2370/13 2370/24 2371/8
2372/22 2372/25 2373/3
2373/10 2373/17 2376/4
2388/6 2388/10 2389/17
2402/9 2409/19 2414/4
2426/5 2427/20
PRH's [4] 2357/6 2358/6
2389/6 2435/15
PRH-wide [1] 2343/16
price [1] 2372/24
primarily [4] 2353/16 2386/24
2396/12 2402/8
principle [2] 2339/12 2415/24
print [5] 2367/16 2369/4
2384/9 2396/15 2396/16
printing [1] 2346/14
prior [3] 2347/13 2405/5
2408/11
private [1] 2404/17
probably [4] 2342/6 2396/22
2399/16 2422/14
problem [1] 2343/16
procedure [1] 2337/9
proceed [2] 2355/10 2409/15
proceedings [2] 2331/1
2442/20
process [13] 2331/24 2338/2
2394/12 2404/24 2405/14
2405/25 2407/23 2411/24
2414/3 2414/9 2414/15
2421/24 2422/5
produced [1] 2396/16
producing [1] 2397/5
product [1] 2338/22
profiles [3] 2386/20 2386/21
2387/17
profit [2] 2347/22 2423/19
profitable [1] 2335/22
profits [1] 2394/4
progress [3] 2333/8 2333/10
2333/12
project [7] 2394/10 2406/4
2407/6 2414/11 2415/15
2429/25 2432/13
projected [6] 2413/17 2425/2
2426/8 2427/19 2430/24
2431/13
projection [5] 2425/1 2425/3
2428/3 2428/16 2433/11
projections [7] 2403/22

**P**

projections... [6] 2405/20
2407/17 2415/9 2425/16
2425/17 2425/21
projects [1] 2356/21
promotion [1] 2385/6
pronunciation [1] 2361/22
proposal [8] 2412/1 2412/2
2412/11 2412/23 2413/5
2413/11 2419/7 2419/8
proposing [1] 2412/3
proposition [1] 2397/4
Protschky [3] 2417/24
2418/1 2418/15
provide [5] 2407/23 2417/5
2420/23 2422/1 2425/10
provided [7] 2331/23
2384/22 2385/1 2385/7
2420/14 2422/4 2424/21
providing [1] 2420/13
public [5] 2348/18 2355/4
2355/7 2399/2 2399/6
publication [1] 2360/4
publicly [1] 2404/18
publish [14] 2334/21 2346/22
2356/14 2361/17 2363/16
2365/7 2371/21 2374/11
2376/17 2380/1 2381/5
2382/22 2386/13 2388/2
published [3] 2342/20
2345/23 2346/4
publisher [13] 2337/21
2342/18 2355/20 2357/3
2357/16 2361/24 2363/22
2375/8 2385/5 2385/25
2395/13 2401/17 2401/22
publishers [7] 2341/5
2342/12 2343/23 2362/3
2362/15 2369/14 2395/6
publishers' [1] 2368/17
publishing [20] 2333/6
2338/10 2342/13 2343/20
2343/23 2346/17 2346/18
2346/21 2353/17 2354/16
2363/23 2367/24 2367/25
2373/19 2375/8 2387/4
2388/12 2392/18 2401/15
2402/2
puff [1] 2425/21
pull [6] 2373/24 2384/15
2409/3 2412/5 2416/24
2441/6
pulling [2] 2375/23 2405/2
purchases [1] 2358/10
purposes [2] 2429/4 2429/10
put [7] 2349/5 2369/17
2391/1 2406/7 2410/24
2414/9 2418/12
putting [6] 2335/8 2335/9
2346/12 2351/16 2404/24
2425/17
PX107 [2] 2373/25 2374/6
PX116 [1] 2376/12
PX121 [2] 2379/6 2379/10
PX148 [8] 2412/1 2412/6
2412/8 2412/11 2412/15
2412/21 2413/5 2413/11
PX168 [17] 2410/24 2411/2
2411/5 2411/11 2411/19

**PX**

2421/18 2422/7 2431/14
2431/19 2434/4 2438/21
2439/2 2440/23 2441/20
PX168's [1] 2411/14
PX174 [1] 2365/2
PX176 [1] 2364/22
PX190 [2] 2361/8 2361/12
PX218 [2] 2356/5 2356/9
PX241 [2] 2386/3 2386/8
PX405 [10] 2406/13 2406/16
2406/24 2407/7 2407/9
2434/6 2434/10 2434/12
2434/22 2435/13
PX406 [5] 2409/3 2409/8
2409/10 2409/25 2410/1
PX411 [3] 2371/11 2371/12
2371/16
PX421 [2] 2380/20 2380/25
PX438 [3] 2363/1 2363/8
2363/11
PX450 [1] 2406/10
PX68 [2] 2388/18 2388/22
PX864 [4] 2419/17 2419/24
2420/9 2420/22
PX986 [3] 2382/9 2382/11
2382/17

**Q**

quarter [1] 2424/19
question [5] 2338/1 2350/21
2391/2 2430/13 2440/12
questioning [1] 2397/24
questions [12] 2341/6
2358/20 2370/18 2370/24
2391/7 2393/20 2397/24
2418/2 2418/11 2418/12
2418/16 2425/14
quick [1] 2383/14
quite [5] 2343/21 2370/10
2370/12 2405/23 2426/12

**R**

Radford [9] 2402/20 2406/9
2408/3 2409/4 2410/10
2412/5 2412/21 2431/6
2439/2
raise [1] 2399/18
RANDOM [89] 2327/19
2328/3 2331/9 2331/12
2331/22 2338/6 2338/8
2338/9 2338/12 2339/13
2339/14 2339/16 2339/19
2344/21 2345/9 2347/24
2352/22 2353/20 2354/12
2355/16 2355/17 2355/24
2356/22 2357/12 2357/15
2357/24 2358/21 2358/24
2360/21 2360/25 2361/10
2362/2 2364/24 2365/18
2367/25 2371/4 2371/13
2371/24 2374/23 2374/25
2375/1 2375/8 2375/17
2376/1 2376/21 2378/15
2378/16 2378/21 2380/10
2380/16 2381/10 2381/13
2381/17 2381/20 2385/20
2385/22 2385/25 2386/16
2386/22 2387/6 2387/10
2387/13 2387/20 2388/16

**(col 3)**

2400/11 2400/17 2401/12
2401/16 2401/18 2401/24
2403/18 2404/11 2405/3
2406/1 2406/6 2407/16
2408/22 2412/3 2412/12
2418/14 2420/8 2427/4
2430/1 2432/24 2433/16
2436/19
range [6] 2368/7 2369/21
2369/23 2413/18 2428/5
2430/24
ranges [3] 2368/21 2428/3
2429/12
rare [2] 2395/9 2395/10
rarely [3] 2360/11 2360/14
2360/18
rate [3] 2381/19 2426/15
2427/7
rather [1] 2350/1
raw [1] 2406/20
reach [2] 2374/25 2375/10
reached [1] 2375/5
reaching [1] 2374/22
read [18] 2327/12 2362/10
2362/17 2364/6 2364/13
2375/14 2375/24 2377/14
2382/4 2382/7 2383/12
2387/18 2393/7 2396/14
2396/25 2397/6 2397/8
2397/14
readily [1] 2337/1
reading [1] 2391/5
reads [1] 2372/18
ready [2] 2331/2 2391/19
real [27] 2384/8 2413/6
2420/17 2428/9 2431/3
2431/18 2431/20 2431/23
2432/5 2432/13 2432/15
2432/20 2432/22 2433/11
2433/16 2433/19 2436/25
2437/2 2437/9 2438/24
2439/3 2440/7 2440/11
2440/23 2441/5 2442/1
2442/7
realized [2] 2436/8 2436/10
really [28] 2336/5 2341/16
2342/22 2343/20 2344/3
2344/6 2344/22 2347/16
2362/22 2394/23 2395/16
2396/13 2397/4 2397/7
2397/15 2397/16 2397/17
2405/3 2405/9 2406/5
2408/22 2416/14 2420/17
2422/2 2425/22 2432/17
2437/2 2441/23
reanalyze [1] 2433/20
reason [3] 2359/3 2359/6
2359/9
reasonable [1] 2420/7
reasons [2] 2359/7 2374/3
reassessed [1] 2346/22
reassessing [1] 2394/12
reassigned [1] 2388/4
recall [4] 2370/22 2385/25
2389/24 2390/2
receive [2] 2337/4 2408/16
received [23] 2337/13
2352/12 2356/13 2361/16

**(col 4)**

2374/10 2376/16 2379/13
2381/4 2382/21 2386/12
2389/1 2393/10 2407/4
2410/4 2411/9 2412/19
2417/18 2418/25 2420/4
2438/9
receives [1] 2337/12
recent [1] 2344/18
recess [1] 2391/17
recognize [1] 2362/9
recollection [1] 2390/16
recommendation [1] 2441/3
recommendations [1]
2397/21
record [6] 2335/21 2349/18
2393/8 2403/1 2426/14
2440/15
records [2] 2424/11 2434/1
recouping [1] 2441/11
recover [1] 2438/3
RECROSS [1] 2329/2
redacted [15] 2355/3
2356/14 2356/22 2361/17
2363/6 2363/16 2365/7
2371/21 2374/11 2377/10
2380/1 2380/4 2381/5
2381/11 2382/22
redirect [3] 2329/2 2391/11
2391/21
reducing [1] 2387/9
reduction [1] 2428/13
reductions [1] 2345/11
refer [11] 2374/3 2402/15
2422/16 2423/18 2424/13
2424/25 2426/24 2427/13
2427/24 2433/3 2439/15
reference [2] 2392/7 2434/15
referenced [1] 2393/13
references [1] 2440/12
referred [2] 2410/21 2410/22
referring [7] 2344/15 2351/25
2352/1 2352/15 2359/16
2367/1 2414/18
refers [4] 2372/24 2422/14
2424/14 2426/12
refine [1] 2425/13
refitting [2] 2440/1 2440/6
reflect [1] 2430/23
reflected [6] 2350/2 2431/21
2434/2 2438/23 2439/6
2439/11
refresh [1] 2390/16
regard [1] 2339/8
regarding [1] 2374/2
regrouped [1] 2346/21
regular [2] 2336/8 2337/4
regularly [1] 2343/12
Reid [2] 2365/13 2365/20
relate [1] 2344/9
related [1] 2379/5
relating [2] 2379/8 2383/4
relationships [2] 2357/1
2357/2
relative [1] 2335/15
reliable [2] 2441/16 2441/17
rely [1] 2419/14
remain [2] 2331/17 2399/11
remained [1] 2353/25

