1       UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLUMBIA

2

3  THE UNITED STATES OF AMERICA,    Civil Action
               No. 21-02886
4      Plaintiff(s),

5    vs.

6  BERTELSMANN SE & CO. KGAA,    Washington, D.C.
  et al.,            August 17, 2022
7              2:05 p.m.
      Defendant(s).    **AFTERNOON SESSION**
8  -----------------------------------------------------------

9

10       TRANSCRIPT OF BENCH TRIAL
    BEFORE THE HONORABLE FLORENCE Y. PAN
11     UNITED STATES DISTRICT JUDGE

12 APPEARANCES:

13 FOR THE PLAINTIFF:   John R. Read, Esquire
           Ihan Kim, Esquire
14         Melvin A. Schwarz, Esquire
           Ethan Stevenson, Esquire
15          United States Department of Justice
            Antitrust Division
16          450 Fifth Street, Northwest
            Washington, D.C. 20530

17

18 FOR THE DEFENDANTS   Daniel M. Petrocelli, Esquire
  BERTELSMANN and     M. Randall Oppenheimer, Esquire
19 PENGUIN RANDOM HOUSE:  Megan Smith, Esquire
            O'Melveny & Myers, LLP
20          1999 Avenue of the Stars
            Eighth Floor
21          Los Angeles, California 90067

22 FOR THE DEFENDANTS   Andrew Frackman, Esquire
  BERTELSMANN and     Abby Rudzin, Esquire
23 PENGUIN RANDOM HOUSE:  Daniel L. Cantor, Esquire
            O'Melveny & Myers, LLP
24          7 Times Square
            New York, New York 10036

25

2874

```
 1    APPEARANCES (Cont.)

 2    FOR THE DEFENDANTS        Stephen Fishbein, Esquire
      VIACOMCBS and              Shearman & Sterling, LLP
 3    SIMON & SCHUSTER:          599 Lexington Avenue
                                 New York, New York 10022
 4

 5                              Ryan A. Shores, Esquire
                                 Shearman & Sterling, LLP
 6                               401 Ninth Street, Northwest
                                 Washington, D.C. 20004
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
      REPORTED BY:              Jeff Hook, Official Court Reporter
24                               U.S. District & Bankruptcy Courts
                                 333 Constitution Avenue NW
25                               Washington, D.C. 20001
```

**I N D E X**

**WITNESS**                                                                **PAGE**

EDWARD SNYDER, PhD

   Continued Direct Examination by Mr. Oppenheimer          2876

   Cross-Examination by Mr. Schwarz                         2887


**E X H I B I T S**


   - No exhibits admitted during this session -

1                    **P R O C E E D I N G S**

2        **THE COURT:**  Good afternoon.

3        **MR. OPPENHEIMER:**  May I proceed?

4        **THE COURT:**  Yes.

5        **CONTINUED DIRECT EXAMINATION OF EDWARD SNYDER, PhD**

6   BY MR. OPPENHEIMER:

7        **Q.**  Good afternoon, Professor Snyder.

8        **A.**  Good afternoon.

9        **Q.**  We were on the 2013 merger, I think we're getting

10  pretty close to the end here.  Does Dr. Hill have a criticism

11  of your use of the 2013 merger?

12       **A.**  Well, he forwards a so-called difference-in-difference

13  analysis that is intended to reach a different conclusion about

14  the effects of the merger.

15       **Q.**  Could you briefly describe that criticism for us, and

16  then I'm going to ask you some questions about it.

17       **A.**  So his analysis looks at the -- what's going on in the

18  zero to 250,000 segment as a so-called benchmark for the

19  250,000 and above segment.  And he basically wants to establish

20  the conclusion that the difference between how things went in

21  the above 250,000 segment indicates that there was some problem

22  with that segment post-merger.

23       **Q.**  And when you say some problem, is he comparing the

24  above $250,000 segment with the below $250,000 segment with

25  respect to average advances?

1      **A.**   Yes.

2      **Q.**   And what does he say about that?

3      **A.**   He says that if you look at the difference, average

4  advances went up as I recall slightly for the below 250,000

5  segment.  And then that is not apparent in the above 250,000

6  segment, and therefore he attributes that to the merger.  You

7  know, I may not be doing justice to his argument, but I think

8  that's the core of it.  So, again, it uses the experience below

9  250,000 as a benchmark.

10     **Q.**   And what is your view of that -- by the way, is that

11  the difference-in-difference approach?

12     **A.**   Yes.

13     **Q.**   Okay.  And what is your view of that?

14     **A.**   The difference-in-difference approach is a standard

15  tool.  It's within the broad category of benchmarking.  One of

16  the key things is selection of the benchmark.  It's odd that

17  here, having made the distinction -- or claimed to make the

18  distinction between the below 250 and above 250, one would use

19  below 250 as a benchmark.

20         But in implementing a benchmark analysis or a

21  difference-in-difference analysis, a couple things that you

22  look for.  Prior to the event, is there stability in the

23  benchmark.  There can be a trend up or down, but if you see

24  that benchmark bouncing around in terms of average titles, to

25  me, that's time out, don't use that, because it's not going to

1    be a reliable benchmark post-event.

2          The other issue in executing a

3    difference-in-difference analysis, or any benchmark analysis,

4    is to just check is there anything happening in the benchmark

5    reference that may lead you to a conclusion that's not valid.

6    And the key thing there is taking into account things that are

7    happening in the benchmark below 250,000 category compared to

8    what's happening in the above 250,000 category.

9    **Q.**  And was there something happening in the under

10   $250,000 category that reflected on whether it was a good

11   benchmark or not?

12   **A.**  Yes, the mass merchandise titles that part of the

13   market -- my understanding is that several firms were moving

14   away from that market.  That's a lower price segment in terms

15   of advances within the $250,000 category, which means that if

16   you eliminate the lower end of that range, it's going to

17   project the remainder to go up.  Not because -- well, just

18   simply because of that composition.

19   **Q.**  As opposed to the merger?

20   **A.**  Well, that's the benchmark.  I think his focus on the

21   benchmark is really just to set up the comparison with the

22   above 250,000.  But the benchmark average advances are going up

23   because of that composition effect.

24   **Q.**  And again, by composition effect, you're talking about

25   the reduction in mass market sales?

1       **A.**  Yes, which tends to increase the average title below

2       250,000.

3       **Q.**  And in conclusion ultimately, then, what is the impact

4       of Dr. Hill's difference-in-difference analysis on your

5       conclusions that -- with respect to average advances after the

6       2013 merger?

7       **A.**  Well, I didn't do a complete analysis of the

8       benchmarking in the difference-in-difference.  As I said, I

9       wouldn't have done it because of the variability in the

10      benchmark pre-event.  But if you just correct for that one

11      factor, his results become insignificant.

12      **Q.**  Statistically insignificant?

13      **A.**  Correct.

14      **Q.**  Let's turn to coordinated effects now.  Just tell us,

15      in general, what is your opinion about coordinated -- the

16      coordinated effects claim in this case?

17      **A.**  Coordinated effects in this context are unlikely.  In

18      addition, I don't see that there will be any increase in the

19      likelihood of coordinated effects as a result of the merger.

20      And that goes to core ideas reflected in the guidelines about

21      coordinated effects.

22      **Q.**  Pam, may we bring up slide 66.  Let me direct your

23      attention to slide 66 of your presentation.

24          Is this what you had in mind about the merger

25      guidelines, and if so, could you elaborate?

1      **A.**   Yes.   One of the requirements for coordination is that

2   you have to have a coordination mechanism.  So the first part

3   of this quote refers to that.  Coordinated interaction can

4   involve the explicit negotiation of a common understanding of

5   how firms will compete or refrain from competing.  So that's

6   the first step.  You have to have something that you want to

7   agree on and implement.  Conditional on that, what the

8   guidelines call out is the importance of detection, monitoring

9   and enforcement.  Meaning, are firms agreeing to whatever

10  mechanism they have selected to reduce competition, and can

11  deviations from that agreement be detected through monitoring.

12  And then ultimately, is there a way for parties in the industry

13  to respond and, quote, punish.

14     **Q.**   What is your opinion regarding the likelihood of

15  coordination among publishers post-merger in this case?

16     **A.**   I'm going to put aside the idea concerning poaching

17  authors, if I may.  All of the other ideas around coordination

18  fall victim to the basic economic principles here.  How would

19  rival publishers agree not to compete given the complexity of

20  each acquisition process.  So one example there is the claim

21  that, well, we'll pay advances out according to a different

22  schedule.  Well, that just tells you the intervals over which

23  time advances will be paid out.  It doesn't tell you how much.

24  So that's not a good coordination mechanism.  Plus, you have

25  other dimensions of the -- each acquisition, including bonuses

1    and which rights and so forth.

2         So the complexity of the deal, the multiplicity of

3    dimensions makes both picking a coordination mechanism, but

4    also finding ways -- finding out whether a party is deviating

5    from the mechanism.  This is one of the most opaque industries

6    in terms of acquisition processes to understand why did

7    somebody win, why did somebody lose.  And it's completely

8    insufficient to say that, well, eventually the identity of the

9    winner is known.  But again, I agree, at some point that's

10   revealed, but that is not sufficient to identify a coordination

11   mechanism of monitoring and detection and punishment.

12       **THE COURT:**  Can I ask a question.  Could there be

13   coordination on other parameters?  Like, there's certain

14   industry standards in terms of like royalty rates, for example,

15   or the payout structure of a contract, it's less desirable for

16   the authors to be paid in quarters versus thirds, things of

17   that nature?  Could there be coordination in things like that

18   as opposed to in individual auctions?

19       **THE WITNESS:**  The potential for coordination on those

20   dimensions seems to me to be zero, because there are too many

21   dimensions on which to compete.  So the payout schedule doesn't

22   tell you how much.  So somebody could adhere to a changed

23   payout schedule but still compete for authors.  And it's all

24   about is there an effective mechanism that actually results in

25   a bottom line reduction in competition.

1    **THE COURT:**  So it's not clear how something like that

2    could play out in terms of them detecting it in each other and

3    enforcing it?

4    **THE WITNESS:**  Correct.

5    **THE COURT:**  Because it does seem like there are some

6    certain things that the industry tacitly all kind of agrees on,

7    which is like they don't want the audio rights split off from

8    the general rights, and everybody uses that same contract term.

9    Do you see what I'm saying?  And nobody wants to deviate from

10   that, there seems to be like an industry standard.

11   **THE WITNESS:**  But that -- sorry, Your Honor.

12   **THE COURT:**  Go ahead.  So if you wanted to compete with

13   somebody, you might say, okay, I'll unhook the audio rights,

14   but nobody does it.

15   **THE WITNESS:**  Fair point, Your Honor.  But there's so many

16   other ways to compete, that what good does it do the rivals to

17   agree on audio rights -- we want those bundled -- when it

18   doesn't limit competition on many other dimensions, most

19   important of which is advances.

20   **THE COURT:**  So it doesn't matter in terms of merger

21   analysis from your perspective if they coordinate on one aspect

22   of contract negotiations as long as they can still compete

23   freely on other aspects?

24   **THE WITNESS:**  I think Your Honor's question helps, because

25   you can in theory think of a coordination mechanism, but you

1    have to ask the second question:  Does it actually result in a

2    net reduction in competition.  And you're right, that's the

3    point I'm making.

4        **THE COURT:**  I see.

5    **BY MR. OPPENHEIMER:**

6        **Q.**  And why would it be difficult for publishers in this

7    business to coordinate on advances specifically?

8        **A.**  Advances vary all over the place.  And if the idea

9    was, well, we all want to cut our advances 10 percent, that

10   wouldn't tell you what that number should be.  So even if you

11   find out what the advance is, that doesn't tell you whether the

12   parties are adhering to some mechanism.

13       **Q.**  Do you understand Dr. Hill to have made a prediction

14   on how likely it would be for there to be coordination

15   post-merger?

16       **A.**  I don't believe so.  I don't think he has an opinion

17   about the likelihood, the baseline likelihood.

18       **Q.**  And Your Honor referred to industry standards.  Are

19   industry standards, or common practices, evidence of

20   coordination?

21       **A.**  No.  Oftentimes you see contracts spelling out

22   particular terms in a somewhat standard way, but there's still

23   many dimensions of competition.

24       **MR. OPPENHEIMER:**  Your Honor, I have no further questions

25   at this time.  I'd reserve for redirect.

1          I would make a quick proffer on his testimony on

2    efficiencies:  That he would testify as indicated in his

3    reports on the merger specificity issues and the pass-through

4    issues that are the subject of those reports.

5          **THE COURT:**  I understand, thank you.

6          **MR. OPPENHEIMER:**  Thank you, Your Honor.

7          **THE COURT:**  I have a question that I've been thinking

8    about, and that is:  Is it a concern to you, the relative size

9    of the different competitors?  Because it seems to me that your

10   analysis very much focuses on the number of competitors.

11          At some point, does it become important how big the

12   largest competitor is?  Like, if you have one player who dwarfs

13   all the other players, but there's still lots of players, does

14   that matter?

15          **THE WITNESS:**  So this ties into condition on the threshold

16   and whether you use one or two.  Putting that aside, I

17   understand the question.  Higher shares goes back to, I think,

18   your earlier question about if the shares get high, won't the

19   probability that I was referring to of being 12 percent, won't

20   that become 15 percent or won't that become 20 percent.

21          I'll pause there and see if I'm on track.

22          **THE COURT:**  Yes, yes.  I guess that is related, yes.

23          **THE WITNESS:**  Right.  So my view on that is, yes, there is

24   a general relationship out there between concentration of

25   market shares and lessening of competition.  But it's not a

1    relationship that simply always goes up every step of the way.

2    And given the number of competitors, I do think that's

3    important.  Given the competition within the Big 5 now, Big 4

4    going forward, given the potential role for entry and imprint

5    competition, we're not at a point where that relationship

6    changes.

7        THE COURT:  So let's take a hypothetical.  What if the top

8    industry player had 90 percent of the market share, but there

9    are lots and lots of competitors comprising the other

10   10 percent.  What would that do to your analysis?

11       THE WITNESS:  So that's a really good example.  Because

12   you look back and you say, well, look at Tesla, they had a very

13   big share for a while.  Now they've got competition from Ford.

14   Go back and say Netflix, they had a really big share.  Now

15   they've got competition, and they're being forced to change

16   their fundamental business model to be ads.  So you have to go

17   beyond share -- that's what economics teaches us -- and look at

18   the number and their capacity to compete over time.

19        So 90 percent share sounds very dramatic.  But even in

20   that case I would ask:  Well, who are they; do they have the

21   capacity to compete and constrain.

22       THE COURT:  The other 10 percent, you mean?

23       THE WITNESS:  Yes, Your Honor.

24       THE COURT:  And so, in your view, the size in itself is

25   not a problem, it depends really on what's going on with the

1    10 percent, not with the 90 percent?  Because if the 10 percent

2    contains people who can constrain and compete, then it doesn't

3    matter to you if somebody has 90 percent or even 95 percent?

4         THE WITNESS:  Well, a merger that went to 90 percent, of

5    course you'd want to take a very close look at.  Because that

6    puts much more of a burden on the remaining 10 percent, whoever

7    represents that market share.  But I don't see that as an issue

8    here for the reasons I mentioned.  We're not at that level.

9    We've got imprint competition; competition within the Big 5,

10    very reputable; non-Big 5, with capacity and a demonstrated

11    ability to win.  They are numerous.  Plus, you have authors who

12    are represented by agents who can adjust acquisition processes.

13         THE COURT:  I understand that.  I'm just trying to isolate

14    size, and does it matter or not.  And I think you're saying

15    given the size of where we're at now, it doesn't matter here.

16    But I'm just trying to figure out, at some level it does matter

17    is what you're saying, because it does put pressure on the

18    remaining competitors to constrain a bigger, I guess, leader in

19    the industry.

20         THE WITNESS:  This goes back, Your Honor, to studies that

21    I looked at when I was young about concentration and price.

22    And there was a big debate about it, but some economists, at

23    least, came to the conclusion about, well, there's this broad

24    relationship over time, across industries whereby if you

25    increase concentration, you get price increases.  That's --

1    that whole body of literature has been pretty much -- I don't

2    want to say debunked, but it's given way to a recognition that

3    you have to look at this more carefully and see if there is a

4    lessening of competition in a particular setting.  And that

5    broad-based relationship may or may not hold.

6         So I wouldn't want to have a merger go to 90 or

7    95 percent and rely necessarily on numbers in capacity, in

8    imprint competition and so forth.  But right now, we've got a

9    lot of competition.  I don't see that changing post-merger.

10        THE COURT:  Okay, thank you.

11        Any cross?

12        MR. SCHWARZ:  Yes, Your Honor.

13        THE COURT:  It's time for binders?

14        MR. SCHWARZ:  Yeah, well, I can keep moving in the

15   meantime, if that doesn't bother Your Honor.

16        THE COURT:  Sure.

17        MR. SCHWARZ:  I can do something with respect to a

18   demonstrative while we're passing those things out to economize

19   time.

20        **CROSS-EXAMINATION OF EDWARD SNYDER, PhD**

21   BY MR. SCHWARZ:

22        Q.  Would you go back to your demonstrative charts, and

23   particularly to pages 28 and 29.

24        A.  Yes, Mr. Schwarz.

25        Q.  And I should have said good afternoon, Dr. Snyder.

1    We've met before.

2        **A.**  That's okay.

3        **Q.**  I apologize for that.  If you would actually take a

4    look at 29.  There you picked as your middle section, or chart

5    if you will, the 50 to 999,000 column.  Do you see that?

6        **A.**  Yes.

7        **Q.**  Are you aware that Dr. Hill testified that he saw a

8    difference in the level of competition and competitor shares

9    here at the 150,000 level, not the 50,000 level?

10       **A.**  And when you -- just to clarify, you're asking about

11   150,000 all the way up?

12       **Q.**  Yes, sir.

13       **A.**  So one threshold, one cutoff, yes.

14       **Q.**  That was a measure where he started to see a change;

15   are you aware of that?

16       **A.**  Yes, I do recall that.

17       **Q.**  So is there a particular reason, then, why you picked

18   50 as your starting point instead of 150?

19       **A.**  No, I wanted to investigate, you know, just the

20   question of whether there is a unique point where you see a

21   change in market shares, which I understood to be one of his

22   core arguments.  And 50 is where one sees it.  So this seems

23   like an important observation.

24       **Q.**  You made a point about the fact that the red

25   competitor there -- I won't name it, started to have a big

1    increase at 50,000.  And I -- let me finish my question.  And I

2    wonder how you can possibly conclude that, when it could just

3    as easily be that in fact nothing changed for that particular

4    competitor until you got to 100 or 125.

5            How do I know where the break starts within that

6    900,000 category?

7        A.  Yes, I understand.  The point is not to say this is

8    the magic number, but simply to say 250,000 buttressed by

9    observed changes in market share is arbitrary, because we see

10   it at 50.

11       Q.  Is it arbitrary to try to find the place, roughly

12   speaking, where competition seems to change for authors?  Is

13   that arbitrary, or is that what we're supposed to be doing

14   here?

15       A.  Well, that goes to a lot of issues about whether there

16   is something different about the anticipated top selling

17   authors, and where to look for the break.  I don't want to give

18   you my full testimony all over again, but Dr. Hill did look at

19   different thresholds.  My understanding, my recollection is

20   that he always looked at them with just one threshold at a

21   time.  He didn't consider the question of whether it might be

22   two.

23           And I think it is relevant to explore that issue,

24   especially because when you do, you can isolate the roughly 230

25   authors annually in the top category and pose the question that

1    I posed, which is:  Yes, they can be identified, but can they

2    be targeted.

3        Q.  Well, I was asking about the 150 category and up, and

4    why you picked 50, so let's look at another document which

5    we'll pass out, with Your Honor's permission?

6        **THE COURT:**  Yes.

7    **BY MR. SCHWARZ:**

8        Q.  PX-960, which is already admitted into evidence I'm

9    told.

10        You may have recognized this because it was in

11    Dr. Hill's original report, Dr. Snyder?

12        **A.**  Yes.

13        **Q.**  You see there that he did do a chart at 150 and up?

14        **A.**  Yes.  I just would just make it clear, these are all a

15    single threshold and up.

16        **Q.**  That's correct, I understand.  That's what we're

17    trying to find here.  And you see that at that point, you start

18    to see -- from that point up, going up to -- and he did

19    1,000,000 and up as well, all the way up to 1,000,000 and up,

20    that the percentages become relatively stable at that point;

21    would you agree?

22        **A.**  If you use a single threshold at these various

23    cutoffs, and you're asking just look left to right, there's a

24    fair amount of stability, yes.

25        **Q.**  Indeed, perhaps most importantly, there's stability

1    with respect to the non-Big 5, and it is at the -- I believe

2    it's a public number, at roughly the 10 percent level.  In

3    fact, it goes down as you go up to 1,000,000.

4        A.  When you start at 150 and use a single cutoff, the

5    answer's yes.

6        Q.  Now let's go back to your demonstrative, page 29,

7    which Mr. Oppenheimer asked you about to some extent.  I just

8    want to -- sorry, it's 28.  I meant 28, not 29.

9        A.  Yes.

10       THE COURT:  I'm sorry, where is this?

11       MR. SCHWARZ:  In the demonstrative set that

12   Mr. Oppenheimer was using, Your Honor, the 85 pages.  It's on

13   the screen, too.

14       THE COURT:  Oh, okay.

15       MR. SCHWARZ:  And we may have called it 963-A, I'm not

16   sure.  Didn't you add an A to it?

17       MR. OPPENHEIMER:  I may have.

18   BY MR. SCHWARZ:

19       Q.  In any event, 963.  There -- and you may recall I

20   asked you this in the deposition.  At the below 250 threshold,

21   the non-Big 5 have a 45 percent share, and the -- at the above

22   250 threshold, they have a 9 percent share, correct, do you see

23   that?

24       A.  Correct.

25       Q.  And the question I asked you was:  Do you not take any

1    significance from that difference?  Doesn't that require an

2    explanation?

3        A.   I think this goes to Your Honor's question about do

4    the market shares at the high end tell us something.  And I

5    think I said, yes, there's a comfort level among potential best

6    selling authors with the Big 5.  It doesn't mean, however, that

7    those individual Big 5 competitors don't face a lot of

8    competition.  I believe they do.

9        Q.   Well, I think I was getting at a little bit different

10   point, which is when I asked you that question in your

11   deposition, I was trying to get at why you thought there was

12   this distinction.  And you answered size and reputation.

13        Do you remember that?  Or if you don't, I can get it

14   out.

15        A.   No, I believe that's -- I do recall that.  They're

16   bigger, they have more resources.  Plus, as I testified earlier

17   today, they have reputation, because they've been in business a

18   long time and there's repetition.  So those two things generate

19   reputation.

20        Q.   We'll come back to reputation in a second.  But if

21   their size is important here, why don't you see that reflected

22   in the zero to 250 category?

23        A.   There was competition throughout.  The fact that there

24   are these other -- you're talking about the non-Big 5 having a

25   bigger share?

1    Q.  Yes, sir.  I'm trying to get at why do you think the

2    non-Big 5 have 45 percent of the below 250 category.  And I

3    don't understand how size doesn't impact that category as

4    well --

5    A.  I think it --

6    Q.  -- and reputation.

7    A.  I'm sorry.

8    Q.  There must be something else, isn't there?

9    A.  I agree, there's more non-Big 5 competition at the

10   lower end.

11   Q.  And I'm trying to get you to help me -- if you have a

12   view, if you don't, tell us, why that is.

13   A.  It reflects the fact that there are larger numbers

14   competing at the lower end.  It's not necessarily at the 250

15   and below, but this is where the cut is.  And when you go

16   above, you have -- even though you have larger -- you still

17   have a large number, over 30 -- and that number includes the

18   Big 5, and it's increasing, but they win less.  They have fewer

19   resources.

20   Q.  Isn't risk and capital -- risk of losing capital a

21   major factor in that explanation?

22   A.  I understand that argument, and I think Dr. Hill

23   identified that as one of his barriers to entry.  But I don't

24   believe that it is here.  When I look at the empirical analysis

25   that shows the willingness of even small publishers to enter

2894

1    into million dollar contracts, I don't think that's what's

2    going on here.  I think the Big 5 have more resources.

3        Q.  Yes, I agree with that.  The Big 5 do have more

4    resources, don't they.  So let's go back to reputation.

5            Do you have any view on how long it takes to build up

6    a reputation for success in the -- let's call it the best

7    seller category, since you don't like the word anticipated?

8        A.  That's a good question.

9        Q.  I try.

10        A.  Of course it takes time to build up reputation, if the

11    means by which you build up reputation is having observations

12    in the marketplace where you're buying a lot over a long period

13    of time.  As I said, one simple way to think about how one

14    can -- not the only way -- build reputation is to do more and

15    win more, and then you build up a reputation.  However, there

16    are, as I said earlier, highly reputable publishers like

17    Norton -- I don't think anybody would say they don't have a

18    strong reputation.  But there are also -- and this is I think

19    instructive, there are alternative ways to assure the market

20    that you're going to follow through.  And the reputation may

21    not come from that long history, but it may be individual

22    editors who go off and start a new publisher, which has

23    happened.

24        Q.  You mentioned Norton -- you've mentioned them more

25    than once.  Do you happen to know how many trade books they

1   publish a year?

2       **A.**  I don't, but -- I'm not sure if I'm allowed to say

3   this, but they were very well represented on the list of

4   authors that --

5       **Q.**  We'll get there, we'll get there.  I just asked you a

6   question if you knew how many trade books they published a

7   year, and I --

8       **A.**  Fair enough.  I don't.  I mean, their share is low.

9   As I recall, in the proposed segment it's maybe 1 percent,

10  which would correspond to --

11      **Q.**  And has that changed significantly in the last five or

12  10 years, as far as you know?

13      **A.**  I haven't studied the time series there.

14      **Q.**  Would you -- I'm not sure, Your Honor, if I'm allowed

15  to say the number, though it's in the deposition.

16          But would you accept the notion that it's less than

17  200 a year in trade books?

18      **A.**  In all trade books?

19      **Q.**  Norton.

20      **A.**  I wouldn't be surprised.  I don't have that number.

21      **THE COURT:**  Was that 1 percent of the 250 and above market

22  or of the entire market?

23      **MR. SCHWARZ:**  Well, I'm making up a number that's higher

24  than it actually is.  It's like 200 out of 10,000.

25      **THE COURT:**  Okay.

1    MR. SCHWARZ:  For all trade books.

2    MR. OPPENHEIMER:  I'm sorry, Your Honor.  I don't want to

3    quarrel with a hypothetical.  There's no foundation.

4    MR. SCHWARZ:  Well, I'm happy to do that later.  I'm

5    trying to avoid not putting the number into the record.

6    THE COURT:  That's fine.

7    THE WITNESS:  I'm sorry to interrupt, Your Honor, I don't

8    know if I'm allowed to clarify what I meant by 1 percent?

9    THE COURT:  Sure.  What did you mean?

10    THE WITNESS:  I meant it in the 250k and above.

11    THE COURT:  Okay.

12    BY MR. SCHWARZ:

13    Q.  We're going to look at your chart on that, so rest

14    assured we'll come to that.  Now, I want to start in a little

15    bit more orderly fashion with the market and market definition,

16    okay.  We'll try to go through the normal steps of the way at

17    least the government economists normally think of things,

18    market, and then market share, and then harm, et cetera.

19        Do I -- I'm not sure I know the answer to this

20    question actually, even after all this time.  Do you believe

21    that there is a properly defined market for all publishers of

22    books in the United States, of trade books?

23    A.  I do, yes.

24    Q.  Did you do a hypothetical monopsonist test to

25    determine that that was the case?

1       **A.**  No, but I found Dr. Hill's HMTs to indicate that

2   self-publishing was not a relevant alternative at many

3   different advance levels.  The test works virtually down to

4   zero.

5       **Q.**  I think what you're saying is you accepted his HMT, at

6   least for that broad market?

7       **A.**  His HMT yields the insight that when you're looking at

8   all trade books, self-publishing is not a relevant competitive

9   constraint.

10      **Q.**  So I think you've said that you accept the existence

11  of the -- what we'll call the broad market, because that's what

12  you call it, correct?

