1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2

3    THE UNITED STATES OF AMERICA,       Civil Action
                                         No. 21-02886
4                  Plaintiff(s),

5           vs.

6    BERTELSMANN SE & CO. KGAA,          Washington, D.C.
     et al,                              August 18, 2022
7                                        2:03 p.m.
                   Defendant(s).         **AFTERNOON SESSION**
8    ------------------------------------------------------------

9                    TRANSCRIPT OF BENCH TRIAL
               BEFORE THE HONORABLE FLORENCE Y. PAN
10                 UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF:       John R. Read, Esquire
                              Ihan Kim, Esquire
13                            Melvin A. Schwarz, I, Esquire
                              Ethan Stevenson, Esquire
14                            United States Department of Justice
                              Antitrust Division
15                            450 Fifth Street, Northwest
                              Washington, D.C. 20530
16

17   FOR THE DEFENDANTS       Daniel M. Petrocelli, Esquire
     BERTELSMANN and          Megan Smith, Esquire
18   PENGUIN RANDOM HOUSE:    O'Melveny & Meyers, LLP
                              1999 Avenue of the Stars
19                            Eighth Floor
                              Los Angeles, California 90067
20

21

22

23

24

25

```
 1   APPEARANCES (Cont.)

 2   FOR THE DEFENDANTS          Daniel L. Cantor, Esquire
     BERTELSMANN and            Abby Rudzin, Esquire
 3   PENGUIN RANDOM HOUSE:      O'Melveny & Myers, LLP
                                7 Times Square
 4                              New York, New York 10036

 5
                                Scott Voelz, Esquire
 6                              O'Melveny & Myers, LLP
                                400 South Hope Street
 7                              Los Angeles, California 90071

 8

 9   FOR THE DEFENDANTS          Stephen Fishbein, Esquire
     VIACOMCBS and              Shearman & Sterling, LLP
10   SIMON & SCHUSTER:          599 Lexington Avenue
                                New York, New York 10022
11

12                              Ryan A. Shores, Esquire
                                Michael Mitchell, Esquire
13                              Shearman & Sterling, LLP
                                401 Ninth Street, Northwest
14                              Washington, D.C. 20004

15

16

17

18
     REPORTED BY:               Tammy Nestor, RMR, CRR
19                              Official Court Reporter
                                333 Constitution Avenue NW
20                              Washington, D.C. 20001
                                tammy_nestor@dcd.uscourts.gov
21

22

23

24

25
```

```
 1                        I-N-D-E-X

 2
        WITNESS                DIRECT   CROSS   REDIRECT   RECROSS
 3
 4      NICHOLAS HILL

 5         BY MR. STEVENSON      3142             3203

 6         BY MR. OPPENHEIMER            3142

 7

 8      DEFENDANTS' EXHIBITS                        PAGE

 9         375, 376, 437, 438 and 440              3205

10         440                                     3151

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    The following proceedings began at 2:03 p.m.:

2        THE COURTROOM DEPUTY:  This court is back in session.

3    Please be seated and come to order.

4        THE COURT:  Good afternoon.

5        MR. STEVENSON:  Your Honor, I know I said I was done.

6    I have a quick correction I would like to make.

7        THE COURT:  Sure.  Go ahead.

8        THE WITNESS:  Actually, can I make a correction first?

9        THE COURT:  Okay.

10        THE WITNESS:  Your Honor, the last question you asked

11    me was the GUPPI values.  That slide is not in the report, so I

12    haven't investigated the calculations.  So I'm not sure what I

13    am about to say is right, but I think it is.

14        That row that was 4.7 percent, you asked me is that

15    below the 5 percent threshold, and I said if pass through is

16    50 percent, then no.  But I think that's the multi round

17    bidding where I think past through is a hundred percent.  So if

18    you have a hundred percent pass through, the incentive, the

19    GUPPI, is the same as the price effect.  So I think the 4.7 is

20    correct, and that's below the 5 percent.

21        THE COURT:  Okay.  Got it.

22        MR. STEVENSON:  I was going to do the same thing,

23    actually.

24

25

```
 1                   DIRECT EXAMINATION (Resumed)

 2    BY MR. STEVENSON:

 3    Q    Just to clarify for the record, did you receive any backup

 4    from Dr. Snyder to see how he arrived at 4.7 percent?

 5    A    No.  I don't know any of those -- where those figures came

 6    from.

 7              MR. STEVENSON:  Okay.

 8              THE COURT:  I'm just trying to remind myself what he

 9    said he did.  I think he ran the GUPPIs using his version of

10    the margins.  Is that right?

11              THE WITNESS:  I think that's right.  I don't know

12    whose diversions he used, but it doesn't indicate he used his

13    own diversions, so I assume it's using mine, but I don't know.

14              THE COURT:  Got it.  Thank you.

15              MR. OPPENHEIMER:  Good afternoon, Your Honor.

16              THE COURT:  Good afternoon.

17                        CROSS EXAMINATION

18    BY MR. OPPENHEIMER:

19    Q    Good afternoon, Dr. Hill.

20    A    Good afternoon, Mr. Oppenheimer.

21    Q    We've got to stop meeting this way.

22    A    This is the last day.

23              THE COURT:  We hope.

24    BY MR. OPPENHEIMER:

25    Q    Let's go to right where you all were talking.
```

```
 1              MR. OPPENHEIMER:  And, Pam, can we bring up -- what we
 2   will bring up here are slides, they are side by side, slides 40
 3   and 42 -- I'm sorry.  That's good for my glasses.
 4   BY MR. OPPENHEIMER:
 5   Q    On the left and the right, these are two slides you
 6   discussed earlier in your testimony, correct?
 7   A    Correct.
 8   Q    And these pertain to the analysis that Professor Snyder
 9   made about the outcomes of the GUPPI analysis, correct?
10   A    Correct.
11   Q    And you and counsel for the government were just
12   discussing the fact that before -- or during your earlier
13   testimony, if we look at the slide on the right, and we were
14   talking about and we will come back to it, Carl Shapiro's
15   5 percent so-called safe harbor on the GUPPIs, that you would
16   have to multiply these numbers by two in order to go from the
17   GUPPI index to an actual price effect.  Was that your testimony
18   previously?
19   A    Correct.
20   Q    And you were pointing out, and I would have been gently
21   reminding you if you had not done that, that this is actually
22   not the case for the multi round, correct?
23   A    That's correct.
24              MR. OPPENHEIMER:  And that's because, Your Honor, if
25   you look -- and we will not dwell on it because I cannot.
```

BY MR. OPPENHEIMER:

Q    But if you look at the formula on the right side in the multi round GUPPI, the pass-through is a hundred percent?

A    That's correct.

Q    So we are in agreement on that.  So those numbers remain the same.  The difference between the index and the price effect in the multi round in that top row, it is the same, the numbers haven't changed.

Now, on the single round hybrid, which is the second row, it's your view that those would need to be multiplied by two, correct?

A    That's correct.

Q    Okay.  And that's because the pass-through is simply half, 50 percent?

A    That's right.

Q    Okay.

A    Can I correct one other thing, Your Honor?  I noticed now in column 2 it says corrected margins and corrected diversions. So let me amend my first answer.  I think this is Dr. Snyder's margins and Dr. Snyder's diversions.

THE COURT:  What were his diversions?

THE WITNESS:  His diversions were from the agency data, Your Honor.  They were, I want to say, 20 percent roughly from PRH to S&S and 27 percent from S&S to PRH.

THE COURT:  Okay.  Thank you.  Were those very

1    different from yours?

2            THE WITNESS:  For PRH to S&S, I had substantially the

3    same number.  For PRH -- or S&S to PRH, I had 42 percent for

4    diversion according to share, and 55 to 60 percent for the

5    other three methodologies.  That one was different.  The PRH to

6    S&S numbers were the same.

7            THE COURT:  Okay.  Thank you.

8    BY MR. OPPENHEIMER:

9    Q    And also, just so we are on the same page, we have

10   referred over time to these numbers ultimately producing the

11   conclusion that PRH and S&S would be head to head, one and two,

12   roughly 12 percent of the time under your own data, 12 or

13   13 percent of the time under your own data.  And you would

14   agree with that, correct?  That's not a number you have

15   calculated, but it's implied in your calculations.

16   A    The 12 and -- the 12 and 13 is the proportion of all

17   auctions in which the parties would be head to head would be

18   first and second, I believe.

19   Q    Right.  And implicit in your analysis and explicit in

20   Professor Snyder's, the 12 percent is the maximum number of

21   times it's been computed to this point for when PRH and S&S

22   would be one and two, correct?

23   A    That is -- it's based on diversion according to share, but

24   yes.

25   Q    And all of the discussion we have been having about shares

```
 1   and any disagreement with shares and whatnot, it doesn't change
 2   that, correct?
 3   A    Correct.  If you use the agency data, it would be slightly
 4   different, but otherwise, no.
 5   Q    Now, I am hesitant to revisit the 23 percent discussion,
 6   so I'm going to do it really quickly because I don't know that
 7   it's as important to our respective overall analyses as the
 8   time we've spent on it.
 9             THE COURT:  I think this is actually important.
10             MR. OPPENHEIMER:  Pardon me, Your Honor?
11             THE COURT:  I think the 23 percent is important.
12             MR. OPPENHEIMER:  Then I'm going to radically adjust
13   my position.  Let me be clear about that, Your Honor.
14             THE COURT:  Okay.
15   BY MR. OPPENHEIMER:
16   Q    So does the calculation -- I am going to try to keep this
17   simple.  The calculation you provided us previously, that
18   assumes overlap between the auctions where non-Big 5 are winner
19   and runner-up, correct, that they would be overlapping in those
20   auctions, correct?
21   A    When you say that, do you mean the 23 percent?
22   Q    Correct.
23   A    No.  My understanding of the calculation of the 23 percent
24   is it's -- it doesn't adjust for potential for overlap.  So if
25   the non-Big 5 -- you mean taking out times when the Big 5 --
```

1    the non-Big 5 won and the runner-up was also non-Big 5?

2    Q    Or the runner-up was not present.  May I give you an

3    example?  Maybe it will help.

4    A    Sure.

5    Q    See if this helps us.  Let's say you have a hundred

6    auctions.

7    A    Okay.

8    Q    And the non-Big 5 win ten times.

9    A    Okay.

10    Q    And the other 13 auctions, it's non-Big 5.  It's not the

11    ten wins of the Big 5.  So you have a hundred auctions,

12    non-Big 5 win ten times.  In 13 other auctions, non-Big 5 win.

13            THE COURT:  You mean are runner-up?

14            MR. OPPENHEIMER:  Are runner-up, pardon me, Your

15    Honor.  I misspoke.  Runner-up.

16    BY MR. OPPENHEIMER:

17    Q    That would yield the 23 percent, right?  It would be 10

18    plus 13 is 23 percent of the hundred in our auction.  So the

19    difference between us is really just whether we think there's

20    overlap or not?

21    A    No.  I think, if I may, and maybe this will short-circuit

22    this, that the difference is the 23 percent, if you are using

23    it to evaluate the relative size of competitors, the correct

24    base is 200 because a firm can both win and be a runner-up in

25    an auction.  If you are using it to say in literally what

1  proportion of auctions were they first or second, then the 23

2  is a percent.  Does that make sense?

3  Q    I think it serves our purposes.  Thank you.

4  A    Okay.

5  Q    All right.  Let's talk a little bit about imprint

6  competition.

7       Let me just start with a basic question.  You don't have

8  any doubt, do you, that today the imprints at Penguin Random

9  House are fiercely competing with each other, correct?

10 A    I'm not so sure I would say they are fiercely competing

11 with one another.

12      THE COURT:  I'm sorry, can I go back to the 23 percent

13 for a second?  I apologize, Mr. Oppenheimer.

14      He also said in 50 percent of the times, the non-Big 5

15 would be in the auction.  I think it was somehow related to his

16 23 percent.  How did he calculate that?

17      THE WITNESS:  I think he -- I think he might have --

18 oh, I think that's present.  So he said maybe 50 percent of the

19 time a member of the non-Big 5 is present in an auction.

20      THE COURT:  Yes.

21      THE WITNESS:  And then the 23 percent is either winner

22 or runner-up.

23      THE COURT:  Right.

24      THE WITNESS:  So the 50 percent, you could ask a

25 question how often are the Big 5 present, it might be

1     100 percent, but it's different because they could be present

2     and be neither the runner-up nor the winner.  So in the --

3              THE COURT:  But the calculation of them just being

4     present 50 percent of the time is probably just based on the

5     agency data, he counted up how often they were there?

6              THE WITNESS:  Right.  Exactly.  And we went through an

7     example of imprint competition where we saw one of the

8     non-Big 5 was one of the bidders.  They existed after the first

9     rounds, as I recall.  But they were present.  So for that

10    50 percent, they would be counted as having been present there.

11             THE COURT:  Even if they drop out early or even if

12    they bid like a dollar, they would still be gone?

13             THE WITNESS:  Correct.  But they wouldn't count for

14    the 23 percent.

15             THE COURT:  Okay.  I understand.  Thank you.

16    BY MR. OPPENHEIMER:

17    Q     Coming back to our competition, were you questioning

18    whether they fiercely compete or they compete at all?

19    A     I would not say they fiercely compete with one another.

20    Q     Can we agree that they do compete with one another?

21    A     In a circumscribed way because of the restrictions on

22    them, but there are certainly times when they both bid in

23    best -- in a best bid auction.

24    Q     So would you agree with me that there are no restrictions

25    on their bidding as long as there is an outside party bidding,

1    correct?

2    A    No, I wouldn't bid -- I would agree with that if you

3    said -- you are talking only about rounds auctions.

4    Q    Okay.  So in rounds auctions, we agree that as long as

5    there is an outside bidder, someone outside PRH, there is

6    competition with the imprints?

7    A    As long as they're not coordinating.

8    Q    Other than the anecdotal information that you have shared

9    with us, do you have any information on systematic coordination

10   with respect to imprint bidding at Penguin Random House?

11   A    I mean, so it depends what you mean by information.  I

12   haven't done a study of what proportion of auctions they

13   systematically compete with one another in.

14   Q    And earlier -- well, earlier in your testimony, you were

15   asked about something that we have been calling a workaround to

16   the rule requiring an outside bidder.  Do you recall that?

17   A    I do.

18   Q    That was something you hadn't been familiar with?

19   A    I have not seen any evidence of that workaround.

20           MR. OPPENHEIMER:  May we pull up slide 53.

21           Your Honor, may I approach with copies of this?

22           THE COURT:  You may.

23   BY MR. OPPENHEIMER:

24   Q    Dr. Hill, I just provided you with a submission of bidding

25   rules that the parties talked about in earlier testimony.

1              MR. OPPENHEIMER:  Your Honor, we would like to mark

2    this as Defendants' Exhibit 440 for identification.

3    BY MR. OPPENHEIMER:

4    Q    I would like to draw your attention to the language on the

5    screen which is pulled from the second page of this document.

6    A    I am there.

7    Q    Where it says, if in any round all of the top bidders are

8    in the same corporation, then I will include the next highest

9    bidder.  Sidik reserves the right to accept or reject, I think

10   it's any bid at any time.

11             Now, would you agree with me that this is describing a

12   mechanism by which the PRH requirement of an outside bidder

13   being present in order to continue imprint competition could

14   effectively be thwarted?

15   A    Here it seems -- I don't know what effect it will have,

16   but I agree that this author is doing something similar to

17   Dr. Snyder's workaround.

18             MR. OPPENHEIMER:  Your Honor, we would seek to admit

19   440 at this time.

20             THE COURT:  Any objection?

21             MR. STEVENSON:  No objection.

22             THE COURT:  That will be admitted.

23             (Defendants' 440 received in evidence.)

24   BY MR. OPPENHEIMER:

25   Q    You gave an example during your testimony when we were

```
1    talking about imprint competition of an auction and walked us
2    through it.
3              MR. OPPENHEIMER:  May we put up slide 17 of your slide
4    show?
5              Thank you.
6              Thank you for the effort.  I can shortchange this.
7              Pam, would you put up slide 52 of Demonstrative 18.
8              Your Honor, this --
9              THE COURT:  Uh-huh.
10   BY MR. OPPENHEIMER:
11   Q    Would you explain -- first of all, let me ask you a
12   question about this.
13        How did this -- do you know how this auction ended?
14   A    The winner was Penguin Random House.
15   Q    Do you know anything beyond that about this auction?
16   A    Beyond that they won?
17   Q    Correct.
18   A    No.
19   Q    Do you have an understanding whether it went to best bids
20   in round six?
21   A    I do not.  Oh, no, I don't.  It may be in my report.  I
22   can check if you would like me to.
23   Q    For time purposes, let's treat this as a hypothetical.
24   A    Okay.
25   Q    So if this bidding went to best bids in round three, okay,
```

1    in round three how would the parties have -- how would the

2    parties have known who else was in the best bid?

3    A    They may or may not have known.  It would depend on the

4    information the agent shared with them.

5    Q    Right.  And you would agree with me that in a large number

6    of these best bid situations, the parties do not know what

7    other bidders are in the bidding, correct?

8    A    Of this type, I would not generally agree with that.  When

9    it's a one-round best bid, they don't know.  But often in these

10   rounds auctions, in my experience, there is some information

11   about who may be competing.  Sometimes there isn't.  Sometimes

12   there is.

13   Q    When you say in your experience, I think you and I agreed

14   the other day that neither you nor I are expert in the

15   publishing industry.

16   A    Correct.

17   Q    But you are referring to your review of anecdotal data in

18   your empirical work?

19   A    I would say my review of the rounds, but if you wish to

20   call it anecdotal, you may.

21   Q    Do you know what percentage of acquisitions in the book

22   market you proposed are achieved through best bids?

23   A    I would estimate 20 percent or something.

24   Q    Do you actually know?

25   A    No, I haven't estimated -- I haven't calculated it.

```
 1    Q    So let's assume further that there's been no exchange of

 2    information in this bidding process through round three.  So

 3    they have reached the point in round three where it's going to

 4    be best bid, but they haven't been told by anybody who the

 5    other bidders are.  Do you have that in mind?

 6    A    Yes.  And we are assuming the PRH imprints are not talking

 7    to each other?

 8    Q    We are.

 9    A    Okay.

10    Q    Okay.  At that point, is there any way for the bidders in

11    round three to adjust their bid for the bids of other parties?

12    A    If they have no information, no.  I would say they would

13    bid based on their broad expectation.  Without having thought

14    it through carefully because you have just presented it to me,

15    I would say they would bid based on their expectation of to

16    whom they regularly lose.

17    Q    And would it matter who the second bidder was with respect

18    to who ultimately won the book by having the highest bid?

19    A    No.  The bid of the highest bidder would -- they would be

20    bidding based on expectation, not the realized second highest

21    bid.

22    Q    I would like to bring up another slide, another

23    acquisition format.

24         This was examined previously.  It's slide 52 from the

25    slide deck we previously used.  This is confidential.
```

1    Have you had an opportunity to study our slide deck,

2    Dr. Hill?

3    A    I have seen it, yes.

4    Q    And so you are familiar with this slide, I take it?

5    A    I am familiar with this slide.  I haven't looked back at

6    the underlying data.

7    Q    I was interested in something you said in your testimony.

8    And I wasn't sure I understood it, so I am going to ask you to

9    reprise it for me.

10    You found some significance in the difference between the

11    two top PRH bids here, one at 1.25 and one a million dollars

12    lower at $250,000.  What was the significance you attributed to

13    that?

14    A    To me -- and it would be the same if you switched Scribner

15    and Ballantine.  I was trying to make the point that you're

16    bidding based upon expectation rather than realization.  So the

17    bid that Ballantine made here, they did not know who the

18    other -- assuming there was no coordination, they did not know

19    who the other bidders were here.  And they didn't know the

20    amount of the other bids.  So they didn't get to see everyone

21    else's bid and then choose 1.25 million.  Rather, they placed a

22    bid based on their evaluation of the book's expected sales and

23    their expectation of the competitive environment for the book.

24    Q    Right.  And if I understand what you are saying, that

25    would be without regard to what anybody else in the blind bid

1    is bidding, correct?

2    A    Correct.

3    Q    I think you also said it would be hard to believe that

4    number one had number two in mind when they made the bid.  When

5    number one made that 1.25 bid, hard to believe they had number

6    two in mind when they did that.  Do you recall that?

7    A    I do.

8    Q    Why did you say that?

9    A    It's the same point I was just trying to make.  When we

10    see it in this format, our mind tends to think of this as

11    information that's known to the bidders.  But, as I think you

12    and I agree, making their bid, unless there was coordination

13    between the imprints, they don't know what anyone else is

14    bidding.  And so they didn't choose 1.25 million either because

15    of the bid by the second imprint listed here or the bid listed

16    by the third imprint here.  Rather, they would have formed

17    their bid based on their view of the book's underlying value

18    and their view of the likely competition for the book.

19    Q    And with respect to imprint bidding generally, imprint

20    bidding within a single -- well, within Penguin Random House,

21    you would agree with me that that can be profit maximizing,

22    correct?

23    A    You mean to allow -- the way I would put it is this.  I

24    apologize.  It seems like a digression, but I think I'm

25    answering your question.  Simon & Schuster has a house bid rule

1    so that imprints have to bid together if they are entering an

2    auction.  Penguin Random House, to my understanding, has that

3    rule within its three adult divisions, but not across

4    divisions.  And there are different strategies for allowing

5    some of what Dr. Snyder was talking about matching between

6    authors and imprints while trying to avoid as much competition

7    between imprints as is possible.

8    Q    I think we are in agreement.  I think you would agree with

9    me that matching theory that Professor Snyder discussed would

10   explain why a company might organize itself around internal

11   imprint competition, correct?

12   A    I disagree with that statement.  But I would say that

13   there is a reason why -- there may be a good reason why they

14   are organized the way they are and why it -- why it differs

15   from Simon & Schuster and why they differ from other --

16   different publishers approach this issue of trying to find --

17   if an author really likes a particular imprint, they want to

18   make that connection if they can, but they also don't want

19   their imprints to compete with one another and fritter away --

20   unnecessarily and fritter away profits.  And so they have many

21   adopted various forms for doing this, and different publishers

22   do it in different ways.

23   Q    And these are different forms of imprint competition,

24   correct?

25   A    No.  There are different ways of limiting the imprint

```
 1    competition while allowing for -- if the author is going to
 2    have a great match with one of your imprints, allowing the
 3    author to make that choice.
 4         For example, in a house bid at Simon & Schuster, the two
 5    imprints will bid together.  And so if they win, then the
 6    author can say, I like your bid, but I want to go with imprint
 7    A or I want to go with imprint B.  They are trying to balance
 8    having the author imprint connection made and limiting
 9    competition that fritters away potential profit.  That's the
10    way I think of it.
11         THE COURT:  And why would the Penguin divisions be
12    allowed to compete against each other do you think?
13         THE WITNESS:  I don't know.  This is -- my
14    interpretation of the bidding rule is it's to help limit this.
15    And the presence of personnel who oversee all three divisions
16    similarly for larger advance books, they are overseeing some of
17    that.  But it could be a consequence of mergers.  But I believe
18    HarperCollins has a similar orientation.  I think they are the
19    other one that does that form.
20    BY MR. OPPENHEIMER:
21    Q    And didn't we also hear you say it can also facilitate
22    matching?
23    A    I think both structures can facilitate matching.
24    Q    Okay.  And you realize that this is a -- I think we
25    understand this.  You agree it's been a longstanding practice
```

1  at Penguin Random House, correct?

2  A    That is my understanding; although, I said I think the

3  three adult divisions all have house bids within division.

4  That may change over time.  I'm not sure how -- but I'm not

5  aware of a period in which there was house bids across adult

6  divisions of Penguin Random House.

7  Q    Right.  Another way of saying it, this imprint competition

8  has been going on a long time.  You are not aware of any plans

9  for it to change?

10 A    I disagree with the characterization of the imprint

11 competition, but this structure, my understanding is, has been

12 in place.

13 Q    If we draw our eyes back to slide 52 on the screen, in

14 this particular best bids auction, we do have a pretty good

15 example, do we not, of very extreme competition between

16 imprints within Penguin Random House, and they are number one

17 and number two even though it wouldn't have mattered in this

18 bid, correct?

19 A    I wouldn't say it's extreme competition.  That's what I

20 was trying to say in my answer.  The bids here formed by each

21 of these bidders was based on their expectation of with whom

22 they were competing and who they feared losing to.  And for the

23 reasons I gave about the cost of losing to a rival publisher

24 versus a sister imprint, then I don't think that I would

25 describe this as you did.

1    Q    Are you saying that the participants in the best bids

2    auction that's on the screen, slide 52, that each of them had

3    in mind some specific other participant who would be

4    participating in that bidding?

5    A    So it may depend.  Sometimes for some groups of books,

6    there may be a couple of imprints that frequently go head to

7    head with one another and they may have each other in mind.

8    There are some quotes in my report about the cookbook division

9    where Simon & Schuster was trying to challenge Penguin Random

10   House.  But in general I would think that an imprint thinks,

11   who have we competed with in the past, how often have we lost

12   to them, and they form an expectation of what the competitive

13   environment will look like.  And it may not be focused on a

14   particular rival imprint.

15   Q    It may not be, correct?

16   A    On a rival publisher, yes.

17   Q    And we are agreed that Penguin Random House and Simon &

18   Schuster encounter each other as one and two 12 percent of the

19   time, correct?

20   A    No.  I would say when one wins, if one were to raise its

21   price, I would expect 42 percent of the diversion to go to the

22   other.  For the other, it would be about 20 percent.

23   Q    But you translated backwards now into diversions.  You

24   would agree with me that two of them are one and two 12 percent

25   of the time after you account for the diversion that you just

1    mentioned, correct?

2    A    So we may be talking past each other.  I would use

3    diversion if I was trying to measure the significance of their

4    competition.  If you just separately asked, in the agency data,

5    in how many of all those outcomes were they number one and

6    number two, then 12 percent is the correct answer.

7    Q    I was just focusing on your earlier answer where you said

8    somebody in these bidding situations might have in mind

9    somebody that they bid against often, correct?

10   A    Maybe an example will help.  Suppose, abstracting from our

11   current world, we have an industry with two small players who

12   both have 5 percent share.  But every time they compete with

13   one another, they lose to the other player because for some

14   reason their products are very close to one another.

15        If you looked at the 12 percent number for them, it would

16   be 1 percent or something tiny.  And yet when one of them

17   loses, the other one is always the person they lose to.

18        And so that's why I think the diversion ratios are giving

19   a better measure, when they are thinking about my next bid, who

20   am I afraid of, it's the other person that I always lose to,

21   whereas the 1 percent is including information that I don't

22   think is as relevant.

23   Q    And I'm just -- I'm trying to follow up on your point just

24   so we are clear.  The 12 percent when these parties are one and

25   two, that comes from your share data, correct?  That's implicit

1    in your calculation, correct?

2    A    Dr. Snyder calculated it using my share data, yes.

3    Q    It's your share data.  You don't disagree with that.

4    Isn't that telling us that these parties would expect to

5    encounter each other if they knew this data roughly 12 percent

6    of the time?

7    A    No.  Because the diversion -- back to my example, if every

8    time you win or lose it's always to the opposite party, even if

9    you both have 5 percent share, the equivalent calculation in

10   that setting, which would be 1 percent or something, doesn't

11   tell you how often you face the rival.

12        THE COURT:  And the 12 percent number is just one and

13   two.  That's not how many times they are all in the auction

14   together?

15        MR. OPPENHEIMER:  Your Honor, that's --

16        THE COURT:  And this expert doesn't agree that one and

17   two is a relevant measure.

18        MR. OPPENHEIMER:  That's a very good point, Your

19   Honor.

20   BY MR. OPPENHEIMER:

21   Q    So are you -- let me take a step back.

22        Do you believe that this is a market in which the

23   prevalence with which the Penguin Random House and Simon &

24   Schuster encounter each other as such, that they would expect

25   to see each other in all the auctions or all the acquisitions?

```
 1   A    Certainly not all.  I have seen examples of auctions in
 2   which one or more did not -- or one or both did not bid.
 3   Q    Now, if we look at the manner in which harm is calculated
 4   in your analysis, I think we are agreed that the total harm
 5   that's been calculated, that's actually been measured, is 29 or
 6   30 million dollars, correct?
 7   A    That's correct.
 8   Q    And it's only inside your model that any actual harm was
 9   calculated, is that also correct?
10   A    So the models are the only ones that put a precise or
11   attempt to put a specific number on the percentage harm.  That
12   is correct.
13        THE COURT:  You could theoretically take your
14   percentages -- no, never mind.  I had a thought, but I don't
15   think that's right.  Okay.
16   BY MR. OPPENHEIMER:
17   Q    And just to be clear, the -- inside the model, the harm
18   that's calculated is in auctions when Penguin Random House is
19   number one and Simon & Schuster is number two or vice versa,
20   correct?
21   A    In, you mean, the second score auction model there?
22   Q    Yes.
23   A    That's correct.
24   Q    Okay.
25   A    Narrowly interpreted, that's correct.
```

```
 1   Q    Do you believe that your GUPPI analysis provides an

 2   additional computation of harm?

