# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>*Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

### DEFENDANTS PARAMOUNT GLOBAL (f/k/a VIACOMCBS INC.) AND SIMON & SCHUSTER, INC.'S UNOPPOSED MOTION TO REDACT COMPETITIVELY SENSITIVE INFORMATION INADVERTENTLY DISCLOSED AT TRIAL

Defendants Paramount Global (f/k/a ViacomCBS Inc.) and Simon & Schuster, Inc. ("Paramount/S&S") move to redact certain competitively sensitive information from nine lines in two transcripts from the bench trial in this matter that are set for public release via PACER on March 5, 2023. These redactions are sought in accordance with the docket entries announcing the release of the transcripts, which state a party may request redactions by filing such a request with the Court and the court reporter within 21 days. *See* Dkt. 215; Dkt. 217. Paramount/S&S is providing a copy of this motion to the court reporter contemporaneously with the motion's filing.

Paramount/S&S requests limited additional redactions in two transcripts: the transcript of the morning session on August 16 (Dkt. 215) and the transcript of the morning session on August 17 (Dkt. 217). In the August 16 transcript (Dkt. 215), a witness inadvertently disclosed confidential and competitively sensitive information in the form of a specific dollar amount found in Defendants' Demonstrative Exhibit 14. Defendants' Demonstrative Exhibit 14 was

1

concealed from public view and subsequently placed permanently under seal through the Court's minute order on September 9, 2022 granting Defendants' Joint Motion to Seal Confidential Trial Exhibits and Testimony (Dkt. 181). Paramount/S&S seeks to redact the references to the specific dollar amount that are found on page 2509 at line 9 and on page 2568 at line 16 for the same reasons that supported placement of Defendants' Demonstrative Exhibit 14 under seal. *See* Dkt. 181 at 37.

In the August 17 transcript (Dkt. 217), the Court inadvertently disclosed confidential and competitively sensitive information in the form of specific dollar amounts found in Defendants' Demonstrative Exhibit 14. The Court recognized the inadvertent disclosure and noted that the numbers would later be redacted from the record. *See* Trial Tr. 2757:20-2758:8. While redactions were applied to some of the inadvertent disclosures, specific references to dollar amounts found on page 2745 at lines 22 through 25 and on page 2746 at lines 1 through 3 were not redacted. Paramount/S&S seeks redaction of those figures for the reasons stated on the record and that supported placement of Defendants' Demonstrative Exhibit 14 under seal. *See* Dkt. 181 at 37.

Counsel for Paramount/S&S has conferred with counsel for Plaintiff and counsel for its co-defendants, and there are no objections to the requested redactions. Paramount/S&S has identified the requested redactions with specificity in Exhibit A.

Dated: January 5, 2023

Respectfully submitted,

By: /s/ Rachel M. Zieminski
Rachel M. Zieminski (D.C. Bar No. 1016255)
**SHEARMAN & STERLING LLP**
2601 Olive Street
17th Floor
Dallas, TX 75201
Telephone: (214) 271-5777
rachel.zieminski@shearman.com

Stephen R. Fishbein (pro hac vice)
Jessica K. Delbaum (pro hac vice)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue New York, NY 10022
Telephone: (212) 848-4000
sfishbein@shearman.com
jessica.delbaum@shearman.com

Ryan Shores (D.C. Bar No. 500031)
Michael Mitchell (D.C. Bar No. 1531689)
**SHEARMAN & STERLING LLP**
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
ryan.shores@shearman.com
michael.mitchell@shearman.com

*Attorneys for Defendants Paramount Global (f/k/a ViacomCBS Inc.) and Simon & Schuster, Inc.*

## **EXHIBIT A**

Paramount/S&S seeks redactions of the references to specific dollar amounts at the following locations in the publicly available trial transcripts:

**Dkt. 215 – Trial Transcript for August 16, 2022 (Morning Session)**

- 2509:19
- 2568:15-16

**Dkt. 217 – Trial Transcript for August 17, 2022 (Morning Session)**

- 2745:22-25
- 2746:1-3