UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *Plaintiff*,<br><br>  v.<br><br>BERTELSMANN SE & CO. KGaA,<br>PENGUIN RANDOM HOUSE, LLC,<br>VIACOMCBS, INC., and<br>SIMON & SCHUSTER, INC.<br><br>    *Defendants*. | Civil Action No. 1:21-cv-02886-FYP |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO
REDACT COMPETITIVELY SENSITIVE INFORMATION
INADVERTENTLY DISCLOSED AT TRIAL**

  Before the Court is Defendants Paramount Global (f/k/a ViacomCBS Inc.) and Simon & Schuster, Inc.'s Unopposed Motion to Redact Competitively Sensitive Information Inadvertently Disclosed at Trial (the "Motion"). Having considered the Motion and all things properly before the Court, the Motion is hereby GRANTED. The Court Reporter is instructed to redact the items referenced in Exhibit A of the Motion.

  IT IS SO ORDERED by the Court, this ___ day of January 2023

                _____
                HON. FLORENCE Y. PAN
                United States Circuit Judge
                (Sitting by designation in the United States District
                Court for the District of Columbia)