```
1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2

3   THE UNITED STATES OF AMERICA,      Civil Action
                                       No. 21-02886
4              Plaintiff(s),

5          vs.

6   BERTELSMANN SE & CO. KGAA,         Washington, D.C.
    et al,                             August 17, 2022
7                                      9:30 a.m.
               Defendant(s).           Morning Session
8   ------------------------------------------------------------

9                    TRANSCRIPT OF BENCH TRIAL
               BEFORE THE HONORABLE FLORENCE Y. PAN
10                 UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  FOR THE PLAINTIFF:        John R. Read, Esquire
                              Ihan Kim, Esquire
13                            Melvin A. Schwarz, I, Esquire
                              Ethan Stevenson, Esquire
14                            United States Department of Justice
                              Antitrust Division
15                            450 Fifth Street, Northwest
                              Washington, D.C. 20530
16

17  FOR THE DEFENDANTS        Daniel M. Petrocelli, Esquire
    BERTELSMANN and           M. Randall Oppenheimer, Esquire
18  PENGUIN RANDOM HOUSE:     Megan Smith, Esquire
                              O'Melveny & Myers, LLP
19                            1999 Avenue of the Stars
                              Eighth Floor
20                            Los Angeles, California 90067

21

22

23

24

25
```

```
1   APPEARANCES (Cont.)

2   FOR THE DEFENDANTS         Daniel L. Cantor, Esquire
    BERTELSMANN and           Abby Rudzin, Esquire
3   PENGUIN RANDOM HOUSE:     Daniel L. Cantor, Esquire
                              O'Melveny & Myers, LLP
4                             7 Times Square
                              New York, New York 10036
5

6   FOR THE DEFENDANTS         Stephen Fishbein, Esquire
    VIACOMCBS and             Shearman & Sterling, LLP
7   SIMON & SCHUSTER:          599 Lexington Avenue
                              New York, New York 10022
8

9                             Ryan A. Shores, Esquire
                              Shearman & Sterling, LLP
10                            401 Ninth Street, Northwest
                              Washington, D.C. 20004
11

12  REPORTED BY:              Tammy Nestor, RMR, CRR
                              Official Court Reporter
13                            333 Constitution Avenue NW
                              Washington, D.C. 20001
14                            tammy_nestor@dcd.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I-N-D-E-X

 2
      WITNESS                  DIRECT   CROSS   REDIRECT   RECROSS
 3
 4    EDWARD A. SNYDER, PH.D.

 5       BY MR. OPPENHEIMER      2773

 6

 7    PLAINTIFF'S EXHIBITS                        PAGE

 8       963A                                     2821

 9

10    DEFENDANTS' EXHIBITS                        PAGE

11       382                                      2837

12       385                                      2840

13       426                                      2838

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   The following proceedings began at 9:30 a.m.:
 2             THE COURT:  Good morning.
 3             THE COURTROOM DEPUTY:  Good morning, Your Honor.  This
 4   is civil case No. 21-2886, United States of America versus
 5   Bertelsmann SE & Co. KGaA.
 6             Would counsel please approach the podium and state
 7   their appearances for the record.
 8             MR. READ:  Yes.  We may not be doing this ritual for
 9   many more days, Your Honor.  We are nearing the end.
10             John Read for the United States.  With me at counsel
11   table are Melvin Schwarz, Ethan Stevenson, and Ihan Kim.
12             THE COURT:  Good morning.
13             MR. PETROCELLI:  Good morning, Your Honor.  Daniel
14   Petrocelli for Bertelsmann and Penguin Random House together
15   with a number of my colleagues too numerous to name.
16             THE COURT:  Good morning.
17             MR. FISHBEIN:  Good morning, Your Honor.  Stephen
18   Fishbein for ViacomCBS and Simon & Schuster.
19             THE COURT:  Good morning, Mr. Fishbein.
20             We had agreed yesterday that we would begin today by
21   addressing the matter of the government's motion to exclude the
22   defendants' efficiencies.  So I am prepared to hear oral
23   argument on that issue and to issue a ruling at this time.
24             MR. SCHWARZ:  Good morning.  Mel Schwarz for the
25   United States.  May it please the Court.
```

1          I don't want to belabor this issue too much with a lot
2   of case discussion, but I am prepared to go into as much detail
3   as you like with respect to the cases.

4          I think there are two essential reasons why the
5   efficiencies claims, and I will call them that because the law
6   is a little unclear about whether it's an actual affirmative
7   defense or burdens of proof, but we will just call them claims,
8   the two reasons why it fails.

9          First of all, putting aside the independent expert, if
10  we just went on what we have heard, it fails.  It's neither
11  verified nor verifiable.  We are looking at a financial model
12  prepared, as Your Honor heard, for the purposes of purchasing
13  Simon & Schuster.  It was prepared by someone who doesn't know
14  anything about the horizontal guidelines.  That's no fault of
15  his, but that's the truth of the matter, and it is based on
16  November 2020 data.

17         Even though it was updated innumerable times, I don't
18  even think Mr. Sansigre knows how many times, for some reason
19  which I can't explain, perhaps Mr. Frackman can, the November 9
20  model becomes the holy grail for them.  I don't understand it.

21         So we don't have any updates of actual data which
22  obviously would be relevant to many things because, as Your
23  Honor heard, the 12.3 percent on operating expenses is hard
24  coded, hard wired.  Whatever term you want to use, you get the
25  point.

1          So beyond that, he uses hard coding from a

2     seven-year-old, seven years old in 2020, merger of Penguin and

3     Random House in which -- and Your Honor hasn't heard.  There's

4     a lot more evidence about dis-synergies in terms of revenue.

5     We haven't heard that evidence.

6          In any event, even if we looked at that, the world has

7     changed dramatically since 2013.  We had the rise of ebooks and

8     audio books, and we have 26, I think the witness said, mergers

9     in the meantime, including major independents like Workman and

10    HMH.

11         So those numbers are simply not sufficient.  And the

12    coup de grace on all this is that Mr. Sansigre testified in his

13    deposition that you don't know the exact numbers until you do

14    an integration plan, which is perfectly logical, because he did

15    not and could not go through one by one and say we want to keep

16    this employee, we want to get rid of this employee, this person

17    stays, this one goes and, of course, their salaries are

18    different.  So you can't make these judgments until afterwards.

19         Why they didn't hire an independent expert, which is

20    point two, again, I can't speak to that.  But the law has been

21    clear since the 2010 guidelines that you need to have

22    independent verification.  Judge Howell said that shortly after

23    this.

24         There are three other cases that I can cite for Your

25    Honor which say that point blank.  The D.C. Circuit in the

Anthem case is extremely skeptical of all these things, which
is another issue.  If we had to, Your Honor, at the end of this
trial, we will tell Your Honor there is no efficiencies defense
in this circumstance where you have the number one company
trying to buy the number three.  They don't need efficiencies.

Frankly, if~anything, the evidence would be, if we
keep going, that S&S is leaner than PRH, but that's another
story.

THE COURT:  Can I ask with you, Mr. Schwarz, based on
your argument, we could never have efficiencies evidence in a
merger trial because you are saying we would never know until
after the merger is complete.  We would never have good enough
data for you until that point.  There must be something short
of that.  The degree of precision you are demanding can't be
required.

MR. SCHWARZ:  That is not the case, Your Honor.  It
would have been very easy for them to hire McKinsey.
Dr. Israel is the name of an expert who comes up frequently on
the defense side of many of these cases.  It would have -- I'm
sure, particularly after the contract was signed, they could
have sent them in, as they did by the way in the Anthem case,
and go through and come up with things that could well be
cognizable efficiencies.

There's also lots of cognizable efficiencies that one
could imagine that are fairly clear.  If you have, you know,

```
1    somebody who doesn't have a factory that is state of the art
2    and can move there, you could envision something that is fairly
3    clear.  But you would still need -- and I couldn't imagine, you
4    know, if I were sitting up there, Your Honor, which I never
5    will be, but --
6              THE COURT:  You never know, Mr. Schwarz.
7              MR. SCHWARZ:  -- how I would figure out without the
8    aid of experts on both sides poking holes in this to figure
9    this out.  We need to have an expert.  It is perfectly possible
10   to do this after the contract is signed.  The reason
11   Mr. Sansigre can't do it is because if the deal falls apart,
12   they are competitors and he can't see all this confidential
13   data.  He can't see the employees' salaries because there would
14   be poaching going on.
15             If Dr. Israel or McKinsey came in, it would be
16   perfectly plausible for them to do that.  And that's what
17   happens in cases where these merger efficiencies are
18   considered.
19             I would be the first to admit that it's extremely rare
20   for efficiencies defenses to carry the day even in the best of
21   circumstances, and you will hear a lot of argument about that
22   if we go further down this road.
23             But there is one and only one case -- I am going to
24   lay it straight out for Your Honor.  There's one case that they
25   cite in which -- and this is Judge Hogan and before the merger
```

```
 1   guidelines, 25 years ago in the first Staples case where he
 2   heard -- he heard evidence from a management witness, and then
 3   he proceeded to listen to the defense witness and completely
 4   discredit the management expert and found, and I'm quoting,
 5   defendant failed to produce the necessary documentation for
 6   verification.  And that was at 970 F.Supp 1058 at page 1089.
 7   That is it.  That is the one case where this evidence went to a
 8   consideration by the judge.
 9            THE COURT:  Okay.
10            MR. SCHWARZ:  And two holdings, Judge Howell's case
11   and Judge Chutkan case, the Wilhelmsen case, are holdings in
12   which they said, because there's no independent expert, we will
13   not credit, even though there was an effort to present that
14   evidence.
15            Unless Your Honor has questions, that's all I have to
16   say.
17            THE COURT:  Thank you, Mr. Schwarz.
18            MR. SCHWARZ:  Thank you.
19            THE COURT:  Mr. Frackman.
20            MR. FRACKMAN:  Good morning, Your Honor.
21            THE COURT:  Good morning.
22            MR. FRACKMAN:  I have some slides that I might use,
23   but let me start by addressing a few questions.
24            Every witness that the Court has heard discussing this
25   transaction, I am not just talking about the Penguin Random
```

1    House witnesses, the Simon & Schuster witness, the

2    HarperCollins witness, the Hachette witness, they have all

3    testified that there are likely tens of millions of dollars of

4    synergies flowing from an acquisition of Simon & Schuster by

5    another publishing house, not a few million, tens of millions.

6    I won't say on the record.  The Court has heard that testimony.

7         The Penguin Random House estimate, although different

8    in some respects, is not out of line with the estimates of

9    these other potential acquirers and of Simon & Schuster itself,

10   point one.

11        Point two, the test is not mathematical precision.  We

12   are predicting the future.  Even the best models have a

13   component of uncertainty to them.  There is no case that says

14   you have to have mathematical precision with respect to any

15   forward-looking projection including efficiencies.

16        Third, there is no case that mandates an expert to

17   prove efficiencies.  They are used sometimes.  They weren't

18   used in Staples.  They weren't used in Peabody, the recent 2020

19   case from the Eastern District of Missouri.

20        And we all know that as good as experts are in certain

21   respects, paid experts, experts are experts.  They are not

22   independent, court-appointed neutrals.  To suggest that an

23   expert is more reliable than a fact witness when it comes to

24   estimating efficiencies of this type is, I think, highly

25   speculative.

1          THE COURT:  What did you mean by court-appointed

2    neutrals?

3          MR. FRACKMAN:  Well, I mean, there are cases where the

4    court appoints its own expert to assist the court in making

5    findings.  Judge Kaplan did that a few years ago in the

6    Southern District of New York to assist on economic matters in

7    an antitrust case.

8          But as independent as experts are, I think it is

9    illusory to think that they are required for this type of

10   proof.  They may be helpful, but they are not the only way to

11   prove facts about efficiencies.  No court has said they are.

12   No court has mandated them.

13         The test is that we have to prove that the projected

14   efficiencies are likely to be accomplished.  That's a factual

15   matter.  It requires findings by the Court.  We can present

16   those facts in different ways as long as they are reliable.

17         Okay.  So how does one predict the future when there

18   is some degree of uncertainty?  And both the DOJ and the cases

19   have observed that the best place to ground those projections

20   are in reliable past experience.  This is the district court in

21   FTC versus Peabody Energy.

22         Horizontal merger guideline section 10, by contrast,

23   efficiency claims substantiated by analogous past experience

24   are likely to be credited.

25         2006 commentary on the horizontal guidelines, the best

```
 1   way to substantiate an efficiency claim is to demonstrate that
 2   similar efficiencies were achieved in the recent past from
 3   similar actions.
 4          The reliance on Penguin Random House's history of
 5   acquisitions, and in particular, the 2013 one, merger with
 6   Penguin, is a very reliable basis.  It is maybe the best basis
 7   for predicting what will happen in the future.
 8          THE COURT:  Can I ask you about that, Mr. Frackman?
 9          MR. FRACKMAN:  Sure.
10          THE COURT:  Then why did Mr. Sansigre project so many
11   revenue synergies when there were none in the 2013 merger?
12          MR. FRACKMAN:  A fair question, Your Honor.  The
13   evidence from the fact witnesses and Mr. Sansigre, but you also
14   heard it from Mr. Dohle, is that the revenue reductions that
15   Penguin Random House experienced actually starting in 2012 and
16   continuing in the years after the merger with Penguin Random
17   House -- with Penguin related to reductions in mass market
18   titles.  It was an industry-wide change in response to, among
19   other things, ebooks.
20          THE COURT:  Yes.
21          MR. FRACKMAN:  And that's why, with respect to
22   projecting revenues going forward, that experience was not
23   reliable enough for Mr. Sansigre to base his projections on.
24          THE COURT:  Yes, I heard that testimony, but I think
25   the revenue projections are ones that are not based on past
```

experience and are a good example of one that's just based on

management judgment which is not verifiable.

MR. FRACKMAN:  I would say, Your Honor, that the

testimony was that it is based on past experience such as with

the other acquisitions, Little Tiger, such as with third party

distribution clients that come into the Penguin Random House

machine or a distribution system, and that, therefore, the very

small forward-looking projections on revenue growth that

Mr. Sansigre used in his model were based on past experience.

It is undoubtedly correct that when you are talking

about forward-looking revenue projections as opposed to cost

savings, there's an additional element of uncertainty.  We

can't dispute that.  That is just a fact.  It's axiomatic with

respect to that type of projection.  However --

THE COURT:  Mr. Frackman, it seems to me that it is

possible to verify some of the work that Mr. Sansigre did.  And

it was very detailed work.  So an expert could or an

independent person trying to verify what he did could look at

all the inputs that he put into the spreadsheets, which were

very detailed, they could interview him and the other people he

talked about about what assumptions he made and determine if

those were reasonable assumptions.  And I think much of the

work could be verified.  I don't think that happened here, and

I am kind of wondering why.

But then there are some things that I don't think are

```
 1    really verifiable, things like the revenue projections where
 2    he's picking and choosing among the prior precedents.  This is
 3    not like the Penguin Random House merger, but it is like the
 4    Tiger acquisition.  He's exercising judgment that's not
 5    verifiable.  So what am I supposed to do with that?
 6              MR. FRACKMAN:  Well, the Court, of course, was
 7    perceptive enough to notice that when we started with
 8    Mr. Sansigre, we started with those that were easily verifiable
 9    such as real estate savings.
10              THE COURT:  Got it.  Some of it can be but --
11              MR. FRACKMAN:  Return rate differentials.
12              THE COURT:  Got it.
13              MR. FRACKMAN:  I think, Your Honor, this is why this
14    type of issue, I don't think there's any case where the court
15    has tried to grapple with it mid case because it does require a
16    fine tooth comb.  We are going to have to look at the
17    individual categories.  It is certainly possible that the Court
18    could conclude that some, if not the preponderance, of the
19    efficiencies we claim, real estate, IT, return rate
20    differentials, and other items, are verifiable and are
21    reliable, reasonably reliable, without having to find that with
22    respect to all of it.
23              THE COURT:  I want to make sure I am understanding
24    you.  Are you saying that I can pick and choose among these
25    efficiencies and credit some and not others?
```

1          MR. FRACKMAN:  Absolutely.

2          THE COURT:  But none of them are verified.  How am I

3   supposed to do that?

4          For example, Mr. Sansigre said he, for the real

5   estate, he looked at leases and determined what the amounts

6   were, and then he looked at reports that said we can assume

7   50 percent savings because we can sublease.  I am not looking

8   at the leases.  I don't want to look at that.  I don't want to

9   look at the report that told him 50 percent.  I'm not in a

10  position to verify that Mr. Sansigre did what he said he did.

11  I don't see how a court can do the type of verification that's

12  necessary here because I don't think a court should just take a

13  merging party's word for it.

14         MR. FRACKMAN:  This is why we provided, and it's

15  embedded in Mr. Sansigre's exhibits, the factual foundation to

16  substantiate those items.  Real estate is a good example.

17         THE COURT:  But you are expecting me to go into the

18  spreadsheets and look at those things and then look at the

19  leases and make sure he's correct?

20         MR. FRACKMAN:  Well, it's one lease in particular.

21  The amount of the lease is set forth clearly in the papers.

22  The Court has our -- his testimony that points exactly where

23  the amount of the lease is, the expiration date, and the Court

24  has --

25         THE COURT:  Why would you expect me to do that?  Why

1    didn't you get an expert to do this for me?  I don't see why

2    it's the Court's role to do this.

3              MR. FRACKMAN:  Your Honor, that would be the

4    conclusion, that you must -- a party must have an expert in

5    order to prove efficiencies.

6              THE COURT:  You don't have to but -- I don't think you

7    necessarily have to as a rule according to the horizontal

8    merger guidelines, but as a practical matter, it's your burden

9    and you can't expect a court to go through, as you said, with a

10   fine tooth comb what your clients have done.  I don't

11   understand why you wouldn't get an expert to verify this

12   because otherwise you can't meet your burden.

13             MR. FRACKMAN:  There's nothing more for an expert to,

14   quote, verify.  The amount of the lease is set forth in the

15   documents.  The termination date is set forth in the documents.

16   The support for the 50 percent re-leasing, re-letting

17   assumption is set forth in the documents.

18             THE COURT:  Okay.  Let's take a step back,

19   Mr. Frackman.  I think the reason courts have wanted

20   verification and have been quite stringent in their

21   requirements is because merging parties have an incentive to be

22   optimistic about what the efficiencies are going to be.  And a

23   lot of the paperwork and spreadsheets you are relying on were

24   prepared for different purposes, you know, to justify buying

25   the company.  It wasn't for the purpose that we are now using

1    these spreadsheets for.

2           And given that -- and it's not to say that the parties

3    weren't acting in good faith, but of course they are optimistic

4    about what's going to happen.  That's why they want to do this

5    deal.  And the case law is clear that they could just project

6    fantastical efficiencies, as Judge Howell said.  And if we are

7    going to look at efficiencies, we are going to be careful and

8    rigorous and make sure that they are independently verified,

9    verified by somebody, not the parties who have an incentive to

10   be very rosy in their expectations.  Okay.

11          And on this record, there is no independent party that

12   has verified these efficiencies.  And you are saying let's take

13   Mr. Sansigre's word for it.  And I think Mr. Sansigre seemed

14   very competent and did a very careful job, but he can't verify

15   himself.  And I don't think a court is in a position to do the

16   type of very careful, rigorous verification that is required to

17   rely on this evidence.

18          MR. FRACKMAN:  Well, Your Honor, the test is

19   verifiable --

20          THE COURT:  And verified.  Cognizable efficiencies are

21   verified according to the horizontal merger guidelines.

22          MR. FRACKMAN:  In every one of the cases that address

23   efficiencies, the Court has reviewed and made findings with

24   respect to the specific efficiencies.  The Court always has to

25   make those findings, and that's why it's verifiable and whether

```
1    they are likely to be achieved.

2            With respect to real estate, it's a great one to start

3    with, what more could we do, Your Honor?  We have --

4            THE COURT:  You could have an independent expert look

5    at the leases and look at whatever JP Morgan study he was

6    relying on and verify that that was correct because I can't do

7    it.

8            MR. FRACKMAN:  Look, Your Honor, it is totally

9    reasonable in my view, in our view, for the projection to be

10   based on the recommendation of JP Morgan.

11           THE COURT:  I agree, but I don't know what that

12   recommendation was.  I am not verifying and looking at what it

13   was.

14           MR. FRACKMAN:  Well, it's in the record, Your Honor.

15   The actual document from JP Morgan that said greater than

16   50 percent is in the record.  Mr. Sansigre took only

17   50 percent.

18           THE COURT:  Okay.  I think I understand your argument,

19   Mr. Frackman.

20           MR. FRACKMAN:  IT is another example, Your Honor.

21           THE COURT:  Okay.

22           MR. FRACKMAN:  The amount assessed by Simon &

23   Schuster -- by Paramount to Simon & Schuster is stated in the

24   documentation in the model with the backup the actual line

25   items charged, assessed by the parent.
```

1          THE COURT:  So I take it that this is just a strategic

2     choice that the defendants have made, that they decided not to

3     have an independent expert verify this because they chose to

4     ask the Court to go through all of the underlying documents to

5     verify the efficiencies of the November 2020 model.  Is that

6     what you are saying?

7          MR. FRACKMAN:  I don't think that's correct, Your

8     Honor, at all.  Obviously it was a choice like all choices in a

9     case.  We believe that Mr. Sansigre's analysis is detailed,

10    fact-based, reliable, more than sufficient for the Court to

11    find that they are likely or more likely to occur than not.

12    And, actually, I don't think an expert would relieve the Court

13    ultimately of having to make some decisions about that.

14         THE COURT:  All right.  Can you address the fact that

15    the model is not up to date, that it doesn't include the most

16    recent actual numbers?

17         MR. FRACKMAN:  Yes.  So, first of all, as Mr. Sansigre

18    testified yesterday, the difference between the November 2020

19    and January '22 amounts are minimal.  I think he said

20    6 percent.

21         But more importantly, the core testimony here and the

22    rationale for using the November 2020 is that the last two

23    years have been so idiosyncratic because of the pandemic and

24    the impact in particular, well, on many businesses, but

25    particularly on the publishing industry, that it would be less

     1   reliable to project going forward based on the last two years

     2   than on the actual historical trends predating the pandemic.

     3            THE COURT:  How do we know that?  How do we know that

     4   that's a reasonable prediction, because none of us have a

     5   crystal ball, and I think it's really not reasonable to assume

     6   that the world is going to go back to pre-pandemic levels.

     7            MR. FRACKMAN:  Well, this, of course, would relate

     8   primarily to the revenue enhancements.  The cost savings are

     9   the same and the --

    10            THE COURT:  The 2022 to the 2020 model, they are not

    11   the same.

    12            MR. FRACKMAN:  Most of them are the same with the

    13   exception of fulfillment.

    14            THE COURT:  No, I don't think so.

    15            MR. FRACKMAN:  They are very, very close, Your Honor.

    16   Fulfillment is the one that changed.  If the Court were to find

    17   that, with respect to fulfillment, the more recent projection

    18   is the more reliable, then the Court would use the more recent

    19   projection.

    20            THE COURT:  Which are also not verified, but that's

    21   another story.

    22

    23

    24

    25

and art, but the additions from those lines don't account for
that whole change.

      These numbers are very different.  And when you tell
me that they are close, you are just saying the bottom line is
close, but the actual line items are very different.

      MR. FRACKMAN:  Well, there are two things.  One is the
bottom line is close.  Second of all, the --

      THE COURT:  I'm not sure why the bottom line being
close is the operative factor because the merger guidelines say
you have to justify each efficiency.

      MR. FRACKMAN:  Correct.  This is why I said -- it is
true that there are some small changes within the groups.
Particularly I want to focus on the spending for a moment.

      Yes, it is not a dollar-to-dollar correction if you
move the op ex for editorial art and production into
administration, but it's the large part of it.  And one line
item that has what I would call a significant change is
fulfillment.  And Mr. Sansigre testified as to why that number
has changed.

      Yes, if the Court were to find or conclude that it is
more likely than not that we will not revert to pre-pandemic
times and, therefore, the merged company is going to need the

1    warehouse space that is anticipated in January '22 as opposed

2    to crediting Mr. Sansigre's testimony that that is an outlier

3    because the historical experience with the warehouse needs are

4    more reliable, then we would use and the Court could use the

5    2022 fulfillment number.

6         THE COURT:  Mr. Frackman, I just -- I'm just really at

7    a loss as to why I should be doing the work that you should

8    have gotten an expert to do.  Like, why should I be doing that?

9         MR. FRACKMAN:  That assumes that the test, Your Honor,

10   and the requirement is that we have an independent expert -- an

11   expert -- no expert is completely independent -- an expert.

12        THE COURT:  I mean, you don't have to, but then you

13   are risking a judge telling you, I don't want to do the

14   verification for you.

15        MR. FRACKMAN:  The Court is perfectly capable of

16   making findings on the reliability of financial numbers.

17   Courts do it all the time --

18        THE COURT:  This is not a question of reliability.

19   It's a question of verifiability.  So let me step back for a

20   moment.

21        I think we are in a different world in the merger area

22   versus regular Rule 702 where we talk about more general

23   reliability because we have the horizontal merger guidelines

24   and we have several cases that are persuasive in this actual

25   jurisdiction that talk about verifiable and verified

1    efficiencies.

2         Can you name a single precedent where a court has done

3    what you are asking me to do, that is, I should do the work of

4    verifying a very detailed November 2020 model with hundreds of

5    tabs to make sure that it's correct and reasonable?  And is

6    that, in your view, a good use of the Court's time?

7         MR. FRACKMAN:  Every court that has analyzed

8    efficiencies have looked at specific items and --

9         THE COURT:  I am going to do that.  I have listened to

10   the testimony.  But I still can't satisfy myself that all of

11   this is verified.  I have heard what Mr. Sansigre said he did,

12   but I am not in a position to verify it.

13        MR. FRACKMAN:  Your Honor, if the holding of the Court

14   is that an expert is required as a matter of law, I can't argue

15   with that.

16        If the -- you know, but if the question is is the

17   factual support sufficient to establish that the efficiencies

18   are likely to occur or substantial amounts of the efficiencies

19   are likely to occur, then that finding can be made absent an

20   expert's gloss on it.

21        And, in fact, the horizontal merger guidelines

22   themselves say that efficiency claims substantiated by past

23   experience in the business, the actual business calculations,

24   are more reliable than when they are generated outside of the

25   usual business context.

```
 1              THE COURT:  I understand that.  Thank you.

 2              MR. FRACKMAN:  Thank you.

 3              THE COURT:  Anything else from you, Mr. Schwarz?

 4              MR. SCHWARZ:  No, Your Honor.  Just for the record I

 5    would like to say that the Peabody Energy case, which he cited,

 6    there was an expert in that case, and the court still rejected

 7    most of the efficiencies in any event.

 8              And I think the law is clear from the D.C. Circuit in

 9    Anthem on the fact that these cannot be vague, speculative, or

10    otherwise cannot be verified by reasonable means.  That's at

11    359.  And I don't think this is reasonable at all.

12              THE COURT:  Okay.  Thank you.

13              The Court has heard the evidence on this issue and the

14    arguments of the parties and is prepared to rule.

15              Dr. Snyder is an expert witness for the defendants who

16    is offered to testify on merger-related efficiencies.  His

17    expert opinion relies on a projection of synergies produced in

18    November of 2020 by Manuel Sansigre, a senior vice president at

19    Penguin Random House who's in charge of mergers and

20    acquisitions.

21              Mr. Sansigre produced his synergy projections to help

22    Random House evaluate whether it should acquire Simon &

23    Schuster.

24              Dr. Snyder's expert report offers three primary

25    conclusions about Mr. Sansigre's projections.
```

1        First, that the projected synergies are the type that

2   economists would recognize given the features of the publishing

3   industry.

4        Second, that the projected synergies are

5   merger-specific efficiencies.

6        Third, that the projected synergies would benefit

7   authors through higher income and consumers through greater

8   availability of books.

9        Significantly, however, Dr. Snyder concedes that he

10  did not, quote, independently verify specific dollar amounts,

11  unquote, and did not, quote, independently derive estimates,

12  unquote, of Mr. Sansigre's projected synergies.  Thus, the

13  parties agree and stipulate that Dr. Snyder did not verify the

14  projections from the November 2020 model that form the basis of

15  his expert opinion on efficiencies.

16       The government filed a motion in limine to exclude

17  Dr. Snyder's testimony on efficiencies under Federal Rule of

18  Evidence 702.  The government argued, among other things, that

19  Dr. Snyder's reliance on unverified projections rendered his

20  efficiencies testimony inadmissible under Rule 702, the

21  horizontal merger guidelines, and cases applying the horizontal

22  merger guidelines.

23       The Court essentially deferred ruling on the motion to

24  preclude the expert testimony on efficiencies determining that

25  it should hear the evidence about Mr. Sansigre's projections

before deciding whether the alleged efficiencies are verifiable

and verified as required by the horizontal merger guidelines

and persuasive case law.

The Court decided to hear the evidence during the

trial given that this is a bench trial but instructed the

parties to arrange the presentation of evidence so that the

verifiability of Mr. Sansigre's projected synergies could be

considered and argued and the Court could then rule on the

government's motion before hearing the totality of Dr. Snyder's

expert testimony on efficiencies.

The Court determined that it would be more efficient

to proceed in this fashion because if defendants were unable to

meet their burden to show that the efficiencies were

substantiated, verifiable, and verified under the horizontal

merger guidelines, then it would be unnecessary to consider any

of the other aspects of the efficiencies evidence.

The Court has now heard the evidence on the projected

efficiencies and arguments from the parties, and it will grant

the motion to preclude the efficiencies evidence because the

efficiencies projected by Penguin Random House are not

substantiated and verified.

Although many of the projections may be verifiable,

some are not verifiable.  Moreover, the efficiencies have not,

in fact, been independently verified by anyone, and they,

therefore, are not cognizable under the horizontal merger

1    guidelines and are not reliable under Rule 702.

2           Finally, the Court concludes that the efficiencies

3    projections in the November 2020 model are unreliable because

4    they are out of date and include 2021 projections that have

5    been proved to be inaccurate.

6           The applicable legal standards are as follows:

7           Federal Rule of Evidence 702 concerning testimony by

8    expert witnesses provides, quote, a witness who is qualified as

9    an expert by knowledge, skill, experience, training, or

10   education may testify in the form of an opinion or otherwise

11   if, A, the expert's scientific, technical, or other specialized

12   knowledge will help the trier of fact to understand the

13   evidence or to determine a fact in issue; B, the testimony is

14   based on sufficient facts or data; C, the testimony is the

15   product of reliable principles and methods; and D, the expert

16   has reliably applied the principles and methods to the facts of

17   the case, unquote.

18          Rule 702 incorporates the Supreme Court's guidance in

19   Daubert versus Merrell Dow Pharmaceuticals, Inc. which called

20   upon trial judges to serve a gatekeeping role in ensuring that

21   an expert's testimony both rests on a reliable foundation and

22   is relevant to the task at hand.

23          Also in Kumho Tire Company, Limited versus Carmichael,

24   the Supreme Court clarified that the gatekeeper role extends to

25   all expert testimony.

1          And this is confirmed by Rule 702's advisory committee

2     note to the 2000 amendment.

3          The party seeking to introduce expert testimony must

4     demonstrate its admissibility by a preponderance of the

5     evidence.  Courts take a flexible approach to deciding Rule 702

6     motions and have broad discretion in determining whether to

7     admit or exclude expert testimony.

8          Horizontal merger guideline section 10.

9          The horizontal merger guidelines outline the analysis

10    and enforcement practices of the Department of Justice and the

11    Federal Trade Commission with respect to horizontal mergers

12    under the federal antitrust laws including section 7 of the

13    Clayton Act.  See horizontal merger guideline section 1.

14         Federal courts frequently use the guidelines to

15    develop legal standards in antitrust litigation.  See, for

16    example, FTC versus H.J. Heinz Company, 246 F.3d 708.  That's a

17    D.C. Circuit case from 2001.

18         Section 10 of the horizontal merger guidelines

19    discusses efficiencies.  The guidelines observe that

20    efficiencies are difficult to verify and quantify in part

21    because much of the information relating to efficiencies is

22    uniquely in the possession of the merging firms.  Moreover,

23    efficiencies projected reasonably and in good faith by the

24    merging firms may not be realized.

25         Therefore, the merger guidelines say, it is incumbent

1    upon the merging firms to substantiate efficiency claims so

2    that the agencies can verify by reasonable means the likelihood

3    and magnitude of each asserted efficiency.

4            Courts interpret this requirement of substantiation

5    and verification to encompass, quote, how and when each

6    efficiency would be achieved and any costs of doing so, how

7    each efficiency would enhance the merged firm's ability and

8    incentive to compete, and why each would be merger specific,

9    end quote.  That's from United States versus H&R Block, 833

10   F.Supp.2d 36 at 89.  That's a D.D.C. case from 2011, and it is

11   quoting the horizontal merger guidelines section 10.

12           Under the guidelines, projected efficiencies are

13   generally less credible when generated outside the usual

14   business planning process, and they are more credible when

15   substantiated by analogous past experience.

16           Ultimately, efficiencies must be cognizable to be

17   considered under the guidelines.  Quote, cognizable

18   efficiencies are merger-specific efficiencies that have been

19   verified and do not arise from anticompetitive reductions in

20   output or service.

21           A cognizable efficiency claim must represent a type of

22   cost saving that could not be achieved without the merger, and

23   the estimate of the predicted saving must be reasonably

24   verifiable by an independent party.  And that's quoting the

25   horizontal merger guidelines and also, I believe, H&R Block.

1          Case law provides that the Court must undertake a

2    rigorous analysis of the kinds of efficiencies being urged by

3    the parties in order to ensure that those efficiencies

4    represent more than mere speculation and promises about

5    post-merger waiver.  That's H&R Block at 89.

6          So, thus, in sum, the foregoing legal standards and

7    precedents place the burden on defendants to establish that the

8    projected efficiency relied upon by Dr. Snyder are

9    substantiated, that they are reasonably verifiable by an

10   independent party, and that they are, in fact, verified.

11         Where efficiencies are not independently verifiable

12   and verified, no court in this jurisdiction has ever given any

13   weight to such efficiencies evidence.  See H&R Block, 833

14   F.Supp.2d 36, D.D.C. 2011; United States versus Aetna, 240

15   F.Supp.3d, D.D.C. 2017; FTC versus Sysco Corporation, 113

16   F.Supp.3d, 1, D.D.C. 2015; FTC versus Wilhelmsen Holding, ASA,

17   341 F.Supp.3d 27, D.D.C. 2018; FTC versus Staples, 970 F.Supp

18   1066, D.D.C. 1997.

19         This is because it is the parties' interest to be

20   aggressive and optimistic in the projection of efficiencies to

21   justify their own merger.  Because courts are not

22   well-positioned to verify such projections, independent

23   verification is critical in order to allow a court to determine

24   whether such projections are reliable.

25         Without verification, the efficiencies analysis could

swallow the analytical framework required by the Clayton Act.
See H&R Block at 91.

The Court's findings and conclusions are as follows:

Number one, many of the projected efficiencies in the
November 2020 model may be verifiable, but at least some are
not verifiable.

According to the testimony of Mr. Sansigre, he and his
team worked very hard to derive the efficiencies model.  They
began in March 2020 by including detailed data about Penguin
Random House.  When data became available from Simon & Schuster
in September 2020, he added that data to the model.  When
additional data became available in October 2020, he included
that data as well.  The data and assumptions in the model were
closely checked by executives in the Bertelsmann M&A group and
the ZI risk management group including Markus Dohle and Nihar
Malaviya.

Mr. Sansigre estimates that the model was revised a
hundred times before it became final.  All of Mr. Sansigre's
judgments and assumptions were based on his broad experience in
M&A and in particular in M&A in the publishing industry.

And the Court has no doubt that Mr. Sansigre is very
competent, an expert in these matters.

Mr. Sansigre uses the term synergies and efficiencies
interchangeably.  His model identified four categories of
synergies; real estate, operating expenses, variable costs, and

 1    revenue.

 2         The real estate efficiencies were largely based on

 3    expected consolidation of Simon & Schuster's New York

 4    headquarters with Penguin Random House's New York headquarters.

 5    Mr. Sansigre consulted with managers within Penguin Random

 6    House and determined that the personnel of Simon & Schuster

 7    could be accommodated in Penguin Random House's New York office

 8    space.  He then examined Simon & Schuster's lease and consulted

 9    with real estate experts who advised him that he could sublet

10    Simon & Schuster's office space for 50 percent of the rental

11    payments owed under the lease.  He also examined other real

12    estate holdings and estimated some additional savings from

13    allowing other leases to expire.  Based on those calculations,

14    he projected approximately $10 million in savings per year,

15    almost all of which are from consolidating the New York office

16    space.

17         The operating expense synergies reflect efficiencies

18    in headcount and non-headcount expenses, essentially personnel

19    costs.

20         Mr. Sansigre's November 2020 model projected

21    $          in annual operating expense synergies in 2025.

22         You know, I didn't think of this before, parties, but

23    I do have numbers in this.  Is it okay for me to be reading

24    this publicly?

25         MR. FRACKMAN:  As the Court knows, we actually made

quite an effort to keep the numbers confidential.  And I think both Simon & Schuster and Penguin Random House believe they are confidential.  They affect personnel issues and subsequent events.

THE COURT:  I am going to black out the numbers then, and we will issue a blacked out -- I will just black out the numbers and then read on the record.  Thank you.  I'm sorry about that.

Okay.  So Mr. Sansigre's November 2020 model projected a certain amount in annual operating expense synergies in 2025.  Mr. Sansigre began by predicting a percentage decrease in operating expenses.  And this figure was based on prior operating expense synergies in 26 prior acquisitions including the 2013 Penguin Random House merger which had operating expense synergies of a certain percentage as well as consultation with Penguin Random House executives like Mr. Malaviya and Mr. Dohle.

Then Mr. Sansigre looked at the data examining costs department by department to identify where operating expense synergies actually might be achieved.

In some departments such as sales, IT, and administration, Mr. Sansigre looked at specific employee roles and third party contracts to determine which kinds of positions or contacts might be redundant to estimate headcount and non-headcount savings.

```
 1          In some other departments such as fulfillment,
 2   Mr. Sansigre used his judgment to project a percentage of
 3   savings based on considerations like Penguin Random House's
 4   ability to scale its distribution to meet a portion of Simon &
 5   Schuster's distribution demand.
 6          After reviewing the department-by-department data,
 7   Mr. Sansigre compared the cumulative projected synergies of
 8   that analysis with the expected percentage of synergies that he
 9   had used based on prior transactions and management judgment,
10   and the two projected synergies number matched.
11          Mr.  Sansigre's November 2020 model projected a
12   certain amount of annual variable cost synergies in 2025.  As
13   part of the variable costs, Mr. Sansigre considered return
14   rates.  He found that Penguin Random House had lower return
15   rates than Simon & Schuster by certain percentage points
16   between 2017 and 2021.  He reviewed records of improved rates
17   from the 2013 merger from Penguin and Random House, the
18   acquisition of smaller publishers like Little Tiger, and
19   experiences of Penguin Random House's third party distribution
20   clients.  He also consulted Simon & Schuster and Penguin Random
21   House management.
22          Based on those considerations, Mr. Sansigre used his
23   judgment to predict a certain percentage of improvement in
24   Simon & Schuster's post-merger return rate by 2025.  Penguin
25   Random House's investments in a supply chain were a significant
```

factor in those projections.

Mr. Sansigre's November 2020 model projected a certain amount of annual revenue synergies in 2025. The most significant projected revenue synergies came from gross physical sales and audio. After accounting for certain rising costs, most significantly royalties and advance write-offs, he came up with a particular number that was a projected increase in sales. And the sales projections are based on Mr. Sansigre's judgment and experience.

Penguin Random House's large sales force was a significant factor in Mr. Sansigre's gross physical sales projections. He believed this large sales force would get Simon & Schuster books into more stores and, thus, increase sales, namely in independent books stores, specialty stores, and international retailers.

Simon & Schuster relies on its top customers for a greater proportion of its sales than Penguin Random House does. Mr. Sansigre interpreted this to mean that Penguin Random House could improve Simon & Schuster's sales among it's non-top customers.

Considering past acquisitions, Mr. Sansigre noted that Penguin Random House doubled the sales of Little Tiger's imprints within two years after acquiring the smaller publisher.

Notably, however, Mr. Sansigre's sales projections do

not align with the historical data from the 2013 merger of
Penguin and Random House which is more similar in scale to the
proposed merger of Penguin Random House and Simon & Schuster.

After the 2013 merger, sales declined.  Mr. Sansigre
discounts the sales results of the 2013 merger because of
changed market conditions including the decline of commercial
fiction around 2013 in which Penguin was heavily invested at
the time.

In audio Mr. Sansigre predicted that Penguin Random
House's significant investments in in-house audio production
would let it improve Simon & Schuster's audio revenue because
Simon & Schuster relied on third parties for much of its audio
revenue.

Mr. Sansigre used his judgment to predict that Simon &
Schuster would have a certain percentage increase in audio
revenue post merger through essentially growing with the market
and benefiting from Penguin Random House's in-house
capabilities.

Mr. Sansigre discounted Simon & Schuster's
management's relatively high predictions for a Simon & Schuster
standalone future audio revenue because he wanted to
independently analyze the value of the merger.

So in sum, Mr. Sansigre's projected synergies are
based on educated management judgments mostly based on past
experience and applied to whatever detailed data about the

businesses of Penguin Random House and Simon & Schuster that
was available to him.

Many of the projections about cost savings are
arguably verifiable because theoretically an independent party
could look at all the underlying data about the costs of each
entity that Mr. Sansigre compiled and inputted into his
spreadsheets.  They could get detailed explanations about the
assumptions that Mr. Sansigre made in coming up with his
percentage estimates of savings, and they could determine
whether those assumptions were reasonable and based on past
experience.  Relying on past experience is favored by the
horizontal merger guidelines.

Some of the projections, however, most notably the
revenue projections, are not verifiable and are not based on
past experience.

The November 2020 model projects sales synergies after
the merger even though past experience does not support any
sales synergies because after Penguin and Random House merged
in 2013, they experienced a decrease in sales.

There were other merger experiences of Penguin Random
House that supported the idea of sales synergies, but
Mr. Sansigre picked and chose among the different precedents
and he justified his sales projections not relying on Penguin
and Random House merger based on his evaluation of changed
marketing conditions.

1        Therefore, the actual percentages that Mr. Sansigre

2   chose to apply to revenues as synergies are not verifiable.

3        Indeed, the defendants have conceded that revenue

4   synergies are the least easy to predict, and one of

5   Mr. Sansigre's own emails in the record acknowledges that the

6   sales efficiencies are difficult to predict.

7        Ultimately, however, the projected sales synergies are

8   derived from Mr. Sansigre's personal judgment, and they are not

9   consistent with the most prominent past experience and, thus,

10  the projected sales synergies in particular are not verifiable.

11       Number two, none of the efficiencies are independently

12  verified.

13       The parties agree and stipulate that, regardless of

14  whether the model was verifiable, it was not, in fact, verified

15  by anyone outside of Penguin Random House.  Thus, there was no

16  independent verification as the horizontal merger guidelines

17  and prior case law contemplate.

18       Defendants argue that the Court may verify the

19  projections by hearing how they were derived and satisfying

20  itself that Mr. Sansigre put in a lot of work and made

21  reasonable assumptions, but the Court strongly disagrees that

22  this is what is contemplated by horizontal merger guidelines

23  and the case law.

24       The Court is not in a position to fact-check what

25  Mr. Sansigre says that he did or to determine whether his

assumptions were reasonable.  Notably, none of the cases that
have considered this issue support the notion that the Court
should provide the independent verification necessary to
support efficiencies evidence proffered by defendants.

Defendants have said that there's no case that says an
expert is necessary.  And I think that's true.  Nobody has said
that explicitly.  But the defendants have the burden to
establish that these efficiencies were independently verified,
and they assume a risk in litigation in arguing to a court that
a court should do that work that in many precedents was
performed by experts with much more knowledge about the
industry and expertise in dealing with financial models and
assumptions than a court could reasonably be expected to have.

This Court notes that in the Sysco case, that court
found that the expert had not verified whether efficiencies
predicted by a consulting company were merger specific and for
that reason among others declined to consider the efficiencies
evidence.  That court did not attempt to verify the merger
specificity on its own.  And this Court is not aware of any
other precedent where a court has undertaken the kind of
rigorous verification that is necessary in order to rely on
efficiencies in an antitrust case.

Number three, subsequent updates of the November 2020
model undermine its reliability.

After the November 2020 model was created,

Mr. Sansigre continued to update and refine the model.  Most
notably, new iterations of the model were created in June 2021
and January 2022.  The new iterations have some drastically
different projections with respect to efficiencies.  The Court
focuses on the January 2022 model because defendants contend
that the June 2021 model was about a special circumstance, a
possible large infusion of cash to the business.

Looking at the January 2022 model, that model predicts
an increase in gross physical sales of ▆▆▆▆▆▆▆▆ as
compared to ▆▆▆▆▆▆ in the November 2022 model.

The January 2022 model predicts -- I'm sorry, I should
not have said those numbers.

The January '22 model predicts a certain number in
fulfilling savings as compared to a much larger number
predicted in November 2020, and savings on administration in
the 2022 model is far larger as compared to the number in the
November 2020 model.  And I understand that that includes
editorial and art, but the additions of those lines does not
account for the magnitude of the change.

Furthermore, certain projections of the November 2020
model were proved inaccurate by the actual performance of
Simon & Schuster in 2021.

While the November 2020 model made certain predictions
of synergies for a merged company based on inputs regarding
Simon & Schuster's expected performance as a standalone

company, the actual standalone performance of Simon & Schuster exceeded the predictions.

This indicates that the November 2020 model is both out of date because it does not include actual updated performance numbers and also that the November 2020 model relied on proveably wrong projections and predictions.

Mr. Sansigre testified that the November 2020 model is still the most reliable because it reflects pre-pandemic market conditions. It appears to be his judgment that the future will look more like the pre-pandemic world than the present world.

The Court rejects that testimony because Mr. Sansigre cannot possibly know what the post-pandemic world will be like and whether the book industry will revert to pre-pandemic levels of sales and costs. Even with the benefit of industry expertise, it is clear to this Court that we are in uncharted waters.

Thus, the Court concludes that the November 2020 model is unreliable because its inputs are not updated and its projections are proveably inconsistent with actual numbers for Simon & Schuster in 2021. The Court finds that Mr. Sansigre's justifications for continuing to use the November 2020 model are unpersuasive.

The Court, thus, finds that the November 2020 efficiencies model contains some projected efficiencies that are not verifiable and that, in any event, none of the

1    efficiencies have been verified as required by the horizontal

2    merger guidelines and persuasive case law.

3           Moreover, the model is unreliable because it is not

4    updated and makes proveably inaccurate projections.  As a

5    result, Dr. Snyder's expert report based on the November 2020

6    model is not based on sufficient facts and data under Rule 702

7    and must be excluded.

8           Five precedents in this jurisdiction unanimously

9    support this conclusion.  Those precedents are H&R Block,

10   Wilhelmsen, Staples, Aetna, and Sysco.

11          In United States versus H&R Block, the court rejected

12   efficiencies evidence where the projected efficiencies, quote,

13   were largely premised on defendant's managers' experiential

14   judgment about likely costs rather than a detailed analysis of

15   historical data.

16          The court noted that, while reliance on the estimation

17   and judgment of experienced executives about costs may be

18   perfectly sensible as a business matter, the lack of a

19   verifiable method of factual analysis resulting in the cost

20   estimates renders them not cognizable by the court.

21          If this were not so, then the efficiencies defense

22   might well swallow the whole of section 7 of the Clayton Act

23   because management would be able to present large efficiencies

24   based on its own judgment and the court would be hard pressed

25   to find otherwise.

1          In this case, many of the efficiencies projections are

2     also premised on management expectations and judgment.

3          In FTC versus Wilhelmsen Holding ASA, the court

4     rejected efficiencies evidence where the projected efficiencies

5     were based on, quote, a series of significant assumptions,

6     percentage reductions in cost, percentage increases in

7     productivity, or assumed cost product equivalencies that were

8     doing all the work in calculation of the estimates.

9          There the critical issue was that because the bases

10    for the assumptions the expert identified and their role in the

11    efficiencies analysis were unclear, the reasonableness of the

12    assumptions along with the ultimate determinations could not be

13    verified with any degree of rigor.

14         Significantly, the court in that case noted that,

15    quote, references to the merging parties' past practices,

16    managerial expertise, and incentives or internal verification

17    processes, unquote, could not, quote, serve to substantiate any

18    efficiencies, unquote, because a court cannot substitute

19    defendants' assessments and projections for independent

20    verification.

21         So here, while Penguin Random House's internal process

22    was rigorous, that internal process cannot substitute for

23    independent verification.

24         In FTC versus Staples, the court rejected efficiencies

25    evidence where, quote, the defendants' projected base case

1   savings of $5 billion were in large part unverified or at least

2   the defendants failed to produce the necessary documentation

3   for verification, unquote.

4           Here the efficiencies also are unverified.  And

5   although the defendants will say that they produced the

6   documentation for verification, as the Court has already

7   stated, the Court does not have the capability, the time, or

8   resources to perform the verification.

9           In United States versus Aetna, the court rejected

10  efficiencies evidence where the defendants' experts failed to

11  review the underlying provider contracts after the merging

12  parties approached -- after the merging parties projected

13  efficiencies based on the contracts, and that was criticized.

14          Instead, the expert noted simply that a third party

15  consultant had taken a large haircut to the total savings

16  estimated and without much analysis concluded that the savings

17  were verifiable.

18          The court deemed that insufficient.  The court said,

19  without a more robust analysis which the companies have not

20  provided, the court cannot conclude that these network

21  efficiencies are verifiable and likely to be passed on to

22  consumers.

23          Here, like in that case, Dr. Snyder also failed to

24  look closely at the underlying data and did not do any robust

25  analysis to verify the efficiencies.

1          Finally, in FTC versus Sysco, the court rejected

2     efficiencies evidence where defendants' expert relied on

3     synergy projections made by McKinsey, the consulting firm which

4     was hired by Sysco to determine the prospective value of

5     acquiring U.S. Foods.

6          The court there did not question the rigor and scale

7     of the analysis conducted by McKinsey but noted that the expert

8     had not verified that the synergies were merger specific.

9          The court stated that it was not clear what

10    independent analysis the expert did to reduce McKinsey's

11    projected savings to merger-specific savings.

12         The court also noted that in one example, the expert

13    relied exclusively on documents created by either McKinsey or

14    defendants.  He performed no independent analysis to verify

15    those numbers.

16         Again, similarly in this case, Dr. Snyder did not

17    perform any independent analysis to verify the numbers.  And in

18    that case, the court did not undertake to do the verification

19    itself.

20         As a result, the Court will exclude Dr. Snyder's

21    testimony on efficiencies.  No independent party could

22    reasonably verify the magnitude of at least some of the

23    asserted efficiencies in Mr. Sansigre's projected model,

24    especially the sales synergies, and Dr. Snyder made no attempt

25    to provide a quantitative verification of the synergies.

1    Because Dr. Snyder's testimony was not based on sufficient

2    facts and data, that testimony cannot help the trier of fact to

3    determine a fact at issue and, therefore, is not admissible

4    under Rule 702.

5         Although the Court's reasoning is firmly grounded in

6    precedents applying the horizontal merger guidelines, it bears

7    mentioning that the Court's analysis under Rule 702 is also

8    consistent with the application of that rule in other contexts.

9    It is well established that expert testimony may be excluded

10   under Rule 702 where the expert relies uncritically on

11   information provided to them by the party or parties for whom

12   they are working.

13        In the Title VII case, Campbell versus National

14   Railroad Passenger Corporation, the court excluded the

15   testimony of plaintiffs' expert who relied on a summary of

16   testimony prepared by plaintiffs' counsel to form his opinions

17   without independently reviewing or verifying that testimony.

18   That case is at 311 F.Supp.3d 281 from 299 to 300.  That's

19   D.D.C. 2018.

20        The court reasoned, quote, such blind reliance on

21   facts provided by plaintiff's counsel combined with his failure

22   to review other sources of information renders his expert

23   report unreliable, unquote.  That's at 300.

24        See also McReynolds versus Sodexho Marriott Services,

25   Inc., 349 F.Supp.2d 30 at 38, D.D.C. 2004, allowing in a

1    Title VII case testimony of plaintiffs' expert who relied on

2    data prepared by the opposing party instead of by the same

3    party who retained the expert.

4          And see also United States ex rel Morsell versus

5    NortonLifeLock, Inc.  That's 568 F.Supp.3d 248 at 276, D.D.C.

6    2021, where expert and false claims case explicitly disclaimed

7    verification of assumptions, the expert was allowed to opine

8    only conditionally assuming the government succeeds in proving

9    the assumptions upon which the opinions rely.

10          All of these cases support the proposition that an

11   expert's opinion may be excluded as unreliable when the opinion

12   blindly rests on evidence provided by the party that retains

13   the expert.  A party may not cloak unexamined assumptions in

14   the authority of expert analysis.  See Ask Chemicals, LP versus

15   Computer Packages, Inc, 593 F.Appx. 506, 510, Sixth Circuit,

16   2014.

17          For all the foregoing reasons, the Court grants the

18   government's motion to exclude the defendants' efficiencies

19   evidence.

20          Does any party want any additional findings or

21   conclusions for the record?

22          MR. SCHWARZ:  No, Your Honor.

23          MR. FRACKMAN:  I think that covers it, Your Honor.

24          THE COURT:  Okay.  Thank you.

25          So we were in the midst of Dr. Snyder's testimony.

1    Shall we resume that?

2        Dr. Snyder, could you please come up to the witness

3    stand.

4        Dr. Snyder, could you stand to be sworn once again.

5                    EDWARD A. SNYDER, PH.D.

6    Having been first duly sworn on oath, was examined and

7    testified as follows:

8        THE COURT:  Thank you.  You may be seated.  And you

9    may remove your mask if you like.

10        THE WITNESS:  Thank you, Your Honor.

11        MR. OPPENHEIMER:  Good morning, Your Honor.

12        THE COURT:  Good morning.

13                    DIRECT EXAMINATION

14    BY MR. OPPENHEIMER:

15    Q    Professor Snyder, good morning.

16    A    Good morning.

17    Q    In our last session, we were talking about the unilateral

18    effects case.  And I want to go -- to continue on that same

19    vein.

20        In Dr. Hill's report, he quoted the merger guidelines,

21    horizontal merger guidelines, paragraph 6.2, that pertains to

22    this.  And he observed, quoting those guidelines 6.2, in the

23    auction context, anticompetitive unilateral effects are likely

24    in proportion to the frequency or probability with which, prior

25    to the merger, one of the merging sellers had been the

1    runner-up when the other won the business.

2        Is that your understanding of what Dr. Hill's unilateral

3    effects analysis is based on?  And I'm not referring to SSA

4    models.  I'm referring to the general theory of harm under

5    unilateral effects.

6    A    Yes.  The approach, as I understand Dr. Hill's testimony

7    to reflect, is that you look at market shares and you use them

8    to predict the frequency with which the parties are one and

9    two.

10   Q    And is it the case under the unilateral effects theory

11   that we have just identified that it would only makes sense for

12   the merged parties to reduce bids in the future in those

13   situations where they would have been runner-up and winner to

14   each other?

15           MR. SCHWARZ:  Objection, leading.

16           THE COURT:  Sustained.  Could you rephrase.

17   BY MR. OPPENHEIMER:

18   Q    Professor Snyder, based upon the unilateral effects

19   guidance in 6.2, can you tell us, what is the relevance of

20   determining who is the winner and the runner-up with respect to

21   determining how people would bid in the future?

22   A    So with unilateral effects, the issue is will there be a

23   reduction in competition, will there be targeting by which we

24   mean reductions in offers made to authors.

25           And what the unilateral effects theory is about is tied to

```
 1   the earlier question, the frequency with which the parties are
 2   winner and runner-up.  And just to be clear, this is different
 3   from coordinated effects.  It's different from general ideas
 4   about softening of competition.
 5   Q    So to what degree does the theory of unilateral effects in
 6   the horizontal merger guidelines rely on the notion that the
 7   merging parties are winner and runner-up to each other?
 8   A    My understanding is that that's what they say.
 9   Q    Would it be fair to say that the theory of unilateral
10   effects is predicated on determining when there is head-to-head
11   competition, meaning winner and runner-up?
12           MR. SCHWARZ:  Objection, leading, Your Honor.
13           THE COURT:  Sustained.  Let the witness testify.
14           MR. OPPENHEIMER:  Yes, Your Honor.
15   BY MR. OPPENHEIMER:
16   Q    Yesterday we were discussing Dr. Hill's win, loss, and
17   editorial minutes data.  Do you have that in mind?
18   A    I do.
19   Q    Okay.  Now, do either of Dr. Hill's win, loss, or
20   editorial minutes database tell you who is winner or runner-up?
21   A    No.
22   Q    Let me ask you this.  Under the data in those data sets,
23   is it possible that Simon & Schuster lost to Penguin Random
24   House in some of those situations but that another bidder was
25   the runner-up?
```

```
 1   A    Yes.  I mean, that's -- and it's not a criticism of the
 2   data.  It's just that the data cannot reveal the situation
 3   where, for example, a Simon & Schuster imprint lost to a
 4   Penguin Random House imprint, but there was an intervening bid
 5   that was higher.
 6   Q    And would vice versa be true, that PRH could have lost S&S
 7   but that actually other bidders were ahead of PRH?
 8   A    Yes.
 9   Q    What is the significance of that to the theory of
10   unilateral effects in this case?
11   A    Well, the runner-up data and the editorial minutes data,
12   and I think I made that clear when I presented the advantages
13   of the agency data and also Dr. Hill's runner-up data, it's
14   just simply the case that those other data sets do not provide
15   information about the conditions related to unilateral effects.
16   Q    Professor Snyder, you should have a notebook with your
17   reports on your desk, if you could look for that.
18        MR. OPPENHEIMER:  Your Honor, this is a notebook that
19   contains Professor Snyder's reports, and I am going to be
20   looking with the professor at his rebuttal expert report of
21   June 3, 2022.
22   BY MR. OPPENHEIMER:
23   Q    Professor, before you do that, one correction.  You just
24   referred to the runner-up database which I was not asking
25   about.  Were you referring to the win-loss database?
```

```
1   A    I was trying to contrast the win-loss database and the

2   editorial minutes database versus Dr. Hill's runner-up data.

3   Q    Thank you for that clarification.

4        If I could ask you to look at your rebuttal expert report

5   of June 3, 2022, I would like to draw your attention to

6   page 184 of that report and specifically to a table that's

7   depicted on that page identified as Exhibit X.8.

8   A    Yes.

9   Q    Professor Snyder, what are you showing in Exhibit X.8

10  on 184?

11  A    I am identifying just a selection of titles from

12  Dr. Hill's win-loss records where they are not informative

13  about the issue of who is the runner-up.

14  Q    Can you identify for the court whether there are any,

15  based on that exhibit, X.8, whether there are any accurate

16  depictions of winner and runner-up on that table?

17  A    It might be helpful to go through the first one.  Am I

18  allowed to refer to the specific title, or should I just

19  identify the first row?

20  Q    Let me see if I can -- no, I prefer not.  Let me see if I

21  can direct your attention.

22       If you look at the fifth title down, would you explain to

23  us what that row is describing.  It starts with the title of

24  the work and the author.  We won't mention those.  But then if

25  you would, describe for the court, what does the rest of that
```

1   row identify?

2   A     Yes.  So what I am doing with this table just by way of

3   background is using the agency data to identify the runner-up.

4   And then I am identifying what information is provided in the

5   win-loss data that Dr. Hill includes for these various titles.

6        So the fifth one down, the source of the data is Simon &

7   Schuster.  The winning publisher is an imprint at PRH.  And

8   then the runner-up, according to the agency data, is Simon &

9   Schuster.

10  Q     And with respect to all of the other entries, is it the

11  case that Simon & Schuster is not the runner-up?

12  A     Well, in five of the other seven listed in this exhibit, a

13  party other than -- a party other than the two merging parties

14  is the runner-up.  And then a seventh, I can't tell from the

15  agency data.

16  Q     How does this help inform us whether the win-loss records

17  enable us to identify whether Penguin Random House and Simon &

18  Schuster are winner and runner-up?

19  A     I think Dr. Hill and I agree on this.  These data are

20  useful for some things, but you simply don't have the

21  information to identify who is the runner-up.

22  Q     May I direct your attention to page 190 of the same report

23  a few pages down.

24       Is this a comparable analysis of the editorial meeting

25  minutes?

```
1   A      It is.

2   Q      And what is it telling us?

3   A      Again, the information from the editorial minutes is

4   reflected in the third column in the sense of what is the

5   source.  And then the winning publisher is identified in the

6   next column.  And the first four of those, it's PRH.  And the

7   fifth one is Simon & Schuster.  And then the insight that is

8   provided by the agency data concerns the last column.  And you

9   can see that in four out of the five presented here, some other

10  party is the runner-up.

11  Q      So do these analyses inform your conclusion that

12  Dr. Hill's win-loss records and editorial meeting minutes do

13  not provide information with respect to when Penguin Random

14  House or Simon & Schuster are winner or runner-up to each

15  other?

16          MR. SCHWARZ:  Objection, leading.

17          THE COURT:  Sustained.  I would rather hear the

18  testimony from the witness than in the form of a leading

19  question.

20          MR. OPPENHEIMER:  Understood, Your Honor.

21  BY MR. OPPENHEIMER:

22  Q      Can you tell us how these two charts inform your judgment

23  about their usefulness in determining when Penguin Random House

24  and Simon & Schuster are one and two in the empirical data?

25  A      Well, these two data sets, of course, are drawn only from
```

1  the parties' discovery.  So you can only identify their bidding

2  and their winning.

3      And to get information about runner-up, you have to go

4  through another process to access information about who

5  actually was runner-up.  You may guess, but you are going to

6  guess right and wrong.

7  Q    Based on your answer, Professor Snyder, would you describe

8  for us whether it would be appropriate to calculate diversions

9  based on the data in these two data sets?

10 A    I will not calculate diversions based on data that does

11 not include information about who the runner-up actually was.

12 And you can't tell that from the win-loss data nor can you from

13 the editorial minutes.

14 Q    Can the data about -- in your opinion, can the data

15 regarding diversions derived from Dr. Hill's win-loss and

16 editorial minutes databases be directly compared to your agency

17 data set?

18 A    No.

19 Q    Can it be used to directly compare with Dr. Hill's

20 diversion proportional to market share approach in this case?

21 A    Well, proportion to market shares is based on multiplying

22 the market shares to each other.  That gives you a prediction.

23 Whether or not it's accurate depends on circumstances.

24      You could have a predicted diversion that's correct, could

25 be correct, using market shares, but it could be way off.  It

```
1    could be that two firms are bidding all the time and they are,
2    just in the duopoly context, they are winner and runner-up all
3    the time.
4         Actually, that would give you a case where you would get
5    wildly divergent predictions, but it also could be the case
6    that two firms have substantial market shares, but they are not
7    actually in head-to-head competition and actually winner and
8    runner-up.
9         So that's the basic insight with respect to market share.
10        Absent other information, using market shares to predict
11   diversion is what economists often do.  In this case,
12   12 percent is the predicted diversion.
13        I think you asked something else in the question.
14   Q    No, no, that's fine.  I will come back to it now because I
15   want to stay focused for a minute on these two data sets.
16        Do they tell you whether Penguin Random House and Simon &
17   Schuster were competing for the same books?
18   A    No.  Again, I'll just reference the predictions by market
19   share.  Whether those are right or wrong, you don't get
20   insights about that looking at win-loss or editorial minutes.
21   Q    In those circumstances, in those records, when Penguin
22   Random House and Simon & Schuster both show up in bidding,
23   would you conclude that they were bidding for the same book?
24   A    When they do show up in Dr. Hill's databases?
25   Q    Yes.
```

1    A     Yes.

2    Q     Just that they were bidding for the book?

3    A     Yes.

4    Q     Okay.  Do they tell you whether they are operating these

5    two data sets?  Do they tell you whether either company is

6    operating as the competitive constraint against the other?

7    A     No.

8    Q     Would you explain why.

9    A     Again, I think maybe I'm not explaining it well enough,

10   but you just can't identify who is the runner-up when one of

11   the parties wins unless you have a data source that identifies

12   the bids from other publishers.

13         And as Dr. Hill acknowledges, I don't think there's any

14   dispute about this, the editorial minutes and the win-loss data

15   are just looking at the two parties.

16         So you obviously cannot identify whether that information

17   corroborates an assumption about who is runner-up or not

18   because that information is simply not in those data.

19   Q     You mentioned a moment ago and we heard about it yesterday

20   that the implied rate at which Penguin Random House and Simon &

21   Schuster are number one and number two in acquisitions, multi

22   bidder acquisitions in Dr. Hill's data, is 12 percent.  Do you

23   have that in mind?

24   A     Yes.

25   Q     On your own analysis based upon the agency data, do you

1   have a different conclusion about how often Penguin Random

2   House and Simon & Schuster are one and two in multi bidder

3   situations?

4   A    It's lower, but, of course, the data set is not a perfect

5   data set.  It starts with almost a thousand observations.  But

6   when I can identify winner and runner-up for books that have

7   advances in excess of $250,000, the frequency of winner and

8   runner-up is lower than 12 percent.

9   Q    All right.  Now, I would like to come back to your earlier

10  answer where you indicated that, under the unilateral effects

11  theory in these analyses, it only makes sense for the merged

12  parties to reduce bids in the future in those situations when

13  they would have been winner and runner-up to each other.  Do

14  you have that in mind?

15  A    I do.

16  Q    Okay.  Let's go through a couple of configurations in

17  terms of the acquisition of books.

18       In terms of the unilateral harm theory of the case, in the

19  situation where Simon & Schuster lost to Penguin Random House

20  but was not the runner-up, if you could identify that those

21  situations existed when you were bidding in the future, would

22  it make sense for Simon & Schuster to reduce its bid?

23  A    No.

24  Q    Would you explain why.

25  A    They are not winner and runner-up.  The relevant

```
 1   competitive constraint comes from somebody else.
 2   Q    So just so I understand, if we have five bidders for a
 3   book in a multi bidder situation and Simon & Schuster is third
 4   or fourth but not one or two in the bidding process, are you
 5   saying that that is not a competitive constraint?  And if so,
 6   would you explain that.
 7   A    So from the point of view of the Penguin Random House
 8   imprint editor and publisher point of view, you are asking the
 9   question would it make sense to reduce their bid in that
10   circumstance?  If they knew that Simon & Schuster was not the
11   relevant competitive constraint, then of course it would be
12   optimal not to make any change.
13   Q    In that situation, would Penguin -- would it be
14   economically rational for Penguin Random House to stop bidding
15   any sooner just because hypothetically Simon & Schuster wasn't
16   in that bidding?
17   A    No.
18   Q    Would you explain why.
19   A    Again, this is using -- this is looking at the problem
20   prospectively and asking the question when would it make sense
21   to cut advances.  And what your question reveals is that
22   whether it's optimal depends on who is the relevant competitor
23   and whether that's been weakened.  And if the bidder knows that
24   it's someone else, it's Hachette Workman or Hachette Little
25   Brown, competitive conditions don't change and it doesn't make
```

1    any sense to alter the bid.

2    Q    Yesterday we had some questions regarding whether or not

3    an auction might just end earlier if Penguin Random House and

4    S&S merged.

5        Is there a reason to be concerned about harm in that

6    situation under the unilateral effects theory?

7    A    No, because the auction will continue until you get to

8    that point where you have winner and runner-up.  This is

9    putting aside agent adjustments.

10   Q    Again, staying focused on the unilateral effects theories,

11   would it be rational to lower bids in a best bids acquisition?

12   A    No.

13   Q    And, again, why is that?

14   A    In a best bids situation, unless you know that there's

15   been an elimination of competition by the merger where the next

16   bidder has been eliminated, it's not rational to cut the bid.

17   And then that gets into the question of what do you know in

18   that particular circumstance.  The problem is you are only

19   going to be right, well, in 12 percent of the aggregate cases

20   to see that lessening of the competition.

21   Q    When you say that, I infer that you will be,

22   quote/unquote, wrong in 88 percent of the circumstances.  Is

23   that correct?

24   A    In 88 percent of the circumstances, just focusing on this

25   decision, focusing on the unilateral effects, it would not make

```
 1   sense to alter the bid.

 2           THE COURT:  Can I ask a question?

 3           I am just very interested in what you are saying.  It

 4   seems like you are saying, because when you enter an auction,

 5   you don't know who else is in it, you are not going to alter

 6   your behavior because maybe the other merger party wouldn't

 7   have been the second runner-up, so it shouldn't affect your

 8   behavior because you don't know who else is in the auction.  Is

 9   that right?

10           THE WITNESS:  Correct.  And conversely, if you did

11   know, then you would be able to execute the targeting in

12   lowering the advance.

13           THE COURT:  Okay.  So what if we were talking about

14   consolidation that leads us to only two big players in the

15   market or three, like some very small number, you still think

16   it wouldn't make a difference because you still wouldn't know

17   in each auction who else is in it?

18           At some point does it matter that there's just a much

19   smaller number of possible bidders?

20           THE WITNESS:  I understand your question, Your Honor.

21   With it being 12 percent, that makes it very difficult to

22   implement the strategy of lowering bids.  If you were to go to

23   a completely different or a more concentrated picture, then the

24   probability of getting it right goes up and the probability of

25   getting it wrong goes down.
```

1          THE COURT:  So there is a correlation between

2     concentration and possibility, but you are just saying we are

3     not at that level yet?

4          THE WITNESS:  If you take the point of view of, say,

5     Hachette imprint -- and I think it's useful to think about

6     someone else as well, not just the merging parties -- and you

7     look at it from the point of view of one of their imprint

8     editors, I just mentioned Workman acquired last year Little

9     Brown, Grand Central, they are going into that bidding process,

10    and I think Your Honor's question goes to, well, will they want

11    to pull their punches and not bid aggressively because, say,

12    Simon & Schuster is not there anymore.  And the problem that

13    they have is one of probabilities.  It really goes right to

14    your intuition in terms of where would it be rational to

15    actually employ the strategy.  And from their point of view,

16    who is the relevant next bidder.  Is it a PRH imprint?  Is it

17    HarperCollins?  Is it Macmillan?  Is it Norton, Astra,

18    Chronicle, et cetera?  And it's just not a safe bet to go in

19    and change your bidding given the highly competitive

20    conditions, the number of parties, the frequency with which

21    non-Big 5 compete against each other, and the frequency with

22    which agents engage non-Big 5 and that they respond.

23          THE COURT:  No, I understand.  But you do think that

24    at some point, at a very high concentration level, the

25    probabilities would improve to lower your bids, like your

```
1    chances would improve of having a successful result by lowering
2    your --
3            THE WITNESS:  Certainly if you got to two.  And
4    depending on the -- whether they actually are in head-to-head
5    competition, but I think your question presumes that they
6    are --
7            THE COURT:  So --
8            THE WITNESS:  -- then the probabilities of getting it
9    right go way up.
10           THE COURT:  Yes.  So have you heard the testimony in
11   this trial that the market shares are actually underestimating
12   the power of Penguin Random House because the market shares
13   include Christian books for Hachette?  It's like a large
14   percentage of Hachette's revenues, Christian books.  But those
15   Christian books are not sold in regular retail outlets.  They
16   are only sold in Christian stores.  And so if you were to take
17   away Christian books, Penguin Random House would be three times
18   the size of Hachette in revenue.  And if that were true, would
19   that affect your analysis?
20           THE WITNESS:  First of all, I didn't -- I heard that
21   testimony.  I wasn't able to verify it.  I understood that
22   there was this, wow, where's the three times coming from.  But
23   I can only respond in terms of actual competitive conditions.
24   And my response doesn't depend so much on the particular market
25   shares.
```

```
 1              And I don't want to belabor the point, but you have
 2    very robust competition within the so-called Big 5.  That's not
 3    going to change post merger.  There will be one fewer but very
 4    robust competition.  And then you have the midsized publishers
 5    who are bidding very frequently, winning, constraining.
 6              THE COURT:  You are fighting my hypothetical.
 7              THE WITNESS:  Pardon?
 8              THE COURT:  You are fighting my hypothetical, as we
 9    say in law school.
10              THE WITNESS:  Sorry, Your Honor.
11              THE COURT:  My hypothetical is it's not things are as
12    you have analyzed it.  I am saying what if we changed one of
13    the variables which is that there's much more market
14    concentration than you had assumed here.  You are saying
15    there's a 12.5 percent chance of head-to-head.  But if the
16    number one leader in the industry is three times the size of
17    the number two, which is not an assumption that you made in
18    your analysis, I am just wondering how that would affect your
19    analysis.
20              THE WITNESS:  That goes to the whole issue of is the
21    market valid, and the 250,000 market definition is something
22    with which I have a lot of problems but -- and I assume we will
23    get to that later but --
24              THE COURT:  It's a separate issue.
25              THE WITNESS:  Well, all of these questions come up in
```

the context of this proposed cutoff being $250,000.  And that's

on that basis you are calculating shares.  I understand now

your question.  You are saying, instead of it being market

shares that produce the 12 percent, maybe they are higher in

that segment.

　　　　　But once you get to that point, I don't want to fight

the hypothetical, you want to look at competitive conditions

that will continue post merger.  And, again, everything I hear

is that the other big three are going to be competing

aggressively, imprint competition within PRH is going to

continue, and you have the non-Big 5.

　　　　　THE COURT:  Okay.  Thank you.

BY MR. OPPENHEIMER:

Q    Professor Snyder, just to clarify a few things, the

12 percent of the time that Penguin Random House and Simon &

Schuster are one and two to each other, that's not your number,

correct?

A    No.  That's based on Dr. Hill's advance data from which he

derives market shares, and it's very consistent with the market

share data that you would derive from my advance data with

the -- I haven't checked it exactly, but those are based on a

lot of data from both sets of advance data.

Q    Right.  And as I understand it, so your data or your

percentage for the times that Penguin Random House and Simon &

Schuster are one and two is lower, but for present purposes,

1    you are saying they are in the ball park.

2        But I also want to ask you to explain, when we see market

3    shares, whatever those market shares are, is that telling us

4    how often Penguin Random House and Simon & Schuster are number

5    one and number two, or do the 12 percent and your 7 and

6    6 percent, are they looking -- are they derived differently, or

7    are they just the market share?

8    A    The market shares give you a prediction, and it can be a

9    good prediction.  It can be off on the high side.  It can be

10   off on the low side.  I mean, two firms could get a certain

11   level of market share without ever being in head-to-head

12   competition, which means there would zero probability that they

13   would be winner and runner-up.

14       It's not a criticism of starting with that, but I just

15   want to recognize that there are limitations to relying on it.

16   Q    And just for purposes of clarification, market share is

17   not the percentage of time that these parties encounter each

18   other one and two?

19   A    That's right.  I mean, you could -- correct.  I will just

20   stop there.

21   Q    Okay.  Now, I want to talk about one-on-one negotiations

22   as well.  You have been explaining to us why certain decisions

23   don't make economic sense for the merged party going forward

24   because of the risks they would be taking and that they would

25   be wrong 88 percent of the time if they generally applied a

1    reduction in advances.

2         What is the analysis as it applies to bilateral

3    negotiations?

4    A    Well, I think Your Honor asked about this.  And I only

5    answered one part of the question yesterday.  But it concerns

6    this idea of might there be a perception that the competitive

7    constraint, the outside option, so to speak, has weakened in

8    the context of a one-on-one negotiation.

9         And, Mr. Oppenheimer, are you wanting me to focus just on

10   unilateral or more broadly?

11   Q    If it would help you to focus more broadly, please do so.

12   A    I think it was an important question and would, say, take

13   the point of view of a Hachette imprint like Workman, Little

14   Brown, and they are in a one-on-one negotiation with an author,

15   and would that affect how they negotiate.  That, I think, is an

16   important question.  I would just observe before going any

17   further the SSA model, of course, doesn't provide any insights.

18        I would just point out this is not confined to unilateral

19   effects.  It's not about coordinated effects.  It's about this

20   more general idea of would there be a softening of competition

21   based on perception.

22        Under current competitive conditions, the Little Brown

23   editor at Hachette has to think about, well, has there been a

24   production competition from the merger or is the outside option

25   unidentified going to end up being Macmillan or Norton.  And

1    they don't know.  And that's the problem of implementation of

2    this idea that, oh, we are going to get a cascading set of

3    effects.

4         I'm asking where is it going to happen.  I think it's

5    unrealistic in that situation where you have already a

6    provisional match.  You are in a one-on-one negotiation for a

7    reason, and then you are going to say, no, I'm not sure, but

8    there could be a lessening of competition out there, I am going

9    to pull punches.

10        I don't see that, because if you do that, you are going to

11   risk losing that book and getting it wrong far more than you

12   are going to get it right.

13   Q    Is that what you meant by your reference to 88 percent of

14   the time you could be wrong?

15   A    Well, 88 percent of the time is more narrowly focused on

16   unilateral effects involving PRH and S&S.  I was trying to

17   broaden the answer to respond to Your Honor's question

18   yesterday.

19   Q    By the way, when you are in a bidding situation, do you

20   know at the outset, is there any way to know whether you are in

21   the 12 percent situation or the 88 percent situation?

22   A    No.  And you may not get any feedback that helps you.  The

23   agents are the ones who control the information flow.

24             MR. OPPENHEIMER:  May we put up slide 57, Pam.

25

BY MR. OPPENHEIMER:

Q    You have prepared a demonstrative for us, Professor Snyder.  Can you tell us what we are looking at and how this relates to the 88 percent risk.

A    These are four scenarios, each of which would contribute to the 88 percent.

So scenario one, neither Simon & Schuster or Penguin Random House wins.  So with respect to the likelihood or potential harm from unilateral effects, that's a no situation. There's no incentive to adjust bids when there's somebody else who is ahead of you.

And then scenario two, one of the merging parties wins and the other does not even participate, from the agency data on multi bid situations, that's 47 percent of the time, as I recall.

I'm not saying that those data are representative, but that's an indication that you don't always even have the head-to-head competition.

Scenario three, PRH wins and S&S is not the competitive constraint.

And four is the reverse.

Those are the situations where, if you knew you were in those, you would not want to make any adjustment to how you compete for acquisitions.

Q    Do any of these four scenarios correspond in a general

1    level to bilateral negotiations?

2    A    I think they do, and this goes to the question of who is

3    the relevant constraint.  So PRH, S&S are in the bilateral

4    negotiation.  They are the prospective winner.  It's theirs to

5    lose.  Who is the competitive constraint?  It's a version of

6    three and four.

7         Again, going back to the Hachette, Little Brown competitor

8    situation -- they are in a one-on-one negotiation with somebody

9    conditioned on a match -- are they going to reduce their offer

10   based on the perception that competition has weakened?  That's

11   the question.

12            THE COURT:  Is now a good time for a break,

13   Mr. Oppenheimer?

14            MR. OPPENHEIMER:  Certainly, Your Honor.

15            THE COURT:  Let's take a 15-minute break at this time.

16   Thank you.

17            (A recess was taken at 11:29 a.m.)

18            THE COURTROOM DEPUTY:  This court is the back in

19   session.  Please be seated and come to order it.

20            THE COURT:  Good morning again.

21            MR. OPPENHEIMER:  Good morning, Your Honor.

22   BY MR. OPPENHEIMER:

23   Q    Professor Snyder, it's good see you again.

24         Before the break there was a little bit of colloquy with

25   respect to Christian books.

```
 1              MR. OPPENHEIMER:  Your Honor, for the record, you
 2    mentioned Macmillan.  I think it's HarperCollins in the
 3    testimony.
 4              THE COURT:  Yes.
 5              MR. OPPENHEIMER:  Okay.
 6    BY MR. OPPENHEIMER:
 7    Q    Just a quick question for you, Professor Snyder, about
 8    your data.  Would you turn again or stay within, this time,
 9    your rebuttal expert report, June 3.
10    A    Okay.
11    Q    And I would like to have you, when you have it, turn to
12    appendix C, page C1.  Is that one of the appendices in your
13    report for the acquisition data you have described?
14    A    Yes.  And, again, at the outset I identified the fact that
15    sometimes you see these two data sets referred to as advance
16    data and sometimes as acquisition data.
17    Q    And if I could draw your attention to C7 of your
18    appendix C.
19    A    C7, yes.
20    Q    Yes.  And if I could draw your attention down to No. 30,
21    the entry No. 30 for HarperCollins, do you see that?
22    A    Yes.
23    Q    So do you see the reference there to general and Christian
24    divisions, all advance levels?
25    A    I do.
```

```
 1   Q    Does that indicate that you included all of Christian when

 2   you did your market share calculation?

 3   A    Yes.

 4   Q    Is it your understanding that Dr. Hill did the same thing?

 5   A    Yes.

 6   Q    So it's included in your current share calculation?

 7   A    Yes.

 8   Q    With respect, not to shares now, but to the incidents, the

 9   frequency with which Penguin Random House and Simon & Schuster

10   are number one and number two, just so we have it in the

11   record, can you tell us what your percentage -- the percentage

12   you arrived at looking at the agency data?

13   A    It will take me a moment to find it.

14   Q    Professor Snyder, if I could direct you to page 76 of your

15   report.

16   A    It's also reflected in slide 16, the earlier

17   demonstrative.

18   Q    Could you read the number into the record for us.

19   A    Again, could you repeat the question.

20   Q    Yes.  What is your percentage -- we know it's not

21   12 percent.  You have said it's lower.  What is your percentage

22   for the frequency of time that Penguin Random House and Simon &

23   Schuster are one and two?

24   A    I recall, without redoing the calculation, about 6 or

25   7 percent.
```

```
1   Q    Okay.  Do you recall a difference between the 6 and

2   7 percent, what accounted for the one point difference?

3   A    I think it was imprint competition.

4   Q    So the lower 6 percent is taking imprint competition into

5   account; the 7 percent is not?

6   A    That's my recollection.

7   Q    Okay.  Thank you.

8        THE COURT:  If I could ask, I thought you said the

9   agency data over-included PRH and S&S.  How does this number

10  become lower?

11       THE WITNESS:  Oh, you're right.  They do overrepresent

12  PRH and S&S.  I think the figures were going from roughly

13  49 percent in the advance data to 57 percent.  But within the

14  agency data, I understood the question to be when are they

15  winner and runner-up.  And that's not 12 percent.  It's 6 to

16  7 percent.

17       THE COURT:  So 12 percent is what would be expected?

18       THE WITNESS:  Correct.

19       THE COURT:  Based on the larger data set?

20       THE WITNESS:  That's correct.

21       THE COURT:  Based on the specific agency data set,

22  their market shares are overrepresented, but it turns out they

23  are head-to-head only 6 or 7 percent of the time.

24       THE WITNESS:  Head-to-head and produce --

25       THE COURT:  One and two.
```

```
 1            THE WITNESS:  Correct.
 2            THE COURT:  6 or 7 percent.
 3   BY MR. OPPENHEIMER:
 4   Q    Professor Snyder, just so we are clear --
 5            THE COURT:  I'm clear.
 6            MR. OPPENHEIMER:  Okay.
 7   BY MR. OPPENHEIMER:
 8   Q    Let's talk a little bit about softening competition.  I
 9   would like to go back to Dr. Hill's theory about that for a
10   second.  What is your understanding of that theory?
11   A    It's pretty much what I said before the break.  It's not
12   about unilateral effects.  It's not about coordinated effects.
13   It's not modeled.  It's the idea that, as Your Honor said,
14   there could be some kind of cascading of effects based on
15   perception, based on knowledge that the merger has taken place,
16   and it happens -- it has to start with reductions in advances
17   by rivals.
18   Q    Is there any empirical analysis that you are aware of in
19   Dr. Hill's work about softening?
20   A    No.
21   Q    Is there any modeling that pertains in Dr. Hill's work to
22   that softening?
23   A    No.  I thought I mentioned that, but definitely not.
24            MR. OPPENHEIMER:  Your Honor, I know, I think, by
25   popular claim, we all decided to spend no more time on the
```

```
 1   second score auction model if we could.  Procedurally, we've
 2   got a lot of potential slides and whatnot for the rebuttal case
 3   to go back into it.  There were certain areas that I did not go
 4   into, specifically the inputs to that model and the description
 5   of the critical threshold calibration test that Professor
 6   Snyder alluded to briefly but did not go into.
 7          What I would like to do now, and I just want to be
 8   mindful of the Court's admonition, to go through those quickly
 9   but to dispose of those two issues.
10          THE COURT:  That's fine.
11   BY MR. OPPENHEIMER:
12   Q    Let's start with inputs to the second score auction model.
13   Do you have any disagreements with the inputs that Dr. Hill
14   used?
15   A    Yes.
16   Q    What are those briefly?
17   A    The two inputs into the second score auction model are
18   market shares of the two parties.  You can't put in an
19   alternative diversion ratio, so that's just a requirement.  You
20   use market shares.  And sometimes the description of that input
21   gets a little bit confused with actual diversion ratios, but
22   he's using market shares, and that's one input.
23          And my overall view about the SSA model isn't that it
24   rises and falls on the inputs, but I do have a definite concern
25   about the other input which is margins.
```

1    Q     Would you briefly explain that.

2    A     Yes.  Dr. Hill in his first report estimated the SSA model

3    with inputs for the two parties that were inconsistent.  In the

4    case of PRH, he included operating expenses in the calculation

5    of the margin.  And by including those, of course, that reduced

6    the margin based on that compared to the alternative.  By

7    contrast, with Simon & Schuster, he excluded operating

8    expenses.

9         So he got results in his first report based on those two

10   margins being the inputs.  And the model can be estimated

11   different ways.  Without going into too much detail, you can

12   estimate the model with one party's margin the other party's

13   margin or an average of both.

14        I pointed out in my second report that these two inputs

15   were inconsistent.  And what I did was pick margins that

16   included operating expenses for both PRH and S&S.  And I

17   recalibrated his results.  And I also pointed out the

18   inconsistency in Dr. Hill's first report.

19        In his final report, his third report, Dr. Hill went in a

20   different direction.  He got consistency, but he got it a

21   different way, by excluding operating expenses from both firms'

22   margins.

23        So now we have consistent margins conceptually, but they

24   are not grounded in the actual book level P&Ls that the parties

25   use to make bids.  So consistency not grounded in P&Ls.

1      And I mentioned this maybe quickly in passing yesterday,

2  but the test of reliability developed by Dr. Nathan Miller, who

3  developed the SSA model, it passed for the first iteration of

4  Dr. Hill's estimation in his first report, and then when he

5  responded to my criticism and he redid it, he solved the

6  consistency problem; however, the model becomes unreliable

7  based on Dr. Miller's reliability test.

8  Q    Let me break those in two and we will go through it

9  quickly.

10         THE COURT:  And that reliability test is you compare

11  the actual margins to what the model would predict to be the

12  margins?

13         THE WITNESS:  Correct, Your Honor.

14         THE COURT:  Okay.

15  BY MR. OPPENHEIMER:

16  Q    What is the effect of having higher margins on the SSA's

17  assessment of harm?

18  A    So in general, the greater the margins, the greater the

19  harm.

20         MR. OPPENHEIMER:  Pam, could we get slide 58.

21         Your Honor, we will not be adverting to obviously any

22  of the efficiencies bars

23  BY MR. OPPENHEIMER:

24  Q    Professor Snyder, I just want to draw your attention to

25  this slide, which is the estimated percent decreased and

combined entities' average author compensation 2015 to 2020.

Can you tell us, what is it that we are seeing in this? And just direct your comments, please, to the first two bars, those being adjustments with Dr. Hill's margins, and then with corrected margins.

A     Yes.  Focusing on the first two, what I was referring to as Dr. Hill's results from his first report, that's depicted in the first column.  And the average is -- average predicted reduction in author compensation is 6.1 percent.  And that's an average of roughly an 11 percent prediction downward for Simon & Schuster and about a 4 percent predicted reduction for Penguin Random House.  And that corresponds to an aggregate harm.  Even though Dr. Hill did not report it in his first report, I think he doesn't disagree that that corresponds to 29.3 million in annual harm.

THE COURT:  Can you just tell me, that's 6.1 percent of what?  I thought this was like a billion-dollar market, so I am getting confused now about where we are getting these numbers.

THE WITNESS:  The percentage reduction refers to the average percentage reduction in author compensation post merger for Penguin Random House and Simon & Schuster.

So if you predict an average of 6 percent for them --

THE COURT:  So you are adding up what their author compensation was?

1          THE WITNESS:  Correct.

2          THE COURT:  Okay.  And it's 6.1 percent of that, of

3    just the two merged parties?

4          THE WITNESS:  Correct.

5          THE COURT:  Okay.

6          THE WITNESS:  And I admit I can't remember the

7    specific details, but I think the way Your Honor described it

8    was right.  And recall that in the SSA model, there is no loss

9    in market share for the parties, so I don't think you need to

10   make an adjustment for a change in base.

11         THE COURT:  Okay.

12         THE WITNESS:  Should I continue?

13   BY MR. OPPENHEIMER:

14   Q    Yes.  Tell us what the second bar depicts.

15   A    The second bar is what I presented in my second report

16   replying to Dr. Hill.  And when I say with corrected margins,

17   that's my version of corrected.  Now they are consistent with

18   respect to operating expenses.  They are included in both.  And

19   by including operating expenses, consistent with the answer I

20   gave earlier, when you input to the model lower margins, it

21   reduces harm.  And here it reduces the average percent author

22   compensation from 6.1 percent down to 4.3 percent, and then the

23   aggregate annual harm falls by a corresponding amount.

24   Q    Okay.  And you mentioned the reliability test for the

25   second score auction model.

1    First of all, I understand the judge understands the basic

2 mechanism of that test, but would you clarify for us, what is

3 the purpose of that test?  What is the consequence of failing

4 that test?

5 A    Well, there's no specific cutoff that says the test is not

6 reliable based on a divergence between the predicted margin and

7 what the individual firm's margin is.  Dr. Hill and I agree on

8 that.  It turns out that, in his first iteration, the predicted

9 margins for each were very close.

10 Q    Before you go on, maybe we can help put this in context

11 for you.  We will bring up for you to talk off of slide 60.

12         MR. OPPENHEIMER:  Try slide 64.

13         Thank you.

14 BY MR. OPPENHEIMER:

15 Q    Would you tell us what this is.  It says Hill's SSA model

16 fails reliability test, but would you describe this grid for

17 us.

18 A    Sorry I'm pausing.  There was a slight divergence with my

19 hard copy.  But as I was referring to his first iteration,

20 that's obviously the left-hand column, the row here is S&S

21 margin prediction error.  So S&S margin predicted by the model

22 was 5 percent below its actual margin and vice versa for the

23 prediction margin with respect to PRH.

24     When you go to his third report where he now has

25 consistency but higher margins because he's excluding operating

1   expenses from both PRH and S&S, the predictions versus actuals

2   diverge greatly.  So the top row, the model is predicting an

3   S&S margin that is 50 percent higher than its actual margin,

4   and the lower, the second row, is predicting a 33 percent lower

5   margin for PRH compared to actual.

6        This is the -- this is telling you whether the model is

7   making sense of the inputs and the outcomes.  And what this

8   failure of the reliability test means is that the results are

9   not reliable.

10  Q    Thank you.  Lets move on now quickly, and we can close up

11  on the GUPPI.

12           MR. OPPENHEIMER:  And, Your Honor, for the same

13  reason, some of this may, I guess, come up in rebuttal.

14  BY MR. OPPENHEIMER:

15  Q    Do you have an opinion as to whether Dr. Hill's GUPPI

16  analysis addresses the issues you have identified in the second

17  score auction?

18  A    It does not.

19  Q    Just very briefly, why is that?

20           MR. OPPENHEIMER:  And may we bring up slide 15.

21           THE WITNESS:  So we are going to skip over the

22  equation mercifully.  It's an equation that applies to any

23  industry.  It's a calculation.  I said it's not an equilibrium.

24  It doesn't account for competitor responses or for author agent

25  adjustments.  But in terms of the core issue of does it fit, it

```
 1   has the same problems with SSA.  It doesn't account for the
 2   full extent of the mix of acquisition processes.  The GUPPI
 3   calculations don't cover, for example, one-one-one
 4   negotiations.  It doesn't account for agents' ability to select
 5   among acquisitions and make adjustments.  It doesn't account
 6   for imprint competition.  And there are no rival responses.
 7   Q    Did you also perform some analysis whereby you corrected
 8   the inputs to the GUPPI model?
 9   A    I did.
10   Q    Did you prepare a demonstrative to show us the results of
11   that analysis?
12   A    I did.
13        MR. OPPENHEIMER:  We should perhaps pause one second,
14   the famous formula.  We will go to 64.
15        There we go.  Okay.
16   BY MR. OPPENHEIMER:
17   Q    Can you tell us what we are looking at here?  And,
18   Professor Snyder, you can ignore the third column because that
19   has a calculation for efficiencies.
20   A    Yes.
21        THE COURT:  I'm sorry, can you just explain -- nobody
22   has explained how the GUPPI analysis actually works.
23        MR. OPPENHEIMER:  Oh.
24        THE WITNESS:  Then may I go to the equation?
25        THE COURT:  Yes, because it's hard for me to
```

understand how it works without understanding the equation.

MR. OPPENHEIMER:  You have made Professor Snyder's day.

Could we go to 62.

Thank you.

There you go, Your Honor.

THE WITNESS:  So this is the single formula that would be applied to any industry; electric vehicles, pharmaceuticals, video streaming.

MR. SCHWARZ:  You said 62?

THE WITNESS:  I think it's 60.

THE COURT:  Can you explain like on a broad level what it's trying to do?

THE WITNESS:  Yes.  So what it's trying to do is answer the question, okay, I'm a firm, I am thinking about exercising market power before the merger, and I've got this series of competitors out there.  And before the merger, you take into account the loss of sales if you were to reduce in this context advances or loss of acquisitions.

And then it's asking the question, okay, now what if you merge with one party.  Some of those lost sales are diverted to the party you acquire.  So good, good, I'm more likely to exercise market power.  And then how valuable is that diversion.  Well, I want to take into account how profitable it is for the other party that gets those sales that's now part of

```
 1   my own firm.  That's basically the numerator here.

 2              THE COURT:  Okay.

 3              THE WITNESS:  And the diversion is measured here so it

 4   could be here, from Simon & Schuster would be A, to Penguin

 5   Random House, B, and then the margin for Penguin Random House.

 6   That's the basic intuition.

 7              THE COURT:  Okay.  So that's a percentage of the

 8   premerger author comp?

 9              THE WITNESS:  Right.

10              THE COURT:  What's pass-through?

11              THE WITNESS:  Pass-through could be a variety of

12   numbers based on market conditions.  Dr. Hill, when he

13   calculated the GUPPI, he used two different pass-through rates.

14              THE COURT:  But what is pass-through?

15              THE WITNESS:  Oh, it's the pass-through to, in this

16   context, authors, how much does this affect them.

17              THE COURT:  Meaning -- can you explain that more.

18              THE WITNESS:  If in the context of multi round

19   auctions you got a reduction of 4.7 percent in advances, after

20   the merger, Dr. Hill assumes that all of that would be harm to

21   authors, a hundred percent of it would mean harm.

22              THE COURT:  What would be the alternative?

23              THE WITNESS:  The alternative would be, I think, to

24   take into account the baked-in competitor pricing.  So not all

25   of the diversion would be to just the party you acquire.  Some
```

1    of it would be to other parties, and you would have less loss

2    to authors.  And he makes a 50 percent assumption --

3          THE COURT:  So you are saying if it -- if the

4    diversion would go, not just to the party you are acquiring,

5    but to other competitors?

6          THE WITNESS:  It does go to -- in the GUPPI index, it

7    goes to other parties.  So if the diversion in the numerator

8    from A to B is 15 percent --

9          THE COURT:  Then 85 percent is going to other parties?

10          THE WITNESS:  Correct, Your Honor.

11          THE COURT:  I'm trying to understand the pass-through

12    though.  The alternative to all the harm going to authors is

13    the harm going where?

14          THE WITNESS:  Some of it gets, in effect, mitigated by

15    the fact that there are other rivals, that those other rivals

16    are not changing their prices.  But the way I understand

17    Dr. Hill's view is that basically mitigates some of the harm.

18          This question might be better posed to Dr. Hill, but

19    I'm giving you my understanding of what he did.

20          THE COURT:  Okay.  I'm not sure I totally understand

21    that, the pass-through part of it, but I kind of understand

22    this.

23          Go ahead, Mr. Oppenheimer.

24    BY MR. OPPENHEIMER:

25    Q    Is there a GUPPI -- does the GUPPI formula apply to

1    bilateral negotiations, for example?

2    A    No.  And Dr. Hill didn't calculate it for bilateral or

3    so-called one-on-one negotiations.

4    Q    And does the GUPPI calculation typically across all of its

5    versions produce a lower harm figure than the second score

6    auction model?

7    A    I think that depends on the particular formats and

8    assumptions.  Both models -- excuse me.  Both the SSA model and

9    the GUPPI calculations always predict some harm.  That

10   direction is something that always happens.

11          THE COURT:  I thought he said that he did a GUPPI

12   calculation that was hybrid which would take into account

13   bilateral negotiations.

14          THE WITNESS:  My understanding was that his -- this

15   slide would show single round and hybrid on the bottom, and

16   that's where I think he dealt with the shift to best bids.  I'm

17   not sure if I am answering your question, Your Honor.

18          THE COURT:  I understand.  I thought he said that.  I

19   might be wrong.

20          THE WITNESS:  If we can go back to the other slide.

21   BY MR. OPPENHEIMER:

22   Q    Formula?

23   A    No, for the results.

24   Q    Yes.  If we can switch back to the results, let me just --

25   this is the slide correcting some of the flaws in Dr. Hill's

1   GUPPI, yield small harm, that slide?

2   A    I just wanted to add there's no row here for one-on-one

3   negotiations or preempts.

4   Q    Can you explain what you are showing on this chart.  And

5   if you would, for the record, read in the numbers as you go.

6          MR. OPPENHEIMER:  This is slide 60.

7          THE WITNESS:  Yes.  So the first column is labeled

8   number one, but I just wanted to point out that, again, this is

9   produced in Dr. Hill's third report, but he's using the same

10  margins as input as he did in the SSA model in his first

11  report.

12  BY MR. OPPENHEIMER:

13  Q    Dr. Snyder, just so we are clear, on the far left-hand

14  column, you divided this into multi round, single round hybrid?

15  A    Based on what Dr. Hill did.

16  Q    Thank you.

17  A    He calculated it for these two groups.

18  Q    Thank you.

19  A    And his predicted result is 10.3 percent for the multi

20  round.  And for the single round slash hybrid, it's

21  5.2 percent.  And these are converted from negative numbers to,

22  going back to the formula, to positive numbers.

23  Q    And what is column two?

24  A    Column two is the adjustment I get when I use, instead of

25  the diversion according to share, I use the agency prediction.

1    And we talked about that being about 7 percent versus 12.  And

2    when I use the margins that I used in my second report, and

3    those margins are the ones that include operating expense for

4    both parties, the results there are multi round price pressure

5    is 4.7 percent, and 2.3 percent for single round slash hybrid.

6    Q    So taking the 2.3 percent for the single round hybrid, you

7    are saying, with adjusted margins, that is the harm predicted

8    by that run of the GUPPI?

9    A    That's right.  And you will see the same relationship in

10   Dr. Hill's column number one.  And that difference reflects the

11   different pass-through rates.

12        What you see in column two with my alternative inputs are

13   numbers that are lower, but they have the same relationship,

14   two to one relationship, because of the -- I'm following

15   Dr. Hill's assumptions there about a hundred percent

16   pass-through versus 50 percent pass-through.

17        And if I may, what's important here is, again, this model

18   always produces some harm.  All GUPPI calculations do.  Here

19   what we are seeing is lower price pressures as a result of the

20   merger when you use these alternative inputs.

21        And there is not, Your Honor, a clear consensus on what's

22   the trigger line where you say, aha, this is a problem.  As the

23   originators of the GUPPI calculations commented, this is much

24   more of a screening device.  But with respect to when do you

25   actually proceed to further modeling and, for example, merger

simulations and so on and so forth, I believe that the
consensus is 5 percent.

     So with these corrections, the GUPPI calculations are
saying, it's my understanding, people may disagree, would say
let's stop there.

BY MR. OPPENHEIMER:

Q    When you say let's stop there, I just want to be clear,
when you refer to this as a screening device, not even do
further empirical or modeling work?

A    If this is all you did, you would stop.

Q    And can you combine in some way the different harm
predictions for multi round from the different harm predictions
for single round hybrid?

A    Are you talking about combine the first row and the second
row?

Q    Sure, yes.

A    I don't know.  I haven't tried to do it.

Q    Has Dr. Hill provided a mechanism to do that?

A    I don't recall.

Q    If you were to apply this type of even screening analysis
to all of the acquisition transactions in the publishing world
at any market segment, it doesn't matter, would you have to
know, in order to apply it, what percentage of acquisitions
were multi round and what were single round hybrid?

A    I think you would want to take that into account, but that

```
 1   goes to a deeper issue that I think -- forgive me.  I think the
 2   whole modeling and calculation exercise in this context is
 3   difficult because agents choose, and none of these approaches
 4   account for what agents select, and then agents adjust and
 5   sometimes go in one path and then go into another path.  So I
 6   wouldn't press that too far.
 7   Q    Let's talk a little bit about the market.  What is your
 8   understanding of the market that Dr. Hill has identified?
 9   A    Dr. Hill, he identifies the broad market, but he proposes
10   a market segment based on advances of $250,000 or higher and he
11   identifies these as anticipated top sellers.
12   Q    And did you reach an opinion about whether Dr. Hill's
13   proposed market for so-called anticipated top sellers is a
14   relevant antitrust market?
15   A    I concluded that it is not, and there are four main
16   reasons that I have in my head about what the fundamental
17   problems are.
18            MR. OPPENHEIMER:  Let's put up --
19   BY MR. OPPENHEIMER:
20   Q    Let me ask you this.  Do you have a view on the use of
21   price, just price, to define a market?
22   A    My view on price is that price can help you corroborate a
23   proposed market, but it should not be and I don't believe it
24   has been used as the sole means of identifying a market
25   segment.
```

```
 1   Q    Do you see a logic for the proposed market using a cutoff
 2   of $250,000 advances?
 3   A    No.  And if I could just go through some of the basic
 4   reasons, one is when you observe the market above and below
 5   that level, the basic industry functions are the same.  If you
 6   publish a book for an advance of a hundred thousand or a
 7   million, it's the same basic steps.  So the functions aren't
 8   different.
 9        In addition, publishers as well as agents don't operate
10   differently above and below the threshold.  So before I return
11   to just the function part, my view is, if you just think about
12   those two factors, it calls into question the validity of this
13   market.  The functions are the same, industry participate --
14   excuse me, industry participants don't operate differently.
15        That's in contrast to other situations where you see the
16   differences above and below a certain threshold or you see
17   differences with respect to different customers, but you don't
18   have those differences here.
19        With respect to the functions, the slide is up, I don't
20   think I need to go through them, but they are the same below
21   and above.
22   Q    What is the economic significance of the fact that the
23   functions don't differ below and above the $250,000 threshold?
24   A    Well, it gives you a more robust view of what competition
25   is.  One of the factors I mentioned yesterday is that there is
```

a large number of publishers who operate just below the
$250,000 threshold.  Those are publishers by definition that
are already doing all these functions, and it's just a question
of, instead of spending, for example, a million dollars on five
contracts, might they go to 400,000 on two and then the
remainder on another.  That would put them in the market.
That's one difference.

Q    There's been some discussion about marketing, and you
mention it in your demonstrative here.  What about the point
that has been discussed that sometimes publishers market books
with higher advances with different levels of marketing, how do
you assess that in your analysis?

A    Well, here I think it's important to keep in mind the
basic distinction between the marketing functions and the
marketing spend.  The functions are going to be basically the
same.  In today's world, you do the search optimization.
Ideally you get some social media traction.  You try to get the
book reviewed.  With respect to brick and mortar retailers, you
try to get the book on the shelf and ideally on the display
table.  I forgot if I mentioned you try to get the book
reviewed.  But you want to generate publicity about the book.

      So the basic functions are not different.  The marketing
spend does vary with advance level.  And I agree with that
general proposition.  Dr. Hill presented some data showing that
the marketing spend after the fact increases by certain buckets

1    of advance levels.  So there's a positive relationship based on

2    actual spending.

3         I'm not surprised to see that, but, I mean, if you think

4    about it, if a publisher commits to a million-dollar advance

5    versus a $200,000 advance, the publisher is going to need to

6    recoup that so they are going to spend more money at the

7    outset.  And if the book gets traction in the sense that a book

8    for which they spent a lot of money ends up being a real best

9    seller, they are going to keep spending.  So that's going to

10   generate that positive relationship.

11        But there's all kinds of variants around that

12   relationship.  A very well-known author might be able to

13   basically sell the book herself or himself.  So that

14   relationship is going to have a lot of variables or noise.  But

15   in the end, I don't see anything surprising in what Dr. Hill

16   presented.  I don't disagree with the numbers.  It just doesn't

17   tell me that you should use a cutoff of $250,000.

18             MR. OPPENHEIMER:  Let's put up demonstrative slide 28.

19             This is a demonstrative that we exchanged with the

20   government recently.

21   BY MR. OPPENHEIMER:

22   Q    Would you tell us what we are looking at here, Professor

23   Snyder.

24   A    Yes.  So the top of this exhibit is a reproduction of what

25   Dr. Hill presented in his third report, his reply report.  It

1    draws on my advance data which, as I have indicated, goes

2    through the end of 2021.  So the time period here is 2019 to

3    2021.  And it reflects his proposed cutoff.

4         So on the left-hand side are market shares, and that's

5    what's shown vertically.  But on the left-hand side, that's for

6    the 0 to $250,000 range.  And then the right-hand side, it

7    shows those market shares for his proposed market segment.

8         Before going back to the market shares, if I could just

9    point out that I supplemented this market share analysis that

10   he presented with information that I think helps clarify what

11   are we talking about in terms of number of contracts and total

12   advance dollars.  This came up very early in the trial.

13        In the 0 to 250,000 segment, the number of contracts over

14   this three-year period is almost 26,000.  In the right-hand

15   side for contracts that pass the 250,000 threshold, about

16   3,500, if you divide by 3, we get the numbers that we have

17   heard talked about in the range of 11 or 12 hundred books

18   that -- or contracts that fall into that category.

19        On the bottom I have used the advance data that Dr. Hill

20   relied on to identify the total advances.  And what you see on

21   the left-hand side is 1.2 billion for the category from 0 to

22   250,000.  I will mention that, because the data don't include

23   all publishers, that might be a little bit low, but it's fine.

24        And then on the right-hand side, that's where much more of

25   the dollar advance action is.  It's 3.2 billion.  If you add

1    those up together, it's 4.4 billion to 4.5 billion in that

2    three-year time period for both segments.

3    Q    And what point was Dr. Hill making with this to justify

4    the division of the market segment at $250,000?

5    A    I think this is a, you know, maybe the core of his

6    argument or at least one of them.  What he's saying is look at

7    this break.  And he says look at the change in market shares,

8    they must be telling me something.

9         Now, when you go from the left-hand column to the

10   right-hand column, what you see very dramatically is that the

11   non-Big 5 publishers, their share drops from 45 percent down to

12   9 percent.  And conversely, the group of Big 5 grows

13   substantially to the right.

14        Now, there's some interesting details here that I think

15   are worth noting.  Hachette's share goes down.  They are light

16   blue.  The others are for Macmillan, not a big change.  For

17   Simon & Schuster, an increase from 9 to 12.  What's really

18   interesting is look at HarperCollins.  It goes from 11 percent

19   to 25 percent.

20   Q    Excuse me.  These data are confidential.

21   A    Sorry.

22        MR. OPPENHEIMER:  Your Honor, perhaps it would

23   simplify things -- I don't believe that we have objection to

24   this, but if we put this demo into evidence as Plaintiff's

25   963A.  963 has already been admitted.  I don't think there's

```
1   any dispute about any of the numbers.  And then we could refer
2   to the blocks.  We wouldn't have to read in any of the numbers
3   and Your Honor would have it.
4            MR. SCHWARZ:  It's already in evidence.  No objection.
5            MR. OPPENHEIMER:  Okay, Your Honor.
6            THE COURT:  Okay.
7            MR. OPPENHEIMER:  If we can call this with the number
8   of contracts in total advance dollars at the bottom 963A, we
9   would move its admission at this time.
10           THE COURT:  That's admitted.
11           MR. SCHWARZ:  No objection.
12           (Plaintiff's 963A received in evidence.)
13  BY MR. OPPENHEIMER:
14  Q    Professor Snyder, if we just discuss the conclusions
15  without reference to the specific percentages.  Thank you.
16  A    Is it okay to proceed by just identifying them by number 1
17  through 5 with the different colors?
18  Q    Yes.  Are you numbering from the top or bottom?
19  A    From the top.
20  Q    Sure.
21  A    So light blue is No. 1.  The publisher I was just
22  mentioning is No. 4 in maroon increases its share from
23  11 percent below 250,000 to 25 percent above.
24       So when I see this, it goes back to the fundamental
25  question is this threshold arbitrary.  And I think Dr. Hill's
```

 1  argument is that it's not arbitrary.  We see this divergence,

 2  these changes in market shares, at 250,000.  That change must

 3  be telling us something fundamental about the market.  But when

 4  I look at this, why is it 250?  Why --

 5          THE COURT:  He did a number of different advance

 6  levels, not just 250.

 7          THE WITNESS:  He did for things like the HMT and

 8  other -- he did.

 9          THE COURT:  I thought his report said 250 is not a

10  magic --

11          THE WITNESS:  It's not a magic number.

12          THE COURT:  It works -- his analysis, he says, works

13  at 100, 250, 500, 1 million.

14          THE WITNESS:  Let's take a look at the next slide, see

15  if it works for 50.  I think, Your Honor, I'm not disagreeing

16  that the market shares change, and maybe that doesn't pose a

17  problem.  But for me it does.  Why use one threshold?  Why not

18  use two?  Why use 250?  Why not use 50?  And what's depicted on

19  the next slide is a different cut, and that's zero to 50,000

20  and then 50,000 to a million, and then a million and above.

21          And if Dr. Hill's analysis works all the time, let me

22  just look at this and see if that actually plays out, I don't

23  think so, or at least raises questions.

24  BY MR. OPPENHEIMER:

25  Q    Are you comparing the drop of the non-Big 5 at 50,000 on

1    this slide No. 29 to the prior drop on Exhibit 963?

2    A    That's one of the things I would look at, yes.

3    Q    Just focusing on that, what is your observation about

4    that?

5    A    Well, on the previous slide, and this is, I think, sort of

6    a basic agreed-upon fact, above 250,000, the non-Big 5 have 9

7    or 10 percent share.

8         When we go to this presentation, you ask the question

9    where does that drop really happen.  Most of it happens at

10   50,000.  The non-Big 5 go from 58 percent share below 50,000

11   down most of the way to 9 or 10 at the $50,000 threshold.  So

12   they go from 58 down to 17.

13   Q    And can you describe for us the observations you make

14   about the number of contracts in total advance dollars at these

15   different cutoffs than Dr. Hill made?

16   A    Yes.  I find this useful to understand where the contracts

17   are, where are the dollars.  And I won't read the numbers.

18   Maybe I should.

19        MR. OPPENHEIMER:  Your Honor, may we go ahead without

20   objection and admit slide 29 in evidence?  That way he won't

21   have to articulate the numbers.

22        THE COURT:  Any objection.

23        MR. SCHWARZ:  No objection, Your Honor.

24        THE COURT:  That will be admitted.

25

```
 1   BY MR. OPPENHEIMER:

 2   Q    You can proceed.

 3   A    Thank you.  So in the 0 to 50,000, we have over 17,000

 4   contracts.  In the 50,000 to a million, we have roughly 11 and

 5   a half million contracts.  And then the one million and above,

 6   we have 694.  So over three years, that's an average of 231

 7   contracts annually.

 8        On the advances, recall that the total advances in the

 9   previous slide was 4.4.

10   Q    We don't have to articulate the numbers because Her Honor

11   will have these.  If you go column, that will be fine.

12   A    45 percent of the advances are in the right-hand column,

13   the total advance dollars, associated with those 694 contracts.

14        THE COURT:  Can I just ask, are markets ever defined

15   by who the main players are in the market?

16        THE WITNESS:  I think who is your competitor, who are

17   you more likely to compete with, is one of the ways that you

18   can corroborate a market.  I don't want to offer too much in

19   the way of obviously any kind of legal opinion on that, but I

20   think my reading is that's one of the things you look at, who

21   do you compete against and how often.

22        THE COURT:  Including who your primary competitors

23   are?

24        I'm just -- in economics, is that something?  Is that

25   a thing in economics?
```

1          THE WITNESS:  It wouldn't be the first thing I would

2     go to to define a market.  But I think it is useful to ask,

3     does it make sense in terms of who is competing.

4          So, for example, if you had a merger in the accounting

5     world and you said, well, we are going to look at the top

6     accounting firms in the world, and there is going to be a

7     merger for a group of customers who are -- who have different

8     characteristics, the top accounting firms would be the ones

9     most likely to compete.  So I would get the logic in that

10    context.

11         THE COURT:  Okay.  Go ahead.

12    BY MR. OPPENHEIMER:

13    Q    Do you get the logic in this context, Professor Snyder?

14    A    I don't.  If I may, I found this striking because if you

15    go back to the fourth of the Big 5 on this chart, and recall

16    from the previous slide that particular entity was gaining a

17    lot of share if you looked at it at the 250 cutoff.

18    Q    These are the red bars?

19    A    These are the red bars.  Go back to Your Honor's question.

20    Now go to the next slide and say, well, at what threshold does

21    that particular publisher become a much more frequent winner.

22    It's not at 250.  It's at 50.

23         So this doesn't negate the idea that you want to look at,

24    you know, what are the shares and so forth, but to me, it

25    establishes that this is just arbitrary, because if you are

```
 1    looking for changes in the number of competitors or the shares
 2    of competitors, there's nothing special about 250,000.
 3              THE COURT:  So I think the evidence reflects that at
 4    higher advance levels, you are less likely to get the non-Big 5
 5    publishers competing because they just don't have as much
 6    money.  And so I'm just wondering, like within economics, can
 7    be you define a market by, I guess, the number of people who
 8    are able to compete at a certain level?
 9              THE WITNESS:  And, Your Honor, you talk about
10    something -- a different threshold above 250 --
11              THE COURT:  I'm not really thinking so much about
12    thresholds.  I'm just thinking about -- I think the most
13    relevant, and correct me if you disagree, bar is the purple
14    one.  That's the one that -- because they are the ones who may
15    be priced out at the higher advance levels.
16              And the question is, can it be a different market just
17    because, at certain levels, people are not competing or not
18    likely to compete, can that help define a market?
19              THE WITNESS:  So if --
20              THE COURT:  Without thinking about the numbers, I'm
21    just saying, are there some markets where, although they
22    compete on a broad market, they just don't compete on a higher
23    end scale because they can't?
24              THE WITNESS:  Conceptually that may be the case.  It's
25    not what I see here because --
```

```
 1          THE COURT:  Conceptually it's possible?

 2          THE WITNESS:  It's possible.  But what economics tells

 3  us to do and what the guidelines tell us to do is check the

 4  numbers.  The numbers of competitors by itself is important.

 5  And then I think Your Honor's question goes to do they have the

 6  capacity to compete, can they actually do it.

 7          So the numbers show more than 30, increasing number of

 8  publishers securing contracts above 250,000, and then you

 9  recall the analysis that I did on the maximum contracts that

10  individual publishers are making over a certain time period,

11  and 15 of them are making contract deals in excess of a million

12  dollars.

13          THE COURT:  So it has to take into account everyone

14  who can compete and not the ones who do?

15          THE WITNESS:  Correct, because when you get to the

16  issue of the exercise of market power, you have to ask will

17  there be constraining influences even from parties that don't

18  have a big market share.

19          So I also did the analysis that showed that even

20  though the non-Big 5 only won a certain percent, they were

21  winner or runner-up 23 percent of the time.  So all of my

22  analysis fits together to establish that there's a lot of

23  competition above that particular threshold.

24          The other thing I just want to say is post merger, we

25  are not going to eliminate imprint competition, in my opinion,
```

1    within PRH, and we are not going to eliminate competition with

2    the other three firms, Hachette, HarperCollins, and Macmillan.

3            THE COURT:  Thank you.

4    BY MR. OPPENHEIMER:

5    Q    If we were to use the method from Dr. Hill's chart of

6    looking to see where market share of the non-Big 5 falls off,

7    where do you see it falling off most significantly, at $250,000

8    advance level or at the $50,000 advance level?

9    A    Non-Big 5 share drops off much more substantially at the

10   $50,000 level just in terms of numbers.

11   Q    And if we were to measure market concentrations of the

12   acquisition of books with advances of $50,000 and up, would we

13   have a concentrated market?

14   A    I can't do the HHI calculations in my head, but you would

15   have a substantially less concentrated market.  Am I correct

16   your question was about 50 to a million?

17   Q    Yes.

18   A    Substantially less concentrated.

19        I should just mention, though, I am not proposing this as

20   an alternative market definition.  And I know you asked me to

21   think about the effect on concentration.  Given what I said

22   earlier about functions and operations, I don't like the idea

23   of any price cutoff.

24   Q    And would you agree with me that there is no structural

25   presumption for the acquisition book market that includes all

1   advance levels?

2   A    That's correct.  If I can remember the basic numbers, post

3   acquisition, the HHI is roughly 1,100 or 1,200 and the change

4   is under 400.  So if you apply the grid that Dr. Hill used, and

5   it reflects the merger guidelines, that's outside the range

6   where there would be any presumption of harm.

7   Q    You have also raised the issue of whether books generating

8   a $250,000 advance are anticipated to be top sellers.  What is

9   your concern there?

10  A    Well, this is the adjacent part of the market definition.

11  It's not just about the dollar cutoff.  It's the idea that

12  there are books that you can anticipate that will be in this

13  category and the -- excuse me, the guidelines provide guidance

14  around so-called price discrimination markets.  And what is

15  required is identification, meaning, okay, we all anticipate

16  such and such an author is going to be a best seller.  That's

17  the identification part.  And then the second part is

18  targeting.

19       The issue raised by this claim that this is a price

20  discrimination market calls into question can you reliably

21  anticipate?  I would say for some, yes.  Can you target?  Very

22  difficult given competition.

23  Q    And why is that?  Why is it difficult even if you could

24  identify the target?

25  A    Well, Your Honor, I would just focus on the right-hand

1  side there.  It's more likely that the authors who get a

2  million dollars or more are going to fall into the category of

3  anticipated.  I mean, there's probably more of a consensus.

4  I'm not saying everybody agrees, but it's more likely that the

5  answer to the question do publishers anticipate the author to

6  be a top seller, there's going to be more likelihood that

7  there's a consensus, that they are going to say yes.

8      But then on the right-hand side, that raises the question

9  of targeting, right?  Okay.  These are anticipated.  We can

10  identify them.  Are publishers actually going to be able to

11  lower advances to authors would generate about 230 books a

12  year?  Who are they?

13      A lot of them are going to be very well-known authors or

14  celebrities, authors with track records, and it's exactly those

15  authors who have the most leverage.  It's also those authors

16  for whom, as I testified yesterday, common factors in terms of

17  valuation are going to be relatively more important.

18      So if you are talking about an author with a very strong

19  track record, he or she's going to have -- may have a

20  relationship with one publisher, but other publishers would

21  look very fondly on the prospect of getting that author because

22  they can see the track record.  Common factors are more

23  important.

24  Q    By the way, does Dr. Hill ever actually identify a retail

25  sales level for books that he identifies as top sellers?

```
 1   A     I don't recall that being in the record.

 2              MR. OPPENHEIMER:  Lets bring up slide 31.

 3   BY MR. OPPENHEIMER:

 4   Q     Does Dr. Hill see a one-on-one relationship between

 5   anticipated top seller and the books that make the cutoff into

 6   his $250,000 market?

 7   A     No.  This is his trial testimony, and I will just read the

 8   very last part after the dash.  Some books are in our market,

 9   but they are probably not anticipated top sellers and vice

10   versa.

11   Q     Just briefly on the hypothetical monopsonist test, did you

12   analyze it?

13   A     I did.

14   Q     What conclusions can you draw, if any, from Dr. Hill's

15   hypothetical monopsonist test?

16   A     I think he testified that it doesn't necessarily validate

17   his demarcation point, and I would agree with him.

18        The hypothetical monopsonist test in this contest is past

19   at any dollar threshold 1,000, one million.  So it's not much

20   of a test if the test is always passed.  It tells us that the

21   way he set it up, self-publishing is not a relevant

22   alternative.  It doesn't constrain potential exercise of

23   monopsony power here.  But given that it passes at all dollar

24   thresholds, it's not informative about what threshold to

25   select.
```

```
 1   Q    Have you seen anything in the modeling or empirical or
 2   theoretical work that Dr. Hill provided that would enable you
 3   as an economist to segment the market for the acquisition of
 4   books into subsets of some kind based on advance levels?
 5   A    Based on advance levels, the answer is no.
 6   Q    Is there an allegation in this case of harm to consumers
 7   in the sale of books?
 8   A    No.
 9   Q    Does that have any relevance to your economic analysis?
10   A    Not much.  As I pointed out, consumers read what
11   publishers acquire.  There's a one-to-one relationship between
12   books and the acquisition rights.  But there's no allegation of
13   harm.  It just focuses attention on the so-called upstream
14   market.
15         THE COURT:  I think there is an allegation that lower
16   advance levels could lead to a less variety and a smaller
17   number of books.  That's in the record.
18         THE WITNESS:  I stand corrected.  I don't recall that
19   allegation in Dr. Hill's analysis, but it may have been made by
20   somebody else.
21   BY MR. OPPENHEIMER:
22   Q    Putting aside the allegation, Professor Snyder, have you
23   seen anything in Dr. Hill's work that models that issue or
24   deals with it as an empirical matter?
25   A    Of that, I'm pretty sure the answer is no.
```

1          THE COURT:  Can I go back to relevant market for a

2    minute.

3          It seems to me reasonable to think that not all books

4    are equal in the market.  There's such a wide variety of them.

5    There's so many of them and so many different contracts.  And

6    it does seem that this is an industry that's very focused on

7    anticipated sales.  It's kind of the driving force in this

8    industry which books are going to sell because it's a business.

9    And there's been a lot of testimony about kind of a portfolio

10   of business, you are looking for the ones that are going to hit

11   big, that a large percentage of the profits are generated by a

12   small number of books.

13         So this whole industry appears to be driven by

14   anticipated sales.  And so that's the factor that determines

15   what you bid for the advance level.  And then later on they are

16   always assessing that's the factor that determines how much we

17   are going to market the book.  If they see that it looks like

18   the sales are going to go well, later in the process after the

19   auction, they increase their marketing budgets, they try to

20   create the buzz.  Everything is about sales.

21         It just seems to me reasonable that the books are not

22   all the same, and some books are going to be treated

23   differently because they are expected to sell well.  And then

24   the question is just, how do you identify those books?  Because

25   I guess the ones that are going to sell well do require more

1    sales, more distribution, more marketing, right?  Because if
2    your book is not going to sell, you don't need all that.
3        It just seems to me intuitive that there should be
4    some kind of a segmentation based on the number of sales and
5    that the higher selling books might need different services and
6    that the authors who wrote those books might have different
7    expectations.  So putting aside advance levels, doesn't that --
8    is that consistent with your view of this market?
9        THE WITNESS:  Short answer is yes, Your Honor.  There
10   is something about books that are anticipated to be best
11   sellers, and authors and the agents who represent them are
12   going to be looking for a set of services.  One of the
13   advantages that individual firms in the Big 5 have is that they
14   have reputations because they have been in business a long time
15   and fundamentally economists talk about reputations being a
16   function of repetition.  So I get that and I accept that.
17       But that doesn't -- then the issue for me would be how
18   do we draw a cutoff.  Is it concentrated.  And then also
19   whatever cutoff we make, or two cutoffs, do authors have -- are
20   they vulnerable to targeting, I think I have made that clear,
21   especially at the high end.  I think that's a very dubious
22   proposition.
23       The other thing I would point out is that while
24   reputation and that comfort level with known Big 5s, I get, I
25   accept, there are other publishers that are really credible

```
 1    with anticipated top sellers.
 2          I mean, I am not an industry expert, but I get the
 3    impression Norton is viewed as super high quality.
 4          THE COURT:  Yes.
 5          THE WITNESS:  And then you have interestingly entrants
 6    who don't have any track record, but they are proceeding to
 7    launch their businesses with reputable editors.
 8          So, again, I am going to what's -- are there relevant
 9    competitive constraints on individuals in the Big 5.  And of
10    course you are going to get competition within them, but
11    there's also going to be competition from outside.
12          But I think you're right, there is this comfort level
13    that draws authors and agents to for sure consider the Big 5,
14    but it's not only them, and then there's competition within
15    them.
16          THE COURT:  Thank you.
17    BY MR. OPPENHEIMER:
18    Q    Have you determined any differences in the any of the
19    services you have identified, any of the functionalities that
20    would enable you to draw a line in the market at a particular
21    advance level?
22    A    No.  And I mentioned I distinguish between marketing spend
23    and marketing function.  I agree the marketing spend is going
24    to be higher as you go to higher advance buckets, as Dr. Hill
25    depicted.
```

1  Q    We have also heard testimony that for books that are

2  acquired at lower advance levels, that they can get -- they can

3  themselves generate buzz, they might come out at a particular

4  time when the topic that they address is hot, and that

5  marketing spend will adjust to go up for them too.  How, if at

6  all, does that factor into your analysis?

7  A    So in general my view is that if you think about this from

8  the point of view of the acquiring publisher, they make a

9  decision about what they are willing to spend.  That puts them

10  in a situation where right out of the gate they are going to

11  want to spend more and put in more effort for books in the

12  higher advance category.

13      There are exceptions to that.  Maybe, as I mentioned,

14  there are authors who make that really easy, and the effort to

15  get publicists and reviewed and shelf space really just go

16  smoothly.

17      But the distinction here is you've got the upfront

18  efforts, but then you have the ongoing efforts.  And there the

19  paths diverge a little on how well the book is doing.

20      So I see the positive relationship, but again, it's about

21  spending.  It's not about different functions.

22      I will just go back to the point that now all books you

23  are going to try to optimize on search mechanisms.

24  Q    Let's talk a little bit about the broad market for the

25  acquisition books, just close that off.

1        What is your view on the acquisition -- on the market for

2   the acquisition of all books of this merger?

3   A    It's competitive, highly competitive, and it will remain

4   so post acquisition.

5            MR. OPPENHEIMER:  Let's bring up slide 22.

6   BY MR. OPPENHEIMER:

7   Q    Professor Snyder, what are we looking at here in slide 22?

8   A    This is market shares for the --

9   Q    And let's not call them out.  Just describe them.  Don't

10  call the numbers out.

11  A    Okay.  This is market shares for the two parties.  And

12  then it shows in the blue box they are combined.  And this is

13  for the broad market over the time period 2019 to 2021, and it

14  uses as a data source my advance data.

15           MR. OPPENHEIMER:  Your Honor, this is Defendants' 382

16  in demonstrative form.  We would move its admission.

17           THE COURT:  Any objection?

18           MR. SCHWARZ:  No objection.

19           THE COURT:  This will be admitted.

20           (Defendants' 382 received in evidence.)

21           MR. OPPENHEIMER:  And it will be a confidential

22  exhibit, Your Honor.

23           THE COURT:  Yes.

24  BY MR. OPPENHEIMER:

25  Q    Did you examine the concentration in the market for the

1   acquisition of all the books, Professor Snyder?

2   A    I did.  And I have a slide depicting the HHI calculation

3   and the change in HHI calculation.  I tried to do this from

4   memory a little while ago, and I think I was basically right.

5   Post acquisition the market will remain unconcentrated with the

6   HHI being less than 1,200 and the change, which is on the

7   vertical axis, is 353.  That puts this far away from the area

8   where there is a structural presumption of anticompetitive

9   harm.

10          MR. OPPENHEIMER:  Your Honor, this is Defendants' 426

11  in demonstrative form.  I move its admission.

12          MR. SCHWARZ:  No objection.

13          THE COURT:  This will be admitted.

14          (Defendants' 426 received in evidence.)

15  BY MR. OPPENHEIMER:

16  Q    Professor Snyder, I would like to turn to a different

17  topic now, and that the 2013 merger of Penguin and Random

18  House.  Do you have that in mind?

19  A    Yes.

20  Q    Is that merger informative for you in analyzing the likely

21  effects of the current merger?

22  A    It's informative, but that was in 2013.  So if you look at

23  the history before and after, I mean, things have changed.  But

24  it is informative at some level.

25  Q    Are there -- first of all, what is your basic conclusion

1    with respect to the 2013 merger that would be most directly

2    applicable to our analysis today of this merger?

3    A     So the number one thing and number mum two thing that I

4    looked at was output and advances.  Output measured by titles

5    increased by 13 percent using Dr. Hill's three years before,

6    leave out 2013, three years after.

7         So if you just compare the three years before to three

8    years after, titles increased by 13 percent.

9         So as an economist, that's really fundamental to just look

10   at output.  It increased.

11   Q     Professor Snyder, is that in the $250,000 and up segment?

12   A     Yes.

13   Q     Any other observations, general observations, from the

14   2013 merger?

15   A     When I look at average advances, I think I am allowed to

16   describe this, Your Honor, without the table, what I found was

17   that if you -- instead of treating the whole range 250,000 and

18   up, if you think about it in terms of buckets, I looked at the

19   bucket from 250 to 500 thousand, average advances increased.

20        I looked at the bucket from 500,000 to a million, average

21   advances increased.  And when I look at it from a million to

22   two million, average advances increased.

23        I am doing this from memory.  When you go beyond that

24   level, the data are really noisy because small numbers and the

25   averages don't increase.

```
 1              MR. OPPENHEIMER:  Pam, if you could put up
 2    Defendants' 385.
 3              Your Honor, we would like to move for the admission of
 4    Defendants' 385.  There's no objection as I understand it.
 5              MR. SCHWARZ:  Let me see it.
 6              No objection.
 7              THE COURT:  All right.
 8              (Defendants' 385 received in evidence.)
 9    BY MR. OPPENHEIMER:
10    Q    What are we looking at in Defendants' 385, Professor
11    Snyder?
12              MR. SCHWARZ:  Excuse me.  I don't actually have a
13    copy, but I think it's in --
14              MR. OPPENHEIMER:  The only notes it has are mine.
15    BY MR. OPPENHEIMER:
16    Q    What are we seeing in Defendants' Exhibit 385, Professor
17    Snyder?
18    A    We are looking at average advances per title over the time
19    period 2010 to 2021, and these aren't by bucket.  These are by
20    different thresholds.  So the bottom in light blue is for all
21    categories.  And then you move to the green, that's for average
22    advances above a hundred thousand dollars.  And then the next
23    one up, red is for average advances for 250,000 and above.  And
24    then the top one is for average advances for 500,000 and above.
25    Q    And what does this tell you?
```

```
1    A    It's a different way to look at what I just described.  I

2    actually prefer, as I have reflected on it, looking at these as

3    buckets rather than different thresholds.

4         I gave a summary of what I learned looking at the

5    different buckets, but what you see is that average advances

6    overall, and the key reference point is 2013, I don't see any

7    systematic reduction in average advances using this

8    methodology.  In fact, I see increases or flat.

9    Q    And you had alluded --

10        MR. OPPENHEIMER:  Take that down, Pam.  Thanks.

11   BY MR. OPPENHEIMER:

12   Q    You alluded earlier to the fact that there's some high

13   variation in both the $4 million level of the advance testimony

14   data because of small numbers.  What did you mean by that?

15   A    Sorry, Mr. Oppenheimer, would you --

16        THE COURT:  I don't think we need to understand that.

17        Is this a good time for a lunch break?

18        MR. OPPENHEIMER:  Yes.

19        THE COURT:  Let's take our lunch break at this time,

20   and we will resume at 2:00.  Thank you.

21        (A luncheon recess was taken at 12:56 p.m.)

22                           - - -

23

24

25
```

```
1                    C E R T I F I C A T E

2

3          I hereby certify that the foregoing is an

4    accurate transcription of the proceedings in the

5    above-entitled matter.

6

7

8    8/17/22                  s/ Tammy Nestor
                              Tammy Nestor, RMR, CRR
9                             Official Court Reporter
                              333 Constitution Avenue NW
10                            Washington, D.C. 20001
                              tammy_nestor@dcd.uscourts
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2843

MR. FISHBEIN: [1] 2729/17
MR. FRACKMAN: [35]
2734/20 2734/22 2736/3
2737/9 2737/12 2737/21
2738/3 2739/6 2739/11
2739/13 2740/1 2740/14
2740/20 2741/3 2741/13
2742/18 2742/22 2743/8
2743/14 2743/20 2743/22
2744/7 2744/17 2745/7
2745/12 2745/15 2746/9
2746/14 2747/9 2747/15
2748/7 2748/13 2749/2
2757/25 2772/23
MR. OPPENHEIMER: [34]
2773/11 2775/14 2776/18
2779/20 2793/24 2795/14
2795/21 2796/1 2796/5
2799/6 2799/24 2802/20
2805/12 2806/12 2806/20
2807/13 2807/23 2808/2
2812/6 2815/18 2818/18
2820/22 2821/5 2821/7
2823/19 2831/2 2837/5
2837/15 2837/21 2838/10
2840/1 2840/14 2841/10
2841/18
MR. PETROCELLI: [1]
2729/13
MR. READ: [1] 2729/8
MR. SCHWARZ: [18]
2729/24 2732/16 2733/7
2734/10 2734/18 2749/4
2772/22 2774/15 2775/12
2779/16 2808/10 2821/4
2821/11 2823/23 2837/18
2838/12 2840/5 2840/12
THE COURT: [122] 2729/2
2729/12 2729/16 2729/19
2732/9 2733/6 2734/9
2734/17 2734/19 2734/21
2736/1 2737/8 2737/10
2737/20 2737/24 2738/15
2739/10 2739/12 2739/23
2741/6 2741/18 2742/20
2743/4 2743/11 2743/18
2743/21 2744/1 2744/14
2745/3 2745/10 2745/14
2745/20 2746/11 2747/6
2747/12 2747/18 2748/9
2749/1 2749/3 2749/12
2758/5 2772/24 2773/8
2773/12 2774/16 2775/13
2779/17 2786/2 2786/13
2787/1 2787/23 2788/7
2788/10 2789/6 2789/8
2789/11 2789/24 2790/12
2795/12 2795/15 2795/20
2796/4 2798/8 2798/17
2798/19 2798/21 2798/25
2799/2 2799/5 2800/10
2802/10 2802/14 2803/16
2803/24 2804/2 2804/5
2804/11 2807/21 2807/25
2808/12 2809/2 2809/7
2809/10 2809/14 2809/17
2809/22 2810/3 2810/9

2811/18 2821/6 2821/10
2822/5 2822/9 2822/12
2823/22 2823/24 2824/14
2824/22 2825/11 2826/3
2826/11 2826/20 2827/1
2827/13 2828/3 2832/15
2833/1 2835/4 2835/16
2837/17 2837/19 2837/23
2838/13 2840/7 2841/16
2841/19
THE COURTROOM
DEPUTY: [2] 2729/3
2795/18
THE WITNESS: [52]
2773/10 2786/10 2786/20
2787/4 2788/3 2788/8
2788/20 2789/7 2789/10
2789/20 2789/25 2798/11
2798/18 2798/20 2798/24
2799/1 2802/13 2803/20
2804/1 2804/4 2804/6
2804/12 2806/21 2807/24
2808/7 2808/11 2808/14
2809/3 2809/9 2809/11
2809/15 2809/18 2809/23
2810/6 2810/10 2810/14
2811/14 2811/20 2812/7
2822/7 2822/11 2822/14
2824/16 2825/1 2826/9
2826/19 2826/24 2827/2
2827/15 2832/18 2834/9
2835/5

**$**

$10 [1] 2757/14
$10 million [1] 2757/14
$200,000 [1] 2818/5
$250,000 [13] 2783/7 2790/1
2815/10 2816/2 2816/23
2817/2 2818/17 2819/6
2820/4 2828/7 2829/8
2831/6 2839/11
$4 [1] 2841/13
$4 million [1] 2841/13
$5 [1] 2769/1
$5 billion [1] 2769/1
$50,000 [4] 2823/11 2828/8
2828/10 2828/12

**'**

'22 [3] 2744/19 2747/1
2765/13

**0**

02886 [1] 2726/3

**1**

1 million [1] 2822/13
1,000 [1] 2831/19
1,100 [1] 2829/3
1,200 [2] 2829/3 2838/6
1.2 billion [1] 2819/21
10 [5] 2736/22 2753/8
2753/18 2754/11 2823/11
10 percent [1] 2823/7
10.3 percent [1] 2812/19
100 [1] 2822/13
10022 [1] 2727/7
10036 [1] 2727/4

1066 [1] 2755/18
1089 [1] 2734/6
11 [2] 2819/17 2824/4
11 percent [3] 2803/10
2820/18 2821/23
113 [1] 2755/15
11:29 [1] 2795/17
12 [3] 2813/1 2819/17
2820/17
12 percent [12] 2781/12
2782/22 2783/8 2785/19
2786/21 2790/4 2790/15
2791/5 2793/21 2797/21
2798/15 2798/17
12.3 percent [1] 2730/23
12.5 percent [1] 2789/15
12:56 [1] 2841/21
13 percent [2] 2839/5 2839/8
15 [2] 2806/20 2827/11
15 percent [1] 2810/8
15-minute [1] 2795/15
16 [1] 2797/16
17 [2] 2726/6 2823/12
17,000 [1] 2824/3
184 [2] 2777/6 2777/10
190 [1] 2778/22
1997 [1] 2755/18
1999 [1] 2726/19

**2**

2.3 percent [2] 2813/5
2813/6
2000 [1] 2753/2
20001 [2] 2727/13 2842/10
20004 [1] 2727/10
2001 [1] 2753/17
2004 [1] 2771/25
2006 [1] 2736/25
2010 [2] 2731/21 2840/19
2011 [2] 2754/10 2755/14
2012 [1] 2737/15
2013 [16] 2731/7 2737/5
2737/11 2758/14 2759/17
2761/1 2761/4 2761/5
2761/7 2762/19 2838/17
2838/22 2839/1 2839/6
2839/14 2841/6
2014 [1] 2772/16
2015 [2] 2755/16 2803/1
2017 [2] 2755/15 2759/16
2018 [2] 2755/17 2771/19
2019 [2] 2819/2 2837/13
2020 [34] 2730/16 2731/2
2735/18 2744/5 2744/18
2744/22 2745/10 2748/4
2749/18 2750/14 2752/3
2756/5 2756/9 2756/11
2756/12 2757/20 2758/9
2759/11 2760/2 2762/16
2764/23 2764/25 2765/15
2766/3 2766/5 2766/7
2766/17 2766/21 2766/23
2767/5 2803/1
2021 [11] 2752/4 2759/16
2765/2 2765/6 2765/22
2766/20 2772/6 2819/2
2819/3 2837/13 2840/19
2022 [11] 2726/6 2745/10

2765/8 2765/10 2765/11
2765/16 2776/21 2777/5
2025 [5] 2757/21 2758/10
2759/12 2759/24 2760/3
20530 [1] 2726/15
21-02886 [1] 2726/3
22 [3] 2837/5 2837/7 2842/8
23 [1] 2827/21
230 [1] 2830/11
231 [1] 2824/6
240 [1] 2755/14
246 [1] 2753/16
248 [1] 2772/5
25 [1] 2734/1
25 percent [2] 2820/19
2821/23
250 [9] 2822/4 2822/6
2822/9 2822/13 2822/18
2825/17 2825/22 2826/10
2839/19
250,000 [11] 2789/21
2819/13 2819/15 2819/22
2821/23 2822/2 2823/6
2826/2 2827/8 2839/17
2840/23
26 [2] 2731/8 2758/13
26,000 [1] 2819/14
27 [1] 2755/17
276 [1] 2772/5
28 [1] 2818/18
281 [1] 2771/18
2886 [1] 2729/4
29 [2] 2823/1 2823/20
29.3 million [1] 2803/15
299 [1] 2771/18
2:00 [1] 2841/20

**3**

3,500 [1] 2819/16
3.2 billion [1] 2819/25
30 [4] 2771/25 2796/20
2796/21 2827/7
300 [2] 2771/18 2771/23
31 [1] 2831/2
311 [1] 2771/18
33 percent [1] 2806/4
333 [2] 2727/13 2842/9
341 [1] 2755/17
349 [1] 2771/25
353 [1] 2838/7
359 [1] 2749/11
36 [2] 2754/10 2755/14
38 [1] 2771/25
382 [2] 2837/15 2837/20
385 [5] 2840/2 2840/4
2840/8 2840/10 2840/16

**4**

4 percent [1] 2803/11
4.3 percent [1] 2804/22
4.4 [1] 2824/9
4.4 billion [1] 2820/1
4.5 billion [1] 2820/1
4.7 percent [2] 2809/19
2813/5
400 [1] 2829/4
400,000 [1] 2817/5
401 [1] 2727/10
426 [2] 2838/10 2838/14

**4**

45 percent [2] 2820/11 2824/12
450 [1] 2726/15
47 percent [1] 2794/14
49 percent [1] 2798/13

**5**

5 percent [2] 2805/22 2814/2
5.2 percent [1] 2812/21
50 [4] 2822/15 2822/18 2825/22 2828/16
50 percent [9] 2740/7 2740/9 2741/16 2743/16 2743/17 2757/10 2806/3 2810/2 2813/16
50,000 [7] 2822/19 2822/20 2822/25 2823/10 2823/10 2824/3 2824/4
500 [2] 2822/13 2839/19
500,000 [2] 2839/20 2840/24
506 [1] 2772/15
510 [1] 2772/15
568 [1] 2772/5
57 [1] 2793/24
57 percent [1] 2798/13
58 [2] 2802/20 2823/12
58 percent [1] 2823/10
593 [1] 2772/15
599 [1] 2727/7
5s [1] 2834/24

**6**

6 percent [4] 2744/20 2791/6 2798/4 2803/23
6.1 percent [4] 2803/9 2803/16 2804/2 2804/22
6.2 [3] 2773/21 2773/22 2774/19
60 [3] 2805/11 2808/11 2812/6
62 [2] 2808/4 2808/10
64 [2] 2805/12 2807/14
694 [2] 2824/6 2824/13

**7**

7 percent [7] 2797/25 2798/2 2798/5 2798/16 2798/23 2799/2 2813/1
702 [11] 2747/22 2750/18 2750/20 2752/1 2752/7 2752/18 2753/5 2767/6 2771/4 2771/7 2771/10
702's [1] 2753/1
708 [1] 2753/16
76 [1] 2797/14

**8**

8/17/22 [1] 2842/8
833 [2] 2754/9 2755/13
85 percent [1] 2810/9
88 [1] 2793/21
88 percent [7] 2785/22 2785/24 2791/25 2793/13 2793/15 2794/4 2794/6
89 [2] 2754/10 2755/5

**9**

9 percent [1] 2820/12

**90**
91 [1] 2756/2
963 [2] 2820/25 2823/1
963A [1] 2820/25 2821/8 2821/12
970 [2] 2734/6 2755/17
9:30 [2] 2726/7 2729/1

**A**

a.m [3] 2726/7 2729/1 2795/17
Abby [1] 2727/2
ability [3] 2754/7 2759/4 2807/4
able [6] 2767/23 2786/11 2788/21 2818/12 2826/8 2830/10
about [105] 2730/6 2730/14 2731/4 2733/21 2734/25 2736/11 2737/8 2738/11 2738/21 2738/21 2741/22 2742/4 2744/13 2747/22 2747/25 2749/25 2750/25 2755/4 2756/9 2758/8 2761/25 2762/3 2762/5 2762/7 2764/11 2765/6 2767/14 2767/17 2773/17 2774/25 2775/4 2776/15 2776/25 2777/13 2779/23 2780/3 2780/4 2780/11 2780/14 2781/20 2782/14 2782/17 2782/19 2783/1 2785/5 2786/13 2787/5 2791/21 2792/4 2792/19 2792/19 2792/23 2796/7 2797/24 2799/8 2799/9 2799/12 2799/12 2799/19 2800/23 2800/25 2803/11 2803/18 2808/15 2813/1 2813/1 2813/15 2814/14 2815/7 2815/12 2815/16 2816/11 2817/8 2817/9 2817/21 2818/4 2819/11 2819/15 2819/17 2821/1 2822/3 2823/3 2823/14 2826/2 2826/9 2826/11 2826/12 2826/20 2828/16 2828/21 2828/22 2829/11 2830/11 2830/18 2831/24 2833/9 2833/20 2834/10 2834/15 2836/7 2836/9 2836/20 2836/21 2836/24 2839/18
above [16] 2816/4 2816/10 2816/16 2816/21 2816/23 2821/23 2822/20 2823/6 2824/5 2826/10 2827/8 2827/23 2840/22 2840/23 2840/24 2842/5
above-entitled [1] 2842/5
absent [2] 2748/19 2781/10
Absolutely [1] 2740/1
accept [2] 2834/16 2834/25
access [1] 2780/4
accommodated [1] 2757/7
accomplished [1] 2736/14
according [5] 2741/7 2742/21 2756/7 2778/8 2812/25 2836/4

**90**
2808/2 2809/24 2811/12 2814/25 2815/4 2827/11
accounted [1] 2798/2
accounting [4] 2760/5 2825/4 2825/6 2825/8
accurate [3] 2777/15 2780/23 2842/4
achieved [5] 2737/2 2743/1 2754/6 2754/22 2758/20
acknowledges [2] 2763/5 2782/13
acquire [4] 2749/22 2808/22 2809/25 2832/11
acquired [2] 2787/8 2836/2
acquirers [1] 2735/9
acquiring [4] 2760/23 2770/5 2810/4 2836/8
acquisition [20] 2735/4 2739/4 2759/18 2783/17 2785/11 2796/13 2796/16 2807/2 2814/21 2828/12 2828/25 2829/3 2832/3 2832/12 2836/25 2837/1 2837/2 2837/4 2838/1 2838/5
acquisitions [11] 2737/5 2738/5 2749/20 2758/13 2760/21 2782/21 2782/22 2794/24 2807/5 2808/19 2814/23
across [1] 2811/4
Act [3] 2753/13 2756/1 2767/22
acting [1] 2742/3
action [2] 2726/3 2819/25
actions [1] 2737/3
actual [22] 2730/6 2730/21 2743/15 2743/24 2744/16 2745/2 2746/8 2747/24 2748/23 2763/1 2765/21 2766/1 2766/4 2766/19 2788/23 2800/21 2801/24 2802/11 2805/22 2806/3 2806/5 2818/2
actually [21] 2737/15 2744/12 2757/25 2758/20 2776/7 2780/5 2780/11 2781/4 2781/7 2781/7 2787/15 2788/4 2788/11 2807/22 2813/25 2822/22 2827/6 2830/10 2830/24 2840/12 2841/2
actuals [1] 2806/1
add [2] 2812/2 2819/25
added [1] 2756/11
adding [1] 2803/24
addition [1] 2816/9
additional [4] 2738/12 2756/12 2757/12 2772/20
additions [2] 2746/4 2765/18
address [3] 2742/22 2744/14 2836/4
addresses [1] 2806/16
addressing [2] 2729/21 2734/23
adjacent [1] 2829/10
adjust [3] 2794/10 2815/4 2836/5

**90**
adjustment [3] 2794/23 2804/10 2812/24
adjustments [4] 2785/9 2803/4 2806/25 2807/5
administration [2] 2746/19 2758/22 2765/15
admissibility [1] 2753/4
admissible [1] 2771/3
admission [4] 2821/9 2837/16 2838/11 2840/3
admit [4] 2733/19 2753/7 2804/6 2823/20
admitted [5] 2820/25 2821/10 2823/24 2837/19 2838/13
admonition [1] 2800/8
advance [38] 2760/6 2786/12 2790/18 2790/20 2790/22 2796/15 2796/24 2798/13 2816/6 2817/23 2818/1 2818/4 2818/5 2819/1 2819/12 2819/19 2819/25 2821/8 2822/5 2823/14 2824/13 2826/4 2826/15 2828/8 2828/8 2829/1 2829/8 2832/4 2832/5 2832/16 2833/15 2834/7 2835/21 2835/24 2836/2 2836/12 2837/14 2841/13
advances [26] 2783/7 2784/21 2792/1 2799/16 2808/19 2809/19 2815/10 2816/2 2817/11 2819/20 2824/8 2824/8 2824/12 2828/12 2830/11 2839/4 2839/15 2839/19 2839/21 2839/22 2840/18 2840/22 2840/23 2840/24 2841/5 2841/7
advantages [2] 2776/12 2834/13
adverting [1] 2802/21
advised [1] 2757/9
advisory [1] 2753/1
Aetna [3] 2755/14 2767/10 2769/9
affect [6] 2758/3 2786/7 2788/19 2789/18 2792/15 2809/16
affirmative [1] 2730/6
after [21] 2731/22 2732/12 2732/20 2733/10 2737/16 2759/6 2760/5 2760/23 2761/4 2762/16 2762/18 2764/25 2769/11 2769/12 2809/19 2817/25 2831/8 2833/18 2838/23 2839/6 2839/8
afterwards [1] 2731/18
again [20] 2731/20 2770/16 2773/4 2779/3 2781/18 2782/9 2784/19 2785/10 2785/13 2790/8 2795/7 2795/20 2795/23 2796/8 2796/14 2797/19 2812/8 2813/17 2835/8 2836/20
against [3] 2782/6 2787/21 2824/21

2845

**A**

agencies [1] 2754/2
agency [13] 2776/13 2778/3
2778/8 2778/15 2779/8
2780/16 2782/25 2794/13
2797/12 2798/9 2798/14
2798/21 2812/25
agent [2] 2785/9 2806/24
agents [8] 2787/22 2793/23
2815/3 2815/4 2815/4
2816/9 2834/11 2835/13
agents' [1] 2807/4
aggregate [3] 2785/19
2803/12 2804/23
aggressive [1] 2755/20
aggressively [2] 2787/11
2790/10
ago [4] 2734/1 2736/5
2782/19 2838/4
agree [9] 2743/11 2750/13
2763/13 2778/19 2805/7
2817/23 2828/24 2831/17
2835/23
agreed [2] 2729/20 2823/6
agreed-upon [1] 2823/6
agrees [1] 2830/4
aha [1] 2813/22
ahead [5] 2776/7 2794/11
2810/23 2823/19 2825/11
aid [1] 2733/8
al [1] 2726/6
align [1] 2761/1
all [60] 2730/9 2731/12
2732/1 2733/12 2734/15
2735/2 2735/20 2738/19
2739/22 2744/4 2744/8
2744/8 2744/14 2744/17
2746/10 2747/17 2748/10
2749/11 2752/25 2756/18
2757/15 2762/5 2768/8
2772/10 2772/17 2778/10
2781/1 2782/1 2783/9
2788/20 2789/25 2796/24
2797/1 2799/25 2805/1
2809/20 2809/24 2810/12
2811/4 2813/18 2814/10
2814/21 2817/3 2818/11
2819/23 2822/21 2827/21
2828/25 2829/15 2831/23
2833/3 2833/22 2834/2
2836/6 2836/22 2837/2
2838/1 2838/25 2840/7
2840/20
allegation [5] 2832/6 2832/12
2832/15 2832/19 2832/22
alleged [1] 2751/1
allow [1] 2755/23
allowed [3] 2772/7 2777/18
2839/15
allowing [2] 2757/13 2771/25
alluded [3] 2800/6 2841/9
2841/12
almost [3] 2757/15 2783/5
2819/14
along [1] 2768/12
already [5] 2769/6 2793/5
2817/3 2820/25 2821/4
also [27] 2732/24 2737/13
2745/20 2752/23 2754/25

alter [1] 2757/11 2768/2
2768/2 2769/4 2769/23
2770/12 2771/7 2771/24
2772/4 2776/13 2781/5
2791/2 2797/16 2801/17
2807/7 2827/19 2829/7
2830/15 2834/18 2835/11
2836/1
alter [3] 2785/1 2786/1
2786/5
alternative [9] 2800/19
2801/6 2809/22 2809/23
2810/12 2813/12 2813/20
2828/20 2831/22
although [6] 2735/7 2751/22
2769/5 2771/5 2826/21
always [9] 2742/24 2794/17
2811/9 2811/10 2813/18
2831/20 2833/16
am [31] 2729/22 2730/2
2733/23 2734/25 2738/24
2739/5 2739/23 2740/2
2740/7 2743/12 2748/9
2748/12 2758/5 2776/19
2777/11 2777/17 2778/2
2778/4 2786/3 2789/12
2789/18 2793/8 2803/18
2808/15 2811/17 2828/15
2828/19 2835/2 2835/8
2839/15 2839/23
amendment [1] 2753/2
AMERICA [2] 2726/3 2729/4
among [8] 2737/18 2739/2
2739/24 2750/18 2760/19
2762/22 2764/17 2807/5
amount [8] 2740/21 2740/23
2741/14 2743/22 2758/10
2759/12 2760/3 2804/23
amounts [4] 2740/5 2744/19
2748/18 2750/10
analogous [2] 2736/23
2754/15
analyses [2] 2779/11
2783/11
analysis [41] 2744/9 2753/9
2755/2 2755/25 2759/8
2767/14 2767/19 2768/11
2769/16 2769/19 2769/25
2770/7 2770/10 2770/14
2770/17 2771/7 2772/14
2774/3 2778/24 2782/25
2788/19 2789/18 2789/19
2792/2 2799/18 2806/16
2807/7 2807/11 2807/22
2814/20 2817/12 2819/9
2822/12 2822/21 2827/9
2827/19 2827/22 2832/9
2832/19 2836/6 2839/7
analytical [1] 2756/1
analyze [2] 2761/22 2831/12
analyzed [2] 2748/7 2789/12
analyzing [1] 2838/20
Angeles [1] 2726/20
annual [6] 2757/21 2758/10
2759/12 2760/3 2803/15
2804/23
annually [1] 2824/7
another [9] 2732/2 2732/7
2735/5 2743/20 2745/21

2757/11 2807/25 2813/5
2817/6
answer [9] 2780/7 2783/10
2793/17 2804/19 2808/15
2830/5 2832/5 2832/25
2834/9
answered [1] 2792/5
answering [1] 2811/17
Anthem [3] 2732/1 2732/21
2749/9
anticipate [4] 2829/12
2829/15 2829/21 2830/5
anticipated [12] 2747/1
2815/11 2815/13 2829/8
2830/3 2830/9 2831/5
2831/9 2833/7 2833/14
2834/10 2835/1
anticompetitive [3] 2754/19
2773/23 2838/8
antitrust [6] 2726/14 2736/7
2753/12 2753/15 2764/22
2815/14
any [53] 2730/21 2731/6
2735/14 2739/14 2749/7
2751/15 2754/6 2755/12
2762/17 2764/19 2766/25
2768/13 2768/17 2769/24
2770/17 2772/20 2772/20
2777/14 2777/15 2782/13
2784/12 2784/15 2785/1
2792/16 2792/17 2793/20
2793/22 2794/23 2794/25
2799/18 2799/21 2800/13
2802/21 2806/22 2808/8
2814/22 2821/1 2821/1
2821/2 2823/22 2824/19
2828/23 2829/6 2831/14
2831/19 2832/9 2835/6
2835/18 2835/18 2835/19
2837/17 2839/13 2841/6
anymore [1] 2787/12
anyone [2] 2751/24 2763/15
anything [6] 2730/14 2732/6
2749/3 2818/15 2832/1
2832/23
apart [1] 2733/11
appearances [3] 2726/11
2726/22 2729/7
appears [2] 2766/9 2833/13
appendices [1] 2796/12
appendix [2] 2796/12
2796/18
appendix C [1] 2796/18
applicable [2] 2752/6 2839/2
application [1] 2771/8
applied [4] 2752/16 2761/25
2791/25 2808/8
applies [2] 2792/2 2806/22
apply [5] 2763/2 2810/25
2814/20 2814/23 2829/4
applying [2] 2750/21 2771/6
appointed [2] 2735/22
2736/1
appoints [1] 2736/4
approach [4] 2729/6 2753/5
2774/6 2780/20
approached [1] 2769/12
approaches [2] 2815/3
appropriate [1] 2780/8

answer [7] 2757/14
arbitrary [3] 2821/25 2822/1
2825/25
are [320] 2729/9 2729/11
2730/4 2730/11 2731/11
2731/17 2731/24 2732/11
2732/14 2732/25 2733/12
2733/17 2734/11 2735/3
2735/12 2735/17 2735/20
2735/21 2735/21 2736/3
2736/8 2736/9 2736/10
2736/11 2736/14 2736/16
2736/20 2736/24 2737/25
2737/25 2738/1 2738/10
2738/25 2738/25 2739/16
2739/20 2739/20 2739/24
2740/2 2740/17 2741/22
2741/23 2741/25 2742/3
2742/6 2742/7 2742/8
2742/12 2742/20 2743/1
2744/6 2744/11 2744/19
2745/8 2745/10 2745/12
2745/15 2745/20 2746/6
2746/7 2746/7 2746/8
2746/9 2746/15 2747/3
2747/13 2747/21 2747/24
2748/3 2748/18 2748/19
2748/24 2748/24 2750/1
2750/4 2751/1 2751/20
2751/23 2751/25 2752/1
2752/3 2752/4 2752/6
2753/20 2754/12 2754/14
2754/18 2755/8 2755/9
2755/10 2755/11 2755/21
2755/24 2756/3 2756/5
2757/15 2758/2 2760/8
2761/23 2762/3 2762/14
2762/14 2763/2 2763/4
2763/6 2763/7 2763/8
2763/10 2763/11 2766/15
2766/18 2766/19 2766/22
2766/25 2767/9 2768/1
2769/4 2769/21 2771/12
2773/23 2774/8 2775/1
2775/7 2777/9 2777/12
2777/14 2777/15 2778/18
2778/19 2779/14 2779/24
2779/25 2780/5 2781/1
2781/1 2781/2 2781/6
2781/19 2782/4 2782/15
2782/21 2783/2 2783/25
2784/4 2784/8 2785/18
2786/3 2786/4 2786/5
2787/2 2787/2 2787/9
2788/4 2788/6 2788/11
2788/15 2788/16 2789/5
2789/6 2789/8 2789/11
2789/14 2790/2 2790/3
2790/4 2790/9 2790/16
2790/21 2790/25 2791/1
2791/1 2791/3 2791/4
2791/6 2791/6 2791/7
2791/15 2792/9 2792/14
2793/2 2793/6 2793/7
2793/10 2793/12 2793/19
2793/20 2793/23 2794/3
2794/5 2794/16 2794/22
2795/3 2795/4 2795/8
2795/9 2797/10 2797/23

2846

## A

are... [123] 2798/14 2798/22 2798/23 2799/4 2799/18 2800/16 2800/17 2801/24 2803/2 2803/18 2803/24 2804/17 2804/18 2806/8 2806/21 2807/6 2807/17 2808/21 2810/3 2810/4 2810/15 2810/16 2812/4 2812/13 2812/21 2813/3 2813/4 2813/7 2813/12 2813/13 2813/19 2814/3 2814/14 2815/15 2815/17 2816/5 2816/13 2816/20 2817/2 2817/3 2817/15 2817/22 2818/6 2818/9 2818/22 2819/4 2819/11 2820/15 2820/15 2820/16 2820/20 2821/18 2822/25 2823/17 2823/17 2824/12 2824/14 2824/15 2824/16 2824/23 2825/5 2825/7 2825/18 2825/19 2825/24 2825/25 2826/4 2826/8 2826/14 2826/17 2826/21 2827/10 2827/11 2827/25 2828/1 2829/8 2829/12 2830/2 2830/7 2830/9 2830/10 2830/12 2830/13 2830/17 2830/18 2830/22 2831/8 2831/9 2833/4 2833/8 2833/10 2833/10 2833/11 2833/15 2833/17 2833/18 2833/21 2833/22 2833/23 2833/25 2834/10 2834/11 2834/19 2834/25 2834/25 2835/6 2835/8 2835/10 2836/1 2836/9 2836/10 2836/13 2836/14 2836/23 2837/7 2837/12 2838/25 2839/24 2840/10 2840/14 2840/16 2840/18 2840/19
area [2] 2747/21 2838/7
areas [1] 2800/3
aren't [2] 2816/7 2840/19
arguably [1] 2762/4
argue [2] 2748/14 2763/18
argued [2] 2750/18 2751/8
arguing [1] 2764/9
argument [6] 2729/23 2732/10 2733/21 2743/18 2820/6 2822/1
arguments [2] 2749/14 2751/18
arise [1] 2754/19
around [3] 2761/7 2818/11 2829/14
arrange [1] 2751/6
arrived [1] 2797/12
art [4] 2733/1 2746/4 2746/18 2765/18
articulate [2] 2823/21 2824/10
as [93] 2730/2 2730/3 2730/12 2730/22 2732/21 2735/20 2735/20 2736/8 2736/8 2736/16 2736/16 2738/4 2738/5 2738/11

2739/9 2741/9 2741/22 2741/9 2742/6 2744/17 2746/21 2747/1 2747/7 2748/14 2751/2 2752/6 2752/8 2756/3 2756/13 2757/25 2758/15 2758/15 2758/21 2759/1 2759/12 2763/2 2763/16 2765/9 2765/14 2765/16 2765/25 2767/1 2767/4 2767/18 2769/6 2770/20 2772/11 2773/7 2774/6 2777/7 2782/6 2782/13 2787/6 2789/8 2789/11 2790/23 2791/22 2792/2 2794/14 2796/15 2796/16 2799/13 2803/7 2805/19 2806/15 2812/5 2812/10 2812/10 2813/19 2813/22 2814/8 2815/11 2815/24 2816/9 2816/9 2819/1 2820/24 2826/5 2828/19 2830/16 2830/25 2832/3 2832/10 2832/24 2835/3 2835/24 2835/24 2836/13 2837/14 2839/9 2840/4 2841/2 2841/2
ASA [2] 2755/16 2768/3
aside [4] 2730/9 2785/9 2832/22 2834/7
ask [14] 2732/9 2737/8 2744/4 2772/14 2775/22 2777/4 2786/2 2791/2 2798/8 2815/20 2823/8 2824/14 2825/2 2827/16
asked [3] 2781/13 2792/4 2828/20
asking [6] 2748/3 2776/24 2784/8 2784/20 2793/4 2808/20
aspects [1] 2751/16
asserted [2] 2754/3 2770/23
assess [1] 2817/12
assessed [2] 2743/22 2743/25
assessing [1] 2833/16
assessment [1] 2802/17
assessments [1] 2768/19
assist [2] 2736/4 2736/6
associated [1] 2824/13
assume [4] 2740/6 2745/5 2764/9 2789/22
assumed [2] 2768/7 2789/14
assumes [2] 2747/9 2809/20
assuming [1] 2772/8
assumption [4] 2741/17 2782/17 2789/17 2810/2
assumptions [17] 2738/21 2738/22 2756/13 2756/19 2762/8 2762/10 2763/21 2764/1 2764/13 2768/5 2768/10 2768/12 2772/7 2772/9 2772/13 2811/8 2813/15
Astra [1] 2787/17
attempt [2] 2764/18 2770/24
attention [7] 2777/5 2777/21 2778/22 2796/17 2796/20 2802/24 2832/13

audio... [1] 2726/6 2785/7 2786/4 2786/8 2786/17 2800/1 2800/12 2800/17 2804/25 2806/17 2811/6 2833/19
auctions [1] 2809/19
audio [8] 2731/8 2760/5 2761/9 2761/10 2761/11 2761/12 2761/15 2761/21 August [1] 2726/6
author [14] 2777/24 2792/14 2803/1 2803/9 2803/21 2803/24 2804/21 2806/24 2809/8 2818/12 2829/16 2830/5 2830/18 2830/21
authority [1] 2772/14
authors [17] 2750/7 2772/24 2809/16 2809/21 2810/2 2810/12 2830/1 2830/11 2830/13 2830/14 2830/15 2830/15 2834/6 2834/11 2834/19 2835/13 2836/14
availability [1] 2750/8
available [3] 2756/10 2756/12 2762/2
Avenue [4] 2726/19 2727/7 2727/13 2842/9
average [19] 2801/13 2803/1 2803/8 2803/8 2803/10 2803/21 2803/23 2804/21 2824/6 2839/15 2839/19 2839/20 2839/22 2840/18 2840/21 2840/23 2840/24 2841/5 2841/7
averages [1] 2839/25
aware [2] 2764/19 2799/18
away [2] 2788/17 2838/7
axiomatic [1] 2738/13
axis [1] 2838/7

## B

back [18] 2741/18 2745/6 2747/19 2781/14 2783/9 2795/7 2795/18 2799/9 2800/3 2811/20 2811/24 2812/22 2819/8 2821/24 2825/15 2825/19 2833/1 2836/22
background [1] 2778/3
backup [1] 2743/24
baked [1] 2809/24
baked-in [1] 2809/24
ball [2] 2745/5 2791/1
bar [3] 2804/14 2804/15 2826/13
bars [4] 2802/22 2803/3 2825/18 2825/19
base [3] 2737/23 2768/25 2804/10
based [57] 2730/15 2732/9 2737/25 2738/1 2738/4 2738/9 2743/10 2744/10 2745/1 2752/14 2756/19 2757/2 2757/13 2758/12 2759/3 2759/9 2759/22 2760/8 2761/24 2761/24 2762/10 2762/14 2762/24 2765/24 2767/5 2767/6 2767/24 2768/5 2769/13 2771/1 2774/3 2774/18

2780/9 2780/10 2780/21 2782/25 2790/18 2790/21 2792/21 2795/10 2798/19 2798/21 2799/14 2799/15 2801/6 2801/9 2802/7 2805/6 2809/12 2812/15 2815/10 2818/1 2832/4 2832/5 2834/4
bases [1] 2768/9
basic [11] 2781/9 2805/1 2809/6 2816/3 2816/5 2816/7 2817/14 2817/22 2823/6 2829/2 2838/25
basically [5] 2809/1 2810/17 2817/15 2818/13 2838/4
basis [4] 2737/6 2737/6 2750/14 2790/2
be [151] 2729/8 2730/22 2732/6 2732/13 2732/14 2732/22 2733/5 2733/14 2733/15 2733/19 2736/10 2736/14 2736/24 2738/23 2739/10 2741/3 2741/21 2741/22 2742/7 2742/10 2743/1 2743/9 2744/25 2747/7 2747/8 2748/19 2749/9 2749/10 2751/7 2751/11 2751/15 2751/22 2752/5 2753/24 2754/6 2754/8 2754/16 2754/16 2754/22 2754/23 2755/19 2756/5 2757/7 2757/23 2758/20 2758/24 2764/13 2766/9 2766/12 2767/7 2767/17 2767/23 2767/24 2768/12 2769/21 2771/9 2772/11 2773/4 2773/8 2774/22 2774/23 2775/2 2775/9 2776/6 2776/19 2777/17 2780/8 2780/16 2780/19 2780/25 2780/25 2781/1 2781/5 2784/11 2784/13 2785/5 2785/11 2785/19 2785/21 2786/11 2787/14 2788/17 2789/3 2790/9 2791/8 2791/9 2791/9 2791/13 2791/24 2791/25 2792/6 2792/20 2793/8 2793/14 2795/19 2798/14 2798/17 2799/14 2800/7 2801/10 2802/11 2802/21 2808/8 2809/4 2809/4 2809/11 2809/20 2809/22 2809/25 2810/1 2810/18 2811/19 2814/7 2815/23 2817/15 2818/12 2819/23 2820/8 2822/3 2823/24 2824/11 2825/1 2825/6 2825/8 2826/7 2826/15 2826/16 2826/24 2827/17 2829/6 2829/8 2829/12 2829/16 2830/6 2830/6 2830/10 2830/13 2830/17 2833/13 2833/22 2834/3 2834/10 2834/12 2834/17 2835/11 2835/24 2837/19 2837/21 2838/13 2839/14

bears [1]  2771/6
became [3]  2756/10 2756/12 2756/18
because [75]  2730/5 2730/22 2731/14 2732/11 2733/11 2733/13 2734/12 2739/15 2740/7 2740/12 2741/12 2741/21 2743/6 2744/3 2744/23 2745/4 2746/12 2747/3 2747/23 2751/12 2751/19 2752/3 2753/21 2755/19 2755/21 2761/5 2761/11 2761/21 2762/4 2762/18 2765/5 2766/4 2766/8 2766/11 2766/18 2767/3 2767/23 2768/9 2768/18 2771/1 2781/14 2782/18 2784/15 2785/7 2786/4 2786/6 2786/8 2786/16 2787/11 2788/12 2791/24 2793/10 2805/25 2807/18 2807/25 2813/14 2815/3 2819/22 2824/10 2825/14 2825/25 2826/5 2826/14 2826/17 2826/23 2826/25 2827/15 2830/21 2833/8 2833/23 2833/24 2834/1 2834/14 2839/24 2841/14
become [2]  2798/10 2825/21
becomes [2]  2730/20 2802/6
been [25]  2731/20 2732/17 2741/20 2744/23 2751/24 2752/5 2754/18 2767/1 2773/6 2773/25 2774/13 2783/13 2784/23 2785/15 2785/16 2786/7 2791/22 2792/23 2815/24 2817/8 2817/10 2820/25 2832/19 2833/9 2834/14
before [18]  2726/9 2733/25 2751/1 2751/9 2756/18 2757/22 2776/23 2792/16 2795/24 2799/11 2805/10 2808/16 2808/17 2816/10 2819/8 2838/23 2839/5 2839/7
began [3]  2729/1 2756/9 2758/11
begin [1]  2729/20
behavior [2]  2786/6 2786/8
being [14]  2746/11 2755/2 2786/21 2790/1 2790/3 2791/11 2792/25 2801/10 2803/4 2813/1 2818/8 2831/1 2834/15 2838/6
belabor [2]  2730/1 2789/1
believe [6]  2744/9 2754/25 2758/2 2814/1 2815/23 2820/23
believed [1]  2760/12
below [9]  2805/22 2816/4 2816/10 2816/16 2816/20 2816/23 2817/1 2821/23 2823/10
bench [2]  2726/9 2751/5
benefit [2]  2750/6 2766/14
benefiting [1]  2761/17

2726/17 2727/2 2729/5 2729/14 2756/14
best [11]  2733/20 2735/12 2736/19 2736/25 2737/6 2785/11 2785/14 2811/16 2818/8 2829/16 2834/10
bet [1]  2787/18
better [1]  2810/18
between [9]  2744/18 2759/16 2787/1 2798/1 2805/6 2817/14 2831/4 2832/11 2835/22
beyond [2]  2731/1 2839/23
bid [10]  2774/21 2776/4 2783/22 2784/9 2785/1 2785/16 2786/1 2787/11 2794/14 2833/15
bidder [7]  2775/24 2782/22 2783/2 2784/3 2784/23 2785/16 2787/16
bidders [3]  2776/7 2784/2 2786/19
bidding [13]  2780/1 2781/1 2781/22 2781/23 2782/2 2783/21 2784/4 2784/14 2784/16 2787/9 2787/19 2789/5 2793/19
bids [11]  2774/12 2782/12 2783/12 2785/11 2785/11 2785/14 2786/22 2787/25 2794/10 2801/25 2811/16
big [23]  2786/14 2787/21 2787/22 2789/2 2790/9 2790/11 2820/11 2820/12 2820/16 2822/25 2823/6 2823/10 2825/15 2826/4 2827/18 2827/20 2828/6 2828/9 2833/11 2834/13 2834/24 2835/9 2835/13
bilateral [6]  2792/2 2795/1 2795/3 2811/1 2811/2 2811/13
billion [6]  2769/1 2803/17 2819/21 2819/25 2820/1 2820/1
billion-dollar [1]  2803/17
bit [6]  2795/24 2799/8 2800/21 2815/7 2819/23 2836/24
black [2]  2758/5 2758/6
blacked [1]  2758/6
blank [1]  2731/25
blind [1]  2771/20
blindly [1]  2772/12
Block [7]  2754/9 2754/25 2755/5 2755/13 2756/2 2767/9 2767/11
blocks [1]  2821/2
blue [4]  2820/16 2821/21 2837/12 2840/20
book [18]  2766/13 2781/23 2782/2 2784/3 2793/11 2801/24 2816/6 2817/18 2817/19 2817/20 2817/21 2818/7 2818/7 2818/13 2828/25 2833/17 2834/2 2836/19
books [40]  2731/8 2750/8

2783/6 2783/17 2788/13 2788/14 2788/15 2788/17 2795/25 2817/10 2819/17 2828/12 2829/7 2829/12 2830/11 2830/25 2831/5 2831/8 2832/4 2832/7 2832/12 2832/17 2833/3 2833/8 2833/12 2833/21 2833/22 2833/24 2834/5 2834/6 2834/10 2836/1 2836/11 2836/22 2836/25 2837/2 2838/1
both [17]  2733/8 2736/18 2752/21 2758/2 2766/3 2781/22 2790/22 2801/13 2801/16 2801/21 2804/18 2806/1 2811/8 2811/8 2813/4 2820/2 2841/13
bottom [8]  2746/7 2746/10 2746/11 2811/15 2819/19 2821/8 2821/18 2840/20
box [1]  2837/12
break [8]  2795/12 2795/15 2795/24 2799/11 2802/8 2820/7 2841/17 2841/19
brick [1]  2817/18
briefly [5]  2800/6 2800/16 2801/1 2806/19 2831/11
bring [4]  2805/1 2806/20 2831/2 2837/5
broad [7]  2753/6 2756/19 2808/12 2815/9 2826/22 2836/24 2837/13
broaden [1]  2793/17
broadly [2]  2792/10 2792/11
Brown [5]  2784/25 2787/9 2792/14 2792/22 2795/7
bucket [2]  2839/19 2839/20 2840/19
buckets [5]  2817/25 2835/24 2839/18 2841/3 2841/5
budgets [1]  2833/19
burden [5]  2741/8 2741/12 2751/13 2755/7 2764/7
burdens [1]  2730/7
business [10]  2748/23 2748/23 2748/25 2754/14 2765/7 2767/18 2774/1 2833/8 2833/10 2834/14
businesses [3]  2744/24 2762/1 2835/7
buy [1]  2732/5
buying [1]  2741/24
buzz [2]  2833/20 2836/3

---

## C

C1 [1]  2796/12
C7 [2]  2796/17 2796/19
calculate [3]  2780/8 2780/10 2811/2
calculated [2]  2809/13 2812/17
calculating [1]  2790/2
calculation [12]  2768/8 2797/2 2797/6 2797/24 2801/4 2806/23 2807/19 2811/4 2811/12 2815/2 2838/2 2838/3
calculations [8]  2748/23

2813/18 2813/23 2814/3 2828/14
calibration [1]  2800/5
California [1]  2726/20
call [6]  2730/5 2730/7 2746/20 2821/7 2837/9 2837/10
called [6]  2752/19 2789/2 2811/3 2815/13 2829/14 2832/13
calls [2]  2816/12 2829/20
came [4]  2733/15 2760/4 2760/7 2819/12
Campbell [1]  2771/13
can [70]  2730/19 2731/24 2732/9 2733/2 2736/15 2737/8 2739/10 2739/24 2740/6 2740/7 2740/11 2744/14 2748/2 2748/19 2754/2 2774/19 2777/14 2777/20 2777/21 2779/9 2779/22 2780/1 2780/12 2780/14 2780/14 2780/19 2783/6 2786/2 2788/23 2791/8 2791/9 2791/9 2794/3 2797/11 2801/10 2801/11 2803/2 2803/16 2805/10 2806/10 2807/17 2807/18 2807/21 2808/12 2809/17 2811/20 2811/24 2812/4 2814/11 2815/22 2821/7 2823/13 2824/2 2824/14 2824/18 2826/6 2826/16 2826/18 2827/6 2827/14 2829/2 2829/12 2829/9 2830/9 2830/22 2831/14 2833/1 2836/2 2836/6
can't [21]  2730/19 2731/18 2731/20 2732/14 2733/11 2733/12 2733/13 2738/13 2741/9 2741/12 2742/14 2743/6 2748/10 2748/14 2778/14 2780/12 2782/10 2800/18 2804/6 2826/23 2828/14
cannot [9]  2749/9 2749/10 2766/12 2768/18 2768/22 2769/20 2771/2 2776/2 2782/16
Cantor [2]  2727/2 2727/3
capabilities [2]  2761/18
capability [1]  2769/7
capable [1]  2747/15
capacity [1]  2827/6
careful [3]  2742/7 2742/14 2742/16
Carmichael [1]  2752/23
carry [1]  2733/20
cascading [2]  2793/2 2799/14
case [57]  2729/4 2730/2 2732/1 2732/16 2732/21 2733/23 2733/24 2734/1 2734/7 2734/10 2734/11 2734/11 2735/13 2735/16 2735/19 2736/7 2739/14 2739/15 2742/5 2744/9

case... [37]  2749/5 2749/6
2751/3 2752/17 2753/17
2754/10 2755/1 2763/17
2763/23 2764/5 2764/14
2764/22 2767/2 2768/1
2768/14 2768/25 2769/23
2770/16 2770/18 2771/13
2771/18 2772/1 2772/6
2773/18 2774/10 2776/10
2776/14 2778/11 2780/20
2781/4 2781/5 2781/11
2783/18 2800/2 2801/4
2826/24 2832/6
cases [12]  2730/3 2731/24
2732/19 2733/17 2736/3
2736/18 2742/22 2747/24
2750/21 2764/1 2772/10
2785/19
cash [1]  2765/7
categories [3]  2739/17
2756/24 2840/21
category [5]  2819/18
2819/21 2829/13 2830/2
2836/12
celebrities [1]  2830/14
Central [1]  2787/9
certain [21]  2735/20 2758/10
2758/15 2759/12 2759/15
2759/23 2760/2 2760/5
2761/15 2765/13 2765/20
2765/23 2791/10 2791/22
2800/3 2816/16 2817/25
2826/8 2826/17 2827/10
2827/20
certainly [3]  2739/17 2788/3
2795/14
certify [1]  2842/3
cetera [1]  2787/18
chain [1]  2759/25
chance [1]  2789/15
chances [1]  2788/1
change [16]  2737/18 2746/5
2746/20 2765/19 2784/12
2784/25 2787/19 2789/3
2804/10 2820/7 2820/16
2822/2 2822/16 2829/3
2838/3 2838/6
changed [7]  2731/7 2745/16
2746/22 2761/6 2762/24
2789/12 2838/23
changes [3]  2746/15 2822/2
2826/1
changing [1]  2810/16
characteristics [1]  2825/8
charge [1]  2749/19
charged [1]  2743/25
chart [3]  2812/4 2825/15
2828/5
charts [1]  2779/22
check [2]  2763/24 2827/3
checked [2]  2756/14 2790/21
Chemicals [1]  2772/14
choice [2]  2744/2 2744/8
choices [1]  2744/8
choose [2]  2739/24 2815/3
choosing [1]  2739/2
chose [3]  2744/3 2762/22
2763/2

Chris Fran [3]  2787/7
2788/14 2788/15 2788/16
2788/17 2795/25 2796/23
2797/1
Chronicle [1]  2787/18
Chutkan [1]  2734/11
Circuit [4]  2731/25 2749/8
2753/17 2772/15
circumstance [4]  2732/4
2765/6 2784/10 2785/18
circumstances [5]  2733/21
2780/23 2781/21 2785/22
2785/24
cite [2]  2731/24 2733/25
cited [1]  2749/5
civil [2]  2726/3 2729/4
claim [5]  2737/1 2739/19
2754/21 2799/25 2829/19
claims [6]  2730/5 2730/7
2736/23 2748/22 2754/1
2772/6
clarification [2]  2777/3
2791/16
clarified [1]  2752/24
clarify [3]  2790/14 2805/2
2819/10
Clayton [3]  2753/13 2756/1
2767/22
clear [15]  2731/21 2732/25
2733/3 2742/5 2749/8
2766/15 2770/9 2775/2
2776/12 2799/4 2799/5
2812/13 2813/21 2814/7
2834/20
clearly [1]  2740/21
clients [3]  2738/6 2741/10
2759/20
cloak [1]  2772/13
close [8]  2745/15 2746/7
2746/8 2746/10 2746/12
2805/9 2806/10 2836/25
closely [2]  2756/14 2769/24
CO [2]  2726/6 2729/5
coded [1]  2730/24
coding [1]  2731/1
cognizable [8]  2732/23
2732/24 2742/20 2751/25
2754/16 2754/17 2754/21
2767/20
colleagues [1]  2729/15
colloquy [1]  2795/24
colors [1]  2821/17
COLUMBIA [1]  2726/1
column [16]  2779/4 2779/6
2779/8 2803/8 2805/20
2807/18 2812/7 2812/14
2812/23 2812/24 2813/10
2813/12 2820/9 2820/10
2824/11 2824/12
comb [2]  2739/16 2741/10
combine [2]  2814/11 2814/14
combined [3]  2771/21 2803/1
2837/12
come [9]  2732/22 2738/6
2773/2 2781/14 2783/9
2789/25 2795/19 2806/13
2836/3
comes [3]  2732/18 2735/23
2784/1

coming [2]  2762/8 2788/22
commentary [1]  2736/25
commented [1]  2813/23
comments [1]  2803/3
commercial [1]  2761/6
Commission [1]  2753/11
commits [1]  2818/4
committee [1]  2753/1
common [2]  2830/16
2830/22
comp [1]  2809/8
companies [1]  2769/19
company [9]  2732/4 2741/25
2746/25 2752/23 2753/16
2764/16 2765/24 2766/1
2782/5
comparable [1]  2778/24
compare [3]  2780/19
2802/10 2839/7
compared [7]  2759/7
2765/10 2765/14 2765/16
2780/16 2801/6 2806/5
comparing [1]  2822/25
compensation [5]  2803/1
2803/9 2803/21 2803/25
2804/22
compete [12]  2754/8
2787/21 2794/24 2824/17
2824/21 2825/9 2826/8
2826/18 2826/22 2826/22
2827/6 2827/14
competent [2]  2742/14
2756/22
competing [5]  2781/17
2790/9 2825/3 2826/5
2826/17
competition [28]  2774/23
2775/4 2775/11 2781/7
2785/15 2785/20 2788/5
2789/2 2789/4 2790/10
2791/12 2792/20 2792/24
2793/8 2794/18 2795/10
2798/3 2798/4 2799/8
2807/6 2816/24 2827/23
2827/25 2828/1 2829/2
2835/10 2835/11 2835/14
competitive [15]  2782/6
2784/1 2784/5 2784/11
2784/25 2787/19 2788/23
2790/7 2792/6 2792/22
2794/19 2795/5 2835/9
2837/3 2837/3
competitor [5]  2784/22
2795/7 2806/24 2809/24
2824/16
competitors [7]  2733/12
2808/17 2810/5 2824/22
2826/1 2826/2 2827/4
compiled [1]  2762/6
complete [1]  2732/12
completely [3]  2734/3
2747/11 2786/23
component [1]  2735/13
Computer [1]  2772/15
conceded [1]  2763/3
concedes [1]  2750/9
concentrated [5]  2786/23
2828/13 2828/15 2828/18

concentration [5]  2787/2
2787/24 2789/14 2828/21
2837/25
concentrations [1]  2828/11
conceptually [3]  2801/23
2826/24 2827/1
concern [2]  2800/24 2829/9
concerned [2]  2785/5
concerning [1]  2752/7
concerns [2]  2779/8 2792/5
conclude [4]  2739/18
2746/23 2769/20 2781/23
concluded [2]  2769/16
2815/15
concludes [2]  2752/2
2766/17
conclusion [5]  2741/4 2767/9
2779/11 2783/1 2838/25
conclusions [5]  2749/25
2756/3 2772/21 2821/14
2831/14
conditionally [1]  2772/8
conditioned [1]  2795/9
conditions [10]  2761/6
2762/25 2766/9 2776/15
2784/25 2787/20 2788/23
2790/7 2792/22 2809/12
conducted [1]  2770/7
confidential [5]  2733/12
2758/1 2758/3 2820/20
2837/21
configurations [1]  2783/16
confined [1]  2792/18
confirmed [2]  2753/1
confused [2]  2800/21
2803/18
consensus [4]  2813/21
2814/2 2830/3 2830/7
consequence [1]  2805/3
consider [3]  2751/15 2764/17
2835/13
consideration [1]  2734/8
considerations [2]  2759/3
2759/22
considered [2]  2733/18
2751/8 2754/17 2759/13
2764/2
Considering [1]  2760/21
consistency [4]  2801/20
2801/25 2802/6 2805/25
consistent [2]  2763/9 2771/8
2790/19 2801/23 2804/17
2804/19 2834/8
consolidating [1]  2757/15
consolidation [2]  2757/3
2786/14
Constitution [2]  2727/13
2842/9
constrain [1]  2831/22
constraining [2]  2789/5
2827/17
constraint [8]  2782/6 2784/1
2784/5 2784/11 2792/7
2794/20 2795/3 2795/5
constraints [1]  2835/9
consultant [1]  2769/15
consultation [1]  2758/16
consulted [3]  2757/5 2757/8

**C**

consulted... [1] 2759/20
consulting [2] 2764/16
2770/3
consumers [4] 2750/7
2769/22 2832/6 2832/10
Cont [1] 2727/1
contacts [1] 2758/24
contains [2] 2766/24 2776/19
contemplate [1] 2763/17
contemplated [1] 2763/22
contend [1] 2765/5
contest [1] 2831/18
context [12] 2748/25 2773/23
2781/2 2790/1 2792/8
2805/10 2808/19 2809/16
2809/18 2815/2 2825/10
2825/13
contexts [1] 2771/8
continue [5] 2773/18 2785/7
2790/8 2790/11 2804/12
continued [1] 2765/1
continuing [2] 2737/16
2766/21
contract [3] 2732/20 2733/10
2827/11
contracts [18] 2758/23
2769/11 2769/13 2817/5
2819/11 2819/13 2819/15
2819/18 2821/8 2823/14
2823/16 2824/4 2824/5
2824/7 2824/13 2827/8
2827/9 2833/5
contrast [4] 2736/22 2777/1
2801/7 2816/15
contribute [1] 2794/5
control [1] 2793/23
conversely [2] 2786/10
2820/12
converted [1] 2812/21
coordinated [3] 2775/3
2792/19 2799/12
copy [2] 2805/19 2840/13
core [3] 2744/21 2806/25
2820/5
Corporation [2] 2755/15
2771/14
correct [23] 2738/10 2740/19
2743/6 2744/7 2746/14
2748/5 2780/24 2780/25
2785/23 2786/10 2790/17
2791/19 2798/18 2798/20
2799/1 2802/13 2804/1
2804/4 2810/10 2826/13
2827/15 2828/15 2829/2
corrected [5] 2803/5 2804/16
2804/17 2807/7 2832/18
correcting [1] 2811/25
correction [2] 2746/17
2776/23
corrections [1] 2814/3
correlation [1] 2787/1
correspond [1] 2794/25
corresponding [1] 2804/23
corresponds [2] 2803/12
2803/14
corroborate [2] 2815/22
2824/18
corroborates [1] 2782/17

cost [8] 2730/1 2750/18
2754/22 2759/12 2762/3
2767/19 2768/6 2768/7
costs [10] 2754/6 2756/25
2757/19 2758/18 2759/13
2760/6 2762/5 2766/14
2767/14 2767/17
could [63] 2731/15 2732/10
2732/20 2732/22 2732/25
2733/2 2738/17 2738/18
2738/20 2738/23 2739/18
2742/5 2743/3 2743/4
2747/4 2751/7 2751/8
2754/22 2755/25 2757/7
2757/9 2760/19 2762/5
2762/7 2762/9 2764/13
2768/12 2768/17 2770/21
2773/2 2773/4 2774/16
2776/6 2776/17 2777/4
2780/24 2780/24 2780/25
2781/1 2781/5 2783/20
2791/10 2791/19 2793/8
2793/14 2796/17 2796/20
2797/14 2797/18 2797/19
2798/8 2799/14 2800/1
2802/20 2808/4 2809/4
2809/11 2816/3 2819/8
2821/1 2829/23 2832/16
2840/1
couldn't [1] 2733/3
counsel [4] 2729/6 2729/10
2771/16 2771/21
coup [1] 2731/12
coup de grace [1] 2731/12
couple [1] 2783/16
course [10] 2731/17 2739/6
2742/3 2745/7 2779/25
2783/4 2784/11 2792/17
2801/5 2835/10
court [94] 2726/1 2727/12
2729/25 2734/24 2735/6
2735/22 2736/1 2736/4
2736/4 2736/11 2736/12
2736/15 2736/20 2739/6
2739/14 2739/17 2740/11
2740/12 2740/22 2740/23
2741/9 2742/15 2742/23
2742/24 2744/4 2744/10
2744/12 2745/16 2745/18
2746/23 2747/4 2747/15
2748/2 2748/7 2748/13
2749/6 2749/13 2750/23
2751/4 2751/8 2751/11
2751/17 2752/2 2752/24
2755/1 2755/12 2755/23
2756/21 2757/25 2763/18
2763/21 2763/24 2764/2
2764/9 2764/10 2764/13
2764/14 2764/14 2764/18
2764/19 2764/20 2765/4
2766/11 2766/15 2766/17
2766/20 2766/23 2767/11
2767/16 2767/20 2767/24
2768/3 2768/14 2768/18
2768/24 2769/6 2769/7
2769/9 2769/18 2769/18
2769/20 2770/1 2770/16
2770/9 2770/12 2770/18
2770/20 2771/14 2771/20

2795/18 2842/9
Court's [7] 2741/2 2748/6
2752/18 2756/3 2771/5
2771/7 2800/8
court-appointed [2] 2735/22
2736/1
courts [6] 2741/19 2747/17
2753/5 2753/14 2754/4
2755/21
cover [1] 2807/3
covers [1] 2772/23
create [1] 2833/20
created [3] 2764/25 2765/2
2770/13
credible [3] 2754/13 2754/14
2834/25
credit [2] 2734/13 2739/25
credited [1] 2736/24
crediting [1] 2747/2
critical [3] 2755/23 2768/9
2800/5
criticism [3] 2776/1 2791/14
2802/5
criticized [1] 2769/13
CROSS [1] 2728/2
CRR [2] 2727/12 2842/8
crystal [1] 2745/5
cumulative [1] 2759/7
current [3] 2792/22 2797/6
2838/21
customers [4] 2760/16
2760/20 2816/17 2825/7
cut [3] 2784/21 2785/16
2822/19
cutoff [11] 2790/1 2805/5
2816/1 2818/17 2819/3
2825/17 2828/23 2829/11
2831/5 2834/18 2834/19
cutoffs [2] 2823/15 2834/19

**D**

D.C [7] 2726/6 2726/15
2727/10 2727/13 2731/25
2749/8 2753/17 2842/10
D.D.C [9] 2741/2 2754/14
2755/10 2755/16 2755/17
2755/18 2771/19 2771/25
2772/5
Daniel [4] 2726/17 2727/2
2727/3 2729/13
dash [1] 2831/8
data [85] 2730/16 2730/21
2732/13 2733/13 2752/14
2756/9 2756/10 2756/11
2756/12 2756/13 2756/13
2758/18 2759/6 2761/1
2761/25 2762/5 2767/6
2767/15 2769/24 2771/2
2772/2 2775/17 2775/22
2775/22 2776/2 2776/2
2776/11 2776/11 2776/13
2776/13 2776/14 2777/2
2778/3 2778/5 2778/6
2778/8 2778/15 2778/19
2779/8 2779/24 2779/25
2780/9 2780/9 2780/10
2780/12 2780/14 2780/14
2780/17 2781/15 2782/5
2782/11 2782/14 2782/18

2783/5 2790/18 2790/20
2790/20 2790/22 2790/22
2790/23 2794/13 2794/16
2796/8 2796/13 2796/15
2796/16 2796/16 2797/12
2798/9 2798/13 2798/14
2798/19 2798/21 2817/24
2819/1 2819/19 2819/22
2820/20 2837/14 2837/14
2839/24 2841/14
database [5] 2775/20
2776/24 2776/25 2777/1
2777/2
databases [2] 2780/16
2781/24
date [5] 2740/23 2741/15
2744/15 2752/4 2766/4
Daubert [1] 2752/19
day [2] 2733/20 2808/3
days [1] 2729/9
dcd.uscourts [1] 2842/10
dcd.uscourts.gov [1] 2727/14
de [1] 2731/12
deal [2] 2733/11 2742/5
dealing [1] 2764/12
deals [2] 2827/11 2832/24
dealt [1] 2811/16
decided [3] 2744/2 2751/4
2799/25
deciding [2] 2751/1 2753/5
decision [2] 2785/25 2836/9
decisions [2] 2744/13
2791/22
decline [1] 2761/6
declined [2] 2761/4 2764/17
decrease [2] 2758/11
2762/19
decreased [1] 2802/25
deemed [1] 2769/18
deeper [1] 2815/1
defendant [2] 2726/7 2734/5
defendant's [1] 2767/13
defendants [16] 2726/17
2727/2 2727/6 2744/2
2749/15 2751/12 2755/7
2763/3 2763/18 2764/4
2764/5 2764/7 2765/5
2769/2 2769/5 2770/14
defendants' [16] 2728/10
2729/22 2768/19 2768/25
2769/10 2770/2 2772/18
2837/15 2837/20 2838/10
2838/14 2840/2 2840/4
2840/8 2840/10 2840/16
Defendants' 385 [1] 2840/2
defense [5] 2730/7 2732/3
2732/19 2734/3 2767/21
defenses [1] 2733/20
deferred [1] 2750/23
define [4] 2815/21 2825/2
2826/7 2826/18
defined [1] 2824/14
definite [1] 2800/24
definitely [1] 2799/23
definition [4] 2789/21 2817/2
2828/20 2829/10
degree [2] 2732/14 2736/18
2768/13 2775/5

demand [1] 2759/5
demanding [1] 2732/14
demarcation [1] 2831/17
demo [1] 2820/24
demonstrate [2] 2737/1 2753/4
demonstrative [8] 2794/2 2797/17 2807/10 2817/9 2818/18 2818/19 2837/16 2838/11
department [6] 2726/14 2753/10 2758/19 2758/19 2759/6 2759/6
departments [2] 2758/21 2759/1
depend [1] 2788/24
depending [1] 2788/4
depends [3] 2780/23 2784/22 2811/7
depicted [4] 2777/7 2803/7 2822/18 2835/25
depicting [1] 2838/2
depictions [1] 2777/16
depicts [1] 2804/14
deposition [1] 2731/13
derive [3] 2750/11 2756/8 2790/20
derived [4] 2763/8 2763/19 2780/15 2791/6
derives [1] 2790/19
describe [6] 2777/25 2780/7 2805/14 2823/13 2837/9 2839/16
described [3] 2796/13 2804/7 2841/1
describing [1] 2777/23
description [2] 2800/4 2800/20
desk [1] 2776/17
detail [2] 2730/2 2801/11
detailed [8] 2738/17 2738/20 2744/9 2748/4 2756/9 2761/25 2762/7 2767/14
details [2] 2804/7 2820/14
determinations [1] 2768/12
determine [8] 2738/21 2752/13 2755/23 2758/23 2762/9 2763/25 2770/4 2771/3
determined [4] 2740/5 2751/11 2757/6 2835/18
determines [2] 2833/14 2833/16
determining [6] 2750/24 2753/6 2774/20 2774/21 2775/10 2779/23
develop [1] 2753/15
developed [2] 2802/2 2802/3
device [2] 2813/24 2814/8
did [48] 2731/14 2732/21 2736/1 2736/5 2737/10 2738/16 2738/18 2740/10 2740/10 2742/14 2748/11 2750/10 2750/11 2750/13 2763/25 2764/18 2769/24 2770/6 2770/10 2770/16 2770/18 2786/10 2797/2 2797/4 2800/3 2800/6

2807/9 2807/10 2807/12 2810/19 2811/11 2812/10 2812/15 2814/10 2815/12 2822/5 2822/7 2822/8 2827/9 2827/19 2831/11 2831/13 2837/25 2838/2 2841/14
didn't [5] 2731/19 2741/1 2757/22 2788/20 2811/2
differ [1] 2816/23
difference [6] 2744/18 2786/16 2798/1 2798/2 2813/10 2817/7
differences [4] 2816/16 2816/17 2816/18 2835/18
different [40] 2731/18 2735/7 2736/16 2741/24 2746/6 2746/8 2747/21 2762/22 2765/4 2775/2 2775/3 2783/1 2786/23 2801/11 2801/20 2801/21 2809/13 2813/11 2814/11 2814/12 2816/8 2816/17 2817/11 2817/22 2821/17 2822/5 2822/19 2823/15 2825/7 2826/10 2826/16 2833/5 2834/5 2834/6 2836/21 2838/16 2840/20 2841/1 2841/3 2841/5
differentials [2] 2739/11 2739/20
differently [4] 2791/6 2816/10 2816/14 2833/23
difficult [6] 2753/20 2763/6 2786/21 2815/3 2829/22 2829/23
direct [6] 2728/2 2773/13 2777/21 2778/22 2797/14 2803/3
direction [2] 2801/20 2811/10
directly [3] 2780/16 2780/19 2839/1
dis [1] 2731/4
dis-synergies [1] 2731/4
disagree [4] 2803/14 2814/4 2818/16 2826/13
disagreeing [1] 2822/15
disagreements [1] 2800/13
disagrees [1] 2763/21
disclaimed [1] 2772/6
discounted [1] 2761/19
discounts [1] 2761/5
discovery [1] 2780/1
discredit [1] 2734/4
discretion [1] 2753/6
discrimination [2] 2829/14 2829/20
discuss [1] 2821/14
discussed [1] 2817/10
discusses [1] 2753/19
discussing [2] 2734/24 2775/16
discussion [2] 2730/2 2817/8
display [1] 2817/19
dispose [1] 2800/9
dispute [3] 2738/13 2782/14 2821/1
distinction [2] 2817/14

distinguish [1] 2835/22
distribution [6] 2738/6 2738/7 2759/4 2759/5 2759/19 2834/1
district [6] 2726/1 2726/1 2726/10 2735/19 2736/6 2736/20
diverge [2] 2806/2 2836/19
divergence [3] 2805/6 2805/18 2822/1
divergent [1] 2781/5
diversion [12] 2780/20 2780/24 2781/11 2781/12 2800/19 2800/21 2808/24 2809/3 2809/25 2810/4 2810/7 2812/25
diversions [3] 2780/8 2780/10 2780/15
diverted [1] 2808/22
divide [1] 2819/16
divided [1] 2812/14
division [2] 2726/14 2820/4
divisions [1] 2796/24
do [88] 2731/13 2733/10 2733/11 2733/16 2739/5 2740/3 2740/11 2740/25 2741/1 2741/2 2742/4 2742/15 2743/3 2743/6 2745/3 2745/3 2747/8 2747/13 2747/17 2748/3 2748/3 2748/9 2754/19 2757/23 2760/25 2764/10 2769/24 2770/18 2775/17 2775/18 2775/19 2776/14 2776/23 2779/11 2779/12 2781/11 2781/16 2781/24 2782/4 2782/5 2782/22 2782/25 2783/13 2783/15 2785/17 2787/23 2791/5 2792/11 2793/10 2793/19 2794/25 2795/2 2796/21 2796/23 2796/25 2798/1 2798/11 2800/7 2800/13 2800/24 2806/15 2808/13 2810/14 2813/18 2813/24 2814/8 2814/17 2814/18 2815/20 2816/1 2817/11 2817/16 2824/21 2825/13 2827/3 2827/3 2827/5 2827/6 2827/14 2828/7 2828/14 2830/5 2833/24 2833/25 2834/18 2834/19 2838/3 2838/18
document [1] 2743/15
documentation [4] 2734/5 2743/24 2769/2 2769/6
documents [5] 2741/15 2741/15 2741/17 2744/4 2770/13
does [33] 2736/17 2739/15 2760/17 2762/17 2765/18 2766/4 2769/7 2772/20 2775/5 2777/25 2778/16 2780/10 2786/18 2794/13 2797/1 2798/9 2806/18 2806/25 2809/16 2810/6 2810/25 2811/4 2817/23 2822/17 2823/9 2825/3

2832/9 2833/6 2836/6 2840/25
doesn't [19] 2730/13 2733/1 2744/15 2784/25 2788/24 2792/17 2803/14 2806/24 2807/1 2807/4 2807/5 2814/22 2818/16 2822/16 2825/23 2831/16 2831/22 2834/7 2834/17
Dohle [3] 2737/14 2756/15 2758/17
doing [9] 2729/8 2747/7 2747/8 2754/6 2768/8 2778/2 2817/3 2836/19 2839/23
DOJ [1] 2736/18
dollar [9] 2746/17 2746/17 2750/10 2803/17 2818/4 2819/25 2829/11 2831/19 2831/23
dollars [10] 2735/3 2817/4 2819/12 2821/8 2823/14 2823/17 2824/13 2827/12 2830/2 2840/22
don't [70] 2730/1 2730/17 2730/20 2730/21 2731/13 2732/5 2738/23 2738/25 2739/14 2740/8 2740/8 2740/11 2740/12 2741/1 2741/6 2741/6 2741/10 2742/15 2743/11 2744/7 2744/12 2745/14 2746/4 2747/12 2747/13 2749/11 2778/20 2781/19 2782/13 2784/25 2786/5 2786/8 2789/1 2790/6 2791/23 2793/1 2793/10 2794/17 2804/9 2807/3 2814/17 2814/19 2815/23 2816/9 2816/14 2816/17 2816/19 2816/23 2818/15 2818/16 2819/22 2820/23 2820/25 2822/22 2824/10 2824/18 2825/14 2826/5 2826/22 2827/17 2828/22 2831/1 2832/18 2834/2 2835/6 2837/9 2839/25 2840/12 2841/6 2841/16
done [2] 2741/10 2748/2
doubled [1] 2760/22
doubt [1] 2756/21
Dow [1] 2752/19
down [12] 2733/22 2777/22 2778/6 2778/23 2786/25 2796/20 2804/22 2820/11 2820/15 2823/11 2823/12 2841/10
downward [1] 2803/10
Dr [5] 2767/5 2770/20 2773/20 2812/13 2832/23
Dr. [81] 2732/18 2733/15 2749/15 2749/24 2750/9 2750/13 2750/17 2750/19 2751/9 2755/8 2769/23 2770/16 2770/24 2771/1 2772/25 2773/2 2773/4 2774/2 2774/6 2775/16 2775/2 2776/13 2777/2

**D**

Dr.... [58] 2777/12 2778/5
2778/19 2779/12 2780/15
2780/19 2781/24 2782/13
2782/22 2790/18 2797/4
2799/9 2799/19 2799/21
2800/13 2801/2 2801/18
2801/19 2802/2 2802/4
2802/7 2803/4 2803/7
2803/13 2804/16 2805/7
2806/15 2809/12 2809/20
2810/17 2810/18 2811/2
2811/25 2812/9 2812/15
2813/10 2813/15 2814/18
2815/8 2815/9 2815/12
2817/24 2818/15 2818/25
2819/19 2820/3 2821/25
2822/21 2823/15 2828/5
2829/4 2830/24 2831/4
2831/14 2832/2 2832/19
2835/24 2839/5
Dr. Hill [29] 2778/5 2778/19
2782/13 2797/4 2800/13
2801/2 2801/19 2803/13
2804/16 2805/7 2809/12
2809/20 2810/18 2811/2
2812/15 2814/18 2815/8
2815/9 2817/24 2818/15
2818/25 2819/19 2820/3
2823/15 2829/4 2830/24
2831/4 2832/2 2835/24
Dr. Hill's [33] 2774/2 2774/6
2775/16 2775/19 2776/13
2777/2 2777/12 2779/12
2780/15 2780/19 2781/24
2782/22 2790/18 2799/9
2799/19 2799/21 2801/18
2802/4 2803/4 2803/7
2806/15 2810/17 2811/25
2812/9 2813/10 2813/15
2815/12 2821/25 2822/21
2828/5 2831/14 2832/19
2839/5
Dr. Israel [2] 2732/18
2733/15
Dr. Miller's [1] 2802/7
Dr. Nathan [1] 2802/2
Dr. Snyder [9] 2749/15
2750/9 2750/13 2755/8
2769/23 2770/16 2770/24
2773/2 2773/4
Dr. Snyder's [6] 2749/24
2750/17 2750/19 2751/9
2771/1 2772/25
dramatically [2] 2731/7
2820/10
drastically [1] 2765/3
draw [7] 2777/5 2796/17
2796/20 2802/24 2831/14
2834/18 2835/20
drawn [1] 2779/25
draws [2] 2819/1 2835/13
driven [1] 2833/13
driving [1] 2833/7
drop [3] 2822/25 2823/1
2823/9
drops [2] 2820/11 2828/9
dubious [1] 2834/21
duly [1] 2773/6

dryly [1] 2789/1
during [1] 2751/4

**E**

each [17] 2746/13 2754/3
2754/5 2754/7 2754/8
2762/5 2774/14 2775/7
2779/14 2780/22 2783/13
2786/17 2787/21 2790/16
2791/17 2794/5 2805/9
earlier [7] 2775/1 2783/9
2785/3 2797/16 2804/20
2828/22 2841/12
early [1] 2819/12
easily [1] 2739/8
Eastern [1] 2735/19
easy [3] 2732/17 2763/4
2836/14
ebooks [2] 2731/7 2737/19
economic [4] 2736/6 2791/23
2816/22 2832/9
economically [1] 2784/14
economics [4] 2824/24
2824/25 2826/6 2827/2
economist [2] 2832/3 2839/9
economists [3] 2750/2
2781/11 2834/15
editor [2] 2784/8 2792/23
editorial [13] 2746/18
2765/18 2775/17 2775/20
2776/11 2777/2 2778/24
2779/3 2779/12 2780/13
2780/16 2781/20 2782/14
editors [2] 2787/8 2835/7
educated [1] 2761/24
education [1] 2752/10
EDWARD [2] 2728/4 2773/5
effect [3] 2802/16 2810/14
2828/21
effects [26] 2773/18 2773/23
2774/3 2774/5 2774/10
2774/18 2774/22 2774/25
2775/3 2775/5 2775/10
2776/10 2776/15 2783/10
2785/6 2785/10 2785/25
2792/19 2792/19 2793/3
2793/16 2794/9 2799/12
2799/12 2799/14 2838/21
efficiencies [97] 2729/22
2730/5 2732/3 2732/5
2732/10 2732/23 2732/24
2733/17 2733/20 2735/15
2735/17 2735/24 2736/11
2736/14 2737/2 2739/19
2739/25 2741/5 2741/22
2742/6 2742/7 2742/12
2742/20 2742/23 2742/24
2744/5 2748/1 2748/8
2748/17 2748/18 2749/7
2749/16 2750/5 2750/15
2750/17 2750/20 2750/24
2751/1 2751/10 2751/13
2751/16 2751/18 2751/19
2751/20 2751/23 2752/2
2753/19 2753/20 2753/21
2753/23 2754/12 2754/16
2754/18 2754/18 2755/2
2755/3 2755/11 2755/13
2755/20 2755/25 2756/4
2756/8 2756/23 2757/2

easily [1] 2737/4
2764/4 2764/8 2764/15
2764/17 2764/22 2765/4
2766/24 2766/24 2767/1
2767/12 2767/12 2767/21
2767/23 2768/1 2768/4
2768/4 2768/11 2768/18
2768/24 2769/4 2769/10
2769/13 2769/21 2769/25
2770/2 2770/21 2770/23
2772/18 2802/22 2807/19
efficiency [10] 2736/23
2737/1 2746/13 2748/22
2754/1 2754/3 2754/6
2754/7 2754/21 2755/8
efficient [7] 2751/11
effort [4] 2734/13 2758/1
2836/11 2836/14
efforts [2] 2836/18 2836/18
Eighth [1] 2726/19
either [3] 2770/13 2775/19
2782/5
electric [1] 2808/8
element [1] 2738/12
eliminate [2] 2827/25 2828/1
eliminated [1] 2785/16
elimination [1] 2785/15
else [10] 2749/3 2781/13
2784/1 2784/24 2786/5
2786/8 2786/17 2787/6
2794/10 2832/20
emails [1] 2763/5
embedded [1] 2740/15
empirical [5] 2779/24
2799/18 2814/9 2832/1
2832/24
employ [1] 2787/15
employee [3] 2731/16
2731/16 2758/22
employees' [1] 2733/13
enable [5] 2778/17 2832/2
2835/20
encompass [1] 2754/5
encounter [1] 2791/17
end [9] 2729/9 2732/2
2754/9 2785/3 2792/25
2818/15 2819/2 2826/23
2834/21
ends [1] 2818/8
Energy [2] 2736/21 2749/5
enforcement [1] 2753/10
engage [1] 2787/22
enhance [1] 2754/7
enhancements [1] 2745/8
enough [4] 2732/12 2737/23
2739/7 2782/9
ensure [1] 2755/3
ensuring [1] 2752/20
enter [1] 2786/4
entities' [1] 2803/1
entitled [1] 2842/5
entity [2] 2762/6 2825/16
entrants [1] 2835/5
entries [1] 2778/10
entry [1] 2796/21
envision [1] 2733/2
equal [1] 2833/4
equation [2] 2806/22
2806/22 2807/24 2808/1

equivalency [1] 2806/23
equivalencies [1] 2768/7
error [1] 2805/21
especially [2] 2770/24
2834/21
Esquire [12] 2726/12
2726/12 2726/13 2726/13
2726/17 2726/17 2726/16
2727/2 2727/2 2727/3
2727/6 2727/9
essential [1] 2730/4
essentially [3] 2750/23
2757/18 2761/16
establish [4] 2748/17 2755/7
2764/8 2827/22
established [1] 2771/9
establishes [1] 2825/25
estate [9] 2739/9 2739/19
2740/5 2740/16 2743/2
2756/25 2757/2 2757/9
2757/12
estimate [4] 2735/7 2754/23
2758/24 2801/12
estimated [5] 2757/12
2769/16 2801/2 2801/10
2802/25
estimates [6] 2735/8 2750/11
2756/17 2762/9 2767/20
2768/8
estimating [1] 2735/24
estimation [2] 2767/16
2802/4
et [2] 2726/6 2787/18
et cetera [1] 2787/18
Ethan [2] 2726/13 2729/11
evaluate [1] 2749/22
evaluation [1] 2762/24
even [16] 2730/17 2730/18
2731/6 2733/20 2734/13
2735/12 2762/17 2766/14
2794/13 2794/17 2803/13
2814/8 2814/20 2827/17
2827/19 2829/23
event [3] 2731/6 2749/7
2766/25
events [1] 2758/4
ever [4] 2755/12 2791/11
2824/14 2830/24
every [3] 2734/24 2742/22
2748/7
everybody [1] 2830/4
everyone [1] 2827/13
everything [2] 2790/8
2833/20
evidence [38] 2731/4 2731/5
2732/6 2732/10 2734/2
2734/7 2734/14 2737/13
2742/17 2749/13 2750/18
2750/25 2751/4 2751/6
2751/16 2751/17 2751/19
2752/7 2752/13 2753/5
2755/13 2764/4 2764/18
2767/12 2768/4 2768/25
2769/10 2770/2 2772/12
2772/19 2820/24 2821/4
2821/12 2823/20 2826/3
2837/20 2838/14 2840/8
ex [2] 2746/18 2772/4
exact [1] 2731/13

exactly [3]  2740/22 2790/21
2830/14
EXAMINATION [1]  2773/13
examine [1]  2837/25
examined [3]  2757/8 2757/11
2773/6
examining [1]  2758/18
example [12]  2738/1 2740/4
2740/16 2743/20 2753/16
2770/12 2776/3 2807/3
2811/1 2813/25 2817/4
2825/4
exceeded [1]  2766/2
exception [1]  2745/13
exceptions [1]  2836/13
excess [2]  2783/7 2827/11
exchanged [1]  2818/19
exclude [5]  2729/21 2750/16
2753/7 2770/20 2772/18
excluded [5]  2767/7 2771/9
2771/14 2772/11 2801/7
excluding [2]  2801/21
2805/25
exclusively [1]  2770/13
excuse [5]  2811/8 2816/14
2820/20 2829/13 2840/12
execute [1]  2786/11
executives [3]  2756/14
2758/16 2767/17
exercise [4]  2808/23 2815/2
2827/16 2831/22
exercising [2]  2739/4
2808/16
exhibit [8]  2777/7 2777/9
2777/15 2778/12 2818/24
2823/1 2837/22 2840/16
exhibits [3]  2728/7 2728/10
2740/15
existed [1]  2783/21
expect [2]  2740/25 2741/9
expectations [3]  2742/10
2768/2 2834/7
expected [6]  2757/3 2759/8
2764/13 2765/25 2798/17
2833/23
expecting [1]  2740/17
expense [7]  2757/17 2757/21
2758/10 2758/13 2758/15
2758/19 2813/3
expenses [11]  2730/23
2756/25 2757/18 2758/12
2801/4 2801/8 2801/16
2801/21 2804/18 2804/19
2806/1
experience [18]  2736/20
2736/23 2737/22 2738/1
2738/4 2738/9 2747/3
2748/23 2752/9 2754/15
2756/19 2760/9 2761/25
2762/11 2762/11 2762/15
2762/17 2763/9
experienced [3]  2737/15
2762/19 2767/17
experiences [2]  2759/19
2762/20
experiential [1]  2767/13
expert [60]  2730/9 2731/19
2732/18 2733/9 2734/4

2736/4 2738/17 2741/1
2741/4 2741/11 2741/13
2743/4 2744/3 2744/12
2747/8 2747/10 2747/11
2747/11 2747/11 2748/14
2749/6 2749/15 2749/17
2749/24 2750/15 2750/24
2751/10 2752/8 2752/9
2752/15 2752/25 2753/3
2753/7 2756/22 2764/6
2764/15 2767/5 2768/10
2769/14 2770/2 2770/7
2770/10 2770/12 2771/9
2771/10 2771/15 2771/22
2772/1 2772/3 2772/6
2772/7 2772/13 2772/14
2776/20 2777/4 2796/9
2835/2
expert's [4]  2748/20 2752/11
2752/21 2772/11
expertise [3]  2764/12
2766/15 2768/16
experts [9]  2733/8 2735/20
2735/21 2735/21 2735/21
2736/8 2757/9 2764/11
2769/10
expiration [2]  2740/23
expire [1]  2757/13
explain [12]  2730/19 2777/22
2782/8 2783/24 2784/6
2784/18 2791/2 2801/1
2807/21 2808/12 2809/17
2812/4
explained [1]  2807/22
explaining [2]  2782/9
2791/22
explanations [1]  2762/7
explicitly [2]  2764/7 2772/6
extends [1]  2752/24
extent [1]  2807/2
extremely [2]  2732/1 2733/19

**F**

F.3d [1]  2753/16
F.Appx [1]  2772/15
F.Supp [2]  2734/6 2755/17
F.Supp.2d [1]  2754/10
2755/14 2771/25
F.Supp.3d [5]  2755/15
2755/16 2755/17 2771/18
2772/5
fact [22]  2735/23 2737/13
2738/13 2744/10 2744/14
2748/21 2749/9 2751/24
2752/12 2752/13 2755/10
2763/14 2763/24 2771/2
2771/3 2796/14 2810/15
2816/22 2817/25 2823/6
2841/8 2841/12
fact-based [1]  2744/10
fact-check [1]  2763/24
factor [6]  2746/12 2760/1
2760/11 2833/14 2833/16
2836/6
factors [4]  2816/12 2816/25
2830/16 2830/22
factory [1]  2733/1
facts [7]  2736/11 2736/16
2752/14 2752/16 2767/6

factual [4]  2736/14 2740/15
2748/17 2767/19
failed [2]  2734/5 2769/2
2769/10 2769/23
failing [1]  2805/3
fails [3]  2730/8 2730/10
2805/16
failure [2]  2771/21 2806/8
fair [2]  2737/12 2775/9
fairly [2]  2732/25 2733/2
faith [2]  2742/3 2753/23
fall [2]  2819/18 2830/2
falling [1]  2828/7
falls [4]  2733/11 2800/24
2804/23 2828/6
false [1]  2772/6
famous [1]  2807/14
fantastical [1]  2742/6
far [5]  2765/16 2793/11
2812/13 2815/6 2838/7
fashion [1]  2751/12
fault [1]  2730/14
favored [1]  2762/11
features [1]  2750/2
federal [5]  2750/17 2752/7
2753/11 2753/12 2753/14
feedback [1]  2793/22
few [5]  2734/23 2735/5
2736/5 2778/23 2790/14
fewer [1]  2789/3
fiction [1]  2761/7
fifth [4]  2726/15 2777/22
2778/6 2779/7
fight [1]  2790/6
fighting [2]  2789/6 2789/8
figure [4]  2733/7 2733/8
2758/12 2811/5
figures [1]  2798/12
filed [1]  2750/16
final [2]  2756/18 2801/19
Finally [2]  2752/2 2770/1
financial [3]  2730/11 2747/16
2764/12
find [7]  2739/21 2744/11
2745/16 2746/23 2767/25
2797/13 2823/16
finding [1]  2748/19
findings [7]  2736/5 2736/15
2742/23 2742/25 2747/16
2756/3 2772/20
finds [2]  2766/20 2766/23
fine [6]  2739/16 2741/10
2781/14 2800/10 2819/23
2824/11
firm [3]  2770/3 2808/15
2809/1
firm's [2]  2754/7 2805/7
firmly [1]  2771/5
firms [10]  2753/22 2753/24
2754/1 2781/1 2781/6
2791/10 2825/6 2825/8
2828/2 2834/13
firms' [1]  2801/21
first [28]  2730/9 2733/19
2734/1 2744/17 2750/1
2773/6 2777/17 2777/19
2779/6 2788/20 2801/2
2801/9 2801/18 2802/3

2803/7 2803/8 2803/13
2805/1 2805/8 2805/19
2812/7 2812/10 2814/14
2825/1 2838/25
Fishbein [3]  2727/6 2729/18
2729/19
fit [1]  2806/25
fits [1]  2827/22
five [5]  2767/8 2778/12
2779/9 2784/2 2817/4
flat [1]  2841/8
flaws [1]  2811/25
flexible [1]  2753/5
Floor [1]  2726/19
FLORENCE [1]  2726/9
flow [1]  2793/23
flowing [1]  2735/4
focus [4]  2746/16 2792/9
2792/11 2829/25
focused [2]  2781/15 2785/10
2793/15 2833/6
focuses [2]  2765/5 2832/13
focusing [4]  2785/24 2785/25
2803/6 2823/3
following [2]  2729/1 2813/14
follows [3]  2752/6 2756/3
2773/7
fondly [1]  2830/21
Foods [1]  2770/5
force [3]  2760/10 2760/12
2833/7
foregoing [3]  2755/6 2772/17
2842/3
forgive [1]  2815/1
forgot [1]  2817/20
form [6]  2750/14 2752/10
2771/16 2779/18 2837/16
2838/11
formats [1]  2811/7
formula [5]  2807/14 2808/7
2810/25 2811/22 2812/22
forth [6]  2740/21 2741/14
2741/15 2741/17 2814/1
2825/24
forward [6]  2735/15 2737/22
2738/8 2738/11 2745/1
2791/23
forward-looking [3]  2735/15
2738/8 2738/11
found [5]  2734/4 2759/14
2764/15 2825/14 2839/16
foundation [2]  2740/15
2752/21
four [8]  2756/24 2779/6
2779/9 2794/5 2794/21
2794/25 2795/6 2815/15
fourth [2]  2784/4 2825/15
Frackman [7]  2730/19
2734/19 2737/8 2738/15
2741/19 2743/19 2747/6
framework [1]  2756/1
Frankly [1]  2732/6
frequency [8]  2773/24
2774/8 2775/1 2783/7
2787/20 2787/21 2797/9
2797/22
frequent [1]  2825/21
frequently [3]  2732/18

2853

frequently... [2] 2753/14
2789/5
FTC [8] 2736/21 2753/16
2755/15 2755/16 2755/17
2768/3 2768/24 2770/1
fulfilling [1] 2765/14
fulfillment [6] 2745/13
2745/16 2745/17 2746/21
2747/5 2759/1
full [1] 2807/2
function [3] 2816/11 2834/16
2835/23
functionalities [1] 2835/19
functions [11] 2816/5 2816/7
2816/13 2816/19 2816/23
2817/3 2817/14 2817/15
2817/22 2828/22 2836/21
fundamental [4] 2815/16
2821/24 2822/3 2839/9
fundamentally [1] 2834/15
further [4] 2733/22 2792/17
2813/25 2814/9
Furthermore [1] 2765/20
future [9] 2735/12 2736/17
2737/7 2761/21 2766/9
2774/12 2774/21 2783/12
2783/21

**G**

gaining [1] 2825/16
gate [1] 2836/10
gatekeeper [1] 2752/24
gatekeeping [1] 2752/20
gave [2] 2804/20 2841/4
general [10] 2747/22 2774/4
2775/3 2792/20 2794/25
2796/23 2802/18 2817/24
2836/7 2839/13
generally [2] 2754/13
2791/25
generate [4] 2817/21
2818/10 2830/11 2836/3
generated [3] 2748/24
2754/13 2833/11
generating [1] 2829/7
get [34] 2730/24 2731/16
2741/1 2741/11 2760/12
2762/7 2780/3 2781/4
2781/19 2785/7 2789/23
2790/6 2791/10 2793/2
2793/12 2793/22 2802/20
2812/24 2817/17 2817/17
2817/19 2817/20 2819/16
2825/9 2825/13 2826/4
2827/15 2830/1 2834/16
2834/24 2835/2 2835/10
2836/2 2836/15
gets [5] 2785/17 2800/21
2808/25 2810/14 2818/7
getting [7] 2786/24 2786/25
2788/8 2793/11 2803/18
2803/18 2830/21
give [2] 2781/4 2791/8
given [8] 2742/2 2750/2
2751/5 2755/12 2787/19
2828/21 2829/22 2831/23
gives [2] 2780/22 2816/24
giving [1] 2810/19

gloss [1] 2749/20
go [56] 2730/2 2731/15
2732/22 2733/22 2740/17
2741/9 2744/4 2745/6
2773/18 2777/17 2780/3
2783/16 2786/22 2787/18
2788/9 2799/9 2800/3
2800/3 2800/6 2800/8
2802/8 2805/10 2805/24
2807/14 2807/15 2807/24
2808/4 2808/6 2810/4
2810/6 2810/23 2811/20
2812/5 2815/5 2815/5
2816/3 2816/20 2817/5
2820/9 2823/8 2823/10
2823/12 2823/19 2824/11
2825/2 2825/11 2825/15
2825/19 2825/20 2833/1
2833/18 2835/24 2836/5
2836/15 2836/22 2839/23
goes [14] 2731/17 2786/24
2786/25 2787/10 2787/13
2789/20 2795/2 2810/7
2815/1 2819/1 2820/15
2820/18 2821/24 2827/5
going [73] 2732/7 2733/14
2733/23 2737/22 2739/16
2741/22 2742/4 2742/7
2742/7 2745/1 2745/6
2746/25 2748/9 2758/5
2776/19 2780/5 2785/19
2786/5 2787/9 2789/3
2790/9 2790/10 2791/23
2792/16 2792/25 2793/2
2793/4 2793/7 2793/8
2793/10 2793/12 2795/7
2795/9 2798/12 2801/11
2806/21 2810/9 2810/12
2810/13 2812/22 2817/15
2818/5 2818/6 2818/9
2818/9 2818/14 2819/8
2825/5 2825/6 2827/25
2828/1 2829/16 2830/2
2830/6 2830/7 2830/10
2830/13 2830/17 2830/19
2833/8 2833/10 2833/17
2833/18 2833/22 2833/25
2834/2 2834/12 2835/8
2835/10 2835/11 2835/23
2836/10 2836/23
good [29] 2729/2 2729/3
2729/12 2729/13 2729/16
2729/17 2729/19 2729/24
2732/12 2734/20 2734/21
2735/20 2738/1 2740/16
2742/3 2748/6 2753/23
2773/11 2773/12 2773/15
2773/16 2791/9 2795/12
2795/20 2795/21 2795/23
2808/22 2808/22 2841/17
got [10] 2739/10 2739/12
2788/3 2800/2 2801/9
2801/20 2801/20 2808/16
2809/19 2836/17
gotten [1] 2747/8
government [4] 2750/16
2750/18 2772/8 2818/20
government's [3] 2729/21
2751/9 2772/18

grail [1] 2730/20
Grand [1] 2787/8
grant [2] 2751/18
grants [1] 2772/17
grapple [1] 2739/15
great [2] 2743/2
greater [5] 2743/15 2750/7
2760/17 2802/18 2802/18
greatly [1] 2806/2
green [1] 2840/21
grid [2] 2805/16 2829/4
gross [3] 2760/4 2760/11
2765/9
ground [1] 2736/19
grounded [3] 2771/5 2801/24
2801/25
group [2] 2756/14 2756/15
2820/12 2825/7
groups [2] 2746/15 2812/17
growing [1] 2761/16
grows [1] 2820/12
growth [1] 2738/8
guess [5] 2780/5 2780/6
2806/13 2826/7 2833/25
guidance [3] 2752/18
2774/19 2829/13
guideline [3] 2736/22 2753/8
2753/13
guidelines [35] 2730/14
2731/21 2734/1 2736/25
2741/8 2742/21 2746/12
2747/23 2748/21 2750/21
2750/22 2751/2 2751/15
2752/1 2753/9 2753/14
2753/18 2753/19 2753/25
2754/1 2754/12 2754/17
2754/25 2762/12 2763/16
2763/22 2767/2 2771/6
2773/20 2773/21 2773/22
2775/6 2827/3 2829/5
2829/13
GUPPI [17] 2806/11 2806/15
2807/2 2807/8 2807/22
2809/13 2810/6 2810/25
2810/25 2811/4 2811/9
2811/11 2812/1 2813/8
2813/18 2813/23 2814/3

**H**

H.J [1] 2753/16
Hachette [10] 2735/2
2784/24 2784/24 2787/5
2788/13 2788/18 2792/13
2792/23 2795/7 2828/2
Hachette's [2] 2788/14
2820/15
had [14] 2729/20 2731/7
2732/2 2758/14 2759/9
2759/14 2764/15 2769/15
2770/8 2773/25 2785/2
2789/14 2825/4 2841/9
haircut [1] 2769/15
half [1] 2824/5
hand [14] 2752/22 2805/20
2812/13 2819/4 2819/5
2819/6 2819/14 2819/21
2819/24 2820/9 2820/10
2824/12 2829/25 2830/8
happen [4] 2737/7 2742/4

happened [1] 2738/23
happens [4] 2733/17
2799/16 2811/10 2823/9
hard [7] 2730/23 2730/24
2731/1 2756/8 2767/24
2805/19 2807/25
harm [26] 2774/4 2783/16
2785/5 2794/9 2802/17
2802/19 2803/13 2803/15
2804/21 2804/23 2809/20
2809/21 2810/12 2810/13
2810/17 2811/5 2811/9
2812/1 2813/7 2813/18
2814/11 2814/12 2829/6
2832/6 2832/13 2838/9
HarperCollins [6] 2735/2
2787/17 2796/2 2796/21
2820/18 2828/2
has [43] 2731/6 2731/20
2734/15 2734/24 2735/6
2736/11 2736/12 2739/15
2740/22 2740/24 2742/12
2742/23 2742/24 2746/20
2746/22 2748/2 2748/7
2749/13 2751/17 2752/16
2755/12 2756/21 2764/6
2764/20 2769/6 2785/16
2792/7 2792/23 2792/23
2795/10 2799/15 2799/16
2805/24 2807/1 2807/19
2807/22 2814/18 2815/8
2815/24 2817/10 2820/25
2827/13 2840/14
hasn't [1] 2731/3
have [153] 2730/10 2730/21
2731/8 2731/21 2732/4
2732/10 2732/12 2732/17
2732/19 2732/21 2732/25
2733/1 2733/9 2734/15
2734/22 2735/2 2735/12
2735/14 2735/14 2736/13
2736/19 2739/16 2741/4
2741/6 2741/7 2741/10
2741/19 2741/20 2741/21
2742/9 2743/3 2743/4
2744/2 2744/3 2744/23
2745/4 2746/13 2747/8
2747/10 2747/12 2747/23
2747/24 2748/8 2748/9
2748/11 2751/23 2752/4
2753/6 2754/18 2757/23
2761/15 2763/3 2764/2
2764/5 2764/7 2764/13
2765/3 2765/12 2767/1
2769/7 2769/19 2774/11
2774/13 2775/17 2776/6
2776/16 2778/20 2780/3
2780/24 2781/6 2782/11
2782/23 2783/1 2783/6
2783/13 2783/14 2784/2
2785/8 2786/7 2787/13
2788/10 2789/1 2789/4
2789/12 2789/22 2790/11
2791/22 2793/5 2794/2
2794/17 2796/11 2796/11
2796/13 2797/10 2797/21
2800/13 2800/24 2801/23
2806/15 2806/16 2808/2

Case 1:21-cv-02886-FYP Document 224 Filed 01/06/23 Page 129 of 147

2854

have... [52] 2810/1 2813/13
2814/22 2815/16 2815/20
2816/18 2818/14 2819/1
2819/16 2819/19 2820/23
2821/2 2821/3 2823/6
2823/21 2824/3 2824/4
2824/6 2824/10 2824/11
2825/7 2826/5 2827/5
2827/16 2827/18 2828/13
2828/15 2829/7 2830/15
2830/19 2830/19 2832/1
2832/9 2832/19 2832/22
2834/6 2834/13 2834/14
2834/14 2834/19 2834/20
2835/5 2835/6 2835/18
2835/19 2836/1 2836/18
2838/2 2838/18 2838/23
2840/12 2841/2
haven't [3] 2731/5 2790/21
2814/17
having [5] 2739/21 2744/13
2773/6 2788/1 2802/16
he [76] 2731/1 2731/14
2733/12 2733/13 2734/1
2734/2 2734/3 2738/18
2738/19 2738/20 2738/21
2740/4 2740/5 2740/6
2740/10 2740/10 2742/14
2743/5 2744/19 2748/11
2749/5 2750/9 2756/7
2756/11 2756/12 2757/8
2757/9 2757/11 2757/14
2759/8 2759/14 2759/16
2759/20 2760/6 2760/12
2761/21 2762/23 2763/25
2770/14 2773/20 2773/22
2790/18 2801/4 2801/7
2801/9 2801/20 2801/20
2802/4 2802/5 2802/5
2803/14 2805/24 2809/12
2809/13 2810/2 2810/19
2811/11 2811/11 2811/16
2811/18 2812/10 2812/17
2815/9 2815/9 2815/10
2819/10 2820/7 2822/5
2822/7 2822/8 2822/12
2823/20 2830/19 2830/25
2831/16 2831/21
he's [7] 2739/2 2739/4
2740/19 2800/22 2805/25
2812/9 2820/6
head [18] 2775/10 2775/10
2781/7 2781/7 2788/4
2788/4 2789/15 2789/15
2791/11 2791/11 2794/18
2794/18 2798/23 2798/23
2798/24 2798/24 2815/16
2828/14
headcount [4] 2757/18
2757/18 2758/24 2758/25
headquarters [2] 2757/4
2757/4
hear [6] 2729/22 2733/21
2750/25 2751/4 2779/17
2790/8
heard [19] 2730/10 2730/12
2730/23 2731/3 2731/5
2734/2 2734/2 2734/24

2748/11 2749/13 2751/14
2782/19 2788/10 2788/20
2819/17 2836/1
hearing [2] 2751/9 2763/19
heavily [1] 2761/7
Heinz [1] 2753/16
help [8] 2749/21 2752/12
2771/2 2778/16 2792/11
2805/10 2815/22 2826/18
helpful [2] 2736/10 2777/17
helps [2] 2793/22 2819/10
Her [1] 2824/10
here [27] 2738/23 2740/12
2744/21 2768/21 2769/4
2769/23 2779/9 2789/14
2804/21 2805/20 2807/17
2809/1 2809/3 2809/4
2812/2 2813/17 2813/18
2816/18 2817/9 2817/13
2818/22 2819/2 2820/14
2826/25 2831/23 2836/17
2837/7
hereby [1] 2842/3
herself [1] 2818/13
HHI [5] 2828/14 2829/3
2838/2 2838/3 2838/6
high [6] 2761/20 2787/24
2791/9 2834/21 2835/3
2841/12
higher [15] 2750/7 2776/5
2790/4 2802/16 2805/25
2806/3 2815/10 2817/11
2826/4 2826/15 2826/22
2834/5 2835/24 2835/24
2836/12
highly [3] 2735/24 2787/19
2837/3
Hill [29] 2778/5 2778/19
2782/13 2797/4 2800/13
2801/2 2801/19 2803/13
2804/16 2805/7 2809/12
2809/20 2810/18 2811/2
2812/15 2814/18 2815/8
2815/9 2817/24 2818/15
2818/25 2819/19 2820/3
2823/15 2829/4 2830/24
2831/4 2832/2 2835/24
Hill's [36] 2773/20 2774/2
2774/6 2775/16 2775/19
2776/13 2777/2 2777/12
2779/12 2780/15 2780/19
2781/24 2782/22 2790/18
2799/9 2799/19 2799/21
2801/18 2802/4 2803/4
2803/7 2805/15 2806/15
2810/17 2811/25 2812/9
2813/10 2813/15 2815/12
2821/25 2822/21 2828/5
2831/14 2832/19 2832/23
2839/5
him [5] 2738/20 2740/9
2757/9 2762/2 2831/17
himself [2] 2742/15 2818/13
hire [2] 2731/19 2732/17
hired [1] 2770/4
his [49] 2730/15 2731/12
2737/23 2738/9 2740/22
2749/16 2749/21 2750/15

2750/19 2756/25 2756/25
2756/24 2759/2 2759/22
2761/14 2762/6 2762/8
2762/23 2762/24 2763/25
2766/9 2771/16 2771/21
2771/22 2776/20 2801/2
2801/9 2801/17 2801/19
2801/19 2802/4 2803/7
2803/13 2805/8 2805/19
2805/24 2811/14 2812/10
2812/19 2818/25 2818/25
2819/3 2819/7 2820/5
2822/9 2822/12 2831/6
2831/7 2831/17
historical [4] 2745/2 2747/3
2761/1 2767/15
history [2] 2737/4 2838/23
hit [1] 2833/10
HMH [1] 2731/10
HMT [1] 2822/7
Hogan [1] 2733/25
holding [3] 2748/13 2755/16
2768/3
holdings [3] 2734/10 2734/11
2757/12
holes [1] 2733/8
holy [1] 2730/20
Honor [68] 2729/3 2729/9
2729/13 2729/17 2730/12
2730/23 2731/3 2731/25
2732/2 2732/3 2732/16
2733/4 2733/24 2734/15
2734/20 2737/12 2738/3
2739/13 2741/3 2742/18
2743/3 2743/8 2743/14
2743/20 2744/8 2745/15
2747/9 2748/13 2749/4
2772/22 2772/23 2773/10
2773/11 2775/12 2775/14
2776/18 2779/20 2786/20
2789/10 2792/4 2795/14
2795/21 2796/1 2799/13
2799/24 2802/13 2802/21
2804/7 2806/12 2808/6
2810/10 2811/17 2813/21
2820/22 2821/3 2821/5
2822/15 2823/19 2823/23
2824/10 2826/9 2829/25
2834/9 2837/15 2837/22
2838/10 2839/16 2840/3
Honor's [4] 2787/10 2793/17
2825/19 2827/5
HONORABLE [1] 2726/9
horizontal [26] 2730/14
2736/22 2736/25 2741/7
2742/21 2747/23 2748/21
2750/21 2750/21 2751/2
2751/14 2751/25 2753/8
2753/9 2753/11 2753/13
2753/18 2754/11 2754/25
2762/12 2763/16 2763/22
2767/1 2771/6 2773/21
2775/6
hot [1] 2836/4
house [60] 2726/18 2727/3
2729/14 2731/3 2735/1
2735/5 2735/7 2737/15
2737/18 2738/6 2739/3
2749/19 2749/22 2751/20

2758/14 2758/16 2759/14
2759/17 2759/21 2760/17
2760/18 2760/22 2761/2
2761/3 2761/10 2761/17
2762/1 2762/18 2762/21
2762/24 2763/15 2775/24
2776/4 2778/17 2779/14
2779/23 2781/16 2781/22
2782/20 2783/2 2783/19
2784/7 2784/14 2785/3
2788/12 2788/17 2790/15
2790/24 2791/4 2794/8
2797/9 2797/22 2803/12
2803/22 2809/5 2809/5
2838/18
House's [10] 2737/4 2757/4
2757/7 2759/3 2759/19
2759/25 2760/10 2761/10
2761/17 2768/21
how [32] 2730/18 2733/7
2736/17 2740/2 2740/11
2745/3 2745/3 2754/5
2754/6 2763/19 2774/21
2778/16 2779/22 2783/1
2789/18 2791/4 2792/15
2794/3 2794/23 2798/9
2807/22 2808/1 2808/23
2808/24 2809/16 2817/11
2824/21 2833/16 2833/24
2834/17 2836/5 2836/19
Howell [2] 2731/22 2742/6
Howell's [1] 2734/10
however [6] 2738/14 2750/9
2760/25 2762/13 2763/7
2802/6
hundred [6] 2756/18 2809/21
2813/15 2816/6 2819/17
2840/22
hundreds [1] 2748/4
hybrid [8] 2811/12 2811/15
2812/14 2812/20 2813/5
2813/6 2814/13 2814/24
hypothetical [7] 2789/6
2789/8 2789/11 2790/7
2831/11 2831/15 2831/18
hypothetically [1] 2784/15

I

I'll [1] 2781/18
I'm [32] 2732/19 2734/4
2740/9 2746/11 2747/6
2758/7 2765/11 2774/3
2774/4 2782/9 2793/4
2793/7 2794/16 2799/5
2805/18 2807/21 2808/15
2808/22 2810/11 2810/19
2810/20 2811/16 2813/14
2818/3 2822/15 2824/24
2826/6 2826/11 2826/12
2826/20 2830/4 2832/25
I've [1] 2808/16
I-N-D-E-X [1] 2727/15
idea [8] 2762/21 2792/6
2792/20 2793/2 2799/13
2825/23 2828/22 2829/11
ideally [2] 2817/17 2817/19
ideas [1] 2775/3
identification [2] 2829/15
2829/17

2855

identified [9]  2756/24
2768/10 2774/11 2777/7
2779/5 2796/14 2806/16
2815/8 2835/19
identifies [4]  2782/11 2815/9
2815/11 2830/25
identify [25]  2758/19 2777/14
2777/19 2778/1 2778/3
2778/17 2778/21 2780/1
2782/10 2782/16 2783/6
2783/20 2819/20 2829/24
2830/10 2830/24 2833/24
identifying [4]  2777/11
2778/4 2815/24 2821/16
idiosyncratic [1]  2744/23
ignore [1]  2807/18
Ihan [2]  2726/12 2729/11
illusory [1]  2736/9
imagine [2]  2732/25 2733/3
impact [1]  2744/24
implement [1]  2786/22
implementation [1]  2793/1
implied [1]  2782/20
important [7]  2792/12
2792/16 2813/17 2817/13
2827/4 2830/17 2830/23
importantly [1]  2744/21
impression [1]  2835/3
imprint [13]  2776/3 2776/4
2778/7 2784/8 2787/5
2787/7 2787/16 2790/10
2792/13 2798/3 2798/4
2807/6 2827/25
imprints [1]  2760/23
improve [4]  2760/19 2761/11
2787/25 2788/1
improved [1]  2759/16
improvement [1]  2759/23
inaccurate [3]  2752/5
2765/21 2767/4
inadmissible [1]  2750/20
Inc [4]  2752/19 2771/25
2772/5 2772/11
incentive [4]  2741/21 2742/9
2754/8 2794/10
incentives [1]  2768/16
incidents [1]  2797/8
include [7]  2744/15 2752/4
2766/4 2780/11 2788/13
2813/3 2819/22
included [7]  2756/12 2797/1
2797/6 2798/9 2801/4
2801/16 2804/18
includes [3]  2765/17 2778/5
2828/25
including [10]  2731/9
2735/15 2753/12 2756/9
2756/15 2758/13 2761/6
2801/5 2804/19 2824/22
income [1]  2750/7
inconsistency [1]  2801/18
inconsistent [3]  2766/19
2801/3 2801/15
incorporates [1]  2752/18
increase [7]  2760/7 2760/13
2761/15 2765/9 2820/17
2833/19 2839/25
increased [6]  2839/5 2839/8

2839/22
increases [4]  2768/6 2817/25
2821/22 2841/8
increasing [1]  2827/7
incumbent [1]  2753/25
Indeed [1]  2763/3
independent [25]  2730/9
2731/19 2731/22 2734/12
2735/22 2736/8 2738/18
2742/1 2743/4 2744/3
2747/10 2747/11 2754/24
2755/10 2755/22 2760/14
2762/4 2763/16 2764/3
2768/19 2768/23 2770/10
2770/14 2770/17 2770/21
independently [9]  2742/8
2750/10 2750/11 2751/24
2755/11 2761/22 2763/11
2764/8 2771/17
independents [1]  2731/9
index [1]  2810/6
indicate [1]  2797/1
indicated [2]  2783/10 2819/1
indicates [1]  2766/3
indication [1]  2794/17
individual [4]  2739/17 2805/7
2827/10 2834/13
individuals [1]  2835/9
industry [17]  2737/18
2744/25 2750/3 2756/20
2764/12 2766/13 2766/14
2789/16 2806/23 2808/8
2816/5 2816/13 2816/14
2833/6 2833/8 2833/13
2835/2
industry-wide [1]  2737/18
infer [1]  2785/21
influences [1]  2827/17
inform [3]  2778/16 2779/11
2779/22
information [16]  2753/21
2771/11 2771/22 2776/15
2778/4 2778/21 2779/3
2779/13 2780/3 2780/4
2780/11 2781/10 2782/16
2782/18 2793/23 2819/10
informative [5]  2777/12
2831/24 2838/20 2838/22
2838/24
infusion [1]  2765/7
innumerable [1]  2730/17
input [5]  2800/20 2800/22
2800/25 2804/20 2812/10
inputs [15]  2738/19 2765/24
2766/18 2800/4 2800/12
2800/13 2800/17 2800/24
2801/3 2801/10 2801/14
2806/7 2807/8 2813/12
2813/20
inputted [1]  2762/6
insight [2]  2779/7 2781/9
insights [2]  2781/20 2792/17
instead [6]  2769/14 2772/2
2790/3 2812/24 2817/4
2839/17
instructed [1]  2751/5
insufficient [1]  2769/18
integration [1]  2731/14

interest [1]  2755/19
interested [1]  2786/3
interesting [2]  2820/14
2820/18
interestingly [1]  2835/5
internal [3]  2768/16 2768/21
2768/22
international [1]  2760/15
interpret [1]  2754/4
interpreted [1]  2760/18
intervening [1]  2776/4
interview [1]  2738/20
introduce [1]  2753/3
intuition [2]  2787/14 2809/6
intuitive [1]  2834/3
invested [1]  2761/7
investments [2]  2759/25
2761/10
involving [1]  2793/16
is [396]  2729/4 2730/6
2730/15 2730/23 2731/12
2731/14 2731/19 2732/1
2732/2 2732/3 2732/7
2732/12 2732/16 2732/18
2733/1 2733/2 2733/9
2733/10 2733/11 2733/23
2733/25 2734/7 2734/7
2735/8 2735/11 2735/13
2735/16 2735/23 2735/24
2736/8 2736/13 2736/18
2736/20 2737/1 2737/6
2737/6 2737/14 2738/2
2738/4 2738/10 2738/13
2738/15 2739/2 2739/3
2739/13 2739/17 2740/14
2740/16 2740/21 2740/23
2741/14 2741/15 2741/17
2741/21 2742/5 2742/11
2742/15 2742/16 2742/18
2743/8 2743/16 2743/20
2743/23 2744/1 2744/5
2744/9 2744/15 2744/22
2745/6 2745/16 2745/18
2746/7 2746/9 2746/10
2746/12 2746/14 2746/14
2746/17 2746/20 2746/23
2746/25 2747/1 2747/2
2747/10 2747/11 2747/15
2747/18 2748/3 2748/5
2748/11 2748/14 2748/14
2748/16 2748/16 2749/8
2749/11 2749/14 2749/15
2749/16 2751/5 2752/8
2752/13 2752/14 2752/22
2753/1 2753/21 2753/25
2754/10 2755/19 2755/19
2755/23 2756/21 2757/23
2761/2 2762/11 2763/22
2763/22 2763/24 2764/6
2764/19 2764/21 2765/16
2766/3 2766/7 2766/15
2766/18 2767/3 2767/3
2767/6 2771/3 2771/5
2771/7 2771/9 2771/18
2774/2 2774/3 2774/7
2774/10 2774/19 2774/20
2774/22 2774/25 2774/25
2775/2 2775/8 2775/10

2776/9 2776/18 2777/13
2777/23 2778/3 2778/4
2778/6 2778/7 2778/8
2778/10 2778/11 2778/14
2778/21 2778/24 2779/1
2779/2 2779/3 2779/4
2779/5 2779/7 2779/7
2779/10 2780/21 2781/11
2781/12 2782/5 2782/10
2782/17 2782/18 2782/22
2783/4 2783/8 2784/3
2784/5 2784/19 2784/19
2784/21 2784/22 2785/5
2785/8 2785/13 2785/18
2785/22 2786/5 2786/8
2786/8 2786/17 2787/1
2787/12 2787/13 2787/16
2787/16 2787/16 2787/17
2787/17 2789/11 2789/13
2789/16 2789/17 2789/20
2789/21 2790/9 2790/10
2790/25 2791/3 2791/16
2792/2 2792/15 2792/18
2792/24 2793/4 2793/13
2793/15 2793/20 2794/11
2794/19 2794/21 2795/2
2795/5 2795/12 2795/18
2796/12 2797/4 2797/20
2797/21 2798/4 2798/5
2798/17 2799/10 2799/18
2799/21 2800/25 2802/10
2802/16 2802/25 2803/2
2803/8 2803/9 2804/8
2804/15 2805/2 2805/3
2805/5 2805/7 2805/15
2805/20 2806/2 2806/3
2806/4 2806/6 2806/6
2806/6 2806/8 2806/19
2808/7 2808/14 2808/23
2808/25 2809/3 2809/14
2810/8 2810/9 2810/12
2810/17 2810/25 2811/10
2811/25 2812/6 2812/7
2812/8 2812/19 2812/23
2812/24 2813/5 2813/7
2813/17 2813/19 2813/21
2813/22 2813/23 2814/2
2814/10 2815/2 2815/7
2815/13 2815/15 2815/22
2816/4 2816/11 2816/19
2816/22 2816/25 2816/25
2816/25 2818/5 2818/14
2818/19 2818/24 2819/2
2819/14 2819/21 2819/25
2820/5 2820/6 2820/10
2820/18 2821/16 2821/21
2821/22 2821/25 2822/1
2822/4 2822/9 2822/19
2823/3 2823/5 2824/16
2824/17 2824/20 2824/24
2824/24 2825/2 2825/3
2825/6 2825/25 2826/13
2826/16 2827/3 2827/4
2827/24 2828/24 2829/3
2829/4 2829/8 2829/10
2829/14 2829/15 2829/16
2829/17 2829/19 2829/23
2829/23 2831/7 2831/18

**I**

is... [43]  2831/20 2831/21
2832/5 2832/6 2832/15
2832/25 2833/6 2833/20
2833/24 2834/2 2834/8
2834/9 2834/10 2834/13
2834/18 2834/23 2835/3
2835/12 2835/23 2836/4
2836/7 2836/17 2836/19
2837/1 2837/8 2837/11
2837/12 2837/15 2838/6
2838/7 2838/8 2838/10
2838/20 2838/24 2838/25
2839/11 2840/20 2840/23
2840/24 2841/5 2841/6
2841/17 2842/3
isn't [1]  2800/23
Israel [2]  2732/18 2733/16
issue [22]  2729/23 2729/23
2730/1 2732/2 2739/14
2749/13 2752/13 2758/6
2764/2 2768/9 2771/3
2774/22 2777/13 2789/20
2789/24 2806/25 2815/1
2827/16 2829/7 2829/19
2832/23 2834/17
issues [3]  2758/3 2800/9
2806/16
it [239]  2729/25 2730/8
2730/10 2730/13 2730/15
2730/17 2730/20 2732/16
2732/19 2733/9 2733/11
2733/15 2733/24 2734/7
2735/23 2736/8 2736/15
2737/6 2737/14 2737/18
2738/4 2738/10 2738/15
2738/15 2738/17 2739/3
2739/10 2739/10 2739/12
2739/15 2739/15 2739/17
2739/19 2739/22 2740/13
2741/25 2742/13 2743/7
2743/8 2743/12 2743/20
2744/1 2744/8 2744/15
2744/25 2746/14 2746/17
2746/19 2746/23 2747/17
2748/12 2748/20 2749/22
2750/25 2751/11 2751/15
2751/18 2753/25 2754/10
2755/19 2756/18 2757/23
2758/21 2761/11 2763/14
2766/4 2766/8 2766/9
2766/15 2767/3 2770/9
2771/6 2771/9 2772/23
2774/10 2774/11 2775/9
2775/23 2777/17 2777/23
2778/10 2779/1 2779/2
2780/8 2780/19 2780/25
2780/25 2781/5 2781/14
2782/9 2782/19 2783/5
2783/11 2783/22 2784/9
2784/11 2784/13 2784/20
2784/25 2785/11 2785/25
2786/3 2786/5 2786/7
2786/16 2786/17 2786/18
2786/21 2786/21 2786/24
2786/25 2787/7 2787/13
2787/14 2787/16 2787/16
2787/17 2787/17 2788/8
2788/21 2789/12 2790/3

**Documents**

2791/9 2791/21 2791/24
2791/9 2791/9 2791/15
2792/2 2792/5 2792/11
2792/12 2793/4 2793/11
2793/12 2795/19 2796/11
2797/4 2797/10 2797/13
2797/13 2798/3 2798/22
2799/16 2799/16 2800/3
2800/23 2801/20 2802/3
2802/5 2802/8 2803/2
2803/13 2804/7 2804/20
2804/21 2805/8 2805/15
2806/18 2806/24 2806/25
2806/25 2807/1 2807/4
2807/5 2808/1 2808/24
2809/3 2809/21 2810/1
2810/3 2810/6 2810/6
2810/14 2810/21 2811/2
2812/17 2814/17 2814/22
2814/23 2815/15 2815/23
2815/23 2816/12 2816/24
2817/9 2818/4 2818/16
2818/25 2819/3 2819/6
2820/18 2820/22 2821/3
2821/16 2821/24 2822/4
2822/12 2822/15 2822/17
2823/9 2825/1 2825/2
2825/3 2825/17 2825/24
2826/16 2827/6 2827/13
2828/7 2829/5 2829/23
2831/12 2831/16 2831/20
2831/21 2831/22 2831/23
2832/13 2832/19 2832/24
2833/3 2833/6 2833/17
2833/21 2834/3 2834/18
2837/3 2837/12 2837/13
2837/21 2838/24 2839/10
2839/18 2839/21 2840/4
2840/5 2840/14 2841/2
it's [95]  2730/6 2730/10
2733/19 2738/13 2740/14
2740/20 2741/2 2741/8
2742/2 2742/25 2743/2
2743/14 2745/5 2746/19
2747/19 2748/5 2760/19
2775/3 2776/1 2776/2
2776/13 2779/6 2780/23
2783/4 2784/22 2784/24
2784/24 2785/16 2787/5
2787/18 2788/13 2789/11
2789/24 2790/19 2791/14
2792/19 2792/19 2793/4
2795/4 2795/5 2795/23
2796/2 2797/6 2797/16
2797/20 2797/21 2798/15
2799/11 2799/11 2799/12
2799/13 2799/13 2804/2
2806/22 2806/23 2806/23
2807/25 2808/11 2808/13
2808/14 2808/20 2809/15
2812/20 2814/4 2816/7
2817/3 2817/13 2819/23
2819/25 2820/1 2821/4
2822/1 2822/11 2825/22
2825/22 2826/24 2827/1
2827/2 2829/11 2829/11
2830/1 2830/4 2830/14
2830/15 2831/19 2831/24
2833/7 2833/8 2835/14

2856/10 2836/20 2837/3
2838/22 2840/13 2841/1
item [1]  2746/20
items [5]  2739/20 2740/16
2743/25 2746/8 2748/8
iteration [3]  2802/3 2805/8
2805/19
iterations [2]  2765/2 2765/3
its [19]  2736/4 2753/4 2759/4
2760/16 2760/17 2761/12
2764/19 2764/24 2766/18
2766/18 2767/24 2783/22
2805/22 2806/3 2811/4
2821/9 2821/22 2837/16
2838/11
itself [4]  2735/9 2763/20
2770/19 2827/4

**J**

January [7]  2744/19 2747/1
2765/3 2765/5 2765/8
2765/11 2765/13
January 2022 [4]  2765/3
2765/5 2765/8 2765/11
job [1]  2742/14
John [2]  2726/12 2729/10
JP [3]  2743/5 2743/10
2743/15
judge [10]  2726/10 2731/22
2733/25 2734/8 2734/10
2734/11 2736/5 2742/6
2747/13 2805/1
judges [1]  2752/20
judgment [14]  2738/2 2739/4
2759/2 2759/9 2759/23
2760/9 2761/14 2763/8
2766/9 2767/14 2767/17
2767/24 2768/2 2779/22
judgments [3]  2731/18
2756/19 2761/24
June [5]  2765/2 2765/6
2776/21 2777/5 2796/9
June 2021 [2]  2765/2 2765/6
June 3 [2]  2776/21 2777/5
2796/9
jurisdiction [3]  2747/25
2755/12 2767/8
just [104]  2730/7 2730/10
2734/25 2738/1 2738/13
2740/12 2742/5 2744/1
2746/7 2747/6 2747/6
2749/4 2758/6 2774/11
2775/2 2776/2 2776/14
2776/23 2777/11 2777/18
2778/2 2781/2 2781/18
2782/2 2782/10 2782/15
2784/2 2784/15 2785/3
2785/24 2786/3 2786/18
2787/2 2787/6 2787/8
2787/18 2789/18 2790/14
2791/7 2791/14 2791/16
2791/19 2792/9 2792/16
2792/18 2796/7 2797/10
2799/4 2800/7 2800/19
2802/24 2803/3 2803/16
2804/3 2806/19 2807/21
2809/25 2810/4 2811/24
2812/2 2812/8 2812/13
2814/7 2815/21 2816/3
2816/11 2816/11 2817/1

2821/14 2821/16 2821/21
2822/6 2822/22 2823/3
2824/14 2824/24 2825/25
2826/5 2826/6 2826/12
2826/16 2826/21 2826/22
2827/24 2828/10 2828/19
2829/11 2829/25 2831/7
2831/11 2832/13 2833/21
2833/24 2834/3 2836/15
2836/22 2836/25 2837/9
2839/7 2839/9 2841/1
Justice [2]  2726/14 2753/10
justifications [1]  2766/21
justified [1]  2762/23
justify [4]  2741/24 2746/13
2755/21 2820/3

**K**

Kaplan [1]  2736/5
keep [5]  2731/15 2732/7
2758/1 2817/13 2818/9
key [1]  2841/6
KGAA [2]  2726/6 2729/5
Kim [2]  2726/12 2729/11
kind [9]  2738/24 2764/20
2799/14 2810/21 2824/19
2832/4 2833/7 2833/9
2834/4
kinds [3]  2755/2 2758/23
2818/11
knew [2]  2784/10 2794/22
know [30]  2730/13 2731/13
2732/11 2732/25 2733/4
2733/6 2735/20 2741/24
2743/11 2745/3 2745/3
2748/16 2757/22 2766/12
2785/14 2785/17 2786/5
2786/8 2786/11 2786/16
2793/1 2793/20 2793/20
2797/20 2799/24 2814/17
2814/23 2820/5 2825/24
2828/20
knowledge [4]  2752/9
2752/12 2764/11 2799/15
known [3]  2818/12 2830/13
2834/24
knows [3]  2730/18 2757/25
2784/23
Kumho [1]  2752/23

**L**

labeled [1]  2812/7
lack [1]  2767/18
large [10]  2746/19 2760/10
2760/12 2765/7 2767/23
2769/1 2769/15 2788/13
2817/1 2833/11
largely [2]  2757/2 2767/13
larger [3]  2765/14 2765/16
2798/19
last [6]  2744/22 2745/1
2773/17 2779/8 2787/8
2831/8
later [3]  2789/23 2833/15
2833/18
launch [1]  2835/7
law [11]  2730/5 2731/20
2742/5 2748/14 2749/8
2751/3 2755/1 2763/17

**L**

law... [3] 2763/23 2767/2 2789/9
laws [1] 2753/12
lay [1] 2733/24
lead [1] 2832/16
leader [1] 2789/16
leading [4] 2774/15 2775/12 2779/16 2779/18
leads [1] 2786/14
leaner [1] 2732/7
learned [1] 2841/4
lease [6] 2740/20 2740/21 2740/23 2741/14 2757/8 2757/11
leases [5] 2740/5 2740/8 2740/19 2743/5 2757/13
leasing [1] 2741/16
least [6] 2756/5 2763/4 2769/1 2770/22 2820/6 2822/23
leave [1] 2839/6
left [6] 2805/20 2812/13 2819/4 2819/5 2819/21 2820/9
left-hand [6] 2805/20 2812/13 2819/4 2819/5 2819/21 2820/9
legal [4] 2752/6 2753/15 2755/6 2824/19
less [8] 2744/25 2754/13 2810/1 2826/4 2828/15 2828/18 2832/16 2838/6
lessening [2] 2785/20 2793/8
let [12] 2734/23 2747/19 2761/11 2775/13 2775/22 2777/20 2777/20 2802/8 2811/24 2815/20 2822/21 2840/5
let's [16] 2741/18 2742/12 2783/16 2795/15 2799/8 2800/12 2814/5 2814/7 2815/7 2815/18 2818/18 2822/14 2836/24 2837/5 2837/9 2841/19
Lets [2] 2806/10 2831/2
letting [1] 2741/16
level [20] 2787/3 2787/24 2791/11 2795/1 2801/24 2808/12 2816/5 2817/23 2826/8 2828/8 2828/8 2828/10 2830/25 2833/15 2834/24 2835/12 2835/21 2838/24 2839/24 2841/13
levels [15] 2745/6 2766/14 2796/24 2817/11 2818/1 2822/6 2826/4 2826/15 2826/17 2829/1 2832/4 2832/5 2832/16 2834/7 2836/2
leverage [1] 2830/15
Lexington [1] 2727/7
light [3] 2820/15 2821/21 2840/20
like [33] 2730/3 2731/9 2739/1 2739/3 2739/3 2744/8 2747/8 2749/5 2758/16 2759/3 2759/18 2766/10 2766/12 2769/23

2786/4 2786/15 2787/25 2788/13 2792/13 2796/11 2799/9 2800/7 2803/17 2808/12 2822/7 2826/6 2828/22 2833/17 2838/16 2840/3
likelihood [3] 2754/2 2794/8 2830/6
likely [20] 2735/3 2736/14 2736/24 2743/1 2744/11 2744/11 2746/24 2748/18 2748/19 2767/14 2769/21 2773/23 2808/23 2824/17 2825/9 2826/4 2826/18 2830/1 2830/4 2838/20
limine [1] 2750/16
limitations [1] 2791/15
Limited [1] 2752/23
line [9] 2735/8 2743/24 2746/7 2746/8 2746/10 2746/11 2746/19 2813/22 2835/20
lines [2] 2746/4 2765/18
listed [1] 2778/12
listen [1] 2734/3
listened [1] 2748/9
litigation [2] 2753/15 2764/9
little [17] 2730/6 2738/5 2759/18 2760/22 2784/24 2787/8 2792/13 2792/22 2795/7 2795/24 2799/8 2800/21 2815/7 2819/23 2836/19 2836/24 2838/4
LLP [4] 2726/18 2727/3 2727/6 2727/9
logic [3] 2816/1 2825/9 2825/13
logical [1] 2731/14
long [2] 2736/16 2834/14
look [35] 2738/18 2739/16 2740/8 2740/9 2740/18 2740/18 2742/7 2743/4 2743/5 2743/8 2762/5 2766/10 2769/24 2774/7 2776/17 2777/4 2777/22 2787/7 2790/7 2820/6 2820/7 2820/18 2822/4 2822/14 2822/22 2823/2 2824/20 2825/5 2825/23 2830/21 2838/22 2839/9 2839/15 2839/21 2841/1
looked [10] 2731/6 2740/5 2740/6 2748/8 2758/18 2758/22 2825/17 2839/4 2839/18 2839/20
looking [25] 2730/11 2735/15 2738/8 2738/11 2740/7 2743/12 2765/8 2776/20 2781/20 2782/15 2784/19 2791/6 2794/3 2797/12 2807/17 2818/22 2826/1 2828/6 2833/10 2834/12 2837/7 2840/10 2840/18 2841/2 2841/4
looks [1] 2833/17
Los [1] 2726/20
lose [1] 2795/5
losing [1] 2793/11

lost [3] 2775/25/16
2775/19 2776/25 2777/1
2777/12 2778/5 2778/16
2779/12 2780/12 2780/15
2781/20 2782/14 2804/8
2808/18 2808/19 2810/1
lost [5] 2775/23 2776/3
2776/6 2783/19 2808/21
lot [14] 2730/1 2731/4
2733/21 2741/23 2763/20
2789/22 2790/22 2800/2
2818/8 2818/14 2825/17
2827/22 2830/13 2833/9
lots [1] 2732/24
low [2] 2791/10 2819/23
lower [18] 2759/14 2783/4
2783/8 2785/11 2787/25
2790/25 2797/21 2798/4
2798/10 2804/20 2806/4
2806/4 2811/5 2813/13
2813/19 2830/11 2832/15
2836/2
lowering [3] 2786/12 2786/22
2788/1
LP [1] 2772/14
Ls [2] 2801/24 2801/25
lunch [2] 2841/17 2841/19
luncheon [1] 2841/21

**M**

machine [1] 2738/7
Macmillan [5] 2787/17
2792/25 2796/2 2820/16
2828/2
made [17] 2738/21 2742/23
2744/2 2748/19 2757/25
2762/8 2763/20 2765/23
2770/3 2770/24 2774/24
2776/12 2789/17 2808/2
2823/15 2832/19 2834/20
magic [2] 2822/10 2822/11
magnitude [3] 2754/3
2765/19 2770/22
main [2] 2815/15 2824/15
major [1] 2731/9
make [25] 2731/18 2739/23
2740/19 2742/8 2742/25
2744/13 2748/5 2783/22
2784/9 2784/12 2784/20
2784/25 2785/25 2786/16
2791/23 2794/23 2801/25
2804/10 2807/5 2823/13
2825/3 2831/5 2834/19
2836/8 2836/14
makes [5] 2767/4 2774/11
2783/11 2786/21 2810/2
making [6] 2736/4 2747/16
2806/7 2820/3 2827/10
2827/11
Malaviya [2] 2756/16
2758/17
management [9] 2734/2
2734/4 2738/2 2756/15
2759/9 2759/21 2761/24
2767/23 2768/2
management's [1] 2761/20
managerial [1] 2768/16
managers [1] 2757/5
managers' [1] 2767/13
mandated [1] 2736/12

Manuel [1] 2749/18
many [13] 2729/9 2730/18
2730/22 2732/19 2737/10
2744/24 2751/22 2756/4
2762/3 2764/10 2768/1
2833/5 2833/5
March [1] 2756/9
March 2020 [1] 2756/9
margin [14] 2801/5 2801/6
2801/12 2801/13 2805/6
2805/7 2805/21 2805/21
2805/22 2805/23 2806/3
2806/3 2806/5 2809/5
margins [19] 2800/25
2801/10 2801/15 2801/22
2801/23 2802/11 2802/12
2802/16 2802/18 2803/4
2803/5 2804/16 2804/20
2805/9 2805/25 2812/10
2813/2 2813/3 2813/7
market [97] 2737/17 2761/6
2761/16 2766/8 2774/7
2780/20 2780/21 2780/22
2780/25 2781/6 2781/9
2781/10 2781/18 2786/15
2788/11 2788/12 2788/24
2789/13 2789/21 2789/21
2790/3 2790/19 2790/19
2791/2 2791/3 2791/7
2791/8 2791/11 2791/16
2797/2 2798/22 2800/18
2800/20 2800/22 2803/17
2804/9 2808/16 2808/23
2809/12 2814/22 2815/7
2815/8 2815/9 2815/10
2815/13 2815/14 2815/21
2815/23 2815/24 2816/1
2816/4 2816/13 2817/6
2817/10 2819/4 2819/7
2820/4 2820/7 2822/2
2822/3 2822/16 2824/15
2824/18 2825/2 2826/7
2826/16 2826/18 2826/22
2827/16 2827/18 2828/6
2828/11 2828/13 2828/15
2829/20 2831/6 2831/8
2832/3 2832/14 2833/1
2833/4 2833/17 2834/8
2835/20 2836/24 2837/1
2837/8 2837/11 2837/13
2837/25 2838/5
marketing [13] 2762/25
2817/8 2817/11 2817/14
2817/15 2817/22 2817/25
2833/19 2834/1 2835/22
2835/23 2835/23 2836/5
markets [3] 2824/14 2826/21
2829/14
Markus [1] 2756/15
maroon [1] 2821/22
Marriott [1] 2771/24
mask [1] 2773/9
mass [1] 2737/17
match [2] 2793/6 2795/9
matched [1] 2759/10
mathematical [2] 2735/11

mathematical... [1] 2735/14
matter [10] 2729/21 2730/15
2736/15 2741/8 2748/14
2767/18 2786/18 2814/22
2832/24 2842/5
matters [2] 2736/6 2756/22
maximum [1] 2827/9
may [29] 2729/8 2729/25
2736/10 2751/22 2752/10
2753/24 2756/5 2763/18
2767/17 2771/9 2772/11
2772/13 2773/8 2773/9
2778/22 2780/5 2793/22
2793/24 2806/13 2806/20
2807/24 2813/17 2814/4
2823/19 2825/14 2826/14
2826/24 2830/19 2832/19
maybe [10] 2737/6 2782/9
2786/6 2790/4 2802/1
2805/10 2820/5 2822/16
2823/18 2836/13
McKinsey [5] 2732/17
2733/15 2770/3 2770/7
2770/13
McKinsey's [1] 2770/10
McReynolds [1] 2771/24
me [39] 2729/10 2734/23
2738/15 2740/17 2740/25
2741/1 2746/7 2747/19
2748/3 2757/23 2775/22
2777/20 2777/20 2792/9
2797/13 2802/8 2803/16
2807/25 2811/8 2811/24
2815/1 2815/20 2816/14
2818/17 2820/8 2820/20
2822/17 2822/21 2825/24
2826/13 2828/20 2828/24
2829/13 2833/3 2833/21
2834/3 2834/17 2840/5
2840/12
mean [14] 2736/1 2736/3
2747/12 2760/18 2774/24
2776/1 2791/10 2791/19
2809/21 2818/3 2830/3
2835/2 2838/23 2841/14
meaning [3] 2775/11
2809/17 2829/15
means [5] 2749/10 2754/2
2791/12 2806/8 2815/24
meant [1] 2793/13
meantime [1] 2731/9
measure [1] 2828/11
measured [2] 2809/3 2839/4
mechanism [2] 2805/2
2814/18
mechanisms [1] 2836/23
media [1] 2817/17
meet [3] 2741/12 2751/13
2759/4
meeting [2] 2778/24 2779/12
Megan [1] 2726/18
Mel [1] 2729/24
Melvin [2] 2726/13 2729/11
memory [2] 2838/4 2839/23
mention [4] 2777/24 2817/9
2819/22 2828/19
mentioned [10] 2782/19
2787/8 2796/2 2799/23

2817/20 2835/22 2836/13
mentioning [2] 2771/7
2821/22
mercifully [1] 2806/22
mere [1] 2755/4
merge [1] 2808/21
merged [9] 2746/25 2754/7
2762/18 2765/24 2774/12
2783/11 2785/4 2791/23
2804/3
merger [83] 2731/2 2732/11
2732/12 2733/17 2733/25
2736/22 2737/5 2737/11
2737/16 2739/3 2741/8
2742/21 2746/12 2747/21
2747/23 2748/21 2749/16
2750/5 2750/21 2750/22
2751/2 2751/15 2751/25
2753/8 2753/9 2753/13
2753/18 2753/25 2754/8
2754/11 2754/18 2754/22
2754/25 2755/5 2755/21
2758/14 2759/17 2759/24
2761/1 2761/3 2761/4
2761/5 2761/16 2761/22
2762/12 2762/17 2762/20
2762/24 2763/16 2763/22
2764/16 2764/18 2767/2
2770/8 2770/11 2771/6
2773/20 2773/21 2773/25
2775/6 2785/15 2786/6
2789/3 2790/8 2792/24
2799/15 2803/21 2808/16
2808/17 2809/20 2813/20
2813/25 2825/4 2825/7
2827/24 2829/5 2837/2
2838/17 2838/20 2838/21
2839/1 2839/2 2839/14
merger-related [1] 2749/16
merger-specific [3] 2750/5
2754/18 2770/11
mergers [3] 2731/8 2749/19
2753/11
merging [13] 2740/13
2741/21 2753/22 2753/24
2754/1 2768/15 2769/11
2769/12 2773/25 2775/7
2778/13 2787/6 2794/12
Merrell [1] 2752/19
method [2] 2767/19 2828/5
methodology [1] 2841/8
methods [2] 2752/15
2752/16
mid [1] 2739/15
midsized [1] 2789/4
midst [1] 2772/25
might [15] 2732/24 2758/20
2758/24 2767/22 2777/17
2785/3 2792/6 2810/18
2811/19 2817/5 2818/12
2819/23 2834/5 2834/6
2836/3
Miller [1] 2802/2
Miller's [1] 2802/7
million [20] 2735/5 2757/14
2803/15 2816/7 2817/4
2818/4 2822/13 2822/20
2822/20 2824/4 2824/5

2830/2 2831/19 2839/20
2839/21 2839/22 2841/13
million-dollar [1] 2818/4
millions [2] 2735/3 2735/5
mind [5] 2775/17 2782/23
2783/14 2817/13 2838/18
mindful [1] 2800/8
mine [1] 2840/14
minimal [1] 2744/19
minute [3] 2781/15 2795/15
2833/2
minutes [11] 2775/17
2775/20 2776/11 2777/2
2778/25 2779/3 2779/12
2780/13 2780/16 2781/20
2782/14
Missouri [1] 2735/19
mitigated [1] 2810/14
mitigates [1] 2810/17
mix [1] 2807/2
model [70] 2730/11 2730/20
2738/9 2743/24 2744/5
2744/15 2745/10 2748/4
2750/14 2752/3 2756/5
2756/8 2756/11 2756/13
2756/17 2756/24 2757/20
2758/9 2759/11 2760/2
2762/16 2763/14 2764/24
2764/25 2765/1 2765/2
2765/5 2765/6 2765/8
2765/8 2765/10 2765/11
2765/13 2765/16 2765/17
2765/21 2765/23 2766/3
2766/5 2766/7 2766/17
2766/21 2766/24 2767/3
2767/6 2770/23 2792/17
2800/1 2800/4 2800/12
2800/17 2800/23 2801/2
2801/10 2801/12 2802/3
2802/6 2802/11 2804/8
2804/20 2804/25 2805/15
2805/21 2806/2 2806/6
2807/8 2811/6 2811/8
2812/10 2813/17
modeled [1] 2799/13
modeling [5] 2799/21
2813/25 2814/9 2815/2
2832/1
models [5] 2735/12 2764/12
2774/4 2811/8 2832/23
moment [4] 2746/16 2747/20
2782/19 2797/13
money [3] 2818/6 2818/8
2826/6
monopsonist [3] 2831/11
2831/15 2831/18
monopsony [1] 2831/23
more [53] 2729/9 2731/4
2735/23 2741/13 2743/3
2744/10 2744/11 2744/21
2745/17 2745/18 2745/18
2746/24 2747/4 2747/22
2748/24 2751/11 2754/14
2755/4 2760/13 2761/2
2764/11 2766/10 2769/19
2786/23 2789/13 2792/10
2792/11 2792/20 2793/11
2793/15 2799/25 2808/22

2818/6 2819/24 2824/17
2825/21 2827/7 2828/9
2830/1 2830/2 2830/3
2830/4 2830/6 2830/17
2830/22 2833/25 2834/1
2834/1 2836/11 2836/11
Moreover [3] 2751/23
2753/22 2767/3
Morgan [3] 2743/5 2743/10
2743/15
morning [17] 2726/7 2729/2
2729/3 2729/12 2729/13
2729/16 2729/17 2729/19
2729/24 2734/20 2734/21
2773/11 2773/12 2773/15
2773/16 2795/20 2795/21
Morsell [1] 2772/4
mortar [1] 2817/18
most [16] 2744/15 2745/12
2749/7 2760/3 2760/6
2762/13 2763/9 2765/1
2766/8 2823/9 2823/11
2825/9 2826/12 2828/7
2830/15 2839/1
mostly [1] 2761/24
motion [6] 2729/21 2750/16
2750/23 2751/9 2751/19
2772/18
motions [1] 2753/6
move [8] 2733/2 2746/18
2806/10 2821/9 2837/16
2838/11 2840/3 2840/21
MR [3] 2728/5 2759/11
2760/18
Mr. [82] 2729/19 2730/18
2730/19 2731/12 2732/9
2733/6 2733/11 2734/17
2734/19 2737/8 2737/10
2737/13 2737/14 2737/23
2738/9 2738/15 2738/16
2739/8 2740/4 2740/10
2740/15 2741/19 2742/13
2742/13 2743/16 2743/19
2744/9 2744/17 2746/21
2747/2 2747/6 2748/11
2749/3 2749/21 2749/25
2750/12 2750/25 2751/7
2756/7 2756/17 2756/18
2756/21 2756/23 2757/5
2757/20 2758/9 2758/11
2758/17 2758/17 2758/18
2758/22 2759/2 2759/7
2759/13 2759/22 2760/2
2760/9 2760/11 2760/21
2760/25 2761/4 2761/9
2761/14 2761/19 2761/23
2762/6 2762/8 2762/22
2763/1 2763/5 2763/8
2763/20 2763/25 2765/1
2766/7 2766/11 2766/20
2770/23 2792/9 2795/13
2810/23 2841/15
Mr. Dohle [2] 2737/14
2758/17
Mr. Fishbein [1] 2729/19
Mr. Frackman [7] 2730/19
2734/19 2737/8 2738/15
2741/19 2743/19 2747/6

**M**

Mr. Malaviya [1] 2758/17
Mr. Oppenheimer [4] 2792/9 2795/13 2810/23 2841/15
Mr. Sansigre [43] 2730/18 2731/12 2733/11 2737/10 2737/13 2737/23 2738/9 2738/16 2739/8 2740/4 2740/10 2742/13 2743/16 2744/17 2746/21 2748/11 2749/21 2756/7 2756/17 2756/21 2756/23 2757/5 2758/11 2758/18 2758/22 2759/2 2759/7 2759/13 2759/22 2760/21 2761/4 2761/9 2761/14 2761/19 2762/6 2762/8 2762/22 2763/1 2763/20 2763/25 2765/1 2766/7 2766/11
Mr. Sansigre's [20] 2740/15 2742/13 2744/9 2747/2 2749/25 2750/12 2750/25 2751/7 2756/18 2757/20 2758/9 2760/2 2760/9 2760/11 2760/25 2761/23 2763/5 2763/8 2766/20 2770/23
Mr. Schwarz [4] 2732/9 2733/6 2734/17 2749/3
much [24] 2730/1 2730/2 2738/22 2753/21 2761/12 2764/11 2765/14 2769/16 2786/18 2788/24 2789/13 2799/11 2801/11 2809/16 2813/23 2819/24 2824/18 2825/21 2826/5 2826/11 2828/9 2831/19 2832/10 2833/16
multi [10] 2782/21 2783/2 2784/3 2794/14 2809/18 2812/14 2812/19 2813/4 2814/12 2814/24
multiplying [1] 2780/21
mum [1] 2839/3
must [11] 2732/13 2741/4 2741/4 2753/3 2754/16 2754/21 2754/23 2755/1 2767/7 2820/8 2822/2
my [31] 2729/15 2743/9 2775/8 2788/24 2789/6 2789/8 2789/11 2790/20 2798/6 2800/23 2801/14 2802/5 2804/15 2804/17 2805/18 2809/1 2810/19 2811/14 2813/2 2813/12 2814/4 2815/16 2815/22 2816/11 2819/1 2824/20 2827/21 2827/25 2828/14 2836/7 2837/14
Myers [2] 2726/18 2727/3
myself [1] 2748/10

**N**

name [3] 2729/15 2732/18 2748/2
namely [1] 2760/14
narrowly [1] 2793/15
Nathan [1] 2802/2
National [1] 2771/13

nearing [1] 2779/9
necessarily [2] 2741/7 2831/16
necessary [6] 2734/5 2740/12 2764/3 2764/6 2764/21 2769/2
need [11] 2731/21 2732/5 2733/3 2733/9 2746/25 2804/9 2816/20 2818/5 2834/2 2834/5 2841/16
needs [1] 2747/3
negate [1] 2825/23
negative [1] 2812/21
negotiate [1] 2792/15
negotiation [5] 2792/8 2792/14 2793/6 2795/4 2795/8
negotiations [8] 2791/21 2792/3 2795/1 2807/4 2811/1 2811/3 2811/13 2812/3
neither [2] 2730/10 2794/7
nestor [5] 2727/12 2727/14 2842/8 2842/8 2842/10
network [1] 2769/20
neutrals [2] 2735/22 2736/2
never [5] 2732/10 2732/11 2732/12 2733/4 2733/6
new [11] 2727/4 2727/4 2727/7 2727/7 2736/6 2757/3 2757/4 2757/7 2757/15 2765/2 2765/3
next [7] 2779/6 2785/15 2787/16 2822/14 2822/19 2825/20 2840/22
Nihar [1] 2756/15
Ninth [1] 2727/10
no [61] 2726/3 2730/14 2732/3 2734/12 2735/13 2735/16 2736/11 2736/12 2742/11 2745/14 2747/11 2749/4 2755/12 2756/21 2763/15 2764/5 2770/14 2770/21 2770/24 2772/22 2775/21 2777/20 2780/18 2781/14 2781/14 2781/18 2782/7 2783/23 2784/17 2785/7 2785/12 2787/23 2790/18 2793/7 2793/22 2794/9 2794/10 2799/20 2799/23 2799/25 2804/8 2805/5 2807/6 2811/2 2811/23 2812/2 2816/3 2821/4 2821/11 2823/23 2828/24 2831/7 2832/5 2832/8 2832/12 2832/22 2835/22 2837/18 2838/12 2840/4 2840/6
No. [6] 2729/4 2796/20 2796/21 2821/21 2821/22 2823/1
No. 1 [1] 2821/21
No. 21-2886 [1] 2729/4
No. 29 [1] 2823/1
No. 30 [2] 2796/20 2796/21
No. 4 [1] 2821/22
nobody [2] 2764/6 2807/21
noise [1] 2818/14
noisy [1] 2839/24

non-Big [1] 2787/21 2787/22 2790/11 2820/11 2822/25 2823/6 2823/10 2826/4 2827/20 2828/6 2828/9
non-headcount [2] 2757/18 2758/25
non-top [1] 2760/19
none [7] 2737/11 2740/2 2745/4 2763/11 2764/1 2766/25 2815/3
Northwest [2] 2726/15 2727/10
Norton [3] 2787/17 2792/25 2835/3
NortonLifeLock [1] 2772/5
not [191] 2729/8 2731/11 2731/15 2731/15 2732/16 2734/13 2734/25 2735/5 2735/8 2735/11 2735/21 2736/10 2737/22 2737/25 2738/2 2739/3 2739/4 2739/18 2739/25 2740/7 2740/9 2742/2 2742/9 2743/12 2744/2 2744/11 2744/15 2745/4 2745/10 2745/20 2746/11 2746/17 2746/24 2746/24 2747/18 2748/12 2750/10 2750/11 2750/13 2751/10 2751/23 2751/23 2751/25 2752/1 2753/24 2754/19 2754/22 2755/11 2755/21 2756/6 2761/1 2762/14 2762/14 2762/17 2762/23 2763/2 2763/8 2763/10 2763/14 2763/24 2764/15 2764/18 2764/19 2765/12 2765/18 2766/4 2766/18 2766/25 2767/3 2767/6 2767/20 2767/21 2768/12 2768/17 2769/7 2769/19 2769/24 2770/6 2770/8 2770/9 2770/16 2770/18 2771/1 2771/3 2772/13 2774/3 2776/1 2776/14 2776/24 2777/12 2777/20 2778/11 2779/13 2780/10 2780/11 2780/23 2781/6 2782/9 2782/17 2782/18 2783/4 2783/20 2783/25 2784/4 2784/5 2784/10 2784/12 2785/2 2785/16 2785/25 2786/5 2787/3 2787/6 2787/11 2787/12 2787/18 2788/15 2789/2 2789/11 2789/17 2790/16 2791/14 2791/17 2792/18 2792/19 2793/7 2793/22 2794/13 2794/16 2794/19 2794/23 2797/8 2797/20 2798/5 2798/15 2799/11 2799/12 2799/13 2799/23 2800/3 2800/6 2801/24 2801/25

nor [118] 2758/23 2760/19 2787/21 2787/22 2790/11 2820/11 2822/25 2823/6 2823/10 2826/4 2827/20 2828/6 2828/9

nor [ ] 2805/5 2806/9 2806/18 2806/23 2809/24 2810/4 2810/16 2810/20 2811/17 2813/21 2814/8 2815/15 2815/23 2817/22 2818/3 2820/16 2822/1 2822/6 2822/9 2822/11 2822/15 2822/17 2822/18 2825/22 2826/11 2827/14 2827/25 2828/1 2828/19 2829/11 2830/4 2831/9 2831/19 2831/21 2831/24 2832/10 2833/3 2833/21 2834/2 2835/2 2835/14 2836/21 2837/9
notably [4] 2760/25 2762/13 2764/1 2765/2
note [1] 2753/2
notebook [2] 2776/16 2776/18
noted [6] 2760/21 2767/16 2768/14 2769/14 2770/7 2770/12
notes [2] 2764/14 2840/14
nothing [2] 2741/13 2826/2
notice [1] 2739/7
noting [2] 2820/15
notion [2] 2764/2 2775/6
November [29] 2730/16 2730/19 2744/5 2744/18 2744/22 2748/4 2749/18 2750/14 2752/3 2756/5 2757/20 2758/9 2759/11 2760/2 2762/16 2764/23 2764/25 2765/10 2765/15 2765/17 2765/20 2765/23 2766/3 2766/5 2766/7 2766/17 2766/21 2766/23 2767/5
November 2020 [20] 2730/16 2744/5 2744/18 2744/22 2748/4 2750/14 2752/3 2756/5 2760/2 2762/16 2764/25 2765/17 2765/20 2765/23 2766/3 2766/7 2766/17 2766/21 2766/23 2767/5
November 2022 [1] 2765/10
November 9 [1] 2730/19
now [22] 2741/25 2751/17 2775/19 2781/14 2783/9 2790/2 2791/21 2795/12 2797/8 2800/7 2801/23 2803/18 2804/17 2805/24 2806/10 2808/20 2808/25 2820/9 2820/14 2825/20 2836/22 2838/17
number [45] 2729/15 2732/4 2732/5 2746/21 2747/5 2756/4 2759/10 2760/7 2763/11 2764/23 2765/13 2765/14 2765/16 2782/21 2782/21 2786/15 2786/19 2787/20 2789/16 2789/17 2790/16 2791/4 2791/5 2797/10 2797/10 2797/18 2798/9 2812/8 2813/10 2817/1 2819/11 2819/13

2860

**N**

number... [13] 2821/7
2821/16 2822/5 2822/11
2823/14 2826/1 2826/7
2827/7 2832/17 2833/12
2834/4 2839/3 2839/3
numbering [1] 2821/18
numbers [36] 2731/11
2731/13 2744/16 2746/6
2747/16 2757/23 2758/1
2758/5 2758/7 2765/12
2766/5 2766/19 2770/15
2770/17 2803/19 2809/12
2812/5 2812/21 2812/22
2813/13 2818/16 2819/16
2821/1 2821/2 2823/17
2823/21 2824/10 2826/20
2827/4 2827/4 2827/7
2828/10 2829/2 2837/10
2839/24 2841/14
numerator [2] 2809/1 2810/7
numerous [1] 2729/15
NW [2] 2727/13 2842/9

**O**

O'Melveny [2] 2726/18
2727/3
oath [1] 2773/6
objection [14] 2774/15
2775/12 2779/16 2820/23
2821/4 2821/11 2823/20
2823/22 2823/23 2837/17
2837/18 2838/12 2840/4
2840/6
observation [1] 2823/3
observations [4] 2783/5
2823/13 2839/13 2839/13
observe [3] 2753/19 2792/16
2816/4
observed [2] 2736/19
2773/22
obviously [6] 2730/22 2744/8
2782/16 2802/21 2805/20
2824/19
occur [3] 2744/11 2748/18
2748/19
October [1] 2756/12
October 2020 [1] 2756/12
off [8] 2780/25 2791/9
2791/10 2805/11 2828/6
2828/7 2828/9 2836/25
offer [2] 2795/9 2824/18
offered [1] 2749/16
offers [2] 2749/24 2774/24
office [3] 2757/7 2757/10
2757/15
Official [2] 2727/12 2842/9
offs [1] 2760/6
often [4] 2781/11 2783/1
2791/4 2824/21
oh [4] 2793/2 2798/11
2807/23 2809/15
okay [39] 2734/9 2736/17
2741/18 2742/10 2743/18
2743/21 2749/12 2757/23
2758/9 2772/24 2775/19
2782/4 2783/16 2786/13
2790/12 2791/21 2796/5
2796/10 2798/1 2798/7

2798/6 2801/6 2804/1
2804/5 2804/11 2804/24
2807/15 2808/15 2808/20
2809/2 2809/7 2810/20
2821/5 2821/6 2821/16
2825/11 2829/15 2830/9
2837/11
old [2] 2731/2 2731/2
once [2] 2773/4 2790/6
one [96] 2731/15 2731/15
2731/17 2732/4 2732/24
2733/23 2733/23 2733/24
2734/7 2735/10 2736/17
2737/5 2738/1 2740/20
2742/22 2743/2 2745/16
2746/9 2746/19 2756/4
2763/4 2770/12 2773/25
2774/8 2776/23 2777/17
2778/6 2779/7 2779/24
2782/10 2782/21 2783/2
2784/4 2787/7 2787/13
2790/16 2790/25 2791/5
2791/18 2791/21 2791/21
2792/5 2792/8 2792/8
2793/6 2794/7 2794/12
2795/8 2795/8 2796/12
2797/10 2797/23 2798/2
2798/25 2800/22 2801/12
2807/3 2807/3 2807/3
2807/13 2808/21 2811/3
2811/3 2812/2 2812/2
2812/8 2813/10 2813/14
2815/5 2816/4 2816/25
2817/7 2820/6 2822/17
2823/2 2824/5 2824/17
2824/20 2826/14 2826/14
2830/20 2831/4 2831/4
2831/19 2832/11 2832/11
2834/12 2839/3 2840/23
2840/24
one million [2] 2824/5
2831/19
one-one-one [1] 2807/3
ones [8] 2737/25 2793/23
2813/3 2825/8 2826/14
2827/14 2833/10 2833/25
ongoing [1] 2836/18
only [17] 2733/23 2736/10
2743/16 2772/8 2774/11
2779/25 2780/1 2783/11
2785/18 2786/14 2788/16
2788/23 2792/4 2798/23
2827/20 2835/14 2840/14
op [1] 2746/18
operate [3] 2816/9 2816/14
2817/1
operating [19] 2730/23
2756/25 2757/17 2757/21
2758/10 2758/12 2758/13
2758/14 2758/19 2782/4
2782/6 2801/4 2801/7
2801/16 2801/21 2804/18
2804/19 2805/25 2813/3
operations [1] 2828/22
operative [1] 2746/12
opine [1] 2772/7
opinion [10] 2749/17 2750/15

2752/1 2761/6 2771/2
2780/14 2806/15 2815/12
2824/19 2827/25
opinions [2] 2771/16 2772/9
Oppenheimer [6] 2726/17
2728/5 2792/9 2795/13
2810/23 2841/15
opposed [2] 2738/11 2747/1
opposing [1] 2772/2
optimal [2] 2784/12 2784/22
optimistic [3] 2741/22 2742/3
2755/20
optimization [1] 2817/16
optimize [1] 2836/23
option [2] 2792/7 2792/24
oral [2] 2729/22
order [6] 2741/5 2755/3
2755/23 2764/21 2795/19
2814/23
originators [1] 2813/23
other [56] 2731/24 2735/9
2737/19 2738/5 2738/20
2739/20 2750/18 2751/16
2752/11 2757/11 2757/13
2759/1 2762/20 2764/20
2771/8 2771/22 2774/1
2774/14 2775/7 2776/7
2776/14 2778/10 2778/12
2778/13 2778/13 2779/9
2779/15 2780/22 2781/10
2782/6 2782/12 2783/13
2786/6 2787/21 2790/9
2790/16 2791/18 2794/13
2800/25 2801/12 2808/25
2810/1 2810/5 2810/7
2810/9 2810/15 2810/15
2811/20 2816/15 2822/8
2827/24 2828/2 2830/20
2834/23 2834/25 2839/13
others [3] 2739/25 2764/17
2820/16
otherwise [4] 2741/12
2749/10 2752/10 2767/25
our [6] 2740/22 2743/9
2773/17 2831/8 2839/2
2841/19
out [28] 2733/7 2733/9
2733/24 2735/8 2752/4
2758/5 2758/6 2758/6
2766/4 2779/9 2792/18
2793/8 2798/22 2801/14
2801/17 2805/8 2808/17
2812/8 2819/9 2822/22
2826/15 2832/10 2834/23
2836/3 2836/10 2837/9
2837/10 2839/6
outcomes [1] 2806/7
outlets [1] 2788/15
outlier [1] 2747/2
outline [1] 2753/9
output [4] 2754/20 2839/4
2839/4 2839/10
outset [3] 2793/20 2796/14
2818/7
outside [7] 2748/24 2754/13
2763/15 2792/7 2792/24
2829/5 2835/11
over [8] 2798/9 2806/21
2819/13 2824/3 2824/6

over-included [1] 2798/9
overall [2] 2800/23 2841/6
overrepresent [1] 2798/11
overrepresented [2] 2798/22
owed [2] 2757/11
own [7] 2736/4 2755/21
2763/5 2764/19 2767/24
2782/25 2809/1

**P**

p.m [1] 2841/21
Packages [1] 2772/15
page [8] 2728/7 2728/10
2734/6 2777/6 2777/7
2778/22 2796/12 2797/14
page 184 [1] 2777/6
pages [1] 2778/23
paid [1] 2735/21
Pam [4] 2793/24 2802/20
2840/1 2841/10
PAN [1] 2726/9
pandemic [8] 2744/23 2745/2
2745/6 2746/24 2766/8
2766/10 2766/12 2766/13
papers [1] 2740/21
paperwork [1] 2741/23
paragraph [1] 2773/21
Paramount [1] 2743/23
Pardon [1] 2789/7
parent [1] 2743/25
park [1] 2791/1
part [12] 2746/19 2753/20
2759/13 2769/1 2792/5
2808/25 2810/21 2816/11
2829/10 2829/17 2829/17
2831/8
participants [1] 2816/14
participate [2] 2794/13
2816/13
particular [14] 2737/5
2740/20 2744/24 2756/20
2760/7 2763/10 2785/18
2788/24 2811/7 2825/16
2825/21 2827/23 2835/20
2836/3
particularly [3] 2732/20
2744/25 2746/16
parties [37] 2741/21 2742/2
2742/9 2749/14 2750/13
2751/6 2751/18 2755/3
2757/22 2761/12 2763/13
2769/12 2769/12 2771/11
2774/8 2774/12 2775/1
2775/7 2778/13 2782/11
2782/15 2783/12 2787/6
2787/20 2791/17 2794/12
2800/18 2801/3 2801/24
2804/3 2804/9 2810/1
2810/7 2810/9 2813/4
2827/17 2837/11
parties' [3] 2755/19 2768/15
2780/1
party [27] 2738/5 2741/4
2742/11 2753/3 2754/24
2755/10 2758/23 2759/19
2762/4 2769/14 2770/21
2771/11 2772/2 2772/3
2772/12 2772/13 2772/20
2778/13 2778/13 2779/10

2861

P

party... [7] 2786/6 2791/23 2808/21 2808/22 2808/25 2809/25 2810/4
party's [3] 2740/13 2801/12 2801/12
pass [11] 2809/10 2809/11 2809/13 2809/14 2809/15 2810/1 2810/21 2813/11 2813/16 2813/16 2819/15
pass-through [10] 2809/10 2809/11 2809/13 2809/14 2809/15 2810/1 2810/21 2813/11 2813/16 2813/16
passed [3] 2769/21 2802/3 2831/20
Passenger [1] 2771/14
passes [1] 2831/23
passing [1] 2802/1
past [17] 2736/20 2736/23 2737/2 2737/25 2738/4 2738/9 2748/22 2754/15 2760/21 2761/24 2762/10 2762/11 2762/15 2762/17 2763/9 2768/15 2831/18
path [2] 2815/5 2815/5
paths [1] 2836/19
pause [1] 2807/13
pausing [1] 2805/18
payments [1] 2757/11
Peabody [3] 2735/18 2736/21 2749/5
PENGUIN [70] 2726/18 2727/3 2729/14 2731/2 2734/25 2735/7 2737/4 2737/6 2737/15 2737/16 2737/17 2738/6 2739/3 2749/19 2751/20 2756/9 2757/4 2757/5 2757/7 2758/2 2758/14 2758/16 2759/3 2759/14 2759/17 2759/19 2759/20 2759/24 2760/10 2760/17 2760/18 2760/22 2761/2 2761/3 2761/7 2761/9 2761/17 2762/1 2762/18 2762/20 2762/23 2763/15 2768/21 2775/23 2776/4 2778/17 2779/13 2779/23 2781/16 2781/21 2782/20 2783/1 2783/19 2784/7 2784/13 2784/14 2785/3 2788/12 2788/17 2790/15 2790/24 2791/4 2794/7 2797/9 2797/22 2803/12 2803/22 2809/4 2809/5 2838/17
people [5] 2738/20 2774/21 2814/4 2826/7 2826/17
per [2] 2757/14 2840/18
percent [80] 2730/23 2740/7 2740/9 2741/16 2743/16 2743/17 2744/20 2757/10 2781/12 2782/22 2783/8 2785/19 2785/22 2785/24 2786/21 2789/15 2790/4 2790/15 2791/5 2791/6 2791/25 2793/13 2793/15 2793/21 2793/21 2794/4 2794/6 2794/14 2797/21

2798/5 2798/13 2798/13 2798/15 2798/16 2798/17 2798/23 2799/2 2802/25 2803/9 2803/10 2803/11 2803/16 2803/23 2804/2 2804/21 2804/22 2804/22 2805/22 2806/3 2806/4 2809/19 2809/21 2810/2 2810/8 2810/9 2812/19 2812/21 2813/1 2813/5 2813/5 2813/6 2813/15 2813/16 2814/2 2820/11 2820/12 2820/18 2820/19 2821/23 2821/23 2823/7 2823/10 2824/12 2827/20 2827/21 2839/5 2839/8
percentage [22] 2758/11 2758/15 2759/2 2759/8 2759/15 2759/23 2761/15 2762/9 2768/6 2768/6 2788/14 2790/24 2791/17 2797/11 2797/11 2797/20 2797/21 2803/20 2803/21 2809/7 2814/23 2833/11
percentages [2] 2763/1 2821/15
perception [4] 2792/6 2792/21 2795/10 2799/15
perceptive [1] 2739/7
perfect [1] 2783/4
perfectly [5] 2731/14 2733/9 2733/16 2747/15 2767/18
perform [3] 2769/8 2770/17 2807/7
performance [4] 2765/21 2765/25 2766/1 2766/5
performed [2] 2764/11 2770/14
perhaps [3] 2730/19 2807/13 2820/22
period [6] 2819/2 2819/14 2820/2 2827/10 2837/13 2840/19
person [2] 2731/16 2738/18
personal [1] 2763/8
personnel [3] 2757/6 2757/18 2758/3
persuasive [3] 2747/24 2751/3 2767/2
pertains [2] 2773/21 2799/21
Petrocelli [2] 2726/17 2729/14
PH.D [2] 2728/4 2773/5
pharmaceuticals [2] 2752/19 2808/8
physical [3] 2760/5 2760/11 2765/9
pick [2] 2739/24 2801/15
picked [1] 2762/22
picking [1] 2739/2
picture [1] 2786/23
place [3] 2736/19 2755/7 2799/15
Plaintiff [2] 2726/4 2726/12
plaintiff's [4] 2728/7 2771/21 2820/24 2821/12
plaintiffs' [3] 2771/15 2771/16 2772/1

planning [1] 2754/14
plausible [1] 2733/16
players [2] 2786/14 2824/15
plays [1] 2822/22
please [6] 2729/6 2729/25 2773/2 2792/11 2795/19 2803/3
poaching [1] 2733/14
podium [1] 2729/6
point [28] 2730/25 2731/20 2731/25 2732/13 2735/10 2735/11 2784/7 2784/8 2785/8 2786/18 2787/4 2787/7 2787/15 2787/24 2789/1 2790/6 2792/13 2792/18 2798/2 2812/8 2817/9 2819/9 2820/3 2831/17 2834/23 2836/8 2836/22 2841/6
pointed [3] 2801/14 2801/17 2832/10
points [2] 2740/22 2759/15
poking [1] 2733/8
popular [1] 2799/25
portfolio [1] 2833/9
portion [1] 2792/5
pose [1] 2822/16
posed [1] 2810/18
position [24] 2740/10 2742/15 2748/12 2763/24 2792/8 2798/17 2818/10 2836/20
possibility [1] 2787/2
possible [8] 2733/9 2738/16 2739/17 2765/7 2775/23 2786/19 2827/1 2827/2 2829/25 2837/4 2838/5
post-merger [2] 2755/5 2759/24
position [1] 2755/22
positions [1] 2758/23
positive [4] 2812/22 2818/1 2818/10 2836/20
possession [1] 2753/22
possibly [1] 2766/12
post [11] 2755/5 2759/24 2761/16 2766/12 2789/3 2790/8 2803/21 2827/24 2829/2 2837/4 2838/5
post-merger [2] 2755/5 2759/24
post-pandemic [1] 2766/12
potential [4] 2735/9 2794/9 2800/2 2831/22
power [5] 2788/12 2808/16 2808/23 2827/16 2831/23
practical [1] 2741/8
practices [2] 2753/10 2768/15
pre [5] 2745/6 2746/24 2766/8 2766/10 2766/13
pre-pandemic [5] 2745/6 2746/24 2766/8 2766/10 2766/13
precedent [2] 2748/2 2764/20
precedents [7] 2739/2 2755/7 2762/22 2764/10 2767/8 2767/9 2771/6
precision [3] 2732/14 2735/11 2735/14
preclude [2] 2750/24 2751/19

predicated [2] 2775/10
predict [10] 2736/17 2759/23 2761/14 2763/4 2763/6 2774/8 2781/10 2802/11 2803/23 2811/9
predicted [13] 2754/23 2761/9 2764/16 2765/15 2780/24 2781/12 2803/8 2803/11 2805/6 2805/8 2805/21 2812/19 2813/7
predicting [5] 2735/12 2737/7 2758/11 2806/2 2806/4
prediction [8] 2745/4 2780/22 2791/8 2791/9 2803/10 2805/21 2805/23 2812/25
predictions [9] 2761/20 2765/23 2766/2 2766/6 2781/5 2781/18 2806/1 2814/12 2814/12
predicts [3] 2765/8 2765/11 2765/13
preempts [1] 2812/3
prefer [2] 2777/20 2841/2
premerger [2] 2809/8
premised [2] 2767/13 2768/2
prepare [1] 2807/10
prepared [9] 2729/22 2730/2 2730/12 2730/13 2741/24 2749/14 2771/16 2772/2 2794/2
preponderance [2] 2739/18 2753/4
present [5] 2734/13 2736/15 2766/10 2767/23 2790/25
presentation [2] 2751/6 2823/8
presented [7] 2776/12 2779/9 2804/15 2817/24 2818/16 2818/25 2819/10
president [1] 2749/18
press [1] 2815/6
pressed [1] 2767/24
pressure [1] 2813/4
pressures [1] 2813/19
presumes [1] 2788/5
presumption [2] 2828/25 2829/6 2838/8
pretty [2] 2799/11 2832/25
previous [3] 2823/5 2824/9 2825/16
PRH [18] 2732/7 2776/6 2776/7 2778/7 2779/6 2787/16 2790/10 2793/16 2794/19 2795/3 2798/9 2798/12 2801/4 2801/16 2805/23 2806/1 2806/5 2828/1
price [9] 2813/4 2813/19 2815/21 2815/21 2815/22 2815/22 2828/23 2829/14 2829/19
priced [1] 2826/15
prices [1] 2810/16
pricing [1] 2809/24
primarily [2] 2745/8
primary [2] 2749/24 2824/22
principles [2] 2752/15 2752/16

2862

**P**

prior [7] 2739/2 2758/12 2758/13 2759/9 2763/17 2773/24 2823/1
probabilities [3] 2787/13 2787/25 2788/8
probability [4] 2773/24 2786/24 2786/24 2791/12
probably [2] 2830/3 2831/9
problem [7] 2784/19 2785/18 2787/12 2793/1 2802/6 2813/22 2822/17
problems [2] 2789/22 2807/1 2815/17
Procedurally [1] 2800/1
proceed [4] 2751/12 2813/25 2821/16 2824/2
proceeded [1] 2734/3
proceeding [1] 2835/6
proceedings [2] 2729/1 2842/4
process [7] 2754/14 2768/21 2768/22 2780/4 2784/4 2787/9 2833/18
processes [2] 2768/17 2807/2
produce [5] 2734/5 2769/2 2790/4 2798/24 2811/5
produced [4] 2749/17 2749/21 2769/5 2812/9
produces [1] 2813/18
product [2] 2752/15 2768/7
production [3] 2746/18 2761/10 2792/24
productivity [1] 2768/7
professor [28] 2773/15 2774/18 2776/16 2776/19 2776/20 2776/23 2777/9 2780/7 2790/14 2794/2 2795/23 2796/7 2797/14 2799/4 2800/5 2802/24 2807/18 2808/2 2818/22 2821/14 2825/13 2832/22 2837/7 2838/11 2838/16 2839/11 2840/10 2840/16
proffered [1] 2764/4
profitable [1] 2808/24
profits [1] 2833/11
project [4] 2737/10 2742/5 2745/1 2759/2
projected [31] 2736/13 2750/1 2750/4 2750/6 2750/12 2751/7 2751/17 2751/20 2753/23 2754/12 2755/8 2756/4 2757/14 2757/20 2758/9 2759/7 2759/10 2759/11 2760/2 2760/4 2760/7 2761/23 2763/7 2763/10 2766/24 2767/12 2768/4 2768/25 2769/12 2770/11 2770/23
projecting [1] 2737/22
projection [7] 2735/15 2738/14 2743/9 2745/17 2745/19 2749/17 2755/20
projections [33] 2736/19 2737/23 2737/25 2738/8 2738/11 2739/1 2749/21 2749/25 2750/14 2750/19

2750/25 2751/25 2755/24 2760/1 2760/8 2760/12 2760/25 2762/3 2762/13 2762/14 2762/23 2763/19 2765/4 2765/20 2766/6 2766/19 2767/4 2768/1 2768/19 2770/3
projects [1] 2762/16
prominent [1] 2763/9
promises [1] 2755/4
proof [2] 2730/7 2736/10
proportion [2] 2730/7 2773/24 2780/21
proportional [1] 2780/20
proposed [7] 2761/3 2790/1 2815/13 2815/23 2816/1 2819/3 2819/7
proposes [1] 2815/9
proposing [1] 2828/19
proposition [3] 2772/10 2817/24 2834/22
prospect [1] 2830/21
prospective [2] 2770/4 2795/4
prospectively [1] 2784/20
prove [4] 2735/17 2736/11 2736/13 2741/5
proveably [3] 2766/6 2766/19 2767/4
proved [2] 2752/5 2765/21
provide [6] 2764/3 2770/25 2776/14 2779/13 2792/17 2829/13
provided [9] 2740/14 2769/20 2771/11 2771/21 2772/12 2778/4 2779/8 2814/18 2832/2
provider [1] 2769/11
provides [2] 2752/8 2755/1
proving [1] 2772/8
provisional [1] 2793/6
publicists [1] 2836/15
publicity [1] 2817/21
publicly [1] 2757/24
publish [1] 2816/6
publisher [10] 2760/24 2778/7 2779/5 2784/8 2818/4 2818/5 2821/21 2825/21 2830/20 2836/8
publishers [17] 2759/18 2782/12 2789/4 2816/9 2817/1 2817/2 2817/10 2819/23 2820/11 2826/5 2827/8 2827/10 2830/5 2830/10 2830/20 2832/11 2834/25
publishing [6] 2735/5 2744/25 2750/2 2756/20 2814/21 2831/21
pull [2] 2787/11 2793/9
punches [2] 2787/11 2793/9
purchasing [1] 2730/12
purple [1] 2826/13
purpose [2] 2741/25 2805/3
purposes [4] 2730/12 2741/24 2790/25 2791/16
put [11] 2738/19 2763/20 2793/24 2800/18 2805/10

2820/24 2836/11 2840/1
puts [2] 2836/9 2838/7
putting [4] 2730/9 2785/9 2832/22 2834/7

**Q**

qualified [1] 2752/8
quality [1] 2835/3
quantify [1] 2753/20
quantitative [1] 2770/25
question [42] 2737/12 2747/18 2747/19 2748/16 2770/6 2775/1 2779/19 2781/13 2784/9 2784/20 2784/21 2785/17 2786/2 2786/20 2787/10 2788/5 2790/3 2792/5 2792/12 2792/16 2793/17 2795/2 2795/11 2796/7 2797/19 2798/14 2808/15 2808/20 2810/18 2811/17 2816/12 2817/3 2821/25 2823/8 2825/19 2826/16 2827/5 2828/16 2829/20 2830/5 2830/8 2833/24
questions [5] 2734/15 2734/23 2785/2 2789/25 2822/23
quick [1] 2796/7
quickly [4] 2800/8 2802/1 2802/9 2806/10
quite [2] 2741/20 2758/1
quote [14] 2741/14 2750/10 2750/11 2752/8 2754/5 2754/9 2754/17 2767/12 2768/5 2768/15 2768/17 2768/25 2771/20 2785/22
quote/unquote [1] 2785/22
quoted [1] 2773/20
quoting [4] 2734/4 2754/11 2754/24 2773/22

**R**

Railroad [1] 2771/14
raised [2] 2829/7 2829/19
raises [2] 2822/23 2830/8
Randall [1] 2726/17
RANDOM [67] 2726/18 2727/3 2729/14 2731/3 2734/25 2735/7 2737/4 2737/15 2737/16 2738/6 2739/3 2749/19 2749/22 2751/20 2756/10 2757/4 2757/5 2757/7 2758/2 2758/14 2758/16 2759/3 2759/14 2759/17 2759/19 2759/20 2759/25 2760/10 2760/17 2760/18 2760/22 2761/2 2761/3 2761/9 2761/17 2762/1 2762/18 2762/20 2762/24 2763/15 2768/21 2775/23 2776/4 2778/17 2779/13 2779/23 2781/16 2781/22 2782/22 2783/1 2783/19 2784/7 2784/14 2785/3 2788/12 2788/17 2790/15 2790/24 2791/4 2794/8 2797/9 2797/22 2803/12 2803/22

range [4] 2819/6 2819/17 2829/5 2839/17
rare [1] 2733/19
rate [4] 2739/11 2739/19 2759/24 2782/20
rates [5] 2759/14 2759/15 2759/16 2809/13 2813/11
rather [3] 2767/14 2779/17 2841/3
ratio [1] 2800/19
rational [4] 2784/14 2785/11 2785/16 2787/14
rationale [1] 2744/22
ratios [1] 2800/21
re [2] 2741/16 2741/16
re-leasing [1] 2741/16
re-letting [1] 2741/16
reach [1] 2815/12
read [9] 2726/12 2729/10 2758/7 2797/18 2812/5 2821/2 2823/17 2831/7 2832/10
reading [2] 2757/23 2824/20
real [10] 2739/9 2739/19 2740/4 2740/16 2743/2 2756/25 2757/2 2757/9 2757/11 2818/8
realized [1] 2753/24
really [12] 2739/1 2745/5 2747/6 2787/13 2820/17 2823/9 2826/11 2834/25 2836/14 2836/15 2839/9 2839/24
reason [7] 2730/18 2733/10 2741/19 2764/17 2785/5 2793/7 2806/13
reasonable [13] 2738/22 2743/9 2745/4 2745/5 2748/5 2749/10 2749/11 2754/2 2762/10 2763/21 2764/1 2833/3 2833/21
reasonableness [1] 2768/11
reasonably [6] 2739/21 2753/23 2754/23 2755/9 2764/13 2770/22
reasoned [1] 2771/20
reasoning [1] 2771/5
reasons [5] 2730/4 2730/8 2772/17 2815/16 2816/4
rebuttal [5] 2776/20 2777/4 2796/9 2800/2 2806/13
recalibrated [1] 2801/17
recall [10] 2794/15 2797/24 2798/1 2804/8 2814/19 2824/8 2825/15 2827/9 2831/1 2832/18
received [4] 2821/12 2837/20 2838/14 2840/8
recent [5] 2735/18 2737/2 2744/16 2745/17 2745/18
recently [1] 2818/20
recess [2] 2795/17 2841/21
recognize [2] 2750/2 2791/15
recollection [1] 2798/6
recommendation [2] 2743/10 2743/12
record [18] 2729/7 2735/6 2742/11 2743/14 2743/16

record... [13] 2749/4 2758/7
2763/5 2772/21 2796/1
2797/11 2797/18 2812/5
2830/19 2830/22 2831/1
2832/17 2835/6
records [6] 2759/16 2777/12
2778/16 2779/12 2781/21
2830/14
recoup [1] 2818/6
RECROSS [1] 2728/2
red [3] 2825/18 2825/19
2840/23
redid [1] 2802/5
REDIRECT [1] 2728/2
redoing [1] 2797/24
reduce [7] 2770/10 2774/12
2783/12 2783/22 2784/9
2795/9 2808/18
reduced [1] 2801/5
reduces [2] 2804/21 2804/21
reduction [8] 2774/23 2792/1
2803/9 2803/11 2803/20
2803/21 2809/19 2841/7
reductions [6] 2737/14
2737/17 2754/19 2768/6
2774/24 2799/16
redundant [1] 2758/24
refer [3] 2777/18 2814/8
2821/1
reference [5] 2781/18
2793/13 2796/23 2821/15
2841/6
references [1] 2768/15
referred [2] 2776/24 2796/15
referring [5] 2774/3 2774/4
2776/25 2803/6 2805/19
refers [1] 2803/20
refine [1] 2765/1
reflect [2] 2757/17 2774/7
reflected [3] 2779/4 2797/16
2841/2
reflects [5] 2766/8 2813/10
2819/3 2826/3 2829/5
regarding [3] 2765/24
2780/15 2785/2
regardless [1] 2763/13
regular [2] 2747/22 2788/15
rejected [6] 2749/6 2767/11
2768/4 2768/24 2769/9
2770/1
rejects [1] 2766/11
rel [1] 2772/4
relate [1] 2745/7
related [3] 2737/17 2749/16
2776/15
relates [1] 2794/4
relating [1] 2753/21
relationship [11] 2813/9
2813/13 2813/14 2818/1
2818/10 2818/12 2818/14
2830/20 2831/4 2832/11
2836/20
relatively [2] 2761/20
2830/17
relevance [2] 2774/19 2832/9
relevant [12] 2730/22
2752/22 2783/25 2784/11
2784/22 2787/16 2795/3

reliability [10] 2747/16
2747/18 2747/23 2764/24
2802/2 2802/7 2802/10
2804/24 2805/16 2806/8
reliable [19] 2735/23 2736/16
2736/20 2737/6 2737/23
2739/21 2739/21 2744/10
2745/1 2745/18 2747/4
2748/24 2752/1 2752/15
2752/21 2755/24 2766/8
2805/6 2806/9
reliably [2] 2752/16 2829/20
reliance [4] 2737/4 2750/19
2767/16 2771/20
relied [8] 2755/8 2761/12
2766/6 2770/2 2770/13
2771/15 2772/1 2819/20
relies [3] 2749/17 2760/16
2771/10
relieve [1] 2744/12
rely [4] 2742/17 2764/21
2772/9 2775/6
relying [5] 2741/23 2743/6
2762/11 2762/23 2791/15
remain [2] 2837/3 2838/5
remainder [1] 2817/6
remember [2] 2804/6 2829/2
remove [1] 2773/9
rendered [1] 2750/19
renders [2] 2767/20 2771/22
rental [1] 2757/10
repeat [1] 2797/19
repetition [1] 2834/16
rephrase [1] 2774/16
reply [1] 2818/25
replying [1] 2804/16
report [30] 2740/9 2749/24
2767/5 2771/23 2773/20
2776/20 2777/4 2777/6
2778/22 2796/9 2796/13
2797/15 2801/2 2801/9
2801/14 2801/18 2801/19
2801/19 2802/4 2803/7
2803/13 2803/14 2804/15
2805/24 2812/9 2812/11
2813/2 2818/25 2818/25
2822/9
REPORTED [1] 2727/12
Reporter [2] 2727/12 2842/9
reports [3] 2740/6 2776/17
2776/19
represent [3] 2754/21 2755/4
2834/11
representative [1] 2794/16
reproduction [1] 2818/24
reputable [1] 2835/7
reputation [1] 2834/24
reputations [2] 2834/14
2834/15
require [2] 2739/15 2833/25
required [8] 2732/15 2736/9
2742/16 2748/14 2751/2
2756/1 2767/1 2829/15
requirement [3] 2747/10
2754/4 2800/19
requirements [1] 2741/21
requires [1] 2736/15

respect [24] 2730/3 2735/14
2737/21 2738/14 2739/22
2742/24 2743/2 2745/17
2753/11 2765/4 2774/20
2778/10 2779/13 2781/9
2794/8 2795/25 2797/8
2804/18 2805/23 2813/24
2816/17 2816/19 2817/18
2839/1
respects [2] 2735/8 2735/21
respond [3] 2787/22 2788/23
2793/17
responded [1] 2802/5
response [2] 2737/18
2788/24
responses [2] 2806/24
2807/6
rest [1] 2777/25
rests [2] 2752/21 2772/12
result [5] 2767/5 2770/20
2788/1 2812/19 2813/19
resulting [1] 2767/19
results [9] 2761/5 2801/9
2801/17 2803/7 2806/8
2807/10 2811/23 2811/24
2813/4
resume [2] 2773/1 2841/20
retail [2] 2788/15 2830/24
retailers [2] 2760/15 2817/18
retained [1] 2772/3
retains [1] 2772/12
return [6] 2739/11 2739/19
2759/13 2759/14 2759/24
2816/10
reveal [1] 2776/2
reveals [1] 2784/21
revenue [18] 2731/4 2737/11
2737/14 2737/25 2738/8
2738/11 2739/1 2745/8
2757/1 2760/3 2760/4
2761/11 2761/13 2761/16
2761/21 2762/14 2763/3
2788/18
revenues [3] 2737/22 2763/2
2788/14
reverse [1] 2794/21
revert [2] 2746/24 2766/13
review [2] 2769/11 2771/22
reviewed [5] 2742/23
2759/16 2817/18 2817/21
2836/15
reviewing [2] 2759/6 2771/17
revised [2] 2756/17
rid [1] 2731/16
right [30] 2744/14 2780/6
2781/19 2783/9 2785/19
2786/9 2786/24 2787/13
2788/9 2790/23 2791/19
2793/12 2798/11 2804/8
2809/9 2813/9 2819/6
2819/14 2819/24 2820/10
2820/13 2824/12 2829/25
2830/8 2830/9 2834/1
2835/12 2836/10 2838/4
2840/7
right-hand [7] 2819/6
2819/14 2819/24 2820/10
2824/12 2829/25 2830/8

rigor [2] 2768/13 2770/6
rigorous [5] 2742/8 2742/16
2755/2 2764/21 2768/22
rise [1] 2731/7
rises [1] 2800/24
rising [1] 2760/5
risk [4] 2756/15 2764/9
2793/11 2794/4
risking [1] 2741/24
risks [1] 2791/24
ritual [1] 2729/8
rival [1] 2807/6
rivals [3] 2799/17 2810/15
2810/15
RMR [1] 2727/12 2842/8
road [1] 2733/22
robust [5] 2769/19 2769/24
2789/2 2789/4 2816/24
role [4] 2741/2 2752/20
2752/24 2768/10
roles [1] 2758/22
rosy [1] 2742/10
roughly [2] 2798/12 2803/10
2824/4 2829/3
round [13] 2809/18 2811/15
2812/14 2812/14 2812/20
2812/20 2813/4 2813/5
2813/6 2814/12 2814/13
2814/24 2814/24
royalties [1] 2760/6
Rudzin [1] 2727/2
rule [16] 2741/7 2747/22
2749/14 2750/17 2750/20
2751/8 2752/1 2752/7
2752/18 2753/1 2753/5
2767/6 2771/4 2771/7
2771/8 2771/10
ruling [2] 2729/23 2750/23
run [1] 2813/8
runner [39] 2774/1 2774/13
2774/20 2775/2 2775/7
2775/11 2775/20 2775/25
2776/11 2776/13 2776/24
2777/2 2777/13 2777/16
2778/3 2778/8 2778/11
2778/14 2778/18 2778/21
2779/10 2779/14 2780/3
2780/5 2780/11 2781/2
2781/8 2782/10 2782/17
2783/6 2783/8 2783/13
2783/20 2783/25 2785/8
2786/7 2791/13 2798/15
2827/21
runner-up [39] 2774/1
2774/13 2774/20 2775/2
2775/7 2775/11 2775/20
2775/25 2776/11 2776/13
2776/24 2777/2 2777/13
2777/16 2778/3 2778/8
2778/11 2778/14 2778/18
2778/21 2779/10 2779/14
2780/3 2780/5 2780/11
2781/2 2781/8 2782/10
2782/17 2783/6 2783/8

R

runner-up... [8] 2783/13
2783/20 2783/25 2785/8
2786/7 2791/13 2798/15
2827/21
Ryan [1] 2727/9

S

safe [1] 2787/18
said [28] 2731/8 2731/22
2734/12 2736/11 2740/4
2740/6 2740/10 2741/9
2742/6 2743/15 2744/19
2746/14 2748/11 2764/5
2764/6 2765/12 2769/18
2797/21 2798/8 2799/11
2799/13 2806/23 2808/10
2811/1 2811/18 2822/9
2825/5 2828/21
salaries [2] 2731/17 2733/13
sale [1] 2832/7
sales [35] 2758/21 2760/5
2760/8 2760/8 2760/10
2760/11 2760/12 2760/14
2760/17 2760/19 2760/22
2760/25 2761/4 2761/5
2762/16 2762/18 2762/19
2762/21 2762/23 2763/6
2763/7 2763/10 2765/9
2766/14 2770/24 2808/18
2808/21 2808/25 2830/25
2833/7 2833/14 2833/18
2833/20 2834/1 2834/4
same [20] 2745/9 2745/11
2745/12 2772/2 2773/18
2778/22 2781/17 2781/23
2797/4 2806/12 2807/1
2812/9 2813/9 2813/13
2816/5 2816/7 2816/13
2816/20 2817/16 2833/22
Sansigre [45] 2730/18
2731/12 2733/11 2737/10
2737/13 2737/23 2738/9
2738/16 2739/8 2740/4
2740/10 2742/13 2743/16
2744/17 2746/21 2748/11
2749/18 2749/21 2756/7
2756/17 2756/21 2756/23
2757/5 2758/11 2758/18
2758/22 2759/2 2759/7
2759/13 2759/22 2760/18
2760/21 2761/4 2761/9
2761/14 2761/19 2762/6
2762/8 2762/22 2763/1
2763/20 2763/25 2765/1
2766/7 2766/11
Sansigre's [21] 2740/15
2742/13 2744/9 2747/2
2749/25 2750/12 2750/25
2751/7 2756/18 2757/20
2758/9 2759/11 2760/2
2760/9 2760/11 2760/25
2761/23 2763/5 2763/8
2766/20 2770/23
satisfy [1] 2748/10
satisfying [1] 2763/19
saving [2] 2754/22 2754/23
savings [17] 2738/12 2739/9
2740/7 2745/8 2757/12

2762/3 2762/9 2765/14
2765/15 2769/1 2769/15
2769/16 2770/11 2770/11
say [27] 2731/15 2731/25
2734/16 2735/6 2738/3
2742/2 2746/12 2748/22
2749/5 2753/25 2769/5
2775/8 2775/9 2785/21
2787/4 2787/11 2789/9
2792/12 2793/7 2804/16
2813/22 2814/4 2814/7
2825/20 2827/24 2829/21
2830/7
saying [20] 2732/11 2739/24
2742/12 2744/6 2746/7
2784/5 2786/3 2786/4
2787/2 2789/12 2789/14
2790/3 2791/1 2794/16
2810/3 2813/7 2814/4
2820/6 2826/21 2830/4
says [7] 2735/13 2763/25
2764/5 2805/5 2805/15
2820/7 2822/12
scale [1] 2759/4 2761/2
2770/6 2826/23
scenario [3] 2794/7 2794/12
2794/19
scenarios [2] 2794/5 2794/25
school [1] 2789/9
SCHUSTER [54] 2727/7
2729/18 2730/13 2735/1
2735/4 2735/9 2743/23
2743/23 2749/23 2756/10
2757/6 2758/2 2759/15
2759/20 2760/13 2760/16
2761/3 2761/12 2761/15
2761/20 2762/1 2765/22
2766/1 2766/20 2775/23
2776/3 2778/7 2778/9
2778/11 2778/18 2779/7
2779/14 2779/24 2781/17
2781/22 2782/21 2783/2
2783/19 2783/22 2784/3
2784/10 2784/15 2787/12
2790/16 2790/25 2791/4
2794/7 2797/9 2797/23
2801/7 2803/11 2803/22
2809/4 2820/17
Schuster's [9] 2757/3 2757/8
2757/10 2759/5 2759/24
2760/19 2761/11 2761/19
2765/25
Schwarz [7] 2726/13
2729/11 2729/24 2732/9
2733/6 2734/17 2749/3
scientific [1] 2752/11
score [6] 2800/1 2800/12
2800/17 2804/25 2806/17
2811/5
screening [3] 2813/24 2814/8
2814/20
SE [2] 2726/6 2729/5
search [2] 2817/16 2836/23
seated [2] 2773/8 2795/19
second [19] 2746/10 2750/4
2786/7 2799/10 2800/1
2800/12 2800/17 2801/14
2804/14 2804/15 2804/15

2807/13 2811/5 2813/2
2814/14 2829/17
section [7] 2736/22 2753/8
2753/12 2753/13 2753/18
2754/11 2767/22
securing [1] 2827/8
see [45] 2733/12 2733/13
2740/1 2741/1 2753/13
2753/15 2755/13 2756/2
2771/24 2772/4 2772/14
2777/20 2777/20 2779/9
2785/20 2791/2 2793/10
2795/23 2796/15 2796/21
2796/23 2813/9 2813/12
2816/1 2816/15 2816/16
2818/3 2818/15 2819/20
2820/10 2821/24 2822/1
2822/14 2822/22 2826/25
2828/6 2828/7 2831/22
2831/4 2833/17 2836/20
2840/5 2841/5 2841/6
2841/8
seeing [3] 2803/2 2813/19
2840/16
seeking [1] 2753/3
seem [1] 2833/6
seemed [1] 2742/13
seems [5] 2738/15 2786/4
2833/3 2833/21 2834/3
seen [2] 2832/1 2832/23
segment [9] 2790/5 2814/22
2815/10 2815/25 2819/7
2819/13 2820/4 2832/3
2839/11
segmentation [1] 2834/4
segments [1] 2820/2
select [3] 2807/4 2815/4
2831/25
selection [1] 2777/11
self [1] 2831/21
self-publishing [1] 2831/21
sell [5] 2818/13 2833/8
2833/23 2833/25 2834/2
seller [4] 2818/9 2829/16
2830/6 2831/5
sellers [8] 2773/25 2815/11
2815/13 2829/8 2830/25
2831/9 2834/11 2835/1
selling [1] 2834/5
senior [1] 2749/18
sense [12] 2774/11 2779/4
2783/11 2783/22 2784/9
2784/20 2785/1 2786/1
2791/23 2806/7 2818/7
2825/3
sensible [1] 2767/18
sent [1] 2732/21
separate [1] 2789/24
September [1] 2756/11
September 2020 [1] 2756/11
series [2] 2768/5 2808/17
serve [2] 2752/20 2768/17
service [1] 2754/20
services [4] 2771/24 2834/5
2834/12 2835/19
session [3] 2726/7 2773/17
2795/19
set [2] 2740/21 2741/14

2783/4 2783/5 2793/2
2798/19 2798/21 2831/21
2834/12
sets [8] 2775/22 2776/14
2779/25 2780/9 2781/15
2782/5 2790/22 2796/15
seven [3] 2731/2 2731/2
2778/12
seven-year-old [1] 2731/2
seventh [1] 2778/14
several [1] 2747/24
Shall [1] 2773/1
share [21] 2780/20 2781/9
2781/19 2790/20 2791/7
2791/11 2791/16 2797/2
2797/6 2804/9 2812/25
2819/9 2820/11 2820/15
2821/22 2823/7 2823/10
2825/17 2827/18 2828/6
2828/9
shares [30] 2774/7 2780/21
2780/22 2780/25 2781/6
2781/10 2788/11 2788/12
2788/25 2790/2 2790/4
2790/19 2791/3 2791/3
2791/8 2797/8 2798/22
2800/18 2800/20 2800/22
2819/4 2819/7 2819/8
2820/7 2822/2 2822/16
2825/24 2826/1 2837/8
2837/11
she's [2] 2830/19
Shearman [2] 2727/6 2727/9
shelf [2] 2817/19 2836/15
shift [1] 2811/16
Shores [1] 2727/9
short [2] 2732/13 2834/9
shortly [1] 2731/22
should [19] 2740/12 2747/7
2747/7 2747/8 2748/3
2749/22 2750/25 2764/3
2764/10 2765/11 2776/16
2777/18 2804/12 2807/13
2815/23 2818/17 2823/18
2828/19 2834/3
shouldn't [1] 2786/7
show [6] 2751/13 2781/22
2781/24 2807/10 2811/15
2827/7
showed [1] 2827/19
showing [3] 2777/9 2812/4
2817/24
shown [1] 2819/5
shows [2] 2819/7 2837/12
side [11] 2732/19 2791/9
2791/10 2819/4 2819/5
2819/6 2819/15 2819/21
2819/24 2830/1 2830/8
sides [1] 2733/8
signed [2] 2732/20 2733/10
significance [2] 2776/9
2816/22
significant [6] 2746/20
2759/25 2760/4 2760/11
2761/10 2768/5
significantly [4] 2750/9
2760/6 2768/14 2828/7
similar [3] 2737/2 2737/3

similar... [1] 2761/2
similarly [1] 2770/16
SIMON [63] 2727/7 2729/18
 2730/13 2735/1 2735/4
 2735/9 2743/22 2743/23
 2749/22 2756/10 2757/3
 2757/6 2757/8 2757/10
 2758/2 2759/4 2759/15
 2759/20 2759/24 2760/13
 2760/16 2760/19 2761/3
 2761/11 2761/12 2761/14
 2761/19 2761/20 2762/1
 2765/22 2765/25 2766/1
 2766/20 2775/23 2776/3
 2778/6 2778/8 2778/11
 2778/17 2779/7 2779/14
 2779/24 2781/16 2781/22
 2782/20 2783/2 2783/19
 2783/22 2784/3 2784/10
 2784/15 2787/12 2790/15
 2790/24 2791/4 2794/7
 2797/9 2797/22 2801/7
 2803/11 2803/22 2809/4
 2820/17
simplify [1] 2820/23
simply [5] 2731/11 2769/14
 2776/14 2778/20 2782/18
simulations [1] 2814/1
since [2] 2731/7 2731/21
single [9] 2748/2 2808/7
 2811/15 2812/14 2812/20
 2813/5 2813/6 2814/13
 2814/24
sitting [1] 2733/4
situation [13] 2776/2 2783/19
 2784/3 2784/13 2785/6
 2785/14 2793/5 2793/19
 2793/21 2793/21 2794/9
 2795/8 2836/10
situations [8] 2774/13
 2775/24 2783/3 2783/12
 2783/21 2794/14 2794/22
 2816/15
Sixth [1] 2772/15
size [2] 2788/18 2789/16
skeptical [1] 2732/1
skill [1] 2752/9
skip [1] 2806/21
slash [2] 2812/20 2813/5
slide [26] 2793/24 2797/16
 2802/20 2802/25 2805/11
 2805/12 2806/20 2811/15
 2811/20 2811/25 2812/1
 2812/6 2816/19 2818/18
 2822/14 2822/19 2823/1
 2823/5 2823/20 2824/9
 2825/16 2825/20 2831/2
 2837/5 2837/7 2838/2
slides [2] 2734/22 2800/2
slight [1] 2805/18
small [7] 2738/8 2746/15
 2786/15 2812/1 2833/12
 2839/24 2841/14
smaller [4] 2759/18 2760/23
 2786/19 2832/16
Smith [1] 2726/18
smoothly [1] 2836/16
SNYDER [36] 2728/4

2755/8 2769/23 2770/16
2770/24 2773/2 2773/4
2773/5 2773/15 2774/18
2776/16 2777/9 2780/7
2790/14 2794/3 2795/20
2796/7 2797/14 2799/4
2800/6 2802/24 2807/18
2812/13 2818/23 2821/14
2825/13 2832/22 2837/7
2838/1 2838/16 2839/11
2840/11 2840/17
Snyder's [10] 2749/24
 2750/17 2750/19 2751/9
 2767/5 2770/20 2771/1
 2772/25 2776/19 2808/2
so [132] 2729/22 2730/21
 2731/1 2731/11 2731/18
 2736/17 2737/10 2738/17
 2739/5 2744/1 2744/17
 2744/23 2745/14 2747/19
 2751/6 2754/1 2754/6
 2755/6 2758/9 2761/23
 2767/21 2768/21 2772/25
 2774/22 2775/5 2778/2
 2778/6 2779/11 2780/1
 2781/9 2782/16 2784/2
 2784/2 2784/5 2784/7
 2786/7 2786/13 2787/1
 2788/7 2788/10 2788/16
 2788/24 2789/2 2790/23
 2792/7 2792/11 2794/7
 2794/8 2795/3 2796/23
 2797/6 2797/10 2798/4
 2798/17 2799/4 2800/19
 2801/9 2801/23 2801/25
 2802/18 2803/17 2803/23
 2803/24 2804/9 2805/21
 2806/2 2806/21 2808/7
 2808/14 2808/22 2809/3
 2809/7 2809/24 2810/3
 2810/7 2811/3 2812/7
 2812/13 2813/6 2814/1
 2814/1 2814/3 2815/5
 2815/13 2816/7 2816/10
 2817/22 2818/1 2818/6
 2818/9 2818/13 2818/24
 2819/2 2819/4 2821/21
 2821/24 2822/23 2823/11
 2824/3 2824/6 2825/4
 2825/9 2825/23 2825/24
 2826/3 2826/6 2826/11
 2826/19 2827/7 2827/13
 2827/19 2827/21 2829/4
 2829/14 2830/18 2831/19
 2832/13 2833/5 2833/5
 2833/13 2833/14 2834/7
 2834/16 2835/8 2836/7
 2836/20 2837/4 2838/22
 2839/3 2839/7 2839/9
 2840/20
so-called [5] 2789/2 2811/3
 2815/13 2829/14 2832/13
social [1] 2817/17
Sodexho [1] 2771/24
softening [5] 2775/4 2792/20
 2799/8 2799/19 2799/22
sold [2] 2788/15 2788/16
sole [1] 2815/24

solved [1] 2820/20
some [51] 2730/18 2734/22
 2735/8 2736/18 2738/16
 2738/25 2739/10 2739/18
 2739/25 2744/13 2746/15
 2751/23 2756/5 2757/12
 2758/21 2759/1 2762/13
 2765/3 2766/24 2770/22
 2775/24 2778/20 2779/9
 2785/2 2786/15 2786/18
 2787/24 2799/14 2806/13
 2807/7 2808/21 2809/15
 2810/14 2810/17 2811/9
 2811/25 2813/18 2814/11
 2816/3 2817/8 2817/17
 2817/24 2820/14 2826/21
 2829/21 2831/8 2832/4
 2833/22 2834/4 2838/24
 2841/12
somebody [6] 2733/1 2742/9
 2784/1 2794/10 2795/8
 2832/20
someone [3] 2730/13
 2784/24 2787/6
something [10] 2732/13
 2733/2 2781/13 2789/21
 2811/10 2820/8 2822/3
 2824/24 2826/10 2834/10
sometimes [6] 2735/17
 2796/15 2796/16 2800/20
 2815/5 2817/10
sooner [1] 2784/15
sorry [7] 2758/7 2765/11
 2789/10 2805/18 2807/21
 2820/21 2841/15
sort [2] 2823/5
source [4] 2778/6 2779/5
 2782/11 2837/14
sources [1] 2771/22
Southern [1] 2736/6
space [5] 2747/1 2757/8
 2757/10 2757/16 2836/15
speak [2] 2731/20 2792/7
special [2] 2765/6 2826/2
specialized [1] 2752/11
specialty [1] 2760/14
specific [15] 2742/24 2748/8
 2750/5 2750/10 2754/8
 2754/18 2758/22 2764/16
 2770/8 2770/11 2777/18
 2798/21 2804/7 2805/5
 2821/15
specifically [2] 2777/6 2800/4
specificity [1] 2764/19
speculation [1] 2755/4
speculative [2] 2735/25
 2749/9
spend [10] 2799/25 2817/15
 2817/23 2817/25 2818/6
 2835/22 2835/23 2836/5
 2836/9 2836/11
spending [5] 2746/16 2817/4
 2818/2 2818/9 2836/21
spent [1] 2818/8
spreadsheets [5] 2738/19
 2740/18 2741/23 2742/1
 2762/7
Square [1] 2727/4
SSA [10] 2774/3 2792/17

2804/8 2805/15 2807/1
2811/8 2812/10
SSA's [1] 2802/16
stand [2] 2773/3 2773/4
 2832/18
standalone [3] 2761/21
 2765/25 2766/1
standards [3] 2752/6
 2753/15 2755/6
Staples [5] 2734/1 2735/18
 2755/17 2767/10 2768/24
Stars [1] 2726/19
start [4] 2734/23 2743/2
 2799/16 2800/12
started [2] 2739/7 2739/8
starting [2] 2737/15 2791/14
starts [2] 2777/23 2783/5
state [2] 2729/6 2733/1
stated [3] 2743/23 2769/7
 2770/9
STATES [12] 2726/1 2726/3
 2726/10 2726/14 2729/4
 2729/10 2729/25 2754/9
 2755/14 2767/11 2769/9
 2772/4
stay [2] 2781/15 2796/8
staying [1] 2785/10
stays [1] 2731/17
step [2] 2741/18 2747/19
Stephen [2] 2727/6 2729/17
steps [1] 2816/7
Sterling [2] 2727/6 2727/9
Stevenson [2] 2726/13
 2729/11
still [6] 2733/3 2748/10
 2749/6 2766/8 2786/15
 2786/16
stipulate [2] 2750/13 2763/13
stop [5] 2784/14 2791/20
 2814/3 2814/7 2814/10
stores [4] 2760/13 2760/14
 2760/14 2788/16
story [2] 2732/8 2745/21
straight [1] 2733/24
strategic [1] 2744/1
strategy [2] 2786/22 2787/15
streaming [1] 2808/9
Street [2] 2726/15 2727/10
striking [1] 2825/14
stringent [1] 2741/20
strong [1] 2830/18
strongly [1] 2763/21
structural [2] 2828/24 2838/8
study [1] 2743/5
sublease [1] 2740/7
sublet [1] 2757/9
subsequent [2] 2758/3
 2764/23
subsets [1] 2832/4
substantial [2] 2748/18
 2781/6
substantially [4] 2820/13
 2828/9 2828/15 2828/18
substantiate [2] 2737/1
 2740/16 2754/1 2768/17
substantiated [6] 2736/23
 2748/22 2751/14 2751/21
 2754/5 2755/9

**S**

substantiation [1] 2754/4
substitute [2] 2768/18 2768/22
succeeds [1] 2772/8
successful [1] 2788/1
such [12] 2738/4 2738/5 2739/9 2755/13 2755/22 2755/24 2758/21 2759/1 2771/20 2829/16 2829/16 2833/4
sufficient [6] 2731/11 2744/10 2748/17 2752/14 2767/6 2771/1
suggest [1] 2735/22
sum [2] 2755/6 2761/23
summary [2] 2771/15 2841/4
super [1] 2835/3
supplemented [1] 2819/9
supply [1] 2759/25
support [7] 2741/16 2748/17 2762/17 2764/2 2764/4 2767/9 2778/10
supported [1] 2762/21
supposed [2] 2739/5 2740/3
Supreme [2] 2752/18 2752/24
sure [14] 2732/20 2737/9 2739/23 2740/19 2742/8 2746/11 2748/5 2793/7 2810/20 2811/17 2814/16 2821/20 2832/25 2835/13
surprised [1] 2818/3
surprising [1] 2818/15
Sustained [3] 2774/16 2775/13 2779/17
swallow [2] 2756/1 2767/22
switch [1] 2811/24
sworn [2] 2773/4 2773/6
synergies [35] 2731/4 2735/4 2737/11 2749/17 2750/1 2750/4 2750/6 2750/12 2751/7 2756/23 2756/25 2757/17 2757/21 2758/10 2758/13 2758/15 2758/20 2759/7 2759/8 2759/10 2759/12 2760/3 2760/4 2761/23 2762/16 2762/18 2762/21 2763/2 2763/4 2763/7 2763/10 2765/24 2770/8 2770/24 2770/25
synergy [2] 2749/21 2770/3
Sysco [5] 2755/15 2764/14 2767/10 2770/1 2770/4
system [1] 2738/7
systematic [1] 2841/7

**T**

table [6] 2729/11 2777/6 2777/16 2778/2 2817/20 2839/16
tabs [1] 2748/5
take [19] 2740/12 2741/18 2742/12 2744/1 2753/5 2787/4 2788/16 2792/12 2795/15 2797/13 2808/18 2808/24 2809/24 2811/12 2814/25 2822/14 2827/13 2841/10 2841/19

taken [4] 2761/11 2795/24 2799/15 2841/21
taking [3] 2791/24 2798/4 2813/6
talk [19] 2747/22 2747/25 2791/21 2799/8 2805/11 2815/7 2826/9 2834/15 2836/24
talked [3] 2738/21 2813/1 2819/17
talking [7] 2734/25 2738/10 2773/17 2786/13 2814/14 2819/11 2830/18
tammy [5] 2727/12 2727/14 2842/8 2842/8 2842/10
target [2] 2829/21 2829/24
targeting [5] 2774/23 2786/11 2829/18 2830/9 2834/20
task [1] 2752/22
team [1] 2756/8
technical [1] 2752/11
tell [21] 2732/3 2746/6 2774/19 2775/20 2778/14 2779/22 2780/12 2781/16 2782/4 2782/5 2794/3 2797/11 2803/2 2803/16 2804/14 2805/15 2807/17 2818/17 2818/22 2827/3 2840/25
telling [6] 2747/13 2779/2 2791/3 2806/6 2820/8 2822/3
tells [2] 2827/2 2831/20
tens [2] 2735/3 2735/5
term [2] 2730/24 2756/23
termination [1] 2741/15
terms [11] 2731/4 2783/17 2783/18 2787/14 2788/23 2806/25 2819/11 2825/3 2828/10 2830/16 2839/18
test [20] 2735/11 2736/13 2742/18 2747/9 2800/5 2802/2 2802/7 2802/10 2804/24 2805/2 2805/3 2805/4 2805/5 2805/16 2806/8 2831/11 2831/15 2831/18 2831/20 2831/20
testified [8] 2731/12 2735/3 2744/18 2746/21 2766/7 2773/7 2830/16 2831/16
testify [3] 2749/16 2752/10 2775/13
testimony [38] 2735/6 2737/24 2738/4 2740/22 2744/21 2747/2 2748/10 2750/17 2750/20 2750/24 2751/10 2752/7 2752/13 2752/14 2752/21 2752/25 2753/3 2753/7 2756/7 2766/11 2770/21 2771/1 2771/2 2771/9 2771/15 2771/16 2771/17 2772/1 2772/25 2774/6 2779/18 2788/10 2788/21 2796/3 2831/7 2833/9 2836/1 2841/13
than [26] 2732/7 2735/23 2743/15 2744/10 2744/11

taken [24] 2745/4 2746/6 2755/4 2759/15 2760/17 2764/13 2766/10 2767/14 2778/13 2778/13 2779/18 2783/8 2789/14 2793/11 2806/3 2811/5 2823/15 2827/7 2838/6 2841/3
Thank [23] 2734/17 2734/18 2749/1 2749/2 2749/12 2758/7 2772/24 2773/8 2773/10 2777/3 2790/12 2795/16 2798/7 2805/13 2806/10 2808/5 2812/16 2812/18 2821/15 2824/3 2828/3 2835/16 2841/20
Thanks [1] 2841/10
that [601] 2729/20 2729/23 2730/5 2731/1 2731/5 2731/6 2731/12 2731/13 2731/20 2731/21 2731/22 2731/24 2731/25 2732/7 2732/13 2732/14 2732/16 2732/22 2732/24 2732/25 2733/1 2733/2 2733/16 2733/19 2733/21 2733/24 2734/6 2734/7 2734/7 2734/13 2734/22 2734/24 2735/3 2735/6 2735/13 2735/16 2735/20 2735/22 2736/5 2736/9 2736/13 2736/13 2736/19 2737/1 2737/8 2737/14 2737/14 2737/22 2737/24 2737/25 2738/3 2738/4 2738/6 2738/7 2738/8 2738/10 2738/13 2738/13 2738/14 2738/15 2738/16 2738/19 2738/23 2738/25 2739/5 2739/7 2739/8 2739/17 2739/18 2739/21 2739/24 2740/3 2740/6 2740/8 2740/9 2740/10 2740/22 2740/25 2741/3 2741/4 2741/25 2742/2 2742/2 2742/5 2742/8 2742/11 2742/16 2742/22 2743/6 2743/6 2743/11 2743/15 2744/1 2744/2 2744/2 2744/5 2744/9 2744/11 2744/13 2744/14 2744/15 2744/22 2744/25 2745/3 2745/3 2745/6 2745/16 2745/17 2746/5 2746/7 2746/15 2746/20 2746/21 2746/23 2746/24 2747/1 2747/2 2747/2 2747/7 2747/8 2747/9 2747/9 2747/10 2747/24 2747/25 2748/3 2748/5 2748/6 2748/7 2748/9 2748/10 2748/14 2748/15 2748/17 2748/19 2748/22 2749/1 2749/5 2749/6 2749/9 2750/1 2750/1 2750/4 2750/6 2750/9 2750/10 2750/14 2750/18 2750/24 2751/5 2751/6 2751/11 2751/13 2752/2 2752/4 2752/20 2752/24 2753/19

2754/22 2755/1 2755/3 2755/7 2755/9 2755/10 2756/11 2756/13 2756/17 2756/21 2757/6 2757/9 2758/8 2759/8 2759/8 2759/14 2760/7 2760/18 2760/21 2761/9 2761/14 2762/1 2762/6 2762/8 2762/21 2763/1 2763/3 2763/5 2763/13 2763/18 2763/20 2763/21 2763/25 2764/1 2764/2 2764/5 2764/5 2764/7 2764/8 2764/9 2764/10 2764/10 2764/14 2764/14 2764/15 2764/17 2764/18 2764/21 2765/6 2765/8 2765/17 2765/17 2766/3 2766/5 2766/7 2766/9 2766/11 2766/15 2766/17 2766/20 2766/23 2766/24 2766/25 2767/16 2768/7 2768/9 2768/14 2768/14 2768/22 2769/5 2769/13 2769/14 2769/16 2769/18 2769/20 2769/23 2770/7 2770/8 2770/9 2770/12 2770/18 2771/2 2771/7 2771/8 2771/9 2771/17 2771/18 2772/10 2772/12 2772/23 2773/1 2773/18 2773/21 2774/2 2774/7 2774/11 2774/11 2775/6 2775/8 2775/9 2775/17 2775/23 2775/24 2776/2 2776/5 2776/6 2776/7 2776/9 2776/12 2776/14 2776/17 2776/18 2776/23 2777/3 2777/6 2777/7 2777/15 2777/16 2777/23 2777/25 2778/5 2778/11 2779/7 2779/9 2779/11 2780/10 2780/12 2780/22 2781/1 2781/4 2781/6 2781/20 2781/23 2782/2 2782/11 2782/16 2782/18 2782/20 2782/23 2783/6 2783/10 2783/14 2783/20 2784/5 2784/5 2784/6 2784/9 2784/10 2784/13 2784/16 2784/21 2784/23 2785/5 2785/8 2785/13 2785/14 2785/17 2785/18 2785/20 2785/21 2785/21 2785/23 2786/9 2786/14 2786/18 2786/21 2787/3 2787/9 2787/12 2787/22 2787/23 2788/5 2788/11 2788/18 2788/19 2788/20 2788/21 2789/13 2789/17 2789/18 2789/20 2789/23 2790/2 2790/4 2790/5 2790/6 2790/8 2790/9 2790/15 2790/20 2790/24 2791/3 2791/12 2791/14 2791/15 2791/17 2791/24 2792/6 2792/15 2792/15 2793/2 2793/5 2793/10 2793/10 2793/11

that... [236]  2793/13 2793/22
2794/16 2794/17 2795/10
2796/12 2796/14 2796/21
2797/1 2797/1 2797/4
2797/22 2799/9 2799/10
2799/13 2799/15 2799/18
2799/21 2799/22 2799/23
2800/3 2800/4 2800/5
2800/13 2800/20 2800/23
2801/1 2801/3 2801/5
2801/6 2801/14 2801/15
2801/24 2802/10 2803/2
2803/12 2803/14 2803/14
2804/2 2804/8 2805/2
2805/3 2805/4 2805/5
2805/8 2805/8 2806/3
2806/8 2806/19 2806/22
2807/11 2807/18 2808/7
2808/23 2808/25 2809/17
2809/20 2809/20 2810/15
2810/15 2810/17 2810/21
2811/7 2811/9 2811/10
2811/11 2811/12 2811/14
2811/18 2812/1 2812/8
2813/1 2813/2 2813/3
2813/7 2813/8 2813/10
2813/13 2814/1 2814/18
2814/25 2814/25 2815/1
2815/6 2815/8 2815/15
2815/16 2815/22 2816/5
2816/22 2816/25 2817/2
2817/6 2817/10 2817/10
2817/12 2817/23 2817/24
2818/3 2818/6 2818/7
2818/10 2818/11 2818/13
2818/17 2818/19 2819/9
2819/9 2819/10 2819/15
2819/16 2819/18 2819/18
2819/18 2819/19 2819/22
2819/23 2820/1 2820/10
2820/14 2820/23 2822/1
2822/2 2822/16 2822/16
2822/22 2823/3 2823/4
2823/9 2823/20 2823/24
2824/8 2824/11 2824/17
2824/19 2824/24 2824/24
2825/9 2825/16 2825/21
2825/23 2825/25 2826/3
2826/14 2826/18 2826/24
2827/9 2827/9 2827/17
2827/19 2827/19 2827/22
2827/23 2828/24 2828/25
2829/4 2829/11 2829/12
2829/12 2829/19 2829/23
2830/1 2830/4 2830/6
2830/7 2830/8 2830/21
2830/25 2831/1 2831/5
2831/16 2831/20 2831/23
2832/2 2832/2 2832/9
2832/15 2832/18 2832/23
2832/23 2832/25 2833/3
2833/6 2833/10 2833/11
2833/14 2833/16 2833/17
2833/21 2833/25 2834/2
2834/3 2834/5 2834/6
2834/7 2834/8 2834/10
2834/13 2834/13 2834/16
2834/16 2834/17 2834/20

2834/23 2834/24 2834/24
2835/13 2835/19 2836/1
2836/1 2836/2 2836/4
2836/4 2836/6 2836/7
2836/9 2836/13 2836/14
2836/22 2836/25 2838/7
2838/17 2838/18 2838/20
2838/22 2839/1 2839/3
2839/11 2839/17 2839/23
2841/5 2841/10 2841/12
2841/14 2841/16 2842/3
that's [81]  2730/14 2730/15
2732/7 2733/16 2734/15
2736/14 2737/21 2738/1
2739/4 2740/11 2742/4
2742/22 2744/7 2745/4
2745/20 2749/10 2753/16
2754/9 2754/10 2754/24
2755/5 2764/6 2771/18
2771/23 2772/5 2775/8
2776/1 2777/6 2780/24
2781/9 2781/14 2784/23
2789/2 2790/1 2790/16
2790/18 2791/19 2793/1
2794/9 2794/14 2794/17
2795/10 2798/6 2798/15
2798/20 2800/10 2800/19
2800/22 2803/7 2803/9
2803/16 2804/17 2805/20
2808/25 2809/1 2809/6
2809/7 2811/16 2813/9
2816/15 2817/7 2818/9
2819/4 2819/5 2819/24
2821/10 2822/19 2823/2
2824/6 2824/20 2826/14
2829/2 2829/5 2829/16
2832/17 2833/6 2833/14
2833/16 2834/21 2839/9
2840/21
their [21]  2729/7 2731/17
2741/20 2742/10 2751/13
2755/21 2768/10 2779/23
2780/1 2780/2 2784/9
2787/7 2787/11 2787/15
2795/9 2798/22 2803/24
2810/16 2820/11 2833/19
2835/7
theirs [1]  2795/4
them [32]  2730/5 2730/7
2730/20 2732/17 2732/21
2733/16 2735/13 2736/12
2740/2 2745/12 2767/20
2771/11 2774/7 2803/23
2809/16 2816/20 2817/6
2820/6 2821/16 2827/11
2830/10 2830/13 2833/4
2833/5 2834/11 2835/10
2835/14 2835/15 2836/5
2836/9 2837/9 2837/9
themselves [2]  2748/22
2836/3
then [62]  2734/2 2737/10
2738/25 2740/6 2740/18
2745/18 2747/4 2747/12
2748/19 2751/8 2751/15
2757/8 2758/5 2758/7
2758/18 2767/21 2777/24
2778/4 2778/8 2778/14
2779/5 2779/7 2784/11

2785/11 2786/6 2786/23
2788/8 2789/4 2793/7
2794/12 2802/4 2803/4
2804/22 2807/24 2808/20
2808/23 2809/5 2810/9
2815/4 2815/5 2817/5
2819/6 2819/24 2821/1
2822/20 2822/20 2824/5
2827/5 2827/8 2829/17
2830/8 2833/15 2833/23
2834/17 2834/18 2835/5
2835/14 2836/18 2837/12
2840/21 2840/22 2840/24
theoretical [1]  2832/2
theoretically [1]  2762/4
theories [1]  2785/10
theory [11]  2774/4 2774/10
2774/25 2775/5 2775/9
2776/9 2783/11 2783/18
2785/6 2799/9 2799/10
there [85]  2730/4 2731/24
2732/3 2732/13 2733/2
2733/4 2733/13 2733/23
2734/13 2735/3 2735/13
2735/16 2736/3 2736/17
2737/11 2738/25 2742/11
2746/9 2746/15 2749/6
2762/20 2763/15 2768/9
2770/6 2774/22 2774/23
2775/10 2776/4 2777/14
2777/15 2785/5 2787/1
2787/12 2788/22 2789/3
2791/12 2791/15 2791/20
2792/6 2792/20 2792/23
2793/8 2793/8 2793/20
2795/24 2796/23 2799/14
2799/18 2799/21 2800/3
2804/8 2805/18 2807/6
2807/15 2808/6 2808/17
2810/15 2810/25 2813/4
2813/15 2813/21 2814/5
2814/7 2815/15 2816/25
2825/6 2826/21 2827/17
2828/24 2829/6 2829/9
2829/12 2830/1 2832/6
2832/15 2834/3 2834/9
2834/25 2835/8 2835/12
2836/13 2836/14 2836/18
2838/8 2838/25
there's [36]  2731/3 2732/24
2733/24 2734/12 2738/12
2739/14 2741/13 2764/5
2782/13 2785/14 2786/18
2789/13 2789/15 2794/10
2794/10 2805/5 2812/2
2817/8 2818/1 2818/11
2820/14 2820/25 2826/2
2827/22 2830/3 2830/6
2830/7 2832/11 2832/12
2833/4 2833/5 2833/9
2835/11 2835/14 2840/4
2841/12
therefore [6]  2738/7 2746/25
2751/25 2753/25 2763/1
2771/3
these [47]  2731/18 2732/1
2732/19 2733/17 2735/9
2736/24 2742/1 2742/12
2746/6 2749/9 2756/22

2778/5 2778/19 2779/11
2779/22 2779/25 2780/9
2781/15 2782/4 2783/11
2789/25 2791/17 2794/5
2794/25 2796/15 2801/14
2803/18 2812/17 2812/21
2813/20 2814/3 2815/3
2815/11 2817/3 2820/20
2822/2 2823/14 2824/11
2825/18 2825/19 2830/9
2840/19 2840/19 2841/2
they [129]  2731/19 2732/5
2732/20 2732/21 2733/12
2733/24 2734/12 2735/2
2735/17 2735/17 2735/18
2735/21 2736/9 2736/10
2736/10 2736/11 2736/16
2738/20 2742/3 2742/4
2742/5 2742/8 2743/1
2744/2 2744/3 2744/11
2745/10 2745/15 2746/7
2748/24 2751/24 2752/4
2754/14 2755/9 2755/10
2756/8 2758/2 2758/3
2762/7 2762/9 2762/19
2763/8 2763/19 2764/9
2769/5 2771/12 2774/13
2775/8 2777/12 2781/1
2781/2 2781/6 2781/16
2781/23 2781/24 2782/2
2782/4 2782/4 2782/5
2783/13 2783/25 2784/10
2787/9 2787/10 2787/13
2787/22 2788/4 2788/5
2788/15 2790/4 2791/1
2791/6 2791/6 2791/7
2791/12 2791/24 2791/24
2791/25 2792/14 2792/15
2793/1 2795/2 2795/4
2795/8 2795/9 2798/11
2798/14 2798/22 2801/23
2804/17 2804/18 2813/13
2816/20 2817/5 2818/6
2818/8 2818/9 2820/8
2820/15 2823/12 2826/5
2826/14 2826/21 2826/22
2826/23 2827/5 2827/6
2827/20 2830/7 2830/12
2830/22 2831/9 2833/15
2833/17 2833/19 2833/19
2833/23 2834/13 2834/14
2834/20 2835/6 2836/2
2836/2 2836/3 2836/4
2836/8 2836/9 2836/10
2837/12
thing [7]  2797/4 2824/25
2825/1 2827/24 2834/23
2839/3 2839/3
things [17]  2730/22 2732/1
2732/22 2737/19 2738/25
2739/1 2740/18 2746/9
2750/18 2778/20 2789/11
2790/14 2820/23 2822/7
2823/2 2824/20 2838/23
think [92]  2730/4 2730/18
2731/8 2735/24 2736/8
2736/9 2737/24 2738/22
2738/23 2738/25 2739/13

think... [81] 2739/14 2740/12
2741/6 2741/19 2742/13
2742/15 2743/18 2744/7
2744/12 2744/19 2745/5
2745/14 2747/21 2749/8
2749/11 2757/22 2758/1
2764/6 2772/23 2776/12
2778/19 2781/13 2782/9
2782/13 2786/15 2787/5
2787/5 2787/10 2787/23
2788/5 2792/4 2792/12
2792/15 2792/23 2793/4
2795/2 2796/2 2798/3
2798/12 2799/24 2803/14
2804/7 2804/9 2808/11
2809/23 2811/7 2811/16
2814/25 2815/1 2815/1
2816/11 2816/20 2817/13
2818/3 2819/10 2820/5
2820/14 2820/25 2821/25
2822/15 2822/23 2823/5
2824/16 2824/20 2825/2
2826/3 2826/12 2827/5
2828/21 2831/16 2832/15
2833/3 2834/20 2834/21
2835/12 2836/7 2838/4
2839/15 2839/18 2840/13
2841/16
thinking [4] 2808/15 2826/11
2826/12 2826/20
third [14] 2735/16 2738/5
2750/6 2758/23 2759/19
2761/12 2769/14 2779/4
2784/3 2801/19 2805/24
2807/18 2812/9 2818/25
this [186] 2729/3 2729/8
2729/23 2730/1 2731/12
2731/16 2731/16 2731/16
2731/17 2731/23 2732/2
2732/4 2733/8 2733/9
2733/10 2733/12 2733/22
2733/25 2734/7 2734/24
2735/24 2736/9 2736/20
2739/2 2739/13 2739/13
2740/14 2741/1 2741/2
2741/11 2742/4 2742/11
2742/17 2744/1 2744/3
2745/7 2746/14 2747/18
2747/24 2748/11 2749/11
2749/13 2751/5 2751/12
2753/1 2754/4 2755/12
2755/19 2757/22 2757/23
2757/24 2758/12 2760/12
2760/18 2763/22 2764/2
2764/14 2764/19 2766/3
2766/15 2767/8 2767/9
2767/21 2768/1 2770/16
2773/22 2775/2 2775/22
2776/10 2776/18 2778/2
2778/12 2778/16 2778/19
2778/24 2780/20 2781/11
2782/14 2784/19 2784/19
2785/8 2785/24 2788/11
2788/22 2790/1 2792/4
2792/6 2792/18 2792/19
2793/2 2794/3 2795/2
2795/15 2795/18 2796/8
2798/9 2802/1 2802/25

2805/15 2805/16 2806/6
2806/6 2806/7 2806/13
2808/7 2808/16 2808/19
2809/15 2809/16 2810/18
2810/22 2811/14 2811/25
2812/4 2812/6 2812/8
2812/14 2813/17 2813/22
2813/23 2814/8 2814/10
2814/20 2815/2 2815/20
2816/12 2818/19 2818/24
2819/9 2819/12 2819/14
2820/3 2820/5 2820/7
2820/24 2820/24 2821/7
2821/9 2821/24 2821/25
2822/1 2822/4 2822/22
2823/1 2823/5 2823/8
2823/16 2825/13 2825/14
2825/15 2825/23 2825/25
2828/19 2829/10 2829/12
2829/19 2829/19 2831/7
2831/18 2832/6 2833/6
2833/7 2833/13 2834/8
2835/12 2836/7 2837/12
2837/8 2837/11 2837/12
2837/15 2837/19 2838/3
2838/7 2838/10 2838/13
2839/2 2839/16 2839/23
2840/25 2841/7 2841/17
2841/19
those [58] 2731/11 2736/16
2736/19 2738/22 2739/8
2740/16 2740/18 2742/25
2746/4 2755/3 2757/13
2759/22 2760/1 2762/10
2765/12 2765/18 2767/9
2770/15 2773/22 2774/12
2775/22 2775/24 2776/14
2777/24 2779/6 2781/19
2781/21 2781/21 2782/18
2783/12 2783/20 2788/14
2790/21 2791/3 2794/16
2794/22 2794/23 2800/8
2800/9 2800/16 2801/5
2801/9 2802/8 2803/4
2808/21 2808/25 2810/15
2813/3 2816/12 2816/18
2817/2 2819/7 2820/1
2824/13 2830/14 2830/15
2833/24 2834/6
though [7] 2730/17 2734/13
2762/17 2803/13 2810/12
2827/20 2828/19
thought [6] 2798/8 2799/23
2803/17 2811/11 2811/18
2822/9
thousand [4] 2783/5 2816/6
2839/19 2840/22
three [19] 2731/24 2732/5
2749/24 2764/23 2786/15
2788/17 2788/22 2789/16
2790/9 2794/19 2795/6
2819/14 2820/2 2824/6
2828/2 2839/5 2839/6
2839/7 2839/7
three-year [2] 2819/14
2820/2
threshold [14] 2800/5
2816/10 2816/16 2816/23

2822/17 2823/11 2825/20
2826/10 2827/23 2831/19
2831/24
thresholds [4] 2826/12
2831/24 2840/20 2841/3
through [26] 2731/15
2732/22 2741/9 2744/4
2750/7 2750/7 2761/16
2777/17 2780/4 2783/16
2800/8 2802/8 2809/10
2809/11 2809/13 2809/14
2809/15 2810/11 2810/21
2813/11 2813/16 2813/16
2816/3 2816/20 2819/2
2821/17
thus [7] 2750/12 2755/6
2763/10 2763/9 2763/15
2766/17 2766/23
tied [1] 2774/25
Tiger [3] 2738/5 2739/4
2759/18
Tiger's [1] 2760/22
time [31] 2729/23 2747/17
2748/6 2761/8 2769/7
2781/1 2781/3 2790/15
2791/17 2791/25 2793/14
2793/15 2794/14 2795/12
2795/15 2796/8 2797/22
2798/23 2799/25 2819/2
2820/2 2821/9 2822/21
2827/10 2827/21 2834/14
2836/4 2837/13 2840/18
2841/17 2841/19
times [9] 2727/4 2730/17
2730/18 2746/25 2756/18
2788/17 2788/22 2796/16
2790/24
Tire [1] 2752/23
title [6] 2771/13 2772/1
2777/18 2777/22 2777/23
2840/18
Title VII [1] 2772/1
titles [5] 2737/18 2777/11
2778/5 2839/4 2839/8
today [2] 2729/20 2839/2
today's [1] 2817/16
together [3] 2729/14 2820/1
2827/22
told [1] 2740/9
too [6] 2729/15 2730/1
2801/11 2815/6 2824/18
2836/5
took [1] 2743/16
tooth [2] 2739/16 2741/10
top [17] 2760/16 2760/19
2806/2 2815/11 2815/13
2818/24 2821/18 2821/19
2825/5 2825/8 2829/8
2830/6 2830/25 2831/5
2831/9 2835/1 2840/24
topic [2] 2836/4 2838/17
total [7] 2769/15 2819/11
2819/20 2821/8 2823/14
2824/8 2824/13
totality [1] 2751/9
totally [2] 2743/8 2810/20
track [4] 2830/14 2830/19
2830/22 2835/6

Trade [1] 2753/11
training [1] 2752/9
transaction [1] 2734/25
transactions [2] 2759/9
2814/21
TRANSCRIPT [1] 2726/9
transcription [1] 2842/4
treated [1] 2833/22
treating [1] 2839/17
trends [1] 2745/2
trial [9] 2726/9 2732/3
2732/11 2751/5 2751/5
2752/20 2788/11 2819/12
2831/7
tried [3] 2739/15 2814/17
2838/3
trier [2] 2752/12 2771/2
trigger [1] 2813/22
true [4] 2746/15 2764/6
2776/6 2788/18
truth [1] 2730/15
try [6] 2805/12 2817/17
2817/19 2817/20 2833/19
2836/23
trying [7] 2732/5 2738/18
2777/1 2793/16 2808/13
2808/14 2810/11
turn [3] 2796/8 2796/11
2838/16
turns [2] 2798/22 2805/8
two [61] 2730/4 2730/8
2731/20 2734/10 2735/11
2744/22 2745/1 2746/9
2759/10 2760/23 2763/11
2774/9 2778/13 2779/22
2779/24 2779/25 2780/9
2781/1 2781/6 2781/15
2782/5 2782/15 2782/21
2783/2 2784/4 2786/14
2788/3 2789/17 2790/16
2790/25 2791/5 2791/10
2791/18 2794/12 2796/15
2797/10 2797/23 2798/25
2800/9 2800/17 2800/18
2801/3 2801/9 2801/14
2802/8 2803/3 2803/6
2804/3 2809/13 2812/17
2812/23 2812/24 2813/12
2813/14 2816/12 2817/5
2822/18 2834/19 2837/11
2839/3 2839/22
two million [1] 2839/22
type [9] 2735/24 2736/9
2738/14 2739/14 2740/11
2742/16 2750/1 2754/21
2814/20
typically [1] 2811/4

U
U.S [1] 2770/5
ultimate [1] 2768/12
ultimately [3] 2744/13
2754/16 2763/7
unable [1] 2751/12
unanimously [1] 2767/8
uncertainty [3] 2735/13
2736/18 2738/12
uncharted [1] 2766/15
unclear [2] 2730/6 2768/11

unconcentrated [1]  2838/5
uncritically [1]  2771/10
under [20]  2750/17 2750/20
2751/14 2751/25 2752/1
2753/12 2754/12 2754/17
2757/11 2767/6 2771/4
2771/7 2771/10 2774/4
2774/10 2775/22 2783/10
2785/6 2792/22 2829/4
underestimating [1]  2788/11
underlying [4]  2744/4 2762/5
2769/11 2769/24
undermine [1]  2764/24
understand [22]  2730/20
2741/11 2743/18 2749/1
2752/12 2765/17 2774/6
2784/2 2786/20 2787/23
2790/2 2790/23 2805/1
2808/1 2810/11 2810/16
2810/20 2810/21 2811/18
2823/16 2840/4 2841/16
understanding [10]  2739/23
2774/2 2775/8 2797/4
2799/10 2808/1 2810/19
2811/14 2814/4 2815/8
understands [1]  2805/1
understood [3]  2779/20
2788/21 2798/14
undertake [2]  2755/1
2770/18
undertaken [1]  2764/20
undoubtedly [1]  2738/10
unexamined [1]  2772/13
unidentified [1]  2792/25
unilateral [22]  2773/17
2773/23 2774/2 2774/5
2774/10 2774/18 2774/22
2774/25 2775/5 2775/9
2776/10 2776/15 2783/10
2783/18 2785/6 2785/10
2785/25 2792/10 2792/18
2793/16 2794/9 2799/12
uniquely [1]  2753/22
UNITED [12]  2726/1 2726/3
2726/10 2726/14 2729/4
2729/10 2729/25 2754/9
2755/14 2767/11 2769/9
2772/4
unless [3]  2734/15 2782/11
2785/14
unnecessary [1]  2751/15
unpersuasive [1]  2766/22
unquote [8]  2750/11 2750/12
2752/17 2768/17 2768/18
2769/3 2771/23 2785/22
unrealistic [1]  2793/5
unreliable [6]  2752/3 2766/18
2767/3 2771/23 2772/11
2802/6
until [5]  2731/13 2731/18
2732/11 2732/13 2785/7
unverified [3]  2750/19 2769/1
2769/4
up [73]  2732/18 2732/22
2733/4 2744/15 2760/7
2762/8 2773/2 2774/1
2774/13 2774/20 2775/2
2775/7 2775/11 2775/20

2776/24 2777/2 2777/13
2777/16 2778/3 2778/8
2778/11 2778/14 2778/18
2778/21 2779/10 2779/14
2780/3 2780/5 2780/11
2781/2 2781/8 2781/22
2781/24 2782/10 2782/17
2783/6 2783/8 2783/13
2783/20 2783/25 2785/8
2786/7 2786/24 2788/9
2789/25 2791/13 2792/25
2793/24 2798/15 2803/24
2805/11 2806/10 2806/13
2806/20 2815/18 2816/19
2818/8 2818/18 2819/12
2820/1 2827/21 2828/12
2831/2 2831/21 2836/5
2837/5 2839/11 2839/18
2840/1 2840/23
update [1]  2765/1
updated [4]  2730/17 2766/4
2766/18 2767/4
updates [2]  2730/21 2764/23
upfront [1]  2836/17
upon [7]  2752/20 2754/1
2755/8 2772/9 2774/18
2782/25 2823/6
upstream [1]  2832/13
urged [1]  2755/2
us [28]  2745/4 2774/19
2777/23 2778/16 2778/17
2779/2 2779/22 2780/8
2786/14 2791/3 2791/22
2794/2 2794/3 2797/11
2797/18 2803/2 2804/14
2805/2 2805/15 2805/17
2807/10 2807/17 2818/22
2822/3 2823/13 2827/3
2827/3 2831/20
use [22]  2730/24 2734/22
2745/18 2747/4 2747/4
2748/6 2753/14 2766/21
2774/7 2800/20 2801/25
2812/24 2812/25 2813/2
2813/20 2815/20 2818/17
2822/17 2822/18 2822/18
2822/18 2828/5
used [15]  2735/17 2735/18
2735/18 2738/9 2759/2
2759/9 2759/22 2761/14
2780/19 2800/14 2809/13
2813/2 2815/24 2819/19
2829/4
useful [4]  2778/20 2787/5
2823/16 2825/2
usefulness [1]  2779/23
uses [3]  2731/1 2756/23
2837/14
using [11]  2741/25 2744/22
2778/3 2780/25 2781/10
2784/19 2800/22 2812/9
2816/1 2839/5 2841/7
usual [2]  2748/25 2754/13

V

vague [1]  2749/9
valid [1]  2789/21
validate [1]  2831/16
validity [1]  2816/12

validated [1]  2830/6
valuation [1]  2830/17
value [2]  2761/22 2770/4
variable [3]  2756/25 2759/12
2759/13
variables [2]  2789/13
2818/14
variants [1]  2818/11
variation [1]  2841/13
variety [3]  2809/11 2832/16
2833/4
various [1]  2778/5
vary [1]  2817/23
vehicles [1]  2808/8
vein [1]  2773/19
verifiability [2]  2747/19
2751/7
verifiable [27]  2730/11
2738/2 2739/1 2739/5
2739/8 2739/20 2742/19
2742/25 2747/25 2751/1
2751/14 2751/22 2751/23
2754/24 2755/9 2755/11
2756/5 2756/6 2762/4
2762/14 2763/2 2763/10
2763/14 2766/25 2767/19
2769/17 2769/21
verification [21]  2731/22
2734/6 2740/11 2741/20
2742/16 2747/14 2754/5
2755/23 2755/25 2763/16
2764/3 2764/21 2768/16
2768/20 2768/23 2769/3
2769/6 2769/8 2770/18
2770/25 2772/7
verified [26]  2730/11 2738/23
2740/2 2742/8 2742/9
2742/12 2742/20 2742/21
2745/20 2747/25 2748/11
2749/10 2751/2 2751/14
2751/21 2751/24 2754/19
2755/10 2755/12 2763/12
2763/14 2764/8 2764/15
2767/1 2768/13 2770/8
verify [22]  2738/16 2738/18
2740/10 2741/11 2741/14
2742/14 2743/6 2744/3
2744/5 2748/12 2750/10
2750/13 2753/20 2754/2
2755/22 2763/18 2764/18
2769/25 2770/14 2770/17
2770/22 2788/21
verifying [3]  2743/12 2748/4
2771/17
versa [3]  2776/6 2805/22
2831/10
version [2]  2795/5 2804/17
versions [1]  2811/5
versus [25]  2729/4 2736/21
2747/22 2752/19 2752/23
2753/16 2754/9 2755/14
2755/15 2755/16 2755/17
2767/11 2768/3 2768/24
2769/9 2770/1 2771/13
2771/24 2772/4 2772/14
2777/2 2806/1 2813/1
2813/16 2818/5
vertical [1]  2838/7
vertically [1]  2819/5

2738/7 2738/17 2738/20
2742/10 2742/14 2742/14
2742/16 2745/15 2745/15
2746/6 2746/8 2748/4
2756/8 2756/21 2786/3
2786/15 2786/21 2787/24
2789/2 2789/3 2789/5
2790/19 2805/9 2806/19
2818/12 2819/12 2820/10
2829/21 2830/13 2830/18
2830/21 2831/8 2833/6
2834/21
VIACOMCBS [2]  2727/6
2729/18
vice [4]  2749/18 2776/6
2805/22 2831/9
video [1]  2808/9
view [19]  2743/9 2743/9
2748/6 2784/7 2784/8
2787/4 2787/7 2787/15
2792/13 2800/23 2810/17
2815/20 2815/22 2816/11
2816/24 2834/8 2836/7
2836/8 2837/1
viewed [1]  2835/3
VII [2]  2771/13 2772/1
vs [1]  2726/5
vulnerable [1]  2834/20

W

waiver [1]  2755/5
want [31]  2730/1 2730/24
2731/15 2731/16 2739/23
2740/8 2740/8 2742/4
2746/16 2747/13 2772/20
2773/18 2781/15 2787/10
2789/1 2790/6 2790/7
2791/2 2791/15 2791/21
2794/23 2800/7 2802/24
2808/24 2814/7 2814/25
2817/21 2824/18 2825/23
2827/24 2836/11
wanted [4]  2741/19 2761/21
2812/2 2812/8
wanting [1]  2792/9
warehouse [2]  2747/1 2747/3
was [71]  2730/13 2730/17
2732/20 2734/6 2734/13
2737/18 2737/22 2738/4
2738/17 2739/6 2743/5
2743/6 2743/12 2743/13
2744/8 2749/6 2756/17
2758/12 2760/7 2760/10
2761/7 2762/2 2763/14
2763/14 2763/15 2764/10
2764/25 2765/6 2768/9
2768/22 2769/13 2770/4
2770/9 2771/1 2772/7
2773/6 2775/24 2776/4
2776/5 2776/24 2777/1
2780/5 2780/11 2783/20
2784/10 2788/22 2792/12
2793/16 2795/17 2795/24
2798/3 2801/15 2803/6
2803/17 2803/25 2804/8
2805/18 2805/19 2805/22
2811/12 2811/14 2820/3
2821/21 2824/9 2825/16
2828/16 2838/4 2838/22

was... [3] 2839/4 2839/16 2841/21
Washington [5] 2726/6 2726/15 2727/10 2727/13 2842/10
wasn't [3] 2741/25 2784/15 2788/21
waters [1] 2766/16
way [18] 2732/21 2736/10 2737/1 2778/2 2780/25 2788/9 2793/19 2793/20 2801/21 2804/7 2810/16 2814/11 2823/11 2823/20 2824/19 2830/24 2831/21 2841/1
ways [3] 2736/16 2801/11 2824/17
we [138] 2729/8 2729/9 2729/20 2729/20 2730/7 2730/10 2730/10 2730/11 2730/21 2731/5 2731/6 2731/7 2731/8 2731/15 2731/16 2732/2 2732/3 2732/6 2732/10 2732/11 2732/12 2733/9 2733/22 2734/12 2735/11 2735/20 2736/13 2736/15 2738/12 2739/7 2739/8 2739/16 2739/19 2740/6 2740/7 2740/14 2741/25 2742/6 2742/7 2743/3 2743/3 2744/9 2745/3 2745/3 2746/24 2747/4 2747/10 2747/21 2747/22 2747/23 2747/24 2757/25 2758/6 2766/15 2772/25 2773/1 2773/17 2774/11 2774/23 2775/16 2777/24 2782/19 2784/2 2785/2 2786/13 2787/2 2789/8 2789/12 2789/22 2791/2 2793/2 2793/24 2794/3 2797/10 2797/20 2799/4 2799/25 2800/1 2801/23 2802/8 2802/20 2802/21 2803/2 2803/18 2805/10 2805/11 2806/10 2806/20 2806/21 2807/13 2807/14 2807/15 2807/17 2808/4 2811/20 2811/24 2812/13 2813/1 2813/19 2818/19 2818/22 2819/11 2819/16 2819/16 2820/23 2820/24 2821/1 2821/2 2821/7 2821/8 2821/14 2822/1 2823/8 2823/19 2824/3 2824/4 2824/6 2824/10 2825/5 2827/24 2828/1 2828/5 2828/11 2828/12 2829/15 2830/9 2833/16 2834/18 2834/19 2836/1 2837/7 2837/16 2840/3 2840/10 2840/16 2840/18 2841/16 2841/20
we've [1] 2800/1
weakened [3] 2784/23 2792/7 2795/10
weight [1] 2755/13

well [43] 2730/22 2736/3 2739/6 2740/20 2742/18 2743/14 2744/24 2745/7 2746/9 2755/22 2756/13 2758/15 2767/22 2771/9 2776/11 2778/12 2779/25 2780/21 2782/9 2785/19 2787/6 2787/10 2789/25 2791/22 2792/4 2792/23 2793/15 2805/5 2808/24 2816/9 2816/24 2817/13 2818/12 2823/5 2825/5 2825/20 2829/10 2829/25 2830/13 2833/18 2833/23 2833/25 2836/19
well-known [2] 2818/12 2830/13
well-positioned [1] 2755/22
went [3] 2730/10 2734/7 2801/19
were [59] 2733/4 2737/2 2737/11 2738/9 2738/19 2738/22 2739/8 2740/6 2741/23 2745/16 2746/23 2751/12 2751/13 2756/13 2756/19 2757/2 2759/25 2762/10 2762/20 2763/19 2764/1 2764/8 2764/16 2765/2 2765/21 2767/13 2767/21 2768/5 2768/7 2768/11 2769/1 2769/17 2770/8 2772/25 2773/17 2775/16 2776/7 2776/25 2781/17 2781/23 2782/2 2783/21 2786/13 2786/22 2788/16 2788/18 2794/22 2798/12 2800/3 2801/3 2801/15 2805/9 2808/18 2814/20 2814/24 2814/24 2827/20 2828/5 2828/11
weren't [3] 2735/17 2735/18 2742/3
what [120] 2730/10 2733/16 2736/1 2737/7 2738/18 2738/21 2739/5 2740/5 2740/10 2741/10 2741/22 2743/3 2743/11 2743/12 2744/6 2746/20 2748/3 2748/11 2763/22 2763/24 2766/12 2770/9 2774/2 2774/19 2774/25 2775/5 2775/8 2776/9 2777/9 2777/23 2777/25 2778/2 2778/4 2779/2 2779/4 2781/11 2784/21 2785/17 2786/3 2786/13 2789/12 2792/2 2793/13 2794/3 2797/11 2797/20 2797/21 2798/2 2798/17 2799/10 2799/11 2800/7 2800/16 2801/15 2802/11 2802/16 2803/2 2803/6 2803/17 2803/24 2804/14 2804/15 2805/2 2805/3 2805/7 2805/15 2806/7 2807/17 2808/12 2808/14 2808/20 2809/14 2809/22 2810/19 2812/4 2812/15 2812/23 2813/12 2813/19 2814/23

2739/6 2740/20 2742/18
2815/16 2816/22 2816/24
2817/9 2818/15 2818/22
2818/24 2819/10 2819/20
2820/3 2820/6 2820/10
2823/3 2825/20 2825/24
2826/25 2827/2 2827/3
2828/21 2829/8 2829/14
2831/14 2831/24 2832/10
2833/15 2836/9 2837/1
2837/7 2838/25 2839/16
2840/10 2840/16 2840/25
2841/1 2841/4 2841/5
2841/14
what's [8] 2742/4 2809/10
2813/17 2813/21 2819/5
2820/17 2822/18 2835/8
whatever [5] 2730/24 2743/5
2761/25 2791/3 2834/19
whatnot [1] 2800/2
when [54] 2735/23 2736/17
2737/11 2738/10 2739/7
2746/6 2748/24 2754/5
2754/13 2754/14 2756/10
2756/11 2772/11 2774/1
2775/10 2776/12 2779/13
2779/23 2781/21 2781/24
2782/10 2783/6 2783/12
2783/21 2784/20 2785/21
2786/4 2791/2 2793/19
2794/10 2796/11 2797/1
2798/14 2802/4 2804/16
2804/20 2805/24 2809/12
2812/24 2813/2 2813/20
2813/24 2814/7 2814/8
2816/4 2820/9 2821/24
2822/3 2823/8 2827/15
2836/4 2839/15 2839/21
2839/23
where [48] 2732/4 2733/17
2734/1 2734/7 2736/3
2739/1 2739/14 2740/22
2747/22 2748/2 2755/11
2758/19 2764/20 2767/12
2768/4 2768/25 2769/10
2770/2 2771/10 2772/6
2774/13 2776/3 2777/12
2781/4 2783/10 2783/19
2785/8 2785/15 2787/14
2793/4 2793/5 2794/22
2803/18 2805/24 2810/13
2811/16 2813/22 2816/15
2819/24 2823/9 2823/16
2823/17 2826/21 2828/6
2828/7 2829/6 2836/10
2838/8
where's [1] 2788/22
whereby [1] 2807/7
whether [31] 2730/6 2742/25
2749/22 2751/1 2753/6
2755/24 2762/10 2763/14
2763/25 2764/15 2766/13
2777/14 2777/15 2778/16
2778/17 2780/8 2780/23
2781/16 2781/19 2782/4
2782/5 2782/16 2784/22
2784/23 2785/2 2788/4
2793/20 2806/6 2806/15
2815/12 2829/7

2731/3 2731/14 2731/19
2731/25 2732/1 2733/4
2733/25 2734/12 2738/2
2738/19 2745/20 2749/5
2752/19 2757/15 2758/14
2758/23 2761/2 2761/7
2769/19 2770/3 2772/9
2773/24 2774/8 2774/23
2775/1 2776/24 2782/20
2787/20 2787/22 2789/13
2789/17 2789/22 2790/18
2791/12 2794/5 2797/9
2800/25 2802/25 2811/12
2818/8 2819/1 2833/8
2838/6
while [5] 2765/23 2767/16
2768/21 2834/23 2838/4
who [49] 2730/13 2732/18
2733/1 2742/9 2749/15
2752/8 2757/9 2771/15
2772/1 2772/3 2774/20
2775/20 2777/13 2778/21
2780/4 2780/11 2782/10
2782/17 2784/22 2786/5
2786/8 2786/17 2787/16
2789/5 2793/23 2794/11
2795/2 2795/5 2802/2
2817/1 2824/15 2824/16
2824/16 2824/20 2824/22
2825/3 2825/7 2825/7
2826/7 2826/14 2827/14
2827/14 2830/1 2830/12
2830/15 2834/6 2834/11
2835/6 2836/14
who's [1] 2749/19
whole [6] 2746/5 2767/22
2789/20 2815/2 2833/13
2839/17
whom [2] 2771/11 2830/16
why [34] 2730/4 2730/8
2731/19 2737/10 2737/21
2738/24 2739/13 2740/14
2740/25 2740/25 2741/1
2741/11 2742/4 2742/25
2746/11 2746/14 2746/21
2747/7 2747/8 2754/8
2782/8 2783/24 2784/18
2785/13 2791/22 2806/19
2822/4 2822/4 2822/17
2822/17 2822/18 2822/18
2829/23 2829/23
wide [2] 2737/18 2833/4
wildly [1] 2781/5
Wilhelmsen [4] 2734/11
2755/16 2767/10 2768/3
will [49] 2730/5 2730/7
2732/3 2733/5 2733/21
2734/12 2737/7 2746/24
2751/18 2752/12 2758/6
2758/6 2766/9 2766/12
2766/13 2769/5 2770/20
2774/22 2774/23 2780/10
2781/14 2785/7 2785/21
2787/10 2789/3 2789/22
2790/8 2791/19 2797/13
2802/8 2802/21 2805/11
2807/14 2813/9 2819/22
2823/24 2824/11 2824/11

will... [11] 2827/16 2829/12
2831/7 2836/5 2836/22
2837/3 2837/19 2837/21
2838/5 2838/13 2841/20
willing [1] 2836/9
win [12] 2775/14 2775/19
2776/25 2777/1 2777/12
2778/5 2778/16 2779/12
2780/12 2780/15 2781/20
2782/14
win-loss [10] 2776/25 2777/1
2777/12 2778/5 2778/16
2779/12 2780/12 2780/15
2781/20 2782/14
winner [21] 2774/13 2774/20
2775/2 2775/7 2775/11
2775/20 2777/16 2778/18
2779/14 2781/2 2781/7
2783/6 2783/7 2783/13
2783/25 2785/8 2791/13
2795/4 2798/15 2825/21
2827/21
winning [4] 2778/7 2779/5
2780/2 2789/5
wins [4] 2782/11 2794/8
2794/12 2794/19
wired [1] 2730/24
within [11] 2746/15 2757/5
2760/23 2789/2 2790/10
2796/8 2798/13 2826/6
2828/1 2835/10 2835/14
without [15] 2733/7 2739/21
2754/22 2755/25 2769/16
2769/19 2771/17 2791/11
2797/24 2801/11 2808/1
2821/15 2823/19 2826/20
2839/16
witness [14] 2728/2 2731/8
2734/2 2734/3 2734/24
2735/1 2735/2 2735/2
2735/23 2749/15 2752/8
2773/2 2775/13 2779/18
witnesses [3] 2735/1
2737/13 2752/8
won [2] 2774/1 2827/20
won't [4] 2735/6 2777/24
2823/17 2823/20
wondering [3] 2738/24
2789/18 2826/6
word [2] 2740/13 2742/13
work [14] 2738/16 2738/17
2738/23 2747/7 2748/3
2763/20 2764/10 2768/8
2777/24 2799/19 2799/21
2814/9 2832/2 2832/23
worked [1] 2756/8
working [1] 2771/12
Workman [4] 2731/9 2784/24
2787/8 2792/13
works [6] 2807/22 2808/1
2822/12 2822/12 2822/15
2822/21
world [10] 2731/6 2745/6
2747/21 2766/10 2766/10
2766/12 2814/21 2817/16
2825/5 2825/6
worth [1] 2820/15
would [137] 2729/6 2729/20

2732/12 2732/17 2732/19
2733/3 2733/7 2733/13
2733/15 2733/19 2738/3
2740/25 2741/3 2744/12
2744/25 2745/7 2745/18
2746/20 2747/4 2749/5
2750/2 2750/6 2751/11
2751/15 2754/6 2754/7
2754/8 2760/12 2761/11
2761/15 2767/23 2767/24
2774/11 2774/13 2774/21
2775/9 2776/6 2777/5
2777/22 2777/25 2779/17
2780/7 2780/8 2781/4
2781/4 2781/23 2782/8
2783/9 2783/13 2783/21
2783/24 2784/6 2784/9
2784/11 2784/13 2784/13
2784/18 2784/20 2785/11
2785/25 2786/11 2787/14
2787/25 2788/1 2788/17
2788/18 2789/18 2790/20
2791/12 2791/13 2791/24
2791/24 2792/11 2792/12
2792/15 2792/16 2792/18
2792/20 2794/5 2794/23
2796/8 2796/11 2798/17
2799/9 2800/7 2801/1
2802/11 2805/2 2805/15
2805/16 2808/7 2809/4
2809/20 2809/21 2809/22
2809/23 2809/25 2810/1
2810/1 2810/4 2811/12
2811/15 2812/5 2814/4
2814/10 2814/22 2814/25
2817/6 2818/22 2820/22
2821/3 2821/9 2823/2
2825/1 2825/8 2825/9
2828/12 2828/14 2828/24
2829/6 2829/21 2829/25
2830/11 2830/20 2831/17
2832/2 2834/17 2834/23
2835/20 2837/16 2838/16
2839/1 2840/3 2841/15
wouldn't [7] 2741/11 2786/6
2786/16 2786/16 2815/6
2821/2 2825/1
wow [1] 2788/22
write [1] 2760/6
write-offs [1] 2760/6
wrong [9] 2766/6 2780/6
2781/19 2785/22 2786/25
2791/25 2793/11 2793/14
2811/19
wrote [1] 2834/6

X

X.8 [3] 2777/7 2777/9
2777/15

Y

year [6] 2731/2 2757/14
2787/8 2819/14 2820/2
2830/12
years [12] 2731/2 2734/1
2736/5 2737/16 2744/23
2745/1 2760/23 2824/6
2839/5 2839/6 2839/7
2839/8

yes [40] 2732/17 2737/20
2737/24 2744/17 2746/17
2746/23 2774/6 2775/14
2776/1 2776/8 2777/8
2778/2 2781/25 2782/1
2782/3 2782/24 2788/10
2796/4 2796/14 2796/19
2796/20 2796/22 2797/3
2797/5 2797/7 2797/20
2800/15 2801/2 2803/6
2804/14 2807/20 2807/25
2808/14 2811/24 2812/7
2814/16 2818/24 2821/18
2823/2 2823/16 2828/17
2829/21 2830/7 2834/9
2835/4 2837/23 2838/19
2839/12 2841/18
yesterday [10] 2729/20
2744/18 2775/16 2782/19
2785/2 2792/5 2793/18
2802/1 2816/25 2830/16
yet [1] 2787/3
yield [1] 2812/1
York [9] 2727/4 2727/4
2727/7 2727/7 2736/6
2757/3 2757/4 2757/7
2757/15
you [390] 2730/3 2730/24
2730/24 2731/13 2731/13
2731/18 2731/21 2732/4
2732/9 2732/11 2732/13
2732/14 2732/25 2732/25
2733/2 2733/3 2733/3
2733/6 2733/21 2734/17
2734/18 2735/14 2736/1
2737/8 2737/13 2738/10
2739/24 2739/24 2740/17
2740/25 2741/1 2741/4
2741/6 2741/6 2741/9
2741/9 2741/11 2741/12
2741/23 2741/24 2742/12
2743/4 2744/6 2744/14
2746/6 2746/7 2746/13
2746/17 2747/7 2747/12
2747/12 2747/13 2747/14
2748/2 2748/3 2748/16
2749/1 2749/2 2749/3
2749/12 2757/22 2758/7
2772/24 2773/2 2773/4
2773/8 2773/8 2773/8
2773/9 2773/10 2774/7
2774/7 2774/16 2774/19
2775/17 2775/20 2775/22
2776/16 2776/17 2776/23
2776/23 2776/25 2777/3
2777/4 2777/9 2777/14
2777/22 2777/22 2777/25
2778/20 2779/8 2779/22
2780/1 2780/3 2780/5
2780/5 2780/7 2780/12
2780/12 2780/22 2780/24
2781/4 2781/4 2781/13
2781/16 2781/19 2781/23
2782/4 2782/5 2782/8
2782/10 2782/11 2782/16
2782/19 2782/22 2782/25
2783/10 2783/14 2783/20
2783/21 2783/24 2784/4
2784/6 2784/8 2784/18

2785/14

2785/17 2785/18 2785/21
2785/21 2786/3 2786/4
2786/4 2786/5 2786/5
2786/8 2786/10 2786/11
2786/15 2786/16 2786/22
2787/2 2787/4 2787/6
2787/23 2788/3 2788/10
2788/16 2789/1 2789/4
2789/6 2789/8 2789/12
2789/14 2789/14 2789/17
2790/2 2790/3 2790/6
2790/7 2790/11 2790/12
2790/20 2791/1 2791/2
2791/8 2791/19 2791/22
2792/9 2792/11 2793/5
2793/6 2793/7 2793/10
2793/10 2793/11 2793/13
2793/14 2793/19 2793/19
2793/20 2793/22 2793/22
2794/2 2794/3 2794/11
2794/17 2794/22 2794/22
2794/23 2794/23 2795/16
2795/23 2796/1 2796/7
2796/8 2796/11 2796/11
2796/13 2796/15 2796/21
2796/23 2797/1 2797/2
2797/11 2797/12 2797/14
2797/18 2797/19 2797/21
2798/1 2798/7 2798/8
2799/18 2800/13 2800/18
2800/19 2801/1 2801/11
2802/10 2803/2 2803/16
2803/23 2803/24 2804/9
2804/20 2804/24 2805/2
2805/10 2805/11 2805/11
2805/13 2805/15 2805/16
2805/24 2806/6 2806/10
2806/15 2806/16 2807/7
2807/7 2807/10 2807/17
2807/18 2807/21 2808/2
2808/5 2808/6 2808/10
2808/12 2808/17 2808/18
2808/21 2808/22 2809/17
2809/19 2809/25 2810/1
2810/3 2810/4 2810/19
2812/4 2812/4 2812/5
2812/5 2812/14 2812/16
2812/18 2813/6 2813/9
2813/12 2813/20 2813/22
2813/24 2814/7 2814/8
2814/10 2814/10 2814/11
2814/14 2814/20 2814/22
2814/25 2815/12 2815/20
2815/20 2815/22 2816/1
2816/4 2816/5 2816/11
2816/15 2816/16 2816/17
2816/24 2817/8 2817/12
2817/16 2817/17 2817/17
2817/18 2817/20 2817/21
2818/3 2818/17 2818/22
2819/16 2819/20 2819/25
2820/5 2820/9 2820/10
2821/15 2821/18 2822/25
2823/8 2823/13 2823/13
2824/2 2824/3 2824/11
2824/17 2824/17 2824/20
2824/21 2825/4 2825/5
2825/13 2825/14 2825/17

**Y**

you... [58]  2825/23 2825/24
2825/25 2826/4 2826/7
2826/9 2826/13 2827/8
2827/15 2827/16 2828/3
2828/7 2828/14 2828/20
2828/24 2829/4 2829/7
2829/12 2829/20 2829/21
2829/23 2830/18 2831/11
2831/14 2832/1 2832/2
2832/22 2833/10 2833/15
2833/24 2834/2 2835/5
2835/10 2835/16 2835/18
2835/19 2835/20 2835/24
2836/7 2836/18 2836/22
2837/25 2838/18 2838/20
2838/22 2839/7 2839/17
2839/18 2839/23 2840/1
2840/21 2840/25 2841/5
2841/9 2841/12 2841/14
2841/15 2841/20
you're [2]  2798/11 2835/12
you've [1]  2836/17
your [142]  2729/3 2729/9
2729/13 2729/17 2730/12
2730/22 2731/3 2731/24
2732/2 2732/3 2732/10
2732/16 2733/4 2733/24
2734/15 2734/20 2737/12
2738/3 2739/13 2741/3
2741/8 2741/10 2741/12
2742/18 2743/3 2743/8
2743/14 2743/18 2743/20
2744/7 2745/15 2747/9
2748/6 2748/13 2749/4
2772/22 2772/23 2773/9
2773/10 2773/11 2774/2
2775/12 2775/14 2776/16
2776/17 2776/18 2777/4
2777/5 2777/21 2778/22
2779/11 2779/20 2779/22
2780/7 2780/14 2780/16
2782/25 2783/9 2784/21
2786/6 2786/7 2786/20
2786/20 2787/10 2787/14
2787/19 2787/25 2787/25
2788/2 2788/5 2788/19
2789/10 2789/18 2789/18
2790/3 2790/16 2790/23
2790/23 2791/5 2792/4
2793/13 2793/17 2795/14
2795/21 2796/1 2796/8
2796/9 2796/12 2796/17
2796/17 2796/20 2797/2
2797/4 2797/6 2797/11
2797/14 2797/20 2797/21
2799/10 2799/13 2799/24
2802/13 2802/21 2802/24
2803/3 2804/7 2806/12
2808/6 2810/10 2811/17
2811/17 2813/21 2815/7
2817/9 2817/12 2820/22
2821/3 2821/5 2822/15
2823/3 2823/19 2823/23
2824/16 2824/22 2825/19
2826/9 2827/5 2828/16
2829/9 2829/25 2832/9
2834/2 2834/8 2834/9
2836/6 2837/1 2837/15

2837/22 2838/11 2838/24
2839/16 2840/3

**Z**

zero [2]  2791/12 2822/19
ZI [1]  2756/15