```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3   THE UNITED STATES OF AMERICA,          Civil Action
                                            No. 21-02886
 4              Plaintiff(s),

 5        vs.

 6   BERTELSMANN SE & CO. KGAA,             Washington, D.C.
     et al.,                                August 16, 2022
 7                                          9:33 a.m.
                Defendant(s).               MORNING SESSION
 8   ------------------------------------------------------------

 9

10                    TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE FLORENCE Y. PAN
11                  UNITED STATES DISTRICT JUDGE

     APPEARANCES:
12

13   FOR THE PLAINTIFF:       John R. Read, Esquire
                              Ihan Kim, Esquire
14                            Melvin A. Schwarz, Esquire
                              Jessica Leal, Esquire
15                            Kevin Krautscheid, Esquire
                                United States Department of Justice
16                                Antitrust Division
                                450 Fifth Street, Northwest
17                                Washington, D.C. 20530

18   FOR THE DEFENDANTS        Daniel M. Petrocelli, Esquire
     BERTELSMANN and           M. Randall Oppenheimer, Esquire
19   PENGUIN RANDOM HOUSE:     Megan Smith, Esquire
                                O'Melveny & Myers, LLP
20                              1999 Avenue of the Stars
                                Eighth Floor
21                              Los Angeles, California 90067

22
     FOR THE DEFENDANTS        Andrew Frackman, Esquire
23   BERTELSMANN and           Abby Rudzin, Esquire
     PENGUIN RANDOM HOUSE:     Daniel L. Cantor, Esquire
24                              O'Melveny & Myers, LLP
                                7 Times Square
25                              New York, New York 10036
```

1    APPEARANCES (Cont.)

2    FOR THE DEFENDANTS          Stephen Fishbein, Esquire
     VIACOMCBS and                  Shearman & Sterling, LLP
3    SIMON & SCHUSTER:             599 Lexington Avenue
                                    New York, New York 10022
4

5                                 Ryan A. Shores, Esquire
                                    Shearman & Sterling, LLP
6                                  401 Ninth Street, Northwest
                                    Washington, D.C. 20004
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
     REPORTED BY:                 Jeff Hook, Official Court Reporter
24                                 U.S. District & Bankruptcy Courts
                                    333 Constitution Avenue NW
25                                 Washington, D.C. 20001

1                          **I N D E X**

2    **WITNESS**                                                    **PAGE**

3    MANUEL SANSIGRE

4       Continued Direct Examination by Mr. Frackman        2473

5       Cross-Examination by Ms. Leal                       2547

6       Redirect Examination by Mr. Frackman                2583

7

8

9                       **E X H I B I T S**

10   **EXHIBIT**                                                    **PAGE**

11   Plaintiff's 92              Admitted into evidence      2579

12   Plaintiff's 162             Admitted into evidence      2553

13   Plaintiff's 163             Admitted into evidence      2561

14   *Plaintiff's Unnumbered     Admitted into evidence      2557

15   Plaintiff's Unnumbered      Admitted into evidence      2566

16   Plaintiff's Unnumbered      Admitted into evidence      2568

17   Plaintiff's Unnumbered      Admitted into evidence      2569

18   Plaintiff's Unnumbered      Admitted into evidence      2576

19   *Exhibit admitted under seal.

20

21   Defendants' 273          Admitted into evidence         2479

22   Defendants' 301          Admitted into evidence         2478

23

24

25

1          <u>**P R O C E E D I N G S**</u>

2          **DEPUTY CLERK:**  This is civil case 21-2886, the United

3    States of America v. Bertelsmann SE & Co., et al.  Will counsel

4    please approach the podium to state their appearances for the

5    record.

6          **MR. FRACKMAN:**  Andrew Frackman of O'Melveny & Myers.

7    I'll continue, Your Honor.

8          **THE COURT:**  Good morning, Mr. Frackman.

9          **MR. FRACKMAN:**  Good morning.

10         **MR. READ:**  John Read for the United States.  With me at

11   counsel table today is Jessica Leal, Kevin Krautscheid and Mel

12   Schwarz.

13         **THE COURT:**  Good morning.

14         **MR. FRACKMAN:**  And I was a little bit abrupt, of course

15   we have Mr. Petrocelli.

16         **MR. FISHBEIN:**  Stephen Fishbein for ViacomCBS and Simon

17   & Schuster.

18         **THE COURT:**  Good morning.

19         **MR. FRACKMAN:**  Should we continue with Mr. Sansigre?

20         **THE COURT:**  Yes, if there are no preliminary matters, we

21   can resume the testimony.  Is Mr. Sansigre here?

22         Good morning, Mr. Sansigre.

23         **THE WITNESS:**  Good morning.

24         **THE COURT:**  Could you remain standing to be sworn again.

25         **DEPUTY CLERK:**  Do you solemnly swear or affirm that the

 1   testimony you're about to give in this proceeding will be the

 2   truth, the whole truth, and nothing but the truth?

 3        **THE WITNESS:**  Yes.

 4        **THE COURT:**  You may be seated.  And if you'd like, you

 5   may remove your mask.

 6        <u>CONTINUED DIRECT EXAMINATION OF MANUEL SANSIGRE</u>

 7   BY MR. FRACKMAN:

 8        **Q.** Okay, Your Honor.  Why don't we turn back to

 9   Defendants' Demonstrative 14, page 14.  This is where we ended

10   up yesterday with real estate, the first category of

11   efficiencies that we covered.  And we're going to turn now to

12   OpEx.

13        Mr. Sansigre, you mentioned that you did a calculation

14   of OpEx savings.  What does OpEx include?

15        **A.** OpEx and operating expenses both include headcount and

16   non-headcount expenses.

17        **Q.** In your experience -- which you have a lot of, are OpEx

18   savings common in mergers and acquisitions?

19        **A.** Yes, they are very common.  They are easy to identify

20   and easy to implement.

21        **THE COURT:**  I'm sorry, you said it's headcount and

22   non-headcount?

23        **THE WITNESS:**  Headcount and non-headcount expenses, so

24   third party charges, other kind of costs that are not linked to

25   the personnel per se.

1    **THE COURT:**  I'm sorry, what are the non-headcount

2  expenses?

3    **THE WITNESS:**  For example, when you receive a charge --

4  you hire a third party to give you services on IT, for example,

5  or you hire a consultant to help you with something or your

6  auditors, those are what we consider generally non-headcount

7  expenses.

8    **THE COURT:**  So the consultant expenses?

9    **THE WITNESS:**  Basically, yes, they are consulting

10  expenses.

11    **MR. FRACKMAN:**  And we'll get a look at some of those in

12  greater detail, Your Honor.

13    **THE COURT:**  Okay.

14  **BY MR. FRACKMAN:**

15    **Q.** So Mr. Sansigre, have you prepared a slide to -- well,

16  why don't we bring up slide 15 of Demonstrative 14.

17    What are you showing here, Mr. Sansigre?

18    **A.** We're showing in operating expenses the fact that we

19  analyze the reduction of duplicative functions, both in

20  headcount and non-headcount.

21    **Q.** And then you have in the third -- the second large

22  bullet a list of departments.  What are those departments, and

23  how do they relate to your OpEx work?

24    **A.** So we make this analysis for headcount and

25  non-headcount for the vast majority of the departments of the

**REDACTED**

1  target company.  In this case, marketing, sales and

2  merchandising, fulfillment, production, IT, administration,

3  editorial, and art departments.  And it's very important to

4  highlight that they're always with the philosophy of leaving

5  creative untouched.  Basically, any personnel or services that

6  are linked to the books themselves, those are untouched.

7      **Q.** So let's dig into this in a little bit more detail.

8  What was the -- when you look at OpEx savings, what is the

9  first source of information that you look at?

10     **A.** So first we ground it in experience.  I mentioned

11 yesterday that we have closed 26 transactions, and we've

12 reviewed more than 100 publishing companies.  So we understand

13 the cost structure and the way publishing companies work.  At

14 the end of the day, they have very, very similar operations.

15 So what we do is to look back and analyze all the transactions

16 to see what kind of efficiencies we achieved in the past.

17     **Q.** Is there one transaction that you focused on when you

18 did the OpEx work for the Simon & Schuster efficiencies model?

19     **A.** We reviewed several transactions, but in terms of size,

20 we anchor in the Penguin Random House merger.

21     **Q.** So let's look at that 2013 merger.  What OpEx synergies

22 did Penguin Random House achieve in that transaction?

23     **A.** So the best way to look at it from a related

24 perspective is by looking at the combined cost structure of

25 both companies, and what were the savings that we achieved for

1    the combined entity.

2        Q. Is there a range of OpEx savings that you've realized

3    in your historical acquisitions, apart from the 2013 Penguin

4    acquisition?

5        A. Yes, we have reviewed a lot of these transactions, and

6    the range goes between 12 and 14 percent being the Penguin

7    Random House merger in the low end of that range.

8        Q. So yeah, I was going to ask you that question.

9    Specifically with respect to the 2013 Penguin merger, what was

10   the OpEx savings that Penguin Random House achieved?

11       A. We were able to achieve 12.3 percent of the combined

12   entity, basically by these duplicative functions on the back

13   end of both companies.

14       Q. How do you know that number, like where did you get it?

15       A. So we have business records of all the transactions

16   that we have done.  And specifically, for the Penguin Random

17   House merger, given the size, there was like synergies tracking

18   that Bertelsmann, independently from us, would create to

19   monitor how we achieved the synergies.

20       Q. Were you familiar with the synergies tracker that

21   Bertelsmann -- the synergies tracker before you started on the

22   modeling for the Simon & Schuster transaction?

23       A. Yes.

24       Q. When did you review, and is there -- is there a

25   document that you reviewed to get the specific OpEx savings

REDACTED

1    from -- the synergies and OpEx savings from the 2013 merger?

2        A. I reviewed a specific document, yes.

3        Q. And what is that document?

4        A. It's called the 2016 Synergies Tracking.

5        Q. Let's pull up -- let me ask a couple of other prefatory

6    questions on this.  How long did Bertelsmann track the

7    efficiencies flowing from the 2013 merger?

8        A. For three years.

9        Q. And why did Bertelsmann stop that work after three

10    years?

11        A. Well, after three years, it starts being bothersome to

12    keep tracking, because three years have passed.  Also, the

13    synergies achieved by 2016 -- that was the last year that it

14    was created, the synergies were already over achieved.

15        Q. Let's pull up DX-301, Pam, and we'll focus on tab

16    Overview FC2.

17            Mr. Sansigre, what are we looking at here in DX-301?

18    Well, what is DX-301?

19        A. This is the tracking -- this is the Penguin Random

20    House merger integration synergies tracking file.

21        Q. And this worksheet that we're looking at, Overview FC2,

22    what does it contain?

23        A. It contains the different savings by geography, and

24    also comparing what originally was budgeted.  This shows the

25    actual synergies achieved.

1    Q. There is a column H entitled Passed on Savings to BAU.

2  What does that reflect?

3    A. Those are the actual synergies achieved.

4    Q. That is line --

5    A. H8.

6    **MR. FRACKMAN:**  H8.  Your Honor, I offer DX-301 into

7  evidence.

8    **THE COURT:**  Any objection?

9    **MS. LEAL:**  No objection.

10    **THE COURT:**  That will be admitted.

11    (Defendants' Exhibit 301 admitted into evidence)

12    **THE COURT:**  I'm sorry, what is BAU?

13    **THE WITNESS:**  BAU, that means business as usual.

14  BY MR. FRACKMAN:

15    Q. So that is the efficiencies that Bertelsmann confirmed

16  were achieved as a result of the 2013 merger.  What was the

17  projected -- what were the projected efficiencies at the time

18  of the merger?

19    A. Originally the number was substantially lower.

20    Q. Do you remember the categories in which you achieved

21  these synergies?

22    A. The same categories, de-duplications of overlap,

23  overlapping functions.

24    Q. Pam, would you pull up DX-273, please.  And let's just

25  look at the front page.

1          Mr. Sansigre, what is DX-273?

2      **A.** This is a presentation that we prepared in the summer

3  of 2020 to pitch potential investors to participate in the

4  Simon & Schuster potential acquisition with us.

5      **Q.** And did you in fact use DX-273 and present it to

6  potential investors?

7      **A.** Yeah, my team and I created this document together with

8  other departments of Penguin Random House.  And yes, we used

9  this document to show to external investors.

10      **MR. FRACKMAN:**  Your Honor, we offer DX-273 into

11  evidence.

12      **THE COURT:**  Any objection?

13      **MS. LEAL:**  No objection.

14      **THE COURT:**  That will be admitted.

15      (Defendants' Exhibit 273 admitted into evidence)

16  **BY MR. FRACKMAN:**

17      **Q.** Let's turn to slide -- page 35 of DX-273.  What is

18  reflected on this page?

19      **A.** This reflects the overall synergies achieved by nature,

20  by category.

21      **Q.** And you have OpEx synergies at the top and variable

22  costs below?

23      **A.** Yes.

24      **Q.** And these are the categories, the subcategories of OpEx

25  savings that were realized as a result of the 2013 merger,

1    right?

2        **A.** Yes.

3        **Q.** While we're on the topic of the 2013 merger -- and

4    we'll come back to how you used the OpEx experience for 2022, I

5    want to ask you one other question.

6        Did Penguin Random House experience revenue synergies

7    as a result of the 2013 merger?

8        **A.** No.

9        **Q.** And were any revenue synergies anticipated or modeled

10   at the time of the merger?

11       **A.** No.

12       **Q.** The Court has heard about a revenue decline in the

13   years between 2013 -- following 2013.  Are you familiar with

14   what was going on in the business at that time that affected

15   the revenue decline?

16       **A.** Yes, I performed an analysis for that.

17       **Q.** And what did your analysis show?

18       **A.** Well, what I realized is that there was like a revenue

19   decline linked to an erosion linked to market conditions,

20   especially in commercial fiction.

21       **Q.** Did that relate to the merger or did it relate to other

22   things going on in the industry at the time?

23       **A.** This had nothing to do with the merger.

24       **Q.** Have you heard anyone at the company -- that is,

25   Penguin Random House, refer to this revenue decline as revenue

1   dis-synergies?

2       **A.** Yes, I have heard that.

3       **Q.** Do you agree with the use of that term?

4       **A.** No, I don't agree.

5       **Q.** Did you use that term?

6       **A.** No, I haven't used that term for that specific

7   situation.

8       **Q.** So the -- you testified about the Bertelsmann synergies

9   tracker, and the OpEx savings recognized in that tracker that

10  we see here on DX-273.35.

11      How did you use that information in modeling the

12  efficiencies projected from the current transaction?

13      **A.** So I anchor of course on these numbers.  So what I --

14  these numbers are what help me calculate the 12.3 percent that

15  were referred to before; but also helped me, together with

16  discussions with Mr. Dohle and Mr. Malaviya, to identify the

17  different categories of synergies.

18      **Q.** So you came up with this 12 percent OpEx savings from

19  your prior transactions, in particular the Penguin merger?

20      **A.** In particular this one, yes.

21      **Q.** And then what did you do with that 12 percent?

22      **A.** Well, that 12 percent ground me.  Again, it was a range

23  between 12 and 14.  But given the size, that 12 percent ground

24  me in order to start calculating what could be the potential

25  efficiencies achieved with Simon & Schuster.

1    Q. Let's pull up slide 16 from Demonstrative 14.  What is

2    shown on slide 16, Mr. Sansigre?

3    A. This is embedded into PX-168, so the efficiencies model

4    in the Silk US worksheet.  As I said yesterday, this is where

5    the vast majority of the efficiencies calculation happened.

6    And in this particular area, what you can see is the different

7    departments with the Penguin Random House cost structure; then

8    the Simon & Schuster cost structure; then what would be the

9    combined cost structure of both companies.  And then at the

10   end, you can see the targeted dollar savings for those

11   departments.  And then in the total, you can see the total

12   efficiencies that we projected.  And you can see there the

13   12.3.

14   Q. And this is in the Silk US worksheet, rows 59 to 69 of

15   PX-168?

16   A. Yes.

17   Q. Did you just plug this 12.3 percent number into your

18   model?

19   A. No, I had several conversations, again, with Mr. Dohle

20   and Mr. Malaviya that actually achieved the Penguin Random

21   House merger.  So they have extensive experience in achieving

22   these efficiencies.  But additionally, I did a totally separate

23   analysis to confirm the reliability of my projections.

24   Q. And what is that analysis called?

25   A. That analysis is called the OpEx matrix.

1    Q. And we've introduced that, Your Honor, as PX-406.

2    Let's turn to that now.  Pam, will you pull up PX-406,

3    summaries worksheet.

4         Mr. Sansigre, tell the Court what we're looking at

5    here.

6    A. This is the OpEx matrix.

7    Q. And this is the summary page, right?

8    A. Yes.

9    Q. How many worksheets do you have in PX-406?

10    A. Around 50 I would say.

11    Q. Around 50 you say?

12    A. Yes.

13    Q. And just as a very -- on a very high level, I'd direct

14    your attention to E52.  What is reflected on this summary page?

15    A. E52 is the total synergies that I calculated in this

16    analysis.

17    Q. And you testified earlier that there was both a

18    headcount component and a non-headcount component.  Let's first

19    look at row 48.

20         What's reflected there?

21    A. Those are the synergies -- the headcount synergies

22    projected for this transaction.

23    Q. And the total is in E48; is that right?

24    A. Yes.

25    Q. And then you said that there was a non-headcount

1    component?

2       **A.** Yes.

3       **Q.** Where is that reflected?

4       **A.** We can see the total in E51.

5       **Q.** Okay.  So let's start with the headcount component.

6    Can you explain at a high level the work you performed to

7    calculate the savings reflected in cell E48?

8       **A.** Sure.  So each company records their departments in a

9    different way, so it was very important to really understand

10   their department structure in order to compare Penguin Random

11   House and Simon & Schuster departments one by one.  So what I

12   did is almost at the end of the process, I received information

13   from the clean team where I have basically the full roster of

14   employee data for all the employees of Simon & Schuster.

15      **Q.** So let me stop you right there.  Could we pull up

16   Demonstrative 14, page 17, please.

17          So Mr. Sansigre, what is shown on this slide?

18      **A.** This is the confidential document with anonymized data

19   for Simon & Schuster employees with their location, department,

20   title, but also their salary, benefits and other relevant

21   information.

22      **Q.** This page of the data has information for about a dozen

23   employees.  How many employees did you receive such data for?

24      **A.** I received this for all Simon & Schuster employees in

25   the U.S., there are about 1,400.

1        Q. Okay.  So once you got the detailed compensation data

2   for all of the Simon & Schuster employees, what did you do with

3   that information?

4        A. I went line by line, employee by employee matching

5   their position at what would be the equivalent Penguin Random

6   House department and sub department.

7        Q. And once you had completed that mapping exercise, what

8   did you do?

9        A. I was very careful with this information, because only

10  my team had access to this document.  So I aggregated the data

11  by the Penguin Random House departments with the information,

12  and I used that information to plug it into the OpEx matrix.

13       Q. So you incorporated it into PX-406?

14       A. Yes.

15       Q. Let's turn to that next slide, Pam.  This is a page

16  from PX-406 entitled U.S. S&S Payroll Worksheet.

17            What are you showing here, Mr. Sansigre?

18       A. This is the people that I created from the previous

19  document that you just showed.  This is the people that I was

20  mentioning that then I plugged into the PX-406.  You can see

21  the different departments and sub departments in the way PRH

22  look at them, with the number of headcount, the compensation,

23  the benefits, tenure.

24       Q. Okay.  So you have this information in one of the

25  worksheets of PX-406.  What did you do with it?

1     **A.** So this was the basis for aligning Penguin Random House

2     departments and sub departments with the Simon & Schuster ones.

3     And with that, I was able to identify the overlapping

4     functions.

5     **Q.** With the Court's indulgence, we'll look at a couple of

6     the detailed worksheets for the different departments that

7     Mr. Sansigre examined, and we'll start with administration.

8     Let's turn to PX-406, the administration worksheet.  And Pam,

9     let's go to the top first and just orient ourselves.

10        Mr. Sansigre, you have some information at the top

11    under a heading with an orange heading that says PRH U.S. Gross

12    Spending Administration.

13        What is in the orange block on this slide, and on all

14    the other sub slides?

15    **A.** So this is the area where I inputted the Penguin Random

16    House information.  And what you can see is the expenses and

17    the headcount by -- the expenses by nature, and also then by

18    sub departments.  That's why it's called a matrix.

19    **Q.** Yes, I wanted to get to that.  So first of all, this

20    information in the orange blocks on the different worksheets

21    are from PRH, right?

22    **A.** Yes.

23    **Q.** That's PRH data, okay.  And although this is in the

24    administration department, you have a whole bunch of sub

25    departments to the right.  What do those reflect?

1      **A.** These departments reflect the sub departments within

2  administration.

3      **Q.** You have executives?

4      **A.** You have executives, corporate services, finance, HR,

5  IT security, legal, contracts, RMS -- which means royalties

6  management system, corporate shared and other.

7      **Q.** And are these all within administration?

8      **A.** Yes.

9      **Q.** Now let's go down --

10      **THE COURT:** Is this still all headcount?

11      **THE WITNESS:** This is all still headcount, yes.

12  **BY MR. FRACKMAN:**

13      **Q.** Let's go down to the green block.  What is reflected in

14  the green block that starts at row 28 and goes to row 34?

15      **A.** So thanks to my mapping, I was able to basically do the

16  same exercise for Simon & Schuster.  So I broke the different

17  Simon & Schuster employees by sub department exactly aligned --

18  as you can see by each column, exactly aligned with each PRH

19  sub department.  And also I had enough information to break the

20  spending linked to headcounts between employee and

21  non-employee.

22      **Q.** So let's turn to row 45 that's entitled HC-Synergies.

23  Just take the Court through the information that appears on row

24  45.  Let's start with the number in E45.

25          What does that reflect?

REDACTED

2488

1      **A.** This is the total headcount synergies projected for the

2   admin department.

3      **Q.** For the administration department.  And then if you go

4   to the right, you have a group -- a series of negative numbers

5   in each of the sub departments.

6          What does that reflect?

7      **A.** Those are the overlapping positions identified.

8      **Q.** And is that just an addition formula that adds those up

9   to the number in E45?

10     **A.** Yes.

11     **Q.** Now let's go down to E48.  What is reflected there?

12     **A.** Here is reflected the potential savings from those

13   overlap positions.  Basically, it's a formula that calculates

14   the overlapping positions identified, multiplied by the average

15   compensation of both organizations, both Penguin Random House

16   and Simon & Schuster.

17     **Q.** And why did you use the average compensation of both

18   organizations for calculating the headcount efficiencies?

19     **A.** Our philosophy in these kind of mergers is that at the

20   end of it, you want to take the best people from both sides.

21   So at the end of the day, the combined entity, right, it needs

22   to be the average of both organizations.

23     **Q.** All right.  Let's go to the non-headcount synergies,

24   row 51.  First let's start with cell E51.

25          What's contained there?

1    **A.** This is the total non-headcount synergies that we

2    projected.

3    **Q.** And again, you have it allocated across different sub

4    departments; is that right?

5    **A.** Yes.

6    **Q.** How did you -- well, first, what are the non-headcount

7    synergies that are included in the administration department

8    efficiencies calculation?

9    **A.** Just to clarify, I did not locate the expenses.  The

10   expenses are from Simon & Schuster business records.  So then

11   what I did is go sub department by sub department identifying

12   the different third party charges that clearly were

13   overlapping.  For example, we don't need two insurance, we

14   don't need bank charges, right, we don't need so many bank

15   accounts, for example.  There's those kind of charges that

16   we're saving here.

17   **Q.** Is the detail for the non-headcount savings reflected

18   on the summary sheet included in PX-406?

19   **A.** Yes, if you go to the top, U.S. non-employee G&A cost

20   categories.

21   **Q.** Just slow down, slow down.  U.S. non-employee G&A cost

22   categories.  Okay, Ms. Radford opened up that tab.

23       What do you have here?

24   **A.** It's the non-employee expenses broken by each item

25   basically.

1    **Q.** By each department?

2    **A.** By each department, but also by each item.

3    **Q.** Okay.  So that's an overview of what you did in

4    administration.  Let's look at another one, if we could, Your

5    Honor.  Let's look at IT.  And first let's go to the IT tab in

6    406.  I think we can go right down to row 52.

7         What's reflected in cell E52, Mr. Sansigre?

8    **A.** The total synergies projected for the total IT

9    department, but also by sub department within IT.

10   **Q.** And going up to E48, what's reflected there?

11   **A.** This is the headcount savings projected.

12   **Q.** Now, in the case of IT, the non-headcount savings are

13   far greater than the headcount savings.  Can you explain to the

14   Court why that is?

15   **A.** In the case of IT, at Random House, we have our own IT

16   organization that is specialized for book publishing.  In the

17   case of Simon & Schuster, they were largely dependent on

18   ViacomCBS.  So ViacomCBS was providing the IT and the services

19   to Simon & Schuster.

20   **Q.** And the rationale is that after the merger --

21   **A.** Well, we have scalable systems.  ViacomCBS is not going

22   to continue to charge us for those services, but also they are

23   not going to provide the further services.  And things that we

24   have disintegrated, a scalable IT system, we're going to be

25   able to bring all Simon & Schuster into our system basically.

1    **Q.** Where did you get the detail to calculate the

2    non-headcount synergy numbers for IT, where did it come from?

3    **A.** So again, it comes from Simon & Schuster business

4    records.

5    **Q.** Let's turn to slide 19 of Demonstrative -- Defendants'

6    Demonstrative 14.

7    **THE COURT:**  I'm sorry, so the question from Mr. Frackman

8    was to calculate the synergy numbers.  My understanding was

9    that all of this data goes into what were the costs of Simon &

10    Schuster and what were the costs of Penguin Random House.  But

11    then on the summary slide, it seems like you just applied a

12    percentage.  So to me, the synergy calculation is the

13    percentage.

14    So where did we get the percentages, I think, is the

15    more relevant question?

16    **THE WITNESS:**  So the summary -- well, we have seen two

17    business information, right, the early one which is in the

18    efficiencies model, and then this one is in the OpEx matrix.

19    In the OpEx matrix, that summary that we saw is just linked to

20    this detailed analysis that we just came from for admin, for

21    IT.

22    **THE COURT:**  So I understand, but you would just have a

23    percentage like 12 percent -- which I think you said was

24    hardwired?

25    **THE WITNESS:**  It doesn't work that way.  So when I

1    finalized the OpEx matrix, first of all, what I realized is

2    that the 12.3 percent was very sound.  And then what I did is,

3    given that I was very -- it confirmed the 12.3 percent, what I

4    did is I took the dollar amount from the OpEx matrix, and that

5    is what basically I put it into the efficiencies model.  In

6    order to get that dollar amount, I just put the percentages,

7    the 12 percent and all these percentages that you show.

8        The reason why that is important is because -- and it's

9    a very common practice in M&A, is as you update the model with

10   new information -- because there's new actuals, new forecasts,

11   et cetera, you want to anchor on those percentages so that the

12   synergies move as you have new information.  That is the best

13   way of making the efficiencies model really reliable.

14       **THE COURT:**  Yes, but the synergy percentage itself, that

15   was hardwired, right?

16       **THE WITNESS:**  It was informed on the OpEx matrix.

17       **THE COURT:**  It was informed by the matrix, but it's a

18   hardwired number, 12 percent, that you came up with, for

19   example; am I correct?

20       **THE WITNESS:**  It was implied.  I knew by each department

21   what is the dollar amount that we were targeting.

22       **THE COURT:**  Yes, but the percentage is hardwired?

23       **THE WITNESS:**  Yes.

24       **THE COURT:**  Can you pull up No. 6 demonstrative, I just

25   want to make sure --

1          MR. FRACKMAN:  Demonstrative 6?

2          THE COURT:  I think it was number -- was that 6 that

3     you -- the one you started with today that had the -- slide 16,

4     I'm sorry.

5          MR. FRACKMAN:  Slide 16, Pam.

6          THE COURT:  The percentages, those are hardwired?

7          THE WITNESS:  Those are hardwired, yes.

8          THE COURT:  Okay, that was my question.

9     BY MR. FRACKMAN:

10         Q. Maybe this would help -- which jumps ahead in the

11    discussion, but why don't we bring up slide 21 from

12    Demonstrative -- Defendants' Demonstrative 14.

13         Mr. Sansigre, what are you showing here on slide 21?

14    The department column is pretty clear.  What does the second

15    column, the one entitled 11/4/2020 draft model, refer to?

16         A. So on the left side, you can see the different

17    departments, categories.  Then you're going to see three

18    columns with projected efficiencies.  The first column was the

19    efficiencies that were projected before I finalized the OpEx

20    matrix; then what were the conclusions of the OpEx matrix in

21    PX-406; and then the dollar amount of the November 2020 final

22    model in PX-168.

23         Q. And explain to the Court again how you used the OpEx

24    matrix to reach the final numbers in the November 2020 model.

25         A. So, again, from a practical perspective, I wanted to

1    put exactly the same dollar amounts -- that's what you need to

2    anchor, the same dollar amounts in the efficiencies model.  But

3    again, because you -- and that's what I did.  In order to get

4    there, you need to hard code the percentages.  But that is very

5    common and very normal, and it's grounded on this analysis.

6         And again, I repeat, it's very important because as you

7    update the model, you want to keep updating the model with new

8    information.  The percentages stay the same.  If there's more

9    inflation, for example, then the synergies are going to go up.

10    If for whatever reason there's lower costs, then the synergies

11    will run down.  That's the best way to show that the model is

12    reliable for all time.

13    **Q.** Let's go back to the IT --

14    **THE COURT:**  So can I just one thing?

15    **MR. FRACKMAN:**  Sure.

16    **THE COURT:**  So it sounds like when you updated the

17    model, you were taking into account all the new information

18    about costs, like say they opened the clean room and you get

19    more information and you would update the model.  So the parts

20    that were updated were the cost numbers, like how much is Simon

21    & Schuster paying for IT, how much is Simon & Schuster paying

22    for whatever.

23    **THE WITNESS:**  Exactly, yes.

24    **THE COURT:**  But the expectation of synergies as a

25    percentage is a hardwired number that you came up with using

1    your judgment and based on experience?

2        **THE WITNESS:**  It's based on -- it's very important to

3    recall what I said before.  What is important is the total

4    amount, the 12.3.  We have all this experience with all these

5    transactions, especially the Penguin Random House merger.  That

6    is the one that I was very comfortable with, because it's what

7    we have done in the past and it's our experience.  But I went a

8    step farther to say, you know what, given that I have all this

9    additional information, let's try to actually go department by

10   department and create a document bottoms-up where you can

11   actually really calculate this information so that you can

12   issue a report.

13       **THE COURT:**  So you're saying that it would have been an

14   appropriate assumption that you could achieve 12.3 because

15   you've achieved it before, but you just tried to back it up by

16   looking at all the numbers to see if it would come out to about

17   12.3?

18       **THE WITNESS:**  I didn't back it up, because if the --

19   again, the 12 percent is based on our experience.  If the OpEx

20   matrix would have resulted in a lower amount, then I would have

21   raised a hand and say, well, now that I've been able to get

22   more in deep, actually maybe we need to put down the -- reduce

23   the synergies.  But the conclusion of the OpEx matrix was the

24   other way around, was like not only confirmed that the

25   12.3 percent was valid, but also I was able to go department by

1    department and get that comfort.  Your Honor, they --

2    THE COURT:  So how would it be different, though, if you

3    put in the percentages based on experience?

4    THE WITNESS:  It would have been the same basically.

5    But the difference is that each company has marketing or IT or

6    sales and merchandising in -- they calculate or they do it in a

7    different way.  That's why the focus always is the total

8    combined, right, the 12.3.

9    THE COURT:  Right.  So your focus was very much on

10   figuring out what the actual expenses were.  But I'm saying

11   that the percentages of synergies that you predicted, you put

12   in those percentages based on your experience, but didn't you

13   put in percentages that would result in a 12.3 percent overall?

14   THE WITNESS:  Well, yes, I mean, I had conversations

15   with Mr. Dohle and Mr. Malaviya, going over it with them,

16   they've done it in the past.  So before the OpEx matrix, we

17   will go to administration, IT, and then they will see the

18   dollar amount and say, well, that makes sense with what we

19   achieved.  We will look at what is the dollar amount that we

20   achieved in the Penguin Random House merger.  And I say, oh,

21   sales, if we achieve like similar -- I don't want to say the

22   number, a similar amount or even a higher amount, that seems

23   reasonable, right.  And all that basically added up to the 12.3

24   that they were talking about.

25   But additionally, again, because of all the

1    accountability -- and I'm very professional and I really --

2    we're very responsible.  This is important decisions, right.

3    So I still wanted to go one step ahead and calculate in detail

4    what was these overlapping functions to really go back and give

5    the comfort to our board, like we're responsible and this is

6    achievable.

7         THE COURT:  Yes.  And just to make sure I understand,

8    though, when you put in the percentages of synergies, you put

9    them in so that you would end up with a 12.3 which is what you

10   expected; then you went and looked at the actual numbers to see

11   that that was realistic?

12        THE WITNESS:  That is basically what happened.  But

13   again, I want to come back to this concept that we signed

14   November 2020.  Then in 2021, we started receiving new

15   information from Simon & Schuster and Penguin Random House,

16   right, and we are almost two years after.  And it's a normal

17   practice to keep those percentages fixed as you move, right,

18   because then you have new information.  And again, if inflation

19   goes up, the synergies will go up.

20        THE COURT:  Absolutely, I understand.  It's a normal

21   practice for what you're doing, which is figuring out if it

22   makes sense to acquire another company.

23        THE WITNESS:  Yes.

24        THE COURT:  Okay, thank you.

25   BY MR. FRACKMAN:

1      **Q.** So let's go back to IT.  Let me ask a question to

2   follow up with the Court's questioning.  When you did the

3   detailed headcount savings identifying the number of employees

4   who would no longer be needed -- let's say in the

5   administration department, and you went sub department by sub

6   department, did you look at the individual employee overlap or

7   did you use a percentage?

8      **A.** I did both.  I mean, I went sub department by sub

9   department seeing what are the kind of positions.  And I know

10  the Penguin Random House organization pretty well, so I

11  basically was able to identify the overlapping positions.

12     **Q.** Okay.  Let's go back to IT.  We were looking at the

13  basis for your IT savings.  I believe you said, Mr. Sansigre,

14  that you got that information from Simon & Schuster.  Let's

15  look at slide 19 of Demonstrative 14.  This is from PX-406, the

16  corporate allocations worksheet.

17         What is reflected here, Mr. Sansigre?

18     **A.** Here is reflected a document from the data room from

19  Simon & Schuster business records.  You can see there the date

20  and my name, because it's coming from the data room.  And this

21  is basically the breakdown of the ViacomCBS allocation to Simon

22  & Schuster.

23     **Q.** Did you just incorporate that full amount into your

24  OpEx matrix or did you refine it in any way?

25     **A.** Well, again, I analyzed the expense line by line.  I

1    had conversations with Mr. Malaviya who also oversees IT.  And

2    we have conversations with the head of IT of Penguin Random

3    House to really understand these expenses, and basically to see

4    what would be the process of us integrating Simon & Schuster

5    into our IT systems.

6        Q. The Court will see, if Your Honor wants to go back,

7    that the non-headcount IT synergies number is lower than what

8    is reflected on the corporate allocations worksheet that we're

9    looking at now.

10        Mr. Sansigre, why didn't you just incorporate the total

11    amount?

12        A. Yeah, I had this conversation with Mr. Malaviya.

13    ViacomCBS will stop charging us for these services, even though

14    we have scalable IT systems and we are very confident that we

15    will bring Simon & Schuster at nominal costs.  At the end of

16    the day, we wanted to be conservative, so we estimated some

17    incremental cost linked to bringing Simon & Schuster on board.

18        Q. Let's look at one other.  Pam, let's go to the

19    fulfillment tab in PX-406, please.  So Mr. Sansigre, we -- Pam

20    will take us to the left.  A little bit farther down, please.

21    So you have here total synergies in E52 again.

22        Can you explain how you calculated that?  I mean, the

23    mechanics I think the Court already understands, but the input

24    for it.

25        A. So in the case of fulfillment, it was a little bit

1    different.  Because we needed to analyze their different

2    distribution centers, and to really understand their expenses

3    and how they were managing their volumes basically.

4        Q. And what -- where did you identify that there would be

5    both headcount and non-headcount savings in the fulfillment

6    area?

7        A. So I have conversations with Mr. Malaviya that is in

8    charge of fulfillment.  And what we realized is that Penguin

9    Random House, we have already four warehouses -- and very

10   important, we have four warehouses across the United States.

11   We didn't need to add another three warehouses.  That's

12   actually anchored also on experience of the Penguin Random

13   House merger where we closed warehouses.

14       Q. How, if at all, are third party vendors for returns

15   incorporated into your fulfillment synergies number?

16       A. So interesting, in the case of Simon & Schuster, we

17   learned that they don't basically record or process their own

18   returns.  They get a third party company to do their returns.

19       Q. And where -- what cell calculates the savings from

20   eliminating the third party returns that Simon & Schuster is

21   currently paying for?

22       A. Q51.

23       Q. Let me ask briefly about a couple of the other

24   departments.  Did you look at sales and marketing -- sales and

25   merchandising?

1    **A.** Yes, I did.

2    **Q.** And why don't we pull up the summary sheet for that,

3    Pam.  No, not that -- well, I didn't mean -- I meant in PX-406.

4    Sales, right?  Yeah, thanks.  Now, this is a smaller number of

5    savings.

6    Can you explain to the Court the basis for the

7    projections here?

8    **A.** So in my analysis, Penguin Random House has a sales

9    force that is five times larger than Simon & Schuster.  It's

10   very important to note that we basically have -- 90 percent of

11   our clients overlap.  So therefore, as part of the transaction,

12   we will not need basically a lot of positions to cover the same

13   client.

14   **Q.** And I think the question that the Court asked is did

15   you just take 13 percent or did you actually look at the

16   numbers first?

17   **A.** First, the important thing is the dollar amount, right.

18   That is the number that is calculated on -- that affects

19   basically the efficiencies model.  In order to calculate the

20   price, the percentage is important, as I mentioned, for the

21   mechanics of the model, how the model keeps updating us as we

22   move along.

23   **Q.** Yes, I guess my question was bad.  Did the number of

24   headcount reductions that you projected derive from the fact

25   that you were putting in 13 and a half percent or did you build

1    it up from the number of individuals that you identified as

2    overlapping?

3        **A.** I build it up by the number of overlapping positions,

4    yes.

5        **Q.** Okay.