Case 1:21-cv-02886-FYP Document 214 Filed 01/13/23 Page 134 of 142

rendered [1] 2336/19
repeat [2] 2370/11 2391/1
repeated [1] 2335/21
report [5] 2343/23 2344/7
2352/5 2362/23 2400/8
REPORTED [1] 2328/13
reporter [11] 2328/14 2401/2
2403/24 2414/23 2416/9
2418/5 2419/21 2422/25
2432/1 2439/25 2442/23
reports [2] 2337/4 2365/20
repositioned [1] 2346/25
represent [4] 2430/6 2432/12
2432/13 2435/25
representatives [1] 2355/21
represents [1] 2429/14
reps [3] 2396/13 2397/14
2397/21
request [3] 2363/19 2377/25
2380/7
require [1] 2337/4
requires [3] 2332/10 2332/12
2332/12
research [1] 2441/23
resolution [1] 2412/9
resource [1] 2356/23
resources [2] 2394/15
2394/25
respect [3] 2339/25 2348/24
2392/7
respond [1] 2354/10
responded [5] 2354/11
2362/19 2364/8 2379/3
2382/6
response [2] 2358/20
2441/19
responsibilities [2] 2340/22
2400/10
rest [2] 2353/8 2433/17
restart [1] 2405/14
result [3] 2343/1 2347/14
2373/2
resulted [1] 2407/7
results [6] 2336/22 2343/24
2344/1 2347/15 2347/22
2425/25
resume [3] 2391/14 2442/10
2442/14
retail [3] 2367/20 2369/9
2385/6
retailers [1] 2346/2
revenue [4] 2336/14 2358/6
2358/13 2426/5
review [6] 2370/7 2414/4
2414/15 2415/9 2415/22
2416/14
reviewed [9] 2416/3 2419/5
2420/10 2420/11 2430/16
2432/20 2433/13 2434/3
2441/8
reviewing [5] 2402/1 2411/23
2414/2 2415/12 2415/16
revised [3] 2390/12 2390/21
2391/3
revisit [1] 2366/14
RH [2] 2374/22 2380/5
richest [1] 2358/15
right [169] 2331/24 2332/12

2339/10 2341/1 2350/8
2351/14 2352/17 2352/19
2354/24 2355/18 2355/21
2355/25 2356/3 2356/7
2356/17 2357/7 2357/8
2357/13 2357/18 2357/19
2358/1 2358/4 2358/9
2358/12 2358/17 2358/22
2358/25 2359/5 2359/8
2359/10 2359/15 2360/9
2360/12 2360/22 2361/10
2361/21 2361/25 2362/2
2362/19 2362/24 2363/9
2363/20 2364/8 2364/15
2364/20 2364/25 2365/14
2365/18 2366/5 2366/7
2366/11 2367/6 2367/13
2367/19 2368/4 2368/21
2368/24 2369/9 2369/11
2369/15 2370/7 2370/9
2370/14 2370/19 2371/5
2371/8 2371/14 2372/8
2372/11 2372/22 2373/4
2373/11 2373/17 2373/20
2374/4 2374/14 2374/17
2374/23 2375/2 2375/6
2375/18 2376/2 2376/4
2376/10 2376/22 2377/3
2377/6 2377/18 2377/21
2377/25 2378/7 2378/17
2378/22 2379/1 2379/3
2379/8 2380/8 2380/13
2380/23 2381/14 2381/17
2381/21 2382/4 2382/11
2382/14 2383/1 2383/5
2384/6 2384/22 2385/2
2385/8 2385/14 2385/20
2386/6 2387/1 2387/7
2387/10 2387/18 2387/21
2388/7 2388/10 2388/13
2389/3 2389/12 2389/19
2390/4 2390/10 2391/5
2391/9 2392/10 2393/19
2398/4 2398/11 2399/8
2399/18 2401/22 2403/14
2403/23 2404/3 2404/9
2404/14 2404/19 2408/2
2410/12 2412/25 2414/4
2422/3 2422/7 2423/6
2424/12 2424/13 2424/24
2426/20 2427/6 2427/10
2431/13 2431/15 2432/7
2434/19 2435/23 2436/14
2438/11 2439/11 2441/1
2441/3 2441/25
right-hand [4] 2357/18
2367/19 2369/9 2431/13
rises [1] 2399/15
risk [5] 2335/8 2335/9
2335/10 2358/10 2415/2
risks [2] 2358/11 2358/17
risky [1] 2358/9
RMR [2] 2328/13 2442/22
Roberts [1] 2351/4
robin [1] 2361/4
robust [1] 2356/24
Rockefeller [1] 2436/16
role [5] 2341/3 2343/6

rolled [1] 2423/9
rollout [2] 2384/12 2384/14
2384/20
romance [2] 2346/22 2347/1
romances [2] 2345/21
2345/22
room [10] 2405/20 2407/8
2408/1 2408/12 2408/13
2410/13 2416/20 2434/14
2434/19 2436/18
rooms [1] 2434/1
Rosetta [1] 2393/3
round [10] 2333/19 2341/18
2341/22 2361/4 2377/13
2378/9 2378/13 2378/19
2380/5 2407/22
rounds [4] 2333/4 2333/8
2333/18 2333/23
routine [1] 2336/10
row [9] 2347/11 2347/12
2429/17 2431/21 2431/23
2432/10 2435/14 2439/4
2439/6
rows [4] 2423/18 2423/19
2430/17 2432/14
royalties [1] 2364/3
royalty [1] 2354/12
rubber [1] 2420/15
Rudzin [1] 2328/2
rule [3] 2339/5 2339/6
2339/11
run [5] 2336/9 2336/10
2336/17 2336/22 2384/9
running [2] 2336/11 2338/23
Ryan [1] 2328/8

S

S-A-N-T-I-L-L-A-N-A [1]
2401/21
S-U-L-L-W-O-L-D [1]
2416/10
S8 [2] 2429/18 2429/23
said [11] 2332/13 2334/10
2339/18 2339/21 2341/18
2362/7 2403/17 2404/3
2428/10 2429/11 2435/13
salary [2] 2335/18 2335/24
sale [5] 2335/15 2336/3
2336/19 2402/24 2403/5
sales [35] 2335/6 2345/19
2347/22 2355/18 2355/21
2355/23 2356/23 2365/20
2383/16 2383/21 2383/25
2384/4 2393/22 2393/25
2394/10 2394/13 2394/16
2394/19 2394/21 2394/23
2395/14 2395/15 2395/16
2395/17 2395/21 2395/22
2396/3 2396/13 2397/14
2397/21 2413/8 2423/17
2428/9 2429/17 2431/5
same [32] 2332/8 2332/8
2332/18 2333/20 2334/3
2334/11 2335/2 2335/19
2341/8 2349/14 2357/10
2375/11 2375/16 2375/22
2376/1 2378/13 2378/18
2378/22 2379/5 2379/8
2380/18 2381/14 2381/19

2408/21 2421/20 2421/20
2425/7 2432/14 2432/18
SANSIGRE [21] 2329/7
2398/9 2398/13 2399/17
2399/20 2400/3 2400/4
2406/12 2407/6 2409/7
2411/2 2412/8 2417/2
2417/23 2419/19 2434/12
2435/5 2435/13 2437/25
2439/4 2439/7
Santillana [1] 2401/20
saving [1] 2438/16
savings [19] 2413/6 2413/7
2413/7 2413/13 2413/16
2431/3 2431/4 2431/5
2432/13 2432/22 2432/23
2433/3 2433/12 2437/14
2438/15 2439/19 2440/8
2440/23 2442/2
say [28] 2332/24 2333/2
2334/20 2336/23 2345/2
2350/1 2350/13 2350/18
2350/25 2358/3 2359/23
2360/14 2360/16 2360/18
2360/19 2372/14 2382/6
2393/24 2395/9 2395/10
2396/22 2397/17 2403/14
2425/2 2426/6 2439/18
2441/21 2442/4
saying [7] 2341/24 2363/3
2394/11 2414/17 2416/5
2429/5 2434/21
says [9] 2336/5 2342/19
2352/18 2378/8 2385/4
2385/11 2387/13 2424/13
2424/25
scenarios [1] 2432/18
schedules [1] 2336/16
School [2] 2400/25 2401/9
SCHUSTER [67] 2328/6
2360/22 2402/5 2402/7
2402/9 2402/24 2403/6
2404/11 2404/15 2404/23
2405/19 2405/24 2406/1
2406/6 2406/20 2406/22
2406/23 2407/16 2407/24
2408/10 2408/14 2408/17
2409/16 2409/18 2410/12
2410/13 2412/4 2412/10
2418/3 2418/11 2418/14
2420/13 2421/25 2422/1
2424/1 2424/8 2424/11
2424/22 2424/23 2425/8
2425/10 2426/4 2426/17
2427/15 2427/20 2430/1
2430/25 2432/25 2433/4
2433/4 2433/12 2433/13
2433/18 2433/24 2433/25
2434/18 2435/16 2435/17
2435/22 2436/15 2436/22
2437/5 2437/7 2437/15
2438/20 2440/9 2442/5
Schuster's [1] 2439/22
Schwarz [1] 2327/13
science [1] 2345/21
screen [8] 2353/5 2355/4
2355/7 2363/6 2364/2
2392/5 2399/2 2399/6

scrolling [1] 2378/2
se [2] 2327/6 2432/6
seal [1] 2393/9
search [1] 2384/25
seated [1] 2399/23
second [19] 2361/20 2366/1
2371/22 2372/17 2377/8
2379/20 2379/25 2381/9
2386/13 2386/16 2387/13
2387/25 2395/13 2402/17
2405/12 2407/14 2407/22
2427/19 2431/4
section [2] 2352/16 2413/24
sections [1] 2384/15
see [40] 2336/3 2340/19
2342/23 2350/7 2353/24
2365/23 2365/24 2366/16
2366/20 2366/23 2367/17
2367/22 2368/1 2368/4
2368/11 2368/14 2369/5
2369/9 2369/24 2371/25
2381/24 2383/18 2383/23
2384/2 2384/10 2386/17
2386/22 2388/20 2389/15
2390/16 2398/7 2398/8
2426/10 2430/20 2432/11
2434/16 2435/7 2436/4
2439/8 2439/10
seek [1] 2393/3
seeking [2] 2359/22 2376/24
seemed [2] 2364/21 2385/3
seems [2] 2393/21 2394/8
seen [3] 2343/5 2343/6
2347/14
selection [1] 2349/1
selections [1] 2347/11
self [1] 2346/4
self-published [1] 2346/4
sell [2] 2335/11 2397/11
2404/24
seller [4] 2370/7 2370/9
2370/13 2425/17
sellers [5] 2357/2 2357/19
2396/13 2396/24 2425/20
selling [3] 2394/5 2394/7
2425/18
sells [1] 2366/22
sending [1] 2417/4
senior [1] 2400/4
sense [4] 2350/11 2350/23
2395/19 2413/1
sent [4] 2374/16 2390/13
2411/21 2419/7
separate [4] 2331/15
2331/16 2331/17 2378/20
separately [1] 2387/15
September [3] 2364/25
2418/9 2424/19
September 11 [1] 2364/25
September 22 [1] 2418/9
sequence [1] 2402/17
serve [1] 2411/17
service [1] 2384/25
services [1] 2389/19
SESSION [1] 2327/7
set [5] 2336/16 2372/7
2414/19 2425/15 2428/19
sets [1] 2420/20

several [4] 2364/23 2370/14
2376/9 2381/20
share [18] 2344/4 2358/25
2359/1 2359/3 2359/10
2359/11 2359/15 2360/22
2368/3 2368/10 2368/18
2368/20 2369/10 2369/21
2370/2 2373/19 2395/11
2395/15
shared [1] 2373/16
shareholder [2] 2371/13
2372/22
shares [1] 2368/13
sharing [1] 2354/11
sharp [1] 2343/21
she [16] 2335/15 2337/13
2341/1 2350/22 2375/12
2378/8 2378/12 2379/3
2380/4 2382/1 2383/3
2383/7 2386/21 2388/12
2388/15 2399/7
she's [4] 2340/25 2365/16
2375/8 2375/10
Shearman [2] 2328/6 2328/9
sheet [1] 2363/2
shift [1] 2347/14
shipping [1] 2346/14
Shores [1] 2328/8
should [12] 2342/11 2342/21
2342/24 2344/22 2345/2
2353/12 2363/3 2374/20
2375/11 2375/12 2375/17
2376/6
shouldn't [2] 2342/17
2374/20
show [3] 2412/25 2414/1
2437/23
showed [1] 2354/2
showing [13] 2336/22
2347/11 2347/12 2349/2
2349/4 2352/19 2353/8
2353/15 2353/22 2413/25
2415/20 2415/22 2431/9
shown [1] 2391/23
shows [1] 2352/25
side [10] 2353/17 2353/24
2353/25 2357/18 2367/19
2369/9 2369/17 2369/18
2384/24 2385/11
sign [1] 2411/18
signed [1] 2421/12
significantly [4] 2344/22
2345/25 2346/20 2370/2
Silk [16] 2406/10 2410/25
2422/11 2422/12 2422/13
2418 2422/19 2423/5
2423/10 2423/13 2427/12
2427/13 2427/14 2427/16
2427/17 2431/19
similar [3] 2418/18 2420/11
2427/24
SIMON [68] 2328/6 2360/22
2402/5 2402/7 2402/9
2402/24 2403/6 2404/11
2404/15 2404/23 2405/19
2405/24 2405/25 2406/6
2406/20 2406/22 2406/23
2407/16 2407/24 2408/10
2408/14 2408/16 2409/16