13      **A.**  Yes.

14      **Q.**  And did you attempt to do an HMT with respect to the

15  Government's market of 250,000 and up advances for trade books?

16      **A.**  So I just have to make sure I understand.  You're

17  asking me --

18      **Q.**  Did you do an HMT for the Government's alleged ATS

19  market?

20      **A.**  So all trade books, but above 250,000?

21      **Q.**  Yes.

22      **THE COURT:**  So what do you mean by HMT?

23  **BY MR. SCHWARZ:**

24      **Q.**  I'm sorry, I'm lapsing into lingo.  It's hypothetical

25  monopsonist test, Your Honor.

1    **A.**   I did not do it, I saw Dr. Hill did it.  I don't have

2    any disagreement with his calculation.

3    **Q.**   Okay.  And but you do have a quarrel with his claiming

4    that what we would call -- the Government would call a sub

5    market exists for ATS trade books with respect to the purchase

6    of trade manuscripts at 250,000 and up?

7    **A.**   Yes.

8    **Q.**   If -- let me give you a hypothetical so we can see if

9    we can figure this out together.  If there were only one

10   publisher who, for whatever reasons -- legal, economic, the

11   only one who was willing to pay $250,000 or more for a

12   manuscript, would you consider that likely to cause competitive

13   harm to the authors trying to sell their books to that

14   publisher?

15   **A.**   Unless there is extremely ready entry, if a firm has a

16   hundred percent, I would expect them to be able to exercise

17   monopsony power given the fact that self-publishing is not a

18   relevant constraint.

19   **Q.**   And while we're at it, you mentioned ready entry.  Do

20   you know what the merger guidelines discuss as being

21   sufficiently ready to count for purposes of entry?

22   **A.**   I've read that part, but I can't quote it to you.

23   **Q.**   Does two to three years sound right?

24   **A.**   That sounds right.

25   **Q.**   By the way, on page 22 of your demonstrative, you have

1    a 28 percent average market share -- I don't know if I'm

2    supposed to say it out loud, but I just did.  A market share

3    there which is for an average over that three-year period.  Do

4    you see that?

5        A.  Yes, and that's in the broad market.

6        Q.  Right.  And do you happen to remember -- because you

7    did have a chart on this in your rebuttal report, what the

8    number was for 2021?

9        A.  By itself, no, I don't remember.

10       Q.  Over 30 percent, does that ring a bell?

11       A.  I don't remember.  I don't dispute that number.

12       Q.  I believe if you -- I think you have up there -- you

13   may have a hard time finding it amidst all that, but page 87 of

14   your rebuttal report has the Exhibit 7.2 where you break it out

15   by year.

16       A.  Do you have a page number on that, Mr. Schwarz?

17       Q.  Yes, 87.

18       A.  Yes, for the combined parties, it's 30.6.

19       Q.  In 2021?

20       A.  Correct.

21       Q.  And it has been going up, then, over those three

22   years?

23       A.  Yes.

24       Q.  Do you understand there to be -- this relates to a

25   number of different analyses that both you and Dr. Hill did.

1          Is there a difference between a count of contracts

2    above 250,000 and titles above 250,000?

3      **A.**    It's messy.  The fact is --

4      **Q.**    Why is it messy?  I'm just asking you is there a

5    difference.

6      **A.**    Well, there is a difference sometimes.  Sometimes the

7    contract only covers one title, other times the contract covers

8    multiple titles.  And it's not always apparent what's going on.

9    And where a contract covers more than one title, do you take an

10   average advance.  Are there data around specific books getting

11   something other than the average.  That's why I said it's

12   messy.

13     **Q.**    Okay.  So just -- I'd just like to clarify the issue,

14   and then ask another question.  If -- when we count by

15   contracts -- or when you did, let's just speak about yourself.

16          When you say you do a contract count, do you count a

17   contract where there may be two or more books where the total

18   payment is 250,000 and up?

19     **A.**    So two specific analyses come to mind.  One is the

20   maximum dollar contract where I had the identity of a large

21   number of publishers entering into contracts above a million

22   dollars.  I did not identify whether those were multiple titles

23   or not.  So that's one.  Both -- I'm trying to remember, I was

24   about to remember the other one.  Oh, the time series on output

25   by PRH before the 2013 merger, and then continuing, that

1    increase in output was 13 percent based on contracts.

2        Q.  Okay, thank you.  I'm trying to get at a different

3    point, so let me ask a better question.  If -- when you use the

4    word by contracts -- you know, in other words, you're

5    categorizing this by contracts above 250, does that mean you

6    include any contract, whether it's one or more than one book,

7    where the total advance is 250 or more; and when you say by

8    title, you mean one book getting an advance of 250 or more?

9        A.  Yes.  And I think you'll see that in Dr. Hill's

10   reports as well.

11       Q.  Okay.  I just want to be sure that that's -- so when

12   we all, including the Court, look at these, we need to be

13   careful to look whether it's you're saying by contract or by

14   title, because you can get a different answer.

15       A.  I don't think you need to be all that careful.  Maybe

16   you can convince me otherwise.  The data are messy, and the

17   messiness goes in both directions.  I haven't found this issue

18   to be something that leads to results that differ.

19       Q.  Well, let me point out one that remains confusing to

20   me.  On page -- excuse me, paragraph 131 of your rebuttal

21   report -- that's page 92.  There you say --

22       A.  I'm sorry, you just have to slow down a little bit.

23       Q.  You probably can answer this question without looking,

24   but go ahead.

25       A.  So rebuttal report, page --

1    **Q.**  92, paragraph 131.

2    **A.**  I'm sorry, repeat that.

3    **Q.**  Paragraph 131, page 92.  The question will be --

4    **A.**  Okay, it starts on page 91.  Thank you.

5    **Q.**  Well, the question -- all I'm asking you -- so just I

6    think if I tell you the question, it will short circuit this.

7    I think there you say that there are about 1,200 anticipated

8    top selling books acquired each year?

9    **A.**  Yes.

10   **Q.**  Now, on page 120 of that same report, Exhibit 9.2, you

11   have a line there that shows the averages of 884 for the two

12   merging parties, and 993 for the rest.  And my math -- which

13   this is about as far as I can go, is 1,875 total on an annual

14   basis.  I'm just wondering there -- I noticed that you talk

15   about acquired from contracts, so I'm just wondering, that's a

16   pretty big spread, and I'm trying to understand the difference.

17   **A.**  So which two numbers are you adding up?

18   **Q.**  884.

19   **A.**  Yes.

20   **Q.**  Yearly average of the two merging parties, and 991.

21   That's a lot different than 1,200?

22   **A.**  It is.

23   **Q.**  Any idea why?

24   **A.**  Not sitting here right now.

25   **Q.**  Okay.  But there you're talking about contracts,

1    right, that's your title?

2       **A.**  Yes.

3       **Q.**  So might part of the answer, at least, be that there

4    may be multiple titles in each contract?

5       **A.**  I don't know.

6       **Q.**  Okay.  While you're in that area there, paragraph 131

7    of your rebuttal report, you talk about something we've

8    mentioned several times which is ATS books, the market the

9    Government's talking about, constitutes 2 percent of the 58,000

10   titles published in your broad market annually.  It's towards

11   the end of that paragraph.

12      **A.**  Yes, I see it.

13      **Q.**  Do you have any idea -- perhaps that may have been in

14   one of your charts that went into evidence on your direct, what

15   percentage of the total amount of advances annually that

16   2 percent constitutes?

17      **A.**  Yes.

18      **Q.**  How much?

19      **A.**  I'm doing this from recall, but that was I believe

20   number 28 in my deck.

21      **Q.**  Okay, that's pretty good.  Let's take a look.

22      **A.**  And this of course, again, is Dr. Hill's report on the

23   top.

24      **Q.**  No, I'm sorry, I don't think you're -- if I might be

25   so bold to suggest, that's not my question.  I was asking you

1    how much of the total number of -- the dollar amount of

2    advances are the 2 percent.  Is that -- oh, I'm sorry, you're

3    right.  I apologize, you're correct, it's at the bottom there.

4              You were going to say, I interrupted you?

5         A.  So, in rough numbers, the total advance dollars across

6    the two categories, which cover everything --

7         THE COURT:  I'm sorry, I don't know what document you're

8    looking at.

9         MR. SCHWARZ:  It's the bottom of page 28, Your Honor, of

10   his demonstrative now on the screen.

11        THE COURT:  Oh, okay.

12        MR. SCHWARZ:  I believe he's referring to the bottom

13   numbers, not the chart itself.

14        THE COURT:  Okay.

15   BY MR. SCHWARZ:

16        Q.  Go ahead.

17        A.  Yes.  So, at the bottom, the total advances across the

18   two categories that cover all trade books is 4.4 billion -- as

19   I recall, it's 4.4 billion plus, but let's just call it

20   4.4 billion.  And the right-hand side accounts for 3.2 billion.

21   And this is over a three-year time period.  And that's -- as I

22   recall, that's pretty consistent with some of the numbers that

23   came in early in the trial to the effect that the above 250,000

24   advance segment accounts for 70 plus percent of the total.

25        Q.  I'm sorry, I got distracted.  Did you give a

1    percentage in your answer?

2        A.  I can do it if you'd let me, but I think it's above

3    70 percent.

4        Q.  Yeah, yeah, it looks about like three-quarters there,

5    but okay.  At any rate, that's fine, thank you.

6        A.  I'm sorry, Mr. Schwarz, I just meant -- I don't want

7    to slow you down, but it may be that the lower end isn't

8    completely inclusive.  But it's over 70 percent.

9        Q.  Okay, thank you.  Do you have any idea about the -- if

10   you cut those 58,000 volumes a year, how many books -- let's

11   say half of those -- the bottom half of those books, how many

12   they sell in a given year?  So the bottom half.

13       A.  You're talking about the books --

14       Q.  The 58,000 that are published, have you looked at all

15   as to the cut of how many any given slice of that 58,000 sells

16   in a given year?

17       A.  I don't think so, because I also don't recall any

18   evidence on how the books above 250,000 sell downstream.  So

19   you're asking --

20       Q.  I was asking you about all 58,000; that's ATS and

21   non-ATS.

22       A.  I'm sorry, what's the question?

23       Q.  Well, let me just ask it straight out.  Would it

24   surprise you to know that half of those 58,000 books sell fewer

25   than one dozen books?

1    **A.**   My book was in that category.   Sorry.

2    **Q.**   And if I had more time, I'd ask you to name the other

3    24,000 and a half there -- excuse me, 29,000, there's my math.

4        Would it surprise you to know that 90 percent sell

5    fewer than 2,000 books?

6    **A.**   I didn't study it.

7    **Q.**   You just don't know?

8    **A.**   I didn't study it.   I don't think there's any evidence

9    on the record.   I would not be surprised.

10   **Q.**   You have a chart that I have elsewhere, but I think

11   you had it in your demonstrative, so I'd prefer to use that.

12   I've found it on page 41 of your demonstrative.

13   **A.**   Yes.

14   **Q.**   And there you put the non-Big 5 into -- you add it all

15   together?

16   **A.**   Correct, using Dr. Hill's advance data.

17   **Q.**   But Dr. Hill didn't add it all together, did he?

18   **A.**   Well, I think in his market share calculations he did.

19   **Q.**   Well, in any event, you do that, and you do it in a

20   few other exhibits in your reports, don't you?

21   **A.**   I do, with the qualification that it's useful for some

22   purposes, but you also have to recognize it's a lot of

23   different publishers.

24   **Q.**   Do you ever try to calculate the Herfindahl-Hirschman

25   Index for the market that you depict here, 41?

1        **A.**   Assuming that the non-Big 5 are one firm?

2        **Q.**   Yes, sir.

3        **A.**   I did not.

4        **Q.**   Would it surprise you if I told you that on that

5    basis, they're in the red zone for presumptively illegal?

6        **A.**   No.

7        **Q.**   So it's fair to say, you really shouldn't be able to

8    have it both ways, should you, Dr. Snyder?  You can't put them

9    together for some purposes you like and not for others, can

10    you?

11        **A.**   I think it's useful to ask the question as a group how

12    important are they.  But it's also important to realize that

13    they don't operate as a group, they have different strategies

14    and they compete against each other.

15        **Q.**   Well, if you want us to look at it as a group, we can.

16    But then even by your broad market standards, you would have an

17    illegal merger, wouldn't you?  Have you looked at that

18    category?

19        **A.**   Mr. Schwarz, I'm getting confused.

20        **Q.**   Well, let me -- I can take you back to that category.

21    But if you do the -- have you done the HHIs for any situation

22    where you put all the non-Big 5 into one category?

23        **A.**   No.  And I might have misspoke, because earlier, a

24    couple of questions ago, you asked me if I had done something.

25    And I thought you were just asking me about the above 250,000.

1    Q.  Well, have you -- and I tried to clarify that just now

2    by asking you have you done an HHI calculation for either the

3    broad or the ATS market with all the non-Big 5 put into one

4    bucket?

5    A.  No, I don't believe so.

6    Q.  I don't think you have either.  I'm asking you if you

7    did.  But my second point is, then, but you do calculate the

8    HHI for the broad market, and you found it to be in the safe

9    zone.  And in that situation, you thought it appropriate to

10   separate the non-Big 5, correct?

11   A.  And I think that's right.

12   Q.  Correct?

13   A.  Yes.

14   Q.  Yes, that's what you did, okay.  Now let's talk about

15   the anticipated top seller market.  You don't like the

16   anticipated part of that, because you don't think it's easy to

17   anticipate these top sellers.

18        Is that at least part of what you said?

19   A.  What I said is the issue of the anticipation is a

20   question of by whom and when.  Some books can be anticipated,

21   others less reliably.

22   Q.  But at its most basic level, sir, isn't it the fact

23   that every editor, when they put $250,000 on the table, they're

24   anticipating that this book is going to sell, correct?

25   A.  That's my point, that particular --

1    Q.   That's my point.  What is your point?

2    A.   Sorry, Mr. Schwarz, a little bit of talking over here.

3    Q.   Sorry.

4    A.   When that particular editor puts 250,000 on the table,

5    it becomes a book in the proposed segment, and it reflects the

6    anticipation by one.  That's what we can infer.  Maybe there

7    are others who also anticipate it, but we only know one does in

8    your example.

9    Q.   If we have an auction where they're bidding

10   round-robin, we know there will be more than one because

11   they're bidding each other up, correct?

12   A.   Yes.  And that's an interesting situation where you go

13   in and you're not sure if others share your view.  But the

14   agent may give you feedback that then leads you to think, oh,

15   it's not just me, there's -- based on the agent feedback, there

16   are others who also highly value this book.

17   Q.   And to some extent, I may -- this may overlap with

18   something I asked you early on in the cross-examination.  But

19   if we had a monopsonist publisher in the United States, one

20   buyer, could they target authors who might receive $250,000 or

21   more?

22   A.   I believe they could, subject to what we talked about

23   earlier, entry.  The issue that I've raised is for some

24   authors, especially celebrity and authors with track records,

25   recall I said they're the ones who have the leverage.  But what

1    you're saying is wait, if it's a monopsonist, single firm, they

2    can't say, well, if you don't pay me what I deserve -- and this

3    goes back to Mr. Wylie's testimony, I'm going to go to somebody

4    else.  So in your hypothetical, there's nobody else to go to,

5    so that leverage is negated.

6        Q.  Yeah, but aren't you also accepting the notion that

7    the monopsonist can target the anticipated -- or I can take out

8    that word, the best seller authors if they want to, because

9    they know what they're going to pay -- they, the monopsonist?

10       A.  Yes.  I don't have any disagreement with that

11   hypothetical.

12       Q.  The Court asked you a number of questions, and I

13   confess, I came away a bit confused.

14           Do you think that two bidders, two publishers bidding

15   for a book, is sufficient in all circumstances to lead to a

16   competitive outcome?

17       A.  All I can tell you is if you have two bidders, then

18   you have at least one competitive constraint.  That's what you

19   know.

20       Q.  But is one competitive constraint as good as two or

21   three or four?

22       A.  Well, agents often go to one.

23       Q.  I asked you a different -- I didn't say the word

24   agent.  Is three better than two, is four better than three

25   bidders or negotiators or multi-round bidders?

1    **A.**  Well, I think it is relevant to note that what agents

2    do matters in this industry.  So agents --

3    **Q.**  I'm sure you can be asked that on redirect, but I've

4    asked you a different question.

5    **A.**  Go ahead, I don't have anything to add.

6    **Q.**  The question was:  Is three bidders better than two

7    when you're trying to sell your manuscript; is four better than

8    three; is five better than four?

9    **A.**  This is a question out of the 1960s.  It's just simply

10    a numbers game --

11    **Q.**  I was alive then, so go ahead.

12    **A.**  So was I, I started studying then.  We're both dating

13    ourselves.  So this -- I'm sorry, I have to bring in agents.

14    How many do they actually choose; what is the relevant

15    competitive constraint.  So you have to not ask this general

16    question, you have to put it in the industry context.

17    **Q.**  Okay, fine.

18    **A.**  And three might be perfectly sufficient.  Competition

19    among Hachette, Macmillan, HarperCollins might be absolutely

20    sufficient.

21    **THE COURT:**  Can you answer the question just generally, in

22    a competitive bidding situation, is three better than two or

23    four better than three?

24    **THE WITNESS:**  If the agent has many to choose from or --

25    **THE COURT:**  I'm just saying generally.  Not in the book

1    industry, just in any competitive bidding situation, is it

2    better to have more bidders?

3        **THE WITNESS:**  I can't answer that question without looking

4    at the specific competitive conditions.

5    **BY MR. SCHWARZ:**

6        **Q.**  Well, suppose I'm an agent who would love to have five

7    competitors, and I end up only having four.  Would you grant in

8    that circumstance that I might be unhappy with this merger?

9        **A.**  But there's over 30 who compete for these contracts.

10       **Q.**  But I want somebody who has a great reputation for

11   success.

12       **A.**  And post-merger there will be four, right, plus others

13   like Norton and S&G.  And I think that's enough, yes.

14       **Q.**  Yeah, but you told me the agent is the one who has

15   good control over this, and I'm the agent and I want five.

16       **A.**  There are five --

17       **Q.**  Are you telling me I don't know what I'm doing?

18       **A.**  There's going to be imprint competition post-merger.

19   We have competition among the other Big 5, plus others.  So

20   you're changing, I think, your hypothetical to a world where

21   there's only five options.  Is that right?

22       **Q.**  Five with a great reputation for success, yeah.

23       **A.**  There's -- and there's fierce competition among

24   Penguin Random House; there's competition within Penguin Random

25   House; you've got Hachette, Macmillan, HarperCollins.  My

1    answer is that's sufficient.

2        **Q.**  So --

3        **A.**  It's not limited, the competition is not limited to

4    that.

5        **Q.**  Implicitly what you just said is that you know better

6    than the agent, even though you've been saying the agent knows

7    better than you?

8        **A.**  Well, some agents choose one, some agents enlist many.

9    I think the situations and the approach by agents vary.  I

10   think you were asking me -- I thought, in a more general sense,

11   and I don't think your general description applies.

12       **Q.**  Okay, we'll move on.  I think you said, both in your

13   report and on your direct, that you really hadn't seen a market

14   or a sub market, if you will, defined by price -- or at least

15   not exclusively by price?

16       **A.**  Yes, without other indicators.

17       **Q.**  I'm not sure what that means, but let me explore it in

18   that regard.  I believe you're familiar with the case of

19   Federal Trade Commission vs. Qualcomm?

20       **A.**  Yes.

21       **Q.**  You were a testifying expert in that case?

22       **A.**  Yes.

23       **Q.**  And do you remember there was a broad market there --

24   to use the terminology of this case, CDMA modem chips?

25       **A.**  I do recall there was a broad market.

1     **Q.** CDMA is a code for some type of chip, right, some

2 standard? We don't have to get into that, but just so the

3 record's clear.

4     **A.** Yes.

5     **Q.** And do you remember there was a sub market that the

6 Court found there?

7     **A.** Yes, for -- yes, I do. I can describe it if you'd

8 like, but yes.

9     **Q.** Well, I'll say it, and you tell me if I'm wrong. It's

10 premium LTE modem chips, a subset of the CDMA chips?

11     **A.** That subset of modem chips had superior performance

12 characteristics used in high end smartphones.

13     **Q.** I'm just trying to get the name of it out there.

14 Premium LTE modem chips. By the way, this is at 411 F.Supp.3d

15 658. It is the Northern District of California, 2019, bench

16 trial.

17     And do you know how premium was defined so that -- in

18 other words, how did the Court define premium LTE modem chips?

19     **A.** It wasn't only by price, because it was designated as

20 a subset based -- my recollection, based on LTE. And there

21 were performance differences for that segment compared to the

22 broader market. And then, the Court also recognized that these

23 typically sell for above a certain amount. I can't remember if

24 it was 400 per chip or 250, I simply don't remember. But there

25 was then, conditional on that, a price cutoff.

1       Q.   Well, I believe it was defined as chips that go into

2   $400 or higher handsets.

3       A.   Thank you.

4       Q.   Is that right?

5       A.   You're refreshing my recollection, I agree with that.

6       Q.   So there was a dollar definition of a sub market of

7   CDMA chips that the Court found, and it was a case in which you

8   testified -- not for the plaintiff I'll grant you, but you're

9   aware of that case?

10      A.   I don't accept your characterization, however.  My

11  recollection is that the LTE chips had different performance

12  features which made them attractive for smartphone -- high end

13  smartphones.  And then based on that, it used a price cutoff,

14  not for the chip, but for the phone.  So the use of a price

15  cutoff was conditioned on other factors that distinguished the

16  product.

17      Q.   But $399 LTE modem chips were not in the market, and

18  $401 ones were?

19      A.   Given that you've refreshed my recollection, it was

20  based on the smartphone, not the chip.

21      Q.   You get my point, there was an arbitrary cut:  399

22  out, 401 in?

23      A.   Conditional on these being higher performance chips,

24  and designated as LTE within the category -- the broader

25  category.

1          Q.   And do you know the Ninth Circuit affirmed with

2     respect to that market definition?   I know they reversed on

3     other grounds.

4          (Brief interruption by the court reporter)

5          MR. OPPENHEIMER:   Your Honor, I think this is argument,

6     and also verging on just calling for a legal opinion.  He's

7     testified as to the factual basis.

8          THE COURT:   I'm going to overrule the objection, just

9     probing the expert's knowledge.

10    BY MR. SCHWARZ:

11         Q.   I'm simply asking you whether or not that market

12    definition, based on price, was affirmed by the Ninth Circuit,

13    if you know?

14         A.   I'm just repeating the same point.  I apologize, I

15    don't agree with your characterization based on price.  You're

16    leaving out, again, the higher performance features of the LTE

17    chips.  And conditional on that, the Court did -- my

18    recollection, which goes to the do I recall this being approved

19    by the Court or used by the Court, yes.

20         Q.   By the way, Dr. Snyder, did the Court find your

21    testimony to be unreliable in that case?

22         A.   I don't recall.

23         Q.   You don't recall, okay.  Well, I'll refresh your

24    recollection:  "Snyder did not even evaluate Qualcomm's

25    conduct, so the Court finds that Dr. Snyder's opinions are not

1    reliable."  That's at page 820.

2            That doesn't ring a bell?

3        A.  It rings a bell insofar as my assignment was

4    different.  It wasn't to evaluate Qualcomm's conduct.  I don't

5    recall -- I don't think I've read that particular sentence.  I

6    have no reason to dispute it.

7        Q.  And I think you did also -- while we're talking about

8    this subject, you did early on in your direct testimony

9    reference the Sitts vs. Dairy Farmers case in Vermont?

10       A.  Yes.

11       Q.  And that was -- happened to be a monopsony case --

12       A.  Yes.

13       Q.  -- involving, I think, milk?

14       A.  Dairy farmers.

15       Q.  Well, and their milk, yeah.

16       A.  And their other products.

17       Q.  Okay.  And that -- in an opinion -- the relevant

18    opinion I'm talking about, although there are several others,

19    is a 2020-1 trade cases, paragraph 81276; also, 220 WL 3467993.

20    There, that judge, in what would have been a jury trial, also

21    found that your testimony, quote, does not fit the facts of

22    this case, and your testimony was not permitted before the

23    jury?

24       A.  I don't know what that means.  I can tell you what I

25    understand the judge's objection to be to the work that I did.

1    And it was on the identification of potential options as

2    opposed to doing more work to find out whether a particular

3    option was really available.

4        Q.   Can we look at your -- I guess what you call your

5    waterfall.  And I guess we can just look at your demonstrative.

6            Page 16, Your Honor.

7        **THE COURT:**  I just don't know where these demonstratives

8    are.

9        **MR. SCHWARZ:**  I don't know where yours are, but that was

10   what Mr. Oppenheimer was using frequently.  So we can probably

11   also put it on the screen.

12       Q.   So if I understand this chart correctly, you were able

13   to discern 150 auctions with multiple bidders where you could

14   determine the runner up; is that correct?

15       A.   That's correct.

16       Q.   And there were 149 single bidders contracts -- excuse

17   me, acquisitions where because they were single bidder auctions

18   you couldn't, of course, determine the runner up, correct?

19       A.   Correct, there was no known identified runner up.

20       Q.   I'm not arguing, I'm just trying to lay the

21   foundation.  And of the 150 multi-bidder with known runner up,

22   you found 96 that were won by PRH or Simon & Schuster, correct?

23       A.   Yes.

24       Q.   That's almost two-thirds.  That's quite a high

25   percentage, isn't it?

1      A.   Yes.

2      Q.   And of those 96, S&S or PRH, depending on which one of

3   those two won, the other one was runner up, correct?

4      A.   I just want to make sure I understand which --

5      Q.   Twenty-one out of 96, I'm just reading off of your

6   chart.

7      A.   Yes.

8      Q.   And by my math, that means 22 percent of the time the

9   merging parties were runner up to each other?

10     A.   No.

11     Q.   Okay.  What's wrong with my math?

12     A.   Well, you're just focusing on the multi-bid.

13     Q.   I know, but you can't -- I don't -- I have no idea

14  about the other ones.  I'm only looking at the ones that you

15  can identify the runner up, correct?  If I look at the other

16  ones, why would I count them?

17     A.   There's no known runner up.

18     Q.   So is that a penalty for this argument?  Does that

19  mean we can't look at the places where we do know something?

20     A.   I guess it's a matter of interpretation.  I see this

21  as -- I understand your point, that in a multi-bidders context

22  where we have a known runner up, your numbers are right.  All

23  I'm saying is there are these other contracts where you also

24  don't have a known runner up.

25     Q.   So you spent a lot of time with Mr. Oppenheimer

1    talking about the fact that PRH and S&S are seldom runners up

2    when the other wins -- seldom in terms of a low number.  I

3    think you even said 6 or 7 percent ultimately as a number,

4    right?

5         A.   Yes.

6         Q.   Okay.  And you spent a lot of time telling us that

7    only runners up count for meaningful competition, right?

8         A.   That's right.  And you can estimate that by market

9    shares, and it's 12 percent.

10         Q.   So I'm looking at what I can know -- I can't know what

11    I can't know.  But with respect to what I know, you tell me

12    there are 96 occasions when I can know something, right?  And

13    21 of those times the other party's a runner up.

14              So isn't that 22 percent a meaningful number?

15         A.   Well, there's so many different things to say.  Your

16    calculation is right.  I think the fact that there's not a

17    known runner up in 149 others I think is relevant.  We can

18    disagree.  I also think that we have to keep in mind that PRH

19    and S&S are over represented here.  We have to keep in mind

20    that in 47 percent of the time, when one wins, the other

21    doesn't even bid.

22         Q.   Well, if we were an all-knowing agent who handled all

23    the single bidders, and we -- it's just as possible that in

24    every one of those 149 occasions, S&S was runner up to PRH or

25    vice versa; you don't know and I don't know, right?

1        A.   In those situations --

2        Q.   Right, am I right?  You don't know and I don't know,

3    yes or no?

4        A.   I'll give you a yes or no.  In those situations, one

5    cannot know, so that's the simple fact.  You can't identify

6    them.

7        Q.   And so are you in the business of trying to count

8    things that you can't figure out the -- that you don't know the

9    answer to?