 3   A    I tend to view the GUPPI as corroborating the calculations

 4   in the second score auction model.

 5   Q    But not providing a separate calculation of harm?

 6   A    I think you could evaluate it that way if you wished.  I

 7   haven't done that calculation but...

 8   Q    So we can't tell from the work you have done a specific

 9   computation for harm from the GUPPIs, correct?

10   A    Well, the GUPPIs do make -- sorry, there's no dollar

11   amounts.  There's no 29 million.  But the GUPPIs make a

12   prediction about the percentage harm in the different formats

13   that are described in the GUPPI model.

14   Q    And you would agree with me that you do not have a GUPPI

15   for bilateral negotiations, correct?

16   A    That's correct.

17   Q    So the GUPPIs can't tell us anything about those?

18   A    I don't think I would go that far.  Again, I mean, I'm

19   interpreting the second score auction model more broadly.

20   Similarly with the GUPPIs, they are all measures of what is the

21   incentive and -- they are trying to take information about

22   diversion and margins and make a prediction about harm.

23   Q    And the GUPPI models don't assume any competitive

24   response, correct?

25   A    That's correct.
```

```
 1   Q     And the GUPPI calculation depends on diversions for only
 2   the merging parties, correct?
 3   A     Correct.
 4   Q     And you don't have a model for best bids?
 5   A     You mean independent of the GUPPI?
 6   Q     Which GUPPI model do you think covers the best bids?
 7   A     I would have said the single round auction.
 8   Q     So if we focus on the single round, you've actually
 9   adjusted a GUPPI for a single round hybrid, correct?
10   A     No.  Sorry.  There's two there.  There's a single round --
11   and so I shouldn't take credit.  We independently derived them,
12   but Charles River Associates derived them initially.  But
13   there's a single round model and a hybrid model.  And they end
14   up making the same prediction, but they are different models
15   that end up in the same place.
16   Q     And you have not performed any calculation that
17   amalgamates the results of the individual GUPPIs, right?
18   A     Correct.
19   Q     So each one reflects a different output prediction based
20   on the type of acquisition that it is addressing, correct?
21   A     Each one makes an advance effect prediction based on its
22   type, but you can read them more generally or more narrowly if
23   you wish.
24   Q     But you don't have anything that puts them together into
25   one overview, one firm-wide overview of harm in this case,
```

```
 1   correct?

 2   A    Correct.

 3   Q    And in order to do that --

 4   A    I'm sorry.

 5   Q    I'm sorry.  I didn't mean to cut you off.

 6   A    No.  Go ahead, please.

 7   Q    In order to do that, we would have to know the percentage

 8   of acquisitions that fell into each category, correct?

 9   A    Well, Charles River's proposal was to take the lowest

10   GUPPI value and treat that as the prediction with their

11   argument being, as I understood it, that the agent will pick

12   whichever is the best imprint -- sorry, whichever is the best

13   model for that particular book.  And so take the lowest of the

14   three, and that should be the prediction overall.

15   Q    To be clear, that's not what you did though, correct?

16   A    I calculated all three.  So you could look at it and do

17   that, but I presented all three independently.

18   Q    And you didn't provide any framework for combining those

19   three results?

20   A    That's fair.

21          THE COURT:  Why is the lowest of the three the one

22   that the agent would pick?

23          THE WITNESS:  Yeah, because it's -- each one is making

24   a prediction of harm, Your Honor.  And so their argument was,

25   let's say the merger happens, let's say that the GUPPIs are
```

```
 1    right and there's a prediction of harm, agents will adjust to
 2    move to the format that gives them the best deal.
 3              THE COURT:  So the lowest harm to authors --
 4              THE WITNESS:  Correct.
 5              THE COURT:  -- is the lowest GUPPI?
 6         I see.
 7    BY MR. OPPENHEIMER:
 8    Q    Let's turn to your analysis of market shares as it
 9    pertains to identifying a cutoff for the 250,000 advance
10    cutoff.
11              MR. OPPENHEIMER:  Pam, could we bring up
12    Defendants' 437.
13              Your Honor, this was admitted earlier today.
14              THE COURT:  Yes.
15    BY MR. OPPENHEIMER:
16    Q    As I understand -- first of all, you recognize the two
17    bars as having been in your original report, correct?
18    A    I believe this is from my reply report, actually.
19    Q    Pardon me, I misspoke.  Your reply report.
20    A    Correct.
21    Q    And this is confidential.
22         And if I understand it correctly, the point you were
23    making is that there is a very significant distinction between
24    the purple and their significant representation and share in
25    the under $250,000 segment and their much smaller share in the
```

1    above $250,000 segment, is that correct?

2    A    I would put it slightly more broadly, that the choices of

3    authors in these two groups is very different.  But certainly

4    one of those differences is the 45 versus the -- sorry, I

5    apologize.  Yeah, I think I can say that, 45 versus 9.

6    Q    And you believe that that figure demonstrated that,

7    because of that and because of the other share differences it

8    reflects, that the competitive conditions were significantly

9    different between the under $250,000 level and the above

10   $250,000 level.  Do I have that right?

11   A    I think that's fair.

12   Q    Now, is that a function of the significant difference

13   between the share of the non-Big 5 in the under 250 and their

14   share in the above 250?  That's how you derived that?

15   A    Well, I would say these are very different market

16   structures.  In one, you have five large players and then a

17   competitive fringe.  And then in the other, you have five

18   significantly smaller firms and then a large area of

19   competitive fringe.

20          MR. OPPENHEIMER:  Let's bring up Exhibit

21   Defendants' 438.

22   BY MR. OPPENHEIMER:

23   Q    Do you recognize these are the same data broken up into

24   different tranches so that there's now a cutoff, instead of

25   just at 250, going down to $50,000, an advance at $50,000.  Do

1    you see that?

2    A    I do.

3    Q    And I know you are expecting this question, but isn't that

4    drop, isn't that distinction between the share profiles as

5    great or greater at the $50,000 cutoff as it is at the $250,000

6    cutoff?

7    A    So the cutoffs here are a little confusing because you

8    have the 0 to 50, 50 to 1 million and 1 million plus.  So

9    there's three groupings.  But I would say that the difference

10   between the 0 to 50 and the 1 million plus is larger than the

11   difference on the previous slide.

12   Q    Do you think there is a significant dropoff shown here for

13   the non-Big 5 at that $50,000 cutoff?

14   A    It's a little difficult to tell because the group between

15   the 50 -- I think the difference between the 50,000 and the

16   50,000 and 1 million, I think that second group is not the way

17   I would choose to define it.  But mechanically, to answer your

18   question, yes, going from 58 to 17 is a significant drop.

19   Q    And do you draw the same conclusion, do you believe that

20   that shows the competitive conditions are significantly

21   different at the $50,000 level?

22   A    I think the 0 to 50,000 looks different than the

23   competitive situations in these other two bars.

24   Q    And does your method, the method by which you have

25   examined these shares at different levels, suggest to you that

```
 1    we should be segmenting the market at different levels than
 2    $250,000?
 3    A    So I think this goes back to the testimony of my initial
 4    appearance, which is that I picked 250,000 because it aligned
 5    with industry -- some industry information.  I was aware at the
 6    time that that might be too high, that the competitive
 7    conditions, there might be anticipated top sellers below that
 8    level, and that's why I did my analysis using higher and lower
 9    variations on 250,000 so --
10    Q    And --
11    A    Sorry.
12    Q    And your judgment that those levels were different was
13    influenced by the dramatic difference you saw at 250 between
14    the shares of the non-Big 5 in the below 250 and the above 250,
15    correct?
16    A    Yeah, I looked at -- I actually looked at differences, you
17    know, subdividing that group, so yeah.
18    Q    And you see at least as big a difference in
19    Defendants' 438 between the non-Big 5 market share in the under
20    50 and over 50 categories, correct?
21    A    Yeah.
22    Q    And, therefore, my question is, do you believe the
23    competitive conditions are different at the $50,000 advance
24    level?
25    A    I don't think 50,000 is the right cutoff.  I think as you
```

```
 1   go down from 250, you start getting into an area where it's
 2   less certain whether you are identifying anticipated top
 3   sellers.  I think the -- I tested whether I thought there would
 4   be harm for -- if you defined a market for 150 to 250, and I
 5   found that there likely would be harm in that area.  But I drew
 6   it at 250,000 to be conservative because I had a high level of
 7   confidence that that was a reasonable cutoff for defining the
 8   market.  I may have excluded some potential top sellers, which
 9   would mean I am underestimating the harm.
10   Q    Just so I understand, are you saying that you -- -- strike
11   that.
12        One second.
13          MR. OPPENHEIMER:  Pam, may we bring up Demo 20.
14   BY MR. OPPENHEIMER:
15   Q    I will represent to you Professor Snyder had taken the
16   same data and blown it out for a fifth year.  Do you have this
17   data in front of you now?
18   A    I do, sir.
19   Q    Okay.  In looking at this data, would you agree with me
20   that when we look all the way across all the tranches, that the
21   largest shift in the share of the non-Big 5 still occurs at
22   $50,000 advance?
23   A    Yes.
24   Q    And in your method, should we be drawing an inference from
25   that fact, that there's a change in the competitive conditions
```

1   at $50,000 advance levels?

2   A    So you keep saying my method.  This is one of the pieces

3   of evidence that underlies the -- that I think confirms my

4   market definition.  And I would say, again, if you look at the

5   two bars on the far right, they are strikingly similar to one

6   another.  When you go below 250, they start to change.  So

7   maybe now I am capturing anticipated top sellers.  Maybe I am

8   not.

9   Q    If you had -- you indicated that you had looked at the

10  market concentrations down to, was it $100,000 advance level or

11  150?

12  A    In the initial report, I believe I looked at 150,000.  I'm

13  trying to remember.  The reply report may have gone down to

14  100.

15       THE COURT:  Can I ask a question about this?

16       MR. OPPENHEIMER:  Yes, Your Honor.

17       THE COURT:  If there's a relevant market of

18  anticipated top sellers represented by advances paid of 250 or

19  more, does that preclude there being perhaps another relevant

20  market of mid-selling books between 50 and 250, we are just not

21  looking at that market right now?  I'm trying to understand how

22  the relevant markets fit with each other.

23       THE WITNESS:  It does not preclude it.  There may be

24  many markets.  Trivially there is a market for every product in

25  the world, and then you can start getting narrower and

1    narrower.  So you're right, there could be a market for 250 and

2    above, and there could be a market for 50 to 250.  If you wish

3    to define that mid-tier market you are looking at, you would

4    look at the other evidence and then usually perform a

5    hypothetical monopsonist test to see if authors of those books

6    would switch in large enough numbers to self-publishing.

7         THE COURT:  Well, the hypothetical monopsonist test

8    would work on any of these levels except maybe the very lowest

9    ones because self-publishing isn't really an alternative for

10   most books, right?

11        THE WITNESS:  I would say it does.  It need not -- you

12   are absolutely right, the self-publishing just is not as strong

13   an option.

14        THE COURT:  But given what we are talking about in

15   terms of different relevant markets, Dr. Snyder says there are

16   really two tiers with -- at least two tiers within the

17   anticipated top sellers because the books that sell for a

18   million or more have a very different author clientele, and the

19   fact that there is a submarket, how does that affect the

20   validity of -- if there's a submarket within the anticipated

21   top seller market, does that affect the validity of the market

22   that you have identified?

23        THE WITNESS:  If the market shares were very

24   different, then you would look at the analyses separately.  But

25   here we can see for the 250 to 1 million and the 1 million

plus, the numbers look very similar.  I am not aware of

Dr. Snyder performing any analysis saying that the 1 million

authors are different and I'm not aware of analysis to that

extent myself either.  So conceptually if you found that you

were rolling together things that were very different, then you

would want to see, did the predictions of the model change

dramatically if you look at different groups within that

market.

THE COURT:  I see.  Thank you.

BY MR. OPPENHEIMER:

Q    And, Dr. Hill, just so we can really focus on the

importance of this conversation, if your market was the market

to acquire books at advances $50,000 and up, this would not be

a market that would trigger the structural presumption,

correct?

A    I haven't calculated those numbers.  I saw this slide for

the first time a day or two ago.

Q    Can I explore that just a little bit.

When you were developing the model, you never tested the

model below a hundred thousand dollars?

A    Correct.

Q    What was your reason for that?

A    I think 250,000 is a perfectly reasonable cutoff, and I

tested for what I think are pretty broad areas above and below

that market to see if those were proper markets.  I think this

1   figure is confirming that for 250,000 above, the numbers look

2   very similar, so I'm on safe ground with respect to Your

3   Honor's question.

4       When we move into these others groups, there's a

5   transition from 0 to 50s to the 250s, and somewhere in there

6   you may be rolling together things that are different.

7   Q    And --

8   A    As I recall, if you cut this 100 to 250 at 150 to 250, it

9   looks a lot like the 250 and above.

10  Q    Are you -- looking at this, Demonstrative 20, can you tell

11  me whether there should be further subdivision of the market

12  beyond just 250 to the top?

13  A    Not just using this.  I looked at all the evidence.

14  Q    Besides the shares of the parties below and above 250,

15  what was the evidence for determining that the market cutoff

16  should be 250?

17  A    So the cutoff for 250 was the information I have already

18  given.  I did not see any evidence to make me think that I

19  should subdivide the market for 250 and above.

20  Q    When you say the other evidence, you are talking about the

21  anecdotal evidence you looked at?

22  A    No.  I'm talking about the fact that both parties used 250

23  as a cutoff above which you need an additional level of review

24  that does not happen below it and that there's industry

25  recognition of 250 as a significant cutoff.

```
 1   Q    So in addition to the market shares above and below 250,
 2   it was the internal approvals of the companies and it was what
 3   you are calling market recognition of a cutoff at 250.  Is that
 4   the body of evidence for dividing the market at 250?
 5   A    No.  There's also the other evidence about the riskiness
 6   above 250 vis-a-vis below it.  There's evidence about the
 7   marketing spend below 250 and above it.  And there's evidence
 8   about distribution and reputation above and below.
 9   Q    The evidence of the riskiness of the market over 250,
10   would it be fair to say, is derived from your study of the
11   frequency with which the non-Big 5 participate or the low
12   frequency, you said, with which they participate above 250, is
13   that correct?
14   A    No, that's not correct.  There is a figure in my report
15   looking at the riskiness of anticipated top sellers by advance
16   level.
17   Q    Now --
18   A    There's also qualitative evidence on this point from
19   participants in the market.
20   Q    You have never -- in your work, you have never actually,
21   other than with respect to the price cutoff, you haven't
22   defined with specificity what it means for a book to be a top
23   seller in your reports, correct?
24   A    Correct.  I defined it using the advance amount or
25   identify it using the advance amount, I would say.
```

1  Q    When you were asked in your deposition, well, what is an

2  anticipated top seller expected to do in retail sales, you said

3  it would generate what you called significant sales, correct?

4  A    Correct.  And -- I'm sorry.  Go ahead.

5  Q    No, I didn't mean to cut you off.

6  A    Yeah.  And I identified that this is about 20 percent of

7  all books in the sample qualify for this.

8  Q    But that you did not have a definition of what significant

9  copies was, correct?

10  A    That's correct.

11  Q    And you did not know what quantity of downstream sales,

12  for example, at Penguin Random House supports an advance of

13  $250,000 or more?

14  A    That's correct.

15  Q    And you haven't studied whether the number of estimated

16  book sales needed to justify a $250,000 advance varies across

17  publishers?

18  A    Correct.

19  Q    And there's no specific level of estimated sales that you

20  can identify that's associated with your price segment

21  threshold of $250,000?

22  A    Correct.

23  Q    And you will agree with me that different editors would

24  have different notions of what it means to have an anticipated

25  top seller on their hands?

```
 1   A    The way I have defined the market is an advance of 250

 2   above.

 3   Q    No, I understand that.  But if we had a group of editors

 4   sitting around at the Algonquin and they were talking about

 5   what an anticipated top seller is, do you think they would all

 6   say, that's one we paid in advance of $250,000 for?

 7   A    I don't know if they would say that or not, but I would

 8   doubt they would not since -- I don't have any basis actually.

 9   I don't know.

10        MR. OPPENHEIMER:  Okay.  So let's bring up

11   Exhibit 441 -- I'm sorry.  Pardon me.

12        May we move in, Your Honor, Defendants'

13   Demonstrative 20.  It would be Defendants' Exhibit 441.

14        THE COURT:  Any objection?

15        MR. STEVENSON:  Yes.  We object.  There's no

16   foundation.

17        MR. OPPENHEIMER:  It derives from all the same data in

18   Professor Hill's report.

19        MR. STEVENSON:  We have no way to know that, Your

20   Honor.

21        THE COURT:  Professor Snyder created this?

22        MR. OPPENHEIMER:  Yes.  The Professor Snyder advance

23   data is spread through both reports, Your Honor.

24        THE COURT:  I guess the objection, Mr. Oppenheimer, is

25   that the data is there, but nobody laid a foundation for how
```

```
 1   this was compiled.  Is that --
 2          MR. OPPENHEIMER:  Fair enough.  Let me see if I can
 3   quickly lay a foundation if that's the issue.  I'm a little
 4   surprised by the issue, but that's okay.
 5          THE COURT:  Okay.
 6   BY MR. OPPENHEIMER:
 7   Q    Dr. Hill, knowing the data, you have computed these types
 8   of data quite a bit, do you have any reason to question that
 9   these market divisions are an accurate depiction of the data in
10   Professor Snyder's advance data?
11   A    I'm sorry, are you asking if these bars are correct
12   calculations or if these divisions exist in his advance data?
13   Q    Do you have any reason to believe that they are not
14   accurate calculations?
15   A    I don't have a basis either way.  I hadn't seen this slide
16   before it turned -- it was not in any of the reports.
17          THE COURT:  Maybe the parties could meet and confer on
18   this.  Maybe the parties could just meet and confer on this.
19   Maybe if the government is satisfied it's accurate, they will
20   allow it.  We don't have to do it on the record is what I am
21   saying.
22          MR. OPPENHEIMER:  We will do so.
23   BY MR. OPPENHEIMER:
24   Q    I want to come back to your choice of $250,000 as a cutoff
25   when you were doing your work.  At what point in your work did
```

1    you decide that the cutoff was $250,000?

2    A    I don't recall.

3    Q    Did you conduct market concentration studies of every

4    possible segmented market that you looked at?

5    A    I also don't recall.  I calculated a bunch in my initial

6    report and some in my reply report, but I do not recall

7    which --

8    Q    Let me just ask an inside baseball question, then,

9    Dr. Hill.  When you were deciding where to place the advance

10   level cutoff for your proposed market, were you thinking at all

11   about whether it would affect your HHI calculation and the

12   determination of whether the presumption of harm would apply in

13   this case?

14   A    No.

15   Q    That never crossed your mind?

16   A    No.

17   Q    Can you remember the first thing that gave you the idea to

18   break the market at $250,000?

19   A    I looked at various breaks.  I don't remember when exactly

20   I settled on 250.  I think it was when I saw the parties had

21   both used this as an internal review threshold combined with

22   the other information I saw.  I felt that's a natural break

23   point to look at.

24   Q    So when you saw that the -- whatever internal review

25   thresholds there were in the companies were at 250, you decided

1  to test that level?

2  A     The hypothetical monopsonist tests -- I don't remember the

3  order in which things happened, but -- I don't recall exactly.

4  I'm sorry.

5  Q     We are in agreement that the hypothetical monopsonist test

6  doesn't tell us anything about where to draw the line at the

7  advance level, correct?

8  A     Right, but it does test whether it's a properly defined

9  market.

10  Q     It tests whether self-publishing is an alternative to

11  publishing in general, correct?

12  A     It tests whether the market is properly defined.  It's

13  testing the -- it's also testing the arbitrage.  It's like,

14  Your Honor, you said, there may be multiple markets that could

15  pass the test.

16  Q     Do you remember the lowest threshold for which you did an

17  HHI calculation in your work?

18  A     Post hoc, it was after definition of the market, but I

19  think if we look at my reply reports -- let me see.  I may be

20  misremembering.  Let me see quickly.

21       Yeah.  I think the lowest one that I remember doing is

22  figure 9.  This is for the market for anticipated top sellers

23  in the reply report.  I apologize, I'm on page 18.  This is

24  using Dr. Snyder's agency data.  The lowest threshold I used

25  for anything was for the market for all authors, which was at

1    zero dollars.

2    Q    Did you --

3    A    I don't recall doing lower than figure 9, but I don't

4    remember.

5    Q    Okay.  You've mentioned a softening of competition a

6    couple of times in your testimony.  Do you have a recollection

7    of that?

8    A    I do.

9    Q    So to be clear, the calculations of harm that any of your

10   models have done pertain only to harm arising from the

11   elimination of competition between Penguin Random House and

12   Simon & Schuster, correct?

13   A    So I would say that the best bid GUPPI and the hybrid in

14   negotiation are consistent with this idea of softening.  It's

15   removing the competition but not the specific knowledge of

16   being one and two like in the rounds setting.

17   Q    All right.  And the word softening doesn't appear anywhere

18   in your reports, does it?

19   A    I will take your word for it.  I have not --

20   Q    We have studied your reports very carefully.

21   A    Someone has to.

22   Q    Okay.  And you've called this softening a second order

23   effect, correct?

24   A    No.  Let me be precise about that.  The second order

25   softening effect is that if Penguin Random House -- let's just

1  start by presuming, Your Honor, that competition is weakened

2  between Penguin Random House and Simon & Schuster as a result

3  of the merger.  And then the second order effect in most -- or

4  I should say many economic models, other players seeing that

5  competition has been weakened will, themselves, weaken their

6  competitive response.  But that's usually a significantly

7  smaller effect than the primary effect of eliminating the

8  head-to-head competition.  When I say softening being second

9  order, that's what I mean, not the softening of the competition

10 between Penguin Random House and Simon & Schuster.

11 Q    Yes.  You are talking about other publishers?

12 A    That's correct.

13 Q    And whatever it is, it's going to be less than the harm we

14 are talking about from the elimination of competition between

15 PRH and S&S, correct?

16 A    I have not calculated it, but generally it's significantly

17 lower in most models.  That knock-on effect is much smaller.

18 Q    Right.  And you have not actually computed any harm with

19 respect to that softening effect, correct?

20 A    With respect to the other publishers weakening their

21 competition, I have not calculated the harm.

22          THE COURT:  Does the weakening due to the elimination

23 of head-to-head competition require them to be one and two, or

24 is that any time they are all in the same auction?

25          THE WITNESS:  No.  It's in the best bids in the

```
 1   negotiations, you have that weakening in anticipation.  I
 2   frequently compete with this person, I don't think they are
 3   competing with me anymore, so I'm going to bid less
 4   aggressively.  But in any particular best bid auction, you
 5   don't know that they are or are not the closest --
 6             THE COURT:  So it doesn't rely on one and two?
 7             THE WITNESS:  Correct.
 8             THE COURT:  That's what I thought.  Okay.
 9   BY MR. OPPENHEIMER:
10   Q    You don't view this as an industry, though, do you, in
11   which you have -- let me back up a step.
12        Just to be clear, the softening that you were referring
13   to, this impact on other publishers, this is triggered by the
14   elimination of the competition between Penguin Random House and
15   Simon & Schuster, correct?
16   A    It would be triggered by that elimination, correct.
17   Q    That's a prerequisite, yes?
18   A    Yes.  Absent that correction, it would not in itself
19   exist.  It's a second-order or knock-on effect.
20   Q    And you have studied other industries.  You do not view
21   this as an industry that's characterized by, say, two primary
22   competitors that everybody knows constitute the major
23   competition in the industry, correct?
24   A    Correct.  I would say one of the two parties here many
25   people view as the major competition, but the second party is
```

1    part of another group that is -- it's not like Arch Coal and

2    Peabody Energy where they were clearly the two largest

3    competitors.

4    Q    Right.  Good example.  It's not like Sysco, for example?

5    A    Yes.  Sysco and U.S. Foods, again, I think there was

6    general view that they were the first and second largest

7    competitors.

8    Q    Right.  This is a very different competitive structure,

9    correct?

10   A    Certainly in Peabody, as I recall, the combined market

11   share of the merged firm was significantly higher than it was

12   here.

13   Q    Okay.  I want to quickly talk about the analysis of the

14   2013 Penguin Random House merger.

15   A    Sure.

16   Q    So a couple of things.  You would agree with me that the

17   number of contracts after the merger increased, correct?

18   A    I haven't calculated that.

19   Q    Isn't it implicit -- you did an average, did you not,

20   where you tried to show -- or I didn't mean to say it that way,

21   but you depict anticipated top sellers going down on average

22   relative to other books.  Do you recall that?

23   A    The average advance amounts, yes.

24           MR. OPPENHEIMER:  Let's bring that up, if we may.  Can

25   I have Demonstrative 19, please, Pam.

1          Thanks.

2    BY MR. OPPENHEIMER:

3    Q    Okay.  We have done a little nifty thing here to try to

4    make this easier and speed things up.

5          Looking at Defendants' Demonstrative 19, you see the top

6    bars there.  Dr. Hill, do you recognize those as your chart

7    from your 2013 merger analysis?

8    A    Yes.  The blue table is my chart.

9    Q    And you were trying to demonstrate depicting that the

10   2010, 2012 average for anticipated top sellers was the number

11   that's depicted there, and then you have a slightly lower

12   number for 2014, 2016, correct?

13   A    For anticipated top sellers, yes.

14   Q    And you derived -- this is a really simple calculation,

15   right?  You derived these off of a document that the parties

16   all have which shows contracts and it shows contract amounts

17   and it shows title covered by contracts.  Do you recall having

18   used that source?

19   A    I think this came from the data, actually.

20   Q    From the data, correct.  In other words --

21   A    This was Dr. -- pardon me.

22   Q    No, please.

23   A    This was Dr. Snyder's advance data, I believe.

24   Q    Right.  And you know from doing that, in order to

25   calculate the very percentages that you did, your denominator

1    took into accounts title and contracts in those two time

2    periods, correct, simple math?

3    A    I think here I was following Dr. Snyder to try to cut down

4    on -- this is for titles.  Okay.  So this was using titles

5    rather than contracts.

6    Q    Right.  So when you did the average, you knew that after

7    the 2013 merger, title count had gone up and contract count had

8    gone up, correct?

9    A    No, I did not check the title count.  Dr. Snyder used

10   advance amounts, and I followed him in that.

11   Q    All right.  But you would not dispute these data, correct?

12   A    I don't have a basis one way or the other.  I don't know

13   what the numbers were.  I don't have any reason to think they

14   are right or wrong.  I mean, apologies, other than the numbers

15   that come from my chart.

16   Q    And you did a difference-in-difference analysis modeling

17   the prices of books below the 250,000 threshold and comparing

18   that to the average advances of books over the $250,000

19   threshold, correct?

20   A    That's correct.

21   Q    And you concluded, using the price trend of the below

22   $250,000 books as your referent, that there was a dropoff of

23   the average price for the books above $250,000?

24   A    Not quite.  So Dr. Snyder and I both agree that advances

25   for anticipated top sellers went down as a result of the

1   merger.  That's just -- sorry, not as a result of, after the

2   merger.  Apologies.  We both agree on that.

3       And then the separate question here was to try to say, if

4   I use a control group, does that suggest that this effect is

5   limited to anticipated top sellers vis-a-vis other books.

6   Q    And the control group you used was books with advances

7   under $250,000, correct?

8   A    Yes.  And I believe -- yes, that's correct.

9   Q    And you understand from testimony in the case that that --

10  those books included books in the mass market which underwent a

11  macro event in the market with Penguin Random House and others

12  greatly reducing their business in that area?

13  A    I actually haven't analyzed whether the other books

14  includes how many mass markets books are in there or not.

15  Q    When you were asked at your deposition whether you were

16  aware of any marked-wide events that might effect the validity

17  of your referent, the referent being books under $250,000, you

18  said you were unaware of any such market events, correct?

19  A    Correct.

20  Q    And you are still unaware of any such market events?

21  A    I am aware of the events you are talking about, but I have

22  no basis for determining how much it affected the other books

23  here.

24  Q    So you don't know whether the change in the number of mass

25  market books that were bought and sold by these companies

1  affected your referent?

2  A    Correct, I don't know.

3  Q    But you would agree with me that those books typically

4  have a lower advance, correct?

5  A    If they have an advance, then my guess would be they would

6  be in a lower advance category.

7  Q    So if we just do the basic math relative to the referent,

8  if we drop out a number of the advances under 50, if that's the

9  advance segment that's affected by the change in the mass

10  market approach, that it would have the affect of increasing

11  the average price of the below $250,000 referent, correct?

12  A    I don't have a basis for saying that they are likely to be

13  concentrated 0 to 50.  But mechanically if you change the

14  composition and cut the 0 to 50 group, then you could increase

15  the average.  If you just dropped the people 125 and below, you

16  would raise the average amount for other books.

17  Q    And you just can't tell whether that happened with your

18  difference-in-difference analysis, correct?

19  A    Correct.  I haven't analyzed that.

20        MR. READ:  Your Honor, I don't know if Mr. Oppenheimer

21  will regard this as a courtesy or not, but you know we are on a

22  chess clock, and I just wanted Mr. Oppenheimer to know, because

23  everybody loses track of time here, there's 20 minutes left on

24  that chess clock for Your Honor's planning purposes and for

25  Mr. Oppenheimer's planning purposes.