6        **THE COURT:**  I'm sorry, let me ask about that, too,

7    because this was something that was discussed before.  I

8    understand there's evidence in the record that this is not a

9    bottoms-up analysis, it's a top-down analysis.  Is that your

10   understanding?

11       **THE WITNESS:**  So the efficiencies model, the other

12   document, is largely top-down, okay.  This exercise is what

13   most people would call bottoms-up.

14       **THE COURT:**  So did you actually identify which employees

15   you're going to cut?

16       **THE WITNESS:**  That is a part of integration planning

17   that always happens after closing.

18       **THE COURT:**  And did you identify how many you were going

19   to cut?

20       **THE WITNESS:**  Yes, it's in the document.

21       **THE COURT:**  So can I see that?

22   **BY MR. FRACKMAN:**

23       **Q.** Sure.  Well, we can look at it while we're on the

24   fulfillment tab.  If you can go to E45.

25           What is reflected in E45, Mr. Sansigre?

1      **A.** This is the headcount efficiencies that we estimated

2  for the reduction of warehouses and volumes through Simon &

3  Schuster warehouses.

4      **Q.** And what are the subcategories that you modeled to the

5  right that total the number in E45?

6      **A.** So when we modeled this, there were three distribution

7  centers for Simon & Schuster.  We realized that, if anything,

8  we will just need the larger one called Riverside.  And within

9  Riverside, we really didn't need as much capacity as they had,

10 because at Penguin Random House, our supply chain is really

11 scalable.  We have invested a lot of money in making it

12 scalable that you can put a lot of units.  We are also adding

13 clients every year, right.  So we're very comfortable with

14 moving all these volumes through the Penguin Random House

15 distribution centers.

16     **Q.** And what if the total number in E45 had amounted to

17 8 percent instead of what you have in E47, what would you have

18 done?  How would that affected your model?

19     **A.** I would have needed to reduce the synergies in the

20 efficiencies model.  As I said, at the end of the day, I'm

21 going to be held accountable.  And we are very responsible

22 people, we're not going to be making this analysis not grounded

23 on the actual experience.  And again, this document was to give

24 me the comfort in regards to a third party potentially to show

25 that my analysis was grounded on detailed analysis.

1   **THE COURT:** So can I ask, though, these numbers that are

2   broken down on the right, those are based on percentage

3   reductions, correct?

4   **THE WITNESS:** In the case of distribution specifically,

5   yes, because it's very linked to volumes, right. It depends on

6   the volume. So yes, they are -- so you can see on the right,

7   the 40 percent that you can see is basically the capacity that

8   we were expecting that we will need from Riverside. And the

9   rest of the volume we would be able to accommodate into the

10  Penguin Random House warehouses.

11  **THE COURT:** So, again, it's that you looked and saw what

12  the costs were, you saw that there was overlapping, and then

13  you estimated a percentage reduction that you could make?

14  **THE WITNESS:** Yes.

15  **THE COURT:** And so the percentage you made, that was

16  informed by the percentage you originally thought for

17  distribution?

18  **THE WITNESS:** No. So what we did is we have information

19  about the volumes that Simon & Schuster had, their returns.

20  And I was able to discuss that with Mr. Malaviya that is in

21  charge of all the distribution. And I had also conversations

22  with PRH management that are in charge of understanding the

23  warehouses. And given the technology that we have in the

24  Penguin Random House warehouses, we knew that we could move all

25  that volume into our warehouses.

1    **THE COURT:** But then you came up with a percentage that

2    you thought you could save?

3    **THE WITNESS:** Yes. It's grounded on our experience and

4    in the Penguin Random House merger, yes.

5    **THE COURT:** And is that the percentage that's on slide

6    16?

7    **THE WITNESS:** So this was to calculate the dollar amount

8    of savings. And then in the efficiencies model, we just anchor

9    on that dollar amount, and we apply the percentage in order to

10   get to the dollar amount to be the same.

11   **THE COURT:** So did you change the percentages on slide

12   16 depending on what was happening here?

13   **THE WITNESS:** Yes. The overall number was the same, it

14   was 12.3, so I was comfortable overall when that took place.

15   But then I said, you know what, I have done all this analysis,

16   I'm going to also go department by department and align it.

17   And in order to align it, I basically needed to put the

18   percentages that will get to the dollar amount. And as I said,

19   the methodology of the percentages is because as you move along

20   with new actuals, you can anchor those percentage savings.

21   **THE COURT:** So I'm trying to understand how this all

22   fits in. The management judgment was 12.3 percent. That's

23   what you were expecting, and it was kind of your guideline

24   where you thought you should be?

25   **THE WITNESS:** Yes.

**1**       **THE COURT:**  And then you went back and looked at the

**2**   numbers, and you expected all of the synergies in each category

**3**   ultimately to add up to 12.3 total?

**4**       **THE WITNESS:**  No, that's what I was saying, like if the

**5**   numbers would have been lower, I would have raised a hand and

**6**   said listen, we anchor on the 12.3.  But my experience, if the

**7**   numbers would have gone down, I would have said, you know, we

**8**   cannot achieve the 12.3.  But it was the other way around,

**9**   right.  My analysis showed that the 12.3 was grounded, and

**10**  that's what happened, right.  But if it would have gone down, I

**11**  would have needed to go back to the management and to

**12**  Bertelsmann and say we need to bring down the synergies,

**13**  because I'm worried that we're not going to be able to achieve

**14**  it.

**15**      **THE COURT:**  Yes, and it seems to me -- and I'm just

**16**  trying it figure out exactly how this worked, you were as

**17**  precise as possible in the actual numbers in terms of costs and

**18**  people.  But then the percentage you applied was a management

**19**  judgment:  We can reduce that by 40 percent, we can reduce that

**20**  by 20 percent?

**21**      **THE WITNESS:**  It's basically anchored on our experience,

**22**  yes, we can reduce that.  But I have all the overlapping

**23**  positions and all the charges, right, so I could go one by one

**24**  and really understand.  So you're absolutely right, it's based

**25**  on judgment, but with a wealth of data, a wealth of

1   conversations and discussions.  This particular spreadsheet,

2   the aggregated information, I actually shared it with Mr. Dohle

3   and Mr. Malaviya.  And they have the experience, right, they've

4   done it, so it gave me a lot of comfort.

5       **THE COURT:**  So overall, a lot of the work that was put

6   into this was based on putting in the correct numbers and

7   updating them, and then it was discussing among the management

8   what percentages you could glean in savings?

9       **THE WITNESS:**  Yes, based on our experience, yes.

10      **THE COURT:**  And then putting it all in was a way of

11  checking yourself to see if it came out to around 12.3 percent,

12  which is what you would have expected based on your prior

13  experience?

14      **THE WITNESS:**  Yes.

15      **THE COURT:**  But the actual synergies in each category

16  were percentages based on management judgment among you and all

17  the other managers, with the idea that it should come out to

18  12.3 percent?

19      **THE WITNESS:**  Yes.  But again, if this analysis would

20  have concluded that we should target a lower amount, I would

21  have needed to reduce the amount.

22      **THE COURT:**  Yes.  So if you had seen numbers which

23  indicated there's no overlap between the people, for example,

24  in IT, then that particular sub synergy, you would have taken

25  it out?

1          THE WITNESS:  Yes, and I would be --

2          THE COURT:  You'd be making adjustments in all the

3     different categories?

4          THE WITNESS:  Exactly.

5          THE COURT:  But it was all management judgment as to the

6     percentage?

7          THE WITNESS:  And because, again, we are also

8     conservative, because we're going to be held accountable.  I

9     think that if the numbers would have been a little bit higher,

10    most likely we would not have kept increasing because we wanted

11    to be conservative, right.  If you look at our 26 transactions,

12    we have this concept of look-backs.  So we project in a way

13    very conservative, and Bertelsmann comes back after three years

14    and they review the numbers.

15         THE COURT:  So you want to be right.

16         THE WITNESS:  I want to be right, I want to be right,

17    trust me.  And we do look-backs and we say, well, they really

18    do an incredible job of understanding how we projected where is

19    the company.  And in those look-backs, our projections have

20    been always above what we projected, because we're conservative

21    and, again, we're responsible.  We are trying to do this for

22    the right reasons.  It's not just guesses or anything, it's

23    actual projections based on our experience.

24         THE COURT:  Okay, I think I understand that.

25    BY MR. FRACKMAN:

1    **Q.** Let me just cover one related point.  Let's pull up --

2    I'm not going to take the Court through every one of these

3    slides --

4        **THE COURT:**  I think I understand the general procedure

5    now, so I don't think we need to get into all the details.

6    **BY MR. FRACKMAN:**

7    **Q.** Let's just pull up slide 20 of Demonstrative 14, Pam.

8        What do you show here, Mr. Sansigre?

9    **A.** This is the projected efficiencies in the OpEx matrix

10   by department.

11   **Q.** And I just want to ask one question about IT.  How much

12   of the number reflected in the IT synergies relates to the

13   elimination of the payments to CBSViacom -- or ViacomCBS, those

14   corporate assessments for IT that the parent provided Simon &

15   Schuster?

16   **A.** The full amount.

17   **Q.** Was there any management judgment in connection with

18   that determination?

19   **A.** No, they're going to stop charging us the **(redacted)**.

20   **Q.** Let's go to the next slide, if we could.  I just have

21   one more question on slide 21.  We looked at this before.  When

22   you updated the November 4 draft OpEx synergies after doing

23   your OpEx matrix work, Mr. Sansigre, did you adjust both the

24   numbers and the percentages or just one or the other?

25   **A.** Yes, as I mentioned, now that I have the dollar

1    amounts, I basically aligned the dollar amounts in the

2    efficiencies model with the OpEx matrix.

3        Q. Now, why didn't you use the exact numbers from your

4    OpEx matrix, PX-406, in the November 2020 final model?  There

5    are some differences here, small.

6        A. So the OpEx matrix included a lot of confidential

7    information from individuals.  I wanted to be -- I'm very

8    delicate with the situation of not sharing information.  Not

9    only because of the agreement with ViacomCBS related to the

10    clean team, but also because sometimes these models get shared,

11    right, and I'm very protective of that information.  So I

12    didn't want to incorporate the OpEx matrix analysis into the

13    efficiencies model.

14        Q. Why didn't you just link it?

15        A. The same reason.  Again, like at the end of the day,

16    this was a separate analysis that was giving me the

17    confirmation, and it was grounding my analysis.

18        Q. I want to turn to a question arising from your

19    deposition.  It's obvious you did quite a bit of work on

20    headcount and OpEx.

21        Do you recall at your deposition being asked whether

22    you used Simon & Schuster headcount and salary information in

23    your November 2020 model, PX-168?

24        A. Yes, I remember that.

25        Q. And what did you answer?

1    **A.** I said no.

2    **Q.** Can you explain to the Court why you said no when we

3    just reviewed the work you did and how it did affect the

4    numbers in PX-168?

5    **A.** So in -- I mean, we had two depositions, right, and a

6    lot of hours with the Government.  We spent a lot of time in

7    the efficiencies model, and I interpreted the question as is

8    the headcount information embedded into the spreadsheet.  I

9    mean, the efficiencies model has over 100 stats, and none of

10    these stats have headcount information for the reasons that I

11    just said.  If the Government would have asked me what is this

12    analysis, right, I would have totally explained the reasons of

13    that document.

14    **Q.** Did the Government in those two depositions show you

15    Plaintiff's Exhibit 406, your OpEx matrix, at any point?

16    **A.** No.

17    **Q.** Okay, so next slide.  We've covered real estate and

18    operating expenses.  Let's turn to variable costs and return

19    rates.

20    So what are the variable costs that you included in

21    your model?

22    **A.** I included return rates, freight, PPB -- which means

23    paper, printing and binding, and marketing spend.

24    **Q.** And when you talk about return rates, are you referring

25    to return rates on physical books or on physical and digital?

1      **A.** It's only on physical.

2      **Q.** Only on physical, okay.  Tell us the importance of

3   lower return rates to Penguin Random House, or any publisher

4   for that matter.

5      **A.** Well, return rates is a very idiosyncratic thing that

6   we have in book publishing.  At the end of the day, retailers

7   can return -- so we sell our books on a returnable basis.  So

8   basically retailers can return the book any time they want if

9   they have not sold it or just if they want.  That coupled

10  together with the fact that predicting demand is really

11  complicated in book publishing, to really understand the demand

12  of each book.  That leads to retailers to over order.  The most

13  important thing for a retailer is that they don't lose a sale.

14  So therefore, they have this incentive of over ordering.

15          At the end of the day, if they over order, the

16  publishers, we are the ones that need to print the book, we

17  need to ship the book.  And then if they return it back to us,

18  basically we need to also take care of holding the inventory

19  and destroying potentially --

20     **Q.** Yeah, I wanted to ask you that question.  What are the

21  costs that Penguin Random House bears for returned books?

22     **A.** Of course, the paper, printing and binding; shipping it

23  to the retailers; holding the inventory, right.  It has like a

24  cost, right, holding the inventory for all time.  And then as I

25  mentioned, potentially scrap the book.

1    Q. Is return rates an important metric for Penguin Random

2    House?

3    A. It is important for us and for any publisher.

4    Q. Does Penguin Random House track return rates?

5    A. Yes.

6    Q. So how did you use or model return rates in PX-168,

7    your efficiencies model?

8    A. So maybe to explain a little bit more on returns, the

9    way the return rate is calculated is because retailers tend to

10   over order, right -- for example, you will ship 140 books only

11   to sell 100, right.  Therefore, you get 40 back.  That would be

12   a 40 percent return rate.  But if in order to sell the same 100

13   books we could only ship 120, therefore we will only get

14   returned 20 percent -- or 20 books which is 20 percent, right.

15   So that return rate is important for publishers, and that's why

16   we track it, right.  So what I did is to look into the return

17   rate of -- the actual return rates of Simon & Schuster and

18   Penguin Random House, and see the differential between both

19   return rates.

20   Q. Let's pull up your -- we're going to PX-168, your

21   model, the Silk US IS output summary worksheet.  I'll direct

22   you to row nine.

23       What is reflected on row nine?

24   A. This is the summary -- I mean, this is the line for

25   returns.

REDACTED

2514

1       **Q.** And row 10?

2       **A.** And row 10 is the return rate.

3       **Q.** And the savings that you modeled -- and we'll get to

4   how you modeled it.  The savings for how you modeled are

5   reflected in cell S --

6       **A.** S9.

7       **Q.** S9.  So to move this along, you said you compared the

8   Simon & Schuster return rate with the Penguin Random House

9   return rate?

10      **A.** Yes, I took a variety of steps to calculate this

11  potential efficiency.

12      **Q.** Let's just focus on this, the difference.  Where did

13  you get the information for the Simon & Schuster return rate?

14      **A.** Well, it was in their P&Ls and in their business

15  records.

16      **Q.** Did you speak to Simon & Schuster management to confirm

17  the rate?

18      **A.** Yes, in the management presentation, I confirmed the

19  rate with the CFO.

20      **Q.** And on PX-168 that we have in front of us, where is the

21  Simon & Schuster return rate reflected?

22      **A.** Well, so historical, it would be in line -- from E10 to

23  H10, E10 to H10.  That is historical return rate.

24      **Q.** And the base case standalone projection for the Simon &

25  Schuster return rate, where do you have that?

1     **A.** In M10.

2     **Q.** And where is the Penguin Random House return rate

3     reflected on PX-168?

4     **A.** Well, it's not reflected exactly here, but basically

5     it's illustrated in V10.

6     **Q.** V10, that's the base case -- that's what you project

7     Simon & Schuster's rate would be post-merger?

8     **A.** Yes.

9     **Q.** And how do you use -- how did you use the difference

10    between V10 and M10 in your calculations?

11    **A.** So I looked at the historical return rates, and I

12    compared the same historical return rates for Penguin Random

13    House and Simon & Schuster.  And I identify -- I got an average

14    of 4 percent, and that is basically what I used.  Also, again,

15    I did more things, but that is basically what I used to target

16    the potential improvement as soon as Simon & Schuster would

17    join our supply chain.

18    **Q.** And the number -- the percentage in V10 base case, how

19    does that number compare with Penguin Random House's own return

20    rate as you projected it at this time?

21    **A.** It is the same.  The assumption was that Simon &

22    Schuster return will converge with --

23    **Q.** What was the basis for the assumption that you would

24    bring Simon & Schuster's return rate down to Penguin Random

25    House's return rate?

1        A. So we have a lot of examples.  Starting with the

2    Penguin Random House merger itself, we were able to bring the

3    Penguin return rate by more than 8 percent down.  We have a

4    variety of other transactions like Little Tiger, like

5    Santillana in Spain.  We have several transactions where we

6    have been able to reduce return rate, but also -- which is I

7    think very important, our experience with third party

8    distribution clients.

9        Q. So let me stop you right there.  If I could, you just

10   referred to several transactions?

11       A. Yes.

12       Q. And then you said third party distribution clients.

13   What are you referring to with -- by the phrase third party

14   distribution clients?

15       A. This is other publishers that they basically rely on

16   our supply chain in order to sell their books.

17       Q. So this is other publishers that Penguin Random House

18   provides the distribution services for, right?

19       A. Yes.

20       Q. And what has been the experience at Penguin Random

21   House with respect to return rates for third party publishers

22   who come into the Penguin Random House supply chain?

23       A. It's interesting, because it's like a controlled

24   experiment.  Because we bring all these third party solution

25   clients that come from different supply chains, and as soon as

1    they are part of our philosophy -- of our integrated machine as

2    we call it, the return rates go down.  And also, we experience

3    a sales lift with a lot of them.  But basically, we weren't

4    able to reduce their return rates on all of them.

5        Q. So you mentioned you also grounded it in the 2013

6    Penguin merger experience.  Let's pull up DX-273, which is in

7    evidence.  This is the management presentation from July 2020.

8    I'll ask Pam to go to page 36.

9        Mr. Sansigre, let's look at the information on the left

10   hand side of page 36.  What is shown there?

11       A. This is showing the Penguin return rate and the Random

12   House return rate over time.

13       Q. And the top line, the orange line, which line -- whose

14   is that?

15       A. Penguin is the orange, and Random House is the gray

16   one.

17       Q. And what does this show?

18       A. This is showing how we were able to bring down the

19   return rate of Penguin and converge with Random House.

20       Q. Are you aware that the DOJ has criticized --

21   Ms. Hammer, their expert, has criticized your return rate

22   calculation, because since 2020, Simon & Schuster's return rate

23   has already come down some?

24       A. Yes, I'm aware of that.

25       Q. What's your response to that?

1    A. Well, first of all, the most important thing is to

2    identify what is the gap.  It's not about the return rate only

3    itself, it's about the gap between the return rate of PRH and

4    the return rate of Simon & Schuster.

5    Q. Have you looked at the gap between Penguin Random

6    House's return rate and Simon & Schuster's from 2017 to 2021?

7    A. Yes.

8    Q. Let's pull up Demonstrative 14, page 24.  What are you

9    showing here on -- well, first of all, where is this

10   information contained in your model?

11   A. This information is contained in DX-168 up to 2019,

12   because 2020 and 2021 are actuals.  So up to 2019 is in PX-168.

13   But in later versions of the model, we would have actuals for

14   2020 and 2021.

15   Q. Tell us what this shows for 2020 -- for the different

16   years with respect to the difference between Penguin Random

17   House's return rate and Simon & Schuster's?

18   A. So the historical average was 4 percent.  You can see a

19   decline in 2019 to 2.5, and that's exactly what we were more or

20   less targeting of improvement.  And then, yes, in 2020 and

21   2021, the Simon & Schuster return rates went down, but ours

22   went substantially more down.  As you can see, 8 percent and

23   11.8 percent.  However, because all this information is based

24   on the pandemic which is not -- in my opinion from a modeling

25   perspective and thinking about the future of the company, is

1    not as reliable as to thinking about the company before the

2    pandemic.  So that's why we didn't increase also the targeted

3    return rate in the company, because our expectation is that

4    this will normalize in the future.

5        **Q.** Let me just make sure the record is clear on this.  The

6    difference between Penguin's return rate and Simon & Schuster's

7    return rate in 2021 is over 10 percent, right?

8        **A.** Yes.

9        **Q.** How much did you model for the improvement of Simon &

10   Schuster's return rate in your efficiencies model?

11       **A.** 2.6.

12       **Q.** Now, I believe the Government also has complained that

13   the return rate number that we were just looking at in PX-168

14   is hard coded.

15           What is your response to that?

16       **A.** It is hard coded in the spreadsheet, but it's based on

17   this analysis and numerous conversations, and also the

18   experience, of course.

19       **Q.** Now, there are some other variable cost savings that

20   you have in PX-168.  Why don't we jump back to that summary

21   sheet.  Again, we're looking at the Silk US IS output tab of

22   PX-168.

23           And we're not going to go through all of these,

24   Mr. Sansigre, but can you describe for the Court how you

25   calculated the savings for freight, for instance?

1        **A.** A similar approach.

2        **Q.** And what about the marketing programs savings, what

3    does that even refer to?

4        **A.** This is the outspend basically, and it was also a

5    similar approach.

6        **Q.** Well, how do you know that the outspend is going to

7    come down at all?

8        **A.** Well, at the end of the day, a lot of our ad programs

9    are run through the same platforms, so we expect consolidation

10    in those suppliers so we're going to be able to save money.

11        **Q.** Now, you also have here in the variable costs category

12    royalties, row 26.  What do you model for the changes in

13    royalties in -- as a result of the merger?

14        **A.** So for -- given that we are projecting additional

15    revenues and improving returns, every additional dollar that we

16    create in increased sales we automatically share with authors,

17    with royalties.  So this is basically the contribution, right,

18    how much additional payment we will be paying to authors based

19    on the efficiencies.

20        **Q.** Let's go to Demonstrative No. 14, page 25.  We've

21    covered three of the four categories of efficiencies.  Let's

22    turn to revenue enhancements.  As a way to summarize or

23    expedite the discussion, I want to show you a page from

24    Ms. Hammer's report.  This is going to be reflected on our

25    Demonstrative 14, page 26.  This is from her table one in her

1    report.

2         Are you familiar with this summary?

3         A. Yes.

4         Q. Does this accurately reflect the revenue enhancements

5    that you projected coming from the merger?

6         A. Yes.  This is the revenue enhancements net of the cost

7    of delivering that same increase in revenues.

8         Q. The top group are the revenue increases, and then the

9    bottom group you have here are the costs associated with those

10   revenue increases?

11        A. Yes.

12        Q. So let's focus on gross physical sales.  Let's go back

13   to PX-168.  Again, the same Silk US IS output tab, row eight.

14        What do you show on row eight?

15        A. This is the gross physical sales line.

16        Q. Tell the Court the basis -- well, before we get to the

17   basis, how large is this increase that you project?

18        A. Well, again, it's not -- this is the summary top.

19   Actually, the calculations are in Silk US.  But what this

20   projected is an additional, let's call it, sales lift of

21   0.7 percent a year.

22        Q. Less than 1 percent a year?

23        A. Yes.  And in the aggregate, it's like a lift around

24   3 percent.

25        Q. And if someone wanted to see the mechanics of that,

1    they would go to, you said, the Silk US tab?

2        A. Exactly.

3        Q. We don't have to go there at the moment.  Okay.  So

4    although that's a small increase, it's an increase.  What is

5    the basis for that projection?

6        A. So I think as I mentioned before, our sales

7    organization is five times larger.  The capillarity of our

8    sales force is getting to basically all independent bookstores,

9    right.  And it's anchored on our experience because of our

10   supply chain.  As we mentioned, also if we reduce return rates,

11   we'll have the ability to also increase sales.

12       Q. So let me just stop you there on the historical

13   experience.  What historical experience are you referring to?

14       A. So transactions, Little Tiger also is a very -- what I

15   call experiment.  We're experimenting how getting a company

16   with the same titles in a different supply chain as soon as

17   they got into our supply chain distribution and sales

18   organization, that we basically realize a lift.

19       Q. The Court may not know what Little Tiger refers to.

20   Can you explain that?

21       A. So Little Tiger is a children's book company.  Although

22   it's based in the UK, a large portion of their business is in

23   the U.S.

24       Q. And was this a company that Penguin Random House

25   acquired?

1    **A.** Yes.

2    **Q.** And what was the experience from that acquisition with

3    respect to sales lift?

4    **A.** So we were able to double their -- the sales in two

5    years.

6    **Q.** And what about the experience with third party

7    distribution customers, did that experience also inform your

8    sales lift projection?

9    **A.** Yes, absolutely.

10   **Q.** And just explain that again for the Court, please.

11   **A.** As I mentioned, as you are able to get all that content

12   into a sales force as big as we have -- and especially with the

13   capillarity, getting to all this in the bookstores, but also

14   trying to get the book wherever there is going to be a

15   consumer.  That is basically why we're able to achieve this

16   sales lift.

17   **Q.** What are the specific areas in which Penguin Random

18   House believes it can improve or increase Simon & Schuster's

19   physical sales?

20   **A.** So based on conversations with management, we were able

21   to identify four areas of improvement.  International exports.

22   We were able to think about increasing special markets.

23   Special markets is what we call to retailers that normally they

24   don't carry books, okay.  The third one is independent

25   bookstores, right, that capillarity that I was mentioning.  And

1    the last one is what we call backlist optimization.

2        **Q.** Could you repeat that?

3        **A.** Backlist optimization.

4        **Q.** So let's quickly run through the foundation for each of

5    those.  Let's start with international exports.  Why do you

6    think you can improve Simon & Schuster's sales in the

7    international arena?

8        **A.** So we learned from the management presentation of Simon

9    & Schuster that they have presence in 100 countries.  They

10   might have the ability to reach to other countries, right, more

11   than 100 countries.  But in our case, we have presence in more

12   than 200 countries.

13       **Q.** What's the difference between using direct sales, as

14   Penguin Random House does, or using wholesalers or middlemen?

15       **A.** So we have dedicated sales reps across the globe,

16   right.  So they are in these different countries, and they're

17   taking care of the retailers in those countries.  So the books

18   are not distributed through distributors, we have actual

19   presence dedicated to get Penguin Random House books into all

20   these countries.

21       **Q.** And is there a dollar value, in addition to what you

22   just mentioned, associated with eliminating the wholesalers in

23   these countries?

24       **A.** That would be beneficial.  In a way, it's basically

25   getting rid of the wholesaler in the middle, right.  So that

REDACTED

1    will help not only to increase sales, but also that would mean

2    more royalties to authors.

3        Q. How do you know that Simon & Schuster has an

4    on-the-ground presence in only 100 countries compared to

5    Penguin Random House's 200?

6        A. So we -- I mean, I saw that in their management

7    presentation document, but also we had conversations with Simon

8    & Schuster management.

9        Q. And when you say management presentation document,

10   you're referring to what you got from Simon & Schuster?

11       A. Yes.

12       Q. Okay.  Let's turn to the next category which are

13   specialty stores.  Give an example of a store that falls into

14   this category.

15       A. Yeah, stores like Williams-Sonoma or West Elm, for

16   example.

17       Q. Why do you think you're going to be able to improve

18   Simon & Schuster's sales in those types of stores?

19       A. Well, we have invested in developing those

20   relationships, and to know exactly what these retailers want

21   and need.  And that's why we certainly think that we will be

22   able to get these books.  And also, because in a few of these,

23   we don't see that Simon & Schuster has any presence.

24       Q. Does Penguin Random House have a dedicated sales team

25   for these, I guess you call them, non-traditional bookstores,

1    book outlets?

2        A. Yes, we have sizable special markets organization.

3        Q. What is your understanding as to whether Simon &

4    Schuster has a dedicated team for these types of stores?

5        A. They have, but not to the extent that we have.

6        Q. Let's turn to independent bookstores.  Why do you

7    believe that you can increase sales of Simon & Schuster titles

8    to independent bookstores?

9        A. So we -- as I mentioned before, the capillarity, we

10    almost don't use wholesalers, we go directly to all these

11    independent bookstores.  And we have programs to serve them

12    books as fast as possible, et cetera.  However, Simon &

13    Schuster uses more wholesalers, right.  They don't have the

14    same level of attention, right, in order to distribute those

15    books.

16        Q. And then you said -- I think you said backlist

17    optimization.  What does that refer to?

18        A. So in the last 10 years, we have invested a lot in

19    technology.  As I just mentioned before, we have an independent

20    dedicated IT organization.  We have been investing a lot into

21    artificial intelligence, and technology and tools to help that.

22    In this case, backlist optimization is about using an algorithm

23    to really understand what are the key words that are critical

24    online, right.  So that basically helps us to identify what are

25    the best keywords in order to make the books more discoverable

1      and available in these online platforms.

2          Q. In addition to those areas of improvement that you just

3      described, did you do any quantitative analysis of Penguin

4      Random House's sales lift -- sales reach as compared to Simon &

5      Schuster's?

6          A. Yeah, I wanted to do also a confirmatory analysis of

7      the sales lift, so I created an analysis.  This is also in

8      PX-168.

9          Q. Okay.  Let's go to Demonstrative 14, page 27.  This is

10     in the U.S. physical sales lift worksheet of PX-168.  Can you

11     explain what this worksheet shows?

12         A. So in order to analyze what would be the potential

13     sales lift, I asked my team -- specifically Cara Deedy, that

14     had access to the clean team room -- which that part of the

15     information I didn't have access.  She was able to look at --

16         Q. Let me just stop you right there, if I could.  You have

17     here:  "S&S top nine physical customers as percentage total

18     U.S. physical sales."

19             What does that refer to?

20         A. Yes, this is the percentage of the total U.S. physical

21     sales for the top nine customers as a percentage of the total

22     for both Simon & Schuster and Penguin Random House.

23         Q. And it shows a difference between the percentage of the

24     companies' sales in those top nine outlets, right?

25         A. Yes.

1   **Q.** How much is that difference?

2   **A.** About 7 percent.

3   **Q.** And what does that mean to you in terms of modeling

4   sales lift?

5   **A.** This is to me the potential sales lift.  As I was

6   mentioning before, we cover 90 percent of the same accounts.

7   But there's some accounts that Simon & Schuster doesn't cover,

8   right.  So this is a way to really understand what is the lift

9   that could be achieved as soon as Simon & Schuster titles go

10  through our supply chain.

11  **Q.** You have underneath there a U.S. gross sales

12  opportunity calculation.  What does that reflect?

13  **A.** So I calculated that the midpoint -- I didn't take the

14  end of the range, right, so I took like a midpoint of a

15  potential lift to understand the dollar amount of that lift of

16  4.5 percent.

17  **Q.** Did you just plug that 4.5 percent into your model?

18  **A.** No, again, I -- this is just to confirm the 0.7 percent

19  that we were discussing at the beginning per annum.

20  **Q.** This was just one of your confirmation tests?

21  **A.** Yes.  And we also have like -- as you can see, analysis

22  depending on the written rate.

23  **Q.** Explain to the Court why you drew the conclusion that

24  Simon & Schuster could not achieve this sales lift on its own,

25  and that therefore it is, what we would, call merger-specific?

1    **A.** At the end of the day, over the last 10-15 years, we

2    have invested over $250,000,000 in our supply chain integrated

3    IT sales force, right, that is, as we just mentioned, five

4    times larger.  So in discussions with management, they didn't

5    confirm to us or they didn't have any plans of investing the

6    same amount of money to try to get to similar a supply chain

7    that we have.

8    **Q.** Let's move on from the sales lift, go to slide 28 of

9    the demonstrative.

10    **THE COURT:**  Is now a good time for a break,

11    Mr. Frackman?

12    **MR. FRACKMAN:**  Yes, sure.

13    **THE COURT:**  It's about 11:00 o'clock now, so let's take

14    15 minutes at this time.  And please don't talk about your

15    testimony during the break; you know the drill by now.

16    Thanks, let's take 15 minutes.

17    (Off the record at 11:02 a.m.)

18    (Back on the record at 11:21 a.m.)

19    **THE COURT:**  Good morning, again.  Mr. Sansigre can take

20    the witness stand again.

21    I'll remind you, Mr. Sansigre, that you're still under

22    oath.  You can be seated.

23    You may proceed.

24    **BY MR. FRACKMAN:**

25    **Q.** Thank you, Your Honor.  Mr. Sansigre, I want to just

REDACTED

2530

1    cover one last item on the OpEx matrix, PX-406, just to make

2    sure the record is clear on this.  Pam, can you bring up the

3    summary worksheet again, please.  Take a look, Mr. Sansigre, at

4    cell E45.

5         What does that cell reflect?

6    **A.** Those represent the total headcount efficiencies

7    projected in the OpEx matrix.

8    **Q.** That's headcount reduction?

9    **A.** Headcount.

10   **Q.** We don't have to use a euphemism, headcount reductions.

11   How did you calculate them?

12   **A.** I calculate department by department, grounded on

13   experience and really understanding the overlapping positions

14   in each department.

15   **Q.** Did you just apply a percentage or did you go

16   department by department and sub department by sub department

17   to identify the overlap?

18   **A.** So for sales, fulfillment, IT and admin, I went sub

19   department by sub department.  For production and marketing,

20   it's a little bit different because they're more homogeneous,

21   there's not so much different there.  But still I went

22   basically headcount by headcount to understand the overlapping

23   positions.

24   **Q.** Could Simon & Schuster, in your view, have achieved

25   these headcount reductions absent the merger?

1      **A.** No.

2      **Q.** Let's now go to page 28 of Defendants' Demonstrative

3  14.  What are we showing here, Mr. Sansigre?

4      **A.** This is the total annual benefits created as a

5  consequence of the transaction by 2025.

6      **Q.** And these are the different categories that we've

7  reviewed with the Court, right?

8      **A.** Yes.

9      **Q.** Is this the base case or is this the upside case?

10     **A.** This is the base case.

11     **Q.** So let's put this aside for a moment.  I want to turn

12  to a new topic with you, which are subsequent iterations of

13  your model.  And we'll turn to page 29 of Defendants'

14  Demonstrative 14.

15       This is from Ms. Hammer's report, and it compares the

16  three different iterations of your model, right?

17     **A.** Yes.

18     **Q.** You're familiar with this?

19     **A.** Yes.

20     **Q.** So I want to focus first on June 2021, which is the

21  middle column.  What was going on in spring 2021 that relates

22  to the -- what is called here the June 2021 model?

23     **A.** So at that time, Bertelsmann requested for me to model

24  a special scenario, and that special scenario was potential

25  additional cash injection of Bertelsmann in all of its

1    divisions.  So basically I created -- I model -- I want a

2    special iteration, and I use the same spreadsheet, given that

3    the same spreadsheet already had all the information together.

4        **Q.** What was the impact of the contemplated Bertelsmann

5    cash infusion on the June 2021 model?

6        **A.** So it imply an additional growth and an additional

7    investment.  Basically, we projected that we'll have even more

8    sales for both Penguin Random House and Simon & Schuster.

9        **Q.** And does that explain the large increase in projected

10   gross physical sales from your official November 2020 model to

11   this June 2021 iteration?

12       **A.** Yes.

13       **THE COURT:**  I'm sorry, what were the new assumptions you

14   were making for that model?

15       **THE WITNESS:**  So Bertelsmann was starting to plan an

16   additional cash injection for all the different divisions.  And

17   they basically went to all the divisions, including us, and

18   said, well, if we were to invest all this amount of money, how

19   much potentially Penguin Random House and Simon & Schuster

20   including -- would the company grow.

21       **THE COURT:**  I'm sorry, how much was that?

22       **THE WITNESS:**  The lift -- the additional sales?

23       **THE COURT:**  No, I'm just trying to understand what this

24   model is supposed to represent.

25       **THE WITNESS:**  So this model represents that basically

1    they were saying we have like 6 billion globally to invest in

2    all our businesses globally.  And of course Penguin Random

3    House is a content business, one of the content business.

4    Basically they say, well, we don't know yet how we're going to

5    inject all that money.  But basically they ask to all the

6    divisions can you calculate in a scenario, if you were to

7    receive money, how would you invest it, right.

8         So here, the idea was to invest more money in authors

9    and making other investments additionally in supply chain.  The

10   consequence of that modeling was increased sales.  But it was a

11   separate analysis that they ask us to look at.  This was after

12   the deal was already signed.

13        **THE COURT:**  I understand.

14   BY MR. FRACKMAN:

15        **Q.** While we're on gross physical sales, let's turn to the

16   January '22 model -- or iteration of your model.  Let me ask

17   you first, why did you do one at this point in time, around

18   January 2022?

19        **A.** So Bertelsmann, every year, once they do transaction,

20   they want the numbers to be refreshed with new information.  So

21   by January 2022, we already have actual data for both Penguin

22   Random House and Simon & Schuster.  So they wanted basically

23   for me to refresh the model.

24        **Q.** Why did the gross physical sales projection come down

25   so dramatically from the June 2021 iteration to the

1    January 2022 version?

2         A. So the pandemic had created a lot of volatility, both

3    for Penguin Random House, Simon & Schuster and the industry in

4    a way.  So what happened was that in both 2020 and 2021, they

5    were record years for both companies.  As I explained before,

6    when you model to the long term, you need to normalize, be more

7    conservative about the future.  So instead of taking as year of

8    projection the new higher number or the new record year number,

9    I basically decided to be more conservative on the synergies

10   achieved.

11        Q. My question was a bad one, Mr. Sansigre.  Does the

12   January 2022 iteration still reflect this contemplated

13   Bertelsmann cash infusion?

14        A. I'm sorry, no.

15        Q. So I just want to cover one other thing about the June

16   '21 iteration.  Are you aware that that June 2021 version was

17   the basis for a response to the DOJ's request for additional

18   information in June 2021?

19        A. Yes, I'm aware.

20        Q. So do you know why that version was used if it

21   contained this one-time Bertelsmann cash infusion that was

22   contemplated at the time?

23        A. So I think it's a legal matter primarily, because at

24   that point I had already produced or already gave the

25   efficiencies model, and they asked me for the most recent one.

1    I shared that exactly at the time, the one that was -- the most

2    recent one, coincidentally, was the additional cash investment

3    that I just explained.

4        Q. Let's put the June '21 aside for a moment and compare

5    the November 2020 official one with the more recent

6    January 2022 one.  And we'll go to the next tab.  We've

7    simplified this by taking out that one-time June one.  You

8    explained why you updated it in January 2022.

9        When was the work actually done that's reflected in

10   this January '22 version?

11       A. So I incorporated both Penguin Random House and Simon &

12   Schuster actuals for 2020 and for 2021.

13       Q. Now, there are some changes, and we're going to cover a

14   few of them, but let me ask you the summary question.  What is

15   your view as to whether these changes between the official

16   model and the January 2022 model change your view on the

17   reliability of the 2020 official version?

18       A. In my opinion, the November 2020 model continues to be

19   the most reliable for a couple of reasons.  The first --

20       Q. So let me just ask you, even though it's a year and a

21   half out of date?