245/led-12015/220/13/2/3/85 2/6/17
2412/4 2412/10 2418/3
2418/11 2418/13 2420/13
2421/25 2422/1 2424/1
2424/8 2424/11 2424/21
2424/23 2425/7 2425/10
2426/4 2426/17 2427/15
2427/20 2430/1 2430/25
2432/25 2433/4 2433/4
2433/12 2433/13 2433/18
2433/24 2433/25 2434/18
2435/16 2435/17 2435/22
2436/15 2436/21 2437/5
2437/7 2437/15 2438/20
2439/21 2440/9 2442/5
simply [1] 2356/21
since [9] 2335/1 2344/4
2347/6 2352/20 2354/6
2372/14 2372/15 2400/7
2421/11
single [14] 2332/2 2332/11
2348/9 2349/7 2349/15
2349/16 2349/23 2366/23
2367/2 2392/9 2392/19
2393/14 2405/7 2430/10
situation [8] 2332/10 2332/21
2335/11 2341/23 2341/25
2403/15 2414/19 2441/18
situations [2] 2341/2 2341/15
six [2] 2381/12 2385/10
sixth [1] 2387/13
size [3] 2353/10 2395/18
2396/4
skeleton [1] 2404/21
slide [24] 2366/9 2366/14
2366/18 2367/8 2367/11
2367/15 2367/16 2369/1
2369/4 2372/4 2372/13
2389/8 2398/25 2408/5
2415/20 2419/1 2419/16
2431/7 2431/9 2433/7
2434/8 2434/9 2437/23
2437/23
slight [1] 2354/3
slow [1] 2434/17
small [3] 2345/24 2406/2
2439/16
smaller [2] 2362/14 2438/12
smartest [1] 2356/23
Smith [1] 2327/18
so [140] 2331/21 2332/20
2332/20 2334/20 2334/23
2334/25 2335/11 2337/7
2337/24 2338/4 2338/22
2339/4 2340/14 2341/7
2341/22 2342/19 2343/4
2343/9 2344/3 2345/21
2346/5 2346/16 2346/19
2346/20 2348/10 2349/9
2350/23 2351/13 2352/18
2352/25 2353/8 2354/16
2355/3 2355/5 2355/22
2358/2 2359/13 2359/13
2359/18 2367/1 2367/24
2368/23 2372/13 2375/16
2378/20 2381/10 2381/13
2385/3 2385/10 2387/15
2392/7 2394/8 2395/11
2395/16 2395/24 2396/1

2396/18 2396/21 2396/24
2397/6 2397/10 2398/1
2399/6 2402/5 2402/8
2403/5 2403/17 2403/21
2404/6 2404/7 2404/8
2404/9 2404/21 2404/23
2405/11 2405/13 2405/19
2405/23 2406/7 2406/20
2406/20 2407/11 2410/12
2410/15 2411/15 2412/2
2412/20 2413/2 2414/4
2414/9 2414/20 2415/8
2415/13 2415/25 2416/15
2419/1 2419/7 2420/10
2420/22 2421/3 2421/24
2422/3 2422/13 2422/18
2422/24 2423/2 2423/5
2423/19 2423/24 2423/25
2424/17 2424/18 2425/8
2426/3 2426/6 2428/2
2428/4 2428/8 2428/10
2428/23 2429/11 2429/12
2429/21 2429/23 2430/9
2431/3 2431/17 2432/10
2432/17 2433/13 2434/3
2435/15 2436/6 2436/11
2436/25 2439/2 2441/1
social [1] 2384/25
sold [2] 2367/1 2392/19
solving [1] 2343/17
some [32] 2336/2 2336/5
2336/19 2337/23 2340/2
2340/3 2341/15 2343/20
2344/11 2344/18 2346/14
2348/6 2349/3 2349/8
2349/23 2350/7 2354/15
2354/24 2355/15 2362/6
2370/24 2373/21 2373/21
2387/21 2398/14 2398/16
2416/20 2420/24 2423/13
2430/13 2436/2 2436/4
somebody [1] 2342/13
someone [3] 2336/4 2337/18
2418/15
something [6] 2340/9 2385/7
2385/13 2385/18 2394/1
2411/25
sometimes [11] 2332/18
2332/19 2339/24 2340/1
2340/6 2356/2 2356/4
2362/6 2373/21 2373/22
2425/22
soon [1] 2403/9
sorry [19] 2334/5 2334/25
2350/16 2353/5 2368/9
2370/11 2378/24 2379/14
2389/25 2390/3 2390/15
2390/21 2396/6 2423/25
2426/3 2430/5 2433/4
2435/15 2438/13
sort [2] 2336/5 2394/11
sorts [3] 2341/1 2341/2
2347/15
sound [1] 2359/25
sounds [1] 2394/19
sources [1] 2354/15
space [13] 2345/21 2433/12
2433/18 2436/3 2436/18

space... [8] 2436/20 2437/5
2437/12 2437/16 2439/19
2440/1 2440/2 2440/9
spaces [1] 2439/16
Spain [1] 2401/17
speak [1] 2352/2
specific [1] 2430/13
specifically [3] 2369/13
2369/20 2435/25
Speed [1] 2361/25
spell [2] 2401/2 2416/9
spelled [1] 2401/21
spend [7] 2341/21 2342/2
2343/10 2393/24 2394/16
2420/18 2421/9
Spiegel [4] 2387/23 2388/1
2388/3 2388/6
spite [1] 2339/23
sponsored [1] 2385/6
spreadsheet [6] 2406/14
2408/25 2423/9 2434/15
2440/18 2440/24
spreadsheets [2] 2398/14
2398/19
square [4] 2328/3 2436/1
2436/6 2439/10
stage [11] 2372/7 2404/5
2404/6 2405/11 2405/12
2407/14 2407/19 2407/21
2408/7 2408/9 2408/10
stages [4] 2403/11 2403/13
2403/16 2404/3
stake [1] 2339/2
stamping [1] 2420/16
stand [1] 2399/17
standalone [7] 2426/4 2426/7
2426/23 2427/3 2427/5
2429/21 2430/2
standpoint [1] 2399/11
Stars [1] 2327/19
start [11] 2366/6 2378/6
2402/23 2404/13 2405/15
2407/17 2414/7 2423/16
2426/23 2427/12 2431/18
started [11] 2341/3 2355/2
2401/18 2403/9 2404/9
2404/14 2404/21 2405/2
2407/21 2414/14 2421/12
starting [3] 2394/9 2414/5
2418/11
starts [1] 2423/16
state [3] 2356/25 2426/25
2427/19
stated [1] 2420/9
statement [1] 2422/17
states [9] 2327/1 2327/3
2327/10 2327/15 2354/22
2408/18 2422/15 2426/8
2429/21
statistics [2] 2360/24 2361/2
stay [1] 2341/21
stayed [1] 2388/15
steadily [1] 2347/5
steady [1] 2353/25
step [2] 2377/10 2398/2
Stephen [1] 2328/5
steps [1] 2433/10
Sterling [2] 2328/6 2328/9

stick [2] 2333/19 2334/11
sticking [1] 2337/7
still [3] 2333/14 2334/1
2426/6
stop [3] 2404/25 2408/2
2436/14
stores [2] 2396/24 2397/19
stories [2] 2347/1
strategic [3] 2340/25 2344/9
2365/17
strategies [1] 2373/20
strategizing [1] 2341/16
strategy [1] 2341/23
Street [2] 2327/16 2328/10
strengths [3] 2355/16
2355/17 2355/19
string [1] 2388/19
strong [2] 2345/18 2355/21
structure [2] 2333/4 2335/17
subject [2] 2347/7 2388/20
sublease [1] 2436/10
subleased [2] 2437/13
2440/3
subleasing [4] 2433/22
2437/19 2439/21 2440/8
submission [2] 2337/12
2337/14
submit [3] 2332/5 2332/13
2385/11
submitted [3] 2333/6 2380/18
2412/12
subtract [1] 2429/23
subtracting [1] 2429/20
successful [2] 2335/22
2347/17
successfully [1] 2376/4
such [1] 2339/11
suggest [1] 2378/25
suggested [3] 2341/25
2342/2 2342/4
suggestions [1] 2397/15
Sullwold [3] 2415/14 2416/8
2417/9
summarizing [1] 2357/6
summary [7] 2372/14 2409/4
2409/5 2423/9 2423/13
2430/11 2440/23
summer [3] 2400/7 2405/13
2415/6
supervisory [2] 2412/9
2419/11
supply [1] 2356/24
support [7] 2346/12 2347/18
2356/23 2383/4 2396/23
2417/9 2422/24
supporting [4] 2397/1
2414/14 2414/14 2423/1
sure [18] 2342/22 2359/12
2379/3 2379/14 2390/5
2397/15 2399/19 2400/4
2400/23 2402/8 2405/3
2406/5 2408/22 2416/1
2416/2 2416/16 2428/2
2431/3
survey [1] 2441/7
sustain [1] 2429/7
Sustained [1] 2434/24
sworn [1] 2399/21

synergies [25] 2402/11
2402/13 2402/15 2403/19
2405/10 2413/3 2413/4
2413/16 2418/3 2420/7
2426/5 2427/12 2427/17
2427/21 2429/16 2430/6
2430/8 2430/11 2431/2
2431/10 2431/14 2431/19
2431/20 2432/16 2442/1
synergy [2] 2403/22 2412/13
system [4] 2336/18 2337/11
2337/16 2338/1
systematic [3] 2336/8
2336/21 2338/2