10       A.   Well, if you can't know it, they're not runner up.

11       Q.   I don't -- how can you possibly say that under oath?

12   They could be the runner up, you don't have any idea, do you?

13       A.   You don't know.

14       Q.   Correct.

15       A.   If you want to use -- excuse me, if you want to use

16   market share, then you could apply 12 percent to that.

17       Q.   No, I'm trying to use your numbers, which you tell me

18   are what I should look at.  And when you came up with that 6 or

19   7 percent number, you were including the 149 in your

20   denominator, weren't you?

21       A.   That's correct.

22       THE COURT:  And for the record, you mean the single

23   bidders situations?

24       MR. SCHWARZ:  I'm sorry, the 149, yes, Your Honor.  I

25   should have said that.

1              Your Honor, might this be a good time to take a break?

2         **THE COURT:**  Yes, let's take a 15-minute break at this

3    time.

4              Dr. Snyder, please don't talk to anybody about your

5    testimony during the break.  Thank you.

6         (Recess taken at 3:27 p.m.)

7         (Back on the record at 3:47 p.m.)

8         **THE COURT:**  You're still under oath, Dr. Snyder.  You may

9    proceed.

10   **BY MR. SCHWARZ:**

11        **Q.**  Thank you.  Dr. Snyder, would you please look at page

12   43 of your demonstrative -- I'm sorry, 42, 42.

13        **A.**  Okay.

14        **Q.**  There you say that 23 percent is the share of

15   contracts with non-Big 5 -- I assume that means publishers, as

16   winners or runners up in the ATS market?

17        **A.**  Based on the agency data, yes.

18        **Q.**  I'm trying to understand how you calculated that.  If

19   I -- is this related to the data on -- in your waterfall, page

20   I think it's 15 of the demonstrative?

21        **A.**  It's not reflected in that particular waterfall, but

22   water can flow in a lot of different categories.  But it's

23   basically a reflection of how often these other publishers win,

24   plus, as indicated in the data, how often are they runner up.

25        **Q.**  Let me understand what it's a percentage of.  Am I

1    correct in -- let's assume I'm making up a number, a hundred

2    occasions that you're looking at where you can determine the

3    runner up -- I guess we know what the answer was, 150.

4          Is that the same data we're looking at that's in your

5    waterfall, 150 examples?

6      A.   I believe so.  I can check.  I believe that's right.

7      Q.   It's on page -- just so the Court understands and the

8    record is clear, we're looking at the waterfall on page, what,

9    15?  No, 16.  So it's the green rectangle there with 150.

10          Is that the number of known multi-bidders with known

11    runners up, I should say?

12      A.   Yes.

13      Q.   So that would be the denominator, if you will?

14      A.   Yes.

15      Q.   And, again, my arithmetic is not great, but if I

16    understand this, in theory then there could be as many -- if

17    the non-Big 5 publishers were, purely hypothetically, to have

18    been the winner and runner up on every one of those 150, you

19    could score 300, right?

20      A.   Two hundred I think.  Maybe I'm not getting your

21    question.

22      Q.   Two hundred --

23      THE COURT:  Can you explain that, Mr. Schwarz?

24      MR. SCHWARZ:  Can I explain it?

25      THE COURT:  Your question, I'm not sure I understand it.

1    BY MR. SCHWARZ:

2        Q.  My question was if there are 150 known occasions where

3    we can identify who the runner up and the winner were in your

4    sample, then there are in theory, at least in terms of data

5    points, as many as 300 winners, so to speak, if you will?

6        A.  So you're confusing --

7        THE COURT:  Oh, you're saying winner and runner up?

8        MR. SCHWARZ:  Yes, Your Honor.

9        THE COURT:  So two spots --

10       MR. SCHWARZ:  Yes, I'm sorry.

11       THE COURT:  -- in 150.  I got it, okay.

12       MR. SCHWARZ:  It took me a long time to have this

13   explained to me myself.

14       THE WITNESS:  And if you can convert it to percentages, it

15   would be 200 percent would be the max.

16   BY MR. SCHWARZ:

17       Q.  Exactly.  So is it the -- if, if I look at the

18   waterfall there, you have nine of those 150 were won by the

19   non-Big 5 -- Demonstrative 16?

20       A.  Yes.

21       Q.  So that -- then what I'm struggling to understand is

22   how many times did the non-Big 5 have to be runner up in order

23   to get to 23 percent?

24       A.  More often than they won, and you see that in other

25   data.

1    Q.  Okay.  But can you give us a precise number if we know

2    the denominator and we know the methodology and we know one of

3    the two variables?  We know the nine.  We know the denominator

4    is 150.  Is it -- are we talking about 14 or are we talking

5    about --

6    A.  I can do it, but just an interim step here.  The

7    denominator would be 300.

8    Q.  Okay.

9    A.  Not 150.

10    Q.  Great.

11    A.  And then they win nine times, and then your -- the

12    percent calculation is 23 percent.  So we need roughly 69 total

13    in the numerator, 69.  And if I've got my calculation right,

14    that means they won nine times and they were runner up 60.  I'm

15    sorry, I did that incorrectly.  It has to be 35.  Will that get

16    us there?

17    Q.  I have no idea.

18    A.  Hold on a sec.  The numerator has to be 46.  Nine

19    times the one, and that means 37 times they need to be runner

20    up.  So nine plus 37 equals 46 -- I'm sorry, I'm still doing it

21    incorrectly, because the -- I was closer the first time.  The

22    denominator's 300.

23    Q.  So my rough math tells me you've got to get up to 60

24    something to get 23 percent.

25    A.  Well, 60 additional times roughly.  So their runner

1    upness, if I could coin a new phrase, exceeds the frequency

2    with which they win.

3        THE COURT:  I'm sorry, that's 60 times out of 150?

4        THE WITNESS:  Well, the denominator now is 300.  So it's

5    total count.

6        THE COURT:  I see.

7    BY MR. SCHWARZ:

8        Q.  There's some multiplication and some division going on

9    here, and I still don't understand it.  But it strikes me as

10   extremely unlikely that 60 times out of 150 they were -- the

11   non-Big 5 were runners up.

12       THE COURT:  So I want to make sure I understand this.  So

13   you're saying the non-Big 5 won nine times, and they were

14   runner up 60 times out of the 150 multi-bidder situations where

15   we know the runner up.  That seems very high.

16       THE WITNESS:  It is high, Your Honor.  But when you look

17   at individual publishers like Norton, which was mentioned

18   earlier, and Astra, their share is 1.1 percent combined.  And

19   elsewhere in my analysis, the data indicate that they are

20   winner and runner up roughly 7 percent.  So it does happen when

21   you look at individual publishers.

22   BY MR. SCHWARZ:

23       Q.  So if you used 150 as your denominator, it would be

24   something like 25 times they were runner up?

25       A.  Well, this is combining them to be 23 percent.

1      Q.   I understand that.

2      A.   So it's nine over 150 plus, I believe, 60 over 150,

3   converted into 300.

4      Q.   All right, let's look at something we perhaps all can

5   understand a little better, which is Exhibit 6.5 of your

6   rebuttal report, which is at page 80.

7      A.   Yes.

8      Q.   So if I read this right, Dr. Snyder -- and I'm sure

9   you'll tell me if I don't, this shows that for multi-bidder

10   contracts won by PRH -- and now I'm looking at 6.4, putting

11   together all 74 contracts, Simon & Schuster was the runner up

12   20 percent of the time?

13      A.   The right-hand column?

14      Q.   Yes, sir.

15      A.   That's the number I read, 20 percent on a base of 74

16   contracts.

17      Q.   And this is your chart, right, I mean, this is what

18   you came up with?

19      A.   Yes.

20      Q.   And in 6.5 is the occasions among the multi-bidder

21   contracts over $250,000 in advances where Simon & Schuster won,

22   and depicting who the runner up was.  And recognizing it's only

23   22 contracts, you calculate 27 -- yeah, 27 percent of the time

24   Penguin Random House is the runner up?

25      A.   Yes.

1       Q.   And if I've got my math right, that means Penguin
2  Random House is the most frequent runner up to Simon & Schuster
3  in all these bids, correct?
4       A.   In those 22, yes.
5       Q.   I mean, I assumed you picked all the ones you could
6  identify?
7       A.   I'm just -- yes, in those 22 bids -- or contracts.
8       Q.   We'd love to know more, but we don't.  As far as you
9  know, we don't know any more than that, correct?
10      A.   Correct.
11      Q.   Because you've told us your concerns about the various
12 other data points we have, the win-loss reports, the editorial
13 reports, et cetera?
14      A.   I'm not sure if there's a question there.
15      Q.   This is the best data you could find, correct?
16      A.   No --
17      Q.   To show runners up?
18      A.   That's not my testimony.  I'm okay with diversions
19 according to share; I said that that's okay.  But let's look at
20 the other data to see if there could be divergences.  And the
21 agency data are one of the two sources where you can get at the
22 runner up, and therefore diversion.
23      Q.   But in terms of actual data showing runners up, this
24 is what we've got that you think is reliable, correct?
25      A.   Well, I think you get insights from Dr. Hill's runner

1    up.  But you have to take into account that it's only based on

2    discovery from the two parties.

3        Q.   Okay.  This is from discovery from agents, correct?

4        A.   Correct.

5        Q.   This being the charts we just looked at, so the

6    record's clear?

7        A.   Yes.

8        Q.   Did you attempt to put together any model of potential

9    harm in the anticipated top seller market?

10       A.   No.

11       Q.   And did you try?

12       A.   No, and I can explain why if you'd like.

13       Q.   I think, as I recall, in your deposition you said you

14   thought about it to some extent, correct?

15       A.   Yes, and I have thought about it.

16       Q.   And did you conclude that it was impossible?

17       A.   I concluded that it was possible to get insights

18   around important elements in a model:  Market share, ability

19   and willingness of authors and agents to make substitutions,

20   and the potential supply responses of rivals.  Those three

21   components are often input into models that illuminate --

22   hopefully illuminate, the potential exercise of market power.

23   And you see that in the application of models to situations

24   where you're looking at two firms that are merging, a group of

25   firms that are potentially a cartel, and then you take into

1    account those competitive forces.  But I did not do a model.

2        Q.  Well, let me see if I can get at this another way.  To

3    the extent that you could -- you've thought about it, did you

4    come up with any potential way to do a model that might be able

5    to be done given the data we have?

6        A.  Two things.  One is, as I've testified, one of the

7    real problems in modeling this industry is the role of agents,

8    for example, in selecting among the mix of acquisitions.  I

9    couldn't figure out how to do that.  But the other thing I

10   would just say is I stopped thinking about it in any active

11   way, because my empirical analyses didn't indicate that there

12   would be harm.  And having considered Dr. Hill's model, I

13   didn't -- I was not persuaded that his SSA model yielded any

14   relevant insights because of reasons that I've testified to.

15       Q.  When you say your empirical analyses formed part of

16   that conclusion, I'm not sure I understand what empirical

17   analyses you're referring to.

18       A.  All of the empirical work I did on the mix of

19   acquisitions used by agents; the willingness of authors and

20   agents to choose non-Big 5 publishers; the non-quantitative

21   inquiries into the record about qualitative evidence of how

22   agents behave.  So that's on the agent/author side.  And then

23   on the publisher side, it's numbers of bidders; imprint

24   competition; the number -- the ability of non-Big 5 to commit

25   substantial resources; empirical inquiry into recent entry;

1    identification of potential entrants who are operating

2    successfully below the 250,000 threshold.  So these together

3    are what economists look at on both sides of the market.  I may

4    have left something out, but that's the core of it.

5        Q.  But economists looking to see if there's harm

6    frequently do try to put together a model of some kind, don't

7    they?

8        A.  As I said, I --

9        Q.  That's a yes or no question.  I don't think we need to

10   go through all this again if you've said it.  Can you answer

11   that yes or no?

12       A.  Well, I would just refer you back to my previous

13   testimony.

14       Q.  Well, so you can't answer it yes or no?

15       A.  Sometimes they do, sometimes they don't.

16       Q.  Would you take a look at page 52 of your

17   demonstrative.

18       A.  Yes.

19       Q.  There we're talking about particular bids for this

20   particular book, Neruda on the Park.  And you gave some

21   testimony about this subject.

22       THE COURT:  It's confidential.

23   BY MR. SCHWARZ:

24       Q.  Yeah, I wasn't going to get into it.  We don't --

25   we're not supposed to talk about the numbers, okay, and it

1     shouldn't be on the public screen.

2          A.   I think I might have testified earlier about the

3     numbers, but who's going to piece it all together.

4          Q.   Okay, I'm sorry.  Well, then you and I won't repeat

5     the numbers.  But there you see that there is -- you took this

6     to indicate to us the importance of imprint competition,

7     correct?

8          A.   Yes.

9          Q.   Showing that everything is in the eye of the beholder,

10    I looked at this and I saw, wow, somebody bid a huge amount

11    above everybody else; is that correct?  That is what happened,

12    correct, somebody bid a very large amount above three -- four

13    other bidders?

14         A.   Yes.

15         Q.   Now, in the world in which I live in, I call that a

16    maverick, somebody who looks at the value of what they're

17    buying and sees a very much higher price than everybody else.

18              What do you call that person?

19         A.   I wouldn't identify this as maverick behavior.

20         Q.   You would call them a fool?  I mean, what would you

21    call them?

22         A.   I think the term maverick reflects behavior --

23         Q.   Well, what would you call them?  Forget maverick.

24         A.   I wouldn't call them maverick, and --

25         Q.   I said forget maverick, what would you call them?

1    **A.**    I would characterize it as a situation where the

2    editor for that particular imprint was really excited about

3    acquiring this book, and they had a large maximum value in

4    mind.  And they bid a high level, and it turns out apparently

5    to be much higher than others.

6    **Q.**    And in that situation -- putting aside the question of

7    different imprints, and I take your point about that, you have

8    an author who was tremendously benefitted by having five

9    bidders instead of four, correct?

10   **A.**    I think this author was primarily benefitted by having

11   one who was really excited about the match.

12   **Q.**    One out of five, would you concede that much?

13   **A.**    There are five here.

14   **Q.**    Okay, great, we agree.  And if that very enthusiastic

15   editor were not available to bid for whatever reason, that

16   author might end up with a much, much, much lower advance,

17   correct?

18   **A.**    Yes, if you hold the other four constant, no agent

19   behavior, yes.

20   **Q.**    Well, I mean, the way you've described competition,

21   what matters is who's one and two.  There's a big gap between

22   one and two, correct?

23   **A.**    Yes.

24   **Q.**    Now let's go back to a hypothetical, just for a change

25   of pace here.  I'm talking about agents now.  If there were a

1    monopsonist publisher who was the only buyer of manuscripts in

2    the United States, do you think agents have enough ability to

3    overcome whatever harm that monopsonist might try to accomplish

4    in the market?

5        A.    Probably not.

6        Q.    So there are some limits to the agent's ability?

7        A.    Definitely.

8        Q.    Okay.  And I take it another limitation is that the

9    agents, absent a gun, cannot force a publisher to bid?

10       A.    Correct, all they can do is invite.

11       Q.    Right.  And I take it they can't force them to bid

12   higher once they bid?

13       A.    I don't know what the word force means.  Agents

14   have --

15       Q.    With a gun, any --

16       **MR. OPPENHEIMER:**  Your Honor, he should be allowed to

17   finish his answer.

18   **BY MR. SCHWARZ:**

19       Q.    Okay, fine.  Finish your answer.

20       A.    They have tactics, not guns.

21       Q.    And if a publisher has been told that they can go up

22   to X dollar amount, do you think that the agents have the

23   ability to get them to go beyond that amount?

24       A.    Beyond their maximum?

25       Q.    Yes.

1    **A.**   No.

2    **Q.**   Do you think that an author who has an agent who can't

3    get them more than 25,000 in an advance has a lousy agent?

4    **A.**   No, I wouldn't reach that conclusion based on just

5    that information.

6    **Q.**   Do you think that the level of competition among

7    publishers has an effect on the amount of the advance that an

8    agent is able to get for his client or her client?

9    **A.**   Not if the potential publishers have low valuations.

10   The agent can't manufacture higher maximum valuations.

11   **Q.**   Okay, I agree with that.  Now, you -- one of your

12   quarrels with the second-score auction models that Dr. Hill

13   performed is that he uses the wrong margin -- profit margin

14   calculations, correct?  And you went through that at length

15   with Mr. Oppenheimer, right?

16   **A.**   Yes.

17   **Q.**   And a major part of that quarrel between you is that

18   Dr. Hill chose to use, as best he could determine it, variable

19   costs rather than fixed costs -- at least you understand that

20   to be what he was trying to do?

21   **A.**   I think he should testify on that.  That's not my --

22   **Q.**   Did you --

23   **A.**   -- concern.

24   **Q.**   Okay, sorry, finish.  Did you include operating costs,

25   in whole or in part, in your margin calculations to correct

1      Dr. Hill's calculations?

2          A.   Am I allowed to give a real answer here or just you

3      want yes?

4          Q.   I hope so.

5          A.   Yes.  In my rebuttal report, having identified that

6      Dr. Hill used inconsistent approaches to margins in his first

7      report, I chose to recalibrate the model with consistent

8      margins across the two parties that included operating

9      expenses.

10         Q.   Do you think including operating expenses is

11     appropriate to determine profit margins for normal corporate

12     operations?

13         A.   In this situation, absolutely, because the imprints

14     are distributed -- there are a hundred of them for Penguin

15     Random House.  If you have a hundred different entrepreneurial

16     creative activity -- excuse me, operations, you better make

17     sure that they are bidding in a way that allows PRH as a whole

18     to recover operating expenses.

19         Q.   Did you hear or read any of Madeline McIntosh's

20     testimony?

21         A.   I don't recall that I did.

22         Q.   Would you be surprised to know that, I believe, she

23     testified that she was encouraging her editors to bid above

24     variable costs to at least recover some operating costs, even

25     if they don't factor in all operating costs?

1    **A.**  That can be a strategy in some situations.  But if

2    you're in a situation where you've got lots of this

3    entrepreneurial activity distributed throughout the firm, if

4    everybody does that, that's a recipe for a big problem with the

5    overall activity.

6    **Q.**  Are you -- I assume you're familiar with a fellow

7    named Paul Krugman who won a Nobel Prize?

8    **A.**  I don't know him personally, but I'm familiar with him

9    for his Nobel Prize winning research and his column.

10   **Q.**  In your book, your book of exhibits -- I think you

11   should have one of these, we're going to start looking at this

12   book.

13   **A.**  Oh, Government's exhibits?

14   **Q.**  Yes.

15   **A.**  Sorry.

16   **Q.**  In there, it's under a tab called Microeconomics

17   Excerpt, and it follows the tabs for Spiegel & Grau.  It's

18   about midway through, a little bit short of midway.  The cover

19   page looks like that.

20   **A.**  I'm not there yet.  Now I've got the right notebook,

21   so please direct me.

22   **Q.**  Yeah, it's got a tab saying Microeconomics.  There is

23   an index, but it's easier just to find it.  It's about a third

24   of the way through right after Spiegel & Grau.

25   **A.**  The binder I have in front of me is United States

1    exhibits for the -- for my examination.

2        Q.  Yeah.  Has it got a bunch of tabs in it?

3        A.  Sorry, this is the wrong one, rebuttal report and

4    deposition transcripts.

5        Q.  It's a little bit thinner -- a lot thinner.  Not that

6    thin I don't think -- maybe.  You want to help him.

7            Your Honor, might --

8        THE COURT:  Yes, please.

9        THE WITNESS:  Thank you.  I did not have this, but now I

10   do.

11   BY MR. SCHWARZ:

12       Q.  That's our fault, I'm sorry.  So if you'd turn to page

13   369.  We put the cover page in just so you can see this is a

14   microeconomics 101 textbook.  At the top of the page:  "When

15   price is greater than minimum average variable costs, however,

16   the firm should produce in the short run."

17            Is that a proposition you agree with?

18       A.  Yes.

19       Q.  Lower down right in the middle, there's a paragraph --

20   the fifth paragraph begins with it's worth:  "It's worth noting

21   that the decision to produce when the firm is covering its

22   variable costs, but not all of its fixed costs, is similar to

23   the decision to ignore some costs."  And then the next

24   paragraph:  "In the short run, a production decision fixed cost

25   is, in effect, like a sunk cost, it has been spent and it can't

1    be recovered in the short run."

2            Do you agree with those statements?

3        A.   Yes, in econ 101.

4        Q.   I'm reminded to read another sentence, which says:

5    "You may recall from chapter nine that a sunk cost is a cost

6    that has already been incurred and cannot be recouped.  And

7    because it cannot be changed, it should have no effect on any

8    current decision."

9            Do you agree with that?

10        A.   This is -- you're talking about a sunk fixed cost, not

11    operating expenses, right?

12        Q.   So would you consider the salary of the CEO,

13    Mr. Dohle, to be a sunk cost or an operating cost?

14        A.   It's an ongoing cost, it's not a one-time fixed sunk

15    cost.

16        Q.   Do you think that that cost varies with the amount of

17    books that are published?

18        A.   No.

19        Q.   But you nevertheless think it's a variable cost?

20        A.   It's an ongoing operating expense that the distributed

21    units need to take into account.  And if they don't take into

22    account ongoing operating expenses, the result will be

23    problematic.  It won't be problematic if you do it for the

24    101st book, provided that you've been recovering and

25    contributing to operating expenses for the previous hundred.

1    **Q.**  So I take it what you're saying is you need to pay

2    back your share of operating costs before you can price a

3    variable cost?

4    **A.**  In the context of a distributed organization like PRH

5    and Simon & Schuster, I am not at all surprised to see guidance

6    reflected in the book level P&Ls where they are supposed to

7    account for shares of operating expenses that are ongoing.

8    **Q.**  But we're talking about Nathan Miller's second-score

9    auction model.  And in that regard, do economists consider the

10   CEO's salary or other administrator's salaries to be part of

11   the variable costs that they're supposed to exclude from

12   margin?  We're not talking about how PRH operates, we're

13   talking about how you do a second-score auction model.

14   **A.**  I didn't realize we were talking about that.

15   **Q.**  I'm sorry, I thought I started that way.  Can we

16   start -- we're talking about your concerns about Dr. Hill's

17   profit margin calculations in the second-score auction model,

18   okay, are you with me?

19   **A.**  Yes.

20   **Q.**  So in that regard, you seem to have a quarrel with how

21   he calculates margin.  And as I understand it, you think he

22   should exclude the CEO's salary as margin?

23   **A.**  I realize that that's -- that that particular cost is

24   something that you want to keep going back to, but operating

25   costs in a distributed situation need to be covered.  And it's

1  reflected in the P&Ls, book level P&Ls, that guide bidding by

2  individual agents -- excuse me, individual editors.  This is

3  exactly what I would expect.  It's absolutely consistent with

4  economics.  If you want to bring in a Nobel Prize winning

5  economist, bring in Oliver Williamson who won the Nobel Prize

6  based on how you organize activity in organizations that have

7  this feature of distributed operational units combined with

8  firm-wide infrastructure.

9      Q.  Let me try again, something that I think we got

10  distracted from.  My question being, so does there come a point

11  in time where a particular imprint has paid its fair share of

12  operating costs and can then price at variable cost?

13      A.  I can definitely imagine that there can be a situation

14  where an imprint is developing over a course of time

15  acquisitions at prices that cover operating costs, and then are

16  encouraged to price more aggressively.  But the body -- what

17  I'm saying is that the body of their activity, and activities

18  across imprints, better cover operational expenses that are

19  ongoing.

20      Q.  Okay.  Do you think barriers to entry into the ATS

21  market -- that is, bidding 250 and up, are low in this market?

22      A.  I do.

23      Q.  And that's because you think it's easy to get size and

24  reputation and capital to bid 250?

25      A.  We see entry increasing -- excuse me, reflected in the

1   increasing number of active participants in the market based on

2   winning.  We see their ability to make big financial

3   commitments.  So yes, I think that you see entry, and you see

4   their ability to commit resources.  We also see a large number

5   of, what I call, savvy authors saying yes to those publishers.

6   And you also see agents inviting them to bid, and they respond

7   and they bid.  And sometimes they win, sometimes they lose, and

8   other times they constrain.

9        Q.   Why don't you take a look at your -- the binder of

10  exhibits, the same book that had Paul Krugman's thing.  You'll

11  find closer to the middle, past Paul Krugman's excerpt,

12  PX-80-E?

13       A.   Yes.

14       Q.   I believe we want to look at page 13 in the deck.

15  Does this look familiar to you at all, Dr. Snyder?  This

16  document, I believe, has been admitted.  Are you on page 13?

17       A.   I'm on page 13.  I don't recall seeing this document.

18       Q.   Okay.  If you look at -- this is a capital allocation

19  report of Bertelsmann, 2020 to 2022.  If you look at under

20  market characteristics, talking about the purchase of Simon &

21  Schuster.  Do you see that at the top of the page?

22       A.   Yes.

23       Q.   Are you with me?

24       A.   And you're talking about business characteristics?

25       Q.   Market's characteristics.

1       A.   Oh, markets, yes.

2       Q.   Second section.  It says: "Structure:  Oligopoly.   In

3    addition to PRH, only four other major trade publishers."  And

4    then it says, "Barriers to entry high, especially reputation

5    and sales."  It sounds a whole lot like what you said,

6    reputation and sales.

7            Does that -- the fact that your merging party thinks

8    this is the case have any effect on your view?

9       A.   Oligopoly, yes.  Barriers to entry high, no, I don't

10   change my view.  The data shows successful entry, increasing

11   number of entrants, capacity to make substantial financial

12   commitments, and authors willing to consider them, and in many

13   cases contract with them.

14      Q.   So you would agree that this is an oligopoly?

15      A.   Any industry with anything less than a large, large,

16   large number falls into the category of oligopoly.

17      Q.   Really, okay.  So I gather from your answers to those

18   questions that you consider yourself to be more knowledgeable

19   about these issues than the merging parties -- or at least PRH?

20      A.   I don't know who wrote this, and so on and so forth.

21   All I can tell you is based on the empirical work that I've

22   done, and looked at how firms are entering, I do not agree with

23   the proposition that barriers to entry are high.

24      THE COURT:  Can I ask a question.  Can there be a

25   difference in terms of entering a market between being somebody

1    who can enter the market and be a consistent player versus

2    someone who can enter and win one or two books?  Because I

3    think that's where there's a disconnect between what you're

4    saying and what Mr. Schwarz is saying.

5         THE WITNESS:  You can have one-hit wonders, if I may.

6    However, then you also have firms like Chronicle that are

7    getting a lot of traction.  So I'm not claiming all of them are

8    going to enter and become successful, long term players, but

9    they're entering and they are acquiring and they're winning.

10        THE COURT:  But they're acquiring just a few books whereas

11   the major players are acquiring lots of books.

12        THE WITNESS:  That's right.

13        THE COURT:  So how are you defining the market that

14   they're trying to enter, just occasionally winning or being a

15   consistent player in the market?

16        THE WITNESS:  Well, the guidelines say you have to look at

17   the number, and then the second thing that I look at is ability

18   to compete.  And one of the measures is willingness to commit

19   large dollars amount.  And I studied that and confirmed that

20   they are willing to do so.  And then I also looked at whether,

21   as I said, these various authors are willing to go with them,

22   and are agents willing to engage them.  And all those

23   indicators say yes.  I agree that they don't win as much as the

24   Big 5.

25        THE COURT:  So even if they're just doing a couple books a

1    year, you would consider them in the market, and that proves

2    that there's no barrier to entry?

3        **THE WITNESS:**  It indicates that barriers to entry are

4    certainly not high the way that economists -- at least, I think

5    about barriers to entry being high.  It's not about the

6    capital.  I do agree that there are differences in reputation,

7    but I think I've already covered that.

8        **THE COURT:**  Okay.

9    **BY MR. SCHWARZ:**

10       **Q.**  Is there a difference between barriers to entry and

11   barriers to successful entry so that they can meaningfully

12   compete with the Big 5?

13       **A.**  There can be.  And then you have to look at how

14   individual entrants are doing, and whether they're getting

15   traction; and whether smaller publishers that have been around

16   a little bit longer like Chronicle are moving forward.  And

17   they are, I think the evidence was that they were tripling

18   advances.