```
 1              MR. OPPENHEIMER:  And I do view it as a courtesy, Your

 2    Honor.

 3              Thanks, John.

 4              THE COURT:  So he has 20 minutes left.

 5              MR. OPPENHEIMER:  I'm editing on the fly, Your Honor.

 6              THE COURT:  Do you want me to take a break now so you

 7    can decide?

 8              MR. OPPENHEIMER:  I would appreciate that courtesy

 9    too, Your Honor.

10              THE COURT:  Let's take our 15-minute break early so

11    Mr. Oppenheimer can decide what he wants to cover in his

12    remaining time.  So we will resume at 3:30 or a little after

13    3:30.

14              (A recess was taken at 3:17 p.m.)

15              THE COURTROOM DEPUTY:  This court is back in session.

16    Please be seated and come to order.

17              THE COURT:  Ready when you are, Mr. Oppenheimer.

18              MR. OPPENHEIMER:  Thank you, Your Honor.

19    BY MR. OPPENHEIMER:

20    Q    Dr. Hill, fair to say that without your models, you have

21    no quantification of the amount of harm you say will occur as a

22    result of this transaction?

23    A    I would say if you want the precise estimate or a specific

24    figure, then the models, yes, are the only estimate I provide

25    of that.
```

1  Q    And after the merger, are you saying that an S&S editor

2  would have the incentive to lower advances in circumstances

3  where they believe Penguin Random House would have been the

4  competitive constraint?

5  A    I am saying that post merger, they will recognize the

6  removal of a -- some S&S editors will recognize the removal of

7  a competitive constraint and have an incentive to bid less

8  aggressively.

9  Q    And when you say they will recognize the removal of a

10 competitive constraint, are you saying, for example, if they

11 are in a blind bid, that they would take that into account?

12 A    Correct.

13 Q    And just how would they do that?

14 A    You would realize previously I have been losing most often

15 to Penguin Random House.  That is no longer a true loss.  So I

16 can afford to bid less aggressively.

17 Q    So does that mean that they would bid less aggressively in

18 every blind bid that they entered?

19 A    It would depend on the particular subject matter of the

20 book potentially and the editor's perception of how often they

21 compete with Penguin Random House, but, yes, it could effect

22 all blind bid competition.

23 Q    They would have to determine whether it was an acquisition

24 in which they would be in direct competition with Penguin

25 Random House?

A    If it was an imprint that never competed with Penguin
Random House, they would likely not adjust their bid.

Q    And if it was a publisher, if it was somebody, an editor
at Simon & Schuster, who ran into Penguin Random House call it
one out of ten times, how would they adjust their bid?

A    Less so than a publisher -- than an editor who felt that
they lost a hundred percent of the time to Penguin Random
House.

Q    How would they do it?  In other words, how would they
determine when they are going to lower their bid?

A    It would be in all of their best bid auctions.

Q    So you are saying that if they felt that they encountered
Penguin Random House 10 percent of the time as a competitive
constraint, that they would lower their bid in all subsequent
auctions?

A    Yeah.  I don't think this is mysterious.  When they are
bidding today, they are thinking about, if I win, then I am
going -- if I bid higher, I win more often, but I get a lower
margin.  And they are thinking about the chance they can win at
each of these prices they might choose.  And that's based on
their perception of current competition today.  That's why they
don't bid lower or higher today.  Post merger they are going to
perceive that there's less competition facing them, so they
will bid less aggressively.

Q    Let's stick with the blind bidder situation.  They will

```
 1   know that in the great majority of blind bidding situations,
 2   Penguin Random House will not be the competitive constraint
 3   based on the analysis, correct?
 4   A    Not correct.
 5   Q    Will they have any idea how many times Penguin Random
 6   House will be the competitive constraint in a blind bidding
 7   situation?
 8   A    They have a past experience of how often they have lost to
 9   Penguin Random House, and they will use that -- I mean, people
10   do this all the time in a variety of industries.  They have a
11   perception of how competitive their space is and how often they
12   compete with competitors.  You saw the testimony on the
13   demonstrative of people in the industry saying these are the
14   people I am competing with and losing to most often.
15   Q    But you have actually determined the number of times in
16   the market when PRH and Simon & Schuster are competitive
17   constraints to each other, correct?
18   A    I have determined in the win-loss data, for example, how
19   often one has lost and the other has won.
20   Q    But, generally speaking, we are talking about 12 percent
21   of the time?
22              THE COURT:  I am sorry to interrupt.  My realtime is
23   down.
24              Let's continue without it then.
25              Go ahead.
```

```
 1          MR. OPPENHEIMER:  Thank you, Your Honor.
 2    BY MR. OPPENHEIMER:
 3    Q    I want to make sure I understand.  Are you saying that in
 4    every form of acquisition, any type of auction, any type of
 5    bilateral negotiation, that it would be economically rational
 6    for the S&S editors to lower their bid?
 7    A    Again, I said, I think, from the beginning, it's going to
 8    depend on the specific S&S editor and their perception.
 9    Q    If you were an S&S editor who didn't have the mental
10    impression that Penguin Random House was someone you
11    encountered often in the marketplace, would any of this
12    analysis cause them to reduce their bid at all?
13    A    If you had an S&S editor, let's take an extreme example,
14    who never perceived themselves to be competing with Penguin
15    Random House, then that S&S editor would likely not change
16    their bid.  But, again, the modeling and the competitive
17    effects here are looking at the macro level incentive to change
18    behavior.  I'm not making a specific prediction about exactly
19    how that's going to happen.  This is the way we typically think
20    about it in antitrust.
21    Q    So if I'm an S&S editor, I am engaged in, say, a bilateral
22    one-on-one negotiation with an agent for a book that has some
23    buzz, we have heard that, a book that there is some interest
24    in, and I know that I occasionally encounter Penguin Random
25    House and also a lot of other bidders, are you suggesting that,
```

```
 1   after the merger, I should be lowering my bid in that
 2   negotiation?
 3   A    Yes.  It depends.  It depends how closely that Simon &
 4   Schuster editor perceives herself or himself to be competing
 5   with Penguin Random House.
 6   Q    Is this ultimately a question of the individual
 7   perceptions of the editors who are doing the negotiating and
 8   bidding?
 9   A    I don't think so.  In antitrust, we measure these
10   incentives by looking at macro level information about the
11   industry.  In particular, you have seen the language from the
12   guidelines that you look at diversion ratios to get an estimate
13   of how likely it is that there will be a significant change in
14   incentive.  The models are doing the same thing.  And we have
15   seen qualitative evidence from people in both organizations
16   talking about how often they compete with the other side.  I
17   think that is the information we are leveraging.  And you are
18   trying to make too specific a prediction when you are saying
19   let's go down to a very specific editor and say what's going to
20   happen.
21   Q    But under your analysis, aren't we required, in order to
22   understand how this harm would ever actually occur, don't we
23   have to have an understanding of how all of these editors are
24   going to react to the merger?  Don't we have to make that
25   assessment to understand if this could ever happen?
```

A    I disagree.  When I have looked at a beer merger, I don't
analyze how every single Anheuser-Busch salesperson in the
United States is going to change their bid based on if they
were going to acquire, for example, SABMiller.  You are making
an aggregate level decision about the total amount of
competition between the parties.

Q    Isn't this a very different market than the beer market?
Isn't it much less transparent, for example?

A    I wouldn't draw a comparison across those two.  I have
systematically studied that.

But, look, today exactly the same process is happening
every day.  Publishers are making bids based on their
probability, their perception of current competition.  And
tomorrow they are going to realize in the case of S&S, someone
we lose to frequently has been removed from the market, the
competition is less intense than it was.

Q    What I'm trying --

THE COURT:  I'm sorry.

And does the diversion ratio aggregate all of that?
Does the diversion reflect the sort of aggregate change in
circumstances for S&S?

THE WITNESS:  Correct.  That's a fair way to think
about it.

THE COURT:  Okay.

```
 1   BY MR. OPPENHEIMER:

 2   Q    But the actual percentage of time that those parties

 3   encounter each other as competitive constraints is call it one

 4   out of ten or 12 percent, in that range, correct?

 5   A    I degree.  I mean, that 12 percent includes a lot of

 6   information that is not relevant to figuring out how often you

 7   are competing with the other party.

 8   Q    Again, to go back to the beer example, we also -- we have

 9   agents here who are interacting in between the sellers and the

10   buyers.  That's something you don't have in a transparent

11   commodity market, correct?

12   A    Are you calling beer a transparent commodity market?

13   Q    Am I?

14   A    I don't know.

15   Q    Wouldn't you agree with me that it's much easier to

16   observe price movements in that market than in this market?

17   A    It depends on the states and the county.  I don't want to

18   waste your 15 minutes describing how the beer industry works,

19   but you do have wholesalers in between retailers and brewers.

20   And in some states, there's requirements about, if the

21   wholesaler -- if the brewer increases the price, the wholesaler

22   has to increase price by certain -- it's an extremely

23   complicated and diffuse -- it's difficult to summarize.

24   Q    Your analysis, which looks at this entire industry and the

25   transaction in the industry, has generated a harm estimate that
```

1    amounts to an average 6 percent reduction for the two parties,

2    the two merging parties, correct?

3    A    Correct.  That's the baseline prediction.

4    Q    And you would agree, that's not a massive price

5    adjustment?

6    A    I think it's -- I mean, for the Simon & Schuster authors,

7    it's about an 11 percent decrease.  It's about, and I am

8    struggling to remember, about $150,000 on average per book.

9    Q    But you are not saying in this courtroom, Dr. Hill, you

10   are not saying that, in every transaction, a Simon & Schuster

11   editor is going to reduce their advance by 11 percent?

12   A    Some will be larger.  Some will be smaller.  That's the

13   average.

14   Q    And if you lose a book that you want, what are the

15   consequences of that?

16   A    You lose that book.

17   Q    You lose all the revenue from that book, correct?

18   A    Correct.  But today when they set their price, if they

19   paid higher advances, they would lose less books, and yet today

20   they accept losing some books.

21   Q    Hypothetically, if you had an editor and she applied a

22   6 percent reduction across the board of all of her acquisitions

23   in any form, you would agree with me that in the majority of

24   cases, she would be making an acquisition decision that

25   wouldn't make rational sense, correct?

```
1    A     You are talking about pre merger?

2    Q     Post merger.

3    A     Are we talking about Simon & Schuster or Penguin Random

4    House?

5    Q     Let's take a Simon & Schuster editor.

6    A     I am not following your hypothetical.

7    Q     You wouldn't expect a Simon & Schuster editor across the

8    board to reduce their offers in negotiations or auctions just

9    because of this merger, correct?

10   A     I would expect them on average to reduce them by the

11   11.5 percent.

12   Q     And what I'm trying to understand is, what are the

13   circumstances that they would need to identify to know when to

14   make a reduction?

15   A     It depends.  In the rounds auctions, this was the language

16   from the guidelines earlier, the reductions may be more

17   targeted and larger.  And in best bids and negotiations, they

18   may be more diffuse, but more frequent -- sorry, smaller but

19   more frequent.

20            MR. READ:  Your Honor --

21            THE COURT:  Are we done with the chess clock?

22            MR. READ:  I think we have three to five minutes.

23            MR. OPPENHEIMER:  I will make a pact with everyone.  I

24   just have one --

25            THE COURT:  Do you have something to wrap this up,
```

1    your grand finale?

2            MR. OPPENHEIMER:  I will.  I know we are all anxious

3    to get to the bar.

4            THE WITNESS:  Correct.

5    BY MR. OPPENHEIMER:

6    Q    So in a bilateral negotiation, I think we are agreed that

7    neither of your models directly apply to that type of

8    acquisition, right?

9    A    That's fair.

10   Q    Okay.  And in a bilateral negotiation, you would agree

11   with me that there are a lot of factors bearing on the interest

12   of the party in reaching an agreement other than just price,

13   correct?

14   A    What sort of factors do you have in mind?

15   Q    Maintaining a relationship between an author and existing

16   publisher if they published previously with them, for example?

17   A    There may be other factors.

18   Q    So there could be other factors, factors not directly

19   related to the price?

20   A    There could be, yes.

21   Q    And do you think those factors would affect whether an

22   editor would consider reducing their bid in the aftermath of

23   the merger?

24   A    So those factors are present today and they play into the

25   margins and market shares today.  So they may or may not play

```
 1  in.  It will depend on the individual circumstance.
 2  Q    And then last question.  For any of this to affect any
 3  other publisher, would you agree with me that they would have
 4  to have much more information about the transactions in this
 5  market than they currently have?
 6  A    No, I wouldn't agree.
 7            MR. OPPENHEIMER:  No more questions, Your Honor.
 8            THE COURT:  Thank you.
 9            I have a question which I also asked Dr. Snyder.
10  Maybe you heard this question.
11            But you just said that it seems that on average you
12  would expect them to start offering less, on average 11 percent
13  less.  But wouldn't it really play out that there's less
14  competition so you might -- you might come in at a lower
15  initial bid, but you wouldn't have to go up to your max because
16  there's fewer people bidding, so the auctions will end earlier,
17  there's just -- I just feel like there would be downward
18  pressure, not from people consciously thinking I'm lowering,
19  but more just from the lack of bidding.
20            THE WITNESS:  I agree.  I think that's true in the
21  negotiated setting and the rounds setting.  In the best bids
22  setting, you only get one shot, so that's more where you would
23  think, okay, maybe I will reduce what I might have otherwise
24  bid.  But I agree with you in general on that point and also
25  your general intuition that the information is learned, people
```

1    react, and they adjust their behavior based on information more

2    than I am going to set out to reduce by exactly the number

3    predicted by somebody.

4         THE COURT:  And then my other question was, in the

5    questions that you were just asked by Mr. Oppenheimer about

6    your relevant market, you agree that you set that by the

7    advance level of 250,000.  But my understanding was that you

8    were just trying to figure out the top selling books, and these

9    are the ones that need more distribution, that need more sales

10   support, need more marketing, have authors that might have

11   different expectations from people who are not expecting their

12   books to do as well.  And I thought you were saying you just

13   used 250 because it's a proxy for the amount of sales because

14   all the advances are based on expected sales and that's why you

15   did it at 150 and 500 and 1 million.  I didn't think, correct

16   me if I'm wrong, that 250 was actually that important.

17        THE WITNESS:  That's a correct summary.  There's a

18   group of these books that exist in the industry.  As the person

19   analyzing it, I picked 250 to try to identify that group.  And

20   I tested whether above or below made a big difference, and it

21   did not.  So I was comfortable with that 250 as my method for

22   finding this general group of anticipated top sellers.

23        THE COURT:  Okay.  That's what I thought.  Thank you.

24   All right.  Any redirect?

25        MR. STEVENSON:  Briefly, Your Honor.

REDIRECT EXAMINATION

BY MR. STEVENSON:

Q    Dr. Hill, I would like to ask a couple questions about
Dr. Snyder's GUPPI calculations which we were discussing
earlier.

     Dr. Snyder's GUPPI calculations, if I recall your
testimony correctly, used Dr. Snyder's margins and Dr. Snyder's
diversions.  Is that right?

A    That is my understanding from his slides, but I haven't
verified the calculations.

Q    Did Dr. Snyder calculate diversion ratios including
imprint competition in one of his reports?

A    He did.

Q    Did you think it's appropriate to consider imprint
competition when calculating a diversion ratio here?

A    I did not do it myself.

Q    Why not?

A    As I said, I don't think imprint competition is a good
substitute for publisher competition.

Q    Do you know if Dr. Snyder used his diversion ratio
incorporating imprint competition in his GUPPI calculation?

A    I do not.

Q    Did you calculate how often the non-Big 5 are runner-up in
Dr. Snyder's agency data?

A    I did.  I don't recall the value.

```
 1   Q      I think we can refresh your recollection.
 2              MR. STEVENSON:  Could you pull up page 14 of the reply
 3   report.
 4   BY MR. STEVENSON:
 5   Q      If I could direct your attention to paragraph 32.
 6   A      Yes.
 7   Q      Does that refresh your recollection?
 8   A      Yes.  It was about 10.5 percent of the time.
 9   Q      Do you have a sense as to why that's a little bit
10   different than Dr. Snyder's 23 percent calculation?
11   A      Well, the -- my understanding is the 23 percent
12   calculation is combining market share and runner-up status.
13   Q      And the 23 percent, is that consistent with the market
14   shares you calculated in this case?
15   A      If you are using it to measure relative significance and
16   you divide it by 2, then we get 11.5, which is consistent with
17   the 9 percent or the 10.5 percent here.
18              MR. STEVENSON:  I have no further questions.
19              THE COURT:  Okay.  Thank you.
20              Thank you so much, Dr. Hill.  We appreciate your
21   testimony.  You can step down.
22              THE WITNESS:  My pleasure.  Thank you, Your Honor.
23              THE COURT:  Are we done here?
24              MR. VOELZ:  I mentioned earlier I wanted to move some
25   documents into evidence.  I was going to tell you which ones
```

1    were confidential.  It's DX375, DX376, DX436, DX437, DX438, and

2    DX440.

3            THE COURT:  Okay.  Thank you.

4            (Defendants' 375, 376, 437, 438 and 440 received in

5    evidence.)

6            MR. READ:  I will say the government formally rests.

7    We are done.  And I think we just need to work out the

8    logistics of oral argument tomorrow.

9            THE COURT:  Okay.  Thank you.

10           And so -- is that the chess clock?

11           MR. READ:  I never knew what that sounded like.

12           THE COURT:  So how do the parties propose we handle

13   the closing arguments in this case?  I propose to start at

14   9:30.  And how much time do people want, and have you discussed

15   this?

16           MR. PETROCELLI:  We haven't discussed it.  I would

17   think that I would be an hour or a little less.  But

18   Mr. Fishbein is also going to be presenting argument.

19           MR. FISHBEIN:  I do think this is different from the

20   openings.  My clients have their own interest here.  I am going

21   to be shorter than Mr. Petrocelli, but I would say somewhere

22   probably around 45 minutes.

23           THE COURT:  Okay.

24           MR. READ:  I will be working on it tonight.  I suspect

25   it will be less than an hour.  That's my goal.