22       A. Yes, absolutely.

23       Q. Or old -- out of date, I used Ms. Hammer's terminology.

24   Okay.  So why do you still think the November 2020 official

25   model is the right one to look at?

1      **A.** So as I was saying, there is too many reasons.  The

2    first reason is that the November 2020 model is based on

3    pre-pandemic data.  The pandemic has basically changed a lot of

4    return rates as we saw before.  And also there was like excess

5    demand for some months when people were in lockdown.  So 2020

6    and 2021 -- I mean, in a way, a little bit 2022, they're not a

7    representation of what would be the long term of the company,

8    right.  So in my opinion, the historical view of Simon &

9    Schuster is still a stronger representation of what the future

10    would look like.

11          The second one is that the November 2020 model was

12    heavily vetted and reviewed by Bertelsmann, as we discussed

13    yesterday.  And that is -- that's it.  But in any case, I

14    refreshed with this new information.  And if I would have

15    identified a big gap in these projections, I think as I

16    mentioned before, I would have needed to go back to

17    Bertelsmann.

18      **Q.** Is the total change in your model from the official one

19    to this January '22 one material for your purposes?

20      **A.** No.

21      **Q.** Let's look at a couple of the changes.  We're not going

22    to go through all of it, Your Honor, but I do want to have the

23    record clear on what some of the changes were.  Let's start

24    with the change in gross physical sales that came down a small

25    amount from the 2020 official model to the one in January 2022.

REDACTED

1        Why?

2        **A.** So as I mentioned, 2020 and 2021, they were record

3    years for both Penguin Random House and Simon & Schuster.  And

4    as I just mentioned, I don't think it's the right

5    representation of the future for both companies.

6        **Q.** Is this a COVID pandemic issue?

7        **A.** It's COVID related in a way.  So because 2021 was the

8    new starting point of the revised -- or this iteration, if I

9    would have just plugged the 2021 record year and just assumed

10   the same synergies, then the synergies would have gone

11   substantially up, right.  But again, because they were a record

12   year, I wanted to be conservative, so I just brought down the

13   growth.

14       **Q.** Let's go down to the total variable cost and returns

15   row.  There's an increase there from your November 2020 model

16   to the January '22 version.

17       What accounts for that?

18       **A.** So at the end of the day, these models are -- almost

19   all lines are linked down to contribution.  So cost of

20   shipment, freight, marketing programs, returns, they are based

21   on the revenue.  So if you change the revenue, automatically

22   it's going to change.  This also included the fact that

23   inflation was starting to hit in a lot of these lines, so

24   that's why the number changed.

25       **Q.** And do you have a view as to which of the two total

REDACTED

1    variable cost numbers is the more reliable one to use for

2    projecting the synergies from the transaction?

3        **A.** In my opinion, I think like the -- I don't know,

4    somewhere in the next year the industry will normalize.  And

5    that's why I still believe that the pre-pandemic averages and

6    historical information is more representative of the future of

7    the company.

8        **Q.** Let's look at the --

9        **THE COURT:**  Can I ask a question about that,

10   Mr. Sansigre.  This looks strange to me, because you would

11   think the variable costs would be correlated with the gross

12   physical sales, but the gross physical sales are down and the

13   variable costs are up.  Why?  Because I don't think the costs

14   would be associated with e-books and audio, it's mostly gross

15   physical sales, right, for variable costs?

16       **THE WITNESS:**  Yes.

17       **THE COURT:**  So why are gross physical sales down so much

18   and variable costs up so much?

19       **THE WITNESS:**  That's exactly because of inflation.  So

20   what happens is because the inflation has been affecting

21   printing and the cost of printing, because you're targeting a

22   certain percentage of savings, then because of inflation,

23   theoretically you will be able to save more money.

24       **THE COURT:**  I see.  But because of inflation, though,

25   wouldn't 2022 be the more accurate model?  It's not going back

1    to --

2         **THE WITNESS:**  No, actually our experience at the

3    beginning of 2022 is that inflation, specifically for our

4    business, is actually starting to come down.  Freight, for

5    example, is based on --

6         **THE COURT:**  The rate of inflation is coming down, but

7    the costs are not going to go down to the levels they were at

8    before, are they?

9         **THE WITNESS:**  Not in total, but as a percentage of

10   sales, that is our expectation.  Freight, for example, is very

11   linked to oil, right, because it's transport.  So oil is down

12   again, right.  With printing, there was a lot of supply chain

13   issues across America and China, especially for children's.

14   These are very important, kind of like printers.  There was a

15   little bit of bottleneck in all the supply chain.  As we go out

16   of -- a little bit of the pandemic, those supply chains will

17   normalize.  Therefore, because there's not that much traffic,

18   the rates as a percentage of sales will normalize again.

19        **THE COURT:**  Okay, thank you.

20   **BY MR. FRACKMAN:**

21        **Q.** Let's turn to OpEx quickly.  What's going on here in

22   the differences in the OpEx categories?

23        **A.** So there's a few things going on here.  The first is

24   that, as I just mentioned, all these numbers are impacted by

25   inflation.  So the total cost base of Simon & Schuster of 2021,

1    in a way compared to the previous year, was 8.5 percent higher.

2    Okay, so that's one.  So that is the effect of inflation.

3        The second effect is after the deal was signed, going

4    back to review again the numbers in detail, I realized that

5    some of the savings that I have targeted and that we have

6    analyzed in editorial, art and production departments for Simon

7    & Schuster were incorporated in administration.  So it was just

8    a reclassification of the --

9        Q. Yeah, let me just make sure we're on the same page

10   here.  The editorial and art OpEx numbers came way down in your

11   model from November 2020 to January '22.

12       Did that reflect an actual reduction in the savings or

13   just a reclassification within the model?

14       A. It was just a reclassification.

15       Q. And where did those expenses get moved to?

16       A. To admin.

17       Q. Now, there is one big item here that changed -- well,

18   how about production, same thing?

19       A. The same thing with production.

20       Q. There's one big item that changed, which is

21   fulfillment.  Why don't you describe -- explain to the Court

22   what the changes were that affected the OpEx savings for

23   fulfillment.

24       A. So what happened here is I had conversations with

25   Mr. Malaviya around the situation of distribution in general in

1    the United States.  What we realized is that given the

2    additional volumes of books that we needed to handle, we would

3    need more space on Riverside.  Therefore, we need it at full

4    capacity.

5        **Q.** Let me stop you right there.  What is Riverside?

6        **A.** Riverside is the largest warehouse of Simon & Schuster.

7        **Q.** And you had modeled a 40 percent reduction there; is

8    that right?

9        **A.** We modeled originally 40 percent capacity; not

10   reduction, capacity.

11       **Q.** And what you're saying is that you determined that you

12   might need more of the Riverside warehouse?

13       **A.** Yes, we actually said let's assume 100 percent

14   capacity.  And the reason was that precisely, again, because

15   the pandemic is not representative of the long term of book

16   publishing.  What happened is when the readers went on lockdown

17   and the bookstores were closed, the vast majority of the books

18   were sold online.  When you sell online, basically you as a

19   publisher need to hold a larger inventory, right.  The physical

20   bookstores, they have the inventory, right.  But when they were

21   closed and everything was going online, we as publishers need

22   to hold a longer period of inventory for all these titles.  So

23   that's why we realized that we needed more space.

24           But as we again go back out of the pandemic and

25   bookstores start opening and start building their inventories,

1  then we expect that our capacity needs will go back to

2  basically the similar thing that we projected.

3      **Q.** So do you have a view for the Court as to which of

4  those fulfillment numbers is the correct, most reliable one for

5  calculating synergies from the transaction?

6      **A.** I still believe that is the November 2020.

7      **THE COURT:**  Why?

8      **THE WITNESS:**  Because -- so, again, the pandemic make

9  all bookstores close, so everybody was ordering online.

10     **THE COURT:**  Right.  But I thought you said the more

11 reliable ones are the non-pandemic numbers, but the bigger

12 number is the pandemic number, right, 20.77?

13     **THE WITNESS:**  The November model is based on the past

14 before the pandemic in a way, because we started the model in

15 March and we finished by November.  So the full impact of the

16 pandemic was not incorporated in the model.

17     **THE COURT:**  Oh, I see.  But you say because of the

18 pandemic you need more warehouse space, so that's why I thought

19 the bigger number was the pandemic number.

20     **THE WITNESS:**  So this is the saving, right.  So when you

21 need less capacity --

22     **THE COURT:**  Oh, this is the savings, that's why.

23     **THE WITNESS:**  This is the savings, right.  So if you

24 need less capacity, then you can reduce basically that capacity

25 and have that savings.

1     THE COURT:  I see, okay.  I've got it, thank you.

2  BY MR. FRACKMAN:

3     Q. What is the total percentage change in your EBIT number

4  from the November 2020 official model to the January '22 model,

5  Mr. Sansigre?

6     A. I think it's -- i mean, it's less than 10 percent.

7     Q. Let's turn to a new topic, we can take that down.  What

8  does your November 2020 model project with respect to author

9  compensation?

10    A. It only projects the automatic royalty payments that we

11 will need to pay to authors.

12    Q. And let's pull up PX-168, the Silk US IS output tab

13 again.  Let's look at row 26.  Is that what you just were

14 referring to?

15    A. Yes.

16    Q. What does your model say, if anything, about how

17 Penguin Random House or Bertelsmann will use any of the other

18 synergies or savings that you modeled resulting from the Simon

19 & Schuster acquisition?

20    A. Nothing, this model is not modeling any of that.

21    Q. That would be something outside of your model?

22    A. Yes.

23    Q. Let me show you something that was introduced in court

24 the other day.  This is DX-414.  And I'll ask you while that's

25 coming up:  Are you familiar with the Penguin Random House P&L

1    format?

2         **A.** Yes, I am.

3         **Q.** This is a P&L that was shown to the Court the other

4    day, DX-414, for an author.  And I just want to focus on two

5    lines with you.  The first is about seven from the bottom, and

6    it says:  "Allocated O/H percentage."

7              What does that refer to?

8         **A.** This is the percentage of allocated overhead that is

9    charged to basically every acquisition P&L that basically the

10   auditors use to evaluate the events.

11        **Q.** And that percentage, 14 percent, what does that

12   reflect?

13        **A.** This is based actually on actuals from Penguin Random

14   House business records.  It's basically the percentage of

15   allocated costs over net sales.

16        **Q.** Now I want to go down to another line, which is at the

17   bottom, third from the bottom, suggested advance.

18              What does that refer to?

19        **A.** This basically is a scenario analysis based on the cost

20   structure and the targeted margin, what would be the different

21   suggested advances for this author.

22        **Q.** What is the relationship in this P&L between the

23   allocated overhead cost, the 14 percent, and the various

24   suggested advances reflected here?

25        **A.** Well, it's totally related.  If you were to charge more

REDACTED

1    or less of that 14 percent, that will affect the amount of

2    suggested advance.

3        **Q.** So if the allocated overhead came down, what would be

4    the impact on the suggested advance numbers?

5        **A.** Ceteris paribus, or all things being equal, it would

6    increase the advance -- the suggested advance basically.

7        **Q.** And just so the record is clear, who sets the allocated

8    overhead figure?  By that I mean, does the editor have any

9    control over that or is that fixed in the P&L model?

10        **A.** No, no one has control of it because it's based on the

11    actual costs.

12        **Q.** What would be the impact on the suggested advances

13    modeled -- set forth in this P&L form of synergies resulting

14    from the merger as you have calculated them?

15        **A.** So I didn't do a super extensive analysis, but just

16    calculating the basically 137,000,000 that we just saw.  And if

17    specifically we focus on the allocated overheads, that

18    14 percent will go down to 11 percent.

19        **Q.** And then the impact on the suggested advances would be

20    what?

21        **A.** It will be almost 10 percent increase for both books

22    from Penguin Random House or Simon & Schuster.

23        **Q.** Just to close -- and we can take this down.  We've

24    spent a lot of time on the modeling and the efficiencies.  What

25    changes to the creative aspects of the business do you project

1    in your model?

2        **A.** Totally untouched, actually quite the opposite.  We

3    want to keep all the services that all Simon & Schuster authors

4    have.  And whenever we can improve them, we will improve them.

5        **Q.** And let's pull up --

6        **THE COURT:**  I'm sorry, my realtime has gone down.

7        (Brief interruption)

8    **BY MR. FRACKMAN:**

9        **Q.** So you were talking about whether your model reflects

10    any changes in the creative aspects of the business?

11        **A.** No.

12        **Q.** Let's pull up -- you mentioned the Penguin Random House

13    philosophy.  What are you showing here?

14        **A.** This is the philosophy that we have applied in

15    basically all the transactions that we have closed.

16        **Q.** And what does it say about what happens to the creative

17    part of the business when you have a transaction?

18        **A.** So we leave creative untouched.  That basically means

19    not to cut any editors, and of course not to cut any services

20    to authors.  And we actually want to do the opposite, we want

21    to give them the maximum quality services.

22        **Q.** Is this consistent with what you told Bertelsmann in

23    the investment proposal back in November 2020?

24        **A.** Absolutely.

25        **Q.** Let's pull up PX-148 in evidence, and turn to page

1   nine.  Could you highlight the top line, the very top line.

2       Is this what you were referring to as being consistent

3   with the investment proposal itself?

4       **A.** Yes, I wrote this.

5       **Q.** And this says Penguin Random House informed

6   Bertelsmann, its parent, in connection with the proposal that

7   it plans to leave the creative aspects of the company

8   untouched, right?

9       **A.** Yes.

10      **Q.** And is that what your model reflects?

11      **A.** Yes.

12      **MR. FRACKMAN:**  I pass the witness, Your Honor.

13      **THE COURT:**  Okay, thank you.

14      Any cross?

15      **MS. LEAL:**  Good afternoon, Your Honor.  Jessica Leal for

16   the United States.

17      **THE COURT:**  Good afternoon -- well, good morning still.

18      <u>**CROSS-EXAMINATION OF MANUEL SANSIGRE**</u>

19   BY MS. LEAL:

20      **Q.** Good afternoon, Mr. Sansigre.

21      **A.** Good afternoon.

22      **Q.** We've spent some time on Zoom together, it's nice to

23   see you in person.

24      **A.** Same.

25      **Q.** Mr. Sansigre, I believe yesterday you discussed with

1    Mr. Frackman your hard coded 50 percent number generating your

2    real estate synergy estimates; is that right?

3        **A.** Yes.

4        **Q.** And do you remember going over the JP Morgan materials

5    with Mr. Frackman?

6        **A.** Yes.

7        **Q.** Reading from the transcript of yesterday's hearing at

8    page 243 -- I'm sorry, 2439 (sic), lines 18 through 22,

9    Mr. Frackman asked you:  "Did you incorporate the JP Morgan

10   appraisal information and other lease information that you got

11   from Simon & Schuster into your model, PX 186?"  And you

12   answered:  "Yes."

13       Do you remember that?

14       **A.** Yes.

15       **Q.** Mr. Sansigre, you gave a deposition in this matter on

16   March 11th, 2022; is that right?

17       **A.** Yes.

18       **Q.** And you were under oath, just as you are today?

19       **A.** Yes.

20       **THE COURT:**  Am I supposed to have the binder?

21       **MS. LEAL:**  Actually, I'm going to play a clip for us

22   right now, Your Honor.

23       (Video played)

24   **BY MS. LEAL:**

25       **Q.** Mr. Sansigre, was that your testimony on March 11th,

1  2022?

2      **A.** Yes.

3          **MS. LEAL:**  Your Honor, the United States would move to

4  admit these pages -- this page, 224, lines 17 through 25, from

5  Mr. Sansigre's deposition into evidence as impeachment and a

6  party admission.

7          **THE COURT:**  Any objection.

8          **MR. FRACKMAN:**  Objection, Your Honor, to the

9  introduction of the deposition pages for this purpose.  The

10  record is whatever -- claimed impeachment is the record.  The

11  pages for the deposition are not evidence apart from the

12  impeachment of Mr. Sansigre.

13          **THE COURT:**  Overruled.  Go ahead.

14          **MS. LEAL:**  Your Honor, may we approach with the binders?

15          **THE COURT:**  Yes.

16          **MS. LEAL:**  May I proceed, Your Honor?

17          **THE COURT:**  Yes.

18  BY MS. LEAL:

19      **Q.** Mr. Sansigre, your November 2020 model was prepared for

20  use in the investment proposal when Penguin Random House was

21  seeking approval to acquire 100 percent of Simon & Schuster?

22      **A.** Yes.

23      **Q.** And you hoped your model was going to support

24  Bertelsmann's willingness to pay over $2 billion to acquire

25  Simon & Schuster, correct?

1          **A.** I hoped.

2          **Q.** In your model, when you were creating it, you weren't

3     attempting to perform an analysis of cognizable efficiencies

4     under the Department of Justice and Federal Trade Commission's

5     2010 Horizontal Merger Guidelines?

6          **A.** No.

7          **Q.** I want to talk briefly about the modeling approach to

8     forecasting you used.  Do you remember discussing bottoms-up

9     and top-down models during the deposition?

10         **A.** Yes.

11         **Q.** You called the November 2020 model a top-down model?

12         **A.** Largely, yes.  It's largely a top-down model.

13         **Q.** Did you refer to as anything other than a top-down

14     model?

15         **A.** Yes, because the vast majority is top-down models, so

16     that's why it's called top-down model.

17         **Q.** You expect to do a bottom-up model after the deal

18     closes, if it does?

19         **A.** That's common practice to do bottoms-up for the old

20     efficiencies after closing as integration plan.

21         **Q.** After the deal closes, if it closes, that's the point

22     when you expect to perform a bottoms-up model?

23         **A.** We will have enough information to provide a bottoms-up

24     of all categories.

25         **Q.** And that's because today you don't have access to all

1    the information you would need to perform a bottom-up model?

2        **A.** No.

3        **Q.** Can you turn to the deposition binder you have, it

4    should be marked as the 30(b)(6) deposition of February 2nd,

5    2022.

6        **A.** Which deposition?

7        **Q.** The February 2nd, 2022 one.

8        **A.** Yes, okay.

9        **Q.** I just want to make sure that I understood this

10    correctly.  You agree that you do not have access to all the

11    information you would need to perform a bottoms-up model today?

12        **A.** I don't have access to 100 percent of the efficiencies,

13    no.

14        **Q.** You're waiting for the deal to close, if it closes,

15    before you're going to create an integration plan, right?

16        **A.** Yes.

17        **Q.** You can only really identify in detail what synergies

18    you will be able to achieve once the transaction closes?

19        **A.** That is not accurate.

20        **Q.** I'm sorry?

21        **A.** That is not accurate.

22        **Q.** In the deposition binder there, do you see -- flip to

23    page 61.

24            **THE COURT:** I'm sorry, what page was that?

25            **MS. LEAL:**  Page 61, Your Honor, beginning at line seven.

1          **THE WITNESS:**  Page 61?

2     **BY MS. LEAL:**

3          **Q.** That's right.  The question was asked:  "Is there an

4     expectation the synergies will increase from November 2020 to

5     your expectation today?"

6               Answer:  "There has been no discussion about that.  At

7     the end of the day -- about that.  At the end of the day, our

8     model is a top-down model.  And in order to really identify in

9     detail a lot of these synergies, we can only really, let's say,

10    update and really know, right, if we can even ever achieve

11    those synergies once we close a transaction and we're able to

12    get private and confidential information, and also have

13    discussions with Simon & Schuster management.  But we have been

14    unable to do that."

15              Did I read that right?

16         **A.** Yes.  What I meant here --

17         **Q.** Did I read that right?

18         **A.** You read it right, yes.

19         **Q.** I want to go back a little further in time.  I believe

20    you told Mr. Frackman you started work on your model in

21    March 2020; is that right?

22         **A.** Yes.

23         **Q.** And that was within days of Viacom's announcement that

24    Simon & Schuster was going to be available for sale?

25         **A.** Yes.

1          Q. Would you please turn to PX-162 in your binder.

2          A. PX-162?

3          Q. That's right.  Thank you.

4          A. Okay.

5          Q. Is this an e-mail you sent on Sunday, March 8th to

6     Mr. Malaviya and some of your other colleagues?

7          A. Yes.

8          **MS. LEAL:**  Your Honor, I'd move to admit PX-162.

9          **THE COURT:**  Any objection?

10         **MR. FRACKMAN:**  No objection.

11         **THE COURT:**  That will be admitted.

12         (Plaintiff's Exhibit 162 admitted into evidence)

13    **BY MS. LEAL:**

14         Q. You see where you wrote:  "Hi guys, so I have been

15    working on the pitch"?

16         A. Yes.

17         Q. Was the pitch you were working on a proposal to

18    Bertelsmann about being invited to the process to invest or

19    potentially acquire Simon & Schuster?

20         A. Yes.

21         Q. Do you see where you wrote:  "Please find attached the

22    pro forma P&L.  And I have been working with an initial take at

23    synergies.  We need to review with Nihar and divvy up if

24    possible"?

25         A. Yes.

REDACTED

2554

1    Q. At this time, were you anticipating modeling three

2    synergies cases of base, upside and downside?

3    A. Yes.

4    Q. Earlier you mentioned the clean team could access

5    certain information in the Simon & Schuster clean room?

6    A. Yes.

7    Q. Other than yourself, the only person on your team who

8    could access clean room data was Cara Deedy; is that right?

9    A. Yes.

10   Q. And you, yourself, actually had limited access to

11   information in the clean room that Ms. Deedy had access to, but

12   you did not?

13   A. Yes.

14   Q. You did not have access to the details of Simon &

15   Schuster's customer information?

16   A. No, I did not have access.

17   Q. I wanted to ask a clarifying question earlier.  Did you

18   say that your synergy analysis included information from the

19   clean room that was in your OpEx matrix file?

20   A. It was aggregated, and after consulting with counsel,

21   they tell me what is fine to aggregate that data and insert it

22   into the OpEx matrix.

23   Q. So it was only aggregated, it wasn't the detailed clean

24   room information?

25   A. Yes.

1    **Q.** Just briefly, because I don't want to belabor the

2    point, the June 2021 model that you discussed with

3    Mr. Frackman, this is one of the many dozens of iterations that

4    occurred after November 2020; is that right?

5    **A.** Yes.

6    **Q.** And it was actually created in April 2021; does that

7    sound familiar?

8    **A.** I don't recall.

9    **Q.** If you could take a look at tab 140 in your binder.  Do

10   you recognize PX-140?

11   **A.** There are so many versions that I'm going to assume

12   that this is that version, yes.

13   **Q.** Just taking one quick step back, PX-140 was the model

14   that underlied the Bertelsmann response to the Department of

15   Justice back in June 2021; is that your understanding?

16   **A.** Today, I don't know.  I always communicated through my

17   lawyers that the November 2020 was the official model.  And at

18   the time, they asked me for the latest version, and honestly I

19   don't recall what is the exact version that I provided.

20   **Q.** Okay.  Can you turn to tab PX-886 in your binder.  This

21   should be the response of Bertelsmann to request for additional

22   information and documentary material issued on March 12th,

23   2021.  Do you see that?

24   **A.** I can see that on the screen now.

25   **Q.** So Mr. Sansigre, you are aware that there was an

1    investigation by the Department of Justice on the proposed

2    merger before this lawsuit was filed?

3        A. Yes.

4        Q. And you're aware the Department of Justice inquired

5    during the investigation about Penguin Random House's

6    efficiencies claims with the merger with Simon & Schuster?

7        A. Yes.

8        Q. And you see -- if you flip to page 101 there, you'll

9    see Specification 31?

10        A. Yes.

11        Q. Was Bertelsmann's response to Specification 31 there on

12    pages 101 to 105?

13        A. Yes.

14        Q. Specification 31 was where the Department of Justice

15    asked Bertelsmann for a description of any benefits that

16    Bertelsmann anticipates will result from the acquisition of

17    Simon & Schuster, including cost savings, economies, new

18    products, product improvements or other efficiencies or

19    synergies; is that right?

20        A. Yes.

21        Q. And you, yourself, helped prepare Bertelsmann's

22    response to Specification 31, correct?

23        A. Actually, I barely -- I mean, I participated in the

24    process, yes, by sending the documents that they told me.

25        Q. You understand the response was going to be provided to

1     the Department of Justice in or around June 25th, 2021?

2         A. Absolutely.

3         **MS. LEAL:**  Your Honor, I move to admit the answer to

4     Specification 31 on pages 101 to 105 of PX-886.

5         **THE COURT:**  Any objection?

6         **MR. FRACKMAN:**  No.  I'd note it's confidential, it's --

7         **THE COURT:**  That will be admitted under seal.

8     (Pages 101 to 105 of PX-886 admitted into evidence

9         under seal)

10    BY MS. LEAL:

11        Q. Now if you could go back to the PX-140 we were

12    discussing prior to the narrative response.  Just for clarity,

13    do you recognize this as the model that supported the figures

14    in the June 25th, 2021 response to Specification 31?

15        A. You're in PX-140, right?

16        Q. Yes.

17        A. Yes, I can see it.

18        Q. And that's the one that was supporting the narrative

19    response?

20        A. I didn't put together the documents that were provided

21    for Specification 31.  I produced or I sent very early on the

22    official models and the documentation, including the OpEx

23    matrix and the documents that we have reviewed so far.  But at

24    the time they asked me also:  Give me all the versions of the

25    models.  And I gave, I think, probably around eight versions.

1     **Q.** So is it your testimony you didn't read the response

2     that was being written in Specification 31 in your preparation?

3     **A.** I reviewed, but I think that the Specification 31 was

4     around the most updated model.

5     **Q.** And those numbers were actually lower than what was in

6     your November 2020 model, right?

7     **A.** They were down by less than 6 percent, which --

8     **Q.** They were less; is that right?

9     **A.** -- confirmed the reliability of the model.

10    **Q.** Were they less, Mr. Sansigre?

11    **A.** Excuse me?

12    **Q.** Were they less than your November 2020 model?

13    **A.** They were less, yes.

14       **THE COURT:** I'm sorry, my realtime is down again.

15    (Brief interruption)

16       **MS. LEAL:** May I proceed, Your Honor?

17       **THE COURT:** Yes.

18    **BY MS. LEAL:**

19    **Q.** On the PX-140 tab in front of you, do you see the name

20    of your model there printed on the first page?  It's actually

21    the PX-140 tab in front of that.  Yeah, sorry about that.

22       Is it --

23    **A.** Yeah.

24    **Q.** -- the 210401 Silk model, version 62?

25    **A.** Yes.

**Q.** Is that the file name?

**A.** Yes.

**Q.** And what was the 210401 and version 62 supposed to be referencing in the file name?

**A.** So sometimes, not always, we just put the latest date of the information.  So maybe when this document was finalized was not exactly coinciding with the date in the document.

**Q.** So is it your understanding that this version 62 was finalized as version 62 on April 1st, 2021?

**A.** No.

**Q.** Do you know what date it was finalized?

**A.** Again, I provided all the models, so I guess it will be whenever it was closed.

**Q.** Do you know the date?

**A.** I did like hundreds of iterations, so I don't know the date, I'm sorry.  The only one that I know is the final one, the official one.

**Q.** The official one of November 9th, 2020, is that the date?

**A.** Yes.

**Q.** I want to talk about the 12.3 percent, just a couple questions here.  You had been targeting the 12.3 percent well before you had access to Simon & Schuster's confidential information, right?

**A.** I think as we explained today, we have closed 26

1    transactions, and the range is between 12 and 14 percent.  And

2    we anchor it in the Penguin Random House merger, and that

3    percentage was 12.3.

4        Q. I don't believe that answered the question.  You had

5    been targeting the exact 12.3 percent before you had access to

6    Simon & Schuster's confidential information; is that right?

7        A. That is not right.

8        Q. Can you turn to PX-163 in your binder.  And before I

9    ask a question about the document, Mr. Sansigre, the first time

10   you got Simon & Schuster's confidential information was when

11   the data room was opened in September 2021?

12       A. Yes.

13       Q. Do you see here on PX-163 an e-mail of May 22nd, 2020?

14       A. Yes.

15       Q. I think I misspoke earlier, Your Honor, I said

16   September 2021.  But Mr. Sansigre, it was September 2020,

17   right?

18       A. I understood.

19       Q. Thank you.  So this is a few months before the data

20   room with the confidential information was provided?

21       A. Absolutely.

22       Q. Do you recall this PRH strategy and business committee

23   meeting of May 26th, 2020 referenced in the e-mail?

24       A. Yes, I remember it.

25       Q. You're a recipient of this materials for this -- it's

1   called the SBC?

2       **A.** Yes.

3           **MS. LEAL:**  Your Honor, we move to admit PX-163.

4           **THE COURT:**  Any objection?

5           **MR. FRACKMAN:**  No objection.

6           **THE COURT:**  That will be admitted.

7       (Plaintiff's Exhibit 163 admitted into evidence)

8   **BY MS. LEAL:**

9       **Q.** And you participated in that meeting; is that right?

10      **A.** Yes.

11      **Q.** Can you turn to page 54 of this presentation at the

12  meeting you were at.  Do you see the 12.3 percent there as the

13  percentage of savings over combined OpEx that was identified?

14      **A.** Yes, I can see it.

15      **Q.** So at this time, May 2020, you'd already identified the

16  12.3 percent number?

17      **A.** But I was not targeting 12.3 percent.

18      **Q.** Is this the same 12.3 percent number that you've been

19  discussing with Mr. Frackman?

20      **A.** I think at the time, again, we had been reviewing

21  several transactions.  And it's not only Penguin Random House,

22  as I said, it's a range between 12 and 14 percent.  Yes, I was

23  targeting savings, but in my mind, it was not 12.3 percent.

24      **Q.** But it was written down as 12.3 percent, right?

25      **A.** It was written down, yes.

REDACTED

2562

1    Q. A quick question about your editorial and art comments

2    earlier to Mr. Frackman.  I can't go into the specifics, but

3    correct to say there are millions of dollars in cuts in

4    editorial and art that are assumed in your November 2020 model?

5    A. Very small amount, and it was not linked to creative.

6    Q. There are millions of dollars that have been identified

7    for the editorial and art function in your November 2020 model,

8    correct?

9    A. There is small amounts, and they were linked to

10   executives that they make money enough to grant those savings.

11   Q. And how many of those executives made that amount of

12   money?

13   A. There's like a few -- I mean, there's a few that can

14   get to those kind of amounts, yes.

15   Q. Do you know how many?

16   A. I mean, probably like 70.

17   Q. Seventy people were going to be -- executives were

18   going to be cut from editorial and art --

19   A. No --

20   Q. -- to make that savings?

21   A. -- what I mean is that there are 70 people with those

22   kind of level of compensations.

23   Q. And was there a plan to cut those 70 people in order to

24   achieve those cuts?

25   A. No.

1       **Q.** You actually testified earlier, though, that that

2   editorial and art scenario was a black box to you.  Does that

3   sound familiar?

4       **A.** I didn't use those words.

5       **Q.** Can we go ahead and turn to your deposition binder.

6       **THE COURT:**  I'm sorry, did we figure out what the

7   millions of cuts in editorial and art were for, then?

8       **THE WITNESS:**  So similar to other transactions,

9   there's -- within editorial positions, people that are not

10  touching the books, there is also overlapping of positions.  So

11  we're talking about those specific kind of overlapping

12  positions at the really high executive level.

13      **THE COURT:**  Right.  And then when Ms. Leal asked you if

14  you were going to cut them, you said no, so I was left

15  confused.

16      **THE WITNESS:**  She said that if I was going to cut the

17  70, I said no.  But yes, we had identified certain overlap in

18  those departments.

19      **THE COURT:**  So you would cut executives in editorial and

20  art?

21      **THE WITNESS:**  Yes.

22      **THE COURT:**  Okay, thank you.  Go ahead.

23  BY MS. LEAL:

24      **Q.** And no one's actually given you any feedback on who

25  would be cut should the merger proceed?

1      **A.** No.  As I mentioned before, it's going to be a matter

2   of putting both companies together and identify who's best on

3   both sides.

4      **Q.** And that hasn't happened yet, and can't happen until

5   the integration plan occurs; is that right?

6      **A.** No, but I understand that -- I understand the

7   importance of going one by one and really understanding.  But

8   at the end of the day, that kind of bottoms-up approach is

9   going to be outdated very quickly.  Because if someone

10   retires --

11      **THE COURT:**  Okay, I'm going to instruct the witness to

12   answer the question.

13      **THE WITNESS:**  I'm sorry, okay.

14      **THE COURT:**  Ask again, Ms. Leal.

15   **BY MS. LEAL:**

16      **Q.** Sorry, Your Honor, I lost track of the exact question I

17   asked, but I can ask it in a different way.

18          None of the specific -- no one's given -- that's what

19   it was, I apologize.  No one's given you any guidance on who

20   will actually be terminated if the merger is allowed to

21   proceed?

22      **A.** No, it's based on numbers and historical information.

23      **Q.** So if you can turn to your binder there, the deposition

24   binder, to when you were sitting as a designee of Penguin

25   Random House on February 2nd, 2022, and go to page 211.

REDACTED

1        Beginning at line 21, I asked you:  "Was there any

2    exercise to look at, like, Simon & Schuster employees' titles

3    to determine sort of redundancy" --

4       A. Sorry, I think I'm in the different -- sorry, I'm in

5    the other deposition, sorry.  What page of the first

6    deposition?

7       Q. The first deposition at page 211, starting at line 21.

8       A. Which line?

9       Q. 21.

10       A. 21, okay.  Thank you.

11       Q. I asked you:  "Was there any exercise to look at, like,

12    Simon & Schuster's employees' titles to determine sort of

13    redundancy that would work towards these percentages reduction

14    in editorial?  For example, any of these categories, is there

15    any sort of review at that level?"

16       You answered:  "So I think -- actually, you bring

17    specifically for editorial and art, editorial and art, the

18    philosophy of this transaction -- and basically all our

19    transaction, is always to leave what we call creative

20    untouched.  At this -- and this was a scenario where it was

21    really a black box to me, because we didn't really know if the

22    overhead -- or basically the managerial right and the

23    managerial -- which are not creative, on the publishing

24    divisions for Simon & Schuster, they were in the editorial line

25    or the admin line, right."

1          Did you refer to it as a black box, Mr. Sansigre?  Yes

2    or no, please.

3        **A.** I referred to that as a black box, yes.

4        **MS. LEAL:**  Your Honor, we move to admit that

5    testimony -- as Mr. Sansigre was sitting as a designee of

6    Penguin Random House at the time, into evidence.

7        **THE COURT:**  Any objection?

8        **MR. FRACKMAN:**  Which part?

9        **THE COURT:**  The part that was just read.

10       **MR. FRACKMAN:**  Well, I think the whole excerpt should

11   come in then.

12       **THE COURT:**  Do you have any objection to that?

13       **MS. LEAL:**  No objection to that, Your Honor.

14       (Brief interruption by the court reporter)

15       **MR. FRACKMAN:**  I'm fine with it coming in, Your Honor,

16   but it should be the complete answer which continues to line 14

17   on page 213.

18       **MS. LEAL:**  No objection, Your Honor.

19       **THE COURT:**  That will all come in.  Just give me a

20   moment to read it.

21       (Plaintiff's Unnumbered Exhibit admitted into evidence)

22   **BY MS. LEAL:**

23       **Q.** I also asked you in your deposition if there was

24   something in particular that led you to quantify the specific

25   hard coded number for art in your November 2020 model.

1          Do you remember me asking you that?

2          **A.** I don't remember.

3          **Q.** Do you remember telling me that you did not take

4     information, aggregating it and then apply it to the model?

5          **A.** I don't recall having said that.

6          **Q.** It's right there on page 214 in the same deposition

7     transcript you're looking at.  Starting on line 13, I asked:

8     "Was there something in particular you saw that led to this

9     percentage itself?  Because it sort of seems like just an odd

10    number to me, that it would be selected.  I'm sort of wondering

11    how you got to this percentage.  If it was based on experience

12    or if there was some specific description of Simon & Schuster's

13    art department that led you to quantify it as this percentage?"

14          Your answer:  "So again, without using expressly,

15    right -- I think you asked this morning your question about in

16    the information, where did you have access to their org charts,

17    right.  So I do have access to their org charts, right, but I

18    am not taking that information, aggregating it and then

19    applying to a model.  But from an assumption perspective in my

20    mind, is, oh, when I saw the org chart of art, I saw that

21    there's a head of art, that is right.  So my assumption is the

22    org chart coincides with this line, and that's where I see

23    duplicity."

24          Is that what you said, Mr. Sansigre?

25          **A.** Yes.

1      **MS. LEAL:**  Your Honor, we move to admit this as well as

2   party admission.

3      **THE COURT:**  Any objection?

4      **MR. FRACKMAN:**  No objection, Your Honor.

5      **THE COURT:**  That will be admitted.

6      (Plaintiff's Unnumbered Exhibit admitted into evidence)

7   BY MS. LEAL:

8      **Q.** Mr. Frackman asked you about the IT savings that were

9   predicted as synergies in your model.  Do you recall that?

10      **A.** Yes.

11      **Q.** And isn't it true that there are no specific plans on

12   how Penguin Random House will implement the IT transition after

13   acquiring Simon & Schuster to reach the projected millions of

14   dollars of IT synergies?

15      **A.** So after closing of the transaction, CBSViacom will no

16   longer charge the **(redacted)** and we will integrate it then.

17   We are doing every year integration of companies, and we know

18   how to do it.

19      **Q.** I don't think you answered the question.  There are no

20   specific plans on how Penguin Random House will implement the

21   IT transition after acquiring Simon & Schuster to reach the

22   predicted millions of dollars of IT synergies?

23      **A.** We have specific plans, but not at the level of an

24   integration plan.

25      **Q.** Can you please turn to page 234 in the deposition

1    that's in front of you.

2         **A.** Which page, sorry?

3         **Q.** 234.  Beginning on line 15, I asked you:  "Has Penguin

4    Random House had any plans on how it will implement the IT

5    transition after acquiring Simon & Schuster to reach the

6    millions -- or other number, at this time?"

7         Your answer:  "So no specific plans.  But, there was

8    some discussions before the lawsuit.  There were some

9    discussions, I'm thinking -- it was not linked to the

10   survivability of the synergies, it was more linked to the TSA.

11   So to really understand, we wanted to understand if we were to

12   close the transaction, how fast we could -- we needed to jump

13   into our TSA.  But no specific plans were created or

14   developed."

15        Did I read that right?

16        **A.** Yes.

17        **MS. LEAL:**  Your Honor, I'd move to admit this testimony

18   as well as impeachment and as a party admission.

19        **MR. FRACKMAN:**  No objection.

20        **THE COURT:**  That will be admitted.  I'm sorry, what is a

21   TSA?

22        **THE WITNESS:**  Excuse me?