## T

T-I-M-O [1] 2416/10
tab [11] 2364/22 2409/5
2410/25 2423/13 2430/9
2430/20 2431/20 2431/20
2434/12 2434/13 2438/24
table [1] 2362/8
tabs [9] 2406/16 2406/17
2406/18 2406/18 2409/11
2416/14 2422/22 2423/6
2423/8
tail [1] 2370/16
take [28] 2343/13 2344/11
2346/7 2346/23 2347/7
2348/2 2348/17 2357/21
2358/11 2358/16 2359/19
2362/12 2370/5 2383/14
2385/16 2389/21 2391/9
2391/13 2391/14 2395/14
2395/17 2396/3 2407/6
2410/6 2423/13 2429/17
2433/10 2440/5
taken [2] 2372/10 2391/17
taking [2] 2359/24 2429/4
talk [5] 2331/7 2344/24
2391/15 2422/13 2442/12
talked [1] 2385/19
talking [8] 2333/16 2333/18
2339/9 2344/6 2355/15
2398/22 2404/19 2432/22
tammy [5] 2328/13 2328/15
2442/22 2442/22 2442/24
target [3] 2384/25 2427/11
2429/16
targeted [2] 2430/11 2431/10
tasked [2] 2373/13
teaching [1] 2354/17
team [11] 2346/20 2400/13
2400/15 2402/8 2405/7
2406/3 2416/22 2420/14
2421/9 2433/17 2436/25
teams [2] 2357/5 2387/12
tell [9] 2395/7 2399/8 2400/3
2400/22 2406/12 2414/10
2426/13 2432/21 2437/10
telling [1] 2378/15
template [2] 2404/8
ten [2] 2361/24 2438/14
tend [3] 2362/15 2398/19
2428/3
tends [1] 2362/14
terminate [2] 2436/9
terminology [1] 2402/13
terms [10] 2369/21 2392/21

2430/6 2435/24 2436/4
2436/4 2436/6
testified [10] 2358/20
2359/19 2360/7 2361/3
2365/16 2373/9 2382/25
2390/9 2399/22 2422/6
testify [2] 2434/24 2435/2
testimony [9] 2331/21
2391/15 2393/21 2395/13
2395/17 2395/23 2398/1
2399/1 2442/13
than [21] 2342/7 2343/2
2343/10 2343/15 2344/22
2345/19 2350/1 2350/8
2357/2 2357/3 2360/2
2370/14 2370/15 2376/5
2378/10 2392/19 2407/14
2419/4
Thank [23] 2331/4 2348/21
2354/20 2382/6 2384/17
2390/7 2391/9 2391/16
2391/20 2393/11 2393/17
2393/19 2395/1 2397/23
2397/25 2398/1 2398/3
2398/20 2399/14 2399/23
2442/9 2442/14 2442/15
Thanks [2] 2362/22 2375/23
that [571] 2331/21 2331/24
2332/3 2332/7 2332/10
2332/10 2332/12 2332/12
2332/16 2332/16 2332/17
2333/8 2333/9 2333/11
2333/13 2333/13 2333/14
2333/19 2333/25 2334/7
2334/16 2334/17 2334/19
2334/19 2335/4 2335/5
2335/5 2335/7 2335/7
2335/10 2335/10 2335/12
2335/22 2335/23 2335/23
2335/25 2336/7 2336/14
2336/21 2336/23 2337/1
2337/7 2337/12 2337/13
2337/17 2337/24 2337/24
2338/2 2338/3 2338/14
2338/17 2338/23 2339/11
2339/12 2339/14 2339/15
2339/23 2339/24 2339/24
2340/3 2340/5 2340/6
2340/9 2340/14 2341/4
2341/9 2341/12 2341/14
2341/21 2341/24 2341/25
2341/25 2342/2 2342/4
2342/6 2342/6 2342/20
2342/22 2342/25 2343/4
2343/6 2343/6 2343/9
2343/11 2343/12 2343/14
2343/19 2343/21 2343/22
2343/24 2343/25 2344/1
2344/7 2344/12 2344/15
2344/20 2344/21 2344/21
2344/24 2345/2 2345/3
2345/6 2345/17 2345/19
2345/24 2346/3 2346/3
2346/7 2346/9 2346/10
2346/12 2346/14 2346/16
2346/21 2347/2 2347/3
2347/7 2348/6 2348/9

that... [452]  2348/10 2348/11
2348/22 2349/4 2349/10
2349/16 2349/16 2349/17
2350/2 2350/7 2350/14
2350/15 2351/3 2351/3
2351/13 2351/22 2352/3
2352/7 2352/11 2352/19
2353/7 2353/8 2353/12
2353/13 2353/15 2353/22
2353/23 2354/2 2354/2
2354/3 2354/4 2354/6
2354/6 2354/13 2354/14
2354/16 2354/18 2355/17
2355/18 2355/20 2356/3
2356/7 2356/12 2357/7
2357/19 2357/21 2357/25
2358/3 2358/8 2358/15
2358/18 2358/18 2358/22
2359/3 2359/15 2359/20
2360/1 2360/8 2360/11
2360/12 2360/13 2360/14
2360/22 2361/2 2361/10
2361/15 2361/21 2361/25
2362/7 2362/10 2362/17
2362/19 2362/24 2363/8
2363/9 2363/20 2364/4
2364/6 2364/13 2364/15
2364/20 2364/25 2365/5
2365/14 2366/5 2366/11
2366/16 2366/18 2366/20
2366/22 2366/24 2367/1
2367/2 2367/3 2367/5
2367/17 2367/21 2367/22
2368/1 2368/11 2368/14
2368/17 2368/17 2368/21
2369/5 2369/7 2369/11
2369/15 2369/24 2370/3
2370/5 2370/7 2370/11
2370/15 2370/22 2371/2
2371/14 2371/25 2372/4
2372/8 2372/10 2372/15
2372/22 2373/2 2373/2
2373/5 2373/6 2373/6
2373/14 2373/14 2373/16
2373/24 2374/3 2374/4
2374/9 2374/14 2374/17
2375/1 2375/14 2375/24
2376/8 2376/10 2376/15
2376/22 2377/3 2377/14
2377/17 2378/8 2378/9
2378/15 2378/17 2378/18
2378/22 2379/8 2380/14
2380/15 2380/23 2381/14
2381/16 2381/18 2381/24
2382/4 2382/7 2382/11
2382/14 2382/20 2383/1
2383/12 2383/15 2383/18
2383/23 2384/2 2384/6
2384/10 2384/22 2384/25
2385/2 2385/4 2385/8
2385/13 2385/14 2385/16
2385/25 2386/6 2386/13
2386/17 2386/22 2387/7
2387/10 2387/18 2387/25
2388/10 2388/13 2388/20
2388/25 2389/3 2389/12
2389/15 2389/19 2389/21
2389/24 2390/2 2390/4

2390/12 2391/1 2391/3
2391/5 2391/24 2392/15
2393/6 2393/13 2393/15
2393/21 2394/1 2394/3
2394/5 2394/6 2394/9
2394/11 2394/17 2394/21
2394/25 2395/6 2395/7
2395/12 2395/13 2395/14
2395/17 2395/19 2395/22
2395/23 2395/24 2396/1
2396/1 2396/7 2396/11
2396/25 2397/9 2397/10
2397/12 2397/13 2397/17
2397/18 2397/18 2398/20
2398/22 2399/5 2400/6
2400/13 2401/2 2401/14
2401/19 2402/13 2402/20
2403/8 2403/11 2403/14
2403/17 2403/18 2404/3
2404/7 2404/9 2404/10
2404/13 2404/16 2404/17
2404/23 2404/25 2405/3
2405/4 2405/9 2405/11
2405/14 2405/15 2405/17
2405/20 2405/22 2405/23
2406/2 2406/5 2406/14
2407/3 2407/6 2407/13
2407/15 2407/22 2408/11
2408/22 2409/9 2410/3
2410/15 2410/16 2410/21
2410/21 2411/3 2411/8
2411/14 2411/16 2411/17
2412/1 2412/8 2412/11
2412/18 2412/23 2413/4
2413/16 2414/8 2414/10
2414/11 2414/12 2414/14
2414/16 2414/17 2414/18
2415/8 2415/24 2416/1
2416/2 2416/5 2416/9
2416/14 2416/21 2417/4
2417/6 2417/7 2417/17
2418/10 2418/24 2419/8
2419/22 2420/3 2420/7
2420/10 2420/11 2420/13
2420/14 2420/22 2420/24
2421/7 2421/18 2422/6
2422/7 2422/9 2423/9
2423/10 2423/16 2424/12
2424/13 2424/13 2424/21
2424/22 2424/24 2424/25
2424/25 2425/2 2425/6
2425/15 2425/17 2425/20
2425/24 2426/20 2426/22
2426/24 2426/25 2426/25
2427/6 2427/8 2427/14
2427/17 2427/18 2427/19
2427/21 2427/23 2428/5
2428/7 2428/16 2428/18
2428/19 2428/25 2429/5
2429/13 2429/18 2430/5
2430/7 2430/7 2430/10
2430/13 2430/16 2430/24
2430/24 2431/2 2431/11
2431/14 2431/15 2431/17
2432/13 2432/16 2432/17
2432/19 2433/10 2433/11
2433/14 2433/15 2433/17
2434/2 2434/2 2434/4

2435/22 2436/4 2436/8
2436/8 2436/10 2436/17
2436/21 2436/24 2437/1
2437/7 2437/11 2437/12
2438/1 2438/3 2438/8
2438/16 2438/20 2439/14
2439/16 2439/18 2440/5
2440/8 2440/12 2440/17
2440/17 2440/18 2440/20
2440/24 2441/3 2441/9
2441/15 2441/15 2441/18
2441/20 2441/21 2442/1
2442/4 2442/7 2442/19
that's [56]  2334/8 2335/7
2336/7 2341/22 2348/18
2350/4 2350/15 2351/7
2353/13 2355/8 2355/19
2357/8 2359/6 2360/19
2360/23 2365/12 2367/1
2367/5 2367/8 2367/13
2368/9 2371/19 2374/23
2378/15 2379/25 2381/3
2384/23 2385/3 2385/4
2385/7 2389/11 2390/14
2393/23 2395/9 2396/1
2401/17 2401/21 2401/21
2406/18 2413/13 2414/22
2421/4 2422/18 2422/20
2428/3 2428/19 2428/23
2429/2 2429/16 2432/10
2432/18 2434/6 2435/4
2435/21 2435/22 2441/2
their [39]  2332/6 2333/10
2333/15 2334/18 2335/24
2336/17 2337/21 2337/21
2338/25 2339/2 2340/9
2341/6 2341/16 2343/24
2346/6 2359/4 2373/3
2373/20 2378/6 2380/13
2380/16 2388/2 2388/3
2395/14 2395/15 2395/17
2395/18 2397/7 2398/5
2419/9 2419/15 2420/21
2421/4 2425/17 2425/21
2434/1 2437/2 2437/3
2437/16
them [44]  2331/14 2331/15
2331/16 2337/3 2338/2
2339/7 2341/7 2345/16
2346/7 2346/12 2346/12
2346/15 2346/18 2346/18
2346/19 2348/16 2349/8
2349/23 2359/25 2360/2
2360/3 2364/12 2373/21
2373/21 2377/5 2380/12
2380/17 2387/12 2395/24
2396/18 2397/5 2397/6
2398/15 2398/16 2408/18
2411/21 2414/10 2414/11
2415/10 2423/21 2428/20
2441/7 2441/8 2441/9
then [47]  2333/5 2333/8
2333/14 2334/2 2334/5
2334/10 2334/14 2335/18
2335/22 2336/19 2336/23
2337/23 2338/9 2338/10
2339/13 2339/15 2339/20
2339/20 2341/19 2343/11