19       **Q.**  We're going to come to those points right now, but let

20   me -- let's start down that road with your Exhibit 9.1, which

21   is page 119 of your rebuttal report.  That's the fatter binder

22   that has your deposition in it as well.

23       **A.**  So this is labeled rebuttal report and deposition

24   transcripts?

25       **Q.**  Yes, sir, that's it, that's it.  Page 119 of the first

1    document.  It's on your screen now, if that's easier.

2        **A.**  Okay.

3        **Q.**  So there, just so we understand what we're looking at,

4    that's the frequency of 250,000 and above offers made and

5    contracts signed by non-Big 5 publishers in the three-year

6    period 2019 to 2021.

7            Did I get that right?

8        **A.**  Yes.

9        **Q.**  Now, I note that this says contracts signed.  Does

10   that mean what it says, not titles but contracts?

11       **A.**  I believe so.

12       **Q.**  So, in other words, that could be a contract in

13   which -- just take one example, Norton paid $250,000 for two

14   books?

15       **A.**  Yes.

16       **Q.**  Meaning, therefore, an average of 125 per book?

17       **A.**  Yes.

18       **Q.**  So if I understand it, you found -- and I don't know

19   that I'm allowed to read these out loud.  I suspect not, so I

20   won't.

21            But you see there that the top publisher -- and going

22   on down towards zero as the actual contracts signed?

23       **A.**  Yes.

24       **Q.**  And I think I'm allowed to anonymize and use the

25   bottom -- the aggregate.  So you have 154 in total, correct?

1    **A.**  Yes.

2    **Q.**  Now let's stop there.  What's -- I think we've said --

3    and again, I'm not sure if we should use 1,865 or 1,200 as the

4    denominator per year.  We had that issue, and you couldn't help

5    me with that.  But let's take 1,200 to be conservative, okay.

6    1,200 books a year is 3,600.

7         Are you with me?

8    **A.**  Yes.

9    **Q.**  It sounds like a low number to me since you're using

10   contracts here, but I'll give you that.  154 into 3,600 is what

11   percent?

12   **A.**  Maybe about 5 percent, I think you're right.

13   **Q.**  Yeah.  And then you have a column for offers made,

14   right?

15   **A.**  Yes.

16   **Q.**  To the left of that.  Does that 262 include -- I

17   assume it includes the 154?

18   **A.**  Yes.

19   **Q.**  So my first comment is that kind of calls into

20   question that waterfall calculation we were doing where you had

21   the non-Big 5 having a very large runner up since the number of

22   offers they made is not a whole lot -- the fraction isn't all

23   that much greater than the contracts signed.

24        Any explanation for that?

25   **A.**  I think you'd have to go through the footnotes here to

1    understand that there are data other than the agency data.

2        Q.  Well, what data are you using to come up with 154 and

3    262?

4        A.  That is spelled out in footnote 294 which goes on a

5    long ways.

6        Q.  Okay, thank you.  And you would say, I think -- I hope

7    you're consistent enough to say that the competition matters

8    only for these non-Big 5 publishers that you list here if those

9    offers made were runners up?

10       A.  Yes.

11       Q.  Okay.  So I'm going to give them a hundred percent

12   credit, every one of those 262 was a win or a runner up.

13       A.  Okay.

14       Q.  What's 262 into 3,600?

15       A.  I think it -- it's under 10 percent.

16       Q.  It certainly is.  So it's below the market share that

17   we've otherwise attributed to these folks?

18       A.  Based on these data.

19       Q.  Okay.  Well, it's your data, I didn't make it up.

20   Okay, so let's talk about -- let me -- I'm sorry, before we

21   talk about individual names here, did you exclude other non-Big

22   5 publishers that had any sizable contracts signed in that time

23   period, in the relevant ATS market?

24       A.  Yes, because I didn't have sources of information for

25   some of them.

1     Q.  Okay.  So we're unsure if they had additional

2  contracts or not; is that fair?

3     A.  No, we're sure that there are others who won, but

4  these are data that also take into account offers.  And I don't

5  have that for publishers --

6     Q.  So there are other contracts --

7     A.  Excuse me.

8     Q.  Sorry, my fault.

9     A.  It's hard for me to follow your questions if I can't

10  complete my thought.

11     Q.  You finish.

12     A.  So just to be clear, my recollection is that we didn't

13  have information for important publishers such as Scholastic

14  and Chronicle and others.

15     Q.  So this is the data you had for this chart?

16     A.  To get into this chart, it wasn't just that they won,

17  I had to have information on offers made.

18     Q.  Okay.  Now let's talk about some of these individual

19  publishers, divorced from any of those numbers.  We're not

20  going to talk about the numbers connected with the names,

21  because that would be inappropriate, okay.  I'm just talking

22  about confidentiality purposes.  I'm just looking at the left

23  column names and asking you questions.

24     A.  Okay.

25     Q.  Do you have any idea how many books a year -- I guess

1    I asked you how many books a year -- how many trade books a

2    year Norton publishes?

3        A.  I think I said I don't know, because you're now going

4    to the broad market.

5        Q.  So let's take the --

6        A.  Excuse me, sir.

7        Q.  I'm sorry.

8        A.  I need to be able to finish very short sentences at a

9    minimum.

10        Q.  I thought you said you didn't know, but go ahead,

11    finish.

12        A.  I think I tried.  Go ahead.

13        Q.  So we have a whole series of names here, and there's

14    an index at the beginning.  I take it you did not read the

15    testimony of the person from Norton?

16        A.  I've read testimony about Norton.  Can you be more

17    specific?

18        Q.  Well, there's only to my knowledge -- I could be

19    wrong, there's only one deposition, Mr. Glusman?

20        A.  I did read parts of that.

21        Q.  And if you take a look in there under the Norton

22    tab --

23        A.  Where are you, Mr. Schwarz?

24        Q.  In your binder of exhibits.

25        A.  The United States exhibits?

1      Q.   Yes, sir.  Well, you tell me when you've found the

2  tab.

3      A.   I found the Norton tab.

4      Q.   So the first page is page 64?

5      A.   Yes.

6      Q.   Are you aware that Norton is an employee-owned

7  company?

8      A.   I didn't hear the question.

9      Q.   Are you aware that Norton is owned by its employees?

10      A.   I think I heard that, but it's not a fact that I kept

11  in mind.  But I see it here on this page.

12      Q.   All right.  And on the next page, do you see that they

13  publish about 150 trade titles per year?  It's been between 120

14  and 150 for many years.

15      A.   I see the number 150 titles in response to that

16  question.

17      Q.   Well, isn't -- don't you think that's relevant to

18  consider how much of a competitor they're going to be in the

19  marketplace if this merger takes place?

20      A.   Well, competitor is, again, according to the basic

21  theory of unilateral facts, a function of winning and being

22  runner up.

23      Q.   They can't win more than 150 if that's all they win,

24  right?

25      A.   I don't disagree with that.

1    Q.   Okay.  And let's just -- I think it might be easier,

2    rather than going through your list, I'll just go through --

3    I'll cover all of them in one way by just going from start to

4    finish in my book, how's that?  That makes life easier to find.

5    So Astra, that's the first one.

6         Do you know anything about Astra?  Do you know how

7    many employees they have?

8    A.   Here's what I know about Astra:  They're a relatively

9    recent entrant.  Their share is very small.  And they've been

10   gaining traction.  And they are more of a competitive influence

11   based on the information I have about how often they bid and

12   are runner up.

13   Q.   And do you see here on page 27 of the Astra

14   deposition, they're hoping to get up to 50 employees?

15   A.   Yes.

16   Q.   Do you consider that to be a substantial competitive

17   threat to the Big 5?

18   A.   I think you might have misstated here.  It says:  "How

19   many employees does Astra currently have?"  They say:

20   "Somewhere between 40 and 50."  I don't see a projected number.

21   Q.   "And how many people do you expect to hire in 2022?"

22        "Ten."

23   A.   I see that.

24   Q.   And at the bottom it says:  "Do you want to continue

25   to hire more individuals in the coming years?"

1          Answer:  "Astra Publishing House has no opinion on

2   that."

3      **A.**   Yes.

4      **Q.**   And you consider Astra to be a serious competitive

5   threat to the Big 5?

6      **A.**   What I would say is simply that their share is small,

7   and it understates, based on the information I have, how often

8   they are winner or runner up.  I wouldn't identify them as a

9   major competitive constraint.

10     **Q.**   Let me eliminate a couple that I think you can answer

11  without depositions.  And that is Baker Publishing, have you

12  heard of them?  I don't think I have a tab on them, but I was

13  hoping you might know.  Baker and Tyndale are occasionally

14  referred to in some of your testimony or your report.

15         Are they Christian publishers exclusively?

16     **A.**   I'm not sure.  That sounds right, but I'm not

17  positive.

18     **Q.**   Let's flip ahead for a minute to Chronicle.  We'll

19  skip over Blackstone for a minute.  That's another one of

20  the -- your identified small publishers.

21     **A.**   Okay.

22     **Q.**   What do you know about Chronicle, if anything?

23     **A.**   I think there's testimony to the effect that they've

24  tripled the amount of advances paid between 2014 and 2021, and

25  that they anticipate growing.

1    **Q.**  I think you may be confused, because you're referring

2    to page 48 of your demonstrative which says what you just said,

3    and cites Joshua Stanton's deposition.  Do you see that?

4    **A.**  Yes.

5    **Q.**  Would it surprise you to know that Joshua Stanton

6    works for Blackstone, not Chronicle?

7    **A.**  If you're pointing it out, I assume you're right.

8    **Q.**  Well --

9    **A.**  Because I'm looking at the --

10   **Q.**  If you don't -- if you doubt me, take a look at your

11   Blackstone tab, and you'll see the deposition of Blackstone is

12   Joshua Stanton.

13   **A.**  Yes, you're right.

14   **Q.**  And Chronicle is a specialist in illustrated books,

15   isn't it?  And not just books, but photographs, children's

16   books, puzzles, games, toys.

17   **A.**  I think that is answered on the next tab:  "Chronicle

18   Books was founded in 1967.  It has been, for probably 40 years

19   of that, a general trade publisher, primarily illustrated

20   books.  We publish a vast range of categories:  Cookbooks,

21   lifestyle, art, design, photography, children's, et cetera, 300

22   titles a year."

23   **Q.**  And I won't read out loud, but if you'd turn the page

24   to page 100, you and the Court can see the reference to a

25   smaller number of trade books that they publish a year?

1    **A.**  Yes, 170.

2    **Q.**  And of course that is -- we don't know how many of

3    those are ATS books, but presumably a fraction?

4    **A.**  Since they're publishing -- this answer does not

5    correspond to the price segment, it would be a fraction.

6    **Q.**  Right.  Now, you also described Amazon in your -- page

7    48 of your demonstrative where you say that Mikyla Bruder

8    agreed that Amazon Publishing is going to continue to look for

9    opportunities to lure top selling authors to its publishing

10   house.

11       Do you know who -- I assume it's Ms. Bruder, is?

12   **A.**  I don't recall.

13   **Q.**  Well, somewhere in here -- perhaps towards the end, is

14   Amazon.  It looks like it's a third of the way through, and

15   even I'm having a hard time finding it.  It's after Abrams, but

16   Abrams is not alphabetical.

17   **A.**  Yes, I have it.

18   **Q.**  And again, I have to deal with confidentiality issues.

19   And you were aware -- putting this aside for a second, are you

20   aware that Amazon's share of ATS books has been dropping in the

21   last -- in recent years?  Do you recall Dr. Hill's chart that

22   we discussed in your deposition?

23   **A.**  I did see that the share dropped.

24   **Q.**  And if you would look on page 63 of the deposition --

25   and this is -- you have the correct person, this is

1    Ms. Bruder's testimony, the question was asked:  "Why has

2    Amazon been considering reducing its title count?"  And I will

3    not read the answer out loud, but you can read it to yourself.

4         Did you consider that answer in your Exhibit 48 --

5    page 48, I should say?

6         **A.**  Yes.

7         **Q.**  Don't you think, then, that your statement here is

8    misleading?

9         **A.**  What statement?

10         **Q.**  The one that I just read, Ms. Bruder, page 48.  I read

11    it out loud.

12         **A.**  I take that statement to mean they're not going to go

13    away.  They're acknowledging that they face challenges, one of

14    which, of course, is not funding.

15         **Q.**  Would it be other things, then?  Do you have any view

16    about what their other problems are?

17         **A.**  I haven't studied it.  All I can do is read this and

18    see that it says -- it refers to a particular challenge.

19         **Q.**  You have Amazon and Chronicle, by way of example,

20    listed under advance -- publishers already paying 250 and up

21    advances -- excuse me, $250,000 and up advances, plan to

22    expand?

23         **A.**  Yes.

24         **Q.**  Do you see any testimony here that says they're

25    planning to expand any of these people?  I'll go through all of

1    them if you'd like.

2          **A.**   Not in the -- you're asking me about Amazon.   Not in

3    the three pages that you selected.

4          **Q.**   Let's look at Candlewick, if we can find that one.

5    It's relatively alphabetical at the beginning there.   Page 22

6    of the deposition of Candlewick Press through Karen Lotz,

7    L-O-T-Z, on page 22.

8          **A.**   Yes.

9          **Q.**   Lines -- you can read the question on line 17 and the

10   answer through line 23.

11         Do you think that testimony is consistent with an

12   intention to expand?

13         **A.**   Yes.

14         **Q.**   "Candlewick Imprint, in particular, is not planning to

15   increase our title count."   Is that expansion, sir?

16         **MR. OPPENHEIMER:**   Your Honor, the rest of that answer

17   should be read into the record.

18   **BY MR. SCHWARZ:**

19         **Q.**   "But Some of our imprints will be increasing the title

20   count."   Do you know how much?

21         **A.**   No.   I see the various testimony, and I can't quantify

22   it.

23         **Q.**   Do you know if Candlewick Imprint is their largest

24   imprint?

25         **A.**   I believe so.

1    Q.   And what do you know about Spiegel & Grau?

2    A.   A recent entrant, they have the benefit of having

3    well-known editors.  And they're competing in the proposed

4    segment.

5    Q.   Do you know how many books they intend to publish a

6    year or otherwise?

7    A.   Not off the top of my head.

8    Q.   Well, did you look at their deposition, sir?

9    A.   I looked at a lot of depositions, I don't -- I can't

10   tell you if I looked at this particular one.

11   Q.   Well, let's see, here it is.  Well, since this is

12   highly confidential, Your Honor, at the Spiegel & Grau tab,

13   there's a response to the DOJ's subpoenas and they list

14   precisely what they have, and I won't read it out loud.

15        Did you consider looking at any press statements by

16   Spiegel & Grau?

17   A.   So just to be clear, you're moving away from the --

18   Q.   Yeah, I can't read it out loud, so I --

19   A.   Well, I think some things are pretty clear.  In a

20   short period of time, they committed a large amount of money

21   for three contracts, two of which fit the proposed segment.

22   Maybe I'm misreading this.  And when I say short period of

23   time, it's less than two months.  That's the way I'm reading

24   this.  I could be wrong.

25   Q.   I mean, I will point you -- there's a -- after that

1    testimony, there's a New York Times article of an interview

2    with Spiegel & Grau.  And in there, it says:  "In its revamped

3    form, Spiegel & Grau will produce 15 to 20 books a year."

4         Is that relevant at all to your consideration of

5    whether they're meaningful competitors to the Big 5?

6         A.  I don't know the New York Times article.

7         Q.  Well, if I -- if we take as a hypothetical that

8    they're trying to do 20 books a year, would that affect your

9    view of them as a meaningful competitor to the Big 5 -- or the

10    Big 4?

11         A.  I can't extrapolate from what's here.  Two out of

12    three in a two-month time period are in the segment.  What was

13    the New York Times number?

14         Q.  Fifteen to 20 books of any kind a year.

15         A.  That would mean that they're in the market and they're

16    competing.

17         Q.  And you think that PRH and S&S editors are going to be

18    concerned about their competition if they know they're doing 20

19    books a year?

20         A.  Well, what we know is that more than half the time, as

21    I recall, a non-Big 5 is invited and responds to bids in the

22    ATS segment.  And then, of course, you have within Big 5

23    competition more than the half the time.

24         Q.  Let's shift gears, okay.  We're going to look at one

25    of your -- we're not going to be talking anymore, for the

1    moment at least, about these small publishers.

2        THE COURT:  Then maybe it's a good time for us to break

3    for the day, it's 5:00 o'clock?

4        MR. SCHWARZ:  Oh, it's that time?

5        THE COURT:  Yes.

6        MR. SCHWARZ:  Time flies when you're not having fun.

7        THE COURT:  All right, thank you.  So we're going to

8    conclude the testimony for today and resume tomorrow at 9:30.

9    Please don't talk about your testimony over the break tonight

10   with anybody.

11       Let me just check in with Mr. Petrocelli:  Are we on

12   track?

13       MR. PETROCELLI:  You might have to check with Mr. Schwarz.

14       MR. SCHWARZ:  I don't have that much more.

15       MR. PETROCELLI:  We should finish tomorrow, hopefully by

16   noon.  I don't know how long Mr. Hill's testimony.  We're not

17   calling anymore witnesses.

18       THE COURT:  And then the rebuttal testimony will be just

19   Mr. Hill?

20       MR. SCHWARZ:  Dr. Hill, yes.

21       MR. PETROCELLI:  And then we're scheduled to close on

22   Friday morning.

23       THE COURT:  So that's still the plan?

24       MR. PETROCELLI:  Yeah.

25       THE COURT:  Okay, good, thank you.  Thank you very much,

1     and I will see everybody tomorrow at 9:30.

2            (Proceedings adjourned at 5:02 p.m.)

1                                 **C E R T I F I C A T E**

2

3                    I, **Jeff M. Hook, Official Court Reporter,**

4       certify that the foregoing is a true and correct transcript of

5       the record of proceedings in the above-entitled matter.

6

7

8

9            **August 17, 2022**

10                **DATE**                                **Jeff M. Hook**

**$**

**$250,000 [10]**
2876/24 2876/21
2878/10 2878/15
2898/11 2908/23
2909/20 2927/21
2946/13 2956/21

**$399 [1]**
2915/17

**$400 [1]** 2915/2

**$401 [1]**
2915/18

**0**

**02886 [1]**
2873/3

**1**

**1 percent [3]**
2895/9 2895/21
2896/8

**1,000,000 [3]**
2890/19 2890/19
2891/3

**1,200 [5]**
2902/7 2902/21
2947/3 2947/5
2947/6

**1,865 [1]**
2947/3

**1,875 [1]**
2902/13

**1.1 percent [1]**
2926/18

**10 [1]** 2895/12

**10 percent [8]**
2883/9 2885/10
2885/22 2886/1
2886/1 2886/6
2891/2 2948/15

**10,000 [1]**
2895/24

**100 [2]** 2889/4
2954/24

**10022 [1]**
2874/3

**10036 [1]**
2873/24

**101 [2]** 2938/14
2939/3

**101st [1]**
2939/24

**119 [2]** 2945/21
2945/25

**12 percent [3]**
2884/19 2920/9
2921/16

**120 [2]** 2902/10
2951/13

**125 [2]** 2889/4
2946/16

**13 [3]** 2942/14
2942/16 2942/17

**13 percent [1]**
2901/1

**131 [4]** 2901/20
2902/1 2902/3
2903/6

**14 [1]** 2925/4

**149 [5]** 2918/16
2920/17 2920/24
2921/19 2921/24

**15 [3]** 2922/20
2923/9 2959/3

**15 percent [1]**
2884/20

**15-minute [1]**
2922/2

**150 [25]**
2888/18 2890/3
2890/13 2891/4
2918/13 2918/21
2923/3 2923/5
2923/9 2923/18
2924/2 2924/11
2924/18 2925/4
2925/9 2926/3
2926/10 2926/14
2926/23 2927/2
2927/2 2951/13
2951/14 2951/15
2951/23

**150,000 [2]**
2888/9 2888/11

**154 [4]** 2946/25
2947/10 2947/17
2948/2

**16 [3]** 2918/6
2923/9 2924/19

**17 [2]** 2873/6
2957/9

**170 [1]** 2955/1

**1960s [1]**
2911/9

**1967 [1]**
2954/18

**1999 [1]**
2873/19

**2**

**2 percent [3]**
2903/9 2903/16
2904/2

**2,000 [1]**
2906/5

**20 [4]** 2959/3
2959/8 2959/14
2959/18

**20 percent [3]**
2884/20 2927/12
2927/15

**200 [2]** 2895/17
2895/24

**200 percent [1]**
2924/15

**20001 [1]**
2874/25

**20004 [1]**
2874/6

**2013 [4]** 2876/9
2876/11 2879/6
2900/25

**2014 [1]**
2953/24

**2019 [2]**
2914/15 2946/6

**2020 [1]**
2942/19

**2020-1 [1]**

**2917/19**

**2021 [4]** 2899/8
2899/19 2946/6
2953/24

**2022 [3]** 2873/6
2942/19 2952/21

**20530 [1]**
2873/16

**21 [1]** 2920/13

**21-02886 [1]**
2873/3

**22 [6]** 2898/25
2927/23 2928/4
2928/7 2957/5
2957/7

**22 percent [2]**
2919/8 2920/14

**220 [1]** 2917/19

**23 [1]** 2957/10

**23 percent [5]**
2922/14 2924/23
2925/12 2925/24
2926/25

**230 [1]** 2889/24

**24,000 [1]**
2906/3

**25 [1]** 2926/24

**25,000 [1]**
2935/3

**250 [16]**
2877/18 2877/18
2877/19 2891/20
2891/22 2892/22
2893/2 2893/14
2895/21 2901/5
2901/7 2901/8
2914/24 2941/21
2941/24 2956/20

**250,000 [23]**
2876/18 2876/19
2876/21 2877/4
2877/5 2877/9
2878/7 2878/8
2878/22 2879/2
2889/8 2897/15
2897/20 2898/6
2900/2 2900/2
2900/18 2904/23
2905/18 2907/25
2909/4 2931/2
2946/4

**250k [1]**
2896/10

**262 [4]** 2947/16
2948/3 2948/12
2948/14

**27 [2]** 2927/23
2952/13

**27 percent [1]**
2927/23

**28 [5]** 2887/23
2891/8 2891/8
2903/20 2904/9

**28 percent [1]**
2899/1

**2876 [1]** 2875/4

**2887 [1]** 2875/5

**29 [4]** 2887/23
2888/4 2891/6
2891/8

**29,000 [1]**
2906/3

**294 [1]** 2948/4

**2:05 [1]** 2873/7

**3**

**3,600 [3]**
2947/6 2947/10
2948/14

**3.2 billion [1]**
2904/20

**30 [2]** 2893/17
2912/9

**30 percent [1]**
2899/10

**30.6 [1]**
2899/18

**300 [7]** 2923/19
2924/5 2925/7
2925/22 2926/4
2927/3 2954/21
2333 [1] 2874/24
3467993 [1]**
2917/19

**35 [1]** 2925/15

**369 [1]** 2938/13

**37 [2]** 2925/19
2925/20

**399 [1]** 2915/21

**3:27 p.m [1]**
2922/6

**3:47 p.m [1]**
2922/7

**4**

**4.4 billion [3]**
2904/18 2904/19
2904/20

**40 [2]** 2952/20
2954/18

**400 [1]** 2914/24

**401 [2]** 2874/6
2915/22

**41 [2]** 2906/12
2906/25

**411 [1]** 2914/14

**42 [2]** 2922/12
2922/12

**43 [1]** 2922/12

**45 percent [2]**
2891/21 2893/2

**450 [1]** 2873/15

**46 [2]** 2925/18
2925/20

**47 percent [1]**
2920/20

**48 [5]** 2954/2
2955/7 2956/4
2956/5 2956/10

**5**

**5 percent [1]**
2947/12

**50 [7]** 2888/5
2888/18 2888/22
2889/10 2890/4
2952/14 2952/20

**50,000 [2]**
2888/9 2889/1

**52 [1]** 2931/16

**58,000 [6]**
2903/9 2905/10
2905/14 2905/15
2905/20 2905/24

**599 [1]** 2874/3

**5:00 [1]** 2960/3

**5:02 p.m [1]**
2961/2

**6**

**6 or [2]** 2920/3
2921/18

**6.4 [1]** 2927/10

**6.5 [2]** 2927/5
2927/20

**60 [7]** 2925/14
2925/23 2925/25
2926/3 2926/10
2926/14 2927/2

**63 [1]** 2955/24

**64 [1]** 2951/4

**658 [1]** 2914/15

**66 [2]** 2879/22
2879/23

**69 [2]** 2925/12
2925/13

**7**

**7 percent [3]**
2920/3 2921/19
2926/20

**7.2 [1]** 2899/14

**70 [1]** 2904/24

**70 percent [2]**
2905/3 2905/8

**74 [2]** 2927/11
2927/15

**8**

**80 [1]** 2927/6

**81276 [1]**
2917/19

**820 [1]** 2917/1

**85 [1]** 2891/22

**87 [2]** 2899/13
2899/17

**884 [2]** 2902/11
2902/18

**9**

**9 percent [1]**
2891/22

**9.1 [1]** 2945/20

**9.2 [1]** 2902/10

**90 [1]** 2887/6

**90 percent [6]**
2885/8 2885/19
2886/1 2886/3
2886/4 2906/4

**900,000 [1]**
2889/6

**90067 [1]**
2873/20

**91 [1]** 2902/4

**92 [3]** 2901/21
2902/1 2902/3

**95 percent [2]**
2886/3 2887/7

**96 [4]** 2918/22
2919/2 2919/5

**9**

**96... [1]**
2920/12
**960 [1]    2890/8**
**963 [1]    2891/19**
**963-A [1]**
2891/15
**991 [1]    2902/20**
**993 [1]    2902/12**
**999,000 [1]**
2888/5
**9:30 [2]    2960/8**
2961/1

**A**

**Abby [1]**
2873/22
**ability [9]**
2886/11 2929/18
2930/24 2934/2
2934/6 2934/23
2942/2 2942/4
2944/17
**able [6]**
2898/16 2907/7
2918/12 2930/4
2935/8 2950/8
**above [26]**
2876/19 2876/21
2876/24 2877/5
2877/18 2878/8
2878/22 2891/21
2893/16 2895/21
2896/10 2897/20
2900/2 2900/2
2900/21 2901/5
2904/23 2905/2
2905/18 2907/25
2914/23 2932/11
2932/12 2936/23
2946/4 2962/5
**above-entitled [1]**
2962/5
**Abrams [2]**
2955/15 2955/16
**absent [1]**
2934/9
**absolutely [3]**
2911/19 2936/13
2941/3
**accept [2]**
2895/16 2897/10
2915/10
**accepted [1]**
2897/5
**accepting [1]**
2910/6
**accomplish [1]**
2934/3
**according [3]**
2880/21 2928/19
2951/20
**account [7]**
2878/6 2929/1
2930/1 2939/21
2939/22 2940/7
2949/4
**accounts [2]**
2904/20 2904/24

**acknowledging [1]**
2956/13
**acquired [2]**
2902/8 2902/15
**acquiring [4]**
2933/3 2944/9
2944/10 2944/11
**acquisition [4]**
2880/20 2880/25
2881/6 2886/12
**acquisitions [4]**
2918/17 2930/8
2930/19 2941/15
**across [5]**
2886/24 2904/5
2904/17 2936/8
2941/18
**Action [1]**
2873/3
**active [2]**
2930/10 2942/1
**activities [1]**
2941/17
**activity [5]**
2936/16 2937/3
2937/5 2941/6
2941/17
**actual [2]**
2928/23 2946/22
**actually [5]**
2881/24 2883/1
2888/3 2895/24
2896/20 2911/14
**add [4]    2891/16**
2906/14 2906/17
2911/5
**adding [1]**
2902/17
**addition [2]**
2879/18 2943/3
**additional [2]**
2925/25 2949/1
**adhere [1]**
2881/22
**adhering [1]**
2883/12
**adjourned [1]**
2961/2
**adjust [1]**
2886/12
**administrator's [1]**
2940/10
**admitted [3]**
2875/11 2890/8
2942/16
**ads [1]    2885/16**
**advance [12]**
2883/11 2897/3
2900/10 2901/7
2901/8 2904/5
2904/24 2906/16
2933/16 2935/3
2935/7 2956/20
**advances [20]**
2876/25 2877/4
2878/15 2878/22
2879/5 2880/21
2880/23 2882/19
2883/7 2883/8
2883/9 2897/15