```
 1            THE COURT:  Okay.  And you want rebuttal as well, I
 2   assume?
 3            MR. READ:  Yes.
 4            THE COURT:  I think this is all very reasonable, so I
 5   don't think we need a chess clock for this.  I will hold you to
 6   around these amounts of time, but I won't be strict about it
 7   because I know closings are important.
 8            So we will start at 9:30, and we will presume the
 9   government will have about an hour, and the defendants will
10   have an hour for Mr. Petrocelli and 45 minutes Mr. Fishbein,
11   and then rebuttal from the government.
12            MR. READ:  Thank you, Your Honor.
13            THE COURT:  Thank you.  And I want to thank the
14   parties for the presentation of evidence in this case.  I think
15   it went very smoothly.  I appreciate all the hard work that's
16   gone into putting out this case.  I can only imagine what it
17   must have been like to put on so much evidence in a compressed
18   time frame and have things run so smoothly.  So from my
19   perspective, I think it was really well done.  So thank you.
20            I will see everyone tomorrow morning for closing
21   arguments.  Thank you.
22            (The trial adjourned at 3:58 p.m.)
23                              - - -
24
25
```

C E R T I F I C A T E

      I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.


8/18/22             s/ Tammy Nestor
                    Tammy Nestor, RMR, CRR
                    Official Court Reporter
                    333 Constitution Avenue NW
                    Washington, D.C. 20001
                    tammy_nestor@dcd.uscourts

MR. FISHBEIN: [1] 3205/19
MR. OPPENHEIMER: [30]
3142/15 3143/1 3143/24
3146/10 3146/12 3147/14
3150/20 3151/1 3151/18
3152/3 3162/15 3162/18
3167/11 3168/20 3171/13
3172/16 3178/10 3178/17
3178/22 3179/2 3179/22
3185/24 3190/1 3190/5
3190/8 3190/18 3194/1
3199/23 3200/2 3201/7
MR. PETROCELLI: [1]
3205/16
MR. READ: [8] 3189/20
3199/20 3199/22 3205/6
3205/11 3205/24 3206/3
3206/12
MR. STEVENSON: [9]
3141/5 3141/22 3142/7
3151/21 3178/15 3178/19
3202/25 3204/2 3204/18
MR. VOELZ: [1] 3204/24
THE COURT: [67] 3141/4
3141/7 3141/9 3141/21
3142/8 3142/14 3142/16
3142/23 3144/21 3144/25
3145/7 3146/9 3146/11
3146/14 3147/13 3148/12
3148/20 3148/23 3149/3
3149/11 3149/15 3150/22
3151/20 3151/22 3152/9
3158/11 3162/12 3162/16
3163/13 3166/21 3167/3
3167/5 3167/14 3172/15
3172/17 3173/7 3173/14
3174/9 3178/14 3178/21
3178/24 3179/5 3179/17
3183/22 3184/6 3184/8
3190/4 3190/6 3190/10
3190/17 3193/22 3196/18
3196/24 3199/21 3199/25
3201/8 3202/4 3202/23
3204/19 3204/23 3205/3
3205/9 3205/12 3205/23
3206/1 3206/4 3206/15
THE COURTROOM
DEPUTY: [2] 3141/2
3190/15
THE WITNESS: [23] 3141/8
3141/10 3142/11 3144/22
3145/2 3148/17 3148/21
3148/24 3149/6 3149/13
3158/13 3166/23 3167/4
3172/23 3173/11 3173/23
3183/25 3184/7 3196/22
3200/4 3201/20 3202/17
3204/22

$
$100,000 [1] 3172/10
$150,000 [1] 3198/8
$250,000 [20] 3155/12
3167/25 3168/1 3168/9
3168/10 3169/5 3170/2
3177/13 3177/16 3177/21
3178/6 3179/24 3180/1
3180/18 3187/18 3187/22

3189/7 3189/19
3189/11
$50,000 [9] 3168/25 3168/25
3169/5 3169/13 3169/21
3170/23 3171/22 3172/1
3174/13

0
02886 [1] 3138/3

1
1 million [7] 3169/8 3169/8
3169/10 3169/16 3173/25
3174/2 3202/15
1 percent [3] 3161/16
3161/21 3162/10
1.25 [2] 3155/11 3156/5
1.25 million [2] 3155/21
3156/14
10 [1] 3147/17
10 percent [1] 3192/13
10.5 percent [2] 3204/8
3204/17
100 [2] 3172/14 3175/8
100 percent [1] 3149/1
10022 [1] 3139/10
10036 [1] 3139/4
11 percent [3] 3198/7
3198/11 3201/12
11.5 [1] 3204/16
11.5 percent [1] 3199/11
12 [3] 3145/12 3145/16
3145/16
12 percent [12] 3145/12
3145/20 3160/18 3160/24
3161/6 3161/15 3161/24
3162/5 3162/12 3193/20
3197/4 3197/5
125 [1] 3189/15
13 [4] 3145/16 3147/10
3147/12 3147/18
13 percent [1] 3145/13
14 [1] 3204/2
15 [1] 3197/18
15-minute [1] 3190/10
150 [4] 3171/4 3172/11
3175/8 3202/15
150,000 [1] 3172/12
17 [2] 3152/3 3169/18
18 [3] 3138/6 3152/7
3181/23
19 [2] 3185/25 3186/5
1999 [1] 3138/18

2
20 [5] 3171/13 3175/10
3178/13 3189/23 3190/4
20 percent [4] 3144/23
3153/23 3160/22 3177/6
200 [1] 3147/24
20001 [2] 3139/20 3207/10
20004 [1] 3139/14
2010 [1] 3186/10
2012 [1] 3186/10
2013 [3] 3185/14 3186/7
3187/7
2014 [1] 3186/12
2016 [1] 3186/12
2022 [1] 3138/6
20530 [1] 3138/15

22 [1] 3207/8
23 [1] 3148/1
23 percent [14] 3146/5
3146/11 3146/21 3146/23
3147/17 3147/18 3147/22
3148/12 3148/16 3148/21
3149/14 3204/10 3204/11
3204/13
250 [38] 3168/13 3168/14
3168/25 3170/13 3170/14
3170/14 3171/1 3171/4
3172/6 3172/18 3172/20
3173/1 3173/2 3173/25
3175/8 3175/8 3175/9
3175/12 3175/14 3175/16
3175/17 3175/19 3175/22
3175/25 3176/1 3176/3
3176/4 3176/6 3176/7
3176/9 3176/12 3178/1
3180/20 3180/25 3202/13
3202/16 3202/19 3202/21
250,000 [8] 3167/9 3170/4
3170/9 3171/6 3174/23
3175/1 3187/17 3202/7
250s [1] 3175/5
27 percent [1] 3144/24
29 [1] 3163/5
29 million [1] 3164/11
2:03 [2] 3138/7 3141/1

3
30 million [1] 3163/6
3142 [1] 3140/5
32 [1] 3204/5
3203 [1] 3140/5
333 [2] 3139/19 3207/9
375 [1] 3205/4
376 [1] 3205/4
3:17 [1] 3190/14
3:30 [2] 3190/12 3190/13
3:58 [1] 3206/22

4
4.7 [1] 3141/19
4.7 percent [2] 3141/14
3142/4
40 [1] 3143/2
400 [1] 3139/6
401 [1] 3139/13
42 [1] 3143/3
42 percent [2] 3145/3
3160/21
437 [2] 3167/12 3205/4
438 [3] 3168/21 3170/19
3205/4
440 [4] 3151/2 3151/19
3151/23 3205/4
441 [2] 3178/11 3178/13
45 [4] 3168/4 3168/5
3205/22 3206/10
450 [1] 3138/15

5
5 percent [5] 3141/15
3141/20 3143/15 3161/12
3162/9
50 [11] 3169/8 3169/8
3169/10 3169/15 3170/20
3170/20 3172/20 3173/2

50 percent [7] 3141/16
3144/14 3148/14 3148/18
3148/24 3149/4 3149/10
50,000 [4] 3169/15 3169/16
3169/22 3170/25
500 [1] 3202/15
50s [1] 3175/5
52 [4] 3152/7 3154/24
3159/13 3160/2
53 [1] 3150/20
55 [1] 3145/4
58 [1] 3169/18
599 [1] 3139/10

6
6 percent [2] 3198/1 3198/22
60 percent [1] 3145/4

8
8/18/22 [1] 3207/8

9
9 percent [1] 3204/17
90067 [1] 3138/19
90071 [1] 3139/7
9:30 [2] 3205/14 3206/8

A
Abby [1] 3139/2
about [59] 3141/13 3143/9
3143/14 3145/25 3146/13
3148/5 3150/3 3150/15
3150/25 3152/1 3152/12
3152/15 3153/11 3157/5
3159/23 3160/8 3160/22
3161/19 3164/12 3164/17
3164/21 3164/22 3172/15
3173/14 3175/20 3175/22
3176/5 3176/6 3176/8
3177/6 3178/4 3180/11
3181/6 3182/24 3183/11
3183/14 3185/13 3188/21
3192/17 3192/19 3193/20
3194/18 3194/20 3195/10
3195/16 3196/5 3196/23
3197/20 3198/7 3198/7
3198/8 3199/1 3199/3
3201/4 3202/5 3203/3
3204/8 3206/6 3206/9
above [30] 3168/1 3168/9
3168/14 3170/14 3173/2
3174/24 3175/1 3175/9
3175/14 3175/19 3175/23
3176/1 3176/6 3176/7
3176/8 3176/12 3178/2
3187/23 3202/20 3207/5
above-entitled [1] 3207/5
Absent [3] 3184/18
absolutely [1] 3173/12
abstracting [1] 3161/10
accept [2] 3151/9 3198/20
according [2] 3145/4 3145/23
account [2] 3160/25 3191/11
accounts [1] 3187/1
accurate [4] 3179/9 3179/14
3179/19 3207/4
achieved [1] 3153/22
acquire [2] 3174/13 3196/4
acquisition [6] 3154/23

A

acquisition... [5] 3165/20
3191/23 3194/4 3198/24
3200/8
acquisitions [4] 3153/21
3162/25 3166/8 3198/22
across [7] 3157/3 3159/5
3171/20 3177/16 3196/9
3198/22 3199/7
Action [1] 3138/3
actual [3] 3143/17 3163/8
3197/2
actually [17] 3141/8 3141/23
3143/21 3146/9 3153/24
3163/5 3165/8 3167/18
3170/16 3176/20 3178/8
3183/18 3186/19 3188/13
3193/15 3195/22 3202/16
addition [1] 3176/1
additional [2] 3164/2 3175/23
addressing [1] 3165/20
adjourned [1] 3206/22
adjust [7] 3146/12 3146/24
3154/11 3167/1 3192/2
3192/5 3202/1
adjusted [1] 3165/9
adjustment [1] 3198/5
admit [1] 3151/18
admitted [2] 3151/22
3167/13
adopted [1] 3157/21
adult [3] 3157/3 3159/3
3159/5
advance [29] 3158/16
3165/21 3167/9 3168/25
3170/23 3171/22 3172/1
3172/10 3176/15 3176/24
3176/25 3177/12 3177/16
3178/1 3178/6 3178/22
3179/10 3179/12 3180/9
3181/7 3185/23 3186/23
3187/10 3189/4 3189/5
3189/6 3189/9 3198/11
3202/7
advances [9] 3172/18
3174/13 3187/18 3187/24
3188/6 3189/8 3191/2
3198/19 3202/14
affect [6] 3173/19 3173/21
3180/11 3189/10 3200/21
3201/2
affected [3] 3188/22 3189/1
3189/9
afford [1] 3191/16
afraid [1] 3161/20
after [9] 3149/8 3160/25
3181/18 3185/17 3187/6
3188/1 3190/12 3191/1
3195/1
aftermath [1] 3200/22
afternoon [6] 3138/7 3141/4
3142/15 3142/16 3142/19
3142/20
again [6] 3164/18 3172/4
3185/5 3194/7 3194/16
3197/8
against [2] 3158/12 3161/9
agency [6] 3144/22 3146/3
3149/5 3161/4 3181/24

agent [4] 3153/4 3166/11
3166/22 3194/22
agents [2] 3167/1 3197/9
aggregate [3] 3196/5
3196/19 3196/20
aggressively [5] 3184/4
3191/8 3191/16 3191/17
3192/24
ago [1] 3174/17
agree [31] 3145/14 3149/20
3149/24 3150/2 3150/4
3151/11 3151/16 3153/5
3153/8 3156/12 3156/21
3157/8 3158/25 3160/24
3162/16 3164/14 3171/19
3177/23 3185/16 3187/24
3188/2 3189/3 3197/15
3198/4 3198/23 3200/10
3201/3 3201/6 3201/20
3201/24 3202/6
agreed [4] 3153/13 3160/17
3163/4 3200/6
agreement [4] 3144/5 3157/8
3181/5 3200/12
ahead [4] 3141/7 3166/6
3177/4 3193/25
al [1] 3138/6
Algonquin [1] 3178/4
aligned [1] 3170/4
all [44] 3142/25 3145/16
3145/25 3148/5 3149/18
3151/7 3152/11 3158/15
3159/3 3161/5 3162/13
3162/25 3162/25 3163/1
3164/20 3166/16 3166/17
3167/16 3171/20 3171/20
3175/13 3177/7 3178/5
3178/17 3180/10 3181/25
3182/17 3183/24 3186/16
3187/11 3191/22 3192/11
3192/14 3193/10 3194/12
3195/23 3196/19 3198/17
3198/22 3200/2 3202/14
3202/24 3206/4 3206/15
allow [2] 3156/23 3179/20
allowed [1] 3158/12
allowing [3] 3157/4 3158/1
3158/2
already [1] 3175/17
also [17] 3145/9 3147/1
3148/14 3156/3 3157/18
3158/21 3158/21 3163/9
3176/5 3176/18 3180/5
3181/13 3194/25 3197/8
3201/9 3201/24 3205/18
alternative [2] 3173/9
3181/10
although [1] 3159/2
always [3] 3161/17 3161/20
3162/8
am [23] 3141/13 3146/5
3146/16 3151/6 3155/5
3155/8 3161/20 3171/9
3172/7 3172/7 3174/1
3179/20 3188/21 3191/5
3192/17 3193/14 3193/22
3194/21 3197/13 3198/7
3199/6 3202/2 3205/20

amalgamates [1] 3170/4
amend [1] 3144/19
AMERICA [1] 3138/3
amount [7] 3155/20 3176/24
3176/25 3189/16 3190/21
3196/5 3202/13
amounts [6] 3164/11
3185/23 3186/16 3187/10
3198/1 3206/6
analyses [2] 3146/7 3173/24
analysis [17] 3143/8 3143/9
3145/19 3163/4 3164/1
3167/8 3170/8 3174/2
3174/3 3185/13 3186/7
3187/16 3189/18 3193/3
3194/12 3195/21 3197/24
analyze [1] 3196/2
analyzed [2] 3188/13
3189/19
analyzing [1] 3202/19
anecdotal [3] 3150/8 3153/17
3153/20 3175/21
Angeles [2] 3138/19 3139/7
Anheuser [1] 3196/2
Anheuser-Busch [1] 3196/2
another [14] 3148/11
3149/19 3149/20 3150/13
3154/22 3154/22 3157/19
3159/7 3160/7 3161/13
3161/14 3172/6 3172/19
3185/1
answer [5] 3144/19 3159/20
3161/6 3161/7 3169/17
answering [1] 3156/25
anticipated [17] 3170/7
3171/2 3172/7 3172/18
3173/17 3173/20 3176/15
3177/2 3177/24 3178/5
3181/22 3185/21 3186/10
3186/13 3187/25 3188/5
3202/22
anticipation [1] 3184/1
antitrust [3] 3138/14 3194/20
3195/9
anxious [1] 3200/2
any [40] 3142/3 3142/5
3146/1 3148/8 3150/9
3150/19 3151/7 3151/10
3151/10 3151/20 3154/10
3159/8 3163/8 3164/23
3165/16 3166/18 3173/8
3174/2 3175/18 3178/8
3178/14 3179/8 3179/13
3179/16 3182/9 3183/18
3183/24 3184/4 3187/13
3188/16 3188/18 3188/20
3193/5 3194/4 3194/4
3194/11 3198/23 3201/2
3201/2 3202/24
anybody [2] 3154/4 3155/25
anymore [1] 3184/3
anyone [1] 3156/13
anything [5] 3152/15 3164/17
3165/24 3181/6 3181/25
anywhere [1] 3182/17
apologies [2] 3187/14 3188/2
apologize [4] 3148/13
3156/24 3168/5 3181/23
appear [1] 3182/17

3170/4

3209

APPEARANCES [2] 3138/11
3138/21
applied [1] 3198/21
apply [2] 3180/12 3200/7
appreciate [3] 3190/8
3204/20 3206/15
approach [3] 3150/21
3157/16 3189/10
appropriate [1] 3203/14
approvals [1] 3176/2
arbitrage [1] 3181/13
Arch [1] 3185/1
are [143] 3143/2 3143/2
3143/5 3144/5 3145/9
3146/18 3147/13 3147/14
3147/22 3147/25 3148/9
3148/10 3148/25 3149/22
3149/24 3150/3 3151/7
3153/7 3153/14 3153/17
3153/22 3154/5 3154/6
3154/6 3154/8 3155/4
3155/24 3157/1 3157/4
3157/8 3157/14 3157/14
3157/23 3157/25 3158/7
3158/16 3158/18 3159/8
3159/16 3160/1 3160/8
3160/17 3160/24 3161/14
3161/18 3161/19 3161/24
3161/24 3162/13 3162/21
3163/4 3163/10 3164/13
3164/20 3164/21 3165/14
3166/25 3168/15 3168/23
3169/3 3169/7 3169/20
3170/23 3171/2 3171/10
3172/5 3172/20 3173/3
3173/12 3173/14 3173/15
3174/3 3174/24 3175/6
3175/10 3175/20 3176/3
3179/9 3179/11 3179/11
3179/13 3181/5 3182/14
3183/11 3183/14 3183/24
3184/2 3184/5 3184/5
3187/14 3188/14 3188/23
3188/21 3189/12 3189/21
3190/17 3190/24 3191/1
3191/10 3191/11 3192/10
3192/12 3192/16 3192/17
3192/19 3192/22 3193/13
3193/16 3193/20 3194/3
3194/17 3194/25 3195/7
3195/14 3195/17 3195/17
3195/18 3195/23 3196/4
3196/12 3196/14 3197/7
3197/9 3197/12 3198/9
3198/10 3198/14 3199/1
3199/3 3199/12 3199/21
3200/2 3200/6 3200/11
3200/24 3202/9 3202/11
3202/14 3203/23 3204/15
3204/23 3205/7 3206/7
area [4] 3168/18 3171/3
3171/5 3188/12
areas [1] 3174/24
aren't [1] 3195/21
argument [4] 3166/11
3166/24 3205/8 3205/18
arguments [2] 3205/13
3206/21

**A**

arising [1] 3182/10
around [4] 3157/10 3178/4
3205/22 3206/6
arrived [1] 3142/4
as [57] 3141/19 3146/7
3146/7 3149/9 3149/10
3149/25 3149/25 3150/4
3150/4 3150/7 3150/7
3151/2 3152/23 3156/10
3156/11 3157/6 3157/7
3159/25 3160/18 3161/22
3162/24 3164/3 3166/10
3166/11 3167/8 3167/16
3167/17 3169/4 3169/5
3170/18 3170/25 3173/12
3175/8 3175/23 3175/25
3179/24 3180/21 3183/2
3184/10 3184/21 3184/25
3185/10 3186/6 3187/22
3187/25 3188/1 3189/21
3190/1 3190/21 3192/13
3197/3 3202/12 3202/18
3202/21 3203/18 3204/9
3206/1
ask [6] 3148/24 3152/11
3155/8 3172/15 3180/8
3203/3
asked [8] 3141/10 3141/14
3150/15 3161/4 3177/1
3188/15 3201/9 3202/5
asking [1] 3179/11
assessment [1] 3195/25
associated [1] 3177/20
Associates [1] 3165/12
assume [4] 3142/13 3154/1
3164/23 3206/2
assumes [1] 3146/18
assuming [2] 3154/6 3155/18
attempt [1] 3163/11
attention [2] 3151/4 3204/5
attributed [1] 3155/12
auction [19] 3147/18 3147/25
3148/15 3148/19 3149/23
3152/1 3152/13 3152/15
3157/2 3159/14 3160/2
3162/13 3163/21 3164/4
3164/19 3165/7 3183/24
3184/4 3194/4
auctions [20] 3145/17
3146/18 3146/20 3147/6
3147/10 3147/11 3147/12
3148/1 3150/3 3150/4
3150/12 3153/10 3162/25
3163/1 3163/18 3192/11
3192/15 3199/8 3199/15
3201/16
August [1] 3138/6
author [8] 3151/16 3157/17
3158/1 3158/3 3158/6
3158/8 3173/18 3200/15
authors [8] 3157/6 3167/3
3168/3 3173/5 3174/3
3181/25 3198/6 3202/10
Avenue [4] 3138/18 3139/10
3139/19 3207/9
average [16] 3185/19
3185/21 3185/23 3186/10
3187/6 3187/18 3187/23

3187/25 3188/22 3200/6
3198/1 3198/8 3198/13
3199/10 3201/11 3201/12
avoid [1] 3157/6
aware [7] 3159/5 3159/8
3170/5 3174/1 3174/3
3188/16 3188/21
away [1] 3157/19 3157/20
3158/9

**B**

back [13] 3141/2 3143/14
3148/12 3149/17 3155/5
3159/13 3162/7 3162/21
3170/3 3179/24 3184/11
3190/15 3197/8
backup [1] 3142/3
backwards [1] 3160/23
balance [1] 3158/7
Ballantine [2] 3155/15
3155/17
bar [1] 3200/3
bars [5] 3167/17 3169/23
3172/5 3179/11 3186/6
base [1] 3147/24
baseball [1] 3180/8
based [17] 3145/23 3149/4
3154/13 3154/16 3154/20
3155/16 3155/22 3156/17
3159/21 3165/19 3165/21
3192/20 3193/3 3196/3
3196/12 3202/1 3202/14
baseline [1] 3198/3
basic [2] 3148/7 3189/7
basis [5] 3178/8 3179/15
3187/12 3188/22 3189/12
be [94] 3141/3 3144/10
3145/11 3145/17 3145/17
3145/22 3146/3 3146/13
3146/19 3147/17 3147/24
3148/15 3148/25 3149/1
3149/2 3149/10 3149/12
3151/14 3151/22 3152/21
3153/11 3154/4 3154/19
3155/14 3155/25 3156/3
3156/21 3157/13 3158/11
3158/17 3160/3 3160/6
3160/13 3160/15 3160/22
3161/2 3161/16 3162/10
3163/17 3166/14 3166/15
3170/1 3170/6 3170/7
3171/4 3171/5 3171/6
3171/24 3172/23 3173/1
3173/2 3174/13 3175/6
3175/11 3175/16 3176/10
3176/22 3178/13 3181/14
3181/19 3182/9 3182/24
3183/13 3183/23 3184/12
3184/16 3189/5 3189/6
3189/12 3190/16 3191/24
3192/11 3193/2 3193/6
3194/5 3194/14 3195/1
3195/4 3195/13 3198/12
3198/12 3198/24 3199/16
3199/18 3200/17 3200/18
3200/20 3201/17 3205/17
3205/18 3205/21 3205/24
3205/25 3206/6
bearing [1] 3200/11
because [26] 3143/24

3147/24 3149/1 3149/21
3147/24 3149/1 3149/21
3154/14 3156/14 3161/13
3162/7 3166/23 3168/7
3168/7 3169/7 3169/14
3170/4 3171/6 3173/9
3173/17 3189/22 3199/9
3201/15 3202/13 3202/13
3206/7
been [19] 3143/20 3145/21
3145/25 3149/10 3150/15
3150/18 3154/1 3154/4
3158/25 3159/8 3159/11
3163/5 3163/5 3167/17
3183/5 3191/3 3191/14
3196/15 3206/17
beer [5] 3196/1 3196/7
3197/8 3197/12 3197/18
before [3] 3138/9 3143/12
3179/16
began [1] 3141/1
beginning [1] 3194/7
behavior [2] 3194/18 3202/1
being [7] 3149/3 3151/13
3166/11 3172/19 3182/16
3183/8 3188/17
believe [5] 3145/18 3156/3
3156/5 3158/17 3162/22
3164/1 3167/18 3168/6
3169/19 3170/22 3172/12
3179/13 3186/23 3188/8
3191/3
below [18] 3141/15 3141/20
3170/7 3170/14 3172/6
3174/20 3174/24 3175/14
3175/24 3176/1 3176/6
3176/7 3176/8 3187/17
3187/21 3189/11 3189/15
3202/20
BENCH [1] 3138/9
BERTELSMANN [3] 3138/6
3138/17 3139/2
Besides [1] 3175/14
best [22] 3149/23 3149/23
3152/19 3152/25 3153/2
3153/6 3153/9 3153/22
3154/4 3159/14 3160/1
3165/4 3165/6 3166/12
3166/12 3167/2 3182/13
3183/25 3184/4 3192/11
3199/17 3201/21
better [1] 3161/19
between [27] 3144/6 3146/18
3147/19 3155/10 3156/13
3157/5 3157/7 3159/15
3167/23 3168/9 3168/13
3169/4 3169/10 3169/14
3169/15 3170/13 3170/19
3172/20 3182/11 3183/2
3183/10 3183/14 3184/14
3196/6 3197/9 3197/19
3200/15
beyond [3] 3152/15 3152/16
3175/12
bid [59] 3149/12 3149/22
3149/23 3150/2 3151/10
3153/2 3153/6 3153/9
3153/23 3154/11 3154/13
3154/15 3154/18 3154/19

3159/21 3155/21
3155/22 3155/25 3156/4
3156/5 3156/12 3156/15
3156/15 3156/17 3156/25
3157/1 3158/4 3158/5
3158/6 3159/18 3161/9
3161/19 3163/2 3182/13
3184/3 3184/4 3191/7
3191/11 3191/16 3191/17
3191/18 3191/22 3192/2
3192/5 3192/10 3192/11
3192/14 3192/18 3192/22
3192/24 3194/6 3194/12
3194/16 3195/1 3196/3
3200/22 3201/15 3201/24
bidder [7] 3150/5 3150/16
3151/9 3151/12 3154/17
3154/19 3192/25
bidders [9] 3149/8 3151/7
3153/7 3154/5 3154/10
3155/19 3156/11 3159/21
3194/25
bidding [23] 3141/17 3149/25
3149/25 3150/10 3150/24
3152/25 3153/7 3154/2
3154/20 3155/16 3156/1
3156/14 3156/19 3156/20
3158/14 3160/4 3161/8
3192/17 3193/1 3193/6
3195/8 3201/16 3201/19
bids [17] 3152/19 3152/25
3153/22 3154/1 3155/11
3155/20 3159/3 3159/5
3159/14 3159/20 3160/1
3165/4 3165/6 3183/25
3196/12 3199/17 3201/21
big [23] 3146/18 3146/25
3146/25 3147/1 3147/1
3147/8 3147/10 3147/11
3147/12 3147/12 3148/14
3148/19 3148/25 3149/8
3168/13 3169/13 3170/14
3170/18 3170/19 3171/21
3176/11 3202/20 3203/23
bilateral [5] 3164/15 3194/5
3194/21 3200/6 3200/10
bit [4] 3148/5 3174/18
3179/8 3204/9
blind [7] 3155/25 3191/11
3191/18 3191/22 3192/25
3193/1 3193/6
blown [3] 3171/16
blue [1] 3186/8
board [2] 3198/22 3199/8
body [1] 3176/4
book [14] 3153/21 3154/18
3155/23 3156/18 3166/13
3176/22 3177/16 3191/20
3194/22 3194/23 3198/8
3198/14 3198/16 3198/17
book's [2] 3155/22 3156/17
books [29] 3158/16 3160/5
3172/20 3173/5 3173/10
3173/17 3174/13 3177/7
3185/22 3187/17 3187/18
3187/22 3187/23 3188/5
3188/6 3188/10 3188/10
3188/13 3188/14 3188/17
3188/22 3188/24 3189/3

books... [6] 3189/16 3198/19
3198/20 3202/8 3202/12
3202/18
both [12] 3147/24 3149/22
3158/23 3161/12 3162/9
3163/2 3175/22 3178/23
3180/21 3187/24 3188/2
3195/15
bought [4] 3188/25
break [4] 3180/18 3180/22
3190/6 3190/10
breaks [1] 3180/19
brewer [1] 3197/21
brewers [1] 3197/19
Briefly [1] 3202/25
bring [8] 3143/1 3143/2
3154/22 3167/11 3168/20
3171/13 3178/10 3185/24
broad [2] 3154/13 3174/24
broadly [2] 3164/19 3168/2
broken [1] 3168/23
bunch [1] 3180/5
Busch [1] 3196/2
business [1] 3188/12
buyers [1] 3197/10
buzz [1] 3194/23

C
calculate [4] 3148/16
3186/25 3203/11 3203/23
calculated [14] 3145/15
3153/25 3162/2 3163/3
3163/5 3163/9 3163/18
3166/16 3174/16 3180/5
3183/16 3183/21 3185/18
3204/14
calculating [1] 3203/15
calculation [16] 3146/16
3146/17 3146/23 3149/3
3162/1 3162/9 3164/5
3164/7 3165/1 3165/16
3180/11 3181/17 3186/14
3203/21 3204/10 3204/12
calculations [9] 3141/12
3145/15 3164/3 3179/12
3179/14 3182/9 3203/4
3203/6 3203/10
California [2] 3138/19 3139/7
call [3] 3153/20 3192/4
3197/3
called [3] 3143/15 3177/3
3182/22
calling [3] 3150/15 3176/3
3197/12
came [2] 3142/5 3186/19
can [32] 3141/8 3143/1
3144/17 3147/24 3148/12
3149/20 3152/6 3152/22
3156/21 3157/18 3158/6
3158/21 3158/23 3165/22
3168/5 3172/15 3172/25
3173/25 3174/11 3174/18
3175/10 3177/20 3179/2
3180/17 3185/24 3190/7
3190/11 3191/16 3192/19
3204/1 3204/21 3206/16
can't [3] 3164/8 3164/17
3189/17

Cantor [1] 3139/2
capturing [1] 3172/7
carefully [2] 3154/14 3182/20
Carl [1] 3143/14
case [9] 3143/22 3165/25
3180/13 3188/9 3196/14
3204/14 3205/13 3206/14
3206/16
cases [1] 3198/24
categories [1] 3170/20
category [2] 3166/8 3189/6
cause [1] 3194/12
certain [2] 3171/2 3197/22
certainly [4] 3149/22 3163/1
3168/3 3185/10
certify [1] 3207/3
challenge [1] 3160/9
chance [1] 3192/19
change [14] 3146/1 3159/4