23        **THE COURT:**  What is a TSA?

24        **THE WITNESS:**  TSA is a transition service agreement.

25        (Plaintiff's Unnumbered Exhibit admitted into evidence)

1    BY MS. LEAL:

2        Q. Just one question on the return rates, Mr. Sansigre.

3    Each of Penguin Random House's distribution clients have their

4    own individual return rates despite relying on the same Penguin

5    Random House distribution system; is that right?

6        A. Yes.

7        Q. On freight and marketing departments, those are both

8    synergies you have estimated in your variable costs synergies,

9    right?

10       A. Yes.

11       Q. You have no clue what Simon & Schuster's contracts say

12   about freight?

13       A. We don't have clue.  But it's a standard practice, we

14   know all those contracts, what they look like basically.  It's

15   our experience.

16       Q. But you have never looked at the Simon & Schuster

17   freight contracts, correct?

18       A. Our advisors review the contracts, and yes, I have not

19   looked at specifically the contracts.

20       Q. In fact, you didn't even look at Penguin Random House's

21   freight contracts when you were modeling in November 2020?

22       A. It was not just me, it was a group, and I participated

23   with Mr. Malaviya that actually has a good understanding of all

24   those contracts.

25       Q. You don't know if Mr. Malaviya looked at the freight

REDACTED

1    contracts when you were modeling your November 2020 synergies?

2        A. I'm pretty confident that he looked at it.

3        Q. You don't know that, do you?

4        A. I don't know.

5        Q. You, yourself, never looked at any freight contracts

6    when you were doing your November 2020 model, correct?

7        A. No.

8        Q. For your revenue enhancements, I'd like to talk about

9    audiobooks.  This is actually the largest category of your

10   revenue enhancements is synergies; is that right?

11       A. Yes.

12       Q. Can you turn to PX-168, with an asterisk.  It has a

13   printout of the sheets from the November 2020 model.  So you

14   actually have to go a couple of pages in where you'll see the

15   one that has the stamp Silk US at the bottom, and at the top it

16   has KPI's sales.

17           Do you see that?

18       A. Yes.

19       Q. The millions of dollars of audio revenue synergies

20   predicted in your November 2020 model are reliant on this hard

21   coded number you see here at cell Z30; is that right?

22       A. No, it was relying on all of information.

23       Q. Does the calculation of your audio synergies depend

24   upon this Z30 number that we see on the screen that's

25   highlighted?

1      **A.** Yes.

2      **Q.** And that's hard coded, correct?

3      **A.** Yes.

4      **Q.** And the millions of dollars of audio growth that are

5      claimed as a synergy are attributed to Penguin Random House

6      following a merger, right?

7      **A.** Can you rephrase the question?

8      **Q.** Sure.  The millions of dollars that are generated from

9      using this percentage number are calculated as synergies

10     attributable to Penguin Random House if the merger does

11     proceed?

12     **A.** They are attributed as the businesses are both

13     combined, yes.

14     **Q.** But they're called a synergy, right?

15     **A.** They're called efficiencies and synergies, yes.

16     **Q.** And you testified in your deposition that you selected

17     this hard coded percentage number here for audio growth,

18     because you thought Simon & Schuster would grow with the

19     industry; is that right?

20     **A.** I don't recall having said that.

21     **Q.** Would looking at your prior testimony help refresh your

22     recollection?  If so, I can point you to it.

23     **A.** Excuse me?

24     **Q.** Would looking at your prior testimony help refresh your

25     recollection?

REDACTED

2573

1      **A.** The first deposition?

2      **Q.** I'm just asking if you read it, would it refresh your

3  recollection?

4      **A.** Actually, I didn't.

5      **Q.** It's okay, we'll try this.  If you'd like to read -- to

6  yourself, not out loud, on the 30(b)(6) deposition, page 173,

7  and beginning on line 19.  Just read that to yourself to see if

8  it -- and I'll see if it refreshes your recollection.

9      (Witness reads the document)

10     **A.** Yes, I can see it.

11     **Q.** So is it correct that you testified in your deposition

12  you selected this hard coded number, the Z30 cell that we're

13  looking at, for audio growth, because you thought Simon &

14  Schuster would grow with the industry?

15     **A.** So the important -- okay, yes.

16     **Q.** That's growth rate that would happen naturally without

17  a merger making a difference; is that right?

18     **A.** No, I need to give more context to the 10 percent.

19     **Q.** So looking back here at the screenshot of the KPI's

20  that you have in your binder, you see audio there is a category

21  called management under AA30?

22     **A.** Yes.

23     **Q.** Was that Simon & Schuster's internal prediction of what

24  their audio growth would be?

25     **A.** Yes.

1    Q. It's actually higher than what you predicted it would

2    be; is that right?

3    A. Yes.

4    Q. So in this case, your November 2020 model assumes Simon

5    & Schuster will grow in audiobooks more slowly combined with

6    Penguin Random House than Simon & Schuster expected to grow on

7    its own?

8    A. Yes, basically.

9    Q. And nevertheless, your November 2020 model, if we take

10   it at face value, it calls Simon & Schuster's growth here a

11   synergy; is that right?

12   A. We develop our own estimates of the company, so yes,

13   these would be the synergies on top of our own estimate of how

14   Simon & Schuster would perform.

15   Q. And your own estimate is reflected there in the base

16   case, Y30, that low number there, that was your prediction of

17   what Simon & Schuster would do on its own?

18   A. Yes.

19   Q. And your synergy is what you're calling the growth

20   between that number and the Z30?

21   A. So it would be 80 percent of the 10 percent minus the

22   3 percent, so it's 5 percent left.

23   Q. And you call that a synergy?

24   A. Yes.

25        THE COURT:  I'm sorry, I just don't understand this

1     document.  Can you just explain base, upside and management,

2     what those columns mean?

3          **THE WITNESS:**  Management, it was just basically to input

4     what the bankers have created in the model for Simon &

5     Schuster.  So that was management projections that the bankers

6     put in the model, right.  And again, normally you don't take

7     for granted whatever the bankers are putting.  Then based on

8     upside, that represents basically the base is equivalent to the

9     standalone growth.  And the upside is the synergies that we are

10    targeting.  So the differential between upside and base is

11    basically the synergy or the lift.

12         **THE COURT:**  I see, okay.  Thank you.  But this is all

13    numbers for Simon & Schuster?

14         **THE WITNESS:**  All Simon & Schuster, yes.

15         **THE COURT:**  Okay, thank you.

16    **BY MS. LEAL:**

17    **Q.** Looking at the same chart, the expectation of Penguin

18    Random House's growth was in the T column; is that right?

19    **A.** Yes.

20    **Q.** So Penguin Random House's growth for audio was far less

21    than what you predicted for Simon & Schuster?

22    **A.** Yes.

23    **Q.** I want to ask just a couple of questions about the U.S.

24    physical sales lift sensitivity test you discussed with

25    Mr. Frackman.  You said that the assumption was there was going

1    to be increased sales in indies, special market and

2    international that's modeled there?

3        **A.** And backlist optimization.

4        **Q.** I'm sorry?

5        **A.** And backlist optimization.

6        **Q.** Can you turn to your deposition of February 2nd, 2022,

7    as the designee for Penguin Random House, and go to page 159.

8    Do you see where I asked:  "An assumption here is that the

9    increase in sales will be indies, special market and

10    international?"

11            You answered:  "Yes."

12            I asked:  "Is there more?"

13            You said:  "No, the assumption are those three for the

14    specific U.S. physical lift."

15            Did I read that correctly?

16        **A.** Yes.

17        **MS. LEAL:**  Your Honor, we move to admit this testimony

18    as impeachment and as a party admission.

19        **MR. FRACKMAN:**  No objection.

20        **THE COURT:**  That will be admitted.

21        (Plaintiff's Unnumbered Exhibit admitted into evidence)

22    **BY MS. LEAL:**

23        **Q.** Your sensitivity test did not have any specific

24    information from Simon & Schuster about all of the independent

25    bookstores or special markets that Simon & Schuster sold to,

1    correct?

2        **A.** No.

3        **Q.** You modeled millions of dollars of increased sales, but

4    no amount from that was divided between what would be from

5    independent bookstores, what would be for special markets or

6    what would be for international sales, correct?

7        **A.** Similar to what we have done in the past, yes.

8        **Q.** In fact, Simon & Schuster could be selling a larger

9    percentage of total physical books to its customers -- top

10   customers, because it's doing a better job at focusing on its

11   biggest accounts than Penguin Random House?

12       **A.** I don't think so.

13       **Q.** You haven't tested that possibility, have you?

14       **A.** I have not tested that possibility.

15       **Q.** You don't have the data to disprove that, do you?

16       **A.** I don't have an anchor on basically other transactions

17   I have or what.

18       **Q.** And you've not quantified how much more discoverable

19   Simon & Schuster's books will be if it has access to Penguin

20   Random House's supply chain?

21       **A.** No.

22       **Q.** You do not have the information to perform an analysis

23   to quantify how many more Simon & Schuster's books Penguin

24   Random House can sell internationally as a combined entity than

25   Simon & Schuster can sell on its own?

1          **A.** No.

2          **Q.** Now, Mr. Frackman asked you a lot of questions about

3     the 2013 merger.  I just have a few.

4          Am I correct saying your November 2020 model targets

5     year-over-year increases in net sales?

6          **A.** Yes.

7          **Q.** To the contrary, the 2013 merger synergy plan actually

8     assumed an overall loss in net sales for two years, correct?

9          **A.** Yes.

10         **Q.** Was that because there was a concern that the regular

11    course of business might be slightly disrupted due to factors

12    such as uncertainty in job security, managers investing time in

13    integration efforts and a loss of some authors?

14         **A.** Yes, it was a merger of equals, so we have that concern

15    at the time.

16         **Q.** And looking at revenues from pre-2013 and post-2013

17    merger, there has been millions of dollars of revenue decline,

18    right?

19         **A.** Yes.

20         **Q.** Can you turn to PX-92 in your binder.  Apologies, it

21    was the one we flagged.

22         **A.** I have it in front of me.

23         **Q.** Thank you.  Is PX-92 a copy of July 2nd, 2020 e-mail

24    exchanges between you and Mr. Malaviya?

25         **A.** Yes.

REDACTED

1    Q. Are you discussing market share and sales development

2  topics in preparation of a Silk management presentation?

3    A. Yes.

4      MS. LEAL:  Your Honor, I move to admit PX-92.

5      THE COURT:  Any objection?

6      MR. FRACKMAN:  No objection.

7      THE COURT:  That will be admitted.

8    (Plaintiff's Exhibit 92 admitted into evidence)

9  BY MS. LEAL:

10   Q. I won't go into the specifics out loud, because I

11  understand there may be some confidentiality concerns.  But at

12  this time, were aggregated net sales and advances, pre-2013

13  merger and post-2013 merger, reflected in charts in the e-mail

14  chain?

15   A. Yes.

16   Q. And you can put that aside.  You did not use Penguin

17  Random House's experience with the 2013 merger to estimate your

18  November 2020 model's year-over-year increases in net sales,

19  correct?

20   A. We reviewed it.

21   Q. You did not use Penguin Random House's experience with

22  the 2013 merger to estimate your November 2020 model's

23  year-over-year increases in net sales?

24   A. We reviewed it, and we used it.

25   Q. You did use it?

1        A. We learned from that situation, yes.

2        Q. You agree it's important to note that the Penguin

3    Random House merger was in 2013, since a lot has changed since

4    then?

5        A. Yes, the market is more stable now.

6        Q. And the market's evolved?

7        A. Yes, but it was not as disruptive at the time.

8        Q. You agree there were certain market realities at the

9    time of 2013 that are different in 2020?

10       A. Yes, self-publishing was coming up, and it ate a lot of

11   our revenues.

12       Q. And from a market perspective, it was a different

13   situation in 2013 versus what it is in 2020 or today?

14       A. Yes, right now we have a wealthy coexistence between

15   formats and business models.

16       Q. There have been a lot of changes in the market since

17   the pandemic began in March 2020 as well, right?

18       A. Yes, but not related to formats in a way or related to

19   business models.

20       Q. Would you agree there's been a lot of changes,

21   Mr. Sansigre?

22       A. Yes, but not --

23       Q. I'd like a yes or no.

24       A. There have been changes, yes.

25       Q. Due to the timing of your work, your November 2020

REDACTED

2581

1    model did not have the benefit of Simon & Schuster's 2020 or

2    2021 year-end financials?

3         A.  I agree.

4         Q.  You have received the final year-end -- or have you

5    received the final year-end financials since November 2020?

6         A.  Yes.

7         Q.  And you've seen that Simon & Schuster's been performing

8    even better than the performance you estimated they would have

9    with Penguin Random House in your November 2020 model?

10        A.  Yes.

11        Q.  And that's better as a standalone company without any

12   use of Penguin Random House's supply chain?

13        A.  Yes.  We will be able to improve it.

14        Q.  And input in your November 2020 model that impacts how

15   many synergies will be generated was a prediction of what Simon

16   & Schuster's sales would be as a standalone company, right?

17        A.  Yes.

18        Q.  And Simon & Schuster has had millions of dollars more

19   in sales in 2021 than you anticipated in your November 2020

20   model?

21        A.  Yes.

22        Q.  So your assumptions about Simon & Schuster's sales in

23   2021 are no longer accurate?

24        A.  That is not true.

25        Q.  Are the sales you predicted for Simon & Schuster in

1    2021 what ended up matching the actuals for 2021?

2        **A.** No.

3        **Q.** So they're not accurate; is that right?

4        **A.** For that specific year, no.

5        **Q.** And everything models year-after-year in your model,

6    correct?

7        **A.** But important thing is the long term.

8        **Q.** Did they model each year after year; so if there's a

9    mistake in one year, then the next year would have a mistake as

10   well; is that right?

11       **A.** Yes.

12       **Q.** Even though you know these assumptions are now no

13   longer true, for 2021 at least, you have not gone back to the

14   board with any revised synergies for review about how Penguin

15   Random House will supposedly improve Simon & Schuster's

16   standalone excellent performance?

17       **A.** No, I have not.

18       **Q.** You have not modeled what a 2022 standalone Simon &

19   Schuster looks like before determining what synergies can be

20   added on top?

21       **A.** We have refreshed the model with actuals.  And yes,

22   we've been discussing this morning those numbers actually.

23       **Q.** And what was the date that you did that?

24       **A.** By the end of -- beginning of 2022, yes.

25       **Q.** The beginning of January --

1          **A.** January of 2022.

2          **Q.** That's the date that you completed the January 2022

3    model, are you sure?

4          **A.** There's a lot of iterations, I don't know exactly the

5    date.

6          **Q.** You don't know the date of that January 2022 model,

7    correct?

8          **A.** I don't recall exactly.

9          **Q.** You don't know if it has Simon & Schuster's 2021 final

10   year-end numbers in it, do you?

11         **A.** I think it incorporated somehow that, because through

12   counsel, they told me basically the number.

13         **Q.** The Simon & Schuster 2021 year-end financials were not

14   completed by January 2022 when you did your model, were they?

15         **A.** But my --

16         **Q.** Please answer yes or no.

17         **A.** Not the complete financials, no.

18         **MS. LEAL:**  Those are all my questions right now, Your

19   Honor.

20         **THE COURT:**  Okay, thank you.

21         Any redirect?

22   <u>**REDIRECT EXAMINATION OF MANUEL SANSIGRE**</u>

23   **BY MR. FRACKMAN:**

24         **Q.** Thank you, Your Honor.  Just a couple of questions.

25   Pam, could you bring up PX-163, please, the page that the

1    Government showed Mr. Sansigre.  It's page 54.

2        So Mr. Sansigre -- next page, please.  These are the

3    estimates that were in your initial May 2020 presentation to

4    Bertelsmann, right?

5        A. Yes.

6        Q. Are these the numbers that ended up in your final model

7    for your upside case savings?

8        A. No, they were guesses.

9        Q. Did they change?

10       A. Substantially.

11       Q. And let's look at -- let's go to PX-168, Pam -- well,

12   let's just make a note here.  You have here a number for

13   fulfillment, right.  Let's now go -- let's make a note of that,

14   without saying it out loud, and now let's go to PX-168 in the

15   summary tab again.  Maybe Pam can bring them up right next to

16   one another.

17       A. What are you looking for?

18       Q. I'm looking for the comparison of your upside synergies

19   or efficiencies calculation in the official model, PX-168,

20   compared to what you had in this early one.  But you might know

21   it off the top of your head?

22       A. Here -- first of all, this is global, so it's a little

23   bit complicated to compare apples to oranges.  The presentation

24   is global, and the spreadsheet that we've been discussing is

25   U.S.  But again, certainly the numbers are not the same.

1        **Q.** And why are they not the same?

2        **A.** Because they were not representing the actual business

3    records of Simon & Schuster.

4        **Q.** In the course of your work, did you get additional

5    information that helped you develop a more accurate projection

6    of the savings that you were anticipating from the transaction?

7        **A.** Yes, we got all the financial statements of Simon &

8    Schuster, additional breakdowns, as we discussed today.  And

9    all this vetted, again, by Bertelsmann independently.

10       **Q.** I'd like to turn quickly to the audio sales projections

11   that Ms. Leal asked you about.  She didn't give you a chance to

12   explain how you came up with your audio projections for the

13   sales.

14       **A.** So we have our own internal studios, and we have been

15   investing a lot of technology in audio.  Our understanding,

16   Simon & Schuster largely outsourced the production of

17   audiobooks.  Therefore, there's quote, unquote a middleman,

18   right, that is managing those titles.  And that also makes them

19   not be as nimble and agile in producing those audios.

20       **Q.** Ms. Leal showed you a projection that had come from

21   Simon & Schuster's bankers, but you didn't have a chance to

22   explain why you discounted that projection.

23            Can you explain to the Court why?

24       **A.** Well, again, I think they were bankers, they don't have

25   the same experience as my team does.  And it doesn't make any

1    sense that they were projecting down physical sales and audio

2    growing at 14 percent.  Because at the end of the day, there's

3    an important correlation between printed titles and the audio

4    version, right.  So it doesn't make any sense that print

5    revenues goes down substantially, and then they're able to grow

6    out 14 percent.

7        Q. Have you had experience in the past with respect to the

8    reliability of sellers', investment bankers' proposals --

9    projections?

10       A. Yes.

11       Q. And what is that experience?

12       A. Well, the experience is they are trying to sell the

13   company.  And I think in this particular case, yeah, they were

14   trying to show that audio, right, it was basically the new

15   engine.  But they don't have their own audio studios, they

16   don't have the same capabilities that we have, so I was a

17   skeptic about their projections.

18       Q. Ms. Leal asked you about a JP Morgan document, and

19   whether you had incorporated that in any way into the model.

20   The questioning in the deposition at that point, as the record

21   will show, referred to Exhibit 27.  Why don't we pull up

22   Defendants' Exhibit 27.  Let's go to the second page.

23           Mr. Sansigre, are you familiar with this exhibit?

24       A. Yes.

25       Q. Was this the same JP Morgan document that you testified

 1    you used in connection with your real estate synergies

 2    calculation?

 3        **A.** No.

 4        **MR. FRACKMAN:**  No further questions.

 5        **MS. LEAL:**  No questions, Your Honor.

 6        **THE COURT:**  All right, thank you.  You can step down.

 7    Thank you very much, Mr. Sansigre.  You can step down, your

 8    testimony's completed.  Thank you.

 9        Should we just take our lunch break now?  It's sort of

10    10 minutes to 1:00.

11        **MR. PETROCELLI:**  That would be fine, Your Honor.

12        **THE COURT:**  Okay.  Let's take our lunch break now, and

13    we'll resume at 2:00 o'clock.  Thank you.

14        **MR. PETROCELLI:**  Your Honor?

15        **THE COURT:**  Yes.

16        **MR. PETROCELLI:**  When we return, the next witness we

17    will call is Nihar Malaviya.  It's very brief, and I would ask

18    that it be in closed session, because I'm going to get into

19    specific advanced levels and titles.

20        **THE COURT:**  Okay.  And so for how long do you expect it

21    to be a closed session?

22        **MR. PETROCELLI:**  I think my direct would be 15 minutes.

23        **THE COURT:**  Okay.  And then there will be a cross in

24    closed session.  How long would that be?

25        **MR. SCHWARZ:**  Well, Your Honor --

 1          **MR. PETROCELLI:**  One second.  The direct is -- excuse

 2    me, my examination has nothing to do with efficiencies, by the

 3    way.

 4          **THE COURT:**  Okay.

 5          **MR. SCHWARZ:**  In that case, Your Honor, after lunch, we

 6    would like to make a Rule 52(c) motion to dismiss the

 7    efficiencies claims.  Because I think you've now heard all

 8    you're going to hear about efficiencies.

 9          **THE COURT:**  Is this all I'm going to hear about

10    efficiencies?

11          **MR. FRACKMAN:**  Your Honor, you will hear from Professor

12    Snyder, not on the quantification of the numbers that

13    Mr. Sansigre has testified.  But Professor Snyder will testify

14    about two things:  One is he also reviewed the numbers that

15    Mr. Sansigre's model generated for merger specificity; and he

16    also -- related to the synergies calculated pass-through, the

17    benefit that would flow to authors.

18          **THE COURT:**  Right, okay.  So that I don't think is

19    relevant to what we need to decide here today.  And the parties

20    agree and stipulate that Dr. Snyder did not verify the numbers

21    in the November 2020 model?

22          **MR. FRACKMAN:**  That is correct, he relied on

23    Mr. Sansigre's numbers.

24          **THE COURT:**  Okay.

25          **MR. FRACKMAN:**  Except with respect to merger

1    specificity, there he did make some judgments.

2        THE COURT:  So you have your witnesses here, however.  I

3    mean, here's the thing, I can hear that motion.  I don't have

4    to hear it right away.  I want to be considerate of witnesses

5    who are here.  And I would want a little time before ruling, in

6    any event, to review the transcript, et cetera.  So I wouldn't

7    be ruling on that until tomorrow anyway.

8        So does it make sense to hear your witness who's ready

9    to go or does it --

10       MR. PETROCELLI:  Yes.

11       THE COURT:  -- make sense to have that argument?  Okay.

12   So why don't we go ahead and have your witness, we'll be in

13   closed session.

14       Does the Government need some time in closed session to

15   cross-examine Mr. Malaviya?

16       MR. SCHWARZ:  Since I think some of what is going to be

17   presented in closed session, I believe, is something we're

18   going to object to, which is a demonstrative that we just

19   received last night and don't even know what the sources of

20   them are.  But we can wait until after lunch, Your Honor, to

21   fight it out.

22       THE COURT:  I'm just trying to figure out how much time

23   we should be in closed session right now.

24       MR. SCHWARZ:  I'm happy to tell you if I knew.  It will

25   be brief as long as it's not related to efficiencies.

1          MR. PETROCELLI:  It is not.

2          THE COURT:  So I'm expecting to be able to reopen the

3    courtroom to the public at around 2:15.  We'll start at 2:00

4    o'clock, and we should probably be able to reopen at 2:15,

5    correct?

6          MR. PETROCELLI:  Assuming there's no cross.

7          MR. SCHWARZ:  It will be brief I assume.  But I actually

8    don't know what it's about, so I have a little bit of

9    difficulty in answering the question, Your Honor.

10          THE COURT:  So our best estimate right now --

11          MR. SCHWARZ:  I apologize, I wish I could.  I assume it

12    won't be any longer than his examination.

13          THE COURT:  Okay.  Our best estimate right now is that

14    we will reopen the courtroom to the public at 2:15.  The trial

15    will resume at 2:00 o'clock in closed session, and reopen to

16    the public at 2:15.

17          MR. SCHWARZ:  May I ask one further clarification

18    question?

19          THE COURT:  Yes.

20          MR. SCHWARZ:  So Dr. Snyder will, I assume, testify

21    after Mr. Malaviya?

22          MR. PETROCELLI:  Yes.

23          THE COURT:  Maybe we can have our argument after --

24    before Dr. Snyder.

25          MR. SCHWARZ:  Can we understand -- I mean, he has much

1    to testify with respect to other than efficiencies.  Can we put

2    the efficiencies off?  Because that was the entire purpose for

3    our original motion.

4        **THE COURT:**  Yes, of course.  I think we need to put that

5    off until I've made a ruling.

6        **MR. SCHWARZ:**  Thank you, Your Honor.

7        **MR. PETROCELLI:**  Thank you, Your Honor.

8        **THE COURT:**  And so do the parties want Dr. Snyder to

9    testify, and then we'll set aside some time at the end of the

10   day to argue the matter of the verifiability?

11       **MR. PETROCELLI:**  Well, it depends how much time the

12   Court requires to decide this issue.  Obviously it would be

13   better if Dr. Snyder could take the stand and present all of

14   his testimony, be crossed and be done with.  And I don't want

15   to impose on what the Court's schedule is.  But if you need

16   some time to rule, then I think we'll just put him on without

17   efficiencies first.

18       **THE COURT:**  Well, let me think about that over the lunch

19   break.  But we'll plan on proceeding right after lunch as we've

20   discussed, and then we'll talk further about what's the best

21   way to proceed with that ruling, okay?

22       **MR. PETROCELLI:**  Thank you.

23       **THE COURT:**  All right, thank you.  Have a nice lunch.

24       (Lunch recess taken at 12:52 p.m.)

25

1                       **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter**,

4    certify that the foregoing is a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9      **February 9, 2023**

10             **DATE**                         **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | | | |
|---|---|---|---|---|
| **$** | 2481/18 2481/21 | 2583/25 | 2534/4 2535/5 | 2469/3 |
| | 2481/22 2491/23 | **168 [22]** 2482/3 | 2535/12 2535/17 | **21-2886 [1]** |
| **$2 [1]** 2549/24 | 2492/7 2492/18 | 2482/15 2493/22 | 2535/18 2535/24 | 2472/2 |
| **$2 billion [1]** | 2495/19 | 2510/23 2511/4 | 2536/2 2536/5 | **210401 [2]** |
| 2549/24 | **12.3 [13]** | 2513/6 2513/20 | 2536/11 2536/25 | 2558/24 2559/3 |
| **$250,000,000 [1]** | 2482/13 2495/4 | 2514/20 2515/3 | 2537/2 2537/15 | **211 [2]** 2564/25 |
| 2529/2 | 2495/14 2495/17 | 2518/11 2518/12 | 2540/11 2542/6 | 2565/7 |
| **'** | 2496/8 2496/23 | 2519/13 2519/20 | 2543/4 2543/8 | **213 [1]** 2566/17 |
| | 2497/9 2505/14 | 2519/22 2521/13 | 2546/23 2549/19 | **214 [1]** 2567/6 |
| **'21 [2]** 2534/16 | 2506/3 2506/6 | 2527/8 2527/10 | 2550/11 2552/4 | **22 [1]** 2548/8 |
| 2535/4 | 2506/8 2506/9 | 2543/12 2571/12 | 2552/21 2555/4 | **224 [1]** 2549/4 |
| **'22 [6]** 2533/16 | 2560/3 | 2584/11 2584/14 | 2555/17 2558/6 | **22nd [1]** |
| 2535/10 2536/19 | **12.3 percent [19]** | 2584/19 | 2558/12 2559/18 | 2560/13 |
| 2537/16 2540/11 | 2476/11 2481/14 | **17 [2]** 2484/16 | 2560/13 2560/16 | **234 [2]** 2568/25 |
| 2543/4 | 2482/17 2492/2 | 2549/4 | 2560/23 2561/15 | 2569/3 |
| **0** | 2492/3 2495/25 | **173 [1]** 2573/6 | 2562/4 2562/7 | **24 [1]** 2518/8 |
| | 2496/13 2505/22 | **18 [1]** 2548/11 | 2566/25 2570/21 | **243 [1]** 2548/8 |
| **0.7 percent [2]** | 2507/11 2507/18 | **186 [1]** 2548/11 | 2571/1 2571/6 | **2439 [1]** 2548/8 |
| 2521/21 2528/18 | 2559/21 2559/22 | **19 [3]** 2491/5 | 2571/13 2571/20 | **2473 [1]** 2471/4 |
| **02886 [1]** | 2560/5 2561/12 | 2498/15 2573/7 | 2574/4 2574/9 | **2478 [1]** |
| 2469/3 | 2561/16 2561/17 | **1999 [1]** | 2578/4 2578/23 | 2471/22 |
| **1** | 2561/18 2561/23 | 2469/20 | 2579/18 2579/22 | **2479 [1]** |
| | 2561/24 | **1:00 [1]** | 2580/9 2580/13 | 2471/21 |
| **1 percent [1]** | **120 [1]** 2513/13 | 2587/10 | 2580/17 2580/25 | **25 [2]** 2520/20 |
| 2521/22 | **12:52 p.m [1]** | **1st [1]** 2559/9 | 2581/1 2581/5 | 2549/4 |
| **1,400 [1]** | 2591/24 | **2** | 2581/9 2581/14 | **2547 [1]** 2471/5 |
| 2484/25 | **12th [1]** | | 2581/19 2584/3 | **2553 [1]** |
| **10 [4]** 2514/1 | 2555/22 | **2.5 [1]** 2518/19 | 2588/21 | 2471/12 |
| 2514/2 2526/18 | **13 [2]** 2501/25 | **2.6 [1]** 2519/11 | **2021 [38]** | **2557 [1]** |
| 2587/10 | 2567/7 | **20 [2]** 2509/7 | 2497/14 2518/6 | 2471/14 |
| **10 percent [5]** | **13 percent [1]** | 2513/14 | 2518/12 2518/14 | **2561 [1]** |
| 2519/7 2543/6 | 2501/15 | **20 percent [3]** | 2518/21 2519/7 | 2471/13 |
| 2545/21 2573/18 | **137,000,000 [1]** | 2506/20 2513/14 | 2531/20 2531/21 | **2566 [1]** |
| 2574/21 | 2545/16 | 2513/14 | 2531/22 2532/5 | 2471/15 |
| **10-15 [1]** | **14 [17]** 2473/9 | **20.77 [1]** | 2532/11 2533/25 | **2568 [1]** |
| 2529/1 | 2473/9 2474/16 | 2542/12 | 2534/4 2534/16 | 2471/16 |
| **100 [7]** 2475/12 | 2481/23 2482/1 | **200 [2]** 2524/10 | 2534/18 2535/12 | **2569 [1]** |
| 2511/9 2513/11 | 2484/16 2491/6 | 2525/5 | 2536/6 2537/2 | 2471/17 |
| 2513/12 2524/9 | 2493/12 2498/15 | **20001 [1]** | 2537/7 2537/9 | **2576 [1]** |
| 2524/11 2525/4 | 2509/7 2518/8 | 2470/25 | 2539/25 2555/2 | 2471/18 |
| **100 percent [3]** | 2520/20 2520/25 | **20004 [1]** | 2555/6 2555/15 | **2579 [1]** |
| 2541/13 2549/21 | 2527/9 2531/3 | 2470/6 | 2555/23 2557/1 | 2471/11 |
| 2551/12 | 2531/14 2566/16 | **2010 [1]** 2550/5 | 2557/14 2559/9 | **2583 [1]** 2471/6 |
| **10022 [1]** | **14 percent [9]** | **2013 [23]** | 2560/11 2560/16 | **25th [2]** 2557/1 |
| 2470/3 | 2476/6 2544/11 | 2475/21 2476/3 | 2581/2 2581/19 | 2557/14 |
| **10036 [1]** | 2544/23 2545/1 | 2476/9 2477/1 | 2581/23 2582/1 | **26 [6]** 2475/11 |
| 2469/25 | 2545/18 2560/1 | 2477/7 2478/16 | 2582/1 2582/13 | 2508/11 2520/12 |
| **101 [4]** 2556/8 | 2561/22 2586/2 | 2479/25 2480/3 | 2583/9 2583/13 | 2520/25 2543/13 |
| 2556/12 2557/4 | 2586/6 | 2480/7 2480/13 | **2022 [25]** | 2559/25 |
| 2557/8 | **140 [8]** 2513/10 | 2480/13 2517/5 | 2469/6 2480/4 | **26th [1]** |
| **105 [3]** 2556/12 | 2555/9 2555/10 | 2578/3 2578/7 | 2533/18 2533/21 | 2560/23 |
| 2557/4 2557/8 | 2555/13 2557/11 | 2578/16 2578/16 | 2534/1 2534/12 | **27 [3]** 2527/9 |
| **11 percent [1]** | 2557/15 2558/19 | 2579/12 2579/13 | 2535/6 2535/8 | 2586/21 2586/22 |
| 2545/18 | 2558/21 | 2579/17 2579/22 | 2535/16 2536/6 | **273 [8]** 2471/21 |
| **11.8 percent [1]** | **148 [1]** 2546/25 | 2580/3 2580/9 | 2536/25 2538/25 | 2478/24 2479/1 |
| 2518/23 | **15 [6]** 2474/16 | 2580/13 | 2539/3 2548/16 | 2479/5 2479/10 |
| **11/4/2020 [1]** | 2529/1 2529/14 | **2016 [2]** 2477/4 | 2549/1 2551/5 | 2479/15 2479/17 |
| 2493/15 | 2529/16 2569/3 | 2477/13 | 2551/7 2564/25 | 2517/6 |
| **11:00 [1]** | 2587/22 | **2017 [1]** 2518/6 | 2576/6 2582/18 | **273.35 [1]** |
| 2529/13 | **159 [1]** 2576/7 | **2019 [3]** | 2582/24 2583/1 | 2481/10 |
| **11:02 a.m [1]** | **16 [7]** 2469/6 | 2518/11 2518/12 | 2583/2 2583/6 | **28 [3]** 2487/14 |
| 2529/17 | 2482/1 2482/2 | 2518/19 | 2583/14 | 2529/8 2531/2 |
| **11:21 a.m [1]** | 2493/3 2493/5 | **2020 [69]** | **2025 [1]** 2531/5 | **2886 [1]** 2472/2 |
| 2529/18 | 2505/6 2505/12 | 2479/3 2493/15 | **20530 [1]** | **29 [1]** 2531/13 |
| **11th [2]** | **162 [5]** 2471/12 | 2493/21 2493/24 | 2469/16 | **2:00 [3]** |
| 2548/16 2548/25 | 2553/1 2553/2 | 2497/14 2510/4 | **21 [7]** 2493/11 | 2587/13 2590/3 |
| **12 [5]** 2476/6 | 2553/8 2553/12 | 2510/23 2517/7 | 2493/13 2509/21 | 2590/15 |
| 2481/23 2481/23 | **163 [6]** 2471/13 | 2517/22 2518/12 | 2565/1 2565/7 | **2:15 [4]** 2590/3 |
| 2560/1 2561/22 | 2560/8 2560/13 | 2518/14 2518/15 | 2565/9 2565/10 | 2590/4 2590/14 |
| **12 percent [7]** | 2561/3 2561/7 | 2518/20 2532/10 | **21-02886 [1]** | 2590/16 |

**2**

**2nd [5]**    2551/4
2551/7 2564/25
2576/6 2578/23

**3**

**3 percent [2]**
2521/24 2574/22
**30 [2]**    2551/4
2573/6
**301 [6]**    2471/22
2477/15 2477/17
2477/18 2478/6
2478/11
**31 [9]**    2556/9
2556/11 2556/14
2556/22 2557/4
2557/14 2557/21
2558/2 2558/3
**333 [1]**    2470/24
**34 [1]**    2487/14
**35 [1]**    2479/17
**36 [2]**    2517/8
2517/10

**4**

**4 percent [2]**
2515/14 2518/18
**4.5 percent [2]**
2528/16 2528/17
**40 [1]**    2513/11
**40 percent [5]**
2504/7 2506/19
2513/12 2541/7
2541/9
**401 [1]**    2470/6
**406 [17]**    2483/1
2483/2 2483/9
2485/13 2485/16
2485/20 2485/25
2486/8 2489/18
2490/6 2493/21
2498/15 2499/19
2501/3 2510/4
2511/15 2530/1
**414 [2]**    2543/24
2544/4
**45 [2]**    2487/22
2487/24
**450 [1]**    2469/16
**48 [1]**    2483/19

**5**

**50 [2]**    2483/10
2483/11
**50 percent [1]**
2548/1
**51 [1]**    2488/24
**52 [2]**    2490/6
2588/6
**54 [2]**    2561/11
2584/1
**59 [1]**    2482/14
**599 [1]**    2470/3

**6**

**6 billion [1]**
2533/1
**6 percent [1]**

2558/7
**61 [3]**    2551/23
2551/25 2552/1
**62 [4]**    2558/24
2559/3 2559/8
2559/9
**69 [1]**    2482/14

**7**

**7 percent [1]**
2528/2
**70 [4]**    2562/16
2562/21 2562/23
2563/17

**8**

**8 percent [3]**
2503/17 2516/3
2518/22
**8.5 percent [1]**
2540/1
**80 percent [1]**
2574/21
**886 [3]**    2555/20
2557/4 2557/8
**8th [1]**    2553/5

**9**

**90 percent [2]**
2501/10 2528/6
**90067 [1]**
2469/21
**92 [5]**    2471/11
2578/20 2578/23
2579/4 2579/8
**9:33 [1]**    2469/7
**9th [1]**    2559/18

**A**

**a.m [3]**    2469/7
2529/17 2529/18
**AA30 [1]**
2573/21
**Abby [1]**
2469/23
**ability [2]**
2522/11 2524/10
**able [30]**
2476/11 2486/3
2487/15 2490/25
2495/21 2495/25
2498/11 2504/9
2504/20 2506/13
2516/2 2516/6
2517/4 2517/18
2520/10 2523/4
2523/11 2523/15
2523/20 2523/22
2525/17 2525/22
2527/15 2538/23
2551/18 2552/11
2581/13 2586/5
2590/2 2590/4
**above [2]**
2508/20 2592/5
**above-entitled [1]**
2592/5
**abrupt [1]**
2472/14
**absent [1]**

2530/25
**absolutely [7]**
2497/20 2506/24
2523/9 2535/22
2546/24 2557/2
2560/21
**access [17]**
2485/10 2527/14
2527/15 2550/25
2551/10 2551/12
2554/4 2554/8
2554/10 2554/11
2554/14 2554/16
2559/23 2560/5
2567/16 2567/17
2577/19
**accommodate [1]**
2504/9
**account [1]**
2494/17
**accountability [1]**
2497/1
**accountable [2]**
2503/21 2508/8
**accounts [5]**
2489/15 2528/6
2528/7 2537/17
2577/19
**accurate [6]**
2538/25 2551/19
2551/21 2581/23
2582/3 2585/5
**accurately [1]**
2521/4
**achievable [1]**
2497/6
**achieve [11]**
2475/22 2476/11
2495/14 2496/21
2506/8 2506/13
2523/15 2528/24
2551/18 2552/10
2562/24
**achieved [19]**
2475/16 2475/25
2476/10 2476/19
2477/13 2477/14
2477/25 2478/3
2478/16 2478/20
2479/19 2481/25
2482/20 2495/15
2496/19 2496/20
2528/9 2530/24
2534/10
**achieving [1]**
2482/21
**acquire [4]**
2497/22 2549/21
2549/24 2553/19
**acquired [1]**
2522/25
**acquiring [3]**
2568/13 2568/21
2569/5
**acquisition [6]**
2476/4 2479/4
2523/2 2543/19
2544/9 2556/16
**acquisitions [2]**
2473/18 2476/3