2435/22 2436/4 2436/8
2352/2 2352/5 2353/6
2354/11 2362/12 2369/22
2383/20 2386/21 2391/13
2394/10 2394/15 2407/16
2416/20 2419/10 2423/8
2423/17 2427/6 2433/16
2433/19 2436/3 2436/11
2436/19 2437/9 2439/10
there [83]  2332/17 2332/21
2333/5 2333/25 2334/19
2336/1 2336/7 2336/18
2337/11 2337/16 2337/23
2339/12 2339/19 2340/2
2340/3 2340/11 2340/21
2341/9 2341/18 2342/23
2343/2 2346/7 2346/18
2348/3 2348/4 2348/6
2350/7 2352/17 2352/17
2352/18 2353/10 2353/25
2354/2 2357/6 2359/16
2359/20 2359/21 2363/2
2364/2 2364/4 2373/5
2373/9 2377/25 2381/13
2381/19 2381/20 2381/21
2383/15 2383/20 2387/16
2392/13 2394/24 2397/17
2401/20 2403/11 2403/24
2404/3 2406/16 2407/13
2408/2 2409/19 2409/24
2413/25 2414/23 2415/8
2416/1 2417/10 2417/11
2418/5 2419/21 2422/6
2422/25 2430/20 2431/1
2432/1 2432/4 2433/18
2434/17 2436/14 2439/12
2439/14 2439/21 2439/25
there's [28]  2331/23 2333/13
2335/10 2335/12 2335/17
2335/18 2335/24 2336/16
2336/21 2337/1 2338/1
2338/1 2338/21 2339/8
2340/24 2341/18 2348/4
2348/18 2353/13 2358/10
2383/25 2384/21 2385/5
2389/8 2395/12 2395/13
2395/16 2403/13
Therefore [1]  2432/7
these [47]  2337/1 2338/17
2339/23 2340/12 2344/6
2345/23 2346/5 2346/14
2347/15 2347/20 2348/24
2348/25 2349/1 2349/4
2349/5 2349/6 2349/9
2349/18 2349/22 2350/24
2352/19 2353/9 2356/20
2368/3 2380/8 2392/12
2393/13 2398/14 2398/18
2406/18 2407/11 2412/25
2418/12 2421/21 2423/19
2428/4 2433/23 2434/17
2435/17 2435/25 2436/12
2436/13 2438/25 2441/7
2441/21 2441/22 2441/25
they [127]  2331/17 2331/18
2331/19 2331/20 2332/5
2332/5 2332/6 2332/14
2332/25 2333/2 2333/2
2333/9 2333/10 2333/23

they... [113] 2333/24 2334/2
2334/7 2334/17 2334/20
2334/25 2335/1 2335/3
2335/5 2335/6 2335/7
2335/11 2336/13 2337/20
2337/20 2337/24 2338/12
2338/20 2339/1 2339/2
2339/16 2339/17 2339/18
2339/21 2340/16 2340/19
2341/6 2341/7 2341/8
2343/24 2344/3 2344/5
2344/7 2345/15 2345/16
2346/3 2347/3 2347/17
2347/18 2347/18 2348/1
2349/23 2351/22 2352/1
2354/13 2354/14 2354/15
2359/23 2360/1 2362/3
2371/6 2371/10 2373/21
2376/3 2376/5 2378/9
2378/10 2378/18 2378/19
2380/15 2380/16 2380/18
2381/10 2381/15 2392/22
2395/15 2395/20 2396/15
2396/25 2397/12 2397/14
2398/19 2403/9 2404/24
2405/14 2405/15 2407/23
2407/23 2411/22 2413/15
2414/11 2414/12 2414/14
2414/19 2414/19 2414/22
2415/7 2415/13 2415/14
2416/22 2419/8 2419/13
2419/15 2419/22 2420/10
2421/25 2422/3 2425/14
2425/18 2432/6 2436/4
2437/3 2437/10 2437/11
2437/12 2437/22 2438/2
2439/15 2439/24 2441/22
they're [1] 2397/3
thin [1] 2441/22
thing [4] 2336/10 2337/23
2396/10 2436/8
things [3] 2346/5 2372/14
2438/12
think [51] 2334/19 2335/7
2335/9 2335/11 2336/11
2336/21 2338/19 2339/1
2339/3 2339/4 2340/14
2342/21 2343/4 2343/4
2344/3 2344/5 2344/15
2345/5 2347/20 2347/20
2349/16 2350/13 2355/4
2359/11 2359/11 2359/19
2359/23 2359/24 2360/1
2360/19 2364/11 2373/9
2379/18 2379/21 2382/25
2385/18 2393/22 2395/4
2395/20 2395/21 2396/4
2399/1 2399/5 2403/17
2421/3 2422/7 2422/11
2425/16 2429/2 2430/9
2442/8
thinking [3] 2340/25 2403/9
2404/10
third [11] 2353/21 2353/22
2357/9 2362/4 2374/19
2407/19 2407/21 2408/7
2408/9 2408/10 2431/4

thirds [1] 2375/1
this [206] 2333/18 2333/20
2334/21 2335/8 2335/9
2336/6 2336/15 2337/9
2337/24 2337/24 2338/4
2338/14 2341/3 2341/21
2342/9 2342/19 2342/20
2343/5 2343/5 2344/9
2344/16 2345/21 2347/8
2347/10 2347/13 2347/14
2347/17 2348/18 2349/4
2350/2 2351/9 2351/10
2351/12 2351/14 2351/16
2352/5 2352/19 2352/22
2352/25 2353/2 2353/15
2353/18 2353/18 2353/20
2356/6 2360/4 2361/9
2362/22 2363/19 2363/22
2364/12 2364/20 2364/23
2365/24 2366/9 2366/18
2367/6 2367/11 2367/16
2369/4 2370/1 2372/7
2372/13 2372/14 2372/21
2373/5 2374/1 2375/19
2376/8 2376/20 2378/20
2379/7 2379/17 2379/21
2380/6 2380/7 2380/22
2381/22 2382/2 2382/13
2383/7 2383/10 2384/8
2384/23 2385/1 2385/7
2385/9 2385/15 2385/18
2386/5 2388/9 2388/19
2390/12 2390/13 2390/17
2391/5 2391/7 2391/10
2392/4 2392/7 2392/9
2392/14 2392/18 2395/12
2397/8 2397/8 2397/16
2397/17 2402/25 2403/2
2403/15 2404/4 2404/7
2404/19 2405/1 2405/5
2405/8 2406/4 2406/13
2406/14 2406/22 2407/13
2408/4 2408/7 2408/19
2408/24 2409/1 2409/9
2409/12 2409/14 2409/16
2409/17 2409/19 2409/25
2410/7 2411/3 2411/16
2411/20 2411/21 2412/3
2412/9 2412/11 2412/23
2414/1 2414/4 2414/16
2414/19 2415/15 2415/16
2415/22 2415/24 2417/2
2417/4 2417/8 2417/10
2417/20 2417/23 2417/24
2418/9 2419/9 2419/17
2419/20 2419/22 2420/15
2420/18 2420/22 2421/22
2422/3 2422/14 2423/2
2423/12 2423/25 2424/1
2424/14 2424/18 2424/24
2425/1 2426/25 2427/3
2427/19 2427/22 2429/20
2431/20 2433/3 2433/20
2434/9 2434/10 2434/13
2434/17 2435/6 2435/9
2435/10 2435/12 2436/3
2437/23 2437/24 2438/1
2438/11 2439/6 2439/14

Thomas [3] 2374/2 2374/13
2374/16
those [54] 2332/18 2333/8
2334/2 2339/18 2340/18
2342/21 2344/25 2345/4
2346/1 2346/3 2346/17
2346/21 2349/12 2349/12
2360/18 2362/2 2365/24
2368/5 2368/7 2368/7
2368/16 2369/11 2384/15
2386/24 2387/23 2393/9
2394/5 2394/23 2396/14
2397/10 2397/13 2398/17
2401/14 2402/3 2402/12
2411/15 2413/9 2413/13
2416/4 2422/11 2422/22
2423/18 2424/6 2424/7
2424/9 2427/7 2430/23
2431/10 2432/7 2432/11
2432/12 2432/13 2437/1
2441/10
though [1] 2342/25
thought [2] 2343/21 2397/3
thread [1] 2351/8
three [24] 2332/24 2332/25
2333/2 2333/3 2333/20
2333/22 2368/7 2369/11
2381/9 2381/13 2381/19
2383/25 2387/9 2387/17
2395/18 2396/4 2400/20
2403/15 2404/3 2424/4
2424/10 2424/15 2426/8
2426/22
threshold [1] 2378/14
through [14] 2337/9 2346/6
2354/5 2372/24 2373/3
2388/2 2402/22 2403/15
2406/6 2419/9 2423/13
2430/12 2433/10 2435/11
throughout [3] 2337/18
2421/24 2424/17
Thursday [1] 2379/24
tie [1] 2335/24
time [42] 2334/3 2335/23
2336/2 2336/12 2336/16
2336/24 2339/11 2340/3
2341/10 2341/10 2343/5
2344/10 2344/10 2344/16
2344/24 2345/9 2354/6
2359/16 2359/18 2359/21
2363/22 2367/2 2376/20
2384/8 2390/17 2391/10
2393/24 2394/24 2396/1
2396/14 2401/12 2404/16
2404/17 2405/5 2406/4
2415/14 2415/16 2420/18
2421/9 2425/7 2433/21
2442/8
timeline [8] 2399/3 2402/19
2402/20 2408/4 2410/9
2411/12 2411/25 2413/22
times [7] 2328/3 2357/19
2373/9 2395/7 2395/18
2396/4 2403/22
Timo [2] 2416/10 2417/3
title [13] 2345/10 2345/12
2347/6 2366/1 2366/9
2367/11 2367/16 2369/4

2389/11 2395/3
titled [1] 2386/16
titles [13] 2345/12 2365/23
2366/6 2367/1 2383/4
2383/16 2383/21 2384/13
2384/14 2384/19 2385/14
2388/3 2388/4
today [3] 2380/4 2382/14
2422/10
together [7] 2332/13 2344/1
2345/3 2351/16 2375/23
2401/11 2418/12
told [5] 2359/20 2403/17
2404/23 2405/14 2437/11
tomorrow [1] 2442/10
Tony [1] 2363/19
too [9] 2334/20 2335/5
2335/8 2335/9 2335/12
2336/6 2336/6 2342/5
2359/9
took [5] 2372/15 2407/11
2410/7 2421/18 2434/21
tool [2] 2403/23 2403/25
tools [1] 2337/1
top [42] 2344/6 2345/3
2357/15 2361/21 2362/21
2364/8 2364/24 2365/23
2366/5 2366/19 2366/22
2367/11 2367/11 2367/17
2367/21 2368/4 2368/10
2368/18 2368/20 2369/5
2369/14 2369/21 2369/22
2370/2 2370/3 2370/13
2370/15 2374/16 2374/19
2375/21 2379/21 2380/12
2381/9 2381/12 2381/15
2386/19 2392/7 2393/13
2395/4 2396/7 2422/20
2424/4
topic [3] 2345/8 2351/11
2351/12
topics [1] 2385/18
total [15] 2342/2 2350/12
2350/22 2350/24 2351/25
2352/1 2352/25 2354/14
2377/11 2377/12 2377/17
2413/10 2421/10 2439/18
2440/7
totaled [1] 2368/3
totally [1] 2406/4
tour [2] 2384/20 2384/21
towards [1] 2394/2
track [2] 2335/21 2361/5
trade [5] 2347/5 2347/12
2353/18 2395/18 2396/4
transaction [23] 2401/19
2402/5 2402/18 2403/15
2404/4 2404/7 2405/8
2410/17 2411/4 2411/16
2411/18 2412/10 2414/13
2414/16 2416/2 2418/17
2419/13 2420/21 2423/2
2427/22 2429/10 2433/1
2437/21
transactions [14] 2401/10
2401/13 2401/14 2401/24
2402/1 2402/3 2403/18
2403/19 2403/21 2405/6