**2903/15 2904/2**
2904/17 2927/21
2945/18 2953/24
2956/21 2956/21
**affect [1]**
2959/8
**affirmed [2]**
2916/1 2916/12
**afternoon [5]**
2873/7 2876/2
2876/7 2876/8
2887/25
**again [12]**
2877/8 2878/24
2881/9 2889/18
2903/22 2916/16
2923/15 2931/10
2941/9 2947/3
2951/20 2955/18
**against [1]**
2907/14
**agency [3]**
2922/17 2928/21
2948/1
**agent [16]**
2909/14 2909/15
2910/24 2911/24
2912/6 2912/14
2912/15 2913/6
2913/6 2920/22
2930/22 2933/18
2935/2 2935/3
2935/8 2935/10
**agent's [1]**
2934/6
**agent/author [1]**
2930/22
**agents [22]**
2886/12 2910/22
2911/1 2911/2
2911/13 2913/8
2913/8 2913/9
2929/3 2929/19
2930/7 2930/19
2930/20 2930/22
2933/25 2934/2
2934/9 2934/13
2934/22 2941/2
2942/6 2944/22
**aggregate [1]**
2946/25
**aggressively [1]**
2941/16
**ago [1]    2907/24**
**agree [18]**
2880/7 2880/19
2881/9 2882/17
2890/21 2893/9
2894/3 2915/5
2916/15 2933/14
2935/11 2938/17
2939/2 2939/9
2943/14 2943/22
2944/23 2945/6
**agreed [1]**
2955/8
**agreeing [1]**
2880/9
**agreement [1]**
2880/11

**agrees [1]**
2882/6
**ahead [8]**
2882/12 2901/24
2904/16 2911/5
2911/11 2950/10
2950/12 2953/18
**al [1]    2873/6**
**alive [1]**
2911/11
**all-knowing [1]**
2920/22
**alleged [1]**
2897/18
**allocation [1]**
2942/18
**allowed [7]**
2895/2 2895/14
2896/8 2934/16
2936/2 2946/19
2946/24
**allows [1]**
2936/17
**almost [1]**
2918/24
**alphabetical [2]**
2955/16 2957/5
**alternative [2]**
2894/19 2897/2
**although [1]**
2917/18
**always [3]**
2885/1 2889/20
2900/8
**Amazon [6]**
2955/6 2955/8
2955/14 2956/2
2956/19 2957/2
**Amazon's [1]**
2955/20
**AMERICA [1]**
2873/3
**amidst [1]**
2899/13
**among [8]**
2880/15 2892/5
2911/19 2912/19
2912/23 2927/20
2930/8 2935/6
**amount [13]**
2890/24 2903/15
2904/1 2914/23
2932/10 2932/12
2934/22 2934/23
2935/7 2939/16
2944/19 2953/24
2958/20
**analyses [5]**
2899/25 2900/19
2930/11 2930/15
2930/17
**analysis [13]**
2876/13 2876/17
2877/20 2877/21
2878/3 2878/3
2879/4 2879/7
2882/21 2884/10
2885/10 2893/24
2926/19
**Andrew [1]**

**2873/22**
**Angeles [1]**
2873/20
**annual [1]**
2902/13
**annually [3]**
2889/25 2903/10
2903/15
**anonymize [1]**
2946/24
**answer's [1]**
2891/5
**answered [2]**
2892/12 2954/17
**anticipate [3]**
2908/17 2909/7
2953/25
**anticipated [8]**
2889/16 2894/7
2902/7 2908/15
2908/16 2908/20
2910/7 2929/9
**anticipating [1]**
2908/24
**anticipation [2]**
2908/19 2909/6
**Antitrust [1]**
2873/15
**anymore [2]**
2959/25 2960/17
**apologize [3]**
2888/3 2904/3
2916/14
**apparent [2]**
2877/5 2900/8
**apparently [1]**
2933/4
**APPEARANCES [2]**
2873/11 2874/1
**application [1]**
2929/23
**applies [1]**
2913/11
**apply [1]**
2921/16
**approach [3]**
2877/11 2877/14
2913/9
**approaches [1]**
2936/6
**appropriate [2]**
2908/9 2936/11
**approved [1]**
2916/18
**arbitrary [4]**
2889/9 2889/11
2889/13 2915/21
**area [1]    2903/6**
**arguing [1]**
2918/20
**argument [4]**
2877/7 2893/22
2916/5 2919/18
**arguments [1]**
2888/22
**arithmetic [1]**
2923/15
**around [5]**
2877/24 2880/17
2900/10 2929/18

**A**

around... [1]
  2945/15
art [1]  2954/21
article [2]
  2959/1 2959/6
aside [4]
  2880/16 2884/16
  2933/6 2955/19
aspect [1]
  2882/21
aspects [1]
  2882/23
assignment [1]
  2917/3
assume [6]
  2922/15 2923/1
  2937/6 2947/17
  2954/7 2955/11
assumed [1]
  2928/5
Assuming [1]
  2907/1
assure [1]
  2894/19
assured [1]
  2896/14
Astra [8]
  2926/18 2952/5
  2952/6 2952/8
  2952/13 2952/19
  2953/1 2953/4
ATS [12]
  2897/18 2898/5
  2903/8 2905/20
  2905/21 2908/3
  2922/16 2941/20
  2948/23 2955/3
  2955/20 2959/22
attempt [2]
  2897/14 2929/8
attention [1]
  2879/23
attractive [1]
  2915/12
attributed [1]
  2948/17
attributes [1]
  2877/6
auction [5]
  2909/9 2935/12
  2940/9 2940/13
  2940/17
auctions [3]
  2881/18 2918/13
  2918/17
audio [3]
  2882/7 2882/13
  2882/17
August [1]
  2873/6
author [5]
  2930/22 2933/8
  2933/10 2933/16
  2935/2
authors [20]
  2880/17 2881/16
  2881/23 2886/11
  2889/12 2889/17
  2889/25 2892/6
  2895/4 2898/13
  2909/20 2909/24
  2909/24 2910/8
  2929/19 2930/19
  2942/5 2943/12
  2944/21 2955/9
available [2]
  2918/3 2933/15
Avenue [3]
  2873/19 2874/3
  2874/24
average [13]
  2876/25 2877/3
  2877/24 2878/22
  2879/1 2879/5
  2899/1 2899/3
  2900/10 2900/11
  2902/20 2938/15
  2946/16
averages [1]
  2902/11
avoid [1]
  2896/5
aware [7]
  2888/7 2888/15
  2915/9 2951/6
  2951/9 2955/19
  2955/20
away [4]
  2878/14 2910/13
  2956/13 2958/17

**B**

back [15]
  2884/17 2885/12
  2885/14 2886/20
  2887/22 2891/6
  2892/20 2894/4
  2907/20 2910/3
  2922/7 2931/12
  2933/24 2940/2
  2940/24
Baker [2]
  2953/11 2953/13
Bankruptcy [1]
  2874/24
barrier [1]
  2945/2
barriers [9]
  2893/23 2941/20
  2943/4 2943/9
  2943/23 2945/3
  2945/5 2945/10
  2945/11
base [1]
  2927/15
based [18]
  2887/5 2901/1
  2909/15 2914/20
  2914/20 2915/13
  2915/20 2916/12
  2916/15 2922/17
  2929/1 2935/4
  2941/6 2942/1
  2943/21 2948/18
  2952/21 2953/7
baseline [1]
  2883/17
basic [3]
  2880/18 2908/22
  2951/20
basically [2]
  2876/19 2922/23
basis [3]
  2902/14 2907/5
  2916/7
become [6]
  2879/11 2884/11
  2884/20 2884/20
  2890/20 2944/8
becomes [1]
  2909/5
beginning [2]
  2950/14 2957/5
begins [1]
  2938/20
behave [1]
  2930/22
behavior [3]
  2932/19 2932/22
  2933/19
beholder [1]
  2932/9
bell [3]
  2899/10 2917/2
  2917/3
below [12]
  2876/24 2877/4
  2877/8 2877/18
  2877/19 2878/7
  2879/1 2891/20
  2893/2 2893/15
  2931/2 2948/16
bench [2]
  2873/9 2914/15
benchmark [16]
  2876/18 2877/9
  2877/16 2877/19
  2877/20 2877/23
  2877/24 2878/1
  2878/3 2878/4
  2878/7 2878/11
  2878/20 2878/21
  2878/22 2879/10
benchmarking [2]
  2877/15 2879/8
benefit [1]
  2958/2
benefitted [2]
  2933/8 2933/10
BERTELSMANN [4]
  2873/6 2873/18
  2873/22 2942/19
best [5]  2892/5
  2894/6 2910/8
  2928/15 2935/18
better [14]
  2901/3 2910/24
  2910/24 2911/6
  2911/7 2911/8
  2911/22 2911/23
  2912/2 2913/5
  2913/7 2927/5
  2936/16 2941/18
beyond [3]
  2885/17 2934/23
  2934/24
bid [14]
  2919/12 2920/21
  2932/10 2932/12
  2933/4 2933/15
  2934/9 2934/11
  2934/12 2936/23
  2941/24 2942/6
  2942/7 2952/11
bidder [5]
  2918/17 2918/21
  2926/14 2927/9
  2927/20
bidders [15]
  2910/14 2910/17
  2910/25 2910/25
  2911/6 2912/2
  2918/13 2918/16
  2919/21 2920/23
  2921/23 2923/10
  2930/23 2932/13
  2933/9
bidding [8]
  2909/9 2909/11
  2910/14 2911/22
  2912/1 2936/17
  2941/1 2941/21
bids [4]  2928/3
  2928/7 2931/19
  2959/21
big [50]
  2884/11 2885/3
  2885/3 2885/13
  2885/14 2886/9
  2886/10 2886/22
  2888/25 2891/1
  2891/21 2892/6
  2892/7 2892/24
  2893/2 2893/9
  2893/18 2894/2
  2894/3 2902/16
  2906/14 2907/1
  2907/22 2908/3
  2908/10 2912/19
  2922/15 2923/17
  2924/19 2922/22
  2926/11 2926/13
  2930/20 2930/24
  2933/21 2937/4
  2942/2 2944/24
  2945/12 2946/5
  2947/21 2948/8
  2948/21 2952/17
  2953/5 2959/5
  2959/9 2959/10
  2959/21 2959/22
bigger [3]
  2886/18 2892/16
  2892/25
billion [4]
  2904/18 2904/19
  2904/20 2904/20
binder [4]
  2937/25 2942/9
  2945/21 2950/24
binders [1]
  2887/13
bit [8]  2892/9
  2896/15 2901/22
  2909/2 2910/13
  2937/18 2938/5
  2945/16
Blackstone [4]
  2953/19 2954/6
  2954/11 2954/11
body [3]  2887/1
  2941/16 2941/17
bold [1]
  2903/25
bonuses [1]
  2880/25
book [19]
  2901/6 2901/8
  2906/1 2908/24
  2909/5 2909/16
  2910/15 2911/25
  2931/20 2933/3
  2937/10 2937/10
  2937/12 2939/24
  2940/6 2941/1
  2942/10 2946/16
  2952/4
books [48]
  2894/25 2895/6
  2895/17 2895/18
  2896/1 2896/22
  2896/22 2897/8
  2897/15 2897/20
  2898/5 2898/13
  2900/10 2900/17
  2902/8 2903/8
  2904/18 2905/10
  2905/11 2905/13
  2905/18 2905/24
  2905/25 2906/5
  2908/20 2939/17
  2944/2 2944/10
  2944/11 2944/25
  2946/14 2947/6
  2949/25 2950/1
  2950/1 2954/14
  2954/15 2954/20
  2954/20 2954/20
  2954/25 2955/3
  2955/20 2958/5
  2959/3 2959/8
  2959/14 2959/19
both [8]  2881/3
  2899/25 2900/23
  2901/17 2907/8
  2911/12 2913/12
  2931/3
bother [1]
  2887/15
bottom [9]
  2881/25 2904/3
  2904/9 2904/12
  2904/17 2905/11
  2905/12 2946/25
  2952/24
bouncing [1]
  2877/24
break [8]
  2889/5 2889/17
  2899/14 2922/1
  2922/2 2922/5
  2960/2 2960/9
Brief [1]
  2916/4
briefly [1]
  2876/15
bring [4]
  2879/22 2911/13

**B**

bring... [2]
   2941/4 2941/5
broad [13]
   2877/15 2886/23
   2887/5 2897/6
   2897/11 2899/5
   2903/10 2907/16
   2908/3 2908/8
   2913/23 2913/25
   2950/4
broad-based [1]
   2887/5
broader [2]
   2914/22 2915/24
Bruder [3]
   2955/7 2955/11
   2956/10
Bruder's [1]
   2956/1
bucket [1]
   2908/4
build [5]
   2894/5 2894/10
   2894/11 2894/14
   2894/15
bunch [1]
   2938/2
bundled [1]
   2882/17
burden [1]
   2886/6
business [5]
   2883/7 2885/16
   2892/17 2921/7
   2942/24
buttressed [1]
   2889/8
buyer [2]
   2909/20 2934/1
buying [2]
   2894/12 2932/17

**C**

calculate [3]
   2906/24 2908/7
   2927/23
calculated [1]
   2922/18
calculates [1]
   2940/21
calculation [6]
   2898/2 2908/2
   2920/16 2925/12
   2925/13 2947/20
calculations [5]
   2906/18 2935/14
   2935/25 2936/1
   2940/17
California [2]
   2873/20 2914/15
call [16]
   2880/8 2894/6
   2897/11 2897/12
   2898/4 2898/4
   2904/19 2918/4
   2932/15 2932/18
   2932/20 2932/21
   2932/23 2932/24

2932/25 2942/5
called [4]
   2876/12 2876/18
   2891/15 2937/16
calling [2]
   2916/6 2960/17
calls [1]
   2947/19
came [5]
   2886/23 2904/23
   2910/13 2921/18
   2927/18
can [82]
   2877/23 2880/3
   2880/10 2881/12
   2882/22 2882/25
   2886/2 2886/12
   2887/14 2887/17
   2889/2 2889/24
   2890/1 2890/1
   2892/13 2894/14
   2898/8 2898/9
   2901/14 2901/16
   2901/23 2902/13
   2905/2 2907/9
   2907/15 2907/20
   2908/20 2909/6
   2910/7 2910/7
   2910/19 2911/3
   2911/21 2914/7
   2917/24 2918/4
   2918/5 2918/10
   2919/15 2920/8
   2920/10 2920/12
   2920/17 2921/11
   2922/22 2923/2
   2923/6 2923/23
   2923/24 2924/3
   2924/14 2925/1
   2925/6 2927/4
   2928/21 2929/12
   2930/2 2931/10
   2934/10 2934/14
   2937/1 2938/13
   2940/2 2940/15
   2941/12 2941/13
   2941/13 2943/21
   2943/24 2943/24
   2944/1 2944/2
   2944/5 2945/11
   2945/13 2950/16
   2953/10 2954/24
   2956/3 2956/17
   2957/4 2957/9
Candlewick [4]
   2957/4 2957/6
   2957/14 2957/23
Cantor [1]
   2873/23
capacity [5]
   2885/18 2885/21
   2886/10 2887/7
   2943/11
capital [5]
   2893/20 2893/20
   2941/24 2942/18
   2945/6
careful [2]
   2901/13 2901/15
carefully [1]

2887/3
cartel [1]
   2929/25
case [14]
   2879/16 2880/15
   2885/20 2896/25
   2913/18 2913/21
   2913/24 2915/7
   2915/9 2916/21
   2917/9 2917/11
   2917/22 2943/8
cases [2]
   2917/19 2943/13
categories [4]
   2904/6 2904/18
   2922/22 2954/20
categorizing [1]
   2901/5
category [19]
   2877/15 2878/7
   2878/8 2878/10
   2878/15 2889/6
   2889/25 2890/3
   2892/22 2893/2
   2893/3 2894/7
   2906/1 2907/18
   2907/20 2907/22
   2915/24 2915/25
   2943/16
cause [1]
   2898/12
CDMA [4]
   2913/24 2914/1
   2914/10 2915/7
celebrity [1]
   2909/24
CEO [1]   2939/12
CEO's [2]
   2940/10 2940/22
certain [3]
   2881/13 2882/6
   2914/23
certainly [2]
   2945/4 2948/16
certify [1]
   2962/4
cetera [3]
   2896/18 2928/13
   2954/21
challenge [1]
   2956/18
challenges [1]
   2956/13
change [6]
   2885/15 2888/14
   2888/21 2889/12
   2933/24 2943/10
changed [4]
   2881/22 2889/3
   2895/11 2939/7
changes [2]
   2885/6 2889/9
changing [2]
   2887/9 2912/20
chapter [1]
   2939/5
characteristics [2]
   2914/12 2942/20
   2942/24 2942/25
characterization [2]

2915/10 2916/15
characterize [1]
   2933/1
chart [12]
   2888/4 2890/13
   2896/13 2899/7
   2904/13 2906/10
   2918/12 2919/6
   2927/17 2949/15
   2949/16 2955/21
charts [3]
   2887/22 2903/14
   2929/5
check [1]
   2878/4 2923/6
children's [2]
   2954/15 2954/21
chip [4]   2914/1
   2914/24 2915/14
   2915/20
chips [12]
   2913/24 2914/10
   2914/10 2914/11
   2914/14 2914/18
   2915/1 2915/7
   2915/11 2915/17
   2915/23 2916/17
choose [4]
   2911/14 2911/24
   2913/8 2930/20
chose [2]
   2935/18 2936/7
Christian [1]
   2953/15
Chronicle [9]
   2944/6 2945/16
   2949/14 2953/18
   2953/22 2954/6
   2954/14 2954/17
   2956/19
circuit [3]
   2902/6 2916/1
   2916/12
circumstance [1]
   2912/8
circumstances [1]
   2910/15
cites [1]
   2954/3
Civil [1]
   2873/3
claim [2]
   2879/16 2880/20
claimed [1]
   2877/17
claiming [2]
   2898/3 2944/7
clarify [4]
   2888/10 2896/8
   2900/13 2908/1
clear [8]
   2882/1 2890/14
   2914/3 2923/8
   2929/6 2949/12
   2958/17 2958/19
client [2]
   2935/8 2935/8
close [3]
   2876/10 2886/5

2960/21
closer [2]
   2925/21 2942/11
CO [1]   2873/6
code [1]   2914/1
coin [1]   2926/1
COLUMBIA [1]
   2873/1
column [5]
   2888/5 2927/13
   2937/9 2947/13
   2949/23
combined [3]
   2899/18 2926/18
   2941/7
combining [1]
   2926/25
comfort [1]
   2892/5
coming [1]
   2952/25
comment [1]
   2947/19
Commission [1]
   2913/19
commit [3]
   2930/24 2942/4
   2944/18
commitments [2]
   2942/3 2943/12
committed [1]
   2958/20
common [2]
   2880/4 2883/19
company [1]
   2951/7
compared [2]
   2878/7 2914/21
comparing [1]
   2876/23
comparison [1]
   2878/21
compete [14]
   2880/5 2880/19
   2881/21 2881/23
   2882/12 2882/16
   2882/22 2885/18
   2885/21 2886/2
   2907/14 2912/9
   2944/18 2945/12
competing [4]
   2880/5 2893/14
   2958/3 2959/16
competition [34]
   2880/10 2881/25
   2882/18 2883/2
   2883/23 2884/25
   2885/3 2885/5
   2885/13 2885/15
   2886/9 2886/9
   2887/4 2887/8
   2887/9 2888/8
   2889/12 2892/8
   2892/23 2893/9
   2911/18 2912/18
   2912/19 2912/23
   2912/24 2913/3
   2920/7 2930/24
   2932/6 2933/20
   2935/6 2948/7

# C

competition... [2]
2959/18 2959/23
competitive [14]
2897/8 2898/12
2910/16 2910/18
2910/20 2911/15
2911/22 2912/1
2912/4 2930/1
2952/10 2952/16
2953/4 2953/9
competitor [7]
2884/12 2888/8
2888/25 2889/4
2951/18 2951/20
2959/9
competitors [8]
2884/9 2884/10
2885/2 2885/9
2886/18 2892/7
2912/7 2959/5
complete [2]
2879/7 2949/10
completely [1]
2881/7 2905/8
complexity [2]
2880/19 2881/2
components [1]
2929/21
composition [3]
2878/18 2878/23
2878/24
comprising [1]
2885/9
concede [1]
2933/12
concentration [3]
2884/24 2886/21
2886/25
concern [2]
2884/8 2935/23
concerned [1]
2959/18
concerning [1]
2880/16
concerns [2]
2928/11 2940/16
conclude [3]
2889/2 2929/16
2960/8
concluded [1]
2929/17
conclusion [7]
2876/13 2876/20
2878/5 2879/3
2886/23 2930/16
2935/4
conclusions [1]
2879/5
condition [1]
2884/15
conditional [4]
2880/7 2914/25
2915/23 2916/17
conditioned [1]
2915/15
conditions [1]
2912/4
conduct [2]

confess [1]
2910/13
confidential [2]
2931/22 2958/12
confidentiality [2]
2949/22 2955/18
confirmed [1]
2944/19
confused [3]
2907/19 2910/13
2954/1
confusing [2]
2901/19 2924/6
connected [1]
2949/20
conservative [1]
2947/5
consider [12]
2889/21 2898/12
2939/12 2940/9
2943/12 2943/18
2945/1 2951/18
2952/16 2953/4
2956/4 2958/15
consideration [1]
2959/4
considered [1]
2930/12
considering [1]
2956/2
consistent [7]
2904/22 2936/7
2941/3 2944/1
2944/15 2948/7
2957/11
constant [1]
2933/18
constitutes [2]
2903/9 2903/16
Constitution [1]
2874/24
constrain [4]
2885/21 2886/2
2886/18 2942/8
constraint [6]
2897/9 2898/18
2910/18 2910/20
2911/15 2953/9
Cont [1]    2874/1
contains [1]
2886/2
context [4]
2879/17 2911/16
2919/21 2940/4
continue [2]
2952/24 2955/8
Continued [2]
2875/4 2876/5
continuing [1]
2900/25
contract [14]
2881/15 2882/8
2882/22 2900/7
2900/7 2900/9
2900/16 2900/17
2900/20 2901/6
2901/13 2903/4
2943/13 2946/12
contracts [30]

2883/21 2894/1
2900/1 2900/15
2900/21 2901/1
2901/4 2901/5
2902/15 2902/25
2912/9 2918/16
2919/23 2922/15
2927/10 2927/11
2927/16 2927/21
2927/23 2928/7
2946/5 2946/9
2946/10 2946/22
2947/10 2947/23
2948/22 2949/2
2949/6 2958/21
contributing [1]
2939/25
control [1]
2912/15
convert [1]
2924/14
converted [1]
2927/3
convince [1]
2901/16
Cookbooks [1]
2954/20
coordinate [2]
2882/21 2883/7
coordinated [7]
2879/14 2879/15
2879/16 2879/17
2879/19 2879/21
2880/3
coordination [13]
2880/1 2880/2
2880/15 2880/17
2880/24 2881/3
2881/10 2881/13
2881/17 2881/19
2882/25 2883/14
2883/20
core [4]    2877/8
2879/20 2888/22
2931/4
corporate [1]
2936/11
correctly [1]
2918/12
correspond [2]
2895/10 2955/5
cost [14]
2938/24 2938/25
2939/5 2939/5
2939/10 2939/13
2939/13 2939/14
2939/15 2939/16
2939/19 2940/3
2940/23 2941/12
costs [15]
2935/19 2935/19
2935/24 2936/24
2936/24 2936/25
2938/15 2938/22
2938/22 2938/23
2940/2 2940/11
2940/25 2941/12
2941/15
count [12]
2898/21 2900/1

2900/14 2900/16
2900/16 2919/16
2920/7 2921/7
2926/5 2956/2
2957/15 2957/20
couple [4]
2877/21 2907/24
2944/25 2953/10
course [8]
2886/5 2894/10
2903/22 2918/18
2941/14 2955/2
2956/14 2959/22
court [17]
2873/1 2874/23
2901/12 2910/12
2914/6 2914/18
2914/22 2915/7
2916/4 2916/17
2916/19 2916/19
2916/20 2916/25
2923/7 2954/24
2962/3
Courts [1]
2874/24
cover [7]
2904/6 2904/18
2937/18 2938/13
2941/15 2941/18
2952/3
covered [2]
2940/25 2945/7
covering [1]
2938/21
covers [3]
2900/7 2900/7
2900/9
creative [1]
2936/16
credit [1]
2948/12
criticism [2]
2876/10 2876/15
cross [4]
2875/5 2887/11
2887/20 2909/18
cross-examination [2]
2875/5 2887/20
2909/18
current [1]
2939/8
currently [1]
2952/19
cut [5]    2883/9
2893/15 2905/10
2905/15 2915/21
cutoff [5]
2888/13 2891/4
2914/25 2915/13
2915/15
cutoffs [1]
2890/23

# D

D.C [4]    2873/6
2873/16 2874/6
2874/25
Dairy [2]
2917/9 2917/14
Daniel [2]

data [24]
2900/10 2901/16
2906/16 2922/17
2922/19 2922/24
2923/4 2924/4
2924/25 2926/19
2928/12 2928/15
2928/20 2928/21
2928/23 2930/5
2943/10 2948/1
2948/1 2948/2
2948/18 2948/19
2949/4 2949/15
DATE [1]
2962/10
dating [1]
2911/12
day [1]    2960/3
deal [2]    2881/2
2955/18
debate [1]
2886/22
debunked [1]
2887/2
decision [4]
2938/21 2938/23
2938/24 2939/8
deck [2]
2903/20 2942/14
Defendant [1]
2873/7
DEFENDANTS [3]
2873/17 2873/22
2874/2
define [1]
2914/18
defined [4]
2896/21 2913/14
2914/17 2915/1
defining [1]
2944/13
definitely [2]
2934/7 2941/13
definition [4]
2896/15 2915/6
2916/2 2916/12
demonstrated [1]
2886/10
demonstrative [15]
2887/18 2887/22
2891/6 2891/11
2898/25 2904/10
2906/11 2906/12
2918/5 2922/12
2922/20 2924/19
2931/17 2954/2
2955/7
demonstratives [1]
2918/7
denominator [8]
2921/20 2923/13
2925/2 2925/3
2925/7 2926/4
2926/23 2947/4
denominator's [1]
2925/22
Department [1]
2873/14
depending [1]

**D**

depending... [1]
  2919/2
depends [1]
  2885/25
depict [1]
  2906/25
depicting [1]
  2927/22
deposition [15]
  2891/20 2892/11
  2895/15 2929/13
  2938/4 2945/22
  2945/23 2950/19
  2952/14 2954/3
  2954/11 2955/22
  2955/24 2957/6
  2958/8
depositions [2]
  2953/11 2958/9
describe [2]
  2876/15 2914/7
described [2]
  2933/20 2955/6
description [1]
  2913/11
deserve [1]
  2910/2
design [1]
  2954/21
designated [2]
  2914/19 2915/24
desirable [1]
  2881/15
detected [1]
  2880/11
detecting [1]
  2882/2
detection [2]
  2880/8 2881/11
determine [6]
  2896/25 2918/14
  2918/22 2923/2
  2935/18 2936/11
developing [1]
  2941/14
deviate [1]
  2882/9
deviating [1]
  2881/4
deviations [1]
  2880/11
differ [1]
  2901/18
difference [24]
  2876/12 2876/12
  2876/20 2877/3
  2877/11 2877/11
  2877/14 2877/14
  2877/21 2877/21
  2878/3 2878/3
  2879/4 2879/4
  2879/8 2879/8
  2888/8 2892/1
  2900/1 2900/5
  2900/6 2902/16
  2943/25 2945/10
difference-in-differences [2]
  2876/12 2877/11