3159/9 3171/25 3172/6
3174/6 3188/24 3189/9
3189/13 3194/15 3194/17
3195/13 3196/3 3196/20
changed [1] 3144/8
characterization [1] 3159/10
characterized [1] 3184/21
Charles [2] 3165/12 3166/9
chart [3] 3186/6 3186/8
3187/15
check [2] 3152/22 3187/9
chess [5] 3189/22 3189/24
3199/21 3205/10 3206/5
choice [2] 3158/3 3179/24
choices [1] 3168/2
choose [4] 3155/21 3156/14
3169/17 3192/20
circuit [1] 3147/21
circumscribed [1] 3149/21
circumstance [1] 3201/1
circumstances [3] 3191/2
3196/21 3199/13
Civil [1] 3138/3
clarify [1] 3142/3
clear [6] 3146/13 3161/24
3163/17 3166/15 3182/9
3184/12
clearly [1] 3185/2
clientele [1] 3173/18
clients [1] 3205/20
clock [5] 3189/22 3189/24
3199/21 3205/10 3206/5
close [1] 3161/14
closely [1] 3195/3
closest [1] 3184/5
closing [2] 3205/13 3206/20
closings [1] 3206/7
CO [1] 3138/6
Coal [1] 3185/1
COLUMBIA [1] 3138/1
column [1] 3144/18
combined [2] 3180/21
3185/10
combining [1] 3166/18
3204/12
come [6] 3141/3 3143/14
3179/24 3187/15 3190/16
3201/14
comes [1] 3161/25

Coming [1] 3149/17
commodity [2] 3197/11
3197/12
companies [3] 3176/2
3180/25 3188/25
company [1] 3157/10
comparing [1] 3187/17
comparison [1] 3196/9
compete [12] 3149/18
3149/18 3149/19 3149/20
3150/13 3157/19 3158/12
3161/12 3184/2 3191/21
3193/12 3195/16
competed [2] 3160/11
3192/1
competing [9] 3148/9
3148/10 3153/11 3159/22
3184/3 3193/14 3194/14
3195/4 3197/7
competition [43] 3148/6
3149/7 3149/17 3150/6
3151/13 3152/1 3156/18
3157/6 3157/11 3157/23
3158/1 3158/9 3159/7
3159/11 3159/15 3159/19
3161/4 3182/5 3182/11
3182/15 3183/1 3183/5
3183/8 3183/9 3183/14
3183/21 3183/23 3184/14
3184/23 3184/25 3191/22
3191/24 3192/21 3192/23
3196/6 3196/13 3196/16
3201/14 3203/12 3203/15
3203/18 3203/19 3203/21
competitive [23] 3155/23
3160/12 3164/23 3168/8
3168/17 3168/19 3169/20
3169/23 3170/6 3170/23
3171/25 3183/6 3185/8
3191/4 3191/7 3191/10
3192/13 3193/2 3193/6
3193/11 3193/16 3194/16
3197/3
competitors [5] 3147/23
3184/22 3185/3 3185/7
3193/12
compiled [1] 3179/1
complicated [1] 3197/23
composition [1] 3189/14
compressed [1] 3206/17
computation [2] 3164/2
3164/9
computed [3] 3145/21
3179/7 3183/18
concentrated [1] 3189/13
concentration [1] 3180/3
concentrations [1] 3172/10
conceptually [1] 3174/4
concluded [1] 3187/21
conclusion [2] 3145/11
3169/19
conditions [5] 3168/8
3169/20 3170/7 3170/23
3171/25
conduct [1] 3180/3
confer [2] 3179/17 3179/18
confidence [1] 3171/7
confidential [3] 3154/25

confirming [1] 3175/1
confirms [1] 3172/3
confusing [1] 3169/7
connection [2] 3157/18
3158/8
consciously [1] 3201/18
consequence [1] 3158/17
consequences [1] 3198/15
conservative [1] 3171/6
consider [2] 3200/22 3203/14
consistent [3] 3182/14
3204/13 3204/16
constitute [1] 3184/22
Constitution [2] 3139/13
3207/9
constraint [6] 3191/4 3191/7
3191/10 3192/14 3193/2
3193/6
constraints [2] 3193/17
3197/3
Cont [1] 3139/1
continue [2] 3151/13 3193/24
contract [2] 3186/16 3187/7
contracts [5] 3185/17
3186/16 3186/17 3187/1
3187/5
control [2] 3188/4 3188/6
conversation [1] 3174/12
cookbook [1] 3160/8
coordinating [1] 3150/7
coordination [3] 3150/9
3155/18 3156/12
copies [2] 3150/21 3177/9
corporation [1] 3151/8
correct [128] 3141/20 3143/6
3143/7 3143/9 3143/10
3143/19 3143/22 3143/23
3144/4 3144/11 3144/12
3144/17 3145/14 3145/22
3146/2 3146/3 3146/19
3146/20 3146/22 3147/23
3148/9 3149/13 3150/1
3152/17 3153/7 3153/16
3156/1 3156/2 3156/22
3157/11 3157/24 3159/1
3159/18 3160/15 3160/19
3161/1 3161/6 3161/9
3161/25 3162/1 3163/6
3163/7 3163/9 3163/12
3163/20 3163/23 3163/25
3164/9 3164/15 3164/16
3164/24 3164/25 3165/2
3165/3 3165/9 3165/18
3165/20 3166/1 3166/2
3166/8 3166/15 3167/4
3167/17 3167/20 3168/1
3170/15 3170/20 3174/15
3174/21 3176/13 3176/14
3176/23 3176/24 3177/3
3177/4 3177/9 3177/10
3177/14 3177/18 3177/22
3179/11 3181/7 3181/11
3182/12 3182/23 3183/12
3183/15 3183/19 3184/7
3184/15 3184/16 3184/23
3184/24 3185/9 3185/17
3186/12 3186/20 3187/2
3187/8 3187/11 3187/19

**C**

correct... [27] 3187/20
3188/7 3188/8 3188/18
3188/19 3189/2 3189/4
3189/11 3189/18 3189/19
3191/12 3193/3 3193/4
3193/17 3196/22 3197/4
3197/11 3198/2 3198/3
3198/17 3198/18 3198/25
3199/9 3200/4 3200/13
3202/15 3202/17
corrected [2] 3144/18
3144/18
correction [3] 3141/6 3141/8
3184/18
correctly [2] 3167/22 3203/7
corroborating [1] 3164/3
cost [1] 3159/23
could [20] 3148/24 3149/1
3151/13 3158/17 3163/13
3164/6 3166/16 3167/11
3173/1 3173/2 3179/17
3179/18 3181/14 3189/14
3191/21 3195/25 3200/18
3200/20 3204/2 3204/5
counsel [1] 3143/11
count [2] 3149/13 3187/7
3187/7 3187/9
counted [2] 3149/5 3149/10
county [1] 3197/17
couple [4] 3160/6 3182/6
3185/16 3203/3
court [5] 3138/1 3139/19
3141/2 3190/15 3207/9
courtesy [3] 3189/21 3190/1
3190/8
courtroom [1] 3198/9
cover [1] 3190/11
covered [1] 3186/17
covers [1] 3165/6
created [1] 3178/21
credit [1] 3165/11
CROSS [2] 3140/2 3142/17
crossed [1] 3180/15
CRR [2] 3139/18 3207/8
current [3] 3161/11 3192/21
3196/13
currently [1] 3201/5
cut [5] 3166/5 3175/8 3177/5
3187/3 3189/14
cutoff [18] 3167/9 3167/10
3168/24 3169/5 3169/6
3169/13 3170/25 3171/7
3174/23 3175/15 3175/17
3175/23 3175/25 3176/3
3176/21 3179/24 3180/1
3180/10
cutoffs [1] 3169/7

**D**

D.C [5] 3138/6 3138/15
3139/14 3139/20 3207/10
Daniel [2] 3138/17 3139/2
data [31] 3144/23 3145/12
3145/13 3146/3 3149/5
3153/17 3155/6 3161/4
3161/25 3162/2 3162/3
3162/5 3168/23 3171/16
3171/17 3171/19 3178/17

3179/8 3179/9 3179/10
3179/12 3181/24 3186/19
3186/20 3186/23 3187/11
3193/18 3203/24
day [4] 3142/22 3153/14
3174/17 3196/12
dcd.uscourts [1] 3207/10
dcd.uscourts.gov [1] 3139/20
deal [1] 3167/2
decide [3] 3180/1 3190/7
3190/11
decided [1] 3180/25
deciding [1] 3180/9
decision [2] 3196/5 3198/24
deck [2] 3154/25 3155/1
decrease [1] 3198/7
Defendant [1] 3138/7
defendants [4] 3138/17
3139/2 3139/9 3206/9
DEFENDANTS' [10] 3140/8
3151/2 3151/23 3167/12
3168/21 3170/19 3178/12
3178/13 3186/5 3205/4
Defendants 437 [1] 3167/12
Defendants 438 [2] 3168/21
3170/19
define [3] 3169/17 3173/3
defined [6] 3171/4 3176/22
3176/24 3178/1 3181/8
3181/12
defining [1] 3171/7
definition [3] 3172/4 3177/8
3181/18
degree [1] 3197/5
Demo [1] 3171/13
demonstrate [1] 3186/9
demonstrated [1] 3168/6
demonstrative [6] 3152/7
3175/10 3178/13 3185/25
3186/5 3193/13
Demonstrative 20 [1]
3178/13
denominator [1] 3186/25
Department [1] 3138/14
depend [5] 3153/3 3160/5
3191/19 3194/8 3201/1
depends [6] 3150/11 3165/1
3195/3 3195/3 3197/17
3199/15
depict [1] 3185/21
depicted [1] 3186/11
depicting [1] 3186/9
depiction [1] 3179/9
deposition [2] 3177/1
3188/15
derived [6] 3165/11 3165/12
3168/14 3176/10 3186/14
3186/15
derives [1] 3178/17
describe [1] 3159/25
described [1] 3164/13
describing [1] 3151/11
3197/18
determination [1] 3180/12
determine [2] 3191/23
3192/10
determined [2] 3193/15
3193/18

developing [1] 3174/19
did [35] 3142/3 3142/9
3148/16 3152/13 3155/17
3155/18 3156/6 3156/8
3159/25 3163/2 3163/2
3165/15 3170/8 3174/6
3175/18 3177/8 3177/11
3179/25 3180/3 3181/16
3182/2 3185/19 3185/19
3186/25 3187/6 3187/7
3187/16 3202/15 3202/21
3203/11 3203/13 3203/14
3203/16 3203/23 3203/25
didn't [10] 3155/19 3155/20
3156/14 3158/21 3166/5
3166/18 3177/5 3185/20
3194/9 3202/15
differ [1] 3157/15
difference [15] 3144/6
3147/19 3147/22 3155/16
3168/12 3169/9 3169/11
3169/15 3170/13 3170/18
3187/16 3187/16 3189/18
3189/18 3202/20
differences [3] 3168/4 3168/7
3170/16
different [37] 3145/1 3145/5
3146/4 3149/1 3157/4
3157/16 3157/21 3157/22
3157/23 3157/25 3164/12
3165/14 3165/19 3168/3
3168/9 3168/15 3168/24
3169/21 3169/22 3169/25
3170/1 3170/12 3170/23
3173/15 3173/18 3173/24
3174/3 3174/5 3174/7
3175/6 3177/23 3177/24
3185/8 3196/7 3202/11
3204/10 3205/19
differs [1] 3157/14
difficult [2] 3169/14 3197/23
diffuse [2] 3197/23 3199/18
digression [1] 3156/24
direct [4] 3140/2 3142/1
3191/24 3204/5
directly [2] 3200/7 3200/18
disagree [4] 3157/12
3159/10 3162/3 3196/1
disagreement [1] 3146/1
discussed [2] 3143/6 3157/9
3205/14 3205/16
discussing [2] 3143/12
3203/4
discussion [2] 3145/25
3146/5
dispute [1] 3187/11
distinction [2] 3167/23
3169/4
distribution [2] 3176/8 3202/9
DISTRICT [3] 3138/1 3138/1
3138/10
diversion [14] 3145/4
3145/23 3160/21 3160/25
3161/3 3161/18 3162/7
3164/22 3195/12 3196/19
3196/20 3203/11 3203/15
3203/20

3142/13 3144/18 3144/20
3144/21 3144/22 3160/23
3165/1 3203/8
divide [1] 3204/16
dividing [1] 3176/4
division [3] 3138/14 3159/3
3160/8
divisions [8] 3157/3 3157/4
3158/11 3158/15 3159/3
3159/6 3179/9 3179/12
do [73] 3141/22 3146/6
3146/21 3148/8 3149/20
3150/9 3150/16 3150/17
3152/13 3152/15 3152/19
3152/21 3153/6 3153/21
3153/24 3154/5 3156/6
3156/7 3157/22 3158/12
3159/14 3159/15 3162/22
3164/1 3164/10 3164/14
3165/6 3166/3 3166/7
3166/16 3168/10 3168/23
3168/25 3169/2 3169/12
3169/19 3169/19 3170/22
3171/16 3171/18 3177/2
3178/5 3179/8 3179/13
3179/20 3179/22 3180/6
3181/16 3182/6 3182/8
3184/10 3184/20 3185/22
3186/6 3186/17 3189/7
3190/1 3190/6 3191/13
3192/9 3193/10 3197/19
3199/25 3200/14 3200/21
3202/12 3203/16 3203/20
3203/22 3204/9 3205/12
3205/14 3205/19
document [2] 3151/5
3186/15
documents [1] 3204/25
does [18] 3146/16 3148/2
3158/19 3169/24 3172/19
3172/23 3173/11 3173/19
3173/21 3175/24 3181/8
3182/18 3183/22 3188/4
3191/17 3196/19 3196/20
3204/7
doesn't [8] 3142/12 3146/1
3146/24 3162/10 3162/16
3181/6 3182/17 3184/6
doing [8] 3151/16 3157/21
3179/25 3181/21 3182/3
3186/24 3195/7 3195/14
dollar [2] 3149/12 3164/14
dollars [4] 3155/11 3163/6
3174/20 3182/1
don't [54] 3142/5 3142/11
3142/13 3146/6 3148/7
3151/15 3152/21 3153/9
3156/13 3157/18 3158/13
3159/24 3161/21 3162/3
3163/14 3164/18 3164/23
3165/4 3165/24 3170/25
3178/7 3178/8 3178/9
3179/15 3179/20 3180/2
3180/5 3180/19 3181/2
3181/3 3182/3 3182/3
3184/2 3184/5 3184/10
3187/12 3187/12 3187/13
3188/24 3189/2 3189/12

## D

don't... [13]  3189/20 3192/16
3192/22 3195/9 3195/22
3195/24 3196/1 3197/10
3197/14 3197/17 3203/18
3203/25 3206/5
done [11]  3141/5 3143/21
3150/12 3164/7 3164/8
3182/10 3186/3 3199/21
3204/23 3205/7 3206/19
doubt [2]  3148/8 3178/8
down [10]  3168/25 3171/1
3172/10 3172/13 3185/21
3187/3 3187/25 3193/23
3195/19 3204/21
downstream [1]  3177/11
downward [1]  3201/17
Dr [4]  3174/11 3186/21
3203/6 3203/24
Dr. [30]  3142/4 3142/19
3144/19 3144/20 3150/24
3151/17 3155/2 3157/5
3162/2 3173/15 3174/2
3179/7 3180/9 3181/24
3186/6 3186/23 3187/3
3187/9 3187/24 3190/20
3198/9 3201/9 3203/3
3203/4 3203/7 3203/7
3203/11 3203/20 3204/10
3204/20
Dr. Hill [10]  3142/19 3150/24
3155/2 3179/7 3180/9
3186/6 3190/20 3198/9
3203/3 3204/20
Dr. Snyder [11]  3142/4
3157/5 3162/2 3173/15
3174/2 3187/3 3187/9
3187/24 3201/9 3203/11
3203/20
Dr. Snyder's [9]  3144/19
3144/20 3151/17 3181/24
3186/23 3203/4 3203/7
3203/7 3204/10
dramatic [1]  3170/13
dramatically [1]  3174/7
draw [5]  3151/4 3159/13
3169/19 3181/6 3196/9
drawing [1]  3171/24
drew [1]  3171/5
drop [4]  3149/11 3169/4
3169/18 3189/8
dropoff [2]  3169/12 3187/22
dropped [1]  3189/15
due [1]  3183/22
during [2]  3143/12 3151/25
dwell [1]  3143/25
DX375 [1]  3205/1
DX376 [1]  3205/1
DX436 [1]  3205/1
DX437 [1]  3205/1
DX438 [1]  3205/1
DX440 [1]  3205/2

## E

each [19]  3148/9 3154/7
3158/12 3159/20 3160/2
3160/7 3160/18 3161/2
3162/5 3162/24 3162/25
3165/19 3165/21 3166/8

earlier [11]  3143/6 3143/12
3150/14 3150/14 3150/25
3161/7 3167/13 3196/18
3201/16 3203/5 3204/24
early [2]  3149/11 3190/10
easier [2]  3186/4 3197/15
economic [1]  3183/4
economically [1]  3194/5
editing [1]  3190/5
editor [15]  3191/1 3192/3
3192/6 3194/8 3194/9
3194/13 3194/15 3194/21
3195/4 3195/19 3198/11
3198/21 3199/5 3199/7
3200/22
editor's [1]  3191/20
editors [6]  3177/23 3178/3
3191/6 3194/6 3195/7
3195/23
effect [16]  3141/19 3143/17
3144/7 3151/15 3165/21
3182/23 3182/25 3183/3
3183/7 3183/7 3183/17
3183/19 3184/19 3188/4
3188/16 3191/21
effectively [1]  3151/14
effects [1]  3194/17
effort [1]  3152/6
Eighth [1]  3138/19
either [4]  3148/21 3156/14
3174/4 3179/15
eliminating [1]  3183/7
elimination [5]  3182/11
3183/14 3183/22 3184/14
3184/16
else [3]  3153/2 3155/25
3156/13
else's [1]  3155/21
empirical [1]  3153/18
encounter [5]  3160/18
3162/5 3162/24 3194/24
3197/3
encountered [2]  3192/12
3194/11
end [3]  3165/13 3165/15
3201/16
ended [1]  3152/13
Energy [1]  3185/2
engaged [1]  3194/21
enough [2]  3173/6 3179/2
entered [1]  3191/18
entering [1]  3157/1
entire [1]  3197/24
entitled [1]  3207/5
environment [2]  3155/23
3160/13
equivalent [1]  3162/9
Esquire [12]  3138/12
3138/12 3138/13 3138/13
3138/17 3138/17 3139/2
3139/2 3139/5 3139/9
3139/12 3139/12
estimate [5]  3153/23 3190/23
3190/24 3195/12 3197/25
estimated [3]  3153/25
3177/15 3177/19
et [1]  3138/6

evaluate [2]  3147/23 3164/6
evaluation [1]  3155/22
even [4]  3149/11 3149/11
3159/17 3162/8
event [1]  3188/11
events [4]  3188/16 3188/18
3188/20 3188/21
ever [2]  3195/22 3195/25
every [9]  3161/12 3162/7
3172/24 3180/3 3191/18
3194/4 3196/2 3196/12
3198/10
everybody [1]  3184/22
3189/23
everyone [3]  3155/20
3199/23 3206/20
evidence [20]  3150/19
3151/23 3172/3 3173/4
3175/13 3175/15 3175/18
3175/20 3175/21 3176/4
3176/5 3176/6 3176/7
3176/9 3176/18 3195/15
3204/25 3205/5 3206/14
3206/17
exactly [6]  3149/6 3180/19
3181/3 3194/18 3196/11
3202/2
EXAMINATION [3]  3142/1
3142/17 3203/1
examined [2]  3154/24
3169/25
example [17]  3147/3 3149/7
3151/25 3158/4 3159/15
3161/10 3162/7 3177/12
3185/4 3185/4 3191/10
3193/18 3194/13 3196/4
3196/8 3197/8 3200/16
examples [1]  3163/1
except [1]  3173/8
exchange [1]  3154/1
excluded [1]  3171/8
Exhibit [4]  3151/2 3168/20
3178/11 3178/13
Exhibit 441 [1]  3178/11
EXHIBITS [1]  3140/8
exist [3]  3179/12 3184/19
3202/18
existed [1]  3149/8
existing [1]  3200/15
expect [6]  3160/21 3162/4
3162/24 3199/7 3199/10
3201/12
expectation [7]  3154/13
3154/15 3154/20 3155/16
3155/23 3159/21 3160/12
expectations [1]  3202/11
expected [3]  3155/22 3177/2
3202/14
expecting [2]  3169/3 3202/11
experience [3]  3153/10
3153/13 3193/8
expert [2]  3153/14 3162/16
explain [2]  3152/11 3157/10
explicit [1]  3145/19
explore [1]  3174/18
extent [1]  3174/4
extreme [3]  3159/15 3159/19
3194/13

Ethan [1]  3138/15
eyes [1]  3159/13

## F

face [1]  3162/11
facilitate [2]  3158/21 3158/23
facing [1]  3192/23
fact [4]  3143/12 3171/25
3173/19 3175/22
factors [7]  3200/11 3200/14
3200/17 3200/18 3200/18
3200/21 3200/24
fair [7]  3166/20 3168/11
3176/10 3179/2 3190/20
3196/22 3200/9
familiar [3]  3150/18 3155/4
3155/5
far [2]  3164/18 3172/5
feared [1]  3159/22
feel [1]  3201/17
fell [1]  3166/8
felt [3]  3180/22 3192/6
3192/12
fewer [1]  3201/16
fiercely [4]  3148/9 3148/10
3149/18 3149/19
fifth [2]  3138/15 3171/16
figure [7]  3168/6 3175/1
3176/14 3181/22 3182/3
3190/24 3202/8
figures [1]  3142/5
figuring [1]  3197/6
finale [1]  3200/1
find [1]  3157/16
finding [1]  3202/22
firm [3]  3147/24 3165/25
3185/11
firm-wide [1]  3165/25
firms [1]  3168/18
first [10]  3141/8 3144/19
3145/18 3148/1 3149/8
3152/11 3167/16 3174/17
3180/17 3185/6
Fishbein [3]  3139/9 3205/18
3206/10
fit [1]  3172/22
five [3]  3168/16 3168/17
3199/22
Floor [1]  3138/19
FLORENCE [1]  3138/9
fly [1]  3190/5
focus [2]  3165/8 3174/11
focused [1]  3160/13
focusing [1]  3161/7
follow [1]  3161/23
followed [1]  3187/10
following [3]  3141/1 3187/3
3199/6
Foods [1]  3185/5
foregoing [1]  3207/3
form [4]  3158/19 3160/12
3194/4 3198/23
formally [1]  3205/6
format [3]  3154/23 3156/10
3167/2
formats [1]  3164/12
formed [2]  3156/16 3159/20
forms [2]  3157/21 3157/23
formula [1]  3144/2
found [3]  3155/10 3171/5

**F**

found... [1] 3174/4
foundation [3] 3178/16
3178/25 3179/3
frame [1] 3206/18
framework [1] 3166/18
frequency [2] 3176/11
3176/12
frequent [2] 3199/18 3199/19
frequently [3] 3160/6 3184/2
3196/15
fringe [2] 3168/17 3168/19
fritter [2] 3157/19 3157/20
fritters [1] 3158/9
front [1] 3171/17
function [1] 3168/12
further [3] 3154/1 3175/11
3204/18

**G**

gave [3] 3151/25 3159/23
3180/17
general [6] 3160/10 3181/11
3185/6 3201/24 3201/25
3202/22
generally [5] 3153/8 3156/19
3165/22 3183/16 3193/20
generate [1] 3177/3
generated [1] 3197/25
gently [1] 3143/20
get [6] 3155/20 3192/18
3195/12 3200/3 3201/22
3204/16
getting [2] 3171/1 3172/25
give [1] 3147/2
given [2] 3173/14 3175/18
gives [1] 3167/2
giving [1] 3161/18
glasses [1] 3143/3
go [17] 3141/7 3142/25
3143/16 3148/12 3158/6
3158/7 3160/6 3160/21
3164/18 3166/6 3171/1
3172/6 3177/4 3193/25
3195/19 3197/8 3201/15
goal [1] 3205/25
goes [1] 3170/3
going [28] 3141/22 3146/6
3146/12 3146/16 3154/3
3155/8 3158/1 3159/8
3168/25 3169/18 3183/13
3184/3 3185/21 3192/10
3192/18 3192/22 3194/7
3194/19 3195/19 3195/24
3196/3 3196/4 3196/14
3198/11 3202/2 3204/25
3205/18 3205/20
gone [5] 3149/12 3172/13
3187/7 3187/8 3206/16
good [11] 3141/4 3142/15
3142/16 3142/19 3142/20
3143/3 3157/13 3159/14
3162/18 3185/4 3203/18
got [3] 3141/21 3142/14
3142/21
government [5] 3143/11
3179/19 3205/6 3206/9
3206/11
grand [1] 3200/1

grand... [1] 3193/1
greater [1] 3169/5
greatly [1] 3188/12
ground [1] 3175/2
group [11] 3169/14 3169/16
3170/17 3178/3 3185/1
3188/4 3188/6 3189/14
3202/18 3202/19 3202/22
groupings [1] 3169/9
groups [4] 3160/5 3168/3
3174/7 3175/4
guess [2] 3178/24 3189/5
guidelines [2] 3195/12
3199/16
GUPPI [20] 3141/11 3141/19
3143/9 3143/17 3144/3
3164/1 3164/3 3164/13
3164/14 3164/23 3165/1
3165/5 3165/6 3165/9
3166/10 3167/5 3182/13
3203/4 3203/6 3203/21
GUPPIs [9] 3142/9 3143/15
3164/9 3164/10 3164/11
3164/17 3164/20 3165/17
3166/25

**H**

had [18] 3143/21 3145/2
3145/3 3155/1 3156/4
3156/5 3160/2 3163/14
3171/6 3171/15 3172/9
3172/9 3178/3 3180/20
3187/7 3187/7 3194/13
3198/21
hadn't [2] 3150/18 3179/15
half [1] 3144/13
handle [1] 3205/12
hands [1] 3177/22
happen [4] 3175/24 3194/19
3195/20 3195/25
happened [2] 3181/3
3189/17
happening [1] 3196/11
happens [1] 3166/25
harbor [1] 3143/15
hard [3] 3156/3 3156/5
3206/15
harm [26] 3163/3 3163/4
3163/8 3163/11 3163/17
3164/2 3164/5 3164/9
3164/12 3164/22 3165/25
3166/24 3167/1 3167/3
3171/4 3171/5 3171/9
3180/12 3182/9 3182/10
3183/13 3183/18 3183/21
3190/21 3195/22 3197/25
HarperCollins [1] 3158/18
has [14] 3156/25 3157/2
3158/18 3159/8 3159/11
3182/21 3183/5 3190/4
3193/19 3193/19 3194/22
3196/15 3197/22 3197/25
have [137] 3141/6 3141/18
3143/16 3143/20 3145/9
3145/14 3145/25 3147/5
3147/11 3148/7 3148/17
3150/8 3150/9 3150/15
3150/19 3151/15 3152/19
3153/1 3153/2 3153/3

3154/14 3155/1 3155/3
3156/16 3157/1 3157/20
3158/2 3159/3 3159/14
3159/17 3160/7 3160/11
3160/11 3161/8 3161/11
3161/12 3162/9 3163/1
3164/8 3164/14 3165/4
3165/7 3165/16 3165/24
3166/7 3168/10 3168/16
3168/17 3169/8 3169/24
3171/8 3171/16 3172/13
3173/18 3173/22 3175/17
3176/20 3176/20 3177/8
3177/24 3177/24 3178/1
3178/8 3178/19 3179/7
3179/8 3179/13 3179/15
3179/20 3182/6 3182/10
3182/19 3182/20 3183/16
3183/18 3183/21 3184/1
3184/11 3184/20 3185/25
3186/3 3186/11 3186/16
3187/12 3187/13 3188/21
3189/4 3189/5 3189/10
3189/12 3190/20 3191/2
3191/3 3191/7 3191/14
3191/23 3193/5 3193/8
3193/8 3193/10 3193/15
3193/18 3194/9 3194/23
3195/11 3195/14 3195/23
3195/23 3195/24 3196/1
3196/9 3197/8 3197/10
3197/19 3199/22 3199/24
3199/25 3200/14 3201/3
3201/4 3201/5 3201/9
3201/15 3201/23 3202/10
3202/10 3204/9 3204/18
3205/14 3205/20 3206/9
3206/10 3206/17 3206/16
haven't [16] 3141/12 3144/8
3150/12 3153/25 3153/25
3154/4 3155/5 3164/7
3174/16 3176/21 3177/15
3185/18 3188/13 3189/19
3203/9 3205/16
having [7] 3145/25 3149/10
3154/13 3154/18 3158/8
3167/17 3186/17
he [15] 3142/4 3142/8
3142/9 3142/9 3142/12
3142/12 3148/14 3148/16
3148/17 3148/17 3148/18
3149/5 3190/4 3190/11
3203/13
head [10] 3145/11 3145/11
3145/17 3145/17 3160/6
3160/7 3183/8 3183/8
3183/23 3183/23
hear [1] 3158/21
heard [2] 3194/23 3201/10
help [3] 3147/3 3158/14
3161/10
helps [1] 3147/5
her [1] 3198/22
here [24] 3143/2 3151/15
3155/11 3155/17 3155/19
3156/15 3156/16 3159/20
3169/7 3169/12 3173/25
3184/24 3185/12 3186/3

3188/23 3188/23
3189/23 3194/17 3197/9
3203/15 3204/17 3204/23
3205/20
hereby [1] 3207/3
herself [1] 3195/4
hesitant [1] 3146/5
HHI [2] 3180/11 3181/17
high [2] 3170/6 3171/6
higher [5] 3170/8 3185/11
3192/18 3192/22 3198/19
highest [4] 3151/8 3154/18
3154/19 3154/24
HILL [12] 3140/4 3142/19
3150/24 3155/2 3174/11
3179/7 3180/9 3186/6
3190/20 3198/9 3203/3
3204/20
Hill's [1] 3178/18
him [1] 3187/10
himself [1] 3195/4
his [11] 3142/9 3142/12
3144/21 3144/22 3148/15
3179/12 3190/11 3203/9
3203/12 3203/20 3203/21
hoc [1] 3181/18
hold [1] 3206/5
Honor [34] 3141/5 3141/10
3142/15 3143/24 3144/17
3144/23 3146/10 3146/13
3147/15 3150/21 3151/1
3151/18 3152/8 3162/15
3162/19 3166/24 3167/13
3172/16 3178/12 3178/20
3178/23 3181/14 3183/1
3189/20 3190/2 3190/5
3190/9 3190/18 3194/1
3199/20 3201/7 3202/25
3204/22 3206/12
Honor's [2] 3175/3 3189/24
HONORABLE [1] 3138/9
hope [2] 3139/6 3142/23