**across [4]**
2489/3 2500/10
2524/15 2539/13
**Action [1]**
2469/3
**actual [14]**
2477/25 2478/3
2496/10 2497/10
2503/23 2506/17
2507/15 2508/23
2513/17 2524/18
2533/21 2540/12
2545/11 2585/2
**actually [34]**
2482/20 2495/9
2495/11 2495/22
2500/12 2501/15
2502/14 2507/2
2521/19 2535/9
2539/2 2539/4
2541/13 2544/13
2546/2 2546/20
2548/21 2554/10
2555/6 2556/23
2558/5 2558/20
2563/1 2563/24
2564/20 2565/16
2570/23 2571/9
2571/14 2573/4
2574/1 2578/7
2582/22 2590/7
**actuals [8]**
2492/10 2505/20
2518/12 2518/13
2535/12 2544/13
2582/1 2582/21
**ad [1]**    2520/8
**add [2]**    2500/11
2506/3
**added [2]**
2496/23 2582/20
**adding [1]**
2503/12
**addition [3]**
2488/8 2524/21
2527/2
**additional [16]**
2495/9 2520/14
2520/15 2520/18
2521/20 2531/25
2532/6 2532/6
2532/16 2532/22
2534/17 2535/2
2541/2 2555/21
2585/4 2585/8
**additionally [3]**
2482/22 2496/25
2533/9
**adds [1]**    2488/8
**adjust [1]**
2509/23
**adjustments [1]**
2508/2
**admin [5]**
2488/2 2491/20
2530/18 2540/16
2565/25
**administration [1]**
2475/2 2486/7
2486/8 2486/12

2486/24 2487/2
2487/7 2488/3
2489/7 2490/4
2496/17 2498/5
2540/7
**admission [4]**
2549/6 2568/2
2569/18 2576/18
**admit [9]**
2549/4 2553/8
2557/3 2561/3
2566/4 2568/1
2569/17 2576/17
2579/4
**admitted [30]**
2471/11 2471/12
2471/13 2471/14
2471/15 2471/16
2471/17 2471/18
2471/19 2471/21
2471/22 2478/10
2478/11 2479/14
2479/15 2553/11
2553/12 2557/7
2557/8 2561/6
2561/7 2566/21
2568/5 2568/6
2569/20 2569/25
2576/20 2576/21
2579/7 2579/8
**advance [5]**
2544/17 2545/2
2545/4 2545/6
2545/6
**advanced [1]**
2587/19
**advances [5]**
2544/21 2544/24
2545/12 2545/19
2579/12
**advisors [1]**
2570/18
**affect [2]**
2511/3 2545/1
**affected [3]**
2480/14 2503/18
2540/22
**affecting [1]**
2538/20
**affects [1]**
2501/18
**affirm [1]**
2472/25
**afternoon [4]**
2547/15 2547/17
2547/20 2547/21
**again [48]**
2472/24 2481/22
2482/19 2489/3
2491/3 2493/23
2493/25 2494/3
2494/6 2495/19
2496/25 2497/13
2497/18 2498/25
2499/21 2503/23
2504/11 2507/19
2508/7 2508/21
2519/21 2521/13
2521/18 2523/10

**A**

again... [22]
2528/18 2529/19
2529/20 2530/3
2537/11 2539/12
2539/18 2540/4
2541/14 2541/24
2542/8 2543/13
2558/14 2559/12
2561/20 2564/14
2567/14 2575/6
2584/15 2584/25
2585/9 2585/24
aggregate [2]
2521/23 2554/21
aggregated [5]
2485/10 2507/2
2554/20 2554/23
2579/12
aggregating [2]
2567/4 2567/18
agile [1]
2585/19
agree [8]
2481/3 2481/4
2551/10 2580/2
2580/8 2580/20
2581/3 2588/20
agreement [2]
2510/9 2569/24
ahead [6]
2493/10 2497/3
2549/13 2563/5
2563/22 2589/12
al [2]   2469/6
2472/3
algorithm [1]
2526/22
align [2]
2505/16 2505/17
aligned [3]
2487/17 2487/18
2510/1
aligning [1]
2486/1
allocated [8]
2489/3 2544/6
2544/8 2544/15
2544/23 2545/3
2545/7 2545/17
allocation [1]
2498/21
allocations [2]
2498/16 2499/8
allowed [1]
2564/20
almost [5]
2484/12 2497/16
2526/10 2537/18
2545/21
along [3]
2501/22 2505/19
2514/7
although [3]
2486/23 2522/4
2522/21
always [7]
2475/4 2496/7
2502/17 2508/20

2555/16 2559/5
2565/19
AMERICA [3]
2469/3 2472/3
2539/13
among [2]
2507/7 2507/16
amount [28]
2492/4 2492/6
2492/21 2493/21
2495/4 2495/20
2496/18 2496/19
2496/22 2496/22
2498/23 2499/11
2501/17 2505/7
2505/9 2505/10
2505/18 2507/20
2507/21 2509/16
2528/15 2529/6
2532/18 2536/25
2545/1 2562/5
2562/11 2577/4
amounted [1]
2503/16
amounts [6]
2494/1 2494/2
2510/1 2510/1
2562/9 2562/14
analysis [33]
2474/24 2480/16
2480/17 2482/23
2482/24 2482/25
2483/16 2491/20
2494/5 2501/8
2502/9 2502/9
2503/22 2503/25
2503/25 2505/15
2506/9 2507/19
2510/12 2510/16
2510/17 2511/12
2519/17 2527/3
2527/6 2527/7
2528/21 2533/11
2544/19 2545/15
2550/3 2554/18
2577/22
analyze [4]
2474/19 2475/15
2500/1 2527/12
analyzed [2]
2498/25 2540/6
anchor [9]
2475/20 2481/13
2492/11 2494/2
2505/8 2505/20
2506/6 2560/2
2577/16
anchored [3]
2500/12 2506/21
2522/9
Andrew [2]
2469/22 2472/6
Angeles [1]
2469/21
announcement [1]
2552/23
annual [1]
2531/4
annum [1]
2528/19

anonymized [1]
2484/18
answered [5]
2548/12 2560/4
2565/16 2568/19
2576/11
anticipated [2]
2480/9 2581/19
anticipates [1]
2556/16
anticipating [2]
2554/1 2585/6
Antitrust [1]
2469/15
apart [2]
2476/3 2549/11
Apologies [1]
2578/20
apologize [2]
2564/19 2590/11
appearances [1]
2469/11 2470/1
2472/4
appears [1]
2487/23
apples [1]
2584/23
applied [3]
2491/11 2506/18
2546/14
apply [3]
2505/9 2530/15
2567/4
applying [1]
2567/19
appraisal [1]
2548/10
approach [6]
2472/4 2520/1
2520/5 2549/14
2550/7 2564/8
appropriate [1]
2495/14
approval [1]
2549/21
April [2]
2555/6 2559/9
April 1st [1]
2559/9
April 2021 [1]
2555/6
area [3]   2482/6
2486/15 2500/6
areas [3]
2523/17 2523/21
2527/2
arena [1]
2524/7
argue [1]
2591/10
argument [2]
2589/11 2590/23
arising [1]
2510/18
around [12]
2483/10 2483/11
2495/24 2506/8
2507/11 2521/23
2533/17 2540/25
2557/1 2557/25

2558/4 2590/3
art [16]   2475/3
2540/6 2540/10
2562/1 2562/4
2562/7 2562/18
2563/2 2563/7
2563/20 2565/17
2565/17 2566/25
2567/13 2567/20
2567/21
artificial [1]
2526/21
aside [4]
2531/11 2535/4
2579/16 2591/9
aspects [3]
2545/25 2546/10
2547/7
assessments [1]
2509/14
associated [3]
2521/9 2524/22
2538/14
assume [5]
2541/13 2555/11
2590/7 2590/11
2590/20
assumed [3]
2537/9 2562/4
2578/8
assumes [1]
2574/4
Assuming [1]
2590/6
assumption [8]
2495/14 2515/21
2515/23 2567/14
2567/21 2575/25
2576/8 2576/13
assumptions [3]
2532/13 2581/22
2582/12
asterisk [1]
2571/12
ate [1]   2580/10
attached [1]
2553/21
attempting [1]
2550/3
attention [2]
2483/14 2526/14
attributable [1]
2572/10
attributed [2]
2572/5 2572/12
audio [16]
2538/14 2571/19
2571/23 2572/4
2572/17 2573/13
2573/20 2573/24
2575/20 2585/12
2585/12 2585/15
2586/1 2586/3
2586/14 2586/15
audiobooks [3]
2571/9 2574/5
2585/17
audios [1]
2585/19
auditors [2]

2474/6 2544/10
August [1]
2469/6
author [3]
2543/8 2544/4
2544/21
authors [9]
2520/16 2520/18
2525/2 2533/8
2543/11 2546/3
2546/20 2578/13
2588/17
automatic [1]
2543/10
automatically [2]
2520/16 2537/21
available [3]
2527/1 2552/24
Avenue [3]
2469/20 2470/3
2470/24
average [5]
2488/14 2488/17
2488/22 2515/13
2518/18
averages [1]
2538/5
aware [6]
2517/20 2517/24
2534/16 2534/19
2555/25 2556/4
2555/25 2556/4
away [1]   2589/4

**B**

back [32]
2473/8 2475/15
2476/12 2480/4
2494/13 2495/15
2495/18 2497/4
2497/13 2498/1
2498/12 2499/6
2506/1 2506/11
2508/13 2512/17
2513/11 2519/20
2521/12 2529/18
2536/16 2538/25
2540/4 2541/24
2542/1 2546/23
2552/19 2555/13
2555/15 2557/11
2573/19 2582/13
backlist [6]
2524/1 2524/3
2526/16 2526/22
2576/3 2576/5
backs [3]
2508/12 2508/17
2508/19
bad [2]   2501/23
2534/11
bank [2]
2489/14 2489/14
bankers [5]
2575/4 2575/5
2575/7 2585/21
2585/24
bankers' [1]
2586/8
Bankruptcy [1]
2470/24

**B**

**barely [1]**
2556/23

**base [11]**
2514/24 2515/6
2515/18 2531/9
2531/10 2539/25
2554/2 2574/15
2575/1 2575/8
2575/10

**based [27]**
2495/1 2495/2
2495/19 2496/3
2496/12 2504/2
2506/24 2507/6
2507/9 2507/12
2507/16 2508/23
2518/23 2519/16
2520/18 2522/22
2523/20 2536/2
2537/20 2539/5
2542/13 2544/13
2544/19 2545/10
2564/22 2567/11
2575/7

**basically [69]**
2474/9 2475/5
2476/12 2484/13
2487/15 2488/13
2489/25 2490/25
2492/5 2496/4
2496/23 2497/12
2498/11 2498/21
2499/3 2500/3
2500/17 2501/10
2501/12 2501/19
2504/7 2505/17
2506/21 2510/1
2512/8 2512/18
2515/4 2515/14
2515/15 2516/15
2517/3 2520/4
2520/17 2522/8
2522/18 2523/15
2524/24 2526/24
2530/22 2532/1
2532/7 2532/17
2532/25 2533/4
2533/5 2533/22
2534/9 2536/3
2541/18 2542/2
2542/24 2544/9
2544/9 2544/14
2544/19 2545/6
2545/16 2546/15
2546/18 2565/18
2565/22 2570/14
2574/8 2575/3
2575/8 2575/11
2577/16 2583/12
2586/14

**basis [9]**
2486/1 2498/13
2501/6 2512/7
2515/23 2521/16
2521/17 2522/5
2534/17

**BAU [3]**   2478/1
2478/12 2478/13

**bears [1]**
2512/21

**began [1]**
2580/17

**beginning [8]**
2528/19 2539/3
2551/25 2565/1
2569/3 2573/7
2582/24 2582/25

**belabor [1]**
2555/1

**believes [1]**
2523/18

**below [1]**
2479/22

**BENCH [1]**
2469/9

**beneficial [1]**
2524/24

**benefit [2]**
2581/1 2588/17

**benefits [4]**
2484/20 2485/23
2531/4 2556/15

**BERTELSMANN [31]**
2469/6 2469/18
2469/23 2472/3
2476/18 2476/21
2477/6 2477/9
2478/15 2481/8
2506/12 2508/13
2531/23 2531/25
2532/4 2532/15
2533/19 2534/13
2534/21 2536/12
2536/17 2543/17
2546/22 2547/6
2553/18 2555/14
2555/21 2556/15
2556/16 2584/4
2585/9

**Bertelsmann's [3]**
2549/24 2556/11
2556/21

**best [9]**
2475/23 2488/20
2492/12 2494/11
2526/25 2564/2
2590/10 2590/13
2591/20

**better [4]**
2577/10 2581/8
2581/11 2591/13

**big [4]**   2523/12
2536/15 2540/17
2540/20

**bigger [2]**
2542/11 2542/19

**biggest [1]**
2577/11

**billion [2]**
2533/1 2549/24

**binder [12]**
2548/20 2551/3
2551/22 2553/1
2555/9 2555/20
2560/8 2563/5
2564/23 2564/24
2573/20 2578/20

**binders [1]**
2549/14

**binding [2]**
2511/23 2512/22

**bit [13]**
2472/14 2475/7
2499/20 2499/25
2508/9 2510/19
2513/8 2530/20
2536/6 2539/15
2539/16 2584/23
2590/8

**black [4]**
2563/2 2565/21
2566/1 2566/3

**block [3]**
2486/13 2487/13
2487/14

**blocks [1]**
2486/20

**board [3]**
2497/5 2499/17
2582/14

**book [12]**
2490/16 2512/6
2512/8 2512/11
2512/12 2512/16
2512/17 2512/25
2522/21 2523/14
2526/1 2541/15

**books [23]**
2475/6 2511/25
2512/7 2512/21
2513/10 2513/13
2513/14 2516/16
2523/24 2524/17
2524/19 2525/22
2526/12 2526/15
2526/25 2538/14
2541/2 2541/17
2545/21 2563/10
2577/9 2577/19
2577/23

**bookstores [13]**
2522/8 2523/13
2523/25 2525/25
2526/6 2526/8
2526/11 2541/17
2541/20 2541/25
2542/9 2576/25
2577/5

**both [29]**
2473/15 2474/19
2475/25 2476/13
2482/9 2483/17
2488/15 2488/15
2488/17 2488/20
2488/22 2498/8
2500/5 2509/23
2513/18 2527/22
2532/8 2533/21
2534/2 2534/4
2534/5 2535/11
2537/3 2537/5
2545/21 2564/2
2564/3 2570/7
2572/12

**bothersome [1]**
2477/11

**bottleneck [1]**
2539/15

**bottom [7]**
2521/9 2544/5
2544/17 2544/17
2550/17 2551/1
2571/15

**bottom-up [2]**
2550/17 2551/1

**bottoms [9]**
2495/10 2502/9
2502/13 2550/8
2550/19 2550/22
2550/23 2551/11
2564/8

**bottoms-up [9]**
2495/10 2502/9
2502/13 2550/8
2550/19 2550/22
2550/23 2551/11
2564/8

**box [4]**   2563/2
2565/21 2566/1
2566/3

**break [6]**
2487/19 2529/10
2529/15 2587/9
2587/12 2591/19

**breakdown [1]**
2498/21

**breakdowns [1]**
2585/8

**brief [6]**
2546/7 2558/15
2566/14 2587/17
2589/25 2590/7

**briefly [3]**
2500/23 2550/7
2555/1

**bring [13]**
2474/16 2490/25
2493/11 2499/15
2506/12 2515/24
2516/2 2516/24
2517/18 2530/2
2565/16 2583/25
2584/15

**bringing [1]**
2499/17

**broke [1]**
2487/16

**broken [2]**
2489/24 2504/2

**brought [1]**
2537/12

**budgeted [1]**
2477/24

**build [2]**
2501/25 2502/3

**building [1]**
2541/25

**bullet [1]**
2474/22

**bunch [1]**
2486/24

**business [21]**
2476/15 2478/13
2480/14 2489/10
2491/3 2491/17
2498/19 2514/14
2522/22 2533/3
2533/3 2539/4

**2549/14**
2512/21

**2512/21**

**2544/14 2545/25**
2546/10 2546/17
2560/22 2578/11
2580/15 2580/19
2585/2

**businesses [2]**
2533/2 2572/12

**C**

**calculate [13]**
2481/14 2484/7
2491/1 2491/8
2495/11 2496/6
2497/3 2501/19
2505/7 2514/10
2530/11 2530/12
2533/6

**calculated [9]**
2483/15 2499/22
2501/18 2513/9
2519/25 2528/13
2545/14 2572/9
2588/16

**calculates [2]**
2488/13 2500/19

**calculating [4]**
2481/24 2488/18
2542/5 2545/16

**calculation [9]**
2473/13 2482/5
2489/8 2491/12
2517/22 2528/12
2571/23 2584/19
2587/2

**calculations [2]**
2515/10 2521/19

**California [1]**
2469/21

**call [11]**
2502/13 2517/2
2521/20 2522/15
2523/23 2524/1
2525/25 2528/25
2565/19 2574/23
2587/17

**called [12]**
2477/4 2482/24
2482/25 2486/18
2503/8 2531/22
2550/11 2550/16
2561/1 2572/14
2572/15 2573/21

**calling [1]**
2574/19

**calls [1]**
2574/10

**came [10]**
2481/18 2491/20
2492/18 2494/25
2505/1 2507/11
2536/24 2540/10
2545/3 2585/12

**can [87]**
2472/21 2482/6
2482/10 2482/11
2482/12 2484/4
2484/6 2485/20
2486/16 2487/18
2490/6 2490/13
2492/24 2493/16

**C**

**can... [73]**
2494/14 2495/10
2495/11 2498/19
2499/22 2501/6
2502/21 2502/23
2502/24 2503/12
2504/1 2504/6
2504/7 2505/20
2506/19 2506/19
2506/22 2511/2
2512/7 2512/8
2518/18 2518/22
2519/24 2522/20
2523/18 2524/6
2526/7 2527/10
2528/21 2529/19
2529/22 2530/2
2533/6 2538/9
2542/24 2543/7
2545/23 2546/4
2551/3 2551/17
2552/9 2552/10
2555/20 2555/24
2557/17 2560/8
2561/11 2561/14
2562/13 2563/5
2564/17 2564/24
2568/25 2571/12
2572/7 2572/22
2573/10 2575/1
2576/6 2577/24
2577/25 2578/20
2579/16 2582/19
2584/15 2585/23
2587/6 2587/7
2589/3 2589/20
2590/23 2590/25
2591/1
**Cantor [1]**
2469/23
**capabilities [1]**
2586/16
**capacity [10]**
2503/9 2504/7
2541/4 2541/9
2541/10 2541/14
2542/1 2542/21
2542/24 2542/24
**capillarity [4]**
2522/7 2523/13
2523/25 2526/9
**Cara [2]**
2527/13 2554/8
**care [2]**
2512/18 2524/17
**careful [1]**
2485/9
**carry [1]**
2523/24
**case [22]**
2472/2 2475/1
2490/12 2490/15
2490/17 2499/25
2500/16 2504/4
2514/24 2515/6
2515/18 2524/11
2526/22 2531/9
2531/9 2531/10

2536/13 2574/4
2574/16 2584/7
2586/13 2588/5
**cases [1]**
2554/2
**cash [6]**
2531/25 2532/5
2532/16 2534/13
2534/21 2535/2
**categories [13]**
2478/20 2478/22
2479/24 2481/17
2489/20 2489/22
2493/17 2508/3
2520/21 2531/6
2539/22 2550/24
2565/14
**category [9]**
2473/10 2479/20
2506/2 2507/15
2520/11 2525/12
2525/14 2571/9
2573/20
**CBSviacom [2]**
2509/13 2568/15
**cell [9]    2484/7**
2488/24 2490/7
2500/19 2514/5
2530/4 2530/5
2571/21 2573/12
**centers [3]**
2500/2 2503/7
2503/15
**certain [4]**
2538/22 2554/5
2563/17 2580/8
**certainly [2]**
2525/21 2584/25
**certify [1]**
2592/4
**cetera [3]**
2492/11 2526/12
2589/6
**Ceteris [1]**
2545/5
**CFO [1]    2514/19**
**chain [16]**
2503/10 2515/17
2516/16 2516/22
2522/10 2522/16
2522/17 2528/10
2529/2 2529/6
2533/9 2539/12
2539/15 2577/20
2579/14 2581/12
**chains [2]**
2516/25 2539/16
**chance [2]**
2585/11 2585/21
**change [8]**
2505/11 2535/16
2536/18 2536/24
2537/21 2537/22
2543/3 2584/9
**changed [5]**
2536/3 2537/24
2540/17 2540/20
2580/3
**changes [11]**
2520/12 2535/13

2535/15 2536/21
2536/23 2540/22
2545/25 2546/10
2580/16 2580/20
2580/24
**charge [7]**
2474/3 2490/22
2500/8 2504/21
2504/22 2544/25
2568/16
**charged [1]**
2544/9
**charges [5]**
2473/24 2489/12
2489/14 2489/15
2506/23
**charging [2]**
2499/13 2509/19
**chart [3]**
2567/20 2567/22
2575/17
**charts [3]**
2567/16 2567/17
2579/13
**checking [1]**
2507/11
**children's [2]**
2522/21 2539/13
**China [1]**
2539/13
**civil [2]**
2469/3 2472/2
**claimed [2]**
2549/10 2572/5
**claims [2]**
2556/6 2588/7
**clarification [1]**
2590/17
**clarify [1]**
2489/9
**clarifying [1]**
2554/17
**clarity [1]**
2557/12
**clean [10]**
2484/13 2494/18
2510/10 2527/14
2554/4 2554/5
2554/8 2554/11
2554/19 2554/23
**clear [5]**
2493/14 2519/5
2530/2 2536/23
2545/7
**clearly [1]**
2489/12
**client [1]**
2501/13
**clients [7]**
2501/11 2503/13
2516/8 2516/12
2516/14 2516/25
2570/3
**clip [1]**
2548/21
**close [5]**
2542/9 2545/23
2551/14 2552/11
2569/12
**closed [15]**

2475/11 2500/13
2541/17 2541/21
2546/15 2559/13
2559/25 2587/18
2587/21 2587/24
2589/13 2589/14
2589/17 2589/23
2590/15
**closes [5]**
2550/18 2550/21
2550/21 2551/14
2551/18
**closing [3]**
2502/17 2550/20
2568/15
**clue [2]**
2570/11 2570/13
**CO [2]    2469/6**
2472/3
**code [1]    2494/4**
**coded [8]**
2519/14 2519/16
2548/1 2566/25
2571/21 2572/2
2572/17 2573/12
**coexistence [1]**
2580/14
**cognizable [1]**
2550/3
**coincidentally [1]**
2535/2
**coincides [1]**
2567/22
**coinciding [1]**
2559/7
**colleagues [1]**
2553/6
**COLUMBIA [1]**
2469/1
**column [7]**
2478/1 2487/18
2493/14 2493/15
2493/18 2531/21
2575/18
**columns [2]**
2493/18 2575/2
**combined [10]**
2475/24 2476/1
2476/11 2482/9
2488/21 2496/8
2561/13 2572/13
2574/5 2577/24
**comfort [4]**
2496/1 2497/5
2503/24 2507/4
**comfortable [3]**
2495/6 2503/13
2505/14
**coming [5]**
2498/20 2521/5
2539/6 2543/25
2566/15 2580/10
**comments [1]**
2562/1
**commercial [1]**
2480/20
**Commission's [1]**
2550/4
**committee [1]**
2560/22

**common [5]**
2473/18 2473/19
2492/9 2494/5
2550/19
**communicated [1]**
2555/16
**companies [9]**
2475/12 2475/13
2475/25 2476/13
2482/9 2534/5
2537/5 2564/2
2568/17
**companies' [1]**
2527/24
**company [21]**
2475/1 2480/24
2484/8 2496/5
2497/22 2500/18
2508/19 2518/25
2519/1 2519/3
2522/15 2522/21
2522/24 2532/20
2536/7 2538/7
2547/7 2574/12
2581/21 2581/16
2586/13
**compare [4]**
2484/10 2515/19
2535/4 2584/23
**compared [6]**
2514/7 2515/12
2525/4 2527/4
2540/1 2584/20
**compares [1]**
2531/15
**comparing [1]**
2477/24
**comparison [1]**
2584/18
**compensation [5]**
2485/1 2485/22
2488/15 2488/17
2543/9
**compensations [1]**
2562/22
**complained [1]**
2519/12
**complete [2]**
2566/16 2583/17
**completed [4]**
2485/7 2583/2
2583/14 2587/8
**complicated [2]**
2512/11 2584/23
**component [4]**
2483/18 2483/18
2484/1 2484/5
**concept [2]**
2497/13 2508/12
**concern [2]**
2578/10 2578/14
**concerns [1]**
2579/11
**concluded [1]**
2507/20
**conclusion [2]**
2495/23 2528/23
**conclusions [1]**
2493/20
**conditions [1]**

**C**

conditions... [1]
2480/19
confident [2]
2499/14 2571/2
confidential [8]
2484/18 2510/6
2552/12 2557/6
2559/23 2560/6
2560/10 2560/20
confidentiality [2]
2579/11
confirm [4]
2482/23 2514/16
2528/18 2529/5
confirmation [2]
2510/17 2528/20
confirmatory [1]
2527/6
confirmed [5]
2478/15 2492/3
2495/24 2514/18
2558/9
confused [1]
2563/15
connection [3]
2509/17 2547/6
2587/1
consequence [2]
2531/5 2533/10
conservative [8]
2499/16 2508/8
2508/11 2508/13
2508/20 2534/7
2534/9 2537/12
consider [1]
2474/6
considerate [1]
2589/4
consistent [2]
2546/22 2547/2
consolidation [1]
2520/9
Constitution [1]
2470/24
consultant [2]
2474/5 2474/8
consulting [2]
2474/9 2554/20
consumer [1]
2523/15
Cont [1]    2470/1
contain [1]
2477/22
contained [4]
2488/25 2518/10
2518/11 2534/21
contains [1]
2477/23
contemplated [3]
2532/4 2534/12
2534/22
content [3]
2523/11 2533/3
2533/3
context [1]
2573/18
continue [3]
2472/7 2472/19

2490/22
Continued [2]
2471/4 2473/6
continues [2]
2535/18 2566/16
contracts [2]
2487/5 2570/11
2570/14 2570/17
2570/18 2570/19
2570/21 2570/24
2571/1 2571/5
contrary [1]
2578/7
contribution [2]
2520/17 2537/19
control [2]
2545/9 2545/10
controlled [1]
2516/23
converge [2]
2515/22 2517/19
conversation [1]
2499/12
conversations [11]
2482/19 2496/14
2499/1 2499/2
2500/7 2504/21
2507/1 2519/17
2523/20 2525/7
2540/24
copy [1]
2578/23
corporate [5]
2487/4 2487/6
2498/16 2499/8
2509/14
correctly [2]
2551/10 2576/15
correlated [1]
2538/11
correlation [1]
2586/3
cost [20]
2475/13 2475/24
2482/7 2482/8
2482/9 2489/19
2489/21 2494/20
2499/17 2512/24
2519/19 2521/6
2537/14 2537/19
2538/1 2538/21
2539/25 2544/19
2544/23 2556/17
costs [23]
2473/24 2479/22
2491/9 2491/10
2494/10 2494/18
2499/15 2504/12
2506/17 2511/18
2511/20 2512/21
2520/11 2521/9
2538/11 2538/13
2538/13 2538/15
2538/18 2539/7
2544/15 2545/11
2570/8
counsel [4]
2472/3 2472/11
2554/20 2583/12
countries [9]

2524/9 2524/10
2524/11 2524/12
2524/16 2524/17
2524/20 2524/23
2525/4
couple [9]
2477/5 2486/5
2500/23 2535/19
2536/21 2559/21
2571/14 2575/23
2583/24
coupled [1]
2512/9
course [9]
2472/14 2481/13
2512/22 2519/18
2533/2 2546/19
2578/11 2585/4
2591/4
court [27]
2469/1 2470/23
2480/12 2483/4
2487/23 2490/14
2493/23 2499/6
2499/23 2501/6
2501/14 2509/2
2511/2 2519/24
2521/16 2522/19
2523/10 2528/23
2531/7 2540/21
2542/3 2543/23
2544/3 2566/14
2585/23 2591/12
2592/3
Court's [3]
2486/5 2498/2
2591/15
courtroom [2]
2590/3 2590/14
Courts [1]
2470/24
cover [7]
2501/12 2509/1
2528/6 2528/7
2530/1 2534/15
2535/13
covered [3]
2473/11 2511/17
2520/21
COVID [2]
2537/6 2537/7
create [4]
2476/18 2495/10
2520/16 2551/15
created [10]
2477/14 2479/7
2485/18 2527/7
2531/4 2532/1
2534/2 2555/6
2569/13 2575/4
creating [1]
2550/2
creative [9]
2475/5 2545/25
2546/10 2546/16
2546/18 2547/7
2562/5 2565/19
2565/23
critical [1]
2526/23

criticized [2]
2517/20 2517/21
cross [6]
2471/5 2547/14
2547/18 2587/23
2589/5 2590/6
Cross-Examination [2]
2471/5 2547/18
cross-examine [1]
2589/15
crossed [1]
2591/14
current [1]
2481/12
currently [1]
2500/21
customer [1]
2554/15
customers [5]
2523/7 2527/17
2527/21 2577/9
2577/10
cut [10]
2502/15 2502/19
2546/19 2546/19
2562/18 2562/23
2563/14 2563/16
2563/19 2563/25
cuts [3]    2562/3
2562/24 2563/7

**D**

D.C [4]    2469/6
2469/16 2470/6
2470/25
Daniel [2]
2469/18 2469/23
data [18]
2484/14 2484/18
2484/22 2484/23
2485/1 2485/10
2486/23 2491/9
2498/18 2498/20
2506/25 2533/21
2536/3 2554/8
2554/21 2560/11
2560/19 2577/15
date [14]
2498/19 2535/21
2535/23 2559/5
2559/7 2559/11
2559/14 2559/16
2559/19 2582/23
2583/2 2583/5
2583/6 2592/10
day [17]
2475/14 2484/2
2499/16 2503/20
2510/15 2512/6
2512/15 2520/8
2529/1 2537/18
2543/24 2544/4
2552/7 2552/7
2564/8 2586/2
2591/10
days [1]
2552/23
de [1]    2478/22
de-duplications [1]
2478/22

deal [5]
2533/12 2540/3
2550/17 2550/21
2551/14
decide [2]
2588/19 2591/12
decided [1]
2534/9
decisions [1]
2497/2
decline [6]
2480/12 2480/15
2480/19 2480/25
2518/19 2578/17
dedicated [5]
2524/15 2524/19
2525/24 2526/4
2526/20
Deedy [3]
2527/13 2554/8
2554/11
deep [1]
2495/22
Defendant [1]
2469/7
DEFENDANTS [3]
2469/18 2469/22
2470/2
Defendants' [10]
2471/21 2471/22
2473/9 2478/11
2479/15 2491/5
2493/12 2531/2
2531/13 2586/22
delicate [1]
2510/8
delivering [1]
2521/7
demand [3]
2512/10 2512/11
2536/5
demonstrative [20]
2473/9 2474/16
2482/1 2484/16
2491/5 2491/6
2492/24 2493/1
2493/12 2493/12
2498/15 2509/7
2518/8 2520/20
2520/25 2527/9
2529/9 2531/2
2531/14 2589/18
department [47]
2469/15 2484/10
2484/19 2485/6
2485/6 2486/24
2487/17 2487/19
2488/2 2488/3
2489/7 2489/11
2489/11 2490/1
2490/2 2490/9
2490/9 2492/20
2493/14 2495/9
2495/10 2495/25
2496/1 2498/5
2498/5 2498/6
2498/8 2498/9
2505/16 2505/16
2509/10 2530/12
2530/12 2530/14

**D**

department... [13]
2530/16 2530/16
2530/16 2530/16
2530/19 2530/19
2550/4 2555/14
2556/1 2556/4
2556/14 2557/1
2567/13

departments [26]
2474/22 2474/22
2474/25 2475/3
2479/8 2482/7
2482/11 2484/8
2484/11 2485/11
2485/21 2485/21
2486/2 2486/2
2486/6 2486/18
2486/25 2487/1
2487/1 2488/5
2489/4 2493/17
2500/24 2540/6
2563/18 2570/7

depend [1]
2571/23

dependent [1]
2490/17

depending [2]
2505/12 2528/22

depends [2]
2504/5 2591/11

deposition [25]
2510/19 2510/21
2548/15 2549/5
2549/9 2549/11
2550/9 2551/3
2551/4 2551/6
2551/22 2563/5
2564/23 2565/5
2565/6 2565/7
2566/23 2567/6
2568/25 2572/16
2573/1 2573/6
2573/11 2576/6
2586/20

depositions [2]
2511/5 2511/14

derive [1]
2501/24

describe [2]
2519/24 2540/21

described [1]
2527/3

description [2]
2556/15 2567/12

designee [3]
2564/24 2566/5
2576/7

despite [1]
2570/4

destroying [1]
2512/19

destroying potential [1]
2512/19

detail [8]
2474/12 2475/7
2489/17 2491/1
2497/3 2540/4
2551/17 2552/9

detailed [6]
2485/1 2486/6
2491/20 2498/3
2503/25 2554/23

details [2]
2509/5 2554/14

determination [1]
2509/18

determine [2]
2565/3 2565/12

determined [1]
2541/11

determining [1]
2582/19

develop [2]
2574/12 2585/5

developed [1]
2569/14

developing [1]
2525/19

development [1]
2579/1

difference [9]
2496/5 2514/12
2515/9 2518/16
2519/6 2524/13
2527/23 2528/1
2573/17

differences [2]
2510/5 2539/22

different [30]
2477/23 2481/17
2482/6 2484/9
2485/21 2486/6
2486/20 2487/16
2489/3 2489/12
2493/16 2496/2
2496/7 2500/1
2500/1 2508/3
2516/25 2518/15
2522/16 2524/16
2530/20 2530/21
2531/6 2531/16
2532/16 2544/20
2564/17 2565/4
2580/9 2580/12

differential [2]
2513/18 2575/10

difficulty [1]
2590/9

dig [1]    2475/7

digital [1]
2511/25

direct [7]
2471/4 2473/6
2483/13 2513/21
2524/13 2587/22
2588/1

directly [1]
2526/10

dis [1]    2481/1
2481/1

dis-synergies [1]
2481/1

discoverable [2]
2526/25 2577/18

discuss [1]
2504/20

discussed [7]

2502/7 2536/12
2547/25 2555/2
2575/24 2585/8
2591/20

discussing [8]
2507/7 2528/19
2550/8 2557/12
2561/19 2579/1
2582/22 2584/24

discussion [3]
2493/11 2520/23
2552/6

discussions [6]
2481/16 2507/1
2529/4 2552/13
2569/8 2569/9

disintegrated [1]
2490/24

dismiss [1]
2588/6

disprove [1]
2577/15

disrupted [1]
2578/11

disruptive [1]
2580/7

distribute [1]
2526/14

distributed [1]
2524/18

distribution [15]
2500/2 2503/6
2503/15 2504/4
2504/17 2504/21
2516/8 2516/12
2516/14 2516/18
2522/17 2523/7
2540/25 2570/3
2570/5

distributors [1]
2524/18

DISTRICT [4]
2469/1 2469/1
2469/10 2470/24

divided [1]
2577/4

Division [1]
2469/15

divisions [5]
2532/1 2532/16
2532/17 2533/6
2565/24

divvy [1]
2553/23

document [23]
2476/25 2477/2
2477/3 2479/7
2479/9 2484/18
2485/10 2485/19
2495/10 2498/18
2502/12 2502/20
2503/23 2511/13
2525/7 2525/9
2559/6 2559/7
2560/9 2573/9
2575/1 2586/18
2586/25

documentary [1]
2555/22

documentation [1]