transactions... [4] 2405/8
2415/25 2420/11 2421/21
TRANSCRIPT [1] 2327/9
transcription [1] 2442/20
translated [1] 2345/5
translating [1] 2346/5
trial [3] 2327/9 2395/12
2442/16
tried [1] 2343/19
triggers [1] 2338/2
try [2] 2394/2 2406/23
trying [12] 2333/24 2336/25
2346/6 2353/9 2356/2
2356/17 2375/10 2393/25
2394/10 2405/25 2414/1
2435/1
TSP [1] 2378/12
turn [39] 2339/23 2355/4
2356/5 2357/23 2360/6
2361/8 2363/1 2364/22
2365/11 2366/1 2369/1
2369/7 2370/17 2371/11
2371/22 2372/4 2373/25
2376/7 2380/20 2382/9
2386/3 2386/13 2389/9
2389/14 2390/6 2391/25
2392/4 2398/10 2399/7
2399/9 2399/15 2402/5
2402/19 2412/20 2413/24
2415/17 2415/18 2417/19
2429/15
turned [2] 2344/20 2399/2
Turning [1] 2352/14
turns [1] 2333/13
two [35] 2333/11 2334/5
2344/20 2349/14 2362/15
2365/23 2366/14 2366/15
2369/17 2375/5 2376/25
2376/25 2377/9 2377/10
2377/17 2378/20 2379/21
2380/5 2380/8 2383/20
2398/18 2400/16 2402/12
2407/8 2414/15 2414/19
2416/4 2416/4 2420/19
2422/9 2422/22 2423/21
2426/13 2429/20 2432/11
two-step [1] 2377/10
type [5] 2353/10 2393/14
2394/21 2394/22 2408/9
typical [1] 2347/12
typically [1] 2393/15

**U**

U.S [9] 2365/18 2366/2
2366/10 2371/25 2400/21
2413/14 2413/17 2413/18
2430/24
Uh [2] 2334/13 2392/6
Uh-huh [2] 2334/13 2392/6
ultimate [1] 2342/6
ultimately [1] 2335/1
under [9] 2332/10 2367/20
2368/4 2384/19 2393/9
2420/25 2424/5 2427/20
2435/23
underbidder [1] 2395/5
underbidders [1] 2395/3
undergrad [2] 2400/23

underline [1] 2340/12
underneath [2] 2368/11
2368/16
understand [12] 2353/10
2371/2 2391/3 2405/9
2418/13 2422/2 2425/16
2433/14 2435/2 2436/11
2436/12 2437/3
understanding [4] 2339/12
2368/17 2380/14 2392/15
understood [2] 2354/13
2383/9
undertake [1] 2403/12
undertook [1] 2433/11
unhappy [1] 2335/10
UNITED [7] 2327/1 2327/3
2327/10 2327/15 2354/22
2408/18 2422/15
units [9] 2366/23 2383/17
2383/22 2384/1 2384/5
2392/9 2392/13 2392/19
2393/14
University [1] 2400/24
unlikely [1] 2364/21
unprofitable [1] 2345/1
unreliable [1] 2440/21
until [3] 2421/12 2424/19
2427/1
up [45] 2334/16 2334/17
2335/10 2335/23 2338/15
2339/17 2339/21 2342/11
2342/11 2348/1 2352/20
2353/24 2354/4 2354/24
2363/7 2368/3 2368/24
2372/24 2373/4 2373/7
2375/4 2375/5 2377/9
2377/23 2378/2 2380/5
2382/16 2382/25 2384/15
2384/20 2388/12 2397/12
2402/20 2406/7 2408/4
2409/3 2410/24 2412/5
2414/19 2416/24 2423/9
2425/3 2431/6 2432/20
2433/11
upbidding [1] 2344/14 2371/8
2372/20 2372/24
update [2] 2366/2 2366/10
Updike [2] 2365/14 2365/21
upper [3] 2347/12 2378/13
2378/18
upside [11] 2427/11 2427/16
2427/25 2428/6 2428/11
2428/17 2428/23 2429/1
2429/2 2429/9 2432/15
us [40] 2337/24 2356/21
2358/14 2359/11 2363/6
2364/10 2373/18 2375/23
2383/11 2395/20 2397/15
2397/16 2400/3 2402/20
2404/23 2405/14 2405/14
2406/10 2406/23 2407/22
2407/23 2410/25 2411/17
2412/6 2414/12 2414/14
2418/4 2422/1 2422/11
2422/12 2422/13 2422/14
2422/18 2422/19 2423/5
2431/19 2437/11

usage... [1] 2404/23
use [8] 2337/2 2354/18
2402/13 2403/14 2425/13
2425/14 2432/7 2439/17
used [9] 2342/20 2366/18
2402/10 2405/1 2410/16
2411/3 2411/14 2428/18
2441/20
useful [1] 2383/8
using [1] 2343/21
usually [5] 2333/23 2340/5
2395/4 2395/4 2403/12

**V**

V8 [3] 2429/22 2429/23
2429/24
valuable [2] 2358/3 2358/5
valuation [3] 2340/9 2411/17
2419/13
value [6] 2338/17 2338/18
2338/22 2429/18 2432/14
2432/20
values [2] 2432/11 2432/11
variability [3] 2348/3 2348/4
2348/5
variable [5] 2332/14 2338/21
2360/4 2413/7 2431/5
variations [1] 2353/10
varies [2] 2370/10 2370/12
various [3] 2341/11 2385/11
2392/25
venues [1] 2385/6
version [15] 2348/18 2348/22
2356/14 2361/17 2363/6
2363/16 2365/7 2371/21
2374/11 2380/2 2381/5
2382/22 2390/22 2396/16
2411/20
versions [4] 2355/3 2396/17
2421/14 2421/16
versus [1] 2367/11
very [25] 2335/22 2336/22
2338/17 2340/13 2341/4
2344/6 2346/10 2346/12
2346/13 2347/17 2349/3
2358/8 2359/24 2381/11
2393/22 2403/23 2405/24
2407/8 2411/23 2415/7
2418/18 2418/18 2428/25
2429/12 2430/19
vet [1] 2414/15
vetting [3] 2411/23 2414/2
2441/25
VIACOMCBS [4] 2328/6
2402/24 2403/5 2407/21
vice [1] 2400/4
view [3] 2355/23 2420/7
2441/14
visit [1] 2437/2
von [14] 2340/24 2341/10
2365/14 2365/16 2373/13
2373/20 2374/2 2374/25
2378/3 2378/5 2379/1
2379/24 2380/23 2381/24
Von Moltke [1] 2365/14
vs [1] 2327/5

**W**

wait [1] 2341/6
Wakefield [1] 2437/10

want [37] 2331/7 2332/3
2332/16 2333/10 2334/1
2334/10 2337/20 2339/17
2339/18 2339/22 2341/5
2350/13 2350/18 2350/25
2359/25 2367/19 2369/7
2370/24 2373/16 2373/18
2378/25 2379/14 2380/5
2383/14 2396/13 2396/25
2397/16 2399/13 2401/2
2408/25 2413/24 2416/7
2423/13 2425/18 2425/22
2429/1 2440/11
wanted [9] 2345/8 2346/18
2360/2 2382/16 2414/10
2414/12 2418/2 2421/2
2429/12
wants [3] 2334/1 2337/17
2415/25
warehouses [1] 2433/4
was [143] 2333/24 2338/10
2340/2 2341/3 2343/22
2344/18 2344/21 2344/24
2345/12 2345/13 2345/24
2346/9 2346/16 2346/18
2347/10 2350/21 2351/11
2351/12 2351/13 2351/14
2351/16 2351/21 2351/22
2351/24 2352/20 2353/23
2353/24 2354/3 2356/17
2359/3 2359/9 2359/25
2363/22 2373/2 2373/5
2376/20 2376/24 2377/16
2377/20 2380/7 2380/14
2380/16 2381/16 2383/3
2383/6 2383/8 2383/10
2385/1 2387/23 2390/4
2390/13 2390/14 2391/3
2391/17 2392/15 2397/13
2399/21 2400/20 2401/19
2401/20 2402/6 2403/24
2404/4 2404/6 2404/7
2404/8 2404/18 2405/4
2405/11 2405/17 2405/18
2406/2 2406/3 2406/5
2406/22 2407/8 2407/13
2408/13 2408/14 2408/18
2410/15 2410/16 2410/18
2410/19 2411/3 2411/13
2411/21 2412/12 2413/18
2414/1 2414/7 2414/9
2414/23 2415/4 2415/7
2415/8 2415/16 2416/8
2416/14 2416/15 2418/5
2418/9 2419/21 2420/13
2420/14 2420/15 2420/15
2420/17 2420/17 2420/21
2420/24 2420/25 2421/4
2421/11 2421/21 2421/23
2422/3 2422/25 2423/2
2424/17 2424/21 2424/22
2424/23 2425/1 2425/6
2425/8 2427/20 2428/4
2428/18 2430/7 2432/1
2433/18 2433/20 2434/18
2436/11 2436/18 2437/1
2437/12 2437/19 2437/21
2438/24 2439/25 2441/10

2466

Washington [5] 2327/6
2327/16 2328/10 2328/15
2442/24
way [19] 2335/5 2338/21
2340/7 2340/14 2341/8
2346/6 2352/22 2353/18
2359/11 2373/22 2401/17
2414/22 2419/12 2421/25
2422/3 2425/15 2427/10
2437/3 2440/7
ways [2] 2332/14 2337/3
we [239] 2331/16 2331/21
2333/16 2333/18 2333/19
2335/4 2335/7 2335/8
2335/10 2335/11 2336/24
2336/25 2336/25 2336/25
2338/24 2339/6 2339/9
2339/11 2339/20 2341/20
2341/21 2342/13 2342/13
2342/24 2343/25 2344/1
2344/15 2344/17 2344/17
2344/19 2344/21 2344/22
2344/24 2344/25 2345/6
2346/10 2346/11 2346/12
2346/14 2346/15 2346/21
2346/22 2346/22 2346/24
2347/5 2348/6 2348/8
2348/8 2348/12 2348/13
2348/14 2348/15 2349/3
2349/18 2350/19 2354/24
2355/2 2355/4 2357/1
2357/2 2357/4 2357/9
2357/21 2358/18 2358/18
2359/12 2361/17 2362/8
2363/3 2363/3 2364/3
2364/3 2365/7 2369/7
2369/17 2370/15 2370/15
2373/18 2373/23 2374/20
2375/19 2375/21 2376/17
2377/8 2377/10 2377/11
2377/23 2379/8 2379/25
2380/1 2381/9 2382/2
2382/22 2384/15 2385/16
2386/19 2387/12 2388/2
2389/9 2391/14 2393/24
2394/1 2394/2 2394/2
2394/5 2394/6 2394/23
2395/22 2395/25 2396/1
2396/12 2397/4 2397/7
2397/15 2397/18 2398/10
2398/13 2398/14 2398/18
2398/22 2398/25 2399/2
2399/6 2399/15 2402/8
2402/10 2402/13 2403/15
2403/17 2404/17 2405/8
2405/9 2405/10 2405/10
2405/21 2406/5 2406/7
2406/12 2406/14 2407/15
2407/17 2407/22 2407/25
2408/4 2409/7 2409/12
2409/15 2411/2 2411/11
2411/15 2411/16 2411/21
2412/8 2412/15 2413/9
2413/22 2414/7 2414/9
2414/10 2414/11 2414/16
2415/24 2416/14 2417/4
2417/6 2417/11 2418/11
2418/19 2419/7 2419/19