2877/14 2877/21
2878/3 2879/4
2879/8
differences [2]
  2914/21 2945/6
different [7]
  2876/13 2880/21
  2884/9 2889/16
  2889/19 2892/9
  2897/3 2899/25
  2901/2 2901/14
  2902/21 2906/23
  2907/13 2910/23
  2911/4 2915/11
  2917/4 2920/15
  2922/22 2933/7
  2936/15
difficult [1]
  2883/6
dimensions [6]
  2880/25 2881/3
  2881/20 2881/21
  2882/18 2883/23
direct [7]
  2875/4 2876/5
  2879/22 2903/14
  2913/13 2917/8
  2937/21
directions [1]
  2901/17
disagree [2]
  2920/18 2951/25
disagreement [2]
  2898/2 2910/10
discern [1]
  2918/13
disconnect [1]
  2944/3
discovery [2]
  2929/2 2929/3
discuss [1]
  2898/20
discussed [1]
  2955/22
dispute [2]
  2899/11 2917/6
distinction [3]
  2877/17 2877/18
  2892/12
distinguished [1]
  2915/15
distracted [1]
  2904/25 2941/10
distributed [6]
  2936/14 2937/3
  2939/20 2940/4
  2940/25 2941/7
DISTRICT [5]
  2873/1 2873/1
  2873/10 2874/24
  2914/15
divergences [1]
  2928/20
diversion [1]
  2928/22
diversions [1]
  2928/18
division [2]
  2876/25 2926/8
divorced [1]

2949/19
document [5]
  2890/4 2904/7
  2942/16 2942/17
  2946/1
Dohle [1]
  2939/13
DOJ's [1]
  2958/13
dollar [5]
  2894/1 2900/20
  2904/1 2915/6
  2934/22
dollars [3]
  2900/22 2904/5
  2944/19
done [6]   2879/9
  2907/21 2907/24
  2908/2 2930/5
  2943/22
doubt [1]
  2954/10
down [8]
  2877/23 2891/3
  2897/3 2901/22
  2905/7 2938/19
  2945/20 2946/22
downstream [1]
  2905/18
dozen [1]
  2905/25
Dr [10]   2887/25
  2890/11 2907/8
  2916/20 2916/25
  2922/4 2922/8
  2922/11 2927/8
  2942/15
Dr. [23]
  2876/10 2879/4
  2883/13 2888/7
  2889/18 2890/11
  2893/22 2897/1
  2898/1 2899/25
  2901/9 2903/22
  2906/16 2906/17
  2928/25 2930/12
  2935/12 2935/18
  2936/1 2936/6
  2940/16 2955/21
  2960/20
Dr. Hill [12]
  2876/10 2883/13
  2888/7 2889/18
  2893/22 2898/1
  2899/25 2906/17
  2935/12 2935/18
  2936/6 2960/20
Dr. Hill's [11]
  2879/4 2890/11
  2897/1 2901/9
  2903/22 2906/16
  2928/25 2930/12
  2936/1 2940/16
  2955/21
dramatic [1]
  2885/19
dropped [1]
  2955/23
dropping [1]
  2955/20

during [2]
  2875/11 2922/5
dwarfs [1]
  2884/12

**E**

earlier [7]
  2884/18 2892/16
  2894/16 2907/23
  2909/23 2926/18
  2932/2
early [3]
  2904/23 2909/18
  2917/8
easier [4]
  2937/23 2946/1
  2952/1 2952/4
easily [1]
  2889/3
easy [2]
  2908/16 2941/23
econ [1]   2939/3
economic [2]
  2880/18 2898/10
economics [2]
  2885/17 2941/4
economist [1]
  2941/5
economists [6]
  2886/22 2896/17
  2931/3 2931/5
  2940/9 2945/4
economize [1]
  2887/18
editor [4]
  2908/23 2909/4
  2933/2 2933/15
editorial [1]
  2928/12
editors [5]
  2894/22 2936/23
  2941/2 2958/3
  2959/17
EDWARD [3]
  2875/3 2876/5
  2887/20
effect [8]
  2878/23 2878/24
  2904/23 2935/7
  2938/25 2939/7
  2943/8 2953/23
effective [1]
  2881/24
effects [6]
  2876/14 2879/14
  2879/16 2879/17
  2879/19 2879/21
efficiencies [1]
  2884/2
Eighth [1]
  2873/20
either [2]
  2908/2 2908/6
elaborate [1]
  2879/25
elements [1]
  2929/18
eliminate [2]
  2878/16 2953/10
else [5]   2893/8

2910/4 2910/4
2932/11 2932/17
elsewhere [2]
  2906/10 2926/19
empirical [7]
  2893/24 2930/11
  2930/15 2930/16
  2930/18 2930/25
  2943/21
employee [1]
  2951/6
employee-owned [1]
  2951/6
employees [2]
  2951/9 2952/7
  2952/14 2952/19
encouraged [1]
  2941/16
encouraging [1]
  2936/23
end [12]
  2876/10 2878/16
  2892/4 2893/10
  2893/14 2903/11
  2905/7 2912/7
  2914/12 2915/12
  2933/16 2955/13
enforcement [1]
  2880/9
enforcing [1]
  2882/3
engage [1]
  2944/22
enlist [1]
  2913/8
enough [4]
  2895/8 2912/13
  2934/2 2948/7
enter [5]
  2893/25 2944/1
  2944/2 2944/8
  2944/14
entering [4]
  2900/21 2943/22
  2943/25 2944/9
enthusiastic [1]
  2933/14
entire [1]
  2895/22
entitled [1]
  2962/5
entrant [2]
  2952/9 2958/2
entrants [3]
  2931/1 2943/11
  2945/14
entrepreneurial [2]
  2936/15 2937/3
entry [19]
  2885/4 2893/23
  2898/15 2898/19
  2898/21 2909/23
  2930/25 2941/20
  2941/25 2942/3
  2943/4 2943/9
  2943/10 2943/23
  2945/2 2945/3
  2945/5 2945/10
  2945/11
equals [1]

**E**

equals... [1]
2925/20

especially [3]
2889/24 2909/24
2943/4

Esquire [12]
2873/12 2873/13
2873/13 2873/14
2873/17 2873/18
2873/18 2873/22
2873/22 2873/23
2874/2 2874/5

establish [1]
2876/19

estimate [1]
2920/8

et [4]    2873/6
2896/18 2928/13
2954/21

Ethan [1]
2873/14

evaluate [2]
2916/24 2917/4

even [14]
2883/10 2885/19
2886/3 2893/16
2893/25 2896/20
2907/16 2913/6
2916/24 2920/3
2920/21 2936/24
2944/25 2955/15

event [5]
2877/22 2878/1
2879/10 2891/19
2906/19

eventually [1]
2881/8

everybody [5]
2882/8 2932/11
2932/17 2937/4
2961/1

evidence [7]
2883/19 2890/8
2903/14 2905/18
2906/8 2930/21
2945/17

exactly [2]
2924/17 2941/3

examination [6]
2875/4 2875/5
2876/5 2887/20
2909/18 2938/1

example [7]
2880/20 2881/14
2885/11 2909/8
2930/8 2946/13
2956/19

examples [1]
2923/5

exceeds [1]
2926/1

excerpt [2]
2937/17 2942/11

excited [2]
2933/2 2933/11

exclude [3]
2940/11 2940/22
2948/21

exclusively [2]
2913/15 2953/15

excuse [10]
2901/20 2906/3
2918/16 2921/15
2936/16 2941/2
2941/25 2949/7
2950/6 2956/21

executing [1]
2878/2

exercise [2]
2898/16 2929/22

Exhibit [5]
2899/14 2902/10
2927/5 2945/20
2956/4

Exhibit 48 [1]
2956/4

Exhibit 6.5 [1]
2927/5

Exhibit 7.2 [1]
2899/14

Exhibit 9.1 [1]
2945/20

Exhibit 9.2 [1]
2902/10

exhibits [8]
2875/11 2906/20
2937/10 2937/13
2938/1 2942/10
2950/24 2950/25

existence [1]
2897/10

exists [1]
2898/5

expand [3]
2956/22 2956/25
2957/12

expansion [1]
2957/15

expect [3]
2898/16 2941/3
2952/21

expense [1]
2939/20

expenses [8]
2936/9 2936/10
2936/18 2939/11
2939/22 2939/25
2940/7 2941/18

experience [1]
2877/8

expert [1]
2913/21

expert's [1]
2916/9

explain [3]
2923/23 2923/24
2929/12

explained [1]
2924/13

explanation [3]
2892/2 2893/21
2947/24

explicit [1]
2880/4

explore [2]
2889/23 2913/17

extent [4]
2891/7 2909/17

2929/14 2930/3

extrapolate [1]
2959/11

extremely [2]
2898/15 2926/10

eye [1]    2932/9

**F**

F.Supp.3d [1]
2914/14

face [2]    2892/7
2956/13

fact [13]
2888/24 2889/3
2891/3 2892/23
2893/13 2898/17
2900/3 2908/22
2920/1 2920/16
2921/5 2943/7
2951/10

factor [3]
2879/11 2893/21
2936/25

factors [1]
2915/15

facts [2]
2917/21 2951/21

factual [1]
2916/7

fair [6]
2882/15 2890/24
2895/8 2907/7
2941/11 2949/2

fall [1]
2880/18

falls [1]
2943/16

familiar [4]
2913/18 2937/6
2937/8 2942/15

far [3]    2895/12
2902/13 2928/8

farmers [2]
2917/9 2917/14

fashion [1]
2896/15

fatter [1]
2945/21

fault [2]
2938/12 2949/8

feature [1]
2941/7

features [2]
2915/12 2916/16

Federal [1]
2913/19

feedback [2]
2909/14 2909/15

fellow [1]
2937/6

few [2]    2906/20
2944/10

fewer [3]
2893/18 2905/24
2906/5

fierce [1]
2912/23

Fifteen [1]
2959/14

fifth [2]

2873/15 2938/20

figure [4]
2886/16 2898/9
2921/8 2930/9

financial [2]
2942/2 2943/11

find [10]
2883/11 2889/11
2890/17 2916/20
2918/2 2928/15
2937/23 2942/11
2952/4 2957/4

finding [4]
2881/4 2881/4
2899/13 2955/15

finds [1]
2916/25

fine [4]    2896/6
2905/5 2911/17
2934/19

finish [9]
2889/1 2934/17
2934/19 2935/24
2949/11 2950/8
2950/11 2952/4
2960/15

firm [7]
2898/15 2907/1
2910/1 2937/3
2938/16 2938/21
2941/8

firm-wide [1]
2941/8

firms [7]
2878/13 2880/5
2880/9 2929/24
2929/25 2943/22
2944/6

first [8]
2880/2 2880/6
2925/21 2936/6
2945/25 2947/19
2951/4 2952/5

Fishbein [1]
2874/2

fit [2]    2917/21
2958/21

five [10]
2895/11 2911/8
2912/6 2912/15
2912/16 2912/21
2912/22 2933/8
2933/12 2933/13

fixed [5]
2935/19 2938/22
2938/24 2939/10
2939/14

flies [1]
2960/6

flip [1]
2953/18

Floor [1]
2873/20

FLORENCE [1]
2873/10

flow [1]
2922/22

focus [1]
2878/20

focuses [1]

2884/10

focusing [1]
2919/12

folks [1]
2948/17

follow [2]
2894/20 2949/9

follows [1]
2937/17

fool [1]
2932/20

footnote [1]
2948/4

footnotes [1]
2947/25

force [3]
2934/9 2934/11
2934/13

forced [1]
2885/15

forces [1]
2930/1

Ford [1]
2885/13

foregoing [1]
2962/4

forget [2]
2932/23 2932/25

form [1]    2959/3
2930/15

forth [3]
2881/1 2887/8
2943/20

forward [2]
2885/4 2945/16

forwards [1]
2876/12

found [11]
2897/1 2901/17
2906/12 2908/8
2914/6 2915/7
2917/21 2918/22
2946/18 2951/1
2951/3

foundation [2]
2896/3 2918/21

founded [1]
2954/18

four [11]
2910/12 2910/24
2911/7 2911/8
2911/23 2912/7
2912/12 2932/12
2933/9 2933/18
2943/3

Frackman [1]
2873/22

fraction [3]
2947/22 2955/3
2955/5

freely [1]
2882/23

frequency [2]
2926/1 2946/4

frequent [1]
2928/2

frequently [2]
2918/10 2931/6

Friday [1]

**F**

Friday... [1]
  2960/22
front [1]
  2937/25
full [1]
  2889/18
fun [1]   2960/6
function [1]
  2951/21
fundamental [1]
  2885/16
funding [1]
  2956/14
further [1]
  2883/24

**G**

gaining [1]
  2952/10
game [1]
  2911/10
games [1]
  2954/16
gap [1]   2933/21
gather [1]
  2943/17
gave [1]
  2931/20
gears [1]
  2959/24
general [7]
  2879/15 2882/8
  2884/24 2911/15
  2913/10 2913/11
  2954/19
generally [2]
  2911/21 2911/25
generate [1]
  2892/18
given [12]
  2880/19 2885/2
  2885/3 2885/4
  2886/15 2887/2
  2898/17 2905/12
  2905/15 2905/16
  2915/19 2930/5
Glusman [1]
  2950/19
goes [11]
  2879/20 2884/17
  2885/1 2886/20
  2889/15 2891/3
  2892/3 2901/17
  2910/3 2916/18
  2948/4
good [15]
  2876/2 2876/7
  2876/8 2878/10
  2880/24 2882/16
  2885/11 2887/25
  2894/8 2903/21
  2910/20 2912/15
  2922/1 2960/2
  2960/25
government [2]
  2896/17 2898/4
Government's [4]
  2897/15 2897/18

2903/9 2937/13
grant [2]
  2912/7 2915/8
Grau [7]
  2937/17 2937/24
  2958/1 2958/12
  2958/16 2959/2
  2959/3
great [5]
  2912/10 2912/22
  2923/15 2925/10
  2933/14
greater [2]
  2938/15 2947/23
green [1]
  2923/9
grounds [1]
  2916/3
group [4]
  2907/11 2907/13
  2907/15 2929/24
growing [1]
  2953/25
guess [7]
  2884/22 2886/18
  2918/4 2918/5
  2919/20 2923/3
  2949/25
guidance [1]
  2940/5
guide [1]
  2941/1
guidelines [5]
  2879/20 2879/25
  2880/8 2898/20
  2944/16
gun [2]   2934/9
  2934/15
guns [1]
  2934/20

**H**

Hachette [2]
  2911/19 2912/25
half [7]
  2905/11 2905/11
  2905/12 2905/24
  2906/3 2959/20
  2959/23
hand [2]
  2904/20 2927/13
handled [1]
  2920/22
handsets [1]
  2915/2
happen [3]
  2894/25 2899/6
  2926/20
happened [3]
  2894/23 2917/11
  2932/11
happening [4]
  2878/4 2878/7
  2878/8 2878/9
happy [1]
  2896/4
hard [3]
  2899/13 2949/9
  2955/15
harm [6]

2896/18 2898/13
2929/9 2930/12
2931/5 2934/3
HarperCollins [2]
2911/19 2912/25
head [1]   2958/7
hear [2]
  2936/19 2951/8
heard [2]
  2951/10 2953/12
help [3]
  2893/11 2938/6
  2947/4
helps [1]
  2882/24
Here's [1]
  2952/8
Herfindahl [1]
  2906/24
Herfindahl-Hirschman [3]
  2906/24
HHI [2]   2908/2
  2908/8
HHIs [1]
  2907/21
high [13]
  2884/18 2892/4
  2914/12 2915/12
  2918/24 2926/15
  2926/16 2933/4
  2943/4 2943/9
  2943/23 2945/4
  2945/5
higher [9]
  2884/17 2895/23
  2915/2 2915/23
  2916/16 2932/17
  2933/5 2934/12
  2935/10
highly [3]
  2894/16 2909/16
  2958/12
Hill [13]
  2876/10 2883/13
  2888/7 2889/18
  2893/22 2898/1
  2899/25 2906/17
  2935/12 2935/18
  2936/6 2960/19
  2960/20
Hill's [12]
  2879/4 2890/11
  2897/1 2901/9
  2903/22 2906/16
  2928/25 2930/12
  2936/6 2960/16
  2960/20
Hill's [12]
  2879/4 2890/11
  2897/1 2901/9
  2903/22 2906/16
  2928/25 2930/12
  2936/6 2960/20
hire [2]
  2952/21 2952/25
Hirschman [1]
  2906/24
history [1]
  2894/21
hit [1]   2944/5
HMT [5]   2897/5
  2897/7 2897/14
  2897/18 2897/22
HMTs [1]   2897/1
hold [3]   2887/5
  2925/18 2933/18

Honor [25]
2882/11 2882/15
2883/18 2883/24
2884/6 2885/23
2886/20 2887/12
2887/15 2891/12
2895/14 2896/2
2896/7 2897/25
2904/9 2916/5
2918/6 2921/24
2922/1 2924/8
2926/16 2934/16
2938/7 2957/16
2958/12
Honor's [3]
2882/24 2890/5
2892/3
HONORABLE [1]
2873/10
hook [3]
2874/23 2962/3
2962/10
hope [2]   2936/4
2948/6
hopefully [2]
2929/22 2960/15
hoping [2]
2952/14 2953/13
house [9]
2873/18 2873/23
2912/24 2912/25
2927/24 2928/2
2936/15 2953/1
2955/10
how's [1]
2952/4
huge [1]
2932/10
hundred [8]
2898/16 2923/1
2923/20 2923/22
2936/14 2936/15
2939/25 2948/11
hypothetical [10]
2885/7 2896/3
2896/24 2897/24
2898/8 2910/4
2910/11 2912/20
2933/24 2959/7
hypothetically [1]
2923/17

**I**

idea [9]
2880/16 2883/8
2902/23 2903/13
2905/9 2919/13
2921/12 2925/17
2949/25
ideas [2]
2879/20 2880/17
identification [2]
2918/1 2931/1
identified [5]
2890/1 2893/23
2918/19 2936/5
2953/20
identify [8]
2881/10 2900/22
2919/15 2921/5

2924/3 2928/6
2932/19 2953/8
identity [2]
2881/8 2900/20
ignore [1]
2938/23
Ihan [1]
2873/13
illegal [2]
2907/5 2907/17
illuminate [2]
2929/21 2929/22
illustrated [2]
2954/14 2954/19
imagine [1]
2941/13
impact [2]
2879/3 2893/3
implement [1]
2880/7
implementing [1]
2877/20
Implicitly [1]
2913/5
importance [2]
2880/8 2932/6
important [9]
2882/19 2884/11
2885/3 2888/23
2892/21 2907/12
2907/12 2929/18
2949/13
importantly [1]
2890/25
impossible [1]
2929/16
imprint [12]
2885/4 2886/9
2887/8 2912/18
2930/23 2932/6
2933/2 2941/11
2941/14 2957/14
2957/23 2957/24
imprints [4]
2933/7 2936/13
2941/18 2957/19
inappropriate [1]
2949/21
include [3]
2901/6 2935/24
2947/16
included [1]
2936/8
includes [2]
2893/17 2947/17
including [4]
2880/25 2901/12
2921/19 2936/10
inclusive [1]
2905/8
inconsistent [1]
2936/6
incorrectly [2]
2925/15 2925/21
increase [6]
2879/1 2879/18
2886/25 2889/1
2901/1 2957/15
increases [1]
2886/25

**I**

increasing [5]
2893/18 2941/25
2942/1 2943/10
2957/19
incurred [1]
2939/6
Indeed [1]
2890/25
index [3]
2906/25 2937/23
2950/14
indicate [4]
2897/1 2926/19
2930/11 2932/6
indicated [2]
2884/2 2922/24
indicates [2]
2876/21 2945/3
indicators [2]
2913/16 2944/23
individual [10]
2881/18 2892/7
2894/21 2926/17
2926/21 2941/2
2941/2 2945/14
2948/21 2949/18
individuals [1]
2952/25
industries [2]
2881/5 2886/24
industry [13]
2880/12 2881/14
2882/6 2882/10
2883/18 2883/19
2885/8 2886/19
2911/2 2911/16
2912/1 2930/7
2943/15
infer [1]
2909/6
influence [1]
2952/10
information [6]
2935/5 2948/24
2949/13 2949/17
2952/11 2953/7
infrastructure [1]
2941/8
input [1]
2929/21
inquiries [1]
2930/21
inquiry [1]
2930/25
insight [1]
2897/7
insights [3]
2928/25 2929/17
2930/14
insignificant [2]
2879/11 2879/12
insofar [1]
2917/3
instead [2]
2888/18 2933/9
instructive [1]
2894/19
insufficient [1]

**I (continued)**
2881/8
intend [1]
2958/5
intended [1]
2876/13
intention [1]
2957/12
interaction [1]
2880/3
interesting [1]
2909/12
interim [1]
2925/6
interpretation [1]
2919/20
interrupt [1]
2896/7
interrupted [1]
2904/4
interruption [1]
2916/4
intervals [1]
2880/22
interview [1]
2959/1
into [30]
2878/6 2884/15
2890/8 2894/1
2896/5 2897/24
2900/21 2903/14
2906/14 2907/22
2908/3 2914/2
2915/1 2927/3
2929/1 2929/21
2929/25 2930/21
2930/25 2931/24
2939/21 2939/21
2941/20 2943/16
2947/10 2947/19
2948/14 2949/4
2949/16 2957/17
investigate [1]
2888/19
invite [1]
2934/10
invited [1]
2959/21
inviting [1]
2942/6
involve [1]
2880/4
involving [1]
2917/13
isolate [2]
2886/13 2889/24
issue [8]
2878/2 2886/7
2889/23 2900/13
2901/17 2908/19
2909/23 2947/4
issues [5]
2884/3 2884/4
2889/15 2943/19
2955/18

**J**

Jeff [3]
2874/23 2962/3
2962/10
John [1]

**J (continued)**
2873/12
Joshua [3]
2954/3 2954/5
2954/12
judge [2]
2873/10 2917/20
judge's [1]
2917/25
jury [2]
2917/20 2917/23
justice [2]
2873/14 2877/7

**K**

Karen [1]
2957/6
keep [4]
2887/14 2920/18
2920/19 2940/24
kept [1]
2951/10
key [2]   2877/16
2878/6
KGAA [1]   2873/6
Kim [1]   2873/13
kind [4]   2882/6
2931/6 2947/19
2959/14
knew [1]   2895/6
knowing [1]
2920/22
knowledge [2]
2916/9 2950/18
knowledgeable [1]
2943/18
known [11]
2881/9 2918/19
2918/21 2919/17
2919/22 2919/24
2920/17 2923/10
2923/10 2924/2
2958/3
knows [1]
2913/6
Krugman [1]
2937/7
Krugman's [2]
2942/10 2942/11

**L**

L-O-T-Z [1]
2957/7
labeled [1]
2945/23
lapsing [1]
2897/24
large [11]
2893/17 2900/20
2932/12 2933/3
2942/4 2943/15
2943/15 2943/16
2944/19 2947/21
2958/20
larger [2]
2893/13 2893/16
largest [2]
2884/12 2957/23
last [2]
2895/11 2955/21
later [1]

**L (continued)**
2896/4
lay [1]   2918/20
lead [2]   2878/5
2910/15
leader [1]
2886/18
leads [2]
2901/18 2909/14
least [13]
2886/23 2896/17
2897/6 2903/3
2908/18 2910/18
2913/14 2924/4
2935/19 2936/24
2943/19 2945/4
2960/1
leaving [1]
2916/16
left [4]
2890/23 2931/4
2947/16 2949/22
legal [2]
2898/10 2916/6
length [1]
2935/14
less [6]
2881/15 2893/18
2895/16 2908/21
2943/15 2958/23
lessening [2]
2884/25 2887/4
level [12]
2886/8 2886/16
2888/8 2888/9
2888/9 2891/2
2892/5 2908/22
2933/4 2935/6
2940/6 2941/1
levels [1]
2897/3
leverage [2]
2909/25 2910/5
Lexington [1]
2874/3
life [1]   2952/4
lifestyle [1]
2954/21
likelihood [4]
2879/19 2880/14
2883/17 2883/17
likely [2]
2883/14 2898/12
limit [1]
2882/18
limitation [1]
2934/8
limited [2]
2913/3 2913/3
limits [1]
2934/6
line [1]
2881/25 2902/11
2957/9 2957/10
Lines [1]
2957/9
lingo [1]
2897/24
list [4]   2895/3
2948/8 2952/2
2958/13

**L (continued)**
listed [1]
2956/20
literature [1]
2887/1
little [8]
2892/9 2896/14
2901/22 2909/2
2927/5 2937/18
2938/5 2945/16
live [1]
2932/15
LLP [4]   2873/23
2873/23 2874/2
2874/5
long [9]
2882/22 2892/18
2894/5 2894/12
2894/21 2924/12
2944/8 2948/5
2960/16
longer [1]
2945/16
look [46]
2877/3 2877/22
2885/12 2885/12
2885/17 2886/5
2887/3 2888/4
2889/17 2889/24
2890/4 2890/23
2893/24 2896/13
2901/12 2901/13
2903/21 2907/15
2918/4 2918/5
2919/15 2919/19
2921/18 2922/11
2924/17 2926/16
2926/21 2927/4
2928/19 2931/3
2931/16 2942/9
2942/15 2942/15
2942/18 2942/19
2944/16 2944/17
2945/13 2950/21
2954/10 2955/8
2955/24 2957/4
2958/8 2959/24
looked [10]
2886/21 2889/20
2905/24 2907/17
2929/5 2932/10
2943/22 2944/20
2958/9 2958/10
looking [17]
2897/7 2901/23
2904/8 2912/3
2919/14 2920/10
2923/2 2923/4
2923/8 2927/10
2929/24 2931/5
2937/11 2946/3
2949/22 2954/9
2958/15
looks [5]
2876/17 2905/4
2932/16 2937/19
2955/14
Los [1]   2873/20
lose [2]   2881/7
2942/7
losing [1]

**L**

losing... [1]
  2893/20
loss [1]
  2928/12
lot [14]    2887/9
  2889/15 2892/7
  2894/12 2902/21
  2906/22 2919/25
  2920/6 2922/22
  2938/5 2943/5
  2944/7 2947/22
  2958/9
lots [5]
  2884/13 2885/9
  2885/9 2937/2
  2944/11
Lotz [1]    2957/6
loud [7]    2899/2
  2946/19 2954/23
  2956/3 2956/11
  2958/14 2958/18
lousy [1]
  2935/3
love [2]    2912/6
  2928/8
low [5]    2895/8
  2920/2 2935/9
  2941/21 2947/9
lower [7]
  2878/14 2878/16
  2893/10 2893/14
  2905/7 2933/16
  2938/19
Ls [3]    2940/6
  2941/1 2941/1
LTE [8]    2914/10
  2914/14 2914/18
  2914/20 2915/11
  2915/17 2915/24
  2916/16
lure [1]    2955/9

**M**

Macmillan [2]
  2911/19 2912/25
Madeline [1]
  2936/19
magic [1]
  2889/8
major [5]
  2893/21 2935/17
  2943/3 2944/11
  2953/9
makes [2]
  2881/3 2952/4
making [3]
  2883/3 2895/23
  2923/1
manufacture [1]
  2935/10
manuscript [2]
  2898/12 2911/7
manuscripts [2]
  2898/6 2934/1
many [27]
  2881/20 2882/15
  2882/18 2883/23
  2894/25 2895/6

2897/2 2905/10
2905/11 2905/15
2911/14 2911/24
2913/8 2920/15
2923/16 2924/5
2924/22 2943/12
2949/25 2950/1
2950/1 2951/14
2952/7 2952/19
2952/21 2955/2
2958/5
margin [7]
  2935/13 2935/13
  2935/25 2940/12
  2940/17 2940/21
  2940/22
margins [3]
  2936/6 2936/8
  2936/11
market [64]
  2878/13 2878/14
  2878/25 2884/25
  2885/8 2886/7
  2888/21 2889/9
  2892/4 2894/19
  2895/21 2895/22
  2896/15 2896/15
  2896/18 2896/18
  2896/21 2897/6
  2897/11 2897/15
  2897/19 2898/5
  2899/1 2899/2
  2899/5 2903/8
  2903/10 2906/18
  2906/25 2907/16
  2908/3 2908/8
  2908/15 2913/13
  2913/14 2913/23
  2913/25 2914/5
  2914/22 2915/6
  2915/17 2916/2
  2916/11 2920/8
  2921/16 2922/16
  2929/9 2929/18
  2929/22 2931/3
  2934/4 2941/21
  2941/21 2942/1
  2942/20 2943/25
  2944/1 2944/13
  2944/15 2945/1
  2948/16 2948/23
  2950/4 2959/15
Market's [1]
  2942/25
marketplace [2]
  2894/12 2951/19
markets [1]
  2943/1
mass [2]
  2878/12 2878/25
match [1]
  2933/11
math [6]
  2902/12 2906/3
  2919/8 2919/11
  2925/23 2928/1
matter [8]
  2882/20 2884/14
  2886/3 2886/14
  2886/15 2886/16