hour [4] 3205/17 3205/25
3206/9 3206/10
house [42] 3138/18 3139/3
3148/9 3150/10 3152/14
3156/20 3156/25 3157/2
3158/4 3159/1 3159/3
3159/5 3159/6 3159/16
3160/10 3160/17 3162/23
3163/18 3177/12 3182/11
3182/25 3183/2 3183/10
3184/14 3185/14 3188/11
3191/3 3191/15 3191/21
3191/25 3192/2 3192/4
3192/8 3192/13 3193/2
3193/6 3193/9 3194/10
3194/15 3194/25 3195/5
3199/4
how [41] 3142/4 3148/16
3148/25 3149/5 3152/13
3152/13 3153/1 3153/1
3159/4 3160/11 3161/5
3162/11 3162/13 3168/14
3172/21 3173/19 3178/25
3188/14 3188/22 3191/13
3191/20 3192/5 3192/9
3192/9 3193/5 3193/8
3193/11 3193/11 3193/18

**H**

how... [12]  3194/19 3195/3
3195/13 3195/16 3195/22
3195/23 3196/2 3197/6
3197/18 3203/23 3205/12
3205/14
huh [1]  3152/9
hundred [8]  3141/17 3141/18
3144/3 3147/5 3147/11
3147/18 3174/20 3192/7
hybrid [4]  3144/9 3165/9
3165/13 3182/13
hypothetical [6]  3152/23
3173/5 3173/7 3181/2
3181/5 3199/6
Hypothetically [1]  3198/21

**I**

I'm [35]  3141/12 3142/8
3143/3 3146/6 3146/12
3148/10 3148/12 3156/24
3159/4 3159/4 3161/23
3161/23 3164/18 3166/4
3166/5 3172/12 3172/21
3174/3 3175/2 3175/22
3177/4 3178/11 3179/3
3179/11 3181/4 3181/23
3184/3 3190/5 3194/18
3194/21 3196/17 3196/18
3199/12 3201/18 3202/16
I-N-D-E-X [1]  3139/22
idea [3]  3180/17 3182/14
3193/5
identification [1]  3151/2
identified [2]  3173/22 3177/6
identify [4]  3176/25 3177/20
3199/13 3202/19
identifying [2]  3167/9 3171/2
Ihan [1]  3138/12
imagine [1]  3206/16
impact [1]  3184/13
implicit [3]  3145/19 3161/25
3185/19
implied [1]  3145/15
importance [1]  3174/12
important [5]  3146/7 3146/9
3146/11 3202/16 3206/7
impression [1]  3194/10
imprint [27]  3148/5 3149/7
3150/10 3151/13 3152/1
3156/15 3156/16 3156/19
3156/19 3157/11 3157/17
3157/23 3157/25 3158/6
3158/7 3158/8 3159/7
3159/10 3159/24 3160/10
3160/14 3166/12 3192/1
3203/12 3203/14 3203/18
3203/21
imprints [12]  3148/8 3150/6
3154/6 3156/13 3157/1
3157/6 3157/7 3157/19
3158/2 3158/5 3159/16
3160/6
incentive [6]  3141/18
3164/21 3191/2 3191/7
3194/17 3195/14
incentives [1]  3195/10
include [1]  3151/8
included [1]  3188/10

includes [2]  3203/13
3203/11
including [2]  3161/21
3203/11
incorporating [1]  3203/21
increase [2]  3189/14 3197/22
increased [1]  3185/17
increases [1]  3197/21
increasing [1]  3189/10
independent [1]  3165/5
independently [2]  3165/11
3166/17
index [2]  3143/17 3144/6
indicate [1]  3142/12
indicated [1]  3172/9
individual [3]  3165/17 3195/6
3201/1
industries [1]  3184/20
3193/10
industry [14]  3153/15
3161/11 3170/5 3170/5
3175/24 3184/10 3184/21
3184/23 3193/13 3195/11
3197/18 3197/24 3197/25
3202/18
inference [1]  3171/24
influenced [1]  3170/13
information [19]  3150/8
3150/9 3150/11 3153/4
3153/10 3154/2 3154/12
3156/11 3161/21 3164/21
3170/5 3175/17 3180/22
3195/10 3195/17 3197/6
3201/4 3201/25 3202/1
initial [4]  3170/3 3172/12
3180/5 3201/15
initially [1]  3165/12
inside [3]  3163/8 3163/17
3180/8
instead [1]  3168/24
intense [1]  3196/16
interacting [1]  3197/9
interest [3]  3194/23 3200/11
3205/20
interested [1]  3155/7
internal [4]  3157/10 3176/2
3180/21 3180/24
interpretation [1]  3158/14
interpreted [1]  3163/25
interpreting [1]  3164/19
interrupt [1]  3193/22
intuition [1]  3201/25
investigated [1]  3141/12
is [157]  3141/2 3141/11
3141/13 3141/13 3141/14
3141/15 3141/17 3141/19
3141/19 3142/10 3142/22
3143/21 3144/3 3144/7
3144/9 3144/13 3144/19
3145/16 3145/20 3145/23
3146/9 3146/11 3146/24
3147/18 3147/19 3147/22
3147/24 3148/2 3148/19
3148/21 3149/4 3149/25
3150/5 3150/5 3151/5
3151/11 3151/16 3153/10
3153/12 3154/10 3154/25
3156/1 3156/13 3156/23
3157/7 3157/13 3158/1
3158/13 3158/14 3158/24

3161/17 3161/21 3161/22
3162/12 3162/17 3162/22
3163/3 3163/5 3163/9
3163/12 3163/18 3163/18
3163/19 3164/20 3165/20
3166/12 3166/12 3166/21
3166/23 3167/5 3167/18
3167/21 3167/23 3167/23
3168/1 3168/3 3168/4
3168/12 3169/5 3169/10
3169/12 3169/16 3169/18
3170/4 3170/22 3170/25
3172/2 3172/24 3173/12
3173/19 3174/23 3175/1
3176/3 3176/10 3176/12
3176/14 3177/1 3177/6
3178/1 3178/5 3178/23
3178/24 3178/25 3179/1
3179/19 3179/20 3181/10
3181/12 3181/21 3181/22
3181/23 3182/25 3183/1
3183/13 3183/17 3183/24
3184/13 3184/25 3185/1
3185/8 3186/8 3186/14
3187/4 3188/4 3190/15
3191/15 3192/16 3193/11
3193/22 3194/19 3194/23
3195/6 3195/13 3195/17
3196/3 3196/11 3196/16
3197/3 3197/6 3198/11
3199/12 3201/25 3203/8
3203/9 3203/18 3204/11
3204/12 3204/13 3204/16
3205/10 3205/18 3205/19
3206/4 3207/3
isn't [8]  3153/11 3162/4
3169/3 3169/4 3173/9
3185/19 3196/7 3196/8
issue [3]  3157/16 3179/3
3179/4
it [152]  3141/13 3141/21
3142/12 3142/14 3143/14
3143/25 3144/7 3144/18
3146/1 3146/3 3146/6
3146/8 3146/24 3147/3
3147/17 3147/23 3147/25
3148/3 3148/15 3148/25
3150/11 3151/7 3151/15
3151/15 3152/2 3152/19
3152/21 3153/3 3153/20
3153/25 3154/14 3154/14
3154/17 3155/3 3155/4
3155/8 3155/9 3155/14
3156/3 3156/10 3156/23
3156/24 3157/14 3157/14
3157/22 3158/10 3158/17
3158/21 3159/7 3159/9
3159/17 3160/5 3160/13
3160/15 3160/22 3161/15
3162/2 3164/6 3165/20
3166/11 3166/16 3167/8
3167/22 3168/2 3168/7
3169/5 3169/17 3170/4
3171/6 3171/16 3172/10
3172/23 3172/23 3173/11
3173/11 3175/8 3175/24
3176/2 3176/2 3176/6
3176/7 3176/10 3176/22

3161/17 3161/21 3161/22
3177/24 3178/13 3178/17
3179/16 3179/16 3179/20
3179/20 3180/11 3180/20
3181/8 3181/10 3181/12
3181/18 3182/18 3182/19
3183/13 3183/16 3184/6
3184/16 3184/18 3185/11
3185/19 3185/20 3186/16
3186/17 3188/22 3189/10
3190/1 3191/19 3191/21
3191/23 3192/1 3192/3
3192/3 3192/4 3192/9
3192/11 3193/24 3194/5
3194/20 3195/3 3195/3
3195/13 3196/8 3196/16
3196/23 3197/3 3197/17
3199/15 3201/1 3201/11
3201/13 3202/15 3202/19
3202/20 3203/16 3204/8
3204/15 3204/16 3205/16
3205/24 3205/25 3206/6
3206/15 3206/16 3206/19
it's [47]  3142/13 3144/10
3145/15 3145/21 3145/23
3146/7 3146/24 3147/10
3147/10 3149/1 3151/10
3153/9 3154/3 3154/24
3156/9 3158/14 3158/25
3159/19 3161/20 3162/3
3162/8 3163/8 3166/23
3169/14 3171/1 3179/19
3181/8 3181/12 3181/13
3181/13 3182/14 3183/13
3183/16 3183/25 3184/19
3185/1 3185/4 3194/7
3197/15 3197/22 3197/23
3198/6 3198/7 3198/7
3202/13 3203/14 3205/1
its [3]  3157/3 3160/20
3165/21
itself [2]  3157/10 3184/18

**J**

John [2]  3138/12 3190/3
JUDGE [1]  3138/10
judgment [1]  3170/12
just [47]  3142/3 3142/8
3143/11 3145/9 3147/19
3148/7 3149/3 3149/4
3150/24 3154/14 3156/9
3160/25 3161/4 3161/7
3161/23 3161/23 3162/12
3163/17 3168/25 3171/10
3172/20 3173/12 3174/11
3174/18 3175/12 3175/13
3179/18 3180/8 3182/25
3184/12 3188/1 3189/7
3189/15 3189/17 3189/22
3191/13 3199/8 3199/24
3200/12 3201/11 3201/17
3201/17 3201/19 3202/5
3202/8 3202/12 3205/7
Justice [1]  3138/14
justify [1]  3177/16

**K**

keep [2]  3146/16 3172/2
KGAA [1]  3138/6
Kim [1]  3138/12

**K**

knew [3]  3162/5 3187/6 3205/11
knock [2]  3183/17 3184/19
knock-on [2]  3183/17 3184/19
know [39]  3141/5 3142/5 3142/11 3142/13 3146/6 3151/15 3152/13 3152/15 3153/6 3153/9 3153/21 3153/24 3155/17 3155/18 3155/19 3156/13 3158/13 3166/7 3169/3 3170/17 3177/11 3178/7 3178/9 3178/19 3184/5 3186/24 3187/12 3188/24 3189/2 3189/20 3189/21 3189/22 3193/1 3194/24 3197/14 3199/13 3200/2 3203/20 3206/7
knowing [1]  3179/7
knowledge [1]  3182/15
known [3]  3153/2 3153/3 3156/11
knows [1]  3184/22

**L**

lack [1]  3201/19
laid [1]  3178/25
language [3]  3151/4 3195/11 3199/15
large [4]  3153/5 3168/16 3168/18 3173/6
larger [4]  3158/16 3169/10 3198/12 3199/17
largest [3]  3171/21 3185/2 3185/6
last [3]  3141/10 3142/22 3201/2
lay [1]  3179/3
learned [1]  3201/25
least [2]  3170/18 3173/16
left [3]  3143/5 3189/23 3190/4
less [17]  3171/2 3183/13 3184/3 3191/7 3191/16 3191/17 3192/6 3192/23 3192/24 3196/8 3196/16 3198/19 3201/12 3201/13 3201/13 3205/17 3205/25
let [11]  3144/19 3146/13 3148/7 3152/11 3162/21 3179/2 3180/8 3181/19 3181/20 3182/24 3184/11
let's [18]  3142/25 3147/5 3148/5 3152/23 3154/1 3166/25 3166/25 3167/8 3168/20 3178/10 3182/25 3185/24 3190/10 3192/25 3193/24 3194/13 3195/19 3199/5
level [17]  3168/9 3168/10 3169/21 3170/8 3170/24 3171/6 3172/10 3175/23 3176/16 3177/19 3180/10 3181/1 3181/7 3194/17 3195/10 3196/5 3202/7
levels [5]  3169/25 3170/1 3170/12 3172/1 3173/8

leveraging [1]  3195/17
Lexington [1]  3139/10
like [18]  3141/6 3149/12 3151/1 3151/4 3152/22 3154/22 3156/24 3158/6 3160/13 3175/9 3181/13 3182/16 3185/1 3185/4 3201/17 3203/3 3205/11 3206/17
likely [6]  3156/18 3171/5 3189/12 3192/2 3194/15 3195/13
likes [1]  3157/17
limit [1]  3158/14
limited [1]  3188/5
limiting [2]  3157/25 3158/8
line [1]  3181/6
listed [2]  3156/15 3156/15
literally [1]  3147/25
little [9]  3148/5 3169/7 3169/14 3174/18 3179/3 3186/3 3190/12 3204/9 3205/17
LLP [5]  3138/18 3139/3 3139/6 3139/9 3139/13
logistics [1]  3205/8
long [4]  3149/25 3150/4 3150/7 3159/8
longer [1]  3191/15
longstanding [1]  3158/25
look [17]  3143/13 3143/25 3144/2 3160/13 3163/3 3166/16 3171/20 3172/4 3173/4 3173/24 3174/1 3174/7 3175/1 3180/23 3181/19 3195/12 3196/11
looked [11]  3155/5 3161/15 3170/16 3170/16 3172/9 3172/12 3175/13 3175/21 3180/4 3180/19 3196/1
looking [8]  3171/19 3172/21 3173/3 3175/10 3176/15 3186/5 3194/17 3195/10
looks [3]  3169/22 3175/9 3197/24
Los [2]  3138/19 3139/7
lose [10]  3154/16 3161/13 3161/17 3161/20 3162/8 3196/15 3198/14 3198/16 3198/17 3198/19
loses [2]  3161/17 3189/23
losing [5]  3159/22 3159/23 3191/14 3193/14 3198/20
loss [2]  3191/15 3193/18
lost [4]  3160/11 3192/7 3193/8 3193/16 3181/16 3181/21 3181/24
lot [4]  3175/9 3194/25 3197/5 3200/11
low [1]  3176/11
lower [14]  3155/12 3170/8 3182/3 3183/17 3186/11 3189/4 3189/6 3191/2 3192/10 3192/14 3192/18 3192/22 3194/6 3201/14
lowering [2]  3195/1 3201/18
lowest [9]  3166/9 3166/13 3166/21 3167/3 3167/5 3173/8 3181/16 3181/21 3181/24

**M**

macro [3]  3188/11 3194/17 3195/10
made [6]  3143/9 3155/17 3156/4 3156/5 3158/8 3202/20
Maintaining [1]  3200/15
major [2]  3184/22 3184/25
majority [2]  3193/1 3198/23
make [18]  3141/6 3141/8 3148/2 3155/15 3156/9 3157/18 3158/3 3164/10 3164/11 3164/22 3175/18 3186/4 3194/3 3195/18 3195/24 3198/25 3199/14 3199/23
makes [1]  3165/21
making [8]  3156/12 3165/14 3166/23 3167/23 3194/18 3196/4 3196/12 3198/24
manner [1]  3163/3
many [8]  3157/20 3161/5 3162/13 3172/24 3183/4 3184/24 3188/14 3193/5
margin [1]  3192/19
margins [6]  3142/10 3144/18 3144/20 3164/22 3200/25 3203/7
mark [1]  3151/1
marked [1]  3188/16
marked-wide [1]  3188/16
market [64]  3153/22 3162/22 3167/8 3168/15 3170/1 3170/19 3171/4 3171/8 3172/4 3172/10 3172/17 3172/20 3172/21 3172/24 3173/1 3173/2 3173/3 3173/21 3173/21 3173/23 3174/8 3174/12 3174/12 3174/14 3174/25 3175/11 3175/15 3175/19 3176/1 3176/3 3176/4 3176/9 3176/19 3178/1 3179/9 3180/3 3180/4 3180/10 3180/18 3181/9 3181/12 3181/18 3181/22 3181/25 3185/10 3188/10 3188/11 3188/18 3188/20 3188/25 3189/10 3193/16 3196/7 3196/7 3196/15 3197/11 3197/12 3197/16 3197/16 3200/25 3201/5 3202/6 3204/12 3204/13
marketing [2]  3176/7 3202/10
marketplace [1]  3194/11
markets [6]  3172/22 3172/24 3173/15 3174/25 3181/14 3188/14
mass [4]  3188/10 3188/14 3188/24 3189/9
massive [1]  3198/4
match [1]  3158/2
matching [4]  3157/5 3157/9 3158/22 3158/23
math [2]  3187/2 3189/7
matter [3]  3154/17 3191/19 3207/5
mattered [1]  3159/17

maximizing [1]  3156/21
maximum [1]  3145/20
may [33]  3147/2 3147/21 3150/20 3150/21 3150/22 3152/3 3152/21 3153/3 3153/3 3153/11 3153/20 3157/13 3159/4 3160/5 3160/6 3160/7 3160/13 3160/15 3161/2 3171/8 3171/13 3172/13 3172/23 3175/6 3178/12 3181/14 3181/19 3185/24 3199/16 3199/18 3200/17 3200/25 3200/25
maybe [12]  3147/3 3147/21 3148/18 3161/10 3172/7 3172/7 3173/8 3179/17 3179/18 3179/19 3201/10 3201/23
me [42]  3141/11 3141/14 3144/19 3146/10 3146/13 3147/14 3148/7 3149/24 3151/11 3152/11 3152/22 3153/5 3154/14 3155/9 3155/14 3156/21 3157/9 3160/24 3162/21 3164/14 3167/19 3171/19 3175/11 3175/18 3177/13 3178/11 3179/2 3180/8 3181/19 3181/20 3182/24 3184/3 3184/11 3185/16 3186/21 3189/3 3190/6 3197/15 3198/23 3200/11 3201/3 3202/16
mean [19]  3146/21 3146/25 3147/13 3150/11 3150/11 3156/23 3163/21 3164/18 3165/5 3166/5 3171/9 3177/5 3183/9 3185/20 3187/14 3191/17 3193/9 3197/5 3198/6
means [2]  3176/22 3177/24
measure [5]  3161/3 3161/19 3162/17 3195/9 3204/15
measured [1]  3163/5
measures [1]  3164/20
mechanically [2]  3169/17 3189/13
mechanism [1]  3151/12
meet [2]  3179/17 3179/18
meeting [1]  3142/21
Megan [1]  3138/17
Melvin [1]  3138/13
member [1]  3148/19
mental [1]  3194/9
mentioned [3]  3161/1 3182/5 3204/24
merged [1]  3185/11
merger [18]  3166/25 3183/3 3185/14 3185/17 3186/7 3187/7 3188/1 3188/2 3191/1 3191/5 3192/22 3195/1 3195/24 3196/1 3199/1 3199/2 3199/9 3200/23
mergers [1]  3185/17
merging [2]  3165/2 3198/2
method [5]  3169/24 3169/24

method... [3]  3171/24 3172/2
3202/21
methodologies [1]  3145/5
Meyers [1]  3138/18
Michael [1]  3139/12
mid [2]  3172/20 3173/3
mid-selling [1]  3172/20
mid-tier [1]  3173/3
might [12]  3148/17 3148/25
3157/10 3161/8 3170/6
3170/7 3188/16 3192/20
3201/14 3201/14 3201/23
3202/10
million [14]  3155/11 3155/21
3156/14 3163/6 3164/11
3169/8 3169/8 3169/10
3169/16 3173/18 3173/25
3173/25 3174/2 3202/15
mind [10]  3154/5 3156/4
3156/6 3156/10 3160/3
3160/7 3161/8 3163/14
3180/15 3200/14
mine [1]  3142/13
minute [1]  3190/10
minutes [6]  3189/23 3190/4
3197/18 3199/22 3205/22
3206/10
misremembering [1]  3181/20
misspoke [2]  3147/15
3167/19
Mitchell [1]  3139/12
model [14]  3163/8 3163/17
3163/21 3164/4 3164/13
3164/19 3165/4 3165/6
3165/13 3165/13 3166/13
3174/6 3174/19 3174/20
modeling [2]  3187/16
3194/16
models [10]  3163/10 3164/23
3165/14 3182/10 3183/4
3183/17 3190/20 3194/20
3195/14 3200/7
monopsonist [4]  3173/5
3173/7 3181/2 3181/5
more [21]  3163/2 3164/19
3165/22 3165/22 3168/2
3172/19 3173/18 3177/13
3192/18 3199/16 3199/18
3199/18 3199/19 3201/4
3201/7 3201/19 3201/22
3202/1 3202/9 3202/9
3202/10
morning [1]  3206/20
most [5]  3173/10 3183/3
3183/17 3191/14 3193/14
move [4]  3167/2 3175/4
3178/12 3204/24
movements [1]  3197/16
MR [4]  3140/5 3140/6
3189/20 3189/22
Mr. [11]  3142/20 3148/13
3178/24 3189/25 3190/11
3190/17 3202/5 3205/18
3205/21 3206/10 3206/10
Mr. Fishbein [2]  3205/18
3206/10
Mr. Oppenheimer [6]
3142/20 3148/13 3178/24

Mr. Oppenheimer's [1]
3189/25
Mr. Petrocelli [2]  3205/21
3206/10
much [10]  3157/6 3167/25
3183/17 3188/22 3196/8
3197/15 3201/4 3204/20
3205/14 3206/17
multi [4]  3141/16 3143/22
3144/3 3144/7
multiple [1]  3181/14
multiplied [1]  3144/10
multiply [1]  3143/16
must [1]  3206/17
my [40]  3143/3 3144/19
3146/13 3146/23 3152/21
3153/10 3153/19 3157/2
3158/13 3159/2 3159/11
3159/20 3160/8 3161/19
3162/2 3162/7 3167/18
3170/3 3170/8 3170/22
3172/2 3172/3 3176/14
3180/5 3180/6 3181/19
3186/8 3187/15 3189/5
3193/22 3195/1 3202/4
3202/7 3202/21 3203/9
3204/11 3204/22 3205/20
3205/25 3206/18
Myers [2]  3139/3 3139/6
myself [3]  3142/8 3174/4
3203/16
mysterious [1]  3192/16

N
narrower [2]  3172/25 3173/1
narrowly [2]  3163/25 3165/22
natural [1]  3180/22
need [9]  3144/10 3173/11
3175/23 3199/13 3202/9
3202/9 3202/10 3205/7
3206/5
needed [1]  3177/16
negotiated [1]  3201/21
negotiating [1]  3195/7
negotiation [6]  3182/14
3194/5 3194/22 3195/2
3200/6 3200/10
negotiations [4]  3164/15
3184/1 3199/8 3199/17
neither [3]  3149/2 3153/14
3200/7
nestor [5]  3139/18 3139/20
3207/8 3207/8 3207/10
never [8]  3163/14 3174/19
3176/20 3176/20 3180/15
3192/1 3194/14 3205/11
New [4]  3139/4 3139/4
3139/10 3139/10
next [2]  3151/8 3161/19
NICHOLAS [1]  3140/4
nifty [1]  3186/3
Ninth [1]  3139/13
no [45]  3138/3 3141/16
3142/5 3146/4 3146/23
3147/21 3149/24 3150/2
3151/21 3152/18 3152/21
3153/25 3154/1 3154/12
3154/12 3154/19 3155/18
3157/25 3160/20 3162/7

nobody [1]  3178/25
non [18]  3146/18 3146/25
3147/1 3147/1 3147/8
3147/10 3147/12 3147/12
3148/14 3148/19 3149/8
3168/13 3169/13 3170/14
3170/19 3171/21 3176/11
3203/23
non-Big [16]  3146/18
3146/25 3147/1 3147/1
3147/8 3147/10 3147/12
3148/14 3148/19 3168/13
3169/13 3170/14 3170/19
3171/21 3176/11 3203/23
non-Big 5 [2]  3147/12 3149/8
Northwest [2]  3138/15
3139/13
not [92]  3141/11 3141/12
3143/21 3143/22 3143/25
3145/14 3147/2 3147/10
3147/20 3148/10 3149/19
3150/7 3150/19 3152/21
3153/3 3153/6 3153/8
3154/6 3154/20 3155/17
3155/18 3157/3 3159/4
3159/4 3159/8 3159/15
3160/13 3160/15 3162/13
3163/1 3163/2 3163/2
3164/5 3164/14 3165/16
3166/15 3169/16 3172/8
3172/20 3172/23 3173/11
3173/12 3174/1 3174/3
3174/13 3175/13 3175/18
3175/24 3176/14 3177/8
3177/11 3178/7 3178/8
3179/13 3179/16 3180/6
3182/15 3182/19 3183/9
3183/16 3183/18 3183/21
3184/5 3184/18 3184/20
3185/1 3185/4 3185/19
3187/9 3187/11 3187/24
3188/1 3188/14 3189/21
3192/2 3193/2 3193/4
3194/15 3194/18 3197/6
3198/4 3198/9 3198/10
3199/6 3200/18 3200/25
3201/18 3202/11 3202/21
3203/16 3203/17 3203/22
noticed [1]  3144/17
notions [1]  3177/24
now [13]  3144/9 3144/17
3146/5 3151/11 3160/23
3163/3 3168/12 3168/24
3171/17 3172/7 3172/21
3176/17 3190/6
number [25]  3145/3 3145/14
3145/20 3153/5 3156/4
3156/4 3156/5 3156/5
3159/16 3159/17 3161/5
3161/6 3161/15 3162/12

3165/10 3166/6 3175/22
3176/5 3176/14 3177/5
3177/19 3178/3 3178/15
3178/19 3180/14 3180/16
3182/24 3183/25 3186/22
3187/9 3188/22 3190/21
3191/15 3201/6 3201/7
3204/18
nobody [1]  3178/25
Northwest [2]  3138/15
3139/13
numbers [11]  3143/16
3144/5 3144/8 3145/6
3145/10 3173/6 3174/1
3174/16 3175/1 3187/13
3187/14
NW [2]  3139/19 3207/9

O
O'Melveny [3]  3138/18
3139/3 3139/6
object [1]  3178/15
objection [4]  3151/20
3151/21 3178/14 3178/24
observe [1]  3197/16
occasionally [1]  3194/24
occur [2]  3190/21 3195/22
occurs [1]  3171/21
off [3]  3166/5 3177/5
3186/15
offering [1]  3201/12
offers [1]  3199/8
Official [2]  3139/19 3207/9
often [17]  3148/25 3149/5
3153/9 3160/11 3161/9
3162/11 3191/14 3191/20
3192/18 3193/8 3193/11
3193/14 3193/19 3194/11
3195/16 3197/6 3203/23
oh [2]  3148/18 3152/21
okay [39]  3141/9 3141/21
3142/7 3144/13 3144/16
3144/25 3145/7 3146/14
3147/7 3147/9 3148/4
3149/15 3150/4 3152/24
3152/25 3154/9 3154/10
3158/24 3163/15 3163/24
3171/19 3178/10 3179/4
3179/5 3182/5 3182/22
3184/8 3185/13 3186/3
3187/4 3196/24 3200/10
3201/23 3202/23 3204/19
3205/3 3205/9 3205/23
3206/1
one [61]  3144/17 3145/5
3145/11 3145/22 3148/11
3149/7 3149/8 3149/19
3149/20 3150/13 3153/9
3155/11 3155/11 3156/4
3156/5 3157/19 3158/2
3158/19 3159/16 3160/7
3160/18 3160/20 3160/20
3160/24 3161/5 3161/13
3161/14 3161/16 3161/17
3161/24 3162/12 3162/16
3163/2 3163/2 3163/19
3165/19 3165/21 3165/25
3165/25 3166/21 3166/23
3168/4 3168/16 3171/12
3172/2 3172/5 3178/6
3181/21 3182/16 3183/23
3184/6 3184/24 3187/12
3192/5 3193/19 3194/22
3194/22 3197/3 3199/24
3201/22 3203/12
one-round [1]  3153/9
ones [4]  3163/10 3173/9

ones... [2] 3202/9 3204/25
only [8] 3150/3 3163/8
3163/10 3165/1 3182/10
3190/24 3201/22 3206/16
openings [1] 3205/20
OPPENHEIMER [9] 3140/6
3142/20 3148/13 3178/24
3189/20 3189/22 3190/11
3190/17 3202/5
Oppenheimer's [1] 3189/25
opportunity [1] 3155/1
opposite [1] 3162/8
option [1] 3173/13
oral [1] 3205/8
order [14] 3141/3 3143/16
3151/13 3166/3 3166/7
3181/3 3182/22 3182/24
3183/3 3183/9 3184/19
3186/24 3190/16 3195/21
organizations [1] 3195/15
organize [1] 3157/10
organized [1] 3157/14
orientation [1] 3158/18
original [1] 3167/17
other [63] 3144/17 3145/5
3147/10 3147/12 3148/9
3150/8 3153/7 3153/14
3154/5 3154/7 3154/11
3155/18 3155/19 3155/20
3157/15 3158/12 3158/19
3160/3 3160/7 3160/18
3160/22 3160/22 3161/2
3161/13 3161/17 3161/20
3162/5 3162/24 3162/25
3168/7 3168/17 3169/23
3172/22 3173/4 3175/20
3176/5 3176/21 3180/22
3183/4 3183/11 3183/20
3184/13 3184/20 3185/22
3186/20 3187/12 3187/14
3188/5 3188/13 3188/22
3189/16 3192/9 3193/17
3193/19 3194/25 3195/16
3197/3 3197/7 3200/12
3200/17 3200/18 3201/3
3202/4
others [2] 3175/4 3188/11
otherwise [2] 3146/4 3201/23
our [9] 3146/7 3147/18
3148/3 3149/17 3155/1
3156/10 3159/13 3161/10
3190/10
out [13] 3143/20 3146/25
3149/11 3171/16 3189/8
3192/5 3197/4 3197/6
3201/13 3202/2 3202/8
3205/7 3206/16
outcomes [2] 3143/9 3161/5
output [1] 3165/19
outside [5] 3149/25 3150/5
3150/5 3150/16 3151/12
over [5] 3145/10 3159/14
3170/20 3176/9 3187/18
overall [2] 3146/7 3166/14
overlap [3] 3146/18 3146/24
3147/20
overlapping [1] 3146/19
oversee [1] 3158/15

overseeing [1] 3158/16
overview [2] 3165/25
3165/25
own [4] 3142/13 3145/12
3145/13 3205/20

P
p.m [4] 3138/7 3141/1
3190/14 3206/22
pact [1] 3199/23
page [5] 3140/8 3145/9
3151/5 3181/23 3204/2
paid [3] 3172/18 3178/6
3198/19
Pam [5] 3143/1 3152/7
3167/11 3171/13 3185/25
PAN [1] 3138/9
paragraph [1] 3204/5
pardon [5] 3146/10 3147/14
3167/19 3178/11 3186/21
part [1] 3185/1
participant [1] 3160/3
participants [2] 3160/1
3176/19
participate [2] 3176/11
3176/12
participating [1] 3160/4
particular [7] 3157/17
3159/14 3160/14 3166/13
3184/4 3191/19 3195/11