2557/22

documents [3]
2556/24 2557/20
2557/23

Dohle [4]
2481/16 2482/19
2496/15 2507/2

DOJ [1]    2517/20

DOJ's [1]
2534/17

dollar [19]
2482/10 2492/4
2492/6 2492/21
2493/21 2494/1
2494/2 2496/18
2496/19 2501/17
2505/7 2505/9
2505/10 2505/18
2509/25 2510/1
2520/15 2524/21
2528/15

dollars [10]
2562/3 2562/6
2568/14 2568/22
2571/19 2572/4
2572/8 2577/3
2578/17 2581/18

done [9]
2476/16 2495/7
2496/16 2503/18
2505/15 2507/4
2535/9 2577/7
2591/14

double [1]
2523/4

down [56]
2487/9 2487/13
2488/11 2489/21
2489/21 2490/6
2494/11 2495/22
2499/20 2502/9
2502/12 2504/2
2506/7 2506/10
2506/12 2515/24
2516/3 2517/2
2517/18 2517/23
2518/21 2518/22
2520/7 2533/24
2536/24 2537/12
2537/14 2537/19
2538/12 2538/17
2539/4 2539/6
2539/7 2539/11
2540/10 2543/7
2544/16 2545/3
2545/18 2545/23
2546/6 2550/9
2550/11 2550/12
2550/13 2550/15
2550/16 2552/8
2558/7 2558/14
2561/24 2561/25
2586/1 2586/5
2587/6 2587/7

downside [1]
2554/2

dozen [1]
2484/22

dozens [1]
2555/3

Dr. [5]    2588/20
2590/20 2590/24
2591/8 2591/13

Dr. Snyder [5]
2588/20 2590/20
2590/24 2591/8
2591/13

draft [2]
2493/15 2509/22

dramatically [1]
2533/25

drew [1]
2528/23

drill [1]
2529/15

due [2]    2578/11
2580/25

duplications [1]
2478/22

duplicative [2]
2474/19 2476/12

duplicity [1]
2567/23

during [3]
2529/15 2550/9
2556/5

DX [14]    2477/15
2477/17 2477/18
2478/6 2478/24
2479/1 2479/5
2479/10 2479/17
2481/10 2517/6
2518/11 2543/24
2544/4

DX-168 [1]
2518/11

DX-273 [6]
2478/24 2479/1
2479/5 2479/10
2479/17 2517/6

DX-273.35 [1]
2481/10

DX-301 [4]
2477/15 2477/17
2477/18 2478/6

DX-414 [2]
2543/24 2544/4

**E**

e-books [1]
2538/14

e-mail [5]
2553/5 2560/13
2560/23 2578/23
2579/13

E10 [2]    2514/22
2514/23

E45 [7]    2487/24
2488/9 2502/24
2502/25 2503/5
2503/16 2530/4

E47 [1]    2503/17

E48 [4]    2483/23
2484/7 2488/11
2490/10

E51 [2]    2484/4
2488/24

E52 [4]    2483/14
2483/15 2490/7
2499/21

**E**

earlier [6]
  2483/17 2554/4
  2554/17 2560/15
  2562/2 2563/1
early [3]
  2491/17 2557/21
  2584/20
easy [2]
  2473/19 2473/20
EBIT [1]    2543/3
economies [1]
  2556/17
editor [1]
  2545/8
editorial [15]
  2475/3 2540/6
  2540/10 2562/1
  2562/4 2562/7
  2562/18 2563/2
  2563/7 2563/9
  2563/19 2565/14
  2565/17 2565/17
  2565/24
editors [1]
  2546/19
effect [2]
  2540/2 2540/3
efficiencies [52]
  2473/11 2475/16
  2475/18 2477/7
  2478/15 2478/17
  2481/12 2481/25
  2482/3 2482/5
  2482/12 2482/22
  2488/18 2489/8
  2491/18 2492/5
  2492/13 2493/18
  2493/19 2494/2
  2501/19 2502/11
  2503/1 2503/20
  2505/8 2509/9
  2510/2 2510/13
  2511/7 2511/9
  2513/7 2519/10
  2520/19 2520/21
  2530/6 2534/25
  2545/24 2550/3
  2550/20 2551/12
  2556/6 2556/18
  2572/15 2584/19
  2588/2 2588/7
  2588/8 2588/10
  2589/25 2591/1
  2591/2 2591/17
efficiency [1]
  2514/11
efforts [1]
  2578/13
eight [3]
  2521/13 2521/14
  2557/25
Eighth [1]
  2469/20
eliminating [2]
  2500/20 2524/22
elimination [1]
  2509/13
Elm [1]    2525/15

embedded [2]
  2482/3 2511/8
employee [2]
employee [9]
  2484/14 2485/4
  2485/4 2487/20
  2487/21 2489/19
  2489/21 2489/24
  2498/6
employees [9]
  2484/14 2484/19
  2484/23 2484/23
  2484/24 2485/2
  2487/17 2498/3
  2502/14
employees' [2]
  2565/2 2565/12
end [28]
  2475/14 2476/7
  2476/13 2482/10
  2484/12 2488/20
  2488/21 2497/9
  2499/15 2503/20
  2510/15 2512/6
  2512/15 2520/8
  2528/14 2529/1
  2537/18 2552/7
  2581/2 2581/4
  2581/5 2582/24
  2583/10 2583/13
  2586/2 2591/9
ended [3]
  2473/9 2582/1
  2584/6
engine [1]
  2586/15
enhancements [5]
  2520/22 2521/4
  2521/6 2571/8
  2571/10
enough [3]
  2487/19 2550/23
  2562/10
entire [1]
  2591/2
entitled [5]
  2478/1 2485/16
  2487/22 2493/15
  2592/5
entity [4]
  2476/1 2476/12
  2488/21 2577/24
equal [1]
  2545/5
equals [1]
  2578/14
equivalent [2]
  2485/5 2575/8
erosion [1]
  2480/19
especially [4]
  2480/20 2495/5
  2523/12 2539/13
Esquire [13]
  2469/12 2469/13
  2469/13 2469/14
  2469/14 2469/18
  2469/18 2469/19
  2469/22 2469/23
  2469/23 2470/2

2470/5
estate [4]
  2473/10 2511/17
  2548/2 2587/1
estimate [6]
  2574/13 2574/15
  2579/17 2579/22
  2590/10 2590/13
estimated [5]
  2499/16 2503/1
  2504/13 2570/8
  2581/8
estimates [3]
  2548/2 2574/12
  2584/3
et [5]    2469/6
  2472/3 2492/11
  2526/12 2589/6
euphemism [1]
  2530/10
evaluate [1]
  2544/10
even [10]
  2496/22 2499/13
  2520/3 2532/7
  2535/20 2552/10
  2570/20 2581/8
  2582/12 2589/19
event [1]
  2589/6
events [1]
  2544/10
everybody [1]
  2542/9
evidence [28]
  2471/11 2471/12
  2471/13 2471/14
  2471/15 2471/16
  2471/17 2471/18
  2471/21 2471/22
  2478/7 2478/11
  2479/11 2479/15
  2502/8 2517/7
  2546/25 2549/5
  2549/11 2553/12
  2557/8 2561/7
  2566/6 2566/21
  2568/6 2569/25
  2576/21 2579/8
evolved [1]
  2580/6
exact [4]
  2510/3 2555/19
  2560/5 2564/16
exactly [15]
  2487/17 2487/18
  2494/1 2494/23
  2506/16 2508/4
  2515/4 2518/19
  2522/2 2525/20
  2535/1 2538/19
  2559/7 2583/4
  2583/8
examination [8]
  2471/4 2471/5
  2471/6 2473/6
  2547/18 2583/22
  2588/2 2590/12
examine [1]
  2589/15

examined [1]
  2486/7
example [13]
  2474/3 2474/4
  2489/13 2489/15
  2492/19 2494/9
  2507/23 2513/10
  2525/13 2525/16
  2539/5 2539/10
  2565/14
examples [1]
  2516/1
excellent [1]
  2582/16
Except [1]
  2588/25
excerpt [1]
  2566/10
excess [1]
  2536/4
exchanges [1]
  2578/24
excuse [4]
  2558/11 2569/22
  2572/23 2588/1
executive [1]
  2563/12
executives [6]
  2487/3 2487/4
  2562/10 2562/11
  2562/17 2563/19
exercise [5]
  2485/7 2487/16
  2502/12 2565/2
  2565/11
exhibit [15]
  2471/10 2471/19
  2478/11 2479/15
  2511/15 2553/12
  2561/7 2566/21
  2568/6 2569/25
  2576/21 2579/8
  2586/21 2586/22
  2586/23
Exhibit 27 [2]
  2586/21 2586/22
Exhibit 406 [1]
  2511/15
expect [5]
  2520/9 2542/1
  2550/17 2550/22
  2587/20
expectation [6]
  2494/24 2519/3
  2539/10 2552/4
  2552/5 2575/17
expected [4]
  2497/10 2506/2
  2507/12 2574/6
expecting [3]
  2504/8 2505/23
  2590/2
expedite [1]
  2520/23
expense [1]
  2498/25
expenses [18]
  2473/15 2473/16
  2473/23 2474/2
  2474/7 2474/8

2474/10 2474/18
  2486/16 2486/17
  2489/9 2489/10
  2489/24 2496/10
  2499/3 2500/2
  2511/18 2540/15
experience [41]
  2473/17 2475/10
  2480/4 2480/6
  2482/21 2495/1
  2495/4 2495/7
  2495/19 2496/3
  2496/12 2500/12
  2503/23 2505/3
  2506/6 2506/21
  2507/3 2507/9
  2507/13 2508/23
  2516/7 2516/20
  2517/2 2517/6
  2519/18 2522/9
  2522/13 2522/13
  2523/2 2523/6
  2523/7 2530/13
  2539/2 2567/11
  2570/15 2579/17
  2579/21 2585/25
  2586/7 2586/11
  2586/12
experiment [2]
  2516/24 2522/15
experimenting [1]
  2522/15
expert [1]
  2517/21
explain [17]
  2484/6 2490/13
  2493/23 2499/22
  2501/6 2511/2
  2513/8 2522/20
  2523/10 2527/11
  2528/23 2532/9
  2540/21 2575/1
  2585/12 2585/22
  2585/23
explained [5]
  2511/12 2534/5
  2535/3 2535/8
  2559/25
exports [2]
  2523/21 2524/5
expressly [1]
  2567/14
extensive [2]
  2482/21 2545/15
extent [1]
  2526/5
external [1]
  2479/9

**F**

face [1]
  2574/10
fact [7]
  2474/18 2479/5
  2501/24 2512/10
  2537/22 2570/20
  2577/8
factors [1]
  2578/11
falls [1]

REDACTED

**F**

falls... [1]
 2525/13
familiar [8]
 2476/20 2480/13
 2521/2 2531/18
 2543/25 2555/7
 2563/3 2586/23
far [3]   2490/13
 2557/23 2575/20
farther [2]
 2495/8 2499/20
fast [2]
 2526/12 2569/12
FC2 [2]   2477/16
 2477/21
February [4]
 2551/4 2551/7
 2564/25 2576/6
February 2nd [3]
 2551/4 2551/7
 2576/6
Federal [1]
 2550/4
feedback [1]
 2563/24
few [7]   2525/22
 2535/14 2539/23
 2560/19 2562/13
 2562/13 2578/3
fiction [1]
 2480/20
Fifth [1]
 2469/16
fight [1]
 2589/21
figure [4]
 2506/16 2545/8
 2563/6 2589/22
figures [1]
 2557/13
figuring [2]
 2496/10 2497/21
file [4]
 2477/20 2554/19
 2559/1 2559/4
filed [1]
 2556/2
final [8]
 2493/21 2493/24
 2510/4 2559/16
 2581/4 2581/5
 2583/9 2584/6
finalized [5]
 2492/1 2493/19
 2559/6 2559/9
 2559/11
finance [1]
 2487/4
financial [1]
 2585/7
financials [4]
 2581/2 2581/5
 2583/13 2583/17
find [1]
 2553/21
fine [3]
 2554/21 2566/15
 2587/11

finished [1]
 2542/15
first [28]
 2473/10 2475/9
 2475/10 2483/18
 2486/9 2486/19
 2488/24 2489/6
 2490/5 2492/1
 2493/18 2501/16
 2501/17 2518/1
 2518/9 2531/20
 2533/17 2535/19
 2536/2 2539/23
 2544/5 2558/20
 2560/9 2565/5
 2565/7 2573/1
 2584/22 2591/17
Fishbein [2]
 2470/2 2472/16
fits [1]
 2505/22
five [3]   2501/9
 2522/7 2529/3
fixed [2]
 2497/17 2545/9
flagged [1]
 2578/21
flip [2]
 2551/22 2556/8
Floor [1]
 2469/20
FLORENCE [1]
 2469/10
flow [1]
 2588/17
flowing [1]
 2477/7
focus [8]
 2477/15 2496/7
 2496/9 2514/12
 2521/12 2531/20
 2544/4 2545/17
focused [1]
 2475/17
focusing [1]
 2577/10
follow [1]
 2498/2
following [2]
 2480/13 2572/6
force [4]
 2501/9 2522/8
 2523/12 2529/3
forecasting [1]
 2550/8
forecasts [1]
 2492/10
foregoing [1]
 2592/4
form [1]
 2545/13
forma [1]
 2553/22
format [1]
 2544/1
formats [2]
 2580/15 2580/18
formula [2]
 2488/8 2488/13
forth [1]

2545/13
foundation [1]
 2524/4
four [4]   2500/9
 2500/10 2520/21
 2523/21
Frackman [17]
 2469/22 2471/4
 2471/6 2472/6
 2472/8 2491/7
 2529/11 2548/1
 2548/5 2548/9
 2552/20 2555/3
 2561/19 2562/2
 2568/8 2575/25
 2578/2
freight [11]
 2511/22 2519/25
 2537/20 2539/4
 2539/10 2570/7
 2570/12 2570/17
 2570/21 2570/25
 2571/5
front [6]
 2478/25 2514/20
 2558/19 2558/21
 2569/1 2578/22
fulfillment [12]
 2475/2 2499/19
 2499/25 2500/5
 2500/8 2500/15
 2502/24 2530/18
 2540/21 2540/23
 2542/4 2584/13
full [5]
 2484/13 2498/23
 2509/16 2541/3
 2542/15
function [1]
 2562/7
functions [5]
 2474/19 2476/12
 2478/23 2486/4
 2497/4
further [5]
 2490/23 2552/19
 2587/4 2590/17
 2591/20
future [6]
 2518/25 2519/4
 2534/7 2536/9
 2537/5 2538/6

**G**

gap [4]   2518/2
 2518/3 2518/5
 2536/15
gave [4]   2507/4
 2534/24 2548/15
 2557/25
general [2]
 2509/4 2540/25
generally [1]
 2474/6
generated [3]
 2572/8 2581/15
 2588/15
generating [1]
 2548/1
geography [1]

2477/23
given [11]
 2476/17 2481/23
 2492/3 2495/8
 2504/23 2520/14
 2532/2 2541/1
 2563/24 2564/18
 2564/19
giving [1]
 2510/16
glean [1]
 2507/8
global [2]
 2584/22 2584/24
globally [2]
 2533/1 2533/2
globe [1]
 2524/15
go down [1]
 2487/9
goes [5]   2476/6
 2487/14 2491/9
 2497/19 2586/5
going to [1]
 2562/17
good [14]
 2472/8 2472/9
 2472/13 2472/18
 2472/22 2472/23
 2529/10 2529/19
 2547/15 2547/17
 2547/17 2547/20
 2547/21 2570/23
Government [6]
 2511/6 2511/11
 2511/14 2519/12
 2584/1 2589/14
grant [1]
 2562/10
granted [1]
 2575/7
gray [1]
 2517/15
greater [2]
 2474/12 2490/13
green [2]
 2487/3 2487/14
gross [12]
 2486/1 2521/12
 2521/15 2528/11
 2532/10 2533/15
 2533/24 2536/24
 2538/11 2538/12
 2538/14 2538/17
ground [4]
 2475/10 2481/22
 2481/23 2525/4
grounded [7]
 2494/5 2503/22
 2503/25 2505/3
 2506/9 2517/5
 2530/12
grounding [1]
 2510/17
group [4]
 2488/4 2521/8
 2521/9 2570/22
grow [6]
 2532/20 2572/18
 2573/14 2574/5

2574/6 2586/6
growing [1]
 2586/2
growth [12]
 2532/6 2537/13
 2572/4 2572/17
 2573/13 2573/16
 2573/24 2574/10
 2574/19 2575/9
 2575/18 2575/20
guess [3]
 2501/23 2525/25
 2559/12
guesses [2]
 2508/22 2584/8
guidance [1]
 2564/19
guideline [1]
 2505/23
Guidelines [1]
 2550/5
guys [1]
 2553/14

**H**

H10 [2]   2514/23
 2514/23
H8 [2]   2478/5
 2478/6
half [2]
 2501/25 2535/21
Hammer [1]
 2517/21
Hammer's [3]
 2520/24 2531/15
 2535/23
hand [3]
 2495/21 2506/5
 2517/10
handle [1]
 2541/2
happen [2]
 2564/4 2573/16
happened [7]
 2482/5 2497/12
 2506/10 2534/4
 2540/24 2541/16
 2564/4
happening [1]
 2505/12
happens [3]
 2502/17 2538/20
 2546/16
happy [1]
 2589/24
hard [9]   2494/4
 2519/14 2519/16
 2548/1 2566/25
 2571/20 2572/2
 2572/17 2573/12
hardwired [7]
 2491/24 2492/15
 2492/18 2492/22
 2493/6 2493/7
 2494/25
HC [1]   2487/22
HC-Synergies [1]
 2487/22
head [3]   2499/2
 2567/21 2584/21

**H**

**headcount [48]**
2473/15 2473/16
2473/21 2473/22
2473/23 2473/23
2474/1 2474/6
2474/20 2474/20
2474/24 2474/25
2483/18 2483/18
2483/21 2483/25
2484/5 2485/22
2486/17 2487/10
2487/11 2488/1
2488/18 2488/23
2489/1 2489/6
2489/17 2490/11
2490/12 2490/13
2491/2 2498/3
2499/7 2500/5
2500/5 2501/24
2503/1 2510/20
2510/22 2511/8
2511/10 2530/6
2530/8 2530/9
2530/10 2530/22
2530/22 2530/25

**headcounts [1]**
2487/20

**heading [2]**
2486/11 2486/11

**hear [6]** 2588/8
2588/9 2588/11
2589/3 2589/4
2589/8

**heard [4]**
2480/12 2480/24
2481/2 2588/7

**hearing [1]**
2548/7

**heavily [1]**
2536/12

**held [2]**
2503/21 2508/8

**help [7]** 2474/5
2481/14 2493/10
2525/1 2526/21
2572/21 2572/24

**helped [3]**
2481/15 2556/21
2585/5

**helps [1]**
2526/24

**here's [1]**
2589/3

**Hi [1]** 2553/14

**high [3]**
2483/13 2484/6
2563/12

**higher [5]**
2496/22 2508/9
2534/8 2540/1
2574/1

**highlight [2]**
2475/4 2547/1

**highlighted [1]**
2571/25

**hire [2]** 2474/4
2474/5

**historical [11]**

2476/3 2514/22
2514/23 2515/11
2515/12 2518/18
2522/12 2522/13
2536/8 2538/6
2564/22

**hit [1]** 2537/23

**hold [2]**
2541/19 2541/22

**holding [3]**
2512/18 2512/23
2512/24

**homogeneous [1]**
2530/20

**honestly [1]**
2555/18

**Honor [46]**
2472/7 2473/8
2474/12 2478/6
2479/10 2483/1
2490/5 2496/1
2499/6 2529/25
2536/22 2547/12
2547/15 2548/22
2549/3 2549/8
2549/14 2549/16
2551/25 2553/8
2557/3 2558/16
2560/15 2561/3
2564/16 2566/4
2566/13 2566/15
2566/18 2568/1
2568/4 2569/17
2576/17 2579/4
2583/19 2583/24
2587/5 2587/11
2587/14 2587/25
2588/5 2588/11
2589/20 2590/9
2591/6 2591/7

**HONORABLE [1]**
2469/10

**Hook [3]**
2470/23 2592/3
2592/10

**hoped [2]**
2549/23 2550/1

**Horizontal [1]**
2550/5

**hours [1]**
2511/6

**HOUSE [86]**
2469/19 2469/23
2475/20 2475/22
2476/7 2476/10
2476/17 2477/20
2479/8 2480/6
2480/25 2482/7
2482/21 2484/11
2485/6 2485/11
2486/1 2486/16
2488/15 2490/15
2491/10 2495/5
2496/20 2497/15
2498/10 2499/3
2500/9 2500/13
2501/8 2503/10
2503/14 2504/10
2504/24 2505/4
2512/3 2512/21

2513/2 2513/4
2513/18 2514/8
2515/2 2515/13
2516/2 2516/17
2516/21 2516/22
2517/12 2517/15
2517/19 2522/24
2523/18 2524/14
2524/19 2525/24
2527/22 2532/8
2532/19 2533/3
2533/22 2534/3
2535/11 2537/3
2543/17 2543/25
2544/14 2545/22
2546/12 2547/5
2549/20 2560/2
2561/21 2564/25
2566/6 2568/12
2568/20 2569/4
2570/5 2572/5
2572/10 2574/6
2576/7 2577/11
2577/24 2580/3
2581/9 2582/15

**House's [15]**
2515/19 2515/25
2518/6 2518/17
2525/5 2527/4
2556/5 2570/3
2570/20 2575/18
2575/20 2577/20
2579/17 2579/21
2581/12

**HR [1]** 2487/4

**hundreds [1]**
2559/15

**I**

**I barely [1]**
2556/23

**idea [2]**
2507/17 2533/8

**identified [8]**
2488/7 2488/14
2502/1 2536/15
2561/13 2561/15
2562/6 2563/17

**identify [15]**
2473/19 2481/16
2486/3 2498/11
2500/4 2502/14
2502/18 2515/13
2518/2 2523/21
2526/24 2530/17
2551/17 2552/8
2564/2

**identifying [2]**
2489/11 2498/3

**idiosyncratic [1]**
2512/5

**Ihan [1]**
2469/13

**illustrated [1]**
2515/5

**impact [5]**
2532/4 2542/15
2545/4 2545/12
2545/19

**impacted [1]**

2539/24

**impacts [1]**
2581/14

**impeachment [5]**
2549/5 2549/10
2549/12 2569/18
2576/18

**implement [4]**
2473/20 2568/12
2568/20 2569/4

**implied [1]**
2492/20

**imply [1]**
2532/6

**importance [2]**
2512/2 2564/7

**important [22]**
2475/3 2484/9
2492/8 2494/6
2495/2 2495/3
2497/2 2500/10
2501/10 2501/17
2501/20 2512/13
2513/1 2513/3
2513/15 2516/7
2518/1 2539/14
2573/15 2580/2
2582/7 2586/3

**impose [1]**
2591/15

**improve [7]**
2523/18 2524/6
2525/17 2546/4
2546/4 2581/13
2582/15

**improvement [5]**
2515/16 2518/20
2519/9 2523/21
2527/2

**improvements [1]**
2556/18

**improving [1]**
2520/15

**incentive [1]**
2512/14

**include [2]**
2473/14 2473/15

**included [7]**
2489/7 2489/18
2510/6 2511/20
2511/22 2537/22
2554/18

**including [4]**
2532/17 2532/20
2556/17 2557/22

**incorporate [4]**
2498/23 2499/10
2510/12 2548/9

**incorporated [7]**
2485/13 2500/15
2535/11 2540/7
2542/16 2583/11
2586/19

**increase [15]**
2519/2 2521/7
2521/17 2522/4
2522/4 2522/11
2523/18 2525/1
2526/7 2532/9
2537/15 2545/6

2545/21 2552/4
2576/9

**increased [4]**
2520/16 2533/10
2576/1 2577/3

**increases [5]**
2521/8 2521/10
2578/5 2579/18
2579/23

**increasing [2]**
2508/10 2523/22

**incredible [1]**
2508/18

**incremental [1]**
2499/17

**independent [8]**
2522/8 2523/24
2526/6 2526/8
2526/11 2526/19
2576/24 2577/5

**independently [2]**
2476/18 2585/9

**indicated [1]**
2507/23

**indies [2]**
2576/1 2576/9

**individual [2]**
2498/6 2570/4

**individuals [2]**
2502/1 2510/7

**indulgence [1]**
2486/5

**industry [5]**
2480/22 2534/3
2538/4 2572/19
2573/14

**inflation [11]**
2494/9 2497/18
2537/23 2538/19
2538/20 2538/22
2538/24 2539/3
2539/6 2539/25
2540/2

**inform [1]**
2523/7

**information [70]**
2475/9 2481/11
2484/12 2484/21
2484/22 2485/3
2485/9 2485/11
2485/12 2485/24
2486/10 2486/16
2486/20 2487/19
2487/23 2491/17
2492/10 2492/12
2494/8 2494/17
2494/19 2495/9
2495/11 2497/15
2497/18 2498/14
2504/18 2507/2
2510/7 2510/8
2510/11 2510/22
2511/8 2511/10
2514/13 2517/9
2518/10 2518/11
2518/23 2527/15
2532/3 2533/20
2534/18 2536/14
2538/6 2548/10
2548/10 2550/23

**I**

information... [22]
2551/1 2551/11
2552/12 2554/5
2554/11 2554/15
2554/18 2554/24
2555/22 2559/6
2559/24 2560/6
2560/10 2560/20
2564/22 2567/4
2567/16 2567/18
2571/22 2576/24
2577/22 2585/5

informed [4]
2492/16 2492/17
2504/16 2547/5

infusion [3]
2532/5 2534/13
2534/21

initial [2]
2553/22 2584/3

inject [1]
2533/5

injection [2]
2531/25 2532/16

input [3]
2499/23 2575/3
2581/14

inputted [1]
2486/15

inquired [1]
2556/4

insert [1]
2554/21

instance [1]
2519/25

instead [2]
2503/17 2534/7

instruct [1]
2564/11

insurance [1]
2489/13

integrate [1]
2568/16

integrated [2]
2517/1 2529/2

integrating [1]
2499/4

integration [8]
2477/20 2502/16
2550/20 2551/15
2564/5 2568/17
2568/24 2578/13

intelligence [1]
2526/21

interesting [2]
2500/16 2516/23

internal [2]
2573/23 2585/14

international [6]
2479/3 2479/6
2523/21 2524/5
2524/7 2576/2
2576/10 2577/6

internationally
2577/24

interpreted [1]
2511/7

interruption [3]
2546/7 2558/15

2566/14
into [58]
2471/11 2471/12
2471/13 2471/14
2471/15 2471/16
2471/17 2471/18
2471/21 2471/22
2475/7 2478/6
2478/11 2479/10
2479/15 2482/3
2482/17 2485/12
2485/13 2485/20
2490/25 2491/9
2492/5 2494/17
2498/23 2499/5
2500/15 2504/9
2504/25 2507/6
2509/5 2510/12
2511/8 2513/16
2516/22 2522/17
2523/12 2524/19
2525/13 2526/20
2528/17 2548/11
2549/5 2553/12
2554/22 2557/8
2561/7 2562/2
2566/6 2566/21
2568/6 2569/13
2569/25 2576/21
2579/8 2579/10
2586/19 2587/18

introduced [2]
2483/1 2543/23

introduction [1]
2549/9

inventories [1]
2541/25

inventory [6]
2512/18 2512/23
2512/24 2541/19
2541/20 2541/22

invest [5]
2532/18 2533/1
2533/7 2533/8
2553/18

invested [4]
2503/11 2525/19
2526/18 2529/2

investigation [2]
2556/1 2556/5

investing [4]
2526/20 2529/5
2578/12 2585/15

investment [6]
2532/7 2535/2
2546/23 2547/3
2549/20 2586/8

investments [1]
2533/9

investors [3]
2479/3 2479/6
2479/9

invited [1]
2553/18

is whatever [1]
2549/10

issue [3]
2495/12 2537/6
2591/12

issued [1]

2555/22
issues [1]
2539/13

item [5]
2489/24 2490/2
2530/1 2540/17
2540/20

iteration [7]
2532/2 2532/11
2533/16 2533/25
2534/12 2534/16
2537/8

iterations [5]
2531/12 2531/16
2555/3 2559/15
2583/4

**J**

January [19]
2533/16 2533/18
2533/21 2534/1
2534/12 2535/6
2535/8 2535/10
2535/16 2536/19
2536/25 2537/16
2540/11 2543/4
2582/25 2583/1
2583/2 2583/6
2583/14

January 2022 [11]
2533/18 2533/21
2534/1 2534/12
2535/6 2535/8
2535/16 2536/19
2536/25 2537/16
2583/2 2583/6
2583/14

Jeff [3]
2470/23 2592/3
2592/10

Jessica [3]
2469/14 2472/11
2547/15

job [3]    2508/18
2577/10 2578/12

John [2]
2469/12 2472/10

join [1]
2515/17

JP [4]    2548/4
2548/9 2586/18
2586/25

JUDGE [1]
2469/10

judgment [7]
2495/1 2505/22
2506/19 2506/25
2507/16 2508/5
2509/17

judgments [1]
2589/1

July [2]    2517/7
2578/23

July 2020 [1]
2517/7

July 2nd [1]
2578/23

jump [2]
2519/20 2569/12

jumps [1]
2493/10

June [14]
2531/20 2531/22
2532/5 2532/11
2533/25 2534/15
2534/16 2534/18
2535/4 2535/7
2555/2 2555/15
2557/1 2557/14

June 2021 [9]
2531/20 2531/22
2532/5 2532/11
2533/25 2534/16
2534/18 2555/2
2555/15

June 25th [2]
2557/1 2557/14

Justice [7]
2469/15 2550/4
2555/15 2556/1
2556/4 2556/14
2557/1

**K**

keep [4]
2477/12 2494/7
2497/17 2546/3

keeps [1]
2501/21

kept [1]
2482/25 2583/1

Kevin [2]
2469/14 2472/11

key [1]    2526/23

keywords [1]
2526/25

KGAA [1]    2469/6

Kim [1]    2469/13

kind [11]
2473/24 2475/16
2488/19 2489/15
2498/9 2505/23
2539/14 2562/14
2562/22 2563/11
2564/8

knew [3]
2492/20 2504/24
2589/24

KPI's [2]
2571/16 2573/19

Krautscheid [2]
2469/14 2472/11

**L**

large [4]
2474/21 2521/17
2522/22 2532/9

largely [5]
2490/17 2502/12
2550/12 2550/12
2585/16

larger [6]
2501/9 2503/8
2522/7 2529/4
2541/19 2577/8

largest [2]
2541/6 2571/9

last [6]
2477/13 2524/1
2526/18 2529/1
2530/1 2589/19

later [1]
2518/13

latest [2]
2555/18 2559/5

lawsuit [2]
2556/2 2569/8

lawyers [1]
2555/17

leads [1]
2512/12

Leal [9]
2469/14 2471/5
2472/11 2547/15
2563/13 2564/14
2585/13 2585/20
2586/18

learned [3]
2500/17 2524/8
2580/1

lease [1]
2548/10

least [1]
2582/13

leave [3]
2546/18 2547/7
2565/19

leaving [1]
2475/4

led [3]    2566/24
2567/8 2567/13

left [5]
2493/16 2499/20
2517/9 2563/14
2574/22

legal [2]
2487/5 2534/23

less [12]
2518/20 2521/22
2542/21 2542/24
2543/6 2545/1
2558/7 2558/8
2558/10 2558/12
2558/13 2575/20

level [7]
2483/13 2484/6
2526/14 2562/22
2563/12 2565/15
2568/23

levels [2]
2539/7 2587/19

Lexington [1]
2470/3

lift [22]
2517/3 2521/20
2521/23 2522/18
2523/3 2523/8
2523/16 2527/4
2527/7 2527/10
2527/13 2528/4
2528/5 2528/8
2528/15 2528/15
2528/24 2529/8
2532/22 2575/11
2575/24 2576/14

likely [1]
2508/10

limited [1]
2554/10

line [25]
2478/4 2485/4

REDACTED

**L**

line... [23]
2485/4 2498/25
2498/25 2513/24
2514/22 2517/13
2517/13 2517/14
2521/15 2544/16
2547/1 2547/1
2551/25 2565/1
2565/7 2565/8
2565/24 2565/25
2566/16 2567/7
2567/22 2569/3
2573/7
lines [5]
2537/19 2537/23
2544/5 2548/8
2549/4
link [1]
2510/14
linked [14]
2473/24 2475/6
2480/19 2480/19
2487/20 2491/19
2499/17 2504/5
2537/19 2539/11
2562/5 2562/9
2569/9 2569/10
list [1]
2474/22
listen [1]
2506/6
little [18]
2472/14 2475/7
2499/20 2499/25
2508/9 2513/8
2516/4 2522/14
2522/19 2522/21
2530/20 2536/6
2539/15 2539/16
2552/19 2584/22
2589/5 2590/8
LLP [4]   2469/19
2469/24 2470/2
2470/5
locate [1]
2489/9
location [1]
2484/19
lockdown [2]
2536/5 2541/16
long [8]   2477/6
2534/6 2536/7
2541/15 2582/7
2587/20 2587/24
2589/25
longer [6]
2498/4 2541/22
2568/16 2581/23
2582/13 2590/12
look [39]
2474/11 2475/8
2475/9 2475/15
2475/21 2475/23
2478/25 2483/19
2485/22 2486/5
2490/4 2490/5
2496/19 2498/6
2498/15 2499/18

2500/24 2501/15
2502/23 2508/11
2508/12 2508/17
2508/19 2513/16
2517/9 2527/15
2530/3 2533/11
2535/25 2536/10
2536/21 2538/8
2543/13 2555/9
2565/2 2565/11
2570/14 2570/20
2584/11
look at [2]
2527/15 2533/11
look-backs [3]
2508/12 2508/17
2508/19
looked [11]
2497/10 2504/11
2506/1 2509/21
2515/11 2518/5
2570/16 2570/19
2570/25 2571/2
2571/5
looking [18]
2475/24 2477/17
2477/21 2483/4
2495/16 2498/12
2499/9 2519/13
2519/21 2567/7
2572/21 2572/24
2573/13 2573/19
2575/17 2578/16
2584/17 2584/18
looks [2]
2538/10 2582/19
Los [1]   2469/21
lose [1]
2512/13
loss [2]   2578/8
2578/13
lost [1]
2564/16
lot [28]
2473/17 2476/5
2501/12 2503/11
2503/12 2507/4
2507/5 2510/6
2511/6 2511/6
2516/1 2517/3
2520/8 2526/18
2526/20 2534/2
2536/3 2537/23
2539/12 2545/24
2552/9 2578/2
2580/3 2580/10
2580/16 2580/20
2583/4 2585/15
loud [3]   2573/6
2579/10 2584/14
low [2]   2476/7
2574/16
lower [8]
2478/19 2494/10
2495/20 2499/7
2506/5 2507/20
2512/3 2558/5
Ls [1]   2514/14
lunch [8]
2587/9 2587/12

2588/5 2589/20
2591/18 2591/19
2591/23 2591/24

**M**

M10 [2]   2515/1
2515/10
machine [1]
2517/1
mail [5]   2553/5
2560/13 2560/23
2578/23 2579/13
majority [4]
2474/25 2482/5
2541/17 2550/15
makes [3]
2496/18 2497/22
2585/18
making [7]
2492/13 2503/11
2503/22 2508/2
2532/14 2533/9
2573/17
Malaviya [16]
2481/16 2482/20
2496/15 2499/1
2499/12 2500/7
2504/20 2507/3
2540/25 2553/6
2570/23 2570/25
2578/24 2587/17
2589/15 2590/21
management [24]
2487/6 2504/22
2505/22 2506/11
2506/18 2507/7
2507/16 2508/5
2509/17 2514/16
2514/18 2517/7
2523/20 2524/8
2525/6 2525/8
2525/9 2529/4
2552/13 2573/21
2575/1 2575/3
2575/5 2579/2
managerial [2]
2565/22 2565/23
managers [2]
2507/17 2578/12
managing [2]
2500/3 2585/18
MANUEL [4]
2471/3 2473/6
2547/18 2583/22
many [11]
2483/9 2484/23
2489/14 2502/18
2536/1 2555/3
2555/11 2562/11
2562/15 2577/23
2581/15
mapping [2]
2485/7 2487/15
March [7]
2542/15 2548/16
2548/25 2552/21
2553/5 2555/22
2580/17
March 11th [2]
2548/16 2548/25

March 12th [1]
2555/22
March 2020 [2]
2552/21 2580/17
March 8th [1]
2553/5
margin [1]
2544/20
marked [1]
2551/4
market [8]
2480/19 2576/1
2576/9 2579/1
2580/5 2580/8
2580/12 2580/16
market's [1]
2580/6
marketing [8]
2475/1 2496/5
2500/24 2511/23
2520/2 2530/19
2537/20 2570/7
markets [5]
2523/22 2523/23
2526/2 2576/25
2577/5
mask [1]   2473/5
matching [2]
2485/4 2582/1
material [2]
2536/19 2555/22
materials [2]
2548/4 2560/25
matrix [29]
2482/25 2483/6
2485/12 2486/18
2491/18 2491/19
2492/1 2492/4
2492/16 2492/17
2493/20 2493/20
2493/24 2495/20
2495/23 2496/16
2498/24 2509/9
2509/23 2510/2
2510/4 2510/6
2510/12 2511/15
2530/1 2530/7
2554/19 2554/22
2557/23
matter [6]
2512/4 2534/23
2548/15 2564/1
2591/10 2592/5
matters [1]
2472/20
maximum [1]
2546/21
may [13]   2473/4
2473/5 2522/19
2529/23 2549/14
2549/16 2558/16
2560/13 2560/23
2561/15 2579/11
2584/3 2590/17
May 2020 [2]
2581/15 2584/3
May 22nd [1]
2560/13
May 26th [1]
2560/23

maybe [6]
2493/10 2495/22
2513/8 2559/6
2584/15 2590/23
mean [20]
2496/14 2498/8
2499/22 2501/3
2511/5 2511/9
2513/24 2525/1
2525/6 2528/3
2536/6 2543/6
2545/8 2556/23
2562/13 2562/16
2562/21 2575/2
2589/3 2590/25
means [4]
2478/13 2487/5
2511/22 2546/18
meant [2]
2501/3 2552/16
mechanics [3]
2499/23 2501/21
2521/25
meeting [3]
2560/23 2561/9
2561/12
Megan [1]
2469/19
Mel [1]   2472/11
Melvin [1]
2469/13
mentioned [20]
2473/13 2475/10
2501/20 2509/25
2512/25 2517/5
2522/6 2522/10
2523/11 2524/22
2526/9 2526/19
2529/3 2536/16
2537/2 2537/4
2539/24 2546/12
2554/4 2564/1
mentioning [3]
2485/20 2523/25
2528/6
merchandising [3]
2475/2 2496/6
2500/25
merger [51]
2475/20 2475/21
2476/7 2476/9
2476/17 2477/1
2477/7 2477/20
2478/16 2478/18
2479/25 2480/3
2480/7 2480/10
2480/21 2480/23
2481/19 2482/21
2490/20 2495/5
2496/20 2500/13
2505/4 2515/7
2516/2 2517/6
2520/13 2521/5
2528/25 2530/25
2545/14 2550/5
2556/2 2556/6
2560/2 2563/25
2564/20 2572/6
2572/10 2573/17
2578/3 2578/7