2419/24 2420/1 2420/11
2420/22 2421/12 2421/24
2423/5 2423/10 2424/17
2425/2 2425/5 2425/7
2425/8 2426/7 2426/7
2427/10 2427/12 2427/14
2427/21 2427/21 2428/3
2428/19 2428/25 2428/25
2429/1 2429/12 2430/9
2430/11 2430/12 2430/16
2430/24 2431/14 2431/19
2432/10 2432/11 2432/13
2432/17 2432/17 2432/18
2432/19 2432/22 2432/25
2433/1 2433/15 2433/19
2433/21 2434/3 2434/12
2436/8 2436/8 2436/10
2436/10 2436/11 2436/23
2436/25 2437/7 2437/19
2438/3 2438/5 2439/16
2439/23 2440/6 2440/11
2440/24 2441/3 2441/8
2441/9 2442/10 2442/14
week [5] 2370/10 2370/10
2370/12 2370/12 2378/13
weeks [3] 2407/8 2407/14
2410/7
Wehner [5] 2361/21 2361/24
2362/5 2362/13 2362/19
well [21] 2336/5 2336/24
2351/3 2362/7 2370/9
2395/25 2397/11 2397/19
2403/9 2405/4 2407/15
2408/20 2414/17 2423/6
2424/17 2425/5 2428/25
2434/4 2436/8 2437/11
2441/21
well-known [1] 2351/3
Welsh [5] 2365/13 2365/20
2366/9 2367/5 2368/3
went [5] 2348/1 2357/1
2403/15 2408/20 2414/9
were [87] 2336/24 2343/14
2344/17 2345/12 2345/15
2345/23 2346/5 2346/7
2346/10 2346/11 2346/12
2346/12 2346/14 2346/15
2348/2 2349/4 2349/6
2352/1 2352/2 2353/4
2354/4 2354/4 2356/16
2357/6 2359/4 2359/21
2360/1 2360/1 2365/13
2373/5 2378/11 2378/12
2378/16 2378/16 2378/19
2381/13 2381/15 2381/19
2381/20 2387/9 2389/5
2390/1 2391/23 2401/14
2401/15 2402/8 2404/3
2404/24 2405/4 2405/14
2406/3 2407/22 2408/23
2411/15 2411/22 2413/5
2413/6 2413/15 2414/16
2415/7 2415/11 2416/13
2416/16 2417/7 2418/11
2418/17 2421/19 2424/17
2425/6 2425/7 2425/8
2432/17 2433/15 2436/2
2436/4 2436/11 2436/12

2437/12 2437/22 2439/16
2441/10
weren't [1] 2359/23
what [146] 2332/16 2333/5
2334/4 2334/10 2336/24
2338/12 2339/1 2342/7
2342/9 2343/10 2343/18
2344/15 2344/18 2347/8
2347/10 2347/12 2347/21
2348/24 2350/21 2350/23
2351/9 2351/21 2352/15
2353/6 2354/11 2355/8
2358/14 2358/16 2359/20
2361/3 2373/5 2373/18
2376/9 2378/8 2378/10
2379/16 2380/14 2385/3
2385/4 2387/12 2389/25
2393/14 2394/4 2394/5
2394/6 2394/12 2394/15
2394/16 2394/19 2398/22
2400/10 2400/19 2401/19
2402/6 2402/15 2403/8
2404/4 2404/10 2404/21
2405/22 2406/12 2407/9
2407/13 2408/9 2408/13
2408/19 2409/7 2409/7
2410/14 2411/2 2411/21
2412/1 2412/8 2412/25
2413/4 2413/16 2413/25
2414/2 2414/7 2414/17
2415/4 2415/20 2415/24
2416/5 2416/12 2417/2
2417/3 2417/23 2418/1
2418/9 2419/19 2420/16
2421/19 2422/9 2422/14
2422/16 2422/18 2422/19
2422/22 2423/18 2424/5
2424/13 2424/25 2426/4
2426/12 2426/24 2427/12
2427/17 2427/17 2429/2
2429/5 2429/13 2430/5
2430/23 2431/9 2431/21
2431/21 2432/11 2432/12
2432/21 2433/15 2433/15
2434/6 2434/12 2434/13
2434/21 2435/5 2435/21
2435/23 2436/2 2436/3
2436/7 2436/11 2437/4
2437/10 2437/12 2437/18
2437/21 2437/24 2439/6
2439/11 2439/15 2440/7
2440/14 2440/15 2441/19
what's [2] 2372/13 2406/18
whatever [3] 2334/4 2375/12
2408/25
when [42] 2331/2 2331/14
2333/16 2336/16 2338/9
2340/3 2341/3 2343/19
2346/9 2348/12 2348/15
2359/21 2360/20 2370/25
2371/10 2380/15 2388/6
2391/19 2394/9 2395/6
2399/8 2400/17 2401/14
2402/23 2403/11 2403/25
2404/13 2405/11 2407/19
2407/21 2408/7 2410/18
2416/19 2420/8 2421/11
2421/19 2421/20 2425/17

2439/17
whenever [1] 2337/12
2337/16
where [29] 2332/21 2336/24
2344/17 2344/19 2347/2
2347/10 2362/13 2373/6
2373/7 2373/9 2373/13
2384/20 2394/12 2394/22
2395/5 2396/12 2396/23
2397/7 2412/3 2420/6
2422/20 2424/9 2425/4
2426/8 2431/19 2431/20
2432/4 2433/23 2438/23
whereas [2] 2344/3 2353/24
whereby [4] 2336/2 2336/18
2337/12 2337/16
whether [10] 2339/1 2339/8
2339/18 2340/18 2378/5
2396/13 2399/6 2436/19
2437/4 2441/14
which [39] 2332/18 2338/6
2339/21 2340/11 2340/12
2342/5 2345/24 2346/1
2348/10 2355/4 2358/13
2362/9 2366/1 2369/21
2369/23 2371/22 2372/18
2375/19 2378/10 2383/21
2389/14 2392/23 2392/24
2393/3 2396/9 2396/16
2396/21 2415/2 2416/25
2417/9 2423/8 2427/7
2427/20 2428/16 2428/21
2429/25 2430/9 2437/24
2438/24
while [7] 2336/3 2338/17
2346/14 2346/16 2398/13
2416/12 2423/5
Whitney [1] 2375/11
who [15] 2333/21 2336/11
2340/15 2340/21 2343/23
2344/7 2346/18 2348/14
2365/20 2375/10 2392/18
2400/8 2417/3 2419/5
2424/21
whole [1] 2338/24
wholesalers [1] 2346/2
whom [1] 2349/3
why [22] 2335/1 2338/4
2338/14 2339/5 2339/6
2339/7 2341/14 2345/17
2414/7 2420/18 2421/22
2424/15 2425/14 2426/13
2428/1 2428/3 2428/23
2429/9 2431/23 2432/16
2432/18 2442/4
wide [1] 2343/16
will [64] 2350/7 2352/11
2355/3 2356/12 2361/15
2362/22 2363/14 2364/3
2364/4 2365/5 2373/16
2374/9 2375/13 2375/22
2376/15 2378/10 2379/20
2379/25 2382/20 2387/14
2387/15 2387/16 2388/1
2388/2 2388/4 2388/25
2391/1 2391/14 2393/9
2394/13 2394/16 2394/16
2397/10 2397/14 2399/8

**W**

will... [29]  2399/12 2399/15
2402/19 2405/15 2406/9
2407/3 2409/4 2409/14
2409/15 2410/3 2411/8
2411/11 2412/18 2417/17
2418/19 2418/24 2420/3
2427/1 2428/19 2428/25
2430/1 2431/6 2432/17
2433/1 2438/8 2439/3
2439/23 2442/5 2442/6
willing [4]  2334/17 2339/2
2343/10 2380/16
win [5]  2339/3 2343/2
2373/17 2373/18 2395/3
winning [1]  2340/15
wins [1]  2395/5
within [15]  2331/8 2332/1
2332/2 2332/5 2332/8
2336/15 2337/23 2337/24
2338/8 2344/21 2362/2
2362/3 2370/18 2374/13
2378/16
without [3]  2337/9 2339/8
2442/2
witness [5]  2329/2 2354/19
2398/5 2398/9 2434/24
won [2]  2339/15 2339/20
2395/6
won't [1]  2363/3
woo [1]  2348/15
word [1]  2402/11
words [2]  2339/7 2402/10
work [26]  2332/4 2332/9
2339/22 2341/7 2341/8
2347/18 2356/20 2358/18
2385/11 2402/22 2404/4
2404/13 2404/25 2405/12
2410/18 2414/8 2414/16
2415/6 2415/12 2418/16
2419/5 2419/14 2420/10
2420/19 2422/3 2428/3
workbook [1]  2408/24
worked [7]  2401/11 2401/13
2401/14 2401/25 2402/1
2405/9 2421/17
working [9]  2339/1 2344/1
2345/3 2395/25 2405/4
2415/11 2416/13 2421/21
2437/3
works [2]  2354/3 2400/13
worksheet [13]  2406/10
2406/13 2408/24 2409/4
2410/25 2422/18 2422/19
2430/17 2430/20 2435/13
2439/3 2439/6 2439/15
worksheets [3]  2406/16
2409/10 2422/7
world [4]  2426/9 2426/25
2427/19 2429/21
worlds [1]  2426/22
worldwide [2]  2413/13
2413/15
worry [1]  2378/9
worth [3]  2339/1 2348/9
2441/17
would [87]  2332/8 2333/2
2333/5 2333/5 2333/24
2334/5 2334/10 2334/21

2335/1 2335/23 2336/3
2336/10 2336/12 2336/13
2336/23 2336/23 2337/20
2337/21 2337/22 2340/5
2341/4 2341/8 2341/15
2342/11 2346/4 2346/16
2347/20 2348/3 2348/17
2350/2 2352/7 2355/15
2356/19 2356/22 2357/23
2358/8 2359/23 2360/6
2360/16 2361/20 2362/12
2363/25 2366/1 2369/20
2377/8 2377/10 2377/11
2381/7 2384/12 2387/11
2387/14 2389/14 2390/16
2392/3 2392/22 2393/6
2393/15 2393/24 2394/21
2395/9 2395/10 2396/18
2396/18 2396/22 2397/17
2398/15 2399/2 2403/10
2404/9 2404/10 2404/10
2405/7 2408/3 2412/5
2412/20 2418/15 2418/18
2421/1 2422/1 2422/11
2422/12 2423/15 2425/19
2426/4 2430/2 2431/18
2438/3
write [1]  2357/1
Writers [6]  2388/20 2389/3
2389/5 2389/9 2389/12
2389/16
writing [2]  2356/16 2365/13
wrong [6]  2336/24 2336/25
2350/14 2350/18 2350/25
2394/9
wrote [18]  2356/6 2356/19
2362/5 2362/13 2362/21
2364/2 2364/10 2374/19
2375/5 2375/10 2375/21
2377/8 2378/12 2378/24
2380/4 2381/9 2382/1
2386/19