2919/20 2962/5
matters [3]
  2911/2 2933/21
  2948/7
maverick [6]
  2932/16 2932/19
  2932/22 2932/23
  2932/24 2932/25
max [1]    2924/15
maximum [4]
  2900/20 2933/3
  2934/24 2935/10
may [26]    2876/3
  2877/7 2878/5
  2879/22 2880/17
  2887/5 2887/5
  2890/10 2891/15
  2891/17 2891/19
  2894/20 2894/21
  2899/13 2900/17
  2903/4 2903/13
  2905/7 2909/14
  2909/17 2909/17
  2922/8 2931/3
  2939/5 2944/5
  2954/1
maybe [8]
  2895/9 2901/15
  2909/6 2923/20
  2938/6 2947/12
  2958/22 2960/2
McIntosh's [1]
  2936/19
mean [17]
  2885/22 2892/6
  2895/8 2896/9
  2897/22 2901/5
  2901/8 2919/19
  2921/22 2927/17
  2928/5 2932/20
  2933/20 2946/10
  2956/12 2958/25
  2959/15
Meaning [2]
  2880/9 2946/16
meaningful [4]
  2920/7 2920/14
  2959/5 2959/9
meaningfully [1]
  2945/11
means [10]
  2878/15 2894/11
  2913/17 2917/24
  2919/8 2922/15
  2925/14 2925/19
  2928/1 2934/13
meant [4]
  2891/8 2896/8
  2896/10 2905/6
meantime [1]
  2887/15
measure [1]
  2888/14
measures [1]
  2944/18
mechanism [9]
  2880/2 2880/10
  2880/24 2881/3
  2881/5 2881/11
  2881/24 2882/25

2883/12
Megan [1]
  2873/18
Melvin [1]
  2873/13
mentioned [6]
  2886/8 2894/24
  2894/24 2898/19
  2903/8 2926/17
merchandise [1]
  2878/12
merger [23]
  2876/9 2876/11
  2876/14 2876/22
  2877/6 2878/19
  2879/6 2879/19
  2879/24 2880/15
  2882/20 2883/15
  2884/3 2886/4
  2887/6 2887/9
  2898/20 2900/25
  2907/17 2912/8
  2912/12 2912/18
  2951/19
merging [6]
  2902/12 2902/20
  2919/9 2929/24
  2943/7 2943/19
messiness [1]
  2901/17
messy [4]
  2900/3 2900/4
  2900/12 2901/16
met [1]    2888/1
methodology [1]
  2925/2
microeconomics [3]
  2937/16 2937/22
  2938/14
middle [3]
  2888/4 2938/19
  2942/11
midway [2]
  2937/18 2937/18
might [19]
  2882/13 2889/21
  2903/3 2903/24
  2907/23 2909/20
  2911/18 2911/19
  2912/8 2922/1
  2930/4 2932/2
  2933/16 2934/3
  2938/7 2952/1
  2952/18 2953/13
  2960/13
Mikyla [1]
  2955/7
milk [2]
  2917/13 2917/15
Miller's [1]
  2940/8
million [2]
  2894/1 2900/21
mind [6]
  2879/24 2900/19
  2920/18 2920/19
  2933/4 2951/11
minimum [2]
  2938/15 2950/9
minute [3]

2922/2 2953/18
  2953/19
misleading [1]
  2956/8
misreading [1]
  2958/22
misspoke [1]
  2907/23
misstated [1]
  2952/18
mix [2]    2930/8
  2930/18
model [12]
  2885/16 2929/8
  2929/18 2930/1
  2930/4 2930/12
  2930/13 2931/6
  2936/7 2940/9
  2940/13 2940/17
modeling [1]
  2930/7
models [3]
  2929/21 2929/23
  2935/12
modem [6]
  2913/24 2914/10
  2914/11 2914/14
  2914/18 2915/17
moment [1]
  2960/1
money [1]
  2958/20
monitoring [3]
  2880/8 2880/11
  2881/11
monopsonist [8]
  2896/24 2897/25
  2909/19 2910/1
  2910/7 2910/9
  2934/1 2934/3
monopsony [2]
  2898/17 2917/11
month [1]
  2959/12
months [1]
  2958/23
more [35]
  2886/6 2887/3
  2892/16 2893/9
  2894/2 2894/3
  2894/14 2894/15
  2894/24 2896/15
  2898/11 2900/9
  2900/17 2901/6
  2901/7 2901/8
  2906/2 2909/10
  2909/21 2912/2
  2913/10 2918/2
  2924/24 2928/8
  2928/9 2935/3
  2941/16 2943/18
  2950/16 2951/23
  2952/10 2952/25
  2959/20 2959/23
  2960/14
morning [1]
  2960/22
most [5]    2881/5
  2882/18 2890/25
  2908/22 2928/2

**M**

move [1]
  2913/12

moving [4]
  2878/13 2887/14
  2945/16 2958/17

Mr. [20]
  2887/24 2891/7
  2891/12 2899/16
  2905/6 2907/19
  2909/2 2910/3
  2918/10 2919/25
  2923/23 2935/15
  2939/13 2944/4
  2950/19 2950/23
  2960/11 2960/13
  2960/16 2960/19

Mr. Dohle [1]
  2939/13

Mr. Glusman [1]
  2950/19

Mr. Hill [1]
  2960/19

Mr. Hill's [1]
  2960/16

Mr. Oppenheimer [5]
  2891/7 2891/12
  2918/10 2919/25
  2935/15

Mr. Petrocelli [1]
  2960/11

Mr. Schwarz [9]
  2887/24 2899/16
  2905/6 2907/19
  2909/2 2923/23
  2944/4 2950/23
  2960/13

Mr. Wylie's [1]
  2910/3

Ms. [3]  2955/11
  2956/1 2956/10

Ms. Bruder [2]
  2955/11 2956/10

Ms. Bruder's [1]
  2956/1

much [19]
  2880/23 2881/22
  2884/10 2886/6
  2887/1 2903/18
  2904/1 2932/17
  2933/5 2933/12
  2933/16 2933/16
  2933/16 2944/23
  2947/23 2951/18
  2957/20 2960/14
  2960/25

multi [8]
  2910/25 2918/21
  2919/12 2919/21
  2923/10 2926/14
  2927/9 2927/20

multi-bid [1]
  2919/12

multi-bidder [4]
  2918/21 2926/14
  2927/9 2927/20

multi-bidders [2]
  2919/21 2923/10

multi-round [1]

  2910/25

multiple [4]
  2900/8 2900/22
  2903/4 2918/13

multiplication [1]
  2926/8

multiplicity [1]
  2881/2

must [1]  2893/8

Myers [2]
  2873/19 2873/23

myself [1]
  2924/13

**N**

name [3]
  2888/25 2906/2
  2914/13

named [1]
  2937/7

names [4]
  2948/21 2949/20
  2949/23 2950/13

Nathan [1]
  2940/8

nature [1]
  2881/17

necessarily [2]
  2887/7 2893/14

need [9]
  2901/12 2901/15
  2925/12 2925/19
  2931/9 2939/21
  2940/1 2940/25
  2950/8

negated [1]
  2910/5

negotiation [1]
  2880/4

negotiations [1]
  2882/22

negotiators [1]
  2910/25

Neruda [1]
  2931/20

net [1]  2883/2

Netflix [1]
  2885/14

nevertheless [1]
  2939/19

new [9]  2873/24
  2873/24 2874/3
  2874/3 2894/22
  2926/1 2959/1
  2959/6 2959/13

next [3]
  2938/23 2951/12
  2954/17

nine [9]
  2924/18 2925/3
  2925/11 2925/14
  2925/18 2925/20
  2926/13 2927/2
  2939/5

Ninth [3]
  2874/6 2916/1
  2916/12

Nobel [1]
  2937/7 2937/9
  2941/4 2941/5

nobody [3]
  2882/9 2882/14

non [26]
  2886/10 2891/1
  2891/21 2892/24
  2893/2 2893/9
  2905/21 2906/14
  2907/1 2907/22
  2908/3 2908/10
  2922/15 2923/17
  2924/19 2924/22
  2926/11 2926/13
  2930/20 2930/20
  2930/24 2946/5
  2947/21 2948/8
  2948/21 2959/21

non-ATS [1]
  2905/21

non-Big [24]
  2886/10 2891/1
  2891/21 2892/24
  2893/2 2893/9
  2906/14 2907/1
  2907/22 2908/3
  2908/10 2922/15
  2923/17 2924/19
  2924/22 2926/11
  2926/13 2930/20
  2930/24 2946/5
  2947/21 2948/8
  2948/21 2959/21

non-quantitative [2]
  2930/20

noon [1]
  2960/16

normal [2]
  2896/16 2936/11

normally [1]
  2896/17

Northern [1]
  2914/15

Northwest [2]
  2873/15 2874/6

Norton [13]
  2894/17 2894/24
  2895/19 2912/13
  2926/17 2946/13
  2950/2 2950/15
  2950/16 2951/2
  2951/3 2951/6
  2951/9

note [2]  2911/10
  2946/9

notebook [1]
  2937/20

noticed [1]
  2902/14

noting [1]
  2938/20

notion [2]
  2895/16 2910/6

number [40]
  2883/10 2884/10
  2885/2 2885/18
  2889/8 2891/2
  2893/17 2893/17
  2895/15 2895/20
  2895/23 2896/5
  2899/8 2899/11

  2899/16 2899/25
  2900/21 2903/20
  2904/1 2910/12
  2920/2 2920/3
  2920/14 2921/19
  2923/1 2923/10
  2925/1 2927/15
  2930/24 2942/1
  2942/4 2943/11
  2943/16 2944/17
  2947/9 2947/21
  2951/15 2952/20
  2954/25 2959/13

numbers [15]
  2887/7 2893/13
  2902/17 2904/5
  2904/13 2904/22
  2911/10 2919/22
  2921/17 2930/23
  2931/25 2932/3
  2932/5 2949/19
  2949/20

numerator [2]
  2925/13 2925/18

numerous [1]
  2886/11

NW [1]  2874/24

**O**

o'clock [1]
  2960/3

O'Melveny [2]
  2873/19 2873/23

oath [2]
  2921/11 2922/8

objection [2]
  2916/8 2917/25

observation [1]
  2888/23

observations [1]
  2894/11

observed [1]
  2889/9

occasionally [2]
  2944/14 2953/13

occasions [5]
  2920/12 2920/24
  2923/2 2924/2
  2927/20

odd [1]  2877/16

of the [1]
  2897/11

off [4]  2882/7
  2894/22 2919/5
  2958/7

offers [6]
  2946/4 2947/13
  2947/22 2948/9
  2949/4 2949/17

official [2]
  2874/23 2962/3

often [7]
  2910/22 2922/23
  2922/24 2924/24
  2929/21 2952/11
  2953/7

oftentimes [1]
  2883/21

oligopoly [4]
  2943/2 2943/9

  2943/14 2943/16

oliver [1]
  2941/5

once [2]
  2894/25 2934/12

one [76]
  2877/15 2877/18
  2879/10 2880/1
  2880/20 2881/5
  2882/21 2884/12
  2884/16 2888/13
  2888/13 2888/21
  2888/22 2889/20
  2893/23 2894/13
  2894/13 2898/9
  2898/11 2900/7
  2900/9 2900/19
  2900/23 2900/24
  2901/6 2901/6
  2901/8 2901/19
  2903/14 2905/25
  2907/1 2907/22
  2908/3 2909/6
  2909/7 2909/10
  2909/19 2910/18
  2910/20 2910/22
  2912/14 2913/8
  2919/2 2919/3
  2919/5 2920/20
  2920/24 2921/4
  2923/18 2925/2
  2925/19 2928/21
  2930/6 2930/6
  2933/11 2933/12
  2933/21 2933/22
  2935/11 2937/11
  2938/3 2939/14
  2944/2 2944/5
  2944/18 2946/13
  2948/12 2950/19
  2952/3 2952/5
  2953/19 2956/10
  2956/13 2957/4
  2958/10 2959/24

one-hit [1]
  2944/5

one-time [1]
  2939/14

ones [6]
  2909/25 2915/18
  2919/14 2919/14
  2919/16 2928/5

ongoing [5]
  2939/14 2939/20
  2939/22 2940/7
  2941/19

only [17]
  2894/19 2898/9
  2898/11 2900/7
  2909/7 2912/7
  2912/21 2914/19
  2919/14 2920/7
  2927/22 2929/1
  2934/1 2943/3
  2948/8 2950/18
  2950/19

opaque [1]
  2881/5

operate [1]
  2907/13

**O**

operates [1]
  2940/12
operating [17]
  2931/1 2935/24
  2936/8 2936/10
  2936/18 2936/24
  2936/25 2939/11
  2939/13 2939/20
  2939/22 2939/25
  2940/2 2940/7
  2940/24 2941/12
  2941/15
operational [2]
  2941/7 2941/18
operations [2]
  2936/12 2936/16
opinion [7]
  2879/15 2880/14
  2883/16 2916/6
  2917/17 2917/18
  2953/1
opinions [1]
  2916/25
Oppenheimer [7]
  2873/18 2875/4
  2891/7 2891/12
  2918/10 2919/25
  2935/15
opportunities [1]
  2955/9
opposed [3]
  2878/19 2881/18
  2918/2
option [1]
  2918/3
options [2]
  2912/21 2918/1
order [1]
  2924/22
orderly [1]
  2896/15
organization [1]
  2940/4
organizations [1]
  2941/6
organize [1]
  2941/6
original [1]
  2890/11
others [12]
  2907/9 2908/21
  2909/7 2909/13
  2909/16 2912/12
  2912/19 2917/18
  2920/17 2933/5
  2949/3 2949/14
otherwise [3]
  2901/16 2948/17
  2958/6
ourselves [1]
  2911/13
out [43]
  2877/25 2880/8
  2880/21 2880/23
  2881/4 2882/2
  2883/11 2883/21
  2884/24 2886/16
  2887/18 2890/5

2892/14 2895/24
2898/9 2899/2
2899/14 2901/19
2905/23 2910/7
2911/9 2914/13
2915/22 2916/16
2918/2 2919/5
2921/8 2926/3
2926/10 2926/14
2930/9 2931/4
2933/4 2933/12
2946/19 2948/4
2954/7 2954/23
2956/3 2956/11
2958/14 2958/18
2959/11
outcome [1]
  2910/16
output [2]
  2900/24 2901/1
over [22]
  2880/22 2883/8
  2885/18 2886/24
  2889/18 2893/17
  2894/12 2899/3
  2899/10 2899/21
  2904/21 2905/8
  2909/2 2912/9
  2912/15 2920/19
  2927/2 2927/2
  2927/21 2941/14
  2953/19 2960/9
overall [1]
  2937/5
overcome [1]
  2934/3
overlap [1]
  2909/17
overrule [1]
  2916/8
owned [2]
  2951/6 2951/9

**P**

p.m [4]    2873/7
  2922/6 2922/7
  2961/2
pace [1]
  2933/25
page [45]
  2875/2 2891/6
  2898/25 2899/13
  2899/16 2901/20
  2901/21 2901/25
  2902/3 2902/4
  2902/10 2904/9
  2906/12 2917/1
  2918/6 2922/11
  2922/19 2923/7
  2923/8 2927/6
  2931/16 2937/19
  2938/12 2938/13
  2938/14 2942/14
  2942/16 2942/17
  2942/21 2945/21
  2945/25 2951/4
  2951/4 2951/11
  2951/12 2952/12
  2954/2 2954/23
  2954/24 2955/6

2955/24 2956/5
2956/10 2957/5
2957/7
pages [3]
  2887/23 2891/12
  2957/3
paid [5]
  2880/23 2881/16
  2941/11 2946/13
  2953/24
Pam [1]    2879/22
PAN [1]    2873/10
paragraph [9]
  2901/20 2901/23
  2902/3 2903/6
  2903/11 2917/19
  2938/19 2938/20
  2938/24
parameters [1]
  2881/13
Park [1]
  2931/20
part [10]
  2878/12 2880/2
  2898/22 2903/3
  2908/16 2908/18
  2930/15 2935/17
  2935/25 2940/10
participants [1]
  2942/1
particular [17]
  2883/22 2887/4
  2888/17 2889/3
  2908/25 2909/4
  2917/5 2918/2
  2922/21 2931/19
  2931/20 2933/2
  2940/23 2941/11
  2956/18 2957/14
  2958/10
particularly [1]
  2887/23
parties [9]
  2880/12 2883/12
  2899/18 2902/12
  2902/20 2919/9
  2929/2 2936/8
  2943/19
parts [1]
  2950/20
party [2]
  2881/4 2943/7
party's [1]
  2920/13
pass [2]    2884/3
  2890/5
pass-through [1]
  2884/3
passing [1]
  2887/18
past [1]
  2942/11
Paul [3]    2937/7
  2942/10 2942/11
pause [1]
  2884/21
pay [5]    2880/21
  2898/11 2910/2
  2910/9 2940/1
paying [1]

2956/20
payment [1]
  2900/18
payout [3]
  2881/15 2881/21
  2881/23
penalty [1]
  2919/18
PENGUIN [7]
  2873/18 2873/23
  2912/24 2912/24
  2927/24 2928/1
  2936/14
people [3]
  2886/2 2952/21
  2956/25
per [4]    2914/24
  2946/16 2947/4
  2951/13
percent [57]
  2883/9 2884/19
  2884/20 2884/20
  2885/8 2885/10
  2885/19 2885/22
  2886/1 2886/1
  2886/1 2886/3
  2886/3 2886/4
  2886/6 2887/7
  2891/2 2891/21
  2891/22 2893/2
  2895/9 2895/21
  2896/8 2898/16
  2899/1 2899/10
  2901/1 2903/9
  2903/16 2904/2
  2904/24 2905/3
  2905/8 2906/4
  2919/8 2920/3
  2920/9 2920/14
  2920/20 2921/16
  2921/19 2922/14
  2924/15 2924/23
  2925/12 2925/23
  2925/24 2926/18
  2926/20 2926/25
  2927/12 2927/15
  2927/23 2947/11
  2947/12 2948/11
  2948/15
percentage [4]
  2903/15 2905/1
  2918/25 2922/25
percentages [2]
  2890/20 2924/14
perfectly [1]
  2911/18
performance [5]
  2914/11 2914/21
  2915/11 2915/23
  2916/16
performed [1]
  2935/13
perhaps [4]
  2890/25 2903/13
  2927/4 2955/13
period [8]
  2894/12 2899/3
  2904/21 2946/6
  2948/23 2958/20
  2958/22 2959/12

permission [1]
  2890/5
permitted [1]
  2917/22
person [3]
  2932/18 2950/15
  2955/25
personally [1]
  2937/8
perspective [1]
  2882/21
persuaded [1]
  2930/13
Petrocelli [2]
  2873/17 2960/11
PhD [3]    2875/3
  2876/5 2887/20
phone [1]
  2915/14
photographs [1]
  2954/15
photography [1]
  2954/21
phrase [1]
  2926/1
picked [4]
  2888/4 2888/17
  2890/4 2928/5
picking [1]
  2881/3
piece [1]
  2932/3
place [3]
  2883/8 2889/11
  2951/19
places [1]
  2919/19
plaintiff [3]
  2873/4 2873/12
  2915/8
plan [2]
  2956/21 2960/23
planning [2]
  2956/19 2957/14
play [1]    2882/2
player [4]
  2884/12 2885/8
  2944/1 2944/15
players [4]
  2884/13 2884/13
  2944/8 2944/11
please [5]
  2922/4 2922/11
  2937/21 2938/8
  2960/9
plus [10]
  2880/24 2886/11
  2892/16 2904/19
  2904/24 2912/12
  2912/19 2922/24
  2925/20 2927/2
poaching [1]
  2880/16
point [25]
  2881/9 2882/15
  2883/3 2884/11
  2885/5 2888/18
  2888/20 2888/24
  2889/7 2890/17
  2890/18 2890/20

**P**

point... [13]
2892/10 2901/3
2901/19 2908/7
2908/25 2909/1
2909/1 2915/21
2916/14 2919/21
2933/7 2941/10
2958/25
pointing [1]
2954/7
points [3]
2924/5 2928/12
2945/19
pose [1]
2889/25
posed [1]
2890/1
positive [1]
2953/17
possible [2]
2920/23 2929/17
possibly [2]
2889/2 2921/11
post [7]
2876/22 2878/1
2880/15 2883/15
2887/9 2912/12
2912/18
post-event [1]
2878/1
post-merger [6]
2876/22 2880/15
2883/15 2887/9
2912/12 2912/18
potential [10]
2881/19 2885/4
2892/5 2918/1
2929/8 2929/20
2929/22 2930/4
2931/1 2935/9
potentially [1]
2929/25
power [2]
2898/17 2929/22
practices [1]
2883/19
pre [1]    2879/10
pre-event [1]
2879/10
precise [1]
2925/1
precisely [1]
2958/14
prediction [1]
2883/13
prefer [1]
2906/11
premium [4]
2914/10 2914/14
2914/17 2914/18
presentation [1]
2879/23
press [2]
2957/6 2958/15
pressure [1]
2886/17
presumably [1]
2955/3

presumptively [1]
2907/5
pretty [6]
2876/10 2887/1
2902/16 2903/21
2904/22 2958/19
previous [2]
2931/12 2939/25
PRH [13]
2900/25 2918/22
2919/2 2920/1
2920/18 2920/24
2927/10 2936/17
2940/4 2940/12
2943/3 2943/19
2959/17
price [17]
2878/14 2886/21
2886/25 2913/14
2913/15 2914/19
2914/25 2915/13
2915/14 2916/12
2916/15 2932/17
2938/15 2940/2
2941/12 2941/16
2955/5
prices [1]
2941/15
primarily [2]
2933/10 2954/19
principles [1]
2880/18
Prior [1]
2877/22
Prize [4]
2937/7 2937/9
2941/4 2941/5
probability [1]
2884/19
probably [4]
2901/23 2918/10
2934/5 2954/18
probing [1]
2916/9
problem [4]
2876/21 2876/23
2885/25 2937/4
problematic [2]
2939/23 2939/23
problems [2]
2930/7 2956/16
proceed [2]
2876/3 2922/9
proceedings [2]
2961/2 2962/5
process [1]
2880/20
processes [2]
2881/6 2886/12
produce [3]
2938/16 2938/21
2959/3
product [1]
2915/16
production [1]
2938/24
products [1]
2917/16
Professor [1]
2876/7

proffer [1]
2884/1
profit [3]
2935/13 2936/11
2940/17
project [1]
2878/17
projected [1]
2952/20
properly [1]
2896/21
proposed [4]
2895/9 2909/5
2958/3 2958/21
proposition [2]
2938/17 2943/23
proves [1]
2945/1
provided [1]
2939/24
public [2]
2891/2 2932/1
publish [5]
2895/1 2951/13
2954/20 2954/25
2958/5
published [4]
2895/6 2903/10
2905/14 2939/17
publisher [10]
2894/22 2898/10
2898/14 2909/19
2930/23 2934/1
2934/9 2934/21
2946/21 2954/19
publishers [30]
2880/15 2880/19
2883/6 2893/25
2894/16 2896/21
2900/21 2906/23
2910/14 2922/15
2922/23 2923/17
2926/17 2926/21
2930/20 2935/7
2935/9 2942/5
2943/3 2945/15
2946/5 2948/8
2948/22 2949/5
2949/13 2949/19
2953/15 2953/20
2956/20 2960/1
publishes [1]
2950/2
publishing [8]
2897/2 2897/8
2898/17 2953/1
2953/11 2955/4
2955/8 2955/9
punish [1]
2880/13
punishment [1]
2881/11
purchase [2]
2898/5 2942/20
purely [1]
2923/17
purposes [4]
2898/21 2906/22
2907/9 2949/22
put [12]

2880/16 2886/17
2906/14 2907/8
2907/22 2908/3
2908/23 2911/16
2918/11 2929/8
2931/6 2938/13
puts [2]    2886/6
2909/4
putting [5]
2884/16 2896/5
2927/10 2933/6
2955/19
puzzles [1]
2954/16
PX [2]    2890/8
2942/12
PX-80-E [1]
2942/12
PX-960 [1]
2890/8

**Q**

Qualcomm [1]
2913/19
Qualcomm's [2]
2916/24 2917/4
qualification [1]
2906/21
qualitative [1]
2930/21
quantify [1]
2957/21
quantitative [1]
2930/20
quarrel [4]
2896/3 2898/3
2935/17 2940/20
quarrel with [1]
2896/3
quarrels [1]
2935/12
quarters [2]
2881/16 2905/4
quick [1]
2884/1
quite [1]
2918/24
quote [4]
2880/3 2880/13
2898/22 2917/21

**R**

raised [1]
2909/23
Randall [1]
2873/18
RANDOM [7]
2873/18 2873/23
2912/24 2912/24
2927/24 2928/2
2936/15
range [2]
2878/16 2954/20
rate [1]    2905/5
rates [1]
2881/14
rather [2]
2935/19 2952/2
reach [2]
2876/13 2935/4

read [21]
2873/12 2898/22
2917/5 2927/8
2927/15 2936/19
2939/4 2946/19
2950/14 2950/16
2950/20 2954/23
2956/3 2956/3
2956/10 2956/10
2956/17 2957/9
2957/17 2958/14
2958/18
reading [2]
2919/5 2958/23
ready [3]
2898/15 2898/19
2898/21
real [2]    2930/7
2936/2
realize [3]
2907/12 2940/14
2940/23
really [10]
2878/21 2885/11
2885/14 2885/25
2907/7 2913/13
2918/3 2933/2
2933/11 2943/17
reason [3]
2888/17 2917/6
2933/15
reasons [3]
2886/8 2898/10
2930/14
rebuttal [11]
2899/7 2899/14
2901/20 2901/25
2903/7 2927/6
2936/5 2938/3
2945/21 2945/23
2960/18
recalibrate [1]
2936/7
recall [22]
2877/4 2888/16
2891/19 2892/15
2895/9 2903/19
2904/19 2904/22
2905/17 2909/25
2913/25 2916/18
2916/22 2916/23
2917/5 2929/13
2936/21 2939/5
2942/17 2955/12
2955/21 2959/21
receive [1]
2909/20
recent [4]
2930/25 2952/9
2955/21 2958/2
Recess [1]
2922/6
recipe [1]
2937/4
recognition [1]
2887/2
recognize [1]
2906/22
recognized [2]
2890/10 2914/22