parties [22] 3145/17 3150/25
3153/1 3153/2 3153/6
3154/11 3161/24 3162/4
3165/2 3175/14 3175/22
3179/17 3179/18 3180/20
3184/24 3186/15 3196/6
3197/2 3198/1 3198/2
3205/12 3206/14
party [5] 3149/25 3162/8
3184/25 3197/7 3200/12
pass [5] 3141/15 3141/18
3144/3 3144/13 3181/15
pass-through [2] 3144/3
3144/13
past [4] 3141/17 3160/11
3161/2 3193/8
Peabody [2] 3185/2 3185/10
PENGUIN [39] 3138/18
3139/3 3148/8 3150/10
3152/14 3156/20 3157/2
3158/11 3159/1 3159/6
3159/16 3160/9 3160/17
3162/23 3163/18 3177/12
3182/11 3182/25 3183/2
3183/10 3184/14 3185/14
3188/11 3191/3 3191/15
3191/21 3191/24 3192/1
3192/4 3192/7 3192/13
3193/2 3193/5 3193/9
3194/10 3194/14 3194/24
3195/5 3199/3
people [11] 3184/25 3189/15
3193/9 3193/13 3193/14
3195/15 3201/16 3201/18
3201/25 3202/11 3205/14
per [1] 3198/8
perceive [1] 3192/23
perceived [1] 3194/14
perceives [1] 3195/4
percent [68] 3141/14

3141/18 3141/20 3142/4
3143/15 3144/3 3144/14
3144/23 3144/24 3145/3
3145/4 3145/12 3145/13
3145/20 3146/5 3146/11
3146/21 3146/23 3147/17
3147/18 3147/22 3148/2
3148/12 3148/14 3148/16
3148/18 3148/21 3148/24
3149/1 3149/4 3149/10
3149/14 3153/23 3160/18
3160/21 3160/22 3160/24
3161/6 3161/12 3161/15
3161/16 3161/21 3161/24
3162/5 3162/9 3162/10
3162/12 3177/6 3192/7
3192/13 3193/20 3197/4
3197/5 3198/1 3198/7
3198/11 3198/22 3199/11
3201/12 3204/8 3204/10
3204/11 3204/13 3204/17
3204/17
percentage [5] 3153/21
3163/11 3164/12 3166/7
3197/2
percentages [2] 3163/14
3186/25
perception [5] 3191/20
3192/21 3193/11 3194/8
3196/13
perceptions [1] 3195/7
perfectly [1] 3174/23
perform [1] 3173/4
performed [1] 3165/16
performing [1] 3174/2
perhaps [1] 3172/19
period [1] 3159/5
periods [1] 3187/2
person [4] 3161/17 3161/20
3184/2 3202/18
personnel [1] 3158/15
perspective [1] 3206/19
pertain [2] 3143/8 3182/10
pertains [1] 3167/9
Petrocelli [3] 3138/17
3205/21 3206/10
pick [2] 3166/11 3166/22
picked [2] 3170/4 3202/19
pieces [1] 3172/2
place [3] 3159/12 3165/15
3180/9
placed [1] 3155/21
Plaintiff [2] 3138/4 3138/12
planning [2] 3189/24 3189/25
plans [1] 3159/8
play [3] 3200/24 3200/25
3201/13
player [1] 3161/13
players [3] 3161/11 3168/16
3183/4
please [5] 3141/3 3166/6
3185/25 3186/22 3190/16
pleasure [1] 3204/22
plus [4] 3147/18 3169/8
3169/10 3174/1
point [12] 3145/21 3154/3
3154/10 3155/15 3156/9
3161/23 3162/18 3167/22

pointing [1] 3143/20
position [1] 3146/13
possible [2] 3157/7 3180/4
post [4] 3181/18 3191/5
3192/22 3199/2
potential [3] 3146/24 3158/9
3171/8
potentially [1] 3191/20
practice [1] 3158/25
pre [1] 3199/1
precise [3] 3163/10 3182/24
3190/23
preclude [2] 3172/19
3172/23
predicted [1] 3202/3
prediction [12] 3164/12
3164/22 3165/14 3165/19
3165/21 3166/10 3166/14
3166/24 3167/1 3194/18
3195/18 3198/3
predictions [1] 3174/6
prerequisite [1] 3184/17
presence [1] 3158/15
present [10] 3147/2 3148/18
3148/19 3148/25 3149/1
3149/4 3149/9 3149/10
3151/13 3200/24
presentation [1] 3206/19
presented [2] 3154/14
3166/17
presenting [1] 3205/18
pressure [1] 3201/18
presume [1] 3206/9
presuming [1] 3183/1
presumption [2] 3174/14
3180/12
pretty [2] 3159/14 3174/24
prevalence [1] 3162/23
previous [1] 3169/11
previously [6] 3143/18
3146/17 3154/24 3154/25
3191/14 3200/16
PRH [14] 3144/24 3144/24
3145/2 3145/3 3145/3
3145/5 3145/11 3145/21
3150/5 3151/12 3154/6
3155/11 3183/15 3193/16
price [16] 3141/19 3143/17
3144/6 3160/21 3176/21
3177/20 3187/21 3187/23
3187/11 3197/16 3197/21
3197/22 3198/4 3198/18
3200/12 3200/19
prices [2] 3187/17 3192/20
primary [2] 3183/7 3184/21
probability [1] 3196/13
probably [2] 3149/4 3205/22
proceedings [2] 3141/1
3207/4
process [2] 3154/2 3196/11
producing [1] 3145/10
product [1] 3172/24
products [1] 3161/14
Professor [8] 3143/8 3145/20
3157/9 3171/15 3178/18
3178/21 3178/22 3179/10
profiles [1] 3169/4

**P**

profit [2]  3156/21 3158/9
profits [1]  3157/20
proper [1]  3174/25
properly [2]  3181/8 3181/12
proportion [3]  3145/16
3148/1 3150/12
proposal [1]  3166/9
propose [2]  3205/12 3205/13
proposed [2]  3153/22
3180/10
provide [2]  3166/18 3190/24
provided [2]  3146/17
3150/24
provides [1]  3164/1
providing [1]  3164/5
proxy [1]  3202/13
published [1]  3200/16
publisher [7]  3159/23
3160/16 3192/3 3192/6
3200/16 3201/3 3203/19
publishers [7]  3157/16
3157/21 3177/17 3183/11
3183/20 3184/13 3196/12
publishing [6]  3153/15
3173/6 3173/9 3173/12
3181/10 3181/11
pull [2]  3150/20 3204/2
pulled [1]  3151/5
purple [1]  3167/24
purposes [4]  3148/3 3152/23
3189/24 3189/25
put [7]  3152/3 3152/7
3156/23 3163/10 3163/11
3168/2 3206/17
puts [1]  3165/24
putting [1]  3206/16

**Q**

qualify [1]  3177/7
qualitative [2]  3176/18
3195/15
quantification [1]  3190/21
quantity [1]  3177/11
question [18]  3141/10 3148/7
3148/25 3152/12 3156/25
3169/3 3169/18 3170/22
3172/15 3175/3 3179/8
3180/8 3188/3 3195/6
3201/2 3201/9 3201/10
3202/4
questioning [1]  3149/17
questions [4]  3201/7 3202/5
3203/3 3204/18
quick [1]  3141/6
quickly [4]  3146/6 3179/3
3181/20 3185/13
quite [2]  3179/8 3187/24
quotes [1]  3160/8

**R**

radically [1]  3146/12
raise [2]  3160/20 3189/16
ran [2]  3142/9 3192/4
RANDOM [38]  3138/18
3139/3 3148/8 3150/10
3152/14 3156/20 3157/2
3159/1 3159/6 3159/16
3160/9 3160/17 3162/23

3182/25 3183/2 3183/10
3184/14 3185/14 3188/11
3191/3 3191/15 3191/21
3191/25 3192/2 3192/4
3192/7 3192/13 3193/2
3193/5 3193/9 3194/10
3194/15 3194/24 3195/5
3199/3
range [1]  3197/4
rather [4]  3155/16 3155/21
3156/16 3187/5
ratio [3]  3196/19 3203/15
3203/20
rational [3]  3194/5 3198/25
ratios [3]  3161/18 3195/12
3203/11
reached [3]  3154/3
reaching [1]  3200/12
react [2]  3195/24 3202/1
read [2]  3138/12 3165/22
Ready [1]  3190/17
realization [1]  3155/16
realize [3]  3158/24 3191/14
3196/14
realized [1]  3154/20
really [9]  3146/6 3147/19
3157/17 3173/9 3173/16
3174/11 3186/14 3201/13
3206/19
realtime [1]  3193/22
reason [7]  3157/13 3157/13
3161/14 3174/22 3179/8
3179/13 3187/13
reasonable [3]  3171/7
3174/23 3206/4
reasons [1]  3159/23
rebuttal [2]  3206/1 3206/11
recall [14]  3149/9 3150/16
3156/6 3175/8 3180/2
3180/5 3180/6 3181/3
3182/3 3185/10 3185/22
3186/17 3203/6 3203/25
receive [1]  3142/3
received [2]  3151/23 3205/4
recess [1]  3190/14
recognition [2]  3175/25
3176/3
recognize [6]  3167/16
3168/23 3186/6 3191/5
3191/6 3191/9
recollection [3]  3182/6
3204/1 3204/7
record [2]  3142/3 3179/20
RECROSS [1]  3140/2
redirect [3]  3140/2 3202/24
3203/1
reduce [6]  3194/12 3198/11
3199/8 3199/10 3201/23
3202/2
reducing [1]  3188/12
3200/22
reduction [3]  3198/1 3198/22
3199/14
reductions [1]  3199/16
referent [6]  3187/22 3188/17
3188/17 3189/1 3189/7
3189/11
referred [1]  3145/10

reflect [1]  3196/20
reflects [2]  3165/19 3168/8
refresh [2]  3204/1 3204/7
regard [2]  3155/25 3189/21
regularly [1]  3154/16
reject [1]  3151/9
related [2]  3148/15 3200/19
relationship [1]  3200/15
relative [4]  3147/23 3185/22
3189/7 3204/15
relevant [8]  3161/22 3162/17
3172/17 3172/19 3172/22
3173/15 3197/6 3202/6
rely [1]  3184/6
remain [3]  3144/5
remaining [1]  3190/12
remember [8]  3172/13
3180/17 3180/19 3181/2
3181/16 3181/21 3182/4
3198/8
remind [3]  3142/8
reminding [1]  3143/21
removal [3]  3191/6 3191/6
3191/9
removed [1]  3196/15
removing [1]  3182/15
reply [7]  3167/18 3167/19
3172/13 3180/6 3181/19
3181/23 3204/2
report [14]  3141/11 3152/21
3160/8 3167/17 3167/18
3167/19 3172/12 3172/13
3176/14 3178/18 3180/6
3180/6 3181/23 3204/3
REPORTED [1]  3139/18
Reporter [2]  3139/19 3207/9
reports [7]  3176/23 3178/23
3179/16 3181/19 3182/18
3182/20 3203/12
represent [1]  3171/15
representation [1]  3167/24
represented [1]  3172/18
reprise [1]  3155/9
reputation [1]  3176/8
require [1]  3183/23
required [1]  3195/21
requirement [1]  3151/12
requirements [1]  3197/20
requiring [1]  3150/10
reserves [1]  3151/9
respect [7]  3150/10 3154/17
3156/19 3175/2 3176/21
3183/19 3183/20
respective [1]  3146/7
response [2]  3164/24 3183/6
restrictions [2]  3149/21
3149/24
rests [1]  3205/6
result [4]  3183/2 3187/25
3188/1 3190/22
results [2]  3165/17 3166/19
resume [1]  3190/12
Resumed [1]  3142/1
retail [1]  3177/2
retailers [1]  3197/19
revenue [1]  3198/17
review [5]  3153/17 3153/19
3175/23 3180/21 3180/24

right [40]  3141/13 3142/10
3142/11 3142/25 3143/5
3143/13 3144/2 3144/15
3145/19 3147/17 3148/5
3148/23 3149/6 3151/9
3153/5 3155/24 3159/7
3163/15 3165/17 3167/1
3168/10 3170/25 3172/5
3172/21 3173/1 3173/10
3173/12 3181/8 3182/17
3183/18 3185/4 3185/8
3186/15 3186/24 3187/6
3187/11 3187/14 3200/8
3202/24 3203/8
riskiness [3]  3176/5 3176/9
3176/15
rival [4]  3159/23 3160/14
3160/16 3162/11
River [1]  3165/12
River's [1]  3166/9
RMR [2]  3139/18 3207/8
rolling [3]  3174/5 3175/6
roughly [3]  3144/23 3145/12
3162/5
round [18]  3141/16 3143/22
3144/3 3144/7 3144/9
3151/7 3152/20 3152/25
3153/1 3153/9 3154/2
3154/3 3154/11 3165/7
3165/8 3165/9 3165/10
3165/13
rounds [8]  3149/9 3150/3
3150/4 3153/10 3153/19
3182/16 3199/15 3201/21
row [3]  3141/14 3144/7
3144/9
Rudzin [1]  3139/2
rule [4]  3150/16 3156/25
3157/3 3158/14
rules [1]  3150/25
run [1]  3206/18
runner [11]  3146/19 3147/1
3147/2 3147/13 3147/14
3147/15 3147/24 3148/22
3149/2 3203/23 3204/12
runner-up [11]  3146/19
3147/1 3147/2 3147/13
3147/14 3147/15 3147/24
3148/22 3149/2 3203/23
3204/12
Ryan [1]  3139/12

**S**

SABMiller [1]  3196/4
safe [2]  3143/15 3175/2
said [18]  3141/5 3141/15
3142/9 3148/14 3148/18
3150/3 3155/7 3156/3
3159/2 3161/7 3165/7
3176/12 3177/2 3181/14
3188/18 3194/7 3201/11
3203/18
sales [9]  3155/22 3177/2
3177/3 3177/11 3177/16
3177/19 3202/9 3202/13
3202/14
salesperson [1]  3196/2
same [19]  3141/19 3141/22
3144/6 3144/7 3145/3

same... [14] 3145/6 3145/9
3151/8 3155/14 3156/9
3165/14 3165/15 3168/23
3169/19 3171/16 3178/17
3183/24 3195/14 3196/11
sample [1] 3177/7
satisfied [1] 3179/19
saw [7] 3149/7 3170/13
3174/16 3180/20 3180/22
3180/24 3193/12
say [45] 3141/13 3144/23
3146/21 3147/5 3147/25
3148/10 3149/19 3153/13
3153/19 3154/12 3154/15
3156/8 3157/12 3158/6
3158/21 3159/19 3159/20
3160/20 3166/25 3166/25
3168/5 3168/15 3169/9
3172/4 3173/11 3175/20
3176/10 3176/25 3178/6
3178/7 3182/13 3183/4
3183/8 3184/21 3184/24
3185/20 3188/3 3190/20
3190/21 3190/23 3191/9
3194/21 3195/19 3205/6
3205/21
saying [18] 3155/24 3159/7
3160/1 3171/10 3172/2
3174/2 3179/21 3189/12
3191/1 3191/5 3191/10
3192/12 3193/13 3194/3
3195/18 3198/9 3198/10
3202/12
says [3] 3144/18 3151/7
3173/15
SCHUSTER [20] 3139/10
3156/25 3157/15 3158/4
3160/9 3160/18 3162/24
3163/19 3182/12 3183/2
3183/10 3184/15 3192/4
3193/16 3195/4 3198/6
3198/10 3199/3 3199/5
3199/7
Schwarz [1] 3138/13
score [3] 3163/21 3164/4
3164/19
Scott [1] 3139/5
screen [3] 3151/5 3159/13
3160/2
Scribner [1] 3155/14
SE [1] 3138/6
seated [2] 3141/3 3190/16
second [20] 3144/9 3145/18
3148/1 3148/13 3151/5
3154/17 3154/20 3156/15
3163/21 3164/4 3164/19
3169/16 3171/12 3182/22
3182/24 3183/3 3183/8
3184/19 3184/25 3185/6
second-order [1] 3184/19
see [19] 3142/4 3147/5
3155/20 3156/10 3162/25
3167/6 3169/1 3170/18
3173/5 3173/25 3174/6
3174/9 3174/25 3175/18
3179/2 3181/19 3181/20
3186/5 3206/20
seeing [1] 3183/4

seem [7] 3150/24
seems [3] 3151/15 3156/24
3201/11
seen [6] 3150/19 3155/3
3163/1 3179/15 3195/11
3195/15
segment [4] 3167/25 3168/1
3177/20 3189/9
segmented [1] 3180/4
segmenting [1] 3170/1
self [4] 3173/6 3173/9
3173/12 3181/10
self-publishing [4] 3173/6
3173/9 3173/12 3181/10
sell [1] 3173/17
seller [5] 3173/21 3176/23
3177/2 3177/25 3178/5
sellers [15] 3170/7 3171/3
3171/8 3172/7 3172/18
3173/17 3176/15 3181/22
3185/21 3186/10 3186/13
3187/25 3188/5 3197/9
3202/22
selling [2] 3172/20 3202/8
sense [3] 3148/2 3198/25
3204/9
separate [2] 3164/5 3188/3
separately [2] 3161/4
3173/24
serves [1] 3148/3
session [3] 3138/7 3141/2
3190/15
set [3] 3198/18 3202/2
3202/6
setting [5] 3162/10 3182/16
3201/21 3201/21 3201/22
settled [1] 3180/20
Shapiro's [1] 3143/14
share [17] 3145/4 3145/23
3161/12 3161/25 3162/2
3162/3 3162/9 3167/24
3167/25 3168/7 3168/13
3168/14 3169/4 3170/19
3171/21 3185/11 3204/12
shared [2] 3150/8 3153/4
shares [10] 3145/25 3146/1
3167/8 3169/25 3170/14
3173/23 3175/14 3176/1
3200/25 3204/14
she [2] 3198/21 3198/24
Shearman [2] 3139/9
3139/13
shift [1] 3171/21
Shores [1] 3139/12
short [1] 3147/21
short-circuit [1] 3147/21
shortchange [1] 3152/6
shorter [1] 3205/21
shot [1] 3201/22
should [8] 3146/14 3170/1
3171/24 3175/11 3175/16
3175/19 3183/4 3195/1
shouldn't [1] 3165/11
show [2] 3152/4 3185/20
shown [1] 3169/12
shows [4] 3169/20 3186/16
3186/16 3186/17
side [4] 3143/2 3143/2
3144/2 3195/16

significance [4] 3155/10
3155/12 3161/3 3204/15
significant [3] 3167/23
3167/24 3168/12 3169/12
3169/18 3175/25 3177/3
3177/8 3195/13
significantly [6] 3168/8
3168/18 3169/20 3183/6
3183/16 3185/11
similar [5] 3151/16 3158/18
3172/5 3174/1 3175/2
similarly [2] 3158/16 3164/20
SIMON [20] 3139/10
3156/25 3157/15 3158/4
3160/9 3160/17 3162/23
3163/19 3182/12 3183/2
3183/10 3184/15 3192/4
3193/16 3195/3 3198/6
3198/10 3199/3 3199/5
3199/7
simple [3] 3146/17 3186/14
3187/2
simply [1] 3144/13
since [1] 3178/8
single [8] 3144/9 3156/20
3165/7 3165/8 3165/9
3165/10 3165/13 3196/2
sir [1] 3171/18
sister [1] 3159/24
sitting [1] 3178/4
situation [2] 3192/25 3193/7
situations [4] 3153/6 3161/8
3169/23 3193/1
six [1] 3152/20
size [1] 3147/23
slide [17] 3141/11 3143/13
3150/20 3152/3 3152/3
3152/7 3154/22 3154/24
3154/25 3155/1 3155/4
3155/5 3159/13 3160/2
3169/11 3174/16 3179/15
slides [4] 3143/2 3143/2
3143/5 3203/9
slightly [3] 3146/3 3168/2
3186/11
small [1] 3161/11
smaller [6] 3167/25 3168/18
3183/7 3183/17 3198/12
3199/18
Smith [1] 3138/17
smoothly [2] 3206/15
3206/18
Snyder [16] 3142/4 3143/8
3157/5 3157/9 3162/2
3171/15 3173/15 3174/2
3178/21 3178/22 3187/3
3187/9 3187/24 3201/9
3203/11 3203/20
Snyder's [13] 3144/19
3144/20 3145/20 3151/17
3179/10 3181/24 3186/23
3203/4 3203/6 3203/7
3203/7 3203/24 3204/10
so [105] 3141/11 3141/12
3141/17 3141/19 3142/13
3143/15 3144/5 3144/5
3144/19 3145/9 3146/6
3146/16 3146/24 3147/11

side... [7] 3148/10 3148/18
3148/24 3149/2 3149/9
3149/24 3150/4 3150/11
3152/25 3154/1 3154/2
3154/4 3155/8 3155/16
3155/20 3156/14 3157/1
3157/20 3158/5 3160/5
3161/2 3161/18 3161/24
3162/21 3163/10 3164/8
3164/17 3165/8 3165/11
3165/19 3166/13 3166/16
3166/24 3167/3 3168/24
3169/7 3169/8 3170/3
3170/9 3170/17 3171/10
3172/2 3172/6 3173/1
3174/4 3174/11 3175/2
3175/17 3176/1 3178/10
3179/22 3180/24 3182/9
3182/13 3184/3 3184/6
3185/16 3187/4 3187/6
3187/24 3188/24 3189/7
3190/4 3190/6 3190/10
3190/12 3191/15 3191/17
3192/6 3192/12 3192/23
3194/21 3195/9 3200/6
3200/18 3200/24 3200/25
3201/14 3201/16 3201/22
3202/21 3204/20 3205/10
3205/12 3206/4 3206/8
3206/17 3206/18 3206/18
3206/19
so-called [1] 3143/15
softening [9] 3182/5 3182/14
3182/17 3182/22 3182/25
3183/8 3183/9 3183/19
3184/12
sold [1] 3188/25
some [19] 3153/10 3155/10
3157/5 3158/16 3160/3
3160/5 3160/8 3161/13
3170/5 3171/8 3180/6
3191/6 3194/22 3194/23
3197/20 3198/12 3198/12
3198/20 3204/24
somebody [4] 3161/8 3161/9
3192/3 3202/3
somehow [1] 3148/15
someone [4] 3150/5 3182/21
3194/10 3196/14
something [9] 3150/15
3150/18 3151/16 3153/23
3155/7 3161/16 3162/10
3197/10 3199/25
Sometimes [3] 3153/11
3153/11 3160/5
somewhere [2] 3175/5
3205/21
sorry [17] 3143/3 3148/12
3164/10 3165/10 3166/4
3166/5 3166/12 3168/4
3170/11 3177/4 3178/11
3179/11 3181/4 3188/1
3193/22 3196/18 3199/18
sort [2] 3196/20 3200/14
sounded [1] 3205/11
source [1] 3186/18
South [1] 3139/6
space [1] 3193/11
speaking [1] 3193/20

S

specific [10]  3160/3 3163/11
3164/8 3177/19 3182/15
3190/23 3194/8 3194/18
3195/18 3195/19
specificity [1]  3176/22
speed [1]  3186/4
spend [1]  3176/7
spent [1]  3146/8
spread [1]  3178/23
Square [1]  3139/3
Stars [1]  3138/18
start [8]  3148/7 3171/1
3172/6 3172/25 3183/1
3201/12 3205/13 3206/8
statement [1]  3157/12
states [7]  3138/1 3138/3
3138/10 3138/14 3196/3
3197/17 3197/20
status [1]  3204/12
step [3]  3162/21 3184/11
3204/21
Stephen [1]  3139/9
Sterling [2]  3139/9 3139/13
Stevenson [2]  3138/13
3140/5
stick [1]  3192/21
still [3]  3149/12 3171/21
3188/20
stop [1]  3142/21
strategies [1]  3157/4
Street [3]  3138/15 3139/6
3139/13
strict [1]  3206/6
strike [1]  3171/10
strikingly [1]  3172/5
strong [1]  3173/12
structural [1]  3174/14
structure [2]  3159/11 3185/8
structures [2]  3158/23
3168/16
struggling [1]  3198/8
studied [4]  3177/15 3182/20
3184/20 3196/10
studies [1]  3180/3
study [3]  3150/12 3155/1
3176/10
subdivide [1]  3175/19
subdividing [1]  3170/17
subdivision [1]  3175/11
subject [1]  3191/19
submarket [2]  3173/19
3173/20
submission [1]  3150/24
subsequent [1]  3192/14
substantially [1]  3145/2
substitute [1]  3203/19
such [3]  3162/24 3188/18
3188/20
suggest [2]  3169/25 3188/4
suggesting [1]  3194/25
summarize [1]  3197/23
summary [1]  3202/17
support [1]  3202/10
supports [1]  3177/12
Suppose [1]  3161/10
sure [8]  3141/7 3141/12
3147/4 3148/10 3155/8
3159/4 3185/15 3194/3

surprised [1]  3207/4
suspect [1]  3205/24
switch [1]  3173/6
switched [1]  3155/14
Sysco [2]  3185/4 3185/5
systematic [1]  3150/9
systematically [2]  3150/13
3196/10

T

table [1]  3186/8
take [13]  3155/4 3162/21
3163/13 3164/21 3165/11
3166/9 3166/13 3182/19
3190/6 3190/10 3191/11
3194/13 3199/5
taken [2]  3171/15 3190/14
taking [1]  3146/25
talk [2]  3148/5 3185/13
talked [1]  3150/25
talking [18]  3142/25 3143/14
3150/3 3152/1 3154/6
3157/5 3161/2 3173/14
3175/20 3175/22 3178/4
3183/11 3183/14 3188/21
3193/20 3195/16 3199/1
3199/3
tammy [5]  3139/18 3139/20
3207/8 3207/8 3207/10
targeted [1]  3199/17
tell [8]  3162/11 3164/8
3164/17 3169/14 3175/10
3181/6 3189/17 3204/25
telling [1]  3162/4
ten [5]  3147/8 3147/11
3147/12 3192/5 3197/4
tend [1]  3164/3
tends [1]  3156/10
terms [1]  3173/15
test [6]  3173/5 3173/7
3181/1 3181/5 3181/8
3181/15
tested [4]  3171/3 3174/19
3174/24 3202/20
testimony [13]  3143/6
3143/13 3143/17 3150/14
3150/25 3151/25 3155/7
3170/3 3182/6 3188/9
3193/12 3203/7 3204/21
testing [2]  3181/13 3181/13
tests [5]  3181/2 3181/10
3181/12
than [23]  3150/8 3155/16
3169/10 3169/22 3170/1
3176/21 3182/3 3183/7
3183/13 3185/11 3187/5
3187/14 3192/6 3192/6
3196/7 3196/16 3197/16
3200/12 3201/5 3202/2
3204/10 3205/21 3205/25
thank [22]  3142/14 3144/25
3145/7 3148/3 3149/15
3152/5 3152/6 3174/9
3190/18 3194/1 3201/8
3202/23 3204/19 3204/20
3204/22 3205/3 3205/9
3206/12 3206/13 3206/13
3206/19 3206/21
Thanks [2]  3186/1 3190/3
that [340]  3141/11 3141/14

surprised [1]  3141/15 3141/20
3143/8 3143/12 3143/15
3143/17 3143/21 3143/21
3144/5 3144/7 3144/10
3145/5 3145/11 3145/14
3145/23 3146/2 3146/6
3146/13 3146/17 3146/19
3146/21 3147/17 3147/22
3148/2 3148/8 3148/16
3149/9 3149/20 3149/24
3150/2 3150/4 3150/8
3150/15 3150/16 3150/18
3150/19 3150/25 3151/11
3151/16 3151/22 3152/15
3152/16 3153/5 3153/8
3153/14 3154/1 3154/5
3154/10 3155/13 3155/15
3155/17 3155/24 3156/3
3156/5 3156/6 3156/6
3156/8 3156/21 3156/21
3157/1 3157/2 3157/9
3157/9 3157/12 3157/12
3157/18 3158/3 3158/9
3158/17 3158/19 3158/19
3158/24 3159/2 3159/4
3159/24 3160/1 3160/2
3160/4 3160/6 3160/10
3160/17 3160/24 3160/25
3161/9 3161/20 3161/21
3161/25 3162/3 3162/4
3162/4 3162/10 3162/16
3162/22 3162/24 3163/4
3163/8 3163/9 3163/10
3163/11 3164/1 3164/6
3164/7 3164/13 3164/14
3164/18 3165/15 3165/16
3165/20 3165/24 3166/3
3166/7 3166/8 3166/10
3166/11 3166/13 3166/14
3166/17 3166/22 3166/25
3167/2 3167/23 3168/1
3168/2 3168/5 3168/6
3168/6 3168/6 3168/7
3168/8 3168/10 3168/12
3168/14 3168/24 3169/1
3169/3 3169/4 3169/9
3169/13 3169/16 3169/19
3169/20 3169/25 3170/4
3170/6 3170/6 3170/6
3170/7 3170/12 3170/17
3171/5 3171/5 3171/7
3171/7 3171/10 3171/11
3171/20 3171/20 3171/25
3171/25 3172/3 3172/3
3172/9 3172/19 3172/21
3173/3 3173/17 3173/19
3173/19 3173/21 3173/22
3174/2 3174/3 3174/4
3174/5 3174/7 3174/14
3174/18 3174/22 3174/25
3175/1 3175/6 3175/15
3175/18 3175/22 3175/24
3175/24 3176/3 3176/13
3177/6 3177/8 3177/19
3177/23 3178/3 3178/7
3178/19 3178/25 3179/1
3179/8 3179/13 3180/1
3180/4 3180/15 3180/17
3180/24 3181/1 3181/5

that [72]  3141/16 3141/20
3142/11 3143/3 3143/23
3143/24 3144/4 3144/12
3144/13 3144/15 3145/14
3148/18 3156/11 3158/9
3159/19 3160/2 3161/18
3161/25 3162/13 3162/15
3162/18 3163/5 3163/5
3163/7 3163/15 3163/18
3163/23 3163/25 3164/16
3164/25 3166/15 3166/20
3168/11 3168/14 3170/8
3176/14 3177/10 3177/14
3177/20 3178/6 3179/3
3179/4 3180/22 3183/6
3183/9 3183/12 3184/8
3184/17 3184/21 3186/11
3187/20 3188/1 3188/8
3189/8 3189/9 3192/20
3192/21 3194/19 3196/22
3197/10 3198/3 3198/4
3198/12 3200/9 3201/20
3201/22 3202/14 3202/17
3202/23 3204/9 3205/25
3206/15

that's [72]  3141/16 3141/20
3142/11 3143/3 3143/23
3143/24 3144/4 3144/12
3144/13 3144/15 3145/14
3148/18 3156/11 3158/9
3159/19 3160/2 3161/18

Surprised [1]  3182/5 3182/7