**M**

merger... [9]
 2578/14 2578/17
 2579/13 2579/13
 2579/17 2579/22
 2580/3 2588/15
 2588/25
merger-specific [1]
 2528/25
mergers [2]
 2473/18 2488/19
methodology [1]
 2505/19
metric [1]
 2513/1
middle [2]
 2524/25 2531/21
middleman [1]
 2585/17
middlemen [1]
 2524/14
midpoint [2]
 2528/13 2528/14
might [4]
 2524/10 2541/12
 2578/11 2584/20
millions [12]
 2562/3 2562/6
 2563/7 2568/13
 2568/22 2569/6
 2571/19 2572/4
 2572/8 2577/3
 2578/17 2581/18
mind [2]
 2561/23 2567/20
minus [1]
 2574/21
minutes [4]
 2529/14 2529/16
 2587/10 2587/22
misspoke [1]
 2560/15
mistake [2]
 2582/9 2582/9
model [134]
model's [2]
 2579/18 2579/22
modeled [13]
 2480/9 2503/4
 2503/6 2514/3
 2514/4 2514/4
 2541/7 2541/9
 2543/18 2545/13
 2576/2 2577/3
 2582/18
modeling [11]
 2476/22 2481/11
 2518/24 2528/3
 2533/10 2543/20
 2545/24 2550/7
 2554/1 2570/21
 2571/1
models [10]
 2510/10 2537/18
 2550/9 2550/15
 2557/22 2557/25
 2559/12 2580/15
 2580/19 2582/5
moment [4]

money [10]
 2503/11 2520/10
 2529/6 2532/18
 2533/5 2533/7
 2533/8 2538/23
 2562/10 2562/12
monitor [1]
 2476/19
months [2]
 2536/5 2560/19
more [42]
 2475/7 2475/12
 2491/15 2494/8
 2494/19 2495/22
 2509/21 2513/8
 2515/15 2516/3
 2518/19 2518/22
 2524/10 2524/11
 2525/2 2526/13
 2526/25 2530/20
 2532/7 2533/8
 2534/6 2534/9
 2535/5 2538/1
 2538/6 2538/23
 2538/25 2541/3
 2541/12 2541/23
 2542/10 2542/18
 2544/25 2569/10
 2573/18 2574/5
 2576/12 2577/18
 2577/23 2580/5
 2581/18 2585/5
Morgan [4]
 2548/4 2548/9
 2586/18 2586/25
morning [11]
 2469/7 2472/8
 2472/9 2472/13
 2472/18 2472/22
 2472/23 2529/19
 2547/17 2567/15
 2582/22
most [9]
 2502/13 2508/10
 2512/12 2518/1
 2534/25 2535/1
 2535/9 2542/4
 2558/4
mostly [1]
 2538/14
motion [3]
 2588/6 2589/3
 2591/3
move [16]
 2492/12 2497/17
 2501/22 2504/24
 2505/19 2514/7
 2529/8 2549/3
 2553/8 2557/3
 2561/3 2566/4
 2568/1 2569/17
 2576/17 2579/4
moved [1]
 2540/15
moving [1]
 2503/14
Mr. [89]    2472/8
 2472/15 2472/19

2472/21 2472/22
 2473/13 2474/15
 2474/17 2477/17
 2479/1 2481/16
 2481/16 2482/2
 2482/19 2482/20
 2483/4 2484/17
 2485/17 2486/7
 2486/10 2490/7
 2491/7 2493/13
 2496/15 2496/15
 2498/13 2498/17
 2499/1 2499/10
 2499/12 2499/19
 2500/7 2502/25
 2504/20 2507/2
 2507/3 2509/8
 2509/23 2517/9
 2519/24 2529/11
 2529/19 2529/21
 2529/25 2530/3
 2531/3 2534/11
 2538/10 2540/25
 2543/5 2547/20
 2547/25 2548/9
 2548/5 2548/9
 2548/15 2548/25
 2549/5 2549/12
 2549/19 2552/20
 2553/6 2555/3
 2555/25 2558/10
 2560/9 2560/16
 2561/19 2562/2
 2566/1 2566/5
 2567/24 2568/8
 2570/2 2570/23
 2570/25 2575/25
 2578/2 2578/24
 2580/21 2584/1
 2584/2 2586/23
 2587/7 2588/13
 2588/15 2588/23
 2588/15 2590/21
 2589/15 2590/21
Mr. Dohle [4]
 2481/16 2482/19
 2496/15 2507/2
Mr. Frackman [13]
 2472/8 2491/7
 2529/11 2548/1
 2548/5 2548/9
 2552/20 2555/3
 2561/19 2562/2
 2568/8 2575/25
 2578/2
Mr. Malaviya [15]
 2481/16 2482/20
 2496/15 2499/1
 2499/12 2500/7
 2504/20 2507/3
 2540/25 2553/6
 2570/23 2570/25
 2578/24 2589/15
 2590/21
Mr. Petrocelli [1]
 2472/15
Mr. Sansige [53]
 2472/19 2472/21
 2472/22 2473/13
 2474/15 2474/17
 2477/17 2479/1

2482/2 2483/4
 2484/17 2485/17
 2486/7 2486/10
 2490/7 2493/13
 2498/13 2498/17
 2499/10 2499/19
 2502/25 2509/8
 2509/23 2517/9
 2519/24 2529/19
 2529/21 2529/25
 2530/3 2531/3
 2534/11 2538/10
 2543/5 2547/20
 2547/25 2548/15
 2548/25 2549/19
 2558/10 2560/9
 2560/16 2566/1
 2566/5 2567/24
 2570/2 2580/21
 2584/1 2584/2
 2586/23 2587/7
 2588/13
Mr. Sansigre's [3]
 2549/5 2588/15
 2588/23
Ms. [11]
 2489/22 2517/21
 2520/24 2531/15
 2535/23 2554/11
 2563/13 2564/14
 2585/11 2585/20
 2586/18
Ms. Deedy [1]
 2554/11
Ms. Hammer [1]
 2517/21
Ms. Hammer's [3]
 2520/24 2531/15
 2535/23
Ms. Leal [5]
 2563/13 2564/14
 2585/11 2585/20
 2586/18
Ms. Radford [1]
 2489/22
much [19]
 2494/20 2494/21
 2496/9 2503/9
 2509/11 2519/9
 2520/18 2528/1
 2530/21 2532/19
 2532/21 2538/17
 2538/18 2539/17
 2577/18 2587/7
 2589/22 2590/25
 2591/11
multiplied [1]
 2488/14
Myers [3]
 2469/19 2469/24
 2472/6

**N**

name [4]
 2498/20 2558/19
 2559/1 2559/4
narrative [2]
 2557/12 2557/18
naturally [1]

2573/16
nature [2]
 2479/19 2486/17
need [35]
 2489/13 2489/14
 2489/14 2494/1
 2494/4 2495/22
 2500/11 2501/12
 2503/8 2503/9
 2504/8 2506/12
 2509/5 2512/16
 2512/17 2512/18
 2525/21 2534/6
 2541/3 2541/3
 2541/12 2541/19
 2541/21 2542/18
 2542/21 2542/24
 2543/11 2551/1
 2551/11 2553/23
 2573/18 2588/19
 2589/14 2591/4
 2591/15
needed [10]
 2498/4 2500/1
 2503/19 2505/17
 2506/11 2507/21
 2536/16 2541/2
 2541/23 2569/12
needs [2]
 2488/21 2542/1
negative [1]
 2488/4
net [7]    2521/6
 2544/15 2578/5
 2578/8 2579/12
 2579/18 2579/23
nevertheless [1]
 2574/9
new [23]
 2469/25 2469/25
 2470/3 2470/3
 2492/10 2492/10
 2492/10 2492/12
 2494/7 2494/17
 2497/14 2497/18
 2505/20 2531/12
 2532/13 2533/20
 2534/8 2534/8
 2536/14 2537/8
 2543/7 2556/17
 2586/14
next [10]
 2485/15 2509/20
 2511/17 2525/12
 2535/6 2538/4
 2582/9 2584/2
 2584/15 2587/16
nice [2]
 2547/22 2591/23
night [1]
 2589/19
Nihar [2]
 2553/23 2587/17
nimble [1]
 2585/19
nine [6]
 2513/22 2513/23
 2527/17 2527/21
 2527/24 2547/1
Ninth [1]

**N**

**Ninth... [1]**
2470/6
**No. [1]**    2492/24
**No. 6 [1]**
2492/24
**nominal [1]**
2499/15
**non [23]**
2473/16 2473/22
2473/23 2474/1
2474/6 2474/20
2474/25 2483/18
2483/25 2487/21
2488/23 2489/1
2489/6 2489/17
2489/19 2489/21
2489/24 2490/12
2491/2 2499/7
2500/5 2525/25
2542/11
**non-employee [4]**
2487/21 2489/19
2489/21 2489/24
**non-headcount [17]**
2473/16 2473/22
2473/23 2474/1
2474/6 2474/20
2474/25 2483/18
2483/25 2488/23
2489/1 2489/6
2489/17 2490/12
2491/2 2499/7
2500/5
**non-pandemic [1]**
2542/11
**non-traditional [1]**
2525/25
**none [2]    2511/9**
2564/18
**normal [3]**
2494/5 2497/16
2497/20
**normalize [5]**
2519/4 2534/6
2538/4 2539/17
2539/18
**normally [2]**
2523/23 2575/6
**Northwest [2]**
2469/16 2470/6
**not out [1]**
2573/6
**note [5]**
2501/10 2557/6
2580/2 2584/12
2584/13
**November [47]**
2493/21 2493/24
2497/14 2509/22
2510/4 2510/23
2532/10 2535/5
2535/18 2535/24
2536/2 2536/11
2537/15 2540/11
2542/6 2542/13
2542/15 2543/4
2543/8 2546/23
2549/19 2550/11

2552/4 2555/4
2555/17 2558/6
2558/12 2559/18
2562/4 2562/7
2566/25 2570/21
2571/1 2571/6
2571/13 2571/20
2574/4 2574/9
2579/22 2580/25
2581/5 2581/9
2581/14 2581/19
2588/21
**November 2020 [4]**
2493/21 2493/24
2497/14 2510/4
2510/23 2532/10
2535/5 2535/18
2535/24 2536/2
2536/11 2537/15
2540/11 2542/6
2543/4 2543/8
2546/23 2549/19
2550/11 2552/4
2555/4 2555/17
2558/6 2558/12
2562/4 2562/7
2566/25 2570/21
2571/1 2571/6
2571/13 2571/20
2574/4 2574/9
2579/22 2580/25
2581/5 2581/9
2581/14 2581/19
2588/21
**November 4 [1]**
2509/22
**November 9th [1]**
2559/18
**number [48]**
2476/14 2478/19
2482/17 2485/22
2487/24 2488/9
2492/18 2493/2
2494/25 2496/22
2498/3 2499/7
2500/15 2501/4
2501/18 2501/23
2502/1 2502/3
2503/5 2503/16
2505/13 2509/12
2515/18 2515/19
2519/13 2534/8
2534/8 2537/24
2542/12 2542/12
2542/19 2542/19
2543/3 2548/1
2561/16 2561/18
2566/25 2567/10
2569/6 2571/21
2571/24 2572/9
2572/17 2573/12
2574/16 2574/24
2583/12 2584/12
**numbers [41]**
2481/13 2481/14
2488/4 2491/2
2491/8 2493/24
2494/20 2495/16

2497/10 2501/16
2504/1 2506/2
2506/5 2506/7
2506/17 2507/6
2507/22 2508/9
2508/14 2509/24
2510/3 2511/4
2533/20 2538/1
2539/24 2540/4
2540/10 2542/4
2542/11 2545/4
2558/5 2564/22
2575/13 2582/22
2583/10 2584/6
2584/25 2588/12
2588/14 2588/20
2588/23
**numerous [1]**
2519/17
**NW [1]    2470/24**

**O**

**o'clock [4]**
2529/13 2587/13
2590/4 2590/15
**O'Melveny [3]**
2469/19 2469/24
2472/6
**O/H [1]    2544/6**
**oath [2]**
2529/22 2548/18
**object [1]**
2589/18
**objection [21]**
2478/8 2478/9
2479/12 2479/13
2549/7 2549/8
2553/9 2553/10
2557/5 2561/4
2561/5 2566/7
2566/12 2566/13
2566/18 2568/3
2568/4 2569/19
2576/19 2579/5
2579/6
**obvious [1]**
2510/19
**Obviously [1]**
2591/12
**occurred [1]**
2555/4
**occurs [1]**
2564/5
**odd [1]    2567/9**
**off [4]    2529/17**
2584/21 2591/2
2591/5
**offer [2]**
2478/6 2479/10
**official [15]**
2470/23 2532/10
2535/5 2535/15
2535/17 2535/24
2536/18 2536/25
2543/4 2555/17
2557/22 2559/17
2559/18 2584/19
2592/3
**oil [2]    2539/11**
2539/11

**old [2]    2535/23**
2550/19
**on-the-ground [1]**
2525/4
**once [5]    2485/1**
2485/7 2533/19
2551/18 2552/11
**one [71]**
2475/17 2480/5
2481/20 2484/11
2484/11 2485/24
2490/4 2491/17
2491/18 2493/3
2493/15 2494/14
2495/6 2497/3
2499/18 2503/8
2506/23 2506/23
2509/1 2509/2
2509/11 2509/21
2509/24 2517/16
2520/25 2523/24
2524/1 2528/20
2530/1 2533/3
2533/17 2534/11
2534/15 2534/21
2534/25 2535/1
2535/2 2535/5
2535/6 2535/7
2535/7 2535/25
2536/11 2536/18
2536/19 2536/25
2538/1 2540/2
2540/17 2540/20
2542/4 2545/10
2551/7 2555/3
2555/13 2557/18
2559/16 2559/16
2559/17 2559/18
2564/7 2564/7
2570/2 2571/15
2578/21 2582/9
2584/16 2584/20
2588/1 2588/14
2590/17
**one's [3]**
2563/24 2564/18
2564/19
**one's given [1]**
2564/18
**one-time [2]**
2534/21 2535/7
**ones [3]    2486/2**
2512/16 2542/11
**online [6]**
2526/24 2527/1
2541/18 2541/18
2541/21 2542/9
**only [18]**
2485/9 2495/24
2510/9 2512/1
2512/2 2513/10
2513/13 2513/13
2518/2 2525/1
2525/4 2543/10
2551/17 2552/9
2559/16 2561/21
**opened [3]**
2489/22 2494/18
2560/11

**opening [1]**
2541/25
**operating [3]**
2473/15 2474/18
2511/18
**operations [1]**
2475/14
**OpEx [52]**
2473/12 2473/14
2473/14 2473/15
2473/17 2474/23
2475/8 2475/18
2475/21 2476/2
2476/10 2476/25
2477/1 2479/21
2479/24 2480/4
2481/9 2481/18
2482/25 2483/6
2485/12 2491/18
2491/19 2492/1
2492/4 2492/16
2493/19 2493/20
2493/23 2495/19
2495/23 2496/16
2498/24 2509/9
2509/22 2509/23
2510/2 2510/4
2510/6 2510/12
2510/20 2511/15
2530/1 2530/7
2539/21 2539/22
2540/10 2540/22
2554/19 2554/22
2557/22 2561/13
**opinion [4]**
2518/24 2535/18
2536/8 2538/3
**Oppenheimer [1]**
2469/18
**opportunity [1]**
2528/12
**opposite [2]**
2546/2 2546/20
**optimization [6]**
2524/1 2524/3
2526/17 2526/22
2576/3 2576/5
**orange [5]**
2486/11 2486/13
2486/20 2517/13
2517/15
**oranges [1]**
2584/23
**order [17]**
2481/24 2484/10
2492/6 2494/3
2501/19 2505/9
2505/17 2512/12
2512/15 2513/10
2513/12 2516/16
2526/14 2526/25
2527/12 2552/8
2562/23
**ordering [2]**
2512/14 2542/9
**org [4]    2567/16**
2567/17 2567/20
2567/22
**organization [6]**
2490/16 2498/10

| | | | | |
|---|---|---|---|---|
| **O** | 2478/23 2486/3 | 2542/8 2542/11 | 2485/11 2486/1 | 2513/14 2515/14 |
| | 2488/7 2488/14 | 2542/12 2542/14 | 2486/15 2488/15 | 2516/3 2518/18 |
| **organization...** | 2489/13 2497/4 | 2542/16 2542/18 | 2491/10 2495/5 | 2518/22 2518/23 |
| 2522/7 2522/18 | 2498/11 2502/2 | 2542/19 2580/17 | 2496/20 2497/15 | 2519/7 2521/21 |
| 2526/2 2526/20 | 2502/3 2504/12 | **paper [2]** | 2498/10 2499/2 | 2521/22 2521/24 |
| **organizations [3]** | 2506/22 2530/13 | 2511/23 2512/22 | 2500/8 2500/12 | 2528/2 2528/6 |
| 2488/15 2488/18 | 2530/22 2563/10 | **parent [2]** | 2501/8 2503/10 | 2528/16 2528/17 |
| 2488/22 | 2563/11 | 2509/14 2547/6 | 2503/14 2504/10 | 2528/18 2540/1 |
| **orient [1]** | **Overruled [1]** | **paribus [1]** | 2504/24 2505/4 | 2541/7 2541/9 |
| 2486/9 | 2549/13 | 2545/5 | 2512/3 2512/21 | 2541/13 2543/6 |
| **original [1]** | **oversees [1]** | **part [7]** | 2513/1 2513/4 | 2544/11 2544/23 |
| 2591/3 | 2499/1 | 2501/11 2502/16 | 2513/18 2514/8 | 2545/1 2545/18 |
| **originally [4]** | **overview [3]** | 2517/1 2527/14 | 2515/2 2515/12 | 2545/18 2545/21 |
| 2477/24 2478/19 | 2477/16 2477/21 | 2546/17 2566/8 | 2515/19 2515/24 | 2548/1 2549/21 |
| 2504/16 2541/9 | 2490/3 | 2566/9 | 2516/2 2516/3 | 2551/12 2558/7 |
| **ours [1]** | **own [13]** | **participate [1]** | 2516/17 2516/20 | 2559/21 2559/22 |
| 2518/21 | 2490/15 2500/17 | 2479/3 | 2516/22 2517/6 | 2560/1 2560/5 |
| **ourselves [1]** | 2515/19 2528/24 | **participated [3]** | 2517/11 2517/15 | 2561/12 2561/16 |
| 2486/9 | 2570/4 2574/7 | 2556/23 2561/9 | 2517/19 2518/5 | 2561/17 2561/18 |
| **out [19]** | 2574/12 2574/13 | 2570/22 | 2518/16 2522/24 | 2561/22 2561/23 |
| 2495/16 2496/10 | 2574/15 2574/17 | **particular [8]** | 2523/17 2524/14 | 2561/24 2573/18 |
| 2497/21 2506/16 | 2577/25 2585/14 | 2481/19 2481/20 | 2524/19 2525/5 | 2574/21 2574/21 |
| 2507/11 2507/17 | 2586/15 | 2482/6 2507/1 | 2525/24 2527/3 | 2574/22 2574/22 |
| 2507/25 2535/7 | **P** | 2507/24 2566/24 | 2527/22 2532/8 | 2586/2 2586/6 |
| 2535/21 2535/23 | | 2567/8 2586/13 | 2532/19 2533/2 | **percentage [40]** |
| 2539/15 2541/24 | **p.m [1]**   2591/24 | **parties [2]** | 2533/21 2534/3 | 2491/12 2491/13 |
| 2563/6 2573/6 | **page [44]** | 2588/19 2591/8 | 2535/11 2537/3 | 2491/23 2492/14 |
| 2579/10 2584/14 | 2471/2 2471/10 | **parts [1]** | 2543/17 2543/25 | 2492/22 2494/25 |
| 2586/6 2589/21 | 2473/9 2478/25 | 2494/19 | 2544/13 2545/22 | 2498/7 2501/20 |
| 2589/22 | 2479/17 2479/18 | **party [17]** | 2546/12 2547/5 | 2504/2 2504/13 |
| **outdated [1]** | 2483/7 2483/14 | 2473/24 2474/4 | 2549/20 2556/5 | 2504/15 2504/16 |
| 2564/9 | 2484/16 2484/22 | 2489/12 2500/14 | 2560/2 2561/21 | 2505/1 2505/5 |
| **outlets [2]** | 2485/15 2517/8 | 2500/18 2500/20 | 2564/24 2566/6 | 2505/9 2505/20 |
| 2526/1 2527/24 | 2517/10 2518/8 | 2503/24 2516/7 | 2568/12 2568/20 | 2506/18 2508/6 |
| **output [4]** | 2520/20 2520/23 | 2516/12 2516/13 | 2569/3 2570/3 | 2515/18 2527/17 |
| 2513/21 2519/21 | 2520/25 2527/9 | 2516/21 2516/24 | 2570/4 2570/20 | 2527/20 2527/21 |
| 2521/13 2543/12 | 2531/2 2531/13 | 2523/6 2549/6 | 2572/5 2572/10 | 2527/23 2530/15 |
| **outside [1]** | 2540/9 2546/25 | 2568/2 2569/18 | 2574/6 2575/17 | 2538/22 2539/9 |
| 2543/21 | 2548/8 2549/4 | 2576/18 | 2575/20 2576/7 | 2539/18 2543/3 |
| **outsourced [1]** | 2551/23 2551/24 | **pass [2]** | 2577/11 2577/19 | 2544/6 2544/8 |
| 2585/16 | 2551/25 2552/1 | 2547/12 2588/16 | 2577/23 2579/16 | 2544/11 2544/14 |
| **outspend [2]** | 2556/8 2558/20 | **pass-through [1]** | 2579/21 2580/2 | 2560/3 2561/13 |
| 2520/4 2520/6 | 2561/11 2564/25 | 2588/16 | 2581/9 2581/12 | 2567/9 2567/11 |
| **over [20]** | 2565/5 2565/7 | **passed [2]** | 2582/14 | 2567/13 2572/9 |
| 2477/14 2496/15 | 2566/17 2567/6 | 2477/12 2478/1 | **Penguin's [1]** | 2572/17 2577/9 |
| 2511/9 2512/12 | 2568/25 2569/2 | **past [6]** | 2519/6 | **percentages [20]** |
| 2512/14 2512/15 | 2573/6 2576/7 | 2475/16 2495/7 | **people [12]** | 2491/14 2492/6 |
| 2513/10 2517/12 | 2583/25 2584/1 | 2496/16 2542/13 | 2485/18 2485/19 | 2492/7 2492/11 |
| 2519/7 2529/1 | 2584/2 2586/22 | 2577/7 2586/7 | 2488/20 2502/13 | 2493/6 2494/4 |
| 2529/2 2544/15 | **pages [7]** | **pay [2]**   2543/11 | 2503/22 2506/18 | 2494/8 2496/3 |
| 2545/9 2548/4 | 2549/4 2549/9 | 2549/24 | 2507/23 2536/5 | 2496/11 2496/12 |
| 2549/24 2561/13 | 2549/11 2556/12 | **paying [4]** | 2562/17 2562/21 | 2496/13 2497/8 |
| 2578/5 2579/18 | 2557/4 2557/8 | 2494/21 2494/21 | 2562/23 2563/9 | 2497/17 2505/11 |
| 2579/23 2591/18 | 2571/14 | 2500/21 2520/18 | **per [2]**   2473/25 | 2505/18 2505/19 |
| **overall [6]** | **Pam [15]** | **payment [1]** | 2528/19 | 2507/8 2507/16 |
| 2479/19 2496/13 | 2477/15 2478/24 | 2520/18 | **percent [76]** | 2509/24 2565/13 |
| 2505/13 2505/14 | 2483/2 2485/15 | **payments [2]** | 2476/6 2476/11 | **perform [6]** |
| 2507/5 2578/8 | 2486/8 2493/5 | 2509/13 2543/10 | 2481/14 2481/18 | 2550/3 2550/22 |
| **overhead [5]** | 2499/18 2499/19 | **Payroll [1]** | 2481/21 2481/22 | 2551/1 2551/11 |
| 2544/8 2544/23 | 2501/3 2509/7 | 2485/16 | 2481/23 2482/17 | 2574/14 2577/22 |
| 2545/3 2545/8 | 2517/8 2530/2 | **PENGUIN [105]** | 2491/23 2492/2 | **performance [2]** |
| 2565/22 | 2583/25 2584/11 | 2469/19 2469/23 | 2492/3 2492/7 | 2581/8 2582/16 |
| **overheads [1]** | 2584/15 | 2475/20 2475/22 | 2492/18 2495/19 | **performed [2]** |
| 2545/17 | **PAN [1]**   2469/10 | 2476/3 2476/6 | 2495/25 2496/13 | 2480/16 2484/6 |
| **overlap [7]** | **pandemic [18]** | 2476/9 2476/10 | 2501/10 2501/15 | **performing [1]** |
| 2478/22 2488/13 | 2518/24 2519/2 | 2476/16 2477/19 | 2501/25 2503/17 | 2581/7 |
| 2498/6 2501/11 | 2534/2 2536/3 | 2479/8 2480/6 | 2504/7 2505/22 | **period [1]** |
| 2507/23 2530/17 | 2536/3 2537/6 | 2480/25 2481/19 | 2506/19 2506/20 | 2541/22 |
| 2563/17 | 2538/5 2539/16 | 2482/7 2482/20 | 2507/11 2507/18 | **person [2]** |
| **overlapping [15]** | 2541/15 2541/24 | 2484/10 2485/5 | 2513/12 2513/14 | 2547/23 2554/7 |

**P**

**personnel [2]**
  2473/25 2475/5
**perspective [5]**
  2475/24 2493/25
  2518/25 2567/19
  2580/12
**Petrocelli [2]**
  2469/18 2472/15
**philosophy [6]**
  2475/4 2488/19
  2517/1 2546/13
  2546/14 2565/18
**phrase [1]**
  2516/13
**physical [24]**
  2511/25 2511/25
  2512/1 2512/2
  2521/12 2521/15
  2523/19 2527/10
  2527/17 2527/18
  2527/20 2532/10
  2533/15 2533/24
  2536/24 2538/12
  2538/12 2538/15
  2538/17 2541/19
  2575/24 2576/14
  2577/9 2586/1
**pitch [3]**
  2479/3 2553/15
  2553/17
**place [1]**
  2505/14
**Plaintiff [2]**
  2469/4 2469/12
**Plaintiff's [16]**
  2471/11 2471/12
  2471/13 2471/14
  2471/15 2471/16
  2471/17 2471/18
  2511/15 2553/12
  2561/7 2566/21
  2568/6 2569/25
  2576/21 2579/8
**plan [8]**
  2532/15 2550/20
  2551/15 2562/23
  2564/5 2568/24
  2578/7 2591/19
**planning [1]**
  2502/16
**plans [8]**
  2529/5 2547/7
  2568/11 2568/20
  2568/23 2569/4
  2569/7 2569/13
**platforms [2]**
  2520/9 2527/1
**play [1]**
  2548/21
**played [1]**
  2548/23
**please [15]**
  2472/4 2478/24
  2484/16 2499/19
  2499/20 2523/10
  2529/14 2530/3
  2553/1 2553/21
  2566/2 2568/25

  2583/16 2583/25
  2584/2
**plug [3]**
  2482/17 2485/12
  2528/17
**plugged [2]**
  2485/20 2537/9
**podium [1]**
  2472/4
**point [9]**
  2509/1 2511/15
  2533/17 2534/24
  2537/8 2550/21
  2555/2 2572/22
  2586/20
**portion [1]**
  2522/22
**position [1]**
  2485/5
**positions [13]**
  2488/7 2488/13
  2488/14 2498/9
  2498/11 2501/12
  2502/3 2506/23
  2530/13 2530/23
  2563/9 2563/10
  2563/12
**possibility [2]**
  2577/13 2577/14
**possible [3]**
  2506/17 2526/12
  2553/24
**post [3]    2515/7**
  2578/16 2579/13
**post-2013 [2]**
  2578/16 2579/13
**post-merger [1]**
  2515/7
**potential [11]**
  2479/3 2479/4
  2479/6 2481/24
  2488/12 2514/11
  2515/16 2527/12
  2528/5 2528/15
  2531/24
**potentially [5]**
  2503/24 2512/19
  2512/25 2532/19
  2553/19
**PPB [1]    2511/22**
**practical [1]**
  2493/25
**practice [5]**
  2492/9 2497/17
  2497/21 2550/19
  2570/13
**pre [4]    2536/3**
  2538/5 2578/16
  2579/12
**pre-2013 [2]**
  2578/16 2579/12
**pre-pandemic [2]**
  2536/3 2538/5
**precise [1]**
  2506/17
**precisely [1]**
  2541/14
**predicted [7]**
  2496/11 2568/9
  2568/22 2571/20

  2574/1 2575/21
  2581/25
**predicting [1]**
  2512/10
**prediction [2]**
  2573/23 2574/16
  2581/15
**prefatory [1]**
  2477/5
**preliminary [1]**
  2472/20
**preparation [2]**
  2558/2 2579/2
**prepare [1]**
  2556/21
**prepared [3]**
  2474/15 2479/2
  2549/19
**presence [5]**
  2524/9 2524/11
  2524/19 2525/4
  2525/23
**present [2]**
  2479/5 2591/13
**presentation [10]**
  2479/2 2514/18
  2517/7 2524/8
  2525/7 2525/9
  2561/11 2579/2
  2584/3 2584/23
**presented [1]**
  2589/17
**pretty [3]**
  2493/14 2498/10
  2571/2
**previous [2]**
  2485/18 2540/1
**PRH [8]    2485/21**
  2486/11 2486/21
  2486/23 2487/18
  2504/22 2518/3
  2560/22
**price [1]**
  2501/20
**primarily [1]**
  2534/23
**print [2]**
  2512/16 2586/4
**printed [2]**
  2558/20 2586/3
**printers [1]**
  2539/14
**printing [5]**
  2511/23 2512/22
  2538/21 2538/21
  2539/12
**printout [1]**
  2571/13
**prior [5]**
  2481/19 2507/12
  2557/12 2572/21
  2572/24
**private [1]**
  2552/12
**pro [1]    2553/22**
**probably [3]**
  2557/25 2562/16
  2590/4
**procedure [1]**
  2509/4

**proceed [7]**
  2529/23 2549/16
  2558/16 2563/25
  2564/21 2572/11
  2591/21
**proceeding [2]**
  2473/1 2591/19
**proceedings [1]**
  2592/5
**process [5]**
  2484/12 2499/4
  2500/17 2553/18
  2556/24
**produced [1]**
  2534/24 2557/21
**producing [1]**
  2585/19
**product [1]**
  2556/18
**production [6]**
  2475/2 2530/19
  2540/6 2540/18
  2540/19 2585/16
**products [1]**
  2556/18
**professional [1]**
  2497/1
**Professor [2]**
  2588/11 2588/13
**programs [4]**
  2520/2 2520/8
  2526/11 2537/20
**project [5]**
  2508/12 2515/6
  2521/17 2543/8
  2545/25
**projected [23]**
  2478/17 2478/17
  2481/12 2482/12
  2483/22 2488/1
  2489/2 2490/8
  2490/11 2493/18
  2493/19 2501/24
  2508/18 2508/20
  2509/9 2515/20
  2521/5 2521/20
  2530/7 2532/7
  2532/9 2542/2
  2568/13
**projecting [3]**
  2520/14 2538/2
  2586/1
**projection [8]**
  2514/24 2522/5
  2523/8 2533/24
  2534/8 2585/5
  2585/20 2585/22
**projections [10]**
  2482/23 2501/7
  2508/19 2508/23
  2536/15 2575/5
  2585/10 2585/12
  2586/9 2586/17
**projects [1]**
  2543/10
**proposal [5]**
  2546/23 2547/3
  2547/6 2549/20
  2553/17
**proposals [1]**

  2586/8
**proposed [1]**
  2556/1
**protective [1]**
  2510/11
**provide [2]**
  2490/23 2550/23
**provided [6]**
  2509/14 2555/19
  2556/25 2557/20
  2559/12 2560/20
**provides [1]**
  2516/18
**providing [1]**
  2490/18
**public [3]**
  2590/3 2590/14
  2590/16
**publisher [3]**
  2512/3 2513/3
  2541/19
**publishers [6]**
  2512/16 2513/15
  2516/15 2516/17
  2516/21 2541/21
**publishing [8]**
  2475/12 2475/13
  2490/16 2512/6
  2512/11 2541/16
  2565/23 2580/10
**pull [18]**
  2477/5 2477/15
  2478/24 2482/1
  2483/2 2484/15
  2492/24 2501/2
  2509/1 2509/7
  2513/20 2517/6
  2518/8 2543/12
  2546/5 2546/12
  2546/25 2586/21
**purpose [2]**
  2549/9 2591/2
**purpose for [1]**
  2591/2
**purposes [1]**
  2536/19
**put [21]    2492/5**
  2492/6 2494/1
  2495/22 2496/3
  2496/11 2496/13
  2497/8 2497/8
  2503/12 2505/17
  2507/5 2531/11
  2535/4 2557/20
  2559/5 2575/6
  2579/16 2591/1
  2591/4 2591/16
**putting [5]**
  2501/25 2507/6
  2507/10 2564/2
  2575/7
**PX [57]    2482/3**
  2482/15 2483/1
  2483/2 2483/9
  2485/13 2485/16
  2485/20 2485/25
  2486/8 2489/18
  2493/21 2493/22
  2498/15 2499/19
  2501/3 2510/4

**P**

PX... [40]
2510/23 2511/4
2513/6 2513/20
2514/20 2515/3
2518/12 2519/13
2519/20 2519/22
2521/13 2527/8
2527/10 2530/1
2543/12 2546/25
2548/11 2553/1
2553/2 2553/8
2555/10 2555/13
2555/20 2557/4
2557/8 2557/11
2557/15 2558/19
2558/21 2560/8
2560/13 2561/3
2571/12 2578/20
2578/23 2579/4
2583/25 2584/11
2584/14 2584/19

PX 186 [1]
2548/11

PX-140 [6]
2555/10 2555/13
2557/11 2557/15
2558/19 2558/21

PX-148 [1]
2546/25

PX-162 [3]
2553/1 2553/2
2553/8

PX-163 [4]
2560/8 2560/13
2561/3 2583/25

PX-168 [21]
2482/3 2482/15
2493/22 2510/23
2511/4 2513/6
2513/20 2514/20
2515/3 2518/12
2519/13 2519/20
2519/22 2521/13
2527/8 2527/10
2543/12 2571/12
2584/11 2584/14
2584/19

PX-406 [15]
2483/1 2483/2
2483/9 2485/13
2485/16 2485/20
2485/25 2486/8
2489/18 2493/21
2498/15 2499/19
2501/3 2510/4
2530/1

PX-886 [3]
2555/20 2557/4
2557/8

PX-92 [3]
2578/20 2578/23
2579/4

**Q**

Q51 [1]    2500/22
quality [1]
2546/21
quantification [1]

2588/12
quantified [1]
2577/18
quantify [3]
2566/24 2567/13
2577/23
quantitative [1]
2527/3
quick [2]
2555/13 2562/1
quickly [4]
2524/4 2539/21
2564/9 2585/10
quite [2]
2510/19 2546/2
quote [1]
2585/17

**R**

Radford [1]
2489/22
raised [2]
2495/21 2506/5
Randall [1]
2469/18
RANDOM [101]
2469/19 2469/23
2475/20 2475/22
2476/7 2476/10
2476/16 2477/19
2479/8 2480/6
2480/25 2482/7
2482/20 2484/10
2485/5 2485/11
2486/1 2486/15
2488/15 2490/15
2491/10 2495/5
2496/20 2497/15
2498/10 2499/2
2500/9 2500/12
2501/8 2503/10
2503/14 2504/10
2504/24 2505/4
2512/3 2512/21
2513/1 2513/4
2513/18 2514/8
2515/2 2515/12
2515/19 2515/24
2516/2 2516/17
2516/20 2516/22
2517/11 2517/15
2517/19 2518/5
2518/16 2522/24
2523/17 2524/14
2524/19 2525/5
2525/24 2527/4
2527/22 2532/8
2532/19 2533/2
2533/22 2534/3
2535/11 2537/3
2543/17 2543/25
2544/13 2545/22
2546/12 2547/5
2549/20 2556/5
2560/2 2561/21
2564/25 2566/9
2568/12 2568/20
2569/4 2570/3
2570/5 2570/20
2572/5 2572/10

2574/6 2575/18
2575/20 2576/7
2577/11 2577/20
2577/24 2579/17
2579/21 2580/3
2581/9 2581/12
2582/15
range [7]
2476/2 2476/6
2476/7 2481/22
2528/14 2560/1
2561/22
rate [38]
2513/9 2513/12
2513/15 2513/17
2514/2 2514/8
2514/9 2514/13
2514/17 2514/19
2514/21 2514/23
2514/25 2515/2
2515/7 2515/20
2515/24 2515/25
2516/3 2516/6
2517/11 2517/12
2517/19 2517/21
2517/22 2518/2
2518/3 2518/4
2518/6 2518/17
2519/3 2519/6
2519/7 2519/10
2519/13 2528/22
2539/6 2573/16
rates [22]
2511/19 2511/22
2511/24 2511/25
2512/3 2512/5
2513/1 2513/4
2513/6 2513/17
2513/19 2515/11
2515/12 2516/21
2517/2 2517/4
2518/21 2522/10
2536/4 2539/18
2570/2 2570/4
rationale [1]
2490/20
reach [6]
2493/24 2524/10
2527/4 2568/13
2568/21 2569/5
read [13]
2469/12 2472/10
2552/15 2552/17
2552/18 2558/1
2566/9 2566/20
2569/15 2573/2
2573/5 2573/7
2576/15
readers [1]
2541/16
Reading [1]
2548/7
reads [1]
2573/9
ready [1]
2589/8
real [4]
2473/10 2511/17
2548/2 2587/1
realistic [1]

2497/11
realities [1]
2580/8
realize [1]
2522/18
realized [9]
2476/2 2479/25
2480/18 2492/1
2500/8 2503/7
2540/4 2541/1
2541/23
really [25]
2484/9 2492/13
2495/11 2497/1
2497/4 2499/3
2500/2 2503/9
2503/10 2506/24
2508/17 2512/10
2512/11 2526/23
2528/8 2530/13
2551/17 2552/8
2552/9 2552/10
2563/12 2564/7
2565/21 2565/21
2569/11
realtime [2]
2546/6 2558/14
reason [5]
2492/8 2494/10
2510/15 2536/2
2541/14
reasonable [1]
2496/23
reasons [5]
2508/22 2511/10
2511/12 2535/19
2536/1
recall [9]
2495/3 2510/21
2555/8 2555/19
2560/22 2567/5
2568/9 2572/20
2583/8
receive [3]
2474/3 2484/23
2533/7
received [5]
2484/12 2484/24
2581/4 2581/5
2589/19
receiving [1]
2497/14
recent [3]
2534/25 2535/2
2535/5
recess [1]
2591/24
recipient [1]
2560/25
reclassification [2]
2540/8 2540/13
2540/14
recognize [2]
2555/10 2557/13
recognized [1]
2481/9
recollection [4]
2572/22 2572/25
2573/3 2573/8
record [18]

2472/5 2500/17
2502/8 2519/5
2529/17 2529/18
2530/2 2534/5
2534/8 2536/23
2537/2 2537/9
2537/11 2545/7
2549/10 2549/10
2586/20 2592/5
records [8]
2476/15 2484/8
2489/10 2491/4
2498/19 2514/15
2544/14 2585/3
redacted [2]
2509/19 2568/16
redirect [3]
2471/6 2583/21
2583/22
reduce [10]
2495/22 2503/19
2506/19 2506/19
2506/22 2507/21
2516/6 2517/4
2522/10 2542/24
reduction [8]
2474/19 2503/2
2504/13 2530/8
2540/12 2541/7
2541/10 2565/13
reductions [4]
2501/24 2504/3
2530/10 2530/25
redundancy [2]
2565/3 2565/13
refer [9]
2480/25 2493/15
2520/3 2526/17
2527/19 2544/7
2544/18 2550/13
2566/1
referenced [1]
2560/23
referencing [1]
2559/4
referred [4]
2481/15 2516/10
2566/3 2586/21
referring [6]
2511/24 2516/13
2522/13 2525/10
2543/14 2547/2
refers [1]
2522/19
refine [1]
2498/24
reflect [11]
2478/2 2486/25
2487/1 2487/25
2488/6 2521/4
2528/12 2530/5
2534/12 2540/12
2544/12
reflected [26]
2479/18 2483/14
2483/20 2484/3
2484/7 2487/13
2488/11 2488/12
2489/17 2490/7
2490/10 2498/17