**Y**

yeah [7]  2338/12 2339/7
2339/11 2392/4 2396/10
2422/11 2435/10
year [23]  2336/16 2343/14
2348/3 2348/3 2348/8
2348/10 2350/12 2350/23
2351/3 2357/19 2359/2
2366/16 2366/23 2367/2
2367/13 2392/9 2392/14
2392/19 2392/19 2393/14
2413/20 2425/2 2426/16
years [19]  2344/4 2345/13
2346/23 2346/24 2346/24
2348/3 2348/9 2349/5
2350/7 2350/8 2352/20
2353/4 2368/8 2369/11
2383/1 2424/16 2427/1
2427/8 2432/4
yes [221]  2331/11 2331/13
2331/13 2331/18 2331/25
2332/23 2333/1 2333/18
2334/7 2334/8 2337/10
2347/16 2348/1 2348/4
2349/21 2350/9 2351/5
2351/10 2351/15 2351/17
2351/20 2352/4 2352/6

2352/23 2353/2 2353/5
2353/5 2354/9 2354/11
2354/23 2355/1 2355/19
2355/22 2356/4 2356/8
2356/18 2357/14 2357/17
2357/20 2358/2 2358/5
2358/7 2358/10 2358/14
2358/19 2358/23 2359/1
2360/10 2360/23 2361/11
2361/23 2362/1 2362/3
2362/11 2362/18 2362/25
2363/10 2363/21 2363/24
2364/7 2364/9 2364/16
2364/18 2365/1 2365/9
2365/15 2365/19 2365/22
2365/25 2366/12 2366/21
2367/4 2367/7 2367/14
2368/6 2368/9 2368/9
2368/19 2368/22 2368/25
2369/6 2369/12 2369/16
2370/4 2370/16 2370/20
2370/23 2371/3 2371/6
2371/15 2372/3 2372/9
2372/12 2372/16 2372/23
2373/1 2373/8 2373/12
2373/15 2373/18 2374/5
2374/15 2374/18 2374/24
2375/3 2375/7 2375/9
2375/15 2375/19 2375/20
2375/25 2376/3 2376/5
2376/11 2377/1 2377/4
2377/7 2377/15 2377/19
2377/22 2378/1 2378/23
2379/2 2379/4 2379/9
2380/9 2380/11 2380/14
2380/19 2380/24 2381/15
2381/22 2382/5 2382/8
2382/12 2382/15 2383/2
2383/6 2383/13 2384/7
2384/23 2385/3 2385/15
2385/21 2385/24 2386/2
2386/7 2386/18 2387/2
2387/5 2387/8 2387/22
2387/24 2388/5 2388/8
2388/11 2388/14 2388/17
2389/4 2389/7 2389/13
2389/20 2390/3 2390/7
2390/8 2390/11 2390/18
2390/20 2392/2 2392/8
2392/11 2392/17 2392/20
2393/9 2394/8 2397/22
2400/14 2401/4 2401/16
2401/23 2403/13 2404/20
2405/7 2405/18 2405/21
2409/1 2409/18 2409/20
2410/23 2412/14 2412/24
2413/21 2421/6 2422/8
2423/7 2423/11 2423/23
2425/12 2426/1 2426/21
2427/9 2428/12 2428/14
2429/20 2429/24 2430/4
2430/18 2431/16 2433/6
2433/13 2434/7 2434/20
2436/23 2438/22 2439/20
2439/23 2440/6 2441/4
yet [1]  2424/18
York [16]  2328/4 2328/4
2328/7 2328/7 2357/19

2352/23 2353/2 2353/5 (repeated — see column) 2433/5
2433/13 2433/19 2435/6
2436/20 2437/8 2438/14
2438/16 2442/6
you [470]  2331/2 2331/4
2331/14 2333/11 2334/21
2334/23 2335/15 2336/3
2336/3 2336/5 2336/5
2336/6 2336/21 2337/4
2338/14 2338/14 2339/3
2339/5 2339/7 2339/24
2340/3 2340/24 2341/11
2341/17 2341/21 2341/24
2341/24 2342/2 2342/3
2342/4 2342/5 2342/19
2343/6 2343/7 2343/8
2343/9 2343/10 2343/11
2343/11 2343/13 2343/13
2343/14 2344/11 2344/15
2345/8 2345/10 2345/17
2346/19 2347/1 2347/3
2347/7 2347/8 2347/14
2347/20 2347/24 2348/2
2348/17 2348/21 2349/6
2350/7 2350/12 2350/19
2351/3 2351/8 2352/2
2352/5 2352/14 2352/25
2353/6 2353/24 2354/10
2354/20 2355/20 2355/23
2356/2 2356/5 2356/6
2356/16 2356/19 2357/1
2357/6 2357/12 2357/15
2357/18 2358/8 2358/20
2359/16 2359/20 2360/6
2360/7 2360/11 2360/14
2360/18 2360/20 2360/24
2361/1 2361/3 2361/3
2361/4 2361/6 2361/8
2361/9 2362/12 2362/19
2362/21 2363/1 2363/9
2363/20 2364/8 2364/10
2364/14 2364/19 2364/23
2365/12 2365/13 2365/16
2366/20 2366/23 2367/17
2367/22 2368/1 2368/4
2368/11 2368/14 2368/23
2369/5 2369/9 2369/23
2370/5 2370/7 2370/11
2370/18 2370/21 2370/22
2371/2 2371/7 2371/11
2371/12 2371/25 2372/2
2372/10 2372/15 2372/21
2373/9 2373/9 2373/13
2373/16 2373/24 2374/1
2374/17 2374/19 2374/25
2375/5 2375/5 2375/10
2375/12 2375/13 2375/16
2376/9 2376/24 2377/16
2377/25 2378/5 2378/15
2378/24 2378/25 2379/16
2380/8 2380/12 2380/23
2381/24 2382/1 2382/6
2382/6 2382/11 2382/13
2382/25 2383/3 2383/18
2383/23 2384/2 2384/10
2384/17 2385/10 2385/19
2385/19 2385/22 2385/25
2386/5 2386/17 2386/22

**Y**

you... [276] 2387/9 2387/19
2387/20 2387/25 2388/6
2388/18 2388/20 2389/5
2389/11 2389/15 2389/16
2389/21 2389/23 2389/24
2390/1 2390/2 2390/7
2390/9 2390/12 2390/21
2391/1 2391/3 2391/9
2391/11 2391/16 2391/19
2391/20 2391/23 2391/24
2391/25 2392/1 2392/4
2392/12 2393/11 2393/17
2393/19 2393/20 2393/22
2393/25 2394/9 2394/9
2394/11 2394/12 2394/15
2394/15 2395/1 2395/7
2395/9 2395/14 2395/16
2395/17 2395/17 2395/18
2395/23 2396/3 2396/3
2396/9 2396/9 2396/10
2396/20 2396/21 2397/8
2397/8 2397/8 2397/10
2397/23 2397/25 2398/1
2398/1 2398/3 2398/7
2398/8 2398/17 2398/20
2399/8 2399/13 2399/14
2399/15 2399/17 2399/23
2399/23 2400/3 2400/6
2400/8 2400/13 2400/13
2400/17 2400/19 2400/22
2401/2 2401/10 2401/14
2401/14 2401/25 2402/10
2402/11 2402/20 2402/22
2403/8 2403/11 2403/11
2403/14 2403/17 2403/17
2403/18 2403/19 2403/25
2404/3 2404/13 2404/15
2404/19 2404/21 2404/25
2404/25 2405/5 2405/11
2405/19 2405/22 2406/12
2407/9 2407/9 2407/13
2407/13 2407/19 2408/2
2408/9 2408/10 2408/11
2408/16 2408/19 2408/19
2408/24 2408/25 2410/6
2410/12 2410/13 2410/14
2410/21 2410/24 2411/13
2411/19 2411/25 2412/5
2412/20 2412/23 2413/4
2413/10 2413/17 2413/20
2413/25 2414/5 2414/17
2414/18 2415/11 2415/20
2416/5 2416/8 2416/12
2416/12 2416/19 2417/8
2418/16 2418/17 2420/16
2420/23 2421/1 2421/1
2421/9 2421/14 2421/15
2421/17 2421/18 2421/19
2421/19 2421/22 2422/6
2423/6 2423/8 2423/8
2423/13 2423/21 2424/4
2424/9 2424/16 2424/24
2425/3 2425/4 2425/10
2425/13 2425/13 2425/18
2425/22 2425/24 2425/25
2426/13 2426/16 2426/18
2426/22 2427/6 2427/16
2427/23 2428/1 2428/7

2428/10 2428/23 2429/2
2429/2 2429/2 2429/3
2429/3 2429/5 2429/9
2429/17 2429/23 2429/23
2429/25 2430/6 2430/7
2430/19 2430/20 2431/1
2431/9 2431/12 2431/22
2432/14 2432/20 2433/3
2433/10 2433/10 2433/24
2434/15 2434/17 2434/18
2434/21 2434/21 2434/25
2435/4 2435/7 2435/21
2435/22 2435/23 2436/4
2436/6 2436/7 2436/14
2436/14 2436/19 2436/21
2436/24 2437/4 2437/4
2437/9 2437/9 2437/10
2437/14 2437/15 2437/15
2437/16 2437/23 2438/19
2438/20 2439/8 2439/10
2440/5 2440/8 2440/11
2440/15 2441/6 2441/6
2441/14 2441/20 2442/1
2442/4 2442/9 2442/14
2442/15
you're [2] 2356/20 2396/4
you've [3] 2342/7 2343/16
2359/19
your [138] 2331/4 2332/10
2338/1 2340/21 2341/10
2342/2 2342/5 2342/6
2342/20 2343/9 2347/3
2347/25 2348/20 2350/1
2350/20 2352/7 2352/10
2354/19 2354/21 2355/2
2355/10 2356/3 2356/5
2356/9 2356/20 2357/12
2358/21 2359/8 2360/6
2361/8 2361/12 2361/20
2363/1 2363/2 2363/11
2363/25 2364/22 2365/2
2368/16 2371/16 2373/2
2373/23 2373/25 2374/6
2374/8 2376/12 2378/24
2379/10 2379/20 2380/25
2382/17 2386/8 2388/18
2388/22 2390/16 2390/19
2391/7 2391/12 2391/15
2391/20 2393/2 2393/11
2393/18 2393/21 2393/21
2394/17 2394/18 2395/2
2395/11 2396/21 2397/21
2397/25 2398/1 2398/6
2398/21 2399/18 2400/3
2400/3 2400/10 2400/15
2400/22 2401/11 2401/12
2402/6 2402/11 2402/15
2402/19 2402/22 2402/23
2403/3 2404/4 2404/22
2404/25 2405/11 2406/24
2407/2 2407/19 2407/20
2410/2 2410/13 2411/5
2411/7 2411/19 2412/13
2412/17 2414/8 2415/5
2415/12 2417/9 2417/13
2418/20 2419/5 2419/14
2419/24 2420/9 2420/19
2421/9 2423/22 2425/19
2425/20 2425/22 2426/3

2425/21 2434/25 2434/8
2434/22 2435/12 2437/14
2438/5 2438/21 2440/5
2440/20 2441/2 2441/19
2441/20 2442/7 2442/13
2442/15
yourself [1] 2424/22
YTD [1] 2367/12

**Z**

Zando [1] 2388/12
ZI [15] 2414/22 2414/24
2414/25 2415/2 2415/13
2415/16 2416/4 2416/8
2417/4 2418/18 2419/4
2419/12 2419/22 2420/6
2420/22