**R**

recognizing [1]
  2927/22
recollection [8]
  2889/19 2914/20
  2915/5 2915/11
  2915/19 2916/18
  2916/24 2949/12
record [8]
  2896/5 2906/9
  2921/22 2922/7
  2923/8 2930/21
  2957/17 2962/5
record's [2]
  2914/3 2929/6
records [1]
  2909/24
recouped [1]
  2939/6
recover [2]
  2936/18 2936/24
recovered [1]
  2939/1
recovering [1]
  2939/24
rectangle [1]
  2923/9
red [2]    2888/24
  2907/5
redirect [2]
  2883/25 2911/3
reduce [1]
  2880/10
reducing [1]
  2956/2
reduction [3]
  2878/25 2881/25
  2883/2
refer [1]
  2931/12
reference [3]
  2878/5 2917/9
  2954/24
referred [2]
  2883/18 2953/14
referring [4]
  2884/19 2904/12
  2930/17 2954/1
refers [2]
  2880/3 2956/18
reflected [7]
  2878/10 2879/20
  2892/21 2922/21
  2940/6 2941/1
  2941/25
reflection [1]
  2922/23
reflects [3]
  2893/13 2909/5
  2932/22
refrain [1]
  2880/5
refresh [1]
  2916/23
refreshed [1]
  2915/19
refreshing [1]
  2915/5
regard [3]

regarding [1]
  2880/14
related [2]
  2884/22 2922/19
relates [1]
  2899/24
relationship [5]
  2884/24 2885/1
  2885/5 2886/24
  2887/5
relative [1]
  2884/8
relatively [3]
  2890/20 2952/8
  2957/5
relevant [12]
  2889/23 2897/2
  2897/8 2898/18
  2911/1 2911/14
  2917/17 2920/17
  2930/14 2948/23
  2951/17 2959/4
reliable [3]
  2878/1 2917/1
  2928/24
reliably [1]
  2908/21
rely [1]    2887/7
remainder [1]
  2878/17
remaining [2]
  2886/6 2886/18
remains [1]
  2901/19
remember [10]
  2892/13 2899/6
  2899/9 2899/11
  2900/23 2900/24
  2913/23 2914/5
  2914/23 2914/24
reminded [1]
  2939/4
repeat [2]
  2902/2 2932/4
repeating [1]
  2916/14
repetition [1]
  2892/18
report [17]
  2890/11 2899/7
  2899/14 2901/21
  2901/25 2902/10
  2903/7 2903/22
  2913/13 2927/6
  2936/5 2936/7
  2938/3 2942/19
  2945/21 2945/23
  2953/14
REPORTED [1]
  2874/23
reporter [3]
  2874/23 2916/4
  2962/3
reports [6]
  2884/3 2884/4
  2901/10 2906/20
  2928/12 2928/13
represented [3]

2913/18 2940/9
2940/20
represents [1]
  2886/7
reputable [2]
  2886/10 2894/16
reputation [19]
  2892/12 2892/17
  2892/19 2892/20
  2893/6 2894/4
  2894/6 2894/10
  2894/11 2894/14
  2894/15 2894/18
  2894/20 2912/10
  2912/22 2941/24
  2943/4 2943/6
  2945/6
require [1]
  2892/1
requirements [1]
  2880/1
research [1]
  2937/9
reserve [1]
  2883/25
resources [6]
  2892/16 2893/19
  2894/2 2894/4
  2930/25 2942/4
respect [8]
  2876/25 2879/5
  2887/17 2891/1
  2897/14 2898/5
  2916/2 2920/11
respond [2]
  2880/13 2942/6
responds [1]
  2959/21
response [2]
  2951/15 2958/13
responses [1]
  2929/20
rest [3]
  2896/13 2902/12
  2957/16
result [3]
  2879/19 2883/1
  2939/22
results [3]
  2879/11 2881/24
  2901/18
resume [1]
  2960/8
revamped [1]
  2959/2
revealed [1]
  2881/10
reversed [1]
  2916/2
right [51]
  2883/2 2884/23
  2887/8 2890/23
  2898/23 2898/24
  2899/6 2902/24
  2903/1 2904/3
  2904/20 2908/11
  2912/12 2912/21
  2914/1 2915/4
  2919/22 2920/4
  2920/7 2920/8

2920/12 2920/16
2920/25 2921/2
2921/2 2923/6
2923/19 2925/13
2927/4 2927/8
2927/13 2927/17
2928/1 2934/11
2935/15 2937/20
2937/24 2938/19
2939/11 2944/12
2945/19 2946/7
2947/12 2947/14
2951/12 2951/24
2953/16 2954/7
2954/13 2955/6
2960/7
right-hand [2]
  2904/20 2927/13
rights [5]
  2881/1 2882/7
  2882/8 2882/13
  2882/17
ring [2]
  2899/10 2917/2
rings [1]
  2917/3
risk [2]
  2893/20 2893/20
rival [1]
  2880/19
rivals [2]
  2882/16 2929/20
road [1]
  2945/20
robin [1]
  2909/10
role [2]    2885/4
  2930/7
rough [2]
  2904/5 2925/23
roughly [6]
  2889/11 2889/24
  2891/2 2925/12
  2925/25 2926/20
round [2]
  2909/10 2910/25
round-robin [1]
  2909/10
royalty [1]
  2881/14
Rudzin [1]
  2873/22
run [3]    2938/16
  2938/24 2939/1
runner [39]
  2918/14 2918/18
  2918/19 2918/21
  2919/3 2919/9
  2919/15 2919/17
  2919/22 2919/24
  2920/13 2920/17
  2920/24 2921/10
  2921/12 2922/24
  2923/3 2923/18
  2924/3 2924/7
  2924/22 2925/14
  2925/19 2925/25
  2926/14 2926/15
  2926/20 2926/24
  2927/11 2927/22

2927/24 2928/2
2928/22 2928/25
2947/21 2948/12
2951/22 2952/12
2953/8
runners [8]
  2920/1 2920/7
  2922/16 2923/11
  2926/11 2928/17
  2928/23 2948/9
Ryan [1]    2874/5

**S**

safe [1]    2908/8
salaries [1]
  2940/10
salary [3]
  2939/12 2940/10
  2940/22
sales [3]
  2878/25 2943/5
  2943/6
same [5]    2882/8
  2902/10 2916/14
  2923/4 2942/10
sample [1]
  2924/4
savvy [1]
  2942/5
saw [3]    2888/7
  2898/1 2932/10
saying [17]
  2882/9 2886/14
  2886/17 2897/5
  2901/13 2910/1
  2911/25 2913/6
  2919/23 2924/7
  2926/13 2937/22
  2940/1 2941/17
  2942/5 2944/4
  2944/4
schedule [3]
  2880/22 2881/21
  2881/23
scheduled [1]
  2960/21
Scholastic [1]
  2949/13
SCHUSTER [7]
  2874/3 2918/22
  2927/11 2927/21
  2928/2 2940/5
  2942/21
Schwarz [11]
  2873/13 2875/5
  2887/24 2899/16
  2905/6 2907/19
  2909/2 2923/23
  2944/4 2950/23
  2960/13
score [5]
  2923/19 2935/12
  2940/8 2940/13
  2940/17
screen [5]
  2891/13 2904/10
  2918/11 2932/1
  2946/1
SE [1]    2873/6
sec [1]    2925/18

**S**

**second [10]**
2883/1 2892/20
2908/7 2935/12
2940/8 2940/13
2940/17 2943/2
2944/17 2955/19

**second-score [4]**
2935/12 2940/8
2940/13 2940/17

**section [2]**
2888/4 2943/2

**seeing [1]**
2942/17

**seem [2]**   2882/5
2940/20

**seems [6]**
2881/20 2882/10
2884/9 2888/22
2889/12 2926/15

**sees [2]**
2888/22 2932/17

**segment [18]**
2876/18 2876/19
2876/21 2876/22
2876/24 2876/24
2877/5 2877/6
2878/14 2895/9
2904/24 2909/5
2914/21 2955/5
2958/4 2958/21
2959/12 2959/22

**seldom [2]**
2920/1 2920/2

**selected [2]**
2880/10 2957/3

**selecting [1]**
2930/8

**selection [1]**
2877/16

**self [3]**   2897/2
2897/8 2898/17

**self-publishing [3]**
2897/2 2897/8
2898/17

**sell [8]**
2898/13 2905/12
2905/18 2905/24
2906/4 2908/24
2911/7 2914/23

**seller [4]**
2894/7 2908/15
2910/8 2929/9

**sellers [1]**
2908/17

**selling [4]**
2889/16 2892/6
2902/8 2955/9

**sells [1]**
2905/15

**sense [1]**
2913/10

**sentence [2]**
2917/5 2939/4

**sentences [1]**
2950/8

**separate [1]**
2908/10

**series [3]**

2895/13 2900/24
2950/13

**serious [1]**
2953/4

**session [2]**
2873/7 2875/11

**set [2]**   2878/21
2891/11

**setting [1]**
2887/4

**several [3]**
2878/13 2903/8
2917/18

**share [28]**
2885/8 2885/13
2885/14 2885/17
2885/19 2886/7
2889/9 2891/21
2891/22 2892/25
2895/8 2896/18
2899/1 2899/2
2906/18 2909/13
2921/16 2922/14
2926/18 2928/19
2929/18 2940/2
2941/11 2948/16
2952/9 2953/6
2955/20 2955/23

**shares [8]**
2884/17 2884/18
2884/25 2888/8
2888/21 2892/4
2920/9 2940/7

**Shearman [2]**
2874/2 2874/5

**shift [1]**
2959/24

**Shores [1]**
2874/5

**short [8]**
2902/6 2937/18
2938/16 2938/24
2939/1 2950/8
2958/20 2958/22

**show [1]**
2928/17

**showing [2]**
2928/23 2932/9

**shows [4]**
2893/25 2902/11
2927/9 2943/10

**side [3]**
2904/20 2930/22
2930/23

**sides [1]**
2931/3

**signed [5]**
2946/5 2946/9
2946/22 2947/23
2948/22

**significance [1]**
2892/1

**significantly [1]**
2895/11

**similar [1]**
2938/22

**SIMON [7]**
2874/3 2918/22
2927/11 2927/21
2928/2 2940/5

2942/20

**simple [2]**
2894/13 2921/5

**simply [7]**
2878/18 2885/1
2889/8 2911/9
2914/24 2916/11
2953/6

**single [8]**
2890/15 2890/22
2891/4 2910/1
2918/16 2918/17
2920/23 2921/22

**sitting [1]**
2902/24

**Sitts [1]**
2917/9

**situation [11]**
2907/21 2908/9
2909/12 2911/22
2912/1 2933/1
2933/6 2936/13
2937/2 2940/25
2941/13

**situations [7]**
2913/9 2921/1
2921/4 2921/23
2926/14 2929/23
2937/1

**sizable [1]**
2948/22

**size [8]**   2884/8
2885/24 2886/14
2886/15 2892/12
2892/21 2893/3
2941/23

**skip [1]**
2953/19

**slice [1]**
2905/15

**slide [2]**
2879/22 2879/23

**slightly [1]**
2877/4

**slow [2]**
2901/22 2905/7

**small [5]**
2893/25 2952/9
2953/6 2953/20
2960/1

**smaller [2]**
2945/15 2954/25

**smartphone [2]**
2915/12 2915/20

**smartphones [2]**
2914/12 2915/13

**Smith [1]**
2873/18

**SNYDER [14]**
2875/3 2876/5
2876/7 2887/20
2887/25 2890/11
2907/8 2916/20
2916/24 2922/4
2922/8 2922/11
2927/8 2942/15

**Snyder's [1]**
2916/25

**so-called [2]**
2876/12 2876/18

**somebody [11]**
2881/7 2881/7
2881/22 2882/13
2886/3 2910/3
2912/10 2932/10
2932/12 2932/16
2943/25

**someone [1]**
2944/2

**sometimes [6]**
2900/6 2900/6
2931/15 2931/15
2942/7 2942/7

**somewhat [1]**
2883/22

**somewhere [2]**
2952/20 2955/13

**sorry [34]**
2882/11 2891/8
2891/10 2893/7
2896/2 2896/7
2897/24 2901/22
2902/2 2903/24
2904/2 2904/7
2904/25 2905/6
2905/22 2906/1
2909/2 2909/3
2911/13 2921/24
2922/12 2924/10
2925/15 2925/20
2926/3 2932/4
2935/24 2937/15
2938/3 2938/12
2940/15 2948/20
2949/8 2950/7

**sound [1]**
2898/23

**sounds [5]**
2885/19 2898/24
2943/5 2947/9
2953/16

**sources [2]**
2928/21 2948/24

**speak [2]**
2900/15 2924/5

**speaking [1]**
2889/12

**specialist [1]**
2954/14

**specific [4]**
2900/10 2900/19
2912/4 2950/17

**specifically [1]**
2883/7

**specificity [1]**
2884/3

**spelled [1]**
2948/4

**spelling [1]**
2883/21

**spent [3]**
2919/25 2920/6
2938/25

**Spiegel [7]**
2937/17 2937/24
2958/1 2958/12
2958/16 2959/2
2959/3

**split [1]**
2882/7

**spots [1]**
2924/9

**spread [1]**
2902/16

**square [1]**
2873/24

**SSA [1]**   2930/13

**stability [3]**
2877/22 2890/24
2890/25

**stable [1]**
2890/20

**standard [4]**
2877/14 2882/1
2883/22 2914/2

**standards [4]**
2881/14 2883/18
2883/19 2907/16

**Stanton [2]**
2954/5 2954/12

**Stanton's [1]**
2954/3

**Stars [1]**
2873/19

**start [8]**
2890/17 2891/4
2894/22 2896/14
2937/11 2940/16
2945/20 2952/3

**started [4]**
2888/14 2888/25
2911/12 2940/15

**starting [1]**
2888/18

**starts [2]**
2889/5 2902/4

**statement [3]**
2956/7 2956/9
2956/12

**statements [2]**
2939/2 2958/15

**STATES [9]**
2873/1 2873/3
2873/10 2873/14
2896/22 2909/19
2934/2 2937/25
2950/25

**Statistically [1]**
2879/12

**step [3]**   2880/6
2885/1 2925/6

**Stephen [1]**
2874/2

**steps [1]**
2896/16

**Sterling [2]**
2874/2 2874/5

**Stevenson [1]**
2873/14

**still [9]**
2881/23 2882/22
2883/22 2884/13
2893/16 2922/8
2925/20 2926/9
2960/23

**stop [1]**   2947/2

**stopped [1]**
2930/10

**straight [1]**
2905/23

**S**

strategies [1]
2907/13
strategy [1]
2937/1
Street [2]
2873/15 2874/6
strikes [1]
2926/9
strong [1]
2894/18
structure [2]
2881/15 2943/2
struggling [1]
2924/21
studied [3]
2895/13 2944/19
2956/17
studies [1]
2886/20
study [2]
2906/6 2906/8
studying [1]
2911/12
sub [4]    2898/4
2913/14 2914/5
2915/6
subject [4]
2884/4 2909/22
2917/8 2931/21
subpoenas [1]
2958/13
subset [3]
2914/10 2914/11
2914/20
substantial [3]
2930/25 2943/11
2952/16
substitutions [1]
2929/19
success [3]
2894/6 2912/11
2912/22
successful [3]
2943/10 2944/8
2945/11
successfully [1]
2931/2
sufficient [5]
2881/10 2910/15
2911/18 2911/20
2913/1
sufficiently [1]
2898/21
suggest [1]
2903/25
sunk [5]
2938/25 2939/5
2939/10 2939/13
2939/14
superior [1]
2914/11
supply [1]
2929/20
suppose [1]
2912/6
supposed [5]
2889/13 2899/2
2931/25 2940/6

2940/11
sure [21]
2887/16 2891/16
2895/2 2895/14
2896/9 2896/19
2897/16 2901/11
2909/13 2911/3
2913/17 2919/4
2923/25 2926/12
2927/8 2928/14
2930/16 2936/17
2947/3 2949/3
2953/16
surprise [4]
2905/24 2906/4
2907/4 2954/5
surprised [4]
2895/20 2906/9
2936/22 2940/5
suspect [1]
2946/19

**T**

tab [9]    2937/16
2937/22 2950/22
2951/2 2951/3
2953/12 2954/11
2954/17 2958/12
table [2]
2908/23 2909/4
tabs [2]
2937/17 2938/2
tacitly [1]
2882/6
tactics [1]
2934/20
talk [10]
2902/14 2903/7
2908/14 2922/4
2931/23 2948/20
2948/21 2949/18
2949/20 2960/9
talked [1]
2909/22
talking [23]
2878/24 2892/24
2902/25 2903/9
2905/13 2909/2
2917/7 2917/18
2920/1 2925/4
2925/4 2931/19
2933/25 2939/10
2940/8 2940/12
2940/13 2940/14
2940/16 2942/20
2942/24 2949/21
2959/25
target [2]
2909/20 2910/7
targeted [1]
2890/2
teaches [1]
2885/17
telling [2]
2912/17 2920/6
tells [2]
2880/22 2925/23
Ten [1]    2952/22
tends [1]
2879/1

term [3]    2882/8
2932/22 2944/8
terminology [1]
2913/24
terms [11]
2877/24 2878/14
2881/6 2881/14
2882/2 2882/20
2883/22 2920/2
2924/4 2928/23
2943/25
Tesla [1]
2885/12
test [3]
2896/24 2897/3
2897/25
testified [8]
2888/7 2892/16
2915/8 2916/7
2930/6 2930/14
2932/2 2936/23
testify [2]
2884/2 2935/21
testifying [1]
2913/21
testimony [25]
2884/1 2889/18
2910/3 2916/21
2917/8 2917/21
2917/22 2922/5
2928/18 2931/13
2931/21 2936/20
2950/15 2950/16
2953/14 2953/23
2956/1 2956/24
2957/11 2957/21
2959/1 2960/8
2960/9 2960/16
2960/18
textbook [1]
2938/14
theory [4]
2882/25 2923/16
2924/4 2951/21
there's a [1]
2958/25
therefore [3]
2877/6 2928/22
2946/16
thin [1]    2938/6
thinking [2]
2884/7 2930/10
thinner [2]
2938/5 2938/5
third [2]
2937/23 2955/14
thirds [2]
2881/16 2918/24
though [3]
2893/16 2895/15
2913/6
thought [10]
2892/11 2907/25
2908/9 2913/10
2929/14 2929/15
2930/3 2940/15
2949/10 2950/10
threat [2]
2952/17 2953/5
three [19]

2898/23 2899/3
2899/21 2904/21
2905/4 2910/21
2910/24 2910/24
2911/6 2911/8
2911/18 2911/22
2911/23 2929/20
2932/12 2946/5
2957/3 2958/21
2959/12
three-quarters [1]
2905/4
three-year [3]
2899/3 2904/21
2946/5
threshold [8]
2884/15 2888/13
2889/20 2890/15
2890/22 2891/20
2891/22 2931/2
thresholds [1]
2889/19
throughout [2]
2892/23 2937/3
ties [1]
2884/15
times [19]
2873/24 2900/7
2903/8 2920/13
2924/22 2925/13
2925/14 2925/19
2925/19 2925/25
2926/3 2926/10
2926/13 2926/14
2926/24 2942/8
2959/1 2959/6
2959/13
title [9]
2879/1 2900/7
2900/9 2901/8
2901/14 2903/1
2956/2 2957/15
2957/19
titles [11]
2877/24 2878/12
2900/2 2900/8
2900/20 2903/4
2903/10 2946/10
2951/13 2951/15
2954/22
today [2]
2892/17 2960/8
together [9]
2898/9 2906/15
2906/17 2907/9
2927/11 2929/8
2931/2 2931/6
2932/3
told [5]    2890/9
2907/4 2912/14
2928/11 2934/21
tomorrow [3]
2960/8 2960/15
2961/1
tonight [1]
2960/9
took [2]
2924/12 2932/5
tool [1]
2877/15

top [13]    2885/7
2889/16 2889/25
2902/8 2903/23
2908/15 2908/17
2929/9 2938/14
2942/21 2946/21
2955/9 2958/7
total [11]
2900/17 2901/7
2902/13 2903/15
2904/1 2904/5
2904/17 2904/24
2925/12 2926/5
2946/25
towards [3]
2903/10 2946/22
2955/13
toys [1]
2954/16
track [3]
2884/21 2909/24
2960/12
traction [3]
2944/7 2945/15
2952/10
trade [19]
2894/25 2895/6
2895/17 2895/18
2896/1 2896/22
2897/8 2897/15
2897/20 2898/5
2898/6 2904/18
2913/19 2917/19
2943/3 2950/1
2951/13 2954/19
2954/25
transcript [2]
2873/9 2962/4
transcripts [2]
2938/4 2945/24
tremendously [1]
2933/8
trend [1]
2877/23
trial [4]
2873/9 2904/23
2914/16 2917/20
tried [2]
2908/1 2950/12
tripled [1]
2953/24
tripling [1]
2945/17
true [1]    2962/4
try [8]    2889/11
2894/9 2896/16
2906/24 2929/11
2931/6 2934/3
2941/9
trying [20]
2886/13 2886/16
2890/17 2892/11
2893/1 2893/11
2896/5 2898/13
2900/23 2901/2
2902/16 2911/7
2914/13 2918/20
2921/7 2921/17
2922/18 2935/20
2944/14 2959/8

**T**

turn [3]
  2879/14 2938/12
  2954/23
turns [1]
  2933/4
Twenty [1]
  2919/5
Twenty-one [1]
  2919/5
two [37]
  2884/16 2889/22
  2892/18 2898/23
  2900/17 2900/19
  2902/11 2902/17
  2902/20 2904/6
  2904/18 2910/14
  2910/14 2910/17
  2910/20 2910/24
  2911/6 2911/22
  2918/24 2919/3
  2923/20 2923/22
  2924/9 2925/3
  2928/21 2929/2
  2929/24 2930/6
  2933/21 2933/22
  2936/8 2944/2
  2946/13 2958/21
  2958/23 2959/11
  2959/12
two-month [1]
  2959/12
two-thirds [1]
  2918/24
Tyndale [1]
  2953/13
type [1]    2914/1
typically [1]
  2914/23

**U**

U.S [1]    2874/24
ultimately [3]
  2879/3 2880/12
  2920/3
under [8]
  2878/9 2921/11
  2922/8 2937/16
  2942/19 2948/15
  2950/21 2956/20
understands [1]
  2923/7
understates [1]
  2953/7
understood [1]
  2888/21
unhappy [1]
  2912/8
unhook [1]
  2882/13
unilateral [1]
  2951/21
unique [1]
  2888/20
UNITED [9]
  2873/1 2873/3
  2873/10 2873/14
  2896/22 2909/19
  2934/2 2937/25

2950/25
units [2]
  2939/21 2941/7
Unless [1]
  2898/15
unlikely [2]
  2879/17 2926/10
unreliable [1]
  2916/21
unsure [1]
  2949/1
up [89]    2877/4
  2877/23 2878/17
  2878/21 2878/22
  2879/22 2885/1
  2888/11 2890/3
  2890/13 2890/15
  2890/18 2890/18
  2890/19 2890/19
  2890/19 2891/3
  2894/5 2894/10
  2894/11 2894/15
  2895/23 2897/15
  2898/6 2899/12
  2899/21 2900/18
  2902/17 2909/11
  2912/7 2918/14
  2918/18 2918/19
  2918/21 2919/3
  2919/9 2919/15
  2919/17 2919/22
  2919/24 2920/1
  2920/7 2920/13
  2920/17 2920/24
  2921/10 2921/12
  2921/18 2922/16
  2922/24 2923/1
  2923/3 2923/11
  2923/18 2924/3
  2924/7 2924/22
  2925/14 2925/20
  2925/23 2926/11
  2926/14 2926/15
  2926/20 2926/24
  2927/11 2927/18
  2927/22 2927/24
  2928/2 2928/17
  2928/22 2928/23
  2929/1 2930/4
  2933/16 2934/21
  2941/21 2947/21
  2948/2 2948/9
  2948/12 2948/19
  2951/22 2952/12
  2952/14 2953/8
  2956/20 2956/21
upness [1]
  2926/1
use [16]
  2876/11 2877/18
  2877/25 2884/16
  2890/22 2891/4
  2901/3 2906/11
  2913/24 2915/14
  2921/15 2921/15
  2921/17 2935/18
  2946/24 2947/3
used [6]
  2914/12 2915/13
  2916/19 2926/23

2930/19 2936/6
useful [2]
  2906/21 2907/11
uses [3]    2877/8
  2882/8 2935/13
using [5]
  2891/12 2906/16
  2918/10 2947/9
  2948/2

**V**

valid [1]
  2878/5
valuations [2]
  2935/9 2935/10
value [3]
  2909/16 2932/16
  2933/3
variability [1]
  2879/9
variable [8]
  2935/18 2936/24
  2938/15 2938/22
  2939/19 2940/3
  2940/11 2941/12
variables [1]
  2925/3
varies [1]
  2939/16
various [4]
  2890/22 2928/11
  2944/21 2957/21
vary [2]    2883/8
  2913/9
vast [1]
  2954/20
verging [1]
  2916/6
Vermont [1]
  2917/9
versa [1]
  2920/25
versus [2]
  2881/16 2944/1
VIACOMCBS [1]
  2874/2
vice [1]
  2920/25
victim [1]
  2880/18
view [11]
  2877/10 2877/13
  2884/23 2885/24
  2893/12 2894/5
  2909/13 2943/8
  2943/10 2956/15
  2959/9
virtually [1]
  2897/3
volumes [1]
  2905/10

**W**

wait [1]    2910/1
want yes [1]
  2936/3
wants [2]
  2876/19 2882/9
Washington [4]
  2873/6 2873/16

2874/6 2874/25
water [1]
  2922/22
waterfall [7]
  2918/5 2922/19
  2922/21 2923/5
  2923/8 2924/18
  2947/20
way [25]
  2877/10 2880/12
  2883/22 2885/1
  2887/2 2888/11
  2890/19 2894/13
  2894/14 2896/16
  2898/25 2914/14
  2916/20 2930/2
  2930/4 2930/11
  2933/20 2936/17
  2937/24 2940/15
  2945/4 2952/3
  2955/14 2956/19
  2958/23
ways [5]    2881/4
  2882/16 2894/19
  2907/8 2948/5
well-known [1]
  2958/3
weren't [1]
  2921/20
what's [10]
  2876/17 2878/8
  2885/25 2894/11
  2900/8 2905/22
  2919/11 2947/2
  2948/14 2959/11
whereas [1]
  2944/10
whereby [1]
  2886/24
who's [2]
  2932/3 2933/21
whole [6]
  2887/1 2935/25
  2936/17 2943/5
  2947/22 2950/13
wide [1]    2941/8
williamson [1]
  2941/5
willing [5]
  2898/11 2943/12
  2944/20 2944/21
  2944/22
willingness [4]
  2893/25 2929/19
  2930/19 2944/18
win [14]    2881/7
  2886/11 2893/18
  2894/15 2922/23
  2925/11 2926/2
  2928/12 2942/7
  2944/2 2944/23
  2948/12 2951/23
  2951/23
win-loss [1]
  2928/12
winner [6]
  2881/9 2923/18
  2924/3 2924/7
  2926/20 2953/8
winners [2]

2922/16 2924/5
winning [6]
  2937/9 2941/4
  2942/2 2944/9
  2944/14 2951/21
wins [2]    2920/2
  2920/20
within [8]
  2877/15 2878/15
  2885/3 2886/9
  2889/5 2912/24
  2915/24 2959/22
without [4]
  2901/23 2912/3
  2913/16 2953/11
WITNESS [1]
  2875/2
witnesses [1]
  2960/17
WL [1]    2917/19
won [12]
  2918/22 2919/3
  2924/18 2924/24
  2925/14 2926/13
  2927/10 2927/21
  2937/7 2941/5
  2949/3 2949/16
wonder [1]
  2889/2
wondering [2]
  2902/14 2902/15
wonders [1]
  2944/5
word [5]    2894/7
  2901/4 2910/8
  2910/23 2934/13
words [3]
  2901/4 2914/18
  2946/12
work [4]
  2917/25 2918/2
  2930/18 2943/21
works [2]
  2897/3 2954/6
world [2]
  2912/20 2932/15
worth [2]
  2938/20 2938/20
wow [1]    2932/10
wrong [6]
  2914/9 2919/11
  2935/13 2938/3
  2950/19 2958/24
wrote [1]
  2943/20
wylie's [1]
  2910/3

**Y**

year [25]
  2895/1 2895/7
  2895/17 2899/3
  2899/15 2902/8
  2904/21 2905/10
  2905/12 2905/16
  2945/1 2946/5
  2947/4 2947/6
  2949/25 2950/1
  2950/2 2951/13
  2954/22 2954/25

**Y**

**year... [5]**
2958/6  2959/3
2959/8  2959/14
2959/19
**Yearly [1]**
2902/20
**years [7]**
2895/12  2898/23
2899/22  2951/14
2952/25  2954/18
2955/21
**yielded [1]**
2930/13
**yields [1]**
2897/7
**York [7]**
2873/24  2873/24
2874/3  2874/3
2959/1  2959/6
2959/13
**you a [1]**
2910/23
**young [1]**
2886/21

**Z**

**zero [5]**
2876/18  2881/20
2892/22  2897/4
2946/22
**zone [2]    2907/5**
2908/9