3182/9 3182/13 3182/24
3182/25 3183/1 3183/4
3183/17 3183/19 3183/24
3184/1 3184/5 3184/12
3184/16 3184/18 3184/22
3185/1 3185/6 3185/16
3185/18 3185/20 3185/22
3185/24 3186/9 3186/15
3186/18 3186/24 3186/25
3187/6 3187/10 3187/15
3187/18 3187/22 3187/24
3188/2 3188/4 3188/4
3188/9 3188/9 3188/12
3188/16 3188/25 3189/3
3189/10 3189/12 3189/17
3189/19 3189/24 3190/8
3190/20 3190/25 3191/1
3191/5 3191/11 3191/11
3191/13 3191/15 3191/17
3191/17 3191/18 3192/1
3192/6 3192/12 3192/12
3192/14 3192/23 3193/1
3193/9 3194/3 3194/5
3194/10 3194/15 3194/22
3194/23 3194/23 3194/24
3194/25 3195/1 3195/3
3195/12 3195/13 3195/17
3195/24 3196/10 3196/19
3197/2 3197/4 3197/5
3197/6 3197/15 3197/16
3197/25 3198/10 3198/14
3198/15 3198/16 3198/17
3198/23 3198/24 3199/13
3200/6 3200/7 3200/11
3201/3 3201/11 3201/11
3201/13 3201/24 3201/25
3202/5 3202/6 3202/6
3202/7 3202/9 3202/9
3202/10 3202/16 3202/16
3202/18 3202/19 3202/21
3203/8 3203/9 3204/7
3204/13 3205/10 3205/11
3205/17 3207/3

their [44] 3149/25 3154/11
3154/13 3154/15 3155/22
3155/23 3156/12 3156/17
3156/17 3156/18 3157/19
3159/21 3161/3 3161/14
3166/10 3166/24 3167/24
3167/25 3168/13 3177/25
3183/5 3183/20 3188/12
3192/2 3192/5 3192/10
3192/11 3192/14 3192/21
3193/11 3194/6 3194/8
3194/12 3194/16 3196/3
3196/12 3196/13 3198/11
3198/18 3199/8 3200/22
3202/1 3202/11 3205/20
them [20] 3149/3 3149/22
3153/4 3160/2 3160/12
3160/24 3161/15 3161/16
3165/11 3165/12 3165/22
3165/24 3167/2 3183/23
3192/23 3194/12 3199/10
3199/10 3200/16 3201/12
themselves [2] 3183/5
3194/14
then [30] 3141/16 3146/12
3148/1 3148/21 3151/8
3155/21 3158/5 3159/24
3161/6 3168/16 3168/17
3168/18 3172/25 3173/4
3173/24 3174/5 3180/8
3183/3 3186/11 3188/3
3189/5 3189/14 3190/24
3192/17 3193/24 3194/15
3201/2 3202/4 3204/16
3206/11
theoretically [1] 3163/13
theory [1] 3157/9
there [53] 3149/5 3149/10
3149/22 3149/24 3149/25
3150/5 3150/5 3151/6
3153/10 3153/11 3153/12
3154/10 3155/18 3156/12
3157/4 3157/13 3157/13
3157/25 3159/5 3160/6
3160/8 3163/21 3165/10
3167/23 3169/12 3170/7
3171/3 3171/5 3172/19
3172/23 3172/24 3173/1
3173/2 3173/15 3173/19
3175/5 3175/11 3176/14
3178/25 3180/25 3181/14
3185/5 3186/6 3186/11
3187/22 3188/14 3194/23
3195/13 3200/11 3200/17
3200/18 3200/20 3201/17
there's [28] 3147/19 3154/1
3164/10 3164/11 3165/10
3165/10 3165/13 3167/1
3168/24 3169/9 3171/25
3172/17 3173/20 3175/4
3175/24 3176/5 3176/6
3176/7 3176/18 3177/19
3178/15 3189/23 3192/23
3197/20 3201/13 3201/16
3201/17 3202/17
therefore [1] 3170/22
these [32] 3143/5 3143/8
3143/16 3145/10 3153/6

3161/8 3161/24 3162/4
3168/3 3168/15 3168/23
3169/23 3169/25 3173/8
3175/4 3179/7 3179/9
3179/11 3179/12 3186/15
3187/11 3188/25 3192/20
3193/13 3195/9 3195/23
3202/8 3202/18 3206/6
they [139] 3143/2 3144/23
3146/19 3148/1 3148/10
3149/1 3149/5 3149/8
3149/9 3149/10 3149/11
3149/12 3149/12 3149/13
3149/18 3149/18 3149/19
3149/20 3149/22 3150/12
3152/16 3153/3 3153/9
3154/3 3154/4 3154/12
3154/12 3154/15 3154/16
3154/19 3155/17 3155/18
3155/19 3155/20 3155/21
3156/4 3156/5 3156/6
3156/13 3156/14 3156/16
3157/1 3157/13 3157/14
3157/15 3157/17 3157/18
3157/18 3157/20 3158/5
3158/7 3158/16 3158/18
3159/16 3159/22 3159/22
3160/7 3160/12 3161/5
3161/9 3161/12 3161/13
3161/17 3161/19 3162/5
3162/13 3162/24 3164/20
3164/21 3165/13 3165/14
3172/5 3172/6 3176/12
3178/4 3178/5 3178/7
3178/8 3179/13 3179/19
3183/24 3184/2 3184/5
3185/2 3185/6 3187/13
3189/5 3189/5 3189/12
3191/3 3191/5 3191/9
3191/10 3191/11 3191/13
3191/17 3191/18 3191/20
3191/23 3191/24 3192/2
3192/5 3192/7 3192/9
3192/9 3192/10 3192/12
3192/12 3192/14 3192/16
3192/17 3192/19 3192/19
3192/20 3192/21 3192/22
3192/23 3192/25 3193/5
3193/8 3193/8 3193/9
3193/10 3193/11 3195/16
3196/3 3196/14 3198/18
3198/18 3198/19 3198/20
3199/13 3199/17 3200/16
3200/24 3200/25 3201/3
3201/5 3202/1
they're [1] 3150/7
thing [5] 3141/22 3144/17
3180/17 3186/3 3195/14
things [6] 3174/5 3175/6
3181/3 3185/16 3186/4
3206/18
think [86] 3141/13 3141/16
3141/17 3141/19 3142/9
3142/11 3144/19 3146/9
3146/11 3147/19 3147/21
3148/3 3148/15 3148/17
3148/17 3148/18 3151/9
3153/13 3156/3 3156/10

3157/8 3158/10 3158/12
3158/18 3158/23 3158/24
3159/2 3159/24 3160/10
3161/18 3161/22 3163/4
3163/15 3164/6 3164/18
3165/6 3168/5 3168/11
3169/12 3169/15 3169/16
3169/22 3170/3 3170/25
3170/25 3171/3 3172/3
3174/23 3174/24 3174/25
3175/18 3178/5 3180/20
3181/19 3181/21 3184/2
3185/5 3186/19 3187/3
3187/13 3192/16 3194/7
3194/19 3195/9 3195/17
3196/22 3198/6 3199/22
3200/6 3200/21 3201/20
3201/23 3202/15 3203/14
3203/18 3204/1 3205/7
3205/17 3205/19 3206/4
3206/5 3206/14 3206/19
thinking [5] 3161/19 3180/10
3192/17 3192/19 3201/18
thinks [1] 3160/10
third [1] 3156/16
this [122] 3141/2 3142/21
3142/22 3143/21 3144/19
3145/21 3146/9 3146/16
3147/5 3147/21 3147/22
3150/21 3151/2 3151/5
3151/11 3151/16 3151/19
3152/6 3152/8 3152/12
3152/13 3152/13 3152/15
3152/23 3152/25 3153/8
3154/2 3154/24 3154/25
3155/4 3155/5 3156/10
3156/10 3156/23 3157/16
3157/21 3158/13 3158/14
3158/24 3158/25 3159/7
3159/11 3159/14 3159/17
3159/25 3162/5 3162/16
3162/22 3165/25 3167/13
3167/18 3167/21 3169/3
3170/3 3171/16 3171/19
3172/2 3172/15 3174/12
3174/13 3174/16 3174/25
3175/8 3175/10 3175/13
3176/18 3177/6 3177/7
3178/21 3179/1 3179/15
3179/18 3179/18 3180/13
3180/21 3181/22 3181/23
3182/14 3182/22 3184/2
3184/10 3184/13 3184/13
3184/21 3185/8 3186/4
3186/14 3186/19 3186/21
3186/23 3187/4 3187/4
3188/4 3189/21 3190/15
3190/22 3192/16 3193/10
3194/11 3194/19 3195/6
3195/22 3195/25 3196/7
3197/16 3197/24 3198/9
3199/9 3199/15 3199/25
3201/2 3201/4 3201/10
3202/22 3204/14 3205/13
3205/15 3205/19 3206/4
3206/5 3206/14 3206/16
those [22] 3142/5 3142/5
3144/5 3144/10 3144/25

3166/18 3168/4 3170/12
3173/5 3174/16 3174/25
3186/6 3187/1 3188/10
3189/3 3196/9 3197/2
3200/21 3200/24
though [3] 3159/17 3166/15
3184/10
thought [6] 3154/13 3163/14
3171/3 3184/8 3202/12
3202/23
thousand [1] 3174/20
three [16] 3145/5 3152/25
3153/1 3154/2 3154/3
3154/11 3157/3 3158/15
3159/3 3166/14 3166/16
3166/17 3166/19 3166/21
3169/9 3199/22
threshold [7] 3141/15
3177/21 3180/21 3181/16
3181/24 3187/17 3187/19
thresholds [1] 3180/25
through [11] 3141/15
3141/17 3141/18 3144/3
3144/13 3149/6 3152/2
3153/22 3154/2 3154/14
3178/23
thwarted [1] 3151/14
tier [1] 3173/3
tiers [2] 3173/16 3173/16
time [31] 3145/10 3145/12
3145/13 3146/8 3148/19
3149/4 3151/10 3151/19
3152/23 3159/4 3159/8
3160/19 3160/25 3161/12
3162/6 3162/8 3170/6
3174/17 3183/24 3187/1
3189/23 3190/12 3192/7
3192/13 3193/10 3193/21
3197/2 3204/8 3205/14
3206/6 3206/18
times [12] 3139/3 3145/21
3146/25 3147/8 3147/12
3148/14 3149/22 3162/13
3182/6 3192/5 3193/5
3193/15
tiny [1] 3161/16
title [4] 3186/17 3187/1
3187/7 3187/9
titles [2] 3187/4 3187/4
today [10] 3148/8 3167/13
3192/17 3192/21 3192/22
3196/11 3198/18 3198/19
3200/24 3200/25
together [6] 3157/1 3158/5
3162/14 3165/24 3174/5
3175/6
told [1] 3165/4
tomorrow [3] 3196/14 3205/8
3206/20
tonight [1] 3205/24
too [3] 3170/6 3190/9
3195/18
took [1] 3187/1
top [25] 3144/7 3151/7
3155/11 3170/7 3171/2
3171/8 3172/7 3172/18
3173/17 3173/21 3175/12
3176/15 3176/22 3177/2

3223

T
top... [11] 3177/25 3178/5
3181/22 3185/21 3186/5
3186/10 3186/13 3187/25
3188/5 3202/8 3202/22
total [2] 3163/4 3196/5
track [1] 3189/23
tranches [2] 3168/24
3171/20
transaction [3] 3190/22
3197/25 3198/10
transactions [1] 3201/4
TRANSCRIPT [1] 3138/9
transcription [1] 3207/4
transition [1] 3175/5
translated [1] 3160/23
transparent [3] 3196/8
3197/10 3197/12
treat [2] 3152/23 3166/10
trend [1] 3187/21
trial [2] 3138/9 3206/22
tried [1] 3185/20
trigger [1] 3174/14
triggered [2] 3184/13
3184/16
Trivially [1] 3172/24
true [2] 3191/15 3201/20
try [5] 3146/16 3186/3
3187/3 3188/3 3202/19
trying [18] 3142/8 3155/15
3156/9 3157/6 3157/16
3158/7 3159/20 3160/9
3161/3 3161/23 3164/21
3172/13 3172/21 3186/9
3195/18 3196/17 3199/12
3202/8
turn [1] 3167/8
turned [1] 3179/16
two [37] 3143/5 3143/16
3144/10 3145/11 3145/22
3155/11 3156/4 3156/6
3158/4 3159/17 3160/18
3160/24 3160/24 3161/6
3161/11 3161/25 3162/13
3162/17 3163/19 3165/10
3172/5 3173/16 3173/16
3174/17 3182/16 3183/23
3184/6 3184/21 3184/24
3185/2 3187/1 3196/9
3198/1 3198/2
type [6] 3153/8 3165/20
3165/22 3194/4 3194/4
3200/7
types [1] 3179/7
typically [2] 3189/3 3194/19

U
U.S [1] 3185/5
Uh [1] 3152/9
Uh-huh [1] 3152/9
ultimately [3] 3145/10
3154/18 3195/6
unaware [2] 3188/18
3188/20
under [10] 3145/12 3145/13
3167/25 3168/9 3168/13
3170/19 3188/7 3188/17
3189/8 3195/21

underlies [1] 3172/3
underlying [2] 3155/6
3156/17
understand [13] 3149/15
3155/24 3158/25 3167/16
3167/22 3171/10 3172/21
3178/3 3188/9 3194/3
3195/22 3195/25 3199/12
understanding [9] 3146/23
3152/19 3157/2 3159/2
3159/11 3195/23 3202/7
3203/9 3204/11
understood [2] 3155/8
3166/11
underwent [1] 3188/10
UNITED [5] 3138/1 3138/3
3138/10 3138/14 3196/3
unless [1] 3156/12
unnecessarily [1] 3157/20
up [35] 3143/1 3143/2
3146/19 3147/1 3147/2
3147/13 3147/14 3147/15
3147/24 3148/22 3149/2
3149/5 3150/20 3152/3
3152/7 3154/22 3161/23
3165/14 3165/15 3167/11
3168/20 3168/23 3171/13
3174/13 3178/10 3184/11
3185/24 3186/4 3187/7
3187/8 3199/25 3201/15
3203/23 3204/2 3204/12
upon [1] 3155/16
us [8] 3146/17 3147/5
3147/19 3150/9 3152/1
3162/4 3164/17 3181/6
use [4] 3146/3 3161/2
3188/4 3193/9
used [12] 3142/12 3142/12
3154/25 3175/22 3180/21
3181/24 3186/18 3187/9
3188/6 3202/13 3203/7
3203/20
using [13] 3142/9 3142/13
3147/22 3147/25 3162/2
3170/8 3175/13 3176/24
3176/25 3181/24 3187/4
3187/21 3204/15
usually [2] 3173/4 3183/6

V
validity [3] 3173/20 3173/21
3188/16
value [3] 3156/17 3166/10
3203/25
values [1] 3141/11
variations [1] 3170/9
varies [1] 3177/16
variety [1] 3193/10
various [2] 3157/21 3180/19
verified [1] 3203/10
versa [1] 3163/19
version [1] 3142/9
versus [3] 3159/24 3168/4
3168/5
very [20] 3144/25 3159/15
3161/14 3162/18 3167/23
3168/3 3168/15 3173/8
3173/18 3173/23 3174/1
3174/5 3175/2 3182/20

3196/7 3206/4 3206/15
VIACOMCBS [1] 3139/9
vice [1] 3163/19
view [9] 3144/10 3156/17
3156/18 3164/3 3184/10
3184/20 3184/25 3185/6
3190/1
vis [4] 3176/6 3176/6 3188/5
3188/5
Voelz [1] 3139/5
vs [1] 3138/5

W
walked [1] 3152/1
want [16] 3144/23 3157/17
3157/18 3158/6 3158/7
3174/6 3179/24 3185/13
3190/6 3190/23 3194/3
3197/17 3198/14 3205/14
3206/1 3206/13
wanted [2] 3189/22 3204/24
wants [1] 3190/11
was [76] 3141/5 3141/11
3141/14 3141/22 3143/17
3145/5 3147/1 3147/2
3148/15 3149/8 3150/18
3152/14 3153/2 3154/17
3154/24 3155/7 3155/12
3155/15 3155/18 3156/9
3156/12 3157/5 3159/5
3159/20 3159/21 3160/9
3161/3 3161/7 3163/8
3166/9 3166/24 3167/13
3170/5 3170/12 3171/7
3172/10 3174/12 3174/22
3175/15 3175/17 3176/2
3176/2 3177/9 3179/1
3179/16 3180/1 3180/20
3181/18 3181/25 3181/25
3185/5 3185/11 3185/11
3186/10 3186/21 3186/23
3187/3 3187/4 3187/22
3188/3 3188/6 3190/14
3191/23 3192/1 3192/3
3192/3 3194/10 3196/16
3199/15 3202/4 3202/7
3202/16 3202/21 3204/8
3204/25 3206/19
Washington [5] 3138/6
3138/15 3139/14 3139/20
3207/10
wasn't [1] 3155/8
waste [1] 3197/18
way [17] 3142/21 3149/21
3154/10 3156/23 3157/14
3158/10 3159/7 3164/6
3169/16 3171/20 3178/1
3178/19 3179/15 3185/20
3187/12 3194/19 3196/22
ways [2] 3157/22 3157/25
we [101] 3142/23 3143/1
3143/1 3143/13 3143/13
3143/14 3143/25 3144/5
3145/9 3145/9 3145/25
3147/19 3149/6 3149/7
3149/20 3150/4 3150/15
3150/20 3151/1 3151/18
3151/25 3152/3 3154/6
3154/8 3154/25 3156/9

3159/13 3159/14 3159/15
3160/11 3160/11 3160/17
3161/2 3161/11 3161/24
3163/3 3163/4 3164/8
3165/8 3165/11 3166/7
3167/11 3170/1 3171/13
3171/20 3171/24 3172/20
3173/14 3173/25 3174/11
3175/4 3178/3 3178/6
3178/12 3178/15 3178/19
3179/20 3179/22 3181/5
3181/19 3182/20 3183/13
3185/24 3186/3 3188/2
3189/7 3189/8 3189/21
3190/12 3193/20 3194/19
3194/23 3195/9 3195/14
3195/17 3195/21 3195/22
3195/24 3196/15 3197/8
3197/8 3199/3 3199/21
3199/22 3200/2 3200/6
3203/4 3204/1 3204/16
3204/20 3204/23 3205/7
3205/7 3205/12 3205/16
3206/5 3206/8 3206/8
we've [2] 3142/21 3146/8
weaken [1] 3183/5
weakened [2] 3183/1 3183/5
weakening [3] 3183/20
3183/22 3184/1
well [11] 3150/14 3156/20
3164/10 3166/9 3168/15
3173/7 3177/1 3202/12
3204/11 3206/1 3206/19
went [5] 3149/6 3152/19
3152/25 3187/25 3206/15
were [50] 3142/25 3143/11
3143/13 3143/20 3144/21
3144/22 3144/23 3144/25
3145/6 3148/1 3149/5
3149/9 3149/17 3150/14
3151/25 3155/19 3159/22
3160/20 3161/5 3167/22
3168/8 3170/12 3173/23
3174/5 3174/5 3174/19
3174/25 3177/1 3178/4
3179/25 3180/9 3180/10
3180/25 3180/25 3184/12
3185/2 3185/6 3186/9
3187/13 3188/15 3188/15
3188/18 3188/25 3194/9
3196/4 3202/5 3202/8
3202/12 3203/4 3205/1
what [46] 3141/12 3142/8
3143/1 3144/21 3147/25
3150/11 3150/12 3151/15
3153/6 3153/21 3155/12
3155/24 3155/25 3156/13
3157/5 3159/19 3160/12
3164/20 3166/15 3173/14
3174/22 3174/24 3175/15
3176/2 3176/22 3177/1
3177/3 3177/8 3177/11
3177/24 3178/5 3179/20
3179/25 3183/9 3184/8
3187/13 3190/11 3196/17
3198/14 3199/12 3199/12
3200/14 3201/23 3202/23
3205/11 3206/16

**W**

what's [1]  3195/19
whatever [2]  3180/24
3183/13
whatnot [1]  3146/1
when [40]  3145/21 3146/21
3146/25 3149/22 3151/25
3153/8 3153/13 3156/4
3156/4 3156/6 3156/9
3160/20 3161/16 3161/19
3161/24 3163/18 3171/20
3172/6 3174/19 3175/4
3175/20 3177/1 3179/25
3180/9 3180/19 3180/20
3180/24 3183/8 3187/6
3188/15 3190/17 3191/9
3192/10 3192/16 3193/16
3195/18 3196/1 3198/18
3199/13 3203/15
where [16]  3141/17 3142/5
3142/25 3146/18 3149/7
3151/7 3154/3 3160/9
3161/7 3171/1 3180/9
3181/6 3185/2 3185/20
3191/3 3201/22
whereas [1]  3161/21
whether [19]  3147/19
3149/18 3152/19 3171/2
3171/3 3175/11 3177/15
3180/11 3180/12 3181/8
3181/10 3181/12 3188/13
3188/15 3188/24 3189/17
3191/23 3200/21 3202/20
which [30]  3144/9 3145/17
3151/5 3151/12 3159/5
3162/10 3162/22 3162/23
3163/2 3163/3 3165/6
3169/24 3170/4 3171/8
3175/23 3176/11 3176/12
3180/7 3181/3 3181/16
3181/25 3184/11 3186/16
3188/10 3191/24 3197/24
3201/9 3203/4 3204/16
3204/25
whichever [2]  3166/12
3166/12
while [2]  3157/6 3158/1
who [20]  3153/2 3153/11
3154/4 3154/17 3154/18
3155/17 3155/19 3158/15
3159/22 3160/3 3160/11
3161/11 3161/19 3192/4
3192/6 3194/9 3194/14
3195/7 3197/9 3202/11
wholesaler [2]  3197/21
3197/21
wholesalers [1]  3197/19
whom [2]  3154/16 3159/21
whose [1]  3142/12
why [15]  3156/8 3157/10
3157/13 3157/13 3157/14
3157/14 3157/15 3158/11
3161/18 3166/21 3170/8
3192/21 3202/14 3203/17
3204/9
wide [2]  3165/25 3188/16
will [48]  3143/2 3143/14
3143/25 3147/3 3147/21
3151/8 3151/15 3151/22

3166/11 3167/1 3171/15
3177/23 3179/19 3179/22
3182/19 3183/5 3189/21
3190/12 3190/21 3191/5
3191/6 3191/9 3192/24
3192/25 3193/2 3193/5
3193/6 3193/9 3195/13
3198/12 3198/12 3199/23
3200/2 3201/1 3201/16
3201/23 3205/6 3205/24
3205/25 3206/5 3206/8
3206/8 3206/9 3206/9
3206/20
win [10]  3147/8 3147/12
3147/12 3147/24 3158/5
3162/8 3192/17 3192/18
3192/19 3193/18
win-loss [1]  3193/18
winner [4]  3146/18 3148/21
3149/2 3152/14
wins [2]  3147/11 3160/20
wish [3]  3153/19 3165/23
3173/2
wished [1]  3164/6
within [8]  3156/20 3156/20
3157/3 3159/3 3159/16
3173/16 3173/20 3174/7
without [4]  3154/13 3155/25
3190/20 3193/24
WITNESS [1]  3140/2
won [4]  3147/1 3152/16
3154/18 3193/19
won't [1]  3206/6
word [2]  3182/17 3182/19
words [2]  3186/20 3192/9
work [9]  3153/18 3164/8
3173/8 3176/20 3179/25
3179/25 3181/17 3205/7
3206/15
workaround [2]  3150/15
3150/19 3151/17
working [1]  3205/24
works [1]  3197/18
world [2]  3161/11 3172/25
would [147]  3141/6 3143/15
3143/20 3144/10 3145/11
3145/13 3145/17 3145/17
3145/22 3146/3 3146/19
3147/17 3147/17 3148/10
3148/15 3149/10 3149/12
3149/19 3149/24 3150/2
3151/1 3151/4 3151/11
3151/18 3152/7 3152/11
3152/22 3153/1 3153/1
3153/3 3153/5 3153/8
3153/19 3153/23 3154/12
3154/12 3154/15 3154/15
3154/17 3154/19 3154/19
3154/22 3155/14 3155/25
3156/3 3156/16 3156/21
3156/23 3157/8 3157/9
3157/12 3158/11 3159/24
3160/3 3160/10 3160/20
3160/21 3160/22 3160/24
3161/2 3161/15 3162/4
3162/10 3162/24 3164/14
3164/18 3165/7 3166/7
3166/22 3168/2 3168/15

3171/5 3171/9 3171/19
3172/4 3173/3 3173/6
3173/8 3173/11 3173/24
3174/6 3174/13 3174/14
3176/10 3176/25 3177/3
3177/23 3178/5 3178/7
3178/7 3178/8 3178/13
3180/11 3180/12 3182/13
3184/16 3184/18 3184/24
3185/16 3187/11 3189/3
3189/5 3189/5 3189/10
3189/16 3190/8 3190/23
3191/2 3191/3 3191/11
3191/13 3191/14 3191/17
3191/19 3191/23 3191/24
3192/2 3192/5 3192/9
3192/9 3192/11 3192/14
3194/5 3194/11 3194/15
3195/22 3198/4 3198/19
3198/23 3198/24 3199/10
3199/13 3200/10 3200/21
3200/22 3201/3 3201/3
3201/12 3201/17 3201/22
3203/3 3205/16 3205/17
3205/21
wouldn't [11]  3149/13 3150/2
3159/17 3159/19 3196/9
3197/15 3198/25 3199/7
3201/6 3201/13 3201/15
wrap [1]  3199/25
wrong [2]  3187/14 3202/16

**Y**

yeah [8]  3166/23 3168/5
3170/16 3170/17 3170/21
3177/6 3181/21 3192/16
year [1]  3171/16
yes [29]  3145/24 3148/20
3154/6 3155/3 3160/16
3162/2 3163/22 3167/14
3169/18 3171/23 3172/16
3178/15 3178/22 3183/11
3184/17 3184/18 3185/5
3185/23 3186/8 3186/13
3188/8 3188/8 3190/24
3191/21 3195/3 3200/20
3204/6 3204/8 3206/3
yet [2]  3161/16 3198/19
yield [1]  3147/17
York [4]  3139/4 3139/4
3139/10 3139/10
you [347]  3141/10 3141/14
3141/18 3142/3 3142/14
3142/25 3143/5 3143/11
3143/15 3143/20 3143/21
3143/21 3143/25 3144/2
3144/25 3145/7 3145/13
3145/14 3146/3 3146/17
3146/21 3146/21 3146/25
3147/2 3147/5 3147/11
3147/13 3147/22 3147/25
3148/3 3148/7 3148/8
3148/24 3149/15 3149/17
3149/24 3150/2 3150/3
3150/8 3150/9 3150/11
3150/14 3150/16 3150/18
3150/22 3150/24 3151/14
3151/25 3152/5 3152/6
3152/7 3152/11 3152/11

3152/22 3153/5 3153/13
3153/13 3153/14 3153/17
3153/19 3153/20 3153/21
3153/22 3153/24 3154/5
3154/14 3155/1 3155/4
3155/7 3155/8 3155/10
3155/12 3155/14 3155/24
3156/3 3156/6 3156/8
3156/11 3156/21 3156/23
3157/8 3158/12 3158/21
3158/24 3158/25 3159/8
3159/25 3160/1 3160/23
3160/23 3160/25 3160/25
3161/4 3161/7 3161/15
3162/3 3162/8 3162/9
3162/11 3162/11 3162/21
3162/22 3163/13 3163/21
3164/1 3164/6 3164/6
3164/8 3164/14 3164/14
3165/4 3165/5 3165/6
3165/16 3165/22 3165/23
3165/24 3166/5 3166/15
3166/16 3166/18 3167/16
3167/22 3168/6 3168/14
3168/16 3168/17 3168/23
3169/1 3169/3 3169/7
3169/12 3169/19 3169/19
3169/24 3169/25 3170/13
3170/16 3170/18 3170/22
3170/25 3171/1 3171/2
3171/19 3171/10 3171/10
3171/15 3171/16 3171/17
3171/19 3172/2 3172/4
3172/6 3172/9 3172/9
3172/9 3172/25 3173/2
3173/3 3173/3 3173/11
3173/22 3173/24 3174/4
3174/4 3174/5 3174/7
3174/9 3174/19 3174/19
3175/6 3175/8 3175/10
3175/10 3175/20 3175/20
3175/21 3175/23 3176/3
3176/12 3176/20 3176/20
3176/21 3177/1 3177/2
3177/3 3177/5 3177/8
3177/11 3177/15 3177/19
3177/23 3178/5 3179/7
3179/8 3179/11 3179/13
3179/25 3180/1 3180/3
3180/4 3180/9 3180/10
3180/17 3180/17 3180/24
3180/25 3181/14 3181/16
3181/16 3182/2 3182/6
3183/11 3183/18 3184/1
3184/4 3184/10 3184/10
3184/11 3184/12 3184/20
3184/20 3185/16 3185/19
3185/19 3185/20 3185/21
3185/22 3186/5 3186/6
3186/9 3186/11 3186/14
3186/15 3186/17 3186/24
3186/25 3187/6 3187/6
3187/11 3187/16 3187/21
3188/6 3188/9 3188/15
3188/15 3188/17 3188/18
3188/20 3188/21 3188/24
3189/3 3189/13 3189/14
3189/15 3189/15 3189/17

**Y**

you... [87]  3189/21 3190/6
3190/6 3190/17 3190/18
3190/20 3190/21 3190/23
3191/1 3191/9 3191/10
3191/14 3192/12 3193/12
3193/15 3194/1 3194/3
3194/9 3194/10 3194/13
3194/25 3195/11 3195/12
3195/17 3195/18 3196/4
3197/6 3197/10 3197/12
3197/15 3197/19 3198/4
3198/9 3198/9 3198/14
3198/14 3198/16 3198/17
3198/21 3198/23 3199/1
3199/7 3199/25 3200/10
3200/14 3200/21 3201/3
3201/8 3201/10 3201/11
3201/11 3201/14 3201/14
3201/15 3201/22 3201/22
3201/24 3202/5 3202/6
3202/6 3202/7 3202/12
3202/12 3202/14 3202/23
3203/14 3203/20 3203/23
3204/2 3204/9 3204/14
3204/15 3204/16 3204/19
3204/20 3204/21 3204/22
3204/25 3205/3 3205/9
3205/14 3206/1 3206/5
3206/12 3206/13 3206/19
3206/21
you're [2]  3155/15 3173/1
you've [3]  3165/8 3182/5
3182/22
your [113]  3141/5 3141/10
3142/15 3143/6 3143/12
3143/17 3143/24 3144/10
3144/17 3144/23 3145/12
3145/13 3145/15 3145/19
3146/10 3146/13 3147/14
3150/14 3150/21 3151/1
3151/4 3151/18 3151/25
3152/3 3152/8 3153/13
3153/17 3153/18 3155/7
3156/25 3158/2 3158/6
3161/7 3161/23 3161/25
3162/1 3162/3 3162/15
3162/18 3163/4 3163/8
3163/13 3164/1 3166/24
3167/8 3167/13 3167/17
3167/19 3169/17 3169/24
3170/12 3171/24 3172/16
3174/12 3174/22 3175/2
3176/10 3176/20 3176/23
3177/1 3177/20 3178/12
3178/19 3178/23 3179/24
3179/25 3179/25 3180/10
3180/11 3180/15 3181/14
3181/17 3182/6 3182/9
3182/18 3182/19 3182/20
3183/1 3186/6 3186/7
3186/25 3187/22 3188/15
3188/17 3189/1 3189/17
3189/20 3189/24 3190/1
3190/5 3190/9 3190/18
3190/20 3194/1 3195/21
3197/18 3197/24 3199/6
3199/20 3200/1 3200/7
3201/7 3201/15 3201/25

3204/1 3204/5 3204/7
3204/20 3204/22 3206/12
yours [1]  3145/1

**Z**

zero [1]  3182/1