**R**
reflected... [14]
2498/18 2499/8
2502/25 2509/12
2513/23 2514/5
2514/21 2515/3
2515/4 2520/24
2535/9 2544/24
2574/15 2579/13
reflects [3]
2479/19 2546/9
2547/10
refresh [4]
2533/23 2572/21
2572/24 2573/2
refreshed [3]
2533/20 2536/14
2582/21
refreshes [1]
2573/8
regards [1]
2503/24
regular [1]
2578/10
relate [3]
2474/23 2480/21
2480/21
related [9]
2475/23 2509/1
2510/9 2537/7
2544/25 2580/18
2580/18 2588/16
2589/25
relates [2]
2509/12 2531/21
relationship [1]
2544/22
relationships [1]
2525/20
relevant [3]
2484/20 2491/15
2588/19
reliability [4]
2482/23 2535/17
2558/9 2586/8
reliable [7]
2492/13 2494/12
2519/1 2535/19
2538/1 2542/4
2542/11
reliant [1]
2571/20
relied [1]
2588/22
rely [1]
2516/15
relying [2]
2570/4 2571/22
remain [1]
2472/24
remember [9]
2478/20 2510/24
2548/4 2548/13
2550/8 2560/24
2567/1 2567/2
2567/3
remind [1]
2529/21
remove [1]

2473/5
reopen [4]
2590/2 2590/4
2590/14 2590/15
repeat [2]
2494/6 2524/2
rephrase [1]
2572/7
report [4]
2495/12 2520/24
2521/1 2531/15
REPORTED [1]
2470/23
reporter [3]
2470/23 2566/14
2592/3
represent [2]
2530/6 2532/24
representation [3]
2536/7 2536/9
2537/5
representative [2]
2538/6 2541/15
representing [1]
2585/2
represents [2]
2532/25 2575/8
reps [1]
2524/15
request [2]
2534/17 2555/21
requested [1]
2531/23
requires [1]
2591/12
respect [8]
2476/9 2516/21
2518/16 2523/3
2543/8 2586/7
2588/25 2591/1
response [12]
2517/25 2519/15
2534/17 2555/14
2555/21 2556/11
2556/22 2556/25
2557/12 2557/14
2557/19 2558/1
responsible [4]
2497/2 2497/5
2503/21 2508/21
rest [1]   2504/9
result [6]
2478/16 2479/25
2480/7 2496/13
2520/13 2556/16
resulted [1]
2495/20
resulting [2]
2543/18 2545/13
resume [3]
2472/21 2587/13
2590/15
retailer [1]
2512/13
retailers [8]
2512/6 2512/8
2512/12 2512/23
2513/9 2523/23
2524/17 2525/20
retires [1]

2564/10
return [58]
2511/18 2511/22
2511/24 2511/25
2512/3 2512/5
2512/7 2512/8
2512/17 2513/1
2513/4 2513/6
2513/9 2513/12
2513/15 2513/16
2513/17 2513/19
2514/2 2514/8
2514/9 2514/13
2514/21 2514/23
2514/25 2515/2
2515/11 2515/12
2515/19 2515/22
2515/24 2515/25
2516/3 2516/6
2516/21 2517/2
2517/4 2517/11
2517/12 2517/19
2517/21 2517/22
2518/2 2518/3
2518/4 2518/6
2518/17 2518/21
2519/3 2519/6
2519/7 2519/10
2519/13 2522/10
2536/4 2570/2
2570/4 2587/16
returnable [1]
2512/7
returned [2]
2512/21 2513/14
returns [10]
2500/14 2500/18
2500/18 2500/20
2504/19 2513/8
2513/25 2520/15
2537/14 2537/20
revenue [18]
2480/6 2480/9
2480/12 2480/15
2480/18 2480/25
2480/25 2520/22
2521/4 2521/6
2521/8 2521/10
2537/21 2537/21
2571/8 2571/10
2571/19 2578/17
revenues [5]
2520/15 2521/7
2578/16 2580/11
2586/5
review [8]
2476/24 2508/14
2540/4 2553/23
2565/15 2570/18
2582/14 2589/6
reviewed [13]
2475/12 2475/19
2476/5 2476/25
2477/2 2511/3
2531/7 2536/12
2557/23 2558/3
2579/20 2579/24
2588/14
reviewing [1]
2561/20

revised [2]
2537/8 2582/14
rid [1]   2524/25
right [148]
Riverside [7]
2503/8 2503/9
2504/8 2541/3
2541/5 2541/6
2541/12
RMS [1]   2487/5
room [11]
2494/18 2498/18
2498/20 2527/14
2554/5 2554/8
2554/11 2554/19
2554/24 2560/11
2560/20
roster [1]
2484/13
row [16]
2483/19 2487/14
2487/14 2487/22
2487/23 2488/24
2490/6 2513/22
2513/23 2514/1
2514/2 2520/12
2521/13 2521/14
2537/15 2543/13
rows [1]
2482/14
royalties [5]
2487/5 2520/12
2520/13 2520/17
2525/2
royalty [1]
2543/10
Rudzin [1]
2469/23
rule [2]   2588/6
2591/16
ruling [4]
2589/5 2589/7
2591/5 2591/21
run [3]   2494/11
2520/9 2524/4
Ryan [1]   2470/5

**S**

S9 [2]   2514/6
2514/7
salary [2]
2484/20 2510/22
sale [2]
2512/13 2552/24
sales [77]
2475/1 2496/6
2496/21 2500/24
2500/24 2501/4
2501/8 2517/3
2520/16 2521/12
2521/15 2521/20
2522/6 2522/8
2522/11 2522/17
2523/3 2523/4
2523/8 2523/12
2523/16 2523/19
2524/6 2524/13
2524/15 2525/1
2525/18 2525/24
2526/7 2527/4

2527/4 2527/7
2527/10 2527/13
2527/18 2527/21
2527/24 2528/4
2528/5 2528/11
2528/24 2529/3
2529/8 2530/18
2532/8 2532/10
2532/22 2533/10
2533/15 2533/24
2536/24 2538/12
2538/12 2538/15
2538/17 2539/10
2539/18 2544/15
2571/16 2575/24
2576/1 2576/9
2577/3 2577/6
2578/5 2578/8
2579/1 2579/12
2579/18 2579/23
2581/16 2581/19
2581/22 2581/25
2585/10 2585/13
2586/1
same [36]
2478/24 2487/16
2494/1 2494/2
2494/8 2496/4
2501/12 2505/10
2505/13 2510/15
2513/12 2515/12
2515/25 2520/9
2521/7 2521/13
2522/16 2526/14
2528/6 2529/6
2532/2 2532/3
2537/10 2540/9
2540/18 2540/19
2547/24 2561/18
2567/6 2570/4
2575/17 2584/25
2585/1 2585/25
2586/16 2586/25
SANSIGRE [57]
2471/3 2472/19
2472/21 2472/22
2473/6 2473/13
2474/15 2474/17
2477/1 2479/1
2482/2 2483/4
2484/17 2485/17
2486/7 2486/10
2490/7 2493/13
2498/13 2498/17
2499/10 2499/19
2502/25 2509/8
2509/23 2517/9
2519/24 2529/19
2529/21 2529/23
2530/3 2531/3
2534/11 2538/10
2543/5 2547/18
2547/20 2547/25
2548/15 2548/25
2549/12 2549/19
2555/25 2558/10
2560/9 2560/16
2566/1 2566/5
2567/24 2570/2
2580/21 2583/22

**S**

SANSIGRE... [5]
  2584/1 2584/2
  2586/23 2587/7
  2588/13
Sansigre's [3]
  2549/5 2588/15
  2588/23
Santillana [1]
  2516/5
save [3]   2505/2
  2520/10 2538/23
saving [2]
  2489/16 2542/20
savings [49]
  2473/14 2473/18
  2475/8 2475/25
  2476/2 2476/10
  2476/25 2477/1
  2477/23 2478/1
  2479/25 2481/9
  2481/18 2482/10
  2484/7 2488/12
  2489/17 2490/11
  2490/12 2490/13
  2498/3 2498/13
  2500/5 2500/19
  2501/5 2505/8
  2505/20 2507/8
  2514/3 2514/4
  2519/19 2519/25
  2520/2 2538/22
  2540/5 2540/12
  2540/22 2542/22
  2542/23 2542/25
  2543/18 2556/17
  2561/13 2561/23
  2562/10 2562/20
  2568/8 2584/7
  2585/6
saw [9]   2491/19
  2504/11 2504/12
  2525/6 2536/4
  2545/16 2567/8
  2567/20 2567/20
saying [8]
  2495/13 2496/10
  2506/4 2533/1
  2536/1 2541/11
  2578/4 2584/14
SBC [1]   2561/1
scalable [5]
  2490/21 2490/24
  2499/14 2503/11
  2503/12
scenario [6]
  2531/24 2531/24
  2533/6 2544/19
  2563/2 2565/20
schedule [1]
  2591/15
SCHUSTER [112]
  2470/3 2472/17
  2475/18 2476/22
  2479/4 2481/25
  2482/8 2484/11
  2484/14 2484/19
  2484/24 2485/2
  2486/2 2487/16

  2487/17 2488/16
  2489/10 2490/17
  2490/19 2490/25
  2491/3 2491/10
  2494/21 2494/21
  2497/15 2498/14
  2498/19 2498/22
  2499/4 2499/15
  2499/17 2500/16
  2500/20 2501/9
  2503/3 2503/7
  2504/19 2509/15
  2510/22 2513/17
  2514/8 2514/13
  2514/16 2514/21
  2514/25 2515/13
  2515/16 2515/22
  2518/4 2518/21
  2524/9 2525/3
  2525/8 2525/10
  2525/23 2526/4
  2526/7 2526/13
  2527/22 2528/7
  2528/9 2528/24
  2530/24 2532/8
  2532/19 2533/22
  2534/3 2535/12
  2536/9 2537/3
  2539/25 2540/7
  2541/6 2543/19
  2545/22 2546/3
  2548/11 2549/21
  2549/25 2552/13
  2552/24 2553/19
  2554/5 2556/6
  2556/17 2565/2
  2565/24 2568/13
  2568/21 2569/5
  2570/16 2572/18
  2573/14 2574/5
  2574/6 2574/14
  2574/17 2575/5
  2575/13 2575/14
  2575/21 2576/24
  2576/25 2577/8
  2577/25 2581/18
  2581/25 2582/19
  2583/13 2585/3
  2585/8 2585/16
Schuster's [29]
  2515/7 2515/24
  2517/22 2518/6
  2518/17 2519/6
  2519/10 2523/18
  2524/6 2525/18
  2527/5 2554/15
  2559/23 2560/6
  2560/10 2565/12
  2567/12 2570/11
  2573/23 2574/10
  2577/19 2577/23
  2581/1 2581/7
  2581/16 2581/22
  2582/15 2583/9
  2585/21
Schwarz [2]
  2469/13 2472/12
scrap [1]
  2512/25
screen [2]

  2555/24 2571/24
screenshot [1]
  2573/19
se [3]   2469/6
  2472/3 2473/25
seal [3]
  2471/19 2557/7
  2557/9
seated [2]
  2473/4 2529/22
second [6]
  2474/21 2493/14
  2536/11 2540/3
  2586/22 2588/1
security [2]
  2487/5 2578/12
seeing [1]
  2498/9
seeking [1]
  2549/21
seems [4]
  2491/11 2496/22
  2506/15 2567/9
selected [3]
  2567/10 2572/16
  2573/12
self [1]
  2580/10
self-publishing [3]
  2580/10
sell [8]   2512/7
  2513/11 2513/12
  2516/16 2541/18
  2577/24 2577/25
  2586/12
sellers' [1]
  2586/8
selling [1]
  2577/8
sending [1]
  2556/24
sense [6]
  2496/18 2497/22
  2586/1 2586/4
  2589/8 2589/11
sensitivity [2]
  2575/24 2576/23
sent [2]   2553/5
  2557/21
separate [3]
  2482/22 2510/16
  2533/11
September [3]
  2560/11 2560/16
  2560/16
September 2020 [1]
  2560/16
September 2021 [2]
  2560/11 2560/16
series [1]
  2488/4
serve [1]
  2526/11
service [1]
  2569/24
services [11]
  2474/4 2475/5
  2487/4 2490/18
  2490/22 2490/23
  2499/13 2516/18

  2546/3 2546/19
  2546/21
services that [1]
  2546/3
session [9]
  2469/7 2587/18
  2587/21 2587/24
  2589/13 2589/14
  2589/17 2589/23
  2590/15
set [2]   2545/13
  2591/9
sets [1]   2545/7
seven [2]
  2544/5 2551/25
Seventy [1]
  2562/17
several [5]
  2475/19 2482/19
  2516/5 2516/10
  2561/21
share [2]
  2520/16 2579/1
shared [4]
  2487/6 2507/2
  2510/10 2535/1
sharing [1]
  2510/8
Shearman [2]
  2470/2 2470/5
sheet [3]
  2489/18 2501/2
  2519/21
sheets [1]
  2571/13
ship [3]
  2512/17 2513/10
  2513/13
shipment [1]
  2537/20
shipping [1]
  2512/22
Shores [1]
  2470/5
show [13]
  2479/9 2480/17
  2492/7 2494/11
  2503/24 2509/8
  2511/14 2517/17
  2520/23 2521/14
  2543/23 2586/14
  2586/21
showed [4]
  2485/19 2506/9
  2584/1 2585/20
showing [9]
  2474/17 2474/18
  2485/17 2493/13
  2517/11 2517/18
  2518/9 2531/3
  2546/13
shown [4]
  2482/2 2484/17
  2517/10 2544/3
shows [4]
  2477/24 2518/15
  2527/11 2527/23
sic [1]   2548/8
side [2]
  2493/16 2517/10

sides [2]
  2488/20 2564/3
signed [3]
  2497/13 2533/12
  2540/3
Silk [11]
  2482/4 2482/14
  2513/21 2519/21
  2521/13 2521/19
  2522/1 2543/12
  2558/24 2571/15
  2579/2
similar [9]
  2475/14 2496/21
  2496/22 2520/1
  2520/5 2529/6
  2542/2 2563/8
  2577/7
SIMON [141]
simplified [1]
  2535/7
sitting [2]
  2564/24 2566/5
situation [5]
  2481/7 2510/8
  2540/25 2580/1
  2580/13
sizable [1]
  2526/2
size [3]
  2475/19 2476/17
  2481/23
skeptic [1]
  2586/17
slide [22]
  2474/15 2474/16
  2479/17 2482/1
  2482/2 2484/17
  2485/15 2486/13
  2491/5 2491/11
  2493/3 2493/5
  2493/11 2493/13
  2498/15 2505/5
  2505/11 2509/7
  2509/20 2509/21
  2511/17 2529/8
slides [2]
  2486/14 2509/3
slightly [1]
  2578/11
slow [2]
  2489/21 2489/21
slowly [1]
  2574/5
small [5]
  2510/5 2522/4
  2536/24 2562/5
  2562/9
smaller [1]
  2501/4
Smith [1]
  2469/19
Snyder [7]
  2588/12 2588/13
  2588/20 2590/20
  2590/24 2591/8
  2591/13
sold [3]   2512/9
  2541/18 2576/25
solemnly [1]

**S**

solemnly... [1]
  2472/25
solution [1]
  2516/24
somehow [1]
  2583/11
someone [2]
  2521/25 2564/9
sometimes [2]
  2510/10 2559/5
somewhere [1]
  2538/4
Sonoma [1]
  2525/15
soon [4]
  2515/16 2516/25
  2522/16 2528/9
sorry [26]
  2473/21 2474/1
  2478/12 2491/7
  2493/4 2502/6
  2532/13 2532/21
  2534/14 2546/6
  2548/8 2551/20
  2551/24 2558/14
  2558/21 2559/16
  2563/6 2564/13
  2564/16 2565/4
  2565/4 2565/5
  2569/2 2569/20
  2574/25 2576/4
sort [6] 2565/3
  2565/12 2565/15
  2567/9 2567/10
  2587/9
sound [3]
  2492/2 2555/7
  2563/3
sounds [1]
  2494/16
source [1]
  2475/9
sources [1]
  2589/19
space [3]
  2541/3 2541/23
  2542/18
Spain [1]
  2516/5
speak [1]
  2514/16
special [10]
  2523/22 2523/23
  2526/2 2531/24
  2531/24 2532/2
  2576/1 2576/9
  2576/25 2577/5
specialized [1]
  2490/16
specialty [1]
  2525/13
specific [18]
  2476/25 2477/2
  2481/6 2523/17
  2528/25 2563/11
  2564/18 2566/24
  2567/12 2568/11
  2568/20 2568/23

2569/7 2569/13
2576/14 2576/23
2582/4 2587/19
specifically [8]
  2476/9 2476/16
  2504/4 2527/13
  2539/3 2545/17
  2565/17 2570/19
Specification [9]
  2556/9 2556/11
  2556/14 2556/22
  2557/4 2557/14
  2557/21 2558/2
  2558/3
specificity [2]
  2588/15 2589/1
specifics [2]
  2562/2 2579/10
spend [1]
  2511/23
spending [2]
  2486/12 2487/20
spent [3]
  2511/6 2545/24
  2547/22
spreadsheet [6]
  2507/1 2511/8
  2519/16 2532/2
  2532/3 2584/24
spring [1]
  2531/21
Square [1]
  2469/24
stable [1]
  2580/5
stamp [1]
  2571/15
stand [2]
  2529/20 2591/13
standalone [6]
  2514/24 2575/9
  2581/11 2581/16
  2582/16 2582/18
standard [1]
  2570/13
standing [1]
  2472/24
Stars [1]
  2469/20
start [10]
  2481/24 2484/5
  2486/7 2487/24
  2488/24 2524/5
  2536/23 2541/25
  2541/25 2590/3
started [5]
  2476/21 2493/3
  2497/14 2542/14
  2552/20
starting [7]
  2516/1 2532/15
  2537/8 2537/23
  2539/4 2565/7
  2567/7
starts [2]
  2477/11 2487/14
state [1]
  2472/4
statements [1]
  2585/7

STATES [10]
  2469/1 2469/3
  2469/10 2469/15
  2472/3 2472/10
  2500/10 2541/1
  2547/16 2549/3
stats [2]
  2511/9 2511/10
stay [1] 2494/8
step [5] 2495/8
  2497/3 2555/13
  2587/6 2587/7
Stephen [2]
  2470/2 2472/16
steps [1]
  2514/10
Sterling [2]
  2470/2 2470/5
still [11]
  2487/10 2487/11
  2497/3 2529/21
  2530/21 2534/12
  2535/24 2536/9
  2538/5 2542/6
  2547/17
stipulate [1]
  2588/20
stop [8] 2477/9
  2484/15 2499/13
  2509/19 2516/9
  2522/12 2527/16
  2541/5
store [1]
  2525/13
stores [4]
  2525/13 2525/15
  2525/18 2526/4
strange [1]
  2538/10
strategy [1]
  2560/22
Street [2]
  2469/16 2470/6
stronger [1]
  2536/9
structure [7]
  2475/13 2475/24
  2482/7 2482/8
  2482/9 2484/10
  2544/20
studios [2]
  2585/14 2586/15
sub [23] 2485/6
  2485/21 2486/2
  2486/14 2486/18
  2486/24 2487/1
  2487/17 2487/19
  2488/5 2489/3
  2489/11 2489/11
  2490/9 2498/5
  2498/5 2498/8
  2498/8 2507/24
  2530/16 2530/16
  2530/18 2530/19
subcategories [2]
  2479/24 2503/4
subsequent [1]
  2531/12
substantially [5]
  2478/19 2518/22

2537/11 2584/10
2586/5
suggested [8]
  2544/17 2544/21
  2544/24 2545/2
  2545/4 2545/6
  2545/12 2545/19
summaries [1]
  2483/3
summarize [1]
  2520/22
summary [15]
  2483/7 2483/14
  2489/18 2491/11
  2491/16 2491/19
  2501/2 2513/21
  2513/24 2519/20
  2521/2 2521/18
  2530/3 2535/14
  2584/15
summer [1]
  2479/2
Sunday [1]
  2553/5
super [1]
  2545/15
suppliers [1]
  2520/10
supply [17]
  2503/10 2515/17
  2516/16 2516/22
  2516/25 2522/10
  2522/16 2522/17
  2528/10 2529/2
  2529/6 2533/9
  2539/12 2539/15
  2539/16 2577/20
  2581/12
support [1]
  2549/23
supported [1]
  2557/13
supporting [1]
  2557/18
supposed [3]
  2532/24 2548/20
  2559/3
supposedly [1]
  2582/15
sure [12]
  2484/8 2492/25
  2494/15 2497/7
  2502/23 2519/5
  2529/12 2530/2
  2540/9 2551/9
  2572/8 2583/3
survivability [1]
  2569/10
swear [1]
  2472/25
sworn [1]
  2472/24
synergies [80]
  2475/21 2476/17
  2476/19 2476/20
  2476/21 2477/1
  2477/4 2477/13
  2477/14 2477/20
  2477/25 2478/3
  2478/21 2479/19

2479/21 2480/6
2480/9 2481/1
2481/8 2481/17
2483/15 2483/21
2483/21 2487/22
2488/1 2488/23
2489/1 2489/7
2490/8 2492/12
2494/9 2494/10
2494/24 2495/23
2496/11 2497/8
2497/19 2499/7
2499/21 2500/15
2503/19 2506/2
2506/12 2507/15
2509/12 2509/22
2534/9 2537/10
2537/10 2538/2
2542/5 2543/18
2545/13 2551/17
2552/4 2552/9
2552/11 2553/23
2554/2 2556/19
2568/9 2568/14
2568/22 2569/10
2570/8 2570/8
2571/1 2571/10
2571/19 2571/23
2572/9 2572/15
2574/13 2575/9
2581/15 2582/14
2582/19 2584/18
2587/1 2588/16
synergy [14]
  2491/2 2491/8
  2491/12 2492/14
  2507/24 2548/2
  2554/18 2572/5
  2572/14 2574/11
  2574/19 2574/23
  2575/11 2578/7
system [4]
  2487/6 2490/24
  2490/25 2570/5
systems [3]
  2490/21 2499/5
  2499/14

**T**

tab [15]
  2477/15 2489/22
  2490/5 2499/19
  2502/24 2519/21
  2521/13 2522/1
  2535/6 2543/12
  2555/9 2555/20
  2558/19 2558/21
  2584/15
table [2]
  2472/11 2520/25
talk [6]
  2511/24 2529/14
  2550/7 2559/21
  2571/8 2591/20
talking [3]
  2496/24 2546/9
  2563/11
target [3]
  2475/1 2507/20
  2515/15

T

targeted [4]
 2482/10 2519/2
 2540/5 2544/20
targeting [8]
 2492/21 2518/20
 2538/21 2559/22
 2560/5 2561/17
 2561/23 2575/10
targets [1]
 2578/4
team [11]
 2479/7 2484/13
 2485/10 2510/10
 2525/24 2526/4
 2527/13 2527/14
 2554/4 2554/7
 2585/25
technology [4]
 2504/23 2526/19
 2526/21 2585/15
telling [1]
 2567/3
tend [1]   2513/9
tenure [1]
 2485/23
term [7]   2481/3
 2481/5 2481/6
 2534/6 2536/7
 2541/15 2582/7
terminated [1]
 2564/20
terminology [1]
 2535/23
terms [3]
 2475/19 2506/17
 2528/3
test [2]
 2575/24 2576/23
tested [2]
 2577/13 2577/14
testified [7]
 2481/8 2483/17
 2563/1 2572/16
 2573/11 2586/25
 2588/13
testify [4]
 2588/13 2590/20
 2591/1 2591/9
testimony [11]
 2472/21 2473/1
 2529/15 2548/25
 2558/1 2566/5
 2569/17 2572/21
 2572/24 2576/17
 2591/24
testimony's [1]
 2587/8
tests [1]
 2528/20
thanks [3]
 2487/15 2501/4
 2529/16
theoretically [1]
 2538/23
therefore [8]
 2501/11 2512/14
 2513/12 2513/13
 2528/25 2539/17

 2541/3 2585/17
thinking [3]
 2518/25 2519/1
 2569/9
third [16]
 2473/24 2474/4
 2474/21 2489/12
 2500/14 2500/18
 2500/20 2503/24
 2516/7 2516/12
 2516/13 2516/21
 2516/24 2523/6
 2523/24 2544/17
though [8]
 2496/2 2497/8
 2499/13 2504/1
 2535/20 2538/24
 2563/1 2582/12
thought [7]
 2504/16 2505/2
 2505/24 2542/10
 2542/18 2572/18
 2573/13
three [12]
 2477/8 2477/9
 2477/11 2477/12
 2493/17 2500/11
 2503/6 2508/13
 2520/21 2531/16
 2554/1 2576/13
Tiger [4]
 2516/4 2522/14
 2522/19 2522/21
times [4]
 2469/24 2501/9
 2522/7 2529/4
timing [1]
 2580/25
title [1]
 2484/20
titles [9]
 2522/16 2526/7
 2528/9 2541/22
 2565/2 2565/12
 2585/18 2586/3
 2587/19
today [11]
 2472/11 2493/3
 2548/18 2550/25
 2551/11 2552/5
 2555/16 2559/25
 2580/13 2585/8
 2588/19
together [7]
 2479/7 2481/15
 2512/10 2532/3
 2547/22 2557/20
 2564/2
told [4]
 2546/22 2552/20
 2556/24 2583/12
tomorrow [1]
 2589/7
took [4]   2492/4
 2505/14 2514/10
 2528/14
tools [1]
 2526/21
top [26]
 2479/21 2486/9

 2486/10 2489/19
 2502/9 2502/12
 2517/13 2521/8
 2521/18 2527/17
 2527/21 2527/24
 2547/1 2547/1
 2550/9 2550/11
 2550/12 2550/13
 2550/15 2550/16
 2552/8 2571/15
 2574/13 2577/9
 2582/20 2584/21
top-down [9]
 2502/9 2502/12
 2550/9 2550/11
 2550/12 2550/13
 2550/15 2550/16
 2552/8
topic [3]
 2480/3 2531/12
 2543/7
topics [1]
 2579/2
total [28]
 2482/11 2482/11
 2483/15 2483/23
 2484/4 2488/1
 2489/1 2490/8
 2490/8 2495/3
 2496/7 2499/10
 2499/21 2503/5
 2503/16 2506/3
 2527/17 2527/20
 2527/21 2530/6
 2531/4 2536/18
 2537/14 2537/25
 2539/9 2539/25
 2543/3 2577/9
totally [4]
 2482/22 2511/12
 2544/25 2546/2
touching [1]
 2563/10
towards [1]
 2565/13
track [4]
 2477/6 2513/4
 2513/16 2564/16
tracker [4]
 2476/20 2476/21
 2481/9 2481/9
tracking [5]
 2476/17 2477/4
 2477/12 2477/19
 2477/20
Trade [1]
 2550/4
traditional [1]
 2525/25
traffic [1]
 2539/17
transaction [18]
 2475/17 2475/22
 2476/22 2481/12
 2483/22 2501/11
 2531/5 2533/19
 2538/2 2542/5
 2546/17 2551/18
 2552/11 2565/18
 2565/19 2568/15

 2569/12 2585/6
transactions [17]
 2475/11 2475/15
 2475/19 2476/5
 2476/15 2481/19
 2495/5 2508/11
 2516/4 2516/5
 2516/10 2522/14
 2546/15 2560/1
 2561/21 2563/8
 2577/16
transcript [5]
 2469/9 2548/7
 2567/7 2589/6
 2592/4
transition [4]
 2568/12 2568/21
 2569/5 2569/24
transport [1]
 2539/11
trial [2]
 2469/9 2590/14
tried [1]
 2495/15
true [4]
 2568/11 2581/24
 2582/13 2592/4
trust [1]
 2508/17
truth [3]
 2473/2 2473/2
 2473/2
try [3]   2495/9
 2529/6 2573/5
trying [8]
 2505/21 2506/16
 2508/21 2523/14
 2532/23 2586/12
 2586/14 2589/22
TSA [5]   2569/10
 2569/13 2569/21
 2569/23 2569/24
turn [31]
 2473/8 2473/11
 2479/17 2483/2
 2485/15 2486/8
 2487/22 2491/5
 2510/18 2511/18
 2520/22 2525/12
 2526/6 2531/11
 2531/13 2533/15
 2539/21 2543/7
 2546/25 2551/3
 2553/1 2555/20
 2560/8 2561/11
 2563/5 2564/23
 2568/25 2571/12
 2576/6 2578/20
 2585/10
two [10]
 2489/13 2491/16
 2497/16 2511/5
 2511/14 2523/4
 2537/25 2544/4
 2578/8 2588/14
types [2]
 2525/18 2526/4

U

U.S [14]

 2470/24 2484/25
 2485/16 2486/11
 2489/19 2489/21
 2522/23 2527/10
 2527/18 2527/20
 2528/11 2575/23
 2576/14 2585/23
UK [1]   2522/22
ultimately [1]
 2506/3
unable [1]
 2552/14
uncertainty [1]
 2578/12
under [8]
 2471/19 2486/11
 2529/21 2548/18
 2550/4 2557/7
 2557/9 2573/21
underlied [1]
 2555/14
underneath [1]
 2528/11
understands [1]
 2499/23
understood [2]
 2551/9 2560/18
UNITED [10]
 2469/1 2469/3
 2469/10 2469/15
 2472/2 2472/10
 2500/10 2541/1
 2547/16 2549/3
units [1]
 2503/12
Unnumbered [9]
 2471/14 2471/15
 2471/16 2471/17
 2471/18 2566/21
 2568/6 2569/25
 2576/21
unquote [1]
 2585/17
untouched [6]
 2475/5 2475/6
 2546/2 2546/18
 2547/8 2565/20
up [64]   2473/10
 2474/16 2477/5
 2477/15 2478/24
 2481/18 2482/1
 2483/2 2484/15
 2488/8 2489/22
 2490/10 2492/18
 2492/24 2493/11
 2494/9 2494/25
 2495/10 2495/15
 2495/18 2496/23
 2497/9 2497/19
 2497/19 2498/2
 2501/2 2502/1
 2502/3 2502/9
 2502/13 2505/1
 2506/3 2509/1
 2509/7 2513/20
 2517/6 2518/8
 2518/11 2518/12
 2530/2 2537/11
 2538/13 2538/18
 2543/12 2543/25

| | | | | |
|---|---|---|---|---|
| **U** | 2520/11 2537/14 | 2504/10 2504/23 | 2589/8 2589/12 | 2477/11 2477/12 |
| **up... [19]** | 2538/1 2538/11 | 2504/24 2504/25 | **witnesses [2]** | 2480/13 2497/16 |
| 2546/5 2546/12 | 2538/13 2538/15 | **Washington [4]** | 2589/2 2589/4 | 2508/13 2518/16 |
| 2546/25 2550/8 | 2538/18 2570/8 | 2469/6 2469/16 | **wondering [1]** | 2523/5 2526/18 |
| 2550/17 2550/19 | **variety [2]** | 2470/6 2470/25 | 2567/10 | 2529/1 2534/5 |
| 2550/22 2550/23 | 2514/10 2516/4 | **way [28]** | **words [2]** | 2537/3 2578/8 |
| 2551/1 2551/11 | **various [1]** | 2475/13 2475/23 | 2526/23 2563/4 | **yesterday [5]** |
| 2553/23 2564/8 | 2544/23 | 2484/9 2485/21 | **work [15]** | 2473/10 2475/11 |
| 2580/10 2582/1 | **vast [4]** | 2491/25 2492/13 | 2474/23 2475/13 | 2482/4 2536/13 |
| 2583/25 2584/6 | 2474/25 2482/5 | 2494/11 2495/24 | 2475/18 2477/9 | 2547/25 |
| 2584/15 2585/12 | 2541/17 2550/15 | 2496/7 2498/24 | 2484/6 2491/25 | **yesterday's [1]** |
| 2586/21 | **vendors [1]** | 2506/8 2507/10 | 2507/5 2509/23 | 2548/7 |
| **update [4]** | 2500/14 | 2508/12 2513/9 | 2510/19 2511/3 | **York [4]** |
| 2492/9 2494/7 | **verifiability [1]** | 2520/22 2524/24 | 2535/9 2552/20 | 2469/25 2469/25 |
| 2494/19 2552/10 | 2591/10 | 2528/8 2534/4 | 2565/13 2580/25 | 2470/3 2470/3 |
| **updated [5]** | **verify [1]** | 2536/6 2537/7 | 2585/4 | |
| 2494/16 2494/20 | 2588/20 | 2540/1 2540/10 | **worked [1]** | **Z** |
| 2509/22 2535/8 | **version [14]** | 2542/14 2564/17 | 2506/16 | **Z30 [4]** 2571/21 |
| 2558/4 | 2534/1 2534/16 | 2580/18 2586/19 | **working [3]** | 2571/24 2573/12 |
| **updating [3]** | 2534/20 2535/10 | 2588/3 2591/21 | 2553/15 2553/17 | 2574/20 |
| 2494/7 2501/21 | 2535/17 2537/16 | **wealth [2]** | 2553/22 | **Zoom [1]** |
| 2507/7 | 2555/12 2555/18 | 2506/25 2506/25 | **worksheet [12]** | 2547/22 |
| **upon [1]** | 2555/19 2558/24 | **wealthy [1]** | 2477/21 2482/4 | |
| 2571/24 | 2559/3 2559/8 | 2580/14 | 2482/14 2483/3 | |
| **upside [8]** | 2559/9 2586/4 | **weren't [2]** | 2485/16 2486/8 | |
| 2531/9 2554/2 | **versions [4]** | 2517/3 2550/2 | 2498/16 2499/8 | |
| 2575/1 2575/8 | 2518/13 2555/11 | **West [1]** | 2513/21 2527/10 | |
| 2575/9 2575/10 | 2557/24 2557/25 | 2525/15 | 2527/11 2530/3 | |
| 2584/7 2584/18 | **versus [1]** | **what's [8]** | **worksheets [4]** | |
| **use [22]** 2479/5 | 2580/13 | 2483/20 2488/25 | 2483/9 2485/25 | |
| 2481/3 2481/5 | **vetted [2]** | 2490/7 2490/10 | 2486/6 2486/20 | |
| 2481/11 2488/17 | 2536/12 2585/9 | 2517/25 2524/13 | **worried [1]** | |
| 2498/7 2510/3 | **Viacom's [1]** | 2539/21 2591/20 | 2506/13 | |
| 2513/6 2515/9 | 2552/23 | **whenever [2]** | **written [4]** | |
| 2515/9 2526/10 | **VIACOMCBS [9]** | 2546/4 2559/13 | 2528/22 2558/2 | |
| 2530/10 2532/2 | 2470/2 2472/16 | **wherever [1]** | 2561/24 2561/25 | |
| 2538/1 2543/17 | 2490/18 2490/18 | 2523/14 | **wrote [3]** | |
| 2544/10 2549/20 | 2490/21 2498/21 | **who's [2]** | 2547/4 2553/14 | |
| 2563/4 2579/16 | 2499/13 2509/13 | 2564/2 2589/8 | 2553/21 | |
| 2579/21 2579/25 | 2510/9 | **whole [3]** | | |
| 2581/12 | **video [1]** | 2473/2 2486/24 | **Y** | |
| **used [13]** | 2548/23 | 2566/10 | **Y30 [1]** 2574/16 | |
| 2479/8 2480/4 | **view [6]** | **wholesaler [1]** | **year [31]** | |
| 2481/6 2485/12 | 2530/24 2535/15 | 2524/25 | 2477/13 2503/13 | |
| 2493/23 2510/22 | 2535/16 2536/8 | **wholesalers [4]** | 2521/21 2521/22 | |
| 2515/14 2515/15 | 2537/25 2542/3 | 2524/14 2524/22 | 2533/19 2534/7 | |
| 2534/20 2535/23 | **volatility [1]** | 2526/10 2526/13 | 2534/8 2535/20 | |
| 2550/8 2579/24 | 2534/2 | **whose [1]** | 2537/9 2537/12 | |
| 2587/1 | **volume [3]** | 2517/13 | 2538/4 2540/1 | |
| **uses [1]** | 2504/6 2504/9 | **Williams [1]** | 2568/17 2578/5 | |
| 2526/13 | 2504/25 | 2525/15 | 2578/5 2579/18 | |
| **using [6]** | **volumes [6]** | **Williams-Sonoma [1]** | 2579/18 2579/23 | |
| 2494/25 2524/13 | 2500/3 2503/2 | 2525/15 | 2579/23 2581/2 | |
| 2524/14 2526/22 | 2503/14 2504/5 | **willingness [1]** | 2581/4 2581/5 | |
| 2567/14 2572/9 | 2504/19 2541/2 | 2549/24 | 2582/4 2582/5 | |
| **usual [1]** | | **wish [1]** | 2582/5 2582/8 | |
| 2478/13 | **W** | 2590/11 | 2582/8 2582/9 | |
| | **wait [1]** | **within [7]** | 2582/9 2583/10 | |
| **V** | 2589/20 | 2487/1 2487/7 | 2583/13 | |
| **V10 [4]** 2515/5 | **waiting [1]** | 2490/9 2503/8 | **year-after-year [1]** | |
| 2515/6 2515/10 | 2551/14 | 2540/13 2552/23 | 2582/5 | |
| 2515/18 | **wants [1]** | 2563/9 | **year-end [5]** | |
| **valid [1]** | 2499/6 | **without [5]** | 2581/2 2581/4 | |
| 2495/25 | **warehouse [3]** | 2567/14 2573/16 | 2581/5 2583/10 | |
| **value [2]** | 2541/6 2541/12 | 2581/11 2584/14 | 2583/13 | |
| 2524/21 2574/10 | 2542/18 | 2591/16 | **year-over-year [3]** | |
| **variable [12]** | **warehouses [10]** | **witness [8]** | 2578/5 2579/18 | |
| 2479/21 2511/18 | 2500/9 2500/10 | 2471/2 2529/20 | 2579/23 | |
| 2511/20 2519/19 | 2500/11 2500/13 | 2547/12 2564/11 | **years [14]** | |
| | 2503/2 2503/3 | 2573/9 2587/16 | 2477/8 2477/10 | |